# Exhibit E

1
2
3
4                           UNITED STATES DISTRICT COURT
5                          NORTHERN DISTRICT OF CALIFORNIA
6                                  SAN JOSE DIVISION

7   UNITED STATES OF AMERICA,              ) Case No. 18-CR-00258 EJD
                                            )
8          Plaintiff,                       )
                                            ) **VERDICT FORM**
9   v.                                      )
                                            )
10  RAMESH "SUNNY" BALWANI,                 )
                                            )
11         Defendant.                       )
                                            )
12  _____    )

13

14      We, the members of the Jury in the above-entitled case, unanimously find the defendant,

15  Ramesh "Sunny" Balwani:

16

17   1. _____Guilty_____ [GUILTY / NOT GUILTY] of the charge of

18   Conspiracy to Commit Wire Fraud against Theranos investors in violation of 18 U.S.C. § 1349,

19   as charged in Count One of the indictment.

20   2. _____Guilty_____ [GUILTY / NOT GUILTY] of the charge of

21   Conspiracy to Commit Wire Fraud against Theranos paying patients in violation of 18 U.S.C.

22   § 1349, as charged in Count Two of the indictment.

23   3. _____Guilty_____ [GUILTY / NOT GUILTY] of the charge of Wire

24   Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire

25   transfer of $99,990 on or about December 30, 2013, as charged in Count Three of the indictment.

26   4. _____Guilty_____ [GUILTY / NOT GUILTY] of the charge of Wire

27   Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire

28

VERDICT FORM
CASE NO. CR 18-258 EJD                       1

|   |   |
|---|---|
| 1 | transfer of $5,349,900 on or about December 31, 2013, as charged in Count Four of the |
| 2 | indictment. |

5. _____Guilty_____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $4,875,000 on or about December 31, 2013, as charged in Count Five of the indictment.

6. _____Guilty_____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $38,336,632 on or about February 6, 2014, as charged in Count Six of the indictment.

7. _____Guilty_____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $99,999,984 on or about October 31, 2014, as charged in Count Seven of the indictment.

8. _____Guilty_____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $5,999,997 on or about October 31, 2014, as charged in Count Eight of the indictment.

9. _____Guilty_____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud against Theranos paying patients, in violation of 18 U.S.C. § 1343, in connection with a telephone call from Patient B.B. to Theranos regarding B.B.'s laboratory blood test results on or about October 12, 2015, as charged in Count Nine of the indictment.

10. _____Guilty_____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud against Theranos paying patients, in violation of 18 U.S.C. § 1343, in connection with a wire transmission of Patient E.T.'s laboratory blood test results on or about May 11, 2015, as charged in Count Ten of the indictment.

11. _____Guilty_____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud against Theranos paying patients, in violation of 18 U.S.C. § 1343, in connection with a

VERDICT FORM
CASE NO. CR 18-258 EJD                    2

wire transmission of Patient M.E.'s laboratory blood test results on or about May 16, 2015, as charged in Count Eleven of the indictment.

12. _____Guilty_____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud against Theranos paying patients, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $1,126,661 on or about August 3, 2015, as charged in Count Twelve of the indictment.

DATED: 7/7/2022

\* *REDACTED* \*  _[signature]_
JURY FOREPERSON

VERDICT FORM
CASE NO. CR 18-258 EJD                           3