# Exhibit F

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

**TITLE:** *UNITED STATES v. RAMESH SUNNY BALWANI*
**CASE NUMBER:** 5:18-CR-00258-2 EJD

## Minute Order

Date: July 7, 2022
Time in Court: (11:47-12:02 PM; 12:24-12:36 PM)
    **TOTAL Time: 27 min**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter: Irene Rodriguez

---

**APPEARANCES:**
Plaintiff Attorney(s) present:    Jeffrey Schenk, John Bostic, Robert Leach
Also present: Paralegal – Maddi Wachs

Defendant Attorney(s) present:  Jeffrey Coopersmith, Amy Walsh, Stephen Cazares,
                Aaron Brecher, Shawn Estrada

Also present:  Ramesh Sunny Balwani (out-of-custody)

---

**PROCEEDINGS:**

**Jury Trial (Day 46)**

11:47 am  Further Jury Trial held. Jury deliberations resumed. Jury Verdict rendered.

11:57 am  Jury Verdict: Guilty on Counts 1-12 of the Third Superseding Indictment.

12:24 pm  Court in Session with Counsel out of presence of Jury.

12:27 pm  The Court refers the matter to the Probation Department for preparation of a Pre-Sentencing Report and sets Sentencing for November 15, 2022, at 10:00 AM. Court will increase bond to $750,000, and bond package due by July 14, 2022.

    Defendant to remain on current pretrial conditions.

    Counsel to meet and confer and present the Court with a proposed briefing schedule on Rule 29 Motion.

12:36 pm  Court adjourns. Jury trial completed.

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**