# Exhibit L

```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION


     UNITED STATES OF AMERICA,       )
                                     )  CR-18-00258-EJD
                      PLAINTIFF,     )
                                     )  SAN JOSE, CALIFORNIA
                 VS.                 )
                                     )  FEBRUARY 4, 2022
     RAMESH SUNNY BALWANI,           )
                                     )  PAGES 1 - 192
                      DEFENDANT.     )
     _____ )


                   TRANSCRIPT OF ZOOM PROCEEDINGS
              BEFORE THE HONORABLE EDWARD J. DAVILA
                   UNITED STATES DISTRICT JUDGE

     A P P E A R A N C E S:

     FOR THE PLAINTIFF:       UNITED STATES ATTORNEY'S OFFICE
                              BY:  JOHN C. BOSTIC
                                   JEFFREY B. SCHENK
                                   AMANI FLOYD
                              150 ALMADEN BOULEVARD, SUITE 900
                              SAN JOSE, CALIFORNIA 95113

                              BY:  ROBERT S. LEACH
                                   KELLY VOLKAR
                              1301 CLAY STREET, SUITE 340S
                              OAKLAND, CALIFORNIA 94612

            (APPEARANCES CONTINUED ON THE NEXT PAGE.)


     OFFICIAL COURT REPORTERS:
                              IRENE L. RODRIGUEZ, CSR, RMR, CRR
                              CERTIFICATE NUMBER 8074
                              LEE-ANNE SHORTRIDGE, CSR, CRR
                              CERTIFICATE NUMBER 9595

          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED WITH COMPUTER
```

```
12:18PM   1              AND I THINK IT MAKES CLEAR JUST ON THE TEXT ALONE THAT THE
12:18PM   2    INDICTMENT ALLEGES INACCURACY ISSUES RELATED TO JUST THE
12:18PM   3    FINGERSTICK TECHNOLOGY.
12:18PM   4              AND IF THAT'S THE CASE, THE GOVERNMENT SHOULD NOT BE
12:18PM   5    PERMITTED TO INTRODUCE EVIDENCE RELATING TO ACCURACY AND
12:18PM   6    UNRELIABILITY PROBLEMS ON THE COMMERCIAL TESTING.  THAT IS
12:18PM   7    SIMPLY OUTSIDE OF THE INDICTMENT.
12:18PM   8              THE COURT:  ARE THERE ANY -- THANK YOU.
12:18PM   9         ARE THERE ANY GROUNDS OR ANY METHOD WHERE YOU THINK THAT
12:18PM  10    TYPE OF INFORMATION MIGHT BE RELEVANT?
12:19PM  11         I UNDERSTAND THAT HE'S NOT -- YOUR CLIENT IS NOT CHARGED
12:19PM  12    WITH DOING ANYTHING WITH COMMERCIAL MACHINES.  HE'S CERTAINLY
12:19PM  13    NOT CHARGED WITH THAT.
12:19PM  14         AND IF THAT IS THE ONLY EVIDENCE AND YOU ASKED THE COURT
12:19PM  15    TO GRANT A DIRECTED VERDICT, I WOULD PROBABLY GRANT THAT IF
12:19PM  16    THEY DIDN'T PUT ANYTHING IN ABOUT THE COMPANY'S MACHINES LIKE
12:19PM  17    THEY SAID IN THE INDICTMENT.
12:19PM  18         BUT ARE THERE ANY -- IS THERE ANY WAY THAT THAT WOULD BE
12:19PM  19    RELEVANT HERE?
12:19PM  20              MR. CAZARES:  WELL, YOUR HONOR HAS ALREADY ADDRESSED
12:19PM  21    THAT IN RESPONSE TO THE PARTIES' MOTIONS IN LIMINE ORDER NUMBER
12:19PM  22    798, AND I BELIEVE IN THAT ORDER THE COURT PRECLUDED THE
12:19PM  23    GOVERNMENT FROM INTRODUCING EVIDENCE OF ASSAYS OUTSIDE OF WHAT
12:19PM  24    WERE LISTED IN THE BILL OF PARTICULARS, WHICH WERE ALSO LISTED
12:19PM  25    IN THE ULTIMATE INDICTMENT AT ISSUE, THE THIRD SUPERSEDING
```