# Exhibit P

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No. CR-18-00258-EJD<br><br>**RULE 9-1.2(b) CERTIFICATION**<br><br>**Hon. Edward J. Davila** |

I am the reporter preparing the transcript on appeal in the above-captioned case. The transcript has been ordered, and satisfactory arrangements have been made to pay for it. The preparation of the transcript is now complete.

DATED: March 14, 2023

*Irene Rodriguez*

Irene Rodriguez
Official Court Reporter
United States District Court
280 S. First Street, Room 2112
San Jose, CA 95113
408-640-0173