# EXHIBIT C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-18-00258-EJD |
| | ) | |
| PLAINTIFF, | ) | SAN JOSE, CALIFORNIA |
| | ) | |
| VS. | ) | VOLUME 23 |
| | ) | |
| ELIZABETH A. HOLMES, | ) | OCTOBER 22, 2021 |
| | ) | |
| DEFENDANT. | ) | PAGES 4318 - 4576 |
| _____ | ) | |

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S :

FOR THE PLAINTIFF:      UNITED STATES ATTORNEY'S OFFICE
                        BY:  JOHN C. BOSTIC
                             JEFFREY B. SCHENK
                        150 ALMADEN BOULEVARD, SUITE 900
                        SAN JOSE, CALIFORNIA 95113

                        BY:  ROBERT S. LEACH
                             KELLY VOLKAR
                        1301 CLAY STREET, SUITE 340S
                        OAKLAND, CALIFORNIA 94612

     (APPEARANCES CONTINUED ON THE NEXT PAGE.)


OFFICIAL COURT REPORTERS:
                        IRENE L. RODRIGUEZ, CSR, RMR, CRR
                        CERTIFICATE NUMBER 8074
                        LEE-ANNE SHORTRIDGE, CSR, CRR
                        CERTIFICATE NUMBER 9595

     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
          TRANSCRIPT PRODUCED WITH COMPUTER

```
1        A P P E A R A N C E S: (CONT'D)

2

3        FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                                 BY:  KEVIN M. DOWNEY
4                                     LANCE A. WADE
                                      KATHERINE TREFZ
5                                     PATRICK LOOBY
                                      J.R. FLEURMONT
6                                     SEEMA ROPER
                                 725 TWELFTH STREET, N.W.
7                                WASHINGTON, D.C. 20005

8                                LAW OFFICE OF JOHN D. CLINE
                                 BY:  JOHN D. CLINE
9                                ONE EMBARCADERO CENTER, SUITE 500
                                 SAN FRANCISCO, CALIFORNIA 94111

10

11       ALSO PRESENT:           FEDERAL BUREAU OF INVESTIGATION
                                 BY:  ADELAIDA HERNANDEZ
12
                                 OFFICE OF THE U.S. ATTORNEY
13                               BY:  LAKISHA HOLLIMAN, PARALEGAL
                                      MADDI WACHS, PARALEGAL
14
                                 WILLIAMS & CONNOLLY
15                               BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL

16                               TBC
                                 BY:  BRIAN BENNETT, TECHNICIAN
17

18

19

20

21

22

23

24

25
```

1
<u>INDEX OF PROCEEDINGS</u>

2
GOVERNMENT'S:

3
**SHANE WEBER**

4
DIRECT EXAM BY MR. LEACH                P. 4358
CROSS-EXAM BY MR. CLINE                 P. 4406

5
REDIRECT EXAM BY MR. LEACH              P. 4429

6

7
**JOHN BRYAN TOLBERT**
DIRECT EXAM BY MR. SCHENK               P. 4433

8
CROSS-EXAM BY MR. DOWNEY                P. 4523
REDIRECT EXAM BY MR. SCHENK             P. 4566

9
RECROSS-EXAM BY MR. DOWNEY              P. 4568

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1               <u>INDEX OF EXHIBITS</u>

2

                                    **IDENT.**      **EVIDENCE**

3    <u>**GOVERNMENT'S:**</u>

| Exhibit | IDENT. | EVIDENCE |
|---|---|---|
| 143 | | 4362 |
| 159 | | 4366 |
| 162 | | 4372 |
| 167, REDACTED PAGE 1 | | 4380 |
| 174 | | 4393 |
| 5387D | | 4404 |
| 3790 | | 4440 |
| 4871 | | 4449 |
| 3940 | | 4456 |
| 949 | | 4458 |
| 4030 | | 4463 |
| 1346 | | 4466 |
| 1348 | | 4472 |
| 1349 | | 4472 |
| 3530 | | 4516 |

<u>**DEFENDANT'S:**</u>

| Exhibit | IDENT. | EVIDENCE |
|---|---|---|
| 10561 | | 4426 |

| | | |
|---|---|---|
| 12:26PM | 1 | THE COURT:  PLEASE HAVE A SEAT HERE, SIR, AND MAKE |
| 12:26PM | 2 | YOURSELF COMFORTABLE. |
| 12:26PM | 3 | FEEL FREE TO ADJUST THE CHAIR AND MICROPHONE AS YOU NEED. |
| 12:26PM | 4 | I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE. |
| 12:26PM | 5 | WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME |
| 12:26PM | 6 | AND THEN SPELL IT, PLEASE. |
| 12:26PM | 7 | THE WITNESS:  CAN I TAKE MY MASK OFF? |
| 12:27PM | 8 | THE COURT:  YOU KNOW, MR. SCHENK IS GOING TO ASK YOU |
| 12:27PM | 9 | A QUESTION ABOUT THAT IN JUST A MOMENT. |
| 12:27PM | 10 | THE WITNESS:  OKAY.  JOHN BRYAN TOLBERT. |
| 12:27PM | 11 | T-O-L-B-E-R-T. |
| 12:27PM | 12 | THE COURT:  THANK YOU.  MR. SCHENK. |
| 12:27PM | 13 | MR. SCHENK:  THANK YOU, YOUR HONOR. |
| 12:27PM | 14 | **DIRECT EXAMINATION** |
| 12:27PM | 15 | BY MR. SCHENK: |
| 12:27PM | 16 | Q.  MR. TOLBERT, IF YOU ARE FULLY VACCINATED, AND WITH THE |
| 12:27PM | 17 | COURT'S PERMISSION, YOU MAY TESTIFY WITHOUT A MASK ON. |
| 12:27PM | 18 | I WILL ALSO REMOVE MINE.  THANK YOU. |
| 12:27PM | 19 | MR. TOLBERT, DO YOU WORK CURRENTLY FOR A COMPANY CALLED |
| 12:27PM | 20 | HALL GROUP? |
| 12:27PM | 21 | A.  I DO. |
| 12:27PM | 22 | Q.  HOW LONG HAVE YOU WORKED FOR HALL GROUP? |
| 12:27PM | 23 | A.  SINCE 1999. |
| 12:27PM | 24 | Q.  DURING YOUR WORK AT HALL, DID YOU BECOME FAMILIAR WITH |
| 12:27PM | 25 | ANOTHER COMPANY CALLED THERANOS? |

| | | |
|---|---|---|
| 12:27PM | 1 | A.   I DID. |
| 12:27PM | 2 | Q.   AND THROUGH YOUR WORK AT HALL GROUP, DID YOU MAKE AN |
| 12:27PM | 3 | INVESTMENT IN THERANOS IN LATE 2013? |
| 12:27PM | 4 | A.   WE DID. |
| 12:27PM | 5 | Q.   WAS THE INVESTMENT ABOUT $5 MILLION? |
| 12:28PM | 6 | A.   CORRECT. |
| 12:28PM | 7 | Q.   WE'LL COME BACK TO THAT IN A MOMENT. |
| 12:28PM | 8 | I WONDER IF WE CAN NOW TURN TO YOUR EDUCATIONAL |
| 12:28PM | 9 | BACKGROUND.  WOULD YOU DESCRIBE FOR THE JURY YOUR UNDERGRADUATE |
| 12:28PM | 10 | AND ANY GRADUATE DEGREES THAT YOU HAVE? |
| 12:28PM | 11 | A.   SURE.  I DID AN UNDERGRADUATE AND A BACHELOR'S OF SCIENCE |
| 12:28PM | 12 | IN PSYCHOLOGY AT THE UNIVERSITY OF GEORGIA. |
| 12:28PM | 13 | AND THEN AFTER THAT I WENT TO BYU, BRIGHAM YOUNG |
| 12:28PM | 14 | UNIVERSITY, AND GOT A MASTER'S IN BUSINESS. |
| 12:28PM | 15 | Q.   OKAY.  AND WHAT DO YOU CURRENTLY DO AT HALL GROUP? |
| 12:28PM | 16 | A.   SO I WORK IN FINANCE AND INVESTMENTS, SO I DO SOME |
| 12:28PM | 17 | CORPORATE FINANCE FUNCTIONS, AS WELL AS OVERSEE OUR INVESTMENTS |
| 12:28PM | 18 | IN OTHER COMPANIES. |
| 12:28PM | 19 | Q.   WHERE IS HALL LOCATED? |
| 12:28PM | 20 | A.   WE'RE LOCATED IN DALLAS, TEXAS. |
| 12:28PM | 21 | Q.   WHAT IS YOUR CURRENT TITLE? |
| 12:28PM | 22 | A.   VICE PRESIDENT OF FINANCE. |
| 12:28PM | 23 | Q.   HAVE YOU HAD THAT TITLE, THE VICE PRESIDENT OF FINANCE, |
| 12:28PM | 24 | SINCE YOU STARTED AT HALL? |
| 12:28PM | 25 | A.   I HAVE NOT.  SO I STARTED AS A FINANCIAL ANALYST AND HAVE |

12:29PM 1    BEEN VICE PRESIDENT OF FINANCE MAYBE FOR TEN YEARS.

12:29PM 2    Q.   WHAT ARE THE RESPONSIBILITIES THAT YOU HAVE WITH YOUR

12:29PM 3    CURRENT JOB, THE VICE PRESIDENT OF FINANCE?

12:29PM 4    A.   SO, LIKE I SAID, I DO SOME CORPORATE FINANCE WORK, SO

12:29PM 5    BUDGETS AND CASH FLOWS, CORPORATE FINANCE.

12:29PM 6         AND THEN I ALSO OVERSEE OUR INVESTMENT OF -- OR OUR

12:29PM 7    PORTFOLIO OF INVESTMENTS IN PRIVATE COMPANIES.

12:29PM 8    Q.   AND WHAT ARE THE CIRCUMSTANCES UNDER WHICH HALL MAKES

12:29PM 9    INVESTMENTS IN PRIVATE COMPANIES?

12:29PM 10   A.   SO THERE ARE TIMES WHEN WE BECOME AWARE OF DIFFERENT

12:29PM 11   OPPORTUNITIES TO INVEST IN PRIVATE COMPANIES.  WE LOOK AT, YOU

12:29PM 12   KNOW, THOSE OPPORTUNITIES AS THEY COME UP AND ARE PRESENTED TO

12:29PM 13   US.  AND, YOU KNOW, WE DO THAT REGULARLY I GUESS.

12:29PM 14        BUT -- SO I GUESS WE, WE HAVE A REGULAR FLOW OF DEALS THAT

12:30PM 15   WE LOOK AT TO POTENTIALLY INVEST IN.

12:30PM 16   Q.   OKAY.  WOULD YOU SAY THAT THAT IS THE MAIN BUSINESS OF

12:30PM 17   HALL, INVESTMENT IN PRIVATE COMPANIES?

12:30PM 18   A.   IT IS NOT.

12:30PM 19   Q.   WHAT IS THE MAIN BUSINESS?

12:30PM 20   A.   SO THE MAIN BUSINESS OF HALL GROUP IS INVESTING IN REAL

12:30PM 21   ESTATE, OWNING AND DEVELOPING REAL ESTATE, AS WELL AS A

12:30PM 22   BUSINESS OF MAKING LOANS, CONSTRUCTION LOANS TO DIFFERENT REAL

12:30PM 23   ESTATE RELATED PROJECTS.

12:30PM 24   Q.   IS THE REAL ESTATE THAT HALL INVESTS IN OR WORKS WITH

12:30PM 25   LOCATED IN TEXAS OR IN OTHER PLACES?

12:30PM 1     A.   IT'S ALL OVER THE COUNTRY.

12:30PM 2     Q.   OKAY.  LET'S TURN TO THE PRIVATE COMPANY INVESTMENTS.

12:30PM 3          ARE THERE TIMES WHEN YOU, YOURSELF, MAKE THE DECISION ON

12:30PM 4     BEHALF OF HALL TO INVEST?

12:30PM 5     A.   YOU KNOW, THAT DECISION WOULD BE MADE PRIMARILY BETWEEN ME

12:30PM 6     AND MY BOSS, MR. HALL.  TOGETHER THAT DECISION WOULD BE MADE.

12:31PM 7     Q.   OKAY.  AND IS IT THROUGH THIS PROCESS, THE INVESTMENTS IN

12:31PM 8     PRIVATE COMPANIES, THAT YOU BECAME FAMILIAR WITH THERANOS?

12:31PM 9     A.   IT IS.

12:31PM 10    Q.   WHEN DID YOU FIRST BECOME FAMILIAR WITH THERANOS IF YOU

12:31PM 11    RECALL?

12:31PM 12    A.   IT WOULD BE -- IT WOULD HAVE BEEN IN THE FALL OF 2006.

12:31PM 13    Q.   AND HOW DID YOU FIRST BECOME FAMILIAR WITH IT?

12:31PM 14    A.   YOU KNOW, AS I RECALL, MR. HALL CAME TO ME ONE DAY AND

12:31PM 15    SAID THAT, YOU KNOW, HE HAD BECOME -- HE HAD RECEIVED SOME

12:31PM 16    INFORMATION ABOUT A POTENTIAL INVESTMENT IN A COMPANY ABOUT A

12:31PM 17    COMPANY CALLED THERANOS AND ASKED ME IF I WOULD TAKE A LOOK AT

12:31PM 18    IT.

12:31PM 19         SO WE DISCUSSED IT WHEN HE BROUGHT IT TO MY ATTENTION.

12:31PM 20    Q.   SO MR. HALL TASKED YOU WITH BEGINNING A PROCESS, IS IT

12:31PM 21    CALLED DUE DILIGENCE?

12:31PM 22    A.   CORRECT.

12:31PM 23    Q.   AND WHAT DID YOU DO AT THIS TIME?

12:31PM 24    A.   EXCUSE ME?

12:31PM 25    Q.   WHAT DID YOU DO?  WHAT WERE YOUR FIRST STEPS?

|   |   |   |
|---|---|---|

12:31PM 1    A.   SO, YOU KNOW, OUR FIRST STEPS WERE TO DO A GOOGLE SEARCH

12:32PM 2    TO SEE IF THERE WAS ANYTHING THAT WE COULD LEARN ABOUT IT.

12:32PM 3    THERE WASN'T MUCH AT THAT TIME.

12:32PM 4        AND SO WE SET UP A PHONE CALL, OR A SERIES OF PHONE CALLS,

12:32PM 5    TO HAVE SOME DISCUSSIONS ABOUT WHAT THE OPPORTUNITY WAS AND THE

12:32PM 6    PREMISE OF THE UNDERLYING COMPANY.

12:32PM 7    Q.   AND THESE EARLY CALLS, DID YOU SPEAK WITH SOMEONE AT

12:32PM 8    THERANOS?

12:32PM 9    A.   I DID.

12:32PM 10   Q.   AND WHO DID YOU SPEAK WITH?

12:32PM 11   A.   I SPOKE WITH ELIZABETH.

12:32PM 12   Q.   OKAY.

12:32PM 13       YOUR HONOR, MAY I APPROACH?

12:32PM 14           THE COURT:  YES.

12:32PM 15           MR. SCHENK:  (HANDING.)

12:32PM 16   Q.   MR. TOLBERT, I'VE HANDED YOU A BINDER OF DOCUMENTS, AND

12:32PM 17   I'LL ASK YOU TO OPEN THE BINDER AND NOW TURN TO TAB 3790.

12:33PM 18       DO YOU RECOGNIZE THIS DOCUMENT?

12:33PM 19   A.   I DO.

12:33PM 20   Q.   WHAT IS THIS?

12:33PM 21   A.   THIS IS AN EMAIL THAT I SENT TO MR. HALL IN OCTOBER OF

12:33PM 22   2006 REFERENCING SOME NOTES FROM A CONFERENCE CALL THAT WE HAD

12:33PM 23   HAD ABOUT THERANOS.

12:33PM 24   Q.   AND THERE'S A COUPLE OF PAGES AFTER THE EMAIL.  WHAT ARE

12:33PM 25   THOSE?

12:33PM  1   A.   THOSE WOULD HAVE BEEN MY NOTES THAT WERE ATTACHED TO THAT

12:33PM  2   EMAIL.

12:33PM  3   Q.   AND IS THIS THE CALL THAT YOU MENTIONED A MOMENT AGO WITH

12:33PM  4   MS. HOLMES?

12:33PM  5   A.   CORRECT.

12:33PM  6        MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 3790.

12:33PM  7        MR. DOWNEY:  YOUR HONOR, OBJECTION UNDER 801.

12:33PM  8        THE COURT:  801 OBJECTION.

12:33PM  9   ARE YOU OFFERING THIS FOR THE TRUTH?

12:33PM 10        MR. SCHENK:  I AM, YOUR HONOR, YES.

12:33PM 11        THE COURT:  CAN YOU LAY A FOUNDATION?

12:33PM 12        MR. SCHENK:  YES, YOUR HONOR.

12:33PM 13   Q.   WHEN YOU ARE PERFORMING YOUR DUE DILIGENCE, IS ONE OF THE

12:34PM 14   THINGS THAT YOU DO IN THAT PROCESS, AS IN THIS CASE, SPEAK TO

12:34PM 15   INDIVIDUALS THAT WORK AT THE COMPANY THAT YOU MAY INVEST IN?

12:34PM 16   A.   IT IS.

12:34PM 17   Q.   AND DO YOU TAKE NOTES ON THOSE CALLS?

12:34PM 18   A.   I DO.  SOMETIMES I DO.

12:34PM 19   Q.   AND IN THIS INSTANCE, DID YOU TAKE NOTES?

12:34PM 20   A.   YOU KNOW, I DID.  SO THIS WOULD REPRESENT -- SO THIS

12:34PM 21   DOCUMENT WOULD REPRESENT NOTES THAT I TOOK WHILE I WAS ON THE

12:34PM 22   CALL, AS WELL AS ADDITIONAL INFORMATION THAT HAD BEEN SENT TO

12:34PM 23   US.  SO KIND OF A COMBINATION OF THOSE TWO SOURCES.

12:34PM 24   Q.   I'M SORRY.  MULTIPLE SOURCES OF DUE DILIGENCE?

12:34PM 25   A.   CORRECT.

12:34PM  1    Q.   AND WOULD YOU PUT THAT ALL INTO ONE DOCUMENT?

12:34PM  2    A.   CORRECT.

12:34PM  3    Q.   AND THEN WOULD YOU MAKE SURE THAT THE CONTENT OF THAT

12:34PM  4    DOCUMENT ACCURATELY SUMMARIZED THE ORIGINAL SOURCES OF

12:34PM  5    INFORMATION?

12:34PM  6    A.   I WOULD.

12:34PM  7    Q.   AND THEN YOU WOULD SEND THE DOCUMENT, AS IN THIS CASE, TO

12:34PM  8    MR. HALL?

12:34PM  9    A.   THAT'S CORRECT.

12:34PM 10    Q.   AND WHY WOULD YOU SEND IT TO MR. HALL?

12:34PM 11    A.   SO THAT, SO THAT HE AND I COULD REVIEW IT AND WALK THROUGH

12:35PM 12    THE THINGS THAT I HAD HEARD ON THE CALL, OR THE SOURCES OF

12:35PM 13    INFORMATION AS A BASIS TO UNDERSTAND ABOUT THE COMPANY IF IT

12:35PM 14    WAS SOMETHING THAT WE WANTED TO INVEST IN.

12:35PM 15    Q.   AND THEN DID YOU USE THIS TYPE OF DOCUMENT AS A BASIS TO

12:35PM 16    INFORM YOUR DECISION WHETHER OR NOT TO INVEST?

12:35PM 17    A.   CORRECT.

12:35PM 18    Q.   WAS THIS DOCUMENT ALSO SAVED OR PRESERVED BY HALL SO THAT

12:35PM 19    YOU COULD GO BACK AND LOOK AT THE DOCUMENT IN THE FUTURE IF YOU

12:35PM 20    HAD ADDITIONAL QUESTIONS?

12:35PM 21    A.   I DON'T KNOW -- I MEAN, I'M SURE IT WAS.  BUT IF WE WOULD

12:35PM 22    HAVE REFERENCED TO THIS, IT WOULD HAVE JUST BEEN A REFERENCE TO

12:35PM 23    WHATEVER WAS ATTACHED TO THAT EMAIL.

12:35PM 24    Q.   THE ATTACHMENT?

12:35PM 25    A.   CORRECT.

| | | |
|---|---|---|
| 12:35PM | 1 | MR. SCHENK:  THANK YOU. |
| 12:35PM | 2 | YOUR HONOR, THE GOVERNMENT OFFERS 3790. |
| 12:35PM | 3 | THE COURT:  I'LL ALLOW IT UNDER 803(6). |
| 12:35PM | 4 | MR. SCHENK:  AND PERMISSION TO PUBLISH. |
| 12:35PM | 5 | THE COURT:  YES. |
| 12:35PM | 6 | (GOVERNMENT'S EXHIBIT 3790 WAS RECEIVED IN EVIDENCE.) |
| 12:35PM | 7 | BY MR. SCHENK: |
| 12:36PM | 8 | Q.  MR. TOLBERT, FIRST THE FROM LINE.  IS THAT YOUR EMAIL? |
| 12:36PM | 9 | A.  THAT IS. |
| 12:36PM | 10 | Q.  AND THE TO LINE, IS THAT THE BEGINNING OF THE EMAIL |
| 12:36PM | 11 | ADDRESS FOR MR. HALL? |
| 12:36PM | 12 | A.  IT IS. |
| 12:36PM | 13 | Q.  SO IN OCTOBER OF 2006, YOU WROTE, "ATTACHED ARE MY NOTES |
| 12:36PM | 14 | FROM THE CONFERENCE CALL RE: THERANOS YESTERDAY." |
| 12:36PM | 15 | YOU'RE WAITING ON ADDITIONAL INFORMATION FROM THEM.  IS |
| 12:36PM | 16 | THE "THEM" THERANOS? |
| 12:36PM | 17 | A.  YOU KNOW, THAT "THEM" WOULD REFERENCE A COMBINATION OF |
| 12:36PM | 18 | THERANOS AND CHRIS LUCAS, BOTH OF WHOM HAD SERVED AS SOURCES OF |
| 12:36PM | 19 | INFORMATION ABOUT THE INVESTMENT. |
| 12:36PM | 20 | Q.  AND WHO IS CHRIS LUCAS? |
| 12:36PM | 21 | A.  SO CHRIS LUCAS, HE WAS AN INVESTOR IN THERANOS AND HE HAD |
| 12:36PM | 22 | A FUND THAT WE INVESTED THROUGH.  WE WERE PART OF HIS FUND. |
| 12:36PM | 23 | Q.  AND WHEN YOU SAY THAT "WE INVESTED THROUGH," WHO IS THE |
| 12:36PM | 24 | "WE"? |
| 12:36PM | 25 | A.  I MEAN THE HALL GROUP WOULD HAVE INVESTED THROUGH |

12:36PM  1    CHRIS LUCAS'S FUND.

12:36PM  2    Q.   AND WHEN WAS THAT INVESTMENT MADE?

12:37PM  3    A.   THAT WOULD HAVE BEEN IN -- THAT WOULD HAVE BEEN THE

12:37PM  4    INVESTMENT THAT WE MADE IN LATE 2006.

12:37PM  5    Q.   SO HALL MADE AN INVESTMENT IN 2006, AND ALSO ONE IN 2013?

12:37PM  6    A.   CORRECT.

12:37PM  7    Q.   THE ONE IN 2006, THAT WAS THROUGH THIS INDIVIDUAL

12:37PM  8    CHRIS LUCAS?

12:37PM  9    A.   IT WAS THROUGH ONE OF HIS INVESTMENT FUNDS.

12:37PM 10    Q.   HOW ABOUT THE ONE IN 2013, WAS THAT ALSO THROUGH ONE OF

12:37PM 11    MR. LUCAS'S INVESTMENT FUNDS?

12:37PM 12    A.   IT WAS NOT.

12:37PM 13         IN 2013 WE HAD HAD SOME DISCUSSIONS WITH BOTH CHRIS AND

12:37PM 14    ELIZABETH TO SAY THAT OUR PREFERENCE WAS TO INVEST DIRECTLY IN

12:37PM 15    THERANOS AND NOT THROUGH A THIRD PARTY, AND SO IN 2013 WE

12:37PM 16    BECAME A DIRECT INVESTOR.

12:37PM 17    Q.   OKAY.  LET'S TURN NOW TO THE ATTACHMENT, PAGE 2 OF THE

12:37PM 18    EXHIBIT.

12:37PM 19         THERE ARE SOME CONTACTS AT THE TOP.

12:37PM 20         IF WE CAN FIRST JUST HAVE YOU EXPLAIN TO THE JURY WHO

12:37PM 21    THESE INDIVIDUALS ARE.

12:37PM 22         THE FIRST IS MS. HOLMES; IS THAT RIGHT?

12:38PM 23    A.   SO THE FIRST NAME IS ELIZABETH HOLMES.

12:38PM 24         THE SECOND NAME IS GARY NORDHEIMER.  GARY IS A FRIEND OF

12:38PM 25    MR. HALL, AND I THINK IS THE FIRST ONE THAT, THAT MADE MR. HALL

12:38PM  1    AWARE OF AN OPPORTUNITY TO INVEST IN THERANOS.  SO THEY'RE

12:38PM  2    FRIENDS.

12:38PM  3         AND HE HAD REACHED OUT TO MR. HALL, I BELIEVE, AND HAD

12:38PM  4    INDICATED THAT THERE WAS A POTENTIAL INVESTMENT OPPORTUNITY.

12:38PM  5         AS I UNDERSTAND IT, MR. NORDHEIMER WAS AN INVESTOR THROUGH

12:38PM  6    CHRIS LUCAS, AND HIS INVESTMENT FUND AS WELL, AND THAT'S THE

12:38PM  7    THIRD NAME ON THE LIST IS CHRIS LUCAS.

12:38PM  8    Q.   AND THAT'S THE GENTLEMAN THAT WE JUST SPOKE ABOUT WHO

12:38PM  9    OWNED THE FUND THAT THE 2006 INVESTMENT WAS MADE THROUGH?

12:38PM 10    A.   CORRECT.

12:38PM 11    Q.   NOW, IF WE CAN LOOK A LITTLE FURTHER DOWN, THERE'S A LIST

12:38PM 12    OF INVESTORS.

12:38PM 13         UNDER DONALD LUCAS, TOWARDS THE END OF THAT LINE, WE SEE

12:38PM 14    HE'S THE UNCLE OF CHRIS LUCAS WHO OWNS BLACK DIAMOND VENTURES.

12:39PM 15         FIRST, DO YOU KNOW WHO DONALD LUCAS IS?

12:39PM 16    A.   I DO.

12:39PM 17    Q.   AND WHO IS HE?

12:39PM 18    A.   SO DONALD LUCAS WAS ONE OF THE, I THINK, ORIGINAL

12:39PM 19    INVESTORS IN THERANOS, WAS THE CHAIRMAN OF THE BOARD, AND WAS A

12:39PM 20    WELL-KNOWN VENTURE CAPITALIST IN CALIFORNIA.

12:39PM 21    Q.   AND THE REFERENCE HERE, CHAIRMAN OF THE BOARD, THAT'S OF

12:39PM 22    THERANOS; IS THAT RIGHT?

12:39PM 23    A.   CORRECT.

12:39PM 24    Q.   OKAY.  AND CHRIS LUCAS OWNS BLACK DIAMOND VENTURES.  WHAT

12:39PM 25    IS BLACK DIAMOND VENTURES?

12:39PM 1    A.   SO BLACK DIAMOND VENTURES IS THE NAME OF THE FUND OR THE

12:39PM 2    COMPANY THAT CHRIS LUCAS OWNED THAT MADE THE INVESTMENT IN

12:39PM 3    THERANOS.

12:39PM 4         WE INVESTED IN BLACK DIAMOND VENTURES, WHO INVESTED IN

12:39PM 5    THERANOS.

12:39PM 6    Q.   IN 2006?

12:39PM 7    A.   IN 2006, CORRECT.

12:39PM 8    Q.   I SEE.  BUT THE 2013 INVESTMENT WAS NOT INTO BLACK DIAMOND

12:39PM 9    VENTURES?

12:39PM 10   A.   CORRECT.  THE 2013 INVESTMENT WAS DIRECTLY INTO THERANOS.

12:39PM 11   Q.   I SEE.  OKAY.

12:39PM 12        AND THEN THERE'S A FURTHER LIST OF INVESTORS, AND IF WE GO

12:39PM 13   DOWN TO THE PARAGRAPH AT THE BOTTOM -- FIRST, BEFORE I READ YOU

12:40PM 14   PARTS OF IT, I'M WONDERING WHAT WAS THE SOURCE, IF YOU RECALL,

12:40PM 15   OF THIS INFORMATION, THE PARAGRAPH THAT BEGINS "FIRST RAISE"?

12:40PM 16   A.   SO THIS PARAGRAPH WOULD REFERENCE MY NOTES FROM THAT

12:40PM 17   CONFERENCE CALL.

12:40PM 18   Q.   THE CONFERENCE CALL THAT MS. HOLMES WAS ON?

12:40PM 19   A.   CORRECT.  THE LIST OF INVESTORS ABOVE, I'M NOT A FAST

12:40PM 20   ENOUGH TYPIST TO HAVE GATHERED ALL OF THAT FROM THE CALL, SO AS

12:40PM 21   I REMEMBER, CHRIS LUCAS WOULD HAVE, OR SOMEBODY WOULD HAVE SENT

12:40PM 22   INFORMATION THAT WOULD HAVE LISTED WHO THE INVESTORS WERE AND I

12:40PM 23   WOULD HAVE CUT AND PASTE THAT LIST INTO THESE NOTES.

12:40PM 24   Q.   OKAY.

12:40PM 25   A.   BUT THE PARAGRAPH ON THE BOTTOM REPRESENTED MY NOTES FROM

| | | |
|---|---|---|
| 12:40PM | 1 | THAT CALL. |
| 12:40PM | 2 | Q.   IT READS, "THE FIRST RAISE WAS $16 MILLION.  THIS ROUND IS |
| 12:40PM | 3 | $30 MILLION WITH A $125 MILLION PRE-MONEY VALUATION.  EXPECTS |
| 12:40PM | 4 | THIS TO BE FINAL RAISE PRE-IPO." |
| 12:41PM | 5 | WHAT DOES THAT MEAN? |
| 12:41PM | 6 | A.   SO THAT MEANS ON THE CALL THERE WAS DISCUSSION ABOUT THE |
| 12:41PM | 7 | FACT THAT THERE WOULD BE AN IPO LIKELY THAT WOULD COME AND THAT |
| 12:41PM | 8 | THIS ROUND OF INVESTMENT WOULD BE ENOUGH TO CARRY THE COMPANY |
| 12:41PM | 9 | THROUGH IPO. |
| 12:41PM | 10 | Q.   AND WHAT IS AN IPO? |
| 12:41PM | 11 | A.   AN INITIAL PUBLIC OFFERING WHERE A COMPANY WOULD FILE TO |
| 12:41PM | 12 | GO PUBLIC ON ONE OF THE PUBLIC STOCK EXCHANGES. |
| 12:41PM | 13 | Q.   OKAY.  HE -- IT CONTINUES, "THE IPO IS ANTICIPATED IN THE |
| 12:41PM | 14 | FIRST QUARTER OF 2008.  EXPECT THE IPO TO BE VALUED AROUND |
| 12:41PM | 15 | $1 BILLION." |
| 12:41PM | 16 | WAS THAT COMMUNICATED DURING THIS CALL? |
| 12:41PM | 17 | A.   THAT WOULD HAVE BEEN. |
| 12:41PM | 18 | Q.   PARDON ME? |
| 12:41PM | 19 | A.   THAT -- CORRECT, IT WOULD HAVE BEEN NOTED ON THE CALL. |
| 12:41PM | 20 | Q.   OKAY.  "$30 MILLION TO BE USED FOR 1) MANUFACTURING - |
| 12:41PM | 21 | MOVING FROM A MANUAL ASSEMBLY INFRASTRUCTURE TO A FULLY |
| 12:41PM | 22 | AUTOMATED SYSTEM AND 2) CONTINUE TO FUND SUCCESSIVE ITERATIONS |
| 12:42PM | 23 | OF THE TECHNOLOGY INCLUDING DECREASING AMOUNT OF BLOOD REQUIRED |
| 12:42PM | 24 | IN THE PINPRICK AND NUMBER OF ASSAYS IN THE CARTRIDGE." |
| 12:42PM | 25 | WHAT WAS YOUR UNDERSTANDING OF WHAT THERANOS DID?  WHAT |

12:42PM  1    WAS THE TECHNOLOGY AT THIS POINT?

12:42PM  2    A.   SO MY UNDERSTANDING AT THIS TIME WAS THAT, YOU KNOW, THERE

12:42PM  3    WAS AN ABILITY TO TAKE A FINGER PRICK OF BLOOD AND PUT THAT

12:42PM  4    DROP OF BLOOD IN A CARTRIDGE.  IT WOULD HAVE BEEN PUT IN A

12:42PM  5    READER.  THAT READER COULD THEN GO AND DO DIFFERENT TESTS ON

12:42PM  6    THE BLOOD AND RETURN RESULTS.

12:42PM  7        YOU KNOW, THE EXPECTATION AT THIS TIME, AS THIS NOTES,

12:42PM  8    THAT PART OF THE INVESTMENT PROCEEDS WOULD BE USED TO KIND OF

12:42PM  9    FURTHER ADVANCE WHAT THAT TECHNOLOGY WAS ABLE TO DO, THE NUMBER

12:42PM 10    OF TESTS IT WOULD BE ABLE TO BE PERFORMED, OR, YOU KNOW, THE

12:42PM 11    AMOUNT OF BLOOD THAT WOULD BE REQUIRED.

12:42PM 12        IT WAS ALSO TO BE USED FOR MANUFACTURING.  AS I UNDERSTOOD

12:43PM 13    IT IN THESE EARLY DAYS, YOU KNOW, THERE WAS A MANUFACTURING

12:43PM 14    SYSTEM THAT THINGS WERE PUT TOGETHER BY HAND, AND THAT THE

12:43PM 15    INTENT WAS TO SCALE UP AND MEET WHAT WAS EXPECTED TO BE LARGE

12:43PM 16    DEMAND, THAT THERE WOULD HAVE TO BE SOME KIND OF AUTOMATED

12:43PM 17    MANUFACTURING SYSTEM BUILT.

12:43PM 18    Q.   WHAT DID YOU UNDERSTAND THERANOS MANUFACTURED?

12:43PM 19    A.   SO THERANOS MANUFACTURED THE CARTRIDGES THAT THE BLOOD

12:43PM 20    WOULD BE PLACED INTO, AS WELL AS THE READER THAT WOULD PERFORM

12:43PM 21    THE ACTUAL TESTS ON THE BLOOD ON THE CARTRIDGE.

12:43PM 22    Q.   IS "DEVICE" ANOTHER WORD FOR "READER" AS YOU'RE USING IT?

12:43PM 23    A.   CORRECT.

12:43PM 24    Q.   AND DID YOU HAVE AN UNDERSTANDING OF WHETHER, IN 2006, THE

12:43PM 25    DEVICE WAS A MATURE TECHNOLOGY OR WHETHER IT WAS STILL GROWING,

12:43PM  1    DEVELOPING DIFFERENT GENERATIONS?

12:43PM  2    A.   YOU KNOW CERTAINLY, CERTAINLY MY UNDERSTANDING WAS THAT IT

12:44PM  3    WORKED AT THIS TIME.  YOU KNOW, THERE WERE PROJECTIONS THAT WE

12:44PM  4    HAD SEEN ABOUT DIFFERENT TRIALS AND DIFFERENT PHARMACEUTICAL

12:44PM  5    TRIALS THAT WOULD BE UNDERTAKEN, AND IN ORDER FOR THOSE TO BE

12:44PM  6    DONE, THERE HAD TO BE SOME KIND OF FUNCTIONING, YOU KNOW,

12:44PM  7    DEVICE OR READER SYSTEM.

12:44PM  8         THE EXPECTATION WAS THAT THAT WOULD CONTINUE TO ADVANCE

12:44PM  9    AND GET, YOU KNOW, MORE ROBUST OVER TIME.

12:44PM 10         BUT THERE WAS AT THIS TIME A FUNCTIONING PRODUCT.

12:44PM 11    Q.   IF YOU'LL TURN NOW TO THE NEXT PAGE, PAGE 3 OF THE

12:44PM 12    EXHIBIT.

12:44PM 13         AT THE TOP THERE'S A SUMMARY OF MS. HOLMES'S BACKGROUND.

12:44PM 14         DO YOU RECALL, WAS THAT DISCUSSED ON THE CALL?

12:44PM 15    A.   IT WAS.

12:44PM 16    Q.   AND THEN BELOW THAT THERE'S A SECTION CALLED FINANCIALS,

12:45PM 17    AND IT READS, "THE CURRENT BURN RATE $1 MILLION PER MONTH."

12:45PM 18         WHAT DOES THAT MEAN?

12:45PM 19    A.   THAT MEANS THAT THE COMPANY WAS SPENDING AROUND A MILLION

12:45PM 20    DOLLARS A MONTH IN OVERHEAD COSTS.

12:45PM 21    Q.   "$3 MILLION IN REVENUES SHOULD BE RECEIVED FOR 2 CONTRACTS

12:45PM 22    WHICH HAVE ALREADY BEEN SHIPPED.

12:45PM 23         "HAS SIGNED/IN NEGOTIATIONS CONTRACTS THROUGH 2007 FOR

12:45PM 24    $30-$50 MILLION.

12:45PM 25         "EXPECTS TO BE CASH FLOW POSITIVE BY THE FOURTH QUARTER OF

12:45PM  1      2007."

12:45PM  2           EXPLAIN TO ME THE SIGNIFICANCE OF THESE SIGNED CONTRACTS,

12:45PM  3      OR IN NEGOTIATION CONTRACTS AND CASH FLOW POSITIVE.

12:45PM  4      A.   CERTAINLY.  SO, YOU KNOW, AS WE HAD LOOKED AT FINANCIAL

12:45PM  5      PROJECTIONS AT THIS TIME, YOU KNOW, THAT WERE ANTICIPATED, YOU

12:45PM  6      KNOW, OUR UNDERSTANDING WAS THAT THERE WAS A SIGNIFICANT AMOUNT

12:45PM  7      OF REVENUES THAT WERE ALREADY IN PLACE BASED ON CONTRACTS THAT

12:46PM  8      HAD PRODUCT OUT THE DOOR TO THOSE COMPANIES, AS WELL AS, YOU

12:46PM  9      KNOW, SIGNIFICANT CONTRACTS THAT WERE SIGNED OR IN

12:46PM 10      NEGOTIATIONS, WHICH FELT LIKE, YOU KNOW, THAT WAS AN EXTREMELY

12:46PM 11      EXCITING PROSPECT.

12:46PM 12           AND THE LAST NOTE I MADE, "EXPECTS TO BE CASH FLOW

12:46PM 13      POSITIVE BY 4TH QUARTER 2007," SO THAT MEANS THAT THE CONTRACTS

12:46PM 14      THAT WOULD HAVE BEEN SHIPPED OR REVENUE WOULD HAVE BEEN

12:46PM 15      RECEIVED ON WOULD HAVE BEEN FOR MORE THAN ENOUGH CASH TO COVER

12:46PM 16      ALL OF THE OPERATIONAL EXPENSES SO THE COMPANY WOULD BE

12:46PM 17      PROFITABLE AT THAT POINT.

12:46PM 18      Q.   WERE THE STATEMENTS THAT YOU RECEIVED ABOUT GENERATION OF

12:46PM 19      REVENUE AND GOING CASH FLOW POSITIVE IN THE FOURTH QUARTER OF

12:46PM 20      2007 RELEVANT TO YOUR DUE DILIGENCE PROCESS?

12:47PM 21      A.   THEY WERE.

12:47PM 22      Q.   WHY?

12:47PM 23      A.   YOU KNOW, AS WE LOOK TO EVALUATE ANY INVESTMENT

12:47PM 24      OPPORTUNITY, YOU KNOW, THERE NEEDS TO BE A SYSTEM OR A BUSINESS

12:47PM 25      IN PLACE THAT CAN GENERATE ENOUGH MONEY TO MAKE THAT INVESTMENT

12:47PM  1    WORTHWHILE TO MAKE, AND, YOU KNOW, THESE PROJECTIONS WERE SUCH

12:47PM  2    THAT IT MEANT THAT OUR INVESTMENT WOULD INCREASE AND BE WORTH

12:47PM  3    SOMETHING MORE THAN WE INVESTED INTO IT IN THE FIRST PLACE.

12:47PM  4         AND SO THAT'S WHY THESE ARE IMPORTANT NUMBERS TO LOOK AT.

12:47PM  5    Q.   YOU RECEIVED THIS INFORMATION AROUND OCTOBER OF 2006; IS

12:47PM  6    THAT RIGHT?

12:47PM  7    A.   CORRECT.

12:47PM  8    Q.   AND THE PROJECTIONS WERE FOR 2007, THE NEXT YEAR?

12:47PM  9    A.   CORRECT.

12:47PM  10   Q.   IS THAT CLOSE IN TIME SO YOU WOULD EXPECT THEM TO BE MORE

12:47PM  11   ACCURATE, OR IS THAT FAR INTO THE FUTURE SO THAT YOU APPRECIATE

12:48PM  12   THAT THERE IS A LACK OF CERTAINTY?

12:48PM  13   A.   WELL, AND I GUESS MAYBE TO CLARIFY, AS I REMEMBER, AND I

12:48PM  14   DON'T -- AS I REMEMBER, THOSE PROJECTIONS WERE FOR 2007 AND

12:48PM  15   2008, SO FOR TWO YEARS.

12:48PM  16        AND, YOU KNOW, CERTAINLY THE FARTHER OUT IN THE FUTURE THE

12:48PM  17   PROJECTIONS ARE, THE MORE VARIABILITY THERE MAY BE INTO HOW

12:48PM  18   THOSE ARE ACTUALLY RECEIVED.

12:48PM  19        BUT WE FELT SOME COMFORT OR SOME EXCITEMENT AROUND, YOU

12:48PM  20   KNOW, THE FACT THAT THE 2007 PROJECTIONS REPRESENTED WHAT WE

12:48PM  21   BELIEVED WERE CONTRACTS THAT HAD BEEN SIGNED OR WERE DEEP IN

12:48PM  22   NEGOTIATIONS.

12:48PM  23        IN FACT, I BELIEVE THERE WAS ACTUALLY A LIST OF WHAT

12:48PM  24   THOSE, YOU KNOW, DIFFERENT CONTRACTS WERE.  SO IT FELT LIKE

12:48PM  25   THERE WAS SOME MEASURE OF CERTAINTY AROUND THOSE.

| | | |
|---|---|---|
| 12:48PM | 1 | Q.   BECAUSE THE CONTRACTS ACTUALLY WERE SIGNED? |
| 12:49PM | 2 | A.   SOME PORTION OF THEM HAD BEEN SIGNED. |
| 12:49PM | 3 | Q.   OKAY.  IF YOU'LL TURN IN YOUR BINDER NOW TO 4871. |
| 12:49PM | 4 | YOUR HONOR, THE GOVERNMENT OFFERS THIS BY STIPULATION. |
| 12:49PM | 5 | MR. DOWNEY:  THAT'S CORRECT, YOUR HONOR. |
| 12:49PM | 6 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 12:49PM | 7 | (GOVERNMENT'S EXHIBIT 4871 WAS RECEIVED IN EVIDENCE.) |
| 12:49PM | 8 | BY MR. SCHENK: |
| 12:49PM | 9 | Q.   MR. TOLBERT, I'M GOING TO ASK YOU SOME QUESTIONS ABOUT THE |
| 12:49PM | 10 | INFORMATION ON PAGE 8 OF THE DOCUMENT, BUT IF YOU COULD JUST |
| 12:49PM | 11 | TAKE A MOMENT AND LOOK THROUGH THIS EXHIBIT AND EXPLAIN TO THE |
| 12:49PM | 12 | JURY WHAT THIS EXHIBIT IS, 4871. |
| 12:49PM | 13 | A.   SO THIS DOCUMENT REPRESENTS INFORMATION THAT WOULD HAVE |
| 12:49PM | 14 | BEEN GIVEN TO US IN THAT DUE DILIGENCE PROCESS IN 2006.  IT |
| 12:49PM | 15 | WOULD HAVE CONTAINED SOME DETAILED INFORMATION ABOUT, YOU KNOW, |
| 12:49PM | 16 | WHO THE OFFICERS AND DIRECTORS OF THE COMPANY WERE, KIND OF |
| 12:50PM | 17 | WHAT THE COMPANY DID, AS WELL AS THE FINANCIAL PROJECTIONS |
| 12:50PM | 18 | THEN. |
| 12:50PM | 19 | Q.   YOU RECEIVED THIS INFORMATION BEFORE YOU MADE A DECISION |
| 12:50PM | 20 | TO INVEST IN 2006? |
| 12:50PM | 21 | A.   CORRECT. |
| 12:50PM | 22 | Q.   IF YOU'LL LOOK AT PAGE 8, THERE ARE SOME CHARTS AND THE |
| 12:50PM | 23 | ONE THAT WE'RE LOOKING AT NOW, THE TOP IS CALLED THERANOS PLAN |
| 12:50PM | 24 | '06, BASE FORECAST, AND THEN THERE IS INCOME STATEMENT WITH A |
| 12:50PM | 25 | LINE FOR REVENUE. |

12:50PM 1      DO YOU SEE THAT?

12:50PM 2   A.   I DO SEE THAT.

12:50PM 3   Q.   AND THEN WE SEE TIME GOING ACROSS THE COLUMNS ALONG THE

12:50PM 4   RIGHT.

12:50PM 5      IS THAT CORRECT?

12:50PM 6   A.   THAT IS CORRECT.

12:50PM 7   Q.   FROM THE THIRD QUARTER OF 2006 THROUGH THE FOURTH QUARTER

12:50PM 8   OF 2008?

12:50PM 9   A.   CORRECT.

12:50PM 10  Q.   IF YOU COULD EXPLAIN TO THE JURY, WHAT IS HAPPENING TO THE

12:50PM 11  REVENUE OVER THAT PERIOD OF TIME?

12:50PM 12  A.   SO THE REVENUE IN, YOU KNOW, Q4 OF '06 WHEN WE WERE HAVING

12:50PM 13  THESE DISCUSSIONS WAS ZERO, BUT, YOU KNOW, IT STARTS IN THE

12:51PM 14  BEGINNING OF 2007 TO BE -- I CAN'T TELL IF THAT'S A --

12:51PM 15  4.6 MILLION IN THE FIRST QUARTER GROWING TO 67 MILLION IN THE

12:51PM 16  FOURTH QUARTER OF '08, SO A SIGNIFICANT INCREASE IN REVENUE

12:51PM 17  OVER THAT PERIOD OF TIME.

12:51PM 18  Q.   YOU SAID THAT THE NUMBER FOR Q1 2007 IS ABOUT

12:51PM 19  $4.6 MILLION; IS THAT RIGHT?

12:51PM 20  A.   CORRECT.

12:51PM 21  Q.   AND CNA YOU EXPLAIN TO THE JURY THE CONVENTION THAT'S USED

12:51PM 22  FOR REVENUE AND IF THE ZEROS ARE ADDED?

12:51PM 23  A.   SO TYPICALLY ON THESE STATEMENTS, IN ORDER TO MAKE THE

12:51PM 24  NUMBERS EASY TO READ AND DEAL WITH, YOU TAKE OFF THE LAST THREE

12:51PM 25  ZEROS.  SO YOU DIVIDE IT BY 1,000.

12:51PM  1          SO THESE NUMBERS WOULD ALL HAVE HAD, YOU KNOW, THREE

12:51PM  2     ZEROS, OR HAVE BEEN IN THE MILLIONS OF DOLLARS.

12:51PM  3     Q.   OKAY.  AND NOW IF WE'LL LOOK AT THE BOTTOM OF THIS CHART

12:52PM  4     THAT YOU'RE LOOKING AT NOW, THE ROW CALLED NET INCOME, IT

12:52PM  5     BEGINS IN 2006 WITH NUMBERS THAT ARE IN PARENTHETICALS, BUT

12:52PM  6     THEN IT STOPS THAT AS WE MOVE ALONG IN TIME.

12:52PM  7          WHAT IS THAT INDICATING?

12:52PM  8     A.   SO THAT NET INCOME LINE REPRESENTS WHAT THE REVENUE AND

12:52PM  9     INCOME WAS, MINUS THE EXPENSES.  AND SO WHEN WE WERE

12:52PM 10     ANTICIPATING THIS INVESTMENT IN 2006, YOU CAN SEE THAT FOR THE

12:52PM 11     FOURTH QUARTER, THE COMPANY EXPECTED TO SPEND $5 MILLION MORE

12:52PM 12     THAN IT MADE.

12:52PM 13          SO THE NET INCOME WAS NEGATIVE $5 MILLION.

12:52PM 14          BUT OVER TIME, BASED ON WHAT THE PROJECTIONS FOR THEIR

12:52PM 15     REVENUE WAS, MINUS THOSE EXPENSES, GREW TO ABOUT $12 MILLION A

12:52PM 16     QUARTER.

12:52PM 17     Q.   AND WE SEE THE NUMBER BECOMING POSITIVE IN THE FOURTH

12:53PM 18     QUARTER OF 2007?

12:53PM 19     A.   CORRECT.

12:53PM 20     Q.   AND WAS THAT REFLECTED IN THE NOTES THAT WE LOOKED AT A

12:53PM 21     MOMENT AGO?

12:53PM 22     A.   CORRECT.  SO THAT WAS, THAT WAS WHAT THE DISCUSSION HAD

12:53PM 23     BEEN THAT -- AND IN '07 IS WHEN THINGS TURNED INTO A POSITIVE

12:53PM 24     CASH FLOW POSITION.

12:53PM 25     Q.   IN ADDITION TO THE PHONE CALL THAT YOU TALKED ABOUT AND

12:53PM  1    REVIEWING DOCUMENTS, AS PART OF DUE DILIGENCE, DID YOU ALSO GO

12:53PM  2    FROM TEXAS TO CALIFORNIA AT SOME POINT?

12:53PM  3    A.   I DID MAKE A TRIP TO CALIFORNIA.

12:53PM  4    Q.   DO YOU REMEMBER GENERALLY WHEN THAT WAS?

12:53PM  5    A.   I BELIEVE IT WAS EARLY NOVEMBER OF 2006.

12:53PM  6    Q.   WAS THAT BEFORE A DECISION REGARDING AN INVESTMENT WAS

12:53PM  7    MADE?

12:53PM  8    A.   IT WAS.

12:53PM  9    Q.   AND WHAT DID YOU DO IN CALIFORNIA?

12:53PM  10   A.   SO AS PART OF MY TRIP, I WENT TO DINNER WITH DON LUCAS AND

12:53PM  11   CHRIS LUCAS AND ELIZABETH HOLMES AND, YOU KNOW, WE SPENT, AS I

12:53PM  12   REMEMBER, A FEW HOURS AT DINNER THAT NIGHT TALKING ABOUT WHAT

12:54PM  13   THERANOS DID, TALKING ABOUT ELIZABETH'S VISION FOR THE COMPANY.

12:54PM  14        YOU KNOW, WE ALSO, I'M SURE, HEARD SOME FUN STORIES FROM

12:54PM  15   DON LUCAS, YOU KNOW, ABOUT HIS INVESTMENT CAREER.

12:54PM  16        BUT IT WAS MOSTLY FOCUSSED ON THERANOS AND WHAT THE

12:54PM  17   OPPORTUNITY WAS.

12:54PM  18   Q.   DID MS. HOLMES DESCRIBE TO YOU THE TECHNOLOGY?

12:54PM  19   A.   SHE DID.

12:54PM  20   Q.   AND DID THAT DESCRIPTION CHANGE YOUR UNDERSTANDING?

12:54PM  21        YOU DESCRIBED EARLIER THINKING THAT THEY HAD A READER THAT

12:54PM  22   TESTED BLOOD ON A CARTRIDGE DRAWN FROM A FINGERSTICK.

12:54PM  23        WAS THE DESCRIPTION THAT YOU RECEIVED DURING DINNER

12:54PM  24   CONSISTENT WITH THAT, OR DID YOU LEARN SOMETHING DIFFERENT?

12:54PM  25   A.   YEAH, I WOULD SAY IT DIDN'T, IT DIDN'T CHANGE IT THAT

12:54PM 1    MUCH.  IT AMPLIFIED IT.  I CAME AWAY WITH A MUCH BETTER

12:54PM 2    UNDERSTANDING OF WHAT IT WOULD DO AND WHAT THE VISION WAS FOR

12:54PM 3    WHERE IT MAY GO.

12:54PM 4        BUT THE BASIC THESIS WAS THE SAME.

12:55PM 5    Q.    AND DID YOU ALSO VISIT THERANOS HEADQUARTERS DURING THIS

12:55PM 6    TRIP?

12:55PM 7    A.    YOU KNOW, AS I RECALL I DID.  IT WAS EITHER THAT DAY

12:55PM 8    BEFORE DINNER OR MAYBE THE NEXT MORNING.  I DON'T REMEMBER.

12:55PM 9    Q.    DID YOU LOOK AT ANY OF THE DEVICES THAT THERANOS

12:55PM 10   MANUFACTURED?

12:55PM 11   A.    YOU KNOW, I DON'T RECALL KIND OF TAKING A TOUR AND SEEING

12:55PM 12   THE DEVICES.  I DO KNOW -- I MAY HAVE.  I JUST DON'T REMEMBER.

12:55PM 13       I DID COME HOME FROM THAT TRIP WITH A CARTRIDGE, AN EARLY

12:55PM 14   VERSION OF THE CARTRIDGE THAT HAD A PLACE WHERE THE FINGERSTICK

12:55PM 15   BLOOD WOULD GO IN.

12:55PM 16       SO AT SOME POINT, YOU KNOW, I SAW SOMETHING THAT WOULD

12:55PM 17   HAVE BEEN RELATED TO THOSE DEVICES.  BUT I, I DON'T REMEMBER

12:55PM 18   TAKING A TOUR.

12:55PM 19   Q.    DID MS. HOLMES GIVE YOU THAT CARTRIDGE?

12:55PM 20   A.    I DON'T REMEMBER IF SHE DID OR IF SOMEBODY ELSE DID WHILE

12:55PM 21   I WAS THERE.

12:55PM 22   Q.    WHEN YOU THEN RETURNED TO TEXAS, DID YOU MAKE A

12:55PM 23   RECOMMENDATION REGARDING AN INVESTMENT IN THERANOS?

12:55PM 24   A.    YOU KNOW, AT SOME POINT AFTER THAT I WOULD HAVE RECOUNTED,

12:56PM 25   YOU KNOW, THE EXPERIENCE THAT I HAD AND MY TAKEAWAYS FROM THAT,

12:56PM 1       AND AT SOME POINT AFTER THAT MR. HALL AND I MADE A DECISION TO

12:56PM 2       INVEST.

12:56PM 3       Q.   AND HOW MUCH DID YOU DECIDE TO INVEST?

12:56PM 4       A.   SO OUR INVESTMENT IN 2006 WAS $2 MILLION.

12:56PM 5       Q.   AND, AGAIN, THAT WAS THROUGH BLACK DIAMOND VENTURES; IS

12:56PM 6       THAT RIGHT?

12:56PM 7       A.   CORRECT.  SO IN ESSENCE WE JOINED CHRIS LUCAS'S FUND.  WE

12:56PM 8       COMMITTED $2 MILLION TO THAT FUND THAT WAS ULTIMATELY

12:56PM 9       AGGREGATED WITH OTHER INVESTORS, I BELIEVE, AND INVESTED INTO

12:56PM 10      THE COMPANY.

12:56PM 11      Q.   OKAY.  AND WAS THAT LATE 2006, OR SOMETIME AFTER THE

12:56PM 12      EVENTS THAT WE HAVE TALKED ABOUT IN 2006?

12:56PM 13      A.   YES, IT'S AFTER -- IT'S AFTER MY TRIP OUT.

12:56PM 14      Q.   I'D LIKE TO NOW TAKE A CHUNK OF TIME ALL AT ONCE WITH YOU.

12:56PM 15           FROM THIS TIME IN 2006 WHEN THIS INVESTMENT WAS MADE UNTIL

12:57PM 16      2013, HOW MUCH, IF ANY, COMMUNICATION DID YOU HAVE WITH

12:57PM 17      MS. HOLMES DURING THAT PERIOD OF TIME?

12:57PM 18      A.   NONE THAT I RECALL.

12:57PM 19      Q.   HOW ABOUT WITH ANYBODY FROM THERANOS?

12:57PM 20      A.   YOU KNOW, I DON'T RECALL ANY, ANY DIRECT COMMUNICATION

12:57PM 21      WITH ANYBODY AT THE COMPANY OVER THAT PERIOD OF TIME.

12:57PM 22      Q.   DID YOU RECEIVE ANY UPDATES AT ALL ABOUT YOUR INVESTMENT

12:57PM 23      IN THERANOS?

12:57PM 24      A.   I DID.

12:57PM 25           BECAUSE WE HAD INVESTED THROUGH CHRIS LUCAS'S, THROUGH

12:57PM  1    BLACK DIAMOND VENTURES, I HAD REGULAR CONVERSATIONS WITH

12:57PM  2    MR. LUCAS ABOUT, YOU KNOW, ABOUT OUR INVESTMENT, ABOUT HOW

12:57PM  3    THINGS WERE GOING.

12:57PM  4         YOU KNOW, AS I UNDERSTOOD, MR. LUCAS WAS A PRETTY REGULAR

12:57PM  5    VISITOR AT THE COMPANY HEADQUARTERS AND, YOU KNOW, MAY HAVE HAD

12:57PM  6    SOME PROJECTS THAT HE WAS WORKING ON.

12:57PM  7         ANYWAY, HE WAS A REGULAR SOURCE OF INFORMATION FOR US

12:57PM  8    THROUGH THOSE YEARS.

12:57PM  9    Q.   OKAY.  WERE THERE ANY OTHER SOURCES OF INFORMATION DURING

12:57PM 10    THAT PERIOD OF TIME?  DID YOU LOOK ON THE INTERNET OR ANY OTHER

12:58PM 11    PUBLIC SOURCES?

12:58PM 12    A.   YOU KNOW, CERTAINLY I WOULD HAVE LOOKED AT GOOGLE OR THE

12:58PM 13    INTERNET.

12:58PM 14         YOU KNOW, DURING THAT TIME, AS I RECALL, THERE WAS NOT

12:58PM 15    MUCH PUBLIC INFORMATION THAT WAS PUBLICLY AVAILABLE.

12:58PM 16         YOU KNOW, IN MY CONVERSATIONS WITH CHRIS, I THINK THAT WAS

12:58PM 17    BY DESIGN, OR I UNDERSTOOD IT WAS BY DESIGN, THAT THE COMPANY

12:58PM 18    DIDN'T WANT TO LOSE A COMPETITIVE ADVANTAGE BY HAVING, YOU

12:58PM 19    KNOW, LOTS OF INFORMATION OUT IN THE PUBLIC DOMAIN.

12:58PM 20    Q.   YOU WEREN'T SURPRISED THAT THERE WASN'T MORE IN THE PUBLIC

12:58PM 21    DOMAIN?

12:58PM 22    A.   NO.  IN FACT, I WAS ENCOURAGED BECAUSE IT FELT LIKE A --

12:58PM 23    IT DID FEEL LIKE A REVOLUTIONARY TECHNOLOGY THAT YOU WANTED TO

12:58PM 24    KIND OF PRESERVE AN ADVANTAGE.

12:58PM 25    Q.   OKAY.  WE SAW IN YOUR NOTES FROM 2006 THE IPO, AND I THINK

12:58PM  1    IT WAS THE FIRST QUARTER OF 2008.

12:58PM  2        DID YOU KNOW WHETHER THAT HAPPENED?

12:58PM  3    A.   IT DID NOT HAPPEN.

12:58PM  4    Q.   OKAY.  WE SAW IN YOUR NOTES THAT THE COMPANY WAS GOING TO

12:59PM  5    BECOME CASH FLOW POSITIVE AT ONE POINT.

12:59PM  6        DID YOU RECEIVE ANY INFORMATION ABOUT WHETHER THAT

12:59PM  7    HAPPENED?

12:59PM  8    A.   YOU KNOW, CHRIS AND I WOULD HAVE HAD SOME CONVERSATIONS

12:59PM  9    ABOUT THAT.  I DON'T RECALL WITH SPECIFICS, YOU KNOW, KNOWING

12:59PM  10   IF OR WHEN THE COMPANY BECAME CASH FLOW POSITIVE.

12:59PM  11   Q.   OKAY.  LET'S NOW TURN TO 2013, AND IF YOU'LL LOOK IN THAT

12:59PM  12   BINDER AT 3940.

12:59PM  13       MR. TOLBERT, IS THIS AN EMAIL FROM CHRIS LUCAS TO YOU

12:59PM  14   ABOUT THERANOS?

12:59PM  15   A.   IT IS.

12:59PM  16            MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 3940.

12:59PM  17            MR. DOWNEY:  NO OBJECTION, YOUR HONOR.

12:59PM  18            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:59PM  19       (GOVERNMENT'S EXHIBIT 3940 WAS RECEIVED IN EVIDENCE.)

01:00PM  20            MR. SCHENK:  THANK YOU.

01:00PM  21   Q.   FIRST LET'S NOTE THE TIME.  IT'S JULY NOW, THE END OF

01:00PM  22   JULY 2013.

01:00PM  23       CHRIS LUCAS SENDS YOU AN EMAIL AND THE SUBJECT IS THERANOS

01:00PM  24   NEW BOARD MEMBERS.

01:00PM  25       DO YOU SEE THAT?

01:00PM 1    A.   I DO.

01:00PM 2    Q.   "THERANOS LAUNCHED THEIR NEW WEBSITE THIS MORNING AND

01:00PM 3    ANNOUNCED NEW BOARD MEMBERS.

01:00PM 4         "SHE IS CLEARLY ASSEMBLING AN IMPRESSIVE GROUP.

01:00PM 5         "HOPEFULLY, THIS ALSO MEANS THAT WE WILL START RECEIVING

01:00PM 6    MORE COMMUNICATION FROM THE COMPANY."

01:00PM 7         FIRST, IS THIS THE TYPE OF INFORMATION THAT YOU WOULD

01:00PM 8    RECEIVE FROM MR. LUCAS OVER THE YEARS?

01:00PM 9    A.   CERTAINLY THIS KIND OF INFORMATION, OR ANYTHING THAT FELT

01:00PM 10   LIKE IT WAS NEWS OR DEVELOPMENT I FELT LIKE HE WOULD RELAY TO

01:00PM 11   ME.

01:00PM 12        SO, YOU KNOW, WE HAD HAD SOME CONVERSATIONS IN ADVANCE OF

01:00PM 13   JULY ABOUT, YOU KNOW, THE POSSIBILITY THAT THERE WOULD BE AN

01:00PM 14   ANNOUNCEMENT OF A BOARD.

01:00PM 15        AND SO, YOU KNOW, HE WAS, AS I REMEMBER, EXCITED TO HAVE

01:01PM 16   SOMETHING TO SEND TO ME THAT WAS PUBLIC THAT, YOU KNOW,

01:01PM 17   EVIDENCED SOME GREAT MOMENTUM ON THE COMPANY'S PART.

01:01PM 18   Q.   MR. LUCAS WROTE THAT, HOPEFULLY, THIS MEANS THAT WE WILL

01:01PM 19   START RECEIVING MORE INFORMATION FROM THE COMPANY.

01:01PM 20        WHAT DID YOU TAKE THAT TO MEAN?

01:01PM 21   A.   YOU KNOW, CHRIS AND I HAD HAD LOTS OF CONVERSATIONS OVER

01:01PM 22   THOSE INTERVENING YEARS ABOUT, YOU KNOW, JUST WANTING

01:01PM 23   INFORMATION, MORE FINANCIAL INFORMATION, AND MORE VISIBILITY AS

01:01PM 24   TO WHAT WAS GOING ON.

01:01PM 25        SO AS I RECALL, WE HAD SOME SPECIFIC CONVERSATIONS AROUND

01:01PM  1    THIS TIME THAT MAYBE THIS MEANT THERE WAS A DAY THAT THAT

01:01PM  2    CONVERSATION WOULD BECOME MORE FREQUENT, MORE OPEN.

01:01PM  3    Q.   AND DID YOU AGREE WITH THIS SENTIMENT, THAT THE COMPANY

01:01PM  4    HADN'T PROVIDED A LOT OF INFORMATION AND HOPEFULLY THEY WOULD

01:02PM  5    START TO PROVIDE MORE?

01:02PM  6    A.   CORRECT.

01:02PM  7    Q.   AND IS AN EXAMPLE OF THEM PROVIDING MORE INFORMATION A

01:02PM  8    PHONE CALL, FOR INSTANCE, BETWEEN YOU AND MS. HOLMES WHERE YOU

01:02PM  9    COULD LEARN MORE ABOUT THE COMPANY?  IS THAT THE KIND OF THING

01:02PM 10    THAT YOU WANTED?

01:02PM 11    A.   YOU KNOW, CERTAINLY THAT WOULD HAVE WELCOMED.  BECAUSE WE

01:02PM 12    WEREN'T A DIRECT INVESTOR AT THIS POINT, I WOULDN'T HAVE

01:02PM 13    EXPECTED THAT KIND OF DIRECT COMMUNICATION FROM THE COMPANY.

01:02PM 14         YOU KNOW, I WOULD HAVE EXPECTED SOME DIRECT COMMUNICATION

01:02PM 15    WITH CHRIS, WHO THEN WOULD HAVE KIND OF REFLECTED THAT TO US.

01:02PM 16    Q.   I SEE.

01:02PM 17         IF YOU'LL NOW TURN TO EXHIBIT 949.

01:02PM 18         IS THIS AN EMAIL CHAIN FROM AN EMPLOYEE AT CHRIS LUCAS'S

01:02PM 19    FUND, AND YOU, CONTAINING INFORMATION ABOUT THERANOS?

01:02PM 20    A.   THAT'S CORRECT.

01:02PM 21              MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 949.

01:03PM 22              MR. DOWNEY:  NO OBJECTION.

01:03PM 23              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:03PM 24         (GOVERNMENT'S EXHIBIT 949 WAS RECEIVED IN EVIDENCE.)

01:03PM 25    BY MR. SCHENK:

01:03PM  1    Q.   LET'S ACTUALLY START AT THE TOP OF THIS DOCUMENT,

01:03PM  2    MR. TOLBERT.

01:03PM  3         FIRST, THIS IS FROM SOMEONE NAMED ANA QUINTANA.

01:03PM  4         DO YOU KNOW WHO THAT IS?

01:03PM  5    A.   I DO.  SHE WORKS WITH CHRIS LUCAS AT BLACK DIAMOND

01:03PM  6    VENTURES.

01:03PM  7    Q.   SO SHE'S WRITING TO YOU IN AUGUST, SO A FEW DAYS LATER

01:03PM  8    FROM THAT EMAIL FROM MR. LUCAS, "PLEASE FIND THE SHAREHOLDER

01:03PM  9    LETTER BELOW.

01:03PM  10        THE SUBJECT LINE IS BLACK DIAMOND VENTURES THERANOS

01:03PM  11   SHAREHOLDER LETTER.

01:03PM  12        DO YOU SEE THAT?

01:03PM  13   A.   YES, I DO.

01:03PM  14   Q.   AND BELOW THIS EMAIL NOW, AT THE BOTTOM OF THIS FIRST

01:03PM  15   PAGE, MS. QUINTANA IS FORWARDING TO YOU ANOTHER EMAIL THAT

01:04PM  16   SAYS, "BELOW PLEASE FIND A SHAREHOLDER UPDATE LETTER FROM

01:04PM  17   THERANOS CEO ELIZABETH HOLMES."

01:04PM  18        DO YOU SEE THAT?

01:04PM  19   A.   I DO SEE THAT.

01:04PM  20   Q.   SO THAT'S AT THE VERY BOTTOM OF THIS FIRST PAGE.

01:04PM  21        NOW, IF YOU'LL TURN WITH ME TO PAGE 2.

01:04PM  22        THERE'S AN EMAIL FROM AND TO THERANOS FROM JULY OF 2013,

01:04PM  23   "DEAR SHAREHOLDER.

01:04PM  24        "IT IS WITH GREAT PLEASURE THAT I WRITE TO INFORM YOU OF

01:04PM  25   OUR UPCOMING CONSUMER LAUNCH."

01:04PM  1          DID YOU KNOW WHAT THAT WAS A REFERENCE TO?

01:04PM  2    A.   AT THIS TIME THERANOS WAS UNDERTAKING A CONSUMER LAUNCH

01:04PM  3    WHERE, IN PARTNERSHIP WITH DIFFERENT RETAIL ESTABLISHMENTS, TO

01:05PM  4    BE ABLE TO TAKE THEIR TECHNOLOGY DIRECTLY TO THE CONSUMER AND

01:05PM  5    PUT IT IN CLOSE PROXIMITY TO WHERE THE CONSUMERS WERE.

01:05PM  6    Q.   DO YOU KNOW IF, AT THIS TIME, YOU KNEW WHICH STORES OR

01:05PM  7    WHICH COMPANIES THERANOS WAS IN PARTNERSHIP WITH?

01:05PM  8    A.   YOU KNOW, AT THIS TIME IN JULY I DON'T BELIEVE THAT I KNEW

01:05PM  9    SPECIFICALLY.  CHRIS AND I HAD HAD SEVERAL CONVERSATIONS OVER

01:05PM 10    THE YEARS.

01:05PM 11          I SAY "OVER THE YEARS."  IN THOSE CONVERSATIONS THAT CHRIS

01:05PM 12    AND I WOULD HAVE HAD, I KNEW THAT THERE WAS A BUILDOUT BY SOME

01:05PM 13    MAJOR RETAIL CHAINS.  I THINK I KNEW THAT SAFEWAY WAS ONE OF

01:05PM 14    THOSE.  YOU KNOW, AND THERE WAS SPECULATION ABOUT WHO THE

01:05PM 15    OTHERS WOULD HAVE BEEN.

01:05PM 16          BUT I DON'T, I DON'T RECALL IF I KNEW KIND OF WHO AND

01:05PM 17    WHERE EXACTLY AT THIS POINT.

01:05PM 18    Q.   OKAY.  THE EMAIL CONTINUES.  "AS YOU ALL KNOW, WE HAVE

01:05PM 19    BEEN WORKING IN STEALTH MODE FOR SEVERAL YEARS TO PREPARE FOR

01:05PM 20    THIS."

01:05PM 21          WHAT IS STEALTH MODE A REFERENCE TO, IF YOU KNOW?

01:06PM 22    A.   YOU KNOW, I ASSUME IT'S, YOU KNOW, TRYING TO WORK BELOW

01:06PM 23    THE RADAR SO THAT YOU DON'T LOSE A COMPETITIVE ADVANTAGE BY

01:06PM 24    HAVING, YOU KNOW, OTHER PEOPLE KNOW THAT THE TECHNOLOGY IS

01:06PM 25    COMING AND IT'S GOING TO BE ROLLED OUT.

01:06PM   1         AND SO, YOU KNOW, IN PART THAT'S WHY I THINK -- OR AT

01:06PM   2   LEAST THAT'S WHY I HADN'T BEEN AS CONCERNED THROUGH THOSE YEARS

01:06PM   3   AT THE LACK OF INFORMATION THAT WE HAD BECAUSE IT FELT LIKE

01:06PM   4   THERE WAS A SPECIFIC PURPOSE THAT, YOU KNOW, WAS BEING

01:06PM   5   ANTICIPATED.

01:06PM   6         BUT TO ANSWER YOUR QUESTION, WORKING IN STEALTH MODE WAS

01:06PM   7   TO TRY TO DO IT SO THAT THEY COULD CAPITALIZE ON THE MARKET

01:06PM   8   WITHOUT A LOT OF COMPETITION AT THE MOMENT WHEN THEY LAUNCHED.

01:06PM   9   Q.    SO WAS THE LACK OF INFORMATION THAT YOU RECEIVED FROM AT

01:06PM  10   LEAST 2006 TO 2013 SOMETHING THAT YOU THOUGHT WAS INTENTIONAL,

01:07PM  11   INTENTIONAL BY THERANOS?

01:07PM  12   A.    I CERTAINLY THOUGHT THAT IT WAS INTENTIONAL THAT THEY WERE

01:07PM  13   TRYING TO KEEP THINGS UNDER WRAPS.

01:07PM  14   Q.    THE NEXT SENTENCE IS, "WITH THIS LAUNCH, WE WILL BEGIN

01:07PM  15   SENDING INFORMATION TO OUR SHAREHOLDERS THROUGH EMAIL BRIEFS."

01:07PM  16         WHAT DID THAT MEAN TO YOU?

01:07PM  17   A.    YOU KNOW, IT MEANT THAT, YOU KNOW, BECAUSE THEY HAD COME

01:07PM  18   TO A POINT IN TIME WHERE THEY ANTICIPATED BEING MORE PUBLIC

01:07PM  19   ABOUT THE PROGRESS THE COMPANY WAS MAKING WITH THE

01:07PM  20   SHAREHOLDERS, THAT THEY WOULD SEND OUT EMAILS DIRECTLY TO THE

01:07PM  21   SHAREHOLDERS WITH UPDATED INFORMATION.

01:07PM  22   Q.    AND IT CONTINUES.

01:07PM  23         OUR FIRST WEBSITE CONTENT IS UP TODAY.  THE BOARD IS

01:07PM  24   PUBLICLY LISTED AND THEY DID THEIR COMPANY'S FIRST PRESS

01:07PM  25   RELEASE.

01:07PM  1          DO YOU SEE THAT?

01:07PM  2     A.   I DO.

01:07PM  3     Q.   AND THEN ON THE NEXT PAGE AT THE BOTTOM, DO YOU SEE

01:08PM  4     INFORMATION REGARDING THE ADDITION OF MEMBERS OF THE BOARD OF

01:08PM  5     DIRECTORS?

01:08PM  6     A.   I DO.

01:08PM  7     Q.   "THERANOS ANNOUNCED TODAY THAT RICHARD KOVACEVICH AND

01:08PM  8     GENERAL JAMES MATTIS WERE APPOINTED TO ITS BOARD OF DIRECTORS."

01:08PM  9          DO YOU SEE THAT?

01:08PM 10     A.   I DO SEE THAT.

01:08PM 11     Q.   AND THEN FURTHER DOWN THERE'S SOME PRESS LINKS, A MARKET

01:08PM 12     WATCH AND A CNBC.

01:08PM 13          DO YOU SEE THAT?

01:08PM 14     A.   I DO.

01:08PM 15     Q.   WERE THERE OCCASIONS WHEN THERANOS SENT INFORMATION TO YOU

01:08PM 16     THAT INCLUDED LINKS TO ARTICLES IN THE PRESS?

01:08PM 17     A.   YOU KNOW, JUST TO BE CLEAR, THEY DIDN'T SEND IT TO ME

01:08PM 18     BECAUSE WE WERE NOT A DIRECT INVESTOR.  BUT THEY WOULD HAVE

01:08PM 19     SENT IT TO MR. LUCAS, AND MR. LUCAS WOULD HAVE FORWARDED IT TO

01:08PM 20     ME AND SO I WOULD HAVE RECEIVED THE LINKS.

01:08PM 21     Q.   YOU RECEIVED THIS THROUGH YOUR INVESTMENT IN BLACK DIAMOND

01:08PM 22     VENTURES?

01:08PM 23     A.   CORRECT.

01:08PM 24     Q.   AND DID YOU THINK THE CONTENT OF THESE ARTICLES THAT WAS

01:08PM 25     SENT ALONG TO INVESTORS WOULD BE ACCURATE?

01:09PM   1     A.   I DID.

01:09PM   2     Q.   IF YOU'LL NOW TURN TO EXHIBIT 4030, EXHIBIT 4030.

01:09PM   3          MR. TOLBERT, WHAT IS THIS DOCUMENT?

01:09PM   4     A.   THIS IS AN EMAIL THAT WE WOULD HAVE GOTTEN FROM

01:09PM   5     MR. LUCAS'S BLACK DIAMOND VENTURES ABOUT AN ANNUAL MEETING THAT

01:09PM   6     THEY WERE HAVING TO REVIEW THE INVESTMENTS THAT WERE MADE IN

01:09PM   7     THEIR FUND.

01:09PM   8     Q.   AND THEN THERE'S AN ATTACHMENT BEGINNING ON PAGE 3.

01:09PM   9          DO YOU RECOGNIZE THAT ATTACHMENT?

01:09PM  10     A.   CORRECT.  SO ONE OF THEIR PORTFOLIO INVESTMENT COMPANIES

01:09PM  11     WAS OBVIOUSLY THERANOS, AND SO THIS WAS A, YOU KNOW, AN UPDATE

01:10PM  12     ON THEIR INVESTMENT AT THERANOS THAT THEY FORWARDED ALONG IN

01:10PM  13     ANTICIPATION OF THEIR SHAREHOLDER MEETING.

01:10PM  14          MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 4030.

01:10PM  15          MR. DOWNEY:  NO OBJECTION, YOUR HONOR.

01:10PM  16          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:10PM  17     (GOVERNMENT'S EXHIBIT 4030 WAS RECEIVED IN EVIDENCE.)

01:10PM  18     BY MR. SCHENK:

01:10PM  19     Q.   MR. TOLBERT, THE EMAIL IS FROM AN INDIVIDUAL NAMED

01:10PM  20     YASMIN IBARRA.

01:10PM  21          DO YOU KNOW WHO THAT IS?

01:10PM  22     A.   SHE WAS AN EMPLOYEE AT BLACK DIAMOND VENTURES.

01:10PM  23     Q.   AND ALSO LOOK AT THE ATTACHMENT STARTING ON PAGE 6.

01:10PM  24          ON PAGE 6 AT THE BOTTOM OF THE SLIDE, WELL, AT THE TOP IT

01:10PM  25     READS "NEWLY DEVELOPED WEBSITE."

01:10PM 1      DID YOU UNDERSTAND THAT THERANOS HAD RECENTLY UPDATED OR

01:10PM 2   DEVELOPED ITS WEBSITE?

01:10PM 3   A.   I DID.  I WOULD HAVE -- AS SOON AS THE WEBSITE WOULD HAVE

01:10PM 4   BEEN AVAILABLE, I WOULD HAVE LOOKED AT IT.

01:10PM 5   Q.   AT THE BOTTOM IT READS, "FOR THE FIRST TIME, THERANOS IS

01:10PM 6   INTRODUCING CLIA-CERTIFIED LABORATORY SERVICES WITH THE ABILITY

01:11PM 7   TO RUN ITS TEST ON MICRO-SAMPLES."

01:11PM 8      IS THAT CONSISTENT WITH YOUR UNDERSTANDING OF THE THERANOS

01:11PM 9   TECHNOLOGY?

01:11PM 10  A.   IT IS.

01:11PM 11  Q.   AND IS THAT ALSO CONSISTENT WITH THE WAY THAT MS. HOLMES

01:11PM 12  EXPLAINED THE TECHNOLOGY TO YOU?

01:11PM 13  A.   YEAH.  I MEAN, I WILL SAY THAT WHEN -- SO WHEN THIS --

01:11PM 14  BEAR WITH ME.

01:11PM 15     WHEN THIS WAS SENT, THIS WAS NOVEMBER OF 2013, SO THE LAST

01:11PM 16  TIME I TALKED WITH MS. HOLMES AS I REMEMBER WAS IN 2006, SO

01:11PM 17  THAT WOULD HAVE BEEN A LOT OF YEARS BEFORE.

01:11PM 18     BUT THIS WAS CERTAINLY THE VISION THAT I FELT HAD BEEN

01:11PM 19  LAID OUT IN THE BEGINNING.

01:11PM 20  Q.   IN 2006, DID MS. HOLMES DESCRIBE THE TECHNOLOGY TO YOU?

01:11PM 21  A.   SHE DID.

01:11PM 22  Q.   AND ALSO HER VISION?

01:11PM 23  A.   CORRECT.

01:11PM 24  Q.   AND WAS THIS CONSISTENT WITH BOTH HER DESCRIPTION OF THE

01:11PM 25  TECHNOLOGY AND THE VISION?

TOLBERT DIRECT BY MR. SCHENK

01:11PM 1   A.   YEAH.  I MEAN, I DON'T REMEMBER HOW SPECIFICALLY IT LINED

01:11PM 2   UP, BUT I KNEW DIRECTIONALLY IT WAS.

01:11PM 3   Q.   AND DID YOU READ THIS AND WERE YOU SURPRISED THAT -- DID

01:12PM 4   THIS STRIKE YOU AS INCONSISTENT?

01:12PM 5   A.   NO.  I MEAN, IT CERTAINLY MADE SENSE, AND SO THAT'S WHERE

01:12PM 6   THINGS WERE HEADED.

01:12PM 7   Q.   OKAY.

01:12PM 8   A.   AND IN MY CONVERSATIONS WITH MR. LUCAS THROUGH THE YEARS,

01:12PM 9   THAT EVOLUTION OF WHERE THE TECHNOLOGY WAS HEADED, THIS MADE

01:12PM 10  PERFECT SENSE.

01:12PM 11  Q.   IF YOU'LL TURN NOW TO PAGE 7, THE NEXT PAGE.  THIS SLIDE

01:12PM 12  IN THE MIDDLE SAYS "THE LAB TEST, REINVENTED."

01:12PM 13       DO YOU SEE THAT?

01:12PM 14  A.   I DO.

01:12PM 15  Q.   AND THERE'S AN IMAGE OF A DEVICE CALLED A NANOTAINER.

01:12PM 16       DO YOU SEE THAT?

01:12PM 17  A.   I DO.

01:12PM 18  Q.   IS THAT ALSO CONSISTENT WITH THE WAY THAT YOU UNDERSTOOD

01:12PM 19  THAT THE THERANOS TECHNOLOGY TO BE BASED ON MS. HOLMES'S

01:12PM 20  STATEMENTS TO YOU AND HER DESCRIPTION OF THE VISION?

01:12PM 21  A.   IT IS.

01:12PM 22  Q.   IF YOU'LL NOW TURN TO PAGE 8.  UNDER "WELCOME TO

01:13PM 23  THERANOS," THERE'S SOME LANGUAGE.

01:13PM 24       IS THAT CLEAR ENOUGH FOR YOU TO READ?  CAN YOU SEE IT?

01:13PM 25  A.   I CAN.

01:13PM  1

01:13PM  2    Q.   "THERANOS'S LABORATORY CAN ANALYZE SMALLER SAMPLES THAN

01:13PM  3    PREVIOUSLY POSSIBLE WITH SPEED AND THE HIGHEST LEVELS OF

01:13PM  4    ACCURACY.  IT'S EASIER ON YOUR PATIENTS AND HELPS YOU MAKE THE

01:13PM  5    BEST DIAGNOSIS AS FAST AS POSSIBLE."

01:13PM  6         I'M GOING TO ASK YOU, ACTUALLY, IF THIS IS CONSISTENT WITH

01:13PM  7    SOMETHING THAT YOU LEARNED A LITTLE BIT LATER.

01:13PM  8         BUT FOR NOW, DID I READ THAT CORRECTLY?

01:13PM  9    A.   YOU DID.

01:13PM 10    Q.   IF YOU'LL NOW TURN TO 1346.

01:13PM 11         IS 1346 ANOTHER EMAIL FROM MS. QUINTANA REGARDING YOUR

01:13PM 12    INVESTMENT IN THERANOS THROUGH BLACK DIAMOND VENTURES?

01:13PM 13    A.   IT IS.

01:14PM 14              MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 1346.

01:14PM 15              MR. DOWNEY:  NO OBJECTION, YOUR HONOR.

01:14PM 16              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:14PM 17         (GOVERNMENT'S EXHIBIT 1346 WAS RECEIVED IN EVIDENCE.)

01:14PM 18    BY MR. SCHENK:

01:14PM 19    Q.   FIRST, AT THE VERY TOP WE SEE YOUR NAME ABOVE THE BLACK

01:14PM 20    LINE.

01:14PM 21         DO YOU SEE THAT?

01:14PM 22    A.   I DO.

01:14PM 23    Q.   AND EVEN THOUGH ON THE TO LINE IT JUST SAYS ANA QUINTANA,

01:14PM 24    DID YOU RECEIVE THIS EMAIL?

01:14PM 25    A.   CORRECT.  SHE SENT IT TO SEVERAL INVESTORS I THINK AND I

01:14PM    1    WAS ONE OF THOSE WHO WAS COPIED ON THAT.

01:14PM    2    Q.   THE DATE IS DECEMBER 18TH, 2013.

01:14PM    3         SO WE'RE COMING UP TOWARDS THE END OF THE YEAR.

01:14PM    4         SHE WRITES, "DEAR BLACK DIAMOND INVESTOR.  AN INVESTOR

01:14PM    5    CONFERENCE CALL HAS BEEN SCHEDULED FOR THIS FRIDAY,

01:14PM    6    DECEMBER 20TH, PROMPTLY STARTING AT 10:15 A.M. PACIFIC.  THE

01:14PM    7    CONFIDENTIAL UPDATE CALL WILL BE PRESENTED BY THERANOS'S CEO,

01:15PM    8    ELIZABETH HOLMES."

01:15PM    9         WAS THERE A CONFERENCE CALL ON DECEMBER 20TH?

01:15PM   10    A.   THERE WAS.

01:15PM   11    Q.   AND DID YOU PARTICIPATE IN THAT CALL?

01:15PM   12    A.   I DID.

01:15PM   13    Q.   AND WAS MS. HOLMES ALSO ON THE CALL?

01:15PM   14    A.   SHE WAS.

01:15PM   15    Q.   THE NEXT PARAGRAPH TALKS ABOUT THE THERANOS LAUNCH TO

01:15PM   16    CONSUMER HEALTH CARE THIS YEAR, THEY ARE RAPIDLY SCALING TO

01:15PM   17    ESTABLISH A NATIONAL FOOTPRINT AND CAPTURE THE OPPORTUNITY WE

01:15PM   18    HAVE TO SERVE AS THE ONLY CERTIFIED NATIONAL LABORATORY CAPABLE

01:15PM   19    OF RUNNING ANY OF ITS LABORATORY TESTS FROM A FEW TINY DROPLETS

01:15PM   20    OF BLOOD.

01:15PM   21         WAS THAT SOMETHING THAT WAS DISCUSSED ON THE CALL TWO DAYS

01:15PM   22    AFTER THIS EMAIL?

01:15PM   23    A.   IT WAS.

01:15PM   24    Q.   THE NEXT PARAGRAPH READS, "AS PART OF THIS INITIATIVE,

01:15PM   25    THEY'RE COMPLETING A SERIES OF FINANCIAL TRANSACTIONS WITH

01:15PM  1    STRATEGIC PARTNERS THAT PROVIDE ACCESS TO ADDITIONAL CAPITAL IN

01:15PM  2    ORDER TO ACCELERATE THEIR GROWTH."

01:15PM  3         AND THEN A SENTENCE OR TWO DOWN IT CONTINUES, "THE PRICE

01:16PM  4    PER SHARE OF THERANOS SERIES C-1 PREFERRED STOCK IN THE

01:16PM  5    TRANSACTIONS CLOSING BETWEEN NOW AND DECEMBER 31ST, 2013 IS $75

01:16PM  6    PER SHARE (PRE-SPLIT)."

01:16PM  7         DID YOU EVENTUALLY SEND MONEY TO THERANOS TO INVEST AT THE

01:16PM  8    END OF THIS YEAR?

01:16PM  9    A.   WE DID.  SO ON DECEMBER 31ST, WE DID MAKE AN INVESTMENT OF

01:16PM 10    $5 MILLION AT THE $75 SHARE LEVEL.

01:16PM 11    Q.   THAT'S MY QUESTION.  YOU BOUGHT AT $75 PER SHARE?

01:16PM 12    A.   CORRECT.

01:16PM 13    Q.   AND WERE THEY THE SERIES C-1?

01:16PM 14    A.   THEY WERE.

01:16PM 15    Q.   IN 2016, DO YOU RECALL WHAT THE SHARE PRICE WAS?

01:16PM 16    A.   YOU KNOW, SO THE 2 MILLION WE INVESTED WAS A LITTLE LESS

01:16PM 17    THAN $3 A SHARE.

01:16PM 18    Q.   AND NOW THEY'RE SELLING SHARES AT $75?

01:16PM 19    A.   CORRECT.

01:16PM 20    Q.   AND DID YOU UNDERSTAND THAT BETWEEN NOW -- IT READS THE

01:17PM 21    TRANSACTIONS CLOSING BETWEEN NOW AND DECEMBER 31ST, 2013, MEANT

01:17PM 22    THAT FROM THE CALL, WHICH WAS DECEMBER 20TH, YOU HAD ABOUT 10

01:17PM 23    OR 11 DAYS TO MAKE THE INVESTMENT?

01:17PM 24    A.   CORRECT.  AS I UNDERSTOOD IT, THE INVESTMENT WINDOW CLOSED

01:17PM 25    ON DECEMBER 31ST, AND SO THERE WAS A LIMITED AMOUNT OF TIME TO

01:17PM  1    REACT AND TO MAKE AN INVESTMENT DECISION.

01:17PM  2    Q.   OKAY.  SO YOU MENTIONED A MOMENT AGO THAT THERE WAS A

01:17PM  3    CALL, THE CALL HAPPENED ON DECEMBER 20TH; IS THAT RIGHT?

01:17PM  4    A.   THERE WAS A CALL.

01:17PM  5    Q.   AND DID YOU PARTICIPATE IN THIS CALL?

01:17PM  6    A.   I DID.

01:17PM  7    Q.   AND DID YOU RECORD THE CALL?

01:17PM  8    A.   I DID RECORD THE CALL.

01:17PM  9    Q.   AND WHEN DID YOU MAKE THE DECISION TO RECORD THE CALL?

01:17PM  10   A.   THE MORNING OF THE CALL, OR I GUESS AS THE CALL WAS

01:17PM  11   GETTING READY TO START.

01:17PM  12   Q.   WHY?  WHY DID YOU DECIDE TO RECORD THE CALL?

01:17PM  13   A.   YOU KNOW, SO MR. HALL AND I, THROUGH CONVERSATIONS THAT I

01:18PM  14   HAD HAD WITH CHRIS LUCAS, WE KNEW THAT THERE WAS A POTENTIAL

01:18PM  15   INVESTMENT OPPORTUNITY AND, YOU KNOW, WE HAD KIND OF DISCUSSED

01:18PM  16   THERANOS AND THE PROGRESS THAT THEY HAD MADE AND, YOU KNOW,

01:18PM  17   KIND OF ANTICIPATED WHAT A FURTHER INVESTMENT WOULD LOOK LIKE.

01:18PM  18        WE HAD ALSO HAD SOME FRUSTRATION THAT WE HADN'T, YOU KNOW,

01:18PM  19   THROUGH THOSE YEARS, HAD THE KIND OF FINANCIAL INFORMATION THAT

01:18PM  20   WE WOULD HAVE HAD FROM A NORMAL INVESTMENT.

01:18PM  21        AND SO MR. HALL AND I DISCUSSED DIFFERENT QUESTIONS THAT

01:18PM  22   WE WANTED TO ASK ELIZABETH, OR HEAR ASKED ON THIS CALL.

01:18PM  23        AND MR. HALL WAS GOING TO BE TRAVELLING POTENTIALLY, OR

01:18PM  24   NOT HAVE AN ABILITY TO BE ON THE CALL AND SO, YOU KNOW, THAT

01:18PM  25   MORNING, AS I THOUGHT ABOUT HOW TO CAPTURE THE INFORMATION ON

01:18PM 1    THE CALL, I'M NOT A VERY FAST TYPIST, AND SO I ELECTED TO

01:19PM 2    RECORD THE CALL TO MAKE SURE THAT I COULD RELAY TO MR. HALL ALL

01:19PM 3    OF THE PERTINENT INVESTMENT INFORMATION THAT WAS ON IT.

01:19PM 4    Q.   AND WHERE WERE YOU WHEN YOU WERE PARTICIPATING IN THE

01:19PM 5    CALL?

01:19PM 6    A.   I WAS IN MY OFFICE IN FRISCO, TEXAS.

01:19PM 7    Q.   DO YOU KNOW WHETHER MR. HALL -- WHERE WAS MR. HALL?  DO

01:19PM 8    YOU KNOW?

01:19PM 9    A.   DO YOU KNOW, HE WAS TRAVELLING, AND SO WHEN THE CALL

01:19PM 10   STARTED, I DIDN'T KNOW WHERE HE WAS OR EVEN IF HE WOULD BE ON

01:19PM 11   THE CALL.

01:19PM 12   Q.   DURING THE CALL, DID YOU LEARN WHETHER MR. HALL MADE IT TO

01:19PM 13   PARTICIPATE IN THE CALL?

01:19PM 14   A.   I DO.  HE ASKED A QUESTION, SO I ANTICIPATED HE WAS ON.

01:19PM 15   Q.   OKAY.  WHEN YOU HEARD HIM ASK A QUESTION ON THE CALL, DID

01:19PM 16   YOU SAY, WELL, I DON'T NEED THE TAPE ANYMORE, AND TURN OFF THE

01:19PM 17   TAPE?

01:19PM 18   A.   NO.  AT THAT POINT I WAS RECORDING AND I JUST CONTINUED TO

01:19PM 19   TYPE AND MAKE MY NOTES OF THE CALL, BUT CONTINUED TO RECORD IT.

01:19PM 20   Q.   AND AFTER THE CALL WAS OVER, DID YOU SAVE OR PRESERVE THE

01:20PM 21   TAPE?

01:20PM 22   A.   I DID.  I PUT THE TAPE IN MY DESK DRAWER AND THAT'S WHERE

01:20PM 23   IT STAYED.

01:20PM 24   Q.   AND AT SOME POINT, DID YOU THEN PRODUCE THAT TAPE TO THE

01:20PM 25   FEDERAL GOVERNMENT?

01:20PM 1    A.   I DIDN'T PRODUCE IT TO THE FEDERAL GOVERNMENT.

01:20PM 2         AT SOME POINT A FEW YEARS LATER WHEN I REMEMBERED I HAD

01:20PM 3    IT, I GAVE IT TO MY ATTORNEY AND I ASSUME THAT MY ATTORNEY MUST

01:20PM 4    HAVE PRODUCED IT.

01:20PM 5    Q.   AND HAVE YOU LISTENED TOD THAT RECORDING?

01:20PM 6    A.   I HAVE.

01:20PM 7    Q.   AND IN 2006, YOU SAID YOU HAD DINNER WITH MS. HOLMES?

01:20PM 8    A.   I DID.

01:20PM 9    Q.   AND DID YOU HAVE AN OPPORTUNITY TO OBSERVE HER VOICE AT

01:20PM 10   THAT DINNER?

01:20PM 11   A.   I DID.

01:20PM 12   Q.   AND WHEN YOU LISTENED TO THE RECORDING, DID YOU ALSO HAVE

01:20PM 13   AN OPPORTUNITY TO HEAR HER VOICE?

01:20PM 14   A.   I HEARD HER ON THE CALL.

01:20PM 15   Q.   AND DID YOU RECOGNIZE THE VOICE AS THE VOICE OF

01:20PM 16   MS. HOLMES?

01:20PM 17   A.   I DID.

01:20PM 18   Q.   DO YOU -- WHEN YOU LISTENED TO THE RECORDING, DO YOU

01:20PM 19   RECOGNIZE IT AS A RECORDING OF THIS DECEMBER 20TH, 2013 CALL?

01:21PM 20   A.   I DO.

01:21PM 21   Q.   AND DO YOU THINK THAT IT ACCURATELY RECORDS OR CAPTURES

01:21PM 22   THE CALL AS YOU HEARD IT THAT DAY?

01:21PM 23   A.   IT DOES.

01:21PM 24        MR. SCHENK:  SO THE RECORDING IS EXHIBITS 1348 AND

01:21PM 25   1349.

01:21PM 1        YOUR HONOR, AT THIS TIME THE GOVERNMENT WOULD OFFER 1348

01:21PM 2    AND 1349.

01:21PM 3           MR. DOWNEY:  NO OBJECTION, YOUR HONOR.

01:21PM 4           THE COURT:  THOSE EXHIBITS ARE ADMITTED.

01:21PM 5        (GOVERNMENT'S EXHIBITS 1348 AND 1349 WERE RECEIVED IN

01:21PM 6    EVIDENCE.)

01:21PM 7           THE COURT:  WHAT DO YOU INTEND TO DO WITH THOSE

01:21PM 8    EXHIBITS?

01:21PM 9           MR. SCHENK:  YOUR HONOR, I'VE TALKED TO THE DEFENSE

01:21PM 10   ABOUT 106 ISSUES.  WE'VE AGREED ON CLIPS TO PLAY.

01:21PM 11       SO WITH THE COURT'S PERMISSION, I WOULD LIKE TO PLAY A

01:21PM 12   HANDFUL OF CLIPS FROM 1348 AND 1349.

01:21PM 13          THE COURT:  THANK YOU.  DO YOU HAVE -- ARE YOU GOING

01:21PM 14   TO OFFER TRANSCRIPTS AT ALL OF THESE CALLS?

01:21PM 15          MR. SCHENK:  NO, YOUR HONOR.

01:21PM 16          THE COURT:  ALL RIGHT.  THANK YOU.

01:21PM 17       LADIES AND GENTLEMEN, WE'RE GOING TO -- YOU'RE NOW GOING

01:21PM 18   TO HEAR CLIPS, AS MR. SCHENK SAYS, FROM PHONE CALLS.

01:21PM 19       AND I'LL ASK YOU, MR. SCHENK, TO AUTHENTICATE THESE BEFORE

01:21PM 20   THE CLIP IS PLAYED, JUST THE DATE AND TIME, AND IF THEY RELATE

01:22PM 21   TO THE TESTIMONY THAT WE JUST HEARD.

01:22PM 22       YOU WILL NOT HAVE A TRANSCRIPT TO FOLLOW OF THESE, SO

01:22PM 23   PLEASE, LADIES AND GENTLEMEN, PLEASE LISTEN CLOSELY TO THE

01:22PM 24   CONVERSATIONS AND THE CONTENTS OF THE TAPES.

01:22PM 25       AND WHICH ONE WILL YOU PLAY FIRST?

01:22PM  1          GO AHEAD, MR. SCHENK.

01:22PM  2               MR. SCHENK:  THANK YOU.

01:22PM  3     Q.   MR. TOLBERT, ON THE FIRST CALL -- I'M SORRY, THE FIRST

01:22PM  4     EXHIBIT, 1348, I HAVE SEVEN CLIPS THAT I'D LIKE TO PLAY FOR

01:22PM  5     YOU, SO I'LL REFER TO THEM AS 1348-1 THROUGH 1348-7, AND THEN I

01:22PM  6     HAVE ONE CLIP ON 1349, SO THAT WILL JUST BE 1349-1.

01:22PM  7          JUST A COUPLE OF QUESTIONS BEFORE WE GET STARTED ON THAT.

01:22PM  8          DID MS. HOLMES KNOW THAT YOU WERE RECORDING?

01:22PM  9     A.   SHE DID NOT.

01:22PM 10     Q.   ON THE RECORDING WE CAN HEAR SOME TYPING.  HAVE YOU

01:22PM 11     NOTICED THAT?

01:22PM 12     A.   I HAVE.

01:22PM 13     Q.   WHO IS THAT?

01:22PM 14     A.   THAT'S ME TYPING.

01:22PM 15     Q.   THAT'S YOU TAKING NOTES DURING THE CALL?

01:23PM 16     A.   CORRECT.

01:23PM 17               MR. SCHENK:  OKAY.  SO THEN AGAIN WITH YOUR

01:23PM 18     PERMISSION, YOUR HONOR, WE'LL START WITH 1348-1.

01:23PM 19               THE COURT:  ARE YOU ASKING THAT THESE RECORDINGS

01:23PM 20     NEED NOT BE RECORDED BY THE COURT REPORTERS?

01:23PM 21               MR. SCHENK:  YES, I THINK THAT THAT'S FINE, BUT I

01:23PM 22     THINK I PROBABLY WOULD THEN APPEND TO THE TRANSCRIPT, APPEND TO

01:23PM 23     THE TRAIL TRANSCRIPT A TRANSCRIPT OF THE RECORDINGS, BUT I CAN

01:23PM 24     MEET AND CONFER WITH THE DEFENSE ON THAT.

01:23PM 25               THE COURT:  IF YOU'LL AGREE TO THAT, AN AGREED

01:23PM  1    TRANSCRIPT THAT COULD BE APPENDED, THAT WOULD BE ACCEPTABLE.

01:23PM  2    THEN OUR COURT REPORTERS NEED NOT TRANSCRIBE THESE CALLS.

01:23PM  3            MR. SCHENK:  YES, THANK YOU.

01:23PM  4            THE COURT:  DO YOU AGREE WITH THAT, MR. DOWNEY?

01:23PM  5            MR. DOWNEY:  WELL, I WOULD RATHER CONFER.  I HAD

01:23PM  6    ASKED IF THEY WOULD HAVE A TRANSCRIPT IN ADVANCE AND THEY SAID

01:23PM  7    NO, SO I GUESS IF IT'S AN ISSUE OF THE COURT REPORTERS

01:23PM  8    RECORDING THE TRANSCRIPT NOW.

01:24PM  9       I'M GOING TO TURN TO THE COURT REPORTER AND SEE IF IT'S

01:24PM 10    POSSIBLE TO RECORD THEM NOW.

01:24PM 11       (DISCUSSION OFF THE RECORD.)

01:24PM 12            THE COURT:  OUR COURT REPORTER SAYS SHE CAN TAKE

01:24PM 13    THESE DOWN.  I DON'T KNOW HOW FAST THE SPEAKING IS, BUT IF

01:24PM 14    THERE'S A PROBLEM WITH THIS, THE COURT REPORTER WILL LET US

01:24PM 15    KNOW AND OR WE CAN STOP OR WE CAN REPLAY IT.

01:24PM 16            MR. SCHENK:  YES.

01:24PM 17            MR. DOWNEY:  I SHOULD SAY ALSO, WE'LL HAVE NO

01:24PM 18    OBJECTION AT THE TIME THE JURY DELIBERATES TO RELISTENING TO

01:24PM 19    THE RECORDING.

01:24PM 20            THE COURT:  ALL RIGHT.  THANK YOU.  OKAY.  GO AHEAD,

01:24PM 21    MR. SCHENK.

01:24PM 22            MR. SCHENK:  THANK YOU VERY MUCH.

01:24PM 23       SO, MS. HOLLIMAN, IF WE COULD START WITH 1348-1.

01:24PM 24    Q.  I'LL PLAY THE WHOLE CLIP FOR YOU, AND SOMETIMES I MIGHT

01:24PM 25    HAVE SOME FOLLOW-UP QUESTIONS, AND SOMETIMES WE MIGHT JUST MOVE

| | | |
|---|---|---|
| 01:24PM | 1 | TO THE NEXT CLIP. |
| 01:24PM | 2 | THE COURT: I'M SORRY, MR. SCHENK. CAN YOU TELL US, |
| 01:24PM | 3 | HOW LONG ARE THESE CLIPS? |
| 01:24PM | 4 | MR. SCHENK: THE LONGEST IS EIGHT MINUTES, BUT MOST |
| 01:24PM | 5 | OF THEM ARE CLOSER TO TWO TO FOUR MINUTES. |
| 01:25PM | 6 | THE COURT: THAT'S HELPFUL. THANK YOU. |
| 01:25PM | 7 | MR. DOWNEY: YOUR HONOR, MAY I JUST TALK TO |
| 01:25PM | 8 | MR. SCHENK? |
| 01:25PM | 9 | THE COURT: YES, OF COURSE. |
| 01:25PM | 10 | (DISCUSSION OFF THE RECORD.) |
| 01:26PM | 11 | MR. DOWNEY: YOUR HONOR, JUST THE APPROACH OF |
| 01:26PM | 12 | PLAYING IT, I THOUGHT THAT OUR AGREEMENT WAS THAT WE WOULD PLAY |
| 01:26PM | 13 | THE ENTIRE TAPE AND NOT BREAK IT UP, WHICH WAS THE SUBJECT OF |
| 01:26PM | 14 | OUR 106 DISCUSSIONS. |
| 01:26PM | 15 | I THINK MR. SCHENK HAD A DIFFERENT UNDERSTANDING, SO WE'RE |
| 01:26PM | 16 | AT A LITTLE BIT OF A -- WE'LL NEED SOME GUIDANCE. |
| 01:26PM | 17 | THE COURT: OH. |
| 01:26PM | 18 | MR. SCHENK: YOUR HONOR, MY UNDERSTANDING IS THAT |
| 01:26PM | 19 | THE DEFENSE IS REQUESTING THAT WE PLAY ALL -- THERE ARE EIGHT |
| 01:26PM | 20 | TOTAL CLIPS, WE PLAY ALL EIGHT CLIPS, AND THEN I GO BACK AND |
| 01:26PM | 21 | PLAY EACH ONE SEPARATELY AND ASK FOLLOW-UP QUESTIONS. |
| 01:26PM | 22 | IN OUR MEET AND CONFER, MY UNDERSTANDING WAS THAT THE |
| 01:26PM | 23 | DEFENSE WANTED TWO OF THE CLIPS TO BE PLAYED CONSECUTIVELY |
| 01:26PM | 24 | BECAUSE IT CARRIES OVER. THE LAST ONE OF 1348 AND THE FIRST |
| 01:26PM | 25 | ONE OF 1349 ARE ABOUT THE SAME TOPIC. |

01:26PM  1        SO I INTENDED TO DO THAT AND TO NOT SEPARATE THOSE TWO.

01:27PM  2        SO MY INTENTION WAS NOT TO PLAY ALL OF THEM AND THEN

01:27PM  3   REPLAY ALL OF THEM, BUT RATHER TO CAPTURE JUST THAT ONE.

01:27PM  4        BUT I MIGHT HAVE MISUNDERSTOOD DURING OUR MEET AND CONFER.

01:27PM  5             MR. DOWNEY:  YES, I APOLOGIZE.  I THINK WE DID NOT

01:27PM  6   CONNECT ON THAT.

01:27PM  7        I THINK WE VIEW THE ENTIRE CONVERSATION AS RELEVANT FOR

01:27PM  8   THE CONTEXT, AND I UNDERSTAND THAT, LIKE A DOCUMENT, THERE MAY

01:27PM  9   BE INDIVIDUAL PIECES OF IT THAT MR. SCHENK WANTS TO QUESTION

01:27PM 10   ABOUT, AND THAT'S OBVIOUSLY FAIR GAME.

01:27PM 11        AND HE'S GIVEN US SOME CLIPS WITH WHICH HE INTENDS TO DO

01:27PM 12   THAT.

01:27PM 13        SO I JUST WOULD HAVE THE RECORD REFLECT THAT I DIDN'T

01:27PM 14   CONSENT TO KIND OF SPLITTING THE TAPE UP AS IT'S PLAYED.

01:27PM 15             THE COURT:  ALL RIGHT.  BUT IT SOUNDS LIKE THE 1348

01:27PM 16   AND 1349 WILL BE PLAYED CONSECUTIVE FOR 106 PURPOSES AT LEAST

01:27PM 17   AS TO THAT.

01:27PM 18             MR. SCHENK:  YES.

01:27PM 19             THE COURT:  AND YOU DON'T HAVE ANY PROBLEM WITH THAT

01:27PM 20   OF COURSE.

01:27PM 21             MR. DOWNEY:  THAT'S FINE.

01:27PM 22             THE COURT:  ALL RIGHT.  WELL, THANK YOU FOR THIS.

01:27PM 23        I THINK, MR. SCHENK, WHY DON'T YOU PLAY THEM THE WAY THAT

01:27PM 24   YOU'VE INDICATED THAT YOU INTEND TO.  YOU'LL PLAY AND THEN

01:28PM 25   YOU'RE GOING TO EXAMINE, AND THEN PLAY AND THEN EXAMINE; IS

01:28PM  1      THAT RIGHT.

01:28PM  2                  MR. SCHENK:  YES, YOUR HONOR.

01:28PM  3                  THE COURT:  I THINK THAT MAKES SENSE TO PROCEED THAT

01:28PM  4      WAY.

01:28PM  5                  MR. DOWNEY:  FAIR ENOUGH.

01:28PM  6                  THE COURT:  THANK YOU.

01:28PM  7                  MR. SCHENK:  PERMISSION TO PUBLISH?

01:28PM  8                  THE COURT:  YES, PLEASE.

01:28PM  9                  MR. SCHENK:  SO, MS. HOLLIMAN, IF WE COULD START

01:28PM 10      WITH 1348-1.

01:28PM 11          (AUDIO PLAYED IN OPEN COURT ON THE RECORD.)

01:28PM 12          "MS. HOLMES:  ABSOLUTELY.  IT'S WONDERFUL TO SPEAK WITH

01:28PM 13      YOU ALL.  AND IT'S WONDERFUL TO -- TO BE IN A PLACE IN WHICH WE

01:28PM 14      CAN BEGIN TO TALK ABOUT THIS.  AS YOU ALL KNOW, WE HAVE BEEN

01:28PM 15      WORKING VERY HARD FOR A LONG TIME TO BUILD UP THIS

01:28PM 16      INFRASTRUCTURE.

01:28PM 17          "AND WHEN I STARTED THE COMPANY, WE KNEW THAT IT WOULD

01:28PM 18      TAKE US A LONG TIME TO BE ABLE TO ESTABLISH AN INFRASTRUCTURE

01:28PM 19      THAT COULD DO ANY LAB TEST THAT IS RUN IN A TRADITIONAL LAB

01:28PM 20      FROM A MICRO SAMPLE OR THESE TINY DROPLETS THAT WE TAKE NOW

01:28PM 21      FROM THE FINGER.

01:28PM 22          "AND WE THUS BUILT A BUSINESS AROUND OUR PARTNERSHIPS WITH

01:29PM 23      PHARMACEUTICAL COMPANIES AND OUR CONTRACTS WITH THE MILITARY

01:29PM 24      WHEREIN WE COULD DEPLOY OUR FRAMEWORK IN THE ONE CASE FOR

01:29PM 25      HELPING TO ACCELERATE CLINICAL TRIALS AND IN THE OTHER FOR

01:29PM  1     EXTREME USE CASE SITUATIONS IN TRAUMA AND OTHER AREAS WHERE

01:29PM  2     THERE WAS A VERY COMPELLING VALUE PROPOSITION.

01:29PM  3          "IN ORDER TO BUILD OUT OUR TEST MENU AND OUR

01:29PM  4     INFRASTRUCTURE TO BE ABLE TO GET TO THIS POINT, SEVERAL YEARS

01:29PM  5     AGO WE REALIZED THAT WE HAD CREATED AN INFRASTRUCTURE THAT

01:29PM  6     COULD, IN FACT, MAKE IT POSSIBLE TO GET RID OF PHLEBOTOMY OR

01:29PM  7     THE BIG TUBES OF BLOOD THAT ARE DRAWN FROM THE ARM IN ITS

01:29PM  8     ENTIRETY.

01:29PM  9          "AND WE BEGAN THIS WORK TO BE ABLE TO CREATE A FRAMEWORK

01:30PM 10     WHEREIN WORKING WITH INSURANCE COMPANIES, WORKING WITH

01:30PM 11     MEDICARE, WORKING WITH MEDICAID, WORKING WITH PHYSICIAN AND

01:30PM 12     HOSPITALS GROUPS, AND NOW RETAIL, WE COULD ESTABLISH WHAT HAS

01:30PM 13     THE OPPORTUNITY TO BE ULTIMATELY THE LARGEST LAB IN THE

01:30PM 14     COUNTRY.

01:30PM 15          "AND MOST IMPORTANTLY, TO CHANGE THE REALITY IN LAB

01:30PM 16     TESTING TODAY, WHICH IS THAT IT'S VERY PAINFUL AND 50 PERCENT

01:30PM 17     OF THE POPULATION DOESN'T DO IT IN TERMS OF COMPLIANCE WITH THE

01:30PM 18     REQUISITION FROM A PHYSICIAN TO DO A TEST BECAUSE THE FEAR OF

01:30PM 19     NEEDLES IS SUCH A GREAT PHOBIA.  AND EQUALLY THE FEAR OF HAVING

01:30PM 20     TO WAIT LONG PERIODS OF TIME FOR THE RESULTS DETERS MANY PEOPLE

01:30PM 21     FROM GETTING TESTED IN THE FIRST PLACE BECAUSE THEY DON'T WANT

01:30PM 22     TO BE SITTING AROUND WORRYING WHETHER THEY'RE POSITIVE WITH

01:31PM 23     SOMETHING OR NOT, FOR EXAMPLE."

01:31PM 24          MR. SCHENK:  THAT'S THE END OF 1348-1.

01:31PM 25          YOUR HONOR, I WONDER IF IT WOULD BE HELPFUL TO PROVIDE THE

01:31PM  1    COURT REPORTER A COPY OF THE TRANSCRIPT, EVEN IF WE'RE NOT

01:31PM  2    ATTACHING IT.

01:31PM  3              THE COURT:  IT WOULD BE.  I THINK IT WOULD BE, YES,

01:31PM  4    IF YOU HAVE ONE.

01:31PM  5              MR. SCHENK:  YES.

01:32PM  6         (DISCUSSION OFF THE RECORD.)

01:32PM  7              MR. SCHENK:  I HAVE A COPY FOR THE COURT.

01:32PM  8              THE COURT:  THAT WOULD BE HELPFUL.  THANK YOU.

01:32PM  9         I HAVE JUST BEEN INFORMED THAT OUR OVERFLOW ROOM, THE

01:32PM 10    REMOTE CONNECTION WE HAVE SOMEHOW IS DISCONNECTED, AND THEY'RE

01:32PM 11    ATTEMPTING TO REESTABLISH THAT.

01:32PM 12         SO MAYBE WE'LL TAKE OUR BREAK NOW, IF THAT'S CONVENIENT TO

01:32PM 13    EVERYONE.  WE'LL TAKE OUR BREAK.  LET'S TAKE 30 MINUTES.

01:32PM 14         THE OVERFLOW ROOM HAS A ZOOM CONNECTION.  APPARENTLY THE

01:32PM 15    ZOOM HAS DROPPED, AND IN FAIRNESS TO THE PUBLIC WHO ARE

01:32PM 16    WATCHING THIS TRIAL -- I AM INFORMED THERE ARE MEMBERS OF THE

01:32PM 17    PUBLIC IN THAT ROOM, AND IN FAIRNESS TO THEM, I THINK WE SHOULD

01:32PM 18    TRY TO GET THAT CONNECTION STARTED.

01:32PM 19         SO WE'LL TAKE OUR BREAK NOW.  30 MINUTES, I BELIEVE,

01:32PM 20    30 MINUTES, AND WE'LL SEE IF WE CAN GET THAT RESOLVED.

01:32PM 21         THANK YOU.  WE'LL BE IN RECESS FOR 30 MINUTES.

01:33PM 22              THE CLERK:  COURT IS IN RECESS.

01:33PM 23         (RECESS FROM 1:33 P.M. UNTIL 2:02 P.M.).

02:02PM 24         (JURY IN AT 2:02 P.M.)

02:02PM 25              THE COURT:  THANK YOU.  PLEASE BE SEATED.

02:02PM  1            WE'RE BACK ON THE RECORD.  WE'LL GET OUR WITNESS BACK.

02:02PM  2            MR. SCHENK:  YES, YOUR HONOR.

02:02PM  3            THE COURT:  BEFORE WE CONCLUDE FOR THE DAY, I'VE

02:02PM  4   GONE OVER OUR SCHEDULE AND I WANTED TO OFFER SOME CHANGES TO

02:02PM  5   OUR SCHEDULE AT THE END OF THE DAY TODAY FOR EVERYONE'S BENEFIT

02:02PM  6   AND ASK OUR JURY TO DO SOME RESEARCH WITH THEIR SCHEDULES OVER

02:02PM  7   THE WEEKEND.  BUT WE'LL SHARE THAT AT THE END OF THE DAY TODAY.

02:02PM  8            MR. SCHENK:  THANK YOU.

02:03PM  9        (PAUSE IN PROCEEDINGS.)

02:03PM  10           THE COURT:  WE'RE BACK ON THE RECORD.  ALL COUNSEL

02:03PM  11  ARE PRESENT.  MS. HOLMES IS PRESENT.  OUR JURY IS PRESENT.

02:03PM  12  MR. TOLBERT IS BACK ON THE STAND.

02:03PM  13       MR. SCHENK.

02:03PM  14           MR. SCHENK:  THANK YOU VERY MUCH.

02:03PM  15  Q.   MR. TOLBERT, I'LL REMIND YOU THAT YOU'RE STILL UNDER OATH.

02:03PM  16       BEFORE WE BROKE, I PLAYED FOR YOU THE FIRST CLIP.  IT'S

02:03PM  17  LABELLED 1348-1.

02:03PM  18       DO YOU RECALL THAT?

02:03PM  19  A.   I DO.

02:03PM  20  Q.   THE VOICE ON THE TAPE, DO YOU RECOGNIZE THAT VOICE?

02:03PM  21  A.   THAT WAS MS. HOLMES.

02:04PM  22  Q.   ON THAT, ON THAT SECTION, MS. HOLMES SAYS THAT WHEN SHE

02:04PM  23  STARTED THE COMPANY, SHE KNEW IT WOULD TAKE A LONG TIME TO

02:04PM  24  ESTABLISH AN INFRASTRUCTURE THAT COULD DO ANY LAB TESTS THAT

02:04PM  25  COULD DO ANY LAB TEST THAT IS RUN IN A TRADITIONAL LAB WITH A

02:04PM 1      MICRO SAMPLE OR THESE TINY DROPLETS THAT WE NOW TAKE FROM A

02:04PM 2      FINGER.

02:04PM 3          WHEN WE HEARD THAT, DID YOU DRAW ANY CONCLUSIONS ABOUT THE

02:04PM 4      CURRENT CAPABILITIES OF THE THERANOS TECHNOLOGY?

02:04PM 5      A.  WELL, MY UNDERSTANDING WAS THAT, YOU KNOW, WHEN THINGS HAD

02:04PM 6      STARTED IN 2006 OR WHEN WE HAD, YOU KNOW, THAT OPPORTUNITY TO

02:04PM 7      EXPLORE THINGS IN 2006, THAT WAS TRUE THAT THERE HAD BEEN A

02:04PM 8      PROGRESSION OF THINGS IN 2013 WHEN THE INVESTOR CALL WAS MADE.

02:04PM 9          SO MY UNDERSTANDING WAS THAT OVER THE YEARS THE

02:05PM 10     TECHNOLOGY, THEY HAD PERFECTED IT OR IMPROVED IT AND MADE LOTS

02:05PM 11     OF ADVANCES FROM BEING ABLE TO DO, YOU KNOW, SOME TEST, AND

02:05PM 12     BEING ABLE TO DO LOTS AND LOTS OF TESTS ON THE SAME DROP OF

02:05PM 13     BLOOD.

02:05PM 14     Q.  WAS THAT REPRESENTATION IMPORTANT TO YOU AND YOUR DECISION

02:05PM 15     TO INVEST LATER IN DECEMBER OF 2013?

02:05PM 16     A.  IT WAS.

02:05PM 17     Q.  WHY?

02:05PM 18     A.  WELL, YOU KNOW, IF THEY HAD SPENT SEVEN YEARS WORKING ON

02:05PM 19     BUILDING A DEVICE THAT COULD DO TESTS AND THEY COULDN'T DO ANY

02:05PM 20     MORE TESTS THAN THEY DID SEVEN YEARS PRIOR, THEN IT WOULD HAVE

02:05PM 21     BEEN CONCERNING BECAUSE THERE WOULDN'T HAVE BEEN A LOT OF

02:05PM 22     PROGRESS THAT WOULD HAVE BEEN MADE.

02:05PM 23         BUT MY UNDERSTANDING WAS THAT THINGS REALLY PROGRESSED AND

02:05PM 24     IT REALLY PRESENTED AN OPPORTUNITY TO ENGAGE IN THIS CONSUMER

02:05PM 25     ROLLOUT WHERE ANYBODY COULD GO TO THEIR DOCTOR AND GET AN ORDER

02:05PM   1    TO HAVE THE TEST DONE AND THAT TEST COULD BE DONE ON THIS

02:06PM   2    DEVICE.

02:06PM   3    Q.   LATER IN THAT SAME CLIP WHEN MS. HOLMES SAYS, "WE HAVE

02:06PM   4    THUS BUILT A BUSINESS AROUND OUR PARTNERSHIPS WITH

02:06PM   5    PHARMACEUTICAL COMPANIES AND OUR CONTRACTS WITH THE MILITARY

02:06PM   6    WHEREIN WE CAN DEPLOY OUR FRAMEWORK IN THE ONE CASE FOR HELPING

02:06PM   7    TO ACCELERATE CLINICAL TRIALS AND IN THE OTHER FOR EXTREME USE

02:06PM   8    CASE SITUATIONS IN TRAUMA AND OTHER AREAS WHERE THERE WAS A

02:06PM   9    VERY COMPELLING VALUE PROPOSITION."

02:06PM   10        DID YOU UNDERSTAND MS. HOLMES TO BE MAKING STATEMENTS

02:06PM   11   ABOUT THE WORK THAT THERANOS HAD DONE FIRST WITH PHARMACEUTICAL

02:06PM   12   COMPANIES AND SECOND WITH THE MILITARY?

02:06PM   13   A.   I DID.

02:06PM   14   Q.   AND WERE THOSE REPRESENTATIONS IMPORTANT WHEN YOU DECIDED

02:06PM   15   TO INVEST LATER THAT MONTH?

02:06PM   16   A.   THEY WERE.

02:06PM   17   Q.   WHY?

02:06PM   18   A.   WELL, IT REPRESENTED BUSINESS THAT THERANOS NEEDED TO HAVE

02:06PM   19   TO GENERATE REVENUE.  IF THEY HAD NOT HAD, YOU KNOW, AN ABILITY

02:06PM   20   TO DO WHAT THEY SET OUT TO DO, THEN THERE WOULDN'T HAVE BEEN A

02:07PM   21   REASON TO INVEST.

02:07PM   22   Q.   LATER ON IN THAT CLIP MS. HOLMES SAYS, "WE COULD ESTABLISH

02:07PM   23   WHAT HAS THE OPPORTUNITY TO BE ULTIMATELY THE LARGEST LAB IN

02:07PM   24   THE COUNTRY."

02:07PM   25        DID YOU UNDERSTAND THAT AT THIS TIME IN DECEMBER OF 2013

02:07PM  1    THERANOS WAS NOT YET THE LARGEST LAB IN THE COUNTRY?

02:07PM  2    A.   OH, I DIDN'T -- YOU KNOW, IN MY MIND I DIDN'T REALLY THINK

02:07PM  3    ABOUT THERANOS AS ITS OWN LAB.

02:07PM  4         I THOUGHT THAT THERE WERE THESE, YOU KNOW, DEVICES THAT A

02:07PM  5    DROP OF BLOOD WOULD BE, YOU KNOW, KIND OF TESTED ON SITE AND

02:07PM  6    SO, YOU KNOW, I GUESS MAYBE THINKING ABOUT ALL OF THOSE DEVICES

02:07PM  7    AS BEING CONNECTED AS A LABORATORY THAT WOULD HAVE MADE SENSE,

02:07PM  8    BUT I DIDN'T REALIZE, YOU KNOW, EXACTLY WHAT THAT -- I DIDN'T

02:07PM  9    THINK ABOUT THERANOS AS ONE BIG LAB.  I THOUGHT ABOUT IT AS

02:08PM 10    THIS DISTRIBUTED NETWORK OF, YOU KNOW, TESTING CAPABILITIES, IT

02:08PM 11    COULD KIND OF BE DEPLOYED ANYWHERE.

02:08PM 12    Q.   AND WHEN MS. HOLMES SAID THAT THEY HAD THE OPPORTUNITY TO

02:08PM 13    ULTIMATELY BE THE LARGEST LAB, DID YOU UNDERSTAND HER TO, IN

02:08PM 14    THAT INSTANCE, TO BE FORWARD LOOKING, SOMETHING THAT THEY HAD

02:08PM 15    NOT YET ACCOMPLISHED, BUT THAT THEY COULD ACCOMPLISH

02:08PM 16    POTENTIALLY IN THE FUTURE?

02:08PM 17    A.   WELL, I CERTAINLY THOUGHT THAT THERE WOULD BE CONTINUED

02:08PM 18    GROWTH OF CAPABILITIES, YOU KNOW, WELL INTO THE FUTURE.  I

02:08PM 19    DIDN'T THINK THAT THE TECHNOLOGY HAD FINISHED EVOLVING OR WAS

02:08PM 20    AT A PERFECT STATE.

02:08PM 21         YOU KNOW, I THOUGHT THAT IT REPRESENTED AN OPPORTUNITY TO

02:08PM 22    GO HAVE TESTS DONE, YOU KNOW, BY ANY, ANY CONSUMER OR BY, YOU

02:08PM 23    KNOW, ON THOSE PHARMACEUTICAL TRIALS OR IN MILITARY

02:08PM 24    APPLICATIONS.

02:08PM 25         SO, YOU KNOW, MY UNDERSTANDING WAS THAT THERE WAS

02:08PM 1    SIGNIFICANT CAPABILITY AT THIS MOMENT IN TIME, BUT THAT IT

02:09PM 2    WOULD CONTINUE TO PROGRESS AND BE PERFECTED.

02:09PM 3    Q.   OKAY.

02:09PM 4         YOUR HONOR, WITH PERMISSION I'LL NOW PUBLISH 1348-2.

02:09PM 5              THE COURT:   YES.

02:09PM 6    BY MR. SCHENK:

02:09PM 7    Q.   MR. TOLBERT, THE VOICE THAT WE'RE GOING TO HEAR IS ALSO

02:09PM 8    MS. HOLMES'S VOICE?

02:09PM 9    A.   I ASSUME IT WILL BE.

02:09PM 10   Q.   OKAY.  I'LL ASK YOU THAT WHEN THE CLIP IS OVER.

02:09PM 11   A.   OKAY.

02:09PM 12   Q.   THANK YOU.

02:09PM 13        (AUDIO PLAYED IN OPEN COURT ON THE RECORD.)

02:09PM 14        "MS. HOLMES:  AND SO NOW IN THIS FRAMEWORK THAT WE HAVE

02:09PM 15   CREATED, WE'VE BUILT AN OPPORTUNITY FOR PEOPLE TO BE ABLE TO DO

02:09PM 16   THEIR TEST IN A WHOLE NEW WAY AND BECOME MORE COMPLIANT WITH

02:09PM 17   BEING ABLE TO GET ACCESS TO THIS LABORATORY DATA, WHICH IS

02:09PM 18   INCREDIBLY POWERFUL INFORMATION THAT DRIVES SO MUCH OF CLINICAL

02:09PM 19   DECISION MAKING AND IN DOING SO CREATES A RICHER DATA FRAMEWORK

02:09PM 20   FOR THE PURPOSE OF BEING ABLE TO BETTER CHARACTERIZE THE

02:10PM 21   PROGRESSION OF CERTAIN CONDITIONS BY VIRTUE OF THE FACT THAT

02:10PM 22   NOT ONLY ARE WE HELPING TO GET PEOPLE TESTED -- BECAUSE IT'S A

02:10PM 23   SMALL SAMPLE, WE CAN GET PEOPLE TESTED AT THE NEEDED

02:10PM 24   FREQUENCIES.

02:10PM 25        "AND BECAUSE NOW THE SAMPLE IS FRESH AND IT'S NOT, YOU

02:10PM  1      KNOW, A BIG SERIES OF TUBES OF BLOOD THAT ARE SITTING ON A

02:10PM  2      COUNTER AND EXPOSED TO TEMPERATURE, WE DON'T SUFFER THE RATES

02:10PM  3      OF DECAY OF KEY ANALYTES THAT HAPPEN WHEN YOU SHIP SAMPLES OFF

02:10PM  4      TO A CENTRAL LAB.

02:10PM  5          "AND THEN BY VIRTUE OF THE FACT THAT OUR ANALYTICAL

02:10PM  6      INFRASTRUCTURE IS STANDARDIZED SO WE DON'T HAVE THE VARIABILITY

02:10PM  7      THAT IS ASSOCIATED WITH TRADITIONAL LABORATORY TESTING.

02:10PM  8      MEANING, TODAY IF YOU GO TO A LAB IN SAN FRANCISCO AND YOU GO

02:10PM  9      TO A LAB IN L.A. ON THE SAME DAY FOR THE SAME VALUE, ONE COULD

02:11PM 10      REPORT A RESULT THAT IS, FOR EXAMPLE, ON A TEST LIKE HDL

02:11PM 11      CHOLESTEROL, PLUS OR MINUS 30 PERCENT FROM SOME STANDARD AND BE

02:11PM 12      CONSIDERED ACCURATE IN THE EYES OF REGULATORS.

02:11PM 13          "WHICH MEANS ON THE SAME DAY FOR A SINGLE TEST, BASED ON

02:11PM 14      THE FACT THAT EACH LAB IS CENTRALIZED AND HAS ITS OWN LAB

02:11PM 15      DIRECTOR AND HAS ITS OWN REFERENCE RANGE AND USES ITS OWN

02:11PM 16      EQUIPMENT WHICH IS DIFFERENT FROM WHAT OTHER LABS USE, YOU

02:11PM 17      COULD SEE A 60 PERCENT VARIANCE IN DATA.

02:11PM 18          "AND IF YOU START TO THINK ABOUT HOW THAT COMPOUNDS OVER

02:11PM 19      TIME, IT MAKES IT VERY DIFFICULT TO LOOK LONGITUDINALLY AT THE

02:11PM 20      PROGRESSION OF A CONDITION BY VIRTUE OF THE FACT THAT THERE'S

02:11PM 21      SO MUCH NOISE BETWEEN TIME POINTS.

02:11PM 22          "AND HERE BECAUSE THIS IS A SINGLE FRAMEWORK AND WE HAVE

02:12PM 23      BUILT THIS OUT IN SUCH A WAY IN WHICH WE HAVE A LESS THAN

02:12PM 24      5 PERCENT VARIANCE ON OUR TESTS, IF WE BEGIN TO SEE A CHANGE OF

02:12PM 25      30 PERCENT IN PATIENT VALUES OVER TIME, IT'S BECAUSE IT'S

02:12PM 1     CLINICAL.

02:12PM 2          "AND THIS IS A RICHNESS OF DATA FOR THE PHYSICIAN

02:12PM 3     COMMUNITY THAT HAS NOT BEEN ACCESSIBLE BEFORE.  AND IT ALLOWS

02:12PM 4     THE PHYSICIAN TO BEGIN LOOKING AT LABORATORY DATA IN THE SAME

02:12PM 5     WAY THAT PEOPLE TALK ABOUT LOOKING AT A TEST FOR PSA, FOR

02:12PM 6     CANCER, PROSTATE CANCER, CALLED PSA, WHICH THEY FOCUS MORE ON

02:12PM 7     THE RATE OF RANGE OR ITS VELOCITY THAN THEY DO ON ITS ABSOLUTE

02:12PM 8     CONCENTRATION AT ANY GIVEN POINT IN TIME.

02:12PM 9          "AND WE'RE GOING TO BE ABLE TO START PRESENTING THIS

02:12PM 10    LABORATORY INFORMATION IN THAT WAY SO THAT IT CAN BE USED MORE

02:12PM 11    TOWARDS EARLY DETECTION."

02:12PM 12    BY MR. SCHENK:

02:12PM 13    Q.   MR. TOLBERT, THAT'S THE END OF 1348-2.

02:13PM 14         DID YOU RECOGNIZE THE VOICE ON THAT RECORDING?

02:13PM 15    A.   I DID.  THAT WAS MS. HOLMES.

02:13PM 16    Q.   IN THAT PORTION WHEN MS. HOLMES SAYS THAT "BECAUSE NOW THE

02:13PM 17    SAMPLE IS FRESH AND IT'S NOT, YOU KNOW, A BIG SERIES OF TUBES

02:13PM 18    OF BLOOD THAT ARE SITTING ON A COUNTER AND EXPOSED TO

02:13PM 19    TEMPERATURE, WE DON'T SUFFER THE RATES OF DECAY OF KEY ANALYTES

02:13PM 20    THAT HAPPEN WHEN YOU SHIP SAMPLES OFF TO A CENTRAL LAB."

02:13PM 21         WHEN MS. HOLMES SAYS IT'S NOT "A BIG SERIES OF TUBES OF

02:13PM 22    BLOOD," DID YOU UNDERSTAND THAT TO BE A REPRESENTATION ABOUT

02:13PM 23    THE WAY THERANOS, AND THE VOLUME OF BLOOD THAT THERANOS

02:13PM 24    COLLECTS?

02:13PM 25    A.   I DID.

02:13PM   1    Q.   WHAT DID YOU UNDERSTAND THAT TO MEAN?

02:13PM   2    A.   WELL, WHEN I GO TO THE DOCTOR AND HAVE A LAB TEST, THEY

02:13PM   3    DRAW LOTS OF VIALS OF BLOOD AND THOSE GET SHIPPED OFF TO A

02:13PM   4    CENTRAL LABORATORY SITE WHERE THEY GET TESTED.

02:13PM   5         YOU KNOW, MY UNDERSTANDING OF THERANOS IS THAT I WOULD

02:14PM   6    POTENTIALLY GO TO THE DOCTOR, OR WHEREVER, AND GIVE A FINGER

02:14PM   7    PRICK OF BLOOD AND THEY CAN RUN THOSE TESTS ON SITE WITHOUT

02:14PM   8    HAVING TO BE SHIPPED OFF BECAUSE BEING SHIPPED OFF CAUSE SOME

02:14PM   9    VARIABILITY IN THE RESULTS.

02:14PM  10         AND SO, YOU KNOW, IT FELT LIKE IT WAS A BIG ADVANTAGE TO

02:14PM  11    BE ABLE TO DO THAT TESTING KIND OF IN HOUSE OR ON SITE.

02:14PM  12    Q.   AND HOW ABOUT THE VOLUME ALSO?  FOR INSTANCE, WHEN YOU GO

02:14PM  13    TO YOUR DOCTOR AND YOU GET BLOOD DRAWN FROM THE VEIN IN YOUR

02:14PM  14    ARM, IS THE VOLUME DIFFERENT THAN WHAT YOU UNDERSTOOD THERANOS

02:14PM  15    TO BE OFFERING?

02:14PM  16    A.   SURE.  THAT'S ONE OF THE REASONS WHY I WAS SO EXCITED

02:14PM  17    ABOUT IT.  I -- WHEN I SEE THOSE FOUR OR FIVE VIALS OF BLOOD

02:14PM  18    COMING OUT, I START FEELING A LITTLE -- THE EFFECTS OF THAT.

02:14PM  19         THE IDEA OF BEING ABLE TO HAVE MY FINGER STUCK AND GIVE

02:14PM  20    THAT SAMPLE AND HAVE THOSE TESTS RUN FROM THAT SMALL SAMPLE

02:15PM  21    SIZE WAS INTRIGUING, AND, YOU KNOW, CERTAINLY SEEMED TO SPEAK

02:15PM  22    TO WHAT -- TO THE REFERENCE THAT HAD BEEN MADE THAT MORE AND

02:15PM  23    MORE PEOPLE WOULD DO MORE AND MORE TESTS BECAUSE IT WOULD BE

02:15PM  24    MUCH LESS INVASIVE.

02:15PM  25    Q.   IF THERANOS DREW THOSE BIG TUBES OR VIALS OF BLOOD FROM

02:15PM 1    THE VEIN IN THE ARM, WOULD YOU LOSE THIS ADVANTAGE THAT YOU

02:15PM 2    JUST DESCRIBED TO ME?

02:15PM 3    A.   CERTAINLY.

02:15PM 4    Q.   FURTHER ON IN THIS PORTION MS. HOLMES SAYS, "BECAUSE THIS

02:15PM 5    IS A SINGLE FRAMEWORK AND WE HAVE BUILT THIS OUT IN SUCH A WAY

02:15PM 6    IN WHICH WE HAVE A LESS THAN 5 PERCENT VARIANCE ON OUR TESTS,

02:15PM 7    IF WE BEGIN TO SEE A CHANGE OF 30 PERCENT IN PATIENT VALUES

02:15PM 8    OVER TIME, IT'S BECAUSE IT'S CLINICAL."

02:15PM 9        DID YOU UNDERSTAND MS. HOLMES TO BE MAKING REPRESENTATIONS

02:15PM 10   ABOUT THE VARIANCE IN THERANOS TEST RESULTS DEVICE TO DEVICE

02:15PM 11   BEING LESS THAN THE VARIANCE IN, LET'S SAY, ONE LAB TO ANOTHER

02:16PM 12   LAB WITH TRADITIONAL PHLEBOTOMY?

02:16PM 13   A.   I DID.

02:16PM 14   Q.   AND WAS THAT REPRESENTATION SIGNIFICANT IN YOUR DECISION

02:16PM 15   TO INVEST?

02:16PM 16   A.   IT WAS.   CERTAINLY IF, YOU KNOW, IF A NORMAL LAB COMPANY

02:16PM 17   HAD A 30 PERCENT OR GREATER VARIANCE AND I COULD GO IN AND HAVE

02:16PM 18   A LOT MORE CONFIDENCE THAT THE RESULTS DIDN'T HAVE THAT KIND OF

02:16PM 19   VARIANCE, I WOULD -- YOU KNOW, IT WOULD BE A MUCH MORE VALUABLE

02:16PM 20   TEST.

02:16PM 21       MY UNDERSTANDING FROM THE BEGINNING HAD ALSO BEEN THAT ONE

02:16PM 22   OF THE ADVANTAGES TO THE PHARMACEUTICAL COMPANIES IS WHEN THEY

02:16PM 23   DO THOSE DRUG TRIALS THAT, YOU KNOW, SOMEBODY TAKES A DRUG AND

02:16PM 24   THEN THEY MAY BE TESTED ONCE A WEEK OR ONCE A DAY.

02:16PM 25       BUT IF WE COULD NOW TEST, BECAUSE IT WAS IN A LOT LESS

02:16PM 1    INVASIVE WAY, THOSE TESTS COULD BE PERFORMED MUCH MORE

02:17PM 2    FREQUENTLY THAN WE -- I SAY "WE" -- THAT THERANOS WOULD HAVE

02:17PM 3    BEEN ABLE TO, YOU KNOW, CAPITALIZED ON DOING SOMETHING THAT

02:17PM 4    HADN'T BEEN DONE BEFORE.

02:17PM 5    Q.   OKAY.  WITH PERMISSION, YOUR HONOR, I WOULD NOW PLAY

02:17PM 6    1348-3.

02:17PM 7              THE COURT:  YES.

02:17PM 8         (AUDIO PLAYED IN OPEN COURT ON THE RECORD.)

02:17PM 9         "MS. HOLMES:  WE HAVE LAUNCHED OUR RETAIL INFRASTRUCTURE.

02:17PM 10   WE ARE OPERATING NOW IN CALIFORNIA AND IN ARIZONA.  AND WE HAVE

02:17PM 11   OPENED OUR FIRST STORES AND HAVE PATIENTS COMING IN LIVE EVERY

02:17PM 12   DAY.  AND WE ARE WORKING TO EXPAND THAT AS FAST AS POSSIBLE.

02:17PM 13   THE SPEED WITH WHICH WE EXPAND IS CRITICAL IN THE CONTEXT OF

02:17PM 14   CAPTURING THE MARKET OPPORTUNITY THAT WE HAVE CREATED.

02:17PM 15        "AND WE'RE PUTTING A LOT OF RESOURCES INTO ESTABLISHING A

02:17PM 16   NATIONAL FOOTPRINT AS FAST AS WE CAN.  BUT THAT STARTS WITH

02:18PM 17   EXCELLENCE IN EACH LOCAL MARKET AND CAPTURING MARKET SHARE IN

02:18PM 18   EACH LOCAL MARKET, WHICH IS WHERE WE ARE FOCUSSED NOW.  AND AS

02:18PM 19   WE DO THAT, WE'RE LEVERAGING CAPITAL FROM OUR STRATEGIC

02:18PM 20   PARTNERS AND ALSO FROM EQUITY OPPORTUNITIES THAT WE HAVE ON THE

02:18PM 21   TABLE TO BE ABLE TO GROW VERY FAST.

02:18PM 22        "AND AS YOU ALL KNOW, WE HAVE RECENTLY ISSUED SHARES AT

02:18PM 23   $75 A SHARE.  AND FOR REFERENCE, THE INITIAL INVESTMENT IN

02:18PM 24   THERANOS THAT YOU ALL MADE WAS AT 82 CENTS.  AND SO WE ARE

02:18PM 25   ALREADY CREATING SIGNIFICANT VALUE.  AND OF COURSE, WE'RE --

02:18PM 1    WE'RE JUST GETTING STARTED IN THE CONTEXT OF BEING ABLE TO

02:18PM 2    ESTABLISH AND ROLL OUT THIS INFRASTRUCTURE.

02:19PM 3        AS WE GO FORWARD INTO 2014, IN ADDITION TO THE SPEED OF

02:19PM 4    SCALE PUTTING THE RESOURCES INTO THE BUSINESS TO BE ABLE TO

02:19PM 5    BUILD THE ORGANIZATIONS THAT ARE REQUIRED TO HANDLE THIS TYPE

02:19PM 6    OF CONSUMER TYPE BUSINESS IS ANOTHER CORE AREA OF FOCUS FOR US.

02:19PM 7    OBVIOUSLY, A GREAT CONTRAST IN THE CONTEXT OF A PHARMACEUTICAL

02:19PM 8    DEAL COULD BE VERY GREAT FINANCIALLY, BUT IT WAS VERY SMALL

02:19PM 9    RELATIVELY SPEAKING IN THE CONTEXT OF VOLUME.  AND NEXT TO WHAT

02:19PM 10   WE'RE FACING NOW, THERE'S, YOU KNOW, 7 MILLION PEOPLE IN THE

02:19PM 11   BAY AREA, 39 MILLION IN CALIFORNIA.  AND THAT SCALE IS VERY

02:19PM 12   DIFFERENT FROM THE SCALE ON WHICH WE'VE OPERATED IN THE PAST.

02:19PM 13       "SO WE'RE VERY FOCUSSED ON BEING ABLE TO ESTABLISH THE

02:20PM 14   OPERATIONAL FRAMEWORK TO BE ABLE TO HANDLE THAT TYPE OF VOLUME.

02:20PM 15   AND IT'S -- IT'S AN AREA THAT WE'RE SPENDING A LOT OF TIME ON

02:20PM 16   NOW.

02:20PM 17       "THE RETAIL INFRASTRUCTURE IS THE FOUNDATION FOR BEING

02:20PM 18   ABLE TO REACTIVATE A LOT OF THE PHARMACEUTICAL PROGRAMS THAT WE

02:20PM 19   DID THAT ALLOWED US TO BUILD THE BUSINESS FROM CASH FROM

02:20PM 20   OPERATIONS SINCE WE DID OUR SERIES C ROUND IN 2006.  AND

02:20PM 21   THERE'S A VERY STRONG SYNERGY BETWEEN THE ABILITY TO RUN

02:20PM 22   CLINICAL TRIALS AT RETAIL AND THE ABILITY TO SPEED AND ROLL IT

02:20PM 23   AND BETTER DEMONSTRATE THAT IT'S POSSIBLE TO DELIVER THERAPIES

02:20PM 24   IN A NEW WAY BY VIRTUE OF THE FACT THAT THIS TESTING CAN BE

02:20PM 25   DONE PRACTICALLY INSIDE A RETAIL PHARMACY WHERE THE DRUG IS

02:21PM 1    DELIVERED IN AND OF ITSELF.

02:21PM 2        "SO -- AND THE FOCUS ON THE PHARMACEUTICAL BUSINESS IS

02:21PM 3    STILL A SIGNIFICANT FOCUS FOR US AND WILL CONTINUE EFFECTIVELY

02:21PM 4    AS A BUSINESS UNIT AS WE NOW GROW AND WILL BE VERY SYNERGISTIC

02:21PM 5    WITH WHAT WE HAVE ESTABLISHED IN RETAIL.

02:21PM 6        "SO MAYBE -- CHRIS, LET ME PAUSE THERE AND JUST SEE OUT OF

02:21PM 7    WHAT I HAVE SAID SO FAR IF THERE'S ANY QUESTIONS ON ANYTHING WE

02:21PM 8    HAVE COVERED UP TO NOW."

02:21PM 9    BY MR. SCHENK:

02:21PM 10   Q.   MR. TOLBERT, THAT WAS THE END OF 1348-3.  WAS THAT

02:21PM 11   MS. HOLMES VOICE?

02:21PM 12   A.   YES, IT WAS.

02:21PM 13   Q.   AND WHEN MS. HOLMES SAYS "WE'RE LEVERAGING CAPITAL FROM

02:21PM 14   OUR STRATEGIC PARTNERS AND ALSO FROM EQUITY OPPORTUNITIES THAT

02:21PM 15   WE HAVE ON THE TABLE TO BE ABLE TO GROW VERY FAST," WHAT DID

02:21PM 16   YOU UNDERSTAND THAT TO BE SPEAKING TO?

02:22PM 17   A.   IF I REMEMBER RIGHT, THE WALGREENS PARTNERSHIP HAD BEEN

02:22PM 18   ANNOUNCED AND THERE WAS A POTENTIAL OF 8,000-PLUS RETAIL

02:22PM 19   LOCATIONS THAT NEEDED TO BE OUTFITTED, YOU KNOW, WITH EQUIPMENT

02:22PM 20   BUILDOUT AND PEOPLE, AND THAT THE PROCEEDS OF THIS FUND RAISE

02:22PM 21   THAT WAS UNDERWAY WOULD BE USED TO SCALE THAT OPPORTUNITY AGAIN

02:22PM 22   SO THAT, YOU KNOW, SO THAT THERE WEREN'T OTHER COMPETITORS THAT

02:22PM 23   WOULD COME IN AND TAKE ADVANTAGE OF UNDERSTANDING WHAT THERANOS

02:22PM 24   WAS DOING.

02:22PM 25   Q.   WHEN YOU JUST SAID THE PROCEEDS OF THIS FINANCIAL RAISE,

02:22PM 1    THIS FUND RAISING, DID YOU MEAN IF YOU INVESTED, THIS IS HOW

02:22PM 2    YOUR MONEY WOULD BE SPENT?

02:22PM 3    A.   CORRECT.  I THOUGHT THE INVESTMENT CASE, THE USE OF THE

02:22PM 4    PROCEEDS FROM OUR INVESTMENT THAT WE ULTIMATELY WOULD MAKE, AS

02:22PM 5    WELL AS OTHERS THAT WERE REFERENCED THERE BY STRATEGIC, BY

02:22PM 6    OTHER NOT JUST INVESTORS LIKE US, BUT BY RETAIL PARTNERS AND

02:23PM 7    OTHERWISE WOULD BE TO, YOU KNOW, TO SPEED THAT ROLLOUT AND TO

02:23PM 8    MAKE IT GO FASTER AND, YOU KNOW, KIND OF ACCOMPLISH WHAT IT WAS

02:23PM 9    DESIGNED TO ACCOMPLISH.

02:23PM 10   Q.   AND ARE YOU NOW DRAWING A DISTINCTION BETWEEN YOUR MONEY

02:23PM 11   BEING SPENT ON THE RETAIL ROLLOUT AS OPPOSED TO R&D AT

02:23PM 12   THERANOS, RESEARCH AND DEVELOPMENT TO ACTUALLY CREATE THE

02:23PM 13   TECHNOLOGY NECESSARY TO DO THE BLOOD TESTING?

02:23PM 14   A.   CORRECT.  IT FELT LIKE THE PROCEEDS OF THIS FUND RAISE

02:23PM 15   WERE NOT ABOUT PERFECTING THE TECHNOLOGY, ALTHOUGH I'M

02:23PM 16   CONFIDENT THAT THAT WOULD HAVE CONTINUED TO EVOLVE, BUT IT WAS

02:23PM 17   NOW AT A PLACE, RIGHT, WHERE THE COMPANY WAS OUT OF STEALTH

02:23PM 18   MODE, THEY ANNOUNCED THIS PARTNERSHIP, AND WE'RE GOING TO PUT

02:23PM 19   THESE, THIS CAPABILITY IN ALL OF THESE LOCATIONS JUST COSTS A

02:24PM 20   LOT OF MONEY TO PHYSICALLY DO THAT, AND SO THE POINT OF RAISING

02:24PM 21   THIS MONEY WAS TO BE ABLE TO ACCELERATE THAT DEPLOYMENT.

02:24PM 22   Q.   WAS THIS IMPORTANT IN YOUR DECISION TO INVEST, AND BY THIS

02:24PM 23   I MEAN THAT YOUR MONEY WOULD BE SPENT TO ACCELERATE THE

02:24PM 24   DEPLOYMENT THAT YOU JUST DESCRIBED?

02:24PM 25   A.   THAT'S CORRECT.  YOU KNOW, IF IT FELT TO US LIKE THE

TOLBERT DIRECT BY MR. SCHENK                                    4493

02:24PM 1    TECHNOLOGY STILL WAS IN ITS INFANCY OR DIDN'T WORK THE WAY IT

02:24PM 2    SEEMED TO, YOU KNOW, OUR INVESTMENT CONSIDERATION WOULD HAVE

02:24PM 3    BEEN A LOT DIFFERENT.

02:24PM 4    Q.   AND THAT SAME PORTION WHERE MS. HOLMES SAYS, "THE RETAIL

02:24PM 5    INFRASTRUCTURE IS THE FOUNDATION FOR BEING ABLE TO REACTIVATE A

02:24PM 6    LOT OF THE PHARMACEUTICAL PROGRAMS THAT WE DID THAT ALLOWED US

02:24PM 7    TO BUILD THE BUSINESS FROM CASH FROM OPERATIONS SINCE WE DID

02:24PM 8    OUR SERIES C ROUND IN 2006."

02:25PM 9        WHAT DID YOU UNDERSTAND THAT TO BE A REFERENCE TO,

02:25PM 10   BUILDING THE BUSINESS FROM CASH FROM OPERATIONS?

02:25PM 11   A.   WELL, MY UNDERSTANDING FROM THE TIME WE MADE OUR FIRST

02:25PM 12   INVESTMENT WAS THE BACKBONE OF THE BUSINESS HAD BEEN THESE

02:25PM 13   PHARMACEUTICAL TRIALS THAT THERANOS WAS ABLE TO HELP, AND SO

02:25PM 14   THERE WAS A LOT OF VALUE FOR THE PHARMACEUTICAL COMPANIES TO DO

02:25PM 15   THAT.

02:25PM 16       SO I HAD, YOU KNOW, ANTICIPATED FROM THAT FIRST INVESTMENT

02:25PM 17   THAT THE COMPANY HAD BEEN ABLE TO RECOGNIZE SIGNIFICANT AMOUNTS

02:25PM 18   OF CASH, PROFIT, TO BE ABLE TO REINVEST NOT ONLY IN R&D, BUT TO

02:25PM 19   KIND OF COVER ITS OWN OPERATIONAL BURN RATES.

02:25PM 20       AND THAT, YOU KNOW, WE WERE NOW AT A POINT WHERE THE

02:25PM 21   RETAIL FOCUS WOULD TAKE OVER.

02:25PM 22       BUT STILL, EVEN FROM DAY ONE AS I UNDERSTOOD IT, IT STILL

02:26PM 23   REPRESENTED A GREAT ADVANCEMENT FOR THESE PHARMACEUTICAL

02:26PM 24   COMPANIES BECAUSE NOW INSTEAD OF HAVING TO RECRUIT PATIENTS FOR

02:26PM 25   DRUG TRIALS TO COME TO SPECIFIC LOCATIONS, THEY COULD ENROLL

02:26PM  1    PEOPLE IN TRIALS THAT COULD JUST GO TO THEIR DOCTOR'S OFFICE OR

02:26PM  2    LOCAL PHARMACY.

02:26PM  3         AND SO IT REPRESENTED A GREAT GAIN AND EFFICIENCY FOR

02:26PM  4    THESE PHARMACEUTICAL COMPANIES TO CONTINUE AS WELL.

02:26PM  5    Q.   OKAY.  AND I WANT TO BE CLEAR, YOU SAID THAT YOU HAD AN

02:26PM  6    UNDERSTANDING THAT THERANOS WAS DOING SOME OF THIS

02:26PM  7    PHARMACEUTICAL WORK FROM BACK IN YOUR 2006 INVESTMENT AND ON,

02:26PM  8    SOMETIME AFTER THAT.

02:26PM  9         DID YOU GET THAT UNDERSTANDING IN PART FROM CHRIS LUCAS?

02:26PM  10   A.   CORRECT.  SO THOSE CONVERSATIONS THAT I HAD WITH CHRIS

02:26PM  11   OVER THE YEARS SUGGESTED THAT THOSE PHARMACEUTICAL TRIALS, YOU

02:26PM  12   KNOW, CONTINUED TO BE SOMETHING THAT THERANOS HAD AS A STAPLE

02:26PM  13   OF BUSINESS.

02:27PM  14   Q.   AND NOW ON THIS CALL, IS MS. HOLMES CONFIRMING THAT FOR

02:27PM  15   YOU, THAT THE PHARMACEUTICAL WORK WAS GENERATING CASH FOR

02:27PM  16   OPERATIONS?

02:27PM  17             MR. DOWNEY:  EXCUSE ME, YOUR HONOR.  OBJECTION,

02:27PM  18   YOUR HONOR, TO THOSE TWO STATEMENTS.

02:27PM  19        I THINK HE CAN CERTAINLY COMMENT ON HIS UNDERSTANDING,

02:27PM  20   WHICH HE HAS.

02:27PM  21        I THINK TO LINK STATEMENTS FROM TWO PEOPLE TOGETHER AND

02:27PM  22   TRY TO GET A CONFIRMATION IS INAPPROPRIATE.

02:27PM  23             THE COURT:  OVERRULED.

02:27PM  24             MR. SCHENK:  YOUR HONOR, WITH PERMISSION, I'LL NOW

02:27PM  25   TURN TO -- OH, I'M SORRY.  ONE MORE QUESTION.

02:27PM 1    Q.   ON 1348-3, WHAT WE HAVE JUST LISTENED TO, WHEN MS. HOLMES

02:27PM 2    SAYS "THE FOCUS ON THE PHARMACEUTICAL BUSINESS IS STILL A

02:27PM 3    SIGNIFICANT FOCUS FOR US," WHAT DID YOU TAKE THAT TO MEAN?

02:28PM 4    A.   JUST THAT FROM THE VERY BEGINNING, LIKE I DESCRIBED, I

02:28PM 5    THOUGHT PHARMACEUTICAL, THE PHARMACEUTICAL BUSINESS, YOU KNOW,

02:28PM 6    WAS A PROFITABLE OR A FOUNDATIONAL PART OF WHAT THERANOS WAS

02:28PM 7    DOING AND SO, YOU KNOW, I HAD NO INDICATION THAT THAT HAD NEVER

02:28PM 8    BEEN THE CASE.

02:28PM 9    Q.   AND WHEN SHE SAID IT IS STILL A SIGNIFICANT FOCUS AND YOU

02:28PM 10   HAD THIS CALL IN DECEMBER OF 2013 --

02:28PM 11   A.   DECEMBER OF 2013.

02:28PM 12   Q.   YES, I'M SORRY.  DID YOU THINK THAT THAT PHARMACEUTICAL

02:28PM 13   BUSINESS WAS STILL, IN DECEMBER OF 2013, A SIGNIFICANT FOCUS?

02:28PM 14   A.   I DID.

02:28PM 15          MR. SCHENK:  YOUR HONOR, WITH YOUR PERMISSION, I'LL

02:28PM 16   NOW PLAY 1348-4.

02:28PM 17          THE COURT:  YES.

02:28PM 18          MR. SCHENK:  THANK YOU.

02:28PM 19      (AUDIO PLAYED IN OPEN COURT ON THE RECORD.)

02:28PM 20       "QUESTIONER:  THANK YOU.  HI, ELIZABETH.  I GUESS I HAVE A

02:28PM 21   TWO-PART QUESTION.  FIRST OF ALL, IF YOU COULD JUST COVER

02:29PM 22   GENERALLY THE CURRENT CAPITALIZATION IN TERMS OF WHAT THE --

02:29PM 23   WHAT THE $75 A SHARE, WHAT THE CAPITALIZATION WOULD BE AND WHAT

02:29PM 24   YOU'RE LOOKING TO RAISE AND WHAT THE -- I TAKE IT FROM WHAT

02:29PM 25   YOU'VE SAID, BUT MAYBE YOU COULD GO INTO A LITTLE MORE OF THE

02:29PM 1    USE.  IS IT -- IS IT HEAVILY WEIGHTED TOWARD THE RETAIL BUILD

02:29PM 2    OUT WHICH YOU'RE LOOKING TO DO ON A NATIONAL BASIS AND HOW LONG

02:29PM 3    DO YOU EXPECT THE TIME-WISE TO DO THE BUILD OUT OF THE RETAIL

02:29PM 4    SIDE OF IT?

02:29PM 5         "MS. HOLMES:  ABSOLUTELY.  SO AND -- SO WHEN YOU ALL CAME

02:29PM 6    IN IN THE SERIES B AT PRE MONEY WAS ABOUT $20 MILLION VALUATION

02:29PM 7    OF THE COMPANY AND THAT WAS -- IT WAS PREVIOUSLY ASSOCIATED

02:29PM 8    WITH THE SERIES A PRICE OF 75 CENTS A SHARE.  NOW THE VALUATION

02:29PM 9    OF THE COMPANY IS -- IS JUST OVER $7 BILLION AND THAT'S AT THE

02:30PM 10   $75 A SHARE.

02:30PM 11        "AND THE RETAIL IS EXACTLY WHERE WE'RE FOCUSSING OUR

02:30PM 12   INVESTMENT AND THE -- IT'S REALLY NOW A QUESTION OF HOW FAST DO

02:30PM 13   WE SCALE, YOU KNOW, WHAT -- THE FACT THAT WE WILL SCALE IS A

02:30PM 14   GIVEN.  OUR RETAIL PARTNERS HAVE INVESTED HUNDREDS OF MILLIONS

02:30PM 15   OF DOLLARS IN BUILDING OUT THIS FRAMEWORK.  AND WE TOO HAVE

02:30PM 16   BEEN PREPARING FOR THIS FOR MANY YEARS NOW.  AND THE GOAL IS TO

02:30PM 17   BE ABLE TO BE NATIONAL VERY, VERY, VERY QUICKLY.

02:30PM 18        "SO THE IMMEDIATE FOCUS IS CALIFORNIA AND ARIZONA.

02:30PM 19   CERTAINLY, YOU KNOW, AS WE GO INTO 2014, ONE OF OUR GOALS FOR

02:30PM 20   2014 IS TO HAVE THOSE MARKETS AND BEACH HEADS IN TERMS OF

02:30PM 21   REALLY OWNING THE MARKETPLACE AND BEING ABLE TO EXPAND FROM

02:30PM 22   THEM.

02:30PM 23        "BUT THE ABILITY TO EXPAND THROUGHOUT RETAIL, ONCE YOU'VE

02:31PM 24   OPERATIONALIZED A GIVEN MARKET, IT IS -- IT'S NOT VERY

02:31PM 25   COMPLICATED.  AND, YOU KNOW, COMPANIES LIKE WALGREENS HAVE DONE

02:31PM   1    THIS VERY WELL IN AREAS LIKE THE FLU SHOT OR VACCINATION

02:31PM   2    BUSINESS WHERE THEY TRAINED ALL OF THEIR PHARMACISTS AND HAD IT

02:31PM   3    DEPLOYED NATIONALLY WITHIN, I THINK, ABOUT AN 18-MONTH PERIOD.

02:31PM   4         "AND THERE'S -- THERE'S A PARALLEL TO WHAT CAN BE DONE

02:31PM   5    HERE AND WE'RE WORKING TO DO THAT."

02:31PM   6    BY MR. SCHENK:

02:31PM   7    Q.   MR. TOLBERT, I'VE PLAYED FOR YOU NOW 1348-4.

02:31PM   8         DO YOU RECOGNIZE TWO INVOICES ON THIS PORTION?

02:31PM   9    A.   I DO.

02:31PM  10    Q.   AND WHO ARE THOSE INDIVIDUALS?

02:31PM  11    A.   THE FIRST INDIVIDUAL WAS CRAIG HALL, WHO IS MY BOSS, AND

02:31PM  12    THE SECOND WAS ELIZABETH HOLMES.

02:31PM  13    Q.   SO WAS THIS THE MOMENT YOU REALIZED MR. HALL DID MAKE IT

02:31PM  14    TO THE CALL?

02:31PM  15    A.   IT WAS.

02:31PM  16    Q.   AND I THINK YOU SAID YOU DIDN'T STOP THE RECORDING?

02:32PM  17    A.   I DID NOT.

02:32PM  18    Q.   AND DESCRIBE FOR THE JURY FOR A MOMENT THE STRUCTURE OF

02:32PM  19    THE CALL.  THE FIRST CLIPS WE HEARD MS. HOLMES TALKING, AND

02:32PM  20    THIS TIME WE HEARD A QUESTION.

02:32PM  21    A.   SO AT THE BEGINNING OF THE CALL, CHRIS LUCAS HAD JUST HAD

02:32PM  22    AN INTRODUCTORY COMMENT OR TWO AND THEN TURNED IT OVER TO

02:32PM  23    ELIZABETH.

02:32PM  24         YOU KNOW, SHE KIND OF WALKED THROUGH AN UPDATE OF WHERE

02:32PM  25    THE COMPANY WAS AND WHAT WAS GOING ON.

02:32PM   1        AND THEN AT THIS POINT, OR AT SOME POINT AROUND THIS TIME

02:32PM   2   ON THE CALL, IT OPENED UP FOR Q AND A, AND THIS WAS ONE OF THE

02:32PM   3   FIRST QUESTIONS.

02:32PM   4   Q.   SO THE FIRST PORTION THAT I'VE PLAYED FOR YOU BEFORE

02:32PM   5   MR. HALL, WAS THAT MS. HOLMES SPEAKING NOT IN RESPONSE TO

02:32PM   6   QUESTIONS, BUT RATHER GIVING, AS YOU SAID, I THINK AN OVERVIEW?

02:32PM   7   A.   CORRECT.

02:32PM   8   Q.   AND THEN THE INDIVIDUALS ON THE CALL HAD THE OPPORTUNITY

02:32PM   9   TO ASK QUESTIONS?

02:32PM  10   A.   CORRECT.

02:32PM  11   Q.   AND WHEN SHE RESPONDS TO MR. HOLMES'S QUESTION BY SAYING,

02:32PM  12   "IT'S REALLY NOW A QUESTION OF HOW WE SCALE.  YOU KNOW, THE

02:33PM  13   FACT THAT WE WILL SCALE IS A GIVEN."

02:33PM  14        WHAT DID YOU UNDERSTAND THAT TO MEAN?

02:33PM  15   A.   WELL, WE KNEW THAT WALGREENS WAS A BIG OPPORTUNITY WITH

02:33PM  16   SOMETHING OVER 8,000 LOCATIONS.  I THINK AT THE TIME OF THIS

02:33PM  17   CALL THERE MAY HAVE BEEN, YOU KNOW, A DOZEN LOCATIONS OPENED OR

02:33PM  18   SOMETHING.

02:33PM  19        AND SO THE NEED TO GO FROM, YOU KNOW, 10 TO 8,000 IS

02:33PM  20   PRETTY SUBSTANTIAL.

02:33PM  21        SO IT FELT LIKE IT WAS GOING TO HAPPEN, IT'S JUST HOW FAST

02:33PM  22   CAN WE MAKE IT HAPPEN?  HOW FAST CAN WE GET IN ALL OF THESE

02:33PM  23   LOCATIONS?

02:33PM  24   Q.   AND WAS THAT SIGNIFICANT OR IMPORTANT IN YOUR DECISION TO

02:33PM  25   INVEST?

02:33PM   1      A.   IT WAS.  I MEAN, THAT -- YOU KNOW, THE OPPORTUNITY TO DO

02:33PM   2      THAT VOLUME OF TESTS, RIGHT, IF IT'S IN 8,000 LOCATIONS AND

02:33PM   3      REPRESENTED A SIGNIFICANT OPPORTUNITY, AND SO, YOU KNOW,

02:34PM   4      CERTAINLY IF, IF WE HAD THOUGHT THAT THOSE LOCATIONS WOULD NOT

02:34PM   5      BECOME OPERATIONAL, IT WOULD HAVE BEEN A BIG NEGATIVE FOR THE

02:34PM   6      INVESTMENT.

02:34PM   7           MR. SCHENK:  YOUR HONOR, WITH PERMISSION I'LL PLAY

02:34PM   8      1348-5.

02:34PM   9           THE COURT:  YES.

02:34PM  10      (AUDIO PLAYED IN OPEN COURT ON THE RECORD.)

02:34PM  11      "MEETING OPERATOR:  THANK YOU.  THE NEXT QUESTION COMES

02:34PM  12      FROM LARRY (INAUDIBLE).  PLEASE GO AHEAD.  LARRY, ARE YOU

02:34PM  13      THERE?

02:34PM  14           "QUESTIONER:  YES, I AM.

02:34PM  15      "HI ELIZABETH, THIS IS LARRY (INAUDIBLE).

02:34PM  16      "MS. HOLMES:  HI LARRY, HOW ARE YOU?

02:34PM  17           "QUESTIONER:  GOOD.  GOOD.  CONGRATULATIONS ON ALL OF THIS

02:34PM  18      PROGRESS.

02:34PM  19      "MS. HOLMES:  WELL, THANK YOU.

02:34PM  20           "QUESTIONER:  NOW, ELIZABETH, YOU MENTIONED THAT YOU MIGHT

02:34PM  21      HAVE SOME ADDITIONAL EQUITY ROUNDS THAT ARE COMING UP.  CAN YOU

02:34PM  22      GIVE ANY INDICATION OF HOW MUCH MONEY YOU WANT TO RAISE AND

02:34PM  23      WHAT MARKET CAPS YOU WOULD LIKE TO SEE YOURSELF ACHIEVE IN

02:34PM  24      THOSE ROUNDS?

02:34PM  25      "MS. HOLMES:  SURE.  ABSOLUTELY.  SO WE -- THIS RECENT

02:34PM  1    TRANSACTION AT $75 A SHARE IS ACTUALLY PART OF CONTRACTS THAT

02:35PM  2    WE HAVE WITH STRATEGIC ENTITIES AND PARTNERS WHO PREVIOUSLY HAD

02:35PM  3    AN EQUITY RELATIONSHIP WITH THERANOS AND HAD AN OPTION TO

02:35PM  4    EXERCISE TO INVEST ADDITIONAL CAPITAL BEFORE THE END OF 2013,

02:35PM  5    WHICH THEY LITERALLY JUST EXERCISED.  AND SO WE'RE WORKING

02:35PM  6    THROUGH THAT NOW, AS MANY OF YOU ALL KNOW IN SOME OF THE RECENT

02:35PM  7    SHAREHOLDER CONSENT AND -- AND THAT VALUATION THAT I PREVIOUSLY

02:35PM  8    MENTIONED IS ASSOCIATED WITH THOSE TRANSACTIONS.

02:35PM  9          "WE DO HAVE OFFERS ON THE TABLE RIGHT NOW FROM FINANCIAL

02:35PM  10   INSTITUTIONS THAT ARE IN THE SEVERAL HUNDRED MILLION DOLLAR

02:35PM  11   RANGE IN TERMS OF THE AMOUNT OF CAPITAL AND WE'RE CONSIDERING

02:35PM  12   THAT IN THE CONTEXT OF HOW WE -- HOW WE INVEST.  AND ALSO WE'RE

02:36PM  13   AWARE THAT CERTAIN SHAREHOLDERS HAVE SOME LIQUIDITY NEEDS.  AND

02:36PM  14   SO THE ABILITY TO PUT A LARGE AMOUNT OF CAPITAL INTO THE

02:36PM  15   COMPANY AND THEN WHEREIN AS RELEVANT AND AT THE RIGHT TIME FOR

02:36PM  16   THE BUSINESS ADDRESS THAT.  LIQUIDITY IS -- IS HOW WE'RE

02:36PM  17   LOOKING AT THAT AND THERE'S A VERY HIGH LIKELIHOOD THAT WE

02:36PM  18   WILL -- WE WILL DO TRANSACTIONS THAT ARE IN THE SEVERAL HUNDRED

02:36PM  19   MILLION DOLLAR RANGE.

02:36PM  20         "INSOFAR AS THE VALUATION, WE KNOW THAT IT IS HIGHER THAN

02:36PM  21   $75 A SHARE.  WE ARE HAVING NEGOTIATIONS RIGHT NOW ABOUT

02:36PM  22   EXACTLY WHAT PRICE WE PICK AND MORE IMPORTANTLY WHO WE PICK AS,

02:36PM  23   YOU KNOW, THE INVESTOR BASE HERE.

02:36PM  24         "AND SOME OF THIS IN TERMS OF WHAT THE ACTUAL PRICE PER

02:36PM  25   SHARE AND THEREFORE THE ASSOCIATED EQUITY CAPITALIZATION OF THE

02:36PM  1    COMPANY WILL BE IS GOING TO DEPEND ON HOW THAT PLAYS OUT, BUT

02:37PM  2    THAT'S SOMETHING THAT -- THAT IS GOING ON AS WE SPEAK AND --

02:37PM  3    AND WILL LIKELY BE EFFECTED EARLY IN Q1."

02:37PM  4              MR. SCHENK:  THAT'S THE END OF 1348-5.

02:37PM  5    Q.   MR. TOLBERT, DID WE HEAR A QUESTION AND MS. HOLMES'S VOICE

02:37PM  6    IN RESPONSE?

02:37PM  7    A.   WE DID.

02:37PM  8    Q.   AND MS. HOLMES MAKES A STATEMENT ABOUT THE AMOUNT OF MONEY

02:37PM  9    SHE INTENDED TO RAISE AND SHARE PRICE.

02:37PM 10         WAS THAT STUFF THAT WAS ALSO IMPORTANT TO YOU IN YOUR

02:37PM 11    DECISION TO INVEST?

02:37PM 12    A.   THEY WERE.  CERTAINLY TO THE EXTENT LIKE WE FELT LIKE IF

02:37PM 13    WE INVESTED, THERE WERE SEVERAL HUNDRED MILLION DOLLARS

02:37PM 14    ADDITIONAL INVESTMENT THAT WOULD COME THAT WOULD HELP

02:37PM 15    ACCOMPLISH THE DESIGNS OF THIS ROLLOUT THAT, YOU KNOW, IT WOULD

02:37PM 16    MAKE IT A LOT MORE CERTAIN THAT THERE WOULD BE A POSITIVE

02:37PM 17    OUTCOME TO IT.

02:37PM 18    Q.   SO IF THE -- AS YOU TESTIFIED A MOMENT AGO, IF THE

02:37PM 19    INVESTOR MONEY WOULD BE SPENT FOR THE WALGREENS ROLLOUT, IT WAS

02:37PM 20    IMPORTANT TO YOU THAT THERE WAS MORE MONEY COMING IN, NOT JUST

02:37PM 21    YOUR 5 MILLION?

02:37PM 22    A.   CORRECT.  YOU KNOW, THE ADDITIONAL MONEY THAT WOULD COME

02:38PM 23    IN JUST REPRESENTED ADDITIONAL SPEED AND CAPABILITY AND MORE

02:38PM 24    MARKETS THAT COULD BE SERVICED, PUT INTO SERVICE SOONER.

02:38PM 25    Q.   THANK YOU.

02:38PM 1          MR. SCHENK:  YOUR HONOR, WITH YOUR PERMISSION I'LL

02:38PM 2     NOW PLAY 1348-6.

02:38PM 3          THE COURT:  YES.

02:38PM 4     "QUESTIONER:  HI, ELIZABETH.  ALSO CONGRATULATIONS FROM

02:38PM 5     US.  THAT'S REMARKABLE WHAT YOU HAVE ACCOMPLISHED.

02:38PM 6     "AND JUST TO FOLLOW ON WHAT YOU WERE JUST DISCUSSING, I

02:38PM 7     ASSUME THAT WOULD ALL BE PRIVATE AND I'M WONDERING IF YOU SEE A

02:38PM 8     PUBLIC LIQUIDITY EVENT AT SOME POINT WHERE YOU GO OUT WITH AN

02:38PM 9     IPO.  I'M WONDERING ABOUT THAT.

02:38PM 10    "AND AS LONG AS I'M SPEAKING, I WAS -- I WAS ALSO CURIOUS

02:38PM 11    IF THERE'S A MILITARY ASPECT THAT YOU'RE GOING TO PURSUE.

02:38PM 12    "AND, AGAIN, SINCE I HAVE THE FLOOR, WITH REGARD TO

02:39PM 13    COMPETITION, CHRIS HAD MENTIONED THAT THERE DOESN'T APPEAR TO

02:39PM 14    BE ANY OUT THERE.  I'M WONDERING IF YOUR PATENT SIDE IS LOOKING

02:39PM 15    AT ANY CONCERNS THERE OR IF YOU THINK THERE'S ANY POSSIBILITY

02:39PM 16    FOR PATENT INFRINGEMENT OR -- OR OTHERS DOING SOMETHING SIMILAR

02:39PM 17    AND COMPETING WITH YOU.

02:39PM 18    "MS. HOLMES:  ABSOLUTELY.  AND I WILL START WITH THE FIRST

02:39PM 19    ONE.  SO THESE IMMEDIATE TRANSACTIONS WHEN WE'RE TALKING IN

02:39PM 20    DECEMBER, JANUARY, EARLY Q1 TIMEFRAME ARE ALL PRIVATE

02:39PM 21    TRANSACTIONS.

02:39PM 22    "WE HAVE PUT A CORPORATE STRUCTURE IN PLACE THAT POSITIONS

02:39PM 23    US TO BE ABLE TO PROCEED WITH FUTURE EQUITY RELATED EVENTS AND

02:39PM 24    RETAIN THE CONTROL TO REALIZE THE LONG-TERM VISION THAT WE

02:39PM 25    HAVE.  AND AS YOU KNOW, THIS COMPANY IS ABOUT BEING ABLE TO

02:40PM 1    CHANGE THE HEALTH CARE INDUSTRY.  AND THAT'S SOMETHING THAT,

02:40PM 2    YOU KNOW, WE PLAN ON DOING FOR THE NEXT 10, 20, 30, 40, 50,

02:40PM 3    60 YEARS.

02:40PM 4         "WE HAVE THE OPPORTUNITY TO CREATE AN INDUSTRY HERE AND

02:40PM 5    THAT'S WHAT THIS IS ABOUT.  SO WE HAVE ALWAYS BEEN VERY

02:40PM 6    LONG-TERM IN OUR MINDSET.  AND THE POTENTIAL FOR SOME TYPE OF

02:40PM 7    PUBLIC TRANSACTION, A PUBLIC OFFERING TRANSACTION DOWN THE ROAD

02:40PM 8    IS THERE.

02:40PM 9         "RIGHT NOW WE THINK THERE'S A LOT OF ADVANTAGES TO

02:40PM 10   CONTINUING TO OPERATE AS A PRIVATE COMPANY, ESPECIALLY IN THE

02:40PM 11   CONTEXT OF WHAT WE'VE JUST DONE WHERE WE MADE SOME VERY

02:40PM 12   DIFFICULT DECISIONS WHEN WE SIGNED OUR RETAIL CONTRACTS TO

02:40PM 13   EFFECTIVELY AGREE TO CONTRACTS THAT SAID WE COULDN'T TALK ABOUT

02:40PM 14   THIS BECAUSE THESE COMPANIES WERE PUTTING HUNDREDS OF MILLIONS

02:40PM 15   OF DOLLARS INTO THE INFRASTRUCTURE AND THEY HADN'T ANNOUNCED IT

02:40PM 16   TO THE STREET AND IT WAS MATERIAL AND PUBLIC INFORMATION AND

02:40PM 17   SOME OF IT STILL IS.

02:41PM 18        "AND SO -- AND SO WHAT WE GOT OUT OF THAT IS WE GOT A LEAD

02:41PM 19   TIME AND WE WERE ABLE TO LAUNCH AND -- AND REALLY SURPRISE THE

02:41PM 20   MARKET IN TERMS OF THE EXISTENCE OF THIS CAPABILITY AND THERE'S

02:41PM 21   A LOT OF POWER IN THAT FROM A MARKET OWNERSHIP STANDPOINT.  BUT

02:41PM 22   WE ARE -- WE ARE LOOKING AT LIQUIDITY OPTIONS AND AN IPO WOULD

02:41PM 23   BE ONE OF THEM.

02:41PM 24        "IN TERMS OF THE MILITARY ASPECT OF THIS, MILITARY IS A

02:41PM 25   BIG DEAL FOR US AND I CAN TELL YOU CONFIDENTIALLY A COUPLE OF

02:41PM  1    THE AREAS WHICH WE HAVE BEEN FOCUSSED THERE.

02:41PM  2        "ONE IS IN THE CONTEXT OF WORK IN THE MIDDLE EAST AND

02:41PM  3    SPECIFICALLY IN AFGHANISTAN.  THE SURVIVAL RATE OF OUR MEN AND

02:41PM  4    WOMEN IN THE FIELD WHEN THEY'RE HIT IS 98 PERCENT IF THEY GET

02:42PM  5    THROUGH THE DOORS OF AN EMERGENCY ROOM WITHIN 60 MINUTES FROM

02:42PM  6    THE POINT OF INJURY.  AND IF WE MISS THAT WINDOW THAT'S WHERE

02:42PM  7    THE BULK OF OUR FATALITIES OCCUR.

02:42PM  8        "AND SO THE ABILITY TO TAKE A TECHNOLOGY LIKE THIS AND PUT

02:42PM  9    IT IN FLIGHT, SPECIFICALLY ON A MEDEVAC, HAS THE POTENTIAL TO

02:42PM 10    CHANGE SURVIVAL RATES.  AND WHAT IT DOES IS IT MAKES IT

02:42PM 11    POSSIBLE TO BEGIN TRANSFUSION AND STABILIZATION IN PLACE.  AND

02:42PM 12    SO WE'RE BEEN DOING A LOT OF WORK THERE.

02:42PM 13        "WE HAVE ALSO BEEN DOING A LOT OF WORK FOR SPECIAL

02:42PM 14    OPERATIONS COMMAND IN THE CONTEXT OF MISSIONS IN REMOTE AREAS

02:42PM 15    WHERE NOT ONLY IS THERE NO CAPABILITY TO DO TESTING FOR CERTAIN

02:42PM 16    THINGS THAT NEED TO BE MEASURED, BUT IF SITUATIONS ARISE IN

02:42PM 17    WHICH THOSE TESTS ARE WARRANTED, THE MISSION IS ABORTED AND

02:43PM 18    PEOPLE ARE EVACUATED GENERALLY OUT OF CONTINENT.  AND SO WE'VE,

02:43PM 19    YOU KNOW, CREATED A DISTRIBUTED SYSTEM THAT CAN BE USED IN

02:43PM 20    REMOTE AREAS AND THAT IS -- THAT IS ANOTHER VENUE AND FOCUS FOR

02:43PM 21    US.  AND AS WE NOW REACH THIS STAGE IN OUR BUSINESS AND GOING

02:43PM 22    BACK TO THE COMMENT THAT I MADE EARLIER ON ORGANIZATION THAT

02:43PM 23    REALLY IS ANOTHER BUSINESS UNIT.

02:43PM 24        "AND SO THAT, THE PHARMACEUTICAL BUSINESS AND RETAIL ARE

02:43PM 25    THESE THREE UNITS THAT WE HAVE.  OBVIOUSLY TO BE ABLE TO DO

02:43PM  1    WHAT WE'VE JUST DONE, WE HAD TO PAUSE A LARGE NUMBER OF OUR

02:43PM  2    ONGOING PHARMACEUTICAL AND MILITARY PROGRAMS SO THAT WE COULD

02:43PM  3    FOCUS LIKE A LASER ON THIS AND EXECUTING ON THIS.

02:43PM  4         "AND THE SCALE OF THIS RETAIL INFRASTRUCTURE NOW IS WHERE

02:43PM  5    WE WILL CONTINUE TO FOCUS LIKE A LASER.  BUT AS WE GET THE

02:43PM  6    RESOURCES AND ORGANIZATIONS TO CAPTURE SOME OF THESE ADDITIONAL

02:44PM  7    OPPORTUNITIES IN PARALLEL, WE WILL PROCEED WITH THE

02:44PM  8    PHARMACEUTICAL AND MILITARY BUSINESS IN LEVERAGING SOME OF THIS

02:44PM  9    INFRASTRUCTURE AND THE RESOURCES FROM IT THAT WE'RE BUILDING

02:44PM  10   OUT NOW.  SO THAT, FOR THE LONG-TERM, WILL BE AN IMPORTANT

02:44PM  11   THING FOR US.  AND IT'S ALSO VERY SYMBOLIC BECAUSE IT'S OUR WAY

02:44PM  12   OF BEING ABLE TO HELP MAKE A DIFFERENCE IN WHATEVER SMALL WAY

02:44PM  13   WE CAN THERE."

02:44PM  14        MR. SCHENK:  THAT'S THE END OF 1348-6.

02:44PM  15        WITH THE COURT'S PERMISSION, I'LL CONTINUE PLAYING 1348-7

02:44PM  16   AND THEN 1349-1.  IT'S ALL A CONTINUATION.

02:44PM  17        THE COURT:  YES, PLEASE.

02:44PM  18   (AUDIO PLAYED IN OPEN COURT ON THE RECORD.)

02:44PM  19        "QUESTIONER:  INSOFAR AS COMPETITION IS CONCERNED, EXACTLY

02:45PM  20   THE REASON THAT WE WERE SO AGGRESSIVE ABOUT BEING IN SELF-MODE

02:45PM  21   WAS TO PRESERVE THE WINDOW FOR CAPTURING AS MUCH MARKET SHARE

02:45PM  22   AS POSSIBLE WITHOUT DIRECT COMPETITION.  WE HAVE NOT SEEN OTHER

02:45PM  23   COMPANIES DOING THIS THAT --"

02:45PM  24        MR. SCHENK:  AND THEN THAT'S THE END OF 1348-7.

02:45PM  25   Q.   MR. TOLBERT, DOES THE RECORDING CUT OFF AT THAT POINT?

02:45PM 1    A.   IT DOES.

02:45PM 2    Q.   AND THEN WHAT DID YOU DO?

02:45PM 3    A.   AND THEN I FLIPPED THE TAPE OVER AND STARTED RECORDING ON

02:45PM 4    THE SECOND SIDE OF THE TAPE.

02:45PM 5         MR. SCHENK:  OKAY.  MS. HOLLIMAN NOW, WITH THE

02:45PM 6    COURT'S PERMISSION, IF WE CAN PLAY 1349-1.

02:45PM 7         THE COURT:  YES.

02:45PM 8    (AUDIO PLAYED IN OPEN COURT ON THE RECORD.)

02:45PM 9    "MS. HOLMES:  -- LIKE, FOR EXAMPLE, THE ABILITY TO USE THE

02:45PM 10   CLOUD TO CONTROL A HEALTH DEVICE OR THE ABILITY TO RUN ANY

02:46PM 11   COMBINATION OF LAB TESTS ON, YOU KNOW, THESE DISTRIBUTED

02:46PM 12   DEVICES.  AND, OBVIOUSLY, WE HAVE COMPLIMENTED THOSE WITH A

02:46PM 13   VERY BROAD PORTFOLIO OF VERY NARROW CLAIMS, YEAH, BUT -- BUT WE

02:46PM 14   HAVE BEEN PREPARING FOR LITIGATION IN THE CONTEXT OF BEING ABLE

02:46PM 15   TO PROTECT THEM AND INTEND TO PROTECT THEM VERY AGGRESSIVELY.

02:46PM 16   "IN OUR CASE, IP LITIGATION IS NOT ABOUT LICENSING -- OR

02:46PM 17   IP PROSECUTION IS NOT ABOUT LICENSING, BUT IT'S ABOUT BEING

02:46PM 18   ABLE TO MAINTAIN OUR OWNERSHIP OF THIS SPACE.  WE HAVE A GREAT

02:46PM 19   LAWYER, DAVID BOIES, WHO JOINS US AT ALL OF OUR BOARD MEETINGS

02:46PM 20   WHO ALSO DOES OUR IP LITIGATION.  AND WE DID FILE A LAWSUIT

02:46PM 21   ABOUT A YEAR AND A HALF AGO OR TWO YEARS AGO AGAINST A PATENT

02:46PM 22   TROLL WHO HAD GONE TO SOME ELABORATE MEANS TO ATTEMPT TO STEAL

02:47PM 23   FROM AN INTELLECTUAL PROPERTY.

02:47PM 24   "AND OUR MAIN POINT THERE IS WE WILL NOT SETTLE ON ANY

02:47PM 25   INTELLECTUAL PROPERTY VIOLATION.  IN THAT CASE, THE SPECIFIC

02:47PM  1    PATENT IN QUESTION WAS -- WAS NOT -- WE HAVE THAT CONTENT

02:47PM  2    COVERED BY OTHER OF OUR PATENTS, BUT -- BUT SETTING THE

02:47PM  3    PRECEDENT THAT WE HAVE A ZERO TOLERANCE APPROACH TO

02:47PM  4    INTELLECTUAL PROPERTY VIOLATIONS OR PEOPLE TRYING TO THREATEN

02:47PM  5    US OR TRYING TO GET US TO SETTLE AND PAY THEM MONEY.  IT'S JUST

02:47PM  6    NOT SOMETHING THAT WE'RE GOING TO DO.

02:47PM  7         "AND I THINK ULTIMATELY AS WE GO FORWARD, OBVIOUSLY

02:47PM  8    CONTINUING TO BUILD OUT THE PORTFOLIO AND DEFENDING IT

02:47PM  9    AGGRESSIVELY ARE GOING TO BE TWO VERY IMPORTANT THINGS WHICH WE

02:47PM 10    WILL DO IN A BIG WAY.  BUT ULTIMATELY, OUR REAL STRATEGY HERE

02:47PM 11    IS THE SPEED OF EXECUTION AND THE WAY WE PRICE IN THE MARKET

02:47PM 12    WHICH IS A BIG DEAL.

02:48PM 13         "WE HAVEN'T TALKED ABOUT THIS DIRECTLY ON THIS CALL, BUT

02:48PM 14    WE ARE CHANGING THE COST STRUCTURE OF LABORATORY TESTING.  AND

02:48PM 15    THAT, YOU KNOW, ALSO HAS A COMPETITIVE ASPECT TO IT IN TERMS OF

02:48PM 16    WINNING AND OWNING THIS SPACE.  AND THEN DOING WHAT -- WHAT WE

02:48PM 17    LOVE AND TRY TO DO BEST, WHICH IS BEING ON VERSION 12 OF THIS

02:48PM 18    TYPE OF SYSTEM BY THE TIME ANYBODY ELSE CAN TRY TO BE ON

02:48PM 19    VERSION 1.  AND THAT'S A -- THAT'S AN ONGOING FOCUS FOR US

02:48PM 20    INTERNALLY."

02:48PM 21         "MEETING OPERATOR:  THERE ARE NO FURTHER QUESTIONS AT THIS

02:48PM 22    TIME.

02:48PM 23         "MR. LUCAS:  WELL, IF THERE'S ANYONE, PLEASE QUEUE UP WITH

02:48PM 24    DAWN IF THERE'S ANY OTHER QUESTIONS.

02:48PM 25         "ELIZABETH, JUST AS -- AS, YOU KNOW, AS AN OBSERVATION,

02:48PM  1    WHEN YOU PUBLISHED YOUR PRICES ON THE WEBSITE THAT ARE

02:48PM  2    SIGNIFICANTLY CLEARLY LOWER THAN -- THAN WHAT TYPICALLY LABS

02:49PM  3    CHARGE, HOW DOES THAT STRATEGY EVOLVE AND AS IT RELATES TO

02:49PM  4    MEDICAID OR MEDICARE AND SO FORTH?

02:49PM  5         "MS. HOLMES:  ABSOLUTELY.  AND I -- SO -- SO THERE'S --

02:49PM  6    THERE'S MULTIPLE ASPECTS OF THIS.  ONE IS OUR BELIEF THAT

02:49PM  7    ACCESS TO THIS LABORATORY INFORMATION, THIS BIOCHEMICAL

02:49PM  8    INFORMATION WHICH DRIVES MOST OF CLINICAL DECISIONS, IS A BASIC

02:49PM  9    HUMAN RIGHT AND IT SHOULD COST THE SAME NO MATTER WHO YOU ARE,

02:49PM 10    IF YOU'RE INSURED, YOU'RE UNINSURED, YOU'RE MEDICARE, YOU'RE

02:49PM 11    MEDICAID.  AND THAT -- THAT IS VERY DIFFERENT THAN THE WAY THAT

02:49PM 12    OTHER COMPANIES OPERATE IN THIS SPACE."

02:49PM 13         "MR. LUCAS:  OH, GOOD.  THANK YOU, ELIZABETH.

02:50PM 14         "MS. HOLMES:  WE ALSO BELIEVE THAT THE ABILITY TO CREATE A

02:50PM 15    TECHNOLOGY DRIVEN BUSINESS MODEL WHERE WE'RE GOING AFTER VOLUME

02:50PM 16    IN A BIG WAY AND MAKE THESE TESTS AVAILABLE AT REALLY LOW COSTS

02:50PM 17    AT THE SAME TIME HAS A GREAT POTENTIAL.

02:50PM 18         "AND IT'S ALSO DIFFERENT FROM WAYS PEOPLE HAVE OPERATED IN

02:50PM 19    THIS SPACE.  BECAUSE GENERALLY THE CONVERSATION IS, OH,

02:50PM 20    WE'VE -- YOU INVENTED THIS NEW TEST AND IT'S GOING TO BE REALLY

02:50PM 21    GOOD SO WE'RE GOING TO GO TRY TO CONVINCE MEDICARE TO PAY

02:50PM 22    $5,000 FOR THE TEST.  WE'RE TAKING THE SAME TESTS AND MAKING

02:50PM 23    THEM AVAILABLE FOR $30 AND WE'LL CONTINUE TO DO THAT.  WE ARE

02:50PM 24    THE FIRST COMPANY WHO HAS BILLED MEDICARE AND MEDICAID AT A

02:50PM 25    FRACTION OF WHAT THEY'RE WILLING TO REIMBURSE.  AND THAT'S VERY

02:50PM  1    INTERESTING BECAUSE WHAT HAPPENS AS A RESULT IS THAT THEY

02:50PM  2    SURVEY EVERY YEAR WHAT THEY'RE BEING BILLED AND REDUCE THEIR

02:51PM  3    REIMBURSEMENT THRESHOLDS ACCORDINGLY.

02:51PM  4         "AND SO IN THE CONTEXT OF THIS LOWER PRICING, THEIR

02:51PM  5    REIMBURSEMENT THRESHOLD WILL FALL AND WILL BE REDUCED OVER

02:51PM  6    TIME.  AND THE SAVINGS TO MEDICARE AND MEDICAID ARE SIGNIFICANT

02:51PM  7    AT -- IT'S PROJECTED TO BE AT LEAST $160 BILLION IN DIRECT OUT

02:51PM  8    OF POCKET SAVINGS OVER THE COURSE OF THE NEXT TEN YEARS.

02:51PM  9         "AND THERE ARE ADDITIONAL SAVINGS THAT COME WITH THE WAY

02:51PM 10    THAT IT CHANGES THE CARE PROCESS, MEANING WHAT'S HAPPENING

02:51PM 11    RIGHT NOW IN PALO ALTO IS THAT UNLIKE IN THE PAST WHERE I WOULD

02:51PM 12    GO SEE MY DOC.  THE DOC WOULD SAY, ELIZABETH, I HAVEN'T SEEN

02:51PM 13    YOU FOR A YEAR AND GO DO A TEST.

02:51PM 14         "I WOULD GO AND DO MY TEST AND COME BACK.  AND THE DOC

02:51PM 15    SAYS, OH, YOU KNOW, YOUR HEMOGLOBIN WAS SEVEN AND THAT MEANS

02:52PM 16    YOU'RE REALLY ANEMIC.  I DON'T KNOW WHAT KIND OF ANEMIA IT IS

02:52PM 17    SO I'M GOING TO PUT YOU ON THIS ANEMIA DRUG IMMEDIATELY AND GO

02:52PM 18    DO ANOTHER TEST SO I CAN FIGURE OUT WHAT KIND OF ANEMIA IT IS.

02:52PM 19         "SO I GO GET MY PRESCRIPTION, THE HEAVY DUTY DRUG.  AND IN

02:52PM 20    THE MEANTIME I DO MY SECOND LAB TEST AND I COME BACK FOR MY

02:52PM 21    THIRD OFFICE VISIT.  AND THE DOC SAYS, OH, IRON DEFICIENCY.

02:52PM 22    GET OFF THE DRUG AND TAKE SOME IRON PILLS.

02:52PM 23         "AND YOU HAVE THIS SIX-WEEK PROCESS WITH THREE OFFICE

02:52PM 24    VISITS, TWO LABS, ONE UNNECESSARY PRESCRIPTION.  AND BECAUSE WE

02:52PM 25    HAVE MADE IT POSSIBLE TO RUN ANY COMBINATION OF LAB TESTS FROM

02:52PM  1    THESE TINY SAMPLES, THE PHYSICIAN CAN NOW SAY ON THE LAB FORM

02:52PM  2    IF, IN MY EXAMPLE, HEMOGLOBIN IS LOW, AUTOMATICALLY RUN IRON

02:52PM  3    AND B12 AND OTHER TESTS ON THE SAME SAMPLE BECAUSE BIG

02:52PM  4    DEDICATED TUBES OF BLOOD ARE NO LONGER REQUIRED TO RUN EACH OF

02:53PM  5    THOSE DIFFERENT ASSAY METHODOLOGIES WHICH REQUIRE THEIR OWN BIG

02:53PM  6    ANALYZERS IN A TRADITIONAL LAB.

02:53PM  7         "AND SO WE GET THESE LAB FORMS THAT SAY, OKAY, YOU KNOW,

02:53PM  8    IF THIS IS OUT OF RANGE, THEN RUN THIS.  AND ON THE SAME SAMPLE

02:53PM  9    IN THAT SAME WINDOW WHEN WE'RE PROCESSING THE SAMPLE, WE CAN DO

02:53PM 10    WHAT WE CALL THIS AUTOMATED REFLEX TO THOSE ADDITIONAL TESTS

02:53PM 11    AND THEN SEND THE DATA BACK TO THE DOC.  AND BECAUSE WE'VE

02:53PM 12    GENERATED THE DATA SO FAST, NAMELY, WITHIN HOURS, I, AS A

02:53PM 13    PATIENT, THEN COULD GO SEE MY DOC THAT AFTERNOON AND THE DOC

02:53PM 14    ALREADY HAS THE DATA.

02:53PM 15         "SO WE'RE STARTING TO SEE A SHIFT IN THE WORKFLOW WHERE,

02:53PM 16    FOR PEOPLE WHO HAVE PHYSICIANS, THEY'RE SENDING THE TESTS AHEAD

02:53PM 17    OF TIME AND THEN THEY'RE SEEING THE PATIENT.  AND THAT

02:53PM 18    SIGNIFICANTLY CHANGES SOME OF THE REDUNDANCY IN COSTS AROUND

02:53PM 19    VISITS THAT ARE ASSOCIATED WITH FOLLOW UP LAB TESTS AND/OR NOT

02:54PM 20    HAVING THE INFORMATION THAT IS NEEDED AT THE TIME A DIAGNOSIS

02:54PM 21    IS MADE.

02:54PM 22         "SO FROM A SAVINGS PERSPECTIVE TO MEDICARE AND MEDICAID

02:54PM 23    THAT IS A MUCH BIGGER DEAL THAN THE DIRECT OUT OF POCKET

02:54PM 24    SAVINGS THAT I PREVIOUSLY REFERENCED AND ULTIMATELY WILL LEAD

02:54PM 25    TO -- TO BETTER CARE IS THE GOAL."

02:54PM  1    BY MR. SCHENK:

02:54PM  2    Q.   MR. TOLBERT, FOR THE RECORD I'VE JUST PLAYED FOR YOU

02:54PM  3    1348-6, 1348-7, AND 1349-1.

02:54PM  4        ON EACH OF THOSE, DID YOU HEAR AND RECOGNIZE MS. HOLMES'S

02:54PM  5    VOICE?

02:54PM  6    A.   I DID.

02:54PM  7    Q.   AND IF WE COULD WORK THROUGH THEM BACKWARDS, SO THE MOST

02:54PM  8    RECENT ONE, 1349-1, DID YOU HEAR A GENTLEMAN ASK A QUESTION?

02:54PM  9    A.   I DID.

02:54PM  10   Q.   DID YOU RECOGNIZE THAT VOICE?

02:54PM  11   A.   I BELIEVE IT WAS CHRIS LUCAS.

02:54PM  12   Q.   IN MS. HOLMES'S RESPONSE SHE SAYS, "AND BECAUSE WE HAVE

02:55PM  13   MADE IT POSSIBLE TO RUN ANY COMBINATION OF LAB TESTS FROM THESE

02:55PM  14   TINY SAMPLES."

02:55PM  15       DID YOU BELIEVE -- WHAT DID YOU TAKE THAT TO MEAN?

02:55PM  16   A.   WELL, I TOOK IT AT FACE VALUE, RIGHT?  THAT THERE WAS AN

02:55PM  17   OPPORTUNITY OUT OF A FINGERSTICK OF BLOOD TO RUN MULTIPLE TESTS

02:55PM  18   ON IT, AND TO RUN REFLECTS OF TESTS SO THAT IF TEST A SAID I

02:55PM  19   HAD A CERTAIN RESULT, THEN TEST B OR TEST C OR TEST D COULD BE

02:55PM  20   RUN.

02:55PM  21   Q.   AND WHEN SHE SAID THAT IT WAS POSSIBLE TO RUN ANY

02:55PM  22   COMBINATION OF THESE LAB TESTS, YOU SAID YOU TOOK IT AT FACE

02:55PM  23   VALUE.  DID YOU TRUST THAT SHE WAS TELLING YOU SOMETHING THAT

02:55PM  24   THERANOS CURRENTLY COULD DO, IT WAS A PRESENT CAPABILITY?

02:55PM  25   A.   I BELIEVE IT WAS A CAPABILITY THAT THEY HAD AT THAT POINT.

TOLBERT DIRECT BY MR. SCHENK                                        4512

02:55PM   1     Q.   WHEN SHE SAID THAT "BIG DEDICATED TUBES OF BLOOD ARE NO

02:55PM   2     LONGER REQUIRED," WHAT DID YOU TAKE THAT TO MEAN?

02:55PM   3     A.   THAT THE TECHNOLOGY WAS AT A PLACE THAT A FINGERSTICK OF

02:56PM   4     BLOOD COULD BE USED TO DO THOSE TESTS AND THAT, YOU KNOW, IT

02:56PM   5     NEGATED THE NEED FOR THE BIG TUBES OF BLOOD.

02:56PM   6     Q.   AND SHE TALKED ABOUT SOMETHING THAT SHE CALLED AUTOMATED

02:56PM   7     REFLEX.

02:56PM   8          DID YOU UNDERSTAND WHAT SHE WAS TALKING ABOUT THERE?

02:56PM   9     A.   I DID.

02:56PM   10    Q.   AND WHAT DID YOU TAKE THAT TO MEAN?

02:56PM   11    A.   WELL, IF TEST A GIVES A CERTAIN RESULT, THEN TEST B OR

02:56PM   12    TEST C OR TEST D COULD HAVE BEEN RUN, AND, YOU KNOW, IN

02:56PM   13    RESPONSE TO WHAT TEST A SHOWED.

02:56PM   14    Q.   AND WHEN SHE SAID "WE CAN DO WHAT WE CALL THIS AUTOMATED

02:56PM   15    REFLEX," DID YOU UNDERSTAND THAT SHE WAS DESCRIBING REFLEX

02:56PM   16    TESTING AS A PRESENT CAPABILITY?

02:56PM   17    A.   I DID.

02:56PM   18    Q.   IF WE TURN BACK TO 1348-6.

02:56PM   19         DO YOU RECALL MS. HOLMES MAKING SOME STATEMENTS ABOUT THE

02:56PM   20    MILITARY?

02:56PM   21    A.   I DO.

02:56PM   22    Q.   AND I'D LIKE TO ASK YOU SOME QUESTIONS ABOUT THAT.

02:56PM   23         SHE SAYS, "IN TERMS OF A MILITARY ASPECT OF THIS, MILITARY

02:56PM   24    IS A BIG DEAL FOR US AND I CAN TELL YOU CONFIDENTIALLY A COUPLE

02:57PM   25    THE AREAS IN WHICH WE HAVE BEEN FOCUSSED THERE."

02:57PM 1      WHEN SHE SAID THE WORD THERE THAT SHE COULD TELL YOU

02:57PM 2   CONFIDENTIALLY, WHAT DID YOU TAKE THAT TO MEAN?

02:57PM 3   A.   THAT THIS IS INFORMATION THAT WASN'T PUBLIC AND THAT

02:57PM 4   WASN'T TO BE SHARED PUBLICLY, BUT THAT IT REPRESENTED

02:57PM 5   CAPABILITIES THAT THERANOS AND THE COMPANY HAD DEVELOPED AND

02:57PM 6   WERE, YOU KNOW, WERE OPERATIONAL AT THAT POINT.

02:57PM 7   Q.   AND WHEN SHE SAID, "ONE IS IN THE CONTEXT OF WORK IN THE

02:57PM 8   MIDDLE EAST AND SPECIFICALLY AFGHANISTAN," DID YOU TAKE THAT TO

02:57PM 9   MEAN THAT THERANOS HAD DONE WORK IN AFGHANISTAN?

02:57PM 10  A.   I DID.

02:57PM 11  Q.   AND SO WHEN SHE SAID "THE ABILITY TO TAKE A TECHNOLOGY

02:57PM 12  LIKE THIS AND PUT IT IN FLIGHT, SPECIFICALLY ON A MEDEVAC, HAS

02:57PM 13  THE POTENTIAL TO CHANGE SURVIVAL RATES," WHAT DID YOU TAKE THAT

02:57PM 14  TO MEAN?

02:57PM 15  A.   YOU KNOW, MY UNDERSTANDING FROM WHAT WE LISTENED TO WAS

02:57PM 16  THAT THE SOONER A TEST COULD BE ADMINISTERED TO FIGURE OUT, YOU

02:58PM 17  KNOW, HOW TO ADDRESS WHATEVER TRAUMATIC SITUATION THAT

02:58PM 18  HAPPENED, THAT SURVIVAL RATES WENT UP EXPONENTIALLY.

02:58PM 19      YOU KNOW, THIS IS SOMETHING THAT REALLY RESONATED WITH ME.

02:58PM 20  I HAVE A BROTHER WHO IS IN THE MARINES, AND HE DID A TOUR IN

02:58PM 21  AFGHANISTAN, SO THE THOUGHT THAT OUR SERVICE MEN AND WOMEN, IF

02:58PM 22  THEY GOT HURT, THERE WAS AN ABILITY TO, YOU KNOW, DO EVERYTHING

02:58PM 23  THAT WE COULD TO HELP THEM WAS SOMETHING THAT I THOUGHT

02:58PM 24  THERANOS WAS DOING.

02:58PM 25  Q.   SHE CONTINUES.  "AND WHAT IT DOES IS IT MAKES IT MAKES IT

02:58PM  1    POSSIBLE TO BEGIN TRANSFUSION AND STABILIZATION IN PLACE.  AND

02:58PM  2    SO WE HAVE BEEN DOING A LOT OF WORK THERE."

02:58PM  3         WHAT DID YOU UNDERSTAND THAT TO MEAN?

02:58PM  4    A.   SO I UNDERSTOOD THAT THERE HAD BEEN SIGNIFICANT WORK BEING

02:58PM  5    DONE TO DEPLOY THE THERANOS SYSTEM IN THEATRE AS IT WERE.

02:58PM  6    Q.   SHE SAYS, "WE HAVE ALSO BEEN DOING A LOT OF WORK FOR

02:58PM  7    SPECIAL OPERATIONS COMMAND IN THE CONTEXT OF MISSIONS IN REMOTE

02:59PM  8    AREAS WHERE NOT ONLY IS THERE NO CAPABILITY TO DO TESTING FOR

02:59PM  9    CERTAIN THINGS THAT NEED TO BE MEASURED, BUT IF SITUATIONS

02:59PM 10    ARISE IN WHICH THOSE TESTS ARE WARRANTED, THE MISSION IS

02:59PM 11    ABORTED AND PEOPLE ARE EVACUATED GENERALLY OUT OF CONTINENT."

02:59PM 12         WHAT DID YOU TAKE HER STATEMENTS ABOUT SPECIAL OPERATIONS

02:59PM 13    COMMAND?

02:59PM 14    A.   MY UNDERSTANDING WAS THAT THERANOS HAD BEEN, YOU KNOW,

02:59PM 15    WORKING WITH SPECIAL OPERATIONS COMMAND AND IT REPRESENTED A

02:59PM 16    PORTION OF THE BUSINESS THAT THEY HAD BEEN ENGAGED IN.

02:59PM 17         AND LIKE WE HEARD EARLIER, IT WASN'T THE PRIMARY FOCUS AT

02:59PM 18    THIS MOMENT IN TIME, BUT IT CERTAINLY REPRESENTED A CAPABILITY

02:59PM 19    AND A BUSINESS THAT THEY HAD PURSUED.

02:59PM 20    Q.   SHE SAYS, "AND SO WE'VE, YOU KNOW, CREATED A DISTRIBUTED

02:59PM 21    SYSTEM THAT CAN BE USED IN REMOTE AREAS AND THAT IS -- THAT IS

02:59PM 22    ANOTHER VENUE AND FOCUS FOR US."

02:59PM 23         WHAT DID YOU TAKE THAT TO MEAN?

03:00PM 24    A.   THAT THESE, YOU KNOW, DEPLOYMENTS IN MILITARY KIND OF

03:00PM 25    SITUATIONS WAS ONE OF THE THREE, YOU KNOW, BUSINESS UNITS THAT

03:00PM  1    HAD BEEN REPRESENTED TO KIND OF COMPLEMENT, YOU KNOW, THE

03:00PM  2    PHARMACEUTICAL BUSINESS AND THE CURRENT BIG RETAIL OPPORTUNITY

03:00PM  3    THAT WAS THE GENESIS FOR THIS CALL.

03:00PM  4    Q.   DID MS. HOLMES'S STATEMENTS ABOUT THE MILITARY PLAY A ROLE

03:00PM  5    IN YOUR DECISION TO INVEST?

03:00PM  6    A.   CERTAINLY THEY WOULD HAVE BEEN SUPPORTIVE TO AN INVESTMENT

03:00PM  7    DECISION TO PROCEED.

03:00PM  8    Q.   WHY?

03:00PM  9    A.   WELL, IF -- YOU KNOW, THIS WAS A SITUATION WHERE THERE WAS

03:00PM  10   AN INVESTMENT OPPORTUNITY THAT REPRESENTED A POTENTIAL TO MAKE

03:00PM  11   MONEY ON OUR INVESTMENT, BUT IT'S ALSO ONE THAT REPRESENTED AN

03:00PM  12   OPPORTUNITY TO DO GOOD AND TO, YOU KNOW, TO HELP CHANGE AN

03:00PM  13   INDUSTRY FOR THE BETTER.

03:00PM  14        AND SO, YOU KNOW, UNDERSTANDING THAT THERE WAS AN ABILITY

03:01PM  15   FOR, FOR WORK TO BE DONE WITH THE MILITARY TO HELP SERVICE MEN

03:01PM  16   AND WOMEN WHO WERE INJURED REPRESENTED, YOU KNOW, SOMETHING

03:01PM  17   THAT WAS AN EXCITING PART OF THE INVESTMENT BASIS FOR US.

03:01PM  18   Q.   AND MS. HOLMES SAYS, "AND IT'S ALSO VERY SYMBOLIC BECAUSE

03:01PM  19   IT'S OUR WAY TO HELP MAKE A DIFFERENCE IN WHATEVER SMALL WAY WE

03:01PM  20   CAN THERE."

03:01PM  21        DID YOU TAKE HER TO BE AGREEING WITH THE SENTIMENT THAT

03:01PM  22   YOU JUST EXPRESSED THAT YOU CAN MAKE MONEY, BUT YOU CAN ALSO DO

03:01PM  23   GOOD?

03:01PM  24   A.   YOU KNOW, CERTAINLY THAT'S WHAT I TOOK AWAY FROM THOSE

03:01PM  25   COMMENTS IS THAT, YOU KNOW, THERANOS WASN'T JUST ABOUT AN

03:01PM  1    OPPORTUNITY TO MAKE MONEY, BUT THAT IT WAS ABOUT -- IT WAS

03:01PM  2    ABOUT AN OPPORTUNITY TO MAKE MONEY, BUT TO DO SO IN A WAY THAT

03:01PM  3    WAS BENEFICIAL FOR LOTS AND LOTS AND LOTS OF PEOPLE.

03:01PM  4    Q.   AND THEN ON THE WHOLE OR IN GENERAL, WAS THIS CALL

03:01PM  5    IMPORTANT IN YOUR DECISION TO INVEST $5 MILLION?

03:01PM  6    A.   IT WAS.

03:01PM  7    Q.   WHY?

03:02PM  8    A.   WELL, YOU KNOW, LIKE I DESCRIBED BEFORE, AS WE, YOU KNOW,

03:02PM  9    HAD MADE AN INITIAL INVESTMENT AND HAD OVER TIME LEARNED ABOUT

03:02PM 10    WHAT THE COMPANY WAS DOING AND HAD SEEN THE PROGRESS THAT WE

03:02PM 11    FELT ALONG THE WAY, THIS FELT LIKE VALIDATION OF WHAT THAT

03:02PM 12    PROGRESS WAS.

03:02PM 13         BUT IT ALSO REPRESENTED A GREAT FUTURE OPPORTUNITY.  YOU

03:02PM 14    KNOW, THERE WOULD BE AN ABILITY TO SEE THIS ROLLOUT HAPPEN AND

03:02PM 15    TO HAVE, TO HAVE THE BENEFITS COME OUT OF THAT.

03:02PM 16         AND SO IT -- AND THIS CALL WAS CENTRAL TO, YOU KNOW, TO

03:02PM 17    OUR DECISION TO INVEST FURTHER FUNDS.

03:02PM 18    Q.   MR. TOLBERT, NOW, IF YOU'LL GO BACK TO THE BINDER IN FRONT

03:02PM 19    OF YOU AND TURN TO 3530.  3530.

03:02PM 20         YOUR HONOR, THE GOVERNMENT OFFERS 3530 BY STIPULATION.

03:02PM 21              MR. DOWNEY:  THAT'S CORRECT, YOUR HONOR.

03:03PM 22              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:03PM 23         (GOVERNMENT'S EXHIBIT 3530 WAS RECEIVED IN EVIDENCE.)

03:03PM 24              MR. SCHENK:  THANK YOU, YOUR HONOR.

03:03PM 25    Q.   MR. TOLBERT, DO YOU RECOGNIZE THE DOCUMENT LOCATED AT

03:03PM  1     3530?

03:03PM  2     A.   I DO.

03:03PM  3     Q.   WHAT IS THIS DOCUMENT?

03:03PM  4     A.   THIS IS THE STOCK PURCHASE AGREEMENT THAT REPRESENTED THE

03:03PM  5     ABILITY TO PURCHASE STOCK IN 2013.

03:03PM  6     Q.   OKAY.  AND WAS THIS AN AGREEMENT THAT YOU ENTERED INTO

03:03PM  7     AFTER THAT CALL WHEN YOU INVESTED THE 5 MILLION THAT WE'VE BEEN

03:03PM  8     TALKING ABOUT?

03:03PM  9     A.   IT WAS.

03:03PM  10    Q.   AND DID YOU BUY IN SERIES C-1?

03:03PM  11    A.   CORRECT.

03:03PM  12    Q.   AND IF YOU'LL LOOK AT PAGE 5 OF THE EXHIBIT AT THE TOP IN

03:03PM  13    THAT FIRST PARAGRAPH.  IT SAYS, "AMENDED AND RESTATED SERIES

03:03PM  14    C-1 PREFERRED STOCK PURCHASE AGREEMENT."

03:03PM  15         SO DID YOU THINK THAT WHEN YOU WERE SIGNING THIS DOCUMENT,

03:03PM  16    YOU WERE BUYING THE SHARES OF SERIES C-1 STOCK WE'VE TALKED

03:03PM  17    ABOUT?

03:03PM  18    A.   I DID.

03:03PM  19    Q.   IF YOU WILL TURN TO PAGE 11 AT THE BOTTOM, 4.4, AND THEN

03:04PM  20    IT WILL CARRY ON OVER TO THE NEXT PAGE.

03:04PM  21         4.4 READS, "SPECULATIVE NATURE OF INVESTMENT.  SUCH

03:04PM  22    INVESTOR UNDERSTANDS AND ACKNOWLEDGES THAT THE COMPANY HAS A

03:04PM  23    LIMITED FINANCIAL AND OPERATING HISTORY AND THAT AN INVESTMENT

03:04PM  24    IN THE COMPANY IS," AND THEN IT CONTINUES ON THE NEXT PAGE,

03:04PM  25    "HIGHLY SPECULATIVE AND INVOLVES SUBSTANTIAL RISKS.  SUCH

03:04PM  1      INVESTOR CAN BEAR THE ECONOMIC RISK OF SUCH INVESTOR'S

03:04PM  2      INVESTMENT AND IS ABLE, WITHOUT IMPAIRING SUCH INVESTOR'S

03:04PM  3      FINANCIAL CONDITION, TO HOLD THE SHARES AND THE CONVERSION

03:04PM  4      SHARES FOR AN INDEFINITE PERIOD OF TIME AND TO SUFFER A

03:04PM  5      COMPLETE LOSS OF SUCH INVESTOR'S INVESTMENT."

03:04PM  6          THIS SECTION HAS SOME REPRESENTATIONS ABOUT YOU OR HALL'S

03:04PM  7      GROUP ABILITY TO BEAR THE LOSS.

03:04PM  8          WERE THOSE ALL TRUE AT THE TIME YOU SIGNED THIS?

03:04PM  9      A.   THEY WERE TRUE.

03:05PM 10      Q.   AND EARLIER ON IN THIS SECTION IT TALKS ABOUT LIMITED

03:05PM 11      FINANCIAL AND OPERATING HISTORY.

03:05PM 12          DID YOU ALSO UNDERSTAND THAT TO BE TRUE?

03:05PM 13      A.   I DID.

03:05PM 14      Q.   AND DID YOU UNDERSTAND THAT ONE OF THE RISKS, OR ONE OF

03:05PM 15      THE SPECULATIVE ASPECTS OF THIS INVESTMENT WAS THAT INFORMATION

03:05PM 16      THAT MS. HOLMES WOULD PROVIDE TO YOU WOULD BE INACCURATE?  WAS

03:05PM 17      THAT A RISK THAT YOU UNDERSTOOD?

03:05PM 18      A.   THAT IS NOT.

03:05PM 19      Q.   4.5, ACCESS TO DATA IS JUST BELOW THE SECTION I READ TO

03:05PM 20      YOU.

03:05PM 21          IT SAYS THAT YOU HAD, "SUCH INVESTOR HAS HAD AN

03:05PM 22      OPPORTUNITY TO ASK QUESTIONS OF, AND RECEIVE ANSWERS FROM, THE

03:05PM 23      OFFICERS OF THE COMPANY CONCERNING THE AGREEMENTS, THE EXHIBITS

03:05PM 24      AND SCHEDULES," AND IT CONTINUES.

03:05PM 25          DID YOU HAVE THE OPPORTUNITY TO ASK MS. HOLMES QUESTIONS?

03:05PM  1    A.   WE DID ON THAT CALL.

03:05PM  2    Q.   WE LISTENED TO THE CALL; IS THAT RIGHT?

03:05PM  3    A.   CORRECT.

03:05PM  4    Q.   WERE THE ANSWERS THAT SHE GAVE ON THAT CALL PUT INTO THIS

03:05PM  5    AGREEMENT?

03:05PM  6    A.   THE ANSWERS WERE NOT APPENDED TO THIS AGREEMENT, NO.

03:05PM  7    Q.   SO DID YOU UNDERSTAND THAT WHEN IT TALKS ABOUT YOU HAD THE

03:06PM  8    OPPORTUNITY TO ASK QUESTIONS, YOU RECEIVED ANSWERS TO THOSE,

03:06PM  9    AND THAT'S ALSO WHAT CAUSED YOU TO INVEST?

03:06PM 10    A.   CORRECT.

03:06PM 11    Q.   4.6 SAID ACCREDITED INVESTOR.  THAT'S JUST BELOW THE

03:06PM 12    SECTION THAT I JUST READ TO YOU.

03:06PM 13         "THE INVESTOR IS AN ACCREDITED INVESTOR WITHIN THE MEANING

03:06PM 14    OF REGULATION D."

03:06PM 15         HAVE YOU HEARD THAT PHRASE, AN ACCREDITED INVESTOR?

03:06PM 16    A.   I HAVE.

03:06PM 17    Q.   AND WERE YOU AND HALL GROUP AN ACCREDITED INVESTOR AT THE

03:06PM 18    TIME THAT YOU SIGNED?

03:06PM 19    A.   THEY WERE.  WE WERE.

03:06PM 20    Q.   WOULD YOU NOW TURN TO PAGE 24 OF THIS EXHIBIT.

03:06PM 21         ABOVE THE NAME ELIZABETH HOLMES, CHIEF EXECUTIVE OFFICER,

03:06PM 22    IS THERE A SIGNATURE?

03:06PM 23    A.   THERE IS.

03:06PM 24    Q.   AND IF YOU WILL TURN TO PAGE 32.

03:07PM 25         ON PAGE 32 UNDER SOMETHING CALLED HALL BLACK DIAMOND, IS

03:07PM  1    THAT YOUR SIGNATURE?

03:07PM  2    A.   THAT IS MY SIGNATURE.

03:07PM  3    Q.   AND ALSO DID YOU WRITE IN YOUR NAME AND DATE IT?

03:07PM  4    A.   I DID.

03:07PM  5    Q.   AND WHAT IS HALL BLACK DIAMOND?

03:07PM  6    A.   HALL BLACK DIAMOND IS THE ENTITY THAT WE USED TO INVEST

03:07PM  7    THE $5 MILLION.

03:07PM  8    Q.   AND JUST TO BE CLEAR, THE ADDRESS THAT WE'RE SEEING,

03:07PM  9    THAT'S NOT YOUR PERSONAL ADDRESS, THAT'S HALL GROUP'S ADDRESS;

03:07PM 10    IS THAT RIGHT?

03:07PM 11    A.   CORRECT.

03:07PM 12    Q.   AND THEN THERE'S A SIGNATURE ON THAT SAME PAGE ABOVE

03:07PM 13    ELIZABETH HOLMES, CHIEF EXECUTIVE OFFICER.

03:07PM 14         DO YOU SEE THAT?

03:07PM 15    A.   I DO.

03:07PM 16    Q.   THIS IS DATED 12/31/2013.  IS THAT THE DATE THAT YOU

03:07PM 17    SIGNED AND SENT A WIRE TRANSFER TO PURCHASE THESE SHARES?

03:07PM 18    A.   THAT IS THE DATE.

03:07PM 19         MR. SCHENK:  YOUR HONOR, WE WOULD ADMIT 4845,

03:08PM 20    PAGE 20, THE CUSTODIAN FROM THE FEDERAL RESERVE BANK.

03:08PM 21         THE COURT:  YES.

03:08PM 22    BY MR. SCHENK:

03:08PM 23    Q.   I THINK IT IS ALSO IN YOUR BINDER IF IT'S EASIER FOR YOU

03:08PM 24    TO SEE, MR. TOLBERT.

03:08PM 25    A.   IF YOU BLOW IT UP I CAN SEE IT.

03:08PM 1    Q.   OKAY.  IF WE COULD -- THAT'S GREAT.

03:08PM 2         ARE YOU FAMILIAR WITH TEXAS CAPITAL BANK?

03:08PM 3    A.   I AM.

03:08PM 4    Q.   AND THEN THERE IS, UNDER AMOUNT, 4,875,000.

03:08PM 5         DOES THAT AMOUNT LOOK FAMILIAR TO YOU?

03:08PM 6    A.   THAT IS.  THAT IS THE AMOUNT THAT WE SENT IN.

03:08PM 7    Q.   WE'VE BEEN TALKING, YOU AND I, ABOUT $5 MILLION.  THE WIRE

03:08PM 8    TRANSFER IS FOR A LITTLE OVER 4.8 MILLION.  CAN YOU EXPLAIN

03:08PM 9    THAT?

03:08PM 10   A.   I CAN.  SO, YOU KNOW, OUR FIRST INVESTMENT HAD BEEN

03:09PM 11   THROUGH CHRIS LUCAS'S INVESTMENT FUND, BLACK DIAMOND VENTURES.

03:09PM 12        YOU KNOW, OUR DESIRE WAS TO BE A DIRECT INVESTOR INTO THE

03:09PM 13   COMPANY SO THAT WE WOULD HAVE ACCESS OF THE DIRECT

03:09PM 14   COMMUNICATION FROM THE COMPANY TO ITS SHAREHOLDERS AND NOT RELY

03:09PM 15   ON CHRIS TO BE OUR SOLE SOURCE OF INFORMATION.

03:09PM 16        AND SO OUR AGREEMENT, THE AGREEMENT WE CAME TO WITH CHRIS

03:09PM 17   AND ELIZABETH AROUND THIS INVESTMENT WAS THAT WE WOULD PAY

03:09PM 18   CHRIS A COMMISSION TO BE A DIRECT INVESTOR AND TO NOT BE

03:09PM 19   INVESTED THROUGH HIS FUND.

03:09PM 20        AND SO THE $125,000 DIFFERENCE HERE REPRESENTS THE CASH

03:09PM 21   THAT WE PAID TO CHRIS FOR HIS COMMISSION ON THAT INVESTMENT.

03:09PM 22   Q.   I SEE.  A LITTLE FURTHER DOWN ON THIS DOCUMENT, THERE'S

03:09PM 23   SOMETHING CALLED HALL PHOENIX INWOOD LTD.

03:10PM 24        DO YOU SEE THAT?

03:10PM 25   A.   YES.

03:10PM 1      Q.   AND WHAT IS THAT?

03:10PM 2      A.   SO HALL PHOENIX INWOOD IS THE PRIMARY OPERATING COMPANY OF

03:10PM 3      HALL GROUP, AND HALL PHOENIX INWOOD WOULD HAVE WIRED THIS MONEY

03:10PM 4      ON BEHALF OF HALL BLACK DIAMOND TO --

03:10PM 5      Q.   TO WHERE?  WHERE DID THE WIRE GO?

03:10PM 6      A.   THE WIRE WOULD HAVE GONE TO THERANOS.  IT SAYS HERE ON THE

03:10PM 7      LINE IT WENT TO THEIR ACCOUNT AT COMERICA BANK.

03:10PM 8      Q.   OKAY.  I UNDERSTAND MULTIPLE PEOPLE WORK AT HALL GROUP.

03:10PM 9      DID YOU PUT IN PLACE OR INITIATE THE WIRE TRANSFER?

03:10PM 10     A.   I GAVE AUTHORIZATION FOR THE WIRE TO BE INITIATED, AND

03:10PM 11     THEN ONCE IT HAD BEEN INITIATED, I APPROVED IT.

03:10PM 12     Q.   OKAY.  AND HOW ABOUT THE AMOUNT, THE DOLLAR AMOUNT?  DID

03:10PM 13     YOU DECIDE THE AMOUNT THAT HALL GROUP WOULD INVEST IN THERANOS?

03:10PM 14     A.   I DID.  MR. HALL AND I HAD DISCUSSIONS ABOUT WHAT THAT

03:11PM 15     AMOUNT WOULD BE, AND, YOU KNOW, THE $5 MILLION THAT WE SETTLED

03:11PM 16     ON IS THE ONE THAT I INDICATED WE WOULD SEND, AND SO WE SENT

03:11PM 17     THAT AMOUNT.

03:11PM 18     Q.   OKAY.  AND DO YOU KNOW WHETHER ULTIMATELY MR. HALL LEFT IT

03:11PM 19     UP TO YOU TO DECIDE THE EXACT AMOUNT, OR MAYBE EVEN WHETHER YOU

03:11PM 20     INVESTED?

03:11PM 21     A.   HE DID.

03:11PM 22     Q.   OKAY.

03:11PM 23          YOUR HONOR, MAY I JUST HAVE ONE MOMENT?

03:11PM 24             THE COURT:  YES.

03:11PM 25          (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

03:11PM  1          MR. SCHENK:  THANK YOU, YOUR HONOR.

03:11PM  2      NO FURTHER QUESTIONS AT THIS TIME.

03:11PM  3          THE COURT:  CROSS-EXAMINATION?

03:11PM  4          MR. DOWNEY:  YES, YOUR HONOR.

03:11PM  5          THE COURT:  FOLKS, FEEL FREE TO STAND UP AND STRETCH

03:11PM  6  WHILE WE DO THE TRANSITION IF YOU WOULD LIKE.

03:11PM  7      SAME WITH YOU, MR. TOLBERT, IF YOU WOULD LIKE TO STAND AND

03:11PM  8  STRETCH.

03:11PM  9          THE WITNESS:  THANK YOU, YOUR HONOR.

03:11PM 10      (STRETCHING.)

03:12PM 11                      **CROSS-EXAMINATION**

03:12PM 12  BY MR. DOWNEY:

03:12PM 13  Q.  GOOD AFTERNOON, MR. TOLBERT.  MY NAME IS KEVIN DOWNEY, AND

03:12PM 14  I REPRESENT MS. HOLMES.

03:12PM 15      I WANT TO START BY ASKING YOU ABOUT HOW THE RELATIONSHIP

03:12PM 16  WITH THERANOS BEGAN IN VERY SUMMARY FORM, BECAUSE I THINK WE'VE

03:12PM 17  HEARD ABOUT IT DURING THE COURSE OF YOUR DIRECT.

03:13PM 18      AS I UNDERSTAND IT, MR. HALL GOT A PHONE CALL FROM

03:13PM 19  SOMEBODY THAT INFORMED HIM ABOUT THERANOS AND A POTENTIAL

03:13PM 20  OPPORTUNITY TO INVEST; IS THAT RIGHT?

03:13PM 21  A.  I BELIEVE THAT'S CORRECT.

03:13PM 22  Q.  AND THAT TELEPHONE CALL CAME FROM DON LUCAS, DIDN'T IT?

03:13PM 23  A.  THAT -- I DON'T BELIEVE THAT'S CORRECT.

03:13PM 24  Q.  OKAY.  WELL, DO YOU KNOW -- DID THE TELEPHONE CALL COME

03:13PM 25  FROM GARY NORDHEIMER?

03:13PM   1     A.   I BELIEVE THAT'S CORRECT.

03:13PM   2     Q.   AND GARY NORDHEIMER WAS AN INDIVIDUAL WHO WAS AN INVESTOR

03:13PM   3     IN THERANOS; CORRECT?

03:13PM   4     A.   YOU KNOW, I DON'T KNOW IF HE WAS A PRIOR INVESTOR, BUT I

03:13PM   5     KNOW HE WAS CONTEMPLATING AN INVESTMENT IN 2006.

03:13PM   6     Q.   OKAY.

03:13PM   7     A.   AND SO HE CALLED MR. HALL TO PUT THE OPPORTUNITY ON HIS

03:13PM   8     RADAR SCREEN.

03:13PM   9     Q.   OKAY.  AND DID HE SUGGEST TO MR. HALL OR TO YOU THAT YOU

03:14PM  10     SPEAK WITH DON LUCAS ABOUT THE POTENTIAL OPPORTUNITY TO INVEST?

03:14PM  11     A.   HE MAY HAVE.  HE MAY HAVE REFERENCED THAT WITH MR. HALL.

03:14PM  12          I NEVER TALKED WITH MR. NORDHEIMER DIRECTLY AT THAT POINT.

03:14PM  13     Q.   SO THE CONVERSATION THAT MR. HALL WOULD HAVE HAD WITH

03:14PM  14     MR. LUCAS YOU'RE PERSONALLY NOT AWARE OF?

03:14PM  15     A.   I AM NOT.

03:14PM  16     Q.   SO MR. HALL GOT IN TOUCH WITH YOU AND ASKED YOU TO DO DUE

03:14PM  17     DILIGENCE; CORRECT?

03:14PM  18     A.   CORRECT.

03:14PM  19     Q.   AND THAT WOULD INVOLVE GETTING AS MUCH INFORMATION ABOUT

03:14PM  20     THE COMPANY AS YOU COULD GET; CORRECT?

03:14PM  21     A.   CORRECT.

03:14PM  22     Q.   DID YOU KNOW AT THE OUTSET THAT THE ARRANGEMENT WOULD BE

03:14PM  23     ONE THAT WOULD HAVE TO GO THROUGH, THROUGH A THIRD PARTY, OR

03:14PM  24     DID YOU THINK THIS MIGHT BE AN OPPORTUNITY WHERE YOU COULD

03:14PM  25     INVEST DIRECTLY IN THERANOS?

03:14PM  1    A.   NO.  MY UNDERSTANDING WAS THAT IT WAS AN INVESTMENT

03:14PM  2    THROUGH CHRIS LUCAS, YOU KNOW, THROUGH THAT SERIES OF

03:14PM  3    CONVERSATIONS THAT HE'S THE ONE THAT PRESENTED THE OPPORTUNITY

03:14PM  4    TO US AND SO THE INVESTMENT WOULD GO THROUGH THAT, THROUGH HIS

03:15PM  5    VEHICLE.

03:15PM  6    Q.   OKAY.  SO SOMEHOW THE OPPORTUNITY BECAME NOTICED -- THE

03:15PM  7    HALL GROUP BECAME AWARE OF THE OPPORTUNITY, MR. HALL SPOKE TO

03:15PM  8    SOMEONE ABOUT THE OPPORTUNITY, HE ASKED YOU TO DO DUE

03:15PM  9    DILIGENCE, AND YOU CALLED CHRIS LUCAS; IS THAT RIGHT?

03:15PM 10    A.   CORRECT.

03:15PM 11    Q.   AND THEN YOU HAD A -- I BELIEVE YOU HAD AT LEAST ONE OR

03:15PM 12    TWO TELEPHONE CONVERSATIONS WITH -- INVOLVING MR. LUCAS BEFORE

03:15PM 13    YOU WENT TO THERANOS?

03:15PM 14    A.   BEFORE I MADE THE TRIP TO THERANOS?

03:15PM 15    Q.   YES.

03:15PM 16    A.   CORRECT.

03:15PM 17    Q.   AND YOU TALKED ABOUT THOSE CONVERSATIONS THUS FAR,

03:15PM 18    EITHER -- MS. HOLMES WAS EITHER ON ONE OR TWO OF THOSE CALLS;

03:15PM 19    IS THAT RIGHT?

03:15PM 20    A.   CORRECT.

03:15PM 21    Q.   AND THEN YOU TOOK THE TRIP TO THERANOS AND YOU HAD THE

03:15PM 22    DINNER THAT YOU DESCRIBED; CORRECT?

03:15PM 23    A.   CORRECT.

03:15PM 24    Q.   AND IN ADDITION TO YOURSELF, MS. HOLMES, DON LUCAS, AND

03:15PM 25    CHRIS LUCAS WERE AT THAT DINNER; CORRECT?

03:16PM  1     A.   THEY BOTH WERE.

03:16PM  2     Q.   OKAY.  AND DID YOU, AT THAT DINNER, ASK FOR INFORMATION

03:16PM  3     FROM ALL THREE ABOUT THERANOS?

03:16PM  4     A.   YOU KNOW, CERTAINLY IN THE DISCUSSIONS WE HAD THAT NIGHT

03:16PM  5     ALL THREE OF THEM PARTICIPATED.

03:16PM  6     Q.   DID YOU LEARN THAT DON LUCAS WAS THE CHAIR OF THE BOARD OF

03:16PM  7     THERANOS?

03:16PM  8     A.   I DID.

03:16PM  9     Q.   AND DID YOU UNDERSTAND THAT CHRIS LUCAS WAS HIS NEPHEW?

03:16PM  10    A.   I DID.

03:16PM  11    Q.   AND DID YOU ASK, AT ANY POINT, YOURSELF TO SPEAK WITH

03:16PM  12    DON LUCAS TO HAVE A ONE-ON-ONE CONVERSATION ABOUT INFORMATION

03:16PM  13    THAT HE KNEW ABOUT THERANOS?

03:16PM  14    A.   I DID NOT.

03:16PM  15    Q.   OKAY.  DO YOU KNOW IF MR. HALL HAD THAT TYPE OF A

03:16PM  16    CONVERSATION?

03:16PM  17    A.   I DON'T REMEMBER.

03:16PM  18    Q.   OKAY.  SO YOU HAD A COUPLE OF CALLS, THE DINNER, AND THEN

03:16PM  19    YOU VISITED THE FACILITY THE NEXT MORNING; CORRECT?

03:16PM  20    A.   I BELIEVE THAT'S CORRECT.

03:16PM  21    Q.   OKAY.  AND THEN FROM THAT TIME FOR THE FOLLOWING SIX

03:17PM  22    YEARS, YOU'VE NEVER HAD ANY DIRECT CONTACT WITH THERANOS; IS

03:17PM  23    THAT RIGHT?

03:17PM  24    A.   CORRECT.

03:17PM  25    Q.   AND THEN YOU PARTICIPATED IN THE PHONE CALL, A PORTION OF

03:17PM 1    WHICH WE'VE HEARD THIS AFTERNOON; CORRECT?

03:17PM 2    A.   CORRECT.

03:17PM 3    Q.   AND THEN YOU MADE YOUR SECOND INVESTMENT DIRECTLY IN

03:17PM 4    THERANOS; CORRECT?

03:17PM 5    A.   THAT'S CORRECT.

03:17PM 6    Q.   SO THE ONLY CONTACTS THAT YOU HAD WITH MS. HOLMES DURING

03:17PM 7    THOSE SIX YEARS WERE -- SEVEN YEARS, WERE THOSE LIMITED

03:17PM 8    OCCASIONS; CORRECT?

03:17PM 9    A.   THAT'S CORRECT.

03:17PM 10   Q.   OKAY.  LET ME ASK YOU ABOUT THE CONTACT THAT YOU HAD WITH

03:17PM 11   MR. LUCAS IN THE INTERVENING PERIOD.

03:17PM 12       HOW OFTEN WOULD YOU TALK TO CHRIS LUCAS DURING THAT PERIOD

03:17PM 13   ABOUT THERANOS?

03:17PM 14   A.   YOU KNOW, AS I RECALL, I WOULD PROBABLY TALK TO HIM THREE

03:17PM 15   OR FOUR TIMES A YEAR.

03:17PM 16   Q.   OKAY.  SO YOU HAD A QUARTERLY CALL, LET'S SAY, WITH

03:17PM 17   MR. LUCAS?

03:17PM 18   A.   SOMETHING LIKE THAT.

03:17PM 19   Q.   AND YOUR CONVERSATIONS WITH CHRIS LUCAS WERE BECAUSE YOUR

03:18PM 20   INVESTMENT WAS THROUGH HIM; CORRECT?

03:18PM 21   A.   THAT'S CORRECT.

03:18PM 22   Q.   AND, IN FACT, YOU WERE PAYING HIM TO MANAGE THAT

03:18PM 23   INVESTMENT; CORRECT?

03:18PM 24   A.   CORRECT, WE DID HAVE A MANAGEMENT FEE THAT WE WERE PAYING

03:18PM 25   TO HIM.

03:18PM  1    Q.   AND SO A PERCENTAGE OF THE MONEY THAT YOU INVESTED WITH

03:18PM  2    THERANOS EACH YEAR YOU WERE PAYING TO HIM; CORRECT?

03:18PM  3    A.   WELL, YOU KNOW, TO BE CLEAR ABOUT IT, WE PAID HIM A

03:18PM  4    MANAGEMENT FEE FOR A CERTAIN PERIOD OF TIME, FOR TWO YEARS.

03:18PM  5    AND SO AS I RECALL, IT WAS TWO YEARS, AND SO THAT MANAGEMENT

03:18PM  6    FEE WE PAID TWO YEARS.

03:18PM  7         AND THEN AN ADDITIONAL SEVEN OR SIX YEARS, WHATEVER IT

03:18PM  8    WOULD BE, WE DID NOT PAY A MANAGEMENT FEE.

03:18PM  9    Q.   AND THE FEE THAT YOU PAID HIM IN THE FIRST TWO YEARS WAS A

03:18PM 10    PERCENTAGE OF THE AMOUNT THAT YOU HAD INVESTED; CORRECT?

03:18PM 11    A.   I BELIEVE THAT'S CORRECT.

03:18PM 12    Q.   AND DID YOU AT ANY TIME TRY TO CONTACT MS. HOLMES DURING

03:18PM 13    THAT PERIOD?

03:18PM 14    A.   NOT DIRECTLY TO MY RECOLLECTION.

03:18PM 15    Q.   OKAY.  DID YOU TRY TO CONTACT ANY THERANOS EMPLOYEE DURING

03:18PM 16    THAT TIME PERIOD?

03:19PM 17    A.   I DID NOT.

03:19PM 18    Q.   OKAY.  DID YOU ASK, THROUGH MR. LUCAS, FOR ANY FINANCIAL

03:19PM 19    STATEMENTS THAT THERANOS HAD GIVEN HIM?

03:19PM 20    A.   I DID.

03:19PM 21    Q.   AND DID HE PROVIDE YOU ANY FINANCIAL STATEMENTS?

03:19PM 22    A.   WELL, AS I RECALL, HE HAD NOT RECEIVED ANY FINANCIALS, SO

03:19PM 23    I NEVER RECEIVED ANY FROM HIM DURING THOSE INTERVENING YEARS.

03:19PM 24    Q.   AND HE TOLD YOU HE HAD NOT RECEIVED THEM?

03:19PM 25    A.   YOU KNOW, THAT WAS MY RECOLLECTION.  WHEN I WOULD ASK HIM

03:19PM  1    FOR FINANCIALS, HE WOULD SAY, I HAVEN'T RECEIVED ANYTHING

03:19PM  2    SPECIFICALLY FROM THE COMPANY.

03:19PM  3    Q.   OKAY.  DID HE TELL YOU WHETHER HE HAD BEEN GIVEN ANY

03:19PM  4    ACCESS TO INFORMATION FROM THE COMPANY FOR PURPOSES OF

03:19PM  5    PREPARING REVENUE PROJECTIONS?

03:19PM  6              MR. SCHENK:  OBJECTION.  HEARSAY.

03:19PM  7              THE COURT:  OVERRULED.

03:19PM  8         IF YOU KNOW.

03:19PM  9              THE WITNESS:  OH, CAN YOU --

03:19PM 10    BY MR. DOWNEY:

03:19PM 11    Q.   I'M ONLY ASKING WHAT YOU WERE TOLD.

03:19PM 12         DID MR. LUCAS TELL YOU THAT HE HAD BEEN GIVEN FINANCIAL

03:19PM 13    INFORMATION ABOUT THE COMPANY FOR PURPOSES OF PREPARING

03:20PM 14    FINANCIAL PROJECTIONS?

03:20PM 15    A.   I DON'T KNOW IF -- I DON'T RECALL HIM SAYING THAT HE HAD

03:20PM 16    RECEIVED INFORMATION TO PREPARE PROJECTIONS.

03:20PM 17         I KNEW THAT MR. LUCAS HAD TOLD ME THAT HE WAS, YOU KNOW,

03:20PM 18    AT THE COMPANY HEADQUARTERS A LOT, THAT HE WAS -- THERE WERE

03:20PM 19    SOME KIND OF PROJECTS THAT HE WAS INVOLVED IN THAT GAVE HIM

03:20PM 20    ACCESS TO INFORMATION, BUT I DIDN'T KNOW SPECIFICALLY WHAT THAT

03:20PM 21    WAS OR FOR WHAT PURPOSE IT WAS.

03:20PM 22    Q.   DID HE EVER TELL YOU SPECIFICALLY THAT I, CHRIS LUCAS,

03:20PM 23    HAVE PREPARED FINANCIAL PROJECTIONS FOR THE COMPANY?

03:20PM 24    A.   HE DID NOT.

03:20PM 25    Q.   DID YOU EVER, DURING THAT PERIOD, HAVE ANY FURTHER CONTACT

03:20PM  1    WITH MR. DON LUCAS?

03:20PM  2    A.   NOT DIRECTLY I DID NOT.

03:20PM  3    Q.   DID THE FACT THAT MR. LUCAS, MR. DON LUCAS WAS INVOLVED IN

03:21PM  4    THE INVESTMENT PLAY ANY ROLE IN THE HALL GROUP'S INITIAL

03:21PM  5    DECISION TO MAKE AN INVESTMENT?

03:21PM  6    A.   IT CERTAINLY WAS A POSITIVE.  YOU KNOW, WE -- YOU KNOW, I

03:21PM  7    BECAME AWARE OF WHO MR. LUCAS WAS AND OF HIS, YOU KNOW,

03:21PM  8    INVESTMENT BACKGROUND, AND SOME OF THE THINGS -- SOME OF THE

03:21PM  9    OPPORTUNITIES THAT HE HAD HELPED CULTIVATE ALONG, AND SO THAT

03:21PM  10   WAS, THAT WAS A POSITIVE.

03:21PM  11   Q.   YOU KNEW THAT HE HAD A REPUTATION AS A SAVVY INVESTOR IN

03:21PM  12   TECHNOLOGY; CORRECT?

03:21PM  13   A.   I DID.

03:21PM  14   Q.   AND YOU KNEW THAT HE HAD EXPERIENCE WITH A NUMBER OF

03:21PM  15   TECHNOLOGY COMPANIES THAT HAD GROWN FROM STARTUPS INTO WELL

03:21PM  16   RESPECTED NATIONAL COMPANIES; CORRECT?

03:21PM  17   A.   THAT'S CORRECT.

03:21PM  18   Q.   AND YOU KNEW THAT HE WAS AN INVESTOR IN THERANOS; CORRECT?

03:21PM  19   A.   I DID.

03:21PM  20   Q.   AND YOU KNEW THAT CHRIS LUCAS WAS AN INVESTOR IN THERANOS?

03:21PM  21   A.   I DID.

03:21PM  22   Q.   YOU WERE TASKED WITH PERFORMING DUE DILIGENCE DURING THIS

03:21PM  23   PERIOD; CORRECT?

03:22PM  24   A.   THAT'S CORRECT.

03:22PM  25   Q.   PRIOR TO THE FIRST INVESTMENT; CORRECT?

03:22PM  1      A.   CORRECT.

03:22PM  2      Q.   DID DON LUCAS TALK TO YOU AT ALL ABOUT THE DUE DILIGENCE

03:22PM  3      THAT HE HAD PERFORMED BEFORE HIS DECISION TO MAKE AN

03:22PM  4      INVESTMENT?

03:22PM  5      A.   NO, I HAD NO CONVERSATIONS WITH DON LUCAS, SO HE WOULDN'T

03:22PM  6      HAVE HAD AN OCCASION TO.

03:22PM  7      Q.   OKAY.  WELL, I THOUGHT YOU SAID HE WAS AT THE DINNER WITH

03:22PM  8      YOU.

03:22PM  9      A.   OH, AT THE DINNER.

03:22PM 10      Q.   IN 2006?

03:22PM 11      A.   OH, I THOUGHT YOU WERE TALKING ABOUT SUBSEQUENT OR AFTER

03:22PM 12      THAT.

03:22PM 13      Q.   NO.  I'M ASKING YOU NOW ABOUT YOUR INITIAL INVESTMENT

03:22PM 14      DECISION --

03:22PM 15      A.   OH, OKAY.

03:22PM 16      Q.   -- IN 2006.

03:22PM 17           DID HE PROVIDE ACCESS TO ANY OF THE DUE DILIGENCE THAT HE

03:22PM 18      HAD DONE?

03:22PM 19      A.   NO, HE DID NOT.  THERE WAS -- HE DIDN'T COMMUNICATE

03:22PM 20      ANYTHING TO ME OTHER THAN AT THE DINNER.  HE DIDN'T SEND ME ANY

03:22PM 21      ADDITIONAL INFORMATION.

03:22PM 22      Q.   OKAY.  DID HE TELL YOU, FOR EXAMPLE, THAT HE HAD PERFORMED

03:22PM 23      DUE DILIGENCE ON THE PATENT PORTFOLIO OF THE COMPANY?

03:22PM 24      A.   HE DID NOT.

03:23PM 25      Q.   NOW, AFTER SIX YEARS, I THINK YOU TESTIFIED ABOUT THE

03:23PM   1    CONTACT THAT HAD LED YOU TO WANT TO MAKE THE SECOND INVESTMENT,

03:23PM   2    AND THAT'S IN CONNECTION WITH THIS CALL AND YOUR CONVERSATIONS

03:23PM   3    WITH CHRIS LUCAS AROUND THAT TIME PERIOD; CORRECT?

03:23PM   4    A.   CORRECT.

03:23PM   5    Q.   HAD CHRIS LUCAS SAID TO YOU AT ANY POINT IN 2013, THE

03:23PM   6    OPPORTUNITY TO INVEST MIGHT PRESENT ITSELF DURING THE COURSE OF

03:23PM   7    THIS YEAR?

03:23PM   8    A.   AS I RECALL, IN SOME OF OUR -- IN SOME OF OUR PHONE CALLS

03:23PM   9    EARLIER IN THAT YEAR -- AND IT WASN'T JUST IN THAT YEAR, AT

03:23PM  10    OTHER TIMES OVER THAT PERIOD OF TIME HE HAD REFERENCED THAT

03:23PM  11    THERE MAY BE A FURTHER INVESTMENT OPPORTUNITY.

03:23PM  12        BUT CERTAINLY IN 2013 HE DID INDICATE THAT THERE WOULD

03:23PM  13    LIKELY BE ANOTHER INVESTMENT OPPORTUNITY COMING.

03:23PM  14    Q.   OKAY.  AND WHEN YOU HEARD THAT, DID YOU ASK ANY QUESTIONS

03:23PM  15    OF HIM ABOUT, YOU KNOW, WHAT THE OPPORTUNITY WOULD BE AND THE

03:24PM  16    STATE OF THERANOS'S BUSINESS?

03:24PM  17    A.   YEAH, CERTAINLY.  I WAS ALWAYS ASKING HIM ABOUT THE STATE

03:24PM  18    OF THERANOS'S BUSINESS BECAUSE IT FELT LIKE HE HAD ACCESS TO

03:24PM  19    INFORMATION AND I WAS TRYING TO ELICIT THAT FROM HIM.

03:24PM  20    Q.   OKAY.  SO THE STATE OF THE RELATIONSHIP UP UNTIL REALLY

03:24PM  21    THAT TELEPHONE CALL WAS YOU PERCEIVED HIM TO KNOW A LOT ABOUT

03:24PM  22    THERANOS; CORRECT?

03:24PM  23    A.   THAT'S CORRECT.

03:24PM  24    Q.   AND YOU WOULD ASK HIM QUESTIONS; CORRECT?

03:24PM  25    A.   THAT'S CORRECT.

03:24PM   1      Q.   AND HE WOULD PROVIDE YOU INFORMATION; CORRECT?

03:24PM   2      A.   THAT'S CORRECT.

03:24PM   3      Q.   AND THAT WOULD BE IN THESE QUARTERLY CALLS?

03:24PM   4      A.   YEAH, THAT WOULD BE IN THESE CALLS, THAT'S CORRECT.

03:24PM   5      Q.   OKAY.  DID HE PROVIDE ANY INFORMATION ABOUT THE TECHNOLOGY

03:24PM   6      OF THERANOS DURING THAT PERIOD IN THE NATURE OF ANY KIND OF AN

03:24PM   7      ANALYSIS OR WRITTEN PRESENTATION OF HOW THERANOS WAS PLANNING

03:24PM   8      TO ROLL OUT ITS TECHNOLOGY?

03:24PM   9      A.   NOT THAT I RECALL.

03:24PM   10     Q.   WOULD YOU HAVE BELIEVED THAT WAS RESPONSIVE TO YOUR

03:25PM   11     REQUEST FOR THE INFORMATION THAT YOU WERE SEEKING?

03:25PM   12     A.   I WOULD HAVE.

03:25PM   13     Q.   YOU HAD HEARD, I THINK, DURING THE COURSE OF THAT SEVEN

03:25PM   14     YEAR PERIOD SOME INFORMATION ABOUT THE PROSPECT THAT THERE

03:25PM   15     WOULD BE RETAIL PARTNERSHIPS WITH SOME LARGE RETAILERS;

03:25PM   16     CORRECT?

03:25PM   17     A.   THAT'S CORRECT.

03:25PM   18     Q.   AND IS THAT INFORMATION THAT YOU LEARNED THROUGH

03:25PM   19     CHRIS LUCAS AS WELL?

03:25PM   20     A.   THAT'S WHERE I WOULD HAVE LEARNED THAT.

03:25PM   21     Q.   AND IS IT FAIR TO SAY THAT IN THE TELEPHONE CALL THAT YOU

03:25PM   22     HAD IN DECEMBER OF 2013 THAT MS. HOLMES INDICATED THAT DURING

03:25PM   23     THAT PERIOD THAT WOULD FOLLOW THE INVESTMENT, THAT THE COMPANY

03:25PM   24     WOULD BE FOCUSSED INTENSELY ON THAT RETAIL OUTLET?

03:25PM   25     A.   I DID --

03:25PM 1    Q.   RETAIL ROLLOUT?

03:25PM 2    A.   THAT'S CORRECT.  I MEAN, THAT WAS THE CENTRAL FOCUS OF

03:26PM 3    WHAT THAT ADDITIONAL INVESTMENT OPPORTUNITY WAS ABOUT.

03:26PM 4    Q.   INDEED, MR. SCHENK PLAYED YOU SOME TAPES IN WHICH THERE

03:26PM 5    WERE REFERENCES TO THE PHARMACEUTICAL BUSINESS AND THE MILITARY

03:26PM 6    BUSINESS.

03:26PM 7         DO YOU RECALL THAT?

03:26PM 8    A.   I DO.

03:26PM 9    Q.   BUT DURING THE COURSE OF THE CALL, MS. HOLMES TOLD YOU

03:26PM 10   THAT, IN FACT, THERANOS WAS GOING TO PAUSE ITS WORK ON THOSE

03:26PM 11   BUSINESSES IN ORDER TO FOCUS ON THE RETAIL BUSINESS ROLLOUT;

03:26PM 12   CORRECT?

03:26PM 13   A.   YEAH.  I DON'T REMEMBER THE EXACT LANGUAGE, BUT I DO

03:26PM 14   REMEMBER THAT REFERENCE.

03:26PM 15   Q.   WELL, LET ME PLAY THAT PORTION OF THE TAPE FOR YOU.

03:26PM 16   A.   OKAY.

03:26PM 17        MR. DOWNEY:  YOUR HONOR, I'VE DIVIDED OUR CLIPS BY

03:26PM 18   LETTER JUST TO AVOID CONFUSION IN THAT REGARD.  SO I WILL OFFER

03:26PM 19   1348F.

03:27PM 20        "OBVIOUSLY TO BE ABLE TO DO."

03:27PM 21        THE COURT:  I BEG YOUR PARDON.  MR. SCHENK?

03:27PM 22        MR. SCHENK:  IS THIS SOMETHING THAT HAS ALREADY BEEN

03:27PM 23   PLAYED?

03:27PM 24        MR. DOWNEY:  THIS HAS ALREADY BEEN PLAYED.

03:27PM 25        THE COURT:  THAT WAS MY UNDERSTANDING.  CAN YOU JUST

TOLBERT CROSS BY MR. DOWNEY                                      4535

03:27PM  1    IDENTIFY FOR THE PARTIES WHERE IT IS?

03:27PM  2              MR. DOWNEY:  ON THE TRANSCRIPT I HAVE, IT'S ON

03:27PM  3    PAGE 6.  I DON'T HAVE THE TRANSCRIPT THAT THE GOVERNMENT

03:27PM  4    PREPARED.

03:27PM  5              THE COURT:  OH, I SEE.

03:27PM  6              MR. DOWNEY:  YEAH.

03:27PM  7              THE COURT:  CAN YOU JUST TAKE A MOMENT TO SHARE YOUR

03:27PM  8    TRANSCRIPTS?  IS THAT POSSIBLE.

03:27PM  9         (DISCUSSION OFF THE RECORD.)

03:27PM 10              MR. DOWNEY:  ACTUALLY, I THINK I CAN IDENTIFY IT,

03:27PM 11    YOUR HONOR.

03:27PM 12              THE COURT:  SURE.

03:28PM 13         (PAUSE IN PROCEEDINGS.)

03:28PM 14              MR. DOWNEY:  MAY I CONFER WITH MR. SCHENK?  THIS

03:28PM 15    DOESN'T MATCH.

03:28PM 16              THE COURT:  YES, PLEASE.

03:28PM 17         (DISCUSSION OFF THE RECORD.)

03:29PM 18              MR. DOWNEY:  YOUR HONOR, I JUST WANT TO RETRIEVE

03:29PM 19    MINE.

03:29PM 20              THE COURT:  SURE.

03:29PM 21         (PAUSE IN PROCEEDINGS.)

03:30PM 22              MR. DOWNEY:  YOUR HONOR, I DON'T SEE IT ON THIS

03:30PM 23    TRANSCRIPT EITHER, SO LET ME JUST HAVE ONE MORE MOMENT.

03:30PM 24              THE COURT:  OF COURSE.

03:31PM 25         (PAUSE IN PROCEEDINGS.)

```
03:31PM   1              (DISCUSSION OFF THE RECORD.)

03:31PM   2                   MR. DOWNEY:  YOUR HONOR, THIS WILL BE ON THE

03:31PM   3      TRANSCRIPT THAT WE GOT FROM THE GOVERNMENT ON PAGE 18 OF SIDE

03:32PM   4      A, STARTING AT LINE 19.

03:32PM   5                   THE COURT:  THANK YOU.  AND YOU'D LIKE TO PLAY THAT

03:32PM   6      NOW?

03:32PM   7                   MR. DOWNEY:  I'D LIKE TO PLAY IT.

03:32PM   8      Q.  BUT JUST TO REORIENT US TO WHERE WE WERE, MY QUESTION TO

03:32PM   9      YOU IS, MS. HOLMES TOLD YOU DURING THE COURSE OF THIS CALL THAT

03:32PM  10      THERANOS WOULD BE PUTTING A PAUSE ON ITS RETAIL AND MILITARY

03:32PM  11      BUSINESSES; CORRECT?

03:32PM  12      A.  I BELIEVE ON THE PHARMACEUTICAL AND RETAIL --

03:32PM  13      PHARMACEUTICAL AND MILITARY BUSINESSES.

03:32PM  14                   MR. DOWNEY:  OKAY.  I'D LIKE TO JUST PLAY THAT

03:32PM  15      SECTION OF THE TAPE.

03:32PM  16                   THE COURT:  SURE.

03:32PM  17      "MS. HOLMES:  OBVIOUSLY, TO BE ABLE TO DO WHAT WE JUST

03:32PM  18      HAVE DONE, WE HAD TO PAUSE A LARGE NUMBER OF OUR ONGOING

03:32PM  19      PHARMACEUTICAL AND MILITARY PROGRAMS SO THAT WE COULD FOCUS

03:32PM  20      LIKE A LASER ON THIS AND EXECUTING ON THIS.

03:32PM  21      "AND THE SCALE OF THIS RETAIL INFRASTRUCTURE NOW IS WHERE

03:32PM  22      WE WILL CONTINUE TO FOCUS LIKE A LASER.  BUT AS WE GET THE

03:33PM  23      RESOURCES AND ORGANIZATIONS TO CAPTURE SOME OF THESE ADDITIONAL

03:33PM  24      OPPORTUNITIES IN PARALLEL, WE WILL PROCEED WITH THE

03:33PM  25      PHARMACEUTICAL AND MILITARY BUSINESS IN LEVERAGING SOME OF THIS
```

03:33PM  1    INFRASTRUCTURE AND RESOURCES FROM IT THAT WE'RE BUILDING OUT

03:33PM  2    NOW.  SO THAT, FOR THE LONG-TERM, WILL BE AN IMPORTANT THING

03:33PM  3    FOR US.  AND IT'S ALSO VERY SYMBOLIC BECAUSE IT'S OUR WAY OF

03:33PM  4    BEING ABLE TO HELP MAKE A DIFFERENCE IN WHATEVER SMALL WAY WE

03:33PM  5    CAN THERE."

03:33PM  6    BY MR. DOWNEY:

03:33PM  7    Q.   WAS THAT MS. HOLMES'S VOICE THAT YOU JUST HEARD?

03:33PM  8    A.   IT WAS.

03:33PM  9    Q.   AND MAY I ASK YOU, DID YOU ASK ANY QUESTIONS DURING THE

03:33PM 10    CALL?

03:33PM 11    A.   I DID NOT.

03:33PM 12    Q.   DID YOU FOLLOW UP AT ALL ON THAT COMMENT TO FIND OUT WHAT

03:33PM 13    THE PAUSE WOULD BE OR HOW LONG IT WOULD BE?

03:33PM 14    A.   I DIDN'T.  I MEAN, AS I JUST LISTENED TO IT, IT DIDN'T

03:33PM 15    SOUND LIKE IT WAS A COMPLETE PAUSE.  IT SOUNDED LIKE IT WAS A

03:33PM 16    PAUSE THAT -- I DON'T REMEMBER THE EXACT WORDING -- BUT IT

03:34PM 17    WASN'T COMPLETE.

03:34PM 18         BUT, NO, I DID NOT FOLLOW UP WITH ANY SPECIFIC QUESTIONS

03:34PM 19    ABOUT THAT.

03:34PM 20    Q.   OKAY.  DID YOU FOLLOW UP AFTER THE CALL TO ASK TO SEE ANY

03:34PM 21    CONTRACTS OR OTHER AGREEMENTS BETWEEN THERANOS AND THE

03:34PM 22    MILITARY?

03:34PM 23    A.   I DID NOT.

03:34PM 24    Q.   DID YOU FOLLOW UP AFTERWARDS TO SEE ANY CONTRACTS OR OTHER

03:34PM 25    ARRANGEMENT THAT WERE IN PLACE WITH PHARMACEUTICAL COMPANIES?

03:34PM 1    A.   I DID NOT.

03:34PM 2    Q.   OKAY.  DURING THE COURSE OF THE CALL, MR. HALL DID ASK

03:34PM 3    SOME QUESTIONS; CORRECT?

03:34PM 4    A.   CORRECT.

03:34PM 5    Q.   DID ANY OF THE QUESTIONS THAT MR. HALL ASKED RELATE TO THE

03:34PM 6    MILITARY ASPECT OF THERANOS'S BUSINESS?

03:34PM 7    A.   YOU KNOW, I DON'T BELIEVE SO.  I MEAN, I'D HAVE TO LOOK

03:34PM 8    BACK AT THE TRANSCRIPT TO KNOW FOR SURE.

03:34PM 9    Q.   OKAY.

03:34PM 10   A.   BUT I DON'T BELIEVE.

03:34PM 11   Q.   DID, DID, DID -- DID MR. HALL, TO YOUR KNOWLEDGE, DO ANY

03:34PM 12   FOLLOWUP TO ASK FOR FURTHER INFORMATION FROM THERANOS AFTER THE

03:34PM 13   CALL ABOUT THOSE TWO BUSINESS UNITS?

03:35PM 14   A.   YOU KNOW, I -- HERE'S -- LET ME ANSWER YOUR QUESTION THIS

03:35PM 15   WAY.

03:35PM 16       SO PRIOR TO THIS CALL --

03:35PM 17   Q.   WELL, LET ME JUST GET AN ANSWER TO THE QUESTION I'VE

03:35PM 18   ASKED.

03:35PM 19       DO YOU KNOW -- AND IF YOU DON'T, IT'S FINE.  DID MR. HALL

03:35PM 20   FOLLOW UP TO ASK FOR MORE INFORMATION ABOUT THOSE TWO BUSINESS

03:35PM 21   UNITS?

03:35PM 22   A.   SO I KNOW MR. HALL HAD A FOLLOW-ON CONVERSATION WITH

03:35PM 23   ELIZABETH A FEW DAYS LATER.

03:35PM 24   Q.   OKAY.

03:35PM 25   A.   I DON'T KNOW IF HE SPECIFICALLY ASKED THOSE QUESTIONS OR

03:35PM   1      NOT.

03:35PM   2      Q.   OKAY.  AND WAS -- IS THE RECORDING OF THE CALL THE FIRST

03:35PM   3      TIME THAT YOU HAVE ANY RECORDED COMMUNICATION WITH THERANOS OR

03:35PM   4      ANYONE ELSE REFERENCING A MILITARY BUSINESS AT THERANOS?

03:35PM   5      A.   THAT'S THE FIRST RECORDING THAT I HAVE, PERIOD.

03:35PM   6      Q.   WELL, DID YOU HAVE ANY -- DID YOU RECEIVE ANY WRITTEN

03:35PM   7      INFORMATION IN ADVANCE OF THIS CALL ABOUT A MILITARY BUSINESS

03:35PM   8      AT THERANOS?

03:35PM   9      A.   NOT THAT I REMEMBER.

03:35PM  10      Q.   OKAY.  DID YOU KNOW THE PARTICULAR PHARMACEUTICAL

03:36PM  11      COMPANIES THAT THERANOS HAD WORKED WITH PRIOR TO 2013?

03:36PM  12      A.   NOT BY NAME.

03:36PM  13      Q.   OKAY.  DID YOU UNDERSTAND FROM MR. CHRIS LUCAS THAT THERE

03:36PM  14      HAD BEEN REFINEMENT AND DEVELOPMENT OF THE TECHNOLOGY PRIOR TO

03:36PM  15      2013?

03:36PM  16      A.   I DID.

03:36PM  17      Q.   AND DID HE GIVE PERIODIC UPDATES ON THAT DURING THE COURSE

03:36PM  18      OF THOSE YEARS?

03:36PM  19      A.   YOU KNOW, CERTAINLY IN OUR CONVERSATIONS I WOULD HAVE

03:36PM  20      ASKED HIM, OR WE WOULD HAVE HAD DISCUSSIONS ABOUT THE STATE OF

03:36PM  21      THE TECHNOLOGY.

03:36PM  22      Q.   OKAY.  AND DO YOU RECALL IF HE MENTIONED THAT THERE WERE

03:36PM  23      VARIOUS SERIES OF THE TECHNOLOGY THAT THERANOS HAD DEVELOPED?

03:36PM  24      A.   I DON'T REMEMBER SPECIFIC CONVERSATIONS ABOUT SERIES.

03:36PM  25      Q.   OKAY.  DO YOU RECALL WHEN THERE WAS A FIRST CONVERSATION

03:37PM 1    THAT THERE HAD BEEN A REFERENCE TO A THERANOS 1.0 DEVICE?

03:37PM 2    A.   I REMEMBER SEEING 1.0 --

03:37PM 3    Q.   YEAH.

03:37PM 4    A.   -- IN SOME OF THOSE EARLY MATERIALS THAT WE RECEIVED.

03:37PM 5    Q.   OKAY.  AND DO YOU KNOW WHAT SERIES THERANOS HAD DEVELOPED

03:37PM 6    TO BY 2013?

03:37PM 7    A.   I DON'T KNOW THE SPECIFICS SERIES NUMBER.

03:37PM 8    Q.   OKAY.  YOU DIDN'T HAVE THE DETAILED INFORMATION ABOUT

03:37PM 9    WHERE THEY WERE IN THE DEVELOPMENT OF THEIR TECHNOLOGY?

03:37PM 10   A.   WELL, I KNEW THE TECHNOLOGY HAD STARTED FROM A LIMITED SET

03:37PM 11   OF TESTS, OR A SMALL SET OF TESTS TO, YOU KNOW, I THINK AROUND

03:37PM 12   THIS 2013 TIMEFRAME THERE WERE THOUSANDS OF TESTS THAT COULD BE

03:37PM 13   RUN AND SO THAT REPRESENTED A SUBSTANTIAL IMPROVEMENT.

03:37PM 14       SO I DON'T KNOW IF IT WENT FROM 1.0 TO 12.0 OR 10.0, BUT

03:37PM 15   THERE WAS --

03:37PM 16   Q.   DID MS. HOLMES MAKE REFERENCE IN THE RECORDING WE JUST

03:37PM 17   HEARD TO THOUSANDS OF TESTS?

03:37PM 18   A.   SHE DID NOT.

03:37PM 19   Q.   DID SHE ASSOCIATE THERANOS'S DEVICE AT THAT TIME WITH

03:38PM 20   THOUSANDS OF TESTS?

03:38PM 21   A.   NOT ON THAT CALL.

03:38PM 22   Q.   OKAY.  NOW, YOU WERE ASKED QUESTIONS ABOUT THE PORTION OF

03:38PM 23   THIS CONVERSATION THAT RELATED TO QUESTIONING OF MS. HOLMES;

03:38PM 24   CORRECT?

03:38PM 25   A.   I'M SORRY, I DON'T UNDERSTAND.

03:38PM 1    Q.   WELL, THE PORTIONS OF THE CALL THAT HAVE BEEN PLAYED THUS

03:38PM 2    FAR ARE PORTIONS OF A CALL WHERE MS. HOLMES IS PRESENT ON THE

03:38PM 3    CALL; CORRECT?

03:38PM 4    A.   CORRECT.

03:38PM 5    Q.   BUT THEN THE TAPE CONTINUED; CORRECT?

03:38PM 6    A.   THAT'S CORRECT.

03:38PM 7    Q.   AND INDIVIDUALS ON THE CALL HAD THE OPPORTUNITY TO ASK

03:38PM 8    QUESTIONS OF CHRIS LUCAS; CORRECT?

03:38PM 9    A.   CORRECT.

03:38PM 10   Q.   AND DID YOU ASK ANY QUESTIONS OF CHRIS LUCAS DURING THAT

03:38PM 11   TIME?

03:38PM 12   A.   NOT ON THAT CALL.

03:38PM 13   Q.   DID MR. HALL ASK QUESTIONS OF CHRIS LUCAS DURING THAT

03:39PM 14   PERIOD?

03:39PM 15   A.   I THINK HE MAY HAVE ASKED A FOLLOWUP.

03:39PM 16   Q.   LET ME ASK THAT THE FOLLOWING SEGMENT OF 1349 BE PLAYED.

03:39PM 17        1349-A.

03:39PM 18        MR. SCHENK:  I'M SORRY.  IS THIS SOMETHING THAT HAS

03:39PM 19   BEEN PREVIOUSLY PUBLISHED?

03:39PM 20        MR. DOWNEY:  WELL, IT'S WITHIN THE RECORDING THAT HE

03:39PM 21   HAS ALREADY AUTHENTICATED, YES.

03:39PM 22        THE COURT:  OKAY.  THAT'S FINE.  THAT CAN BE PLAYED

03:39PM 23   NOW.

03:39PM 24        "MEETING OPERATOR:  THANK YOU.  THE NEXT QUESTION COMES

03:39PM 25   FROM CRAIG HALL.  PLEASE GO AHEAD."

03:39PM   1           MR. SCHENK:  I'M SORRY, YOUR HONOR.  OBJECTION.

03:39PM   2      THIS IS NOT SOMETHING THAT WAS PREVIOUSLY PLAYED FOR THE

03:39PM   3   JURY.  THIS IS A DIFFERENT PART OF 1349.  HEARSAY.

03:39PM   4           MR. DOWNEY:  IT'S PART OF THE SAME RECORDING.  THIS

03:39PM   5   IS JUST A SEGMENT THAT WE WISH TO PLAY FOR THE BENEFIT OF THE

03:39PM   6   JURY.

03:39PM   7           THE COURT:  WELL, LET'S SEE.  ALL RIGHT.  LET'S

03:40PM   8   IDENTIFY THIS SO I CAN FIND IT.

03:40PM   9      THIS IS IN 1349.  THIS IS SIDE B THEN?

03:40PM  10           MR. SCHENK:  YES, YOUR HONOR.

03:40PM  11           THE COURT:  AND DO YOU HAVE -- MR. DOWNEY, DO YOU

03:40PM  12   HAVE THE GOVERNMENT'S TRANSCRIPT THAT YOU COULD GUIDE ME TO?

03:40PM  13           MR. DOWNEY:  I DO, YOUR HONOR, AND IT WILL BE

03:40PM  14   TOWARDS THE BACK OF THE TRANSCRIPT.

03:40PM  15           MR. SCHENK:  YOUR HONOR, I BELIEVE IT'S ON PAGE 18,

03:40PM  16   LINE 6.

03:40PM  17           THE COURT:  YES.  THIS WAS NOT PLAYED PREVIOUSLY.

03:40PM  18           MR. DOWNEY:  IT WAS NOT PLAYED PREVIOUSLY, BUT IT IS

03:40PM  19   PART OF THE SAME RECORDING THAT MR. SCHENK PLAYED.

03:40PM  20           MR. SCHENK:  YOUR HONOR, WE MET ON 106 AND THIS WAS

03:40PM  21   NOT PRESENTED TO THE GOVERNMENT.

03:40PM  22           MR. DOWNEY:  I BEG YOUR PARDON, I THOUGHT IT WAS.

03:40PM  23           THE COURT:  LET ME LET YOU MEET AND CONFER FOR JUST

03:40PM  24   A MOMENT ABOUT THIS WHILE I LOOK AT THIS.  THANK YOU.

03:41PM  25           (DISCUSSION OFF THE RECORD.)

```
03:42PM   1              MR. SCHENK:  YOUR HONOR, WE STILL OBJECT ON HEARSAY,
03:42PM   2    AND I'M NOT SURE -- THIS HAS NOT BEEN PREVIOUSLY PLAYED FOR THE
03:42PM   3    JURY.  IT HASN'T BEEN MOVED INTO EVIDENCE YET, SO I THINK WE
03:42PM   4    HAVE TO GET OVER THAT HURDLE BEFORE IT COMES IN.
03:42PM   5              THE COURT:  IT ALSO SEEMS TO BE A DIFFERENT PARTY
03:42PM   6    SPEAKING.
03:42PM   7              MR. SCHENK:  YES, YOUR HONOR.
03:42PM   8              MR. DOWNEY:  IT IS THE PARTY THROUGH WHOM
03:42PM   9    MR. TOLBERT HAS TESTIFIED HE INVESTED AND RECEIVED INFORMATION
03:42PM  10    ABOUT THE COMPANY FOR THE PRIOR SEVEN YEARS, AND IT'S AN
03:43PM  11    EXCHANGE THAT COMPLETES THE CALL AND PURPORTS TO EXPLAIN
03:43PM  12    PORTIONS OF THE CALL THAT HAVE PREVIOUSLY -- IN WHICH
03:43PM  13    MS. HOLMES PREVIOUSLY PARTICIPATED AND --
03:43PM  14              THE COURT:  I SEE THAT.
03:43PM  15         BUT THE SPEAKER IS NOT MS. HOLMES.  IT'S SOMEBODY ELSE
03:43PM  16    ANSWERING A QUESTION --
03:43PM  17              MR. DOWNEY:  THAT'S CORRECT.
03:43PM  18              THE COURT:  -- THAT'S POSED ABOUT A DIFFERENT TOPIC.
03:43PM  19              MR. DOWNEY:  THAT'S CORRECT.
03:43PM  20              THE COURT:  AND I DON'T SEE THE 106 CONNECTION
03:43PM  21    THERE.  THAT'S MY PROBLEM.
03:43PM  22              MR. DOWNEY:  WELL, THIS WITNESS HAS BEEN TESTIFYING
03:43PM  23    ABOUT WHAT'S IMPORTANT TO HIS ENTITY AS AN INVESTOR.
03:43PM  24         THE QUESTION IS THE ONLY QUESTION THAT HIS ENTITY ASKS,
03:43PM  25    OTHER THAN THE ONE THAT HAS BEEN PLAYED.
```

03:44PM 1     THE COURT:  WELL, THE QUESTION IS TO -- AS I READ

03:44PM 2  THE TRANSCRIPT, MR. DOWNEY, I JUST DON'T SEE THE RELATIONSHIP

03:44PM 3  BETWEEN THAT AND THE QUESTION THAT HE'S PREVIOUSLY ASKED.  I

03:44PM 4  JUST DON'T SEE IT IN THE 106 CONTEXT.

03:44PM 5     MAYBE YOU CAN ASK SOME MORE QUESTIONS ABOUT THIS FOR

03:44PM 6  FOUNDATION.

03:44PM 7     MR. DOWNEY:  SURE.

03:44PM 8     THE COURT:  WELL, MR. LOOBY IS GOING TO GIVE YOU A

03:44PM 9  LIFELINE HERE.

03:44PM 10    MR. DOWNEY:  YOUR HONOR, IF THERE ARE PORTIONS OF

03:44PM 11 THIS -- WELL, LET ME EXPLAIN AGAIN FOR JUST ONE MOMENT.

03:44PM 12    I THINK THE WITNESS ALREADY TESTIFIED THAT THE ENTIRE TAPE

03:44PM 13 IS A TAPE RECORDING OF THE SAME CONVERSATION.  THE ONLY

03:44PM 14 VARIATION IS PARTICIPANTS GOING IN AND OUT.

03:44PM 15    THERE'S ONLY A PORTION OF THE TAPE FOR MS. HOLMES IS A

03:44PM 16 PARTICIPANT.

03:45PM 17    THE TAPE THEN CONTINUES AND THEN THERE'S A DISCUSSION,

03:45PM 18 WHICH IS A DISCUSSION OF INFORMATION THAT IS IMPORTANT TO

03:45PM 19 POTENTIAL INVESTORS, INCLUDING THE WITNESS'S GROUP, AS TO

03:45PM 20 WHETHER TO INVEST OR NOT AT THIS TIME.

03:45PM 21    I WOULD CERTAINLY THINK IT GOES TO MATERIALITY.

03:45PM 22    THERE'S NOT -- I DON'T KNOW IF THERE'S A HEARSAY CONCERN

03:45PM 23 OR WHAT THE CONCERN IS.  IT'S NOT A 106 CONCERN CERTAINLY.

03:45PM 24    THE COURT:  WELL, THE RELEVANCE OF THIS IS YOU'RE

03:45PM 25 TRYING TO SEE WHETHER OR NOT THIS INFORMATION WAS MATERIAL TO

03:45PM  1    THIS WITNESS'S INVESTMENT?

03:45PM  2              MR. DOWNEY:  THAT'S CORRECT.

03:45PM  3              THE COURT:  AND MAYBE YOU SHOULD HAND THE WITNESS

03:45PM  4    THE TRANSCRIPT AND SEE IF THAT ANSWER -- HE READS THE

03:45PM  5    TRANSCRIPT AND THEN YOU CAN ASK THE QUESTION, AND IF IT WAS,

03:45PM  6    THEN MAYBE YOU PLAY IT.

03:45PM  7              MR. DOWNEY:  SURE.

03:45PM  8         IS THERE A REASON, YOUR HONOR, WE CAN'T -- I DON'T

03:46PM  9    UNDERSTAND THE BASIS ON WHICH WE WOULDN'T BE ABLE TO PLAY

03:46PM 10    PORTIONS OF THE SAME CALL WHERE THE DISCUSSION IS ALL RELATED

03:46PM 11    TO THE SAME THING.

03:46PM 12              THE COURT:  WELL, WHAT YOU'VE TOLD ME IS THAT THE

03:46PM 13    BASIS OF THIS COMING IN IS THAT YOU THINK IT'S MATERIAL TO

03:46PM 14    THAT.

03:46PM 15         BUT IF IT'S NOT MATERIAL, THEN IT'S NOT RELEVANT, IS IT?

03:46PM 16              MR. DOWNEY:  THAT'S RIGHT.

03:46PM 17         BUT THE GOVERNMENT WAS ALLOWED TO PLAY THE ENTIRE TAPES

03:46PM 18    AND THEN HAVE THE DISCUSSION AFTER THE TAPE WAS PLAYED.

03:46PM 19              THE COURT:  RIGHT.  BUT YOU'RE OFFERING THIS FOR --

03:46PM 20    I GUESS I'M JUST SAYING, SHOULDN'T WE FIND OUT WHETHER OR NOT

03:46PM 21    THIS WAS MATERIAL TO HIS DECISION?

03:46PM 22              MR. DOWNEY:  WELL, IT'S NOT ENTIRELY DEPENDENT ON

03:46PM 23    HIS TESTIMONY.  IT'S CONTEMPORANEOUS EVIDENCE OF WHAT WAS

03:46PM 24    IMPORTANT.

03:46PM 25              THE COURT:  WELL, THEN WE'RE BACK TO THE 106 THEN.

03:46PM   1    WE'RE KIND OF GOING IN A CIRCLE HERE.

03:46PM   2              MR. DOWNEY:  I DON'T THINK IT'S A 106 ISSUE.

03:46PM   3        MR. SCHENK HAS HAD THE OPPORTUNITY TO, TO REVIEW IT.  I

03:46PM   4    MEAN, WE CAN PLAY THE ENTIRE TAPE, WHICH I SUGGESTED BEFORE,

03:46PM   5    BUT I JUST DON'T -- WE'VE ALREADY HEARD THE ONE QUESTION THAT

03:46PM   6    THIS ENTITY ASKED.

03:46PM   7        I JUST WANT TO PLAY THE OTHER ONE.

03:46PM   8              THE COURT:  AND YOU'D LIKE TO PLAY FROM LINE 6 --

03:47PM   9    PAGE 18, LINE 6, THROUGH PAGE 20, LINE 22?  OR LESS THAN THAT?

03:47PM  10              MR. DOWNEY:  YES -- PAGE 18, LINE 6, THROUGH PAGE

03:47PM  11    20, LINE 25.

03:47PM  12              THE COURT:  DOWN TO THE BOTTOM.

03:47PM  13        AND YOU HAVE QUESTIONS FOR THIS WITNESS REGARDING THIS

03:47PM  14    COLLOQUY?

03:47PM  15              MR. DOWNEY:  I DO.

03:47PM  16              THE COURT:  SO IS IT POSSIBLE -- CAN YOU FRAME YOUR

03:47PM  17    QUESTION AND THEN PLAY THE TAPE AND ASK HIM IF IT ANSWERS THE

03:48PM  18    QUESTION.

03:48PM  19              MR. DOWNEY:  WELL, I THINK I HAVE A SERIES OF

03:48PM  20    QUESTIONS.  THE FIRST QUESTION WILL BE WHETHER THE VOICE THAT

03:48PM  21    IS ASKING THE QUESTION IS, IN FACT, MR. HALL TO WHOM HE

03:48PM  22    REPORTS.

03:48PM  23        BUT THEN THE SECOND QUESTION WILL -- I DON'T PLAN TO

03:48PM  24    QUESTION IN DETAIL HERE.  THIS WAS THE QUESTION --

03:48PM  25              THE COURT:  I'M NOT TRYING TO GIVE YOU TROUBLE HERE.

03:48PM  1          MR. DOWNEY:  YES.

03:48PM  2          THE COURT:  WE'RE DISCUSSING WHETHER THIS IS AN

03:48PM  3  8 TRACK TAPE, A CASSETTE, OR A MICROCASSETTE.

03:48PM  4      BUT -- WELL, I'LL ALLOW THIS TO BE PLAYED.  IT'S LINE 6

03:48PM  5  THROUGH -- ON PAGE 18, THROUGH PAGE 20, LINE 25.

03:48PM  6      DO YOU HAVE THAT CUED UP ALREADY?

03:48PM  7          MR. DOWNEY:  YES.

03:48PM  8          THE COURT:  AND YOU'D LIKE TO PLAY THE ENTIRETY?

03:48PM  9  YOU HAVE THE EXAMINATION FOLLOWING THAT?

03:48PM 10          MR. DOWNEY:  YES.

03:48PM 11          THE COURT:  ALL RIGHT.  THANK YOU.  WE'LL PLAY THAT.

03:48PM 12  THANK YOU.

03:48PM 13      "MEETING OPERATOR:  THANK YOU.  OUR NEXT QUESTION COMES

03:48PM 14  FROM CRAIG HALL.  PLEASE GO AHEAD.

03:48PM 15      "QUESTIONER:  HI, CHRIS.  I'M CONFUSED A LITTLE BIT ON THE

03:48PM 16  SHARE PRICING.  ELIZABETH TALKED FAIRLY QUICKLY ABOUT 13.4 OR 5

03:49PM 17  MILLION AND UP TO THAT NUMBER AT $15 A SHARE.  AND THEN 225

03:49PM 18  MILLION AT HIGHER SHARE PRICES ALL RELATED TO SOME STRATEGIC

03:49PM 19  PARTNER AGREEMENT.  AND THEN SHE TALKED ABOUT A SHARE SPLIT AND

03:49PM 20  EARLIER SHE TALKED ABOUT $75 IN SHARE.  SO IS THE $15 THE SAME

03:49PM 21  THING AS THE $75 AFTER THE MULTIPLE OR -- HOW DOES IT ALL

03:49PM 22  RELATE TO THE CAPITALIZATION AND KIND OF WHERE WE ARE NOW AT

03:49PM 23  WHAT IS BEING OFFERED HERE?  IT'S A LITTLE HARD FOR ME TO

03:49PM 24  FOLLOW THE BOUNCING BALL.

03:49PM 25      "MR. LUCAS:  SO, CRAIG, THANKS.  HI.  SO, YES, SHE RAN

03:49PM 1 THROUGH THOSE NUMBERS QUICKLY AND -- I WAS DOING THE MATH ALSO

03:49PM 2   IN MY HEAD.  SO TO BE CLEAR, WHEN THE -- WE'VE INVESTED TWICE

03:49PM 3   IN THERANOS, SERIES B AND SERIES C.  SERIES B WE INVESTED AT

03:50PM 4   ABOUT 90 CENTS A SHARE.  SERIES C WAS A LITTLE UNDER $3 PER

03:50PM 5   SHARE.  OKAY?  AND THAT RELATES TO THE $75 VALUE.  SO THAT'S

03:50PM 6   ALL PRE-SPLIT SHARES.  SO, IF YOU PAID $3, YOU KNOW, IN SERIES

03:50PM 7   C, THAT $3 IS NOW WORTH $75.

03:50PM 8       "WHAT THEY EFFECTED, AND THESE ARE IN SOME OF THE

03:50PM 9   DOCUMENTS I'VE SIGNED, IS A FIVE FOR ONE FORWARD SPLIT.  SO

03:50PM 10  THERE ARE FIVE TIMES AS MANY SHARES THAT THE COMPANY HAS AND

03:50PM 11  THAT WE OWN AND SO NOW THE PRICE IS AT $15 PER SHARE.  SO

03:50PM 12  THAT'S THE PRICE THAT SHE'S TALKING ABOUT.

03:50PM 13      "GOING FORWARD -- NOW, IF I WAS DOING THE MATH CORRECTLY,

03:50PM 14  SHE SAYS THERE'S ABOUT 13 MILLION SHARES THAT CAN BE EXERCISED

03:51PM 15  THIS YEAR.  AND SO IF YOU MULTIPLY 15 TIMES 13 THAT'S, YOU

03:51PM 16  KNOW, CLOSE TO $200 MILLION THAT SHE TALKED ABOUT.  THEN IF WE

03:51PM 17  GO FORWARD, SHE SAID NEXT YEAR THERE ARE A COUPLE HUNDRED

03:51PM 18  MILLION SHARES THAT ARE AUTHORIZED.

03:51PM 19      "SO I SHOULD SAY THAT ACTIONS THAT SHE'S TAKING JUST

03:51PM 20  COOPERATE-WISE IN THE DOCUMENTS THAT I HAVE BEEN SIGNING

03:51PM 21  RECENTLY, FIRST OFF, I SHOULD SAY SHE -- SHE HAS CONTROLLING

03:51PM 22  INTERESTS OF THE COMPANY.  SHE HAS A FIRM GRASP ON THE COMPANY.

03:51PM 23  OKAY?  LET THERE BE NO MISTAKE, BOTH IN HOW SHE LEADS IT AND

03:51PM 24  THEN LEGALLY AND CONTRACTUALLY.

03:51PM 25      "SHE HAS DONE SOME THINGS IN THOSE DOCUMENTS THAT ALLOWS

03:51PM 1    HER TO MAINTAIN CONTROL BECAUSE SHE IS CONCERNED ABOUT SOME

03:51PM 2    FOLKS THAT MAY END UP INVESTING IN THE COMPANY, A PARTNER AND

03:52PM 3    SO FORTH, WHERE, GEE, THEY AREN'T ACTING RESPONSIBLY AS A

03:52PM 4    PARTNER AND SO MAYBE SHE WOULD WANT TO CASH THEM OUT.  SO SHE

03:52PM 5    WOULD HAVE THE RIGHT TO DO THAT.

03:52PM 6        "SO LET THERE BE NO MISTAKE, JUST LIKE SOME OF THE OTHER

03:52PM 7    HIGH FLYING COMPANIES IN SILICON VALLEY, THE STRUCTURE IS IN

03:52PM 8    PLACE THAT EVEN AFTER THE COMPANY GOES PUBLIC -- AND THAT IS

03:52PM 9    WHY THE SPLIT AND SO FORTH AND DIFFERENT CLASSES OF STOCK --

03:52PM 10   THAT EVEN AFTER THE COMPANY GOES PUBLIC, SHE WILL MAINTAIN THE

03:52PM 11   ESSENTIAL CONTROL, WHICH HAS BEEN BRILLIANTLY PLANNED BY

03:52PM 12   THEMSELVES AND THEIR LAW FIRM.  AND HAVING SAID THAT, FOLLOWING

03:52PM 13   THE SAME PLAY BOOK AS SOME OF THE OTHER NOTABLE COMPANIES.

03:52PM 14       "I WOULD MAKE ANOTHER COMMENT JUST IN THIS FINANCING, AS

03:52PM 15   SHE SAID, THERE ARE A HOST OF HIGH PROFILE COMPANIES THAT ARE

03:52PM 16   INTERESTED IN INVESTING AT THAT HIGHER DOLLAR AMOUNT.  SO IT

03:53PM 17   GIVES ME CONFIDENCE THAT THIS IS BEING WELL-VETTED BY THE VERY

03:53PM 18   SOPHISTICATED MONEY.  AND AS YOU CAN IMAGINE, THE TOP TIER

03:53PM 19   BANKS AROUND THE COUNTRY ARE ALL OVER WANTING TO PARTICIPATE IN

03:53PM 20   THIS.

03:53PM 21       "SO HOPEFULLY, CRAIG, THAT ANSWERS WHAT YOU'RE ASKING.

03:53PM 22   AND IF NOT, PLEASE, YOU KNOW, ASK OR CALL ME, CERTAINLY."

03:53PM 23   BY MR. DOWNEY:

03:53PM 24   Q.  MR. TOLBERT, DO YOU RECOGNIZE THE VOICE OF THE PERSON WHO

03:53PM 25   ASKED THAT QUESTION AS CRAIG HALL?

03:53PM  1    A.   I DO.

03:53PM  2    Q.   AND DO YOU RECOGNIZE THE VOICE OF THE PERSON WHO ANSWERED

03:53PM  3    THAT QUESTION AS CHRIS LUCAS?

03:53PM  4    A.   I DO.

03:53PM  5    Q.   AND IN SUMMARY FORM, DID MR. HALL'S QUESTION RELATE TO THE

03:53PM  6    AMOUNT OF MONEY THAT THE HALL GROUP WOULD HAVE REALIZED ON THE

03:53PM  7    PROFIT IT HAD MADE THUS FAR?

03:53PM  8    A.   I THINK HIS QUESTION RELATED TO WHAT THE VALUE WAS THAT WE

03:54PM  9    WERE INVESTING, THAT OUR 2013 POTENTIAL INVESTMENT WOULD BE

03:54PM 10    MADE AT.

03:54PM 11    Q.   OKAY.  BUT HE DID NOT ASK ANY QUESTION OF MR. LUCAS EITHER

03:54PM 12    ABOUT THE PHARMA BUSINESS; CORRECT?

03:54PM 13    A.   NOT IN THAT INTERCHANGE.

03:54PM 14    Q.   AND HE DID NOT ASK MR. LUCAS ANY QUESTIONS ABOUT WHAT

03:54PM 15    MS. HOLMES HAD JUST SAID ABOUT THE MILITARY BUSINESS; CORRECT?

03:54PM 16    A.   NOT IN THAT INTERCHANGE.

03:54PM 17    Q.   AND ARE THERE ANY OTHER QUESTIONS THAT YOU ARE AWARE OF

03:54PM 18    THAT MR. HALL ASKED DURING THE COURSE OF THAT TAPE OR

03:54PM 19    CONVERSATION?

03:54PM 20    A.   I DON'T BELIEVE THERE'S ANY OTHERS.

03:54PM 21    Q.   OKAY.  HOW SOON AFTER THAT CONVERSATION DID THE HALL GROUP

03:54PM 22    DECIDE TO MAKE AN INVESTMENT IN THERANOS?

03:54PM 23    A.   SO I BELIEVE THAT PHONE CALL WAS ON DECEMBER 20TH.  WE

03:55PM 24    MADE THE INVESTMENT AND WIRED THE FUNDS ON DECEMBER 31ST, SO

03:55PM 25    THAT WOULD HAVE BEEN 11 DAYS.

03:55PM   1    Q.   DO YOU KNOW IN THAT INTERIM WHEN THE DECISION WAS MADE?

03:55PM   2    A.   NOT SPECIFICALLY.

03:55PM   3    Q.   AND AGAIN, BETWEEN THE 20TH OF DECEMBER AND THE 31ST OF

03:55PM   4    DECEMBER, DID YOU REQUEST ANY FURTHER INFORMATION -- YOU

03:55PM   5    PERSONALLY REQUEST ANY FURTHER INFORMATION OF THERANOS?

03:55PM   6    A.   NOT DIRECTLY.

03:55PM   7    Q.   WHEN YOU SAY "NOT DIRECTLY," DID YOU ASK FOR INFORMATION

03:55PM   8    INDIRECTLY?

03:55PM   9    A.   I THINK I PROBABLY HAD A CONVERSATION WITH CHRIS LUCAS --

03:55PM   10   WELL, I KNOW I HAD SEVERAL CONVERSATIONS WITH CHRIS AFTER THIS

03:55PM   11   PHONE CALL ON THE 20TH AND BEFORE THE 31ST, AND SO I WOULD HAVE

03:55PM   12   ASKED HIM FOR -- WE WOULD HAVE HAD ADDITIONAL DISCUSSION AND

03:55PM   13   THERE WOULD HAVE BEEN THINGS THAT I ASKED HIM FOR.

03:55PM   14   Q.   DID YOU ASK HIM TO GO AND GET DOCUMENTS, FOR EXAMPLE, FROM

03:55PM   15   THERANOS?

03:55PM   16   A.   I DON'T REMEMBER SPECIFICALLY.

03:55PM   17   Q.   OKAY.  DID YOU ASK HIM TO GET ANY OF THE CONTRACTS THAT

03:56PM   18   THERANOS HAD IN PLACE WITH RETAILERS, FOR EXAMPLE?

03:56PM   19   A.   I DID NOT ASK HIM THAT.

03:56PM   20   Q.   YOU HEARD DURING THE COURSE OF THE CALL SEGMENTS THAT

03:56PM   21   MR. SCHENK PLAYED TO YOU THAT THERE WAS REFERENCE TO STRATEGIC

03:56PM   22   PARTNERS MAKING AN INVESTMENT.

03:56PM   23        YOU HEARD THAT?  DO YOU RECALL THAT?

03:56PM   24   A.   I DID, YEP.

03:56PM   25   Q.   AND DO YOU KNOW WHAT HAD HAPPENED TO CHANGE THE TERMS OF

03:56PM  1    THOSE RELATIONSHIPS AND LED TO AN INVESTMENT AT THE END OF

03:56PM  2    2013?

03:56PM  3    A.   WELL, MY UNDERSTANDING FROM THOSE PERIODIC PHONE CALLS

03:56PM  4    WITH MR. LUCAS IS THAT THE COMPANY WAS MAKING GREAT PROGRESS

03:56PM  5    AND IT WAS EVIDENCED BY COMING OUT OF STEALTH MODE AND THE

03:56PM  6    ANNOUNCEMENT OF THE PARTNERSHIP WITH WALGREENS.

03:56PM  7         SO THOSE WERE THE THINGS THAT I THOUGHT KIND OF INDICATED

03:56PM  8    THAT THERE WAS MOMENTUM AROUND THOSE RELATIONSHIPS.

03:56PM  9    Q.   DID YOU KNOW ANYTHING ABOUT AGREEMENTS THAT WERE SIGNED IN

03:56PM  10   THAT WINDOW BETWEEN DECEMBER 20TH AND DECEMBER 31ST BETWEEN

03:57PM  11   RETAILERS AND THERANOS?

03:57PM  12   A.   I HADN'T SEEN SPECIFIC CONTRACTS.

03:57PM  13   Q.   AND YOU HADN'T ASKED FOR SPECIFIC CONTRACTS; RIGHT?

03:57PM  14   A.   NO.

03:57PM  15   Q.   AND DID YOU IN THAT PERIOD GO TO ONE OF THE WALGREENS

03:57PM  16   STORES WHERE, YOU KNOW, THE THERANOS OPERATION WAS IN PLACE?

03:57PM  17   A.   NOT IN 2013.

03:57PM  18   Q.   OKAY.  YOU WENT AT A LATER TIME; CORRECT?

03:57PM  19   A.   I DID GO AT A LATER TIME.

03:57PM  20   Q.   AND WHEN YOU WENT AT A LATER TIME, DID YOU HAVE AN ORDER

03:57PM  21   FROM YOUR PHYSICIAN FOR A BLOOD TEST?

03:57PM  22   A.   I DID.

03:57PM  23   Q.   AND WHEN YOU GAVE THAT ORDER TO THE PHLEBOTOMIST OR TO THE

03:57PM  24   PERSON AT WALGREENS, THEY TOLD YOU THAT YOUR BLOOD WOULD HAVE

03:57PM  25   TO BE DRAWN BY VENOUS DRAW; CORRECT?

03:57PM  1    A.  WELL, ON THE ORDER -- JUST TO BE CLEAR, ON THE ORDER THERE

03:57PM  2    WERE TWO OR THREE DIFFERENT TESTS THAT WERE NOTED, AND THEY

03:57PM  3    TOLD ME THAT FOR ONE OF THE TESTS THERE WOULD HAVE TO BE A

03:57PM  4    VENOUS DRAW DONE.

03:57PM  5    Q.  OKAY.  AND DID YOU THEN HAVE THE VENOUS DRAW DONE?

03:58PM  6    A.  I DID NOT.  I HAD THE FINGERSTICK DONE FOR THE PORTION

03:58PM  7    THAT I COULD DO THAT WAY.  BUT I DID NOT HAVE THE VENOUS DRAW

03:58PM  8    DONE.

03:58PM  9    Q.  SO YOU CANCELLED OUT ESSENTIALLY ONE OF THE ORDERS THAT

03:58PM 10    YOUR DOCTOR HAD FILLED OUT IN THE FORM FOR YOU; IS THAT RIGHT?

03:58PM 11    A.  CORRECT.

03:58PM 12    Q.  NOW, I THINK YOU HAD TESTIFIED THAT YOUR UNDERSTANDING IN

03:58PM 13    THIS CALL IN 2013 WAS THAT, YOU KNOW, THERANOS HAD MADE VENOUS

03:58PM 14    DRAWS NO LONGER NECESSARY.  IS THAT THE ESSENCE OF WHAT YOU

03:58PM 15    SAID TO MR. SCHENK?

03:58PM 16    A.  THAT'S WHAT I BELIEVED IN 2013.

03:58PM 17    Q.  AND SO WERE YOU SHOCKED WHEN YOU WENT IN 2015 AND HAD TO

03:58PM 18    HAVE A VENOUS DRAW?

03:58PM 19    A.  I WAS SURPRISED.

03:58PM 20    Q.  AND DID YOU CONTACT MR. CHRIS LUCAS AT THAT TIME?

03:58PM 21    A.  YOU KNOW, I DIDN'T -- I BELIEVE I DID HAVE A CONVERSATION

03:58PM 22    WITH CHRIS WHERE I REFERENCED THAT EXPERIENCE.

03:58PM 23    Q.  OKAY.  AND DID YOU CONTACT MS. HOLMES ABOUT THAT

03:58PM 24    EXPERIENCE?

03:58PM 25    A.  I DID NOT CALL MS. HOLMES.

```
03:58PM   1     Q.   AND DID YOU CALL ANYONE ELSE AT THERANOS ABOUT THAT

03:58PM   2     EXPERIENCE?

03:58PM   3     A.   I DID NOT.

03:58PM   4     Q.   I'D LIKE TO SHOW YOU A DOCUMENT THAT IS MARKED AS

03:59PM   5     EXHIBIT 1393.

03:59PM   6     A.   IS THAT ONE IN THE BINDER THAT I CURRENTLY HAVE OR IS THAT

03:59PM   7     IN THE --

03:59PM   8     Q.   IT SHOULD BE IN THE BINDER THAT YOU CURRENTLY -- LET ME --

03:59PM   9     ACTUALLY, I DON'T THINK I'VE GIVEN YOU YOUR BINDER YET, SO --

03:59PM  10          YOUR HONOR, MAY I APPROACH THE WITNESS?

03:59PM  11              THE COURT:  YES.

04:00PM  12          (PAUSE IN PROCEEDINGS.)

04:00PM  13              THE COURT:  MR. DOWNEY, LET ME JUST ASK YOU, SIR,

04:00PM  14     HOW MUCH LONGER DO YOU THINK YOU HAVE?

04:00PM  15              MR. DOWNEY:  MAYBE 15 TO 20 MINUTES.

04:00PM  16              THE COURT:  AND I'M JUST TRYING TO TIME THIS.

04:00PM  17          AND I THINK THIS IS AN OUT OF TOWN WITNESS.  IS THAT

04:00PM  18     RIGHT?

04:00PM  19              MR. DOWNEY:  I BELIEVE IT IS, YES.

04:00PM  20              MR. SCHENK:  YES.

04:00PM  21              THE COURT:  AND THEN, MR. SCHENK, WHAT DO YOU

04:00PM  22     THINK -- I'M TRYING TO SEE HOW MUCH TIME WE HAVE LEFT WITH THIS

04:00PM  23     WITNESS AND THEN I CAN ASK THE JURY WHETHER OR NOT IT'S,

04:01PM  24     THEY'RE WILLING TO STAY TO COMPLETE THIS WITNESS'S TESTIMONY

04:01PM  25     JUST BECAUSE OF THE TRAVEL.
```

| | | |
|---|---|---|
| 04:01PM | 1 | MR. SCHENK:  MR. DOWNEY SAID 15 TO 20 MINUTES?  I |
| 04:01PM | 2 | THINK IF WE WENT TO THE BOTTOM OF THE HOUR -- ONE QUESTION |
| 04:01PM | 3 | REMAINS THAT WE HAD DISCUSSED THIS MORNING ABOUT TIMING AND |
| 04:01PM | 4 | WHETHER DOCUMENTS AFTER A CERTAIN DATE WOULD COME IN, AND |
| 04:01PM | 5 | THAT'S STILL UNKNOWN TO ME AND SO THAT MIGHT AFFECT IT. |
| 04:01PM | 6 | MR. DOWNEY:  I DON'T THINK THAT WILL BE -- I DON'T |
| 04:01PM | 7 | THINK THAT WILL EVENTUATE, YOUR HONOR. |
| 04:01PM | 8 | THE COURT:  IT SOUNDS LIKE THAT'S NOT GOING TO BE AN |
| 04:01PM | 9 | ISSUE. |
| 04:01PM | 10 | MR. SCHENK:  I WOULD THINK I HAVE 15 MINUTES IN |
| 04:01PM | 11 | REDIRECT, MAYBE LESS. |
| 04:01PM | 12 | THE COURT:  IT SOUNDS LIKE WE WOULD BE GOING BEFORE |
| 04:01PM | 13 | 5:00 O'CLOCK, IF I WERE TO ASK THIS GOOD JURY IF THEY WOULD |
| 04:01PM | 14 | STAY UNTIL 5:00 O'CLOCK. |
| 04:01PM | 15 | MR. DOWNEY:  I THINK FOR CERTAIN, YOUR HONOR, YES. |
| 04:01PM | 16 | THE COURT:  OKAY.  LET ME TURN TO THE JURY. |
| 04:01PM | 17 | LADIES AND GENTLEMEN, I -- I WANT TO KNOW IF I CAN PRESS |
| 04:01PM | 18 | ON YOU THIS AFTERNOON FOR ANOTHER 40 MINUTES OR SO TO FINISH |
| 04:01PM | 19 | THIS WITNESS. |
| 04:02PM | 20 | DOES ANYONE HAVE AN ISSUE WITH THAT? |
| 04:02PM | 21 | THANK YOU SO MUCH.  I DON'T SEE ANY HANDS.  THAT'S VERY |
| 04:02PM | 22 | GENEROUS OF YOU. |
| 04:02PM | 23 | MR. DOWNEY:  AND I'LL TRY TO GO THROUGH IT QUICKLY. |
| 04:02PM | 24 | THE WITNESS:  YOUR HONOR, CAN I SAY THANK YOU AS |
| 04:02PM | 25 | WELL? |

```
04:02PM   1              (LAUGHTER.)

04:02PM   2                    THE COURT:  TO OUR JURY, YES.

04:02PM   3                    MR. DOWNEY:  YOUR HONOR, I'VE PASSED UP THROUGH

04:02PM   4    MS. KRATZMANN A COPY FOR THE COURT.

04:02PM   5    Q.  MR. TOLBERT, CAN I ASK YOU TO LOOK AT EXHIBIT 1393 IN THAT

04:02PM   6    NOTEBOOK?

04:02PM   7                    MR. SCHENK:  YOUR HONOR, I DON'T HAVE THAT DOCUMENT.

04:03PM   8                    THE WITNESS:  I DON'T SEE THAT ONE.

04:03PM   9                    THE COURT:  IT DIDN'T GET IN HERE YET.

04:03PM  10                    MR. DOWNEY:  I'M SORRY.  IT'S NUMBERED TWICE, BUT

04:03PM  11    IT'S 7384.

04:03PM  12                    THE COURT:  THANK YOU.

04:03PM  13                    THE CLERK:  SO FOR THE RECORD, COUNSEL, THE EXHIBIT

04:03PM  14    IS 7384?

04:03PM  15                    MR. DOWNEY:  THAT'S CORRECT.

04:03PM  16              (PAUSE IN PROCEEDINGS.)

04:04PM  17    BY MR. DOWNEY:

04:04PM  18    Q.  HAVE YOU HAD AN OPPORTUNITY TO REVIEW THAT?

04:04PM  19    A.  I HAVE.

04:04PM  20    Q.  DO YOU RECOGNIZE THIS AS AN EMAIL EXCHANGE RELATED TO THE

04:04PM  21    INVESTMENT THAT THE HALL GROUP MADE IN THERANOS BETWEEN

04:04PM  22    YOURSELF AND OTHERS?

04:04PM  23    A.  I DO.

04:04PM  24                    MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

04:04PM  25    7384.
```

04:04PM  1          MR. SCHENK:  YOUR HONOR, TWO OBJECTIONS.  FIRST,

04:04PM  2   IT'S HEARSAY.  SECOND, IT IS AFTER THE DATE WE DISCUSSED,

04:04PM  3   12-31-2013.

04:04PM  4          MR. DOWNEY:  YOUR HONOR, I THINK THE EMAIL IS FROM

04:04PM  5   2014.  THE DATE WE DISCUSSED WAS THE END OF 2015.

04:05PM  6          THE COURT:  AND IS IT HEARSAY?

04:05PM  7          MR. DOWNEY:  WELL, I -- LET ME SEE.

04:05PM  8          THE COURT:  SURE.

04:05PM  9   BY MR. DOWNEY:

04:05PM 10   Q.   IS THIS AN EMAIL THAT WAS EXCHANGED DURING THE COURSE OF

04:05PM 11   BUSINESS OF THE HALL GROUP RELATED TO ITS INVESTMENTS IN

04:05PM 12   COMPANIES?

04:05PM 13   A.   IT WAS.

04:05PM 14   Q.   AND IS THERE A SYSTEM IN PLACE AT THE HALL GROUP TO

04:05PM 15   PRESERVE THE EMAILS THAT IT SENDS?

04:05PM 16   A.   THERE IS.

04:05PM 17   Q.   AND WAS THIS EMAIL -- EXCHANGE OF EMAILS, ARE THOSE

04:05PM 18   EMAILS, WHEN THEY ARE EXCHANGED, DO THEY -- ARE THEY GENERALLY

04:05PM 19   MADE AT OR NEAR THE TIME OF THE EVENTS THAT THEY REFER TO?

04:05PM 20   A.   YEAH, I GUESS I DON'T -- I DON'T UNDERSTAND THAT QUESTION,

04:05PM 21   SO --

04:05PM 22   Q.   WELL, DO THEY RELATE TO EVENTS THAT ARE CURRENT AT THE

04:05PM 23   TIME THAT IS EXCHANGED IN THE EMAIL?

04:05PM 24   A.   YES.

04:05PM 25   Q.   AND DO PERSONS AT THE HALL GROUP STRIVE FOR THE EMAILS TO

```
04:06PM   1    ACCURATELY REFLECT WHAT IS GOING ON?

04:06PM   2    A.   I BELIEVE SO.

04:06PM   3    Q.   OKAY.

04:06PM   4         MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

04:06PM   5    7384.

04:06PM   6         MR. SCHENK:  YOUR HONOR, SAME OBJECTION.  IT'S FROM

04:06PM   7    MR. HALL'S AOL TO SOMEONE WHO DOESN'T WORK AT HALL, AND THE

04:06PM   8    INDIVIDUAL THAT IT'S SENT TO I THINK WAS NOT PART OF THE

04:06PM   9    ORDINARY BUSINESS OF THE HALL GROUP.  I THINK IT HAD TO DO WITH

04:06PM   10   A SPECIAL ARRANGEMENT THAT MR. HALL MADE WITH SOME OTHER

04:06PM   11   INDIVIDUAL.  THIS IS NOT A BUSINESS RECORD.

04:06PM   12        MR. DOWNEY:  YOUR HONOR, I WOULD JUST SAY COUPLE OF

04:06PM   13   THINGS.  FIRST, THIS WITNESS HAS ACTUALLY HIMSELF SIGNED AN

04:06PM   14   AUTHENTICATION OF DOCUMENTS THAT HAVE BEEN PRODUCED AS BUSINESS

04:06PM   15   RECORDS.

04:06PM   16      SECOND, THIS EMAIL GOES TO THIS WITNESS AT THE BUSINESS

04:06PM   17   ADDRESS, I BELIEVE, OF THE HALL GROUP.  AND SO IT WAS PRINTED,

04:06PM   18   I THINK, THERE.

04:06PM   19        THE COURT:  WELL, THERE'S -- LET ME JUST SAY, I

04:06PM   20   THINK THERE'S A FEW GAPS HERE AS FAR AS 803(6).

04:07PM   21      BUT -- AND THE QUESTION IS RELIABILITY.

04:07PM   22      WHY DON'T YOU JUST ASK -- I'LL ALLOW THIS TO COME IN BASED

04:07PM   23   ON YOU --

04:07PM   24        MR. DOWNEY:  WELL, I DON'T HAVE TO PUBLISH IT,

04:07PM   25   YOUR HONOR, IF THAT'S THE ISSUE.
```

04:07PM  1          THE COURT:  SURE.  WHY DON'T YOU JUST PROBE THIS AND

04:07PM  2  GET WHAT YOU NEED OUT OF IT.  MINE IT FOR WHAT YOU NEED AND

04:07PM  3  THEN WE CAN MOVE ON.

04:07PM  4          MR. DOWNEY:  OKAY.

04:07PM  5  Q.  DO YOU RECALL THAT MR. HALL LEFT TO TAKE A TRIP DURING THE

04:07PM  6  LATTER PART OF 2013 WHEN THIS INVESTMENT WAS UNDER

04:07PM  7  CONSIDERATION?

04:07PM  8  A.  I DO.

04:07PM  9  Q.  AND DO YOU RECALL THAT WHEN HE LEFT, THE HALL GROUP HAD

04:07PM 10  NOT YET MADE A DECISION AS TO WHETHER OR NOT TO INVEST?

04:07PM 11  A.  I DO.

04:07PM 12  Q.  AND DO YOU RECALL THAT HE ADVISED YOU THAT THERE WAS A

04:07PM 13  RANGE OF INVESTMENT AMOUNT AND YOU COULD SELECT THAT WHEN THE

04:07PM 14  INVESTMENT DECISION WAS MADE?

04:07PM 15  A.  THAT'S CORRECT.

04:07PM 16  Q.  AND DO YOU RECALL THAT HE TOLD YOU YOU COULD EVEN CHOOSE

04:07PM 17  NOT TO INVEST IF YOU THOUGHT THAT WAS APPROPRIATE?

04:08PM 18  A.  CORRECT.

04:08PM 19  Q.  AND SO WAS IT THE CASE THAT YOU PERSONALLY ULTIMATELY MADE

04:08PM 20  THE DECISION TO INVEST IN THERANOS?

04:08PM 21  A.  YEAH.  YOU KNOW, SO WE -- MY DISCUSSIONS WITH MR. HALL HAD

04:08PM 22  BEEN THAT WE WERE, THAT WE WERE GOING TO INVEST UP TO

04:08PM 23  $5 MILLION.

04:08PM 24      WHEN HE LEFT, HE ANTICIPATED THAT WE WERE GOING TO MAKE AN

04:08PM 25  INVESTMENT.  SO HE WOULD HAVE BEEN SURPRISED IF WE HAD NOT

04:08PM 1    INVESTED ANYTHING.

04:08PM 2        BUT I THINK YOU'RE ACCURATE THAT, YOU KNOW, IF I WOULD

04:08PM 3    HAVE CHOSEN NOT TO MAKE AN INVESTMENT, THAT WOULD HAVE BEEN

04:08PM 4    OKAY.

04:08PM 5    Q.   AND DO YOU RECALL THAT HE HAD A TECHNICAL ISSUE RELATED

04:08PM 6    TO -- THAT RAISED A CONCERN FOR HIM IN CONNECTION WITH THE

04:08PM 7    INVESTMENT?

04:08PM 8    A.   I'M NOT AWARE OF IT.  I MEAN, MY DISCUSSIONS WITH MR. HALL

04:08PM 9    HAD BEEN PRIMARILY AROUND THE FACT THAT WE WANTED TO BE A

04:08PM 10   DIRECT INVENTOR WITH THERANOS, AND SO I THINK THAT THE TECH

04:09PM 11   ISSUE THAT HE REFERS TO HERE IS A TECHNICAL ISSUE, AN ISSUE OF

04:09PM 12   WANTING TO MAKE SURE THAT WE WOULD BE A DIRECT INVESTOR OF THE

04:09PM 13   COMPANY.

04:09PM 14   Q.   DO YOU RECALL DISCUSSING WITH MR. HALL HIS VIEW OF

04:09PM 15   ANALYZING AND DILIGENCE THAT COULD BE DONE ON THE INVESTMENT?

04:09PM 16   A.   CERTAINLY WE HAD HAD LOTS OF DISCUSSIONS ABOUT HOW TO

04:09PM 17   ANALYZE THE OPPORTUNITY THAT, YOU KNOW, EXISTED.

04:09PM 18   Q.   OKAY.  DID HE TELL YOU THAT HE THOUGHT IT WAS A DEAL THAT

04:09PM 19   HAD HUGE POTENTIAL?

04:09PM 20   A.   CERTAINLY.  YEAH, IN THOSE DISCUSSIONS WE BOTH FELT LIKE

04:09PM 21   THERE WAS POTENTIAL.

04:09PM 22   Q.   OKAY.  AND DO YOU THINK THAT HE -- DO YOU RECALL HIM

04:09PM 23   HAVING THE VIEW THAT THE DEAL WAS REALLY HARD TO ANALYZE OR

04:09PM 24   UNDERSTAND?

04:09PM 25   A.   YOU KNOW, I KNOW HE REFERENCES THAT HERE.  YOU KNOW, I

04:09PM  1    KNOW THAT WE BOTH, OVER THOSE LOTS OF YEARS LIKE WE TALKED

04:09PM  2    ABOUT, HAD WISHED WE HAD MORE CONCRETE FINANCIAL INFORMATION.

04:10PM  3         AND, YOU KNOW, SO IT'S HARD TO -- I MEAN, I KNOW HE SAYS

04:10PM  4    HERE THAT IT'S HARD TO UNDERSTAND OR ANALYZE.

04:10PM  5         I DON'T KNOW SPECIFICALLY WHAT THINGS HE WAS TALKING

04:10PM  6    ABOUT.  BUT I WOULD AGREE THAT IT WAS HARD TO ANALYZE.

04:10PM  7    Q.   BUT YOUR BEST UNDERSTANDING AT THE TIME THAT YOU MADE THE

04:10PM  8    INVESTMENT WAS THAT THERANOS -- FIRST, THAT THERANOS WAS IN

04:10PM  9    RETAIL PARTNERSHIPS AND THOSE STORES WOULD ROLL OUT; CORRECT?

04:10PM  10   A.   CORRECT.

04:10PM  11   Q.   AND THEN IF THAT WAS SUCCESSFUL, THEY MIGHT RETURN TO

04:10PM  12   OTHER AREAS OF THEIR BUSINESS, INCLUDING THE PHARMACEUTICAL

04:10PM  13   BUSINESS AND THE MILITARY BUSINESS; CORRECT?

04:10PM  14   A.   WELL, LIKE I SAID, I DIDN'T REALIZE THAT WAS A COMPLETE

04:10PM  15   PAUSE, AND FROM THE LANGUAGE WE READ EARLIER, IT DIDN'T SEEM

04:10PM  16   LIKE A COMPLETE PAUSE.

04:10PM  17        BUT, YOU KNOW, I DID KNOW THAT RETAIL REPRESENTED A LARGE

04:10PM  18   ENOUGH OPPORTUNITY AND A LARGE ENOUGH INVESTMENT OF TIME AND

04:10PM  19   CAPITAL THAT IT WAS THE PRIMARY OPPORTUNITY AT THE MOMENT.

04:10PM  20   Q.   AND YOU THOUGHT THE FACT THAT WALGREENS HAD MADE A

04:10PM  21   DECISION TO ENTER INTO A RETAIL PARTNERSHIP WITH THERANOS WAS

04:11PM  22   SIGNIFICANT; CORRECT?

04:11PM  23   A.   I DID THINK IT WAS VERY SIGNIFICANT.

04:11PM  24   Q.   AND YOU THOUGHT THAT WALGREENS HAD LIKELY DONE A FAIR

04:11PM  25   AMOUNT OF DUE DILIGENCE IN CONNECTION WITH ITS DECISION TO DO

04:11PM  1    THAT; CORRECT?

04:11PM  2    A.   I WOULD HAVE BELIEVED THAT.

04:11PM  3    Q.   AND THAT WOULD HAVE BEEN IMPORTANT TO YOU IN MAKING YOUR

04:11PM  4    DECISION; CORRECT?

04:11PM  5    A.   IT WOULD HAVE FACTORED INTO IT.

04:11PM  6    Q.   AND YOU ALSO KNEW DURING THE PERIOD IN BETWEEN YOUR TWO

04:11PM  7    INVESTMENTS THAT DON LUCAS AND CHRIS LUCAS HAD SOME INVOLVEMENT

04:11PM  8    IN CONNECTION WITH THERANOS; CORRECT?

04:11PM  9    A.   I DID.

04:11PM 10    Q.   AND I THINK AS WE DISCUSSED BEFORE, DON LUCAS WAS A VERY

04:11PM 11    SOPHISTICATED INVESTOR AND A PERSON WITH A SUBSTANTIAL

04:11PM 12    REPUTATION AS A TECHNOLOGY INVESTOR; CORRECT?

04:11PM 13    A.   CORRECT.

04:11PM 14    Q.   AND THAT WAS IMPORTANT TO YOU IN MAKING YOUR DECISION;

04:11PM 15    CORRECT?

04:11PM 16    A.   THAT FACTORED INTO IT.

04:11PM 17    Q.   AND I THINK WE SAW DURING YOUR --

04:11PM 18    A.   NOW, LET ME SAY THIS.  SO, YOU KNOW, DON'S INVOLVEMENT

04:12PM 19    FACTORED IN A BIG WAY INTO OUR FIRST INVESTMENT.

04:12PM 20        AND TO THIS 2013 INVESTMENT, I DON'T REMEMBER WITH

04:12PM 21    CLARITY.  I KNOW AT SOME POINT HE STEPPED AWAY FROM THE

04:12PM 22    COMPANY, OR AT LEAST STEPPED FARTHER AWAY, AND SO I DON'T

04:12PM 23    REMEMBER EXACTLY WHEN IN THE TIMEFRAME, BUT CERTAINLY HIS

04:12PM 24    INVOLVEMENT -- OR HIS INVOLVEMENT I DON'T THINK WAS AS MUCH

04:12PM 25    AROUND THIS SECOND INVESTMENT AS IT WAS AROUND THE FIRST.

04:12PM  1    Q.   BUT YOU ASSUMED IN CONNECTION WITH THE RELATIONSHIP THAT

04:12PM  2    HALL GROUP HAD WITH THERANOS THROUGH THOSE YEARS THAT HE HAD

04:12PM  3    DONE -- HE HAD THE ABILITY TO EVALUATE THERANOS; CORRECT?

04:12PM  4    A.   I -- CORRECT.

04:12PM  5    Q.   AND YOU KNEW HE WAS CHAIRMAN OF THE BOARD; CORRECT?

04:12PM  6    A.   CORRECT.

04:12PM  7    Q.   AND YOU ASSUMED THE BOARD OF DIRECTORS HAD REGULAR

04:12PM  8    MEETINGS, FOR EXAMPLE; CORRECT?

04:12PM  9    A.   I DID ASSUME THAT.

04:12PM  10   Q.   AND THAT WOULD HAVE INFLUENCED YOU AS TO WHETHER THERANOS

04:12PM  11   WOULD HAVE CONTINUED ITS DEVELOPMENT THROUGH THOSE YEARS;

04:13PM  12   CORRECT?

04:13PM  13   A.   CORRECT.

04:13PM  14   Q.   AND I THINK MR. SCHENK SHOWED YOU A RELEASE THAT THERANOS

04:13PM  15   PUT OUT IN THE MIDDLE OF 2013 RELATED TO ITS BOARD; CORRECT?

04:13PM  16   A.   CORRECT.

04:13PM  17   Q.   AND IS IT SAFE TO SAY THAT RECOGNIZING THAT THEY HAD A

04:13PM  18   BOARD WITH PEOPLE WHO WERE WELL REGARDED WAS -- INFLUENCED YOU

04:13PM  19   IN CONNECTION WITH MAKING YOUR 2013 INVESTMENT?

04:13PM  20   A.   THAT CERTAINLY WOULD HAVE BEEN A POSITIVE, NOT A NEGATIVE.

04:13PM  21   Q.   OKAY.  IS THAT SOMETHING THAT YOU TYPICALLY EVALUATE IN

04:13PM  22   CONNECTION WITH MAKING INVESTMENTS?

04:13PM  23   A.   YOU KNOW, CERTAINLY WE LOOK AT MANAGEMENT TEAMS AND BOARD

04:13PM  24   OF DIRECTORS AND EXPERTISE THAT THEY HAVE.

04:13PM  25   Q.   OKAY.  AND IS IT FAIR TO SAY THAT YOU UNDERSTOOD THAT

04:13PM   1    THERANOS HAD A VERY SUBSTANTIAL PATENT PORTFOLIO?

04:13PM   2    A.   I DID.

04:13PM   3    Q.   AND DID THAT INFLUENCE YOUR DECISION TO MAKE AN INVESTMENT

04:13PM   4    IN 2013?

04:13PM   5    A.   YOU KNOW, I DON'T KNOW IN 2013.  IT CERTAINLY DID IN 2006.

04:14PM   6    Q.   OKAY.  DID YOU GAIN ANY MORE INFORMATION THAT YOU RECALL

04:14PM   7    IN THE PERIOD 2006 TO 2013 ABOUT THE PATENT PORTFOLIO?

04:14PM   8    A.   YOU KNOW, I BELIEVE IN MY CONVERSATIONS WITH CHRIS WE

04:14PM   9    WOULD HAVE REFERENCED ONCE OR TWICE THAT THERE WOULD HAVE BEEN

04:14PM  10    ONGOING PATENTS THAT WOULD HAVE BEEN APPLIED FOR AND GRANTED,

04:14PM  11    OR THAT THERE WERE -- THERE WAS A LOT OF WORK RELATIVE TO THE

04:14PM  12    INTELLECTUAL PROPERTY THAT WAS ONGOING.

04:14PM  13        IN FACT, I THINK IT WAS EVEN REFERENCED ON ONE OF THE

04:14PM  14    TAPES, ONE OF THE SEGMENTS OF THE TAPE THAT WE LISTENED TO.

04:14PM  15    Q.   OKAY.  BUT IT'S FAIR TO SAY THAT YOU, YOU -- IN MAKING THE

04:14PM  16    INVESTMENT, YOU VIEWED THIS AS A COMPANY THAT HAD A LOT OF

04:14PM  17    POTENTIAL FOR THE FUTURE; CORRECT?

04:14PM  18    A.   THAT'S CORRECT.

04:14PM  19    Q.   AND YOU WERE ATTRACTED TO ITS MISSION; CORRECT?

04:14PM  20    A.   I WAS, CORRECT.

04:14PM  21    Q.   AND YOU FELT THAT THE -- AS A RESULT OF ALL OF THE

04:14PM  22    INFORMATION THAT YOU HAD BEEN ABLE TO GATHER OVER THE YEARS,

04:14PM  23    THE INVESTMENT MADE SENSE; CORRECT?

04:14PM  24    A.   I DID.

04:14PM  25    Q.   AND YOU HAD THE ABILITY TO PARTICIPATE OR NOT PARTICIPATE

TOLBERT CROSS BY MR. DOWNEY                                    4565

04:15PM  1   IN THE INVESTMENT; CORRECT?

04:15PM  2   A.   CORRECT.

04:15PM  3   Q.   MR. SCHENK SHOWED YOU THE LANGUAGE IN THE LEGAL DOCUMENTS

04:15PM  4   RELATED TO ACTUALLY MAKING THE INVESTMENT; CORRECT?

04:15PM  5   A.   THAT'S CORRECT.

04:15PM  6   Q.   ARE THOSE THE ONLY DOCUMENTS THAT YOU RECEIVED FROM

04:15PM  7   THERANOS IN THE WINDOW BETWEEN DECEMBER 20TH AND DECEMBER 31ST?

04:15PM  8   A.   I BELIEVE THEY ARE.

04:15PM  9   Q.   DID THOSE DOCUMENTS ACCURATELY DESCRIBE THE SOPHISTICATION

04:15PM 10   OF THE HALL GROUP AS INVESTORS?

04:15PM 11   A.   THEY DID.

04:15PM 12   Q.   AND WAS IT THE CASE THAT YOU HAD ASKED ALL OF THE

04:15PM 13   QUESTIONS THAT YOU WANTED TO ASK PRIOR TO THE TIME THAT YOU

04:15PM 14   MADE THE INVESTMENT?

04:15PM 15   A.   YOU KNOW, CERTAINLY WE HAD LOTS OF ADDITIONAL QUESTIONS

04:15PM 16   THAT WE WOULD HAVE LIKED TO HAVE ASKED, BUT WE FELT SATISFIED

04:15PM 17   THAT WE HAD ENOUGH INFORMATION TO MOVE FORWARD WITH THE

04:15PM 18   INVESTMENT.

04:15PM 19   Q.   OKAY.

04:15PM 20        YOUR HONOR, I THINK I MIGHT BE DONE, BUT ONE MOMENT?

04:15PM 21            THE COURT:  SURE.

04:16PM 22       (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

04:16PM 23            MR. DOWNEY:  YOUR HONOR, THAT'S ALL FOR

04:16PM 24   CROSS-EXAMINATION.

04:16PM 25            THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

| | | |
|---|---|---|
| 04:16PM | 1 | THANK YOU, MR. DOWNEY. |
| 04:16PM | 2 | MR. SCHENK. |
| 04:16PM | 3 | MR. SCHENK:  YES.  THANK YOU. |

**REDIRECT EXAMINATION**

BY MR. SCHENK:

Q.  MR. TOLBERT, MR. DOWNEY ASKED YOU SOME QUESTIONS AND
PLAYED A PORTION OF A RECORDING THAT I PLAYED FOR YOU.  IT
WAS --

YOUR HONOR, FOR THE RECORD, IT'S AT LINE 22 ON PAGE 18 OF
SIDE A.

AND IN THIS SECTION I WANT TO GIVE YOU AN OPPORTUNITY TO
EXPAND.  YOU SAID, I DON'T THINK THAT THEY WERE PAUSING
EVERYTHING, ALL MILITARY AND ALL PHARMACEUTICAL WORK.

MS. HOLMES SAYS, "OBVIOUSLY, TO BE ABLE TO DO WHAT WE HAVE
JUST DONE, WE HAD TO PAUSE A LARGE NUMBER OF OUR ONGOING
PHARMACEUTICAL AND MILITARY PROGRAMS SO THAT WE COULD FOCUS
LIKE A LASER ON THIS AND EXECUTING ON THIS."

IS THERE MORE YOU WANTED TO TESTIFY ABOUT FOR THAT
CONCEPT?

A.  WELL, YOU KNOW WE, WE -- MY UNDERSTANDING WAS THAT THERE
WERE LOTS OF PHARMACEUTICAL CONTRACTS AND WORK GOING ON AND
THERE WAS A LARGE NUMBER OF, YOU KNOW, MILITARY DEPLOYMENT
APPLICATIONS.

AND SO WHEN IT SAID WE'RE PAUSING -- WHAT WAS THE LANGUAGE
AGAIN?

04:17PM 1    Q.   A LARGE NUMBER.

04:17PM 2    A.   -- A LARGE NUMBER, YOU KNOW, I DIDN'T TAKE THAT TO MEAN A

04:17PM 3    MAJORITY OR ALL OF THEM.

04:17PM 4         I JUST THOUGHT IT MEANT IF THERE WAS 100 GOING ON, MAYBE

04:17PM 5    WE WOULD PAUSE 30 OR 40, OR WHATEVER THE CASE MAY BE.

04:17PM 6         SO, YOU KNOW, I DIDN'T -- WHEN I HEARD THAT, I DIDN'T

04:17PM 7    THINK, OH, EVERYTHING HAS STOPPED EXCEPT FOR RETAIL.

04:17PM 8    Q.   WHEN MS. HOLMES SAID THAT THEY HAD TO PAUSE ONGOING

04:18PM 9    PHARMACEUTICAL WORK, DID YOU THINK THAT THERANOS HAD ONGOING

04:18PM 10   PHARMACEUTICAL WORK IN DECEMBER OF 2013?

04:18PM 11   A.   I BELIEVE THEY DID.

04:18PM 12   Q.   WHEN MS. HOLMES SAID THAT SHE HAD TO PAUSE ONGOING

04:18PM 13   MILITARY PROGRAMS, DID YOU THINK THAT THEY HAD ONGOING MILITARY

04:18PM 14   PROGRAMS IN DECEMBER OF 2013?

04:18PM 15   A.   I DID.

04:18PM 16   Q.   MR. DOWNEY ALSO ASKED YOU IF THERE WAS A TIME DURING THE

04:18PM 17   CALL WHERE MS. HOLMES SAID THAT THE TECHNOLOGY COULD DO

04:18PM 18   THOUSANDS OF TESTS.

04:18PM 19        DO YOU REMEMBER THAT QUESTION?

04:18PM 20   A.   I DO.

04:18PM 21   Q.   AND DO YOU RECALL MS. HOLMES SAYING, "AND BECAUSE WE HAVE

04:18PM 22   MADE IT POSSIBLE TO RUN ANY COMBINATION OF LAB TESTS FROM THESE

04:18PM 23   TINY SAMPLES, THE PHYSICIAN CAN NOW SAY ON THE LAB FORM IF IN

04:18PM 24   MY EXAMPLE HEMOGLOBIN IS LOW, AUTOMATICALLY RUN IRON AND B12

04:18PM 25   AND OTHER TESTS ON THE SAME SAMPLE BECAUSE BIG DEDICATED TUBES

04:18PM  1    OF BLOOD ARE NO LONGER REQUIRED TO RUN EACH OF THOSE DIFFERENT

04:18PM  2    ASSAY METHODOLOGIES WHICH REQUIRE THEIR OWN BIG ANALYZERS IN A

04:18PM  3    TRADITIONAL LAB."

04:19PM  4         DO YOU RECALL MS. HOLMES SAYING THAT?

04:19PM  5    A.   I DO.

04:19PM  6    Q.   AND INSTEAD OF MS. HOLMES SAYING THEY COULD RUN THOUSANDS

04:19PM  7    OF TESTS, THE QUESTION THAT MR. DOWNEY ASKED YOU, DID SHE SAY

04:19PM  8    THAT THEY COULD RUN ANY COMBINATION OF LAB TESTS FROM THESE

04:19PM  9    TINY SAMPLES?

04:19PM 10    A.   CORRECT.

04:19PM 11    Q.   THANK YOU.

04:19PM 12         NO FURTHER QUESTIONS, YOUR HONOR.

04:19PM 13              THE COURT:  MR. DOWNEY?

04:19PM 14                    **RECROSS-EXAMINATION**

04:19PM 15    BY MR. DOWNEY:

04:19PM 16    Q.   JUST TWO QUESTIONS I THINK.

04:19PM 17         YOU RECALL THE QUESTION AND ANSWER BETWEEN MR. HALL AND

04:19PM 18    MS. HOLMES THAT APPEARED ON THE TAPE?

04:19PM 19         YOU HAVE TO GIVE A VERBAL AUDIBLE ANSWER.

04:19PM 20    A.   YES, I DO REMEMBER.

04:19PM 21    Q.   AND DO YOU RECALL THAT MR. HALL ASKED, REALLY WHAT IS THE

04:19PM 22    PURPOSE OF THESE INVESTMENTS?

04:19PM 23         DO YOU RECALL THAT?

04:19PM 24    A.   I DO.

04:19PM 25    Q.   AND DO YOU RECALL THAT MS. HOLMES ANSWERED BY DESCRIBING

```
04:19PM   1    DEVELOPMENTS THAT WOULD TAKE PLACE IN CONNECTION WITH THE

04:19PM   2    RETAIL PROJECTS OF THERANOS?

04:20PM   3    A.   I DO.

04:20PM   4              MR. DOWNEY:  THAT'S ALL I HAVE, YOUR HONOR.

04:20PM   5              THE COURT:  THANK YOU.

04:20PM   6              MR. SCHENK:  NO FURTHER QUESTIONS.

04:20PM   7              THE COURT:  MAY THIS WITNESS BE EXCUSED?

04:20PM   8              MR. SCHENK:  YES.

04:20PM   9              MR. DOWNEY:  YES, YOUR HONOR.

04:20PM  10              THE COURT:  YOU'RE EXCUSED, SIR.  THANK YOU.

04:20PM  11              THE WITNESS:  THANK YOU.

04:20PM  12              THE COURT:  YOU'RE WELCOME.  JUST LEAVE THAT THERE.

04:20PM  13    THANK YOU.

04:20PM  14        ALL RIGHT.  THANK YOU, LADIES AND GENTLEMEN.  WE'LL NOW

04:20PM  15    TAKE OUR WEEKEND BREAK.  THANK YOU FOR YOUR GENEROSITY OF GOING

04:20PM  16    OVER THIS.  THIS WITNESS WAS FROM OUT OF TOWN AND, AS HE SAID,

04:20PM  17    HE WAS GRATEFUL ALSO FOR THE ABILITY TO LEAVE ON A FRIDAY.

04:20PM  18        I DO WANT TO, BEFORE WE ADJOURN, I DID WANT TO TALK TO YOU

04:20PM  19    ABOUT A SCHEDULE CHANGE FOR -- THIS IS FOR EVERYONE'S BENEFIT.

04:20PM  20        I'D LIKE TO CAPTURE SOME TIME.  I'VE TALKED TO YOU ABOUT

04:20PM  21    OUR DEFAULT NOW IS 3:00 O'CLOCK.  I'M GOING TO THINK ABOUT 4:00

04:21PM  22    O'CLOCK.  I'LL ASK YOU TO CONSIDER THAT, PLEASE.

04:21PM  23        BUT I ALSO WANT TO ASK YOU TO WRITE THESE DATES DOWN

04:21PM  24    BECAUSE THIS MIGHT -- I'M GOING TO ASK YOU IF WE CAN MEET ON

04:21PM  25    THESE DATES IN ADDITION.
```

```
 1
 2
 3                    CERTIFICATE OF REPORTERS
 4
 5
 6
 7         WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE
 8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
 9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO
10    HEREBY CERTIFY:
11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS
12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
13    ABOVE-ENTITLED MATTER.
14
15
16                    IRENE RODRIGUEZ, CSR, CRR
                      CERTIFICATE NUMBER 8076
17
18
19                    LEE-ANNE SHORTRIDGE, CSR, CRR
                      CERTIFICATE NUMBER 9595
20
21                    DATED:  OCTOBER 22, 2021
22
23
24
25
```