# Exhibit U

# Exhibit 1

GRAND JURY 20-1

NORTHERN DISTRICT OF CALIFORNIA

**ORIGINAL**

GJ INVESTIGATION NO. 2016R00024

REPORTER'S TRANSCRIPT OF PROCEEDINGS

TESTIMONY OF CHRISTOPHER McCOLLOW

AT 450 GOLDEN GATE AVENUE

SAN FRANCISCO, CALIFORNIA 94102

TUESDAY, JULY 14, 2020

FOR THE GOVERNMENT:
DAVID L. ANDERSON,
UNITED STATES ATTORNEY
BY: ROBERT LEACH, AUSA
UNITED STATES DEPARTMENT OF JUSTICE
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

```
1        A.    It doesn't appear that he did.
2        Q.    In fact, did he first come in roughly one
3   month before an inspection by CMS?
4        A.    Yes, which was about eight months after he
5   took over the job.
6        Q.    Okay.  And did CMS actually conduct an
7   inspection of Theranos beginning in, in or around
8   September 22nd, 2013?
9        A.    Yes.
10       Q.    And you've excerpted some texts from
11  Ms. Holmes and Mr. Balwani here:
12             "EH: Praying literally non stop"?
13       A.    Yes.
14       Q.    "SB," is SB a reference to Mr. Balwani?
15       A.    It is.
16       Q.    Okay.  Did he write to Ms. Holmes "Our
17  validation reports are terrible.  Really painful
18  going thru this process.  Same issues fda pointed
19  out"?
20       A.    Yes.
21       Q.    Okay.  Did he say "Going bad so far.
22  Pray"?
23       A.    Correct.  Yes.
24       Q.    Do you believe that to be a reference to
25  how the CMS investigation was going?
```

```
 1        A.   Yes.
 2        MR. LEACH:   And just for the record, one of the
 3   grand jurors has...
 4        THE FOREPERSON:   Left for the day.
 5        MR. LEACH:   ...left for I believe the rest of
 6   the day.
 7        THE FOREPERSON:   Yeah.
 8        MR. LEACH:   We still have a quorum.
 9        THE FOREPERSON:   Yeah.
10        MR. LEACH:   And we're fine.
11        THE FOREPERSON:   Yeah.
12        Q.   BY MR. LEACH:   There's a bullet here,
13   "1/25/2016 report."   Do you see that, Inspector
14   McCollow?
15        A.   I do.
16        Q.   And is that a reference to a report issued
17   by CMS about Theranos's Newark lab?
18        A.   Yes.
19        Q.   And did CMS conclude the Theranos facility
20   is not in compliance with all of the conditions
21   required for certification?
22        A.   Yes.
23        Q.   Did it also determine that the deficient
24   practices of the lab posed an immediate jeopardy to
25   patient health and safety?
```

```
 1      A.    Yes.
 2      Q.    Ultimately, did Theranos close its Newark
 3 lab?
 4      A.    They did.
 5      Q.    And did Theranos void all results reported
 6 for the assays run on the Edison 3.5 in 2014 and
 7 2015 and all PT/INR tests run on the ADVIA that
 8 went into use in October 2014 through September of
 9 2015?
10      A.    They did.
11      Q.    I draw your attention to the next slide.
12 The title is "Dr. Stephen Master Report."  Do you
13 see that?
14      A.    I do.
15      Q.    And are Dr. Master's qualifications
16 summarized in the first bullet?
17      A.    They are.
18      Q.    He's a lab director for Children's
19 Hospital in Philadelphia?
20      A.    Yes, he is.
21      Q.    And he's also an associate professor of
22 pathology and a fellow of the College of American
23 Pathologists and the American Association for
24 Clinical Chemistry?
25      A.    Correct.
```

```
 1  for obtaining money and property from patients by
 2  means of materially false and fraudulent pretenses,
 3  representations, promises, and material omissions
 4  with a duty to disclose, did knowingly transmit and
 5  cause to be transmitted by means of wire
 6  communication in interstate commerce certain
 7  writings, signs, signals, and pictures, that is,
 8  laboratory and blood test results and payments for
 9  the purchase of advertisements soliciting patients
10  and doctors for its laboratory business, as further
11  set forth below, in violation of Title 18, United
12  States Code, Section 1343."
13       I draw your attention to the next slide.  Does
14  this summarize the individual wire fraud counts
15  relating to the patients?
16       A.   Yes, they do.
17       Q.   And does Count Nine relate to a phone call
18  from Brent Bingham to Theranos regarding his lab
19  blood tests on or about October 12th, 2015?
20       A.   Yes.
21       Q.   And that was a phone call from Arizona to
22  California?
23       A.   Correct.
24       Q.   Count Ten, does that relate to the faxing
25  or Erin Tompkins' blood test results from
```

