# Exhibit X

1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

          UNITED STATES OF AMERICA,          )
6                                            )   CR-18-00258-EJD
                      PLAINTIFF,             )
7                                            )   SAN JOSE, CALIFORNIA
               VS.                           )
8                                            )   MARCH 30, 2022
          RAMESH "SUNNY" BALWANI,            )
9                                            )   VOLUME 11
                      DEFENDANT.             )
10        _____     )   PAGES 1444 - 1682

11

12                  TRANSCRIPT OF TRIAL PROCEEDINGS
                 BEFORE THE HONORABLE EDWARD J. DAVILA
13                  UNITED STATES DISTRICT JUDGE

14        A P P E A R A N C E S:

15        FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                                 BY:  JOHN C. BOSTIC
16                                    JEFFREY B. SCHENK
                                 150 ALMADEN BOULEVARD, SUITE 900
17                               SAN JOSE, CALIFORNIA 95113

18                               BY:  ROBERT S. LEACH
                                      KELLY VOLKAR
19                               1301 CLAY STREET, SUITE 340S
                                 OAKLAND, CALIFORNIA 94612
20
                  (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21
          OFFICIAL COURT REPORTER:
22                               IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                 CERTIFICATE NUMBER 8074
23

24            PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED WITH COMPUTER
25

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                    1480

09:45AM   1      A.   I CAN'T REMEMBER.

09:45AM   2      Q.   SO, IN OTHER WORDS, LAST WEEK YOU TALKED ABOUT SOME

09:45AM   3      SAMPLES THAT CAME FROM THE NEW YORK STATE LAB?

09:45AM   4      A.   CORRECT.

09:45AM   5      Q.   AND DO YOU UNDERSTAND THAT CAP IS ANOTHER GROUP THAT WOULD

09:45AM   6      SEND SAMPLES THAT LABS COULD TEST TO DETERMINE THEIR

09:45AM   7      PROFICIENCY?

09:45AM   8      A.   YEAH, I DIDN'T KNOW THAT.  BUT I IMAGINE SO.

09:45AM   9      Q.   OKAY.  IF YOU TURN TO PAGE 14 OF THE EXHIBIT.  YOU SEE

09:45AM   10     THERE'S A SECTION CALLED OUTLIER DETECTION TECHNIQUE?

09:45AM   11     A.   YES.

09:45AM   12     Q.   AND I'M ASSUMING YOU'RE NOT FAMILIAR WITH THE COUNCIL OF

09:45AM   13     AMERICAN PATHOLOGISTS OUTLIER DETECTION TECHNIQUE THAT THEY

09:46AM   14     RECOMMEND, ARE YOU?

09:46AM   15     A.   NO.

09:46AM   16     Q.   OKAY.  I'D LIKE TO GO TO ANOTHER EXHIBIT, 1287.

09:46AM   17          EXHIBIT 1287 IS ANOTHER EXHIBIT YOU SAW ON DIRECT,

09:46AM   18     MS. CHEUNG?

09:46AM   19     A.   YES.

09:46AM   20     Q.   AND IF WE LOOK AT THE TOP OF THE EMAIL, YOU SEE THERE'S AN

09:46AM   21     EMAIL FROM DR. SAKSENA TO ELIZABETH HOLMES AND DANIEL YOUNG

09:46AM   22     WITH A COPY TO THE OTHER PEOPLE LISTED THERE.

09:46AM   23          DO YOU SEE THAT?

09:46AM   24     A.   CORRECT.

09:46AM   25     Q.   AND YOU TESTIFIED LAST WEEK ON DIRECT THAT THESE WERE A

CHEUNG CROSS BY MR. COOPERSMITH (RES.) 1481

09:47AM 1    GROUP OF INDIVIDUALS THAT REGULARLY COMMUNICATED ABOUT ISSUES

09:47AM 2    LIKE QUALITY CONTROL FAILURES?

09:47AM 3    A.   YES.

09:47AM 4    Q.   AND THEN YOU TESTIFIED THAT THE DOCUMENT INVOLVES A

09:47AM 5    RESOLUTION OF A QC FAILURE ISSUE AT THERANOS?

09:47AM 6    A.   YES.   CORRECT.

09:47AM 7    Q.   OKAY.   I'D LIKE TO SHOW YOU EXHIBIT 1288 THAT SHOULD BE IN

09:47AM 8    THE SAME BINDER.   IF NOT, I CAN HAND IT UP.

09:47AM 9    A.   I DON'T HAVE IT.

09:47AM 10           MR. COOPERSMITH:  MAY I APPROACH, YOUR HONOR?

09:47AM 11           THE COURT:  YES.

09:47AM 12           MR. COOPERSMITH:  (HANDING.)

09:48AM 13   Q.   OKAY.   LOOKING AT EXHIBIT 1288, DO YOU SEE AT THE TOP

09:48AM 14   THERE'S THE SAME GROUP OF INDIVIDUALS WHO ARE INVOLVED IN THE

09:48AM 15   EMAIL STRING?

09:48AM 16   A.   YES.

09:48AM 17   Q.   OKAY.   SAME GROUP AS IN EXHIBIT 1287?

09:48AM 18   A.   YES.

09:48AM 19   Q.   AND THEN YOU SEE IT INVOLVES THE SAME, THE SAME SUBJECT

09:48AM 20   HEADING THAT THE OTHER EXHIBIT 1287 DOES?

09:48AM 21   A.   YES.

09:48AM 22   Q.   AND YOU SEE THAT IN THE BODY OF -- IF YOU JUST SORT OF

09:49AM 23   FLIP THROUGH THE PAGES, MS. CHEUNG -- THAT SOME OF THE EMAILS

09:49AM 24   IN EXHIBIT 1287 ARE ALSO IN 1288?

09:49AM 25   A.   CORRECT.

1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

      UNITED STATES OF AMERICA,        )  CR-18-00258-EJD
6                                      )
                        PLAINTIFF,     )  SAN JOSE, CALIFORNIA
7                                      )
                VS.                    )  APRIL 13, 2022
8                                      )
      RAMESH "SUNNY" BALWANI,          )  VOLUME 17
9                                      )
                        DEFENDANT.     )  PAGES 2465 - 2724
10    _____  )
                                          **SEALED PAGES** 2718 - 2724
11

12               TRANSCRIPT OF TRIAL PROCEEDINGS
              BEFORE THE HONORABLE EDWARD J. DAVILA
              UNITED STATES DISTRICT JUDGE
13
      A P P E A R A N C E S:
14

15    FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
                            BY:  JOHN C. BOSTIC
16                               JEFFREY B. SCHENK
                            150 ALMADEN BOULEVARD, SUITE 900
17                          SAN JOSE, CALIFORNIA 95113

                            BY:  ROBERT S. LEACH
18                               KELLY VOLKAR
                            1301 CLAY STREET, SUITE 340S
19                          OAKLAND, CALIFORNIA 94612

20         (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21    OFFICIAL COURT REPORTER:
                            IRENE L. RODRIGUEZ, CSR, RMR, CRR
22                          CERTIFICATE NUMBER 8074

23

          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
24            TRANSCRIPT PRODUCED WITH COMPUTER

25

01:26PM   1    Q.   AND THE GOVERNMENT ASKED YOU ABOUT THE DEMO APP IN

01:26PM   2    CONNECTION WITH THE NULL PROTOCOL.

01:26PM   3         WE WERE TALKING ABOUT THAT LAST WEEK; RIGHT?

01:26PM   4    A.   YES.

01:26PM   5    Q.   AND THERE WAS NOTHING OR YOU DIDN'T BELIEVE YOU WERE DOING

01:26PM   6    ANYTHING NEFARIOUS IN RUNNING THESE DEMOS USING THE DEMO APP OR

01:26PM   7    THE NULL PROTOCOL, DID YOU?

01:26PM   8    A.   NO.

01:26PM   9    Q.   YOU WEREN'T TRYING TO TRICK ANYONE; RIGHT?

01:26PM  10    A.   RIGHT.

01:26PM  11    Q.   YOU WEREN'T TRYING TO PULL THE WOOL OVER ANYONE'S EYES;

01:26PM  12    CORRECT?

01:26PM  13    A.   CORRECT.

01:26PM  14    Q.   AND YOU HAD NO REASON TO BELIEVE AT THE TIME THAT ANYONE

01:27PM  15    ELSE AT THERANOS WAS DOING THAT; RIGHT?

01:27PM  16    A.   RIGHT.

01:27PM  17    Q.   YOU WERE SIMPLY RUNNING THE DEMOS TO TRY TO SHOW A VISITOR

01:27PM  18    HOW THE TECHNOLOGY WORKED; RIGHT?

01:27PM  19    A.   CORRECT.

01:27PM  20    Q.   AND MANY OF THE MACHINES THAT YOU WERE DOING THAT ON WERE

01:27PM  21    NEXT GENERATION MACHINES; RIGHT?

01:27PM  22    A.   AT A CERTAIN POINT, YES.

01:27PM  23    Q.   OKAY.  IF YOU COULD, MR. EDLIN, TURN IN YOUR BINDER TO

01:27PM  24    20486.

01:28PM  25    A.   OKAY.

2725

```
 1                  UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4

     UNITED STATES OF AMERICA,          )
 5                                       )   CR-18-00258-EJD
                         PLAINTIFF,      )
 6                                       )   SAN JOSE, CALIFORNIA
               VS.                       )
 7                                       )   APRIL 15, 2022
     RAMESH "SUNNY" BALWANI,             )
 8                                       )   VOLUME 18
                         DEFENDANT.      )
 9   _____ )   PAGES 2725 - 2841

10

11              TRANSCRIPT OF TRIAL PROCEEDINGS
            BEFORE THE HONORABLE EDWARD J. DAVILA
12               UNITED STATES DISTRICT JUDGE

13   A P P E A R A N C E S:

14   FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
                           BY:  JOHN C. BOSTIC
15                              JEFFREY B. SCHENK
                           150 ALMADEN BOULEVARD, SUITE 900
16                         SAN JOSE, CALIFORNIA 95113

17                         BY:  ROBERT S. LEACH
                                KELLY VOLKAR
18                         1301 CLAY STREET, SUITE 340S
                           OAKLAND, CALIFORNIA 94612

19

20            (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21   OFFICIAL COURT REPORTER:
                           IRENE L. RODRIGUEZ, CSR, RMR, CRR
                           CERTIFICATE NUMBER 8074
22

23        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
               TRANSCRIPT PRODUCED WITH COMPUTER
24

25
```

EDLIN CROSS BY MS. WALSH (RES.)                                    2736

09:30AM   1        SITTING FOR THE INTERVIEW; CORRECT?

09:30AM   2        A.   YES.

09:31AM   3        Q.   WERE YOU PRESENT FOR THAT INTERVIEW?

09:31AM   4        A.   NO.

09:31AM   5        Q.   DO YOU KNOW IF MR. BALWANI WAS PRESENT?

09:31AM   6        A.   I DON'T.  I DON'T BELIEVE HE WAS.

09:31AM   7        Q.   ALL RIGHT.  NOW, I WANT TO TURN TO YOUR TESTIMONY ABOUT

09:31AM   8        YOUR RELATIONSHIPS WITH THE MILITARY.  OKAY?

09:31AM   9            GENERALLY SPEAKING, IS IT FAIR TO SAY THAT IT WAS

09:31AM  10        MS. HOLMES WHO HAD THE RELATIONSHIPS WITH THE DIFFERENT

09:31AM  11        COMPONENTS OF THE MILITARY?

09:31AM  12        A.   YES.

09:31AM  13        Q.   AND SHE WAS THE ONE LEADING THERANOS'S EFFORTS IN THOSE

09:31AM  14        RELATIONSHIPS; IS THAT CORRECT?

09:31AM  15        A.   CORRECT.

09:31AM  16        Q.   AND SO YOU WORKED CLOSELY WITH HER IN YOUR COMMUNICATIONS

09:31AM  17        WITH THE MILITARY; CORRECT?

09:31AM  18        A.   CORRECT.

09:31AM  19        Q.   SO THE FIRST COMPONENT I WANT TO ASK YOU ABOUT IS SOCOM.

09:31AM  20            DO YOU REMEMBER TESTIFYING ABOUT THAT?

09:31AM  21        A.   YES.

09:31AM  22        Q.   AND WHAT DOES SOCOM STAND FOR?

09:31AM  23        A.   SPECIAL OPERATIONS COMMAND.

09:32AM  24        Q.   OKAY.  THE GOVERNMENT SHOWED YOU EXHIBIT 504, WHICH IS IN

09:32AM  25        EVIDENCE.

