# Exhibit Z

**To:** Sunny Balwani[sbalwani@theranos.com]
**From:** Jhaveri, Nimesh
**Sent:** Wed 8/13/2014 9:45:08 PM
**Importance:** Normal
**Subject:** Re: store build out
**Received:** Wed 8/13/2014 9:45:10 PM

Hi Sunny – yes fully aware of the terms – we are determining the implications of this requirement..The best way to make this happen is to truly determine the store selection for the entire chain now, based on the criteria. We are going to touch 2000 stores in 2015 and would like to make sure we place 2 rooms in the stores that we want to select for Gold level. If you can finalize the store selection criteria by end of this week, it would be a tremendous help.

Also, based on the contract terms, the 40% is an aggregate not necessarily by market. Thoughts?


**From:** Sunny Balwani <sbalwani@theranos.com>
**Date:** Tuesday, August 12, 2014 at 1:49 PM
**To:** Nimesh Jhaveri <nimesh.jhaveri@walgreens.com>
**Subject:** store build out

Hey Nim.

hope you are well.

Can we touch base over next few days to chat about our Gold, Silver and Bronze store layouts and distribution. as you may know (may not know also), that in AZ and CA, at least 40% of the stores are to be Gold (dedicated Theranos rooms) so want to make sure we are tracking that.

thanks.

Confidential

THPFM0001309558

Trial Exh. 01891 Page 001