# Exhibit AA

| Message | |
|---|---|
| **From:** | Daniel Edlin [/O=THERANOS ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DANIEL EDLIN] |
| **Sent:** | 7/28/2012 9:32:38 PM |
| **To:** | 'Givens, Melissa L. LTC' [Melissa.Givens@███████ mgivens███████ |
| **CC:** | Elizabeth Holmes [/O=THERANOS ORGANIZATION/OU=First Administrative Group/cn=Recipients/cn=eholmes]; Christian Holmes [/O=THERANOS ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Christian Holmes] |
| **Subject:** | RE: SOCAFRICA update |

LTC Givens,

We are very happy to hear that the trip went well and that there were no issues with the travel and function of the device. As soon as we receive the device we will work on compiling the performance data for you.

Please note that we have developed a family of next generation systems which include a much more dynamic and sensitive touch screen. As we proceed we will work with you to get you these systems for our next deployment.

We look forward to seeing the report and pre-proposal and working towards our next deployment together.

Best regards,
Dan


-----Original Message-----
From: Givens, Melissa L. LTC [mailto:Melissa.Givens@██████████
Sent: Thursday, July 26, 2012 6:55 AM
To: Daniel Edlin; mgivens███████
Cc: Elizabeth Holmes; Christian Holmes
Subject: SOCAFRICA update

Theranos team,

I made it back from 2 trips to Africa and managed to work through all the cases in the protocol.

The machine travelled well and functioned well. My only complaint is the touch screen - very frustrating.

I will be preparing a full report and have several pictures of the machine being used in Cameroon, Uganda, and South Sudan. It would be helpful to have some data back from you when you receive the machine in regards to internal quality control on the samples that were run.

We will be sending the machine back via FedEx either tomorrow or early next week. I will let you know once I have a tracking number.


Because the machine seemed to function well in the environment, I am going to write a pre- proposal to submit to the USSOCOM BISC in hopes of gaining funding for a full proposal through the USSOCOM BAA for Extramural Biomedical Research and Development.

My goal will be to deploy 3-5 machines to Africa to use real time at locations where we have persistent presence and collect real laboratory data and compare it to the current standard of care. I will be writing the pre-proposal this weekend and will send you a copy next week to see if you think you can support. Funding would not be approved for several months so we have more lead time on this initiative.

Regards,
Missy

LTC Melissa L. Givens MD, MPH

Confidential

Command Surgeon
Special Operations Command AFRICA
DSN: 314.421.3339
Comm: 49(0)711.729.3339
Cell: ██████████████
melissa.givens@███████████