# Exhibit CC

**To:** Daniel Edlin[dedlin@theranos.com]; Sukhdev Bainiwal[sbainiwal@theranos.com]
**From:** Sunny Balwani[/O=THERANOS ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=SBALWANI]
**Sent:** Fri 2/15/2013 8:48:59 PM (UTC)
**Subject:** RE: 4s deployment to Afghanistan

Sukhdev.

What security sw are we buying?

I have not received ANY updates on red image since my last email on Friday. Can you please send me an update.

Thanks.


-----Original Message-----
From: Daniel Edlin
Sent: Friday, February 15, 2013 12:46 PM
To: Sunny Balwani
Subject: FW: 4s deployment to Afghanistan

Hi Sunny-
Should we plan on sending a 3rd device to bagram as a backup? Or will we just be sending the 2 for the study?
Thanks,
Dan
_____
From: Daniel Edlin
Sent: Friday, February 15, 2013 11:20 AM
To: Sukhdev Bainiwal
Cc: Tim Kemp
Subject: RE: 4s deployment to Afghanistan

We are deploying 2 but may also send a backup. Ill confirm this _____
From: Sukhdev Bainiwal
Sent: Friday, February 15, 2013 10:56 AM
To: Daniel Edlin
Cc: Tim Kemp
Subject: 4s deployment to Afghanistan

Dan, how many 4s are we deploying to Afghanistan. We need to buy a security sw license and need to know how many we should buy.

Sukhdev