No. 22-10338

## In The
# United States Court of Appeals for the Ninth Circuit

United States of America,

*Plaintiff-Appellee*,

v.

Ramesh "Sunny" Balwani,

*Defendant-Appellant*.

On Appeal from United States District Court
for the Northern District of California
No. 5:18-cr-00258-EJD-2, Hon. Edward J. Davila

**APPELLANT'S OPPOSED MOTION TO ENLARGE
BY THREE PAGES THE REPLY IN SUPPORT OF MOTION FOR
RELEASE PENDING APPEAL; DECLARATION OF MARK S. DAVIES**

Jeffrey B. Coopersmith
Aaron Brecher
Orrick, Herrington &
  Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, WA  98101

Amy Walsh
Orrick, Herrington &
  Sutcliffe LLP
51 West 52nd Street
New York, NY  10019

Stephen A. Cazares
Orrick, Herrington &
  Sutcliffe LLP
355 South Grand Avenue,
Suite 2700
Los Angeles, CA  90071

Mark S. Davies
James Anglin Flynn
Orrick, Herrington &
  Sutcliffe LLP
1152 15th Street, NW
Washington, DC  20005
(202) 339-8400

Sachi Schuricht
Amari L. Hammonds
Orrick, Herrington &
  Sutcliffe LLP
405 Howard Street
San Francisco, CA  94105

*Counsel for Appellant*

Case: 22-10338, 04/03/2023, ID: 12687970, DktEntry: 13, Page 2 of 6

Pursuant to Ninth Circuit Rule 32-2, Appellant Ramesh "Sunny" Balwani hereby moves to file a reply in support of his motion for release pending appeal in excess of the 10-page limit established by Ninth Circuit Rule 27-1(1)(d). As reflected below and in the attached declaration, Mr. Balwani has shown diligence, and there is extraordinary and compelling need for an additional three pages.

Mr. Balwani previously moved for a four-page enlargement of his motion for release pending appeal, and the government took no position. As for the reply, counsel for the government has informed the undersigned that the government opposes this motion for enlargement.

## ARGUMENT

This Court has articulated two factors to govern a motion for the enlargement of a page limitation: "a showing of diligence and extraordinary and compelling need." 9th Cir. R. 32-2(a). Mr. Balwani's request satisfies both factors.

First, Mr. Balwani has been diligent in drafting his reply and has strived to limit its length. In response to Mr. Balwani's motion, the government filed an opposition raising a variety of new issues—like prejudice and preservation—necessitating additional briefing above and beyond the merits of the issues raised in the motion. Mr. Balwani has endeavored to address both the merits and those

1

additional issues succinctly; nevertheless, an enlargement is necessary to provide the Court with adequate briefing on all issues.

Second, there is an extraordinary and compelling need for a modest increase in the page limit for the reply. As described in Mr. Balwani's motion for enlargement concerning his motion, this is an exceptional case in terms of the science involved, the size of the record, the length of the two co-defendants' trials, and the complexity of the issues. *See* 9th Cir. Dkt. 9 at 1-3; 9th Cir. R. 32-2(a) (citing the "extraordinary and compelling need" presented by "a multi-defendant criminal case involving a lengthy trial").

Accordingly, both Rule 32-2(a) factors are satisfied, and the requested increase in the page limit should be granted.

## CONCLUSION

In order to safeguard his liberty and fully brief the issues presented in the motion and the government's opposition, Mr. Balwani respectfully requests the enlargement of the applicable limit by three pages.

April 3, 2023                      Respectfully submitted,

/s/ *Mark S. Davies*

| | |
|---|---|
| Jeffrey B. Coopersmith | Mark S. Davies |
| Aaron Brecher | James Anglin Flynn |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 401 Union Street, Suite 3300 | 1152 15th Street, NW |
| Seattle, WA 98101 | Washington, DC 20005 |
| | (202) 339-8400 |
| Amy Walsh | |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Sachi Schuricht |
| 51 West 52nd Street | Amari L. Hammonds |
| New York, NY 10019 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 405 Howard Street |
| Stephen A. Cazares | San Francisco, CA 94105 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | |
| 355 South Grand Avenue, Suite 2700 | |
| Los Angeles, CA 90071 | |

*Counsel for Appellant*

3

## DECLARATION OF MARK S. DAVIES

I, Mark S. Davies, declare as follows:

1. I am a partner with Orrick, Herrington & Sutcliffe LLP, and counsel for Appellant Ramesh "Sunny" Balwani. I am a member of the bar of this Court in good standing and am a member of the bar of the District of Columbia. If called as a witness, I could and would testify as follows based on my personal knowledge.

2. This appeal arises from an extraordinarily complex, four-month trial that followed an equally long and complex trial of Mr. Balwani's co-defendant Elizabeth Holmes. The trial transcripts contain 7,000 and 9,000 pages respectively, and there were 26 and 32 witnesses at each trial respectively. The district-court docket contains 1,752 filings.

3. This case involves alleged misrepresentations concerning highly sophisticated, patented blood-testing chemistries, hardware, and software, as well as the multibillion-dollar business that surrounded those technologies.

4. Mr. Balwani has diligently strived to cabin the scope of his reply in support of his motion for release pending appeal. Nevertheless, given the complexity of the issues presented by the motion and by the government's opposition, a modest enlargement is necessary to brief those issues adequately for the Court's review.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Washington, District of Columbia, on April 3, 2023.

/s/ *Mark S. Davies*
Mark S. Davies

*Counsel for Appellant*

5