No. 22-10338

IN THE

# United States Court of Appeals for the Ninth Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

v.

RAMESH "SUNNY" BALWANI,

*Defendant-Appellant*.

On Appeal from United States District Court
for the Northern District of California
No. 5:18-cr-00258-EJD-2, Hon. Edward J. Davila

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME;
DECLARATION OF MARK S. DAVIES**

| | |
|---|---|
| Jeffrey B. Coopersmith | Mark S. Davies |
| Amy Walsh | James Anglin Flynn |
| Stephen A. Cazares | ORRICK, HERRINGTON & |
| Aaron P. Brecher |   SUTCLIFFE LLP |
| Sachi Schuricht | 1152 15th Street, NW |
| Amari L. Hammonds | Washington, DC 20005 |
| ORRICK, HERRINGTON & | (202) 339-8400 |
|   SUTCLIFFE LLP | |
| 405 Howard Street | |
| San Francisco, CA 94105 | |

*Counsel for Appellant*

Pursuant to Ninth Circuit Rule 31-2.2(b), Appellant Ramesh "Sunny" Balwani moves for a 14-day extension of time to file his opening brief. Mr. Balwani's opening brief is currently due on April 20, 2023. Per Ninth Circuit Rule 31-2.2(b), this motion is made within seven days of his existing deadline. With the proposed extension, the opening brief would be due on May 4, 2023. This is Mr. Balwani's second request for an extension of time. On March 14, 2023, he filed a streamlined request for a 30-day extension, which was granted the same day.

As reflected below and in the attached declaration of Mark S. Davies, the requested 14-day extension is warranted because of the complexity of the case, the government's pending request for restitution in the district court, and the press of other matters.

This is an appeal from a long and complicated trial that lasted four months, filled over 7,000 transcript pages, and resulted in a docket with over 1,750 filings. And the underlying case is extraordinarily complex, involving alleged misrepresentations about novel technology, sophisticated investments, and disputed medical and scientific opinions. Preparing the briefing and record for this appeal is unusually time-consuming, and Mr. Balwani is pursuing his appeal diligently under the circumstances.

Mr. Balwani is also awaiting a decision by the district court on the government's request for restitution. The disposition of that request could affect the issues raised in Mr. Balwani's appeal. The district court is expected to issue its decision in short order. Thus, a modest extension of time would more likely allow Mr. Balwani to incorporate any arguments related to restitution in this appeal, creating efficiencies for this Court and the parties.

Finally, scheduling conflicts for Mr. Balwani's lead attorneys create a substantial need for additional time to prepare the opening brief in this complex case. Among other matters, appellate counsel Mark S. Davies has: the opening brief in *Apple v. ITC*, No. 23-1553 (Fed. Cir.) (April 17, 2023), and ongoing work in *AliveCor v. Apple*, Nos. 23-1512, -1513, and -1514 (Fed. Cir.), *Egenera, Inc. v. Cisco Systems, Inc.*, No. 23-1428 (Fed. Cir.), *Google v. Sonos*, No. 23-1357 (Fed. Cir.), and *Sonos, Inc. v. ITC & Google*, Nos. 22-1421, -1573 (Fed. Cir.).

Counsel for the government has informed the undersigned that the government does not oppose this extension motion.

April 13, 2023                                   Respectfully submitted,

                                                 /s/ *Mark S. Davies*

Jeffrey B. Coopersmith                           Mark S. Davies
Amy Walsh                                        James Anglin Flynn
Stephen A. Cazares                               ORRICK, HERRINGTON &
Aaron P. Brecher                                     SUTCLIFFE LLP
Sachi Schuricht                                  1152 15th Street, NW
Amari L. Hammonds                                Washington, DC  20005
ORRICK, HERRINGTON &                             (202) 339-8400
   SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105


                        *Counsel for Appellant*

3

## DECLARATION OF MARK S. DAVIES

I, Mark S. Davies, declare as follows:

1. I am a partner with Orrick, Herrington & Sutcliffe LLP, and counsel for Appellant Ramesh "Sunny" Balwani in *United States v. Balwani*, No. 22-10338 (9th Cir.). I am a member of the bar of this Court in good standing and am a member of the bar of the District of Columbia. If called as a witness, I could and would testify as follows based on my personal knowledge.

2. The opening brief was first due on March 21, 2023.

3. The opening brief is currently due on April 20, 2023.

4. I request a 14-day extension to file the opening brief. With this extension, the opening brief would be due May 4, 2023.

5. An extension is necessary because of the complexity of the appeal, the government's pending request for restitution in the district court, and the press of other matters.

6. This appeal arises from a long and complicated trial that lasted four months and generated over 7,000 transcript pages and a docket that contains over 1,750 filings.

7. The case is extraordinarily complex. It involves alleged misrepresentations about novel technology, sophisticated investments, and disputed medical and scientific opinions.

8. Preparing the briefing and record for this appeal is unusually time-consuming, and Mr. Balwani is pursuing his appeal diligently under the circumstances.

9. The district court has not yet issued a decision on the government's request for restitution, which could affect the issues raised in Mr. Balwani's appeal. I expect the district court to issue its decision in short order.

10. I am balancing my work on this appeal with other pressing matters, including: the opening brief in *Apple v. ITC*, No. 23-1553 (Fed. Cir.) (April 17, 2023), and ongoing work in *AliveCor v. Apple*, Nos. 23-1512, -1513, and -1514 (Fed. Cir.), *Egenera, Inc. v. Cisco Systems, Inc.*, No. 23-1428 (Fed. Cir.), *Google v. Sonos*, No. 23-1357 (Fed. Cir.), and *Sonos, Inc. v. ITC & Google*, Nos. 22-1421, -1573 (Fed. Cir.).

11. I have been informed by counsel for the government that the United States does not oppose the requested extension.

12. I have exercised diligence and will file the opening brief within the time requested.

13. The court reporter is not in default with regard to any designated transcripts.

5

14. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Washington, District of Columbia, on April 13, 2023.

/s/ *Mark S. Davies*
Mark S. Davies

*Counsel for Appellant*