UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 13 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>RAMESH SUNNY BALWANI,<br><br>Defendant - Appellant. | No. 22-10338<br><br>D.C. No. 5:18-cr-00258-EJD-2<br>U.S. District Court for Northern California, San Jose<br><br>**ORDER** |

Appellant's motion (Docket Entry No. 19) for an extension of time to file the opening brief is granted. The appellant's opening brief is due May 4, 2023; appellee's answering brief is due June 5, 2023; and the optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7