No. 22-10338

IN THE

# United States Court of Appeals for the Ninth Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

*v.*

RAMESH "SUNNY" BALWANI,

*Defendant-Appellant*.

On Appeal from United States District Court
for the Northern District of California
No. 5:18-cr-00258-EJD-2, Hon. Edward J. Davila

## APPELLANT'S EXCERPTS OF RECORD
## INDEX VOLUME

Jeffrey B. Coopersmith
Amy Walsh
Stephen A. Cazares
Aaron P. Brecher
Sachi Schuricht
Amari L. Hammonds
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105

Mark S. Davies
James Anglin Flynn
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005
(202) 339-8400

*Counsel for Appellant*

# TABLE OF CONTENTS

## VOLUME 1[1]

Judgment in a Criminal Case,
Dkt. No. 1731, filed February 16, 2023 ........................................... ER-2

Order on Sentencing,
Dkt. No. 1730, filed February 16, 2023 ......................................... ER-10

Criminal Minutes,
Dkt. No. 1682, filed December 7, 2022 ......................................... ER-38

December 7, 2022 Sentencing Hearing Transcript ................................ ER-40

## VOLUME 2

Excerpts from March 22, 2022 Trial Transcript, pages 1129-1141 ......... ER-194

Excerpts from March 23, 2022 Trial Transcript, pages 1199-1205,
1242-1251 .................................................................................. ER-208

Excerpts from March 30, 2022 Trial Transcript, pages 1549-1561,
1605-1613 .................................................................................. ER-226

Excerpts from April 1, 2022 Trial Transcript, pages 1687-1716,
1730-1737 .................................................................................. ER-249

Excerpts from April 6, 2022 Trial Transcript, pages 2271-2278 ............ ER-288

Excerpts from April 20, 2022 Trial Transcript, pages 3262-3272 .......... ER-297

Excerpts from April 26, 2022 Trial Transcript, pages 3726-3734 .......... ER-309

Excerpts from April 29, 2022 Trial Transcript, pages 4242-4267,
4383-4402 .................................................................................. ER-319

Excerpts of Order re: Motions in Limine, Dkt. No. 1326, filed
February 28, 2022 ...................................................................... ER-366

[1] Record excerpt contents required by 9th Cir. R. 30-1.4(a) extend through Volume 1 to Volume 2.

## VOLUME 3


Order Denying Motion for Release Pending Appeal,
Dkt. No. 1743, filed March 9, 2023 ............................................. ER-377

United States' Opposition to Defendant Ramesh "Sunny"
Balwani's Motion for Release Pending Appeal,
Dkt. No. 1725, filed January 30, 2023 ......................................... ER-394

Exhibit 1 of Defendant's Motion for Release Pending Appeal:
Excerpts from July 14, 2020 Grand Jury Testimony of
Christopher McCollow,
Dkt. No. 1711-3, filed January 9, 2023 ........................................ ER-423

Exhibit 10 of Defendant's Response to United States' Sentencing
Memorandum: Excerpt from August 9, 2019 Deposition of
Wade Miquelon,
Dkt. No. 1671-2, filed December 2, 2022........................................ ER-432

Exhibit 27 of Defendant's Sentencing Memorandum,
Dkt. No. 1665-6, filed November 30, 2022 ..................................... ER-437

Order Denying Defendant's Motion for Judgment of Acquittal,
Dkt. No. 1635, filed November 7, 2022 ......................................... ER-485

Order Denying Motion for New Trial Under Federal Rule of
Criminal Procedure 33 and for Leave to Participate at
Evidentiary Hearing,
Dkt. No. 1599, filed October 12, 2022 .......................................... ER-496

Ms. Holmes Motion for a New Trial Based on Newly Discovered
Evidence Regarding Adam Rosendorff or in the Alternative an
Evidentiary Hearing,
Dkt. No. 1574, filed September 6, 2022 ........................................ ER-498

Declaration of William B. Evans,
Dkt. No. 1574-1, filed September 6, 2022 ..................................... ER-515

Exhibit A of Evans Declaration: August 8, 2022 from William
Evans to Kevin Downey, et al.,
Dkt. No. 1574-2, filed September 6, 2022 ..................................... ER-518

Minute Order,
Dkt. No. 1508, filed July 7, 2022 .................................................. ER-521

Verdict Form,
Dkt. No. 1507, filed July 7, 2022 .................................................. ER-522