135

```
 1  California to Arizona on or about May 11th, 2015?
 2       A.   Yes.
 3       Q.   And the final wire fraud count, does that
 4  relate to a purchase of advertising time or space
 5  in the amount of $1.1 million from Theranos' bank
 6  account to Horizon Media's bank account?
 7       A.   Correct.
 8       Q.   I draw your attention to the next slide,
 9  which is titled "Count Nine."  Is this an excerpt
10  from a document relating to the phone call that
11  Brent Bingham made to Theranos?
12       A.   Yes, it is.
13       Q.   And can you read for us what was reported
14  on the far right?
15       A.   Yes.  In the yellow section:  "A patient
16  who came in for direct testing has been getting his
17  CBC done with us for a while and said he does have
18  a condition where he produces too many platelets.
19  They have been coming back higher than normal so he
20  had testing done at another lab and on the same day
21  went to a Theranos center to be drawn.  When
22  comparing the results, the other lab had platelets
23  of around 700 and our results came back as 909.  He
24  wanted to speak to someone that could explain why
25  there might be a discrepancy so he can continue to
```

```
 1  use us with confidence."
 2      Q.   So Mr. Bingham felt like he was getting
 3  faulty results outside of the norm of what he got
 4  from other providers?
 5      A.   Correct.
 6      Q.   And he gets frequent blood tests in order
 7  maintain his health?
 8      A.   Yes.
 9      Q.   Okay.  On the next slide have we
10  summarized statements that Mr. Bingham made to the
11  government?
12      A.   Yes.
13      Q.   And this wasn't an interview that you
14  performed.  This was by one of your colleagues
15  within the FBI?
16      A.   Correct.
17      Q.   And do you believe these to be a fair and
18  accurate description of statements made by
19  Mr. Bingham to the government?
20      A.   I do.
21      Q.   On the next slide I draw your attention up
22  to the top where it says "Brent Bingham."  Do you
23  see that?
24      A.   I do.
25      Q.   Are these further descriptions of what
```

```
 1  Mr. Bingham told the government?
 2       A.   Yes.
 3       Q.   That he compared his Theranos blood test
 4  on August 27th, 2015 with a result he received from
 5  a competing major lab an hour later; that he used
 6  Theranos because they were supposed to only use a
 7  tiny sample of blood.  There were also reports of
 8  positive technology breakthrough and that he paid
 9  for the tests with his own money, most likely a
10  credit card.  Is that a fair summary?
11       A.   Yes.
12       Q.   Does Count Ten relate to Erin Tompkins?
13       A.   Yes.
14       Q.   And on this slide have we summarized what
15  Ms. Tompkins told the government in an interview
16  with the FBI?
17       A.   Yes.
18       Q.   Okay.  She learned of Theranos on
19  Facebook?
20       A.   Correct.
21       Q.   And can you summarize those last two
22  bullets for us?
23       A.   Sure.  That Ms. Tompkins had her blood
24  drawn at her physician's office as part of an
25  annual checkup, and that annual checkup also
```

```
 1  included an HIV/AIDS screening.  And then after the
 2  test was done, someone from the office informs
 3  Ms. Tompkins that her HIV test was positive.  She
 4  felt terrible and awful and thought that she was
 5  dying, felt very emotional around that fact as
 6  well.
 7       She remembered receiving assurance from
 8  Dr. Asin that the test results could not be
 9  accurate, but that didn't make her feel any better.
10       Q.  And did she get retested by another lab
11  with the result coming back negative?
12       A.  She did.
13       Q.  And did Ms. Tompkins report paying for her
14  Theranos test?
15       A.  She did.  Yes.
16       Q.  Is this an excerpt... Grand Jury Exhibit
17  132, is this, and we've displayed portions of it,
18  an excerpt of the test?
19       A.  Yes.
20       Q.  And this appears to have been faxed on May
21  11th, 2015?
22       A.  Correct.
23       Q.  All right.  I draw your attention to the
24  next slide, which relates to Count Eleven, Grand
25  Jury Exhibit 79.  Is this a copy of the wire
```