EDLIN CROSS BY MS. WALSH (RES.)                                    2737

```
09:32AM   1              AND, YOUR HONOR, CAN WE PUBLISH THAT?

09:32AM   2                     THE COURT:  YES.

09:32AM   3                     MS. WALSH:  IF WE CAN PULL THAT UP.

09:32AM   4       Q.   AND THIS WAS THE EMAIL TO MAJOR COOK; CORRECT?

09:32AM   5       A.   CORRECT.

09:32AM   6       Q.   AND THAT WAS WITH THE ATTACHMENT THAT DESCRIBED THERANOS.

09:32AM   7            DO YOU REMEMBER THAT?

09:32AM   8       A.   YES.

09:32AM   9       Q.   AND MR. BALWANI IS NOT ON EITHER ONE OF THESE EMAILS IN

09:32AM  10       THE CHAIN; IS THAT RIGHT?

09:32AM  11       A.   RIGHT.

09:32AM  12       Q.   IF WE CAN TURN TO THE ATTACHMENT ON PAGE 6, THE PROJECT

09:33AM  13       SCOPE.

09:33AM  14            YOU WERE ASKED ABOUT THAT; RIGHT?

09:33AM  15       A.   YES.

09:33AM  16       Q.   AND THE SCOPE OF THE PROJECT CONTEMPLATED MILITARY

09:33AM  17       INTERACTIONS; CORRECT?

09:33AM  18       A.   YES.

09:33AM  19       Q.   AND IT CONTEMPLATED THE ABILITY TO TEST AND TRIAGE WOUNDED

09:33AM  20       SOLDIERS AT THE TIME OF IMPACT AND DURING EVACUATION ON THE

09:33AM  21       MEDEVAC; RIGHT?

09:33AM  22       A.   RIGHT.

09:33AM  23       Q.   AND THAT WAS ONE OF THE GOALS OF THE RELATIONSHIP; RIGHT?

09:33AM  24       A.   CORRECT.

09:33AM  25       Q.   AND YOU ENDED UP SHIPPING THREE DEVICES TO SOCOM; RIGHT?
```

EDLIN CROSS BY MS. WALSH (RES.)                                        2738

09:33AM   1    A.   RIGHT.

09:33AM   2    Q.   AND SO SOCOM HAD THE DEVICES IN THEIR POSSESSION; CORRECT?

09:33AM   3    A.   CORRECT.

09:33AM   4    Q.   THEY COULD HAVE DONE TESTING WHILE THE DEVICE WAS IN THEIR

09:33AM   5    POSSESSION; RIGHT?

09:33AM   6    A.   I BELIEVE THEY JUST HAD DEVICES AND NOT CARTRIDGES.

09:33AM   7    Q.   OKAY.  BUT THEY HAD THE DEVICES APART FROM THERANOS,

09:33AM   8    SEPARATE AND APART FROM THERANOS; RIGHT?

09:33AM   9    A.   RIGHT.

09:33AM  10    Q.   ALL RIGHT.  SO YOU ALSO TESTIFIED ABOUT THE U.S. ARMY BURN

09:34AM  11    STUDY.

09:34AM  12         DO YOU REMEMBER THAT?

09:34AM  13    A.   YES.

09:34AM  14    Q.   AND THAT WAS A STUDY THAT WAS CONDUCTED AS A PART OF

09:34AM  15    THERANOS PARTNERING WITH THE U.S. ARMY; RIGHT?

09:34AM  16    A.   I'M NOT SURE WHETHER THE OFFICIAL PARTNERSHIP WAS WITH THE

09:34AM  17    ARMY OR THE AMERICAN BURN ASSOCIATION, BUT IT WAS IN

09:34AM  18    CONSULTATION WITH THE ARMY.

09:34AM  19    Q.   OKAY.  IN CONSULTATION WITH.

09:34AM  20         AND THERE WERE MEMBERS OF THE MILITARY THAT YOU WORKED

09:34AM  21    WITH IN CONNECTION WITH THAT STUDY; IS THAT FAIR?

09:34AM  22    A.   YES.

09:34AM  23    Q.   AND THE STUDY HAD ALREADY BEGUN WHEN YOU HAD ARRIVED AT

09:34AM  24    THERANOS; RIGHT?

09:34AM  25    A.   CORRECT.

EDLIN CROSS BY MS. WALSH (RES.) 2739

09:34AM 1    Q.   AND THE DOCTOR WHO WAS LEADING THE STUDY WAS

09:34AM 2    DR. KEVIN CHUNG; RIGHT?

09:34AM 3    A.   RIGHT.

09:34AM 4    Q.   AND HE WAS A MEMBER OF THE MILITARY; CORRECT?

09:34AM 5    A.   CORRECT.

09:34AM 6    Q.   AND THE STUDY WAS FUNDED, WAS IT NOT, BY THE U.S. ARMY

09:34AM 7    INSTITUTE OF SURGICAL RESEARCH?

09:34AM 8    A.   RIGHT.

09:34AM 9    Q.   AND THE STUDY WAS A CLINICAL TRIAL, WASN'T IT?

09:34AM 10   A.   I AM NOT SURE.

09:34AM 11   Q.   OKAY.  WELL, WE'LL LOOK AT A DOCUMENT AND THAT MAY HELP

09:35AM 12   YOU ANSWER THAT.

09:35AM 13   A.   OKAY.

09:35AM 14   Q.   BUT DURING THE COURSE OF THIS STUDY YOU SENT THERANOS

09:35AM 15   DEVICES TO VARIOUS DIFFERENT HOSPITALS AROUND THE COUNTRY;

09:35AM 16   RIGHT?

09:35AM 17   A.   RIGHT.

09:35AM 18   Q.   AND WE SAW THAT YESTERDAY IN THAT LIST OF DEVICES THAT

09:35AM 19   WERE SENT OUT TO DIFFERENT STATES AND DIFFERENT CITIES.

09:35AM 20       DO YOU REMEMBER THAT?

09:35AM 21   A.   YES.

09:35AM 22   Q.   OKAY.  AND THERE WERE ABOUT 40 EDISONS THAT WERE SENT TO

09:35AM 23   DIFFERENT HOSPITALS, GIVE OR TAKE?

09:35AM 24   A.   I THINK THAT'S ABOUT RIGHT.

09:35AM 25   Q.   AND THE HOSPITAL RECEIVED THE DEVICES AND WERE ABLE TO USE

EDLIN CROSS BY MS. WALSH (RES.)                        2740

09:35AM   1    THOSE DEVICES ON THEIR OWN; RIGHT?

09:35AM   2    A.   RIGHT.

09:35AM   3    Q.   AND THAT WAS FOR THE PURPOSES OF THE STUDY; CORRECT?

09:35AM   4    A.   CORRECT.

09:35AM   5    Q.   AND THE DEVICES THAT WERE SENT WERE 3 SERIES DEVICES;

09:35AM   6    RIGHT?

09:35AM   7    A.   CORRECT.

09:35AM   8    Q.   OKAY.  AND SO THE POINT OF THE STUDY WAS TO DO AN

09:35AM   9    EVALUATION OF SEPSIS IN CONNECTION WITH BURN VICTIMS.

09:35AM   10       DO YOU REMEMBER THAT?

09:35AM   11   A.   YES.

09:35AM   12   Q.   AND THE ARMY OR THE PEOPLE WHO WERE DOING THIS STUDY CAME

09:36AM   13   TO LEARN THAT BURN VICTIMS HAVE A PARTICULAR SUSCEPTIBILITY TO

09:36AM   14   SEPSIS; IS THAT RIGHT?

09:36AM   15   A.   YES.

09:36AM   16   Q.   OKAY.  AND SEPSIS IS AN EXTREMELY SERIOUS CONDITION;

09:36AM   17   CORRECT?

09:36AM   18   A.   CORRECT.

09:36AM   19   Q.   IT CAN BE LIFE THREATENING; RIGHT?

09:36AM   20   A.   RIGHT.

09:36AM   21   Q.   AND SO THE POINT OF THE STUDY WAS TO TRY TO IMPROVE

09:36AM   22   TREATMENT FOR THOSE BURN VICTIMS TO PREVENT SEPSIS; CORRECT?

09:36AM   23   PREVENT OR TREAT SEPSIS?

09:36AM   24   A.   I THINK THAT'S FAIR.

09:36AM   25   Q.   OKAY.  AND YOUR ROLE IN THE STUDY WAS ESSENTIALLY AS A

EDLIN CROSS BY MS. WALSH (RES.)                                    2741

09:36AM   1     COORDINATOR; RIGHT?

09:36AM   2     A.   RIGHT.

09:36AM   3     Q.   SIMILAR TO YOUR ROLE IN OTHER ASPECTS OF THE COMPANY -- OF

09:36AM   4     THERANOS; RIGHT?

09:36AM   5     A.   RIGHT.

09:36AM   6     Q.   AND IN THAT ROLE, YOU COMMUNICATED WITH RESEARCH

09:36AM   7     COORDINATORS AT THE DIFFERENT HOSPITALS; RIGHT?

09:36AM   8     A.   RIGHT.

09:36AM   9     Q.   IF THEY HAD QUESTIONS, THEY WOULD CONTACT YOU?

09:36AM  10     A.   RIGHT.

09:36AM  11     Q.   AND YOU DID TRAINING AT THE HOSPITALS; CORRECT?

09:37AM  12     A.   CORRECT.

09:37AM  13     Q.   SOME OF THE HOSPITALS ALREADY HAD THE 3.0 DEVICES; RIGHT?

09:37AM  14     A.   CORRECT.

09:37AM  15     Q.   AND SOME DIDN'T; RIGHT?

09:37AM  16     A.   RIGHT.

09:37AM  17     Q.   AND FOR ONES WHO DIDN'T, YOU SENT THOSE DEVICES TO THE

09:37AM  18     HOSPITALS; CORRECT?

09:37AM  19     A.   YES.

09:37AM  20     Q.   OKAY.  AND WHEN YOU SENT THOSE DEVICES TO THOSE HOSPITALS,

09:37AM  21     YOU WORKED WITH THE SOFTWARE ENGINEERS AT THERANOS TO PREPARE

09:37AM  22     THE DEVICES; RIGHT?

09:37AM  23     A.   RIGHT.

09:37AM  24     Q.   BECAUSE THE DEVICES HAD TO BE PREPARED AND PACKAGED AND

09:37AM  25     SHIPPED OUT TO THE HOSPITALS.

09:37AM    1              IS THAT FAIR?

09:37AM    2      A.   YES.

09:37AM    3      Q.   OKAY.  SO TURN IN YOUR BINDER TO 10462.

09:37AM    4      A.   OKAY.  LET ME JUST GET THERE.

09:38AM    5      Q.   OKAY.  IS THIS AN EMAIL BETWEEN YOU AND A PERSON NAMED

09:38AM    6      ELSA COATES AND OTHERS?

09:38AM    7      A.   YES.

09:38AM    8      Q.   IT'S FROM ELSA COATES; CORRECT?

09:38AM    9      A.   CORRECT.

09:38AM   10      Q.   AND WHO WAS ELSA COATES?

09:38AM   11      A.   SHE WAS A CLINICAL RESEARCH COORDINATOR WITH THE ARMY.

09:38AM   12      Q.   OKAY.  AND THE DATE OF THE EMAIL IS NOVEMBER 9TH, 2012; IS

09:38AM   13      THAT RIGHT?

09:38AM   14      A.   YES.

09:38AM   15      Q.   AND WAS THIS EMAIL IN CONNECTION WITH YOUR WORK FOR THE

09:38AM   16      BURN STUDY?

09:38AM   17      A.   YES.

09:38AM   18              MS. WALSH:  YOUR HONOR, WE OFFER 10462.

09:38AM   19              MR. BOSTIC:  NO OBJECTION.

09:38AM   20              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:38AM   21          (DEFENDANT'S EXHIBIT 10462 WAS RECEIVED IN EVIDENCE.)

09:38AM   22      BY MS. WALSH:

09:38AM   23      Q.   OKAY.  LET'S TAKE A LOOK AT PAGE 1, THIS FIRST PAGE THAT

09:38AM   24      WE ARE ON.

09:38AM   25              THIS EMAIL WAS SENT FROM ELSA COATES TO YOU AND A WHOLE

EDLIN CROSS BY MS. WALSH (RES.)                                2743

09:38AM 1     GROUP OF OTHER PEOPLE.

09:38AM 2         DO YOU SEE THAT?

09:38AM 3     A.  YES.

09:38AM 4     Q.  AND GOING DOWN TO THE FOURTH PARAGRAPH, THE EMAIL GIVES

09:39AM 5     SOME DIRECTIONS ON WHERE YOU SHOULD BE DROPPED OFF.

09:39AM 6         DO YOU SEE THAT?

09:39AM 7     A.  YES.

09:39AM 8     Q.  AND IT'S THE SAN ANTONIO MILITARY MEDICAL CENTER; RIGHT?

09:39AM 9     A.  YES.

09:39AM 10    Q.  AND IT SAYS IT'S "FORMALLY KNOWN AS THE BROOKE ARMY

09:39AM 11    MEDICAL CENTER"; RIGHT?

09:39AM 12    A.  RIGHT.

09:39AM 13    Q.  IF WE CAN TURN TO PAGE 2, THERE WAS A LONG LIST OF PEOPLE

09:39AM 14    AT THE TOP OF PAGE 2 WHO WERE GOING TO THIS MEETING?

09:39AM 15    A.  RIGHT.

09:39AM 16    Q.  AND JUST SO IT'S CLEAR, THIS WAS ABOUT A MEETING THAT YOU

09:39AM 17    WERE GOING TO ATTEND WITH A BUNCH OF OTHER PEOPLE; RIGHT?

09:39AM 18    A.  CORRECT.