Defendant's Motion to Allow Cross-Examination Relating to Dr. Adam Rosendorff's Post-Theranos Employment,
Dkt. No. 1401, filed April 12, 2022 ............................................... ER-525

Excerpts of Exhibits 1-3 and 5-9 of Defendant's Motion to Allow Cross-Examination,
Dkt. No. 1401-3, filed April 12, 2022 ............................................ ER-532

March 22, 2022 Trial Transcript (Testimony of Erika Cheung), pages 1115-1154 ........................................................... ER-569

March 23, 2022 Trial Transcript (Testimony of Erika Cheung), pages 1159-1223 (part 1 of 2) ....................................................... ER-610

## VOLUME 4

March 23, 2022 Trial Transcript (Testimony of Erika Cheung), pages 1224-1381 (part 2 of 2) ....................................................... ER-677

March 30, 2022 Trial Transcript (Testimony of Erika Cheung), pages 1448-1587 (part 1 of 2) ....................................................... ER-835

## VOLUME 5

March 30, 2022 Trial Transcript (Testimony of Mark Pandori), pages 1588-1682 (part 2 of 2) ....................................................... ER-977

April 1, 2022 Trial Transcript (Testimony of Mark Pandori), pages 1716-1905 ........................................................................... ER-1072

## VOLUME 6

April 5, 2022 Trial Transcript (Testimony of So Han Spivey), pages 1919-2176) ......................................................... ER-1264

**VOLUME 7**

April 6, 2022 Trial Transcript (Testimony of Mark Pandori & Daniel Edlin), pages 2199-2304, 2352-2443 ....................................ER-1524

April 13, 2022 Trial Transcript (Testimony of Daniel Edlin), pages 2505-2603 (part 1 of 2) ....................................ER-1723

**VOLUME 8**

April 13, 2022 Trial Transcript (Testimony of Daniel Edlin), pages 2604-2717 (part 2 of 2) ....................................ER-1824

April 15, 2022 Trial Transcript (Testimony of Daniel Edlin), pages 2730-2841 ....................................ER-1938

April 19, 2022 Trial Transcript (Testimony of Nimesh Jhaveri), pages 2880-2950 (part 1 of 2)....................................ER-2051

**VOLUME 9**

April 19, 2022 Trial Transcript (Testimony of Nimesh Jhaveri), pages 2951-3141 (part 2 of 2)....................................ER-2124

April 20, 2022 Trial Transcript (Testimony of Adam Rosendorff), pages 3235-3341 (part 1 of 2)....................................ER-2315

**VOLUME 10**

April 20, 2022 Trial Transcript (Testimony of Adam Rosendorff), pages 3342-3430 (part 2 of 2)....................................ER-2424

April 22, 2022 Trial Transcript (Testimony of Adam Rosendorff), pages 3493-3696 ....................................ER-2513

**VOLUME 11**

April 26, 2022 Trial Transcript (Testimony of Adam Rosendorff & Lisa Peterson), pages 3716-3959....................................ER-2719

April 27, 2022 Trial Transcript (Testimony of Lisa Peterson), pages 3964-4016 (part 1 of 2)....................................ER-2964

**VOLUME 12**

April 27, 2022 Trial Transcript (Testimony of Lisa Peterson), pages 4017-4064 (part 2 of 2)........................................................ER-3019

April 29, 2022 Trial Transcript (Testimony of Patrick Mendenhall & John Bryan Tolbert), pages 4264-4479 .......................................ER-3067

May 3, 2022 Trial Transcript (Testimony of Sarah Bennett), pages 4601-4633 (part 1 of 2) .........................................................ER-3284

**VOLUME 13**

May 3, 2022 Trial Transcript (Testimony of Sarah Bennett), pages 4634-4747 (part 2 of 2) .........................................................ER-3319

May 4, 2022 Trial Transcript (Testimony of Nimesh Jhaveri), pages 4754-4937 (part 1 of 2)........................................................ER-3433

**VOLUME 14**

May 4, 2022 Trial Transcript (Testimony of Nimesh Jhaveri & Sarah Bennett), pages 4938-5022 (part 2 of 2) ................................ER-3619

May 10, 2022 Trial Transcript (Testimony of Sarah Bennett & Daniel Mosley), pages 5029-5241 (part 1 of 2) ...............................ER-3704