09:39AM 19    Q.  AND THESE PEOPLE ARE ON THE EMAIL?

09:39AM 20    A.  YES.

09:39AM 21    Q.  AND THIS LIST ARE SOME OF THE ATTENDEES AT THAT MEETING;

09:39AM 22    RIGHT?

09:39AM 23    A.  YES.

09:39AM 24    Q.  AND SOME OF THEM YOU CAN SEE ARE MEDICAL DOCTORS; RIGHT?

09:39AM 25    A.  CORRECT.

EDLIN CROSS BY MS. WALSH (RES.)                                 2744

09:39AM  1      Q.   AND THERE'S YOU AT THE BOTTOM; RIGHT?

09:40AM  2      A.   YES.

09:40AM  3      Q.   AND YOU'RE REPRESENTING THERANOS?

09:40AM  4      A.   RIGHT.

09:40AM  5      Q.   AND IF WE GO DOWN TO THE LAST EMAIL OR THE LAST ONE ON

09:40AM  6      PAGE 2, THIS IS FROM ELSA COATES?

09:40AM  7      A.   CORRECT.

09:40AM  8      Q.   AND SHE SAYS, "OUR OBJECTIVE IS TO PROVIDE EXTENSIVE

09:40AM  9      TRAINING ON THE PROTOCOL AND INTERVENTIONAL PROCEDURES,

09:40AM  10     THERANOS READERS, VELOS/PAPER, CRFS, REGULATORY DOCUMENTS, AND

09:40AM  11     THE DCC WEBSITE."

09:40AM  12          DO YOU SEE THAT?

09:40AM  13     A.   YES.

09:40AM  14     Q.   AND SO THIS WAS AN EMAIL IN FURTHERANCE OF YOUR PROVIDING

09:40AM  15     TRAINING ON THE THERANOS READERS; IS THAT RIGHT?

09:40AM  16     A.   THAT'S RIGHT.

09:40AM  17     Q.   AND THEN YOU WENT TO THE DIFFERENT HOSPITAL TO GIVE THAT

09:40AM  18     TRAINING; CORRECT?

09:40AM  19     A.   TO -- YES.  I WENT TO SOME OF THE HOSPITAL.  NOT ALL.

09:40AM  20     Q.   SOME?

09:40AM  21     A.   RIGHT.

09:40AM  22     Q.   AND HOW MANY DID YOU GO TO?  DO YOU REMEMBER?

09:40AM  23     A.   I DON'T REMEMBER EXACTLY.  IT COULD BE FIVE OR SIX.

09:41AM  24     Q.   OKAY.  AND THOSE WERE IN VARIOUS DIFFERENT PARTS OF THE

09:41AM  25     COUNTRY?

EDLIN CROSS BY MS. WALSH (RES.)                          2745

```
09:41AM   1      A.   CORRECT.

09:41AM   2      Q.   OKAY.  AND SO WHEN YOU WENT TO THE HOSPITAL, AND EVEN WHEN

09:41AM   3      YOU WERE BACK AT THERANOS, YOU WOULD KEEP IN CONTACT WITH THE

09:41AM   4      PEOPLE AT THE HOSPITAL RUNNING THOSE MACHINES; IS THAT FAIR?

09:41AM   5      A.   YES.

09:41AM   6      Q.   AND IF THEY HAD QUESTIONS ABOUT THE MACHINE, THEY WOULD

09:41AM   7      CALL YOU; RIGHT?

09:41AM   8      A.   YES.

09:41AM   9      Q.   AND IF THEY HAD ANY ISSUES, LIKE CONNECTIVITY REGARDING

09:41AM  10      THE MACHINES, THEY WOULD CONTACT YOU; CORRECT?

09:41AM  11      A.   CORRECT.

09:41AM  12      Q.   OR SOMETIMES CARTRIDGES NEEDED TO BE REPLACED.  THAT WOULD

09:41AM  13      BE SOMETHING THAT YOU WOULD TALK TO THEM ABOUT; RIGHT?

09:41AM  14      A.   RIGHT.

09:41AM  15      Q.   OKAY.  AND YOU WERE THE ONE RESPONSIBLE FOR GETTING THEM

09:41AM  16      WHATEVER THEY NEEDED SO THAT THEY COULD RUN THE MACHINE IN THE

09:41AM  17      HOSPITAL; RIGHT?

09:41AM  18      A.   RIGHT.

09:41AM  19      Q.   AND SO ONCE THE STUDY BEGAN, DATA STARTED TO BE GENERATED;

09:42AM  20      RIGHT?

09:42AM  21      A.   RIGHT.

09:42AM  22      Q.   BLOOD SAMPLES WERE TAKEN FROM THE PATIENTS; RIGHT?

09:42AM  23      A.   RIGHT.

09:42AM  24      Q.   AND THE SAMPLES WERE ANALYZED ON THE THERANOS READERS;

09:42AM  25      RIGHT?
```

09:42AM  1     A.   RIGHT.

09:42AM  2     Q.   THEY WERE SENT BACK DIGITALLY TO THERANOS; CORRECT?

09:42AM  3     A.   THE DATA, YES.

09:42AM  4     Q.   THE DATA, YES.

09:42AM  5          AND THAT DATA WAS PROVIDED TO DR. CHUNG; RIGHT?

09:42AM  6     A.   YES.

09:42AM  7     Q.   HE WAS THE ONE WHO WAS IN CHARGE OF THE ENTIRE STUDY;

09:42AM  8     CORRECT?

09:42AM  9     A.   CORRECT.

09:42AM  10    Q.   AND THAT STUDY WENT ON FOR THREE OR FOUR YEARS, DIDN'T IT?

09:42AM  11    A.   IT DID.

09:42AM  12    Q.   AT THE END OF THE STUDY, A REPORT WAS PUBLISHED ON THE

09:42AM  13    FINDINGS.

09:42AM  14         DO YOU REMEMBER THAT?

09:42AM  15    A.   YES.

09:42AM  16    Q.   AND THAT WAS A CULMINATION OF ALL OF THE WORK THAT HAD

09:42AM  17    BEEN DONE OVER THE THREE OR FOUR YEARS FOR THAT STUDY; RIGHT?

09:42AM  18    A.   RIGHT.

09:42AM  19    Q.   AND IT INVOLVED A LOT OF WORK; RIGHT?

09:42AM  20    A.   YES.

09:42AM  21    Q.   IT INVOLVED OTHER SCIENTISTS AT THERANOS; CORRECT?

09:42AM  22    A.   CORRECT.

09:42AM  23    Q.   SOFTWARE ENGINEERS; RIGHT?

09:42AM  24    A.   RIGHT.

09:42AM  25    Q.   AND YOU PLAYED A COORDINATING ROLE IN THOSE EFFORTS;

EDLIN CROSS BY MS. WALSH (RES.)                    2747

09:42AM  1    CORRECT?

09:42AM  2    A.   YES.

09:42AM  3    Q.   OKAY.  IF YOU CAN TURN TO 7694.

09:43AM  4         DO YOU SEE THAT?

09:43AM  5    A.   YES.

09:43AM  6    Q.   AND IS THAT THE RESULT OF THE STUDY THAT WAS PUBLISHED ON

09:43AM  7    THE BURN STUDY?

09:43AM  8    A.   YES.

09:43AM  9              MS. WALSH:  YOUR HONOR WE OFFER 7694?

09:43AM  10             MR. BOSTIC:  NO OBJECTION.

09:43AM  11             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:43AM  12        (DEFENDANT'S EXHIBIT 7694 WAS RECEIVED IN EVIDENCE.)

09:43AM  13   BY MS. WALSH:

09:43AM  14   Q.   OKAY.  SO LET'S JUST TAKE A LOOK FIRST AT THE TITLE OF

09:43AM  15   THIS EXHIBIT.

09:43AM  16        THE TITLE IS HIGH-VOLUME HEMOFILTRATION IN ADULT BURN

09:43AM  17   PATIENTS WITH SEPTIC SHOCK AND ACUTE KIDNEY INJURY; A MULTI

09:43AM  18   CENTER RANDOMIZED CONTROLLED TRIAL."

09:43AM  19        DO YOU SEE THAT?

09:43AM  20   A.   YES.

09:43AM  21   Q.   AND BELOW THE TITLE IS KEVIN K. CHUNG.

09:43AM  22        THAT'S DR. CHUNG; RIGHT?

09:43AM  23   A.   YES.

09:43AM  24   Q.   AND THEN THERE'S ELSA COATES, WHO YOU WERE ALSO IN CONTACT

09:44AM  25   WITH; RIGHT?

EDLIN CROSS BY MS. WALSH (RES.)                                    2748

09:44AM   1      A.   RIGHT.

09:44AM   2      Q.   AND THEN AT THE BOTTOM OF THIS PAGE, THIS REPORT WAS

09:44AM   3      PRESENTED ON MARCH 24TH, 2017.

09:44AM   4           IS THAT CORRECT?

09:44AM   5      A.   YES.

09:44AM   6      Q.   AND THAT WAS AFTER YOU LEFT THERANOS; RIGHT?

09:44AM   7      A.   YES.

09:44AM   8      Q.   OKAY.  AND IF WE GO TO PAGE 3 OF THE REPORT, THE TOP LEFT

09:44AM   9      PARAGRAPH, DO YOU SEE ALL SIX CYTOKINES, AND THEN THERE'S A

09:44AM  10      LIST OF THESE DIFFERENT ABBREVIATIONS?

09:44AM  11      A.   YES.

09:44AM  12      Q.   OKAY.  AND IT SAYS THEY WERE MEASURED BY A SANDWICH ELISA

09:44AM  13      METHOD ON THE THERANOS 3.0 DEVICE?

09:44AM  14      A.   YES.

09:44AM  15      Q.   AND THOSE ABBREVIATIONS, EACH ONE OF THOSE IS A DIFFERENT

09:44AM  16      ASSAY, IS IT NOT?

09:44AM  17      A.   THAT'S MY UNDERSTANDING.

09:44AM  18      Q.   SO THERE WERE SIX DIFFERENT ASSAYS THAT WERE USED IN

09:45AM  19      CONNECTION WITH THE STUDY; RIGHT?

09:45AM  20      A.   RIGHT.

09:45AM  21      Q.   ALL ON THE 3.0 DEVICE?

09:45AM  22      A.   RIGHT.

09:45AM  23      Q.   OKAY.  IF YOU CAN TURN TO PAGE 7 OF THE REPORT.

09:45AM  24           PAGE 7 HAS THE ACKNOWLEDGEMENTS FOR THE STUDY; RIGHT?

09:45AM  25      A.   RIGHT.

| | | |
|---|---|---|
| 09:45AM | 1 | Q.   AND IN THE SECOND COLUMN, IT'S A LITTLE HARD TO FIND, BUT |
| 09:45AM | 2 | IN THE TOP PARAGRAPH ABOVE THE WORD "FUNDING," ABOUT FIVE LINES |
| 09:45AM | 3 | UP. |
| 09:45AM | 4 |      DO YOU SEE THAT? |
| 09:45AM | 5 | A.   YES. |
| 09:45AM | 6 | Q.   THERE'S AN ACKNOWLEDGEMENT FOR THERANOS; RIGHT? |
| 09:45AM | 7 | A.   RIGHT. |
| 09:45AM | 8 | Q.   AND ELIZABETH HOLMES; CORRECT? |
| 09:45AM | 9 | A.   CORRECT. |
| 09:45AM | 10 | Q.   AND DANIEL YOUNG; RIGHT? |
| 09:45AM | 11 | A.   RIGHT. |
| 09:45AM | 12 | Q.   AND YOU; RIGHT? |
| 09:45AM | 13 | A.   RIGHT. |
| 09:45AM | 14 | Q.   AND THEN BELOW THAT IT SAYS, "THE FUNDING - THIS WORK WAS |
| 09:45AM | 15 | FUNDED BY THE UNITED STATES ARMY MEDICAL RESEARCH AND MATERIAL |
| 09:45AM | 16 | COMMAND." |
| 09:45AM | 17 |      DO YOU SEE THAT? |
| 09:45AM | 18 | A.   I DO. |
| 09:46AM | 19 | Q.   OKAY.  YOU CAN TAKE THAT DOWN. |
| 09:46AM | 20 |      SO THIS STUDY WAS A SUCCESS.  IT RESULTED IN DATA BEING |
| 09:46AM | 21 | GENERATED; RIGHT? |
| 09:46AM | 22 |         MR. BOSTIC:  OBJECTION COMPOUND. |
| 09:46AM | 23 |         THE COURT:  DO YOU WANT TO ASK BOTH THOSE |
| 09:46AM | 24 | SEPARATELY. |
| 09:46AM | 25 |         MS. WALSH:  SURE. |

EDLIN CROSS BY MS. WALSH (RES.)                                    2750

09:46AM   1      Q.    MR. EDLIN, THIS STUDY RESULTED IN DATA BEING GENERATED;

09:46AM   2      RIGHT?

09:46AM   3      A.    RIGHT.

09:46AM   4      Q.    FROM THE THERANOS MACHINES; CORRECT?

09:46AM   5      A.    RIGHT.