**VOLUME 15**

May 10, 2022 Trial Transcript (Testimony of Daniel Mosley), pages 5242-5286 (part 2 of 2).......................................................ER-3919

May 11, 2022 Trial Transcript (Testimony of Daniel Mosley & Alan Eisenman), pages 5335-5529................................................ER-3964

May 13, 2022 Trial Transcript (Testimony of Christopher Lucas), pages 5587-5643 (part 1 of 2).......................................................ER-4160

**VOLUME 16**

May 13, 2022 Trial Transcript (Testimony of Christopher Lucas, Audra Zachman & Brittany Gould), pages 5644-5837 (part 2 of 2) ..........................................................................ER-4219

May 18, 2022 Trial Transcript (Testimony of Mark Burnes, Mehrl Ellsworth, Brent Bingham & Erin Tompkins), pages 5876-5979 (part 1 of 2)....ER-4413

**VOLUME 17**

May 18, 2022 Trial Transcript (Testimony of Erin Tompkins & Brian Grossman), pages 5980-6157 (part 2 of 2)....ER-4519

May 20, 2022 Trial Transcript (Testimony of Brian Grossman), pages 6165-6284 (part 1 of 2)....ER-4697

**VOLUME 18**

May 20, 2022 Trial Transcript (Testimony of Brian Grossman & Tracy Wooten), pages 6285-6417 (part 2 of 2)....ER-4819

June 9, 2022 Trial Transcript (Testimony of Richard Sonnier), pages 6710-6824....ER-4952

June 21, 2022 Trial Transcript (Government Closing Argument), pages 6932-6980 (part 1 of 2)....ER-5068

**VOLUME 19**

June 21, 2022 Trial Transcript (Government Closing Argument), pages 6981-7086 (part 1 of 2)....ER-5119

June 24, 2022 Trial Transcript (Government Rebuttal Argument), pages 7572-7685....ER-5225

Trial Exhibit 504: Email thread from Daniel Edlin to Stephen Cook, Subject: RE: Lab Set....ER-5340

Trial Exhibit 617: Amended and Restated Theranos Master Services Agreement....ER-5348

Trial Exhibit 1113: Press release: Theranos Selects Walgreens as a Long-Term Partner Through Which to Offer Its New Clinical Laboratory Service....ER-5385

Trial Exhibit 1387: Letter from Walgreens to Elizabeth Holmes, Re: Amended and Restated Theranos Master Services Agreement ........ ER-5389

**VOLUME 20**

Trial Exhibit 1884: Email from Patty Haworth to Mahesh Raju and others with attachments, Subject: REVISED 8/6 Walgreens-Theranos Partnership Meeting Minutes & Slide Deck ........ ER-5396

Trial Exhibit 1891: Email from Nimesh Jhaveri to Sunny Balwani, Subject: Re: store build out ........ ER-5451

Trial Exhibit 2449: Email, re: RE: Theranos - time sensitive - From Jonathan Spiltzer To Nimesh Jhaveri, Matthew Reily, Christopher Bradshaw, Bradley Fluegel, Stewart Wasson & Erich Reutzel ........ ER-5452

Trial Exhibit 4171: Email from Pangarkar to Holmes re ELISA update ........ ER-5456

Trial Exhibit 4621: CMS letter titled "Condition Level Deficiencies - Immediate Jeopardy." ........ ER-5458

**VOLUME 21**

Trial Exhibit 4858: Theranos Slide deck ........ ER-5584

Trial Exhibit 5805: Web Capture ........ ER-5771

Trial Exhibit 7350: P. Keller Email to S. Bennett et al. re Background information and discussion regarding Theranos (with attachments) ........ ER-5805

Trial Exhibit 7462: S. Balwani Email to A. Rosendorff re Physician questioning results ........ ER-5817

Trial Exhibit 9196: hCG Validation Report, CL-RPT-13095 ........ ER-5822

**VOLUME 22**

Trial Exhibit 9315: Potassium Validation Report, CL-RPT-14039 ........ ER-5878

Trial Exhibit 10446: D. Edlin Email to M. Givens re SOCAFRICA update....ER-5892

Trial Exhibit 10457: D. Edlin Email to E. Holmes re Approved IRB Protocol for Theranos LOE (with attachments)....ER-5894

Trial Exhibit 12022: E. Holmes Email to C. Lucas re Great to meet you!!! (with attachments)....ER-5924