09:46AM   6      Q.    AND THAT DATA WAS ANALYZED BY DR. CHUNG; RIGHT?

09:46AM   7      A.    RIGHT.

09:46AM   8      Q.    IT ENDED UP IN A REPORT; CORRECT?

09:46AM   9      A.    CORRECT.

09:46AM  10      Q.    AND THAT REPORT WAS PRESENTED TO A MEDICAL ASSOCIATION;

09:46AM  11      RIGHT?

09:46AM  12      A.    RIGHT.

09:46AM  13      Q.    AND IT WAS PUBLISHED; RIGHT?

09:46AM  14      A.    RIGHT.

09:46AM  15      Q.    AND SO THE STUDY WAS A SUCCESS; IS THAT FAIR?

09:46AM  16      A.    I BELIEVE I WOULD SAY THAT THE STUDY WAS COMPLETED.  I

09:46AM  17      THINK THE INVESTIGATORS WERE HOPING TO GET MORE PATIENTS

09:46AM  18      ENROLLED, BUT IT WAS COMPLETED.

09:47AM  19      Q.    OKAY.  BUT FOR THE PATIENTS WHO WERE, THESE WERE BURN

09:47AM  20      VICTIMS; RIGHT?

09:47AM  21      A.    RIGHT.

09:47AM  22      Q.    SO FOR THE PATIENTS WHO WERE ENROLLED --

09:47AM  23             MADAM COURT REPORTER:  EXCUSE ME.  ONE MOMENT,

09:47AM  24      COUNSEL.

09:47AM  25             THE COURT:  EXCUSE ME.  I HEAR SOME DEVICE GOING

                          UNITED STATES COURT REPORTERS

EDLIN CROSS BY MS. WALSH (RES.)                    2751

09:47AM   1        OFF.  CAN EVERYONE PLEASE CHECK YOUR DEVICES.

09:47AM   2             IS IT YOUR MACHINE?

09:48AM   3                  MADAM COURT REPORTER:  I DON'T KNOW.

09:48AM   4                  THE COURT:  MS. WALSH.

09:48AM   5                  MS. WALSH:  SHOULD WE PAUSE AGAIN?

09:48AM   6             (PAUSE IN PROCEEDINGS.)

09:49AM   7        BY MS. WALSH:

09:49AM   8        Q.   SO, MR. EDLIN, UNDERSTANDING THAT THERE WERE PERHAPS NOT

09:49AM   9        AS MANY PATIENTS AS EVERYONE WANTED IN THE STUDY, THE PATIENTS

09:49AM  10        WHO DID PARTICIPATE IN THE STUDY, DATA WAS GENERATED FROM THOSE

09:49AM  11        PATIENTS; RIGHT?

09:49AM  12        A.   CORRECT.

09:49AM  13        Q.   AND THE STUDY WAS COMPLETED; RIGHT?

09:49AM  14        A.   YES.

09:49AM  15        Q.   AND A REPORT WAS PUBLISHED AND DELIVERED AT A CONFERENCE;

09:49AM  16        CORRECT?

09:49AM  17        A.   YES.

09:49AM  18        Q.   OKAY.  LET'S NOW MOVE ON TO YOUR WORK IN CONNECTION WITH

09:50AM  19        THE AFRICAN COMMAND.  OKAY?

09:50AM  20        A.   YES.

09:50AM  21        Q.   AND THAT'S ABBREVIATED AS AFRICOM; RIGHT?

09:50AM  22        A.   YES.

09:50AM  23        Q.   AND WHAT AFRICOM IS, IS IT'S THE MILITARY COMMAND FOR ALL

09:50AM  24        OF -- ALL OF THE MILITARY WHO IS DOING WORK ON THE AFRICAN

09:50AM  25        CONTINENT; IS THAT RIGHT?

EDLIN CROSS BY MS. WALSH (RES.)                    2752

09:50AM  1    A.   RIGHT.

09:50AM  2    Q.   OKAY.  AND THE GOVERNMENT ASKED YOU YESTERDAY WHETHER ANY

09:50AM  3    CLINICAL TESTING WAS PERFORMED ON THE MACHINE, ON THE THERANOS

09:50AM  4    MACHINE THAT WAS GIVEN TO AFRICOM.

09:50AM  5         DO YOU REMEMBER THAT?

09:50AM  6    A.   YES.

09:50AM  7    Q.   AND THE ANSWER WAS NO, THERE WAS NO CLINICAL TESTING

09:50AM  8    PERFORMED; RIGHT?

09:50AM  9    A.   RIGHT.

09:50AM 10    Q.   BUT THE FIRST STEP OF THAT RELATIONSHIP, WAS JUST TO SEE

09:50AM 11    HOW THE DEVICE PERFORMED IN CONDITIONS IN AFRICA; IS THAT

09:50AM 12    RIGHT?

09:50AM 13    A.   RIGHT.

09:50AM 14    Q.   BECAUSE THERE WERE EXTREME TEMPERATURES IN AFRICA; RIGHT?

09:50AM 15    A.   RIGHT.

09:50AM 16    Q.   AND AFRICOM HAD TO MAKE SURE THAT THE DEVICE COULD

09:50AM 17    WITHSTAND THOSE CONDITIONS; RIGHT?

09:50AM 18    A.   CORRECT.

09:51AM 19    Q.   AND SO YOU WERE, AGAIN, A COORDINATOR FOR THE DISCUSSIONS

09:51AM 20    WITH AFRICOM; RIGHT?

09:51AM 21    A.   RIGHT.

09:51AM 22    Q.   LET'S TAKE A LOOK THEN, IN CONNECTION WITH YOUR WORK,

09:51AM 23    LET'S TAKE A LOOK AT 13993 IN YOUR BINDER.

09:51AM 24         DO YOU SEE THAT?

09:51AM 25    A.   I DO.

EDLIN CROSS BY MS. WALSH (RES.)                                2753

09:51AM 1    Q.   AND JUST TAKE A LOOK THROUGH THE CHAIN.  IT'S A LONG

09:51AM 2    EMAIL.

09:51AM 3    A.   I'M FAMILIAR WITH IT, YES.

09:51AM 4    Q.   OKAY.  IS THAT AN EMAIL CHAIN WITH LIEUTENANT COLONEL

09:52AM 5    GIVENS, MS. HOLMES, CHRISTIAN HOLMES, AND YOU ABOUT YOUR WORK

09:52AM 6    IN CONNECTION WITH AFRICOM?

09:52AM 7    A.   YES.

09:52AM 8         MS. WALSH:  YOUR HONOR, THE GOVERNMENT -- WE OFFER

09:52AM 9    13993.

09:52AM 10        MR. BOSTIC:  YOUR HONOR, I WOULD OBJECT TO THIS

09:52AM 11   COMING IN WITHOUT THE ATTACHMENT.

09:52AM 12        THE COURT:  IS THAT A?

09:52AM 13        MS. WALSH:  IT IS A.  THAT'S FINE.

09:52AM 14        THE COURT:  DO YOU SEEK TO ADMIT 993 AND 993A?

09:52AM 15        MS. WALSH:  I'M HAPPY TO DO THAT, YES.

09:52AM 16        MR. BOSTIC:  NO OBJECTION.

09:52AM 17        THE COURT:  BOTH OF THOSE ARE ADMITTED 13993 AND

09:52AM 18   13993A ARE ADMITTED.  THEY MAY BE PUBLISHED.

09:52AM 19        (DEFENDANT'S EXHIBITS 13993 AND 13993A WERE RECEIVED IN

09:52AM 20   EVIDENCE.)

09:52AM 21   BY MS. WALSH:

09:52AM 22   Q.   OKAY.  SO LET'S TURN TO PAGE 11 OF THE EMAIL CHAIN.

09:52AM 23        ARE YOU THERE?

09:52AM 24   A.   YES.

09:52AM 25   Q.   OKAY.  THIS IS AN EMAIL FROM MELISSA GIVENS TO YOU,

EDLIN CROSS BY MS. WALSH (RES.)                              2754

09:53AM  1    MS. HOLMES, AND MR. HOLMES.

09:53AM  2         DO YOU SEE THAT?

09:53AM  3    A.   YES.

09:53AM  4    Q.   AND BY THE WAY, MR. BALWANI IS NOT ON THIS EMAIL CHAIN;

09:53AM  5    RIGHT?

09:53AM  6    A.   RIGHT.

09:53AM  7    Q.   OKAY.  AND WHAT -- MELISSA GIVENS WAS A

09:53AM  8    LIEUTENANT COLONEL; CORRECT?

09:53AM  9    A.   CORRECT.

09:53AM  10   Q.   AND WHAT SHE SAYS IS THAT "IT HAS BEEN AN EXTREMELY BUSY

09:53AM  11   WEEK FOR ME, SO I HAVE NOT HAD MUCH TIME TO DEVOTE TO PROTOCOL

09:53AM  12   WRITING.

09:53AM  13        "I FIGURED I CAN SEND YOU A SHELL OF THE PROTOCOL AND LET

09:53AM  14   YOU WORK ON FILLING IN PERTINENT DETAILS WHILE I FLESH OUT THE

09:53AM  15   REMAINDER OF THE PROTOCOL."

09:53AM  16        DO YOU SEE THAT?

09:53AM  17   A.   YES.

09:53AM  18   Q.   AND SO LET'S GO FORWARD THEN IN TIME TO PAGE 9.

09:53AM  19        AT THE BOTTOM YOU EMAIL LIEUTENANT COLONEL GIVENS.  WE'RE

09:53AM  20   IN MAY 2012?

09:53AM  21   A.   YES.

09:53AM  22   Q.   AND YOU SAY, "LIEUTENANT COLONEL GIVENS,

09:53AM  23        "THANK YOU.  CAN YOU ALSO PLEASE CLARIFY HOW YOU ENVISION

09:53AM  24   THE SHIPPING PROCESS FOR THE DEVICE AND THE CARTRIDGES.  WILL

09:54AM  25   WE BE SENDING THEM SEPARATELY TO DIFFERENT LOCATIONS?  IF SO,

EDLIN CROSS BY MS. WALSH (RES.)                    2755

09:54AM  1    CAN YOU PLEASE LET US KNOW WHERE THEY WILL BE SHIPPED?  I

09:54AM  2    RECALL YOUR SAYING DURING OUR MEETING THAT YOU WOULD CARRY THE

09:54AM  3    DEVICE WITH YOU; DOES THIS MEAN THAT WE WOULD FIRST SHIP THE

09:54AM  4    READER TO YOU IN GERMANY, AND THEN SHIP THE CARTRIDGES

09:54AM  5    SEPARATELY TO THE LOCATION IN THEATER?  THIS INFORMATION WILL

09:54AM  6    HELP ENSURE THAT WE HAVE ALL OF THE CUSTOMS PERMITS FOR

09:54AM  7    SHIPPING."

09:54AM  8         DO YOU SEE THAT?

09:54AM  9    A.   YES.

09:54AM 10    Q.   AND THEN SHE RESPONDS TO YOU IN THE NEXT EMAIL UP AND SHE

09:54AM 11    SAYS, "DAN,

09:54AM 12         "PLEASE PLAN ON SHIPPING THE DEVICE AND CARTRIDGES TO ME

09:54AM 13    IN GERMANY."

09:54AM 14         AND THEN IF WE GO DOWN TO THE NEXT PARAGRAPH.

09:54AM 15         "I WILL HAND CARRYING EVERYTHING WITH ME TO CAMEROON FOR

09:54AM 16    THE FIRST TEST."

09:54AM 17         DO YOU SEE THAT?

09:54AM 18    A.   YES.

09:54AM 19    Q.   AND LET'S MOVE FORWARD IN TIME TO PAGE 2.

09:54AM 20         AND YOU HAVE MORE QUESTIONS FOR LIEUTENANT COLONEL; RIGHT?

09:54AM 21    A.   RIGHT.

09:54AM 22    Q.   AND YOUR EMAIL AT 8:42 A.M. TO HER ASKS IN THE LAST

09:55AM 23    PARAGRAPH, "CAN YOU ALSO PLEASE ADDRESS THE FOLLOWING QUESTIONS

09:55AM 24    AS WE WORK ON PREPARING THE MATERIALS:

09:55AM 25         "HOW WILL THE CARTRIDGES BE STORED IN THE FIELD?  WE WILL

EDLIN CROSS BY MS. WALSH (RES.)                           2756

09:55AM  1    NEED TO PREPARE THE APPROPRIATE PACKAGING.

09:55AM  2         "HOW LONG WILL THE CARTRIDGES BE STORED IN THE FIELD?  YOU

09:55AM  3    MENTIONED THAT IT WOULD BE A LITTLE OVER A WEEK IN CAMEROON --

09:55AM  4    DO YOU HAVE ANY ADDITIONAL DETAILS?  HOW LONG WILL YOU BE IN

09:55AM  5    UGANDA?

09:55AM  6         "HOW WILL THE DEVICE BE TRANSPORTED IN THE FIELD?  I.E.,

09:55AM  7    DO YOU PLAN ON KEEPING THE DEVICE IN ITS PACKAGING IN BETWEEN

09:55AM  8    USE?  WHAT KIND OF CONDITIONS MIGHT BE ON THE MEDEVAC FROM

09:55AM  9    GERMANY TO UGANDA?"