Trial Exhibit 13988: E. Holmes Email to All Theranos Employees....ER-5930

Trial Exhibit 13993: D. Edlin Email to M. Givens and C. Holmes re Theranos Demo Results (with attachment)....ER-5931

Trial Exhibit 14057: B. Grossman Email to A. Rabodzey, V. Khanna, S. Balasuryan re Open Items for PFM Investment....ER-5947

Trial Exhibit 20161: D. Edlin Email to S. Balwani re 4s deployment to Afghanistan....ER-5950

Trial Exhibit 20183: D. Young Email to D. Edlin re Company Meeting Slides....ER-5951

Trial Exhibit 20237: Email from B. Fluegel to S. Balwani and E. Holmes re Follow-up....ER-5970

Trial Exhibit 20510: Theranos, Inc. Minutes of a Meeting of the Board of Directors, Friday, October 30, 2009....ER-5971

Trial Exhibit 20512: Theranos, Inc. Minutes of a Meeting of the Board of Directors, Tuesday, August 10, 2010....ER-5980

Trial Exhibit 20532: Email from B. Fluegel to K. Thies re JHU-Theranos Meeting Minutes....ER-6058

Trial Exhibit 20817: www.accessdata.fda.gov linking to July 7, 2015 corrected letter and 510(k) substantial equivalence determination decision summary....ER-6062

Trial Exhibit 20826: Email from S. Balwani to D. Young forwarding CLIA Waiver Granted Notification (with attachment)....ER-6066

Trial Exhibit 20830: Devices, Methods and Systems for Reducing Sample Volume, Attorney Docket No. 3013.101 ............................ER-6069

Excerpts from February 4, 2022 Hearing Transcript ............................ER-6079

Holmes Final Verdict Form,
Dkt. No. 1235, filed January 3, 2022 ............................................ER-6132

Minute Order,
Dkt. No. 1218, filed December 23, 2021 ........................................ER-6135

Exhibit 52 of Defendant's Replies in Support of his Motions in Limine: Expert Report of Stephen Master,
Dkt. No. 1193-2, filed December 13, 2021 .....................................ER-6136

Excerpts of United States' Response to Defendant's Motions in Limine,
Dkt. No. 1181, filed December 6, 2021 ........................................ER-6141

Excerpts of Defendant's Omnibus Motions in Limine,
Dkt. No. 1156, filed November 19, 2021 .......................................ER-6150

Excerpts of United States' Motions in Limine,
Dkt. No. 1155, filed November 19, 2021 .......................................ER-6162

United States' Opposition to Defendant's Motion to Reconsider re: Customer Feedback Reports,
Dkt. No. 1144, filed November 14, 2021 .......................................ER-6168

**VOLUME 23**

Excerpts from Holmes October 22, 2021 Trial Transcript, pages 4433-4569..............................................................................ER-6175

Excerpts from Holmes November 3, 2021 Trial Transcript, pages 5196-5202..............................................................................ER-6313

Excerpts from Holmes November 4, 2021 Trial Transcript, pages 5388-5536 (part 1 of 2) ...................................................ER-6324

**VOLUME 24**

Excerpts from Holmes November 4, 2021 Trial Transcript, pages 5537-5556 (part 2 of 2) .......... ER-6475

Excerpts from Holmes December 16, 2021 Trial Transcript, pages 8909-9110 .......... ER-6493

**VOLUME 25**

Excerpts from Holmes December 17, 2021 Trial Transcript, pages 9136-9322 .......... ER-6698

Third Superseding Indictment, Dkt. No. 469, filed July 28, 2020 .......... ER-6886

Order re: Severance of Trials, Dkt. No. 362, filed March 20, 2020 .......... ER-6901

United States' Opposition to Defendants' Motion to Dismiss Counts Two and Nine Through Eleven of Superseding Indictment, Dkt. No. 267, filed January 13, 2020 .......... ER-6903

United States' Opposition to Defendants' Motion to Dismiss Superseding Indictment for Lack of Notice and, in the Alternative, for a Bill of Particulars, Dkt. No. 265, filed January 13, 2020 .......... ER-6920

**VOLUME 26**

Defendant Ramesh "Sunny" Balwani's Notice of Appeal, Dkt. No. 1702, filed December 20, 2022 .......... ER-6946

Docket for Northern District of California No. 5:18-cr-258-EJD .......... ER-6948