09:55AM  10         AND THEN YOU ASK ABOUT THE POWER OUTLETS WHEN THE DEVICE

09:55AM  11    IS BEING USED.

09:55AM  12         DO YOU SEE THAT?

09:55AM  13    A.   YES.

09:55AM  14    Q.   OKAY.  AND THEN SHE RESPONDS ON PAGES 1 THROUGH 2 OF THIS

09:55AM  15    EMAIL, AND WHAT SHE SAYS IN HER SECOND PARAGRAPH IS, "THE

09:55AM  16    TRAINING SITE HAS OPEN AIR BUILDING WITH NO AC AND THE

09:56AM  17    TEMPERATURE WILL BE BETWEEN 100-110 DEGREES FAHRENHEIT"; RIGHT?

09:56AM  18    A.   RIGHT.

09:56AM  19    Q.   AND THOSE ARE HIGH TEMPERATURES CONSIDERING THAT THE

09:56AM  20    THERANOS DEVICES WERE NOT NECESSARILY BUILT FOR THOSE

09:56AM  21    TEMPERATURES; IS THAT RIGHT?

09:56AM  22    A.   THAT'S MY UNDERSTANDING.

09:56AM  23    Q.   AND THEN ON THE NEXT PAGE SHE SAYS, "WHEN WE FLY THE

09:56AM  24    EQUIPMENT FROM UGANDA, IT WILL BE ON A NON-PRESSURIZED AIRCRAFT

09:56AM  25    AT ALTITUDES LESS THAN 10,000 FEET.  TEMPERATURES WILL RANGE

EDLIN CROSS BY MS. WALSH (RES.) 2757

09:56AM 1    FROM 100 DEGREES FAHRENHEIT WITH HIGH HUMIDITY WITH TO

09:56AM 2    60 DEGREES IN FLIGHT."

09:56AM 3        DO YOU SEE THAT?

09:56AM 4    A.   YES.

09:56AM 5    Q.   AND YOU'RE TALKING TO HER ABOUT THE TRANSPORT AND THE

09:56AM 6    VARIOUS DIFFERENT CONDITIONS ON THE FLIGHT; CORRECT?

09:56AM 7    A.   CORRECT.

09:56AM 8    Q.   AND THE TEMPERATURES ARE GOING TO BE PRETTY HIGH IN

09:56AM 9    AFRICA; IS THAT RIGHT?

09:56AM 10   A.   YES.

09:56AM 11   Q.   OKAY.  AND SO THERANOS THEN WORKED TO MAKE SURE THE DEVICE

09:57AM 12   THAT YOU WERE GOING TO SEND HER COULD WITHSTAND THOSE

09:57AM 13   TEMPERATURES; RIGHT?

09:57AM 14   A.   RIGHT.

09:57AM 15   Q.   DO YOU REMEMBER THAT?

09:57AM 16   A.   YES.

09:57AM 17   Q.   OKAY.  LET'S LOOK AT 13986.

09:57AM 18       DO YOU SEE THAT?

09:57AM 19   A.   YES.

09:57AM 20   Q.   AND IS THAT AN EMAIL FROM DANIEL YOUNG TO YOU, MS. HOLMES,

09:57AM 21   AND CHRISTIAN HOLMES?

09:57AM 22   A.   YES.

09:57AM 23   Q.   AND THAT'S IN CONNECTION WITH THE AFRICOM TRAINING AND

09:57AM 24   PROJECT; RIGHT?

09:57AM 25   A.   YES.

EDLIN CROSS BY MS. WALSH (RES.)                    2758

09:57AM  1          MS. WALSH:  YOUR HONOR, WE OFFER 13986.

09:57AM  2          MR. BOSTIC:  NO OBJECTION.

09:57AM  3          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:57AM  4      (DEFENDANT'S EXHIBIT 13986 WAS RECEIVED IN EVIDENCE.)

09:57AM  5   BY MS. WALSH:

09:57AM  6   Q.   SO THIS IS ON JUNE 1ST, 2012?

09:57AM  7   A.   RIGHT.

09:57AM  8   Q.   AND DANIEL YOUNG IS WRITING TO YOU AND CHRISTIAN HOLMES,

09:57AM  9   COPYING MS. HOLMES.

09:57AM 10          AND WHAT HE SAYS -- AND THE SUBJECT IS AFRICOM TRAINING.

09:57AM 11          AND WHAT HE SAYS IS, "48 HOURS OF CONTINUAL TESTING OF THE

09:58AM 12   READER AT 110 DEGREES FAHRENHEIT COMPLETED SUCCESSFULLY

09:58AM 13   TONIGHT.  WE RAN 100 PROTOCOLS SEQUENTIALLY -- SO I FEEL VERY

09:58AM 14   GOOD ABOUT RELIABILITY FOR THIS EMPLOYMENT.

09:58AM 15          "AFTER REMOVING THE DEVICE FROM THE THERMAL TESTING

09:58AM 16   CHAMBER, THE AFRICOM PROTOCOL WAS TESTED SUCCESSFULLY -- SO IT

09:58AM 17   IS GOOD TO GO FOR YOUR DEMO TOMORROW.

09:58AM 18          "READER IS #106 AND IS SITTING IN THE QA TEST AREA."

09:58AM 19          DO YOU SEE THAT?

09:58AM 20   A.   YES.

09:58AM 21   Q.   AND READER REFERS TO THE DEVICE ITSELF; RIGHT?

09:58AM 22   A.   CORRECT.

09:58AM 23   Q.   OKAY.  AND THE AFRICOM PROTOCOL, THAT WAS THE PROTOCOL

09:58AM 24   THAT LIEUTENANT COLONEL GIVENS GAVE TO THERANOS; RIGHT?

09:58AM 25   A.   RIGHT.

09:58AM  1    Q.   SHE DECIDED WHAT TESTS TO RUN; CORRECT?

09:58AM  2    A.   SHE DECIDED WHAT TEST RESULTS WOULD APPEAR ON THE SCREEN.

09:58AM  3    Q.   RIGHT.

09:58AM  4    A.   ON THE READER.

09:58AM  5    Q.   RIGHT.  AND SO IT WASN'T CLINICAL TESTING FOR PATIENTS;

09:58AM  6    RIGHT?

09:58AM  7    A.   RIGHT.

09:58AM  8    Q.   IT WAS JUST TO SEE IF THE DEVICE COULD WITHSTAND THESE

09:59AM  9    EXTREME CONDITIONS; CORRECT?

09:59AM  10   A.   CORRECT.

09:59AM  11   Q.   LET'S TURN TO 10446 IN YOUR BINDER.

09:59AM  12        DO YOU HAVE THAT?

09:59AM  13   A.   I DO.

09:59AM  14   Q.   OKAY.  IS THAT ANOTHER EMAIL BETWEEN YOU,

09:59AM  15   LIEUTENANT COLONEL GIVENS, MS. HOLMES, AND CHRISTIAN HOLMES?

09:59AM  16   A.   YES.

09:59AM  17   Q.   AND DID THAT RELATE AGAIN TO THE AFRICOM PROJECT?

09:59AM  18   A.   YES.

09:59AM  19        MS. WALSH:  YOUR HONOR, WE OFFER 10446.

09:59AM  20        MR. BOSTIC:  NO OBJECTION.

09:59AM  21        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:59AM  22     (DEFENDANT'S EXHIBIT 10446 WAS RECEIVED IN EVIDENCE.)

09:59AM  23   BY MS. WALSH:

09:59AM  24   Q.   OKAY.  SO IF WE GO TO THE BOTTOM EMAIL FROM

10:00AM  25   LIEUTENANT COLONEL GIVENS.

EDLIN CROSS BY MS. WALSH (RES.)                                          2760

10:00AM   1           SHE WRITES, "THERANOS TEAM.

10:00AM   2           "I MADE IT BACK FROM 2 TRIPS TO AFRICA AND MANAGED TO WORK

10:00AM   3    THROUGH ALL OF THE CASES IN THE PROTOCOL.

10:00AM   4           "THE MACHINE TRAVELED WELL AND FUNCTIONED WELL.  MY ONLY

10:00AM   5    COMPLAINT IS THE TOUCHSCREEN -- VERY FRUSTRATING.

10:00AM   6           "I WILL BE PREPARING A FULL REPORT."

10:00AM   7           AND THEN SHE GOES ON.

10:00AM   8           A COUPLE OF PARAGRAPHS DOWN SHE SAYS, "BECAUSE THE MACHINE

10:00AM   9    SEEMED TO FUNCTION WELL IN THE ENVIRONMENT, I AM GOING TO WRITE

10:00AM  10    A PREPROPOSAL TO SUBMIT TO THE USSOCOM BISC IN HOPES OF GAINING

10:00AM  11    FUNDING FOR A FULL PROPOSAL THROUGH THE USSOCOM BAA FOR

10:00AM  12    EXTRAMURAL BIOMEDICAL RESEARCH AND DEVELOPMENT."

10:00AM  13           DO YOU SEE THAT?

10:00AM  14    A.   YES.

10:00AM  15    Q.   AND SHE GOES ON.

10:00AM  16           "MY GOAL WILL BE TO DEPLOY 3-5 MACHINES TO AFRICA TO USE

10:00AM  17    REALTIME AT LOCATIONS WHERE WE HAVE PERSISTENT PRESENCE AND

10:00AM  18    COLLECT REAL LABORATORY DATA AND COMPARE IT TO THE CURRENT

10:01AM  19    STANDARD OF CARE."

10:01AM  20           DO YOU SEE THAT?

10:01AM  21    A.   I DO.

10:01AM  22    Q.   SO SHE'S SAYING THAT THE DEVICE TRAVELLED WELL, IT

10:01AM  23    FUNCTIONED WELL; RIGHT?

10:01AM  24    A.   RIGHT.

10:01AM  25    Q.   AND SHE DIDN'T LIKE THE TOUCHSCREEN; RIGHT?

EDLIN CROSS BY MS. WALSH (RES.)                                    2761

10:01AM   1     A.   RIGHT.

10:01AM   2     Q.   BUT THE NEXT STEP WAS TO WRITE UP A REPORT AND A

10:01AM   3     PREPROPOSAL FOR IT TO BE USED FOR TESTING; RIGHT?

10:01AM   4     A.   RIGHT.

10:01AM   5     Q.   OKAY.  AND THEN LET'S LOOK AT THE TOP EMAIL.

10:01AM   6          YOU REPLIED TO HER, "LIEUTENANT COLONEL GIVENS,

10:01AM   7          "WE ARE VERY HAPPY TO HEAR THAT THE TRIP WENT WELL AND

10:01AM   8     THAT THERE WERE NO ISSUES WITH TRAVEL AND FUNCTION OF THE

10:01AM   9     DEVICE.  AS SOON AS WE RECEIVE THE DEVICE WE WILL WORK ON

10:01AM  10     COMPILING THE PERFORMANCE DATA FOR YOU.

10:01AM  11          "PLEASE NOTE THAT WE HAVE DEVELOPED A FAMILY OF NEXT

10:01AM  12     GENERATION SYSTEMS WHICH INCLUDE A MUCH MORE DYNAMIC AND

10:01AM  13     SENSITIVE TOUCHSCREEN."

10:01AM  14          DO YOU SEE THAT?

10:01AM  15     A.   YES.

10:01AM  16     Q.   AND SO LIEUTENANT COLONEL GIVENS GOT THE 3.0 DEVICE;

10:01AM  17     RIGHT?

10:01AM  18     A.   RIGHT.

10:01AM  19     Q.   AND THE NEXT GENERATION MACHINES WERE THE 4 SERIES; RIGHT?

10:02AM  20     A.   RIGHT.

10:02AM  21     Q.   AND WE SPOKE ABOUT THOSE YESTERDAY; CORRECT?

10:02AM  22     A.   RIGHT.

10:02AM  23     Q.   AND THOSE 4 SERIES MACHINES HAD BETTER USER INTERFACES;

10:02AM  24     RIGHT?

10:02AM  25     A.   RIGHT.

EDLIN CROSS BY MS. WALSH (RES.)                                    2762

10:02AM   1    Q.   MORE SENSITIVE SCREENS; RIGHT?

10:02AM   2    A.   RIGHT.

10:02AM   3    Q.   BETTER GRAPHICS; CORRECT?

10:02AM   4    A.   RIGHT.

10:02AM   5    Q.   AND SO THAT'S WHAT YOU'RE TELLING HER IS THAT WE HAVE NEXT

10:02AM   6    GENERATION GRAPHICS THAT ARE GOING TO BE BETTER; CORRECT?

10:02AM   7    A.   THIS IS WHAT ELIZABETH TOLD ME TO SAY TO HER, BUT THAT'S

10:02AM   8    WHAT IS BEING SAID HERE.

10:02AM   9    Q.   OKAY.  SO MS. HOLMES REVIEWED THIS EMAIL BEFORE YOU SENT

10:02AM  10    IT?

10:02AM  11    A.   YES.

10:02AM  12    Q.   OKAY.  BUT THIS IS WHAT WAS SENT TO LIEUTENANT COLONEL

10:02AM  13    GIVENS; RIGHT?

10:02AM  14    A.   RIGHT.

10:02AM  15    Q.   AND IT'S TRUE, WASN'T IT, THAT THE SCREENS ON THE 4 SERIES

10:02AM  16    DEVICES WERE BETTER; RIGHT?

10:02AM  17    A.   YES.

10:02AM  18    Q.   OKAY.  ALL RIGHT.  LET'S TALK NOW ABOUT YOUR WORK WITH

10:03AM  19    U.S. CENTRAL COMMAND.

10:03AM  20         DO YOU REMEMBER THAT?

10:03AM  21    A.   YES.

10:03AM  22    Q.   AND SO U.S. CENTRAL COMMAND WAS ABBREVIATED CENTCOM;

10:03AM  23    RIGHT?

10:03AM  24    A.   RIGHT.

10:03AM  25    Q.   AND IT WAS ANOTHER DIVISION OF THE DEPARTMENT OF DEFENSE;

EDLIN CROSS BY MS. WALSH (RES.)                              2763

10:03AM   1    CORRECT?

10:03AM   2    A.   CORRECT.

10:03AM   3    Q.   AND CENTCOM OVERSAW ALL OF THE MILITARY THAT WAS LOCATED

10:03AM   4    IN THE MIDDLE EAST; RIGHT?

10:03AM   5    A.   RIGHT.

10:03AM   6    Q.   AND YOU TESTIFIED THAT THAT RELATIONSHIP WITH CENTCOM

10:03AM   7    BEGAN IN ABOUT APRIL 2012.

10:03AM   8         DO YOU REMEMBER THAT?

10:03AM   9    A.   YES.

10:03AM  10    Q.   AND THE GOAL OF THE RELATIONSHIP WAS TO DEPLOY THERANOS

10:03AM  11    DEVICES TO AFGHANISTAN; RIGHT?

10:03AM  12    A.   YES.

10:03AM  13    Q.   WHERE THERE WAS A WAR GOING ON; CORRECT?

10:03AM  14    A.   RIGHT.

10:03AM  15    Q.   OKAY.  AND YOU ALSO TESTIFIED YESTERDAY THAT IN

10:04AM  16    APRIL 2012, THINGS WERE STILL IN THE PLANNING STAGES WITH

10:04AM  17    CENTCOM; RIGHT?

10:04AM  18    A.   RIGHT.

10:04AM  19    Q.   OKAY.  THEN IN SEPTEMBER 2012, YOU AND MR. HOLMES

10:04AM  20    TRAVELLED TO THE MACDILL AIR FORCE BASE IN TAMPA; RIGHT?

10:04AM  21    A.   I WOULD HAVE TO SEE THE EXACT DATE.

10:04AM  22    Q.   OKAY.  IF YOU LOOK IN YOUR BINDER AT 20205.

10:04AM  23    A.   OKAY.

10:04AM  24    Q.   JUST GLANCE THROUGH THAT.

10:05AM  25    A.   YES, I DO SEE THAT.

EDLIN CROSS BY MS. WALSH (RES.)                                    2764

10:05AM   1      Q.   DOES THAT REFRESH YOUR RECOLLECTION THAT YOU WENT TO THE

10:05AM   2      MACDILL AIRFORCE BASE IN SEPTEMBER OF 2012?

10:05AM   3      A.   IT DOES.

10:05AM   4      Q.   OKAY.  AND YOU WENT WITH MR. HOLMES; RIGHT?

10:05AM   5      A.   RIGHT.

10:05AM   6      Q.   THAT'S CHRISTIAN HOLMES; RIGHT?

10:05AM   7      A.   RIGHT.

10:05AM   8      Q.   AND YOU SENT THE DEVICE SEPARATELY; IS THAT RIGHT?

10:05AM   9      A.   RIGHT.

10:05AM  10      Q.   OKAY.  AND YOU SAID YESTERDAY THAT THE MILITARY DID A

10:05AM  11      SECURITY TEST ON THE DEVICE; RIGHT?

10:05AM  12      A.   RIGHT.

10:05AM  13      Q.   AND THAT WAS -- THAT INVOLVED PLUGGING THE DEVICE INTO A

10:05AM  14      SERVER; RIGHT?

10:05AM  15      A.   RIGHT.

10:05AM  16      Q.   AND SEEING WHERE THE VULNERABILITIES WERE IN THE DEVICE

10:05AM  17      WHEN IT WAS CONNECTED TO THE SERVER; RIGHT?

10:05AM  18      A.   RIGHT.

10:05AM  19      Q.   AND THOSE WERE I.T. VULNERABILITIES; RIGHT?

10:05AM  20      A.   YES.

10:05AM  21      Q.   OKAY.  AND THE MILITARY ALSO HAD A REACTION TO THE SIZE OF

10:05AM  22      THE DEVICE WHEN YOU WERE THERE; RIGHT?

10:05AM  23      A.   RIGHT.

10:06AM  24      Q.   MEMBERS OF THE MILITARY THOUGHT IT WAS TOO HEAVY; RIGHT?

10:06AM  25      A.   RIGHT.

EDLIN CROSS BY MS. WALSH (RES.)                    2765

10:06AM   1    Q.   AND TOO BIG?

10:06AM   2    A.   RIGHT.

10:06AM   3    Q.   SO YOU TOOK THAT INFORMATION BACK TO THERANOS; CORRECT?

10:06AM   4    A.   CORRECT.

10:06AM   5    Q.   AND IN RESPONSE TO THAT INFORMATION, THERANOS STARTED

10:06AM   6    MODIFYING THAT DEVICE; RIGHT?

10:06AM   7    A.   CORRECT.

10:06AM   8    Q.   THERANOS ENGINEERS WORKED TO MAKE THAT DEVICE SMALLER;

10:06AM   9    CORRECT?

10:06AM  10    A.   CORRECT.

10:06AM  11    Q.   AND LIGHTER; RIGHT?

10:06AM  12    A.   RIGHT.

10:06AM  13    Q.   AND ENGINEERS ALSO WORKED ON ADDRESSING ANY I.T.

10:06AM  14    VULNERABILITIES IN THE DEVICE; RIGHT?

10:06AM  15    A.   AS FAR AS I WAS CONCERNED.

10:06AM  16    Q.   OKAY.  SO TURN IN YOUR BINDER TO 10457.

10:07AM  17    A.   OKAY.

10:07AM  18    Q.   IS THAT AN EMAIL BETWEEN YOU, AND MAJOR CHRISTINE MURPHY,

10:07AM  19    AND ELIZABETH HOLMES ABOUT THE PROTOCOL FOR CENTCOM?

10:07AM  20    A.   YES.

10:07AM  21         MS. WALSH:  WE OFFER 10457.

10:07AM  22         MR. BOSTIC:  NO OBJECTION.

10:07AM  23         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:07AM  24    (DEFENDANT'S EXHIBIT 10457 WAS RECEIVED IN EVIDENCE.)

10:07AM  25    BY MS. WALSH:

EDLIN CROSS BY MS. WALSH (RES.)                                    2766

10:07AM   1    Q.   OKAY.  SO THE BOTTOM EMAIL IS FROM MAJOR MURPHY TO YOU.

10:07AM   2         AND IT SAYS, "SIR,

10:07AM   3         "FOR YOUR REFERENCE, PLEASE FIND ATTACHED THE APPROVED

10:07AM   4    VERSION OF THE PROTOCOL"; RIGHT?

10:07AM   5    A.   RIGHT.

10:07AM   6    Q.   AND YOU FORWARDED THAT TO MS. HOLMES?

10:07AM   7    A.   CORRECT.

10:07AM   8    Q.   AND YOU SAY, "ATTACHED IS THE CENTCOM LOE PROTOCOL FOR

10:08AM   9    YOUR RECORDS"; RIGHT?

10:08AM  10    A.   RIGHT.

10:08AM  11    Q.   AND YOU SAY NOTE THAT THIS IS BEING ADJUSTED TO INCLUDE

10:08AM  12    THESE DIFFERENT ASSAYS; RIGHT?

10:08AM  13    A.   RIGHT.

10:08AM  14    Q.   OKAY.  LET'S TAKE A LOOK AT THE PROTOCOL ITSELF.  IF WE GO

10:08AM  15    TO PAGE 1.

10:08AM  16         THE STUDY TITLE IS LIMIT THE OBJECTIVE EQUIPMENT ON THE

10:08AM  17    THERANOS POINT OF SERVICE LAB DEVICE.

10:08AM  18         DO YOU SEE THAT?

10:08AM  19    A.   YES.

10:08AM  20    Q.   AND THEN IF WE GO TO PAGE 2, ITEM 3 IS STUDY FACILITIES.

10:08AM  21         AND WHAT IT LISTS IS COMBINED JOINT THEATER HOSPITAL,

10:08AM  22    BAGRAM AIRFORCE BASE, AFGHANISTAN; CORRECT?

10:08AM  23    A.   CORRECT.

10:08AM  24    Q.   THAT'S WHERE THE DEVICES WERE GOING TO BE SENT; RIGHT?

10:08AM  25    A.   RIGHT.

EDLIN CROSS BY MS. WALSH (RES.)                                    2767

10:08AM   1    Q.   AND THEN IF YOU TURN TO PAGE 6, LOOKING AT THE ABSTRACT,

10:09AM   2    THE ABSTRACT SAYS, "THIS LOE WILL DOCUMENT THE FUNCTIONALITY OF

10:09AM   3    THE THERANOS DEVICE IN A FIELD ENVIRONMENT AFTER DEPLOYMENT AND

10:09AM   4    TRANSPORT FROM THE UNITED STATES.  THE LOE WILL ALSO DETERMINE

10:09AM   5    THE INFORMATION TECHNOLOGY COMPATIBILITY OF THE THERANOS DEVICE

10:09AM   6    WITH PRE-EXISTING DOD NETWORK COMMUNICATIONS HARDWARE AND

10:09AM   7    NETWORK SECURITY CONFIGURATIONS."

10:09AM   8        RIGHT?

10:09AM   9    A.   RIGHT.

10:09AM  10    Q.   THE DEVICE HAD TO BE, HAD TO BE WORKED SO THAT IT WAS

10:09AM  11    COMPATIBLE WITH THE DOD SYSTEMS, THE I.T.; CORRECT?

10:09AM  12    A.   RIGHT.

10:09AM  13    Q.   CERTAIN THINGS HAD TO BE DONE TO MAKE SURE THAT THOSE TWO

10:09AM  14    SYSTEMS COMMUNICATED; RIGHT?

10:09AM  15    A.   RIGHT.

10:09AM  16    Q.   AND THAT THEY COMMUNICATED IN A SAFE AND SECURE WAY;

10:09AM  17    CORRECT?

10:09AM  18    A.   CORRECT.

10:09AM  19    Q.   AND LET'S LOOK AT NUMBER 3, THE RESEARCH HYPOTHESES AND

10:09AM  20    OBJECTIVES.

10:09AM  21        IT SAYS, "THE OBJECTIVE OF THE LOE IS TO DOCUMENT THE

10:10AM  22    FUNCTIONALITY OF THE THERANOS IN A DEPLOYED SETTING UNDER FIELD

10:10AM  23    CONDITIONS AND ITS OPERATIONS ON THE DOD NETWORK."

10:10AM  24        DO YOU SEE THAT?

10:10AM  25    A.   YES.

EDLIN CROSS BY MS. WALSH (RES.)                                    2768

10:10AM  1    Q.   OKAY.  AND SO YOU RECEIVED THIS PROTOCOL, THE APPROVED

10:10AM  2    VERSION OF THE PROTOCOL, IN NOVEMBER OF 2012; RIGHT?

10:10AM  3    A.   RIGHT.

10:10AM  4    Q.   AND YOU FORWARDED IT TO MS. HOLMES A SHORT TIME LATER IN

10:10AM  5    EARLY DECEMBER 2012; CORRECT?

10:10AM  6    A.   YES.

10:10AM  7    Q.   OKAY.  SO TURN NOW IN YOUR BINDER TO 20160.

10:10AM  8    A.   OKAY.

10:10AM  9    Q.   OKAY.  TAKE A LOOK AT THAT.

10:10AM 10         AND IS THAT AN EMAIL BETWEEN YOU AND MEMBERS OF THE

10:11AM 11    MILITARY AND MR. BALWANI ABOUT THE NETWORK CONNECTION RELATED

10:11AM 12    TO THE CENTCOM PROJECT?

10:11AM 13    A.   YES.

10:11AM 14         MS. WALSH:  YOUR HONOR, WE OFFER 20160.

10:11AM 15         MR. BOSTIC:  NO OBJECTION.

10:11AM 16         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:11AM 17    (DEFENDANT'S EXHIBIT 20160 WAS RECEIVED IN EVIDENCE.)

10:11AM 18    BY MS. WALSH:

10:11AM 19    Q.   OKAY.  TURNING TO PAGE 2 OF THAT EXHIBIT.

10:11AM 20         YOU EMAIL LIEUTENANT COMMANDER ROMERO.

10:11AM 21         DO YOU SEE THAT?

10:11AM 22    A.   YES.

10:11AM 23    Q.   AND WHAT YOU SAY IS, "WE ARE WORKING ON THE FINAL

10:11AM 24    CONFIGURATION STEPS FOR OUR SYSTEMS, AND WE WANT TO ENSURE THAT

10:11AM 25    WE CAN SUCCESSFULLY ESTABLISH CONNECTION ON THE NETWORK AT

EDLIN CROSS BY MS. WALSH (RES.)                    2769

10:11AM  1     CJTH."

10:11AM  2          DO YOU SEE THAT?

10:11AM  3     A.   YES.

10:11AM  4     Q.   AND CJTH WAS THE HOSPITAL IN BAGRAM; RIGHT?

10:11AM  5     A.   I BELIEVE SO.

10:11AM  6     Q.   AND THAT'S IN AFGHANISTAN?

10:11AM  7     A.   RIGHT.

10:11AM  8     Q.   AND THEN THE LAST SENTENCE SAYS, "WE HOPE TO BE ABLE TO

10:12AM  9     ADDRESS AS MANY I.T.-RELATED CONTINGENCIES AS POSSIBLE BEFORE

10:12AM 10     SHIPPING THE DEVICES TO THEATER"; RIGHT?

10:12AM 11     A.   RIGHT.

10:12AM 12     Q.   AND THEN HE WRITES BACK TO YOU, "MR. EDLIN, THERE IS NO

10:12AM 13     CELL PHONE CARRIER HERE THAT PROVIDES DATA CONNECTIVITY.  THE

10:12AM 14     LOCAL CELLPHONE PROVIDER IS ROSHAN."

10:12AM 15          AND THAT WAS A CARRIER IN AFGHANISTAN; RIGHT?

10:12AM 16     A.   I'M NOT SURE.

10:12AM 17     Q.   OKAY.  AND THEN LET'S GO UP THE CHAIN.

10:12AM 18          NEXT, YOU EMAIL MR. BALWANI; RIGHT?

10:12AM 19     A.   YES.

10:12AM 20     Q.   AND DO YOU SEE THAT?

10:12AM 21     A.   YES.

10:12AM 22     Q.   AND YOU SAY, "SUNNY,

10:12AM 23          "WOULD YOU MIND TAKING A QUICK LOOK AT THIS RESPONSE TO

10:12AM 24     THE LIEUTENANT COLONEL?  JUST WANT TO MAKE SURE THERE IS NO

10:12AM 25     CONFUSION ON THEIR END?"

EDLIN CROSS BY MS. WALSH (RES.)                                    2770

10:12AM   1          AND YOU SEND HIM A DRAFT OF THE EMAIL; RIGHT?

10:12AM   2   A.   YES.

10:12AM   3   Q.   AND THIS IS THE FIRST TIME THAT WE HAVE SEEN MR. BALWANI'S

10:12AM   4   INVOLVEMENT IN ANY OF THESE MILITARY RELATIONSHIPS; RIGHT?

10:12AM   5   A.   RIGHT.

10:12AM   6   Q.   AND IT'S IN CONNECTION WITH WHATEVER I.T. REQUIREMENTS

10:13AM   7   WERE NEEDED FOR THE MILITARY; IS THAT RIGHT?

10:13AM   8   A.   YES.

10:13AM   9   Q.   AND HE WAS IN CHARGE OF A TEAM THAT DID THAT; CORRECT?

10:13AM  10   A.   CORRECT.

10:13AM  11   Q.   OKAY.  LET'S GO TO 20472.

10:13AM  12          DO YOU SEE THAT?

10:13AM  13   A.   YES.

10:13AM  14   Q.   AND IS THAT ANOTHER EMAIL WITH MR. BALWANI ABOUT THESE

10:13AM  15   NETWORK REQUIREMENTS FOR AFGHANISTAN?

10:13AM  16   A.   YES.

10:14AM  17          MS. WALSH:  YOUR HONOR, WE OFFER 20472.

10:14AM  18          MR. BOSTIC:  NO OBJECTION.

10:14AM  19          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:14AM  20      (DEFENDANT'S EXHIBIT 20472 WAS RECEIVED IN EVIDENCE.)

10:14AM  21   BY MS. WALSH:

10:14AM  22   Q.   OKAY.  LET'S GO TO PAGE 3 OF THE EMAIL.

10:14AM  23          AND THIS IS FROM MR. BALWANI TO MICHAEL CRAIG AND OTHERS,

10:14AM  24   COPYING YOU; RIGHT?

10:14AM  25   A.   RIGHT.

EDLIN CROSS BY MS. WALSH (RES.)                    2771

10:14AM   1    Q.   AND IT'S ON FEBRUARY 8TH, 2013; RIGHT?

10:14AM   2    A.   RIGHT.

10:14AM   3    Q.   AND IT RELATES TO NETWORKING UTILITY AND CONNECTIVITY IN

10:14AM   4    AFGHANISTAN.

10:14AM   5         DO YOU SEE THAT?

10:14AM   6    A.   YES.

10:14AM   7    Q.   AND MR. BALWANI SAYS, "WE WILL NEED TO DEPLOY 4S --"

10:14AM   8         THAT'S THE DEVICE; RIGHT?

10:14AM   9    A.   RIGHT.

10:14AM  10    Q.   "-- IN AFGHANISTAN AT THE END OF THE MONTH AND NEED TO

10:14AM  11    ABSOLUTE MAKE SURE THAT THE NETWORKING UTILITY IN THE DEVICE

10:14AM  12    WORKS FLAWLESSLY"; RIGHT?

10:14AM  13    A.   RIGHT.

10:14AM  14    Q.   AND THEN THE NEXT EMAIL, MR. BALWANI EMAILS AGAIN, YOU'RE

10:14AM  15    ON COPY, AND HE SAYS -- HE'S EMAILING MICHAEL CRAIG AND OTHERS?

10:15AM  16    A.   UH-HUH.

10:15AM  17    Q.   AND HE SAYS, "ANTTI,

10:15AM  18         "CAN YOU CREATE A SMALL NETWORK IN A SMALL ROOM DOWNSTAIRS

10:15AM  19    (LIKE AN I.T. LAB) WHERE WE HAVE A ROUTER THAT CREATES AN

10:15AM  20    ETHERNET WORK BUT BLOCKS ANY DEVICE FROM CONNECTING TO THE

10:15AM  21    INTERNET USING DIFFERENT NETWORKING POLICIES AND ONLY

10:15AM  22    LEGITIMATE DEVICE THAT CONNECT TO THE ETHERNET ARE ABLE TO

10:15AM  23    CONNECT TO THE INTERNET.  WE SHOULD KEEP THIS ROOM TO SIMULATE

10:15AM  24    ALL DIFFERENT CONNECTIVITY SCENARIOS WE WILL SEE IN

10:15AM  25    AFGHANISTAN."

EDLIN CROSS BY MS. WALSH (RES.)                    2772

10:15AM   1        DO YOU SEE THAT?

10:15AM   2    A.   YES.

10:15AM   3    Q.   AND SO HE'S WORKING WITH HIS TEAM TO TRY TO MAKE THIS

10:15AM   4    DEVICE SECURE TO SEND TO AFGHANISTAN; CORRECT?

10:15AM   5    A.   CORRECT.

10:15AM   6    Q.   OKAY.  IF YOU CAN TURN TO 20161 AND 20162.  AND THESE TWO

10:16AM   7    ARE VERY SHORT.  IF YOU COULD TAKE A LOOK AT EACH ONE.

10:16AM   8        SO TAKING A LOOK AT 20161, IS THAT ANOTHER EMAIL CHAIN

10:16AM   9    WITH MR. BALWANI ABOUT THE 4S DEPLOYMENT TO AFGHANISTAN AND THE

10:16AM  10    I.T. REQUIREMENTS?

10:16AM  11    A.   IT IS.

10:16AM  12    Q.   AND 20162 ALSO WITH MR. BALWANI REGARDING THE SAME?

10:16AM  13    A.   YES.

10:16AM  14    Q.   OKAY.

10:16AM  15        YOUR HONOR, WE OFFER 20161 AND 20162.

10:16AM  16            MR. BOSTIC:  NO OBJECTION.

10:16AM  17            THE COURT:  THEY'RE ADMITTED.  THEY MAY BE

10:16AM  18    PUBLISHED.

10:16AM  19        (DEFENDANT'S EXHIBITS 20161 AND 20162 WERE RECEIVED IN

10:16AM  20    EVIDENCE.)

10:16AM  21            MS. WALSH:  OKAY.  WE ACTUALLY DON'T NEED TO PUBLISH

10:16AM  22    THESE.  IT'S MORE OF THE SAME THAT WE JUST SAW.

10:16AM  23    Q.   BUT THOSE ARE ADDITIONAL EMAILS, ARE THEY NOT, WITH

10:17AM  24    MR. BALWANI ABOUT THIS I.T. ISSUE, IS IT NOT?

10:17AM  25    A.   YES.

EDLIN CROSS BY MS. WALSH (RES.)                                    2773

10:17AM  1    Q.   OKAY.  SO THOSE TWO EMAILS WERE IN FEBRUARY 2013.

10:17AM  2         LET'S TURN NOW TO 10472.

10:17AM  3    A.   OKAY.

10:17AM  4    Q.   SO IS THIS AN EMAIL CHAIN WITH JIM -- JAMES SOMMER OF THE

10:17AM  5    ARMY, U.S. CENTCOM?

10:17AM  6    A.   YES.

10:17AM  7    Q.   AND MR. -- I GUESS DR. SOMMER WAS THE ARMY SCIENCE

10:17AM  8    ADVISOR; CORRECT?

10:17AM  9    A.   RIGHT.

10:17AM  10   Q.   AND WAS THIS ALSO IN CONNECTION WITH SHIPPING THERANOS'S

10:18AM  11   DEVICES TO CENTCOM?

10:18AM  12   A.   YES.

10:18AM  13   Q.   OKAY.

10:18AM  14        YOUR HONOR, WE OFFER EXHIBIT 10472.

10:18AM  15             MR. BOSTIC:  NO OBJECTION.

10:18AM  16             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:18AM  17        (DEFENDANT'S EXHIBIT 10472 WAS RECEIVED IN EVIDENCE.)

10:18AM  18   BY MS. WALSH:

10:18AM  19   Q.   IF WE GO TO THE BOTTOM EMAIL, THIS IS FROM DR. SOMMER TO

10:18AM  20   YOU, AND HE SAYS, "DAN,

10:18AM  21        "YOU HAD MENTIONED THAT THE DEVICE MIGHT BE SHIPPED AT THE

10:18AM  22   END OF THE MONTH.  HAVE YOU A FIRM DATE YET?"

10:18AM  23        AND YOU REPLY, "AT THIS POINT I WOULD ESTIMATE THAT AN

10:18AM  24   EARLY-MARCH TIMEFRAME IS MORE LIKELY THAN AN END-OF-FEBRUARY

10:18AM  25   SCENARIO"; RIGHT?

EDLIN CROSS BY MS. WALSH (RES.)                                    2774

```
10:18AM   1      A.   YES.

10:18AM   2      Q.   AND YOU'RE STILL WORKING ON THE I.T. ISSUES ON THE DEVICE

10:18AM   3      AT THIS POINT IN TIME; RIGHT?

10:18AM   4      A.   OTHERS AT THERANOS WERE WORKING ON IT, BUT YES.

10:18AM   5      Q.   FAIR ENOUGH.

10:18AM   6           OTHERS AT THERANOS; RIGHT?

10:18AM   7      A.   YES.

10:18AM   8      Q.   AND SO YOU, DAN EDLIN, COULD NOT SHIP THAT DEVICE UNTIL IT

10:19AM   9      WAS FULLY FINALIZED FROM AN I.T. PERSPECTIVE; RIGHT?

10:19AM  10      A.   RIGHT.

10:19AM  11      Q.   AMONG OTHER THINGS, IF ANYTHING ELSE NEEDED TO BE DONE;

10:19AM  12      CORRECT?

10:19AM  13      A.   CORRECT.

10:19AM  14      Q.   SO LET'S GO TO PAGE 1.  THIS IS FROM DR. SOMMER TO YOU,

10:19AM  15      FEBRUARY 27TH, 2013.

10:19AM  16           AND DR. SOMMER SAYS, "DANIEL:

10:19AM  17           "THINGS AT DOD ARE REALLY GETTING MESSED UP WITH THE

10:19AM  18      UPCOMING SEQUESTRATION."

10:19AM  19           AND WHAT WAS YOUR UNDERSTANDING OF WHAT THE SEQUESTRATION

10:19AM  20      WAS?

10:19AM  21      A.   I DON'T RECALL.

10:19AM  22      Q.   SEQUESTRATION, IT WAS THE GOVERNMENT NOT HAVING MONEY AT

10:19AM  23      THE TIME TO DEVOTE TO PROJECTS.

10:19AM  24           IS THAT FAIR?

10:19AM  25      A.   YES.
```

EDLIN CROSS BY MS. WALSH (RES.)                                    2775

10:19AM   1      Q.   AND DO YOU RECALL THAT HAPPENING IN CONNECTION WITH THE

10:19AM   2      CENTCOM PROJECT?

10:19AM   3      A.   YES.

10:19AM   4      Q.   AND HE SAYS, "THIS WILL AFFECT HOW WE DO THE UPCOMING LOE.

10:20AM   5      IF THE DEVICE IS NOT SHIPPED SOON, THE GOVERNMENT FOLKS LIKE

10:20AM   6      MYSELF WILL NOT BE ABLE TO TRAVEL TO THEATER."

10:20AM   7           DO YOU SEE THAT?

10:20AM   8      A.   YES.

10:20AM   9      Q.   OKAY.  AND THEN YOU WRITE BACK TO HIM SAYING, "MR. SOMMER,

10:20AM  10           "ANY ADDITIONAL INFORMATION YOU MAY HAVE ON HOW THE

10:20AM  11      SEQUESTRATION WILL AFFECT THE LOE WILL BE VERY USEFUL,

10:20AM  12      PARTICULARLY IF THERE ARE ANY FIRM DATES BY WHICH YOU WOULD

10:20AM  13      NEED THE DEVICES SHIPPED IN ORDER FOR YOU AND OTHER GOVERNMENT

10:20AM  14      FOLKS TO BE ABLE TO TRAVEL TO THEATER.

10:20AM  15           "REGARDING THE STATUS OF OUR SHIPMENT, PLEASE SEE BELOW

10:20AM  16      FOR AN UPDATE.  THIS SHOULD PROVIDE SOME INSIGHT INTO WHAT IS

10:20AM  17      DRIVING OUR SHIPMENT TIMELINES AS WE WORK TOWARD FINALIZING AN

10:20AM  18      EXACT DATE."

10:20AM  19           AND THEN YOU SAY, "AS PER OUR PREVIOUS DISCUSSIONS, THE 4S

10:20AM  20      DEVICES THAT WE ARE SHIPPING HAVE BEEN SPECIALLY BUILT FOR THE

10:20AM  21      PURPOSES OF OUR LOE.  IN SO DOING, WE HAVE HAD TO REVALIDATE

10:21AM  22      AND RETEST EVERY ASPECT OF THE DEVICE CONFIGURATION TO ENSURE

10:21AM  23      THAT THESE SYSTEMS MEET OUR STANDARDS AND EXPECTATIONS."

10:21AM  24           DO YOU SEE THAT?

10:21AM  25      A.   YES.

EDLIN CROSS BY MS. WALSH (RES.)                              2776

10:21AM   1    Q.   AND THE DEVICE WAS REBUILT; RIGHT?  IT WAS MADE SMALLER;

10:21AM   2    CORRECT?

10:21AM   3    A.   CORRECT.

10:21AM   4    Q.   AND LIGHTER; RIGHT?

10:21AM   5    A.   RIGHT.

10:21AM   6    Q.   AND THE I.T. CONFIGURATIONS INSIDE OF THE DEVICE WERE

10:21AM   7    CHANGED; RIGHT?

10:21AM   8    A.   RIGHT.

10:21AM   9    Q.   AND OTHER ASPECTS OF THE DEVICE CHANGED; CORRECT?

10:21AM  10    A.   CORRECT.

10:21AM  11    Q.   NOW, IF YOU GO DOWN ALMOST TO THE BOTTOM OF THAT PARAGRAPH

10:21AM  12    YOU SAY, "THESE PROCESSES HAVE GUIDED OUR DELIVERY TIMELINES;

10:21AM  13    WE HAVE BEEN ALLOCATING ALL OF THE RESOURCES WE CAN TO THIS

10:21AM  14    PROJECT IN PARALLEL WITH OUR COMPANY'S COMMERCIAL LAUNCH."

10:21AM  15         THAT WAS THE WALGREENS LAUNCH; RIGHT?

10:21AM  16    A.   YES.

10:21AM  17    Q.   AND THAT WAS HAPPENING AT THE SAME TIME OR ABOUT TO

10:21AM  18    HAPPEN; RIGHT?

10:21AM  19    A.   LATER THAT YEAR.

10:21AM  20    Q.   RIGHT.  BUT YOU WERE PREPARING FOR IT AT THE TIME; RIGHT?

10:21AM  21    A.   YES.

10:21AM  22    Q.   AND IT WAS A LOT OF WORK; RIGHT?

10:21AM  23    A.   YES.

10:21AM  24    Q.   AND CONTINUING ON.

10:21AM  25         "AS A RAPIDLY GROWING COMPANY, WE ARE MANAGING THESE

EDLIN CROSS BY MS. WALSH (RES.)                                    2777

```
10:21AM   1     TIMELINES AS BEST AS POSSIBLE WHILE MAKING SURE THAT THE

10:21AM   2     INTEGRITY OF OUR PRODUCTS AND PROGRAM GOALS ARE NOT

10:22AM   3     COMPROMISED."

10:22AM   4          OKAY.  WE CAN TAKE THAT DOWN.

10:22AM   5          IF WE CAN LOOK AT 1027 WHICH IS IN EVIDENCE AND THE

10:22AM   6     GOVERNMENT PUBLISHED.

10:22AM   7          AND IF WE CAN LOOK AT THAT, YOUR HONOR?

10:22AM   8              THE COURT:  YES.

10:22AM   9     BY MS. WALSH:

10:22AM  10     Q.   AND YOU CAN LOOK AT THAT ON YOUR SCREEN, MR. EDLIN.

10:22AM  11          OKAY.  IF WE GO TO THE EMAIL ON PAGE 5.  THIS WAS AN EMAIL

10:22AM  12     THAT THE GOVERNMENT SHOWED YOU.  IT WAS FROM MARTIN DRAKE, THE

10:22AM  13     CHIEF SCIENCE AND TECHNOLOGY COMMAND SCIENCE ADVISOR.

10:23AM  14          DO YOU SEE THAT?

10:23AM  15     A.   YES.

10:23AM  16     Q.   AND MR. DRAKE WAS SENDING AN EMAIL TO MS. HOLMES SAYING --

10:23AM  17     INTRODUCING HIMSELF.  AND THE LAST SENTENCE OF THAT FIRST

10:23AM  18     PARAGRAPH HE IS SAYING, "FUNDING IS EXPIRING AND PERSONNEL ARE

10:23AM  19     BEING RE-DIRECTED TO OTHER ONGOING PROJECTS."

10:23AM  20          DO YOU SEE THAT?

10:23AM  21     A.   YES.

10:23AM  22     Q.   AND THEN YOU WROTE BACK TO MR. DRAKE AND SAID, "THANK YOU

10:23AM  23     VERY MUCH FOR YOUR NOTE, AND WE APPRECIATE ALL OF THE WORK THAT

10:23AM  24     YOU AND YOUR TEAM HAVE BEEN DOING TO SUPPORT OUR TEST EFFORTS

10:23AM  25     WITH U.S. CENTCOM.  WE HAVE PUT A SIGNIFICANT AMOUNT OF
```

EDLIN CROSS BY MS. WALSH (RES.)                                      2778

10:23AM  1    RESOURCES AND INVESTED HEAVILY IN PREPARING FOR THIS

10:23AM  2    DEPLOYMENT, AND HAVE BEEN CUSTOMIZING BOTH OUR EQUIPMENT AND

10:23AM  3    TECHNOLOGY TO MEET THE SPECIFIC REQUIREMENTS OF OUR LOE AND THE

10:23AM  4    IRB WE HAVE IN PLACE FOR THIS.  WE REMAIN FOCUSSED ON BEING

10:23AM  5    ABLE TO PROVIDE YOU WITH AN INFRASTRUCTURE THAT CAN ADDRESS

10:23AM  6    MANY OF THE UNMET MEDICAL NEEDS FACED IN THEATER."

10:23AM  7        DO YOU SEE THAT?

10:23AM  8    A.   YES.

10:23AM  9    Q.   OKAY.  AND THEN IF WE CAN GO UP TO ANOTHER EMAIL THAT YOU

10:24AM 10    SEND ON PAGE 3 TO MR. DRAKE.  YOU SAY, "MR. DRAKE,

10:24AM 11        "THANK YOU FOR YOUR NOTE.  WE HAVE BEEN WORKING TO

10:24AM 12    DETERMINE A DATE IN LINE WITH YOUR QUESTION BELOW."

10:24AM 13        AND HIS QUESTION WAS PLEASE TELL ME WHEN YOU CAN SEND THE

10:24AM 14    DEVICE; RIGHT?

10:24AM 15    A.   RIGHT.

10:24AM 16    Q.   YEAH.  AND YOU SAY, "AS WE WANT TO MAKE SURE WE PROVIDE

10:24AM 17    YOU WITH TIMELINES THAT WE CAN DEFINITIVELY PLAN TOWARD IN THE

10:24AM 18    CONTEXT OF OBLIGATIONS WE HAVE PREVIOUSLY COMMITTED OURSELVES

10:24AM 19    TO AS A COMPANY."

10:24AM 20        DO YOU SEE THAT?

10:24AM 21    A.   YES.

10:24AM 22    Q.   AND THOSE OBLIGATIONS WERE THE CONTRACTS WITH WALGREENS;

10:24AM 23    RIGHT?

10:24AM 24    A.   RIGHT.

10:24AM 25    Q.   TO DO A RETAIL ROLLOUT; CORRECT?

EDLIN CROSS BY MS. WALSH (RES.)                                        2779

10:24AM  1      A.   CORRECT.

10:24AM  2      Q.   FOR CONSUMER PATIENT BLOOD TESTING IN WALGREENS; RIGHT?

10:24AM  3      A.   RIGHT.

10:24AM  4      Q.   OKAY.  WE CAN TAKE THAT DOWN IS.

10:25AM  5           OKAY.  SO JUST GENERALLY REGARDING THESE MILITARY

10:25AM  6      PROJECTS, YOU WORKED HARD ON THESE PROJECTS; RIGHT?

10:25AM  7      A.   RIGHT.

10:25AM  8      Q.   YOU WANTED TO SEE THEM GET ACCOMPLISHED; RIGHT?

10:25AM  9      A.   RIGHT.

10:25AM  10     Q.   YOU SENT DEVICES TO SOCOM; RIGHT?

10:25AM  11     A.   RIGHT.

10:25AM  12     Q.   YOU SENT A DEVICE TO AFRICOM; CORRECT?

10:25AM  13     A.   CORRECT.

10:25AM  14     Q.   YOU SENT DEVICES TO HOSPITALS IN CONNECTION WITH THE BURN

10:25AM  15     STUDY; RIGHT?

10:25AM  16     A.   RIGHT.

10:25AM  17     Q.   YOU WERE DOING EVERYTHING YOU COULD TO MAKE THESE PROJECTS

10:25AM  18     SUCCEED; CORRECT?

10:25AM  19     A.   YES.

10:25AM  20     Q.   BUT THERE WERE CERTAIN THINGS OUT OF YOUR CONTROL THAT

10:25AM  21     GOT -- THAT INTERRUPTED THAT PROGRESS; CORRECT?

10:25AM  22     A.   CORRECT.

10:25AM  23     Q.   THERE WAS THE SEQUESTRATION ON THE MILITARY END; RIGHT?

10:25AM  24     A.   RIGHT.

10:25AM  25     Q.   AND THERE WAS THE WALGREENS LAUNCH ON THERANOS'S END;

EDLIN CROSS BY MS. WALSH (RES.)                                  2780

10:25AM  1    RIGHT?

10:25AM  2    A.   RIGHT.

10:25AM  3    Q.   AND RESOURCES DID NEED TO BE ALLOCATED TO -- THERANOS

10:26AM  4    COULDN'T DO EVERYTHING ALL AT ONCE; IS THAT FAIR?

10:26AM  5    A.   YES.

10:26AM  6    Q.   AND IT HAD A CONTRACT WITH WALGREENS; RIGHT?

10:26AM  7    A.   RIGHT.

10:26AM  8    Q.   AND IT HAD TO LIVE UP TO THAT CONTRACT; RIGHT?

10:26AM  9    A.   RIGHT.

10:26AM  10   Q.   AND THAT CONTRACT INVOLVED AN EXTENSIVE AND LABOR

10:26AM  11   INTENSIVE RETAIL ROLLOUT; IS THAT FAIR?

10:26AM  12   A.   YES.

10:26AM  13   Q.   OKAY.

10:26AM  14        SO I WANT TO NEXT TALK TO YOU ABOUT YOUR WORK IN

10:26AM  15   CONNECTION WITH PHARMACEUTICAL COMPANIES.  OKAY?

10:26AM  16   A.   OKAY.

10:26AM  17   Q.   AND YOU TESTIFIED ON DIRECT THAT PART OF YOUR JOB WAS TO

10:26AM  18   SUPPORT THERANOS'S RELATIONSHIP WITH PHARMA COMPANIES; RIGHT?

10:26AM  19   A.   RIGHT.

10:26AM  20   Q.   AND THERANOS HAD SOME OF THOSE RELATIONSHIPS BEFORE YOU

10:26AM  21   BEGAN AT THERANOS; CORRECT?

10:26AM  22   A.   I BELIEVE IT WAS ALL OF THEM.

10:26AM  23   Q.   ALL OF THEM.

10:26AM  24   A.   YES.

10:26AM  25   Q.   OKAY.  SOME OF THEM CONTINUED AFTER THE WALGREENS LAUNCH;