No. 22-10338

IN THE

# United States Court of Appeals for the Ninth Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

*v.*

RAMESH "SUNNY" BALWANI,

*Defendant-Appellant*.

On Appeal from United States District Court
for the Northern District of California
No. 5:18-cr-00258-EJD-2, Hon. Edward J. Davila

**APPELLANT'S EXCERPTS OF RECORD
VOLUME 4 OF 26 (PAGES ER-676 – ER-975)**

Jeffrey B. Coopersmith
Amy Walsh
Stephen A. Cazares
Aaron P. Brecher
Sachi Schuricht
Amari L. Hammonds
ORRICK, HERRINGTON &
    SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105

Mark S. Davies
James Anglin Flynn
ORRICK, HERRINGTON &
    SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005
(202) 339-8400

*Counsel for Appellant*

10:37AM   1    Q.   OKAY.  SO THIS EMAIL IS FROM YOU?

10:37AM   2    A.   YES.

10:37AM   3    Q.   AND IN THIS EMAIL YOU WRITE, "I'LL RUN THE QC RUNS FOR THE

10:37AM   4    ASSAYS, BUT I DON'T FEEL COMFORTABLE RUNNING THE PATIENT

10:37AM   5    SAMPLE."

10:37AM   6         DO YOU SEE THAT?

10:37AM   7    A.   YES.

10:37AM   8    Q.   AND WHY DID YOU FEEL THAT WAY?

10:37AM   9    A.   I JUST DIDN'T THINK WE HAD THE INFRASTRUCTURE TO RUN

10:37AM  10    HEPATITIS C ON A PATIENT, AND I DIDN'T FEEL COMFORTABLE BASED

10:37AM  11    ON OUR TESTING SYSTEM OR THE REAGENTS WE HAD OR ANYTHING TO

10:37AM  12    TELL SOMEONE WHETHER THEY HAD HEPATITIS C OR NOT.

10:37AM  13    Q.   LET'S GO THE TOP OF THIS PAGE AND SEE HOW THIS ISSUE

10:37AM  14    RESOLVED.

10:37AM  15         AT THE TOP OF THE PAGE THERE'S ANOTHER MESSAGE FROM YOU TO

10:37AM  16    DR. ROSENDORFF.

10:37AM  17         DO YOU SEE THAT?

10:37AM  18    A.   YES.

10:37AM  19    Q.   AND CAN YOU DESCRIBE WHAT THE SOLUTION TO THE PROBLEM THAT

10:38AM  20    YOU WERE RUNNING INTO?

10:38AM  21    A.   SO ESSENTIALLY WE DECIDED TO USE AN FDA APPROVED WAIVED

10:38AM  22    TEST CALLED THE ORAQUICK IN ORDER TO RUN THIS HEPATITIS C

10:38AM  23    SAMPLE.  SO WE DIDN'T USE THE THERANOS SYSTEM, WE JUST WENT

10:38AM  24    AHEAD WITH THESE OFF-THE-SHELF TESTING KITS THAT YOU CAN GET

10:38AM  25    FOR HEPATITIS C.

10:38AM  1    Q.   SO THE SOLUTION HERE WAS TO BYPASS THERANOS TECHNOLOGY

10:38AM  2    ALTOGETHER?

10:38AM  3    A.   YES.

10:38AM  4    Q.   OKAY.  WE CAN TAKE THAT DOWN.  THANK YOU, MS. WACHS.

10:38AM  5         AROUND THIS TIME OF JANUARY OR FEBRUARY OF 2014, DO YOU

10:38AM  6    RECALL AN INSTANCE WHERE THERANOS TECHNOLOGY WAS SUBJECT TO

10:38AM  7    PROFICIENCY TESTING?

10:38AM  8    A.   YES.

10:38AM  9    Q.   AND CAN YOU EXPLAIN WHAT PROFICIENCY TESTING IS BASED ON

10:38AM  10   YOUR WORK AT THERANOS?

10:38AM  11   A.   YES.  SO IN ORDER TO MAINTAIN YOUR LICENSE WITH CLIA AND

10:39AM  12   THE CENTER OF MEDICAID AND MEDICARE SERVICES, YOU HAVE TO

10:39AM  13   ESSENTIALLY RECEIVE SAMPLES FROM A THIRD PARTY LABORATORY AND

10:39AM  14   RUN IT THROUGH YOUR NORMAL WORKFLOW OF HOW YOU WOULD TYPICALLY

10:39AM  15   RUN PATIENT SAMPLES.

10:39AM  16        AND THEN ONCE YOU GET THOSE RESULTS, YOU HAND THEM OVER TO

10:39AM  17   THAT LABORATORY, AND THEY BASICALLY TELL YOU WHETHER YOU'VE

10:39AM  18   PASSED OR FAILED PROFICIENCY TESTING.

10:39AM  19        AND THIS IS A REQUIREMENT TO MAINTAIN YOUR LICENSE AND

10:39AM  20   THERE ARE DIFFERENT LABS THAT WILL BASICALLY SEND YOU THESE

10:39AM  21   KIND OF MOCK PATIENT SAMPLES.

10:39AM  22   Q.   CAN I ASK YOU TO TURN TO TAB 1548 IN YOUR BINDER.

10:39AM  23        AND DO YOU SEE THERE AN EMAIL TO YOU IN FEBRUARY

10:39AM  24   REFERENCING PROFICIENCY RESULTS UPSTAIRS AND DOWNSTAIRS?

10:40AM  25   A.   YES.

10:40AM 1    Q.   AND CAN YOU DESCRIBE WHAT THIS EMAIL IS AND WHAT IS

10:40AM 2    ATTACHED TO IT?

10:40AM 3    A.   SO THIS EMAIL IS ESSENTIALLY A PROFICIENCY TESTING RESULTS

10:40AM 4    THAT WE HAD GENERATED.  AND WHAT WE HAD DONE IS WE HAD RUN THEM

10:40AM 5    ON THE EDISONS, AND THEN WE HAD RUN THEM ON THE FDA APPROVED

10:40AM 6    MACHINES.

10:40AM 7         SO BETWEEN NORMANDY AND THE DINOSAUR LAB WE RAN THE SET OF

10:40AM 8    PROFICIENCY TESTING SAMPLES ON BOTH METHODOLOGIES OR BOTH

10:40AM 9    MACHINES.

10:40AM 10        AND THIS IS ESSENTIALLY LANGLY SAYING THAT HERE IS THE

10:40AM 11   SPREADSHEET WITH THOSE RESULTS.

10:40AM 12   Q.   AND YOU SAY, "WE RAN."

10:40AM 13        FIRST OF ALL, WAS THIS THEN A COMPARISON OF THE

10:40AM 14   PERFORMANCE OF THE THERANOS ANALYZERS VERSUS COMMERCIAL

10:40AM 15   ANALYZERS?

10:40AM 16   A.   YES.

10:40AM 17   Q.   AND WERE YOU INVOLVED PERSONALLY IN ACTUALLY RUNNING THESE

10:40AM 18   TESTS?

10:40AM 19   A.   YES.

10:40AM 20   Q.   AND THE ATTACHMENT TO THIS EMAIL, DOES THAT ACCURATELY

10:41AM 21   REFLECT THE RESULTS OF THOSE TESTS?

10:41AM 22   A.   YES.

10:41AM 23             MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1548.

10:41AM 24             MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

10:41AM 25             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:41AM   1              (GOVERNMENT'S EXHIBIT 1548 WAS RECEIVED IN EVIDENCE.)

10:41AM   2                   MR. BOSTIC:  SO LET'S START WITH THE ATTACHMENT

10:41AM   3     ACTUALLY.  AND IF WE CAN LOOK AT THAT IN NATIVE, MS. WACHS, IF

10:41AM   4     POSSIBLE.

10:41AM   5     Q.   MS. CHEUNG, DO YOU SEE IN FRONT OF YOU THE RESULTS FROM

10:41AM   6     THE TESTING THAT YOU PERFORMED COMPARING THE THERANOS ANALYZERS

10:41AM   7     TO THE COMMERCIAL ANALYZERS?

10:41AM   8     A.   YES.

10:41AM   9     Q.   LET'S WALK THROUGH SOME OF THESE RESULTS.

10:41AM  10          FIRST OF ALL, ALONG THE LEFT SIDE DO YOU SEE SOME

10:41AM  11     DIFFERENT ASSAYS LISTED?

10:41AM  12     A.   YES.

10:41AM  13     Q.   AND THE TOP ONE SAYS VITAMIN D.

10:41AM  14          WHAT WAS THE VITAMIN D ASSAY AT THERANOS?

10:41AM  15     A.   SO VITAMIN D WAS TO CHECK YOUR VITAMIN D LEVELS WITHIN

10:41AM  16     YOUR BLOOD.

10:42AM  17     Q.   AND HOW ABOUT THE ONE BELOW THAT, TPSA?

10:42AM  18     A.   TPSA IS TOTAL PROSTATE SPECIFIC ANTIGEN, AND SO IT'S

10:42AM  19     ESSENTIALLY TO TELL YOU WHETHER YOU'RE AT RISK FOR PROSTATE

10:42AM  20     CANCER OR NOT.

10:42AM  21     Q.   OKAY.  LET'S LOOK AT THOSE TWO ASSAYS AND THE RESULTS FOR

10:42AM  22     THOSE.  CAN YOU WALK US THROUGH THIS SPREADSHEET AND TELL US

10:42AM  23     WHAT WE'RE LOOKING AT?  WHAT DO THE DIFFERENT ROWS AND COLUMNS

10:42AM  24     MEAN?

10:42AM  25     A.   OKAY.  SO THE ROWS WHERE IT SAYS PREDICATE.  THAT IS

ER-680

10:42AM  1    ESSENTIALLY AN OFF-OF-SHELF FDA APPROVED MACHINE, SO IN THIS

10:42AM  2    CASE IT WOULD BE THE DIASORIN.

10:42AM  3         AND THEN THE THERANOS NANOGRAMS PER MIL, THAT'S THE EDISON

10:42AM  4    DEVICE RESULT.

10:42AM  5         AND THEN EACH COLUMN IS BASICALLY A SAMPLE THAT WE HAD

10:42AM  6    RECEIVED FOR PROFICIENCY TESTING FROM WHAT I BELIEVE AT THIS

10:42AM  7    POINT IS THE NEW YORK LABORATORY.

10:42AM  8    Q.   OKAY.  SO IF WE STAY IN THE UPPER LEFT CORNER OF THE

10:42AM  9    CHART, FOR EXAMPLE, NY E06, WOULD THAT BE REFERRING TO A

10:43AM  10   SPECIFIC SAMPLE THAT WAS TESTED ON BOTH DEVICES?

10:43AM  11   A.   YES.

10:43AM  12   Q.   AND THE COMMERCIAL DEVICE, THE PREDICATE DEVICE RETURNED A

10:43AM  13   RESULT OF 27.9; IS THAT RIGHT?

10:43AM  14   A.   THAT IS CORRECT.

10:43AM  15   Q.   AND THE THERANOS ANALYZER RETURNED A DIFFERENT RESULTS OF

10:43AM  16   68.26; IS THAT RIGHT?

10:43AM  17   A.   THAT'S CORRECT.

10:43AM  18   Q.   WHAT ABOUT THE ROW BELOW IT THAT SAYS PERCENT RECOVERY.

10:43AM  19   WHAT DOES THAT REFER TO?

10:43AM  20   A.   SO PERCENT RECOVERY IS BASICALLY A MEASURE TO SEE IS THERE

10:43AM  21   ALIGNMENT BETWEEN THE PREDICATE VALUE AND THE THERANOS VALUE,

10:43AM  22   AND YOU ESSENTIALLY WANT THIS TO BE AS CLOSE TO 100 PERCENT AS

10:43AM  23   POSSIBLE.

10:43AM  24   Q.   A VALUE OF 100 PERCENT WOULD INDICATE THAT THE THERANOS

10:43AM  25   ANALYZER WAS RETURNING THE SAME RESULT AS THE COMMERCIAL

10:43AM  1    ANALYZER?

10:43AM  2              MR. COOPERSMITH:  OBJECTION.  LEADING.

10:43AM  3              THE COURT:  DO YOU WANT TO REPHRASE THE QUESTION,

10:43AM  4    MR. BOSTIC.

10:43AM  5              MR. BOSTIC:  SURE.  THANK YOU, YOUR HONOR.

10:43AM  6    Q.  WHAT DOES A RECOVERY VALUE OF 100 PERCENT INDICATE IN

10:44AM  7    TERMS OF THE MATCH THERE?

10:44AM  8    A.  IN TERMS OF THE MATCH THERE, THAT WOULD INDICATE THAT YOU

10:44AM  9    HAVE BASICALLY THE PREDICATE RESULT AND THE EDISON RESULT ARE

10:44AM  10   THE SAME.

10:44AM  11        SO YOU'RE BASICALLY HERE JUST TAKING THE THERANOS RESULT

10:44AM  12   OVER THE PREDICATE RESULT.

10:44AM  13   Q.  LOOKING AT THE RESULTS FOR VITAMIN D WE SEE FIVE DIFFERENT

10:44AM  14   SAMPLES TESTED; IS THAT RIGHT?

10:44AM  15   A.  THAT IS CORRECT.

10:44AM  16   Q.  DID THE THERANOS RESULTS MATCH WELL WITH THE RESULTS

10:44AM  17   RETURNED BY THE COMMERCIAL ANALYZER FOR VITAMIN D?

10:44AM  18   A.  NO.

10:44AM  19   Q.  WHY DO YOU SAY THAT?

10:44AM  20   A.  IF YOU LOOK AT COLUMN F, FOR EXAMPLE, SO YOU HAVE THE

10:44AM  21   PREDICATE METHODOLOGY, AND YOU GET 18.6 VERSUS THE THERANOS

10:44AM  22   RESULT CAME OUT 69.38, SO THAT'S, YOU KNOW, THREE, ALMOST FOUR

10:45AM  23   TIMES HIGHER THAN WHAT YOU WOULD EXPECT.

10:45AM  24   Q.  AND THE PREDICATE DEVICE, OR THE COMMERCIAL ANALYZER, WAS

10:45AM  25   THAT AN FDA APPROVED DEVICE?

CHEUNG DIRECT BY MR. BOSTIC (RES.)                    1230

10:45AM  1     A.   YES.

10:45AM  2     Q.   IN EACH OF THESE FIVE SAMPLES, WERE THERE ANY INSTANCES

10:45AM  3     WHERE THE THERANOS ANALYZER RETURNED A RESULT THAT WASN'T AT

10:45AM  4     LEAST DOUBLE WHAT THE COMMERCIAL ANALYZER RETURNED?

10:45AM  5     A.   SAY THAT ONE MORE TIME.

10:45AM  6     Q.   SURE.

10:45AM  7          FOR VITAMIN D FOR EACH OF THESE FIVE SAMPLES, WERE THERE

10:45AM  8     ANY SAMPLES FOR WHICH THE THERANOS ANALYZER RETURNED A RESULT

10:45AM  9     THAT WASN'T AT LEAST DOUBLE WHAT THE COMMERCIAL ANALYZER SAID?

10:45AM  10    A.   NO.

10:45AM  11    Q.   LET'S LOOK AT SOME DATA FROM TPSA.  YOU SAID THAT WAS

10:45AM  12    PROSPECT SPECIFIC ANTIGEN?

10:45AM  13    A.   YES.

10:45AM  14    Q.   AND IN THAT SECTION LET ME ASK YOU THE SAME QUESTION, DID

10:45AM  15    THE THERANOS RESULTS LINE UP WELL WITH THE RESULTS FROM THE

10:46AM  16    COMMERCIAL ANALYZER?

10:46AM  17    A.   NO.

10:46AM  18    Q.   AND WHAT MAKES YOU SAY THAT?

10:46AM  19    A.   SO YOU CAN SEE IN THE CASE OF IF YOU LOOK AT WHAT YOU'RE

10:46AM  20    SEEING HERE IS THAT THERE'S A LOT OF UNDER RECOVERY AMONGST THE

10:46AM  21    RESULTS AND THAT THERE'S NOT A LOT OF CONSISTENCY.

10:46AM  22         SO, FOR EXAMPLE, IF YOU LOOK AT COLUMN D AND COLUMN E

10:46AM  23    WHERE IT SAYS TM 267, WHEN YOU RUN IT ON THE PREDICATE, YOU GET

10:46AM  24    3.1 THE FIRST RUN, AND THEN YOU RERAN IT AND YOU GET 3.1 AGAIN.

10:46AM  25         BUT IF YOU LOOK AT THE THERANOS RESULT, YOU GET 1.97 AND

10:46AM  1     2.68.  SO THEY'RE BOTH IN THAT CASE UNDER RECOVERY FROM WHAT

10:46AM  2     YOU WOULD ANTICIPATE FROM THE PREDICATE VALUE.

10:46AM  3     Q.   I SEE.  SO JUST TO BE CLEAR, WE SEE TWO SAMPLES THAT ARE

10:47AM  4     LABELLED IN RED IN THIS EXHIBIT.

10:47AM  5          DO YOU SEE THAT?

10:47AM  6     A.   YES.

10:47AM  7     Q.   AND THEY BOTH SAY RERUN; IS THAT RIGHT?

10:47AM  8     A.   THAT'S CORRECT.

10:47AM  9     Q.   WHAT DOES THAT MEAN?

10:47AM  10    A.   SO THAT MEANS THAT WE RAN THE SAMPLE CONSECUTIVELY, SO WE

10:47AM  11    RAN THE SAME SAMPLE TWICE.

10:47AM  12    Q.   AND IDEALLY WOULD YOU WANT TO SEE THE SAME SAMPLE RETURN

10:47AM  13    THE SAME RESULT TWICE IN A ROW OR DIFFERENT RESULTS?

10:47AM  14    A.   YES.  YOU WOULD ANTICIPATE THAT YOU WOULD SEE THE SAME

10:47AM  15    RESULT WHEN YOU RUN THEM TWICE.

10:47AM  16    Q.   AND WHEN THESE TWO SAMPLES WERE RERUN, EACH WERE RUN

10:47AM  17    TWICE, WAS THE COMMERCIAL ANALYZER ABLE TO RETURN THE SAME

10:47AM  18    RESULTS FOR BOTH OF THESE SAMPLE TWO TIMES IN A ROW?

10:47AM  19    A.   YES, YES.

10:47AM  20    Q.   AND WAS THE THERANOS ANALYZER ABLE TO DO THAT SAME THING?

10:47AM  21    A.   NO.

10:47AM  22    Q.   THIS TESTING AT THERANOS IN FEBRUARY OF 2014, DID YOU --

10:48AM  23    LET'S SEE.  WERE YOU PART OF CONVERSATIONS WITH THE COMPANY

10:48AM  24    ABOUT THE THERANOS PERFORMANCE IN THIS TESTING?

10:48AM  25    A.   YES.

10:48AM  1    Q.   AND GENERALLY SPEAKING, WHAT WAS THE REACTION AT THE

10:48AM  2    COMPANY TO THESE RESULTS?  WERE PEOPLE SATISFIED WITH THIS

10:48AM  3    PERFORMANCE?

10:48AM  4    A.   NO.  PEOPLE WERE CONCERNED.

10:48AM  5    Q.   LET ME DIRECT YOUR ATTENTION BACK TO THE EMAIL THAT

10:48AM  6    ATTACHES THIS CHART.

10:48AM  7         AND AT THE TOP OF THE PAGE THERE'S A MESSAGE FROM YOU TO

10:48AM  8    SOMEONE NAMED TYLER SHULTZ AT THE COMPANY.

10:48AM  9         DO YOU SEE THAT?

10:48AM 10    A.   YES.

10:48AM 11    Q.   AND WHO WAS TYLER SHULTZ?

10:48AM 12    A.   SO TYLER SHULTZ WAS A LAB ASSOCIATE AS WELL OR LIKE AN

10:48AM 13    ENGINEER, AND HE AND I WORKED TOGETHER ON THE ELISA TEAM DURING

10:48AM 14    THE NIGHT SHIFT, AND HE ALSO WAS THE GRANDSON OF GEORGE SHULTZ,

10:49AM 15    WHO WAS ON THE BOARD OF DIRECTORS AT THE COMPANY.

10:49AM 16    Q.   AND WHY DID YOU SEND THIS DATA TO MR. SHULTZ IN FEBRUARY

10:49AM 17    OF 2014?

10:49AM 18    A.   SO I HAD BEEN TALKING TO TYLER ABOUT SOME OF THE ISSUES

10:49AM 19    THAT WE HAD BEEN SEEING IN THE CLINICAL LAB BASED ON THE ASSAYS

10:49AM 20    THAT WE HAD WORKED ON IN THE ELISA TEAM ON THE EDISON DEVICES,

10:49AM 21    AND SO I SENT IT OVER TO HIM TO SEE ESSENTIALLY WHAT I WAS

10:49AM 22    TALKING ABOUT SPECIFICALLY ABOUT THE DEVIATIONS BETWEEN THE

10:49AM 23    RESULTS THAT WERE BEING GENERATED ON THE COMMERCIALLY AVAILABLE

10:49AM 24    MACHINES VERSUS THE EDISON DEVICES.

10:49AM 25    Q.   I SEE.  LET'S TURN NEXT, PLEASE, TO EXHIBIT 1589.

10:50AM  1        IF I COULD DIRECT YOUR ATTENTION TO PAGE 2.  LOOKING AT

10:50AM  2   THE BOTTOM, DO YOU SEE AN EMAIL TO YOU AND OTHERS AT THERANOS

10:50AM  3   RELATING TO QC PRACTICES?

10:50AM  4   A.   FROM MARK?

10:50AM  5   Q.   YES.

10:50AM  6   A.   YES.

10:50AM  7        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT -- I'M

10:50AM  8   SORRY.  GO AHEAD.

10:50AM  9        THE WITNESS:  OH, THIS IS FOR PROFICIENCY TESTING,

10:50AM 10   CORRECT, NOT QC.

10:50AM 11        MR. BOSTIC:  YES.  THANK YOU.

10:50AM 12   Q.   I'M JUST GOING BY THE SUBJECT LINE THAT SAYS QC MEASURE

10:50AM 13   FOR EDISONS.

10:50AM 14   A.   OKAY.

10:50AM 15   Q.   I'LL ASK YOU TO HELP US KIND OF CLEAR THAT UP.

10:50AM 16   A.   OKAY.

10:50AM 17        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS

10:50AM 18   EXHIBIT 1589.

10:50AM 19        MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

10:50AM 20        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:50AM 21     (GOVERNMENT'S EXHIBIT 1589 WAS RECEIVED IN EVIDENCE.)

10:50AM 22   BY MR. BOSTIC:

10:50AM 23   Q.   LET'S START WITH PAGE 2 IN THE BOTTOM HALF.

10:50AM 24        MS. CHEUNG, THE SUBJECT LINE IS "NEW QC MEASURE FOR

10:51AM 25   EDISONS."

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                    1234

10:51AM  1       CAN YOU EXPLAIN TO US WHETHER THIS IS THE SAME QC THAT WE

10:51AM  2  HAVE BEEN TALKING ABOUT OR SOMETHING DIFFERENT?

10:51AM  3  A.   SO THIS -- ESSENTIALLY BECAUSE WE HAD GOTTEN THESE RESULTS

10:51AM  4  WITH PROFICIENCY TESTING AND NOTICED THAT THERE WERE BIG

10:51AM  5  DEVIATIONS BETWEEN WHAT WAS OCCURRING ON EDISON, THE

10:51AM  6  COMMERCIALLY VIABLE, WHAT WE DID IS RAN A WHOLE NEW SEPARATE QC

10:51AM  7  PROCEDURE TO BASICALLY INSTITUTE THAT SAME PROCESS BUT IN

10:51AM  8  HOUSE.

10:51AM  9       SO WHAT THIS IS SAYING IS THAT WHAT WE'RE GOING TO DO IS

10:51AM 10  THAT FOR ALL OF THE SAMPLES THAT WE ARE ACTIVELY TESTING ON

10:51AM 11  PATIENTS RIGHT NOW, WE'RE GOING TO TAKE DIFFERENT COLLECTIONS

10:51AM 12  IN HOUSE, SO VENI SAMPLES, FINGERSTICK SAMPLES, AND RUN THEM

10:51AM 13  SIDE BY SIDE TO CHECK AND SEE AND DO ALMOST LIKE OUR OWN

10:51AM 14  INTERNAL PROFICIENCY TESTING TO SEE IF WE'RE GETTING THAT

10:51AM 15  MISALIGNMENT BETWEEN WHAT IS COMMERCIALLY VIABLE AND WHAT THE

10:51AM 16  EDISONS ARE PRODUCING.

10:51AM 17       SO THAT'S IN REFERENCE TO THIS.  IT'S SORT OF THIS NEW

10:52AM 18  IN HOUSE PROFICIENCY TESTING.  YOU CAN THINK OF IT THAT WAY.

10:52AM 19  Q.   OKAY.  AND YOU SAID THAT THIS WAS NECESSARY BASED ON THE

10:52AM 20  DISCREPANCY BETWEEN THERANOS RESULTS AND THE PREDICATE RESULTS

10:52AM 21  LIKE WE'VE BEEN DISCUSSING?

10:52AM 22  A.   THAT IS CORRECT.

10:52AM 23  Q.   WERE SIMILAR STEPS NECESSARY IN CONNECTION WITH THE

10:52AM 24  NON-THERANOS ANALYZERS THAT THE COMPANY WAS USING?

10:52AM 25  A.   NO.

10:52AM   1    Q.   LET ME ASK YOU TO LOOK AT PAGE 1 OF THIS DOCUMENT.

10:52AM   2         ACTUALLY, I'M SORRY.  LET'S GO BACK TO PAGE 2 FOR JUST A

10:52AM   3    MOMENT.

10:52AM   4         AND IN THAT EMAIL, MS. CHEUNG, DO YOU SEE THAT THIS

10:52AM   5    PROCESS WOULD INVOLVE A COMPARISON BETWEEN FINGERSTICK AND

10:52AM   6    VENOUS SAMPLES?

10:52AM   7    A.   YES.

10:52AM   8    Q.   YOU WERE INVOLVED IN THE VALIDATION OF TESTS AT THERANOS;

10:53AM   9    IS THAT RIGHT?

10:53AM   10   A.   THAT IS CORRECT.

10:53AM   11   Q.   AND WAS THIS KIND OF COMPARISON DONE AS PART OF THE

10:53AM   12   VALIDATION PROCESS FOR TESTS AT THE COMPANY?

10:53AM   13   A.   YES.

10:53AM   14   Q.   OKAY.  AND SPECIFICALLY THE COMPARISON BETWEEN VENOUS

10:53AM   15   SAMPLES AND FINGERSTICK SAMPLES?

10:53AM   16   A.   YES.

10:53AM   17   Q.   LET'S GO BACK TO PAGE 1.  LET'S LOOK AT THE BOTTOM OF THE

10:53AM   18   PAGE AT THE MESSAGE FROM MR. BALWANI.

10:53AM   19        AND THIS EMAIL SAYS -- LET'S SEE.  I'LL DIRECT YOUR

10:53AM   20   ATTENTION TO ABOUT HALF WAY DOWN THAT FIRST PARAGRAPH.

10:53AM   21        IT SAYS -- ON THE SECOND LINE, "ONCE WE HAVE DONE THIS FOR

10:53AM   22   A COUPLE OF TIMES, WE SHOULD REMOVE THE ASSAYS FROM THE LIST

10:53AM   23   FOR WHICH WE ARE DOING THIS QC CHECK."

10:53AM   24        DO YOU SEE THAT?

10:53AM   25   A.   YES.

10:53AM   1    Q.   AND MR. BALWANI THEN SAYS, "WE HAVE TREMENDOUS AMOUNT OF

10:54AM   2    DATA ON EDISONS AND ELISA'S OVER THE LAST 6-PLUS YEARS TO KNOW

10:54AM   3    THEY PERFORM EXTREMELY WELL AND FOR MANY ASSAYS, BETTER THAN

10:54AM   4    PREDICATE METHODS."

10:54AM   5         DID YOU AGREE WITH MR. BALWANI THAT THE DATA ESTABLISHED

10:54AM   6    HIGH PERFORMANCE FOR THE THERANOS ASSAYS?

10:54AM   7              MR. COOPERSMITH:  YOUR HONOR, OBJECTION.  LACKS

10:54AM   8    FOUNDATION.

10:54AM   9              THE COURT:  DO YOU WANT TO ASK SOME FOLLOW-UP

10:54AM   10   QUESTIONS, OR EXCUSE ME, SOME PREDICATE QUESTIONS.

10:54AM   11   BY MR. BOSTIC:

10:54AM   12   Q.   LET ME ASK THE QUESTION A DIFFERENT WAY.

10:54AM   13        WAS THAT STATEMENT BY MR. BALWANI CONSISTENT WITH YOUR

10:54AM   14   EXPERIENCE ACTUALLY WORKING WITH THE THERANOS ANALYZERS ON

10:54AM   15   PATIENT TESTS?

10:54AM   16   A.   NO.

10:54AM   17   Q.   LET'S GO TO THE NEXT PAGE AND THAT'S PAGE 2 TO THE TOP OF

10:54AM   18   THE PARAGRAPH THE SECOND PARAGRAPH OF MR. BALWANI'S EMAIL.

10:55AM   19        HE WRITES, "HOWEVER, MOST IMPORTANT TO ME IS THE POINT

10:55AM   20   THAT THIS NEEDS TO BE COMMUNICATED AS TO WHY WE ARE DOING THIS.

10:55AM   21   THIS IS TO GENERATE ADDITIONAL QC DATA ACROSS OUR ENTIRE CAPSYS

10:55AM   22   AND NORMANDY PROCESS."

10:55AM   23        DO YOU SEE THAT?

10:55AM   24   A.   YES.

10:55AM   25   Q.   AND HE SAYS, "THERE SHOULD NOT BE ANY DOUBTS CREATED ABOUT

10:55AM   1   OUR ASSAYS AND METHODS IN THE MINDS OF CLIA OR ANYONE OUTSIDE

10:55AM   2   OF CLIA."

10:55AM   3        DO YOU SEE THAT?

10:55AM   4   A.   YES.

10:55AM   5   Q.   AND AT THIS POINT IN FEBRUARY OF 2014, DID YOU PERSONALLY

10:55AM   6   HAVE DOUBTS ABOUT THE THERANOS ASSAYS?

10:55AM   7   A.   YES, I HAD LOTS OF DOUBTS.

10:55AM   8   Q.   MR. BALWANI GOES ON TO WRITE, "I AM ALREADY EXTREMELY

10:55AM   9   IRRITATED BY UNPLANNED RUNS OF PT SAMPLES AROUND VITAMIN D AND

10:55AM  10   OTHERS AND HOW IT WAS HANDLED AND COMMUNICATED."

10:55AM  11        DO YOU SEE THAT?

10:55AM  12   A.   YES.

10:55AM  13   Q.   AND DO YOU UNDERSTAND WHAT "UNPLANNED PT RUNS," THAT WAS

10:55AM  14   REFERRING TO?

10:55AM  15   A.   SO ESSENTIALLY BECAUSE WE HAD RUN IT ON THE COMMERCIALLY

10:55AM  16   VIABLE AND THE EDISON DEVICES, SUNNY WAS UPSET THAT WE HAD DONE

10:56AM  17   THAT VERSUS JUST RUNNING IT, I SUPPOSE, AGAINST THE PREDICATE

10:56AM  18   METHODS, SO THE COMMERCIALLY VIABLE MACHINES.

10:56AM  19   Q.   SO YOU UNDERSTOOD THIS TO REFER TO THE TESTING THAT WE

10:56AM  20   WERE JUST LOOKING AT, THE RESULTS WHERE THERANOS WAS COMPARED

10:56AM  21   TO THE COMMERCIAL MACHINES?

10:56AM  22   A.   THAT IS CORRECT.

10:56AM  23   Q.   AND DID YOU UNDERSTAND THAT MR. BALWANI WAS SUPPORTIVE OF

10:56AM  24   THAT TEST HAVING BEEN RUN, OR WAS HE UNHAPPY ABOUT IT?

10:56AM  25   A.   HE WAS UNHAPPY ABOUT IT.

CHEUNG DIRECT BY MR. BOSTIC (RES.)                          1238

10:56AM   1    Q.   OKAY.  LET'S LOOK NEXT AT 1587.

10:56AM   2         AND IS 1587 ANOTHER EMAIL FROM FEBRUARY 2014 INCLUDING YOU

10:56AM   3    AND OTHERS AT THERANOS RELATING TO THE STATUS OF EDISON

10:57AM   4    ANALYZERS?

10:57AM   5    A.   YES.

10:57AM   6              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1587.

10:57AM   7              MR. COOPERSMITH:  YOUR HONOR, I HAVE A HEARSAY

10:57AM   8    OBJECTION TO THE BOTTOM EMAIL ON PAGE 2, THE FEBRUARY 25TH,

10:57AM   9    2014, AT 10:50 A.M., PAGE 2 OF EXHIBIT 1587, HEARSAY.

10:57AM  10              THE COURT:  MR. BOSTIC.

10:57AM  11              MR. BOSTIC:  APOLOGIES.  WAS THAT THE BOTTOM OF

10:57AM  12    PAGE 1 AND TOP OF PAGE 2?

10:57AM  13              MR. COOPERSMITH:  NO.  I AM SORRY.  IT'S THE VERY

10:57AM  14    BOTTOM EMAIL ON THE WHOLE EXHIBIT, SO THAT WOULD BE

10:57AM  15    FEBRUARY 25TH, 2014, AT 10:50 A.M.

10:58AM  16              MR. BOSTIC:  I CAN LAY A FOUNDATION, YOUR HONOR.

10:58AM  17              THE COURT:  SURE.

10:58AM  18    BY MR. BOSTIC:

10:58AM  19    Q.   MS. CHEUNG, DO YOU SEE THAT EMAIL AT THE BOTTOM OF PAGE 2?

10:58AM  20    A.   YES.

10:58AM  21    Q.   AND IT'S SENT BY SOMEONE NAMED ALPHONSO NGUYEN.

10:58AM  22         WHO WAS THAT AT THERANOS?

10:58AM  23    A.   ALPHONSO NGUYEN WAS ONE OF THE ENGINEERS THAT WORKED ON

10:58AM  24    THE EDISONS TO CHECK IF THE HARDWARE WAS WORKING PROPERLY AND

10:58AM  25    THERE WAS A WHOLE SEPARATE QC PROCEDURE FOR THE HARDWARE EDISON

ER-691

10:58AM 1    DEVICES.

10:58AM 2    Q.   AND DURING YOUR TIME AT THERANOS, WAS IT ROUTINE FOR THERE

10:58AM 3    TO BE EMAIL COMMUNICATIONS ABOUT THE STATUS OF EDISON ANALYZERS

10:58AM 4    AND THEIR ABILITY TO RUN TESTS?

10:58AM 5    A.   YES.

10:58AM 6    Q.   AND DID MR. NGUYEN PARTICIPATE IN THOSE CONVERSATIONS?

10:58AM 7    A.   YES.

10:58AM 8    Q.   WHY DID THAT INFORMATION NEED TO BE DISSEMINATED BY EMAIL

10:58AM 9    AT THERANOS?

10:58AM 10   A.   BECAUSE IT WAS DYNAMIC INFORMATION.  SO IT WASN'T ALWAYS

10:59AM 11   CONSISTENT THAT YOU WOULD HAVE THE SAME FAILURES ON THE SAME

10:59AM 12   MACHINES, SO WE NEEDED TO ALERT ONE ANOTHER WHEN WE WOULD DO

10:59AM 13   THE QC'S WHETHER THERE WERE ISSUES AT THE MOMENT OF THE TIME

10:59AM 14   THAT WE WERE TESTING ON THOSE MACHINES.

10:59AM 15   Q.   AND WHY DID DEVICE FAILURES NEED TO BE TRACKED AT ALL?

10:59AM 16   A.   BECAUSE IT WASN'T -- IF -- ESSENTIALLY IF YOU HAVE DEVICE

10:59AM 17   FAILURES, IT MAKES IT VERY HARD TO, SAY, RUN YOUR STUDIES OR

10:59AM 18   RUN PATIENT SAMPLES KNOWING THAT THE DEVICE IS NOT WORKING

10:59AM 19   PROPERLY.

10:59AM 20   Q.   AND WAS INFORMATION LIKE THIS DISSEMINATED BY EMAIL SO

10:59AM 21   THAT PEOPLE LIKE YOU COULD KNOW IT AND INCORPORATE IT INTO

10:59AM 22   OPERATIONS AT THERANOS?

10:59AM 23   A.   YES.

10:59AM 24   Q.   AND WAS IT IMPORTANT FOR INFORMATION AND EMAILS LIKE THIS

10:59AM 25   TO BE ACCURATE SO THAT IT CAN BE RELIED UPON?

10:59AM  1    A.    YES.

10:59AM  2    Q.    AND WOULD EMAILS LIKE THIS BE PRESERVED SO THAT THAT

10:59AM  3    INFORMATION COULD BE REFERENCED BACK LATER IF NEEDED?

10:59AM  4    A.    YES.

10:59AM  5              MR. BOSTIC:  YOUR HONOR, I OFFER 1587 AS A BUSINESS

10:59AM  6    RECORD.

11:00AM  7              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:00AM  8              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:00AM  9         (GOVERNMENT'S EXHIBIT 1587 WAS RECEIVED IN EVIDENCE.)

11:00AM 10    BY MR. BOSTIC:

11:00AM 11    Q.    AND LET'S LOOK AT THAT EMAIL AT THE BOTTOM OF PAGE 2.

11:00AM 12         SO, AGAIN, MS. CHEUNG, WE SEE THE FIRST EMAIL IN THIS

11:00AM 13    CHAIN FROM MR. NGUYEN, AND IT REFERENCES IN THE SUBJECT LINE

11:00AM 14    3.5 READERS.

11:00AM 15    A.    YES.

11:00AM 16    Q.    AND HE SAYS, "HI, THE BAD 3.0 READERS INCLUDE," AND THEN

11:00AM 17    HE LISTS SIX DIFFERENT DEVICES; IS THAT CORRECT?

11:00AM 18    A.    THAT IS CORRECT.

11:00AM 19    Q.    AND THEN HE LISTS "THE 3.5 READERS TO AVOID THIS WEEK,"

11:00AM 20    AND THERE ARE SEVERAL LISTED THERE.

11:00AM 21         DO YOU SEE THAT?

11:00AM 22    A.    YES.

11:00AM 23    Q.    AND WHAT WAS YOUR EXPERIENCE HOW FREQUENTLY THE EDISON

11:00AM 24    DEVICES FAILED AND HAD SOME KIND OF DEVICE FAULT?

11:00AM 25    A.    IT WAS VERY FREQUENT.

11:00AM   1     Q.   OKAY.  IS THIS SEPARATE FROM THE QUALITY CONTROL ISSUE AND

11:01AM   2     THE PROFICIENCY TESTING THAT WE HAVE BEEN DISCUSSING?

11:01AM   3     A.   YES.

11:01AM   4     Q.   AND WHAT KIND OF ERRORS ARE WE TALKING ABOUT HERE?

11:01AM   5     A.   SO THESE ARE DEVICE ISSUES.  SO THESE COULD BE THINGS

11:01AM   6     LIKE -- ESSENTIALLY THESE DEVICES WERE -- THEY HAD LIKE ROBOTIC

11:01AM   7     SYSTEMS IN THEM AND A PIPE HEAD AND THINGS.

11:01AM   8         IT COULD BE THE TOUCHSCREEN IS NOT WORKING, OR THEY'RE TOO

11:01AM   9     HOT AND THEY'RE OVERHEATING CONSTANTLY, OR THE ROBOTIC SYSTEMS

11:01AM  10     ARE GETTING JAMMED AND SO IT'S NOT ACTUALLY MOVING THE PARTS IN

11:01AM  11     THERE.

11:01AM  12         SO THIS WAS IN REFERENCE TO THE ACTUAL HARDWARE OF THE

11:01AM  13     EDISON DEVICES AND SOFTWARE.

11:01AM  14     Q.   AND DURING YOUR TIME AT THE COMPANY, WAS IT A FREQUENT

11:01AM  15     EVENT FOR SEVERAL EDISONS TO BE OUT OF COMMISSION BECAUSE OF

11:01AM  16     THESE KINDS OF PROBLEMS?

11:01AM  17     A.   YES.

11:01AM  18     Q.   LET'S LOOK AT 1633, PLEASE.

11:02AM  19         YOUR HONOR, I WOULD SUGGEST WE DO THIS ONE LAST EXHIBIT

11:02AM  20     AND THEN MOVE TO A BREAK IF THAT WORKS FOR THE COURT?

11:02AM  21             THE COURT:  SURE.

11:02AM  22     BY MR. BOSTIC:

11:02AM  23     Q.   MS. CHEUNG, DO YOU SEE EXHIBIT 1633 IN FRONT OF YOU?

11:02AM  24     A.   YES.

11:02AM  25     Q.   AND IS THAT AN EMAIL CHAIN INCLUDING YOU AND OTHERS AT

CHEUNG DIRECT BY MR. BOSTIC (RES.)                    1242

11:02AM  1    THERANOS RELATING TO QC FAILURE RATES?

11:02AM  2    A.   YES.

11:02AM  3              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1633.

11:02AM  4              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:02AM  5              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

11:02AM  6         (GOVERNMENT'S EXHIBIT 1633 WAS RECEIVED IN EVIDENCE.)

11:02AM  7              MR. BOSTIC:  LET'S START, MS. WACHS, IF WE COULD

11:02AM  8    WITH THE EMAIL AT THE BOTTOM OF PAGE 1.

11:02AM  9    Q.   MS. CHEUNG, HERE'S AN EMAIL FROM SOMEONE NAMED LANGLY GEE

11:02AM 10    TO YOU AND OTHERS AT THERANOS REGARDING THE NUMBER OF FAILED

11:02AM 11    QUALITY CONTROL RUNS; IS THAT RIGHT?

11:03AM 12    A.   THAT'S CORRECT.

11:03AM 13    Q.   AND REMIND US, THE TERM "ELISA," WHAT DOES THAT REFER TO?

11:03AM 14    A.   ELISA IS THE TYPE OF METHODOLOGY THAT YOU USE ON THE

11:03AM 15    EDISON DEVICE.  SO IT'S THE TYPE OF TEST THAT YOU RUN OR THE

11:03AM 16    METHODOLOGY OF TESTS THAT YOU RUN.

11:03AM 17    Q.   SO THESE ARE QC FAILURE RATES FOR THE EDISON ANALYZER?

11:03AM 18    A.   THAT IS CORRECT.

11:03AM 19    Q.   AND IT SAYS, "FOR MARCH, 26 PERCENT RUNS FAILED."

11:03AM 20         IS THAT RIGHT?

11:03AM 21    A.   THAT IS CORRECT.

11:03AM 22    Q.   AND LET'S LOOK AT THE FOLLOWING PAGE AND SEE THAT DATA.

11:03AM 23         CAN YOU EXPLAIN JUST AT A HIGH LEVEL WHAT WE'RE LOOKING AT

11:03AM 24    HERE?

11:03AM 25    A.   SO WE'RE LOOKING AT ALL OF THE QUALITY CONTROL INFORMATION

CHEUNG DIRECT BY MR. BOSTIC (RES.) 1243

11:03AM 1     FOR THE DIFFERENT TYPES OF TESTS.

11:03AM 2        SO WHERE IT SAYS ASSAY AND VITAMIN D, TT4, TT3, THOSE ARE

11:03AM 3     ALL OF THE DIFFERENT TYPES OF TESTS THAT WE WOULD RUN.

11:03AM 4        AND THEN WHERE IT SAYS LOW LEVEL AND HIGH LEVEL, THOSE ARE

11:03AM 5     THE QC SAMPLES. SO, AGAIN, WE KNOW A LOW LEVEL CONCENTRATION

11:04AM 6     FOR QC, AND HIGH LEVEL SAMPLE FOR THE QC.

11:04AM 7        THE TOTAL RUNS IS THE TOTAL NUMBER OF RUNS, THE TOTAL

11:04AM 8     NUMBER OF TIMES THAT WE RAN QC'S FOR THAT MONTH.

11:04AM 9        AND THEN THE PERCENTAGE FAILURES IS HOW MANY FAILED.

11:04AM 10     Q. AND AT THE BOTTOM RIGHT CORNER OF THAT CHART THERE'S A

11:04AM 11     TOTAL PERCENTAGE FAILURE RATE FOR QUALITY CONTROL FOR THESE

11:04AM 12     ASSAYS; IS THAT RIGHT?

11:04AM 13     A. THAT IS CORRECT.

11:04AM 14     Q. AND IT'S 25.6 PERCENT?

11:04AM 15     A. THAT IS CORRECT.

11:04AM 16     Q. LOOKING AT SOME OF THE INDIVIDUAL ASSAYS, FOR EXAMPLE,

11:04AM 17     TT3, WHAT WAS THE TT3 ASSAYS?

11:04AM 18     A. THAT'S A THYROID MARKER.

11:04AM 19     Q. AND HOW FREQUENTLY DID THE EDISON FAIL QUALITY CONTROL FOR

11:04AM 20     THE TT3 ASSAYS DURING THIS TIME PERIOD?

11:04AM 21     A. SO DURING THIS TIME PERIOD IT FAILED 50 PERCENT OF THE

11:04AM 22     TIME. SO WHAT THAT WOULD MEAN, SINCE WE HAVE TOTAL RUNS, LIKE

11:04AM 23     IF THAT WAS A PATIENT SAMPLE, WE HAD 40 RUNS, THAT MEANS 20

11:05AM 24     PEOPLE WOULD HAVE -- THERE WOULD HAVE BEEN FAILURES SO THAT

11:05AM 25     WOULD HAVE BEEN AN INACCURATE RESULT.

11:05AM  1    Q.   AND WERE RATES LIKE THESE CONCERNING -- LET ME ACTUALLY

11:05AM  2    JUST POINT OUT ONE MORE.

11:05AM  3         TST AT THE BOTTOM?

11:05AM  4    A.   YES.

11:05AM  5    Q.   AND WHAT DID TST REFER TO?

11:05AM  6    A.   THAT WAS FOR TOTAL TESTOSTERONE.

11:05AM  7    Q.   AND THE FAILURE RATE THERE IS NEARLY 50 PERCENT AT 45.2?

11:05AM  8    A.   THAT IS CORRECT.

11:05AM  9    Q.   AND WERE RATES CONCERNING TO YOU AT THE TIME AS SOMEONE

11:05AM 10    RUNNING PATIENT TESTS?

11:05AM 11    A.   YEAH, IT'S VERY CONCERNING BECAUSE AT THAT POINT YOU HAVE

11:05AM 12    A 50/50 CHANCE WHETHER IT'S AN ACCURATE RESULT OR IT'S NOT.

11:05AM 13    Q.   AND FROM YOUR WORK AT THERANOS, DID YOU ALSO HAVE SOME

11:05AM 14    FAMILIARITY WITH THE QC PERFORMANCE OF THE NON-THERANOS

11:05AM 15    ANALYZERS?

11:05AM 16    A.   YES.

11:05AM 17    Q.   AND HOW DID YOU DEVELOP THAT FAMILIARITY?

11:05AM 18    A.   I WOULD RUN PATIENT SAMPLES ON THE COMMERCIALLY VIABLE

11:05AM 19    MACHINES AND THE SORT OF FDA APPROVED MACHINES IN THE DINOSAUR

11:05AM 20    LAB FROM TIME TO TIME.

11:05AM 21    Q.   AND SO THINKING BACK TO THOSE TWO GROUPS, THE THERANOS

11:06AM 22    ANALYZER, AND WE'RE LOOKING AT THE QC FAILURE RATES FOR THAT?

11:06AM 23    A.   YEAH.

11:06AM 24    Q.   HOW DID QC PERFORMANCE FOR THE THERANOS DEVICES COMPARE TO

11:06AM 25    THE COMMERCIAL NON-THERANOS DEVICES?

11:06AM  1    A.   WE RARELY HAD QC FAILURES FOR THE COMMERCIALLY VIABLE

11:06AM  2    TESTS, OR COMMERCIALLY VIABLE -- THE TESTS THAT WE RAN ON THE

11:06AM  3    COMMERCIALLY VIABLE MACHINES.  SORRY.

11:06AM  4    Q.   THE NON-THERANOS DEVICES PERFORMED BETTER IN QC?

11:06AM  5    A.   THAT IS CORRECT.

11:06AM  6    Q.   THIS IS DATA FROM MARCH OF 2014; IS THAT RIGHT?

11:06AM  7    A.   YES.

11:06AM  8    Q.   AND BASED ON YOUR MEMORY, WAS MARCH AN ESPECIALLY BAD

11:06AM  9    MONTH FOR EDISON PERFORMANCE AT THERANOS, OR WAS THIS TYPICAL

11:06AM  10   OF WHAT YOU WOULD SEE?

11:06AM  11   A.   THIS WAS VERY TYPICAL OF WHAT WE WOULD SEE.

11:06AM  12   Q.   YOU MENTIONED THAT THIS CAUSED CONCERNS IN YOUR MIND, BUT

11:07AM  13   YOU TESTIFIED EARLIER THAT IF A DEVICE FAILED QUALITY CONTROL,

11:07AM  14   THEN IT WOULDN'T BE USED FOR PATIENT TESTING; IS THAT RIGHT?

11:07AM  15   A.   THAT IS CORRECT.

11:07AM  16   Q.   AND WHY DID THAT NOT REMOVE YOUR CONCERNS ABOUT PATIENT

11:07AM  17   TESTING AT THERANOS?

11:07AM  18        MR. COOPERSMITH:  YOUR HONOR, OBJECTION.  I THINK

11:07AM  19   THIS IS GOING TO CALL FOR A 702 ANSWER.

11:07AM  20        THE COURT:  DO YOU WANT TO LAY A LITTLE MORE

11:07AM  21   FOUNDATION ABOUT HER BREADTH OF KNOWLEDGE?

11:07AM  22        MR. BOSTIC:  SURE.

11:07AM  23   Q.   SO, MS. CHEUNG, I'M JUST ASKING YOU TO RECONCILE TWO

11:07AM  24   THINGS THAT YOU SAID?

11:07AM  25   A.   OKAY.

CHEUNG DIRECT BY MR. BOSTIC (RES.)                    1246

11:07AM  1    Q.   ON THE ONE HAND DO YOU REMEMBER TESTIFYING THAT WHEN A

11:07AM  2    DEVICE FAILED QUALITY CONTROL, IT WAS NOT USED FOR PATIENT

11:07AM  3    TESTING UNTIL IT WOULD PASS?

11:07AM  4    A.   RIGHT.

11:07AM  5    Q.   AND IS THAT HOW THINGS ACTUALLY WORKED AT THERANOS?

11:07AM  6    A.   CAN YOU REPEAT THE QUESTION ONE MORE TIME.

11:07AM  7    Q.   SURE.

11:07AM  8         WAS THAT RULE FOLLOWED AT THERANOS?

11:07AM  9    A.   YES.

11:07AM  10   Q.   AND YOU ALSO JUST TESTIFIED THAT THESE HIGH QC FAILURE

11:08AM  11   RATES WERE CONCERNING TO YOU?

11:08AM  12   A.   YES.

11:08AM  13   Q.   AND MY QUESTION TO YOU IS WHY WERE THEY CONCERNING IF YOU

11:08AM  14   KNEW DEVICES WEREN'T USED IF THEY FAILED QC?

11:08AM  15   A.   I THINK BECAUSE --

11:08AM  16        MR. COOPERSMITH:  YOUR HONOR, PARDON ME.  RULE 702.

11:08AM  17   THIS IS EXACTLY THE SAME QUESTION.  THERE HAS NOT BEEN ANY

11:08AM  18   ADDITIONAL FOUNDATION LAID AS FAR AS I CAN HEAR.

11:08AM  19        THE COURT:  I THINK THE POINT IS WELL TAKEN, THERE

11:08AM  20   WASN'T ANY FOUNDATION AS TO THE REASONS FOR HER CONCERN OR HER

11:08AM  21   BREADTH OF KNOWLEDGE AS TO WHY.

11:08AM  22        IS THAT SOMETHING THAT YOU CAN DO?

11:08AM  23        MR. BOSTIC:  OKAY, YOUR HONOR.

11:08AM  24   Q.   MS. CHEUNG, AS PART OF YOUR TRAINING AT THERANOS, WERE YOU

11:08AM  25   PROVIDED AN EXPLANATION AS TO WHY QC HAD TO BE PERFORMED BEFORE

11:08AM 1    PATIENT TESTING COULD PROCEED?

11:08AM 2    A.   SO QC TESTING IS REALLY TO CHECK THE PERFORMANCE OF YOUR

11:09AM 3    SYSTEM.

11:09AM 4         SO IF YOU HAVE A HIGH PERCENTAGE OF FAILURES WITHIN THE

11:09AM 5    SYSTEM, YOU CAN KIND OF FORECAST OUT THAT THAT PERCENTAGE OF

11:09AM 6    FAILURES COULD LIKELY OCCUR FOR PATIENT TESTING.

11:09AM 7         SO IF WE HAVE A SAMPLE SIZE OF 300, AND WE'RE GETTING

11:09AM 8    ONE-FORTH OF THAT FAILURES, LET'S SAY IT'S 400, IT MEANS THAT

11:09AM 9    100 ARE ESSENTIALLY IN THE TERRITORY OF NOT BEING ACCURATE.

11:09AM 10        SO THE REASON THAT IT'S CONCERNING IS THE FACT THAT IT IS

11:09AM 11   HAPPENING ACROSS TESTS AND ACROSS MACHINES DESPITE US

11:09AM 12   CONSISTENTLY CHANGING ALL OF THESE DIFFERENT VARIABLES THAT WE

11:09AM 13   CAN ANTICIPATE THAT IT'S PROBABLY --

11:09AM 14        MR. COOPERSMITH:  YOUR HONOR, IF I COULD JUST

11:09AM 15   INTERRUPT.

11:09AM 16        SHE'S NOW GIVING THE VERY ANSWER THAT WAS OBJECTIONABLE --

11:09AM 17   SHE'S GIVING THE SAME ANSWER THAT WAS OBJECTIONABLE, AND IT WAS

11:09AM 18   NOT REALLY RESPONSIVE TO THE QUESTION, SO I WOULD MOVE TO

11:10AM 19   STRIKE THE ANSWER THAT SHE JUST GAVE AND RENEW THAT OBJECTION.

11:10AM 20        THE COURT:  THE ANSWER SHE GAVE I THINK WAS

11:10AM 21   APPROPRIATE.  YOU OBJECTED TO A POINT.

11:10AM 22        DID YOU WANT TO ASK ADDITIONAL QUESTIONS AT THIS POINT?

11:10AM 23   BY MR. BOSTIC:

11:10AM 24   Q.   MS. CHEUNG, IF I COULD JUST INTERPOSE A QUICK QUESTION.

11:10AM 25        THE ANSWER THAT YOU'RE GIVING, IS THAT BASED ON THE

11:10AM   1    TRAINING THAT YOU GOT AT THERANOS?

11:10AM   2    A.   YES.

11:10AM   3              MR. BOSTIC:  I WOULD JUST ASK THAT THE WITNESS BE

11:10AM   4    ALLOWED TO COMPLETE HER ANSWER.

11:10AM   5              THE WITNESS:  OKAY.

11:10AM   6              THE COURT:  AND YOU MAY.  THE OBJECTION IS OVERRULED

11:10AM   7    AS TO THAT.

11:10AM   8              THE WITNESS:  OKAY.  SO THAT'S, THAT'S WHY IT WAS

11:10AM   9    CONCERNING.  IT WAS CONCERNING BECAUSE IF YOU JUST EXTRAPOLATE

11:10AM  10    OUT ESSENTIALLY THE PERCENTAGE OF FAILURES THAT ARE HAPPENING

11:10AM  11    ACROSS THE SYSTEM, EVEN IF WE CHANGE THE DEVICE, THERE'S

11:10AM  12    SOMETHING STILL GOING ON THAT IS CAUSING ONE OUT OF FOUR

11:10AM  13    FAILURES OF EVERY SINGLE TEST THAT WE DO ON THIS EDISON SYSTEM,

11:10AM  14    RIGHT?

11:10AM  15        EVEN IF YOU CHANGE THE DEVICE, IT SEEMS LIKELY THAT MAYBE

11:10AM  16    THERE'S SOME ISSUE WITH THE CHEMISTRY, MAYBE -- WHATEVER THE

11:10AM  17    ISSUE MIGHT BE, IT'S STILL THE FACT THAT I KNOW WHEN I RUN FOUR

11:11AM  18    TESTS, THAT ONE OF THEM IS LIKELY NOT TO WORK BASED ON THE

11:11AM  19    CUMULATIVE DATA THAT WE'RE RUNNING FOR THE QC ANALYSIS AND

11:11AM  20    BASICALLY GETTING AN UNDERSTANDING OF HOW MANY FAILURES WE'RE

11:11AM  21    HAVING FOR QC, AND THIS IS JUST ONE MONTH.

11:11AM  22    BY MR. BOSTIC:

11:11AM  23    Q.   UNDERSTOOD.  THANK YOU.

11:11AM  24        YOUR HONOR, THIS MIGHT BE A GOOD TIME FOR A BREAK?

11:11AM  25              THE COURT:  LET'S DO THAT, LADIES AND GENTLEMEN.

11:11AM   1    LET'S TAKE 30 MINUTES, PLEASE, 30 MINUTES.

11:11AM   2        LET ME REMIND YOU OF OUR SCHEDULE WHILE I HAVE YOUR

11:11AM   3    ATTENTION.

11:11AM   4        WE WILL NOT BE IN SESSION TOMORROW, NOR WILL WE BE IN

11:11AM   5    SESSION NEXT MONDAY OR TUESDAY.

11:11AM   6        OUR NEXT TIME TOGETHER WILL BEGIN WEDNESDAY, THE 30TH.

11:11AM   7        IS THAT CORRECT, COUNSEL?  IS THAT YOUR --

11:11AM   8            MR. COOPERSMITH:  YES, YOUR HONOR, THAT IS MY

11:11AM   9    UNDERSTANDING.

11:11AM  10            MR. BOSTIC:  YES, YOUR HONOR.

11:11AM  11            THE COURT:  ALL RIGHT.  I JUST WANT TO REMIND YOU OF

11:11AM  12    THAT, PLEASE.

11:11AM  13        SO LET'S TAKE OUR BREAK.  WE'LL TAKE 30 MINUTES,

11:11AM  14    30 MINUTES, PLEASE.

11:12AM  15        (JURY OUT AT 11:12 A.M.)

11:12AM  16            THE COURT:  PLEASE BE SEATED.  THANK YOU.  THE

11:12AM  17    RECORD SHOULD REFLECT THAT THE JURY HAS LEFT FOR OUR MORNING

11:12AM  18    BREAK.

11:12AM  19        MS. CHEUNG HAS LEFT THE COURTROOM.

11:12AM  20        COUNSEL, ANYTHING BEFORE WE TAKE OUR BREAK?

11:12AM  21            MR. SCHENK:  YOUR HONOR, THE GOVERNMENT HAS TWO

11:12AM  22    ISSUES THAT WE WANT TO RAISE, BUT NEITHER ARE URGENT, AND I

11:12AM  23    DON'T KNOW THAT WE NEED TO CUT INTO OUR BREAK TO DO IT.  SO

11:12AM  24    MAYBE WE CAN TAKE IT UP AT THE END OF THE DAY SO WE'RE NOT

11:13AM  25    INTERRUPTING OUR BREAK.

CHEUNG DIRECT BY MR. BOSTIC (RES.)                    1250

11:13AM  1            THE COURT:  SURE.  THAT'S FINE.

11:13AM  2        MR. COOPERSMITH.

11:13AM  3            MR. COOPERSMITH:  NOTHING, YOUR HONOR.

11:13AM  4            THE COURT:  ALL RIGHT.  LET'S TAKE OUR BREAK.  THANK

11:13AM  5    YOU.

11:13AM  6        (RECESS FROM 11:13 A.M. UNTIL 11:48 A.M.)

11:48AM  7        (JURY IN AT 11:48 A.M.)

11:48AM  8            THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

11:48AM  9        THE PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.

11:48AM  10        THE JURORS AND ALTERNATES ARE PRESENT.

11:48AM  11        MS. CHEUNG IS ON THE STAND.

11:48AM  12        MR. BOSTIC.

11:48AM  13            MR. BOSTIC:  THANK YOU, YOUR HONOR.

11:48AM  14    Q.   WELCOME BACK.  BEFORE THE BREAK WE WERE TALKING ABOUT

11:48AM  15    QUALITY CONTROL.

11:48AM  16        DO YOU RECALL THAT DISCUSSION?

11:48AM  17    A.   YES.

11:48AM  18    Q.   AND CAN YOU REMIND US, PLEASE, HOW THE QUALITY CONTROL

11:49AM  19    PERFORMANCE OF THE THERANOS EDISON COMPARED IN YOUR EXPERIENCE

11:49AM  20    TO THE QC PERFORMANCE OF THE UNMODIFIED THIRD PARTY DEVICES

11:49AM  21    USED AT THERANOS?

11:49AM  22    A.   THERE WERE FAR MORE FAILURES ON THE EDISON DEVICES WHEN IT

11:49AM  23    CAME TO QC THAN THERE WERE ON THE COMMERCIALLY AVAILABLE

11:49AM  24    DEVICES.

11:49AM  25    Q.   HOW ABOUT THE MODIFIED THIRD PARTY DEVICES THAT WERE ALSO

ER-703

CHEUNG DIRECT BY MR. BOSTIC (RES.)                1251

11:49AM  1    USED AT THERANOS, DID YOU BECOME FAMILIAR WITH THE QUALITY

11:49AM  2    CONTROL PERFORMANCE OF THE THERANOS MODIFIED COMMERCIAL

11:49AM  3    DEVICES?

11:49AM  4    A.   THE ONLY ONE I WAS FAMILIAR WITH WAS THE SIEMENS ADVIA,

11:49AM  5    THE MODIFIED SIEMENS ADVIA.

11:49AM  6    Q.   AND FROM YOUR EXPERIENCE WITH THAT DEVICE, DID YOU HAVE A

11:49AM  7    SENSE OF WHETHER THE THERANOS MODIFIED VERSION PERFORMED BETTER

11:49AM  8    OR WORSE IN TERMS OF QC?

11:49AM  9    A.   IT PERFORMED WORSE.

11:49AM 10    Q.   THAT'S WHAT YOU OBSERVED WHEN YOU WERE WORKING WITH THAT

11:49AM 11    DEVICE AT THERANOS?

11:49AM 12    A.   YES.

11:49AM 13    Q.   IN MARCH AND APRIL OF 2014, BASED ON THE ISSUES YOU WERE

11:50AM 14    SEEING, HOW WERE YOU FEELING ABOUT YOUR EMPLOYMENT AT THE

11:50AM 15    COMPANY?

11:50AM 16    A.   I WAS REALLY CONCERNED ABOUT THE FACT THAT AT THIS POINT

11:50AM 17    THERE WAS A LOT OF EVIDENCE TO SUGGEST THAT THE THERANOS SYSTEM

11:50AM 18    AND THE EDISON DEVICES WEREN'T WORKING PROPERLY, BUT WE WERE

11:50AM 19    STILL ACTIVELY TESTING ON PATIENTS, AND I WAS GETTING

11:50AM 20    PROGRESSIVELY MORE AND MORE UNCOMFORTABLE WITH WORKING THERE

11:50AM 21    AND TESTING ON PATIENTS.

11:50AM 22        SO AT THAT TIME I WAS JUST INCREDIBLY UNCOMFORTABLE, AND

11:50AM 23    YEAH.

11:50AM 24    Q.   AND DID YOU DISCUSS YOUR CONCERNS AROUND THAT TIME WITH

11:50AM 25    ANYONE ELSE AT THE COMPANY?

11:50AM  1    A.   YEAH.  I HAD -- I ATTEMPTED TO ADDRESS MY CONCERNS AMONGST

11:50AM  2    MY PEERS, AMONGST THE HEAD SCIENTIST, AMONGST THE VICE

11:51AM  3    PRESIDENT, FROM PEOPLE IN DIFFERENT DEPARTMENTS THAT WE WERE

11:51AM  4    SEEING AN IMMENSE AMOUNT OF ISSUES REGARDING THE QUALITY

11:51AM  5    CONTROLS AND THE OTHER EXPERIMENTS THAT WE HAD BEEN RUNNING.

11:51AM  6         I EVEN TALKED TO SUNNY ABOUT THOSE CONCERNS.

11:51AM  7    Q.   AND LET'S TALK ABOUT THAT.  SO WE PREVIOUSLY HAVE SPOKEN

11:51AM  8    ABOUT A MEETING THAT YOU HAD WITH DANIEL YOUNG.

11:51AM  9         WAS HE THE VICE PRESIDENT OF THE COMPANY?

11:51AM  10   A.   THAT IS CORRECT.

11:51AM  11   Q.   AND DID THERE COME A TIME WHEN YOU ELEVATED YOUR CONCERNS

11:51AM  12   TO SOMEONE ABOVE DANIEL YOUNG?

11:51AM  13   A.   YES.

11:51AM  14   Q.   AND HOW DID THAT TAKE PLACE?

11:51AM  15   A.   SO ESSENTIALLY SUNNY -- I HAD GOTTEN CALLED INTO SUNNY'S

11:51AM  16   OFFICE, AND DURING THAT MEETING ESSENTIALLY HE HAD ASKED ME THE

11:51AM  17   QUESTION LIKE HOW DO YOU LIKE WORKING AT THERANOS?

11:51AM  18        AND I SAID, YOU KNOW, I LOVE THE MISSION OF THE COMPANY

11:51AM  19   AND WHAT WE'RE TRYING TO DO.  I THINK THIS IS REALLY AN

11:51AM  20   INTERESTING PRODUCT TO WORK ON POINT OF CARE DIAGNOSTICS, BUT I

11:51AM  21   HAVE A LOT OF CONCERNS ABOUT WHAT IS OCCURRING IN THE CLINICAL

11:51AM  22   LAB, THE FACT THAT WE'RE HAVING QUALITY CONTROL FAILURES ON A

11:52AM  23   CONSISTENT BASIS, THAT THIS IS LEADING TO THE NEED TO

11:52AM  24   RECALIBRATE THE WHOLE SYSTEM OVER AND OVER.

11:52AM  25        I HAD EXPRESSED CONCERNS ABOUT JUST THE AMOUNT OF

11:52AM  1    VARIABILITY THAT WE HAVE BEEN SEEING WITH THE DIFFERENT TYPES

11:52AM  2    OF TESTS AND THE CV'S, AND I WAS ALSO CONCERNED ABOUT THE

11:52AM  3    CAPSYS CARTRIDGES.

11:52AM  4         SO ESSENTIALLY WE WERE TRYING TO PREFILL ALL OF THESE

11:52AM  5    CARTRIDGES, AND WHAT WE HAD SEEN BASED ON THESE STABILITY TESTS

11:52AM  6    IS THAT THEY WOULD DEGRADE IN LESS THAN A MONTH, AND THAT JUST

11:52AM  7    ADDED ANOTHER VARIABLE OF POTENTIAL ISSUES THAT WE HAD BEEN

11:52AM  8    SEEING.

11:52AM  9         AND I WAS ALSO CONCERNED ABOUT THE FACT WHEN WE WERE

11:52AM 10    MAKING MISTAKES, WE WEREN'T LETTING PATIENTS KNOW THAT THERE

11:52AM 11    WERE ISSUES GOING ON IN THE LABORATORY, AND I WAS PROGRESSIVELY

11:52AM 12    BECOMING MORE UNCOMFORTABLE WITH THE FACT THAT WE WERE NOT

11:52AM 13    ASKING FOR REDRAWS, WE WEREN'T TESTING, AND WE WEREN'T

11:52AM 14    NOTIFYING ANYONE THAT THESE ISSUES WERE GOING ON INTERNALLY.

11:52AM 15    Q.   AND ON THAT LAST POINT, WHAT HAD YOU ACTUALLY SEEN THAT

11:53AM 16    HAD LED TO THOSE CONCERNS, THOSE CONCERNS ABOUT THE LAB MAKING

11:53AM 17    MISTAKES AND THEN NOT TELLING PATIENTS?

11:53AM 18    A.   WELL, FOR EXAMPLE, THAT THANKSGIVING EXAMPLE WHEN I HAD

11:53AM 19    ASKED LIKE DOES THE PATIENT KNOW THAT WE HAD THESE INTERNAL

11:53AM 20    QUALITY CONTROL ISSUES, AND THEY WERE LIKE NO.  WE RESULTED OUT

11:53AM 21    TO THE PATIENT.

11:53AM 22         AND WHAT WE HAD FOUND IS THAT ACTUALLY OUR REAGENTS WERE

11:53AM 23    EXPIRED IN RUNNING THAT PATIENT SAMPLE, AND THAT WAS PROBABLY

11:53AM 24    THE REASON WHY THE QC'S WERE FAILING, AMONGST OTHER THINGS.

11:53AM 25         BUT IN TALKING TO THE QUALITY -- THE CUSTOMER SERVICE

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                    1254

11:53AM   1    ASSOCIATES, IT WAS CLEAR THAT WE WOULDN'T BE ASKING FOR REDRAWS

11:53AM   2    OR LETTING ANYONE KNOW, AND THIS WAS AN ISSUE THAT WE HAD

11:53AM   3    RAISED IN THE CLINICAL LAB IS SHOULD THESE BE TOLD TO PATIENTS

11:53AM   4    THAT THEY'RE STILL IN DEVELOPMENT.

11:53AM   5    Q.   AND SO THAT WAS ONE OF THE CONCERNS THAT YOU RAISED TO

11:53AM   6    MR. BALWANI IN THAT MEETING?

11:53AM   7    A.   YEAH.

11:53AM   8    Q.   AND SO CAN YOU HELP US PLACE THAT MEETING IN TIME?

11:54AM   9    A.   SO THAT WAS IN APRIL OF 2014.

11:54AM  10    Q.   AND WAS THIS KIND OF A PRESCHEDULED KIND OF CHECK-IN

11:54AM  11    MEETING, WAS THIS ONE OF A SERIES OF MEETINGS THAT HAD TAKEN

11:54AM  12    PLACE?

11:54AM  13         WHY WERE YOU MEETING WITH MR. BALWANI IN THE FIRST PLACE?

11:54AM  14    A.   I WAS MOST LIKELY MEETING -- THIS WAS JUST A HAPHAZARD

11:54AM  15    MEETING.  SO I WAS LIKELY MEETING WITH SUNNY BALWANI BECAUSE OF

11:54AM  16    THE FACT THAT I HAD SENT THOSE RESULTS TO TYLER SHULTZ, AND IT

11:54AM  17    WAS CALLED TO SORT OF FIGURE OUT WHO IN THE CLINICAL LAB

11:54AM  18    BECAUSE THEY WERE TRYING TO ASSESS WHO WAS BASICALLY TELLING

11:54AM  19    PEOPLE IN OTHER DEPARTMENTS ABOUT WHAT WAS GOING ON IN THE

11:54AM  20    CLINICAL LAB.

11:54AM  21    Q.   AND WHAT MAKES YOU THINK THAT THAT WAS THE CAUSE FOR THIS

11:54AM  22    MEETING?

11:54AM  23    A.   BECAUSE SUNNY BROUGHT THAT UP IN THE CONTEXT OF THE

11:54AM  24    MEETING.

11:54AM  25    Q.   AND WHO ELSE WAS PRESENT FOR THE MEETING?

CHEUNG DIRECT BY MR. BOSTIC (RES.)                          1255

11:54AM  1    A.   IT WAS JUST ME AND SUNNY.

11:54AM  2    Q.   AND SO YOU DESCRIBED SOME OF THE ISSUES THAT YOU RAISED

11:55AM  3    FOR HIM AT THAT TIME; IS THAT CORRECT?

11:55AM  4    A.   THAT IS CORRECT.

11:55AM  5    Q.   AND DID YOU DISCUSS WITH HIM THE POOR QUALITY CONTROL

11:55AM  6    PERFORMANCE THAT YOU HAD BEEN SEEING IN THE LAB?

11:55AM  7    A.   YES.

11:55AM  8    Q.   AND DID YOU DISCUSS WITH HIM THE HIGH VARIABILITY THAT YOU

11:55AM  9    HAD OBSERVED?

11:55AM  10   A.   YES.

11:55AM  11   Q.   AND WE JUST TALKED ABOUT MISTAKES THAT HAD BEEN MADE BUT

11:55AM  12   NOT REPORTED TO PATIENTS; IS THAT CORRECT?

11:55AM  13   A.   THAT IS CORRECT.

11:55AM  14   Q.   AND WERE THERE OTHER CATEGORIES OF ISSUES THAT YOU CAN

11:55AM  15   RECALL SPECIFICALLY RAISING TO HIM AT THAT TIME?

11:55AM  16   A.   IT WAS JUST CONCERNS, THE FACT THAT WE HAD THIS SYSTEM

11:55AM  17   THAT SEEMED TO BE FAILING A LOT, BUT WE WERE STILL TESTING ON

11:55AM  18   PATIENTS.  THAT WAS THE MAIN CONCERN.

11:55AM  19   Q.   AND WHAT DO YOU RECALL ABOUT MR. BALWANI'S REACTION WHEN

11:55AM  20   YOU RAISED THESE POINTS?

11:55AM  21   A.   SO AFTER I HAD RAISED THESE POINTS, HE BASICALLY SAID, SO

11:55AM  22   YOU'RE A RECENT GRADUATE OUT OF U.C. BERKELEY.  DID YOU HAVE A

11:55AM  23   JOB BEFORE THIS?  HAVE YOU TAKEN A STATISTICS CLASS?  WHAT

11:55AM  24   MAKES YOU THINK THAT YOU'RE QUALIFIED TO MAKE THESE ASSESSMENTS

11:56AM  25   ABOUT WHAT IS OCCURRING WITHIN THE CLINICAL LAB AND THAT YOU

ER-708

11:56AM   1    HAVE ANY EXPERIENCE TO BE ABLE TO MAKE THOSE JUDGMENT CALLS?

11:56AM   2         AND THEN HE SAID THAT HE WAS TIRED OF PEOPLE WHO HAD NO

11:56AM   3    VISIBILITY OR NO TRAINING TO NECESSARILY SAY THAT THERE WERE

11:56AM   4    ISSUES OF WHAT WAS HAPPENING WITH THE EDISON DEVICES, AND THAT

11:56AM   5    THEY HAD EXTENSIVE TRIALS WITH DIFFERENT RESEARCH GROUPS AND

11:56AM   6    DIFFERENT PARTIES THAT HAD VETTED AND VALIDATED HOW THE

11:56AM   7    THERANOS DEVICES WERE GOING TO REVOLUTIONIZE MEDICINE, AND THAT

11:56AM   8    HE WAS TIRED OF THE FACT THAT PEOPLE WERE TRYING TO RAISE

11:56AM   9    DOUBTS ABOUT THE EDISON DEVICES, AND ESSENTIALLY I NEEDED TO

11:56AM  10    TELL HIM WHEN I WANTED TO STILL WORK FOR THE COMPANY, AND THAT

11:56AM  11    MY ONLY DUTY AND RESPONSIBILITY WAS TO PROCESS PATIENT SAMPLES

11:56AM  12    WITHOUT QUESTION.

11:56AM  13    Q.   YOU SAID MR. BALWANI MENTIONED YOUR QUALIFICATIONS; IS

11:57AM  14    THAT RIGHT?

11:57AM  15    A.   THAT IS CORRECT.

11:57AM  16    Q.   CAN YOU REMIND US WHAT FIELD OR AREA OF DISCIPLINE YOUR

11:57AM  17    COLLEGE DEGREE WAS IN?

11:57AM  18    A.   MOLECULAR AND CELLULAR BIOLOGY.

11:57AM  19    Q.   DID YOU HAVE AN UNDERSTANDING WHEN YOU WORKED AT THERANOS

11:57AM  20    AS TO WHAT MR. BALWANI'S BACKGROUND WAS IN?

11:57AM  21    A.   HE WAS A SOFTWARE ENGINEER AND HAD WORKED AT MICROSOFT,

11:57AM  22    AND THEN ALSO HAD LAUNCHED HIS OWN COMPANY THAT GOT SOLD.

11:57AM  23    Q.   AND WERE YOU AWARE OF ANY EVIDENCE THAT MR. BALWANI HAD

11:57AM  24    FORMAL TRAINING IN BIOLOGY OR MEDICAL SCIENCE?

11:57AM  25    A.   NO.

11:57AM 1    Q.   AND WHEN YOU RAISED THE ISSUES TO MR. BALWANI IN THAT

11:57AM 2    MEETING, AT ANY POINT DID HE CLAIM THAT HE WAS HEARING THESE

11:57AM 3    THINGS FOR THE FIRST TIME?

11:57AM 4    A.   NO.

11:57AM 5    Q.   DID IT SEEM TO YOU THAT HE WAS HEARING ANYTHING FOR THE

11:57AM 6    FIRST TIME?

11:57AM 7    A.   NO.

11:57AM 8          MR. COOPERSMITH:  OBJECTION.  CALLS FOR SPECULATION.

11:57AM 9          THE COURT:  SUSTAINED.  THE LAST ANSWER IS IT

11:57AM 10   STRICKEN, LADIES AND GENTLEMEN.

11:58AM 11   BY MR. BOSTIC:

11:58AM 12   Q.   WHEN YOU RAISED THOSE ISSUES TO MR. BALWANI, DID HE,

11:58AM 13   DURING THAT CONVERSATION, CLAIM NOT TO UNDERSTAND WHAT YOU WERE

11:58AM 14   SAYING FOR ANY OF THOSE POINTS?

11:58AM 15   A.   NO.

11:58AM 16   Q.   FROM MR. BALWANI'S DEMEANOR WHEN YOU WERE REPORTING THESE

11:58AM 17   ISSUES TO HIM, DID HE SEEM SURPRISED?

11:58AM 18   A.   NO.

11:58AM 19   Q.   LET'S TALK ABOUT THE REASONS WHY YOU RAISED THOSE ISSUES

11:58AM 20   TO MR. BALWANI.

11:58AM 21        FIRST OF ALL, WHERE DID HE FIT IN IN THE COMPANY

11:58AM 22   STRUCTURE?  HOW HIGH UP WAS HE?

11:58AM 23   A.   HE WAS AT THE TOP TIER OF THE COMPANY, SO HE WAS THE COO,

11:58AM 24   AND HE WAS ALONGSIDE OF ELIZABETH HOLMES, WHO WAS THE CEO.

11:58AM 25   Q.   AND WHAT WAS YOUR UNDERSTANDING AT THE TIME BASED ON HOW

ER-710

CHEUNG DIRECT BY MR. BOSTIC (RES.)                    1258

11:58AM  1     THINGS WORKED THERE, WERE THEY CO-EQUALS AT THE COMPANY?  WAS

11:59AM  2     ONE OF THEM TECHNICALLY OR IN PRACTICE HIGHER THAN THE OTHER

11:59AM  3     ONE?

11:59AM  4     A.   I THINK THEY WERE CO-EQUALS.

11:59AM  5          SUNNY DID A LOT OF MORE INTERNAL FACING WORK WITH THE

11:59AM  6     COMPANY, AND SO HE INTERACTED WITH US ON THE DAY-TO-DAY

11:59AM  7     OPERATIONS OF WHAT WERE DOING.

11:59AM  8          AND IT SEEMED THAT ELIZABETH WAS MORE EXTERNAL FACING, SO

11:59AM  9     SHE WOULD ENGAGE WITH OTHER STAKEHOLDERS OUTSIDE OF THE COMPANY

11:59AM  10    MORE SO.

11:59AM  11    Q.   AND I FORGET THE PHRASE YOU USED, BUT WE'RE TALKING ABOUT

11:59AM  12    THE TOP TIER OF MANAGEMENT AT THE COMPANY; IS THAT CORRECT?

11:59AM  13    A.   THAT IS CORRECT.

11:59AM  14    Q.   AND WAS THERE ANYONE ELSE IN THAT TOP TIER THAT INCLUDED

11:59AM  15    MR. BALWANI AND MS. HOLMES BASED ON YOUR EXPERIENCE AT THE

11:59AM  16    COMPANY?

11:59AM  17    A.   NOT BASED ON MY EXPERIENCE.  THEY SEEMED TO BE THE TOP

11:59AM  18    TWO.

11:59AM  19    Q.   IN YOUR VIEW AT THIS TIME WERE THOSE ISSUES IMPORTANT

11:59AM  20    ENOUGH TO DESERVE ATTENTION FROM THE TOP TIER OF MANAGEMENT?

11:59AM  21    A.   YES.

11:59AM  22    Q.   AND DID YOU CONSIDER RAISING THESE ISSUES DIRECTLY TO

11:59AM  23    MS. HOLMES AS WELL TO CAPTURE THE OTHER TOP HALF OF THAT TIER?

12:00PM  24    A.   SO I HAD SENT THOSE RESULTS AND HAD BEEN IN CONVERSATION

12:00PM  25    WITH TYLER SHULTZ WHO HAD A CLOSE RELATIONSHIP WITH

12:00PM 1    ELIZABETH HOLMES BECAUSE ESSENTIALLY TYLER SHULTZ'S GRANDFATHER

12:00PM 2    WAS GEORGE SHULTZ, WHO WAS ON THE BOARD OF DIRECTORS, AND I

12:00PM 3    KNEW THAT THEY HAD SPENT THANKSGIVING TOGETHER.

12:00PM 4        AND SO TYLER HAD TALKED TO ME ABOUT THE FACT THAT HE WAS

12:00PM 5    CONTACTING ELIZABETH HOLMES DIRECTLY ABOUT SOME OF THE CONCERNS

12:00PM 6    THAT HE HAD SEEN BOTH IN THE RESEARCH AND DEVELOPMENT LAB AND

12:00PM 7    BASED ON WHAT WE HAD BEEN SEEING IN THE CLINICAL LAB.

12:00PM 8    Q.   CAN I ASK YOU TO TAKE A LOOK IN YOUR BINDER AT TAB 1660.

12:01PM 9        DO YOU HAVE IT?

12:01PM 10   A.   YES.

12:01PM 11   Q.   AND DO YOU RECOGNIZE THE DOCUMENT AT 1660?

12:01PM 12   A.   YES.

12:01PM 13   Q.   AND WHAT IS IT?

12:01PM 14   A.   SO THIS IS A LETTER THAT TYLER HAD WRITTEN DIRECTLY TO

12:01PM 15   ELIZABETH HOLMES ABOUT SOME OF THE FAILURES THAT -- OR SOME OF

12:01PM 16   THE CONCERNS THAT HE HAD HAD WITH SOME OF THE ASSAYS THAT WE

12:01PM 17   WERE RUNNING SPECIFICALLY WITH SYPHILIS.

12:01PM 18   Q.   AND YOU'RE NOT ON THIS EMAIL; IS THAT CORRECT?

12:01PM 19   A.   THAT IS CORRECT.

12:01PM 20   Q.   AND SO WHEN DID YOU HAVE AN OPPORTUNITY TO SEE IT?

12:01PM 21   A.   SO I HAD SEEN THIS DOCUMENT BECAUSE AFTER I HAD HAD MY

12:01PM 22   CONVERSATION WITH SUNNY, ESSENTIALLY I MET WITH TYLER SHULTZ

12:01PM 23   ABOUT THE FACT THAT I HAD HAD A CONVERSATION WITH SUNNY, AND I

12:01PM 24   WAS MEETING WITH HIM TO HAVE DINNER WITH HIS GRANDFATHER, WHO

12:01PM 25   WAS ONE OF THE BOARD MEMBERS.

12:01PM  1      AND TYLER HAD SHOWN ME THIS LETTER THAT HE HAD BASICALLY

12:01PM  2   TAKEN AND KEPT RIGHT BEFORE WE HAD HAD DINNER WITH HIS

12:01PM  3   GRANDFATHER TO TALK ABOUT THE THINGS THAT WE WERE SEEING AT

12:01PM  4   THERANOS.

12:01PM  5   Q.   AND IS 1660 A FAIR COPY OF THE EMAIL THAT YOU PREVIOUSLY

12:01PM  6   SAW?

12:01PM  7   A.   YES.

12:01PM  8         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1660

12:02PM  9   INTO EVIDENCE.

12:02PM 10         MR. COOPERSMITH:  YOUR HONOR, I OBJECT ON THE

12:02PM 11   GROUNDS OF HEARSAY, AND ALSO I WOULD NOTE THAT ESPECIALLY THE

12:02PM 12   LAST TWO PARAGRAPHS ARE HEARSAY WITHIN HEARSAY.

12:02PM 13         THE COURT:  AS TO THE HEARSAY OBJECTION?

12:02PM 14         MR. BOSTIC:  SO, YOUR HONOR, I THINK THIS IS

12:02PM 15   ADMISSIBLE FOR A NONHEARSAY PURPOSE, SPECIFICALLY TO SHOW

12:02PM 16   NOTICE TO THE DEFENDANTS IN THIS CASE.

12:02PM 17      I PLAN TO INTRODUCE NEXT A VERSION OF THIS EMAIL THAT GOES

12:02PM 18   TO MR. BALWANI.

12:02PM 19      SO THIS IS FOR THE PURPOSE OF NOTICE.

12:02PM 20         THE COURT:  IT WOULD SEEM THAT YOU SHOULD INTRODUCE

12:02PM 21   THAT OTHER DOCUMENT FIRST.  I DON'T SEE THE CONNECTION WITH --

12:02PM 22         MR. BOSTIC:  VERY WELL.

12:02PM 23         THE COURT:  SO I'LL SUSTAIN THE OBJECTION AT THIS

12:02PM 24   POINT.

12:02PM 25   BY MR. BOSTIC:

12:02PM  1    Q.    IF I COULD ASK YOU, MS. CHEUNG, TO TURN THE PAGE TO 1662.

12:03PM  2          DO YOU SEE THAT 1662 IS THE SAME EMAIL INCLUDING A FORWARD

12:03PM  3    OF THE EMAIL TO DANIEL YOUNG AND THE DEFENDANT, MR. BALWANI?

12:03PM  4                MR. COOPERSMITH:  I'M SORRY, YOUR HONOR.  I DON'T

12:03PM  5    HAVE A COPY IN MY BINDER.  1662?

12:03PM  6                MR. BOSTIC:  WE CAN PROVIDE AN EXTRA COPY,

12:03PM  7    YOUR HONOR.

12:03PM  8          DOES THE COURT HAVE A COPY?

12:03PM  9                THE COURT:  I DO.

12:03PM  10         (PAUSE IN PROCEEDINGS.)

12:03PM  11               THE COURT:  MR. BOSTIC, YOU CAN PROCEED.

12:04PM  12               MR. BOSTIC:  OKAY.  I THINK THE GOVERNMENT JUST

12:04PM  13   OFFERED 1662 INTO EVIDENCE.

12:04PM  14               MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

12:04PM  15               THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

12:04PM  16         (GOVERNMENT'S EXHIBIT 1662 WAS RECEIVED IN EVIDENCE.)

12:04PM  17               MR. BOSTIC:  OKAY.  MS. WACHS, IF WE CAN ZOOM IN ON

12:04PM  18   THE FIRST THREE PARAGRAPHS OR SO FROM MR. SHULTZ.

12:04PM  19   Q.    SO, MS. CHEUNG, IS THIS THE EMAIL THAT YOU PREVIOUSLY SAW

12:04PM  20   THAT MR. SHULTZ SENT TO ELIZABETH HOLMES?

12:04PM  21   A.    YES.

12:04PM  22   Q.    AND IN PARAGRAPH 1 DO YOU SEE THAT THERE'S SOME DISCUSSION

12:04PM  23   ABOUT DISCREPANCIES RELATING TO CV'S?

12:04PM  24   A.    YES.

12:04PM  25   Q.    AND CAN YOU REMIND US AT A HIGH LEVEL WHAT YOU OBSERVED

CHEUNG DIRECT BY MR. BOSTIC (RES.)                          1262

12:04PM   1    REGARDING CV'S AT THERANOS?

12:04PM   2    A.   SO THE CV'S -- SO, FOR EXAMPLE, IN OUR SOP'S WE HAD IT

12:05PM   3    DICTATED THAT THE CV WOULD BE 20 PERCENT, BUT SOMETIMES THEY

12:05PM   4    WOULD COME OUT HIGHER THAN THAT.  SO IT WOULD BE -- I THINK IN

12:05PM   5    THE EXAMPLE THAT WAS GIVEN EARLIER IT WAS SOMETHING LIKE

12:05PM   6    33 PERCENT.

12:05PM   7         SO WHAT WE ARE SEEING IS SOMETHING IN COMPARISON TO WHAT

12:05PM   8    WE WERE TELLING PEOPLE WHAT OUR CV'S WERE, THAT THERE WAS WAY

12:05PM   9    MORE VARIANCE IN THE ACTUAL STUDIES THAT WE WERE RUNNING.

12:05PM  10    Q.   MS. WACHS, IF YOU CAN ZOOM OUT AND BACK IN ON THE LAST TWO

12:05PM  11    PARAGRAPHS ON THAT PAGE.

12:05PM  12         AND, MS. CHEUNG, DO YOU SEE THE PARAGRAPH IN THE TOP OF

12:05PM  13    THIS SELECTION TALKS ABOUT SOME CLAIMS THAT MAY HAVE REPORTED

12:05PM  14    THAT THERANOS TESTS WERE THE MOST ACCURATE AND THE MOST

12:05PM  15    PRECISE?

12:05PM  16    A.   YES.

12:05PM  17    Q.   AND BASED ON YOUR EXPERIENCE WORKING HANDS ON WITH THE

12:06PM  18    THERANOS TESTS, DID YOU VIEW THEM AS THE MOST ACCURATE AND THE

12:06PM  19    MOST PRECISE?

12:06PM  20    A.   NO.

12:06PM  21    Q.   AND LET'S ZOOM OUT AND ZOOM IN ON THE TOP PART OF THE

12:06PM  22    PAGE, PLEASE.

12:06PM  23         GENERALLY SPEAKING, MS. CHEUNG, DID YOU AGREE WITH -- LET

12:06PM  24    ME ASK IT A DIFFERENT WAY.

12:06PM  25         ARE YOU FAMILIAR WITH THE POINTS RAISED BY MR. SHULTZ IN

12:06PM  1    THIS COMMUNICATION TO MS. HOLMES?

12:06PM  2    A.   YES.

12:06PM  3    Q.   AND GENERALLY SPEAKING, WERE THEY CONSISTENT WITH WHAT YOU

12:06PM  4    OBSERVED WHEN YOU WERE AT THERANOS?

12:06PM  5    A.   THEY WERE CONSISTENT WITH SOME OF MY CONCERNS AT THERANOS.

12:06PM  6    Q.   AND ON THE SCREEN DO YOU SEE THAT ON APRIL 11TH, 2014,

12:06PM  7    MS. HOLMES FORWARDED THAT MESSAGE, INCLUDING THOSE POINTS, TO

12:06PM  8    THE DEFENDANT, MR. BALWANI?

12:06PM  9    A.   YES.

12:06PM  10   Q.   WE CAN PUT THAT ASIDE.  THANK YOU, MS. WACHS.

12:06PM  11        AFTER YOUR MEETING WITH MR. BALWANI, DID YOU MAKE ANY

12:07PM  12   DECISIONS ABOUT YOUR EMPLOYMENT AT THE COMPANY?

12:07PM  13   A.   YES.

12:07PM  14   Q.   WHAT DID YOU DECIDE?

12:07PM  15   A.   SO I HAD DECIDED TO RESIGN FROM THE COMPANY AFTER THAT

12:07PM  16   MEETING.

12:07PM  17   Q.   AND WHY DID YOU MAKE THAT DECISION AT THAT TIME?

12:07PM  18   A.   I WAS VERY UNCOMFORTABLE WITH THE PROSPECT THAT I WAS JUST

12:07PM  19   SUPPOSED TO PROCESS PATIENT SAMPLES WITHOUT ANY QUESTIONS

12:07PM  20   CONSIDERING ALL OF THE EVIDENCE THAT I HAD HELPED DEVELOP TO

12:07PM  21   SHOW THAT WE WERE HAVING SO MANY QUALITY CONTROL FAILURES,

12:07PM  22   THERE WERE LOTS OF LAB PROCESSING ISSUES, THAT FUNDAMENTALLY I

12:07PM  23   JUST DIDN'T TRUST THE EDISON SYSTEM AND DEVICES, AND I JUST

12:07PM  24   COULDN'T HANDLE THE FACT THAT WE KNEW WE WERE MAKING MISTAKES

12:07PM  25   WITH PATIENT TESTING AND THAT WE WERE NOT NOTIFYING THEM, AND

CHEUNG DIRECT BY MR. BOSTIC (RES.)                1264

12:07PM   1    SO I DECIDED TO LEAVE.  I COULDN'T DO IT ANY MORE.

12:07PM   2    Q.   WHEN YOU LEFT THERANOS, DID YOU HAVE OTHER EMPLOYMENT

12:07PM   3    LINED UP?

12:07PM   4    A.   NO.

12:07PM   5    Q.   AFTER YOU LEFT THERANOS, WAS THAT THE END OF YOUR CONTACT

12:07PM   6    WITH THE COMPANY?

12:08PM   7    A.   THAT WAS THE END OF MY CONTACT WITH THE COMPANY, YES.

12:08PM   8    Q.   LET ME ASK YOU TO LOOK --

12:08PM   9    A.   OH, SORRY.  NO, THAT WASN'T THE END OF MY CONTACT WITH THE

12:08PM  10    COMPANY.

12:08PM  11    Q.   LET ME ASK YOU TO LOOK, AND THIS MIGHT REFRESH YOUR

12:08PM  12    MEMORY, AT TAB 2567.

12:08PM  13    A.   YES.

12:08PM  14    Q.   AND DO YOU RECOGNIZE THAT DOCUMENT?

12:08PM  15    A.   YES.

12:08PM  16    Q.   AND WHAT IS THAT?

12:08PM  17    A.   SO THIS IS A LETTER FROM BOIES SCHILLER, WHO WAS THE LAW

12:08PM  18    FIRM REPRESENTING THERANOS.  AND THEY ESSENTIALLY SHOWED UP

12:08PM  19    OUTSIDE OF MY NEW WORKPLACE SAYING THAT -- ESSENTIALLY THEY HAD

12:08PM  20    SOMEONE SIT OUTSIDE OF MY WORKPLACE THAT WAS WAITING FOR ME,

12:08PM  21    AND THEY HAD SOMEONE BASICALLY HAND ME THIS LETTER AFTER I HAD

12:08PM  22    GOTTEN OUT OF WORK.

12:08PM  23    Q.   AND IS 2567 AN ACCURATE COPY OF THE LETTER THAT YOU

12:08PM  24    RECEIVED?

12:08PM  25    A.   YES.

12:08PM  1          MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 2567.

12:08PM  2          MR. COOPERSMITH:  HEARSAY OBJECTION, YOUR HONOR.

12:09PM  3          MR. BOSTIC:  YOUR HONOR, THIS IS NOT BEING OFFERED

12:09PM  4   FOR THE TRUTH.  THIS IS A COMMUNICATION FROM COMPANY COUNSEL.

12:09PM  5   I THINK THE POINT IS THAT IT WAS SENT.

12:09PM  6          THE COURT:  THE RELEVANCE THEN OF THIS DOCUMENT,

12:09PM  7   THEN, MR. BOSTIC, IF IT'S NOT OFFERED FOR THE TRUTH?

12:09PM  8          MR. BOSTIC:  I DON'T BELIEVE THERE ARE FACTUAL

12:09PM  9   ASSERTIONS THAT ARE BEING OFFERED FOR THE TRUTH, YOUR HONOR.

12:09PM 10      THE RELEVANCE OF THIS IS THAT IT SHOWS THE COMPANY'S

12:09PM 11   RESPONSE TO THIS EMPLOYEE WHO HAD LEFT, AND I THINK WE'LL

12:09PM 12   EXPLORE WITH THE WITNESS OTHER EVENTS THAT WERE HAPPENING

12:09PM 13   AROUND THIS TIME THAT PRECIPITATED THE SENDING OF THIS LETTER.

12:09PM 14          THE COURT:  THIS IS NOT OFFERED FOR THE TRUTH OF

12:09PM 15   ANYTHING ASSERTED IN HERE.

12:09PM 16      IT'S OFFERED THAT SHE RECEIVED THE DOCUMENT.  SHE RECEIVED

12:09PM 17   COMMUNICATION FROM THIS LAW FIRM ON BEHALF OF THE COMPANY?

12:10PM 18          MR. BOSTIC:  YES, YOUR HONOR.

12:10PM 19          THE COURT:  AND THAT'S IT.

12:10PM 20      AND YOU'RE NOT ASKING THIS JURY TO RECEIVE ANY OF THE

12:10PM 21   INFORMATION ON THE TWO PAGES FOR THE TRUTH OF THE MATTER

12:10PM 22   ASSERTED?

12:10PM 23          MR. BOSTIC:  CERTAINLY NOT, YOUR HONOR.

12:10PM 24          THE COURT:  ALL RIGHT.  LADIES AND GENTLEMEN, THE

12:10PM 25   COURT WILL ALLOW THIS TO BE RECEIVED INTO EVIDENCE, 2567, THIS

12:10PM   1    LETTER.  IT'S A TWO PAGE LETTER.

12:10PM   2        HOWEVER, IT IS NOT ADMITTED FOR THE TRUTH OF THE MATTER

12:10PM   3    ASSERTED IN THE LETTER.  IT'S NOT OFFERED FOR THE TRUTH OF THE

12:10PM   4    MATTER OF ANY OF THE WRITINGS IN THE LETTER.  IT'S OFFERED TO

12:10PM   5    SUPPORT THIS WITNESS'S TESTIMONY AS TO RECEIVING COMMUNICATION

12:10PM   6    FROM THIS LAW FIRM ON BEHALF OF THE COMPANY.

12:10PM   7        IS THAT THE LIMITATION?

12:10PM   8            MR. BOSTIC:  YES, YOUR HONOR.

12:10PM   9            THE COURT:  ALL RIGHT.  THANK YOU.

12:10PM  10        WITH THAT LIMITATION, IT'S ADMITTED.

12:10PM  11        (GOVERNMENT'S EXHIBIT 2567 WAS RECEIVED IN EVIDENCE.)

12:11PM  12            MR. BOSTIC:  MAY WE PUBLISH, YOUR HONOR?

12:11PM  13            THE COURT:  YES.

12:11PM  14            MR. BOSTIC:  MS. WACHS, LET'S ZOOM IN ON THE TOP

12:11PM  15    PARAGRAPH.

12:11PM  16    Q.   AND, MS. CHEUNG, THIS IS A LETTER THAT YOU RECEIVED FROM

12:11PM  17    BOIES SCHILLER?

12:11PM  18    A.   YES.

12:11PM  19    Q.   AND WHAT IS BOIES SCHILLER?

12:11PM  20    A.   IT'S A LAW FIRM.

12:11PM  21    Q.   AND WHOM DID BOIES SCHILLER IN CONNECTION WITH THESE

12:11PM  22    EVENTS?

12:11PM  23    A.   BOIES SCHILLER REPRESENTED ELIZABETH HOLMES AND --

12:11PM  24    THERANOS -- ELIZABETH HOLMES AND SUNNY BALWANI.

12:11PM  25    Q.   AND, MS. WACHS, IF WE CAN JUST ZOOM OUT AND CAPTURE THE

12:11PM   1    DATE OF THIS LETTER, PLEASE.

12:11PM   2         THANK YOU.

12:11PM   3         THIS LETTER, MS. CHEUNG, WAS SENT IN JUNE OF 2015; IS THAT

12:11PM   4    CORRECT?

12:11PM   5    A.   THAT IS CORRECT.

12:11PM   6    Q.   AND WAS THAT MORE THAN A YEAR AFTER YOU LEFT THE COMPANY?

12:11PM   7    A.   YES.

12:11PM   8    Q.   AND LET'S LOOK AT THE FIRST PARAGRAPH.

12:12PM   9         IT SAYS, "WE HAVE REASON TO BELIEVE THAT YOU HAVE

12:12PM  10    DISCLOSED CERTAIN OF THE COMPANY'S TRADE SECRETS AND OTHER

12:12PM  11    CONFIDENTIAL INFORMATION WITHOUT AUTHORIZATION."

12:12PM  12         DO YOU SEE THAT?

12:12PM  13    A.   YES.

12:12PM  14    Q.   AND IT THEN SAYS, "WE ALSO HAVE REASON TO BELIEVE THAT YOU

12:12PM  15    HAVE DONE SO IN CONNECTION WITH MAKING FALSE AND DEFAMATORY

12:12PM  16    STATEMENTS ABOUT THE COMPANY FOR THE PURPOSE OF HARMING ITS

12:12PM  17    BUSINESS."

12:12PM  18         DO YOU SEE THAT?

12:12PM  19    A.   YES.

12:12PM  20    Q.   AND YOU'RE THEN DIRECTED TO CEASE AND DESIST.

12:12PM  21         AND THE REST OF THE LETTER CONTAINS -- CONTINUES IN THAT

12:12PM  22    SAME VEIN; IS THAT CORRECT?

12:12PM  23    A.   THAT IS CORRECT.

12:12PM  24    Q.   AROUND THIS TIME DO YOU HAVE A SENSE OF WHY THIS LETTER

12:12PM  25    WAS SENT IN JUNE OF 2015?  WHAT ELSE WAS HAPPENING DURING THAT

CHEUNG DIRECT BY MR. BOSTIC (RES.)                    1268

12:12PM   1    TIME PERIOD?

12:12PM   2    A.   I HAD GOTTEN CONTACTED BY "THE WALL STREET JOURNAL," AND

12:12PM   3    THEY WERE BASICALLY GOING TO DO AN INVESTIGATIVE REPORT ON

12:12PM   4    THERANOS AND THE FACT THAT THERE WAS AN UNDERSTANDING THAT

12:12PM   5    THERE WERE LAB FAILURES THAT WERE OCCURRING WITHIN THE

12:12PM   6    ORGANIZATION AND THAT WHAT THEY'RE CLAIMING TO HAVE DONE WAS

12:13PM   7    NOT ACTUALLY GOING ON.

12:13PM   8    Q.   AND DID YOU HAVE ANY INVOLVEMENT IN CONNECTION WITH THAT

12:13PM   9    INVESTIGATION BY "THE WALL STREET JOURNAL"?

12:13PM  10    A.   YES.

12:13PM  11    Q.   AND WHAT WAS YOUR INVOLVEMENT?

12:13PM  12    A.   I WAS ONE OF THE SOURCES FOR THE JOURNAL ARTICLE.

12:13PM  13    Q.   OKAY.  AND AS A SOURCE, WERE YOU ON THE RECORD OR WERE YOU

12:13PM  14    AN ANONYMOUS SOURCE AT THAT TIME?

12:13PM  15    A.   I WAS AN ANONYMOUS SOURCE.

12:13PM  16    Q.   SO, IN OTHER WORDS, YOUR INVOLVEMENT WAS NONPUBLIC AT THIS

12:13PM  17    TIME IN JUNE OF 2015?

12:13PM  18    A.   CORRECT.

12:13PM  19    Q.   THAT ARTICLE SAYS OR IT ACCUSES YOU OF MAKING STATEMENTS

12:13PM  20    ABOUT THE COMPANY FOR THE PURPOSE OF HARMING ITS BUSINESS.

12:13PM  21         WAS THAT YOUR MOTIVE IN SPEAKING TO "THE

12:13PM  22    WALL STREET JOURNAL" IN THIS TIME PERIOD?

12:13PM  23    A.   NO, NOT AT ALL.

12:13PM  24    Q.   WHAT WAS YOUR MOTIVATION?

12:13PM  25    A.   THE MAIN MOTIVATION WAS I THINK PEOPLE NEEDED TO

12:13PM  1    UNDERSTAND WHAT WAS ACTUALLY OCCURRING AND THE FACT THAT THE

12:14PM  2    COMPANY WAS REALLY RISKING PATIENT SAFETY AT THAT POINT, AND I

12:14PM  3    FELT THAT I HAD DONE AN IMMENSE AMOUNT OF EFFORT TO REPORT

12:14PM  4    CONCERNS INTERNALLY, BUT WASN'T BEING HEARD, AND IT SEEMED KIND

12:14PM  5    OF LIKE A LAST RESORT FOR PEOPLE TO RECOGNIZE WHAT WAS ACTUALLY

12:14PM  6    HAPPENING AND THE CONSEQUENCES OF THE FACT THAT THERE WAS THIS

12:14PM  7    TECHNOLOGY THAT WAS SEVERELY UNRELIABLE THAT WAS BEING USED ON

12:14PM  8    PATIENTS.

12:14PM  9    Q.   MS. CHEUNG, WHEN YOU WERE WORKING AT THERANOS, DID YOU

12:14PM 10    EVER COMMUNICATE WITH MS. HOLMES OR MR. BALWANI BY TEXT

12:14PM 11    MESSAGE?

12:14PM 12    A.   NO.

12:14PM 13    Q.   OKAY.

12:14PM 14         YOUR HONOR, AT THIS TIME THE GOVERNMENT MOVES INTO

12:14PM 15    EVIDENCE OR OFFERS INTO EVIDENCE EXHIBIT 5387H.  THIS IS AN

12:14PM 16    EXHIBIT CONTAINING TEXT MESSAGES BETWEEN MR. BALWANI AND

12:14PM 17    MS. HOLMES.

12:14PM 18         I UNDERSTAND THAT THE DEFENSE HAS AGREED TO ITS

12:15PM 19    ADMISSIBILITY, BUT I'LL YIELD TO MR. COOPERSMITH?

12:15PM 20              MR. COOPERSMITH:  YES, YOUR HONOR.

12:15PM 21              THE COURT:  ALL RIGHT.  THANK YOU.

12:15PM 22         THIS IS -- IS THIS ABOUT 432 PAGES?

12:15PM 23              MR. BOSTIC:  I'M NOT SURE IT'S THAT LONG,

12:15PM 24    YOUR HONOR.  I BELIEVE IT HAS SOME GAPS IN THE MIDDLE.

12:15PM 25              THE COURT:  I SEE.  YES.

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                    1270

12:15PM   1              MR. BOSTIC:  I BELIEVE IT IS SEVERAL HUNDRED PAGES

12:15PM   2       THOUGH.

12:15PM   3              THE COURT:  ALL RIGHT.  THANK YOU.

12:15PM   4          THIS EXHIBIT IS ADMITTED WITHOUT OBJECTION, AND IT MAY BE

12:15PM   5       PUBLISHED.

12:15PM   6          (GOVERNMENT'S EXHIBIT 5387H WAS RECEIVED IN EVIDENCE.)

12:15PM   7              MR. BOSTIC:  THANK YOU, YOUR HONOR.

12:15PM   8          AND, MS. WACHS, IF WE COULD GO TO -- I BELIEVE IT'S

12:15PM   9       PAGE 89 OF THE EXHIBIT.  IF WE CAN ZOOM IN ON THE RELEVANT

12:15PM  10       MESSAGE.

12:15PM  11       Q.   MS. CHEUNG, DO YOU SEE ON THE SCREEN IN FRONT OF YOU A

12:16PM  12       TEXT MESSAGE SENT ON JUNE 26TH, 2015?

12:16PM  13       A.   YES.

12:16PM  14       Q.   AND IF YOU RECALL, WHAT WAS THE DATE OF THE LETTER FROM

12:16PM  15       BOIES SCHILLER THAT WE WERE JUST LOOKING AT?

12:16PM  16       A.   THE 26TH OF 2015 -- JUNE 26TH OF 2015.

12:16PM  17       Q.   THE SAME DAY?

12:16PM  18       A.   THE SAME DAY.

12:16PM  19       Q.   AND WE SEE HERE A TEXT MESSAGE, AND IT INDICATES IT WAS

12:16PM  20       SENT BY SUNNY BALWANI TO ELIZABETH HOLMES.

12:16PM  21          DO YOU SEE THAT?

12:16PM  22       A.   YES.

12:16PM  23       Q.   AND THE TEXT SAYS, "I AM OK SENDING LETTER TO ERIKA AS IN

12:16PM  24       HEATHERS EMAIL."

12:16PM  25          DO YOU SEE THAT?

12:16PM  1    A.   YES.

12:16PM  2    Q.   AND DO YOU HAVE AN UNDERSTANDING AS TO WHO HEATHER WAS AT

12:16PM  3    THERANOS?

12:16PM  4    A.   HEATHER WAS THE COUNSEL UNDER BOIES SCHILLER AT THAT TIME

12:16PM  5    AND WAS ALSO THE COUNSEL AT THERANOS.

12:16PM  6    Q.   MS. WACHS, LET'S LOOK NOW AT PAGE 80, PLEASE, OF THE

12:16PM  7    EXHIBIT.

12:17PM  8         WE'VE GONE BACK IN TIME A LITTLE BIT, AND NOW WE'RE

12:17PM  9    LOOKING AT MESSAGES FROM MAY 2015.

12:17PM 10         DO YOU SEE THAT, MS. CHEUNG?

12:17PM 11    A.   YES.

12:17PM 12    Q.   THERE'S A MESSAGE HERE FROM MR. BALWANI TO MS. HOLMES ON

12:17PM 13    MAY 13TH REFERENCING "A NEGATIVE REVIEW FROM SOMEONE FROM THE

12:17PM 14    NEWARK LAB."

12:17PM 15         DO YOU SEE THAT?

12:17PM 16    A.   YES.

12:17PM 17    Q.   AND MS. HOLMES RESPONDS, "I SAW IT.  WE'LL GET THEM."

12:17PM 18         DO YOU SEE THAT?

12:17PM 19    A.   YES.

12:17PM 20    Q.   AND LET'S GO DOWN TO THE NEXT MESSAGE.

12:17PM 21         WE THEN SEE A MESSAGE FROM MR. BALWANI TO MS. HOLMES.

12:17PM 22    HE'S SAYING, "I AM NARROWING THIS DOWN IN CLIA.  DOWN TO 5

12:17PM 23    PEOPLE."

12:17PM 24         AND THEN HE SAYS, "WILL NAIL THIS," AND AN EXPLETIVE.

12:17PM 25         DO YOU SEE THAT?

CHEUNG DIRECT BY MR. BOSTIC (RES.)                    1272

12:17PM   1    A.   YES.

12:17PM   2    Q.   AND LET'S GO TO THE NEXT PAGE.

12:18PM   3         WE SEE SOME ADDITIONAL CORRESPONDENCE WITH MS. HOLMES

12:18PM   4    ASKING "WHO DO U THINK."

12:18PM   5         AND "NOW WE HAVE LEGAL GROUNDS."

12:18PM   6         DO YOU SEE THAT?

12:18PM   7    A.   YES.

12:18PM   8    Q.   AND LET'S ZOOM IN ON THE NEXT BANK OF MESSAGES, PLEASE.

12:18PM   9         WE THEN SEE MS. HOLMES SAYING, "IF TYLER THINKING ABOUT

12:18PM   10   GEORGE FYI AT RIGHT TIME."

12:18PM   11        DO YOU SEE THAT?

12:18PM   12   A.   YEAH.

12:18PM   13   Q.   AND YOU MENTIONED THAT TYLER SHULTZ WAS RELATED TO A

12:18PM   14   MEMBER OF THE THERANOS BOARD OF DIRECTORS?

12:18PM   15   A.   THAT IS CORRECT.

12:18PM   16   Q.   AND WHO WAS THAT MEMBER?

12:18PM   17   A.   GEORGE SHULTZ WAS ONE OF THE BOARD MEMBERS, AND HE WAS THE

12:18PM   18   EX-SECRETARY OF STATE OF THE U.S. DURING THE RONALD REAGAN

12:18PM   19   YEARS.

12:18PM   20   Q.   AND DOWN BELOW THERE'S A MESSAGE FROM SUNNY BALWANI TO

12:18PM   21   ELIZABETH HOLMES SAYING, "THIS ONE IS FAIRLY EASY TO GET AHEAD

12:18PM   22   OF.  THIS ENTIRE EMAIL IS BASED ON TYLER AND ROCHELLE AND MAYBE

12:19PM   23   ADAM."

12:19PM   24        DO YOU SEE THAT?

12:19PM   25   A.   YES.

12:19PM   1      Q.   AND LET'S ZOOM OUT AND CONTINUE DOWN.

12:19PM   2           AND MR. BALWANI CONTINUES ON MAY 13TH, "EXTREMELY SERIOUS

12:19PM   3      LEGAL IMPLICATIONS.  HE BASICALLY VIOLATED AND SHARED OUR TRADE

12:19PM   4      SECRETS DOWN TO MACHINE NAMES."

12:19PM   5           DO YOU SEE THAT?

12:19PM   6      A.   YES.

12:19PM   7      Q.   AND MR. BALWANI SAYS, "AND ASSAYS AND WHAT DEVICE."

12:19PM   8           AND THEN HE SAYS, "IT IS TYLER, ERIKA, AND ADAM."

12:19PM   9           DO YOU SEE THAT?

12:19PM  10      A.   YES.

12:19PM  11      Q.   AND DO YOU UNDERSTAND THAT ERIKA IN THAT MESSAGE REFERS TO

12:19PM  12      YOU?

12:19PM  13      A.   YES.

12:19PM  14      Q.   AND DURING THIS TIME, WAS IT YOUR INTENTION TO DISCLOSE

12:19PM  15      THERANOS TRADE SECRETS TO HURT THE COMPANY?

12:19PM  16      A.   NO.

12:19PM  17      Q.   WE CAN PUT THAT ASIDE.  THANK YOU, MS. WACHS.

12:19PM  18           MS. CHEUNG, DID THERE COME A TIME WHEN YOU DISCUSSED YOUR

12:19PM  19      CONCERNS ABOUT THERANOS WITH THE AUTHORITIES?

12:20PM  20      A.   YEAH.  I HAD SENT A LETTER ADDRESSING MY CONCERNS TO

12:20PM  21      REGULATORS TO THE CENTER OF MEDICAID AND MEDICAL.

12:20PM  22      Q.   I'M SORRY, MS. CHEUNG.  TAKE YOUR TIME.

12:20PM  23           (PAUSE IN PROCEEDINGS.)

12:20PM  24           MR. BOSTIC:  PLEASE LET US KNOW IF YOU WOULD LIKE TO

12:20PM  25      TAKE A BREAK.

12:20PM  1            THE COURT:  MS. CHEUNG, WOULD YOU LIKE A MOMENT?

12:20PM  2            THE WITNESS:  NO.  I'M OKAY.

12:20PM  3     BY MR. BOSTIC:

12:20PM  4     Q.   YOU MENTIONED THAT THERE WAS A TIME WHEN YOU DISCUSSED

12:20PM  5     THERANOS WITH REGULATORS?

12:20PM  6     A.   YES.

12:20PM  7     Q.   AND WHEN DID THAT HAPPEN?

12:20PM  8     A.   SO THAT HAD HAPPENED, THAT HAD HAPPENED SOON AFTER I

12:21PM  9     RECEIVED THE LETTER FROM BOIES SCHILLER, I HAD CONTACTED A

12:21PM 10     LAWYER WHO SAID THAT THAT WAS AN OPTION TO CONTACT REGULATORS,

12:21PM 11     AND SO I HAD SUBMITTED A REPORT AND A FILING WITH THE CENTER OF

12:21PM 12     MEDICAID AND MEDICARE SERVICES ABOUT THE CONCERNS THAT I HAD

12:21PM 13     HAD IN THE CLINICAL LAB.

12:21PM 14     Q.   AND WHAT WAS THE REASON AT THAT TIME TO CONTACT THE

12:21PM 15     CENTERS FOR MEDICAID AND MEDICARE SERVICES ABOUT THERANOS?

12:21PM 16     A.   BECAUSE THEY WERE THE REGULATORY AGENCY IN CHARGE OF

12:21PM 17     ALLOWING PEOPLE TO KNOW, OR ALLOWING COMPANIES TO BE ABLE TO

12:21PM 18     TEST PATIENT SAMPLES.

12:21PM 19            SO I FIGURED IF I HAD SUBMITTED A LETTER TO THE

12:21PM 20     REGULATORS, THEY COULD CONDUCT AN INVESTIGATION TO SEE IF

12:21PM 21     THERANOS WAS OF THE STANDARD THAT IT NEEDED TO BE IN ORDER TO

12:21PM 22     TEST PATIENT SAMPLES.

12:21PM 23            SO IT WAS REALLY TO GIVE THEM REFERENCE TO THE CONCERNS

12:22PM 24     THAT I HAD SEEN TO THE LAB SO THEY COULD CONDUCT AN

12:22PM 25     INVESTIGATION TO SAY WHETHER OR NOT THEY WERE ALLOWED TO TEST

12:22PM  1    PATIENTS OR NOT.

12:22PM  2    Q.   AND IN YOUR COMMUNICATIONS WITH THE REGULATORS ABOUT

12:22PM  3    THERANOS, DID YOU RAISE THE SAME CONCERNS THAT WE HAVE BEEN

12:22PM  4    DISCUSSING TODAY AND YESTERDAY?

12:22PM  5    A.   YES.

12:22PM  6             MR. BOSTIC:  MAY I HAVE A MOMENT, YOUR HONOR?

12:22PM  7             THE COURT:  YES.

12:22PM  8        (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

12:22PM  9             MR. BOSTIC:  NO FURTHER QUESTIONS.

12:22PM 10        THANK YOU, YOUR HONOR.

12:22PM 11        THANK YOU, MS. CHEUNG.

12:22PM 12             THE COURT:  CROSS-EXAMINATION.

12:23PM 13             MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

12:23PM 14        MAY I REMOVE MY MASK.

12:23PM 15             THE COURT:  YES.

12:23PM 16                      **CROSS-EXAMINATION**

12:23PM 17    BY MR. COOPERSMITH:

12:23PM 18    Q.   GOOD AFTERNOON, MS. CHEUNG.

12:23PM 19        IF YOU NEED TO TAKE A BREAK AT ANY TIME OR YOU NEED WATER

12:23PM 20    OR ANYTHING, JUST LET ME KNOW, AND I'LL STOP AND WE CAN DO

12:23PM 21    THAT.

12:23PM 22    A.   OKAY.

12:23PM 23    Q.   ALL RIGHT.  SO JUST TO START WITH THE EASY QUESTIONS.  YOU

12:23PM 24    WENT TO THE UNIVERSITY OF CALIFORNIA BERKELEY; IS THAT RIGHT?

12:23PM 25    A.   THAT IS RIGHT.

12:23PM 1    Q.   AND DID YOU GRADUATE IN 2013?

12:23PM 2    A.   THAT IS CORRECT.

12:23PM 3    Q.   OKAY.  AND YOU SAID THAT THERANOS WAS YOUR FIRST JOB AFTER

12:23PM 4    COLLEGE?

12:23PM 5    A.   YES.

12:23PM 6    Q.   AND YOU WERE EXCITED TO WORK AT THERANOS?

12:23PM 7    A.   YES.

12:23PM 8    Q.   BECAUSE YOU THOUGHT IT WAS A CUTTING EDGE COMPANY AND THAT

12:23PM 9    WOULD BE A GOOD PLACE FOR YOU TO START YOUR CAREER?

12:23PM 10   A.   THAT IS CORRECT.

12:23PM 11   Q.   OKAY.  WHEN YOU FIRST APPLIED TO THERANOS, DO YOU KNOW --

12:23PM 12   AND I THINK YOU MAY BE SAID SOMETHING ABOUT THIS ON DIRECT WHEN

12:23PM 13   MR. BOSTIC WAS QUESTIONING YOU, BUT WHAT JOB DID YOU INITIALLY

12:24PM 14   APPLY FOR IF YOU CAN REMEMBER?

12:24PM 15   A.   IT WASN'T VERY CLEAR.  SO IT WAS SOMETHING BETWEEN EITHER

12:24PM 16   A LAB ASSOCIATE FOR R&D OR IN THE CLINICAL LAB, BUT I DIDN'T

12:24PM 17   ACTUALLY APPLY.  I JUST GAVE THEM MY RESUME, AND THEY KIND OF

12:24PM 18   FUNNELED ME TO THE APPROPRIATE POSITION.

12:24PM 19   Q.   SO DO I UNDERSTAND THAT THEY OFFERED YOU A JOB THAT WAS

12:24PM 20   CONSISTENT WITH THE NEEDS THAT THE COMPANY HAD AT THAT TIME?

12:24PM 21   DOES THAT SOUND FAIR?

12:24PM 22   A.   YES.

12:24PM 23   Q.   OKAY.  DID YOU HAVE A PREFERENCE BETWEEN WORKING IN THE

12:24PM 24   CLIA LAB OR THE R&D LAB?

12:24PM 25   A.   AT THAT TIME I THINK I HAD A PREFERENCE FOR THE RESEARCH

12:24PM  1    AND DEVELOPMENT LAB.

12:24PM  2    Q.   AND WAS THAT BECAUSE IT WAS SORT OF MORE FREEDOM TO CREATE

12:24PM  3    AND AT THAT PART AS OPPOSED TO CLIA?

12:24PM  4    A.   I THINK I DIDN'T HAVE A GOOD UNDERSTANDING OF WHAT CLIA

12:24PM  5    LAB WAS TO BE HONEST, AND I WAS MORE INTERESTED IN GETTING INTO

12:24PM  6    RESEARCH IN MY LONG-TERM CAREER, SO THAT WAS THE APPEAL.

12:25PM  7    Q.   OKAY.  AND WHAT I JUST SAID WAS THAT THE CASE, LIKE IN

12:25PM  8    RESEARCH AND DEVELOPMENT, DO YOU UNDERSTAND THAT THE PURPOSE OF

12:25PM  9    A RESEARCH AND DEVELOPMENT LABORATORY IS TO, YOU KNOW,

12:25PM  10   BASICALLY INVENT NEW PRODUCTS AND NEW CONCEPTS; RIGHT?

12:25PM  11   A.   YES.

12:25PM  12   Q.   AND THE PURPOSE OF SOMEONE WORKING IN A CLIA, OR A

12:25PM  13   CLINICAL LAB, IS TO FOLLOW SPECIFIC DIRECTIONS AND STANDARD

12:25PM  14   OPERATING PROCEDURES AND THINGS OF THAT NATURE; IS THAT FAIR?

12:25PM  15   A.   THAT'S FAIR.

12:25PM  16   Q.   AND IS THAT ONE OF THE REASONS WHY R&D SEEMED MORE

12:25PM  17   ATTRACTIVE?

12:25PM  18   A.   NO.  NO.

12:25PM  19        I HONESTLY, GOING INTO THE COMPANY, WASN'T CLEAR ON THAT

12:25PM  20   DISTINCTION.  SO I WAS JUST MORE INTERESTED IN JUST BEING

12:25PM  21   USEFUL.

12:25PM  22   Q.   AND AT SOME POINT, THOUGH, DID YOU -- WHEN YOU STARTED

12:25PM  23   THERE -- I THINK YOU STARTED IN R&D; IS THAT RIGHT?

12:25PM  24   A.   THAT IS CORRECT.

12:25PM  25   Q.   OKAY.  AT SOME POINT, AND WE'LL TALK ABOUT THIS A LITTLE

12:25PM  1    MORE LATER, BUT DID THE COMPANY MOVE YOU INTO AT LEAST

12:25PM  2    PARTIALLY A ROLE IN THE CLIA LAB?

12:25PM  3    A.   THAT IS CORRECT.

12:25PM  4    Q.   AND WERE YOU HAPPY WITH THAT DECISION TO HAVE YOU DO SOME

12:26PM  5    CLIA WORK OR NOT?

12:26PM  6    A.   INITIALLY I WAS UPSET, BUT THEN I WAS FINE.

12:26PM  7    Q.   AND WHY WERE YOU UPSET?

12:26PM  8    A.   BECAUSE, AGAIN, FOR MY LONG-TERM CAREER, I WAS MORE

12:26PM  9    INTERESTED IN DOING RESEARCH.

12:26PM  10   Q.   AND YOU EXPRESSED THAT VIEW, THAT YOU PREFERRED THE R&D

12:26PM  11   SIDE; IS THAT RIGHT?

12:26PM  12   A.   YES.

12:26PM  13   Q.   AND THE COMPANY MADE AN ACCOMMODATION WHERE THEY TOLD YOU

12:26PM  14   THAT THEY WOULD STILL KEEP YOU IN THE R&D LAB, BUT THEY DID

12:26PM  15   NEED HELP IN CLIA AT THAT PARTICULAR MOMENT; IS THAT RIGHT?

12:26PM  16   A.   I DON'T KNOW IF THEY MADE AN ACCOMMODATION, BUT AT LEAST

12:26PM  17   NOT IN THE TRANSITION.  IT WAS VERY CLEAR THAT I WAS GOING TO

12:26PM  18   MOVE FULL TIME TO THE CLINICAL LAB.

12:26PM  19   Q.   I JUST WANT TO SHOW YOU AN EXHIBIT, AND I HAVE SOME TO

12:26PM  20   HAND UP, I THINK.

12:27PM  21        YOUR HONOR, I DO HAVE COPIES FOR THE COURT AS WELL.

12:27PM  22        BUT MAY I HAND THEM TO THE WITNESS?

12:27PM  23             THE COURT:  YES.

12:27PM  24             MR. COOPERSMITH:  THANK YOU.

12:27PM  25        (HANDING.)

12:27PM  1              THE COURT:  DOES THE GOVERNMENT HAVE THESE AS WELL?

12:27PM  2              MR. BOSTIC:  YES, YOUR HONOR.  THANK YOU.

12:27PM  3    BY MR. COOPERSMITH:

12:27PM  4    Q.   AND, MS. CHEUNG, I'M SORRY FOR THE WEIGHT OF THE BINDERS.

12:27PM  5    A.   THAT'S FINE.

12:27PM  6    Q.   BUT WE'LL BE REFERRING TO THEM OVER THE COURSE OF MY

12:27PM  7    QUESTIONING.

12:27PM  8    A.   THAT'S FINE.

12:27PM  9    Q.   SO I'D LIKE TO HAVE YOU LOOK AT EXHIBIT 2, IT'S 20043.

12:28PM 10    YOU MIGHT FIND IT IN VOLUME 2.

12:28PM 11    A.   IT'S IN VOLUME 2.

12:28PM 12         CAN YOU REPEAT THE NUMBER.

12:28PM 13    Q.   I'M SORRY?

12:28PM 14    A.   CAN YOU REPEAT THE NUMBER.

12:28PM 15    Q.   OH, YES.  IT'S 20043.

12:31PM 16    A.   OKAY.  I'M HERE.

12:31PM 17    Q.   THANKS.  IS THIS AN EMAIL STRING THAT YOU AND OTHERS WERE

12:31PM 18    ON IN MID-DECEMBER OF 2013?

12:31PM 19    A.   YES.

12:31PM 20    Q.   AND DOES THIS RELATE TO THE TOPIC THAT WE WERE JUST

12:31PM 21    DISCUSSING ABOUT THE ASSIGNMENT THAT YOU WERE GIVEN TO MOVE TO

12:31PM 22    THE CLIA LAB AT LEAST IN PART?

12:31PM 23    A.   YEAH.

12:31PM 24    Q.   OKAY.

12:31PM 25         YOUR HONOR, I WOULD OFFER EXHIBIT 20043.

CHEUNG CROSS BY MR. COOPERSMITH                                          1280

12:31PM   1                   MR. BOSTIC:  YOUR HONOR, I'M SORRY.  I JUST NOTICED

12:31PM   2        THAT THIS DOESN'T HAVE A BATES NUMBER.

12:31PM   3                   MR. COOPERSMITH:  I DON'T KNOW HOW TO RESPOND TO

12:31PM   4        THAT OTHER THAN TO SAY THIS IS AN EMAIL THAT SHE RECALLS AND SO

12:31PM   5        WE'RE OFFERING IT AS AN EXHIBIT.

12:31PM   6                   THE COURT:  DID YOU BATES STAMP YOUR EXHIBITS?

12:31PM   7                   MR. COOPERSMITH:  THIS ONE DOESN'T HAVE A BATE

12:31PM   8        STAMP.

12:31PM   9                   THE COURT:  DID YOU BATE STAMP YOUR EXHIBITS?

12:31PM  10                   MR. COOPERSMITH:  APPARENTLY NOT FOR THIS ONE,

12:31PM  11        YOUR HONOR.

12:31PM  12                   MR. BOSTIC:  NO OBJECTION TO THE ADMISSION OF THIS

12:31PM  13        DOCUMENT, YOUR HONOR.

12:31PM  14                   THE COURT:  I'M SORRY?

12:31PM  15                   MR. BOSTIC:  NO OBJECTION TO THE ADMISSION OF THIS

12:31PM  16        DOCUMENT.

12:31PM  17                   THE COURT:  I'M JUST CURIOUS IS THIS GOING TO BE AN

12:31PM  18        ISSUE GOING FORWARD?  WE'LL DISCUSS THIS AFTERWARDS, BUT 20043

12:31PM  19        WILL BE ADMITTED, AND IT MAY BE PUBLISHED.

12:31PM  20                   MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

12:31PM  21           (DEFENDANT'S EXHIBIT 20043 WAS RECEIVED IN EVIDENCE.)

12:31PM  22        BY MR. COOPERSMITH:

12:31PM  23        Q.   AND IF WE CAN ZOOM IN ON THE BOTTOM OF PAGE 1 JUST SO WE

12:31PM  24        CAPTURE THE EARLIEST EMAIL IN TIME.

12:31PM  25                   THIS IS AN EMAIL FROM AURELIE SOUPPE.  AM I SAYING THAT

12:31PM   1    RIGHT?

12:31PM   2    A.    SOUPPE.

12:31PM   3    Q.    SOUPPE.  AND WHO WAS SHE?

12:31PM   4    A.    AURELIE SOUPPE WAS ALSO A LAB ASSOCIATE WHO WORKED ON THE

12:31PM   5    EDISONS.

12:31PM   6    Q.    SO THE SAME POSITION YOU HAD, BUT A COLLEAGUE OF YOURS

12:31PM   7    BASICALLY?

12:31PM   8    A.    THAT IS CORRECT.

12:31PM   9    Q.    OKAY.  AND THEN SHE WROTE TO SHARADA.  AND IS THAT

12:31PM   10   SHARADA SIVARAMAN?

12:31PM   11   A.    YES.

12:31PM   12   Q.    AND WHO WAS DR. SIVARAMAN?

12:31PM   13   A.    DR. SIVARAMAN WAS THE HEAD OF THE ELISA TEAM.  SO SHE WAS

12:31PM   14   THE LEAD SCIENTIST OF THAT DEPARTMENT IN RESEARCH AND

12:31PM   15   DEVELOPMENT.

12:31PM   16   Q.    AND DO YOU KNOW ANYTHING ABOUT DR. SIVARAMAN'S BACKGROUND?

12:31PM   17   A.    SHE HAS A PH.D.

12:31PM   18   Q.    DO YOU KNOW WHAT THE PH.D. IS IN?

12:31PM   19   A.    NO.

12:31PM   20   Q.    AND IS IT BIOLOGICAL CHEMISTRY?

12:31PM   21   A.    I COULDN'T TELL YOU.

12:31PM   22   Q.    OKAY.  WE'LL COME BACK TO THAT.

12:31PM   23         ANYWAY, IF YOU LOOK AT THE EMAIL THAT MS. SOUPPE SENT, IT

12:31PM   24   READS, "ME, ROMINA, ERIKA, AND JAMIE WERE ALL HOPING TO SPEAK

12:31PM   25   WITH YOU ABOUT OUR REASSIGNMENT TO CLIA.  WE UNDERSTAND THAT

12:32PM 1     YOU ARE VERY BUSY, BUT WE ARE ALL DEEPLY UPSET ABOUT THE

12:32PM 2     TRANSFER AND WOULD PREFER TO STAY IN ELISA.  PLEASE LET US KNOW

12:32PM 3     WHEN YOU ARE AVAILABLE."

12:32PM 4         DO YOU SEE THAT?

12:32PM 5     A.   YES.

12:32PM 6     Q.   AND YOU DIDN'T WRITE THIS EMAIL?

12:32PM 7     A.   THAT'S CORRECT.

12:32PM 8     Q.   AND YOU'RE ONE OF THE PEOPLE REFERENCED IN IT?

12:32PM 9     A.   YES.

12:32PM 10    Q.   AND DID YOU SHARE THE VIEW THAT MS. SOUPPE EXPRESSED?

12:32PM 11    A.   YEAH, SORT OF.  I MEAN, I WAS UPSET THAT I WAS HAVING TO

12:32PM 12    CHANGE ROLES FROM RESEARCH AND DEVELOPMENT.

12:32PM 13        AGAIN, MY CAREER WAS MORE ORIENTED TO RESEARCH EVEN PRIOR

12:32PM 14    TO COMING TO THERANOS, BUT, YEAH, AT THAT MOMENT WE WERE

12:32PM 15    CONCERNED ABOUT WHY WE WERE BEING SWITCHED.

12:32PM 16    Q.   AND I TAKE IT YOU DISCUSSED THAT -- I'M SORRY.

12:32PM 17        IS IT RIGHT THAT YOU DISCUSSED THAT ISSUE AMONG THE GROUP

12:32PM 18    THAT ARE REFERENCED IN THE EMAIL THAT I JUST READ?

12:32PM 19    A.   YES.

12:32PM 20    Q.   OKAY.  AND THEN DO YOU SEE IF YOU GO TO THE NEXT EMAIL

12:32PM 21    ABOVE THAT DR. SIVARAMAN RESPONDED TO MS. SOUPPE AS WELL AS YOU

12:33PM 22    AND YOUR OTHER TWO COLLEAGUES?

12:33PM 23        DO YOU SEE THAT?

12:33PM 24    A.   YES.

12:33PM 25    Q.   AND SHE WROTE, "HI ALL.

12:33PM   1          "I DISCUSSED THIS WITH SUNNY IN MY MEETING TODAY.  IT

12:33PM   2     APPEARS THAT YOU WILL NEED TO BE IN THE CLIA FOR 1-2 MONTHS IN

12:33PM   3     THE NEW YEAR.  HOWEVER SUNNY DID MENTION THAT EVEN DURING THIS

12:33PM   4     TIME YOU WILL BE ABLE TO REMAIN WITH ELISA AND WORK ON OUR

12:33PM   5     PROJECTS.  AS YOU KNOW, CLIA WILL MOVE TO EMC EARLY NEXT YEAR

12:33PM   6     BY THEN MORE FOLKS WILL BE RECRUITED AND AT THAT TIME YOU WILL

12:33PM   7     HAVE THE OPTION OF STAYING ON WITH THE ELISA TEAM."

12:33PM   8          AND THEN IT GOES ON TO SAY, "MY UNDERSTANDING FROM THE

12:33PM   9     MEETING WAS THAT WE ARE REALLY SHORT ON STAFF IN THE CLIA AND

12:33PM  10     WE WILL NEED YOU LADIES TO SUPPORT THIS EFFORT FOR 2 MONTHS."

12:33PM  11          DO YOU SEE THAT?

12:33PM  12     A.   YES.

12:33PM  13     Q.   AND DID YOU UNDERSTAND THAT DR. SIVARAMAN HAD A DISCUSSION

12:33PM  14     WITH MR. BALWANI ABOUT THIS ISSUE?

12:33PM  15     A.   YES.

12:33PM  16     Q.   AND IS IT ALSO FAIR TO SAY THAT MR. BALWANI AGREED BASED

12:33PM  17     ON THE PREFERENCE THAT YOU WOULD NOT BE PERMANENTLY ASSIGNED TO

12:34PM  18     CLIA?

12:34PM  19     A.   YES.

12:34PM  20     Q.   AND AS THINGS WENT FORWARD AFTER THIS, YOU KIND OF WORE

12:34PM  21     TWO HATS, IS THAT RIGHT, AT TIMES?

12:34PM  22     A.   NO.  I MEAN, I DID WEAR TWO HATS, AND THEN THERE WAS A

12:34PM  23     MOMENT IN A DISCUSSION WHERE IT WAS CLEAR THAT I WAS GOING TO

12:34PM  24     BE PERMANENTLY RESIDED IN CLIA.

12:34PM  25     Q.   OKAY.  AND ARE YOU SAYING THAT AFTER THIS TIME YOU DIDN'T

12:34PM 1    HAVE ANY MORE R&D RESPONSIBILITIES?

12:34PM 2    A.   NO, I DID HAVE R&D RESPONSIBILITIES.  BUT WHEN MARK,

12:34PM 3    SPECIFICALLY THE LAB DIRECTOR, CAME IN, IT BECAME VERY CLEAR

12:34PM 4    THAT WE WERE STAYING IN CLIA MORE PERMANENTLY FROM THAT POINT

12:34PM 5    FORWARD AND THAT WE WEREN'T GOING TO BE WORKING WITH THE ELISA

12:34PM 6    TEAM.

12:34PM 7    Q.   AND THAT WAS DR. PANDORI WHO TOLD YOU THAT?

12:34PM 8    A.   YES.

12:34PM 9    Q.   AND THAT WAS IN FEBRUARY OF 2014; IS THAT RIGHT?

12:34PM 10   A.   I BELIEVE SO, YES.

12:34PM 11   Q.   OKAY.  ALL RIGHT.

12:34PM 12       LET'S GO BACK TO THE BEGINNING WHEN YOU FIRST CAME TO

12:34PM 13   THERANOS AND YOU WERE OFFERED THE JOB.  THAT WAS A GOOD DAY

12:34PM 14   WHEN YOU GOT THAT JOB; IS THAT RIGHT?

12:34PM 15   A.   YEAH.

12:34PM 16   Q.   OKAY.  AND THEN YOU INITIALLY WERE REPORTING TO

12:35PM 17   DR. SIVARAMAN?

12:35PM 18   A.   THAT IS CORRECT.

12:35PM 19   Q.   OKAY.  AND I JUST WANTED YOU TO HAVE A LOOK, JUST SO WE'RE

12:35PM 20   CLEAR ON THIS, ABOUT DR. SIVARAMAN.

12:35PM 21       CAN YOU TAKE A LOOK AT EXHIBIT 10224.  AND IT SHOULD BE IN

12:35PM 22   YOUR FIRST BINDER.

12:35PM 23   A.   I HAVE IT.

12:35PM 24   Q.   THANK YOU.  AND DO YOU RECOGNIZE THIS AS DR. SIVARAMAN'S

12:36PM 25   RESUME?

12:36PM  1    A.   YES.

12:36PM  2    Q.   AND JUST TAKING A LOOK AT THE SECOND PAGE OF THE EXHIBIT,

12:36PM  3    DO YOU SEE THERE'S A SECTION CALLED EDUCATION?

12:36PM  4    A.   YES.

12:36PM  5    Q.   AND DOES THAT, LOOKING AT THAT SECTION, DOES THAT REFRESH

12:36PM  6    YOUR MEMORY THAT DR. SIVARAMAN HAD A PH.D. IN BIOLOGICAL

12:36PM  7    CHEMISTRY?

12:36PM  8    A.   YES, BUT I HAVE NEVER SEEN THIS BEFORE.

12:36PM  9    Q.   OKAY.  YOU HAVE NEVER SEEN THE RESUME BEFORE?

12:36PM 10    A.   I HAVE NEVER SEEN THE RESUME.

12:36PM 11    Q.   BUT NOW YOU REMEMBER THAT SHE HAD A PH.D. IN BIOLOGICAL

12:36PM 12    CHEMISTRY?

12:36PM 13    A.   YES.

12:36PM 14         MR. COOPERSMITH:  YOUR HONOR, I WOULD OFFER

12:36PM 15    EXHIBIT 10224.

12:36PM 16         MR. BOSTIC:  YOUR HONOR, AUTHENTICATION AND

12:36PM 17    FOUNDATION.

12:36PM 18         MR. COOPERSMITH:  YOUR HONOR, THE AUTHENTICATION IS

12:36PM 19    BY STIPULATION WITH THE GOVERNMENT BASED ON THE BATES NUMBER,

12:36PM 20    AND THE FOUNDATION IS THAT SHE RECOGNIZED DR. SIVARAMAN AND SHE

12:36PM 21    RECOGNIZES THIS AS HER RESUME.

12:37PM 22         THE COURT:  SHE'S NEVER SEEN THE RESUME BEFORE SHE

12:37PM 23    SAID.

12:37PM 24         MR. COOPERSMITH:  RIGHT.

12:37PM 25      BUT GIVEN THE AUTHENTICITY AND WHO THE PERSON IS, HER

12:37PM   1    MEMORY OF THE PARTICULAR CONTENT OF IT WITH THE PH.D., I THINK

12:37PM   2    THAT'S SUFFICIENT TO ADMIT IT.

12:37PM   3              MR. BOSTIC:  YOUR HONOR, I THINK THERE'S A

12:37PM   4    MISUNDERSTANDING ABOUT THE NATURE OF THE STIPULATION BETWEEN

12:37PM   5    THE PARTIES.  WE HAVE NOT STIPULATED TO THE AUTHENTICITY OF

12:37PM   6    THIS DOCUMENT OR DOCUMENTS LIKE IT.

12:37PM   7          I THINK IT ALSO SUFFERS FROM HEARSAY PROBLEMS.

12:37PM   8              THE COURT:  WELL, THIS IS WHY I ASKED THAT QUESTION.

12:37PM   9    WE'LL CLEAR UP ON THE BATES AND ALL OF THAT TO GET THAT.

12:37PM  10          BUT YOU'RE ASKING THAT THAT -- THERE SEEMS TO BE SOME

12:37PM  11    HEARSAY ON THIS.

12:37PM  12              MR. COOPERSMITH:  MAYBE I CAN ASK A FEW MORE

12:37PM  13    QUESTIONS, YOUR HONOR, TO SEE IF I CAN LAY A FOUNDATION.

12:37PM  14              THE COURT:  WELL, YOU KNOW, JUST -- YOU WOULD LIKE

12:37PM  15    THIS INTRODUCED INTO EVIDENCE AS EVIDENCE OF THE RESUME OF

12:37PM  16    DR. SIVARAMAN; IS THAT IT?

12:38PM  17              MR. COOPERSMITH:  YES, YOUR HONOR.

12:38PM  18              THE COURT:  I'LL ADMIT IT FOR THAT PURPOSE.

12:38PM  19              MR. COOPERSMITH:  THANK YOU.

12:38PM  20              THE COURT:  IT CAN BE PUBLISHED.

12:38PM  21          (DEFENDANT'S EXHIBIT 10224 WAS RECEIVED IN EVIDENCE.)

12:38PM  22    BY MR. COOPERSMITH:

12:38PM  23    Q.   SO, DO YOU SEE, MS. CHEUNG, THAT IT HAS DR. SIVARAMAN AT

12:38PM  24    THE TOP, AND THERE'S SOME REDACTED SECTION, WHICH WE'RE NOT

12:38PM  25    GOING TO SHOW HER ADDRESS TO THE PUBLIC, AND THAT SORT OF

12:38PM 1    THING.

12:38PM 2        DO YOU UNDERSTAND THAT?

12:38PM 3    A.   YEAH.

12:38PM 4    Q.   AND THEN IT TALKS ABOUT HIGHLIGHTS OF HER CAREER.  AND,

12:38PM 5    FOR EXAMPLE, THE FIRST BULLET POINT OVER HIGHLIGHTS DO YOU SEE

12:38PM 6    THAT IT SAYS OVER THREE YEARS OF EXPERIENCE IN RECOMBINANT

12:38PM 7    EXPRESSION AND PURIFICATION OF PROTEINS, HUMAN AND BACTERIAL

12:38PM 8    E.COLI.

12:38PM 9        DO YOU SEE THAT?

12:38PM 10   A.   YES.

12:38PM 11   Q.   AND IT GOES ON.  AND I WON'T READ EACH ONE, BUT IT HAS

12:38PM 12   OTHER HIGHLIGHTS OF DR. SIVARAMAN'S CAREER.

12:38PM 13       DO YOU SEE THAT?

12:38PM 14   A.   YES.

12:38PM 15   Q.   AND THEN IT HAS IN THE NEXT SECTION HER RESEARCH

12:38PM 16   EXPERIENCE.

12:39PM 17       DO YOU SEE THAT?

12:39PM 18   A.   YES.

12:39PM 19   Q.   AND IT LOOKS LIKE IT SAYS POST-DOCTORAL RESEARCH AT THE

12:39PM 20   UNIVERSITY OF CALIFORNIA AT BERKELEY?

12:39PM 21   A.   YES, UH-HUH.

12:39PM 22   Q.   AND IT SAYS HER ADVISOR WAS PROFESSOR JACK KIRSCH.

12:39PM 23       DO YOU SEE THAT?

12:39PM 24   A.   YES.

12:39PM 25   Q.   AND IF YOU GO TO PAGE 3 OF THE DOCUMENT, DO YOU SEE

12:39PM  1    THERE'S A SECTION CALLED "PRESENTATIONS"?

12:39PM  2    A.   YES.

12:39PM  3    Q.   AND DO YOU SEE THAT DR. SIVARAMAN AND JACK KIRSCH, IT

12:39PM  4    LOOKS LIKE, MADE A PRESENTATION TOGETHER, AND IT HAS A NAME OF

12:39PM  5    IT.  IT IS CALLED "NARROWING THE SUBSTRATE SPECIFICITY OF A

12:39PM  6    BROADLY SUBSTRATE SPECIFIC ENZYME," AND IT GOES ON.

12:39PM  7         DO YOU SEE THAT?

12:39PM  8    A.   YES.

12:39PM  9    Q.   AND THEN IF YOU GO DOWN BELOW THERE ARE REFERENCES, AND

12:39PM 10    ONE OF DR. SIVARAMAN'S REFERENCES IS DR. JACK KIRSCH.

12:39PM 11         DO YOU SEE THAT?

12:39PM 12    A.   YES.

12:39PM 13    Q.   AND IT SAYS HE'S IN THE DEPARTMENT OF MOLECULAR AND CELL

12:39PM 14    BIOLOGY AT THE UNIVERSITY OF CALIFORNIA BERKELEY?

12:40PM 15    A.   YEP.

12:40PM 16    Q.   AND SO WHAT I WAS WONDERING IS DID YOU EVER TAKE A CLASS

12:40PM 17    FROM PROFESSOR KIRSCH?

12:40PM 18    A.   NO.

12:40PM 19    Q.   AND DID YOU KNOW HIM AS A PROFESSOR WHEN YOU WERE AT THE

12:40PM 20    UNIVERSITY?

12:40PM 21    A.   NO.

12:40PM 22    Q.   WERE YOU IN THE DEPARTMENT OF MOLECULAR AND CELL BIOLOGY?

12:40PM 23    A.   YES.

12:40PM 24    Q.   AND IT JUST SO HAPPENED THAT YOU NEVER CROSSED PATHS WITH

12:40PM 25    DR. JACK KIRSCH?

12:40PM 1      A.   I DON'T THINK SO.  I DON'T REMEMBER.

12:40PM 2      Q.   OKAY.  YOU RESPECTED DR. SIVARAMAN?

12:40PM 3      A.   YES.

12:40PM 4      Q.   DID YOU THINK THAT DR. SIVARAMAN WAS PART OF SOME KIND OF

12:40PM 5      FRAUDULENT SCHEME?

12:40PM 6      A.   NO.

12:40PM 7      Q.   OKAY.  WHEN YOU STARTED THE COMPANY, I BELIEVE YOU GOT AN

12:40PM 8      OFFER LETTER; IS THAT RIGHT?

12:40PM 9      A.   CAN YOU REPEAT THAT QUESTION.

12:40PM 10     Q.   WELL, LET ME JUST SHOW IT TO YOU.  THAT MIGHT BE EASIER.

12:41PM 11          CAN YOU TAKE A LOOK AT EXHIBIT 20020.

12:41PM 12          AND DO YOU SEE THAT'S A LETTER DATED OCTOBER 14TH OF 2013?

12:41PM 13     A.   YES.

12:41PM 14     Q.   AND DOES IT HAVE YOUR SIGNATURE ON THE SECOND PAGE?

12:41PM 15     A.   YES.

12:41PM 16     Q.   AND DID YOU RECOGNIZE THIS AS THE OFFER LETTER EXTENDING

12:41PM 17     AN OFFER TO YOU TO WORK AT THERANOS?

12:41PM 18     A.   YES.

12:41PM 19          MR. COOPERSMITH:  YOUR HONOR, WE OFFER

12:41PM 20     EXHIBIT 20020.

12:41PM 21          MR. BOSTIC:  NO OBJECTION.

12:41PM 22          THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

12:41PM 23          (DEFENDANT'S EXHIBIT 20020 WAS RECEIVED IN EVIDENCE.)

12:41PM 24     BY MR. COOPERSMITH:

12:41PM 25     Q.   OKAY.  LET'S TAKE A LOOK AT SOME OF THIS LETTER.

12:41PM   1          IF YOU ZOOM IN ON THE FIRST PARAGRAPH IT SAYS, "I AM

12:41PM   2   PLEASED TO EXTEND A CONDITIONAL OFFER OF EMPLOYMENT TO YOU AS

12:41PM   3   LAB ASSOCIATE REPORTING TO SHARADA SIVARAMAN," WHO WE JUST

12:42PM   4   DISCUSSED; RIGHT?

12:42PM   5   A.   YES.

12:42PM   6   Q.   AND IT SAYS, "YOUR PAY RATE WILL BE $19 PER HOUR."

12:42PM   7   A.   THAT IS CORRECT.

12:42PM   8   Q.   AND SO AT THE WHOLE TIME YOU WERE AT THERANOS, WERE YOU AN

12:42PM   9   HOURLY EMPLOYEE?

12:42PM   10  A.   YES.

12:42PM   11  Q.   AND WAS YOUR PAY ALWAYS $19 AN HOUR?

12:42PM   12  A.   YES.

12:42PM   13  Q.   AND DID YOU GET OVERTIME?

12:42PM   14  A.   YES.

12:42PM   15  Q.   AND DID YOU WORK OVERTIME SOMETIMES?

12:42PM   16  A.   YES.

12:42PM   17  Q.   AND DID A LOT OF PEOPLE IN THE COMPANY WORK OVERTIME?

12:42PM   18  A.   YES, WE WERE REQUIRED TO.

12:42PM   19  Q.   OKAY.  BUT YOU KNEW THAT THAT WAS NECESSARY TO MOVE THE

12:42PM   20  COMPANY FORWARD?

12:42PM   21  A.   YES.

12:42PM   22  Q.   AND YOU WERE WILLING TO DO THAT; RIGHT?

12:42PM   23  A.   YES.

12:42PM   24  Q.   AND THEY PAID YOU FOR IT?

12:42PM   25  A.   YES.

12:42PM  1    Q.   AND THAT WAS AT THIS TIME LIKE A FAIR SALARY IN YOUR VIEW,

12:42PM  2    WASN'T IT?

12:42PM  3    A.   YES.

12:42PM  4    Q.   DID YOU GET ADDITIONAL BENEFITS IN ADDITION TO THE SALARY?

12:42PM  5    A.   LIKE HEALTH BENEFITS?

12:42PM  6    Q.   YES.

12:42PM  7    A.   I BELIEVE SO.

12:42PM  8    Q.   OKAY.  AND THEN IT SAYS ALSO IN THE NEXT SENTENCE, "IN

12:42PM  9    ADDITION, YOU'LL BE ELIGIBLE FOR ADDITIONAL PERFORMANCE BASED

12:43PM  10   COMPENSATION OVERTIME."

12:43PM  11       DO YOU SEE THAT?

12:43PM  12   A.   YES.

12:43PM  13   Q.   AND SO THERE WAS AN ADDITIONAL UPSIDE TO WORKING AT

12:43PM  14   THERANOS, TOO?

12:43PM  15   A.   YES.

12:43PM  16   Q.   IF YOU GO DOWN A LITTLE FURTHER TO THE FOURTH PARAGRAPH

12:43PM  17   AND YOU SEE THERE'S A PORTION THAT READS, "YOU AGREE THAT YOU

12:43PM  18   WILL NOT, DURING YOUR EMPLOYMENT WITH THE COMPANY, IMPROPERLY

12:43PM  19   USE OR DISCLOSE ANY PROPRIETARY INFORMATION OR TRADE SECRETS OF

12:43PM  20   ANY FORMER EMPLOYER OR OTHER PERSON OR ENTITY AND THAT YOU WILL

12:43PM  21   NOT BRING ON TO THE PREMISES OF THE COMPANY ANY UNPUBLISHED

12:43PM  22   DOCUMENT OR PROPRIETARY INFORMATION BELONGING TO ANY SUCH

12:43PM  23   EMPLOYER, PERSON, OR ENTITY UNLESS CONSENTED TO IN WRITING."

12:43PM  24       DO YOU SEE THAT?

12:43PM  25   A.   YES.

12:43PM  1    Q.   AND THAT WAS ABOUT HOW THERANOS DID NOT WANT YOU TO GIVE

12:43PM  2    THEM TRADE SECRETS OF OTHER COMPANIES; IS THAT WHAT THAT IS

12:43PM  3    ABOUT?

12:43PM  4    A.   CAN I READ IT ONCE MORE?

12:43PM  5    Q.   OF COURSE.

12:44PM  6         (PAUSE IN PROCEEDINGS.)

12:44PM  7              THE WITNESS:  YES.

12:44PM  8    BY MR. COOPERSMITH:

12:44PM  9    Q.   AND YOU UNDERSTAND WITH TECHNOLOGY STARTUPS, IT'S COMMON

12:44PM  10   FOR COMPANIES TO WANT TO PROTECT THEIR INTELLECTUAL PROPERTY?

12:44PM  11             MR. BOSTIC:  OBJECTION.  FOUNDATION.

12:44PM  12             THE COURT:  DO YOU WANT TO LAY A FOUNDATION?

12:44PM  13   BY MR. COOPERSMITH:

12:44PM  14   Q.   DO YOU HAVE AN UNDERSTANDING OF THE NEED IN GENERAL FOR

12:44PM  15   COMPANIES TO PROTECT THEIR INTELLECTUAL PROPERTY?

12:44PM  16   A.   YES.

12:44PM  17   Q.   AND WHAT IS YOUR UNDERSTANDING?

12:44PM  18   A.   MY UNDERSTANDING IS THAT THEY WILL ATTEMPT TO KEEP

12:44PM  19   INFORMATION WITHIN THE DOORS OF THE COMPANY TO ENSURE THAT

12:44PM  20   OTHER COMPANIES DON'T TAKE THEIR TRADE SECRETS AND THEIR

12:44PM  21   PROPRIETARY TECHNOLOGY PLANS OR PATENTS OR WHATEVER THEY MIGHT

12:44PM  22   BE DEVELOPING.

12:44PM  23   Q.   THANK YOU.  AND IS THAT BECAUSE IF COMPANIES' TRADE

12:44PM  24   SECRETS AND INTELLECTUAL PROPERTY WERE RELEASED, ESPECIALLY THE

12:45PM  25   COMPETITORS, THAT COULD HURT THE COMPANY'S BUSINESS; IS THAT

12:45PM   1    RIGHT?

12:45PM   2              MR. BOSTIC:  SPECULATION AND FOUNDATION.

12:45PM   3              THE COURT:  WELL, OVERRULED.  YOU CAN ANSWER THE

12:45PM   4    QUESTION.  IF YOU HAVE THE KNOWLEDGE.

12:45PM   5              THE WITNESS:  CAN YOU REPEAT THE QUESTION?

12:45PM   6    BY MR. COOPERSMITH:

12:45PM   7    Q.   IF I CAN REMEMBER IT.

12:45PM   8         SO DO YOU UNDERSTAND THAT THE REASON WHY COMPANIES ARE

12:45PM   9    PROTECTIVE OF THEIR TRADE SECRETS AND THEIR INTELLECTUAL

12:45PM  10    PROPERTY IS THAT THEY DON'T WANT COMPETITORS TO BE ABLE TO USE

12:45PM  11    THAT TECHNOLOGY FOR THEIR OWN BENEFIT AND THAT WOULD HURT THE

12:45PM  12    COMPANY THAT HAD THE INTELLECTUAL PROPERTY IN THE FIRST PLACE;

12:45PM  13    IS THAT FAIR?

12:45PM  14    A.   YES, THAT'S FAIR.

12:45PM  15    Q.   OKAY.  AND THEN IS IT ALSO CORRECT THAT THERANOS HAD YOU

12:45PM  16    SIGN AN AGREEMENT THAT YOU WOULDN'T RELEASE THERANOS'S

12:45PM  17    INTELLECTUAL PROPERTY WHEN YOU STARTED?

12:45PM  18    A.   THAT IS CORRECT.

12:45PM  19    Q.   AND IS THAT WHAT THE PARAGRAPH ABOVE THAT REFERS TO, WHERE

12:45PM  20    IT'S THE THIRD PARAGRAPH OF THE LETTER?

12:45PM  21    A.   THAT'S IN REFERENCE TO THE NONDISCLOSURE AGREEMENTS OR THE

12:46PM  22    OTHER AGREEMENTS.

12:46PM  23    Q.   RIGHT.  IT REFERENCES A DOCUMENT ABOUT CALLING

12:46PM  24    "CONFIRMATION OF RECEIPT AND AGREEMENT TO HANDBOOK POLICIES."

12:46PM  25         DO YOU SEE THAT?

ER-746

12:46PM 1     A.   YES.

12:46PM 2     Q.   IF YOU COULD FLIP YOUR BINDER TO 2009.

12:46PM 3          I'M SORRY.  THE EXHIBIT NUMBER IS 20029.

12:46PM 4          AND DO YOU RECOGNIZE EXHIBIT 20029 AS THE -- ANOTHER

12:47PM 5     AGREEMENT THAT YOU SIGNED WHEN YOU JOINED THERANOS?

12:47PM 6     A.   YES.

12:47PM 7     Q.   OKAY.

12:47PM 8          YOUR HONOR, WE OFFER EXHIBIT 20029.

12:47PM 9              MR. BOSTIC:  NO OBJECTION.

12:47PM 10             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:47PM 11         (DEFENDANT'S EXHIBIT 20029 WAS RECEIVED IN EVIDENCE.)

12:47PM 12    BY MR. COOPERSMITH:

12:47PM 13    Q.   IF WE CAN TAKE A LOOK AT THE TITLE.

12:47PM 14         DO YOU SEE THE TITLE, MS. CHEUNG?

12:47PM 15    A.   YES.

12:47PM 16    Q.   AND IF WE GO TO THE LAST PAGE OF THIS DOCUMENT -- I'M

12:47PM 17    SORRY, IT'S PAGE 5 OF THIS EXHIBIT.

12:47PM 18         IS THAT YOUR SIGNATURE?

12:47PM 19    A.   YES.

12:47PM 20    Q.   AND IT IS SIGNED THE SAME DATE YOU STARTED OCTOBER 14TH,

12:47PM 21    2013?

12:47PM 22    A.   THAT IS CORRECT.

12:47PM 23    Q.   AND IF YOU FLIP TO THE FIRST PAGE, WHICH IS PAGE 1 OF THIS

12:47PM 24    EXHIBIT, DO YOU SEE THERE'S A SECTION CALLED CONFIDENTIAL

12:47PM 25    INFORMATION?

12:47PM  1    A.   YES.

12:47PM  2    Q.   AND DO YOU HAVE AN UNDERSTANDING OF WHAT YOU WERE AGREEING

12:47PM  3    TO WHEN YOU SIGNED THAT?

12:47PM  4    A.   YES.

12:47PM  5    Q.   WHAT IS THAT?

12:47PM  6    A.   ESSENTIALLY THAT I WAS NOT TO DISCUSS BASICALLY THE

12:48PM  7    ONGOING'S OF THE COMPANY; I WAS NOT TO DISCUSS WHAT WAS

12:48PM  8    HAPPENING INSIDE OF THE COMPANY TO EXTERNAL PEOPLE AND

12:48PM  9    STAKEHOLDERS; AND THAT WE HAD TO KEEP QUIET, BASICALLY THE

12:48PM 10    NATURE OF OUR TECHNOLOGY, THE NATURE OF OUR ROLES AND

12:48PM 11    RESPONSIBILITIES, AWAY FROM ORGANIZATIONS AND STAKEHOLDERS.

12:48PM 12    Q.   OKAY.  WE'LL GET BACK TO THIS A LITTLE LATER.

12:48PM 13         BUT IS AMONG THE PEOPLE THAT YOU WEREN'T SUPPOSED TO

12:48PM 14    DISCLOSE COMPANY CONFIDENTIAL INFORMATION TO, WOULD THAT

12:48PM 15    INCLUDE JOURNALISTS, FOR EXAMPLE?

12:48PM 16    A.   YES.

12:48PM 17    Q.   WHEN YOU SIGNED THE AGREEMENT THAT WE JUST LOOKED AT, AND

12:48PM 18    ALSO YOUR OFFER LETTER, YOU DIDN'T THINK THAT WAS UNUSUAL OR

12:48PM 19    ANYTHING, DID YOU?

12:48PM 20    A.   NOT AT THE TIME, NO.

12:48PM 21    Q.   AND IT JUST SEEMED LIKE A ROUTINE PART OF JOINING A TECH

12:49PM 22    COMPANY IN SILICON VALLEY, DIDN'T IT?

12:49PM 23    A.   I WASN'T TOO SURE.  IT WAS MY FIRST JOB, BUT I ASSUME SO.

12:49PM 24    Q.   OKAY.  NOW, PRIOR TO JOINING THERANOS, YOU HAD NEVER

12:49PM 25    WORKED IN A CLINICAL LABORATORY BEFORE; IS THAT CORRECT?

12:49PM   1    A.   THAT IS CORRECT.

12:49PM   2    Q.   AND YOU HAD NO INVOLVEMENT PREVIOUSLY WORKING AT THERANOS

12:49PM   3    IN VALIDATION STUDIES FOR BLOOD TESTING ASSAYS OR ANYTHING LIKE

12:49PM   4    THAT, DID YOU?

12:49PM   5    A.   NO.

12:49PM   6    Q.   DID YOU UNDERSTAND THAT THERE WAS A SET OF REGULATIONS

12:49PM   7    THAT GOVERNED THE OPERATION OF A CLINICAL LAB SUCH AS THE ONE

12:49PM   8    THAT THERANOS WAS RUNNING?

12:49PM   9    A.   YES.

12:49PM  10    Q.   AND WERE YOU FAMILIAR WITH EACH AND EVERY ONE OF THOSE

12:49PM  11    REGULATIONS?

12:49PM  12    A.   NO.

12:49PM  13    Q.   WERE YOU FAMILIAR WITH SOME OF THEM?

12:49PM  14    A.   SOME OF THEM.

12:50PM  15    Q.   OKAY.  AND I JUST WANT TO HAVE YOU TAKE A LOOK AT IN YOUR

12:50PM  16    FIRST BINDER EXHIBIT 7603.

12:50PM  17         DO YOU SEE IT'S LIKE A MULTIPAGE DOCUMENT THAT GOES FROM

12:50PM  18    BATES NUMBER 700 ON THE FIRST PAGE TO BATES NUMBER 822.

12:50PM  19         DO YOU SEE THAT?

12:50PM  20    A.   YES.

12:50PM  21    Q.   AND SO THAT -- SO IF THEY'RE ALL CONSECUTIVE, THAT WOULD

12:50PM  22    MAKE IT ABOUT 122 PAGES?

12:50PM  23    A.   HUH --

12:50PM  24    Q.   DOUBLE SIDED?

12:50PM  25    A.   DOUBLE SIDED, YES.

12:50PM 1      Q.   SO WITHOUT COUNTING EACH ONE, DOES THIS HAVE THE HEFT OF

12:51PM 2      ABOUT 122 PAGE DOCUMENT?

12:51PM 3      A.   YES.

12:51PM 4      Q.   OKAY.  AND DO YOU RECOGNIZE THOSE AS REGULATIONS GOVERNING

12:51PM 5      THE OPERATION OF CLINICAL LABS IN THE UNITED STATES?

12:51PM 6      A.   THAT IS CORRECT.

12:51PM 7      Q.   AND AT THE TOP, YOU WERE NOT THE PERSON THAT THE COMPANY

12:51PM 8      WOULD LOOK TO TO INTERPRET OR ADVISE ABOUT CLINICAL LAB -- I'M

12:51PM 9      SORRY, I'LL ASK IT AGAIN.  MY APOLOGIES.

12:51PM 10          AT THERANOS, YOU WERE NOT THE PERSON THAT ANYONE LOOKED TO

12:51PM 11     TO ADVISE ABOUT THE INTERPRETATION OR APPLICABILITY OF THE

12:51PM 12     CLINICAL LAB REGULATIONS, WERE YOU?

12:51PM 13     A.   NO.

12:51PM 14     Q.   OKAY.  AND THE COMPANY ACTUALLY HAD LEGAL COUNSEL THAT

12:51PM 15     WOULD HELP WITH THAT PROCESS.

12:51PM 16          DO YOU UNDERSTAND THAT?

12:51PM 17     A.   THAT IS CORRECT.

12:51PM 18     Q.   AND THE COMPANY ALSO HAD SCIENTISTS WHO WERE WORKING ON

12:51PM 19     ADMINISTERING THAT RESPONSIBILITY; IS THAT RIGHT?

12:52PM 20     A.   THAT IS RIGHT.

12:52PM 21     Q.   AND ONE OF THEM WAS DR. ADAM ROSENDORFF?

12:52PM 22     A.   THAT IS CORRECT.

12:52PM 23     Q.   AND HE WAS THE LAB DIRECTOR WHEN YOU WERE WORKING THERE?

12:52PM 24     A.   HE WAS THE MEDICAL DIRECTOR.

12:52PM 25     Q.   SO HE WAS A MEDICAL DOCTOR?

12:52PM 1    A.   YES.

12:52PM 2    Q.   AND DO YOU UNDERSTAND THAT HE HAD A BACKGROUND IN

12:52PM 3    PATHOLOGY?

12:52PM 4    A.   YES.

12:52PM 5    Q.   AND DO YOU UNDERSTAND THAT HE HAD COME FROM A DIFFERENT

12:52PM 6    LAB AT THE UNIVERSITY OF PITTSBURGH BEFORE HE JOINED THERANOS?

12:52PM 7    A.   I DIDN'T KNOW THAT.

12:52PM 8    Q.   YOU DIDN'T KNOW HIS BACKGROUND?

12:52PM 9    A.   YEAH.

12:52PM 10   Q.   OKAY.  BUT YOU UNDERSTOOD THAT YOU THINK HE WAS THE

12:52PM 11   MEDICAL DIRECTOR?

12:52PM 12   A.   YES.

12:52PM 13   Q.   IS THAT EQUIVALENT TO THE LABORATORY DIRECTOR?

12:52PM 14   A.   YES.  WE ALSO HAD A LABORATORY DIRECTOR LABORATORY

12:52PM 15   DIRECTOR, TOO.

12:52PM 16   Q.   WHO WAS THE LABORATORY DIRECTOR?

12:52PM 17   A.   MARK PANDORI.

12:52PM 18   Q.   AND DO YOU RECOGNIZE THAT DR. ROSENDORFF AND DR. PANDORI

12:52PM 19   WERE CO-LABORATORY DIRECTORS?

12:52PM 20   A.   UM, YES.

12:52PM 21   Q.   OKAY.  BUT ON THE SORT OF ORGANIZATIONAL STRUCTURE --

12:52PM 22   A.   UH-HUH.

12:52PM 23   Q.   -- DID DR. PANDORI WORK FOR DR. ROSENDORFF OR DID

12:52PM 24   DR. ROSENDORFF WORK FOR DR. PANDORI, OR NEITHER OF THOSE?

12:52PM 25   A.   I WAS UNDER THE UNDERSTANDING THAT THEY WERE BOTH EQUALS

12:53PM  1     WITHIN THE HIERARCHAL STRUCTURE.

12:53PM  2     Q.   SO THEY HAD TWO LAB DIRECTORS AS FAR AS YOU COULD RECALL;

12:53PM  3     IS THAT RIGHT?

12:53PM  4     A.   I THINK SO.

12:53PM  5     Q.   I WANT TO HAVE YOU TAKE A LOOK AT THE PARTICULAR

12:53PM  6     REGULATION THAT DEALS WITH LAB DIRECTORS, AND IF I COULD JUST

12:53PM  7     REFER TO YOU IN YOUR FIRST BINDER EXHIBIT 7603DD, DOUBLE D?

12:53PM  8     A.   CAN YOU REPEAT THAT AGAIN.

12:53PM  9     Q.   OF COURSE.  IT'S EXHIBIT 7603 AND THEN TWO CAPITAL D'S.

12:53PM 10     A.   OH, GOT IT.  OKAY.

12:53PM 11     Q.   DO YOU -- DO YOU HAVE THAT EXHIBIT IN FRONT OF YOU?

12:53PM 12     A.   YES.

12:53PM 13     Q.   THANK YOU.

12:53PM 14         AND DO YOU SEE ON THE BOTTOM RIGHT OF THE FIRST PAGE

12:53PM 15     THERE'S A REGULATION THAT IS NUMBERED 493.1441?

12:54PM 16     A.   YOU SAID IT'S 7603DD?

12:54PM 17     Q.   YES.

12:54PM 18     A.   AND THEN THE REGULATION IS 493.

12:54PM 19     Q.   .1441?

12:54PM 20     A.   I DON'T HAVE THAT.

12:54PM 21     Q.   OKAY.

12:54PM 22         MAY I APPROACH, YOUR HONOR?

12:54PM 23             THE COURT:  I DON'T HAVE IT, EITHER.

12:54PM 24             MR. COOPERSMITH:  LET'S SEE IF I CAN GET SOME

12:54PM 25     COPIES.

12:54PM   1                    THE COURT:  IT'S NOT AN EXHIBIT IN MY BINDER.

12:54PM   2                    MR. COOPERSMITH:  OKAY.  SORRY ABOUT THAT,

12:54PM   3      YOUR HONOR.

12:54PM   4           LET ME HAND THE COURT'S COPY UP FIRST, AND THEN WE'LL

12:55PM   5      WRESTLE UP ANOTHER ONE.

12:55PM   6           (PAUSE IN PROCEEDINGS.)

12:55PM   7                    MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT HAS THE SAME

12:55PM   8      OF -- THE OTHER DD THAT DOESN'T HAVE THE REGULATION THAT

12:55PM   9      COUNSEL IS REFERRING TO.

12:55PM  10                    THE COURT:  SO IT SOUNDS LIKE OUR BINDERS DON'T HAVE

12:55PM  11      WHAT YOU HANDED UP TO THE COURT.

12:55PM  12                    MR. COOPERSMITH:  YOUR HONOR, I'M GOING TO COME BACK

12:55PM  13      TO THIS LATER SO WE DON'T WASTE TIME WITH IT.

12:55PM  14                    THE COURT:  SURE.

12:55PM  15                    MR. COOPERSMITH:  THANK YOU.  SORRY ABOUT THAT.

12:56PM  16           (PAUSE IN PROCEEDINGS.)

12:56PM  17      BY MR. COOPERSMITH:

12:56PM  18      Q.   SO WE WERE TALKING ABOUT DR. ROSENDORFF; RIGHT?

12:56PM  19           YOU THOUGHT HIGHLY OF DR. ROSENDORFF?

12:56PM  20      A.   YES.

12:56PM  21      Q.   AND DID YOU UNDERSTAND THAT WHEN IT CAME TIME TO RELEASE

12:56PM  22      RESULTS TO A PATIENT, THE ULTIMATE AUTHORITY IN THE LABORATORY

12:56PM  23      WOULD BE DR. ROSENDORFF?

12:56PM  24      A.   YES.

12:56PM  25      Q.   AND MAYBE DR. PANDORI AS WELL?

12:56PM  1    A.   AT THAT POINT I THINK IT WAS DR. ROSENDORFF.

12:56PM  2    Q.   OKAY.  WHILE YOU WERE WORKING IN THE CLIA LAB --

12:56PM  3    A.   YES.

12:56PM  4    Q.   -- AND WAS IT EVER YOUR JOB TO RELEASE PATIENT RESULTS?

12:56PM  5    A.   NO.  I WOULD FORWARD THEM TO A CLINICAL LAB SCIENTIST.

12:57PM  6    Q.   OKAY.  SO THERE WAS A TITLE OR, YOU KNOW, A JOB POSITION

12:57PM  7    AT THERANOS CALLED CLINICAL LAB SCIENTIST; IS THAT RIGHT?

12:57PM  8    A.   THAT IS CORRECT.

12:57PM  9    Q.   OKAY.  DO YOU UNDERSTAND THAT A CLINICAL LABORATORY

12:57PM 10    SCIENTIST, THERE ARE CERTAIN REQUIREMENTS TO BE ABLE TO WORK IN

12:57PM 11    THAT POSITION?

12:57PM 12    A.   YES.

12:57PM 13    Q.   AND DID YOU HAVE ANY OF THOSE QUALIFICATIONS?

12:57PM 14    A.   NO.

12:57PM 15    Q.   AND THE REQUIREMENTS, DO YOU UNDERSTAND, INCLUDE NOT ONLY

12:57PM 16    A BACHELOR'S DEGREE BUT ALSO A TRAINING, INTERNSHIP PROGRAM FOR

12:57PM 17    ABOUT A YEAR?

12:57PM 18    A.   YES.

12:57PM 19    Q.   AND THEN ALSO PRACTICAL LABORATORY TRAINING IN SPECIALTY

12:57PM 20    AREAS.

12:57PM 21        DO YOU UNDERSTAND THAT?

12:57PM 22    A.   YES.

12:57PM 23    Q.   AND DO YOU UNDERSTAND THAT AFTER TRAINING, THE CANDIDATE

12:57PM 24    FOR CLINICAL LAB SCIENTIST CERTIFICATION HAS TO TAKE A

12:57PM 25    COMPREHENSIVE WRITTEN EXAM?

12:57PM  1     A.   YES.

12:57PM  2     Q.   AND YOU NEVER TOOK THAT EXAM, DID YOU?

12:57PM  3     A.   NO.

12:57PM  4     Q.   AND THE CERTIFIED -- OR, I'M SORRY, THE CLINICAL LAB

12:58PM  5     SCIENTIST, HAVE YOU EVER HEARD IT REFERRED TO AS THE CLS?

12:58PM  6     A.   YES.

12:58PM  7     Q.   AND THERE WERE PEOPLE IN THE LAB -- WHEN YOU WORKED AT

12:58PM  8     THERANOS, YOU WERE THE CLS, THE CLINICAL LAB SCIENTIST; RIGHT?

12:58PM  9     A.   YES.

12:58PM 10     Q.   AND WOULD THOSE PEOPLE BE PERMITTED TO RELEASE PATIENT

12:58PM 11     RESULTS UNDER THE SUPERVISION OF THE LAB DIRECTOR?

12:58PM 12     A.   YES.

12:58PM 13     Q.   AND SO IF YOU WANTED A PATIENT RESULT RELEASED AFTER YOU

12:58PM 14     RAN ONE OF YOUR TESTS, YOU WOULD -- YOU COULDN'T DO THAT

12:58PM 15     YOURSELF, YOU WOULD HAVE TO GET THE CLS, OR SOMEONE ABOVE THAT,

12:58PM 16     TO RELEASE THE PATIENT RESULT; RIGHT?

12:58PM 17     A.   THAT IS CORRECT.

12:58PM 18     Q.   LET'S GO BACK TO THE CONCEPT OF RESEARCH AND DEVELOPMENT

12:59PM 19     VERSUS CLIA FOR A MINUTE.

12:59PM 20          SO DO YOU UNDERSTAND THAT RESEARCH AND DEVELOPMENT IS

12:59PM 21     DESIGNED FOR THE PURPOSE OF CREATING NEW TECHNOLOGY OR

12:59PM 22     IMPROVING EXISTING TECHNOLOGY; IS THAT FAIR?

12:59PM 23     A.   THAT'S CORRECT.

12:59PM 24     Q.   AND THERE'S NOTHING WRONG WITH THAT?

12:59PM 25     A.   NO.

12:59PM 1    Q.   AND EVEN IF THE COMPANY IS RUNNING PARTICULAR BLOOD TESTS,

12:59PM 2    THERE'S NOTHING WRONG WITH THEM CONTINUING TO WORK ON

12:59PM 3    INNOVATION IN THE R&D LAB AT THE SAME TIME, IS THERE?

12:59PM 4    A.   THAT'S CORRECT.

12:59PM 5    Q.   AND A LOT OF COMPANIES DO THAT.  DO YOU KNOW THAT?

12:59PM 6    A.   YES.

12:59PM 7    Q.   AND SO, FOR EXAMPLE, IF APPLE INVENTS AN IPHONE 11, THEY

12:59PM 8    CAN STILL BE WORKING ON THE IPHONE 12 EVEN THOUGH THEY'RE

12:59PM 9    SELLING THE 11; RIGHT?

12:59PM 10   A.   YES.

12:59PM 11   Q.   OKAY.  LET'S TALK ABOUT WHEN YOU STARTED WORKING IN THE

12:59PM 12   CLIA LAB.  AND I THINK YOU MENTIONED THERE CAME A TIME THAT

01:00PM 13   DR. PANDORI GAVE YOU ASSIGNMENTS AS FAR AS WHAT YOUR

01:00PM 14   RESPONSIBILITIES WOULD BE IN THE CLIA LAB; IS THAT RIGHT?

01:00PM 15   A.   THAT'S CORRECT.

01:00PM 16   Q.   AND COULD YOU TAKE A LOOK IN YOUR BINDER AT EXHIBIT 1557.

01:00PM 17   A.   OKAY.  I'M HERE.

01:00PM 18   Q.   OKAY.  THANKS.

01:00PM 19       DO YOU RECOGNIZE THIS AS AN EMAIL FROM DR. PANDORI TO

01:00PM 20   YOURSELF DATED FEBRUARY 2ND, 2014, WITH THE SUBJECT IS TASK

01:00PM 21   ASSIGNMENTS?

01:00PM 22   A.   YES.

01:00PM 23   Q.   AND DO YOU REMEMBER RECEIVING THIS EMAIL?

01:00PM 24   A.   YES.

01:00PM 25   Q.   AND THEN ON THE SECOND PAGE IT HAS TASKS ONE THROUGH FIVE.

01:01PM 1          DO YOU SEE THAT?

01:01PM 2     A.   YES.

01:01PM 3          MR. COOPERSMITH:  YOUR HONOR, WE OFFER EXHIBIT 1557.

01:01PM 4          MR. BOSTIC:  NO OBJECTION.

01:01PM 5          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:01PM 6       (DEFENDANT'S EXHIBIT 1557 WAS RECEIVED IN EVIDENCE.)

01:01PM 7     BY MR. COOPERSMITH:

01:01PM 8     Q.   OKAY.  IT STARTS OUT -- LET'S START WITH DR. PANDORI.

01:01PM 9          DO YOU KNOW WHAT DR. PANDORI'S BACKGROUND WAS?

01:01PM 10    A.   DR. PANDORI WAS ALSO A PH.D., AND HE HAD WORKED ON HIV

01:01PM 11    DIAGNOSTICS, AND HE HAD A SPECIAL CERTIFICATION THAT ALLOWED

01:01PM 12    HIM TO ESSENTIALLY WORK IN BIGGER CAPACITY FOR MICROBIOLOGY

01:01PM 13    SAMPLES, AND HE HAD WORKED MOSTLY FOR STATE LABS.

01:01PM 14    Q.   OKAY.  SO IT SOUNDS LIKE HE WAS A PH.D., BUT

01:01PM 15    DR. ROSENDORFF WAS A MEDICAL DOCTOR?

01:01PM 16    A.   YES.

01:01PM 17    Q.   OKAY.  SO LET'S GO BACK TO THE TASK ASSIGNMENTS.  SO IT

01:01PM 18    STARTS OUT BY SAYING, "ERIKA,

01:01PM 19         "ATTACHED IS A LISTING OF TASKS FOR WHICH YOU WILL BE

01:01PM 20    RESPONSIBLE IN CLIA LAB.  PLEASE DO NOT HESITATE TO DISCUSS IF

01:01PM 21    YOU HAVE ANY QUESTIONS."

01:02PM 22         DO YOU SEE THAT?

01:02PM 23    A.   YES.

01:02PM 24    Q.   AND WAS DR. PANDORI YOUR BOSS IN THE CLIA LAB?

01:02PM 25    A.   YES.

01:02PM  1    Q.   AND WAS HE YOUR DIRECT SUPERVISOR OR WERE THERE PEOPLE IN

01:02PM  2    BETWEEN YOU AND DR. PANDORI?

01:02PM  3    A.   UM, HE WAS MOSTLY MY DIRECT SUPERVISOR, BUT IN TERMS OF

01:02PM  4    THE PATIENT PROCESSING, I WOULD INTERFACE WITH STELLA HOWARD AS

01:02PM  5    WELL WHO IS A CLS.

01:02PM  6    Q.   SHE WAS A CERTIFIED CLINICAL LAB SCIENTIST?

01:02PM  7    A.   THAT'S CORRECT.

01:02PM  8    Q.   AND, IN FACT, IF YOU JUST SKIP TO THE SECOND PAGE REAL

01:02PM  9    QUICKLY, THERE'S A REFERENCE IN NUMBER 2 THERE TO SOMEONE NAMED

01:02PM 10    STELLA.

01:02PM 11         DO YOU SEE THAT?

01:02PM 12    A.   YES.

01:02PM 13    Q.   AND DO YOU UNDERSTAND THAT THAT'S THAT SAME PERSON,

01:02PM 14    STELLA HOWARD?

01:02PM 15    A.   YES.

01:02PM 16    Q.   AND LET'S STAY ON THAT ONE MORE A MINUTE.

01:02PM 17         THAT PARTICULAR TASK IS THAT "DAILY:  PERFORM LABORATORY

01:02PM 18    TESTING, AS DIRECTED BY THE SCHEDULE.  REPORT TO STELLA WITH

01:02PM 19    RESULTS SO THAT SHE CAN REVIEW AND RELEASE THEM.  ON WEEKENDS,

01:02PM 20    PLEASE DO THIS WITH THE SCHEDULED CLA OR CLS SUPERVISOR, AS

01:02PM 21    AVAILABLE."

01:02PM 22         DO YOU SEE THAT?

01:02PM 23    A.   YES.

01:02PM 24    Q.   SORRY.  SO IS THAT THE SAME CONCEPT THAT WE WERE

01:03PM 25    DISCUSSING A MINUTE AGO WHERE IF A PATIENT RESULT WAS GOING TO

01:03PM 1    BE RELEASED OR NOT, THAT WOULDN'T BE YOUR POSITION, THAT WOULD

01:03PM 2    BE SOMEONE IN THE POSITION OF STELLA HOWARD OR ANOTHER CLINICAL

01:03PM 3    LAB SCIENTIST?

01:03PM 4    A.   THAT IS CORRECT.

01:03PM 5    Q.   OKAY.  AND, NOW, IF YOU GO BACK TO THE FIRST PAGE.

01:03PM 6         DR. PANDORI WROTE IN THE SECOND PARAGRAPH, "KEY AMONGST

01:03PM 7    THEM," MEANING THE TASKS, "IS ASSESSMENT OF THE CURRENT SOP FOR

01:03PM 8    EDISON TESTING."

01:03PM 9         AND HE GOES ON TO SAY, "WE WANT TO MAKE CERTAIN THAT THE

01:03PM 10   SOP ON FILE ARE ACCURATE WITH REGARD TO HOW THE TESTING IS

01:03PM 11   ACTUALLY PERFORMED FOR PATIENTS.  PLEASE LET ME KNOW IF YOU

01:03PM 12   REQUIRE ACCESS TO THE CURRENT SOP ON FILE, AND IF YOU HAVE ANY

01:03PM 13   QUESTIONS WITH REGARD TO HOW TO EDIT THEM."

01:03PM 14        DO YOU SEE THAT?

01:03PM 15   A.   YES.

01:03PM 16   Q.   AND WAS YOUR UNDERSTANDING OF THAT WAS THAT SOMETIMES WHEN

01:03PM 17   THERE IS A STANDARD OPERATING PROCEDURE -- WELL, LET ME BACK

01:03PM 18   UP.

01:03PM 19        DO YOU UNDERSTAND THE STANDARD OPERATING PROCEDURE IS LIKE

01:03PM 20   A SET OF RULES THAT GOVERN HOW THE CLINICAL LAB STAFF IS

01:04PM 21   SUPPOSED TO GO ABOUT CONDUCTING A TEST?

01:04PM 22   A.   YES.

01:04PM 23   Q.   OR ANY OTHER ACTIVITY?

01:04PM 24   A.   YES.

01:04PM 25   Q.   OKAY.  AND IS IT ALSO THE CASE, YOU UNDERSTAND, THAT

01:04PM  1    SOMETIMES WHEN PEOPLE ARE WORKING IN THE LAB, THEY MAY COME UP

01:04PM  2    WITH A SLIGHTLY DIFFERENT PROCESS OF SOMETHING THAT IS MORE

01:04PM  3    EFFICIENT OR SOMETHING THAT MIGHT WORK A LITTLE BETTER OR

01:04PM  4    THINGS LIKE THAT?

01:04PM  5        IS THAT FAIR?

01:04PM  6    A.   YES.

01:04PM  7    Q.   AND THEN THERE WOULD BE A NEED AT THAT POINT TO EDIT THE

01:04PM  8    SOP TO CONFORM WITH WHAT THE PRACTICE HAS NOW BECOME; RIGHT?

01:04PM  9    A.   THAT IS CORRECT.

01:04PM 10    Q.   AND THAT'S WHAT DR. PANDORI WAS ASKING YOU TO DO, AT LEAST

01:04PM 11    IN THAT PARTICULAR TASK?

01:04PM 12    A.   YES.

01:04PM 13    Q.   OKAY.  AND YOU WOULD AGREE WITH ME THAT STANDARD OPERATING

01:04PM 14    PROCEDURES ARE VERY IMPORTANT IN A CLINICAL LAB?

01:04PM 15    A.   YES.

01:04PM 16    Q.   AND THE REASON IS TO MAKE SURE IN AS MUCH AS POSSIBLE THAT

01:04PM 17    THE LAB IS ENGAGING IN A CONSISTENT PRACTICE?

01:04PM 18    A.   YES.

01:04PM 19    Q.   AND BECAUSE YOU JUST CAN'T HAVE PEOPLE DOING WHATEVER THEY

01:04PM 20    WANT ANY TIME THEY WANT; RIGHT?

01:04PM 21    A.   EXACTLY.

01:04PM 22    Q.   AND RESEARCH AND DEVELOPMENT MIGHT BE A LITTLE DIFFERENT?

01:04PM 23    A.   UM, YEAH.

01:04PM 24    Q.   OKAY.  AND THERE'S NOTHING WRONG, IS THERE, WITH

01:05PM 25    MANAGEMENT OF A COMPANY OR A LAB DIRECTOR OR ANYONE ELSE

01:05PM  1    WANTING STANDARD OPERATING PROCEDURES TO BE FOLLOWED, IS THERE?

01:05PM  2    A.   COULD YOU REPEAT THAT QUESTION.

01:05PM  3    Q.   SURE.  THERE'S NOTHING WRONG WITH COMPANY MANAGEMENT TO

01:05PM  4    WANT STANDARD OPERATING PROCEDURES TO BE FOLLOWED?

01:05PM  5    A.   NO.

01:05PM  6    Q.   SO IF YOU COULD, MS. CHEUNG -- ACTUALLY, BEFORE WE GO AWAY

01:05PM  7    FROM THIS EXHIBIT, YEAH, LET'S GO TO THE SECOND PAGE OF THIS

01:05PM  8    EXHIBIT JUST TO FINISH THIS ONE UP.

01:05PM  9         SO THE FIRST TASK IT SAYS, "DAILY:  MAINTAIN GENERAL

01:05PM  10   ORDERLINESS AND NEATNESS IN THE EDISON TEST PROCESSING AREAS.

01:05PM  11   DESIGNATE CLIA AREAS AND PIPETTES FROM RESEARCH AREAS AND

01:05PM  12   PIPETTES."

01:05PM  13        DO YOU SEE THAT?

01:05PM  14   A.   YES.

01:05PM  15   Q.   AND THE FIRST REASON WAS TO MAKE SURE THERE WAS

01:06PM  16   ORDERLINESS IN THE LAB?

01:06PM  17   A.   YES.

01:06PM  18   Q.   AND THAT SEEMED LIKE A GOOD IDEA; RIGHT?

01:06PM  19   A.   YES.

01:06PM  20   Q.   AND THEN ALSO AS PART OF THIS TASK TO MAKE SURE THAT THERE

01:06PM  21   WAS DELINEATION OR -- BETWEEN THE CLIA PART OF THE LAB AND THE

01:06PM  22   RESEARCH AND DEVELOPMENT PART OF THE LAB?

01:06PM  23   A.   YES.

01:06PM  24   Q.   BECAUSE IN THERANOS, IN NORMANDY SOMETIMES THERE WERE

01:06PM  25   RESEARCH AND DEVELOPMENT EXPERIMENTS GOING ON AND ALSO CLIA

01:06PM 1    WORK AS WELL; RIGHT?

01:06PM 2    A.   YEAH, WE SHARED THE SAME DEVICES.

01:06PM 3    Q.   RIGHT.  SOMETIMES A DEVICE WOULD BE USED TO RUN A RESEARCH

01:06PM 4    AND DEVELOPMENT EXPERIMENT AND SOMETIMES A DEVICE WOULD BE USED

01:06PM 5    TO RUN A CLINICAL PATIENT SAMPLE?

01:06PM 6    A.   THAT IS CORRECT.

01:06PM 7    Q.   AND WHEN THE DEVICE WAS BEING USED ON THE RESEARCH AND

01:06PM 8    DEVELOPMENT SIDE, WHATEVER RESULT CAME OF THOSE TESTS, THAT

01:06PM 9    WOULD NOT GO TO PATIENTS FOR ANY KIND OF DIAGNOSTIC PURPOSE?

01:06PM 10   A.   THAT IS CORRECT.

01:06PM 11   Q.   OKAY.  AND THEN WE'VE LOOKED AT NUMBER 2 ALREADY ON THIS

01:07PM 12   SHEET.

01:07PM 13        NUMBER 3 IT SAYS, "DAILY:  THE TASK HERE IS TO MAINTAIN

01:07PM 14   TEMPERATURE LOGS FOR DOWNSTAIRS NORMANDY REFRIGERATORS AND

01:07PM 15   FREEZERS RELEVANT TO CLIA PATIENT SAMPLES AND REAGENTS.

01:07PM 16   BYRON BAILEY WILL TRAIN THIS."

01:07PM 17        DO YOU SEE THAT?

01:07PM 18   A.   YES.

01:07PM 19   Q.   DO YOU REMEMBER BYRON BAILEY?

01:07PM 20   A.   YEAH.  HE WAS ALSO A LAB ASSOCIATE.

01:07PM 21   Q.   AND SO AT THE SAME LEVEL AT YOU?

01:07PM 22   A.   YES.

01:07PM 23   Q.   BUT SOMEONE WHO HAD PREVIOUSLY BEEN WORKING IN THIS

01:07PM 24   PARTICULAR TASK AREA OF MAKING SURE THAT SAMPLES WERE PROPERLY

01:07PM 25   REFRIGERATED?

01:07PM  1    A.   YES.

01:07PM  2    Q.   AND THEN NUMBER 4, "AS NEEDED (OR MONTHLY):  VERIFY THAT

01:07PM  3    SOP FOR EDISON TESTS ARE ACCURATE FOR HOW THEY ARE CURRENTLY

01:07PM  4    ACTUALLY PERFORMED."

01:07PM  5         DO YOU SEE THAT?

01:07PM  6    A.   YES.

01:07PM  7    Q.   OKAY.

01:07PM  8         AND THEN NUMBER 5, JUST TO ROUND IT OUT, IT SAYS,

01:07PM  9    "CONTINUOUS:  ASSIST IN ANY ONGOING VALIDATIONS, CALIBRATIONS,

01:08PM  10   OR QC OPERATIONS AS NECESSARY."

01:08PM  11        RIGHT?

01:08PM  12        SO THIS WAS JUST THE WORK OF THE LAB, AND YOU WOULD BE

01:08PM  13   TASKED AS NEEDED WHEN THINGS CAME UP; RIGHT?

01:08PM  14   A.   EXACTLY.

01:08PM  15   Q.   OKAY.  AND THEN ON QC OPERATIONS, I THINK YOU SAID WHEN

01:08PM  16   MR. BOSTIC WAS QUESTIONING YOU THAT QC WAS A DAILY ACTIVITY?

01:08PM  17   A.   YES.

01:08PM  18   Q.   SO EVERY DAY, EVERY MACHINE THAT WAS RUNNING SAMPLES HAD

01:08PM  19   TO BE SUBJECTED TO A QUALITY CONTROL PROCEDURE?

01:08PM  20   A.   THAT IS CORRECT.

01:08PM  21   Q.   AND THE RULE WAS THAT IF IT DIDN'T PASS THE QUALITY

01:08PM  22   CONTROL, THEN IT COULD NOT BE USED FOR PATIENT TESTING?

01:08PM  23   A.   THAT IS CORRECT.

01:08PM  24   Q.   OKAY.  LET'S GO TO THAT EXHIBIT 9925.  IT SHOULD ALSO BE

01:08PM  25   IN YOUR FIRST BINDER.

01:09PM  1          OKAY.  ARE YOU THERE?

01:09PM  2     A.   YES.

01:09PM  3     Q.   THANK YOU.

01:09PM  4          SO YOU SEE THAT EXHIBIT 9925 IS TITLED AT THE TOP THERANOS

01:09PM  5     STANDARD OPERATING PROCEDURE AND THEN BELOW THAT IT SAYS CLIA

01:09PM  6     LABORATORY?

01:09PM  7     A.   YES.

01:09PM  8     Q.   AND THEN BELOW THAT IT HAS A HEADING INDICATING WHAT IT IS

01:09PM  9     FOR.

01:09PM  10         DO YOU SEE THAT?

01:09PM  11    A.   YES.

01:09PM  12    Q.   AND DO YOU RECOGNIZE THIS AS A STANDARD OPERATING

01:09PM  13    PROCEDURE THAT WAS BEING USED IN THE CLIA LAB WHEN YOU WERE

01:09PM  14    WORKING THERE?

01:09PM  15    A.   THAT IS CORRECT.

01:09PM  16         MR. COOPERSMITH:  YOUR HONOR, WE OFFER 9925.

01:09PM  17         MR. BOSTIC:  I'M SORRY.  CAN WE JUST CLARIFY THAT

01:09PM  18    THE WITNESS HAS SEEN THIS DOCUMENT?

01:09PM  19         THE COURT:  DO YOU WANT TO JUST ASK THAT QUESTION.

01:09PM  20    BY MR. COOPERSMITH:

01:09PM  21    Q.   HAVE YOU SEEN IT?

01:09PM  22    A.   YES.

01:09PM  23         MR. BOSTIC:  NO OBJECTION, YOUR HONOR.

01:09PM  24         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:09PM  25         (DEFENDANT'S EXHIBIT 9925 WAS RECEIVED IN EVIDENCE.)

01:10PM  1    BY MR. COOPERSMITH:

01:10PM  2    Q.   OKAY.  SO LET'S GO TO THE FIRST PAGE.

01:10PM  3         AND DO YOU SEE THERE AT THE TOP IT SAYS, "TOTAL 25-OH

01:10PM  4    VITAMIN D ON EDISON 3.5 THERANOS SYSTEM."

01:10PM  5    A.   YES.

01:10PM  6    Q.   AND THAT'S WHAT THIS IS FOR, RIGHT, IT'S A STANDARD

01:10PM  7    OPERATING PROCEDURE FOR ACTUALLY RUNNING VITAMIN D TESTS?

01:10PM  8    A.   YES.

01:10PM  9    Q.   OKAY.  ON THE EDISON 3.5 SYSTEM?

01:10PM  10   A.   YES.

01:10PM  11   Q.   AND THEN THERE'S A BUNCH OF SIGNATURES BELOW THAT.

01:10PM  12        AND DO YOU SEE THE FIRST ONE IS MICHELLE JOHNSON, AND IT

01:10PM  13   LOOKS LIKE HER SIGNATURE IS NOVEMBER 27TH, 2013.

01:10PM  14        DO YOU SEE THAT?

01:10PM  15   A.   YES.

01:10PM  16   Q.   AND DO YOU KNOW WHO MICHELLE JOHNSON WAS?

01:10PM  17   A.   SHE WAS A RESEARCH ASSOCIATE UNDER THE ELISA TEAM.

01:10PM  18   Q.   OKAY.  SO THAT WAS THE SAME TEAM THAT YOU WERE WORKING IN

01:10PM  19   WHEN YOU WERE A RESEARCH ASSOCIATE?

01:10PM  20   A.   YES.

01:10PM  21   Q.   AND THEN BELOW THAT THERE'S THE SIGNATURE OF

01:10PM  22   SURAJ SAKSENA -- IT SAYS SAKENA, BUT I THINK HIS NAME MIGHT BE

01:11PM  23   SAKSENA; IS THAT RIGHT?

01:11PM  24   A.   SAKSENA.

01:11PM  25   Q.   SAKSENA.  OKAY.

CHEUNG CROSS BY MR. COOPERSMITH                                    1313

01:11PM  1              AND I THINK YOU DISCUSSED DR. SAKSENA ON DIRECT, BUT JUST

01:11PM  2       REMIND US WHO WAS HE?

01:11PM  3       A.   HE WAS A SCIENTIST UNDERNEATH THE BINDERS TEAM, BUT HE

01:11PM  4       ALSO WORKED FOR ELISA WHEN THERE WAS A KIND OF PUSH TO MOVE

01:11PM  5       PEOPLE FROM BINDERS TO ELISA, AND THEN HE ALSO WORKED IN

01:11PM  6       PRODUCTION.

01:11PM  7       Q.   OKAY.  SO HE HAD SEVERAL ROLES IT SOUNDS LIKE?

01:11PM  8       A.   YES.

01:11PM  9       Q.   AND WHAT IS THE BINDERS TEAM?

01:11PM  10      A.   BINDERS IS ESSENTIALLY TO CREATE THE ANTIBODIES NECESSARY

01:11PM  11      TO RUN THE ELISA ASSAYS.  SO IT'S ESSENTIALLY THE INITIAL

01:11PM  12      REAGENT THAT YOU NEED IN ORDER TO DEVELOP THAT TYPE OF ASSAY.

01:11PM  13      Q.   OKAY.  SO IT SOUNDS LIKE THERE WERE QUITE A FEW STEPS IN

01:11PM  14      THE PROCESS TO DEVELOP AN ASSAY?

01:11PM  15      A.   YES.

01:11PM  16      Q.   AND DIFFERENT PARTS OF THE COMPANY HAVE TO WORK TOGETHER

01:11PM  17      TO ACCOMPLISH THAT?

01:11PM  18      A.   THAT IS CORRECT.

01:11PM  19      Q.   OKAY.  WE'LL COME BACK TO THAT.

01:11PM  20           SO BELOW DR. SAKSENA AFTER HIS SIGNATURE DO YOU SEE

01:11PM  21      THERE'S A SIGNATURE OF DR. DANIEL YOUNG?

01:12PM  22      A.   YES.

01:12PM  23      Q.   AND I JUST WANT TO TALK ABOUT DR. YOUNG FOR A MINUTE.

01:12PM  24           IT ALSO HAS A PH.D. NEXT TO HIS NAME.

01:12PM  25           DO YOU RECOGNIZE WHAT DR. YOUNG'S BACKGROUND WAS?

ER-766

01:12PM  1    A.   HE KNEW HE HAD A PH.D. FROM M.I.T., BUT I WASN'T -- I

01:12PM  2    CAN'T BE POSITIVE OF WHAT IT IS.  I THINK IT WAS IN BIOMEDICAL

01:12PM  3    ENGINEERING.

01:12PM  4    Q.   OKAY.  AND DID YOU UNDERSTAND THAT DR. YOUNG -- AND JUST

01:12PM  5    TO -- I'M NOT SURE.  HE HAD A PH.D. FROM THE MASSACHUSETTS

01:12PM  6    INSTITUTE OF TECHNOLOGY?

01:12PM  7    A.   YES.

01:12PM  8    Q.   AND M.I.T.?

01:12PM  9    A.   YES.

01:12PM  10   Q.   IN BOSTON?

01:12PM  11   A.   YES.

01:12PM  12   Q.   AND DID YOU -- YOU UNDERSTOOD THAT HE HAD A PARTICULAR

01:12PM  13   EXPERTISE IN THE FIELD OF BIO STATISTICS?

01:12PM  14   A.   NO.  I CAN'T RECALL.

01:12PM  15   Q.   AND DO YOU RECALL HIS TITLE WAS SENIOR DIRECTOR,

01:12PM  16   COMPUTATIONAL BIOSCIENCES?

01:12PM  17   A.   NO, I DON'T REMEMBER THAT.

01:12PM  18   Q.   OKAY.  CAN YOU TAKE A LOOK AT EXHIBIT 10229, WHICH IS IN

01:13PM  19   YOUR SECOND BINDER.  ACTUALLY, IT'S IN YOUR FIRST BINDER.

01:13PM  20       AND DO YOU SEE -- DO YOU RECOGNIZE THAT AS THE RESUME OF

01:13PM  21   DR. YOUNG?

01:13PM  22   A.   YES.

01:13PM  23   Q.   AND YOU UNDERSTOOD THE COMPANY MAINTAINED THESE RESUMES ON

01:13PM  24   FILE WHEN PEOPLE WORKED WITH THE COMPANY?

01:13PM  25   A.   I DIDN'T KNOW THAT.

01:13PM 1    Q.   YOU DIDN'T KNOW THAT?  OKAY.

01:13PM 2         DO YOU SEE DR. YOUNG'S QUALIFICATIONS LISTED IN THE

01:13PM 3    RESUME?

01:13PM 4    A.   YES.

01:13PM 5    Q.   AND DO YOU SEE AT THE TOP IT SAYS THAT HE HAD A PH.D. FROM

01:13PM 6    M.I.T.?

01:13PM 7    A.   YES.

01:13PM 8    Q.   AND THEN IF YOU LOOK AT HE HAS A PRIOR PROFESSIONAL

01:13PM 9    BACKGROUND?

01:13PM 10        MR. BOSTIC:  OBJECTION.  YOUR HONOR, I WOULD ASK

01:13PM 11   THAT THE EXHIBIT BE ADMITTED BEFORE WE READ ITS CONTENTS.

01:14PM 12        MR. COOPERSMITH:  OKAY.  I CAN OFFER THE EXHIBIT.

01:14PM 13   IT'S EXHIBIT 10229.

01:14PM 14        MR. BOSTIC:  YOUR HONOR, OBJECTION.  AUTHENTICATION,

01:14PM 15   FOUNDATION, AND HEARSAY.

01:14PM 16        THE COURT:  SUSTAINED WITHOUT MORE.

01:14PM 17        MR. COOPERSMITH:  OKAY.  WE'LL MOVE ON, YOUR HONOR.

01:14PM 18   I'LL USE THIS WITH ANOTHER WITNESS.

01:14PM 19        THE COURT:  OKAY.

01:14PM 20   BY MR. COOPERSMITH:

01:14PM 21   Q.   LET'S CONTINUE WITH EXHIBIT 9925.  THIS IS THE STANDARD

01:14PM 22   OPERATING PROCEDURE FOR VITAMIN D TESTING.

01:14PM 23        OKAY.  AND IF YOU CAN TURN TO -- THERE ARE PAGE NUMBERS IN

01:14PM 24   A LITTLE BOX, NOT AT THE VERY BOTTOM, BUT I'M LOOKING AT PAGE 6

01:14PM 25   OF 21.

01:14PM  1          CAN YOU FIND THAT?

01:14PM  2     A.   YES.

01:15PM  3     Q.   OKAY.  AND DO YOU SEE THERE'S A PARAGRAPH 8 THAT IS TITLED

01:15PM  4     THERANOS SYSTEM?

01:15PM  5     A.   YES.

01:15PM  6     Q.   OKAY.  AND IT READS, "THE THERANOS DEVICES AND SYSTEMS

01:15PM  7     CONSIST OF READER AND MULTIPLE SINGLE-USE CARTRIDGES THAT

01:15PM  8     CONTAIN ALL OF THE REQUIRED REAGENTS FOR PERFORMING THE ASSAY

01:15PM  9     ON THAT CARTRIDGE.  THE SYSTEM CAN BE OPERATED WITH MINIMAL

01:15PM  10    TRAINING AND PERFORMS MULTIPLE TESTS ON A VARIETY OF SAMPLE

01:15PM  11    TYPES, SUCH AS WHOLE BLOOD, SERUM, PLASMA, URINE, FECES, OR

01:15PM  12    RESPIRATORY SAMPLES.  THE SYSTEM ENABLES RESULTS IN UNDER AN

01:15PM  13    HOUR WITH PRECISION AND ACCURACY EQUIVALENT TO TRADITIONAL

01:15PM  14    CLINICAL LABORATORY ANALYZERS.  THE DEVICE CONSISTS OF A TOUCH

01:15PM  15    DISPLAY FOR USER INTERFACE, PROCESSOR AND COMMUNICATION

01:15PM  16    SYSTEMS, AND SAMPLE PROCESSING MODULES."

01:15PM  17         DO YOU SEE THAT?

01:15PM  18    A.   YES.

01:15PM  19    Q.   AND THIS WAS IN A DOCUMENT THAT DR. ROSENDORFF, DR. YOUNG,

01:15PM  20    AND DR. SAKSENA ALL SIGNED?

01:16PM  21    A.   YES.

01:16PM  22    Q.   IF YOU GO TO THE NEXT PAGE, WHICH IS PAGE 7 OF 21, DO YOU

01:16PM  23    SEE THERE'S A SECTION 8.1.2 "QUALITY TESTED DAILY IN ACCORDANCE

01:16PM  24    TO (EDISON 3.5 DAILY QC DOC.)"

01:16PM  25         DO YOU SEE THAT?

01:16PM   1    A.   YES.

01:16PM   2    Q.   AND IS THAT THE DAILY QC TESTING WE WERE TALKING ABOUT

01:16PM   3    EARLIER?

01:16PM   4    A.   YES, BEFORE YOU RUN A PATIENT SAMPLE.

01:16PM   5    Q.   OKAY.  AND THEN THE NEXT SECTION IS 8.2 AND THAT READS,

01:16PM   6    "EDISON 3.5 CARTRIDGE."

01:16PM   7         AND THEN THAT SAYS, "EDISON CARTRIDGES ARE VALIDATED AND

01:16PM   8    QUALITY TESTED IN ACCORDANCE TO SOP-00089, CARTRIDGE 060

01:16PM   9    ACCEPTANCE CRITERIA."

01:16PM  10         DO YOU SEE THAT?

01:17PM  11    A.   YES.

01:17PM  12    Q.   AND SO THERE WAS A SEPARATE QUALITY TESTING PROGRAM FOR

01:17PM  13    THE CARTRIDGES THEMSELVES?

01:17PM  14    A.   YES.

01:17PM  15    Q.   AND THAT'S SEPARATE FROM THE QUALITY TESTING PROGRAM FOR

01:17PM  16    THE DAILY QUALITY TESTING ON THE EDISON DEVICE?

01:17PM  17    A.   YES.

01:17PM  18    Q.   OKAY.  AND JUST SO WE'RE ALL ON THE SAME PAGE, THE

01:17PM  19    CARTRIDGE, THAT WAS THE THING THAT YOU PUT THE BLOOD SAMPLE

01:17PM  20    INTO AT THERANOS?

01:17PM  21    A.   THAT IS CORRECT.

01:17PM  22    Q.   AND THE CARTRIDGE ALSO CONTAINED WHAT ARE CALLED REAGENTS

01:17PM  23    AND THINGS LIKE THAT TO INTERACT WITH THE BLOOD SAMPLE TO

01:17PM  24    EVENTUALLY CONDUCT THE TEST; RIGHT?

01:17PM  25    A.   THAT IS CORRECT.

01:17PM  1    Q.   OKAY.  AND THAT CARTRIDGE, WHEN WE SAY REAGENTS, WE'RE

01:17PM  2    TALKING ABOUT PARTICULAR CHEMICALS THAT ARE DESIGNED TO CREATE,

01:17PM  3    YOU KNOW, CERTAIN RESULTS FOR -- IN BLOOD TESTING; RIGHT?

01:17PM  4    A.   THAT IS CORRECT.

01:17PM  5    Q.   SO REAGENTS IS ANOTHER WORD FOR CHEMICALS?

01:18PM  6    A.   YES.

01:18PM  7    Q.   OKAY.  AND THEY HAVE TO BE DIFFERENT FOR EACH TEST THAT IS

01:18PM  8    BEING RUN; RIGHT?

01:18PM  9    A.   THAT IS CORRECT.

01:18PM  10   Q.   AND SO A CARTRIDGE WOULD RESPOND TO A PARTICULAR BLOOD

01:18PM  11   TEST OR TEST THAT THERANOS WANTED TO RUN ON THESE EDISON 3.5

01:18PM  12   DEVICES?

01:18PM  13   A.   YES.

01:18PM  14   Q.   OKAY.  AND DO YOU UNDERSTAND THAT INSIDE OF THE EDISON --

01:18PM  15   DID YOU EVER LOOK INSIDE OF AN EDISON?

01:18PM  16   A.   YEAH, WE HAD AN OPEN EDISON THAT DIDN'T HAVE A SHELL.

01:18PM  17   Q.   IN ORDER TO TEACH THE STAFF WHAT THE THING WAS ABOUT;

01:18PM  18   RIGHT?

01:18PM  19   A.   YES.

01:18PM  20   Q.   AND SO AS AN EMPLOYEE OF THE COMPANY YOU COULD SEE THAT;

01:18PM  21   RIGHT?

01:18PM  22   A.   YES.

01:18PM  23   Q.   AND INSIDE DO YOU RECALL THAT IT HAD ROBOTIC ARMS THAT

01:18PM  24   WOULD MOVE AND BASICALLY TAKE THE CHEMICAL AND HAVE IT MIX WITH

01:18PM  25   THE BLOOD AS NECESSARY TO CONDUCT THE APPROPRIATE TEST THAT WAS

01:18PM   1    BEING RUN; IS THAT RIGHT?

01:18PM   2    A.   THAT IS RIGHT.

01:18PM   3    Q.   AND THAT'S VERY SIMILAR TO WHAT WOULD HAPPEN, LIKE, SAY ON

01:18PM   4    A LAB BENCH?

01:18PM   5    A.   YOU MEAN LIKE HAVING A MANUAL PERSON DO THAT?

01:18PM   6    Q.   RIGHT.

01:18PM   7    A.   IT'S SIMILAR.

01:19PM   8    Q.   RIGHT.  BUT THIS TIME IT'S A ROBOTIC ARM DOING IT IN A

01:19PM   9    PROGRAMMED WAY AS OPPOSED TO A HUMAN BEING DOING IT?

01:19PM  10    A.   YES.

01:19PM  11    Q.   IF YOU GO TO THE NEXT PAGE.

01:19PM  12         IS THAT ACTUALLY A DIAGRAM OF A CARTRIDGE?

01:19PM  13    A.   THIS IS A DIAGRAM OF A CARTRIDGE.

01:19PM  14    Q.   SO THAT'S THE LAYOUT OF THE CARTRIDGE?

01:19PM  15    A.   YES.

01:19PM  16    Q.   OKAY.  AND THEN WHERE WOULD THE BLOOD SAMPLE BE LOCATED?

01:19PM  17    A.   THE BLOOD SAMPLE WOULD BE AT LEAST AT THE BEGINNING OF THE

01:19PM  18    ASSAY WOULD BE IN THE BT SECTION.

01:19PM  19    Q.   OKAY.  WHERE IT SAYS BT?

01:19PM  20    A.   YEAH.

01:19PM  21    Q.   AND IF WE CAN ZOOM IN ON THAT.

01:19PM  22         THE COURT:  I THINK YOU CAN TOUCH THE SCREEN, AND IT

01:19PM  23    WILL MARK FOR YOU, MS. CHEUNG.

01:19PM  24         THE WITNESS:  I'M SORRY?

01:19PM  25         THE COURT:  IF YOU TOUCH THE SCREEN.

01:19PM   1                    THE WITNESS:  OH, IT WILL MARK IT?

01:19PM   2                    THE COURT:  YES.

01:19PM   3                    MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

01:20PM   4        Q.   SO YOU INDICATED IT'S WHERE IT SAYS BT?

01:20PM   5        A.   YES.

01:20PM   6        Q.   AND THEN OTHER CIRCLES ON THIS PARTICULAR DIAGRAM WOULD BE

01:20PM   7        THE VARIOUS REAGENTS THAT WE DISCUSSED?

01:20PM   8        A.   THAT IS CORRECT.

01:20PM   9        Q.   OKAY.  AND YOU UNDERSTAND THERANOS INVENTED THIS

01:20PM  10        TECHNOLOGY?

01:20PM  11        A.   THE CARTRIDGES?

01:20PM  12        Q.   RIGHT.

01:20PM  13        A.   YES.

01:20PM  14        Q.   AND THE WAY THAT THEY INTERACTED WITH THE EDISON MACHINE,

01:20PM  15        THAT'S ALL WHAT THERANOS -- PART OF WHAT THERANOS INVENTED;

01:20PM  16        RIGHT?

01:20PM  17        A.   YES.

01:20PM  18        Q.   AND DO YOU UNDERSTAND THAT IN ORDER TO RUN ONE OF THESE

01:20PM  19        CARTRIDGES IN THE EDISON READER, THERE ALSO HAS TO BE SOFTWARE

01:20PM  20        THAT GOVERNS HOW THE MACHINE OPERATES; RIGHT?

01:20PM  21        A.   THAT IS CORRECT.

01:20PM  22        Q.   OKAY.  IF YOU GO TO PAGE 10 OF 21 OF THE SAME EXHIBIT.

01:21PM  23             IF YOU SEE THERE'S A SECTION 12 CALLED QUALITY CONTROL

01:21PM  24        TESTING.

01:21PM  25             DO YOU SEE THAT?

01:21PM   1    A.   I SEE THAT.

01:21PM   2    Q.   AND 12.1 SAYS, "QUALITY CONTROL TESTING SHOULD BE

01:21PM   3    PERFORMED DAILY AND BEFORE TESTING ANY PATIENT SAMPLES

01:21PM   4    ACCORDING TO," AND IT REFERENCES ANOTHER SOP.

01:21PM   5         DO YOU SEE THAT?

01:21PM   6    A.   YES.

01:21PM   7    Q.   AND IT SOUNDS LIKE THERE'S A LOT OF SOP'S THAT YOU HAVE TO

01:21PM   8    FOLLOW WHEN YOU'RE IN THE CLIA LAB?

01:21PM   9    A.   YES.

01:21PM  10    Q.   AND THEN WHEN YOU GO TO THE NEXT ONE, 12.1.1, THE NEXT

01:21PM  11    SECTION, THIS SAYS, "TEST WITH BIORAD IMMUNOASSAY QC MATERIAL

01:21PM  12    LEVELS 1 AND 2 BY FOLLOWING PROCEDURES OUTLINED IN SECTION 13."

01:21PM  13              THE COURT:  I THINK WE JUST LOST OUR SCREEN.

01:21PM  14              THE WITNESS:  YEAH.  OH, THERE IT IS.

01:21PM  15              MR. COOPERSMITH:  GREAT.

01:21PM  16    Q.   IS IT UP ON YOUR SCREEN?

01:21PM  17    A.   IT IS.

01:21PM  18    Q.   THANKS.  AND DO YOU SEE THAT SECTION THAT IS THE SECOND

01:21PM  19    PART WE HIGHLIGHTED 12.1.1?

01:21PM  20    A.   YES.

01:22PM  21    Q.   AND THE BIORAD IMMUNOASSAY QC MATERIAL, I JUST WANT TO ASK

01:22PM  22    YOU ABOUT THAT.

01:22PM  23    A.   OKAY.

01:22PM  24    Q.   YOU UNDERSTAND THAT THAT'S NOT ACTUALLY REAL BLOOD; RIGHT?

01:22PM  25    A.   IT DEPENDS ON WHICH ONE YOU BUY, AND IT DEPENDS ON WHAT

01:22PM   1    TYPE OF TEST YOU CONDUCT.

01:22PM   2         SOME OF THEM HAVE SERA AS THE MATRIX IN WHICH THE CONTROL

01:22PM   3    IS MADE, BUT FOR OTHERS IT MIGHT BE SOMETHING ELSE.

01:22PM   4    Q.   SO IT MIGHT BE SOMETHING SYNTHETIC?  IT'S NOT ACTUALLY

01:22PM   5    HUMAN BLOOD?

01:22PM   6    A.   THAT IS CORRECT.

01:22PM   7    Q.   AND THE SAME WITH PROFICIENCY TESTING MATERIAL, THAT MIGHT

01:22PM   8    COME FROM THE NEW YORK LABORATORY THAT YOU DESCRIBED BEFORE?

01:22PM   9    A.   I CAN'T BE CERTAIN.

01:22PM  10    Q.   YOU DON'T KNOW ONE WAY OR THE OTHER?

01:22PM  11    A.   IF IT'S REAL BLOOD --

01:22PM  12    Q.   RIGHT.

01:22PM  13    A.   -- OR IF IT'S SYNTHETIC, I DON'T KNOW FOR ALL OF THE

01:22PM  14    SAMPLES.  I DON'T RECALL.

01:22PM  15    Q.   OKAY.  BUT YOU KNOW AT LEAST SOMETIMES THE QC MATERIAL IS

01:22PM  16    NOT REAL BLOOD, IT'S SOME KIND OF SYNTHETIC MATERIAL?

01:22PM  17    A.   RIGHT.

01:22PM  18    Q.   AND SO BY DEFINITION IF YOU'RE RUNNING A QC TEST, YOU'RE

01:22PM  19    NOT -- NO PATIENT IS GETTING THAT RESULT; RIGHT?

01:23PM  20    A.   THAT IS CORRECT.

01:23PM  21    Q.   OKAY.

01:23PM  22         YOUR HONOR, BEFORE I GO TO ANOTHER TOPIC, WOULD THIS BE A

01:23PM  23    GOOD TIME FOR OUR AFTERNOON BREAK?

01:23PM  24              THE COURT:  SURE.  WE CAN DO THAT.

01:23PM  25         LADIES AND GENTLEMEN, LET'S TAKE OUR 30 MINUTE BREAK FOR

01:23PM 1    THE AFTERNOON.

01:24PM 2            (RECESS FROM 1:24 P.M. UNTIL 1:59 P.M.)

01:59PM 3            THE COURT:  PLEASE BE SEATED.  THANK YOU.  WE'RE

01:59PM 4    BACK ON THE RECORD.

01:59PM 5        OUR JURORS AND ALTERNATES ARE PRESENT.

01:59PM 6        MS. CHEUNG IS ON THE STAND.

01:59PM 7        ALL COUNSEL AND THE DEFENDANT IS PRESENT.

01:59PM 8        MR. COOPERSMITH.

01:59PM 9            MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

01:59PM 10       OVER THE BREAK I WAS ABLE TO GET COPIES OF THAT EXHIBIT

01:59PM 11   THAT WE DIDN'T HAVE BEFORE, SO MAY I HAND THOSE UP TO THE COURT

01:59PM 12   AND TO THE WITNESS?

01:59PM 13           THE COURT:  YES.

01:59PM 14           MR. COOPERSMITH:  THANK YOU.

01:59PM 15       (HANDING.)

02:00PM 16   BY MR. COOPERSMITH:

02:00PM 17   Q.  MS. CHEUNG, WELCOME BACK AFTER THE BREAK.

02:00PM 18       DO YOU HAVE IN FRONT OF YOU EXHIBIT 7603DD?

02:00PM 19   A.  YES.

02:00PM 20   Q.  AND THAT WAS THE ONE YOU DIDN'T HAVE BEFORE?

02:00PM 21   A.  YES.

02:00PM 22   Q.  OKAY.  THANK.

02:00PM 23       SO DO YOU RECOGNIZE THAT AS THE REGULATION THAT GOVERNS

02:00PM 24   THE NEED AND THE DUTY FOR HAVING A LAB DIRECTOR AT A CRITICAL

02:00PM 25   LAB?

02:00PM  1    A.   WHICH NUMBER?

02:00PM  2    Q.   LET'S JUST START WITH 493.1441.

02:00PM  3         AND IF YOU GO TO 493.1443, LABORATORY QUALIFICATIONS.

02:00PM  4         DO YOU SEE THAT?

02:00PM  5    A.   YES.

02:00PM  6    Q.   AND IF YOU GO TO THE NEXT REGULATION IT'S 493.1445.

02:00PM  7         DO YOU SEE THAT?

02:00PM  8    A.   YES.

02:00PM  9    Q.   AND DO YOU RECOGNIZE THOSE REGULATIONS GOVERNING THE JOB

02:01PM  10   OF LABORATORY DIRECTOR AT A CLINICAL LAB?

02:01PM  11   A.   YES.

02:01PM  12        MR. COOPERSMITH:  YOUR HONOR, WE OFFER 7603DD.

02:01PM  13        MR. BOSTIC:  YOUR HONOR, 401 AND 403.

02:01PM  14        THE COURT:  YOU KNOW, COUNSEL, I'M NOT CERTAIN THIS

02:01PM  15   SHOULD COME IN.  I'M GOING TO SUSTAIN THE OBJECTION.

02:01PM  16        WE CAN TALK ABOUT IT LATER IF YOU WANT TO CONTINUE.

02:01PM  17        MR. COOPERSMITH:  OKAY.  WE'LL PRESERVE THAT,

02:01PM  18   YOUR HONOR.  THANK YOU.

02:01PM  19   Q.   MS. CHEUNG, DO YOU UNDERSTAND THAT A LABORATORY DIRECTOR

02:01PM  20   HAS TO BE SOMEONE WITH CERTAIN QUALIFICATIONS?

02:01PM  21   A.   YES.

02:01PM  22   Q.   AND, FOR EXAMPLE, ONE OF THE QUALIFICATIONS MIGHT BE THAT

02:01PM  23   YOU NEED TO BE A MEDICAL DOCTOR?

02:01PM  24   A.   YES.

02:01PM  25   Q.   OR A PH.D. WITH CERTAIN OTHER EXPERIENCE?

CHEUNG CROSS BY MR. COOPERSMITH                                    1325

02:01PM   1    A.   YES.

02:01PM   2    Q.   LET'S GO BACK TO STANDARD OPERATING PROCEDURES.  AND I

02:02PM   3    WANT TO SHOW YOU ANOTHER ONE.  IF YOU COULD TURN IN YOUR BINDER

02:02PM   4    TO EXHIBIT 9909.

02:02PM   5    A.   I HAVE THAT.

02:02PM   6    Q.   DO YOU RECOGNIZE THAT EXHIBIT?

02:02PM   7    A.   NO, I'VE NEVER SEEN THIS.

02:02PM   8    Q.   YOU'VE NEVER SEEN THIS BEFORE?

02:02PM   9    A.   NO.

02:02PM  10    Q.   OKAY.  DID YOU HAVE AN UNDERSTANDING WHEN YOU WERE WORKING

02:02PM  11    AT THERANOS, AND IN PARTICULAR IN THE CLIA LAB, THAT THERE WAS

02:02PM  12    A PROCEDURE FOR CORRECTIVE AND PREVENTATIVE ACTIONS?

02:02PM  13    A.   NOT SPECIFICALLY, NO.

02:02PM  14    Q.   OKAY.  THERE'S ANOTHER BINDER I THINK YOU HAVE, AND IF

02:02PM  15    NOT, I'LL GIVE IT TO YOU, BUT IT'S A DOCKET -- A BINDER OF SOME

02:03PM  16    PRIOR TESTIMONY.

02:03PM  17    A.   UH-HUH.

02:03PM  18    Q.   AND YOU'VE TESTIFIED BEFORE IN OTHER PROCEEDINGS ABOUT

02:03PM  19    THERANOS AND YOUR EXPERIENCES; IS THAT RIGHT?

02:03PM  20    A.   YES.

02:03PM  21    Q.   AND DO YOU HAVE THAT BINDER WITH YOUR PRIOR TESTIMONY?

02:03PM  22    A.   IS IT IN VOLUME 1 OR VOLUME 2?

02:03PM  23    Q.   NO.  IT MIGHT BE THAT YOU DON'T HAVE THAT YET.

02:03PM  24         VOLUME 2.  OKAY.  IT'S IN VOLUME 2.

02:03PM  25    A.   OKAY.

02:03PM   1    Q.   OKAY.  AND CAN YOU TAKE A LOOK AT -- IN THAT BINDER IT

02:03PM   2    SHOULD BE NUMBERED EXHIBIT 28396.

02:03PM   3         WERE YOU ABLE TO FIND THAT?

02:03PM   4    A.   NOT YET.  GIVE ME ONE SECOND.

02:04PM   5         YES.

02:04PM   6    Q.   AND IF YOU WOULD LOOK AT PAGE 1092.

02:04PM   7    A.   IS THAT THE TOP RIGHT PAGE NUMBER OF THE TRANSCRIPT?

02:04PM   8    Q.   YES, THE TOP RIGHT PAGE NUMBER, AND WE'RE TRYING TO FIND

02:04PM   9    1092.

02:04PM   10   A.   OKAY.

02:04PM   11   Q.   OKAY.  AND THIS IS PRIOR TESTIMONY THAT YOU GAVE IN

02:04PM   12   ANOTHER PROCEEDING?

02:04PM   13   A.   YES.

02:04PM   14   Q.   A TRANSCRIPT OF IT AT LEAST?

02:04PM   15   A.   YES.

02:04PM   16   Q.   AND IS IT CORRECT THAT YOU RECOGNIZE THIS DOCUMENT THAT I

02:04PM   17   JUST SHOWED YOU, EXHIBIT 9909, AS A DOCUMENT THAT IS KEPT AS A

02:04PM   18   MATTER OF RECORD IN THE CLIA LAB.  AND IF YOU COULD REFER BACK

02:04PM   19   TO 9909, THAT MIGHT HELP YOU.

02:05PM   20   A.   YES.

02:05PM   21   Q.   OKAY.  SO IT IS ONE -- JUST TO STICK WITH 9909.  THIS IS A

02:05PM   22   DOCUMENT THAT YOU RECOGNIZE AS BEING IN THE FORMAT AND

02:05PM   23   ARRANGEMENT OF A STANDARD OPERATING PROCEDURE AND IN THIS CASE

02:05PM   24   A QUALITY OPERATING PROCEDURE FOR THE THERANOS LAB?

02:05PM   25   A.   YES.

02:05PM  1          MR. COOPERSMITH:  YOUR HONOR, WE OFFER EXHIBIT 9909.

02:05PM  2          MR. BOSTIC:  AUTHENTICATION, YOUR HONOR.

02:05PM  3          THE COURT:  I THOUGHT SHE HAD SAID SHE NEVER HAD

02:05PM  4   SEEN THIS BEFORE.

02:05PM  5          MR. COOPERSMITH:  THAT'S TRUE, YOUR HONOR, BUT SHE'S

02:05PM  6   ALSO ABLE TO RECOGNIZE IT AS A THERANOS PROCEDURAL DOCUMENT.

02:05PM  7          THE COURT:  CAN YOU LAY A LITTLE MORE FOUNDATION.

02:05PM  8          MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU.

02:06PM  9   Q.  SO, MS. CHEUNG, WE TALKED BEFORE ABOUT THERE BEING

02:06PM 10   STANDARD OPERATING PROCEDURES IN THE LAB?

02:06PM 11   A.  CORRECT.

02:06PM 12   Q.  AND DO YOU RECOGNIZE THIS AS IN THAT SAME FORMAT AS WE

02:06PM 13   HAVE SEEN IN OTHER SITUATIONS WITH SOP'S?

02:06PM 14   A.  THIS ISN'T IN THE SAME FORMAT.

02:06PM 15   Q.  OKAY.

02:06PM 16   A.  I'VE NEVER SEEN THIS SPECIFIC SOP.

02:06PM 17   Q.  YOU'VE NEVER SEEN THIS PARTICULAR DOCUMENT; RIGHT?

02:06PM 18   A.  HUH-UH.

02:06PM 19   Q.  AND -- BUT YOU SEE AT THE TOP IT HAS THERANOS, LIKE THE

02:06PM 20   COMPANY LOGO AND THE COMPANY NAME?

02:06PM 21   A.  YES.

02:06PM 22   Q.  OKAY.  AND THEN IT HAS A TITLE OF THE DOCUMENT; IS THAT

02:06PM 23   RIGHT?

02:06PM 24   A.  YES.

02:06PM 25   Q.  AND WE'VE SEEN THAT IN OTHER FORMATS AS WELL; CORRECT?

02:06PM   1    A.   YES.

02:06PM   2    Q.   AND IT HAS THE PLACE OF THE SIGNATURES OF VARIOUS PEOPLE?

02:06PM   3    A.   YES.

02:06PM   4    Q.   AND RIGHT ON THE FIRST PAGE?

02:06PM   5    A.   I BELIEVE SO.

02:06PM   6    Q.   AND DO YOU SEE THAT THERE ARE, IN FACT, SOME SIGNATURES

02:06PM   7    THERE; RIGHT?

02:06PM   8    A.   I THINK THERE'S ONE.

02:06PM   9    Q.   OKAY.  ONE PERSON'S SIGNATURE?

02:06PM  10    A.   YEAH.

02:06PM  11    Q.   AND DO YOU REMEMBER EVER HEARING ABOUT SOMEONE NAMED

02:07PM  12    DR. ARNOLD GELB?

02:07PM  13    A.   NOT REALLY.  I KNEW THAT HE WAS MAYBE THE FORMER LAB

02:07PM  14    DIRECTOR, BUT I DIDN'T KNOW HIM.

02:07PM  15    Q.   YOU DIDN'T KNOW HIM, BUT YOU KNEW THAT HE -- YOU HEARD OF

02:07PM  16    THE NAME AND YOU KNEW THE PERSON AS A FORMER LABORATORY

02:07PM  17    DIRECTOR OF THERANOS?

02:07PM  18    A.   VAGUELY.

02:07PM  19    Q.   AND AS A FORMER LABORATORY DIRECTOR OF THERANOS, WHEN HE

02:07PM  20    WAS DOING THAT JOB BEFORE YOU GOT THERE, WOULD YOU AGREE WITH

02:07PM  21    ME THAT IT WOULD HAVE BEEN THE JOB OF SOMEONE LIKE THAT TO SIGN

02:07PM  22    STANDARD OPERATING PROCEDURES AND THINGS LIKE THAT?

02:07PM  23    A.   I BELIEVE SO.

02:07PM  24    Q.   OKAY.  AND THEN IF YOU GO TO THE SECOND PAGE OF THE

02:07PM  25    EXHIBIT, YOU'RE LOOKING AT 9909, YOU SEE THERE'S A TABLE OF

02:07PM   1      CONTENTS?

02:07PM   2      A.   ARE WE BACK ON THE SOP?

02:07PM   3      Q.   NO -- YES.   THANK YOU.

02:07PM   4           IT'S EXHIBIT 9909.

02:08PM   5      A.   CAN YOU REPEAT THE QUESTION.

02:08PM   6      Q.   YES.   DO YOU SEE ON PAGE 2 OF 8 OF EXHIBIT 9909?

02:08PM   7      A.   YES.

02:08PM   8      Q.   AND THERE'S A TABLE OF CONTENTS THERE?

02:08PM   9      A.   YES.

02:08PM  10      Q.   AND YOU'VE SEEN THAT SAME FORMAT WITH ANOTHER SOP THAT

02:08PM  11      WE'VE LOOKED AT TODAY; IS THAT RIGHT?

02:08PM  12      A.   YES.

02:08PM  13              MR. COOPERSMITH:   YOUR HONOR, I OFFER EXHIBIT 9909,

02:08PM  14      AND I WOULD ALSO REFER THE COURT TO PAGE 1093 OF EXHIBIT 28396

02:08PM  15      AT LINES 4 AND 5.

02:08PM  16         (PAUSE IN PROCEEDINGS.)

02:09PM  17              THE COURT:   28396 DID YOU SAY?

02:09PM  18              MR. COOPERSMITH:   YES, YOUR HONOR.

02:09PM  19              THE COURT:   IS THAT 28396A?   OR 28396?

02:09PM  20              MR. COOPERSMITH:   28396 IS WHAT I HAVE, YOUR HONOR.

02:09PM  21         AND THEN IN PARTICULAR PAGE 1093, LINES 4 AND 5.

02:09PM  22              THE COURT:   MR. BOSTIC.

02:09PM  23              MR. BOSTIC:   YOUR HONOR, SAME OBJECTION.

02:09PM  24      AUTHENTICITY AND FOUNDATION.

02:09PM  25              AND I DON'T THINK 28396 HAS ANY BEARING -- EXCUSE ME -- ON

02:09PM  1    THE ADMISSIBILITY IN THIS PROCEEDING.

02:10PM  2              THE COURT:  I DON'T SEE THE NEXUS BETWEEN THE PAGES

02:10PM  3    THAT YOU'VE CITED, 3 AND 4 TO THIS.

02:10PM  4              MR. COOPERSMITH:  ONLY THAT IT'S REFERRING TO THE

02:10PM  5    SAME EXHIBIT, YOUR HONOR.

02:10PM  6              THE COURT:  IS IT?

02:10PM  7              MR. COOPERSMITH:  YES, YOUR HONOR, EXHIBIT 9909, AND

02:10PM  8    YOU CAN SEE THAT LINE 1 OF PAGE --

02:10PM  9              THE COURT:  YES, I SEE THE DOCUMENT.

02:10PM 10              MR. COOPERSMITH:  RIGHT.

02:10PM 11              THE COURT:  HOW DO WE KNOW WHAT DOCUMENT THIS IS

02:10PM 12    REFERENCING?

02:10PM 13              MR. COOPERSMITH:  IT'S THE SAME EXHIBIT NUMBER,

02:10PM 14    YOUR HONOR, EXHIBIT 9909.

02:10PM 15              THE COURT:  IT DOESN'T TELL US THAT.

02:10PM 16              MR. COOPERSMITH:  OH, I'M SORRY, YOUR HONOR.  IF YOU

02:10PM 17    LOOK AT -- AGAIN, I'M ON EXHIBIT 28396, WHICH IS THE

02:11PM 18    TRANSCRIPT.

02:11PM 19              THE COURT:  RIGHT.

02:11PM 20              MR. COOPERSMITH:  AND THEN ON PAGE 1093 AT THE VERY

02:11PM 21    TOP.

02:11PM 22              THE COURT:  93?

02:11PM 23              MR. COOPERSMITH:  PAGE 1093.

02:11PM 24              THE COURT:  OKAY.

02:11PM 25              MR. COOPERSMITH:  AND THEN AT THE VERY TOP OF LINE 1

02:11PM   1    ON THAT PAGE.

02:11PM   2              THE COURT:  YES.

02:11PM   3              MR. COOPERSMITH:  THERE'S A REFERENCE TO THAT SAME

02:11PM   4    EXHIBIT, AND THEN I REFER THE COURT TO LINES I GUESS IT'S 4 AND

02:11PM   5    5.

02:11PM   6        AND I JUST WOULD SUBMIT THAT TO THE COURT AS AN EXTRA

02:11PM   7    REASON WHY THIS DOCUMENT SHOULD BE ADMITTED.

02:11PM   8              THE COURT:  YOU KNOW, I WAS LOOKING AT THE FRONT END

02:11PM   9    WHERE THE EXHIBIT WAS IDENTIFIED.

02:11PM  10              MR. COOPERSMITH:  AND THAT WOULD BE --

02:11PM  11              THE COURT:  I'M CERTAIN IT IS.

02:12PM  12              MR. COOPERSMITH:  YOUR HONOR, I THINK THAT REFERENCE

02:12PM  13    YOU'RE LOOKING FOR IS ON PAGE 1091 OF THE TRANSCRIPT AT LINE 19

02:12PM  14    AND 20.

02:12PM  15              THE COURT:  19, YES.

02:12PM  16        (PAUSE IN PROCEEDINGS.)

02:12PM  17              THE COURT:  ALL RIGHT.  THANK YOU.

02:12PM  18        ALL RIGHT.  I'LL ADMIT THIS EXHIBIT.  IT'S 9909.  IS THAT

02:12PM  19    WHAT YOU'RE SEEKING TO ADMIT?

02:12PM  20              MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU.

02:12PM  21              THE COURT:  ALL RIGHT.  THAT'S ADMITTED.

02:12PM  22        (DEFENDANT'S EXHIBIT 9909 WAS RECEIVED IN EVIDENCE.)

02:12PM  23              THE COURT:  AND IT MAY BE PUBLISHED.

02:12PM  24              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

02:13PM  25    BY MR. COOPERSMITH:

CHEUNG CROSS BY MR. COOPERSMITH                                    1332

02:13PM   1    Q.   OKAY.  WE SEE AT THE TOP, MS. CHEUNG, IT'S A QUALITY

02:13PM   2    OPERATING PROCEDURE.

02:13PM   3         DO YOU SEE THAT?

02:13PM   4    A.   YES.

02:13PM   5    Q.   AND BELOW THAT IT'S -- I'VE GOT A TITLE CORRECTIVE AND

02:13PM   6    PREVENTATIVE ACTION?

02:13PM   7    A.   YES.

02:13PM   8    Q.   OKAY.  AND THEN I THINK YOU SAID BEFORE THAT THERE'S ONLY

02:13PM   9    ONE SIGNATURE, BUT IN SEVERAL PLACES; IS THAT RIGHT?

02:13PM  10    A.   YES.

02:13PM  11    Q.   AND THAT'S DR. ARNOLD GELB?

02:13PM  12    A.   YES.

02:13PM  13    Q.   AND YOU CAN SEE THERE'S A TITLE LISTED, AND IT SAYS

02:13PM  14    DIRECTOR OF LABORATORY, AND THEN FURTHER DOWN WITH THE NEXT TWO

02:13PM  15    PLACES HE SIGNED IT REFERS TO HIM AS LABORATORY DIRECTOR.

02:13PM  16    A.   YES.

02:13PM  17    Q.   AND IT SOUNDED LIKE EVEN THOUGH YOU NEVER WORKED WITH

02:13PM  18    DR. GELB, IT SOUNDS LIKE YOU RECALL HIM AS A LABORATORY

02:14PM  19    DIRECTOR IN THE HISTORY OF THERANOS?

02:14PM  20    A.   VERY VAGUELY.

02:14PM  21    Q.   SO THIS WAS -- DO YOU UNDERSTAND FROM THE DOCUMENT THIS

02:14PM  22    WOULD BE A PROCEDURE THAT WOULD GOVERN THE LAB AT LEAST AT THE

02:14PM  23    TIME THAT IT WAS DRAFTED; CORRECT?

02:14PM  24    A.   AT THE TIME IT WAS DRAFTED, YES.

02:14PM  25    Q.   OKAY.  AND IF YOU LOOK AT IT, IT HAS A PURPOSE STATED,

02:14PM 1    WHICH IS ON PAGE 3 OF 8 IF YOU GO TO THAT PAGE.

02:14PM 2        AND THAT READS, "THE PURPOSE OF THIS PROCEDURE IS TO

02:14PM 3    PROVIDE PROCEDURES FOR THE CORRECTIVE AND PREVENTATIVE ACCURACY

02:14PM 4    (CAPA) PROGRAMS IN THE CLIA LABORATORY.  MORE SPECIFICALLY, THE

02:14PM 5    PROCEDURES PROVIDE FOR A SYSTEM AND INSTRUCTIONS, AND AN

02:14PM 6    ASSIGNMENT OF RESPONSIBILITIES FOR INITIATING, REQUESTING,

02:14PM 7    IMPLEMENTING, AND VERIFYING THE EFFECTIVENESS OF CORRECTIVE AND

02:14PM 8    PREVENTATIVE ACTIONS."

02:14PM 9        DO YOU SEE THAT?

02:14PM 10   A.   YES.

02:14PM 11   Q.   AND YOU UNDERSTAND THAT CLINICAL LABORATORIES MAKE ERRORS

02:15PM 12   SOMETIMES?

02:15PM 13   A.   YES.

02:15PM 14   Q.   AND, IN FACT, ANY HUMAN ENDEAVOR MAKES ERRORS SOMETIMES.

02:15PM 15       IS THAT A FAIR STATEMENT?

02:15PM 16   A.   YES.

02:15PM 17   Q.   AND THE IMPORTANT THING, THOUGH, IS TO HAVE SOME KIND OF

02:15PM 18   PLAN TO DEAL WITH THAT WHEN IT HAPPENS; IS THAT FAIR?

02:15PM 19   A.   THAT'S FAIR.

02:15PM 20   Q.   AND DOES IT APPEAR TO YOU THAT THAT'S WHAT THIS IS?

02:15PM 21   A.   YES, BUT I HAVE NEVER SEEN THIS.

02:15PM 22   Q.   OKAY.  AND WERE YOU AWARE OF EVERY SINGLE SOP IN THE

02:15PM 23   LABORATORY?  CAN YOU SAY THAT?

02:15PM 24   A.   ONLY THE ONES THAT WERE GIVEN TO ME.

02:15PM 25   Q.   BUT AT TIMES YOU DID DOCUMENT ISSUES THAT YOU SAW?

CHEUNG CROSS BY MR. COOPERSMITH                    1334

02:15PM  1    A.    YES.

02:15PM  2    Q.    RIGHT?

02:15PM  3          SO YOU FOLLOWED SOME TYPE OF PROCEDURE TO BRING ISSUES TO

02:15PM  4    THE ATTENTION OF THE PEOPLE THAT YOU WORKED FOR; RIGHT?

02:15PM  5    A.    CORRECT.

02:15PM  6    Q.    AND THAT COULD HAVE BEEN DR. SIVARAMAN; RIGHT?

02:15PM  7    A.    IN THE CLINICAL LAB OR IN THE R&D?

02:15PM  8    Q.    IN THE R&D.

02:15PM  9    A.    YES.

02:15PM  10   Q.    AND IN THE CLINICAL LAB IT COULD HAVE BEEN DR. ROSENDORFF?

02:16PM  11   A.    YES.

02:16PM  12   Q.    OR DR. PANDORI?

02:16PM  13   A.    YES.

02:16PM  14   Q.    OR MAYBE EVEN A CLINICAL LAB SCIENTIST LIKE STELLA HOWARD?

02:16PM  15   A.    CORRECT.

02:16PM  16   Q.    OKAY.  AND WHEN YOU DID THAT, BROUGHT AN ISSUE TO THE

02:16PM  17   ATTENTION OF THOSE PEOPLE, THERE WOULD BE AN EARNEST EFFORT TO

02:16PM  18   FIGURE OUT WHAT THE PROBLEM WAS AND TRY TO FIX IT; IS THAT

02:16PM  19   FAIR?

02:16PM  20   A.    THAT'S FAIR.

02:16PM  21   Q.    OKAY.  ON DIRECT I THINK YOU AT LEAST TOUCHED ON THE

02:16PM  22   SUBJECT OF VALIDATION REPORT?

02:16PM  23   A.    YES.

02:16PM  24   Q.    AND IS A VALIDATION REPORTS SOMETHING THAT NEEDS TO BE

02:16PM  25   DONE BEFORE AN ASSAY CAN BE USED IN THE CLINICAL LAB?

02:16PM  1    A.    YES.

02:16PM  2    Q.    AND WHEN I SAY VALIDATION REPORT, THAT'S REALLY JUST A

02:16PM  3    REPORT THAT IS DOCUMENTING A STUDY THAT WAS DONE; RIGHT?

02:17PM  4    A.    YEAH.  IT'S A COLLECTION OF STUDIES USUALLY.

02:17PM  5    Q.    OKAY.  AND THOSE STUDIES ARE DESIGNED TO TEST SAMPLES TO

02:17PM  6    MAKE SURE THAT THE PERFORMANCE IS SUCH THAT THE PEOPLE WHO

02:17PM  7    APPROVE THE VALIDATION FEEL COMFORTABLE THAT THEY CAN BE RUN IN

02:17PM  8    THE CLIA LAB, MEANING USED FOR TESTING PATIENTS?

02:17PM  9    A.    THAT IS CORRECT.

02:17PM  10   Q.    OKAY.  AND YOU UNDERSTAND THAT THE PROTOCOL AT THERANOS

02:17PM  11   WAS THAT BEFORE AN ASSAY COULD BE PUT INTO THE CLINICAL LAB, IT

02:17PM  12   HAD TO GO THROUGH THIS VALIDATION STUDY AND REPORT PROCESS?

02:17PM  13   A.    THAT IS CORRECT.

02:17PM  14   Q.    AND I JUST WANT TO LOOK AT ONE OF THOSE WITH YOU.

02:17PM  15         IF YOU COULD TURN IN YOUR BINDER TO 9638.

02:18PM  16         DID YOU FIND IT?

02:18PM  17   A.    YES.

02:18PM  18   Q.    THANKS.  WELL, THIS IS -- WELL, WHY DON'T YOU TELL US WHAT

02:18PM  19   THIS DOCUMENT IS.

02:18PM  20   A.    THIS IS A VALIDATION REPORT FOR TSH.

02:18PM  21   Q.    AND DO YOU SEE THAT IT WAS SIGNED IN SEPTEMBER OF 2013?

02:18PM  22   A.    YES.

02:18PM  23   Q.    OKAY.  AND THAT WAS RIGHT BEFORE YOU STARTED WORKING AT

02:18PM  24   THERANOS; RIGHT?

02:18PM  25   A.    THAT IS CORRECT.

02:18PM 1      Q.   OKAY.  AND DO YOU RECOGNIZE THIS AS A VALIDATION REPORT

02:18PM 2      GOVERNING THAT PARTICULAR ASSAY, NAMELY, TSH?

02:18PM 3      A.   YES.

02:18PM 4      Q.   OKAY.

02:18PM 5           WE OFFER EXHIBIT 9368.

02:18PM 6               MR. BOSTIC:  AUTHENTICATION, YOUR HONOR.

02:18PM 7               MR. COOPERSMITH:  YOUR HONOR, I THINK SHE SAID SHE

02:18PM 8      RECOGNIZED IT.

02:18PM 9               THE COURT:  DO YOU RECOGNIZE THIS DOCUMENT?

02:18PM 10              THE WITNESS:  I DIDN'T WORK WITH THIS SPECIFIC

02:18PM 11     DOCUMENT.

02:18PM 12              THE COURT:  WHY DON'T YOU ASK SOME MORE QUESTIONS.

02:18PM 13     BY MR. COOPERSMITH:

02:18PM 14     Q.   JUST TO FLASH BACK TO A FEW MINUTES AGO, A FEW SECONDS

02:18PM 15     AGO --

02:18PM 16     A.   OKAY.

02:18PM 17     Q.   -- I ASKED YOU WHETHER YOU RECOGNIZED THIS DOCUMENT AS A

02:19PM 18     VALIDATION REPORT FOR THIS PARTICULAR ASSAY, TSH, AND YOU SAID

02:19PM 19     YES; RIGHT?

02:19PM 20     A.   SO ARE YOU ASKING ME IF I WORKED WITH THIS DOCUMENT OR

02:19PM 21     THAT I JUST UNDERSTAND THAT THIS IS A DOCUMENT, A VALIDATION

02:19PM 22     DOCUMENT?

02:19PM 23     Q.   RIGHT.

02:19PM 24     A.   I UNDERSTAND THAT THIS LOOKS LIKE A VALIDATION REPORT THAT

02:19PM 25     WE WORKED ON AT THERANOS, BUT I DIDN'T WORK ON THIS SPECIFIC

02:19PM  1    ASSAY.

02:19PM  2    Q.   OKAY.  DO YOU RECOGNIZE THE NAME DR. SHARADA SIVARAMAN AND

02:19PM  3    HER SIGNATURE ABOVE HER NAME?

02:19PM  4    A.   YES.

02:19PM  5    Q.   OKAY.  AND YOU RECOGNIZE DR. YOUNG AND HIS SIGNATURE BELOW

02:19PM  6    THAT?

02:19PM  7    A.   YES.

02:19PM  8    Q.   AND THEN YOU RECOGNIZE DR. ROSENDORFF AND HIS SIGNATURE;

02:19PM  9    CORRECT?

02:19PM 10    A.   YES.

02:19PM 11              MR. COOPERSMITH:  OKAY.  YOUR HONOR, I WOULD OFFER

02:19PM 12    EXHIBIT 9368.

02:19PM 13              MR. BOSTIC:  SAME OBJECTION.

02:19PM 14              THE COURT:  I'LL ADMIT IT, AND IT MAY BE PUBLISHED.

02:19PM 15         (DEFENDANT'S EXHIBIT 9368 WAS RECEIVED IN EVIDENCE.)

02:19PM 16    BY MR. COOPERSMITH:

02:19PM 17    Q.   OKAY.  SO NOW WE'RE LOOKING AT THE FIRST PAGE OF

02:19PM 18    EXHIBIT 9368.  THIS IS THE TSH ELISA ASSAY REPORT, AND IT'S A

02:20PM 19    VALIDATION DOCUMENT.

02:20PM 20         DO YOU SEE THAT?

02:20PM 21    A.   YES.

02:20PM 22    Q.   AND DO YOU UNDERSTAND THAT EACH AND EVERY ONE OF THE

02:20PM 23    ASSAYS OR TESTS THAT WOULD BE RUN AT THERANOS HAD TO HAVE ONE

02:20PM 24    OF THESE REPORTS ASSOCIATED WITH IT?

02:20PM 25    A.   YES.

02:20PM  1    Q.  AND YOU ALSO UNDERSTAND THAT IF THERANOS WAS RUNNING A

02:20PM  2    TEST ON A COMMERCIAL MACHINE, LIKE AN UNMODIFIED COMMERCIAL

02:20PM  3    MACHINE, THERE WAS A DIFFERENT PROCEDURE THAT WOULD HAVE TO GO

02:20PM  4    INTO INSTALLING AND USING THAT PIECE OF EQUIPMENT.

02:20PM  5        DO YOU UNDERSTAND THAT?

02:20PM  6    A.  ARE YOU TALKING ON THE SIDE OF THE VENDOR IN THE

02:20PM  7    VALIDATION THAT THEY DO ON THE VENDOR SIDE OR ARE YOU TALKING

02:20PM  8    IN THERANOS, THAT THEY NEEDED VALIDATION TO RUN IT IN THERANOS?

02:20PM  9    Q.  NO.  THANKS.  I'LL ASK A CLEARER QUESTION.

02:20PM 10        SO AT THERANOS IF A SIEMENS ADVIA, FOR EXAMPLE, WAS PUT

02:20PM 11    INTO THE THERANOS LAB, ARE YOU AWARE THAT THERANOS WOULD HAVE

02:20PM 12    TO GO THROUGH A DIFFERENT PROCEDURE CALLED VERIFICATION TO GET

02:20PM 13    THAT MACHINE UP AND RUNNING FOR BLOOD TESTING?

02:20PM 14    A.  I WASN'T FAMILIAR WITH THAT PROCEDURE.

02:20PM 15    Q.  SO YOU'RE NOT FAMILIAR WITH THAT?

02:20PM 16    A.  EXACTLY.

02:20PM 17    Q.  BUT YOU UNDERSTAND THAT FOR THE THERANOS TESTS, THE ONES

02:21PM 18    THAT WERE DONE ON EDISON DEVICES OR MODIFIED COMMERCIAL

02:21PM 19    DEVICES, THOSE WOULD HAVE TO GO THROUGH THIS VALIDATION

02:21PM 20    PROCESS?

02:21PM 21    A.  CORRECT.

02:21PM 22    Q.  OKAY.  AND THE ONE THAT WE'RE LOOKING AT NOW, 9368, THAT'S

02:21PM 23    ONE OF THOSE OR HAPPENS TO BE FOR TSH; IS THAT RIGHT?

02:21PM 24    A.  THAT IS CORRECT.

02:21PM 25    Q.  OKAY.  LET'S TAKE A LOOK AT THE DOCUMENT.

CHEUNG CROSS BY MR. COOPERSMITH                    1339

02:21PM   1          IF YOU GO TO THE SECOND PAGE, IT'S LABELLED PAGE 2 ON THE

02:21PM   2     BOTTOM RIGHT.

02:21PM   3          DO YOU SEE THE TABLE OF CONTENTS?

02:21PM   4     A.   YES.

02:21PM   5     Q.   AND THEN THERE'S A SECTION CALLED ASSAY BACKGROUND,

02:21PM   6     REGULATION AND GUIDANCE, CALIBRATION, REFERENCE RANGE,

02:21PM   7     PRECISION, ACCURACY AND COMPARABILITY.

02:21PM   8          AND I'LL STOP THERE FOR A MOMENT.

02:21PM   9          DO YOU UNDERSTAND THAT EACH OF THOSE HAS TO BE DISCUSSED

02:21PM  10     AND ADDRESSED IN A VALIDATION REPORT?

02:21PM  11     A.   YES.

02:21PM  12     Q.   AND, FOR EXAMPLE, PRECISION, YOU UNDERSTAND THAT WOULD

02:22PM  13     HAVE TO BE ADDRESSED BEFORE -- TO THE SATISFACTION OF THE

02:22PM  14     SIGNERS OF THE DOCUMENT BEFORE THE ASSAY COULD BE PUT ONLINE IN

02:22PM  15     THE CLINICAL LAB?

02:22PM  16     A.   YES.

02:22PM  17     Q.   AND PRECISION IS A MEASURE OF CONSISTENCY, RIGHT, GETTING

02:22PM  18     THE SAME RESULT OVER AND OVER AGAIN?

02:22PM  19     A.   OVER A COURSE OF TIME, YES.

02:22PM  20     Q.   RIGHT.  AND THEN ACCURACY WOULD BE HOW CLOSE THE RESULT

02:22PM  21     YOU GET IS TO THE TRUE VALUE OF THE SAMPLE THAT YOU'RE TESTING?

02:22PM  22     A.   CORRECT.

02:22PM  23     Q.   OKAY.  YOU UNDERSTOOD THAT FROM YOUR WORK AT THERANOS?

02:22PM  24     A.   YES.

02:22PM  25     Q.   OKAY.  AND THEN THERE'S ANOTHER SECTION IN THE TABLE OF

ER-792

CHEUNG CROSS BY MR. COOPERSMITH                                      1340

```
02:22PM   1      CONTENTS NUMBER 7 CALLED DILUTION LINEARITY?

02:22PM   2      A.   YES.

02:22PM   3      Q.   AND YOU TALKED ABOUT DILUTION BEFORE, AND YOU TALKED ABOUT

02:22PM   4      HOW THERE WAS A MACHINE CALLED THE TECAN.

02:22PM   5           DO YOU REMEMBER THAT?

02:22PM   6      A.   YES.

02:22PM   7      Q.   AND IT SOUNDS LIKE ONE OF THE JOBS OF THE TECAN WAS TO

02:22PM   8      DILUTE THE SAMPLE IN SOME AMOUNT?

02:22PM   9      A.   YES.

02:22PM  10      Q.   AND BEFORE IT WAS RUN ON A THERANOS DEVICE?

02:23PM  11      A.   YES.

02:23PM  12      Q.   OKAY.  AND WHEN YOU WERE WORKING THERE, YOU DIDN'T THINK

02:23PM  13      THERE WAS ANYTHING WRONG WITH THAT, DID YOU?

02:23PM  14      A.   BASED ON THE ASSAY DEVELOPMENT, THAT WAS JUST THE STANDARD

02:23PM  15      PROTOCOL THAT WE HAD.

02:23PM  16      Q.   OKAY.  SO WHEN YOU WERE TESTIFYING BEFORE, YOU WEREN'T

02:23PM  17      MEANING TO SUGGEST THAT THERE WAS SOMETHING WRONG WITH

02:23PM  18      DILUTION?

02:23PM  19      A.   NO.

02:23PM  20      Q.   OKAY.  AND, IN FACT, ARE YOU AWARE THAT FOR OTHER

02:23PM  21      COMMERCIAL DEVICES, DILUTION IS PART OF THE STANDARD OPERATING

02:23PM  22      PROCEDURE OF EVEN COMMERCIAL MACHINES THAT EVEN WEREN'T MADE BY

02:23PM  23      THERANOS?

02:23PM  24      A.   DEPENDING ON THE STEP OF THE ASSAY, THAT IS SOMETIMES THE

02:23PM  25      STEP, YOU'LL DO A DILUTION STEP.
```

ER-793

02:23PM  1    Q.   OKAY.  AND SO IT'S NOT UNIQUE TO THERANOS THAT SOMETIMES

02:23PM  2    THE SAMPLE IS DILUTED BEFORE IT'S PLACED IN THE MACHINE TO RUN

02:23PM  3    FOR A TEST?

02:23PM  4    A.   IT DEPENDS.  YOU WOULD HAVE TO LOOK AT THE ASSAY, AT WHICH

02:23PM  5    STEP OR WHICH JUNCTURE THAT HAPPENS.  BUT, YES, DILUTION IS A

02:23PM  6    STEP THAT OCCURS ON DIFFERENT ASSAYS FOR BLOOD DIAGNOSTICS.

02:24PM  7    Q.   OKAY.  AND JUST TO MAKE SURE WE HAVE THAT POINT CLEAR --

02:24PM  8         MAY I APPROACH, YOUR HONOR?

02:24PM  9              THE COURT:  YES.

02:24PM  10             MR. COOPERSMITH:  (HANDING.)

02:24PM  11        MAY I HAND IT UP TO THE BENCH, YOUR HONOR?

02:24PM  12             THE COURT:  YES.

02:24PM  13   BY MR. COOPERSMITH:

02:24PM  14   Q.   OKAY.  YOU HAVE WHAT HAS BEEN MARKED AS EXHIBIT 204 IN

02:24PM  15   FRONT OF YOU?

02:24PM  16   A.   YES.

02:24PM  17   Q.   THANK YOU.

02:24PM  18        DO YOU SEE THAT THIS IS AN ADVIA 1800 CHEMISTRY SYSTEM

02:25PM  19   OPERATING DRIVE?

02:25PM  20   A.   YES.

02:25PM  21   Q.   AND IS THAT THE SAME ADVIA 1800 SYSTEM THAT YOU UNDERSTAND

02:25PM  22   WAS IN USE FOR SOME TESTS AT THERANOS?

02:25PM  23   A.   YES.

02:25PM  24   Q.   AND THE BULLET ON THE BOTTOM THERE INDICATES THAT THE

02:25PM  25   MANUFACTURER IS SIEMENS.

02:25PM  1          DO YOU SEE THAT?

02:25PM  2     A.   YES.

02:25PM  3     Q.   AND YOU TESTIFIED ABOUT THIS PARTICULAR BLOOD TESTING

02:25PM  4     INSTRUMENT ON DIRECT; RIGHT?

02:25PM  5     A.   YES.

02:25PM  6          MR. COOPERSMITH:  YOUR HONOR, WE OFFER EXHIBIT 204.

02:25PM  7          MR. BOSTIC:  AUTHENTICATION, YOUR HONOR.

02:25PM  8          THE COURT:  DO YOU WANT TO LAY SOME MORE FOUNDATION

02:25PM  9     FOR THIS?

02:25PM 10          MR. COOPERSMITH:  YOUR HONOR, I CAN.  I WILL JUST

02:25PM 11     NOTE THAT WE DO HAVE A STIPULATION TO THESE BATES NUMBER BEING

02:25PM 12     AUTHENTIC, SO I JUST THOUGHT I WOULD POINT THAT OUT.

02:25PM 13          MR. BOSTIC:  SO, YOUR HONOR, I DON'T BELIEVE THAT

02:25PM 14     STIPULATION STIPULATES THAT WHAT IS IN FRONT OF US IS AN

02:25PM 15     AUTHENTIC COPY OF THE ADVIA 1800 USER GUIDE.  I DON'T THINK

02:25PM 16     THAT STIPULATION COVERS THAT.

02:26PM 17          MR. COOPERSMITH:  I THOUGHT IT DID, BUT I CAN ASK

02:26PM 18     THE WITNESS MORE QUESTIONS IF YOU WANT ME TO.

02:26PM 19          THE COURT:  SURE.  WHY DON'T YOU.

02:26PM 20     BY MR. COOPERSMITH:

02:26PM 21     Q.   MS. CHEUNG, DO YOU RECOGNIZE THIS AS THE ADVIA 1800

02:26PM 22     OPERATORS GUIDE?

02:26PM 23     A.   HAVE I SEEN THIS BEFORE?

02:26PM 24     Q.   RIGHT.

02:26PM 25     A.   I DON'T RECALL.

02:26PM   1    Q.   AND I THINK YOU TESTIFIED THAT YOU SOMETIMES RAN SAMPLES

02:26PM   2    ON THE ADVIA?

02:26PM   3    A.   YES.

02:26PM   4    Q.   AND ARE YOU SAYING THAT YOU RAN SAMPLES ON THE ADVIA BUT

02:26PM   5    YOU NEVER LOOKED AT THE USERS GUIDE?

02:26PM   6    A.   WE HAD OUR OWN INTERNAL SOP'S ABOUT HOW WE OPERATED THE

02:26PM   7    ADVIA.

02:26PM   8    Q.   OKAY.  AND DID THE INTERNAL SOP'S CONTAIN INFORMATION

02:26PM   9    ABOUT DILUTION?

02:26PM  10    A.   I DON'T REMEMBER.

02:26PM  11    Q.   OKAY.  YOU DON'T REMEMBER.

02:26PM  12         AND IF YOU COULD TURN IN THE DOCUMENT TO PAGE 23.  AND IF

02:27PM  13    YOU COULD TAKE A LOOK AT -- JUST BROWSE 23, 24, AND 25 JUST FOR

02:27PM  14    A SECOND, AND I'LL ASK YOU A QUESTION ABOUT THAT.

02:27PM  15    A.   OKAY.

02:27PM  16    Q.   DOES THAT REFRESH YOUR MEMORY THAT THE ADVIA 1800 ALSO HAD

02:27PM  17    INTERNAL DILUTION STEPS THAT IT WENT THROUGH?

02:27PM  18    A.   I HAVE NEVER SEEN THIS.  I JUST LEARNED HOW TO OPERATE THE

02:27PM  19    SIEMENS ADVIA.  I DIDN'T NECESSARILY UNDERSTAND THE INTERNAL

02:27PM  20    MECHANICS OF THE ADVIA.

02:27PM  21    Q.   OKAY.  SO YOU JUST KNEW HOW TO PUT A SAMPLE IN BUT NOT

02:27PM  22    WHAT ACTUALLY WENT ON INSIDE OF THE MACHINE OR ANYTHING LIKE

02:27PM  23    THAT?

02:27PM  24    A.   NOT TO THIS DETAIL, NO.

02:27PM  25    Q.   OKAY.  AND THAT WOULD ALSO MEAN, TELL ME IF I'M RIGHT,

02:28PM  1    THAT YOU DIDN'T KNOW WHAT INTERNAL ALGORITHMS OR MATHEMATICAL

02:28PM  2    EQUATIONS WORKED IN THE SOFTWARE OF THE ADVIA 1800; IS THAT

02:28PM  3    RIGHT?

02:28PM  4    A.   THAT IS CORRECT.

02:28PM  5    Q.   AND IF IT WASN'T, YOU WOULD KNOW ABOUT THAT.  THAT WAS

02:28PM  6    PART OF YOUR JOB; IS THAT FAIR?

02:28PM  7    A.   THAT'S FAIR.

02:28PM  8    Q.   OKAY.  LET'S GO BACK TO EXHIBIT 9368.  THIS IS THE TSH

02:28PM  9    ASSAY VALIDATION REPORT.  IT'S ON YOUR SCREEN.

02:28PM 10        SO LET'S JUST GO THROUGH SOME OF THIS DOCUMENT.  AND IT'S

02:28PM 11    A FAIRLY LENGTHY DOCUMENT.  I THINK IT GOES, IF YOU LOOK AT THE

02:28PM 12    LAST PAGE, UP TO PAGE 51; IS THAT RIGHT?

02:28PM 13    A.   YES.

02:28PM 14    Q.   SO THAT'S 51 PAGES OF INFORMATION THAT HAD TO BE COMPILED

02:28PM 15    JUST TO VALIDATE THIS ONE ASSAY, WHICH IS TSH?

02:28PM 16    A.   THAT IS CORRECT.

02:28PM 17    Q.   AND THAT'S A THYROID RELATED TEST; IS THAT RIGHT?

02:28PM 18    A.   YES.

02:28PM 19    Q.   OKAY.  AND THE PEOPLE WHO DID THE VALIDATION, WOULD THAT

02:29PM 20    BE THE SCIENTIFIC TEAM AT THERANOS?

02:29PM 21    A.   YES.

02:29PM 22    Q.   SO, FOR EXAMPLE, DR. SIVARAMAN?

02:29PM 23    A.   AND THE ELISA TEAM, YES.

02:29PM 24    Q.   AND SO YOU WERE ONE OF THE PEOPLE ON THE ELISA TEAM;

02:29PM 25    RIGHT?

CHEUNG CROSS BY MR. COOPERSMITH                          1345

02:29PM  1     A.   YES, FOR A PORTION OF MY EMPLOYMENT.

02:29PM  2     Q.   AND YOUR JOB AT YOUR POSITION OR LEVEL IN THE ELISA TEAM

02:29PM  3     WAS TO RUN THE SAMPLES AND REPORT THE RESULTS SO THAT THE

02:29PM  4     SCIENTIFIC TEAM COULD COMPILE THIS TYPE OF REPORT; IS THAT

02:29PM  5     FAIR?

02:29PM  6     A.   THAT IS FAIR.

02:29PM  7     Q.   OKAY.  AND WHEN YOU DID THAT, IS IT FAIR TO SAY THAT YOUR

02:29PM  8     EFFORT WAS TO PRESENT ACCURATE DATA?

02:29PM  9     A.   YES.

02:29PM  10    Q.   AND YOU FELT THE SAME OF YOUR COLLEAGUES; IS THAT RIGHT?

02:29PM  11    A.   SOMETIMES.

02:29PM  12    Q.   OKAY.  YOUR COLLEAGUES IN THE ELISA DEVELOPMENT TEAM IN

02:29PM  13    THE RESEARCH AND DEVELOPMENT DEPARTMENT, RIGHT, ARE YOU SAYING

02:30PM  14    THAT SOMEONE DID NOT PRESENT ACCURATE DATA?

02:30PM  15    A.   IT WAS A BIT COMPLICATED AT THERANOS SIMPLY BECAUSE THERE

02:30PM  16    WAS SO MUCH OUTLIER DELETION THAT WAS OCCURRING, SO WE WEREN'T

02:30PM  17    ALWAYS SHOWCASING ALL OF THE DATA THAT WE WERE RUNNING BASED ON

02:30PM  18    OUR EXPERIMENTS BECAUSE A LOT OF IT WAS ELIMINATED.

02:30PM  19    Q.   AND YOU'RE TALKING SPECIFICALLY ABOUT THE OUTLIER ISSUE?

02:30PM  20    A.   YES.

02:30PM  21    Q.   AND THAT'S THE ISSUE THAT MR. BOSTIC ASKED YOU ABOUT?

02:30PM  22    A.   YES.

02:30PM  23    Q.   OKAY.  WE'LL GET TO THAT.

02:30PM  24         BUT FOR THE MOMENT I JUST WANTED TO ASK YOU, YOU

02:30PM  25    UNDERSTOOD THAT DR. SIVARAMAN AND DR. ROSENDORFF AND OTHERS ALL

02:30PM 1      WERE APPROVING OF THAT PROCEDURE TO DELETE CERTAIN OUTLIERS IN

02:30PM 2      THE DATA THAT YOU REFERRED TO; RIGHT?

02:30PM 3      A.   WHEN I WAS ON THE ELISA TEAM, DR. SIVARAMAN WAS.

02:30PM 4      Q.   OKAY.  AND YOU DON'T THINK DR. SIVARAMAN WAS TRYING TO DO

02:31PM 5      SOMETHING WRONG OR INCORRECT, DO YOU?

02:31PM 6      A.   NO.  I THINK SHE WAS TRYING TO COMPLETE THE REPORT.

02:31PM 7      Q.   OKAY.  BUT SHE'S A PH.D.?

02:31PM 8      A.   YES.

02:31PM 9      Q.   AND SHE HAS A WEALTH OF EXPERIENCE AND KNOWLEDGE?

02:31PM 10     A.   YES.

02:31PM 11     Q.   AND THAT'S WHAT SHE DECIDED IS THAT WOULD BE APPROPRIATE

02:31PM 12     TO DELETE OUTLIERS?

02:31PM 13     A.   YES.

02:31PM 14     Q.   OKAY.  LET'S GO BACK TO EXHIBIT 9368, AND IF YOU'D GO TO

02:31PM 15     PAGE 25.

02:31PM 16          DO YOU SEE THERE'S A CHART THERE?

02:31PM 17     A.   YES.

02:31PM 18     Q.   AND IT'S THERANOS SYSTEM VERSUS PREDICATE METHOD?

02:32PM 19     A.   YES.

02:32PM 20     Q.   AND YOU'VE SEEN THIS CHART BEFORE; RIGHT?

02:32PM 21     A.   I DON'T REMEMBER.

02:32PM 22     Q.   OKAY.  YOU UNDERSTAND THAT -- OR DO YOU UNDERSTAND THAT

02:32PM 23     THAT GROUPING OF DOTS SHOWS THE CORRELATION BETWEEN THE

02:32PM 24     PREDICATE DEVICE OR THE COMMERCIAL DEVICE VERSUS THE THERANOS

02:32PM 25     DEVICE?

02:32PM   1    A.   CORRECT.

02:32PM   2    Q.   AND THEN IT HAS AN R SQUARED OF .9205.

02:32PM   3         DO YOU SEE THAT?

02:32PM   4    A.   YES.

02:32PM   5    Q.   AND YOU DON'T CALCULATE THE R SQUARED; RIGHT?

02:32PM   6    A.   NO.

02:32PM   7    Q.   AND DO YOU KNOW WHAT THAT IS EXACTLY?

02:32PM   8    A.   IT'S A MEASUREMENT OF ALIGNMENT, BUT I CAN'T REMEMBER AT

02:32PM   9    THIS POINT.  IT WAS A LONG TIME AGO.

02:32PM  10    Q.   BECAUSE THAT'S NOT YOUR BACKGROUND?

02:32PM  11    A.   CORRECT.

02:32PM  12    Q.   AND THAT WOULD BE LIKE SOMEONE WHO HAS A STATISTICAL

02:32PM  13    BACKGROUND?

02:32PM  14    A.   YES.

02:32PM  15    Q.   ALL RIGHT.  BUT YOU UNDERSTAND THAT THIS DATA WAS

02:32PM  16    SOMETHING THAT WAS NECESSARY TO HAVE THE VALIDATION REPORT MEET

02:32PM  17    ENOUGH STANDARDS FOR IT TO BE PLACED IN THE CLIA LAB; RIGHT?

02:32PM  18    A.   CORRECT.

02:32PM  19    Q.   OKAY.  AND THEN IF YOU GO TO THE NEXT PAGE -- I'M SORRY,

02:33PM  20    PAGE 27.  SO IT'S TWO PAGES MORE.

02:33PM  21         DO YOU SEE THERE'S THIS FIGURE 10 SCATTER PLOT CLSI

02:33PM  22    GUIDELINE?

02:33PM  23    A.   YES.

02:33PM  24    Q.   AND DO YOU KNOW WHAT CLSI IS?

02:33PM  25    A.   NO.

02:33PM 1      Q.   AND DO YOU UNDERSTAND THAT IT'S AN ORGANIZATION THAT HELPS

02:33PM 2      CLIA LABS MEET CERTAIN STANDARDS?

02:33PM 3      A.   NO.

02:33PM 4      Q.   OKAY.  NOW, PRIOR TO ONE OF THESE VALIDATION REPORT

02:34PM 5      STUDIES THAT RESULT IN A REPORT, THERE WERE PREVIOUS STEPS TO

02:34PM 6      WORK ON THE ASSAY THAT YOU'RE AWARE; RIGHT?

02:34PM 7      A.   CAN YOU REPEAT THAT QUESTION.

02:34PM 8      Q.   SURE.

02:34PM 9           SO JUST TO BE MORE SPECIFIC, PRIOR TO THE TIME WHEN AN

02:34PM 10     ASSAY OR TEST WAS VALIDATED FOR USE IN THE CLIA LABS FOR

02:34PM 11     PATIENT TESTING, IT WOULD HAVE GONE THROUGH A RESEARCH AND

02:34PM 12     DEVELOPMENT PROCESS; IS THAT CORRECT?

02:34PM 13     A.   YES.

02:34PM 14     Q.   AND IN THE RESEARCH AND DEVELOPMENT PROCESS, THERE WERE

02:34PM 15     ALSO REPORTS GENERATED DURING THAT PROCESS?

02:34PM 16          DO YOU REMEMBER THAT?

02:34PM 17     A.   I WASN'T FAMILIAR WITH THAT PROCESS.

02:34PM 18     Q.   OKAY.  SO, FOR EXAMPLE, TAKE A LOOK AT IN YOUR BINDER

02:34PM 19     EXHIBIT 9227.

02:34PM 20          I'M SORRY, LET ME REFER YOU TO A DIFFERENT ONE FIRST.

02:34PM 21     9208.  9208.

02:35PM 22          DO YOU HAVE THAT IN FRONT OF YOU, MS. CHEUNG?

02:35PM 23     A.   YES.

02:35PM 24     Q.   OKAY.  AND THAT TITLE IS HEPATITIS C VIRUS IGG ASSAY

02:35PM 25     DEVELOPMENT REPORT?

CHEUNG CROSS BY MR. COOPERSMITH                    1349

02:35PM  1    A.    THAT'S CORRECT.

02:35PM  2    Q.    AND AN ASSAY DEVELOPMENT REPORT IS SOMETHING DIFFERENT

02:35PM  3    FROM A VALIDATION REPORT FOR THE CLINICAL LAB; RIGHT?

02:35PM  4    A.    CORRECT.

02:35PM  5    Q.    AND THIS WOULD BE THE -- I'LL START AGAIN.  SORRY.

02:35PM  6          THE ASSAY DEVELOPMENT REPORT WOULD BE THE WORK PRODUCT OF

02:35PM  7    THE WORK ON RESEARCH AND DEVELOPMENT IN THE CLIA LAB TO DEVELOP

02:35PM  8    A PARTICULAR ASSAY; IS THAT RIGHT?

02:35PM  9    A.    I ASSUME SO, BUT I NEVER WORKED ON THESE DOCUMENTS.

02:36PM  10   Q.    OKAY.  YOU WORKED IN THE AREA OF ASSAY DEVELOPMENT

02:36PM  11   SOMETIMES?

02:36PM  12   A.    I WORKED IN THE DEPARTMENT OF VALIDATION OF THE ASSAYS IN

02:36PM  13   RESEARCH AND DEVELOPMENT, BUT I DIDN'T SPECIFICALLY WORK IN THE

02:36PM  14   ASSAY DEVELOPMENT ASPECT OF THE R&D LAB UNDER ELISA.

02:36PM  15   Q.    OKAY.  SO THERE WERE OTHER PEOPLE, NOT YOURSELF, WHO WOULD

02:36PM  16   HAVE BEEN RESPONSIBLE FOR DEVELOPING ASSAY DEVELOPMENT REPORTS?

02:36PM  17   A.    CORRECT.

02:36PM  18   Q.    OKAY.  WERE YOU ANY PART OF THAT WORK AT ALL WHERE YOU

02:36PM  19   WOULD EVEN RUN SAMPLES FOR THAT PURPOSE?

02:36PM  20   A.    NOT FOR ASSAY DEVELOPMENT, NO.

02:36PM  21   Q.    OKAY.  SO IN RESEARCH AND DEVELOPMENT, I ASSUME THAT YOU

02:36PM  22   WERE WORKING ON SOMETHING TOWARDS A GOAL?

02:36PM  23   A.    THAT WAS THE VALIDATION REPORTS THAT WE EXPLORED BEFORE.

02:36PM  24   Q.    OKAY.  SO YOU IN PARTICULAR WERE WORKING ON THE VALIDATION

02:36PM  25   REPORTS AND NOT THE ASSAY DEVELOPMENT REPORTS?

CHEUNG CROSS BY MR. COOPERSMITH                              1350

02:36PM  1    A.   CORRECT.

02:36PM  2    Q.   OKAY.  AND IS IT YOUR TESTIMONY, MS. CHEUNG, THAT YOU WERE

02:37PM  3    CLOSE TO THE VALIDATION REPORTS?

02:37PM  4    A.   IN WHAT CAPACITY?

02:37PM  5    Q.   DID YOU WORK CLOSELY WITH VALIDATION REPORTS?

02:37PM  6    A.   I -- SO TO THE EXTENT I WORKED WITH VALIDATION REPORTS WAS

02:37PM  7    THAT I WAS CONDUCTING THE EXPERIMENTS THAT WERE NECESSARY TO

02:37PM  8    COMPLETE THE WORK ARTICULATED IN VALIDATION REPORTS AND WOULD

02:37PM  9    SUBMIT THOSE TO THE HEAD OF THE DEPARTMENT.

02:37PM 10         SO I WASN'T INVOLVED IN THE WRITING.  I WASN'T INVOLVED IN

02:37PM 11    THE PRODUCTION OF THE VALIDATION REPORTS EXCEPT FOR PROVIDING

02:37PM 12    THE DATA, THE EXPERIMENTS THAT WERE NECESSARY TO COMPLETE IT.

02:37PM 13    Q.   OKAY.  AND I TAKE IT YOU WERE NOT INVOLVED IN THE

02:37PM 14    STATISTICAL ANALYSIS THAT MIGHT BE NEEDED TO FINALIZE ONE OF

02:38PM 15    THESE VALIDATION REPORTS?

02:38PM 16    A.   THAT IS CORRECT.

02:38PM 17    Q.   OKAY.  I WANT TO GO TO A SOMEWHAT DIFFERENT TOPIC AND THAT

02:38PM 18    IS, DO YOU REMEMBER ON DIRECT EXAMINATION, I THINK IT WAS

02:38PM 19    YESTERDAY --

02:38PM 20    A.   YEAH.

02:38PM 21    Q.   -- YOU LOOKED AT AN EXHIBIT THAT HAD LIKE A THERANOS TEST

02:38PM 22    MENU?  DO YOU REMEMBER THAT?

02:38PM 23    A.   YES.

02:38PM 24    Q.   AND I'LL JUST POINT YOU TO WHERE IT IS AT.  I BELIEVE IT

02:38PM 25    IS EXHIBIT 3741A.

02:39PM   1     A.   YOU SAID 3741A?

02:39PM   2     Q.   3741A.  YES.  THANK YOU.

02:39PM   3          ONE MOMENT, YOUR HONOR.

02:39PM   4               THE COURT:  YES.

02:39PM   5          (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

02:39PM   6               THE WITNESS:  I DON'T BELIEVE I HAVE THIS.

02:39PM   7               THE COURT:  3741 IS THE GOVERNMENT'S EXHIBIT?

02:39PM   8               MR. COOPERSMITH:  YES, YOUR HONOR.  I THINK IT WAS

02:40PM   9     LABELLED A BECAUSE IT WAS THE FIRST SEVEN PAGES OF IT.

02:40PM  10          AND I HAVE -- I DON'T THINK I HANDED IT UP, BUT I THINK

02:40PM  11     THE EXHIBIT THAT WE'RE REFERRING TO FOR THE MOMENT IS 3741

02:40PM  12     CAPITAL A.

02:40PM  13               THE COURT:  SO THAT'S THE FIRST SEVEN PAGES OF

02:40PM  14     3471 --

02:40PM  15               MR. COOPERSMITH:  I'M SORRY.  3741A.

02:40PM  16               THE COURT:  AND THAT IS FOUND IN THE BINDER, THE

02:40PM  17     GOVERNMENT'S BINDER.  AND IS IT THE FIRST SEVEN PAGES?

02:40PM  18               MR. COOPERSMITH:  RIGHT.  I THINK IT WAS MARKED A

02:40PM  19     BECAUSE THAT WAS THE DESIGNATION FOR THOSE FIRST SEVEN PAGES.

02:40PM  20               THE COURT:  RIGHT.  THIS WITNESS DOESN'T HAVE THAT

02:40PM  21     SEPARATION.  SHE ONLY HAS THE FULL SET.  SO IT'S ONLY THE FIRST

02:40PM  22     SEVEN PAGES.

02:40PM  23          IS THAT ACCURATE?

02:40PM  24               MR. COOPERSMITH:  THAT WILL WORK.

02:40PM  25               THE COURT:  DO YOU UNDERSTAND THAT?

02:40PM 1          THE WITNESS:  AND THAT WAS FROM THE GOVERNMENT?

02:40PM 2          THE COURT:  CORRECT.

02:40PM 3          THE WITNESS:  YES, I HAVE THAT.

02:40PM 4          MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

02:40PM 5      CAN I APPROACH?

02:40PM 6          THE COURT:  YES.

02:41PM 7          MR. COOPERSMITH:  (HANDING.)

02:41PM 8   Q.   OKAY.  MS. CHEUNG, I KNOW WHAT YOU REALLY WANTED WAS

02:41PM 9   ANOTHER BINDER UP THERE ON THE STAND, SO MY APOLOGIES FOR THAT.

02:41PM 10  HOPEFULLY YOU HAVE ROOM TO PUT IT SOMEWHERE.

02:41PM 11       AND I JUST WANT TO GO THROUGH 3741A.  THAT'S THAT FIRST

02:41PM 12  SEVEN PAGES OF THE EXHIBIT THAT JUDGE DAVILA JUST TOLD YOU

02:41PM 13  ABOUT.

02:41PM 14       AND I'M GOING TO REFER BACK AND FORTH TO THE BINDER I'VE

02:41PM 15  JUST HANDED YOU.  OKAY?

02:41PM 16  A.   OKAY.

02:41PM 17          MR. BOSTIC:  SORRY TO INTERRUPT, COUNSEL.

02:41PM 18       DO I HAVE A COPY OF THAT BINDER THAT YOU'VE JUST HANDED

02:41PM 19  UP?

02:41PM 20          MR. COOPERSMITH:  YOU SHOULD.

02:41PM 21          MR. BOSTIC:  IS IT 1 OR 2?

02:42PM 22  BY MR. COOPERSMITH:

02:42PM 23  Q.   OKAY.  SO, MS. CHEUNG, DO YOU REMEMBER DURING MR. BOSTIC'S

02:42PM 24  EXAMINATION HE POINTED YOU TOWARDS THE LAST PAGE.  IT'S

02:42PM 25  ACTUALLY THE SEVENTH PAGE.

02:42PM   1          AND JUST TO MAKE IT EASY, EXHIBIT 3741 HAS THESE BATES

02:42PM   2   NUMBERS AT THE VERY BOTTOM, AND THE ONE THAT I'M REFERRING TO

02:42PM   3   IS ENDING IN 15291.

02:42PM   4          DO YOU SEE THAT?

02:42PM   5   A.   YEAH.

02:42PM   6   Q.   OKAY.  AND IF WE COULD PUT --

02:42PM   7          THIS IS ALREADY ADMITTED, YOUR HONOR.

02:42PM   8          IF WE COULD PUT THAT PAGE UP ON THE SCREEN.  RIGHT.

02:42PM   9          SO DO YOU REMEMBER THAT MR. BOSTIC WAS ASKING YOU SOME

02:42PM  10   QUESTIONS ABOUT THIS PAGE?

02:42PM  11   A.   YES.

02:42PM  12   Q.   AND DO YOU REMEMBER THAT HE WAS ASKING YOU WHICH ONE OF

02:42PM  13   THESE RAN ON THERANOS TECHNOLOGY?

02:42PM  14          DO YOU REMEMBER THAT?

02:42PM  15   A.   YES.

02:43PM  16   Q.   AND I THINK YOU SAID THERE WERE FOUR OR FIVE OF THESE?

02:43PM  17   A.   YES.

02:43PM  18   Q.   OKAY.  AND IF YOU LOOK AT THE REST OF THIS EXHIBIT, I'M

02:43PM  19   REFERRING TO THE FIRST SEVEN PAGES OF WHAT YOU HAVE, YOU SEE

02:43PM  20   THAT THE EXHIBIT IS JUST MADE UP OF, YOU KNOW, VARIOUS TEST

02:43PM  21   MENUS; RIGHT?

02:43PM  22          AND WOULD YOU AGREE WITH ME THAT THE TESTS LISTED ON THAT

02:43PM  23   LAST PAGE ARE ALSO LISTED -- SOME OF THEM ARE AT LEAST LISTED

02:43PM  24   ON THE OTHER PAGES AS WELL?

02:43PM  25   A.   YES.

CHEUNG CROSS BY MR. COOPERSMITH                    1354

02:43PM   1    Q.   OKAY.  SO LET'S START WITH THE VERY FIRST PAGE OF

02:43PM   2    EXHIBIT 3741, AND IT'S THE PAGE WITH THE NUMBER ON THE BOTTOM

02:43PM   3    THAT'S 15286.

02:43PM   4         AND I JUST WANT TO ASK YOU SORT OF ASSAY BY ASSAY HERE.

02:43PM   5         SO, FIRST OF ALL, DO YOU SEE UNDER -- THEY'RE ALPHABETICAL

02:43PM   6    ON THE FIRST PAGE.

02:43PM   7         DO YOU SEE THAT?

02:43PM   8    A.   YES.

02:43PM   9    Q.   AND SO UNDER A, THE A SECTION THERE'S AN ASSAY CALLED

02:44PM  10    ALANINE AMINOTRANSFERASE (ALT/SGPT).

02:44PM  11         DO YOU SEE THAT?

02:44PM  12    A.   YES.

02:44PM  13    Q.   AND ARE YOU AWARE THAT THAT ASSAY WAS BEING RUN ON A

02:44PM  14    THERANOS TECHNOLOGY THAT WAS KNOWN AS A MODIFIED PREDICATE OR A

02:44PM  15    MODIFIED COMMERCIAL DEVICE?

02:44PM  16    A.   I DON'T REMEMBER.

02:44PM  17    Q.   YOU DON'T REMEMBER.

02:44PM  18         AND DO YOU ALSO REMEMBER THAT THAT PARTICULAR ASSAY WAS

02:44PM  19    PART OF THE PANEL OF TESTS THAT WERE RUN WITH COMPREHENSIVE

02:44PM  20    METABOLIC PANELS?

02:44PM  21    A.   THE CHEM 14?

02:44PM  22    Q.   CHEM 14?

02:44PM  23    A.   I WOULD HAVE TO LOOK AT IT, BUT I DON'T REMEMBER.  I

02:44PM  24    IMAGINE IT WAS THE CHEM 14.

02:44PM  25    Q.   I'M SORRY, YOU DO THINK IT WAS THE CHEM 14?

ER-807

02:44PM 1    A.    YEAH.

02:44PM 2    Q.    OKAY.  SO DO YOU UNDERSTAND THAT A CHEM 14 HAS A NUMBER OF

02:44PM 3    ASSAYS THAT ARE RUN AS PART OF THAT PANEL?

02:44PM 4    A.    YES.

02:44PM 5    Q.    AND SO CHEM 14, IT'S PROBABLY 14 DIFFERENT TESTS; RIGHT?

02:44PM 6    A.    YES.

02:44PM 7    Q.    AND THAT'S WHY IT'S CALLED CHEM 14?

02:45PM 8    A.    CORRECT.

02:45PM 9    Q.    AND SO LET'S GO TO THE NEXT ONE.

02:45PM 10        WELL, ACTUALLY LET'S REFER TO THE BINDER FIRST.

02:45PM 11        SO THE BINDER HAS TABS IN IT, THE ONE THAT I'VE HANDED YOU

02:45PM 12   A FEW MINUTES AGO?

02:45PM 13   A.    YES.

02:45PM 14   Q.    AND I JUST WANT YOU TO REFER TO 0 -- I'M SORRY,

02:45PM 15   EXHIBIT 9013.  THEY'RE ALL IN NUMERICAL ORDER SO HOPEFULLY YOU

02:45PM 16   CAN FIND THEM.

02:45PM 17        DO YOU HAVE IT?

02:45PM 18   A.    YES.

02:45PM 19   Q.    AND DO YOU SEE THAT AS A VALIDATION REPORT FOR MODIFIED

02:45PM 20   SIEMENS ASSAY OF ALANINE AMINOTRANSFERASE?

02:45PM 21   A.    YES.

02:45PM 22   Q.    OKAY.  IN FACT, THE FACT THAT IT'S A VALIDATION REPORT,

02:45PM 23   THAT TELLS YOU IT'S ON ONE OF THESE MODIFIED PREDICATE

02:45PM 24   MACHINES; RIGHT?

02:45PM 25   A.    YES.

02:45PM  1    Q.   AND LET'S GO TO THE NEXT ONE.

02:45PM  2         ALBUMIN.  DO YOU SEE THAT?

02:45PM  3    A.   YES.

02:45PM  4    Q.   AND DO YOU UNDERSTAND THAT THAT IS ALSO AN ASSAY THERANOS

02:45PM  5    RAN AT TIMES ON THE MODIFIED COMMERCIAL MACHINES?

02:46PM  6    A.   YES.

02:46PM  7    Q.   AND IF YOU COULD LOOK AT -- DO YOU UNDERSTAND THAT THAT

02:46PM  8    WAS AN ASSAY THAT THEY RAN?

02:46PM  9    A.   ALBUMIN?

02:46PM  10   Q.   YES.

02:46PM  11   A.   AGAIN, I CAN'T REMEMBER.  I DON'T REMEMBER ALL OF THE

02:46PM  12   NAMES FOR THE GENERAL CHEMISTRY.  THAT WASN'T MY SPECIALTY AS

02:46PM  13   SUCH, AND IT WAS LATE WHEN I WAS IN THE COMPANY.

02:46PM  14   Q.   FAIR ENOUGH.  IF YOU COULD GO IN THE BINDER TO 9016.

02:46PM  15   A.   CAN YOU REPEAT THAT NUMBER.

02:46PM  16   Q.   9016.

02:46PM  17   A.   OKAY.

02:46PM  18   Q.   DO YOU SEE 9016 IS A MODIFIED SIEMENS ASSAY OF ALBUMIN?

02:46PM  19   A.   YES.

02:46PM  20   Q.   OKAY.  SO THAT'S ANOTHER ONE RUN ON A THERANOS MODIFIED

02:47PM  21   PREDICATE?

02:47PM  22   A.   YES.

02:47PM  23   Q.   OKAY.  MS. CHEUNG, YOU WEREN'T INVOLVED, WERE YOU, IN ALL

02:47PM  24   OF THE RESEARCH AND DEVELOPMENT WORK THAT WENT INTO MODIFYING

02:47PM  25   THE COMMERCIAL MACHINES?

CHEUNG CROSS BY MR. COOPERSMITH                                1357

02:47PM  1    A.   NO.

02:47PM  2    Q.   SO I TAKE IT YOU DON'T REALLY KNOW WHAT THERANOS DID TO

02:47PM  3    MODIFY THE MACHINES?

02:47PM  4    A.   IN WHAT CONTEXT?  CAN YOU ELABORATE.

02:47PM  5    Q.   WELL, SO WHEN YOU MODIFY SOMETHING, THAT MEANS YOU'RE

02:47PM  6    CHANGING IT; IS THAT FAIR?

02:47PM  7    A.   CORRECT.

02:47PM  8    Q.   AND YOU DON'T KNOW WHAT THE CHANGES WERE EXACTLY THAT THEY

02:47PM  9    MADE TO THE MODIFIED PREDICATES, DO YOU?

02:47PM  10   A.   NO.

02:47PM  11   Q.   SO, FOR EXAMPLE, IF THEY CHANGED THE SOFTWARE, YOU

02:47PM  12   WOULDN'T KNOW EXACTLY WHAT THEY DID?

02:47PM  13   A.   I KNEW SOME OF THOSE PARTS BUT NOT ALL OF THEM.

02:47PM  14   Q.   OKAY.  AND THEY HAD TO MANUFACTURE THEIR OWN PARTS TO HOLD

02:47PM  15   SMALL BLOOD SAMPLES, YOU WEREN'T INVOLVED IN THE MANUFACTURING

02:47PM  16   OR DESIGN OF THOSE PARTS; RIGHT?

02:47PM  17   A.   NO.

02:47PM  18   Q.   BUT YOU KNEW THERE WERE SUCH PARTS?

02:47PM  19   A.   YES.

02:47PM  20   Q.   THEY WERE CALLED T-CUPS; RIGHT?

02:47PM  21   A.   CORRECT.

02:47PM  22   Q.   AND THAT WAS THERANOS'S TECHNOLOGY THAT THEY DEVELOPED?

02:48PM  23   A.   CORRECT.

02:48PM  24   Q.   AND THEN ANY OTHER CHANGES TO THE COMMERCIAL MACHINES THAT

02:48PM  25   WERE NECESSARY FOR THEM TO RUN SMALL BLOOD SAMPLES, YOU WEREN'T

ER-810

02:48PM  1      INVOLVED IN MAKING THOSE CHANGES?

02:48PM  2      A.   NO.

02:48PM  3      Q.   AND SO YOU WOULD RUN SAMPLES SOMETIMES ON THOSE MODIFIED

02:48PM  4      PREDICATE MACHINES?

02:48PM  5      A.   CORRECT.

02:48PM  6      Q.   AND DO YOU KNOW WHY THEY'RE CALLED PREDICATES, BY THE WAY?

02:48PM  7      A.   NO.  I ASSUME THAT'S BECAUSE IT'S THE PRIOR METHOD.

02:48PM  8      Q.   RIGHT.  PRIOR METHOD MEANING THAT THERE'S A COMMERCIAL

02:48PM  9      MACHINE THAT IS APPROVED BY THE FDA?

02:48PM 10      A.   CORRECT.

02:48PM 11      Q.   AND THAT WOULD BE THE PREDICATE; RIGHT?

02:48PM 12      A.   YEAH.

02:48PM 13      Q.   AND THEN THE GOAL IS TO HAVE SOMETHING THAT YOU

02:48PM 14      MANUFACTURE YOURSELF OR MODIFIED TO BE EQUIVALENT TO THE

02:48PM 15      PREDICATE; CORRECT?

02:48PM 16      A.   CORRECT.

02:48PM 17      Q.   AND YOU TESTIFIED, I THINK, ON DIRECT ABOUT HOW CERTAIN

02:48PM 18      DEVICES WERE FDA APPROVED THAT THERANOS RAN?

02:48PM 19      A.   CORRECT.

02:48PM 20      Q.   AND SOME OF THEM WERE NOT APPROVED?

02:48PM 21      A.   CORRECT.

02:48PM 22      Q.   AND THE ONES THAT WERE NOT APPROVED, DO YOU UNDERSTAND

02:48PM 23      THAT THOSE WOULD SOMETIMES BE REFERRED TO AS LABORATORY

02:48PM 24      DEVELOPED TESTS?

02:48PM 25      A.   CORRECT.

CHEUNG CROSS BY MR. COOPERSMITH                              1359

02:48PM    1    Q.   AND THERE'S NOTHING WRONG WITH THAT; RIGHT?

02:48PM    2    A.   OF HAVING LABORATORY DEVELOPED TESTS?

02:49PM    3    Q.   RIGHT.  DO YOU KNOW?

02:49PM    4    A.   NO, THERE'S NOTHING WRONG WITH HAVING LABORATORY DEVELOPED

02:49PM    5    TESTS.

02:49PM    6    Q.   OKAY.  AND YOU UNDERSTOOD THAT THE TEAM AT THERANOS WAS

02:49PM    7    RUNNING LABORATORY DEVELOPED TESTS; RIGHT?

02:49PM    8    A.   IN THE R&D LAB?

02:49PM    9    Q.   IN THE CLIA LAB?

02:49PM   10    A.   IN THE CLIA LAB?  YES.

02:49PM   11    Q.   AND THOSE WOULD BE THE MODIFIED PREDICATES?

02:49PM   12    A.   YES.

02:49PM   13    Q.   AND THE EDISON DEVICES?

02:49PM   14    A.   CORRECT.

02:49PM   15    Q.   OKAY.  LET'S GO ON WITH OUR EXHIBIT 3741, AND WE'RE ON THE

02:49PM   16    FIRST PAGE.  SO THE NEXT ONE IS ALKALINE PHOSPHATASE.

02:49PM   17         DO YOU SEE THAT?

02:49PM   18    A.   YES.

02:49PM   19    Q.   AND DO YOU RECOGNIZE THAT AS ANOTHER ASSAY THAT WAS RUN ON

02:49PM   20    ONE OF THESE MODIFIED COMMERCIAL MACHINES?

02:49PM   21    A.   AGAIN, I COULDN'T BE CERTAIN.

02:49PM   22    Q.   OKAY.  CAN YOU REFER IN THE BINDER TO EXHIBIT 9020?

02:50PM   23    A.   I'M THERE.

02:50PM   24    Q.   AND DO YOU SEE THAT'S AN ASSAY DEVELOPMENT REPORT FOR THAT

02:50PM   25    ALKALINE PHOSPHATASE?

CHEUNG CROSS BY MR. COOPERSMITH                                    1360

02:50PM   1     A.   YES.

02:50PM   2     Q.   OKAY.  AND IF YOU WOULD GO TO THE NEXT ONE, ALPHA-1-ACID

02:50PM   3     GLYCOPROTEIN.

02:50PM   4          DO YOU SEE THAT?

02:50PM   5     A.   YES.

02:50PM   6     Q.   AND THAT'S ANOTHER ONE RUN ON A MODIFIED PREDICATE?

02:50PM   7     A.   I DO NOT KNOW THAT FOR CERTAIN.

02:50PM   8     Q.   OKAY.  AND IF YOU GO TO EXHIBIT 9026 IN YOUR BINDER?

02:50PM   9     A.   YES.

02:50PM  10     Q.   YOU SEE THAT'S ANOTHER VALIDATION REPORT FOR ALPHA-1-ACID

02:50PM  11     GLYCOPROTEIN?

02:50PM  12     A.   YES.

02:50PM  13     Q.   AND IF THERE'S A VALIDATION REPORT, THAT TELLS YOU IT'S

02:50PM  14     SOMETHING RUN AT THERANOS; RIGHT?

02:50PM  15     A.   YES.

02:50PM  16     Q.   OKAY.  IF WE GO DOWN TO THE NEXT ONE, THERE'S ONE FURTHER

02:51PM  17     DOWN IN THE A'S, AMYLASE.

02:51PM  18          DO YOU SEE THAT?

02:51PM  19     A.   YES.

02:51PM  20     Q.   AND DO YOU KNOW WHAT THAT IS?

02:51PM  21     A.   NO.

02:51PM  22     Q.   AND DO YOU UNDERSTAND THAT THAT'S ANOTHER ONE RUN ON A

02:51PM  23     MODIFIED PREDICATE?

02:51PM  24     A.   AGAIN, I CAN'T BE CERTAIN.

02:51PM  25     Q.   IF YOU GO TO EXHIBIT 9031 IN THE BINDER.

ER-813

02:52PM 1      DO YOU SEE THAT'S AN LDT VALIDATION REPORT FOR AMYLASE,

02:52PM 2  THAT SAME SIEMENS ADVIA?

02:52PM 3  A.   YES.

02:52PM 4  Q.   SO THAT'S ANOTHER ONE RUN ON A MODIFIED SIEMENS MACHINE;

02:52PM 5  CORRECT?

02:52PM 6  A.   YES.

02:52PM 7  Q.   THE NEXT ONE DOWN IS APOLIPOPROTEIN A-1.

02:52PM 8      DO YOU SEE THAT?

02:52PM 9  A.   YES.

02:52PM 10 Q.   AND IF YOU GO TO EXHIBIT 9046 IN THE BINDER.

02:52PM 11     DO YOU SEE THAT'S ANOTHER ASSAY REPORT FOR THAT

02:52PM 12 APOLIPOPROTEIN A-1?

02:53PM 13 A.   YES.

02:53PM 14 Q.   AND SO THAT'S ANOTHER ONE RUN ON A MODIFIED SIEMENS

02:53PM 15 MACHINE?  I'M SORRY?

02:53PM 16 A.   DID -- CAN YOU REPEAT THE QUESTION.

02:53PM 17 Q.   SURE.

02:53PM 18     SO THAT ONE THAT WE WERE JUST LOOKING AT WHICH WAS

02:53PM 19 APOLIPOPROTEIN A-1, AND THEN REFERRING TO EXHIBIT 9046 IN YOUR

02:53PM 20 BINDER, DO YOU SEE THAT THIS IS ANOTHER ASSAY THERANOS RAN ON A

02:53PM 21 MODIFIED PREDICATE MACHINE?

02:53PM 22 A.   YEAH.  IT JUST SAYS THE ASSAY VALIDATION REPORT.  I DON'T

02:53PM 23 KNOW WHAT DEVICE IT WAS RUN ON.  IT DOESN'T ARTICULATE THAT ON

02:53PM 24 HERE.

02:53PM 25 Q.   OKAY.  I SEE.

02:54PM  1        SO IF YOU GO TO PAGE 9 OF THAT DOCUMENT.

02:54PM  2   A.   YES.

02:54PM  3   Q.   AND YOU SEE SECTION 8, METHOD COMPARISON, SIEMENS VERSUS

02:54PM  4   THERANOS SYSTEM?

02:54PM  5   A.   YES.

02:54PM  6   Q.   AND THEN IT TALKS ABOUT THE ADVIA SYSTEM?

02:54PM  7   A.   YES.

02:54PM  8   Q.   AND SO DOES THAT HELP YOU?

02:54PM  9   A.   YES.

02:54PM 10   Q.   OKAY.  SO THAT'S ANOTHER MODIFIED PREDICATE ASSAY; RIGHT?

02:54PM 11   A.   YES.

02:54PM 12   Q.   OKAY.  THE NEXT ONE IS APOLIPOPROTEIN B, THE NEXT ONE

02:54PM 13   DOWN.

02:54PM 14        DO YOU SEE THAT?

02:54PM 15   A.   YES.

02:54PM 16   Q.   AND IF YOU GO TO EXHIBIT 9048.

02:54PM 17        DO YOU SEE THE VALIDATION REPORT FOR THAT ASSAY?

02:54PM 18   A.   YES.

02:54PM 19   Q.   AND THEN IF YOU GO TO PAGE 8 OF THAT DOCUMENT, DO YOU SEE

02:54PM 20   IN SECTION 8 THE REFERENCE TO THE ADVIA TESTIMONY?

02:54PM 21   A.   YES.

02:55PM 22   Q.   OKAY.  SO, MS. CHEUNG, WHEN YOU WERE WORKING WITH THE

02:55PM 23   MODIFIED PREDICATE MACHINES, WHEN I SAY "WORKING WITH," RUNNING

02:55PM 24   SAMPLES ON THEM --

02:55PM 25   A.   YES.

02:55PM   1    Q.   -- YOU DIDN'T THINK YOU WERE DOING ANYTHING WRONG, DID

02:55PM   2    YOU?

02:55PM   3    A.   NO.

02:55PM   4    Q.   AND THE PEOPLE WHO WERE WORKING WITH YOU IN THE CLIA LAB,

02:55PM   5    YOU DIDN'T THINK THEY WERE DOING ANYTHING WRONG EITHER, DID

02:55PM   6    YOU?

02:55PM   7    A.   I MEAN, IT JUST DEPENDS ON -- I DIDN'T INITIALLY WHEN

02:55PM   8    WORKING FOR THE COMPANY, BUT IT SORT OF CHANGED AS I LEARNED

02:55PM   9    MORE ABOUT WHAT WAS OCCURRING IN THE ORGANIZATION.

02:55PM  10    Q.   OKAY.  SO DID YOU THINK THAT DR. ROSENDORFF WAS DOING

02:55PM  11    SOMETHING WRONG?

02:55PM  12    A.   NO.  I DON'T THINK PEOPLE REALLY UNDERSTOOD THE FULL

02:55PM  13    CONTEXT FOR A LONG TIME OF WHAT WAS HAPPENING.

02:55PM  14    Q.   DO YOU KNOW WHAT DR. ROSENDORFF UNDERSTOOD OR WHAT HE

02:55PM  15    DIDN'T UNDERSTAND?

02:55PM  16    A.   NOT ENTIRELY, NO.

02:55PM  17    Q.   OKAY.  DO YOU THINK THAT DR. PANDORI WAS DOING SOMETHING

02:55PM  18    WRONG?

02:55PM  19    A.   NO, I DON'T THINK HE --

02:55PM  20    Q.   DR. SIVARAMAN?

02:55PM  21    A.   I DON'T KNOW.  I CAN'T SPEAK FOR HER.

02:55PM  22    Q.   DR. YOUNG?

02:55PM  23    A.   AGAIN, I DON'T KNOW.  I CAN'T SPEAK FOR HIM.

02:56PM  24    Q.   YOU DON'T KNOW ONE WAY OR THE OTHER?

02:56PM  25    A.   NO.

02:56PM  1    Q.   OKAY.  AND DO YOU UNDERSTAND THAT ALL OF THOSE PEOPLE

02:56PM  2    WERE, THAT I'VE MENTIONED, WERE PEOPLE WITH M.D.'S AND PH.D.'S?

02:56PM  3    A.   CORRECT.

02:56PM  4    Q.   AND SO IF YOU DISAGREED WITH THEM ABOUT SOMETHING, YOU

02:56PM  5    WOULD BE DISAGREEING WITH PEOPLE WITH A LOT MORE EXPERIENCE

02:56PM  6    THAN YOURSELF?

02:56PM  7    A.   YES.

02:56PM  8    Q.   AND I DON'T SAY THAT OUR OR ANY -- I DON'T MEAN ANY

02:56PM  9    OFFENSE, BUT I JUST POINT THAT AS THE QUESTION.

02:56PM  10   A.   YES.

02:56PM  11          MR. COOPERSMITH:  OKAY.  YOUR HONOR, WOULD THIS BE A

02:56PM  12   GOOD TIME TO BREAK FOR THE DAY?

02:56PM  13          THE COURT:  I THINK SO IF YOU'RE MOVING INTO A NEW

02:56PM  14   AREA.

02:56PM  15          MR. COOPERSMITH:  WELL, YOU KNOW, THERE ARE MORE OF

02:56PM  16   THESE, AND I'M GOING TO, OVER THE LONG BREAK THAT WE HAVE, COME

02:56PM  17   UP WITH A MORE EFFICIENT WAY SO WE DON'T TAKE AS MUCH TIME.

02:56PM  18          THE COURT:  OKAY.  LET'S DO THAT.

02:56PM  19      LADIES AND GENTLEMEN, LET'S RECESS FOR THE DAY.  PLEASE

02:56PM  20   RECALL THAT THIS WILL BE A LONG WEEKEND FOR YOU.  WE WILL BE

02:56PM  21   BACK IN SESSION ON WEDNESDAY NEXT WHICH IS THE 30TH AT

02:57PM  22   9:00 A.M.  IF YOU COULD COLLECT YOURSELVES AS YOU HAVE BEEN

02:57PM  23   DOING.  I HOPE THAT'S BEEN EFFICIENT FOR YOU.

02:57PM  24      LET ME REMIND YOU ONE MORE TIME OF THE ADMONITION, AND I'M

02:57PM  25   GOING TO SAY IT ONE MORE TIME WHEN WE BREAK, AND YOU KNOW THE

02:57PM  1    QUESTION I'M GOING TO ASK YOU.

02:57PM  2        PLEASE, DURING THIS BREAK, AND IT'S A LONG ONE, AND IT MAY

02:57PM  3    BE CHALLENGING, BUT YOU'VE BEEN DOING GREAT SO FAR, PLEASE DO

02:57PM  4    NOT DO ANY RESEARCH, DO NOT DO ANY READING, INDEPENDENT

02:57PM  5    RESEARCH, DO NOT DISCUSS, READ, LISTEN TO, OR ALLOW ANY OTHER

02:57PM  6    INFORMATION OUTSIDE OF THIS COURTROOM REGARDING THIS CASE TO

02:57PM  7    COME TO YOUR ATTENTION.  PLEASE AVOID THAT AT ALL COSTS.

02:57PM  8        I WILL ASK YOU WHEN WE MEET AGAIN ON WEDNESDAY WHETHER OR

02:57PM  9    NOT YOU HAVE HAD EXPOSURE TO ANY OF THOSE SOURCES OF OUTSIDE

02:57PM 10    INFORMATION.

02:57PM 11        SO I APPRECIATE YOUR CONTINUED FIDELITY TO THAT

02:57PM 12    ADMONITION.  SAFE TRAVELS.  HAVE A GOOD TIME ON YOUR TRIP,

02:57PM 13    THOSE OF YOU WHO MIGHT BE TRAVELLING.  ENJOY.  BE SAFE.

02:58PM 14        WE WILL SEE YOU AGAIN NEXT WEEK.

02:58PM 15        ANYTHING, COUNSEL, BEFORE THE JURY LEAVES FOR THE WEEKEND?

02:58PM 16            MR. COOPERSMITH:  NO, YOUR HONOR.

02:58PM 17            MR. BOSTIC:  NO, YOUR HONOR.

02:58PM 18            THE COURT:  ALL RIGHT.  THANK YOU.  ENJOY

02:58PM 19    YOURSELVES.  THANK YOU.  AND WE'LL SEE YOU NEXT WEDNESDAY.

02:58PM 20        MS. CHEUNG, PLEASE.  THANK YOU.

02:58PM 21        (JURY OUT AT 2:58 P.M.)

02:58PM 22            THE COURT:  PLEASE BE SEATED.  THANK YOU.

02:58PM 23        ALL RIGHT.  THE RECORD SHOULD REFLECT THAT OUR JURY HAS

02:59PM 24    LEFT FOR THE WEEKEND.

02:59PM 25        MS. CHEUNG, OUR WITNESS, HAS LEFT.

02:59PM   1         ALL COUNSEL AND MR. BALWANI ARE PRESENT.

02:59PM   2         ANYTHING WE SHOULD DISCUSS BEFORE WE LEAVE?

02:59PM   3             MR. SCHENK:  YES, YOUR HONOR, THERE ARE A COUPLE OF

02:59PM   4   ISSUES.  I SAID TWO THIS MORNING AND NOW THERE ARE ACTUALLY

02:59PM   5   FOUR, BUT I CAN BE VERY QUICK.

02:59PM   6         THE FIRST, WE SHOULD CLARIFY.

02:59PM   7         MR. COOPERSMITH HAS ON SEVERAL OCCASIONS REFERRED TO A

02:59PM   8   STIPULATION BETWEEN THE PARTIES.  IT IS DOCKET 1354.  THE

02:59PM   9   ASPECTS OF THE STIPULATION ARE NUMBERED.

02:59PM  10         THE SECOND ONE, WHICH IS THE ONE THAT MR. COOPERSMITH MUST

02:59PM  11   BE REFERRING TO THAT LISTS OUT BATES NUMBERS BEGINS BY SAYING,

02:59PM  12   EMAILS TO OR FROM EMAIL ADDRESSES WITH A DOMAIN NAME, AND THEN

02:59PM  13   LISTS THE DOMAIN NAME AT THERANOS AND THEN CERTAIN BATES

03:00PM  14   NUMBERS.

03:00PM  15         SO THE DOCUMENT LIKE THE ADVIA USER NUMBER IS NOT AN

03:00PM  16   EMAIL, AND IT IS NOT COVERED BY THE STIPULATION.  ITS

03:00PM  17   AUTHENTICITY WOULD STILL NEED TO BE ESTABLISHED THROUGH WITNESS

03:00PM  18   TESTIMONY.  I WANT TO CLARIFY THAT THIS EARLY ON IN THE TRIAL.

03:00PM  19             THE COURT:  THANK YOU.  ANY COMMENT ON THAT?

03:00PM  20             MR. COOPERSMITH:  YOUR HONOR, IF THAT'S THE

03:00PM  21   STIPULATION AND I CONFUSED EMAILS WITH OTHER DOCUMENTS, THEN MY

03:00PM  22   APOLOGIES.

03:00PM  23         I WILL SAY THAT IT'S ASTOUNDING REALLY.  THE WHOLE PURPOSE

03:00PM  24   OF THE STIPULATION, AS I UNDERSTOOD IT, WAS THAT THESE WERE

03:00PM  25   DOCUMENTS THAT THE GOVERNMENT OBTAINED FROM THERANOS.  SO THERE

03:00PM 1     REALLY IS NO DEBATE ABOUT THAT.  SO I'M NOT REALLY SURE WHY

03:00PM 2     THOSE WOULDN'T BE ADMISSIBLE BECAUSE THEY'RE CLEARLY PRODUCED

03:00PM 3     BY THERANOS.  THE GOVERNMENT KNOWS THAT.  THEY OBTAINED THEM.

03:00PM 4          THE COURT:  ARE THEY IN THE STIPULATION?

03:00PM 5          MR. COOPERSMITH:  WELL, APPARENTLY NOT, YOUR HONOR.

03:00PM 6     APPARENTLY NOT, BECAUSE THEY'RE NOT EMAILS.  SO I STAND

03:00PM 7     CORRECTED ON THAT ONE, YES.

03:00PM 8          THE COURT:  OKAY.  AND YOU HAD ANOTHER -- THANK YOU

03:00PM 9     FOR RAISING IT.

03:00PM 10         MR. SCHENK:  THE SECOND THING, MR. COOPERSMITH, I

03:00PM 11    THINK, USED A TRANSCRIPT FROM THE ELIZABETH HOLMES TRIAL TO

03:01PM 12    REFRESH ERIKA CHEUNG, THAT YOUR HONOR ADMITTED AN EXHIBIT IN

03:01PM 13    THE HOLMES TRIAL.

03:01PM 14         IT IS NOT AN APPROPRIATE WAY TO REFRESH THE RECOLLECTION

03:01PM 15    OF THIS WITNESS.  IN FACT, FRANKLY, I THINK IT WAS MORE OF AN

03:01PM 16    EFFORT TO REFRESH YOUR HONOR'S MEMORY THAT YOUR HONOR

03:01PM 17    PREVIOUSLY ADMITTED A CERTAIN EXHIBIT, AND I THINK WE JUST NEED

03:01PM 18    CLARIFICATION EARLY ON IN THE TRIAL:  ARE WE GOING TO ADMIT

03:01PM 19    EXHIBITS OR IS THE DEFENSE GOING TO SAY ESSENTIALLY LAW OF THE

03:01PM 20    CASE, JUDGE.  YOU ADMITTED THIS EXHIBIT IN THE PRIOR TRIAL AND

03:01PM 21    SO IT COMES IN IN THIS TRIAL, BECAUSE WE'RE CERTAINLY GOING TO

03:01PM 22    WANT TO ADMIT EXHIBITS ON THE SAME LATER.

03:01PM 23         THE COURT:  SURE.  I UNDERSTAND.  THAT'S WHY THERE

03:01PM 24    WAS A DELAY WHEN YOU WERE TRYING TO ADMIT THAT EXHIBIT.  I WAS

03:01PM 25    CONFUSED WHAT YOU WERE ACTUALLY TRYING TO DO, WHETHER OR NOT

```
03:01PM   1    YOU WERE USING THE TRANSCRIPT TO REFRESH HER RECOLLECTION, OR

03:01PM   2    WHETHER -- I THINK WHAT YOU TOLD ME WAS, WELL, LET ME REFER YOU

03:01PM   3    TO THE TRANSCRIPT.  MAYBE THAT WILL HELP THE COURT.

03:02PM   4         AND WERE YOU TRYING TO SAY YOU ADMITTED IT BEFORE, TO

03:02PM   5    MR. SCHENK'S POINT, SO WHY DON'T WE ADMIT IT HERE.

03:02PM   6         IF THAT WAS YOUR ATTEMPT -- IS THAT WHAT YOU WERE TRYING

03:02PM   7    TO DO HERE?

03:02PM   8              MR. COOPERSMITH:  RIGHT, YOUR HONOR.

03:02PM   9         AND OBVIOUSLY I DIDN'T WANT TO SAY IN FRONT OF THE JURY

03:02PM  10    THAT YOUR HONOR MADE A PREVIOUSLY RULING OR SOMETHING LIKE

03:02PM  11    THAT.  I DON'T THINK THAT WOULD BE APPROPRIATE.

03:02PM  12         SO I WAS JUST TRYING TO, BECAUSE YOUR HONOR HAD IT IN

03:02PM  13    FRONT OF YOU.

03:02PM  14         AND, NO, IT'S NOT LAW OF THE CASE.  AND, OF COURSE, I DO

03:02PM  15    RECOGNIZE THAT THE COURT, AS WE DISCUSSED BEFORE IN OTHER

03:02PM  16    CONTEXTS, THE COURT COULD MAKE DIFFERENT RULINGS, BUT I DO

03:02PM  17    THINK IT IS RELEVANT THAT WHEN THE GOVERNMENT MAKES EXACTLY THE

03:02PM  18    SAME OBJECTION.  I ASSUMED IT WOULD BE HELPFUL FOR THE COURT TO

03:02PM  19    KNOW HOW YOUR HONOR PREVIOUSLY RULED ON EXACTLY THE SAME ISSUE.

03:02PM  20    EVEN IF YOU'RE NOT BOUND BY IT, IT STILL SEEMS HELPFUL TO KNOW

03:02PM  21    THAT, AND THAT'S WHAT I WAS TRYING TO DO, RIGHT?

03:02PM  22              THE COURT:  OKAY.  ALL RIGHT.  WELL, IF WE'RE GOING

03:02PM  23    TO HAVE DUAL TRACKS, LET ME KNOW, AND I'LL PULL UP THE

03:02PM  24    TRANSCRIPTS FROM THE OTHER TRIAL SO I CAN HAVE THEM TO

03:03PM  25    REFERENCE.
```

03:03PM 1      I SAY THAT TONGUE AND CHEEK BECAUSE WE'RE NOT GOING TO DO

03:03PM 2  THAT.  WE'RE NOT GOING TO DO THAT.

03:03PM 3      YOUR CLIENT IS ENTITLED TO HIS OWN FAIR AND INDEPENDENT

03:03PM 4  TRIAL, AND I APPRECIATE THAT WE ALL RECOGNIZE THE DECISIONS

03:03PM 5  THAT WERE MADE IN THE PREVIOUS CASE WERE UNIQUE TO THAT CASE

03:03PM 6  AND CIRCUMSTANCES.  WE'RE PROBABLY GOING TO TALK ABOUT ANOTHER

03:03PM 7  PIECE OF EVIDENCE HERE IN JUST A MOMENT ABOUT THAT.

03:03PM 8      BUT I APPRECIATE -- I THINK I ADMITTED THAT DOCUMENT IN

03:03PM 9  FOR THE PURPOSE, AND THAT'S FINE.

03:03PM 10     BUT I THINK THERE WAS SOME CONFUSION ABOUT WHAT ARE YOU --

03:03PM 11  WHY WERE YOU REFERRING TO THE TRANSCRIPT?  WAS THIS TO REFRESH

03:03PM 12  HER RECOLLECTION, OR WERE YOU TRYING TO BASICALLY SAY, JUDGE,

03:03PM 13  YOU DID IT BEFORE SO DO IT AGAIN.

03:03PM 14     IT SEEMS LIKE THAT'S WHAT MR. SCHENK'S POINT IS.

03:03PM 15     OKAY.  THANK YOU FOR RAISING THAT.  I APPRECIATE THAT.

03:03PM 16        MR. SCHENK:  YES.  TWO OTHERS, AND I'LL BE VERY

03:03PM 17  QUICK.

03:03PM 18     THE DEFENSE ADDED DURING MR. BOSTIC'S DIRECT ONE RULE 106

03:03PM 19  ADDITION TO A DOCUMENT WHILE MS. CHEUNG WAS ON THE STAND.

03:04PM 20     YOUR HONOR HAS ASKED FOR THE PARTIES, FOR THE GOVERNMENT

03:04PM 21  BEFORE IT PUTS A WITNESS ON TO PROVIDE EXHIBITS TO THE DEFENSE,

03:04PM 22  AND PART OF OUR UNDERSTANDING OF WHY WE DO THAT IS TO MAXIMIZE

03:04PM 23  EFFICIENCY SO WE DON'T HAVE TO EXCUSE THE JURY AND HANDLE

03:04PM 24  ISSUES.

03:04PM 25     AND I WANT TO BE CLEAR THAT I'M SEPARATING OUT THE KIND OF

03:04PM 1     RULE 106 OBJECTION THAT THE DEFENSE MADE FROM HEARSAY

03:04PM 2     OBJECTIONS.

03:04PM 3          WE SENT THEM A LIST OF EXHIBITS.  THEY DON'T KNOW EXACTLY

03:04PM 4     THE QUESTIONS THAT WE'RE GOING TO ASK TO LEAD UP TO ADMIT A

03:04PM 5     DOCUMENT.  SO TO, IN THE MOMENT, MAKE A HEARSAY OBJECTION IS

03:04PM 6     COMPLETELY APPROPRIATE, AND I'M NOT CONCERNED ABOUT THAT

03:04PM 7     QUESTIONING OR AFFECTING EFFICIENCY.

03:04PM 8          BUT RULE 106 ADDITIONS, WHEN WE GAVE A LIST OF 26 EXHIBITS

03:04PM 9     FOR ERIKA CHEUNG ON MARCH 15TH, MORE THAN A WEEK AGO, WE SENT

03:04PM 10    26 EXHIBIT NUMBERS TO THEM.

03:04PM 11         THE COURT KNOWS THE NIGHT BEFORE THEY THOUGHT MS. CHEUNG

03:04PM 12    WAS GOING TO TESTIFY, THEY SOUGHT A MOTION TO EXCLUDE A

03:05PM 13    DOCUMENT, AND NOW THEY'RE MAKING RULE 106 ADDITIONS IN THE

03:05PM 14    MOMENT.

03:05PM 15         AND I THINK IF THAT CONTINUES, THE GOVERNMENT IS GOING TO

03:05PM 16    ASK THE COURT TO ALLEVIATE OUR OBLIGATIONS TO PROVIDE EXHIBITS

03:05PM 17    THE NIGHT BEFORE BECAUSE IT DOESN'T BENEFIT THE EFFICIENCY OF

03:05PM 18    THE PROCESS.

03:05PM 19         IF WHAT WE LOSE IS THE OPPORTUNITY TO MEET AND CONFER OVER

03:05PM 20    106 ADDITIONS, WE'RE LOSING THE BENEFIT, WE REALLY ARE, AT

03:05PM 21    LEAST FROM OUR PERSPECTIVE.  THE SPIRIT OF PROVIDING EXHIBIT

03:05PM 22    NUMBERS IN ADVANCE IS SO WE DON'T HAVE TO EXCUSE THE JURY.

03:05PM 23              THE COURT:  THANK YOU.  THIS WAS A QUESTION THAT I

03:05PM 24    HAD.  I GUESS I DON'T UNDERSTAND WHY WE'RE DOING 106 DURING THE

03:05PM 25    TRIAL.

03:05PM  1      I THOUGHT THAT WAS THE PURPOSE OF PRE-TESTIMONIAL,

03:05PM  2   PRE-WITNESS TESTIMONY, AND REVIEW, AND MEET AND CONFER AND THAT

03:05PM  3   WAS THE PURPOSE OF THE COURT MAKING ITSELF AVAILABLE PRIOR TO

03:05PM  4   THE START OF THE TRIAL TO RESOLVE THESE ISSUES.  I THINK TODAY

03:05PM  5   WE HAD TO EXCUSE THE JURY FOR A NUMBER OF MINUTES TO HAVE A

03:05PM  6   DISCUSSION.

03:05PM  7      AND I REALIZE THAT WE'RE EARLY IN THE TRIAL, SO I THINK

03:05PM  8   IT'S GOOD THAT WE'RE TALKING ABOUT THESE TYPES OF HOUSEKEEPING

03:06PM  9   MEASURES NOW.

03:06PM  10      MR. COOPERSMITH:  SURE, YOUR HONOR.

03:06PM  11      SO I DON'T DISAGREE WITH MR. SCHENK.  I THINK THE GOAL IS,

03:06PM  12   AND WE WILL CERTAINLY ENDEAVOR EVERY CHANCE WE HAVE, WHEN WE

03:06PM  13   GET EXHIBITS IN ADVANCE, WE WILL TRY TO -- IF WE HAVE 106

03:06PM  14   ADDITIONS AND ANY OTHER ISSUES TO MEET AND CONFER WITH THE

03:06PM  15   GOVERNMENT, WE ARE ABLE TO DO THAT, AND WE HAVE DONE THAT

03:06PM  16   BEFORE, AND WE WILL DO THAT AGAIN.  THAT'S NOT AN ISSUE.

03:06PM  17      I DON'T REALLY PLAN TO MAKE 106 OBJECTIONS FOR THE MOST

03:06PM  18   PART.

03:06PM  19      THAT PARTICULAR ONE, YOUR HONOR, JUST TO TELL YOU, THESE

03:06PM  20   WERE ALL GOVERNMENT EXHIBITS.  IT WAS EXHIBIT I THINK 1287,

03:06PM  21   1288, AND 1289, AND THE GOVERNMENT WANTED 1287 AND 1289.  THEY

03:06PM  22   OBVIOUSLY KNOW ABOUT 1288.

03:06PM  23      IT OCCURRED TO ME IN THE MOMENT THAT I THOUGHT IT WAS --

03:06PM  24   IN FAIRNESS 1288 OUGHT TO BE CONSIDERED, AND SO I RAISED IT.

03:06PM  25      IT WAS NOT MY INTENTION TO WASTE THE COURT'S TIME OR THE

03:06PM 1     JURY'S TIME.

03:06PM 2          THAT'S NOT A PLAN THAT I HAVE TO BRING THIS UP AND HAVE

03:07PM 3     THE JURY SENT OUT.  IT'S NOT REALLY WHAT I WANT TO HAVE HAPPEN.

03:07PM 4          BUT THAT DID OCCUR TO ME, AND I GUESS MY CHOICE WAS TO

03:07PM 5     STAND MOOT WHEN I THOUGHT UNFAIRNESS WAS HAPPENING OR TO SPEAK

03:07PM 6     UP, WHICH I ELECTED TO DO.

03:07PM 7          THE COURT:  WELL, THE SOLUTION WAS AN ELEGANT ONE,

03:07PM 8     WASN'T IT?  1287 WAS SUBSTITUTED, AND THAT SEEMED THAT THAT

03:07PM 9     TOOK CARE OF THE SITUATION.

03:07PM 10          MR. COOPERSMITH:  IT DIDN'T, YOUR HONOR.

03:07PM 11          I MEAN, OUR POSITION WAS 1288 HAD OTHER MATERIAL THAT 1287

03:07PM 12     DID NOT HAVE.  SO I SAID IN THE MOMENT, AND I'LL SAY AGAIN, IT

03:07PM 13     DID NOT SOLVE THE PROBLEM, AND THAT'S WHY WE RAISED IT.

03:07PM 14          BUT TO MR. SCHENK'S POINT, YOUR HONOR, IT IS OUR INTENTION

03:07PM 15     TO RAISE 106 ISSUES AS THEY COME UP THE NIGHT BEFORE CERTAINLY

03:07PM 16     IF WE'RE ABLE TO.

03:07PM 17          IF WE GET A DUMP OF 100 DOCUMENTS THE NIGHT BEFORE IT

03:07PM 18     BECOMES TOUGHER, BUT WE'RE GOING TO DO OUR BEST TO MAKE SURE WE

03:07PM 19     MEET AND CONFER AND STREAMLINE THE PROCESS.

03:07PM 20          THE COURT:  OKAY.  THANK YOU.

03:07PM 21          MR. SCHENK.

03:07PM 22          MR. SCHENK:  AND THEN THE LAST ISSUE, THE COURT I

03:07PM 23     THINK IS GOING TO BE ASKED TO GRAPPLE WITH HOW MUCH THE DOOR

03:07PM 24     WAS OPENED BECAUSE OF THE OPENING ON THE LIS ISSUE.

03:08PM 25          AND I KNOW ONE THING THAT THE COURT IS GOING TO HAVE TO

03:08PM   1    WRESTLE WITH IS THE DEFENSE'S BELIEF THAT THEY WERE ALLOWED TO

03:08PM   2    ATTACK AND ASK THE JURY TO QUESTION THE GOVERNMENT'S

03:08PM   3    INVESTIGATION HERE, AND THAT FAILURE TO GET THE LIS FITS WITHIN

03:08PM   4    LEGITIMATE BOUNDS OF ATTACKING THE GOVERNMENT'S INVESTIGATION.

03:08PM   5         AND I WANT TO POINT TO THE COURT TO AN ARGUMENT THAT THE

03:08PM   6    DEFENSE MADE YESTERDAY IN ITS OPENING BECAUSE I THINK IT

03:08PM   7    HIGHLIGHTS THIS ISSUE, AND IT IS -- I'M NOT ASKING THE COURT

03:08PM   8    FOR A RULING ON THIS ISSUE NOW, BUT I WANT TO DO IT WHILE IT'S

03:08PM   9    FRESH IN OUR MINDS.

03:08PM  10         AT THE SAME TIME THE DEFENSE WAS, IN OPENING, ARGUING TO

03:08PM  11    THE JURY THAT THE GOVERNMENT FAILED TO GET LIS, THE DEFENSE

03:08PM  12    TOLD THE JURY BOTH IN THE TRANSCRIPT, AND I'LL READ A PORTION

03:08PM  13    OF IT, AND ALSO ON A SLIDE -- I DON'T HAVE A COPY OF THE SLIDE,

03:08PM  14    BUT I CAN EXPLAIN MY MEMORY OF IT -- THAT THE GOVERNMENT

03:08PM  15    INDICTED THE CASE WITHOUT HAVING THE LIS.

03:08PM  16         THERE WAS A BOX ON A SLIDE.  THEY DIDN'T USE THE WORD

03:08PM  17    "GOVERNMENT INDICTED THE CASE."

03:08PM  18         AND IN THE TRANSCRIPT IT'S ON PAGE 1108.  THEY SAY, AND

03:09PM  19    THIS IS LINE 9, "AND THEN TEN DAYS AFTER THAT THEY INDICTED

03:09PM  20    SUNNY BALWANI."

03:09PM  21         THE DEFENSE KNOWS A GRAND JURY INDICTED THE CASE, AND IF

03:09PM  22    THEY ARE GOING TO ATTACK THE GOVERNMENT'S INVESTIGATION AND SAY

03:09PM  23    THAT THE GOVERNMENT THEN WENT OUT AND MADE DECISIONS, TOOK

03:09PM  24    ACTIONS WITHOUT ENOUGH EVIDENCE, AND ONE OF THE ARGUMENTS THAT

03:09PM  25    THEY MADE TO THE JURY WAS FACTUALLY WRONG.  A GRAND JURY

03:09PM 1     INDICTED THE CASE.  A GRAND JURY, BY THE PROBABLE CAUSE

03:09PM 2     STANDARD, THE EVIDENCE THAT IT WAS PRESENTED, MADE A DECISION.

03:09PM 3     AND THAT'S WHY THE ISSUE HERE IS SO CRYSTALLIZED.

03:09PM 4         THE DEFENSE WANTS THE COURT AND THE JURY, WANTS LATITUDE

03:09PM 5     FROM THE COURT AND WANTS THE JURY TO BELIEVE THAT THE

03:09PM 6     GOVERNMENT'S INVESTIGATION IS FAIR GAME TO ATTACK BY ITS

03:09PM 7     FAILURE TO GET LIS.  AND THE WAY THEY SHOEHORN IT IN IS BY

03:09PM 8     CLAIMING THAT THE GOVERNMENT WENT OUT AND CHARGED MR. BALWANI

03:10PM 9     WITHOUT THE LIS.

03:10PM 10        BUT THE TRUTH IS THAT THE GRAND JURY CHARGED.

03:10PM 11        ORDINARILY, WE DON'T TELL THE TRIAL JURY THAT A GRAND JURY

03:10PM 12    INDICTED THE CASE, THAT THEY MET, THAT THEY CONSIDERED

03:10PM 13    EVIDENCE, AND THAT THEY FOUND BY A PROBABLE CAUSE STANDARD.

03:10PM 14        I'M CONCERNED, THOUGH, THAT WE HAVE TO CORRECT WHAT THE

03:10PM 15    DEFENSE TOLD THE JURY IN THIS CASE BECAUSE IT'S FACTUALLY WRONG

03:10PM 16    AND BECAUSE IT'S SO AT THE HEART OF WHAT MAKES THE LIS ISSUE,

03:10PM 17    IN THE DEFENSE'S MIND, RELEVANT AND FAIR GAME.

03:10PM 18        AND I WANT TO POINT THAT OUT TO THE COURT WHILE IT'S STILL

03:10PM 19    FRESH IN OUR MINDS AND WHILE WE HAVE AN OPPORTUNITY TO THINK OF

03:10PM 20    WHAT THE PROPER SOLUTION IS.

03:10PM 21        IF IT'S A CURATIVE INSTRUCTION, WE'RE HAPPY TO WORK ON

03:10PM 22    THAT.  IF IT HELPS CRYSTALLIZE HOW WIDE THE DOOR IS OPENED,

03:10PM 23    WE'RE HAPPY TO HAVE OUR THOUGHTS ON THAT.

03:10PM 24            THE COURT:  THANK YOU.

03:10PM 25            MR. COOPERSMITH:  YOUR HONOR, A COUPLE OF THOUGHTS

03:10PM  1    COME TO MY MIND, ALTHOUGH I'M JUST GETTING THIS ISSUE RIGHT NOW

03:10PM  2    AT THE MOMENT.

03:10PM  3        SO IT IS TRUE, OF COURSE, THAT THE GOVERNMENT PRESENTED AN

03:10PM  4    INDICTMENT TO THE GRAND JURY, WHICH THEN WOULD HAVE HAD TO

03:10PM  5    VOTE.

03:11PM  6        BUT CLEARLY THE GOVERNMENT ADVOCATED FOR THAT, AND THAT'S

03:11PM  7    WHAT THEY WANT TO HAVE HAPPEN.  I'M NOT SURE THIS DISTINCTION

03:11PM  8    THAT MR. SCHENK IS MAKING IS SOMETHING THAT THE JURORS WOULD

03:11PM  9    GRASP OR EVEN --

03:11PM 10            THE COURT:  WHEN IT'S PUT IN THE CONTEXT OF YOUR

03:11PM 11    COLLEAGUE'S STATEMENT, AND THERE WERE SEVERAL PAGES REGARDING

03:11PM 12    THE LIS.  AND WE'VE LITIGATED THE LIS.  WE'VE TALKED ABOUT

03:11PM 13    THAT.  WE KNOW IT WAS GOING TO BE, IT WAS GOING TO BE AN ISSUE.

03:11PM 14        12:48 P.M. IS WHEN YOUR COLLEAGUE DISCUSSED THE LIS, AND

03:11PM 15    HE WENT ON THROUGH 12:51 AND SUBSEQUENT TO THAT.  IT MIGHT HAVE

03:11PM 16    BEEN 12:56 WHEN HE FINISHED TALKING ABOUT THE LIS ACCORDING TO

03:11PM 17    MY NOTES.  SO THERE WAS FIVE OR SEVEN MINUTES OF A

03:11PM 18    CONVERSATION, INCLUDING THE SLIDES.

03:11PM 19        SO I THINK CONTEXTUALLY WHEN YOU LOOK AT THAT, YOU'RE

03:11PM 20    ABSOLUTELY RIGHT, WE CAN SEPARATE, WELL, THE GOVERNMENT IS THE

03:11PM 21    ONE.  NOBODY ELSE -- SOMEONE OFF THE STREET CAN'T GO IN AND ASK

03:12PM 22    A GRAND JURY TO DO SOMETHING.  ONLY THE GOVERNMENT HAS PURVIEW

03:12PM 23    IN THAT REGARD, SO THAT'S A NATURAL THING.

03:12PM 24            OKAY.  THAT, STANDING ALONE, MIGHT NOT BE A PROBLEM.

03:12PM 25            BUT I THINK WHAT MR. SCHENK IS SAYING, AND WHAT I HAVE

03:12PM 1    SOME CONCERN ABOUT, CANDIDLY, IS WHEN THOSE TWO ITEMS ARE

03:12PM 2    LINKED, THAT DOES CREATE A PERCEPTION THAT IS NOT A CORRECT ONE

03:12PM 3    IN THE CONTEXT OF THE GOVERNMENT DOESN'T GO AND GET AN

03:12PM 4    INDICTMENT.  THE GRAND JURY DOES.

03:12PM 5        NOW, IN MY PRELIMINARY INSTRUCTIONS, I BELIEVE I READ THE

03:12PM 6    INDICTMENT AND IT SAYS "THE GRAND JURY."  I DON'T THINK I READ

03:12PM 7    THE INDICTMENT PER SE, WHICH WE KNOW STARTS OFF WITH THE GRAND

03:12PM 8    JURY AS THE PREDICATE START OF AN INDICTMENT.  I DON'T THINK

03:12PM 9    THEY KNOW THAT.

03:12PM 10       BUT THE CONTEXT OF THIS LIS I THINK IS A SERIOUS ISSUE IN

03:12PM 11   THIS CASE THAT HAS NOW PRESENTED ITSELF.  AND WE ARE GOING TO,

03:12PM 12   ALL OF US, COLLECTIVELY ARE GOING TO HAVE TO THINK ABOUT WHAT

03:13PM 13   IS FAIR FOR BOTH SIDES IN THIS CASE NOW THAT THAT'S OUT THERE

03:13PM 14   AND THAT IT HAS BEEN PRESENTED IN THE WAY THAT IT HAS.

03:13PM 15       IF I LOOK AT MY NOTES -- AND IF YOU LOOKED AT MY NOTEPAD,

03:13PM 16   YOU WOULD SEE THE WORD IS THIS AN INVITATION?  ARE YOU INVITING

03:13PM 17   COMMENT ON THIS?  IT JUST SEEMS THAT THAT'S WHAT YOU WERE

03:13PM 18   DOING.

03:13PM 19       NOW, LET ME SAY, CRITICISM OF THE GOVERNMENT'S CASE IS

03:13PM 20   FAIR GAME.  OBVIOUSLY YOU CAN CRITICIZE THAT THEY'RE NOT GOING

03:13PM 21   TO MEET THEIR BURDEN OF PROOF, THAT THERE'S GOING TO BE A

03:13PM 22   FAILURE OF PROOF AS TO THIS CASE.  THAT IS FAIR GAME, AND THE

03:13PM 23   DEFENSE CAN ALWAYS, ALWAYS CRITICIZE THE EVIDENCE IN THE CASE.

03:13PM 24   THAT IS PART OF THE TRIAL PROCESS.  WE KNOW THAT.

03:13PM 25       BUT TO RAISE IT IN THE CONTEXT, AS WE ALL KNOW AND THE

03:13PM 1    JURY DOESN'T, THE CIRCUMSTANCES OF THE LIS AND WHY IT'S NOT

03:13PM 2    AVAILABLE, THE COMPLETE STORY SHALL I SAY, ABOUT THE LIS THAT

03:13PM 3    WE ALL KNOW ABOUT, PART OF THAT WAS DISCUSSED IN THE OTHER

03:14PM 4    TRIAL, BUT MUCH OF IT WASN'T FOR A VARIETY OF REASONS.

03:14PM 5        BUT WE KNOW, WE KNOW WHAT THAT TRANSCRIPT IS.  AND I THINK

03:14PM 6    THE STRUGGLE WE'RE ALL GOING TO HAVE IS HOW MUCH OF THAT STORY

03:14PM 7    COMES IN, IF ANY, INTO THIS TRIAL.

03:14PM 8            MR. COOPERSMITH:  YES, YOUR HONOR, I THINK THAT IS

03:14PM 9    FAIR COMMENT.

03:14PM 10       FROM THE DEFENSE STANDPOINT WE ARE SAYING, YES, THE

03:14PM 11   GOVERNMENT DOES NOT HAVE SUFFICIENT EVIDENCE TO PROVE THEIR

03:14PM 12   CASE.

03:14PM 13           THE COURT:  SURE.

03:14PM 14           MR. COOPERSMITH:  WE ALSO ARE SAYING, AND I THINK --

03:14PM 15   I DON'T HAVE THE CITE OFF THE TOP OF MY HEAD, BUT THE COURT

03:14PM 16   MADE A PREVIOUS RULING IN THE OTHER CASE THAT WE ARE

03:14PM 17   PERMITTED -- AND I DON'T THINK MR. SCHENK WAS DISAGREEING WITH

03:14PM 18   THIS AS I UNDERSTOOD HIS COMMENTS -- WE CAN ALSO ATTACK THE

03:14PM 19   ADEQUACY OF THE INVESTIGATION.  WE CAN TALK ABOUT THE

03:14PM 20   SLOPPINESS OF THE INVESTIGATION IF WE WANT TO PRESENT EVIDENCE

03:14PM 21   ON THAT, THAT I ALSO THINK IS FAIR GAME.

03:14PM 22       NOW, AS I SAID YESTERDAY, YOUR HONOR, IT DOES OPEN THE

03:14PM 23   DOOR TO SOMETHING.  AND IF THE GOVERNMENT WANTS TO ARGUE THAT

03:14PM 24   OR PUT ON EVIDENCE THAT ACTUALLY IT WAS THERANOS THAT WAS

03:15PM 25   RESPONSIBLE, OR SOMETHING LIKE THAT, OR THEIR LAW FIRM, THEY

03:15PM 1    CAN DO THAT.

03:15PM 2        BUT THAT'S DIFFERENT FROM, YOU KNOW, TRYING TO SAY IT'S

03:15PM 3    MR. BALWANI'S FAULT, AND WE TALKED ABOUT THOSE ISSUES.  THIS

03:15PM 4    MIGHT NOT BE THE TIME RIGHT THIS SECOND TO HEAR THAT OUT.

03:15PM 5        THE COURT:  WELL, WE ALL KNOW, WE ALL KNOW AT LEAST

03:15PM 6    -- I THINK THERE'S INFORMATION THAT I BELIEVE EVERYBODY HAS AS

03:15PM 7    TO THE LIS, AND I'M NOT TRYING TO ASK YOU TO THINK CREATIVELY,

03:15PM 8    BUT JUST THINK ABOUT THE GENESIS OF THE LIS, LET ME PUT IT THAT

03:15PM 9    WAY.

03:15PM 10       WE KNOW THE CIRCUMSTANCES OF THE LIS.  IF WE'RE GOING TO

03:15PM 11   TALK ABOUT THE LIS, AND WHAT WAS THE EVOLUTION OF THE LIS, AND

03:15PM 12   FROM WHENCE DID IT COME, AND HOW DID IT MEET ITS DEMISE, YOU

03:15PM 13   KNOW, THERE'S A FULSOME STORY THERE, YOU KNOW, THAT THIS DOOR

03:15PM 14   THAT WE HAVE TALKED ABOUT BEING OPENED.

03:15PM 15       YOU KNOW, LEWIS CARROLL WROTE ABOUT A SMALL LITTLE DOOR

03:15PM 16   AND A LITTLE GIRL GOING THROUGH THE DOOR THAT OPENED A VERY,

03:16PM 17   VERY UNIQUE ENVIRONMENT.  AND I'M NOT LEWIS CARROLL, AND

03:16PM 18   NEITHER ARE YOU.

03:16PM 19       BUT I JUST TELL YOU THERE IS A DOOR THAT HAS BEEN OPENED,

03:16PM 20   AND I THINK OUR CONVERSATIONS ARE GOING TO, IN THE FUTURE, ARE

03:16PM 21   GOING TO DETERMINE WHAT IS THE RESULT OF THAT.

03:16PM 22       SO I'M COGNIZANT OF THIS.

03:16PM 23       AND MR. SCHENK'S POINT, LET ME JUST SAY, I THINK HIS POINT

03:16PM 24   IS WELL RAISED, WELL RAISED ABOUT THE CONTEXT OF THE OPENING

03:16PM 25   STATEMENT FROM YOUR COLLEAGUE YESTERDAY AND THE POINTS THAT IT

03:16PM 1    DOES RAISE.

03:16PM 2        I'M NOT BEING CRITICAL OF THE STATEMENT AT ALL.  I'M JUST

03:16PM 3    SAYING THAT THE LANDSCAPE HAS SHIFTED A LITTLE BIT AS TO THAT,

03:16PM 4    AND I THINK IT DRAWS OUR ATTENTION.

03:16PM 5        MR. COOPERSMITH:  YOUR HONOR, I UNDERSTAND.

03:16PM 6        THE POINT MR. SCHENK IS SPECIFICALLY RAISING, THOUGH, AS I

03:16PM 7    UNDERSTOOD IT, WAS ABOUT MR. CAZARES'S CHARACTERIZATION OF THE

03:16PM 8    GOVERNMENT INDICTING AS OPPOSED TO THE GRAND JURY INDICTING.

03:16PM 9        THE COURT:  SURE.

03:16PM 10        MR. COOPERSMITH:  AND WE ALL KNOW -- I WON'T QUOTE

03:16PM 11   THE OLD ADAGE ABOUT THE GRAND JURY, AND I KNOW THE COURT AND

03:17PM 12   THE GOVERNMENT ARE PROBABLY FAMILIAR WITH THAT.

03:17PM 13        BUT I THINK THAT WHAT WOULD HAPPEN HERE, RIGHT, IF WE WENT

03:17PM 14   DOWN THE ROAD THAT MR. SCHENK I THINK IS SUGGESTING, THAT WE'RE

03:17PM 15   GOING TO SOMEHOW TELL THE JURY THAT THERE WAS THIS OTHER BODY

03:17PM 16   OF PEOPLE CALLED THE GRAND JURY WHO VOTED AND IT'S A DIFFERENT

03:17PM 17   STANDARD, IT GETS PRETTY CONFUSING, BUT FOR JURORS WHO AREN'T

03:17PM 18   COMFORTABLE OR USED TO THE SYSTEM.

03:17PM 19        BUT WHAT I WANTED TO SAY IS TWO THINGS:  ONE, THE COURT

03:17PM 20   HAS ALREADY INSTRUCTED THE JURY AND WILL INSTRUCT THEM AGAIN

03:17PM 21   ABOUT "WHAT IS EVIDENCE" IN THE CASE, AND THE COURT INSTRUCTED

03:17PM 22   THE JURY.  AND I KNOW THE COURT HAS, IN OTHER CONTEXTS, HAD A

03:17PM 23   LOT OF CONFIDENCE IN JURORS FOLLOWING THE COURT'S INSTRUCTIONS,

03:17PM 24   AND THE INSTRUCTION HERE THAT OPENING STATEMENTS ARE NOT

03:17PM 25   EVIDENCE.  AND I THINK MR. SCHENK COULD SAY THINGS, AND THE

1380

```
03:17PM   1    COURT HAS ALREADY TOLD THE JURY BASICALLY DON'T CONSIDER THAT

03:17PM   2    TO BE EVIDENCE.

03:17PM   3        THE SECOND THING IS THAT IF WE DID GO DOWN THAT ROAD AND

03:17PM   4    WE'RE TALKING ABOUT, WELL, WHAT DOES THE GRAND JURY REALLY

03:17PM   5    MEAN?  WHAT IS THE DEPARTMENT OF JUSTICE'S OBLIGATIONS?

03:17PM   6        THE DEPARTMENT OF JUSTICE'S MANUAL REQUIRES THEM TO HAVE

03:18PM   7    THE CONFIDENCE THAT THEY HAVE A BEYOND-A-REASONABLE-DOUBT CASE

03:18PM   8    BEFORE THE GOVERNMENT AND GRAND JURY, AND THAT'S THE PRACTICE

03:18PM   9    OF EVERY U.S. ATTORNEY'S OFFICE THAT I HAVE EVER HEARD OF, AND

03:18PM  10    I DON'T THINK MR. SCHENK'S OFFICE IS ANY DIFFERENT.

03:18PM  11        IF WE'RE GOING TO GO DOWN THAT ROAD, WE CAN TALK ABOUT

03:18PM  12    WHAT THEY ARE REQUIRED TO DO AND WHAT THEY'RE REQUIRED TO KNOW.

03:18PM  13        AND OUR POSITION, WHICH I THINK IS FAIR GAME IN THIS CASE,

03:18PM  14    IS THAT THE GOVERNMENT ASKED FOR THE LIS WITH A SUBPOENA, AND

03:18PM  15    THEN INDICTED TEN DAYS LATER WITHOUT EVEN GETTING IT OR EVEN

03:18PM  16    KNOWING WHETHER THEY WOULD GET IT.  I THINK THAT'S RELEVANT TO

03:18PM  17    THEIR QUALITY OF THE INVESTIGATION AND THE RUSH TO JUDGMENT

03:18PM  18    THAT OCCURRED HERE, AND THAT'S OUR POSITION.

03:18PM  19            THE COURT:  OKAY.  WELL, I SUPPOSE -- THANK YOU FOR

03:18PM  20    THE INFORMATION.  IN TRIAL ONE PROCEEDS AT THEIR OWN PERIL.

03:18PM  21            MR. COOPERSMITH:  THAT IS FOR SURE, YOUR HONOR.

03:18PM  22            THE COURT:  OKAY.  ANYTHING FURTHER?

03:18PM  23            MR. COOPERSMITH:  NO.  THANK YOU.

03:18PM  24            MR. SCHENK:  NO.

03:18PM  25            THE COURT:  ALL RIGHT.  HAVE A GREAT WEEKEND.
```

03:18PM 1          MR. CAZARES:  THANK YOU, YOUR HONOR.

03:19PM 2          THE CLERK:  COURT IS ADJOURNED.

03:19PM 3      (COURT ADJOURNED AT 3:19 P.M.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

       UNITED STATES OF AMERICA,        )
6                                        )  CR-18-00258-EJD
                    PLAINTIFF,           )
7                                        )  SAN JOSE, CALIFORNIA
               VS.                       )
8                                        )  MARCH 30, 2022
       RAMESH "SUNNY" BALWANI,           )
9                                        )  VOLUME 11
                    DEFENDANT.           )
10     _____  )  PAGES 1444 - 1682

11

12                 TRANSCRIPT OF TRIAL PROCEEDINGS
              BEFORE THE HONORABLE EDWARD J. DAVILA
13                 UNITED STATES DISTRICT JUDGE

14     A P P E A R A N C E S:

15     FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                              BY:  JOHN C. BOSTIC
16                                 JEFFREY B. SCHENK
                              150 ALMADEN BOULEVARD, SUITE 900
17                            SAN JOSE, CALIFORNIA 95113

18                            BY:  ROBERT S. LEACH
                                   KELLY VOLKAR
19                            1301 CLAY STREET, SUITE 340S
                              OAKLAND, CALIFORNIA 94612
20
            (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21
       OFFICIAL COURT REPORTER:
22                              IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                CERTIFICATE NUMBER 8074
23

24          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED WITH COMPUTER
25

1448

```
1    SAN JOSE, CALIFORNIA                     MARCH 30, 2022

2                      P R O C E E D I N G S

3        (COURT CONVENED AT 9:03 A.M.)

4        (JURY IN AT 9:03 A.M.)

5            THE COURT:  THANK YOU AGAIN FOR YOUR COURTESY.

6        WE'RE BACK ON THE RECORD IN THE BALWANI MATTER.  ALL

7    COUNSEL ARE PRESENT.

8        MS. CHEUNG IS PRESENT ON THE STAND.

9            GOOD MORNING, LADIES AND GENTLEMEN OF THE JURY.  IT'S NICE

10   TO SEE YOU ALL AGAIN.

11       I HOPE YOU HAD PLEASANT TRAVELS, THOSE OF YOU WHO

12   TRAVELED, AND A PLEASANT TIME OFF.

13       LET ME, BEFORE WE BEGIN, LET ME ASK YOU THAT QUESTION

14   AGAIN, PLEASE.

15           DURING OUR BREAK, HAVE ANY OF YOU HAD OCCASION TO EITHER

16   DO ANY INDEPENDENT RESEARCH TO COMMUNICATE, TO READ, SEE, OR

17   LEARN ANYTHING ABOUT THIS CASE?  IF SO, WOULD YOU PLEASE RAISE

18   YOUR HAND.

19       I SEE NO HANDS.

20           THANK YOU VERY MUCH, LADIES AND GENTLEMEN.  I APPRECIATE

21   IT.

22       MR. COOPERSMITH, WOULD YOU LIKE TO CONTINUE YOUR

23   EXAMINATION.

24           MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU.

25           THE COURT:  MS. CHEUNG, I'LL REMIND YOU, YOU'RE
```

ER-836

09:04AM  1    STILL UNDER OATH.

09:04AM  2         IF YOU COULD JUST STATE YOUR NAME AGAIN, PLEASE.

09:04AM  3              THE WITNESS:  MY NAME IS ERIKA CHEUNG.

09:04AM  4              THE COURT:  THANK YOU.

09:04AM  5         **(GOVERNMENT'S WITNESS, ERIKA CHEUNG, WAS PREVIOUSLY**

09:04AM  6    **SWORN.)**

09:04AM  7                   **CROSS-EXAMINATION (RESUMED)**

09:04AM  8    BY MR. COOPERSMITH:

09:04AM  9    Q.   WELCOME BACK, MS. CHEUNG.

09:04AM 10    A.   GOOD MORNING.

09:04AM 11    Q.   GOOD MORNING.

09:04AM 12         I WANT TO PICK UP WHERE WE LEFT OFF AND TALK ABOUT

09:04AM 13    EXHIBIT 3741A, WHICH I THINK WAS THE LAST EXHIBIT THAT WE WERE

09:04AM 14    LOOKING AT BEFORE WE BROKE LAST WEEK.  IT SHOULD BE IN THE

09:04AM 15    GOVERNMENT'S BINDER.

09:05AM 16         DO YOU HAVE THAT IN FRONT OF YOU?

09:05AM 17    A.   YES.

09:05AM 18    Q.   THANK YOU.

09:05AM 19         IF YOU COULD TURN IN PARTICULAR TO THE PAGE, AT THE VERY

09:05AM 20    BOTTOM IN THE MIDDLE THERE ARE PAGE NUMBERS, AND THE PAGE I

09:05AM 21    WOULD LIKE TO REFER YOU TO IS PAGE 6.

09:05AM 22         AND DO YOU REMEMBER ON DIRECT EXAMINATION, AND I KNOW IT'S

09:05AM 23    BEEN OVER A WEEK NOW, BUT ON DIRECT EXAMINATION MR. BOSTIC WAS

09:05AM 24    ASKING YOU ABOUT THIS PAGE, AND YOU WERE IDENTIFYING SOME OF

09:05AM 25    THE TESTS THAT YOU THOUGHT WERE RUN ON THE EDISON DEVICE THAT

09:05AM  1     THERANOS HAD.

09:05AM  2          DO YOU REMEMBER THAT?

09:05AM  3     A.   YES.

09:05AM  4     Q.   OKAY.  AND I JUST WANT TO GO OVER THOSE WITH YOU A BIT.

09:05AM  5          YOU SAID ON DIRECT THAT YOU THOUGHT THERE WERE ABOUT FIVE

09:05AM  6     ASSAYS THAT WERE RUNNING ON EDISON?

09:05AM  7     A.   YES, I BELIEVE SO.

09:06AM  8     Q.   OKAY.  AND LET'S JUST GO THROUGH THOSE AND SEE IF YOU CAN

09:06AM  9     REMEMBER, AND IF NOT, I THINK I CAN HELP YOU REFRESH YOUR

09:06AM  10    MEMORY.

09:06AM  11         BUT LET'S LOOK FIRST AT THE REPRODUCTIVE HEALTH SECTION.

09:06AM  12    A.   YES.

09:06AM  13    Q.   AND THEN THERE'S A TEST CALLED ESTRADIOL.

09:06AM  14         DO YOU SEE THAT?

09:06AM  15    A.   YES.

09:06AM  16    Q.   AND THAT WAS RUN ON EDISON?

09:06AM  17    A.   I WASN'T THERE WHEN THAT WAS RUN ON EDISON.

09:06AM  18    Q.   OKAY.  IT WASN'T RUN ON EDISON WHEN YOU WERE THERE?

09:06AM  19    A.   YEAH.

09:06AM  20    Q.   OKAY.  SO THERE COULD BE TESTS LISTED ON THIS DOCUMENT

09:06AM  21    THAT WERE AT SOME POINT RUN ON EDISON, BUT IT MIGHT HAVE BEEN

09:06AM  22    AFTER THE TIME THAT YOU WORKED AT THERANOS?

09:06AM  23    A.   THAT IS CORRECT.

09:06AM  24    Q.   OKAY.  HCG, WAS THAT RUN ON EDISON WHILE YOU WERE THERE?

09:06AM  25    A.   YES.

09:06AM   1    Q.   OKAY.  AND THEN PROLACTIN?

09:06AM   2    A.   NO.

09:06AM   3    Q.   OKAY.  SO IF THAT WAS RUN ON EDISON, YOU WOULDN'T KNOW

09:06AM   4    ANYTHING ABOUT THAT?

09:06AM   5    A.   CORRECT.

09:06AM   6    Q.   AND JUST TO QUICKLY DIGRESS, IF IT WAS RUN ON EDISON AT

09:07AM   7    SOME OTHER POINT, YOU WOULD EXPECT THAT THERE WOULD BE A

09:07AM   8    VALIDATION REPORT BEFORE IT WAS RUN ON THE CLIA CLINICAL LAB?

09:07AM   9    A.   I COULDN'T BE CERTAIN.

09:07AM  10    Q.   BUT THAT WAS THE PRACTICE WHEN YOU WERE THERE; RIGHT?

09:07AM  11    A.   YES.

09:07AM  12    Q.   SO IT COULD BE SOME VALIDATION REPORTS WERE SIGNED AFTER

09:07AM  13    YOU LEFT?

09:07AM  14    A.   CORRECT.

09:07AM  15    Q.   OR MAYBE YOU JUST DIDN'T KNOW ABOUT THEM?

09:07AM  16    A.   CORRECT.

09:07AM  17    Q.   AND HOW ABOUT IF YOU GO TO THE VERY BOTTOM OF THE

09:07AM  18    REPRODUCTIVE HEALTH SECTION -- ACTUALLY, BEFORE WE GET TO THE

09:07AM  19    VERY BOTTOM, THERE'S ONE CALLED SEX HORMONE BINDING GLOBULIN,

09:07AM  20    SHBG.

09:07AM  21         DO YOU SEE THAT?

09:07AM  22    A.   YES.

09:07AM  23    Q.   AND WAS THAT RUN ON EDISON WHILE YOU WERE THERE?

09:07AM  24    A.   NO.

09:07AM  25    Q.   OKAY.  AND THEN TESTOSTERONE, TOTAL?

09:07AM  1      A.   THAT WAS.

09:07AM  2      Q.   THAT WAS.  OKAY.

09:07AM  3           AND THEN IF YOU GO TO THE THYROID SECTION T3, TOTAL --

09:07AM  4      TRIIODOTHYRONINE, TOTAL.

09:07AM  5           DO YOU SEE THAT?

09:07AM  6      A.   YES.

09:07AM  7      Q.   AND THAT WAS RUN ON EDISON WHILE YOU WERE THERE?

09:08AM  8      A.   YES.

09:08AM  9      Q.   AND T4, FREE -- THYROXINE, FREE?

09:08AM 10      A.   CORRECT.

09:08AM 11      Q.   AND THAT WAS RUN WHILE YOU WERE THERE?

09:08AM 12      A.   YES.

09:08AM 13      Q.   THANK YOU.  AND THEN T4, TOTAL -- THYROXINE, TOTAL?

09:08AM 14      A.   THAT WASN'T RUN.

09:08AM 15      Q.   SO IF IT WAS RUN ON EDISON, IT COULD HAVE BEEN AFTER YOUR

09:08AM 16      TIME?

09:08AM 17      A.   YES.

09:08AM 18      Q.   AND THEN THYROID STIMULATING HORMONE, TSH?

09:08AM 19      A.   THAT WAS RUN.

09:08AM 20      Q.   OKAY.  AND THEN GO TO THE, IF YOU COULD, GO TO THE SECTION

09:08AM 21      ON ALPHABETICAL TESTS.

09:08AM 22           DO YOU SEE THAT?

09:08AM 23      A.   YES.

09:08AM 24      Q.   AND THEN TOWARDS THE END OR IN THE MIDDLE OF THE VERY LAST

09:08AM 25      COLUMN THERE'S ONE FOR PSA, TOTAL.

CHEUNG CROSS BY MR. COOPERSMITH (RES.)        1453

09:08AM   1          WAS THAT RUN ON THE EDISON WHILE YOU WERE THERE?

09:08AM   2     A.   YES.

09:08AM   3     Q.   AND THEN GOING DOWN, VITAMIN B-12?

09:08AM   4     A.   NO, THAT WASN'T RUN WHILE I WAS THERE.

09:08AM   5     Q.   OKAY.  AND THEN VITAMIN D 25-OH?

09:08AM   6     A.   CORRECT.

09:08AM   7     Q.   AND THAT WAS ONE THAT WAS RUN WHILE YOU WERE THERE?

09:09AM   8     A.   YES.

09:09AM   9     Q.   OKAY.  AND THEN ALL OF THE ONES THAT I NAMED, YOU

09:09AM  10     UNDERSTAND THAT ALL OF THEM, INCLUDING THE ONES THAT WERE RUN

09:09AM  11     ON EDISON WHILE YOU WERE THERE, ARE ALL IMMUNOASSAYS?

09:09AM  12     A.   I COULDN'T BE CERTAIN FOR ALL OF THEM.

09:09AM  13     Q.   YOU'RE NOT SURE WHICH ONES ARE IMMUNOASSAYS AND WHICH ONES

09:09AM  14     AREN'T?

09:09AM  15     A.   NOT FOR THE ONES I DIDN'T WORK WITH.

09:09AM  16     Q.   OKAY.  BUT FOR THE ONES YOU WORKED WITH AND YOU

09:09AM  17     IDENTIFIED, YOU UNDERSTAND THAT THOSE WERE IMMUNOASSAYS?

09:09AM  18     A.   YES.

09:09AM  19     Q.   AND THEN THE OTHER ONES, YOU'RE NOT SURE WHETHER THEY ARE

09:09AM  20     OR AREN'T?

09:09AM  21     A.   CORRECT.

09:09AM  22     Q.   ALL RIGHT.  AND IF YOU GO TO THE FIRST PAGE OF THE

09:09AM  23     EXHIBIT, WHICH IS PAGE 1, AND THEN YOU SEE THERE'S AN ASSAY

09:09AM  24     CALLED -- AT THE TOP AND THEY'RE ALL ALPHABETICAL SO WE CAN

09:09AM  25     FIND THEM -- ALPHA-1-ACID GLYCOPROTEIN.

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                    1454

09:09AM   1          DO YOU SEE THAT?

09:09AM   2     A.   YES.

09:09AM   3     Q.   AND DO YOU UNDERSTAND THAT THAT IS ALSO AN IMMUNOASSAY?

09:09AM   4     A.   NO.

09:09AM   5     Q.   YOU DON'T KNOW ONE WAY OR THE OTHER?

09:09AM   6     A.   EXACTLY, I DON'T KNOW ONE WAY OR THE OTHER.

09:09AM   7     Q.   HOW ABOUT GOING DOWN THE PAGE APOLIPOPROTEIN A-1

09:10AM   8     (APO A-1)?

09:10AM   9     A.   I DON'T KNOW.

09:10AM  10     Q.   YOU DIDN'T KNOW WHETHER THIS WAS AN IMMUNOASSAY OR NOT?

09:10AM  11     A.   I DIDN'T WORK ON THIS ONE, NO.

09:10AM  12     Q.   OKAY.  AND THEN RIGHT UNDER THAT APOLIPOPROTEIN B (APO B).

09:10AM  13          DO YOU UNDERSTAND THAT THAT IS ALSO AN IMMUNOASSAY?

09:10AM  14     A.   I DIDN'T WORK ON THIS ONE, EITHER.

09:10AM  15     Q.   AND GOING DOWN TO THE B'S, BETA-2 MICROGLOBULIN.

09:10AM  16          DO YOU UNDERSTAND THAT'S AN ASSAY?

09:10AM  17     A.   NO.

09:10AM  18     Q.   AND THEN -- THESE ARE HARD WORDS.  I'LL SLOW DOWN.

09:10AM  19          UNDER THE C'S IN THE MIDDLE OF THE SECOND COLUMN THERE'S

09:10AM  20     ONE CALLED COMPLEMENT COMPONENT 3 ANTIGEN.

09:10AM  21          DO YOU SEE THAT?

09:10AM  22     A.   YES.

09:10AM  23     Q.   AND YOU UNDERSTAND THAT'S AN IMMUNOASSAY?

09:10AM  24     A.   NO.  AGAIN, I DON'T KNOW.

09:10AM  25     Q.   OKAY.  COMPLEMENT COMPONENT 4 ANTIGEN, THE NEXT ONE, YOU

ER-842

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                    1455

09:11AM   1     UNDERSTAND THAT'S AN IMMUNOASSAY?

09:11AM   2     A.   I DON'T KNOW.

09:11AM   3     Q.   HOW ABOUT GOING DOWN TOWARDS THE END OF THE C'S,

09:11AM   4     CYSTATIN C?

09:11AM   5     A.   AGAIN, I DON'T KNOW.

09:11AM   6     Q.   GOING TO THE NEXT PAGE.

09:11AM   7          DO YOU UNDERSTAND THAT FERRITIN, UNDER THE F'S, IS AN

09:11AM   8     ANALYTE THAT COULD BE MEASURED USING AN IMMUNOASSAY?

09:11AM   9     A.   AGAIN, I DON'T KNOW.

09:11AM  10     Q.   AND THEN IF YOU GO TO THE I'S, IGA, DO YOU UNDERSTAND

09:11AM  11     WHETHER THAT'S AN IMMUNOASSAY?

09:11AM  12     A.   I DIDN'T WORK ON ANY OF THE --

09:11AM  13     Q.   OR IGG?

09:11AM  14     A.   IN THE CONTEXT OF THERANOS, NO, I DIDN'T.  I DON'T.

09:11AM  15     Q.   OKAY.  BUT DO YOU UNDERSTAND IN ANY WAY THAT IGG IS AN

09:11AM  16     IMMUNOASSAY OR COULD BE MEASURED USING AN IMMUNOASSAY?

09:11AM  17     A.   IT COULD BE, BUT I DIDN'T KNOW AT THAT TIME WHAT THESE

09:11AM  18     WERE USED FOR.

09:11AM  19     Q.   OKAY.

09:11AM  20     A.   OR USED WITH.

09:11AM  21     Q.   THANK YOU.

09:11AM  22          AND THEN IGM, DO YOU UNDERSTAND THAT THAT COULD BE

09:12AM  23     MEASURED USING AN IMMUNOASSAY?

09:12AM  24     A.   AGAIN, I DON'T KNOW.

09:12AM  25     Q.   OKAY.  IF YOU TURN TO THE NEXT PAGE, PAGE 3 OF THE

09:12AM  1    EXHIBIT.

09:12AM  2         UNDER THE P'S, PREALBUMIN, DO YOU SEE THAT?

09:12AM  3    A.   YES.

09:12AM  4    Q.   AND DO YOU UNDERSTAND THAT THAT IS ONE THAT ALSO COULD BE

09:12AM  5    MEASURED USING AN IMMUNOASSAY?

09:12AM  6    A.   AGAIN, I DON'T KNOW.

09:12AM  7    Q.   AND THEN UNDER THE S'S, STREPTOLYSIN O ANTIBODY TITER

09:12AM  8    (ASO).

09:12AM  9         DO YOU SEE THAT?

09:12AM  10   A.   AGAIN, I DON'T KNOW.

09:12AM  11   Q.   YOU DON'T KNOW IF IT'S AN IMMUNOASSAY OR NOT?

09:12AM  12   A.   NOT IN THE CONTEXT OF WHEN I WORKED AT THERANOS, NO.

09:12AM  13   Q.   OKAY.  BUT DO YOU UNDERSTAND FROM ANY CONTEXT THAT IT

09:12AM  14   COULD BE MEASURED USING AN IMMUNOASSAY SYSTEM?

09:12AM  15   A.   FOR THE ANTIBODY, SURE, YEAH, IT COULD.

09:12AM  16   Q.   OKAY.  NOW, YOU TESTIFIED ON DIRECT THAT YOU THOUGHT THAT

09:13AM  17   THE EDISON COULD ONLY DO 12 TESTS?

09:13AM  18   A.   I TESTIFIED THAT THE EDISON ONLY DID 12 TESTS.

09:13AM  19   Q.   OKAY.  BUT LET'S JUST MAKE SURE WE'RE CLEAR ON THAT.

09:13AM  20        AM I CORRECT IN SAYING THAT YOU DON'T KNOW WHETHER THE

09:13AM  21   EDISON COULD DO MORE THAN 12 TESTS, YOU JUST OBSERVED WHILE YOU

09:13AM  22   WERE THERE IT DID SOME TESTS AND YOU AT SOME POINT BECAME AWARE

09:13AM  23   THAT IT ACTUALLY DID 12 TESTS?

09:13AM  24   A.   CAN YOU REPEAT THAT QUESTION?

09:13AM  25   Q.   SURE.  SORRY.

09:13AM  1           ARE YOU AWARE THAT -- DID YOU TESTIFY ON DIRECT THAT THE

09:13AM  2     EDISON ACTUALLY DID 12 TESTS IN THE THERANOS CLIA LAB?

09:13AM  3     A.   YES, THE EDISON DID 12 TESTS IN THE CLIA LAB.

09:13AM  4     Q.   AND NOT ALL OF THOSE WERE ONLINE IN THE CLINICAL LAB WHILE

09:13AM  5     YOU WERE THERE; CORRECT?

09:13AM  6     A.   REPEAT THAT QUESTION ONE MORE TIME.

09:13AM  7     Q.   WERE ALL 12 TESTS RUN ON EDISON, ALL WORKING IN THE CLIA

09:13AM  8     LAB OR OPERATIONAL IN THE CLIA LAB WHILE YOU WERE THERE?

09:14AM  9     A.   NO.

09:14AM 10     Q.   OKAY.

09:14AM 11     A.   THEY WERE TECHNICALLY SET TO BE PERFORMED IN THE CLIA LAB,

09:14AM 12     BUT WE DIDN'T NECESSARILY HAVE THEM ALL ON BOARDED TO ACTUALLY

09:14AM 13     ACTIVELY RUN IN THE CLINICAL LAB.

09:14AM 14     Q.   OKAY.  BECAUSE THEY WERE BROUGHT BASICALLY ONE BY ONE AS

09:14AM 15     THE VALIDATION REPORT AND THOSE STUDIES WERE DONE?

09:14AM 16     A.   SOMETIMES.

09:14AM 17     Q.   OKAY.  BUT YOU DON'T KNOW ONE WAY OR THE OTHER WHETHER THE

09:14AM 18     EDISON COULD DO MORE THAN 12 TESTS; RIGHT?

09:14AM 19     A.   THE EDISON -- I MEAN, YOU COULD ONBOARD MORE ASSAYS ONTO

09:14AM 20     THE EDISON, BUT IN TERMS OF MY TIME WORKING THERE, THOSE -- WE

09:14AM 21     ONLY HAD 12 TESTS THAT WERE RUNNING ON THE EDISON THAT HAD THE

09:14AM 22     CAPACITY TO BE RUN ON THE EDISON.

09:14AM 23     Q.   OKAY.  BUT THERE'S NO REASON WHY THE COMPANY COULDN'T HAVE

09:14AM 24     TAKEN ANY OF THE OTHER IMMUNOASSAYS THAT I JUST REFERRED TO,

09:14AM 25     ASSUMING THAT THOSE ARE IMMUNOASSAYS, AND ALSO ONBOARD THOSE

09:14AM  1    ONTO THE EDISON?

09:14AM  2              MR. BOSTIC:  OBJECTION.  FOUNDATION.  CALLS FOR

09:14AM  3    SPECULATION.

09:14AM  4              THE COURT:  SUSTAINED FOR SPECULATION.

09:15AM  5    BY MR. COOPERSMITH:

09:15AM  6    Q.   WELL, DO YOU KNOW ONE WAY OR THE OTHER WHETHER THERANOS

09:15AM  7    COULD HAVE PUT MORE IMMUNOASSAYS ONTO THE EDISON IF IT HAD

09:15AM  8    DECIDED TO DO THE VALIDATION STUDIES?  DO YOU KNOW ONE WAY OR

09:15AM  9    THE OTHER?

09:15AM  10             MR. BOSTIC:  SAME OBJECTION.

09:15AM  11             THE COURT:  WITHOUT A FOUNDATION I'LL SUSTAIN THE

09:15AM  12   OBJECTION.

09:15AM  13             MR. COOPERSMITH:  I'M JUST ASKING HER UNDERSTANDING,

09:15AM  14   BUT I'LL ASK ANOTHER QUESTION.

09:15AM  15   Q.   MS. CHEUNG, DO YOU HAVE AN UNDERSTANDING AS TO WHETHER THE

09:15AM  16   COMPANY COULD HAVE PUT MORE IMMUNOASSAYS ONTO THE EDISON IF IT

09:15AM  17   HAD SO CHOSE?

09:15AM  18   A.   I'M SORRY, COULD YOU REPEAT THE QUESTION ONE MORE TIME.

09:15AM  19   Q.   SURE.

09:15AM  20        DO YOU HAVE AN UNDERSTANDING WHETHER THE COMPANY COULD

09:15AM  21   HAVE PUT MORE IMMUNOASSAYS ONTO THE EDISON IF IT HAD SO CHOSE

09:15AM  22   TO DO SO?

09:15AM  23   A.   THE COMPANY COULD HAVE PUT MORE ASSAYS ON THE EDISON.

09:15AM  24   Q.   AND YOU DON'T KNOW THE REASON WHY THE COMPANY DID OR

09:15AM  25   DIDN'T DO THAT, DO YOU?

09:15AM  1    A.   I MEAN, WE DIDN'T HAVE THE CAPACITY TO RUN SOME OF THEM,

09:15AM  2    AND THERE WASN'T ACTIVE VALIDATION FOR A LOT OF THE ASSAYS THAT

09:16AM  3    YOU LISTED.  LIKE, IT WAS JUST NOT IN DEVELOPMENT.

09:16AM  4    Q.   OKAY.  WELL, LET ME ASK THE QUESTION A LITTLE BIT

09:16AM  5    DIFFERENTLY.

09:16AM  6         YOU DON'T KNOW WHAT REASON DROVE THE COMPANY TO ADD THE

09:16AM  7    CAPACITY TO PUT THESE OTHER IMMUNOASSAYS ONTO THE EDISON OR

09:16AM  8    NOT?

09:16AM  9    A.   I SEE.  NO.

09:16AM 10    Q.   RIGHT.  SO THERE MIGHT HAVE BEEN BUSINESS REASONS, FOR

09:16AM 11    EXAMPLE?

09:16AM 12    A.   CORRECT.

09:16AM 13    Q.   OKAY.  NOW, IN TERMS OF THE COMPANY'S TECHNOLOGY, YOU WERE

09:16AM 14    AWARE THAT THERE WAS ALSO A DEVICE IN THE RESEARCH AND

09:16AM 15    DEVELOPMENT AREA KNOWN AS THE 4.0; CORRECT?

09:16AM 16    A.   CORRECT.

09:16AM 17    Q.   AND SOMETIMES PEOPLE REFER TO IT AS THE MINILAB?

09:16AM 18    A.   CORRECT.

09:16AM 19    Q.   AND THAT WAS THE DEVICE THAT COULD DO, IN ADDITION TO THE

09:16AM 20    IMMUNOASSAYS IN THE RESEARCH AND DEVELOPMENT AREA, IT COULD DO

09:16AM 21    OTHER TYPES OF BLOOD TESTS, OTHER CATEGORIES?

09:16AM 22    A.   YES, THAT WAS THE GOAL.

09:16AM 23    Q.   SUCH AS NUCLEIC ACID AMPLIFICATION TESTING?

09:16AM 24    A.   CORRECT.

09:16AM 25    Q.   AND SUCH AS CYTOMETRY?

09:16AM  1      A.   CORRECT.

09:16AM  2      Q.   AND SUCH AS GENERAL CHEMISTRY?

09:17AM  3      A.   CORRECT.

09:17AM  4      Q.   AND YOU'RE NOT DIRECTLY FAMILIAR WITH ALL OF THE RESEARCH

09:17AM  5      AND DEVELOPMENT WORK THAT WAS GOING INTO THE 4.0?

09:17AM  6      A.   THAT IS CORRECT.

09:17AM  7      Q.   AND DID THE COMPANY -- WERE YOU INVOLVED IN ANY WAY WITH

09:17AM  8      THE COMPANY'S SUBMISSIONS TO THE FOOD AND DRUG ADMINISTRATION

09:17AM  9      CONCERNING THE 4.0?

09:17AM 10      A.   NO.

09:17AM 11      Q.   OKAY.  I WANT TO SHOW YOU A BUNCH OF BINDERS.  AGAIN, I

09:17AM 12      APOLOGIZE.  I'M GOING TO GIVE YOU EVEN MORE BINDERS, SO JUST

09:17AM 13      LET ME GET THEM.

09:17AM 14           MAY I APPROACH, YOUR HONOR?

09:17AM 15                THE COURT:  YES.

09:17AM 16                MR. COOPERSMITH:  (HANDING.)

09:18AM 17           MAY I APPROACH, YOUR HONOR?

09:18AM 18                THE COURT:  YES.

09:18AM 19      BY MR. COOPERSMITH:

09:18AM 20      Q.   MS. CHEUNG, WHAT I'VE HANDED YOU ARE FOUR VOLUMES OF

09:18AM 21      ASSAYS DEVELOPMENT REPORTS.

09:18AM 22           I THINK YOU TESTIFIED LAST WEEK THAT YOU WERE NOT ACTUALLY

09:18AM 23      INVOLVED IN DRAFTING OR WORKING ON THOSE REPORTS?

09:18AM 24      A.   CORRECT.

09:18AM 25      Q.   OKAY.  BUT YOU UNDERSTAND THAT ASSAY DEVELOPMENT WORK WAS

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                    1461

09:19AM   1    GOING ON?

09:19AM   2    A.   CORRECT.

09:19AM   3    Q.   AND ALL OF THE ASSAY DEVELOPMENT WORK, YOU UNDERSTAND WAS

09:19AM   4    DESIGNED TO HAVE ASSAYS OR BASICALLY INVENT ASSAYS THAT COULD

09:19AM   5    WORK WITH SMALL BLOOD SAMPLES ON THERANOS'S DEVICES; RIGHT?

09:19AM   6    A.   CORRECT.

09:19AM   7    Q.   AND SO IF I ASKED YOU ABOUT ANY OF THOSE ASSAY DEVELOPMENT

09:19AM   8    REPORTS, YOU WOULD TELL ME YOU DIDN'T RECOGNIZE IT; RIGHT?

09:19AM   9    A.   YES.

09:19AM   10   Q.   OKAY.  AND ARE YOU AWARE THAT THE COMPANY, WHILE IT WAS

09:19AM   11   DOING THIS RESEARCH AND DEVELOPMENT WORK ON SMALL BLOOD ASSAYS,

09:19AM   12   THAT WHILE YOU WERE THERE AT THERANOS IT COMPLETED OVER 161

09:19AM   13   ASSAY DEVELOPMENT REPORTS AT THERANOS?  ARE YOU AWARE OF THAT?

09:19AM   14   A.   I DIDN'T KNOW.

09:19AM   15   Q.   ALL RIGHT.  LET'S MOVE ON TO EXHIBIT 1430.

09:20AM   16   A.   IN WHICH BINDER?

09:20AM   17   Q.   AND THAT'S IN THE GOVERNMENT'S BINDER.

09:20AM   18   A.   OKAY.

09:20AM   19        (PAUSE IN PROCEEDINGS.)

09:20AM   20           THE WITNESS:  I DON'T HAVE THIS PAGE.  I ONLY HAVE

09:20AM   21   1431.

09:20AM   22           MR. COOPERSMITH:  ONE MOMENT, YOUR HONOR.

09:20AM   23        (PAUSE IN PROCEEDINGS.)

09:21AM   24           MR. COOPERSMITH:  YOUR HONOR, MAY I APPROACH THE

09:21AM   25   WITNESS?

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                1462

09:21AM    1              THE COURT:  YES.

09:21AM    2    BY MR. COOPERSMITH:

09:21AM    3    Q.   WE'LL COME BACK TO 1430, AND WE'LL FIND IT, BUT LET'S MOVE

09:21AM    4    ON TO ANOTHER EXHIBIT.

09:21AM    5    A.   OKAY.

09:21AM    6    Q.   SO EXHIBIT 1512?

09:22AM    7    A.   ALL RIGHT.  I HAVE IT UP.

09:22AM    8    Q.   OKAY.  I WAS HOPING YOU WOULD HAVE THAT ONE.  THANK YOU.

09:22AM    9         SO 1512, THIS IS AN EXHIBIT THAT MR. BOSTIC SHOWED YOU ON

09:22AM   10    DIRECT.

09:22AM   11         DO YOU RECALL THAT?

09:22AM   12    A.   YES.

09:22AM   13    Q.   OKAY.  AND IF YOU GO TO THE EXHIBIT, IT STARTS OUT, IF YOU

09:22AM   14    GO TO THE VERY EARLIEST EMAIL IN TIME, THERE'S AN EMAIL FROM

09:22AM   15    DR. ROSENDORFF TO A GROUP OF PEOPLE, INCLUDING YOURSELF.

09:22AM   16         DO YOU SEE THAT?

09:22AM   17    A.   YES.

09:22AM   18    Q.   AND IT SAYS, "CAN YOU FOLKS PLEASE START WORKING ON THESE

09:22AM   19    SO WE CAN IMPLEMENT THESE ASSAYS.  MAYBE YOU CAN EACH TACKLE

09:22AM   20    ONE."

09:22AM   21         DO YOU SEE THAT?

09:22AM   22    A.   YES.

09:22AM   23    Q.   AND THEN THE NEXT PAGE SAYS, "PLEASE USE THE EXISTING

09:22AM   24    EDISON SOP'S AS TEMPLATES."

09:22AM   25         AND THEN THERE'S A LINK.

UNITED STATES COURT REPORTERS

ER-850

09:23AM  1          IS THAT LINK -- AM I RIGHT THAT THAT LINK IS A LINK TO A

09:23AM  2     FOLDER THAT CONTAINS SOP'S?

09:23AM  3     A.   CORRECT.

09:23AM  4     Q.   AND THEN IF YOU GO TO THE EMAIL RIGHT ABOVE THE ONE THAT I

09:23AM  5     JUST SHOWED YOU, THERE'S AN EMAIL FROM YOU TO THE SAME GROUP

09:23AM  6     INCLUDING DR. ROSENDORFF.

09:23AM  7          DO YOU SEE THAT?

09:23AM  8     A.   YES.

09:23AM  9     Q.   AND IT SAYS, "WE'VE ALREADY BEEN WORKING ON TOTAL T4

09:23AM 10     (AURELIE), TOTAL T3 (ROMINA), AND TOTAL TESTOSTERONE (ERIKA).

09:23AM 11     WE ARE STILL WORKING ON GATHERING ALL OF THE REAGENTS FOR FSH.

09:23AM 12     WE ARE ALSO WORKING ON GETTING THE REAGENTS FOR HCV (JAMIE) AT

09:23AM 13     THE MOMENT AS WELL."

09:23AM 14          HCV, REFERRING TO THAT FOR A MOMENT, IS THAT HEPATITIS C?

09:23AM 15     A.   THAT IS CORRECT.

09:23AM 16     Q.   IF YOU GO TO THE FIRST PAGE OF THE EXHIBIT, THE VERY

09:24AM 17     BOTTOM EMAIL IN THE FIRST PAGE IT'S FROM DR. SAKSENA.

09:24AM 18          DO YOU SEE THAT?

09:24AM 19     A.   YES.

09:24AM 20     Q.   AND IT SAYS, "HI ADAM,

09:24AM 21          "THERE WAS A CONCERN EXPRESSED TO ME REGARDING STABILITY

09:24AM 22     SINCE WE DO NOT HAVE STABILITY DATA ON THE HCV CAPSYS

09:24AM 23     CARTRIDGES AND THEY WERE MADE ON 12/21/2013 (A LITTLE OVER A

09:24AM 24     MONTH ALGORITHM)."  HE GOES ON AND MAKES A SUGGESTION.

09:24AM 25          AND HE SAYS, "IF THIS QC FAILS, WE WILL NOT RUN THE

CHEUNG CROSS BY MR. COOPERSMITH (RES.)    1464

09:24AM   1    PATIENT SAMPLE.  WE WILL HAVE TO RECALIBRATE WITH FRESH

09:24AM   2    REAGENTS."

09:24AM   3         DO YOU UNDERSTAND THAT DR. SAKSENA WAS TELLING YOU THAT

09:24AM   4    UNTIL THEY FIGURED THIS OUT, THEY WERE NOT GOING TO RUN THE

09:25AM   5    PATIENT SAMPLE?

09:25AM   6    A.   CORRECT.

09:25AM   7    Q.   OKAY.  AND IF YOU GO TO THE EMAIL ABOVE THAT.  THIS IS THE

09:25AM   8    ONE WHERE YOU INADVERTENTLY WROTE ON MS. RIENER'S COMPUTER;

09:25AM   9    CORRECT?

09:25AM   10   A.   CORRECT.

09:25AM   11   Q.   AND YOU WROTE, "HI ALL,

09:25AM   12        "I'LL RUN THE QC RUNS FOR THE ASSAYS, BUT I DON'T FEEL

09:25AM   13   COMFORTABLE RUNNING THE PATIENT SAMPLE.  YOU'RE GOING TO HAVE

09:25AM   14   TO FIND SOMEONE ELSE TO DO IT.  I'LL INFORM JAMIE."

09:25AM   15        DO YOU SEE THAT?

09:25AM   16   A.   YES.

09:25AM   17   Q.   AND DR. SAKSENA ALREADY TOLD YOU THAT HE WASN'T RUNNING

09:25AM   18   THE PATIENT SAMPLE JUST A FEW MINUTES BEFORE THAT; RIGHT?

09:25AM   19   A.   CORRECT.

09:25AM   20   Q.   AND THEN IF YOU GO TO THE NEXT EMAIL, DR. ROSENDORFF

09:25AM   21   INSTRUCTS ROMINA OR JAMIE, "PLEASE RUN THE CONTROLS AND LET ME

09:25AM   22   KNOW THE RESULTS ASAP"; CORRECT?

09:25AM   23   A.   CORRECT.

09:25AM   24   Q.   AND SO DR. ROSENDORFF IS JUST SAYING RUN THE CONTROLS AND

09:25AM   25   NOT THE SAMPLE; RIGHT?

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                1465

09:25AM  1    A.   CORRECT.

09:25AM  2    Q.   AND THEN AT THE TOP DR. ROSENDORFF SENT AN EMAIL TO JUST

09:25AM  3    YOU AND SAYS THAT HE, DR. ROSENDORFF, TALKED TO MARK AND SURAJ.

09:26AM  4         SURAJ IS DR. SAKSENA?

09:26AM  5    A.   WAIT, WAIT.  I'M WRITING THIS EMAIL.

09:26AM  6    Q.   YEAH, I'M SORRY.  THANK YOU.

09:26AM  7         YOU WROTE AN EMAIL TO DR. ROSENDORFF THAT YOU HAD HAD A

09:26AM  8    CONVERSATION WITH MARK AND SURAJ?  SORRY ABOUT THAT.

09:26AM  9    A.   UH-HUH.

09:26AM 10    Q.   AND MARK IS MARK PANDORI?

09:26AM 11    A.   CORRECT.

09:26AM 12    Q.   DR. PANDORI?

09:26AM 13    A.   CORRECT.

09:26AM 14    Q.   AND SURAJ IS DR. SAKSENA?

09:26AM 15    A.   CORRECT.

09:26AM 16    Q.   AND YOU WROTE, "THEY ARE JUST GOING TO RUN THE TEST ON THE

09:26AM 17    FDA APPROVED WAIVED TEST AND REPORT THE RESULTS FROM THERE."

09:26AM 18    A.   YEAH.

09:26AM 19    Q.   "THEY TOLD ME THERE WAS NO NEED TO RUN THE QC'S, I CAN

09:26AM 20    STILL RUN THEM IF YOU NEED THE DATA."

09:26AM 21         DO YOU SEE THAT?

09:26AM 22    A.   YEAH.

09:26AM 23    Q.   AND SINCE THE SAMPLE WAS GOING TO BE RUN ON FDA COMMERCIAL

09:26AM 24    MACHINES, THERE WAS NO NEED AT THAT POINT TO RUN THE QC ON THE

09:26AM 25    EDISON DEVICE; IS THAT CORRECT?

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                    1466

09:26AM   1    A.   CORRECT.

09:26AM   2    Q.   AND SO WHAT HAPPENED HERE IS THAT THERE WAS A CONCERN

09:27AM   3    RAISED AND THE COMPANY DID NOT GO FORWARD WITH RUNNING A SAMPLE

09:27AM   4    WHEN IT WASN'T SURE ABOUT THE DEVICE; IS THAT CORRECT?

09:27AM   5    A.   CORRECT.

09:27AM   6    Q.   OKAY.  NOW, THERANOS ACTUALLY NEVER RAN HEPATITIS C, OR

09:27AM   7    HCV, ON THE EDISON DEVICE?

09:27AM   8    A.   NOT AFTER THIS INCIDENT, NO.

09:27AM   9    Q.   IT NEVER RAN IT AGAIN AFTER THAT INCIDENT?

09:27AM  10    A.   NOT WHILE I WORKED FOR THE COMPANY.

09:27AM  11    Q.   OKAY.  AND THAT'S ALL YOU COULD KNOW ABOUT; RIGHT?

09:27AM  12    A.   EXACTLY.

09:27AM  13    Q.   OKAY.  IF WE CAN GO TO EXHIBIT 1587, SAME BINDER, I THINK.

09:27AM  14         THIS IS ANOTHER EXHIBIT THAT YOU SAW DURING YOUR DIRECT

09:27AM  15    EXAMINATION?

09:27AM  16    A.   CORRECT.

09:27AM  17    Q.   AND IF YOU GO TO THE BOTTOM EMAIL, JUST TO ORIENT

09:28AM  18    OURSELVES HERE, THIS IS THE EMAIL FROM ALPHONSO NGUYEN ABOUT

09:28AM  19    WHAT HE SAID WERE THE BAD 3.0 READERS WITH CERTAIN NUMBERS.

09:28AM  20         DO YOU SEE THAT?

09:28AM  21    A.   YES.

09:28AM  22    Q.   AND THEN IF YOU GO TO THE VERY BOTTOM OF PAGE 1, THERE'S

09:28AM  23    AN EMAIL FROM DR. SIVARAMAN.

09:28AM  24         DO YOU SEE THAT?

09:28AM  25         AND IT SAYS, "HI, ALPHONSO AND SAM."

ER-854

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                    1467

09:28AM  1        DO YOU SEE THAT?  THE BOTTOM OF THE FIRST PAGE?

09:28AM  2   A.   YES.

09:28AM  3   Q.   AND THEN IF YOU GO TO THE NEXT PAGE WHERE THE SUBSTANCE OF

09:28AM  4   THE EMAIL CONTINUES IT SAYS, "I WANTED TO FIND OUT MORE ABOUT

09:28AM  5   THE 3.5 READERS MENTIONED IN THIS EMAIL.  IF THERE ARE READERS

09:28AM  6   THAT FAIL YOUR BIWEEKLY QC, WE NEED TO KNOW VIA EMAIL TO THE

09:28AM  7   ENTIRE TEAM THAT THOSE READERS NEED TO BE AVOIDED."

09:28AM  8        AND SO DID YOU UNDERSTAND THAT THE POINT OF THIS WAS TO

09:29AM  9   MAKE SURE THAT IF THERE WAS SOME ISSUE IDENTIFIED WITH AN

09:29AM 10   EDISON DEVICE, THAT THEY WOULDN'T BE USED IN THE LAB; IS THAT

09:29AM 11   RIGHT?

09:29AM 12   A.   CORRECT.

09:29AM 13   Q.   OKAY.  AND THEN IF YOU GO ABOVE THAT ON THE FIRST PAGE

09:29AM 14   THERE'S AN EMAIL FROM SAMARTHA ANEKAL TO DR. SIVARAMAN,

09:29AM 15   ALPHONSO NGUYEN, AND COPIED TO RAN HU, H-U?

09:29AM 16   A.   YES.

09:29AM 17   Q.   BY THE WAY, WHO WAS RAN HU?

09:29AM 18   A.   RAN HU WAS ONE OF THE TEAM LEADS FOR THE ELISA TEAM.

09:29AM 19   Q.   OKAY.  SO THAT WAS ON THE GROUP IN THE R&D DEPARTMENT THAT

09:29AM 20   YOU WERE INVOLVED WITH?

09:29AM 21   A.   CORRECT.

09:29AM 22   Q.   OKAY.  AND MR. ANEKAL -- AND WHO IS HE BY THE WAY, I

09:29AM 23   SHOULD ASK?

09:29AM 24   A.   SAMARTHA ANEKAL WAS THE HEAD OF -- LIKE THE ENGINEERING

09:29AM 25   TEAM, THE HARDWARE ENGINEERING TEAM.  IT WAS SOMETIMES LIKE

09:29AM  1    SYSTEMS INTEGRATION SOMETHING.  I DON'T REMEMBER THE ACRONYM.

09:29AM  2    Q.   OKAY.  BUT THAT'S MORE ON THE MANUFACTURING SIDE IT SOUNDS

09:30AM  3    LIKE?

09:30AM  4    A.   IT'S A BIT OF A MIX OF THE RESEARCH AND DEVELOPMENT SIDE

09:30AM  5    AND THE MANUFACTURING SIDE.  SO THEY ARE WORKING SPECIFICALLY

09:30AM  6    WITH THE HARDWARE OF THE DIFFERENT ASSAYS THAT WE HAVE.

09:30AM  7    Q.   OKAY.  AND THE HARDWARE WOULD MEAN LIKE THE PHYSICAL

09:30AM  8    EDISON DEVICE, FOR EXAMPLE?

09:30AM  9    A.   THE PHYSICAL EDISON DEVICE AND ALSO THE PHYSICAL DEVICE OF

09:30AM  10   THE 4.0'S AS WELL.

09:30AM  11   Q.   OKAY.  AND, FOR EXAMPLES, THE CARTRIDGES MIGHT BE PART OF

09:30AM  12   THE MANUFACTURING PROCESS?

09:30AM  13   A.   IT MIGHT BE, BUT I'M NOT SURE.

09:30AM  14   Q.   BUT THAT WAS MORE DR. SAKSENA'S DEPARTMENT AT THE TIME?

09:30AM  15   A.   IT WAS LIKE A PRODUCTION, BUT IT WAS LIKE A SEPARATE

09:30AM  16   DEPARTMENT.

09:30AM  17   Q.   OKAY.  AND I DON'T KNOW WHETHER YOU EVER SAW THESE

09:30AM  18   FACILITIES, BUT EDISON -- THERANOS RATHER HAD THESE

09:30AM  19   MANUFACTURING FACILITIES TO MANUFACTURE THESE THINGS; IS THAT

09:30AM  20   RIGHT?

09:30AM  21   A.   YES.

09:30AM  22   Q.   AND YOU DIDN'T WORK IN THOSE AREAS, BUT YOU'RE AWARE AND

09:30AM  23   PRESUMABLY YOU SAW THOSE AT SOME POINT?

09:30AM  24   A.   CORRECT.

09:30AM  25   Q.   OKAY.  GOING BACK TO THAT EMAIL THAT WE WERE JUST LOOKING

09:30AM   1    AT.

09:30AM   2         MR. ANEKAL WRITES, "SHARADA, MOST OF THE TIME, A BAD RUN

09:31AM   3    REQUIRES SUBSEQUENT ACTIONS, WHICH CAN TAKE TIME.  THIS DOESN'T

09:31AM   4    MEAN THAT A DEVICE IS PERMANENTLY BAD, BUT WE HAVEN'T CONFIRMED

09:31AM   5    THAT IT'S A NON-DEVICE ISSUE."

09:31AM   6         DO YOU SEE THAT?

09:31AM   7    A.   YES.

09:31AM   8    Q.   AND SO YOU UNDERSTAND THAT THE CONCEPT HERE IS THAT THERE

09:31AM   9    WOULD HAVE TO BE SOME TYPE OF INVESTIGATION TO DETERMINE WHAT

09:31AM  10    THE PROBLEM WAS BEFORE THEY COULD ALLOW A DEVICE TO GO BACK

09:31AM  11    INTO USE; IS THAT RIGHT?

09:31AM  12    A.   CORRECT.

09:31AM  13    Q.   AND PEOPLE LIKE MR. ANEKAL AND OTHERS WOULD BE DOING THAT

09:31AM  14    WORK?

09:31AM  15    A.   FOR THE DEVICES.

09:31AM  16    Q.   OKAY.  GO TO THE EMAIL ABOVE THAT.  MR. NGUYEN,

09:31AM  17    ALPHONSO NGUYEN, HE SAYS, "THE OUTLIERS LIST CAN BE FOUND IN

09:31AM  18    THE FOLLOWING LINK," AND THERE'S THAT S DRIVE LINK?

09:31AM  19    A.   YES.

09:31AM  20    Q.   AND THAT'S A SHARED DRIVE THAT EVERYONE INVOLVED IN THIS

09:31AM  21    HAS ACCESS TO?

09:31AM  22    A.   YES.

09:31AM  23    Q.   AND THEN THE EMAIL ABOVE THAT FROM DR. SIVARAMAN TO A

09:31AM  24    GROUP OF PEOPLE, INCLUDING YOURSELF, THAT SAYS FYI, AND THAT'S

09:32AM  25    SO YOU KNEW WHERE TO FIND THE INFORMATION IF YOU NEEDED IT;

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                    1470

09:32AM   1    RIGHT?

09:32AM   2    A.   CORRECT.

09:32AM   3    Q.   AND ALL OF THESE PEOPLE ON THE EMAIL, INCLUDING THE LARGER

09:32AM   4    GROUP ON THE TOP THAT WE'RE LOOKING AT NOW AND THEN THE OTHER

09:32AM   5    PEOPLE THAT WE SPECIFICALLY DISCUSSED, THEY WERE ALL JUST

09:32AM   6    TRYING TO DO THEIR JOBS AS BEST AS THEY COULD AS FAR AS YOU

09:32AM   7    KNEW?

09:32AM   8    A.   CORRECT.

09:32AM   9         MR. BOSTIC:  OBJECTION.  FOUNDATION.  SPECULATION.

09:32AM  10         THE COURT:  I'LL ALLOW IT.  YOU CAN ASK ANOTHER

09:32AM  11    QUESTION.

09:32AM  12         MR. COOPERSMITH:  OKAY.

09:32AM  13    Q.   LET'S GO TO EXHIBIT 1633, SAME BINDER.

09:32AM  14    THIS IS ANOTHER EXHIBIT THAT YOU SAW DURING YOUR DIRECT

09:32AM  15    EXAMINATION?

09:32AM  16    A.   THAT IS CORRECT.

09:32AM  17    Q.   AND IF YOU GO TO THE BOTTOM, THIS IS WHERE YOU IDENTIFIED

09:33AM  18    SOME QC, QUALITY CONTROL, FOR SOME ASSAYS THAT HAD FAILED QC;

09:33AM  19    IS THAT CORRECT?

09:33AM  20    A.   CORRECT, THIS IS THE CULMINATION OF THE MONTH.

09:33AM  21    Q.   FOR MARCH?

09:33AM  22    A.   YES.

09:33AM  23    Q.   OF 2014?

09:33AM  24    A.   YES.

09:33AM  25    Q.   AND YOU CALCULATED OR YOU REPORTED AN OVERALL PERCENTAGE

09:33AM 1    OF 26 PERCENT ON THE BOTTOM; IS THAT RIGHT?

09:33AM 2    A.    LANGLY DID, YES.

09:33AM 3    Q.    LANGLY GEE DID?

09:33AM 4    A.    YES.

09:33AM 5    Q.    AND HE WAS THE DIRECTOR OF QUALITY CONTROL?

09:33AM 6    A.    THAT IS CORRECT.

09:33AM 7    Q.    IF YOU GO TO THE TOP, THE EMAIL RIGHT ABOVE THAT,

09:33AM 8    DR. PANDORI SAYS, "LANGLY, EXACTLY WHAT I WANTED.  THANK YOU."

09:33AM 9          RIGHT?

09:33AM 10   A.    CORRECT.

09:33AM 11   Q.    SO THE COMPANY WAS MONITORING THIS PROCESS?

09:33AM 12   A.    WHEN LANGLY GOT HIRED, YES.

09:33AM 13   Q.    AND LANGLY GOT HIRED IN 2013?

09:33AM 14   A.    IN DECEMBER, I BELIEVE.

09:34AM 15   Q.    OKAY.  AT THE END OF 2013?

09:34AM 16   A.    YES.

09:34AM 17   Q.    AND MR. GEE, LANGLY GEE, WAS BROUGHT ON AS A QUALITY

09:34AM 18   CONTROL MANAGER TO DO JUST EXACTLY THIS SORT OF WORK AS FAR AS

09:34AM 19   YOU UNDERSTOOD; RIGHT?

09:34AM 20   A.    CORRECT.

09:34AM 21   Q.    OKAY.  SO IF I WANTED TO KNOW THE QUALITY CONTROL

09:34AM 22   INFORMATION IN MORE DETAIL FOR MARCH OR ANY OTHER MONTH FOR

09:34AM 23   THAT MATTER, I WOULD HAVE TO GO TO A SYSTEM CALLED LABORATORY

09:34AM 24   INFORMATION SYSTEM; IS THAT CORRECT?

09:34AM 25   A.    CORRECT.

09:34AM   1    Q.   AND THAT'S WHERE ALL OF THE QUALITY CONTROL DATA WOULD BE

09:34AM   2    HOUSED?

09:34AM   3    A.   CORRECT.

09:34AM   4    Q.   AND, IN FACT, ALL OF THE PATIENT RECORDS AND PATIENT

09:34AM   5    INFORMATION WOULD ALSO BE HOUSED IN THAT LABORATORY INFORMATION

09:34AM   6    SYSTEM?

09:34AM   7    A.   YES.  SOMETIMES WE HAD IT IN SPREADSHEETS AS WELL.

09:34AM   8    Q.   BUT ALSO IN THE LIS?

09:34AM   9    A.   FOR SOME OF IT, YES.

09:34AM  10    Q.   AND YOU UNDERSTAND SOMETIMES PEOPLE WOULD REFER TO IT, THE

09:34AM  11    LABORATORY INFORMATION SYSTEM, AS THE LIS?

09:35AM  12    A.   CORRECT.

09:35AM  13    Q.   OKAY.  AND ALSO INFORMATION ABOUT PATIENT RESULTS, ALL OF

09:35AM  14    THE PATIENT RESULTS, THAT WOULD ALSO BE IN THE LIS?

09:35AM  15    A.   THE PATIENT RESULTS WOULD, YES.

09:35AM  16    Q.   AND IF YOU WANTED TO KNOW WHICH TECHNICIANS RAN PARTICULAR

09:35AM  17    PATIENT SAMPLES, THAT WOULD ALSO BE NOTED IN THE LIS?

09:35AM  18    A.   IDEALLY, BUT I DON'T KNOW IF IT WAS ALWAYS.

09:35AM  19    Q.   WELL, IN FACT, YOU SAW INSTANCES WHERE THAT WAS THE CASE;

09:35AM  20    RIGHT?

09:35AM  21    A.   YES.

09:35AM  22    Q.   AND THEN WOULD YOU AGREE WITH ME THAT THE LIS WAS A

09:35AM  23    COMPREHENSIVE DATABASE UTILIZED TO REPORT THE RESULTS OF

09:35AM  24    CLINICAL DIAGNOSTIC TESTS?

09:35AM  25    A.   COULD YOU REPEAT THAT AGAIN.

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                           1473

09:35AM   1    Q.   WOULD YOU AGREE WITH ME THAT THE LIS WAS A COMPREHENSIVE

09:35AM   2    DATABASE THAT WAS USED BY THERANOS TO REPORT CLINICAL

09:35AM   3    DIAGNOSTIC RESULTS?

09:35AM   4    A.   YES.

09:36AM   5    Q.   IN THE COURSE OF YOUR PREPARATION FOR TRIAL, YOU MET WITH

09:36AM   6    THE GOVERNMENT A NUMBER OF TIMES; IS THAT RIGHT?

09:36AM   7    A.   FOR THE BALWANI TRIAL?

09:36AM   8    Q.   FOR ANY PROCEEDING INVOLVING THERANOS, YOU'VE MET WITH THE

09:36AM   9    GOVERNMENT MANY TIMES; IS THAT RIGHT?

09:36AM  10    A.   YES.

09:36AM  11    Q.   AND YOU'VE TESTIFIED BEFORE IN OTHER PROCEEDINGS?

09:36AM  12    A.   I'VE TESTIFIED IN THE HOLMES TRIAL.

09:36AM  13    Q.   AND IN OTHER PROCEEDINGS AS WELL; IS THAT CORRECT?

09:36AM  14    A.   IN DEPOSITIONS FOR EXTERNAL CASES NOT RELATED TO THIS

09:36AM  15    CASE.

09:36AM  16    Q.   OKAY.  AND IN ALL OF THE TIME THAT YOU HAVE BEEN INVOLVED

09:36AM  17    WITH TESTIFYING ABOUT THERANOS, THE GOVERNMENT NEVER SHOWED YOU

09:36AM  18    ANY DATA POINT WHERE THEY SHOWED YOU THE LIS SYSTEM ON A

09:36AM  19    COMPUTER OR SOMETHING AND ASKED YOU TO LOOK AT SOMETHING; IS

09:36AM  20    THAT RIGHT?

09:36AM  21    A.   THAT IS CORRECT.

09:36AM  22    Q.   LET'S GO TO EXHIBIT 1431.  IF I REMEMBER, THAT'S THE ONE

09:37AM  23    YOU DID HAVE IN YOUR BINDER.

09:37AM  24         OKAY.  THIS IS ANOTHER EXHIBIT THAT YOU SAW DURING DIRECT

09:37AM  25    EXAMINATION LAST WEEK.

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                    1474

09:37AM   1          DO YOU REMEMBER THAT?

09:37AM   2     A.   YES.

09:37AM   3     Q.   AND IF YOU GO TO -- JUST TO ORIENT OURSELVES AGAIN, IF YOU

09:37AM   4     GO TO THE PAGE 3, THE BOTTOM EMAIL.

09:37AM   5          AND THIS IS WHERE DR. SIVARAMAN WRITES, "THE CV'S,"

09:37AM   6     MEANING COEFFICIENT OF VARIATION; RIGHT?

09:38AM   7     A.   UH-HUH.

09:38AM   8     Q.   "ARE HIGH BETWEEN DEVICES, IF YOU SEE FOR THE DATA IN THE

09:38AM   9     DAILY QC AND WITHIN CARTRIDGE CV'S ARE REALLY TIGHT."

09:38AM  10          AND THEN DR. SIVARAMAN GOES ON TO SAY, "SINCE WE ARE

09:38AM  11     ALLOWED TO REMOVE 2 DATA POINTS FROM ONE (1 CARTRIDGE OUT OF 3)

09:38AM  12     I HAVE ATTEMPTED TO DO THAT WITH BOTH THE LEVEL 1 AND LEVEL 2

09:38AM  13     DATA AND IT IMPROVES THINGS.  SEE ATTACHED FILE."

09:38AM  14          DO YOU SEE THAT?

09:38AM  15     A.   YES.

09:38AM  16     Q.   OKAY.  AND LET ME PAUSE THERE FOR A MINUTE.  YOU KNOW WHAT

09:38AM  17     LEVEL 1 AND LEVEL 2 ARE; RIGHT?

09:38AM  18     A.   YES.

09:38AM  19     Q.   WITH RESPECT TO QUALITY CONTROL?

09:38AM  20     A.   YES.

09:38AM  21     Q.   AND SO IS IT FAIR TO SAY THAT WHEN RUNNING A QUALITY

09:38AM  22     CONTROL TEST UNDER AN EDISON DEVICE, OR OTHER DEVICES, YOU

09:38AM  23     WOULD HAVE TO DO TWO DIFFERENT LEVELS OF QUALITY CONTROL?

09:38AM  24     A.   YES.  YOU WOULD HAVE TO DO, SAY, LIKE A HIGH VALUE AND A

09:38AM  25     LOW VALUE.

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                1475

09:38AM  1    Q.   OKAY.  AND IN ORDER FOR THE DEVICE TO BE CLEARED TO PASS

09:38AM  2    THE QUALITY CONTROL TEST, IT WOULD HAVE TO PASS ON BOTH OF THE

09:38AM  3    LEVELS?

09:38AM  4    A.   THAT IS CORRECT.

09:39AM  5    Q.   AND IF IT FAILED ONE, IT COULD NOT BE USED FOR PATIENT

09:39AM  6    TESTING, THAT WAS THE PROCEDURE?

09:39AM  7    A.   CORRECT.

09:39AM  8    Q.   AND SO IT'S NOT JUST KIND OF ONE AND DONE; RIGHT?

09:39AM  9    A.   CORRECT.

09:39AM  10   Q.   OKAY.  SO LET'S TALK ABOUT THIS ISSUE OF THE DATA POINTS.

09:39AM  11        SO YOU SEE DR. SIVARAMAN IS TALKING ABOUT BEING ALLOWED TO

09:39AM  12   REMOVE TWO DATA POINTS?

09:39AM  13   A.   YES.

09:39AM  14   Q.   AND IF YOU GO TO THE EMAIL RIGHT ABOVE IT, THERE'S AN

09:39AM  15   EMAIL FROM DR. ROSENDORFF TO DR. SIVARAMAN AND YOURSELF.

09:39AM  16        DO YOU SEE THAT?

09:39AM  17   A.   YES.

09:39AM  18   Q.   AND THAT'S DATED JANUARY 16TH, 2014?

09:39AM  19   A.   YES.

09:39AM  20   Q.   AND THEN DR. ROSENDORFF WRITES, "SHARADA,

09:39AM  21        "SINCE 3 DEVICES ARE BEING USED AS ONE TESTING SYSTEM, FOR

09:39AM  22   THE PURPOSES OF QC WE MUST CONSIDER THEM AS ONE TESTING

09:39AM  23   SYSTEM/DEVICE.  THEREFORE THE WITHIN CARTRIDGE CV IS NOT

09:39AM  24   RELEVANT.  AS YOU ARE AWARE, WE ARE CALCULATING THE MEAN OF 6

09:39AM  25   MEASUREMENT (OR MINIMUM 4) TO COME UP WITH THE ASSAYS VALUE."

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                    1476

09:40AM   1        DO YOU SEE THAT?

09:40AM   2   A.   YES.

09:40AM   3   Q.   AND SO WHEN DR. ROSENDORFF WAS REFERRING TO THE MINIMUM 4,

09:40AM   4   YOU UNDERSTAND HE WAS TALKING ABOUT THAT SAME ISSUE OF REMOVING

09:40AM   5   OUTLIERS, 2 DATA POINTS; CORRECT?

09:40AM   6   A.   I'M NOT SURE.  I DON'T REMEMBER.

09:40AM   7   Q.   YEAH.  WELL, JUST LOGICALLY, IF THERE ARE 6 DATA POINTS IN

09:40AM   8   TOTAL?

09:40AM   9   A.   YEAH.

09:40AM  10   Q.   THAT'S THE NUMBER OF DATA POINTS THAT THE EDISON SYSTEM --

09:40AM  11   I'LL REPEAT THE QUESTION.

09:40AM  12        SIX WAS THE NUMBER THAT THE EDISON DEVICE WOULD YIELD IN

09:40AM  13   TERMS OF DATA POINTS; CORRECT?

09:40AM  14   A.   CORRECT.

09:40AM  15   Q.   AND IF YOU TOOK 2 AWAY, YOU WOULD END UP WITH 4?

09:40AM  16   A.   CORRECT.

09:40AM  17   Q.   BUT YOU DON'T KNOW EXACTLY WHAT DR. ROSENDORFF WAS

09:40AM  18   REFERRING TO.

09:40AM  19        IS THAT YOUR TESTIMONY?

09:40AM  20   A.   YES.

09:40AM  21   Q.   AND THEN IF YOU GO TO PAGE -- LET'S JUST GO TO PAGE 1 FOR

09:41AM  22   A MOMENT.

09:41AM  23        AND THEN THERE'S AN EMAIL FROM DR. SIVARAMAN AGAIN TO

09:41AM  24   DR. ROSENDORFF AND YOURSELF AT 11:52 A.M.

09:41AM  25        DO YOU SEE THAT?

09:41AM  1    A.   WHAT PAGE IS THAT?

09:41AM  2    Q.   ON PAGE 1.

09:41AM  3    A.   PAGE 1.  YES.

09:41AM  4    Q.   AND THAT'S JUST TO ORIENT YOU.  BUT I WANT TO GO TO THE

09:41AM  5    REST OF THAT EMAIL, WHICH IS ON PAGE 2.

09:41AM  6         AND THEN YOU SEE RIGHT AFTER THE TABLE WITH SOME DATA

09:41AM  7    THERE'S A LINE THAT SAYS, AND THIS IS DR. SIVARAMAN WRITING, "I

09:41AM  8    BELIEVE AN ALGORITHM FOR OUTLIER REMOVAL HAS BEEN INCORPORATED

09:41AM  9    IN THE SOFT APP PROCESS WHEN EVALUATING CLINICAL SAMPLES IN

09:41AM  10   NORMANDY."

09:41AM  11        DO YOU SEE THAT?

09:41AM  12   A.   YES.

09:41AM  13   Q.   AND NORMANDY REFERS TO, I THINK YOU SAID LAST WEEK, IT'S

09:41AM  14   THE PART OF THE LAB THAT HAS THE THERANOS LABORATORY DEVELOPED

09:41AM  15   TESTS?

09:41AM  16   A.   YES.

09:41AM  17   Q.   SUCH AS THE EDISON?

09:41AM  18   A.   YES.

09:41AM  19   Q.   AND YOU DIDN'T DO ANY WORK ON THAT ALGORITHM THAT

09:41AM  20   DR. SIVARAMAN IS TALKING ABOUT, DID YOU?

09:42AM  21   A.   NO.

09:42AM  22   Q.   OKAY.  AND IF YOU GO TO THE SAME EMAIL BUT ON THE FIRST

09:42AM  23   PAGE OF THE EXHIBIT, SO THE BEGINNING OF THAT SAME EMAIL.  YOU

09:42AM  24   SEE IN THE FIRST PARAGRAPH DR. SIVARAMAN WRITES, "YES, I DO

09:42AM  25   AGREE WITH YOU THAT INTRA CV'S ARE NOT RELEVANT.  I WAS

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                    1478

09:42AM  1    HIGHLIGHTING TO YOU THAT WHEN EVALUATED INDEPENDENTLY, EACH

09:42AM  2    CARTRIDGE HAS TIGHT CV'S IN BOTH CONC AND RLU REGIMES, WHICH

09:42AM  3    INDICATES THAT THE ASSAY ITSELF DOES NOT HAVE IMPRECISION."

09:42AM  4        DO YOU SEE THAT?

09:42AM  5    A.   YES.

09:42AM  6    Q.   AND YOU'RE NOT IN A POSITION TO DISAGREE WITH

09:42AM  7    DR. SIVARAMAN ON THAT PARTICULAR POINT, THAT THE ASSAY ITSELF

09:42AM  8    DOES NOT HAVE IMPRECISION, ARE YOU?

09:42AM  9    A.   NO.

09:42AM  10   Q.   AND IF YOU GO DOWN TO THE NEXT PARAGRAPH IT SAYS, "AT THIS

09:42AM  11   TIME OUR OUTLIER REMOVAL PROCEDURE IS MANUAL (WE CAN REMOVE 2

09:42AM  12   OUT OF THE 6 DATA POINTS) AND IT ALSO DEPENDS ON THE DATA SET."

09:43AM  13       DO YOU SEE THAT?

09:43AM  14   A.   YES.

09:43AM  15   Q.   AND THAT'S -- YOU MAY HAVE TALKED ABOUT THAT LAST WEEK,

09:43AM  16   BUT THAT'S DR. SIVARAMAN EXPLAINING THAT AT THAT POINT IN TIME

09:43AM  17   THERE'S A MANUAL PROCEDURE TO REMOVE 2 OUT OF 6 DATA POINTS;

09:43AM  18   RIGHT?

09:43AM  19   A.   CORRECT.

09:43AM  20   Q.   AND YOU WERE CRITICAL OF THAT PROCESS WHEN YOU TESTIFIED

09:43AM  21   LAST WEEK?

09:43AM  22   A.   CORRECT.

09:43AM  23   Q.   BUT YOU UNDERSTAND THAT THAT'S WHAT DR. SIVARAMAN IS

09:43AM  24   SAYING IS APPROPRIATE IN THIS EMAIL?

09:43AM  25   A.   YES.

09:43AM  1    Q.   AND DR. ROSENDORFF IS ON THAT EMAIL?

09:43AM  2    A.   YES.

09:43AM  3    Q.   AND MR. BALWANI IS NOT ON THIS EMAIL; CORRECT?

09:43AM  4    A.   CORRECT.

09:43AM  5    Q.   I'D LIKE YOU TO TAKE A LOOK AT EXHIBIT 20451.

09:43AM  6         I MAY HAVE TO HAND THAT ONE UP.

09:44AM  7         MAY I APPROACH, YOUR HONOR?

09:44AM  8              THE COURT:  YES.

09:44AM  9              MR. COOPERSMITH:  (HANDING.)

09:44AM 10    Q.   OKAY.  DO YOU HAVE 20451 IN FRONT OF YOU?

09:44AM 11    A.   YES.

09:44AM 12    Q.   20451 IS A 2013 PROFICIENCY TESTING MANUAL FROM THE

09:44AM 13    COLLEGE OF AMERICAN PATHOLOGISTS.

09:44AM 14         DO YOU SEE THAT?

09:44AM 15    A.   YES.

09:44AM 16    Q.   AND DO YOU UNDERSTAND THAT THIS IS NOT A THERANOS

09:44AM 17    DOCUMENT; CORRECT?

09:44AM 18    A.   YES.

09:44AM 19    Q.   DO YOU KNOW WHAT THE COLLEGE OF AMERICAN PATHOLOGISTS IS?

09:45AM 20    A.   NO.

09:45AM 21    Q.   I ASSUME YOU DIDN'T ATTEND THE COLLEGE OF AMERICAN

09:45AM 22    PATHOLOGISTS?

09:45AM 23    A.   NO.

09:45AM 24    Q.   AND DO YOU UNDERSTAND THAT THEY ARE ONE OF THE GROUPS THAT

09:45AM 25    SENDS PROFICIENCY SAMPLES FOR LABS TO TEST?

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                    1480

09:45AM  1    A.   I CAN'T REMEMBER.

09:45AM  2    Q.   SO, IN OTHER WORDS, LAST WEEK YOU TALKED ABOUT SOME

09:45AM  3    SAMPLES THAT CAME FROM THE NEW YORK STATE LAB?

09:45AM  4    A.   CORRECT.

09:45AM  5    Q.   AND DO YOU UNDERSTAND THAT CAP IS ANOTHER GROUP THAT WOULD

09:45AM  6    SEND SAMPLES THAT LABS COULD TEST TO DETERMINE THEIR

09:45AM  7    PROFICIENCY?

09:45AM  8    A.   YEAH, I DIDN'T KNOW THAT.  BUT I IMAGINE SO.

09:45AM  9    Q.   OKAY.  IF YOU TURN TO PAGE 14 OF THE EXHIBIT.  YOU SEE

09:45AM 10    THERE'S A SECTION CALLED OUTLIER DETECTION TECHNIQUE?

09:45AM 11    A.   YES.

09:45AM 12    Q.   AND I'M ASSUMING YOU'RE NOT FAMILIAR WITH THE COUNCIL OF

09:45AM 13    AMERICAN PATHOLOGISTS OUTLIER DETECTION TECHNIQUE THAT THEY

09:46AM 14    RECOMMEND, ARE YOU?

09:46AM 15    A.   NO.

09:46AM 16    Q.   OKAY.  I'D LIKE TO GO TO ANOTHER EXHIBIT, 1287.

09:46AM 17         EXHIBIT 1287 IS ANOTHER EXHIBIT YOU SAW ON DIRECT,

09:46AM 18    MS. CHEUNG?

09:46AM 19    A.   YES.

09:46AM 20    Q.   AND IF WE LOOK AT THE TOP OF THE EMAIL, YOU SEE THERE'S AN

09:46AM 21    EMAIL FROM DR. SAKSENA TO ELIZABETH HOLMES AND DANIEL YOUNG

09:46AM 22    WITH A COPY TO THE OTHER PEOPLE LISTED THERE.

09:46AM 23         DO YOU SEE THAT?

09:46AM 24    A.   CORRECT.

09:46AM 25    Q.   AND YOU TESTIFIED LAST WEEK ON DIRECT THAT THESE WERE A

09:47AM  1    GROUP OF INDIVIDUALS THAT REGULARLY COMMUNICATED ABOUT ISSUES

09:47AM  2    LIKE QUALITY CONTROL FAILURES?

09:47AM  3    A.   YES.

09:47AM  4    Q.   AND THEN YOU TESTIFIED THAT THE DOCUMENT INVOLVES A

09:47AM  5    RESOLUTION OF A QC FAILURE ISSUE AT THERANOS?

09:47AM  6    A.   YES.  CORRECT.

09:47AM  7    Q.   OKAY.  I'D LIKE TO SHOW YOU EXHIBIT 1288 THAT SHOULD BE IN

09:47AM  8    THE SAME BINDER.  IF NOT, I CAN HAND IT UP.

09:47AM  9    A.   I DON'T HAVE IT.

09:47AM  10            MR. COOPERSMITH:  MAY I APPROACH, YOUR HONOR?

09:47AM  11            THE COURT:  YES.

09:47AM  12            MR. COOPERSMITH:  (HANDING.)

09:48AM  13    Q.   OKAY.  LOOKING AT EXHIBIT 1288, DO YOU SEE AT THE TOP

09:48AM  14    THERE'S THE SAME GROUP OF INDIVIDUALS WHO ARE INVOLVED IN THE

09:48AM  15    EMAIL STRING?

09:48AM  16    A.   YES.

09:48AM  17    Q.   OKAY.  SAME GROUP AS IN EXHIBIT 1287?

09:48AM  18    A.   YES.

09:48AM  19    Q.   AND THEN YOU SEE IT INVOLVES THE SAME, THE SAME SUBJECT

09:48AM  20    HEADING THAT THE OTHER EXHIBIT 1287 DOES?

09:48AM  21    A.   YES.

09:48AM  22    Q.   AND YOU SEE THAT IN THE BODY OF -- IF YOU JUST SORT OF

09:49AM  23    FLIP THROUGH THE PAGES, MS. CHEUNG -- THAT SOME OF THE EMAILS

09:49AM  24    IN EXHIBIT 1287 ARE ALSO IN 1288?

09:49AM  25    A.   CORRECT.

09:49AM 1    Q.   BUT THEN THERE ARE SOME ADDITIONAL EMAILS ON THE TOP OF

09:49AM 2    EXHIBIT 1288?

09:49AM 3    A.   CORRECT.

09:49AM 4            MR. COOPERSMITH:  I OFFER 1288, YOUR HONOR.

09:49AM 5            MR. BOSTIC:  NO OBJECTION.

09:49AM 6            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:49AM 7        (DEFENDANT'S EXHIBIT 1288 WAS RECEIVED IN EVIDENCE.)

09:49AM 8    BY MR. COOPERSMITH:

09:49AM 9    Q.   OKAY.  I THINK WHEN THE GOVERNMENT WAS ASKING YOU

09:49AM 10   QUESTIONS, THEY WERE TALKING ABOUT 1287, BUT THEY DIDN'T SHOW

09:49AM 11   YOU THIS EXHIBIT; RIGHT?

09:49AM 12   A.   NO.

09:49AM 13   Q.   AND IF YOU LOOK AT THE TOP TWO EMAILS, WHICH WE'RE NOW

09:49AM 14   SEEING FOR THE FIRST TIME, DANIEL YOUNG WRITES AN EMAIL ON

09:49AM 15   NOVEMBER 30TH AT 11:27 A.M.

09:49AM 16       DO YOU SEE THAT?

09:49AM 17   A.   YES.

09:49AM 18   Q.   AND HE WAS THE MOST SENIOR SCIENTIST AT THERANOS; IS THAT

09:49AM 19   FAIR?

09:49AM 20   A.   YES.

09:49AM 21   Q.   AND DR. YOUNG WROTE, "ONE OF THE QC RUNS PASSED (AFTER THE

09:50AM 22   SOP WAS FOLLOWED APPROPRIATELY)."

09:50AM 23       DO YOU SEE THAT?

09:50AM 24   A.   YES.

09:50AM 25   Q.   AND SO DR. YOUNG HAD DETERMINED THAT THE -- FOR THAT

09:50AM   1    PARTICULAR RUN, THE PERSON WHO WAS RUNNING THE QC HAD NOT

09:50AM   2    FOLLOWED THE SOP?

09:50AM   3    A.   CORRECT.

09:50AM   4    Q.   AND THAT PERSON WAS YOU?

09:50AM   5    A.   CORRECT.

09:50AM   6    Q.   AND SO AT THIS POINT IN TIME, NOVEMBER 30TH, 2013, AM I

09:50AM   7    RIGHT THAT YOU HAD BEEN AT THE COMPANY FOR ABOUT SIX WEEKS?

09:50AM   8    A.   YES.

09:50AM   9    Q.   IF YOU LOOK AT THE VERY TOP EMAIL, IT'S AN EMAIL FROM

09:50AM  10    MS. HOLMES TO THE SAME GROUP AND SHE WRITES, "WE NEED TO

09:50AM  11    RETRAIN."

09:50AM  12         DO YOU SEE THAT?

09:50AM  13    A.   I SEE THAT.

09:50AM  14    Q.   DO YOU HAVE 1525 IN YOUR BINDER, MS. CHEUNG?

09:51AM  15    A.   I DO NOT.  I ONLY HAVE 1524.

09:51AM  16    Q.   LET'S MOVE ON TO 1548.

09:51AM  17         EXHIBIT 1548 IS AN EXHIBIT THAT YOU SAW DURING YOUR DIRECT

09:51AM  18    EXAMINATION, MS. CHEUNG?

09:51AM  19    A.   THAT IS CORRECT.

09:51AM  20    Q.   AND THIS ONE IS THE EMAIL FROM, AT LEAST THE MIDDLE EMAIL

09:51AM  21    ON THE FIRST PAGE, IT'S FROM LANGLY GEE, THE QUALITY CONTROL

09:51AM  22    MANAGER, TO A GROUP OF PEOPLE, INCLUDING YOURSELF, WITH AN

09:51AM  23    ATTACHED PROFICIENCY RESULT.

09:51AM  24         DO YOU SEE THAT?

09:51AM  25    A.   YES.

09:51AM  1    Q.   AND THEN YOU SPENT SOME TIME WITH MR. BOSTIC LOOKING AT

09:51AM  2    THE DATA, IF YOU GO TO THE ATTACHMENT TO THE EXHIBIT?

09:51AM  3    A.   YES.

09:51AM  4    Q.   AND THIS INVOLVED RUNNING SAMPLES FROM THE NEW YORK STATE

09:52AM  5    LAB ON BOTH EDISON AND CERTAIN COMMERCIAL DEVICES WHICH ARE

09:52AM  6    REFERRED TO AS PREDICATES SOMETIMES; RIGHT?

09:52AM  7    A.   THAT IS CORRECT.

09:52AM  8    Q.   AND THEN YOU WENT THROUGH THE DATA WITH MR. BOSTIC;

09:52AM  9    CORRECT?

09:52AM  10   A.   YES.

09:52AM  11   Q.   OKAY.  THOSE NEW YORK STATE SAMPLES, DO YOU KNOW WHAT THE

09:52AM  12   NATURE OF THOSE SAMPLES ARE?

09:52AM  13   A.   IN WHAT CONTEXT -- WHAT DO YOU MEAN?

09:52AM  14   Q.   WHAT ARE THE SAMPLES MADE OUT OF FROM THE NEW YORK LAB?

09:52AM  15   A.   IT COULD VARY, BUT I'M NOT SURE.

09:52AM  16   Q.   YOU DON'T KNOW SPECIFICALLY WITH RESPECT TO THOSE SAMPLES?

09:52AM  17   A.   CORRECT.

09:52AM  18   Q.   OKAY.  SO WERE YOU AWARE THAT CMS HAS REGULATIONS ABOUT

09:52AM  19   LABORATORIES HAVING TO DO PROFICIENCY TESTING?

09:52AM  20   A.   YES.

09:52AM  21   Q.   AND CMS'S REGULATIONS ACTUALLY REQUIRE AT CERTAIN

09:53AM  22   INTERVALS THAT LABS DO THAT; RIGHT?

09:53AM  23   A.   CORRECT.

09:53AM  24   Q.   AND IT'S SORT OF A TEST TO MAKE SURE THAT A LAB IS

09:53AM  25   OPERATING CORRECTLY; IS THAT FAIR?

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                                    1485

| | | |
|---|---|---|
| 09:53AM | 1 | A.   YES.  YOU NEED IT TO MAINTAIN YOUR CERTIFICATION. |
| 09:53AM | 2 | Q.   RIGHT.  AND DO YOU UNDERSTAND THAT CMS, FOR MANY TESTS, |
| 09:53AM | 3 | ALLOWS VERY WIDE VARIABILITY IN WHAT THE RESULTS COULD BE IN |
| 09:53AM | 4 | ORDER TO STILL PASS PROFICIENCY TESTING? |
| 09:53AM | 5 | A.   NO. |
| 09:53AM | 6 | Q.   OKAY.  IF YOU COULD TAKE A LOOK AT -- I THINK IT MIGHT BE |
| 09:53AM | 7 | IN THE DEFENSE BINDER, BUT THE FIRST OF THOSE, AND IT'S |
| 09:53AM | 8 | EXHIBIT 7603 LETTERS BB? |
| 09:54AM | 9 | A.   IS IT IN VOLUME 1? |
| 09:54AM | 10 | Q.   YES, I THINK SO. |
| 09:54AM | 11 | A.   WHAT WAS THE NUMBER AGAIN? |
| 09:54AM | 12 | Q.   I'M SORRY, 7603 AND THEN BB, B AS IN BOY, B AS IN BOY? |
| 09:54AM | 13 | A.   OKAY. |
| 09:54AM | 14 | Q.   OKAY.  IF YOU TAKE A LOOK AT 7603BB, DO YOU RECOGNIZE THIS |
| 09:54AM | 15 | AS CERTAIN REGULATIONS FOR THE CENTERS OF MEDICARE AND MEDICAID |
| 09:54AM | 16 | SERVICES? |
| 09:54AM | 17 | A.   YES. |
| 09:54AM | 18 | Q.   AND THE ONE THAT IS LABELED SECTION 493.931 INVOLVES |
| 09:54AM | 19 | ROUTINE CHEMISTRY? |
| 09:54AM | 20 | A.   CORRECT. |
| 09:54AM | 21 | Q.   AND IT -- YOU SEE, IF YOU JUST READ IT QUICKLY WITHOUT |
| 09:54AM | 22 | READING IT OUT LOUD, YOU SEE IT RELATES TO PROFICIENCY TESTING; |
| 09:54AM | 23 | CORRECT? |
| 09:54AM | 24 | A.   YES. |
| 09:54AM | 25 | MR. COOPERSMITH:  YOUR HONOR, I OFFER EXHIBIT 7603 |

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                    1486

09:55AM  1    AS A REGULATION OF THE CENTERS FOR MEDICARE AND MEDICAID

09:55AM  2    SERVICES, A GOVERNMENT AGENCY.

09:55AM  3            MR. BOSTIC:  FOUNDATION AND RELEVANCE, YOUR HONOR.

09:55AM  4            THE COURT:  YOU'RE OFFERING THIS AS A CERTIFIED

09:55AM  5    GOVERNMENT PUBLICATION?

09:55AM  6            MR. COOPERSMITH:  IT'S A PUBLICATION OF THE

09:55AM  7    U.S. GOVERNMENT.  IT --

09:55AM  8            THE COURT:  CAN YOU LAY A FOUNDATION FOR THAT?

09:55AM  9            MR. COOPERSMITH:  WELL, I THINK SHE ALREADY

09:55AM 10    TESTIFIED, YOUR HONOR, THAT SHE RECOGNIZES IT AS A REGULATION

09:55AM 11    FROM CMS.

09:55AM 12            THE COURT:  CAN YOU LAY A FOUNDATION?

09:55AM 13            MR. COOPERSMITH:  YES, YOUR HONOR, I'LL ASK SOME

09:55AM 14    MORE QUESTIONS.

09:55AM 15            THE COURT:  SURE.

09:55AM 16    BY MR. COOPERSMITH:

09:55AM 17    Q.   MS. CHEUNG, YOU UNDERSTAND THAT CMS IS THE REGULATOR FOR

09:55AM 18    CLINICAL LABORATORIES IN THE UNITED STATES?

09:55AM 19    A.   YES.

09:55AM 20    Q.   AND THAT IN ORDER TO DO THEIR WORK, THE CMS GOVERNMENT

09:55AM 21    AGENCY ISSUES REGULATIONS?

09:55AM 22    A.   CAN YOU REPEAT THAT QUESTION.

09:55AM 23    Q.   IN ORDER TO GOVERN OR REGULATE THE LABORATORIES, YOU

09:55AM 24    UNDERSTAND THAT CMS ACTUALLY ISSUES REGULATIONS?

09:56AM 25    A.   CORRECT.

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                    1487

09:56AM   1     Q.   AND LABORATORIES LIKE THE THERANOS LABORATORY THAT WAS

09:56AM   2     OPERATING WHILE YOU WERE THERE, HAVE TO FOLLOW THOSE

09:56AM   3     REGULATIONS?

09:56AM   4     A.   CORRECT.

09:56AM   5     Q.   AND ONE OF THE THINGS THAT CMS REQUIRES IS PROFICIENCY

09:56AM   6     TESTING IN REGULATIONS?

09:56AM   7     A.   CAN YOU REPEAT THAT QUESTION.

09:56AM   8     Q.   ONE OF THE THINGS THAT CMS REGULATES AND REQUIRES IS

09:56AM   9     SOMETHING CALLED PROFICIENCY TESTING?

09:56AM   10    A.   CORRECT.

09:56AM   11    Q.   AND YOU UNDERSTAND THAT THE REGULATION WE'RE LOOKING AT IN

09:56AM   12    EXHIBIT 7603 BB IS ONE SUCH REGULATION THAT DEALS WITH

09:56AM   13    PROFICIENCY TESTING?

09:56AM   14    A.   I'VE NEVER SEEN THIS BEFORE, SO I'M NOT SURE BUT --

09:56AM   15    Q.   OKAY.

09:56AM   16    A.   I DON'T KNOW.

09:56AM   17    Q.   WELL, YOU SEE THAT IT'S SECTION 493.931?

09:56AM   18    A.   YES.

09:56AM   19    Q.   AND DO YOU SEE IF YOU LOOK AT SECTION A, IT USES THE WORD

09:56AM   20    PROFICIENCY TESTING IN THERE, AND THAT'S WHAT THE REGULATION IS

09:56AM   21    ABOUT.

09:56AM   22        DO YOU SEE THAT?

09:56AM   23    A.   THIS IS FOR A CHEMISTRY PROGRAM?

09:57AM   24    Q.   THIS IS FOR ROUTINE CHEMISTRY, RIGHT.

09:57AM   25    A.   WHAT WAS YOUR INITIAL QUESTION?

09:57AM  1    Q.   WELL, JUST LET ME START AGAIN.

09:57AM  2         YOU RECOGNIZE THIS, WHETHER YOU'VE SEEN IT BEFORE OR NOT,

09:57AM  3    YOU RECOGNIZE THIS AS ONE OF THE REGULATIONS THAT CMS PUTS OUT

09:57AM  4    DEALING WITH PROFICIENCY TESTING?

09:57AM  5    A.   YES.

09:57AM  6         MR. COOPERSMITH:  YOUR HONOR, WE OFFER 7603BB.  I

09:57AM  7    THINK THE COURT COULD TAKE JUDICIAL NOTICE THAT THIS IS A

09:57AM  8    GOVERNMENT REGULATION.

09:57AM  9         MR. BOSTIC:  SAME OBJECTION, YOUR HONOR.

09:57AM  10        THE COURT:  ARE YOU ASKING THAT PAGE 58 ALSO BE

09:57AM  11   ADMITTED?

09:57AM  12        MR. COOPERSMITH:  YES, YOUR HONOR.  IT'S PART OF

09:57AM  13   THAT SAME REGULATION.

09:57AM  14        THE COURT:  ENDOCRINOLOGY.

09:57AM  15        MR. COOPERSMITH:  NO -- THAT ONE.  IT'S JUST THE

09:57AM  16   NUMBER 493.931.

09:58AM  17        THE COURT:  IS THAT FOUND ON PAGE 58?

09:58AM  18        MR. COOPERSMITH:  THE REGULATION IN QUESTION THAT

09:58AM  19   I'M REFERRING TO, YOUR HONOR, STARTS ON PAGE 57, AND IT'S THE

09:58AM  20   LONGER REGULATION ON THAT PAGE STARTING WITH .931, AND THEN IT

09:58AM  21   CONTINUES ON TO PAGE 58 AS THE, YOU KNOW, THE REST OF IT.

09:58AM  22        THE COURT:  RIGHT.  SO DO YOU WANT TO STRIKE THEN

09:58AM  23   THE ENDOCRINOLOGY PORTION?

09:58AM  24        MR. COOPERSMITH:  YES, WE COULD REDACT THAT.

09:58AM  25        AND ALSO WE CAN REDACT THE SMALLER REGULATION ON THE TOP

09:58AM  1    OF PAGE 57 AS WELL.

09:59AM  2            THE COURT:  58?

09:59AM  3            MR. COOPERSMITH:  WE WOULD REDACT SECTION 933 ON

09:59AM  4    PAGE 58, AND WE WOULD REDACT SECTION 929 ON PAGE 57.

09:59AM  5            THE COURT:  ALL RIGHT.  THANK YOU.

09:59AM  6       WITH THOSE REDACTIONS, IT WILL BE ADMITTED, AND IT MAY BE

09:59AM  7    PUBLISHED WITH THOSE REDACTIONS.

09:59AM  8            MR. COOPERSMITH:  YES, YOUR HONOR.

09:59AM  9       (DEFENDANT'S EXHIBIT 7603BB, WITH REDACTIONS, WAS RECEIVED

09:59AM  10   IN EVIDENCE.)

09:59AM  11           MR. COOPERSMITH:  MR. ALLEN, CAN YOU MAKE THOSE

09:59AM  12   REDACTIONS.

09:59AM  13   Q.   NOW, LOOKING AT THE REGULATION YOU SEE, FOR NOW, LOOKING

09:59AM  14   IN PARTICULAR AT 493.931?

09:59AM  15   A.   CORRECT.

09:59AM  16   Q.   AND THAT'S TITLED ROUTINE CHEMISTRY.

09:59AM  17      DO YOU SEE THAT?

09:59AM  18   A.   YES.

09:59AM  19   Q.   AND IF YOU GO TO SECTION A THAT IS ON THE SCREEN RIGHT NOW

09:59AM  20   IT SAYS, "PROGRAM CONTENT AND FREQUENCY OF CHALLENGE.

09:59AM  21      DO YOU SEE THAT?

09:59AM  22   A.   CORRECT.

09:59AM  23   Q.   AND IT GOES ON TO SAY, "TO BE APPROVED FOR PROFICIENCY

09:59AM  24   TESTING FOR ROUTINE CHEMISTRY, A PROGRAM MUST PROVIDE A MINIMUM

09:59AM  25   OF FIVE SAMPLES PER TESTING EVENT.  THERE MUST BE AT LEAST

10:00AM 1    THREE TESTING EVENTS AT APPROXIMATELY EQUAL INTERVALS PER

10:00AM 2    YEAR," AND IT GOES ON.

10:00AM 3        DO YOU SEE THAT?

10:00AM 4    A.   YES.

10:00AM 5    Q.   AND SO THIS IS A REGULATION GOVERNING PROFICIENCY TESTING

10:00AM 6    FOR A PARTICULAR TYPE OF BLOOD TESTING CALLED ROUTINE

10:00AM 7    CHEMISTRY; RIGHT?

10:00AM 8    A.   RIGHT.

10:00AM 9    Q.   AND IF YOU GO TO THE SECTION ON THE SECOND COLUMN THERE,

10:00AM 10   AND IT'S ACTUALLY SECTION B(2) OF THE REGULATION.

10:00AM 11       IF YOU WANT TO BLOW THAT UP, MR. ALLEN, THAT WOULD BE

10:00AM 12   GREAT.  THANK YOU.

10:00AM 13       IT SAYS, "FOR QUANTITATIVE CHEMISTRY TESTS FOR ANALYTES,

10:00AM 14   THE PROGRAM MUST DETERMINE THE CORRECT RESPONSE FOR EACH

10:00AM 15   ANALYTE BY THE DISTANCE OF THE RESPONSE FROM THE TARGET VALUE."

10:00AM 16       DO YOU SEE THAT?

10:00AM 17   A.   CORRECT.

10:00AM 18   Q.   AND THIS IS GOVERNING WHAT RESULTS WOULD PASS AND WHAT

10:00AM 19   WOULDN'T PASS; RIGHT?

10:00AM 20   A.   YEAH, FOR GENERAL CHEMISTRY IT LOOKS LIKE.

10:01AM 21   Q.   RIGHT.  AND IF YOU GO DOWN BELOW YOU SEE THERE IS A

10:01AM 22   SECTION RIGHT BELOW THE TEST WE ARE LOOKING AT IS CRITERIA FOR

10:01AM 23   ACCEPTABLE PERFORMANCE.

10:01AM 24       DO YOU SEE THAT?

10:01AM 25   A.   CORRECT.

10:01AM  1      Q.   AND IT HAS A TABLE THERE.  AND THE LEFT COLUMN IT SAYS

10:01AM  2      ANALYTE OR TEST?

10:01AM  3      A.   YES.

10:01AM  4      Q.   AND ON THE RIGHT COLUMN IT SAYS CRITERIA FOR ACCEPTABLE

10:01AM  5      PERFORMANCE.

10:01AM  6           DO YOU SEE THAT?

10:01AM  7      A.   YES.

10:01AM  8      Q.   AND SO LET'S LOOK AT SOME OF THESE.

10:01AM  9           SO, FOR EXAMPLE, FOR AN ASSAY CALLED ALANINE

10:01AM 10      AMINOTRANSFERASE (ALT/SGPT) --

10:01AM 11      A.   CORRECT.

10:01AM 12      Q.   -- THAT PARTICULAR ASSAY, IN ORDER TO BE ACCEPTABLE, IT

10:01AM 13      HAS TO BE WITHIN PLUS OR MINUS OF 20 PERCENT OF THE TARGET

10:01AM 14      VALUE.

10:01AM 15           DO YOU SEE THAT?

10:01AM 16      A.   YES.  THESE ARE ALL GENERAL CHEMISTRY ASSAYS.

10:01AM 17      Q.   RIGHT.

10:01AM 18      A.   THEY'RE NOT EDISON ASSAYS.

10:01AM 19      Q.   I UNDERSTAND THAT.

10:01AM 20           BUT FOR GENERAL CHEMISTRY, THAT PARTICULAR ASSAY THAT I

10:01AM 21      JUST REFERRED TO THE PROFICIENCY TESTING TEST RESULT WOULD HAVE

10:01AM 22      TO BE WITHIN PLUS OR MINUS OF 20 PERCENT IN ORDER TO PASS;

10:02AM 23      RIGHT?

10:02AM 24      A.   CORRECT.  YES.

10:02AM 25      Q.   AND LET'S LOOK AT, FOR EXAMPLE, CREATINE KINASE.  AND DO

10:02AM  1    YOU UNDERSTAND THAT THAT'S A TEST THAT DEALS WITH PARTICULAR

10:02AM  2    ASPECTS OF LIVER FUNCTION?

10:02AM  3    A.   I DON'T KNOW.

10:02AM  4    Q.   YOU DON'T KNOW THAT?

10:02AM  5    A.   I DON'T KNOW.

10:02AM  6    Q.   OKAY.  BUT IN ANY EVENT, CREATINE KINASE, IT HAS A TARGET

10:02AM  7    VALUE OF PLUS OR MINUS 30 PERCENT TO BE ACCEPTABLE.

10:02AM  8         DO YOU SEE THAT?

10:02AM  9    A.   CORRECT.

10:02AM  10   Q.   AND SO TWO RESULTS COULD BE AS MUCH AS 30 PERCENT, OR MORE

10:02AM  11   ACTUALLY, APART AND STILL BE ACCEPTABLE UNDER THE REGULATION;

10:02AM  12   RIGHT?

10:02AM  13   A.   YES.

10:02AM  14   Q.   OKAY.  SO DO YOU HAVE A LOT OF KNOWLEDGE, MS. CHEUNG,

10:02AM  15   ABOUT HOW BLOOD TESTING ASSAYS, EVEN ON COMMERCIAL MACHINES FOR

10:02AM  16   THINGS LIKE ROUTINE CHEMISTRY, CAN VARY QUITE A LOT AND STILL

10:02AM  17   BE DEEMED TO PASS PROFICIENCY TESTING?

10:02AM  18   A.   THEY CAN VARY BY SOME SORT OF STANDARD DEVIATION, YES.

10:02AM  19   Q.   OKAY.  AND IN SOME CASES, LIKE FOR SOME ASSAYS, SUCH AS

10:03AM  20   THE ONES WE LOOKED AT, IT COULD BE AS MUCH AS 30 PERCENT?

10:03AM  21   A.   YEAH, ACCORDING TO THE REGULATIONS.

10:03AM  22   Q.   OKAY.  AND IF YOU WANT TO BROWSE THROUGH THAT, THERE ARE

10:03AM  23   OTHERS THAT HAVE SIMILAR CRITERIA FOR ACCEPTABLE PERFORMANCE.

10:03AM  24        FOR EXAMPLE, FOR CHOLESTEROL ON THE FIRST PAGE, THAT'S

10:03AM  25   PLUS OR MINUS 30 PERCENT; RIGHT?

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                    1493

10:03AM 1    A.   RIGHT.

10:03AM 2    Q.   OKAY.  SO IS IT FAIR TO SAY THAT WHEN YOU'RE RUNNING

10:03AM 3    PROFICIENCY TESTING ON SAMPLES, THAT EVEN CMS DOESN'T EXPECT

10:03AM 4    THAT YOU'RE GOING TO GET IDENTICAL NUMBERS EVERY TIME YOU RUN A

10:03AM 5    SAMPLE; CORRECT?

10:03AM 6    A.   THAT IS CORRECT.

10:03AM 7    Q.   AND YOU'RE NOT SAYING THAT, EITHER; RIGHT?

10:03AM 8    A.   NO.  IT'S TYPICALLY WITHIN SOME SORT OF RANGE.

10:03AM 9    Q.   RIGHT.  LET'S TAKE A LOOK AT EXHIBIT 9939.  THAT SHOULD BE

10:04AM 10   IN THE SAME BINDER.

10:04AM 11        OKAY.  EXHIBIT 9939 YOU SEE IS A THERANOS STANDARD

10:04AM 12   OPERATING PROCEDURE FOR THE CLINICAL LAB?

10:04AM 13   A.   YES.

10:04AM 14   Q.   AND YOU SEE THE TITLE IS PROFICIENCY TESTING FOR THERANOS

10:04AM 15   LAB DEVELOPED TESTS:  EDISON 3.5?

10:04AM 16   A.   YES.

10:04AM 17   Q.   AND THEN YOU SEE THE SIGNATURES OF LI DING-CHIANG AS THE

10:04AM 18   AUTHOR.

10:04AM 19        DO YOU SEE THAT?

10:04AM 20   A.   YES.

10:04AM 21   Q.   DATED DECEMBER 2ND, 2013?

10:04AM 22   A.   YES.

10:04AM 23   Q.   AND THAT WAS WHILE YOU WERE AT THERANOS?

10:04AM 24   A.   YES.

10:05AM 25   Q.   AND THEN YOU SEE THE REVIEWER LISTED HERE AS DANIEL YOUNG,

10:05AM  1    AND YOU SEE THE SIGNATURE ABOVE DANIEL YOUNG, PH.D.?

10:05AM  2    A.   YES.

10:05AM  3    Q.   AND THAT'S ALSO SIGNED ON 12-2-2013?

10:05AM  4    A.   YES.

10:05AM  5    Q.   AND THEN BELOW THAT THERE'S AN APPROVER FOR THE STANDARD

10:05AM  6    OPERATING PROCEDURES, AND THAT'S DR. ROSENDORFF.

10:05AM  7         DO YOU SEE THAT?

10:05AM  8    A.   CORRECT.

10:05AM  9    Q.   AND HE ALSO SIGNED ON DECEMBER 2, 2013?

10:05AM 10    A.   YES.

10:05AM 11              MR. COOPERSMITH:  YOUR HONOR, WE OFFER 9939.

10:05AM 12              MR. BOSTIC:  FOUNDATION.  AUTHENTICATION.

10:05AM 13              THE COURT:  CAN YOU LAY A FOUNDATION THROUGH THIS

10:05AM 14    WITNESS?

10:05AM 15              MR. COOPERSMITH:  YES, YOUR HONOR.

10:05AM 16    Q.   MS. CHEUNG, YOU UNDERSTAND THAT THERANOS HAD STANDARD

10:05AM 17    OPERATING PROCEDURES?

10:05AM 18    A.   YES.

10:05AM 19    Q.   AND YOU'VE SEEN OTHER EXAMPLES OF THE COMPANY HAVING THOSE

10:05AM 20    PROCEDURES IN THIS FORMAT WHERE IT HAS REVIEWER AND APPROVER

10:05AM 21    SIGNATURES ON THE FIRST PAGE JUST LIKE WE SEE IN THIS EXHIBIT;

10:05AM 22    RIGHT?

10:05AM 23    A.   YES.

10:05AM 24    Q.   AND YOU UNDERSTAND THAT THERANOS KEPT THOSE ON FILE SO

10:05AM 25    PEOPLE COULD REFER TO THEM FROM TIME TO TIME?

10:05AM   1    A.   YES.

10:05AM   2    Q.   AND THAT WAS NECESSARY FOR THE LABORATORY PERSONNEL TO DO

10:06AM   3    THEIR WORK; IS THAT RIGHT?

10:06AM   4    A.   YES, CORRECT.

10:06AM   5    Q.   AND THAT THE CONCEPT FOR STANDARD OPERATING PROCEDURES WAS

10:06AM   6    TO HAVE OPERATING PROCEDURES SO EVERYONE COULD REFER TO SO THEY

10:06AM   7    COULD ALL BE CONSISTENT IN HOW THEY WENT ABOUT TESTING BLOOD

10:06AM   8    SAMPLES?

10:06AM   9    A.   THAT IS CORRECT.

10:06AM  10    Q.   OR DOING OTHER ACTIVITIES OF THE LAB?

10:06AM  11    A.   YES.

10:06AM  12         MR. COOPERSMITH:  YOUR HONOR, I OFFER 9939.

10:06AM  13         MR. BOSTIC:  AUTHENTICATION.

10:06AM  14         THE COURT:  I THINK SHE NEEDS TO SPEAK TO HER

10:06AM  15    KNOWLEDGE ABOUT THE DOCUMENT.

10:06AM  16         MR. COOPERSMITH:  OKAY.  WELL, I'LL ASK THAT

10:06AM  17    DIRECTLY THEN.

10:06AM  18    Q.   MS. CHEUNG, THIS WAS SIGNED, AS WE JUST DISCUSSED, WHILE

10:06AM  19    YOU WERE THERE.

10:06AM  20         DID YOU SEE THIS STANDARD OPERATING PROCEDURE?

10:06AM  21    A.   I DON'T REMEMBER SEEING THIS.

10:06AM  22    Q.   SO YOU NEVER SAW IT?

10:06AM  23    A.   YES.

10:06AM  24    Q.   SO IF THE OPERATING PROCEDURE FOR PROFICIENCY TESTING FOR

10:06AM  25    THERANOS VARIED FROM THAT EXHIBIT THAT YOU LOOKED AT BEFORE

10:07AM   1    THAT YOU WENT OVER WITH MR. BOSTIC --

10:07AM   2    A.   UH-HUH.

10:07AM   3    Q.   -- WHERE YOU TESTED NEW YORK SAMPLES --

10:07AM   4    A.   UH-HUH.

10:07AM   5    Q.   -- IF THE STANDARD OPERATING PROCEDURES FOR THERANOS FOR

10:07AM   6    PROFICIENCY TESTING WAS DIFFERENT, YOU JUST WOULDN'T KNOW THAT;

10:07AM   7    IS THAT RIGHT?

10:07AM   8    A.   COULD YOU REPEAT THAT QUESTION.

10:07AM   9    Q.   SO IF THE STANDARD OPERATING PROCEDURES THERANOS USED OR

10:07AM  10    HAD IN PLACE FOR PROFICIENCY TESTING FOR EDISON DEVICES --

10:07AM  11    A.   CORRECT.

10:07AM  12    Q.   -- IF THAT WAS A DIFFERENT PROCEDURE COMPARED TO THE

10:07AM  13    EXHIBIT THAT YOU LOOKED AT WITH MR. BOSTIC WHERE SOME NEW YORK

10:07AM  14    SAMPLES WERE TESTED --

10:07AM  15    A.   CORRECT.

10:07AM  16    Q.   -- YOU WOULDN'T KNOW ANYTHING ABOUT THAT BECAUSE YOU'VE

10:07AM  17    NEVER SEEN THIS DOCUMENT; RIGHT?

10:07AM  18    A.   I JUST DON'T REMEMBER.

10:07AM  19         MR. COOPERSMITH:  YOUR HONOR, I'D LIKE TO OFFER THIS

10:07AM  20    EXHIBIT.  IF WE CAN'T AUTHENTICATE IT THROUGH MS. CHEUNG, WE

10:07AM  21    EXPECT THERE WILL BE ANOTHER WITNESS THAT WILL BE CALLED WHO

10:07AM  22    SIGNED THE DOCUMENT.  SO WE WOULD LIKE TO CONDITIONALLY ADMIT

10:07AM  23    IT UNDER RULE 104.

10:07AM  24         MR. BOSTIC:  SAME OBJECTIONS, YOUR HONOR.

10:07AM  25         THE COURT:  DOES THE GOVERNMENT ANTICIPATE THAT ONE

10:08AM   1    OF THE SIGNATORS OF THIS DOCUMENT WILL TESTIFY?

10:08AM   2                MR. BOSTIC:  IT'S POSSIBLE, YOUR HONOR.

10:08AM   3                THE COURT:  ALL RIGHT.  LADIES AND GENTLEMEN, I'M

10:08AM   4    GOING TO ADMIT THIS DOCUMENT CONDITIONALLY.

10:08AM   5        LET ME JUST STATE, IN THE COURT'S OPINION, I WOULD SUSTAIN

10:08AM   6    THE OBJECTION THAT THERE'S BEEN A LACK OF AUTHENTICATION, THAT

10:08AM   7    IS, THAT THIS WITNESS HAS NOT SEEN THIS BEFORE AND HAS NO

10:08AM   8    FAMILIARITY WITH IT SPECIFICALLY.

10:08AM   9        I'M GOING TO ADMIT IT NOW AND ALLOW QUESTIONS IN THIS

10:08AM  10    EXAMINATION ON THE CONDITION THAT A WITNESS AT SOME TIME IN THE

10:08AM  11    FUTURE TESTIFY AS TO THE AUTHENTICITY OF THIS DOCUMENT.

10:08AM  12        IF THAT DOESN'T HAPPEN, I'M GOING TO STRIKE THE TESTIMONY

10:08AM  13    AND DISALLOW THIS EXHIBIT TO BE ADMITTED.

10:09AM  14        SO ON THAT CONDITION, I'LL ALLOW ITS ADMISSIBILITY ON A

10:09AM  15    CONDITIONAL ADMISSIBILITY SUBJECT TO APPROPRIATE

10:09AM  16    AUTHENTICATION.

10:09AM  17                MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

10:09AM  18        (DEFENDANT'S EXHIBIT 9939 WAS CONDITIONALLY RECEIVED IN

10:09AM  19    EVIDENCE.)

10:09AM  20                MR. COOPERSMITH:  OKAY.  NOW I THINK WE CAN PUBLISH

10:09AM  21    IT.

10:09AM  22    Q.  SO YOU SEE WE WERE JUST TALKING ABOUT ON THE FIRST PAGE IT

10:09AM  23    HAS THOSE SIGNATURES THAT WE DISCUSSED INCLUDING DR. YOUNG AND

10:09AM  24    DR. ROSENDORFF?

10:09AM  25    A.  CORRECT.

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                    1498

10:09AM   1    Q.   JUST SO WE CAN ALL SEE IT NOW; RIGHT?

10:09AM   2    A.   YEAH.

10:09AM   3    Q.   AND THEN IF YOU GO TO PAGE 3, AND AT THE VERY BOTTOM THERE

10:09AM   4    ARE PAGE NUMBERS, AND I'M LOOKING AT PAGE 3 OF 8.  IF YOU COULD

10:09AM   5    FIND THAT, THAT WOULD BE GREAT?

10:09AM   6    A.   YES.

10:09AM   7    Q.   AND ON PAGE 3 OF 8 IT STATES IN SECTION 1 THE PURPOSE OF

10:09AM   8    THE STANDARD OPERATING PROCEDURE.

10:09AM   9        DO YOU SEE THAT?

10:09AM  10        AND SECTION 1.1 SAYS, "THE PURPOSE OF THIS PROPOSAL IS TO

10:09AM  11    DEVISE AN ALTERNATIVE ASSESSMENT PROTOCOL (AAP) FOR

10:09AM  12    LABORATORY-DEVELOPED TESTS ON THE EDISON 3.5 IMMUNOASSAY

10:10AM  13    INSTRUMENT."

10:10AM  14        DO YOU SEE THAT?

10:10AM  15    A.   YES.

10:10AM  16    Q.   AND YOU UNDERSTAND THAT ALTERNATIVE ASSESSMENT PROTOCOL,

10:10AM  17    OR AAP, WAS A WAY THAT LABORATORIES TEST BLOOD TESTING

10:10AM  18    INSTRUMENTS, DO PROFICIENCY TESTING OF BLOOD TESTING

10:10AM  19    INSTRUMENTS WHEN IT DOESN'T HAVE WHAT IS CALLED A PEER GROUP?

10:10AM  20    A.   YES.

10:10AM  21    Q.   SO, FOR EXAMPLE, IF A LABORATORY IS RUNNING SOMETHING LIKE

10:10AM  22    THE SIEMENS ADVIA 1800?

10:10AM  23    A.   UH-HUH.

10:10AM  24    Q.   YOU UNDERSTAND THAT THERE ARE MANY LABS AROUND THE COUNTRY

10:10AM  25    WHO RUN A SIEMENS ADVIA 1800?

10:10AM   1     A.   CORRECT.

10:10AM   2     Q.   AND SO THAT THE PROFICIENCY TESTING AGENCY OR ORGANIZATION

10:10AM   3     CAN COMPARE THE RESULTS OF THE LABORATORY RUNNING THAT DEVICE,

10:10AM   4     THE ORGANIZATION CAN -- THE PROFICIENCY TESTING ORGANIZATION

10:10AM   5     CAN COMPARE A LABORATORY RUNNING THAT PARTICULAR DEVICE WITH

10:10AM   6     ALL OF THE OTHER LABORATORIES AROUND THE COUNTRY WHO ARE ALSO

10:10AM   7     RUNNING THAT SAME DEVICE?

10:10AM   8     A.   CORRECT.

10:10AM   9     Q.   BUT WHEN YOU HAVE AN EMERGING TECHNOLOGY OR A NEW

10:11AM  10     TECHNOLOGY, OTHER LABS MAY NOT BE RUNNING THAT SAME TECHNOLOGY?

10:11AM  11     A.   CORRECT.

10:11AM  12     Q.   AND YOU UNDERSTAND THAT AAP IS A WAY TO STILL ACHIEVE

10:11AM  13     PROFICIENCY TESTING WHEN THERE IS NO OTHER COMPARATORS?

10:11AM  14     A.   YES.

10:11AM  15     Q.   AND THERE'S A PROCEDURE FOR THAT AT THERANOS THAT WE'RE

10:11AM  16     NOW LOOKING AT; RIGHT?

10:11AM  17     A.   I BELIEVE SO, YES.

10:11AM  18     Q.   AND IF WE GO TO PAGE 5 OF 8.  DO YOU SEE THERE'S A SECTION

10:11AM  19     4 CALLED PROCEDURE?

10:11AM  20     A.   YES.

10:11AM  21     Q.   AND THE FIRST SECTION 4.1 SAYS, "OBTAIN 5 VENOUS CLINICAL

10:11AM  22     SAMPLES FROM AN IN-HOUSE COLLECTION."

10:11AM  23          DO YOU SEE THAT?

10:11AM  24     A.   YES.

10:11AM  25     Q.   AND AN IN-HOUSE COLLECTION MEANS I THINK WHAT YOU WERE

CHEUNG CROSS BY MR. COOPERSMITH (RES.)          1500

10:11AM    1      DESCRIBING LAST WEEK WHERE BLOOD SAMPLES ARE TAKEN FROM

10:11AM    2      EMPLOYEES WHO VOLUNTEER TO DO THAT?

10:11AM    3      A.   CORRECT.

10:11AM    4      Q.   AND YOU YOURSELF DID THAT FROM TIME TO TIME?

10:11AM    5      A.   YES.

10:11AM    6      Q.   AND SO THERE WERE ACTUAL BLOOD SAMPLES TAKEN FROM A REAL

10:11AM    7      PERSON WHO WORKED AT THERANOS?

10:11AM    8      A.   CORRECT.

10:11AM    9      Q.   AND NOT SAMPLES SENT BY SOME OUTSIDE PARTY LIKE THE

10:12AM   10      NEW YORK STATE TESTING LAB?

10:12AM   11      A.   CORRECT.

10:12AM   12      Q.   OR THE COLLEGE OF AMERICAN PATHOLOGISTS FOR THAT MATTER?

10:12AM   13      A.   YES.

10:12AM   14      Q.   OKAY.  SO THEN IF YOU GO TO THE NEXT SECTION, SECTION 4.2

10:12AM   15      INDICATES HOW MUCH BLOOD SHOULD BE COLLECTED.  IT'S

10:12AM   16      TEN MICROLITERS.

10:12AM   17          DO YOU SEE THAT?

10:12AM   18      A.   YES.

10:12AM   19      Q.   AND ON 4.3 IT SAYS, "SPLIT THE SAMPLES INTO 2 ALIQUOTS";

10:12AM   20      RIGHT?

10:12AM   21          AND "ALIQUOT" IS A WORD THAT LABORATORIES SOMETIMES USE;

10:12AM   22      RIGHT?

10:12AM   23      A.   YEAH.  IT JUST MEANS TWO CONTAINERS.

10:12AM   24      Q.   RIGHT.  SO SPLIT THE SAMPLES INTO TWO CONTAINERS; IS THAT

10:12AM   25      WHAT IT'S SAYING?

ER-888

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                    1501

10:12AM    1    A.   THAT'S CORRECT.

10:12AM    2    Q.   AND THEN 4.4 SAYS, "RUN THE PREDICATE SIEMENS IMMULITE

10:12AM    3    2000 AND THE THERANOS LDT METHODS IN PARALLEL, USING N EQUALS 5

10:12AM    4    FOR EACH ASSAY, FOR EACH PATIENT SAMPLE."

10:12AM    5         DO YOU SEE THAT?

10:12AM    6    A.   YES.

10:12AM    7    Q.   AND SO IS IT FAIR TO SAY THAT THE BASIC IDERE HERE IS TO

10:13AM    8    RUN THE SAMPLE, TAKE THE SAMPLE, SPLIT IT INTO TWO CONTAINERS,

10:13AM    9    RUN ONE PART OF IT ON AN FDA APPROVED PREDICATE MACHINE, IN

10:13AM   10    THIS CASE CALLED THE SIEMENS IMMULITE 2000?

10:13AM   11    A.   CORRECT.

10:13AM   12    Q.   AND THEN RUN THE OTHER HALF OF THE SAMPLE ON THE THERANOS

10:13AM   13    LDT, IN THIS CASE THE EDISON DEVICE?

10:13AM   14    A.   CORRECT.

10:13AM   15    Q.   AND THE IDERE IS TO COMPARE THOSE TWO RESULTS?

10:13AM   16    A.   YES.

10:13AM   17    Q.   OKAY.  NOW, IF WE GO TO 4.5, SECTION 4.5, THERE'S ACTUALLY

10:13AM   18    A STATISTICAL METHOD THAT IS USED IN MAKING THAT COMPARISON;

10:13AM   19    RIGHT?

10:13AM   20    A.   YES.

10:13AM   21    Q.   AND IT'S NOT JUST THE RAW DATA.  THERE HAS TO BE SOME

10:13AM   22    STATISTICAL ADJUSTMENTS MADE, AT LEAST ACCORDING TO THE

10:13AM   23    PROTOCOL; IS THAT RIGHT?

10:13AM   24    A.   YES.

10:13AM   25    Q.   AND THEN ONE OF THEM IS 4.5, CALCULATE THE MEAN, SD, OR

10:13AM 1    STANDARD DEVIATION, AND PERCENT CV, OR COEFFICIENT OF

10:13AM 2    VARIATION, FOR EACH ANALYTE ON EACH METHOD.

10:13AM 3        DO YOU SEE THAT?

10:13AM 4    A.   YES.

10:13AM 5    Q.   AND THEN 4.6 SAYS THE PROCEDURE IS TO CALCULATE THE

10:14AM 6    AVERAGE BIAS OF THE THERANOS LDT TEST AS FOLLOWED AVERAGE BIAS

10:14AM 7    EQUALS MEAN THERANOS MINUS MEAN IMMULITE/MEAN IMMULITE; RIGHT?

10:14AM 8    A.   YES.

10:14AM 9    Q.   THAT'S LIKE AN EQUATION; RIGHT?

10:14AM 10   A.   YES.

10:14AM 11   Q.   AND YOU WERE NOT INVOLVED IN DEVISING THOSE EQUATIONS?

10:14AM 12   A.   NO.

10:14AM 13   Q.   AND THERE WERE OTHER PEOPLE WHO HAD THAT EXPERTISE AT

10:14AM 14   THERANOS WHO WERE DOING THAT?

10:14AM 15   A.   CORRECT.

10:14AM 16   Q.   AND THEN IF YOU GO TO THE ACCEPTANCE CRITERIA, SECTION 5,

10:14AM 17   THIS SETS OUT WHAT WOULD BE DEEMED TO BE PASSING AND WHAT WOULD

10:14AM 18   NOT BE DEEMED TO BE PASSING; RIGHT?

10:14AM 19   A.   CORRECT.

10:14AM 20   Q.   SO, FOR EXAMPLE, 5.2 SAYS, "IF AN ANALYTE FAILS MORE THAN

10:14AM 21   20 PERCENT (1 OUT OF 5) OF THE PATIENT CLINICAL SAMPLES, THEN

10:14AM 22   THE PROFICIENCY TESTING WILL BE DEEMED TO HAVE FAILED THE

10:14AM 23   PROFICIENCY EVENT."

10:14AM 24       DO YOU SEE THAT?

10:14AM 25   A.   YES.

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                    1503

10:14AM  1    Q.   AND THEN 5.3 SAYS, "IF AN ANALYTE FAILS A PROFICIENCY

10:14AM  2    EVENT, CORRECTIVE ACTIONS WILL BE IMPLEMENTED, ACCORDING TO,"

10:15AM  3    AND IT REFERENCES ANOTHER QUALITY OPERATING PROCEDURE.

10:15AM  4        DO YOU SEE THAT?

10:15AM  5    A.   YES.

10:15AM  6    Q.   AND THEN 5.4 SAYS, "IF AN ANALYTE FAILS TWO CONSECUTIVE

10:15AM  7    PROFICIENCY EVENTS, TESTING WILL BE DISCONTINUED FOR THAT

10:15AM  8    ANALYTE, UNTIL SUCH TIME AS THE ASSAY IS CORRECTED, AND PASSED

10:15AM  9    AAP PT RE-TESTING."

10:15AM 10        DO YOU SEE THAT?

10:15AM 11    A.   YES.

10:15AM 12    Q.   AND YOU AGREED WITH ME WHEN I WAS TALKING TO YOU LAST WEEK

10:15AM 13    THAT FOLLOWING SOP'S IS AN IMPORTANT THING FOR A LABORATORY?

10:15AM 14    A.   CORRECT.

10:15AM 15    Q.   AND IF YOU GO TO PAGE 6 OF 8.

10:15AM 16        ACTUALLY, BEFORE I ASK YOU ABOUT THAT PAGE, YOU WOULD

10:15AM 17    AGREE WITH ME THAT THE PROCESS THAT IS SET FORTH HERE THAT WE

10:15AM 18    JUST WENT OVER TOGETHER TO GET PATIENT SAMPLES FROM EMPLOYEES,

10:15AM 19    BLOOD SAMPLES FROM EMPLOYEES, AND RUN THOSE AND TAKE TWO

10:15AM 20    CONTAINERS AND SPLIT THE SAMPLE, RUN THEM ON THE FDA COMMERCIAL

10:15AM 21    MACHINE, RUN THEM ON THE THERANOS TECHNOLOGY MACHINE --

10:15AM 22    A.   UH-HUH.

10:15AM 23    Q.   -- AND THEN COMPARE THE RESULTS, THAT'S A DIFFERENT

10:16AM 24    PROCEDURE THAN WHAT WAS DONE WITH EXHIBIT, THE EXHIBIT YOU WERE

10:16AM 25    LOOKING AT WITH MR. BOSTIC, WHICH IS 1548?

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                    1504

10:16AM    1    A.   CAN YOU REPEAT THAT QUESTION.

10:16AM    2    Q.   SURE.   YEAH.   IT WAS A LONG QUESTION.   SORRY ABOUT THAT.

10:16AM    3         SO LET'S GO TO EXHIBIT 1548 SO YOU HAVE THAT IN FRONT OF

10:16AM    4    YOU.

10:16AM    5    A.   OKAY.

10:16AM    6    Q.   AND THAT WAS THE EXHIBIT THAT MR. BOSTIC WENT OVER WITH

10:16AM    7    YOU ON DIRECT EXAMINATION?

10:16AM    8    A.   YES.

10:16AM    9    Q.   AND THIS IS THE -- IF YOU LOOK AT THE ATTACHMENT AND THE

10:16AM   10    DATA, THIS WAS WHERE THERE WERE CERTAIN SAMPLES, THAT WHATEVER

10:16AM   11    THEY WERE MADE OF, FROM NEW YORK STATE THAT WERE RUN ON THE

10:16AM   12    PREDICATE MACHINES, THE COMMERCIAL MACHINES, AND THE THERANOS

10:16AM   13    EDISON MACHINES; RIGHT?

10:16AM   14    A.   CORRECT.

10:16AM   15    Q.   AND THEN IF YOU GO BACK TO THE EXHIBIT THAT WE WERE JUST

10:16AM   16    LOOKING AT 9939, YOU WOULD AGREE WITH ME, RIGHT, THAT THE

10:16AM   17    PROCEDURE IN THE SOP THAT WE JUST WENT OVER, IS A DIFFERENT

10:17AM   18    PROCEDURE.

10:17AM   19         LET ME SEE IF I CAN CLARIFY IT.

10:17AM   20    A.   UH-HUH.

10:17AM   21    Q.   IN THE FOLLOWING SENSE, IT'S ACTUAL BLOOD SAMPLES TAKEN

10:17AM   22    FROM REAL LIVE EMPLOYEES WHO WORKED AT THERANOS AND NOT AN

10:17AM   23    OUTSIDE SAMPLE SENT BY A THIRD PARTY LIKE A NEW YORK STATE LAB?

10:17AM   24    A.   CORRECT.

10:17AM   25              JUROR:   I'M SORRY, YOUR HONOR.   PERMISSION TO GO TO

10:17AM   1    THE BATHROOM, PLEASE?

10:17AM   2             THE COURT:  SURE.  LET'S TAKE A BREAK.

10:17AM   3             JUROR:  I APOLOGIZE.  I CAN'T HOLD IT ANY LONGER.

10:17AM   4             THE COURT:  WE'LL TAKE ABOUT A TEN MINUTE BREAK.

10:17AM   5             MR. COOPERSMITH:  YES, OF COURSE, YOUR HONOR.

10:17AM   6             THE COURT:  THANK YOU.

10:17AM   7          (RECESS FROM 10:17 A.M. UNTIL 10:33 A.M.)

10:33AM   8             THE COURT:  WE'RE BACK ON THE RECORD.  OUR JURY AND

10:33AM   9    ALTERNATES ARE PRESENT.

10:33AM  10        MR. BALWANI AND HIS COUNSEL ARE PRESENT.

10:33AM  11        MS. CHEUNG IS BACK ON THE STAND.

10:33AM  12        COUNSEL, DO YOU WANT TO RESUME?

10:33AM  13             MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU.

10:34AM  14    Q.  MS. CHEUNG, BEFORE THE BREAK, WE WERE LOOKING AT

10:34AM  15    EXHIBIT 9939.

10:34AM  16        DO YOU STILL HAVE THAT IN FRONT OF YOU?

10:34AM  17    A.  YES.

10:34AM  18    Q.  OKAY.  I WANT YOU TO TAKE A LOOK AT THE PAGE IN THE

10:34AM  19    EXHIBIT THAT IS NUMBERED 6 OF 8.

10:34AM  20        DO YOU SEE THERE'S A SECTION 7 THAT IS TITLED REFERENCES?

10:34AM  21    A.  YES.

10:34AM  22    Q.  AND DO YOU UNDERSTAND THAT THOSE ARE THE BASICALLY

10:34AM  23    SUPPORTING REGULATIONS AND OTHER THINGS THAT CONTRIBUTE TO

10:34AM  24    DRAFTING ONE OF THESE STANDARD OPERATING PROCEDURES?

10:34AM  25    A.  YES.

10:34AM  1    Q.   AND SOME OF THEM ARE THESE CMS REGULATIONS THAT WE TALKED

10:34AM  2    ABOUT SOME OF THEM BEFORE; RIGHT?

10:34AM  3    A.   YES.

10:34AM  4    Q.   AND THEN THERE'S -- DO YOU SEE AT 7.4 AND 7.5 THERE'S THE

10:34AM  5    CLSI MATERIALS.

10:34AM  6         7.5 IS CLSI GUIDELINE GP 29?

10:35AM  7    A.   YES.

10:35AM  8    Q.   DO YOU SEE THAT?

10:35AM  9         OKAY.  IF YOU COULD GO -- I THINK IT WOULD BE IN YOUR

10:35AM 10    SECOND BINDER THAT WE GAVE YOU LAST WEEK, AND IT'S

10:35AM 11    EXHIBIT 20418.

10:36AM 12         OKAY.  SO ARE YOU LOOKING AT EXHIBIT 20418?

10:36AM 13    A.   YES.

10:36AM 14    Q.   OKAY.  AND THIS IS A DOCUMENT FROM THE CLINICAL AND

10:36AM 15    LABORATORY STANDARDS INSTITUTE.

10:36AM 16         DO YOU SEE THAT?

10:36AM 17    A.   UH-HUH.

10:36AM 18    Q.   THAT'S CLSI.

10:36AM 19         AND ARE YOU FAMILIAR WITH CLSI?

10:36AM 20    A.   NO.

10:36AM 21    Q.   AND ARE YOU FAMILIAR WITH AN AGENCY, EVEN IF YOU DON'T

10:36AM 22    KNOW IT WAS CALLED CLSI, THAT FORMULATES AND RECOMMENDS

10:36AM 23    GUIDELINES AND STANDARDS FOR CLINICAL LABORATORIES AROUND THE

10:36AM 24    COUNTRY?

10:36AM 25    A.   YES, VAGUELY.

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                1507

10:36AM  1    Q.   OKAY.  BUT YOU DON'T KNOW WHETHER THAT IS CALLED CLSI, IT

10:36AM  2    SOUNDS LIKE?

10:36AM  3    A.   CORRECT.

10:36AM  4    Q.   OKAY.  AND HAVE YOU EVER SEEN, FROM WHATEVER AGENCY YOU

10:36AM  5    MAY KNOW IT AS, THIS TYPE OF GUIDELINE THAT IS AN ASSESSMENT OF

10:36AM  6    LABORATORY TESTS WHEN PROFICIENCY TESTING IS NOT AVAILABLE?

10:36AM  7    A.   CAN YOU REPEAT THAT QUESTION.

10:36AM  8    Q.   SURE.

10:37AM  9         ARE YOU FAMILIAR WITH A GUIDELINE FROM AN OUTSIDE

10:37AM 10    STANDARDS AGENCY RECOMMENDING HOW TO PERFORM PROFICIENCY

10:37AM 11    TESTING WHEN NORMAL OR STANDARD PROFICIENCY TESTING IS NOT

10:37AM 12    AVAILABLE?

10:37AM 13    A.   I WASN'T AWARE OF THAT AT MY TIME AT THERANOS.

10:37AM 14    Q.   YEAH.  ARE YOU AWARE OF THE RECOMMENDATIONS IN THE CLSI

10:37AM 15    GUIDELINE ABOUT SOMETHING CALLED THE MATRIX EFFECT?

10:37AM 16    A.   YES.

10:37AM 17    Q.   OKAY.  YOU UNDERSTAND THAT'S AN ISSUE WHERE SOMETIMES A

10:37AM 18    PROFICIENCY TESTING MATERIAL MIGHT HAVE DIFFERENT PROPERTIES

10:37AM 19    THAN HUMAN BLOOD?

10:37AM 20    A.   CORRECT.

10:37AM 21    Q.   AND THAT MIGHT AFFECT THE RESULTS OF THE TEST?

10:37AM 22    A.   CORRECT.

10:37AM 23    Q.   RIGHT.  DO YOU UNDERSTAND THAT'S ONE OF THE REASONS WHY

10:37AM 24    ALTERNATIVE ASSESSMENT PROTOCOL, OR AAP, IS NECESSARY FOR A

10:37AM 25    CERTAIN SITUATION WHEN YOU HAVE MACHINES THAT DON'T HAVE PEER

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                    1508

10:37AM   1    GROUPS AROUND THE COUNTRY?

10:37AM   2    A.   I DIDN'T KNOW THAT AT THE TIME.

10:37AM   3    Q.   YOU DIDN'T KNOW THAT ONE WAY OR THE OTHER?

10:38AM   4    A.   YEAH.

10:38AM   5    Q.   SO YOU'RE NOT AN EXPERT IN THE MATRIX EFFECTS OR SOMETHING

10:38AM   6    LIKE THAT?

10:38AM   7    A.   NO.

10:38AM   8    Q.   AND I'M ASSUMING THAT'S WHY YOU DIDN'T GET INVOLVED AT

10:38AM   9    THERANOS IN FORMULATING THE AAP POLICIES OR ANYTHING LIKE THAT?

10:38AM   10   A.   CORRECT.

10:38AM   11   Q.   OKAY.  AND ARE YOU FAMILIAR WITH THE CLSI RECOMMENDATIONS

10:38AM   12   ABOUT HOW TO GO ABOUT PERFORMING PROFICIENCY TESTING FOR

10:38AM   13   ALTERNATIVE ASSESSMENT SITUATIONS?

10:38AM   14   A.   NO.

10:38AM   15   Q.   OKAY.  IF YOU COULD TURN IN YOUR BINDER, AND I THINK IT

10:38AM   16   WOULD BE THE FIRST BINDER THAT THE GOVERNMENT GAVE YOU,

10:38AM   17   EXHIBIT 1589.

10:39AM   18        OH, I'M SORRY.  COULD WE JUST GO BACK TO THE ONE WE WERE

10:39AM   19   JUST LOOKING AT.  I HAVE ONE MORE QUESTION ABOUT THAT.

10:39AM   20        THIS IS 20418.

10:39AM   21   A.   WAIT.  THE PRIOR ONE IN THE DEFENSE BINDER?

10:39AM   22   Q.   RIGHT.  THE ONE WE WERE JUST REFERRING TO, EXHIBIT 20418.

10:39AM   23   I'M SORRY ABOUT THAT.

10:39AM   24        DO YOU SEE THAT THE CLINICAL AND LABORATORY STANDARDS

10:39AM   25   INSTITUTE DOCUMENT THAT IS EXHIBIT 20418 ACTUALLY IS TITLED

CHEUNG CROSS BY MR. COOPERSMITH (RES.) 1509

10:39AM 1      GP 29-A2.

10:39AM 2          DO YOU SEE THAT?

10:39AM 3      A.   YES.

10:39AM 4      Q.   OKAY.  AND THEN IF YOU GO TO EXHIBIT 9939 IN THE DEFENSE

10:40AM 5      BINDER.  THAT IS THE STANDARD OPERATING PROCEDURE THAT WE WERE

10:40AM 6      LOOKING AT A FEW MINUTES AGO.

10:40AM 7          AND YOU GO TO PAGE 6 OF 8 YOU SEE THE REFERENCE TO CLSI

10:40AM 8      GUIDELINE GP 29?

10:40AM 9      A.   YES.

10:40AM 10     Q.   OKAY.  ALL RIGHT.

10:40AM 11         LET'S NOW GO TO EXHIBIT 1589.

10:40AM 12     A.   THAT'S IN THE DEFENSE OR THE GOVERNMENT'S?

10:40AM 13     Q.   IT SHOULD BE IN THE GOVERNMENT'S BINDER.

10:40AM 14         OKAY.  DO YOU HAVE THAT?

10:40AM 15     A.   YES.

10:40AM 16     Q.   AND THIS IS AN EXHIBIT THAT YOU SAW DURING YOUR DIRECT

10:40AM 17     EXAMINATION?

10:40AM 18     A.   YES.

10:40AM 19     Q.   AND IF YOU GO TO THE EARLIEST EMAIL IN TIME, WHICH IS ON

10:41AM 20     PAGE 2 OF THE EXHIBIT, YOU SEE THAT THERE'S AN EMAIL FROM

10:41AM 21     DR. PANDORI TO MR. GEE, YOURSELF, AND THEN SOME OF YOUR

10:41AM 22     COLLEAGUES.

10:41AM 23         DO YOU SEE THAT?

10:41AM 24     A.   CORRECT.

10:41AM 25     Q.   AND IT'S DATED FEBRUARY 24TH, 2014.

10:41AM  1            SO THIS WAS JUST A FEW DAYS AFTER THAT PROFICIENCY TESTING

10:41AM  2    ISSUE THAT CAME UP WITH THE NEW YORK STATE SAMPLES?

10:41AM  3    A.   CORRECT.

10:41AM  4    Q.   AND THAT WHAT DR. PANDORI IS SAYING THERE IS THAT THERE IS

10:41AM  5    GOING TO BE A NEW QUALITY MEASURE FOR EDISON TESTS.

10:41AM  6            DO YOU SEE THAT?

10:41AM  7    A.   YES.

10:41AM  8    Q.   AND IT'S A ONCE PER WEEK WHERE THEY ARE GOING TO TAKE

10:41AM  9    VENIPUNCTURE SAMPLES AND FINGERSTICK SAMPLES AND RUN THEM ON

10:41AM 10    THE COMMERCIAL MACHINES, OR THE PREDICATES, AND THE EDISON

10:41AM 11    MACHINES, AND LOOK AT HOW THOSE COMPARE?

10:41AM 12    A.   CORRECT.

10:41AM 13    Q.   AND THAT'S THE PLAN; RIGHT?

10:41AM 14    A.   YES.

10:41AM 15    Q.   AND THAT THIS PARTICULAR ONE RELATES TO FOUR ASSAYS:

10:42AM 16    VITAMIN D, TPSA, FT4, AND TSH?

10:42AM 17    A.   CORRECT.

10:42AM 18    Q.   AND I THINK ON DIRECT YOU WERE TALKING TO MR. BOSTIC ABOUT

10:42AM 19    AN EMAIL FROM MR. BALWANI, AND THAT STARTS ON THE BOTTOM OF

10:42AM 20    PAGE 1 AND CONTINUES TO PAGE 2, AND THAT'S THE FEBRUARY 25TH,

10:42AM 21    2014 EMAIL FROM MR. BALWANI.

10:42AM 22            DO YOU SEE THAT?

10:42AM 23    A.   YES.

10:42AM 24    Q.   AND IF YOU GO IN THE MIDDLE OF THE PARAGRAPH ON THE FIRST

10:42AM 25    PART OF THAT EMAIL, IT SAYS, "WE HAVE TREMENDOUS AMOUNT OF DATA

10:42AM  1    ON EDISONS AND OUR ELISA'S OVER LAST 6 PLUS YEARS TO KNOW THEY

10:42AM  2    PERFORM EXTREMELY WELL AND FOR MANY ASSAYS, BETTER THAN

10:42AM  3    PREDICATE METHODS."

10:42AM  4        DO YOU SEE THAT?

10:42AM  5    A.   YES.

10:42AM  6    Q.   AND NOW, YOU WEREN'T AT THE COMPANY FOR THAT LONG GOING

10:42AM  7    BACK 6 PLUS YEARS; RIGHT?

10:42AM  8    A.   NO.

10:42AM  9    Q.   SO YOU WOULDN'T KNOW WHAT DATA HE'S REALLY REFERRING TO AT

10:42AM  10   THAT POINT; RIGHT?

10:42AM  11   A.   NO.

10:42AM  12   Q.   SO, FOR EXAMPLE, IF MR. BALWANI WAS REFERRING TO THOSE

10:42AM  13   FOUR BINDERS I SHOWED YOU BEFORE OF ASSAY DEVELOPMENT REPORTS

10:43AM  14   FOR ALL OF THE SMALL SAMPLE ASSAYS, YOU WOULDN'T KNOW ONE WAY

10:43AM  15   OR THE OTHER IF THAT'S WHAT HE WAS REFERRING TO?

10:43AM  16   A.   I KNEW OF SOME OF THEM, BUT NOT ALL OF THEM.

10:43AM  17   Q.   OKAY.  BECAUSE YOU WEREN'T INVOLVED IN DEVELOPING ALL OF

10:43AM  18   THOSE 161-PLUS SMALL SAMPLE ASSAYS?

10:43AM  19   A.   CORRECT.

10:43AM  20   Q.   SO YOU WOULDN'T BE IN A POSITION TO JUDGE WHETHER

10:43AM  21   MR. BALWANI WAS CORRECT OR NOT ABOUT HAVING SEEN ALL OF THAT

10:43AM  22   DATA FOR SIX-PLUS YEARS AND BEING CONFIDENT IN IT; RIGHT?

10:43AM  23   A.   NOT IN THE PAST.  ONLY AT THE TIME THAT I WORKED THERE.

10:43AM  24   Q.   OKAY.  AND THEN IF YOU GO TO THE NEXT PAGE, PAGE 2, AND

10:43AM  25   IT'S THE FIRST FULL PARAGRAPH THERE THAT I WANT TO HIGHLIGHT

10:43AM  1    FOR YOU.

10:43AM  2        IT SAYS, "HOWEVER, MOST IMPORTANT TO ME IS THE POINT THAT

10:43AM  3    NEEDS TO BE COMMUNICATED AS TO WHY WE ARE DOING THIS."

10:43AM  4        AND YOU UNDERSTAND THAT MR. BALWANI IS REFERRING TO THIS

10:43AM  5    NEW QUALITY CONTROL MEASURE THAT DR. PANDORI WAS EXPLAINING IN

10:43AM  6    THE EMAIL ON THE BOTTOM; RIGHT?

10:43AM  7    A.   CORRECT.

10:43AM  8    Q.   AND THEN IF YOU GO SORT OF IN THE MIDDLE OF THAT PARAGRAPH

10:44AM  9    THERE'S A SENTENCE THAT SAYS, "I AM ALREADY EXTREMELY IRRITATED

10:44AM 10    BY UNPLANNED RUNS OF PT SAMPLES AROUND VITAMIN D AND OTHERS AND

10:44AM 11    HOW IT WAS HANDLED AND COMMUNICATED WHEN NO ONE FROM EDISON

10:44AM 12    TEAM WAS INCLUDED," AND THEN IT GOES ON.

10:44AM 13        DO YOU SEE THAT?

10:44AM 14    A.   UH-HUH.

10:44AM 15    Q.   SO YOU WOULD AGREE WITH ME, RIGHT, THAT IF THE PROCEDURE

10:44AM 16    THAT -- WITH THE NEW YORK STATE SAMPLES, AND YOU TALKED ABOUT

10:44AM 17    HOW THOSE RESULTS DIDN'T LOOK RIGHT TO YOU; RIGHT?

10:44AM 18    A.   YES.

10:44AM 19    Q.   YOU WOULD AGREE WITH ME THAT IF THAT EXPERIMENT WAS NOT

10:44AM 20    CONSISTENT WITH THERANOS'S STANDARD OPERATING PROCEDURE, THAT

10:44AM 21    WOULD IN EFFECT BE AN UNPLANNED RUN OF PROFICIENCY TESTING

10:44AM 22    SAMPLES; CORRECT?

10:44AM 23    A.   UM, I DON'T KNOW.  I DON'T KNOW BECAUSE I WASN'T AWARE OF

10:44AM 24    THE STANDARD OPERATING PROCEDURE.

10:44AM 25    Q.   OKAY.  BUT MY QUESTION TO YOU IS THAT NOW THAT WE HAVE ALL

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                    1513

10:44AM   1    LOOKED AT THE STANDARD OPERATING PROCEDURE TOGETHER, AND IF

10:45AM   2    IT'S TRUE THAT THE NEW YORK STATE SAMPLE'S EXPERIMENT WAS NOT

10:45AM   3    CONSISTENT WITH THE STANDARD OPERATING PROCEDURE, THEN THAT

10:45AM   4    WOULD BE SOMETHING OUTSIDE OF THERANOS'S STANDARD OPERATING

10:45AM   5    PROCEDURE, AND, THEREFORE, AN UNPLANNED RUN OF PT SAMPLES; IS

10:45AM   6    THAT FAIR?

10:45AM   7    A.   I THINK SO, YEAH.

10:45AM   8    Q.   OKAY.  AND IF YOU GO UP TO THE TOP EMAIL, OR I GUESS IT'S

10:45AM   9    THE SECOND EMAIL ON THE PAGE FROM MR. BALWANI.

10:45AM  10         DO YOU SEE MR. BALWANI AT 2:19 P.M. EMAILS A GROUP OF

10:45AM  11    PEOPLE AGAIN, INCLUDING DR. ROSENDORFF, AND DR. PANDORI, AND

10:45AM  12    YOURSELF, AND OTHER COLLEAGUES AND SCIENTISTS, AND HE SAYS,

10:45AM  13    "THIS IS WHAT WE DID FOR ALL OF OUR VALIDATION WORK WE DID FOR

10:45AM  14    EACH OF THESE ASSAYS WHEN WE BROUGHT THEM FOR CLIA."

10:45AM  15         DO YOU SEE THAT?

10:45AM  16    A.   YES.

10:45AM  17    Q.   AND IF YOU GO TO THE LAST SENTENCE MR. BALWANI WRITES, "WE

10:46AM  18    CAN THEN DECIDE HOW OFTEN WE NEED TO DO THIS.  THIS IS

10:46AM  19    SOMETHING THAT YOU AND MARK CAN DECIDE AND THEN LANGLY CAN

10:46AM  20    IMPLEMENT."

10:46AM  21         DO YOU SEE THAT?

10:46AM  22    A.   YES.

10:46AM  23    Q.   AND SO HE WAS REFERRING TO, BY YOU AND MARK, HE'S

10:46AM  24    REFERRING TO DR. ROSENDORFF AND DR. PANDORI?

10:46AM  25    A.   CORRECT.

ER-901

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                    1514

10:46AM  1    Q.   AND SO YOU UNDERSTAND THAT MR. BALWANI WAS COMMUNICATING

10:46AM  2    IF THOSE TWO DOCTORS DECIDE TO DO IT THIS WAY, THEY CAN DO

10:46AM  3    THAT, AND THE QUALITY CONTROL MANAGER CAN IMPLEMENT THE

10:46AM  4    PROCESS?

10:46AM  5    A.   CORRECT.

10:46AM  6    Q.   OKAY.  AND THE DAY BEFORE THIS EMAIL, DO YOU RECALL THAT

10:46AM  7    MR. GEE, THE QUALITY CONTROL MANAGER, ACTUALLY SENT STANDARD

10:46AM  8    OPERATING PROCEDURE FOR THIS IN-HOUSE QUALITY STUDY?

10:46AM  9    A.   I DON'T REMEMBER.

10:46AM  10   Q.   OKAY.  IF YOU COULD TAKE A LOOK IN YOUR BINDER AT

10:46AM  11   EXHIBIT 20225, AND THAT SHOULD BE IN THE SECOND OF THE TWO

10:47AM  12   BINDERS I GAVE YOU LAST WEEK?

10:47AM  13   A.   2?

10:47AM  14   Q.   20225.  OKAY.  DO YOU HAVE THAT IN FRONT OF YOU?

10:47AM  15   A.   YES.

10:47AM  16   Q.   AND DO YOU SEE IT'S AN EMAIL FROM -- ON THE TOP EMAIL IT'S

10:47AM  17   FROM MR. GEE TO MR. BALWANI, DR. PANDORI, AND THEN THERE'S A

10:47AM  18   COPY TO A NUMBER OF PEOPLE, INCLUDING YOURSELF?

10:47AM  19   A.   YES.

10:47AM  20   Q.   OKAY.

10:47AM  21       YOUR HONOR, WE OFFER EXHIBIT 20225.

10:47AM  22            MR. BOSTIC:  NO OBJECTION.

10:47AM  23            MR. COOPERSMITH:  IF WE CAN PUT THAT UP ON THE

10:48AM  24   SCREEN.

10:48AM  25            THE COURT:  AS SOON AS I ADMIT IT WE CAN DO THAT.

ER-902

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                1515

10:48AM  1          MR. COOPERSMITH:  SORRY.  WE CAN TAKE IT DOWN.

10:48AM  2          THE COURT:  ARE YOU ASKING THAT THE ENTIRETY?  IT

10:48AM  3   LOOKS LIKE SEVEN PAGES.

10:48AM  4          MR. COOPERSMITH:  YES, YOUR HONOR, THE EMAIL WITH

10:48AM  5   THE ATTACHMENT, A TOTAL OF SEVEN PAGES.

10:48AM  6          THE COURT:  ALL RIGHT.

10:48AM  7        MR. BOSTIC, ANY OBJECTION?

10:48AM  8          MR. BOSTIC:  NO OBJECTION, YOUR HONOR.  THANK YOU.

10:48AM  9          THE COURT:  THANK YOU.  IT MAY BE ADMITTED, AND IT

10:48AM 10   MAY BE PUBLISHED.

10:48AM 11          MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

10:48AM 12       (DEFENDANT'S EXHIBIT 20225 WAS RECEIVED IN EVIDENCE.)

10:48AM 13   BY MR. COOPERSMITH:

10:48AM 14   Q.   OKAY.  LOOKING AT EXHIBIT 20225 THAT'S NOW ON THE SCREEN.

10:48AM 15   DO YOU SEE MR. GEE WROTE, "SUNNY/ALL:

10:48AM 16       "ATTACHED IS THE STUDY TO COMPARE PREDICATE VERSUS

10:48AM 17   EDISON'S RESULTS FOR TSH, VITAMIN D, AND FT4."

10:48AM 18       DO YOU SEE THAT?

10:48AM 19   A.   YES.

10:48AM 20   Q.   AND IT SAYS, "MARK AND DANIEL HAS SIGNED OFF ON THE

10:48AM 21   STUDY."

10:48AM 22   A.   CORRECT?

10:49AM 23   Q.   DO YOU UNDERSTAND THAT TO BE MARK PANDORI AND

10:49AM 24   DANIEL YOUNG?

10:49AM 25   A.   CORRECT.

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                    1516

10:49AM  1    Q.   AND IT SAYS, "ADAM AND HODA HAS REVIEWED THE DRAFT AND

10:49AM  2    PROVIDED THEIR COMMENTS."

10:49AM  3         DO YOU UNDERSTAND THAT ADAM IS DR. ROSENDORFF?

10:49AM  4    A.   CORRECT.

10:49AM  5    Q.   AND WHO WAS HODA?

10:49AM  6    A.   HODA WAS ONE OF THE CLINICAL LAB SCIENTISTS IN THE

10:49AM  7    CLINICAL LAB.

10:49AM  8    Q.   AND ONE OF THE PEOPLE WHO WOULD BE AUTHORIZED TO RELEASE

10:49AM  9    PATIENT RESULTS?

10:49AM  10   A.   YES.

10:49AM  11   Q.   AND WHO TOOK THE EXAM UNDER CALIFORNIA LAW?

10:49AM  12   A.   YES.

10:49AM  13   Q.   OKAY.  AND THEN IT SAYS, "SHARADA AND SURAJ, PLEASE

10:49AM  14   COMMENT."

10:49AM  15        DO YOU SEE THAT?

10:49AM  16   A.   YES.

10:49AM  17   Q.   AND DO YOU UNDERSTAND THAT HE WAS ASKING FOR ADDITIONAL

10:49AM  18   COMMENTS FROM TWO OTHER PH.D.'S WHO WORKED AT THERANOS?

10:49AM  19   A.   CORRECT.

10:49AM  20   Q.   AND IT GOES ON TO SAY, "THE STUDY IS TO START MARCH 10TH

10:49AM  21   AND CONTINUE FOR FOUR WEEKS.  DATA ANALYSIS WILL FOLLOW AND

10:49AM  22   DETERMINE NEXT STEPS."

10:49AM  23        SO THIS WAS MR. GEE ACTUALLY TRYING TO IMPLEMENT THE

10:49AM  24   IN-HOUSE QUALITY CONTROL STUDY; RIGHT?

10:49AM  25   A.   YES.

ER-904

10:49AM   1    Q.   OR ACTUALLY THE PROFICIENCY TESTING STUDY?

10:50AM   2    A.   YES.

10:50AM   3    Q.   AND THEN IF YOU GO TO THE ATTACHMENT AND YOU SEE IT'S NOT

10:50AM   4    SIGNED AT THIS POINT, BUT THAT'S THE DRAFT THAT MR. GEE IS

10:50AM   5    CIRCULATING?

10:50AM   6    A.   CORRECT.

10:50AM   7    Q.   IF YOU START OUT ON PAGE 5 OF THE EXHIBIT, AND YOU SEE

10:50AM   8    THERE'S A SERIES OF REFERENCES, AND ONE OF THEM IS TO -- IN

10:50AM   9    FACT, IT'S THE FIRST REFERENCE "CL SOP-00020 CURRENT REV.

10:50AM  10    PROFICIENCY TESTING FOR THERANOS LAB-DEVELOPED TESTS:  EDISON

10:50AM  11    3.5."

10:50AM  12         DO YOU SEE THAT?

10:50AM  13    A.   CORRECT.

10:50AM  14    Q.   AND IF YOU QUICKLY LOOK AT EXHIBIT 9939.

10:50AM  15    A.   YES.

10:51AM  16    Q.   AND DO YOU AGREE WITH ME THAT THAT REFERENCE IS TO THAT

10:51AM  17    EXHIBIT THAT WE LOOKED AT JUST BEFORE THE BREAK AND JUST AFTER

10:51AM  18    THE BREAK THAT DEALS WITH PROFICIENCY TESTING FOR THERANOS

10:51AM  19    EDISON DEVICES?

10:51AM  20    A.   YES.

10:51AM  21    Q.   AND SO THAT'S WHAT MR. GEE WAS REFERENCING?

10:51AM  22    A.   YES.

10:51AM  23    Q.   OKAY.  AND YOU RECEIVED THIS EMAIL AND ATTACHMENT FROM

10:51AM  24    MR. GEE; RIGHT?

10:51AM  25    A.   YES.

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                1518

10:51AM 1     Q.   AND DID YOU TAKE TIME TO LOOK AT THE REFERENCE DOCUMENTS?

10:51AM 2     A.   I CAN'T REMEMBER AT THAT TIME, BUT I DID RUN THIS

10:51AM 3     PROFICIENCY TESTING.

10:51AM 4     Q.   OKAY.  BUT YOU DON'T REMEMBER WHETHER YOU LOOKED AT THE

10:51AM 5     REFERENCE SOP'S?

10:51AM 6     A.   I'VE LOOKED AT NUMEROUS OF THEM, BUT I DON'T REMEMBER.

10:51AM 7     Q.   OKAY.  AND IF YOU GO DOWN TO PROCEDURE DOWN THE PAGE.

10:51AM 8     A.   YES.

10:51AM 9     Q.   YOU SEE THERE'S 1.2.  IT SAYS, PREDICATE METHOD, AND THEN

10:51AM 10    IT DESCRIBES WHICH INSTRUMENTS ARE GOING TO BE RUN WITH

10:51AM 11    PARTICULAR ASSAYS?

10:51AM 12    A.   YES.

10:51AM 13    Q.   FOR EXAMPLE, FT4 WOULD BE RUN, THAT SAMPLE WOULD BE RUN ON

10:52AM 14    A SIEMENS IMMULITE 2000?

10:52AM 15    A.   YES.

10:52AM 16    Q.   AND THEN THE VITAMIN D WOULD BE RUN ON THE DIASORIN

10:52AM 17    LIAISON?

10:52AM 18    A.   RIGHT.

10:52AM 19    Q.   THAT'S A COMMERCIAL MACHINE?

10:52AM 20    A.   YES.

10:52AM 21    Q.   AND THERANOS DESCRIBES THAT THOSE SAME ASSAYS WOULD BE RUN

10:52AM 22    ON EDISON 3.5'S.

10:52AM 23        DO YOU SEE THAT?

10:52AM 24    A.   YES.

10:52AM 25    Q.   AND THAT'S SECTION 1.3.

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                    1519

10:52AM  1        AND THEN DO YOU UNDERSTAND THE PURPOSE OF THIS, AS WE

10:52AM  2   TALKED ABOUT BEFORE, WAS TO SIMPLY COMPARE THE BLOOD SAMPLES

10:52AM  3   THAT WERE TAKEN FROM PEOPLE AT THERANOS, EMPLOYEES, AND THEN DO

10:52AM  4   THIS COMPARISON TO SEE IF IT CHECKED OUT THERANOS RESULTS

10:52AM  5   VERSUS COMMERCIAL RESULTS?

10:52AM  6   A.   CORRECT.

10:52AM  7   Q.   OKAY.  AND THEN IF YOU LOOK AT ACCEPTANCE CRITERIA, WHICH

10:52AM  8   IS NEAR THE BOTTOM OF THE PAGE, DO YOU SEE IT SAYS QUALITY

10:52AM  9   CONTROLS MUST ALL PASS?

10:52AM 10   A.   CORRECT.

10:52AM 11   Q.   OKAY.  AND I THINK YOU SAID A MINUTE AGO, YOU WERE

10:53AM 12   ACTUALLY INVOLVED IN HELPING TO RUN SOME OF THOSE EXPERIMENTS;

10:53AM 13   RIGHT?

10:53AM 14   A.   CORRECT.  WE RAN THESE AS THE PROTOCOL WENT, AND WE HAD

10:53AM 15   TWO OF THE ASSAYS FAIL, SO WE HAD TO PULL THEM FROM PATIENT

10:53AM 16   TESTING.

10:53AM 17   Q.   OKAY.  BUT THAT WAS THE POINT OF THE WHOLE TESTING; RIGHT?

10:53AM 18   A.   YES.

10:53AM 19   Q.   AND IS THAT IF IT DIDN'T PASS, YOU WOULD PULL IT FROM

10:53AM 20   PATIENT TESTING?

10:53AM 21   A.   YES.

10:53AM 22   Q.   AND IN TERMS OF THAT, YOU CAN'T SAY, SITTING HERE TODAY,

10:53AM 23   THAT YOU WERE AWARE OF A SINGLE PATIENT RESULT THAT WENT OUT OF

10:53AM 24   THERANOS THAT ISN'T ACCURATE; ISN'T THAT RIGHT?

10:53AM 25   A.   CORRECT.

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                    1520

10:53AM   1    Q.   LET'S TAKE A LOOK, I THINK IT SHOULD BE IN THE SAME

10:53AM   2    BINDER, AT EXHIBIT 20046.

10:54AM   3         DO YOU HAVE THAT?

10:54AM   4    A.   YES.

10:54AM   5    Q.   AND EXHIBIT 20046 IS AN EMAIL STRING.  IF YOU LOOK AT THE

10:54AM   6    TOP, IT'S FROM LANGLY GEE?

10:54AM   7    A.   YES.

10:54AM   8    Q.   AND IT'S TO A NUMBER OF PEOPLE, INCLUDING YOU; RIGHT?

10:54AM   9    A.   YES.

10:54AM  10    Q.   AND IT WAS AN EMAIL STRING THAT WAS CIRCULATED AS PART OF

10:54AM  11    THE WORK AT THERANOS AT THAT TIME, MARCH 31ST, 2014?

10:54AM  12    A.   CORRECT.

10:54AM  13              MR. COOPERSMITH:  YOUR HONOR, WE OFFER

10:54AM  14    EXHIBIT 20046.

10:54AM  15              MR. BOSTIC:  NO OBJECTION.

10:54AM  16              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

10:55AM  17         (DEFENDANT'S EXHIBIT 20046 WAS RECEIVED IN EVIDENCE.)

10:55AM  18    BY MR. COOPERSMITH:

10:55AM  19    Q.   LET'S TAKE A LOOK AT THE BOTTOM EMAIL, THE EARLIEST IN

10:55AM  20    TIME EMAIL, WHICH IS ON PAGES 2 AND 3, AND THAT IS MR. GEE

10:55AM  21    REPORTING "ALL,

10:55AM  22         "SEE ATTACHED FOR WEEK 2 VITAMIN D RESULTS."

10:55AM  23         DO YOU SEE THAT?

10:55AM  24    A.   YES.

10:55AM  25    Q.   BUT NOW THIS PROCESS THAT WE'RE TALKING ABOUT, THIS

10:55AM  1    IN-HOUSE PROFICIENCY TESTING STUDY IS ACTUALLY ONGOING AND IN

10:55AM  2    THIS CASE MR. GEE IS REPORTING SOME RESULTS?

10:55AM  3    A.   CORRECT.

10:55AM  4    Q.   AND IN THIS CASE FOR VITAMIN D?

10:55AM  5    A.   YES.

10:55AM  6    Q.   AND THEN IF YOU GO RIGHT ABOVE THAT MR. BALWANI WRITES ON

10:55AM  7    FEBRUARY -- I'M SORRY, MARCH 19TH, AND HE WRITES TO MR. GEE,

10:55AM  8    AND DR. ROSENDORFF, DR. PANDORI, DR. YOUNG, DR. SAKSENA,

10:55AM  9    DR. SIVARAMAN, AND HODA ALAMDAR, WHO WAS A CLINICAL LAB

10:55AM 10    SCIENTIST; RIGHT?

10:55AM 11    A.   CORRECT.

10:55AM 12    Q.   AND HE WRITES, "FOR NEXT RUN, I WOULD LIKE TO NARROW DOWN

10:55AM 13    WHY 1 SAMPLE IS OFF IN THIS 5 RUNS."

10:56AM 14        RIGHT?

10:56AM 15    A.   YES.

10:56AM 16    Q.   AND DO YOU UNDERSTAND THAT MR. BALWANI WAS CONCERNED

10:56AM 17    BECAUSE ONE SAMPLE SEEMED TO BE OFF AND HE WANTED TO UNDERSTAND

10:56AM 18    WHY THAT WAS THE CASE; RIGHT?

10:56AM 19    A.   YES.

10:56AM 20    Q.   SO IN THIS INSTANCE MR. BALWANI WAS NOT SAYING, WELL, FOUR

10:56AM 21    OUT OF FIVE IS GOOD ENOUGH, LET'S JUST MOVE FORWARD?

10:56AM 22    A.   YEAH.

10:56AM 23    Q.   AND THEN HE GOES ON.  "LET'S INCREASE NUMBER OF SAMPLE

10:56AM 24    FROM 5 TO 10 OR 20 SO SAMPLE SIZE IS MORE MEANINGFUL.  5 IS TOO

10:56AM 25    SMALL."

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                    1522

10:56AM  1          DO YOU SEE THAT?

10:56AM  2     A.   YES.

10:56AM  3     Q.   AND DO YOU SEE THAT MR. BALWANI ACTUALLY WANTED TO GET

10:56AM  4     MORE DATA, TO HAVE MORE MEANINGFUL DATA TO ASSESS THE ISSUE.

10:56AM  5          DO YOU SEE THAT?

10:56AM  6     A.   YES.

10:56AM  7     Q.   AND THEN HE GOES ON TO SAY, "ALSO, LET'S COLLECT 2

10:56AM  8     FINGERSTICKS AND RUN THEM ON 2 DEVICES AS FOLLOWS," AND THEN HE

10:56AM  9     HAS THE LIST; RIGHT?

10:56AM  10    A.   RIGHT.

10:56AM  11    Q.   AND THEN FINALLY HE WRITES, MR. BALWANI, "THIS WILL NARROW

10:56AM  12    DOWN PROBLEM EITHER WITH CTN OR DEVICE IF THE RECOVERY IS TOO

10:56AM  13    HIGH.  WE NEED TO SOLVE THIS."

10:57AM  14         RIGHT?

10:57AM  15    A.   YES.

10:57AM  16    Q.   AND IF YOU GO UP THE PAGE, THE NEXT EMAIL MR. GEE WRITES

10:57AM  17    THAT HE WILL MODIFY THE STUDY PLAN TO ACCOMMODATE YOUR

10:57AM  18    SUGGESTIONS?

10:57AM  19    A.   YES.

10:57AM  20    Q.   BUT AS YOU SAID BEFORE, MR. BALWANI IS NOT THE SCIENTIST

10:57AM  21    IN CHARGE OF THE LAB; RIGHT?

10:57AM  22    A.   NO.

10:57AM  23    Q.   SO IF YOU LOOK AT THE EMAIL RIGHT ABOVE THAT, MR. BALWANI

10:57AM  24    SAYS, "ONLY IF THEY MAKE SENSE.  YOU GUYS CAN DECIDE BUT SEEMS

10:57AM  25    LIKE THIS WILL GIVE US MORE DATA."

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                1523

10:57AM  1        DO YOU SEE THAT?

10:57AM  2    A.   YEAH.

10:57AM  3    Q.   AND HE'S GIVING AN OPPORTUNITY FOR THE VARIOUS SCIENTISTS

10:57AM  4    ON THE EMAIL STRING TO WEIGH IN IF THEY HAVE A DIFFERENCE IN

10:57AM  5    HOW TO GO ABOUT THIS; RIGHT?

10:57AM  6    A.   YES.

10:57AM  7    Q.   OKAY.  AND THEN IF YOU GO TO THE EMAIL THAT STARTS ON THE

10:57AM  8    VERY BOTTOM OF PAGE 1 FROM DR. PANDORI AND GOES ON TO THE TOP

10:57AM  9    OF PAGE 2, THAT'S THE MARCH 19TH, 6:59 P.M.

10:58AM  10       DR. PANDORI WRITES, "I DO LIKE THE IDEA OF RUNNING ON

10:58AM  11   MULTIPLE DEVICES."

10:58AM  12       AND THEN HE GOES ON TO SAY, "INCREASING THE SAMPLE SIZE TO

10:58AM  13   10 OR 20 AND RUNNING TWO DEVICES IS MORE DIFFICULT THAN IT

10:58AM  14   SEEMS, FOR THE REASON THAT WE PLAN TO ADD TSH OR FT4 TO THIS

10:58AM  15   STUDY NEXT MONDAY, AND SO THAT WOULD MEAN EITHER 60 OR 120 RUNS

10:58AM  16   ON THE EDISONS; THIS WOULD COMPLETELY OCCUPY EDISONS FOR ONE OR

10:58AM  17   TWO DAYS, AND I'M CONCERNED THAT IT WILL INHIBIT PATIENT

10:58AM  18   TURNAROUND TIMES."

10:58AM  19       DO YOU SEE DR. PANDORI WAS CONCERNED ABOUT RUNNING AS MANY

10:58AM  20   SAMPLES AS MR. BALWANI WANTED TO BECAUSE HE THOUGHT IT WOULD

10:58AM  21   INTERFERE WITH THE OTHER WORK THAT THE LAB WAS DOING; RIGHT?

10:58AM  22   A.   CORRECT.

10:58AM  23   Q.   AND THAT WAS DR. PANDORI MAKING THAT OBSERVATION, NOT

10:58AM  24   MR. BALWANI; RIGHT?

10:58AM  25   A.   YES.

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                    1524

10:58AM  1    Q.   OKAY.  AND THEN MR. BALWANI IN THE EMAIL RIGHT ABOVE THAT

10:58AM  2    SAYS, "AGREED.  LET'S DO THIS FOR VITAMIN D THIS WAY AND OTHERS

10:58AM  3    THE WAY ALREADY PLANNED."

10:59AM  4         SO HE'S DEFERRING TO DR. PANDORI IN THAT CASE?

10:59AM  5    A.   YES.

10:59AM  6    Q.   AND THEN IF YOU GO ABOVE THAT, DR. PANDORI THEN WRITES

10:59AM  7    BACK AND HE SAYS, "OK, LANGLY, NOTE."

10:59AM  8         AND THEN HE SAYS, "ALSO, ALL,

10:59AM  9         "ATTACHED, IS AN INTERESTING PAPER I'VE FOUND ON THE TOPIC

10:59AM 10    OF VARIABILITY OF VITAMIN D ASSAYS ON VARIOUS

10:59AM 11    METHODS/EQUIPMENT.  IT MAY BE USEFUL IN REGARDS TO OUR EFFORT

10:59AM 12    TO ESTABLISH FAIR RANGES OF ACCEPTABILITY FOR AAP THIS ANALYTE,

10:59AM 13    WHICH SEEMS NOTORIOUS FOR VARIABILITY ON EVEN FDA APPROVED

10:59AM 14    TESTS."

10:59AM 15         DO YOU SEE THAT?

10:59AM 16    A.   YES.

10:59AM 17    Q.   AND SO YOUR UNDERSTANDING WAS THAT DR. PANDORI WAS MAKING

10:59AM 18    AN OBSERVATION THAT VITAMIN D WAS A NOTORIOUSLY VARIABLE ASSAY?

10:59AM 19    A.   CORRECT.

10:59AM 20    Q.   AND DID YOU LOOK AT THE PAPER THAT DR. PANDORI ATTACHED?

10:59AM 21    A.   IT WASN'T SENT TO ME.

10:59AM 22    Q.   YOU NEVER RECEIVED IT?

10:59AM 23    A.   YES.

10:59AM 24    Q.   AND DID YOU GO SEEK IT OUT?

10:59AM 25    A.   NO.

ER-912

10:59AM   1    Q.   AT ANY TIME?

10:59AM   2    A.   I DON'T KNOW.

10:59AM   3    Q.   LIKE, FOR EXAMPLE, IN THE PREPARATION SECTION THAT YOU DID

11:00AM   4    WITH THE GOVERNMENT PROSECUTORS, DID THEY EVER SHOW YOU THAT

11:00AM   5    STUDY?

11:00AM   6    A.   NO.

11:00AM   7    Q.   OKAY.  DID THEY EVER SHOW YOU THIS EMAIL AT ALL?

11:00AM   8    A.   NO.

11:00AM   9    Q.   IF YOU GO TO THE EMAIL RIGHT ABOVE THAT, MR. BALWANI SAYS,

11:00AM  10    "ABSOLUTELY, WE HAVE KNOW THIS," OR KNOWN THIS, "AND BOTH FDA

11:00AM  11    AND CLIA HAVE MENTIONED THIS ALONG WITH LAB DIRECTORS WHO SAID

11:00AM  12    THEY USUALLY HAVE 40 PERCENT VARIABLY IN VITAMIN D.  UCSF HAD

11:00AM  13    COMMENTED ON THIS ALSO."

11:00AM  14         DO YOU SEE THAT?

11:00AM  15    A.   YES.

11:00AM  16    Q.   AND IT SOUNDS LIKE YOU'RE NOT IN A POSITION TO OPINE ON

11:00AM  17    THAT ONE WAY OR THE OTHER; RIGHT?

11:00AM  18    A.   CORRECT.

11:00AM  19    Q.   AND THEN IF YOU GO TO THE TOP EMAIL FROM MR. GEE HE SAYS,

11:00AM  20    "BASED ON THESE EMAILS, I'M INCREASING THE NUMBER OF SAMPLES

11:00AM  21    FOR VITAMIN D TESTING TO N EQUALS 10 FOR NEXT TWO WEEKS.  ALL

11:00AM  22    ASSAYS WILL BE DONE AT N EQUALS 5 (FT4 AND TSH)."

11:00AM  23         DO YOU SEE THAT?

11:00AM  24    A.   YES.

11:00AM  25    Q.   SO THAT'S MR. GEE IMPLEMENTING WHAT THE SCIENTISTS SAID

11:01AM   1      MR. BALWANI AND WHAT THE WHOLE GROUP DECIDED; RIGHT?

11:01AM   2      A.   CORRECT.

11:01AM   3      Q.   AND HE COPIED YOU ON THAT?

11:01AM   4      A.   YES.

11:01AM   5      Q.   AND IS THAT SO YOU COULD HELP IN THAT IMPLEMENTATION?

11:01AM   6      A.   CORRECT.

11:01AM   7      Q.   CAN YOU TAKE A LOOK AT EXHIBIT 3526.

11:01AM   8          OKAY.  DO YOU SEE THAT EXHIBIT 3526 IS AN EMAIL FROM

11:01AM   9      MARCH 14TH, 2014?

11:01AM  10      A.   YES.

11:01AM  11      Q.   AND THAT'S DURING THAT SAME PERIOD WHEN THIS IN-HOUSE

11:01AM  12      PROFICIENCY TESTING WORK WAS GOING ON?

11:01AM  13      A.   YES.

11:01AM  14      Q.   AND DO YOU SEE THE EMAIL IS FROM MR. BALWANI TO

11:02AM  15      DR. PANDORI, DR. ROSENDORFF, MR. GEE, AND THEN COPIED TO

11:02AM  16      DR. SAKSENA, DR. ANEKAL, AND ALSO ELIZABETH HOLMES.

11:02AM  17          DO YOU SEE THAT?

11:02AM  18      A.   YES.

11:02AM  19      Q.   AND WE TALKED ABOUT THIS BEFORE, BUT THOSE ARE AMONG THE

11:02AM  20      GROUP OF PEOPLE WHO WOULD ROUTINELY SEND EMAILS AROUND THERANOS

11:02AM  21      TO TALK ABOUT THE LAB AND HOW THINGS WERE GOING?

11:02AM  22      A.   CORRECT.

11:02AM  23      Q.   OKAY.  AND THERANOS KEPT THOSE EMAILS SO IT COULD BE

11:02AM  24      REFERRED BACK TO THEM FROM TIME TO TIME?

11:02AM  25      A.   YES.

ER-914

11:02AM   1          MR. COOPERSMITH:  YOUR HONOR, WE OFFER EXHIBIT 3526,

11:02AM   2   AND I WOULD POINT OUT THAT IT'S ON THE GOVERNMENT'S EXHIBIT

11:02AM   3   LIST.

11:02AM   4          MR. BOSTIC:  THERE ARE LAYERS OF HEARSAY HERE,

11:02AM   5   YOUR HONOR.

11:02AM   6          THE COURT:  DO YOU WANT TO LAY A BETTER FOUNDATION?

11:02AM   7   I THINK THERE'S AN INSTITUTION FOUNDATION TO THE EXCEPTION

11:02AM   8   YOU'RE ADVOCATING.

11:02AM   9          MR. COOPERSMITH:  I'M LOOKING AT 803(6), YOUR HONOR.

11:03AM  10   OKAY.

11:03AM  11   Q.   SO, MS. CHEUNG, IT WAS NECESSARY AT THERANOS, WHEN THE

11:03AM  12   IN-HOUSE PROFICIENCY TESTING WAS GOING ON FOR THE VARIOUS

11:03AM  13   PEOPLE INVOLVED WITH THE PROCESS, TO GIVE EACH OTHER

11:03AM  14   INFORMATION ABOUT WHAT RESULTS WERE COMING OUT OF THAT; RIGHT?

11:03AM  15   A.   CORRECT.

11:03AM  16   Q.   AND THAT IT WAS IMPORTANT TO TRY TO GET IT RIGHT, THAT

11:03AM  17   THAT INFORMATION BE AS ACCURATE AS POSSIBLE WHEN PEOPLE WERE

11:03AM  18   SENDING INFORMATION AROUND?

11:03AM  19   A.   CORRECT.

11:03AM  20   Q.   AND THAT WHEN -- ESPECIALLY WHEN ONE OF THE AUTHORS WAS

11:03AM  21   SHARING IT WITH A WHOLE GROUP OF PEOPLE, IT WAS IMPORTANT THAT

11:03AM  22   EVERYONE GET THE INFORMATION AND BE ON THE SAME PAGE AND

11:03AM  23   UNDERSTAND THAT THEY COULD RELY ON THE INFORMATION AND GO LOOK

11:03AM  24   IT UP, IF NECESSARY; RIGHT?

11:03AM  25   A.   YES.

| | | |
|---|---|---|
| 11:03AM | 1 | Q.   OKAY.  AND THIS EMAIL THAT WE'RE LOOKING AT, EXHIBIT 3526, |
| 11:03AM | 2 | IS ONE EXHIBIT OF THAT TYPE OF THING GOING ON AT THERANOS; |
| 11:03AM | 3 | RIGHT? |
| 11:03AM | 4 | A.   YES. |
| 11:03AM | 5 | MR. COOPERSMITH:  YOUR HONOR, WE OFFER 3526. |
| 11:03AM | 6 | THE COURT:  WHAT ABOUT 6(A)? |
| 11:04AM | 7 | MR. COOPERSMITH:  I'M SORRY? |
| 11:04AM | 8 | THE COURT:  6(A), THE EXCEPTION. |
| 11:04AM | 9 | MR. COOPERSMITH:  YES, YOUR HONOR. |
| 11:04AM | 10 | THE COURT:  I DON'T THINK THAT'S BEEN MET YET. |
| 11:04AM | 11 | MR. COOPERSMITH:  I JUST WANT TO POINT OUT THIS IS |
| 11:04AM | 12 | ON THE GOVERNMENT'S EXHIBIT LIST.  IT HAS THE -- |
| 11:04AM | 13 | THE COURT:  BUT THEY HAVEN'T INTRODUCED IT, HAVE |
| 11:04AM | 14 | THEY? |
| 11:04AM | 15 | MR. COOPERSMITH:  NO, THEY HAVE NOT. |
| 11:04AM | 16 | THE COURT:  OKAY.  RIGHT. |
| 11:04AM | 17 | MR. COOPERSMITH:  OKAY.  YOUR HONOR, IN THAT CASE, |
| 11:04AM | 18 | THE WITNESS -- TWO OF THE WITNESSES WHO ARE THE FIRST TWO |
| 11:04AM | 19 | RECIPIENTS UNDER THE TO LINE, WE UNDERSTAND ARE GOING TO BE |
| 11:04AM | 20 | TESTIFYING VERY SHORTLY IN THIS TRIAL, SO WE MOVE THE COURT FOR |
| 11:04AM | 21 | CONDITIONAL ADMISSION OF THIS EXHIBIT SUBJECT TO IT GETTING |
| 11:04AM | 22 | ADMITTED THROUGH THOSE TWO WITNESSES WHO WERE THE FIRST TWO |
| 11:04AM | 23 | RECIPIENTS. |
| 11:04AM | 24 | MR. BOSTIC:  YOUR HONOR, IF THIS WERE AN |
| 11:04AM | 25 | AUTHENTICATION PROBLEM, THAT MIGHT BE A SOLUTION, BUT I DON'T |

11:04AM    1      THINK THAT ADDRESSES THE MULTIPLE LEVELS OF HEARSAY HERE.

11:05AM    2                  THE COURT:  I'M GOING TO SUSTAIN THE OBJECTION.

11:05AM    3                  MR. COOPERSMITH:  I'LL ALSO POINT OUT, YOUR HONOR,

11:05AM    4      WE DON'T NEED TO ADMIT IT FOR THE TRUTH OF THE MATTER, TO TAKE

11:05AM    5      CARE OF MR. BOSTIC'S HEARSAY OBJECTION.

11:05AM    6          WE CAN SIMPLY ADMIT IT FOR STATE OF MIND OF MR. BALWANI,

11:05AM    7      WHICH IS OBVIOUSLY AN ISSUE IN THIS CASE.

11:05AM    8                  MR. BOSTIC:  YOUR HONOR, I THINK THAT STILL LEAVES

11:05AM    9      ONE LAYER OF HEARSAY.

11:05AM   10                  THE COURT:  SUSTAIN THE OBJECTION.

11:05AM   11                  MR. COOPERSMITH:  OKAY.  WE'LL RETURN TO THAT WITH

11:05AM   12      ANOTHER WITNESS, YOUR HONOR.  THANK YOU.

11:05AM   13                  THE COURT:  OKAY.

11:05AM   14      BY MR. COOPERSMITH:

11:05AM   15      Q.   NOW, IF I HAVE MY DATES RIGHT, MS. CHEUNG, YOU LEFT

11:05AM   16      THERANOS ON APRIL 16TH OF 2014.

11:05AM   17          IS THAT THE RIGHT DATE?

11:05AM   18      A.   I DON'T REMEMBER THE EXACT DATE.

11:05AM   19      Q.   OKAY.  BUT IN ANY EVENT, DID YOU -- WERE YOU STILL THERE

11:06AM   20      AT THERANOS WHEN DR. PANDORI SHOWED A SLIDE PRESENTATION ABOUT

11:06AM   21      ALTERNATIVE ASSESSMENT PROCEDURE AND HOW THAT SHOULD BE RUN AT

11:06AM   22      THERANOS?

11:06AM   23      A.   NO.

11:06AM   24      Q.   SO YOU DON'T HAVE ANY KNOWLEDGE OF THAT?

11:06AM   25      A.   YES.

11:06AM   1     Q.   SO IF DR. PANDORI HAD RECOMMENDED OR MADE STATEMENTS ABOUT

11:06AM   2     HOW THIS TYPE OF PROFICIENCY TESTING SHOULD BE RUN AT THERANOS,

11:06AM   3     YOU WOULD HAVE ALREADY LEFT, SO YOU WOULDN'T KNOW THAT?

11:06AM   4     A.   CORRECT.

11:06AM   5     Q.   OKAY.  I WANT TO RETURN TO TWO EXHIBITS THAT WE COULDN'T

11:06AM   6     FIND EARLIER THIS MORNING.

11:06AM   7     A.   YEAH.

11:06AM   8     Q.   AND I THINK I SOLVED THE PROBLEM.  WELL, LET'S HOPE.

11:06AM   9          IT WOULD BE IN OUR FIRST BINDER --

11:06AM  10     A.   OKAY.

11:06AM  11     Q.   -- THAT WE GAVE YOU LAST WEEK.

11:06AM  12          AND THE FIRST ONE I WANT TO TALK ABOUT IS EXHIBIT 1430.

11:07AM  13     A.   OKAY.

11:07AM  14     Q.   OKAY.  LOOKING AT EXHIBIT 1430, YOU SEE THAT THIS IS AN

11:07AM  15     EMAIL FROM DR. ROSENDORFF?

11:07AM  16     A.   YES.

11:07AM  17     Q.   AND IT'S FROM JANUARY 16TH OF 2014?

11:07AM  18     A.   CORRECT.

11:07AM  19     Q.   AND IT'S TO AN EMAIL ADDRESS WHICH IS

11:07AM  20     CLIA.LAB@THERANOS.COM?

11:07AM  21     A.   CORRECT.

11:07AM  22     Q.   AND YOU WERE PART OF THAT EMAIL GROUP?

11:07AM  23     A.   YES.

11:07AM  24     Q.   AND YOU SEE THAT THE EMAIL IS FROM DR. ROSENDORFF GIVING

11:07AM  25     THE GROUP, THIS CLIA LAB GROUP THAT YOU WERE PART OF, A CERTAIN

11:07AM  1    QC POLICY.

11:07AM  2        DO YOU SEE THAT?

11:07AM  3    A.   YES.

11:07AM  4            MR. COOPERSMITH:  YOUR HONOR, WE OFFER EXHIBIT 1430.

11:07AM  5            MR. BOSTIC:  NO OBJECTION.

11:07AM  6            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:07AM  7        (DEFENDANT'S EXHIBIT 1430 WAS RECEIVED IN EVIDENCE.)

11:08AM  8    BY MR. COOPERSMITH:

11:08AM  9    Q.   IF WE LOOK AT THE FIRST PAGE, IT SAYS, "DEAR CLIA, PLEASE

11:08AM  10   REFER TO THE FOLLOWING QC POLICIES."

11:08AM  11       AND IT'S FROM ADAM?

11:08AM  12   A.   YES.

11:08AM  13   Q.   AND WHEN YOU WOULD RECEIVE SOMETHING LIKE THIS, IS IT FAIR

11:08AM  14   TO SAY THAT YOU WOULD READ IT?

11:08AM  15   A.   YES.

11:08AM  16   Q.   AND DO YOUR BEST TO FOLLOW THE DIRECTION?

11:08AM  17   A.   YES.

11:08AM  18   Q.   AND IF YOU GO TO THE NEXT PAGE, AT THIS POINT HE DIDN'T

11:08AM  19   SIGN IT.

11:08AM  20       DO YOU SEE THAT?

11:08AM  21   A.   UH-HUH, YES.

11:08AM  22   Q.   BUT HE SENT IT BY EMAIL; RIGHT?

11:08AM  23   A.   CORRECT.

11:08AM  24   Q.   AND I ASSUME IF HE SENT IT BY EMAIL AND SAID PLEASE REFER

11:08AM  25   TO THE QC POLICY, YOU WOULD TREAT THAT AS SOMETHING THAT YOU

11:08AM  1      NEEDED TO PAY ATTENTION TO WHETHER OR NOT IT WAS SIGNED; IS

11:08AM  2      THAT RIGHT?

11:08AM  3      A.   YES.

11:08AM  4      Q.   OKAY.  AND IF YOU GO TO THE NEXT PAGE, DO YOU SEE THAT

11:08AM  5      THERE'S A -- AT THE TOP IT SAYS QUALITY CONTROL POLICIES, AND

11:08AM  6      THEN IT HAS DAILY QC, AND THEN IT HAS CONTINUOUS QC.

11:08AM  7           DO YOU SEE THAT?

11:08AM  8      A.   YES.

11:08AM  9      Q.   OKAY.  AND WE'VE TALKED, AND I THINK YOU'VE TALKED ABOUT

11:09AM  10     ON DIRECT THIS DAILY QC THAT WAS RUN?

11:09AM  11     A.   YES.

11:09AM  12     Q.   AND THAT WAS EVERY MACHINE, EVERY ASSAY, EVERY DAY,

11:09AM  13     RUNNING QUALITY CONTROL TO MAKE SURE IT WAS SUITABLE FOR

11:09AM  14     PATIENT TESTING; RIGHT?

11:09AM  15     A.   CORRECT.

11:09AM  16     Q.   AND THEN THERE WAS -- ARE YOU AWARE THAT THERE WAS ANOTHER

11:09AM  17     LAYER OF QUALITY CONTROL CALLED CONTINUOUS QC?

11:09AM  18     A.   CORRECT.

11:09AM  19     Q.   AND THAT WAS LOOKING AT TRENDS OVER TIME; RIGHT?

11:09AM  20     A.   YES.

11:09AM  21     Q.   AND IF WE WANTED TO LOOK AT THE TRENDS OVER TIME DATA FOR

11:09AM  22     QUALITY CONTROL, WE COULD REFER TO THE LABORATORY INFORMATION

11:09AM  23     SYSTEM?

11:09AM  24     A.   YES.

11:09AM  25     Q.   SO YOU WERE NOT INVOLVED WITH THE CONTINUOUS QC PROCESS?

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                    1533

11:09AM  1     A.   NOT ALL OF THE TIME, NO.

11:09AM  2     Q.   OKAY.  SO, FOR EXAMPLE, IF YOU LOOK AT SECTION 2.8, IT

11:09AM  3     TALKS ABOUT SOMETHING CALLED THE WESTGARD RULES?

11:09AM  4     A.   YES.

11:09AM  5     Q.   AND DO YOU UNDERSTAND THAT THAT'S A PARTICULAR SET OF

11:09AM  6     RULES INVENTED BY SOMEONE NAMED WESTGARD THAT GOVERN HOW LABS

11:09AM  7     ARE SUPPOSED TO LOOK AT CONTINUOUS QC?

11:09AM  8     A.   YES.

11:09AM  9     Q.   AND ARE YOU AN EXPERT IN WESTGARD RULES?

11:10AM 10     A.   NO.

11:10AM 11     Q.   AND WAS IT YOUR JOB TO IMPLEMENT WESTGARD RULES?

11:10AM 12     A.   SOMETIMES.

11:10AM 13     Q.   SOMETIMES.  SO YOU HAD SOME IDEA OF WHAT IT WAS?

11:10AM 14     A.   YES.

11:10AM 15     Q.   AND IT'S PART OF THE QC PROCESS TO LOOK AT THE DATA IN THE

11:10AM 16     TRENDS; CORRECT?

11:10AM 17     A.   YES.

11:10AM 18     Q.   AND IF THERE WAS SOME PROBLEM WITH THE WAY THE DATA

11:10AM 19     TRENDS, THAT WOULD ALSO BE A REASON WHY A DEVICE WOULD BE

11:10AM 20     DEEMED TO FAIL QC?

11:10AM 21     A.   YES.

11:10AM 22     Q.   AND IF YOU GO TO THE NEXT PAGE, DO YOU SEE THAT THERE'S AN

11:10AM 23     EDISON QC SECTION, AND THERE'S AN EDISON DAILY QC; RIGHT?

11:10AM 24     A.   CORRECT.

11:10AM 25     Q.   AND IF YOU GO TO SECTION 3.2.1 IN PARTICULAR, IT SAYS,

ER-921

11:10AM  1    "RUN AT LEAST 2 AND PREFERABLY LEVELS.  ENSURE QC MATERIAL IS

11:10AM  2    NOT OUTDATED OR EXPIRED."

11:10AM  3         RIGHT?

11:10AM  4    A.   CORRECT.

11:10AM  5    Q.   AND THE LEVELS, THAT'S WHAT WE WERE REFERRING TO BEFORE,

11:10AM  6    THE LEVEL 1 AND LEVEL 2 QC THAT WE WERE TALKING ABOUT EARLIER

11:10AM  7    THIS MORNING?

11:10AM  8    A.   YES.

11:10AM  9    Q.   OKAY.  AND THEN IF YOU GO TO 3.2.3, MAYBE THAT HELPS

11:10AM  10   CLARIFY IT, IT SAYS, "IF QC FAILS (DEFINED AS A FAILURE OF ONE

11:11AM  11   OR MORE LEVELS) REPEAT QC."

11:11AM  12        RIGHT?

11:11AM  13   A.   CORRECT.

11:11AM  14   Q.   SO TO BE PASSING, IT HAS TO PASS BOTH LEVELS?

11:11AM  15   A.   YES.

11:11AM  16   Q.   AND IT SAYS, "IF QC STILL FAILS, WE RECALIBRATE

11:11AM  17   INSTRUMENTS."

11:11AM  18        DO YOU SEE THAT?

11:11AM  19   A.   YES.

11:11AM  20   Q.   AND BELOW THAT IT SAYS, "IF QC PASSES RUN PATIENT

11:11AM  21   SPECIMENS."

11:11AM  22   A.   CORRECT.

11:11AM  23   Q.   AND THEN "IF QC STILL FAILS AFTER RECALIBRATION, STOP AND

11:11AM  24   CONSULT THE THERANOS TECHNICAL SUPPORT"; CORRECT?

11:11AM  25   A.   YES.

11:11AM  1    Q.   AND THAT'S WHAT YOU DID WHEN YOU WERE AT THE LAB; RIGHT?

11:11AM  2    A.   YES.

11:11AM  3    Q.   AND LET'S TAKE A LOOK AT 1525.

11:11AM  4         THAT SHOULD BE IN THE SAME BINDER, MS. CHEUNG.

11:11AM  5    A.   YES.

11:11AM  6    Q.   OKAY.  AND IF WE GO TO THE BEGINNING OR THE EARLIEST EMAIL

11:11AM  7    IN TIME YOU SEE THERE'S AN EMAIL FROM YOU TO DR. ROSENDORFF,

11:12AM  8    JAMIE LIU, AND A COPY TO DR. PANDORI?

11:12AM  9    A.   ON WHICH PAGE IS THIS?

11:12AM 10    Q.   ON PAGE 4 OF THE EXHIBIT.  I'M SORRY.

11:12AM 11    A.   YES.

11:12AM 12    Q.   AND THAT'S DATED FEBRUARY 10TH, 2014?

11:12AM 13    A.   YES.

11:12AM 14    Q.   OKAY.  AND IF YOU LOOK AT IT, DON'T READ ANYTHING OUT LOUD

11:12AM 15    YET, BUT IF YOU GO TO PAGE 3, YOU SEE AT THE TOP OF PAGE 3 --

11:12AM 16    WELL, IT STARTS ON THE BOTTOM OF PAGE 2 AND GOES ON TO THE TOP

11:12AM 17    OF PAGE 3, THERE'S AN EMAIL FROM YOU TO DR. ROSENDORFF ABOUT

11:12AM 18    HOW YOU MIGHT BE ABLE TO DELETE CERTAIN DATA POINTS THAT CAN BE

11:12AM 19    DEEMED OUTLIERS.

11:12AM 20         DO YOU SEE THAT?

11:12AM 21    A.   YES.

11:12AM 22    Q.   OKAY.  THIS IS ABOUT THAT SAME ISSUE THAT WE HAVE BEEN

11:12AM 23    TALKING ABOUT AND YOU TALKED ABOUT ON DIRECT ABOUT THE DELETION

11:12AM 24    OF CERTAIN DATA POINTS CALLED OUTLIERS?

11:12AM 25    A.   CORRECT.

11:12AM  1    Q.   RIGHT.  AND THEN ON PAGE 1 THE EMAIL GOES ON WITH A

11:13AM  2    DISCUSSION BETWEEN DR. ROSENDORFF AND DR. PANDORI ABOUT THAT

11:13AM  3    SAME ISSUE; CORRECT?

11:13AM  4    A.   CAN YOU -- WHERE IS THAT LOCATED?

11:13AM  5    Q.   OH, I'M SORRY.  IF YOU LOOK AT PAGE 1?

11:13AM  6    A.   PAGE 1.  YES.

11:13AM  7         MR. COOPERSMITH:  OKAY.  YOUR HONOR, WE OFFER

11:13AM  8    EXHIBIT 1525.

11:13AM  9         MR. BOSTIC:  NO OBJECTION.

11:13AM  10        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:13AM  11        (DEFENDANT'S EXHIBIT 1525 WAS RECEIVED IN EVIDENCE.)

11:13AM  12   BY MR. COOPERSMITH:

11:13AM  13   Q.   SO LET'S GO TO THAT EARLIEST EMAIL IN TIME.  AND THIS IS

11:13AM  14   ONE OF THOSE OCCASIONS WHERE YOU ARE REPORTING THAT LEVEL 1 QC

11:13AM  15   FOR TSH FAILED AGAIN YOU SAY; RIGHT?

11:13AM  16   A.   YES.

11:13AM  17   Q.   OKAY.  AND THAT WAS ONE OF TWO LEVELS, SO AS WE TALKED

11:13AM  18   ABOUT BEFORE, SINCE IT FAILED ON LEVEL 1, IT WAS DEEMED NOT TO

11:14AM  19   PASS AT ALL; RIGHT?

11:14AM  20   A.   CORRECT.

11:14AM  21   Q.   AND THEN BELOW -- ABOVE THAT DR. ROSENDORFF SAYS, "PLEASE

11:14AM  22   EXCLUDE THE DATA .1511 RAW COUNT FROM INSTRUMENT E-000187 AND

11:14AM  23   RECALC," OR RECALCULATION.

11:14AM  24        DO YOU SEE THAT?

11:14AM  25   A.   CORRECT.

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                    1537

11:14AM  1    Q.   AND THAT'S -- YOU FOLLOWED DR. ROSENDORFF'S DIRECTION?

11:14AM  2    A.   YES.

11:14AM  3    Q.   AND MR. BALWANI IS NOT ON THIS EMAIL, IS HE?

11:14AM  4    A.   CORRECT.

11:14AM  5    Q.   AND THEN IF YOU GO TO PAGE 3 THERE'S A DISCUSSION BETWEEN

11:14AM  6    YOU AND DR. ROSENDORFF ABOUT WHETHER OR NOT THE REAGENTS ARE

11:14AM  7    EXPIRED OR NOT.

11:14AM  8         DO YOU SEE THAT?

11:14AM  9    A.   YES.

11:14AM  10   Q.   AND BECAUSE ONE OF THE PROBLEMS THAT COULD ARISE IS IF A

11:14AM  11   REAGENT OR A CHEMICAL USED IN THE PROCESS COULD EXPIRE, THAT

11:14AM  12   COULD AFFECT THE RESULT; CORRECT?

11:14AM  13   A.   CORRECT.

11:14AM  14   Q.   SO YOU ALWAYS WANT TO MAKE SURE YOU HAVE UNEXPIRED

11:14AM  15   REAGENTS; RIGHT?

11:14AM  16   A.   CORRECT.

11:14AM  17   Q.   AND YOU WERE CHECKING DATA AND YOU DID; RIGHT?

11:14AM  18   A.   YES.

11:15AM  19   Q.   AND THE REAGENT LOOKED FINE; RIGHT?

11:15AM  20   A.   YES.

11:15AM  21   Q.   AND SO THEN YOU SAID ABOVE THAT AT THE VERY TOP, "USED A

11:15AM  22   NEW BSA BUFFER, STILL FAILED.  IF I DELETE TO POINT THAT COULD

11:15AM  23   POSSIBLY CONSIDERED OUTLIERS ON MY RERUN, THE QC WOULD PASS."

11:15AM  24   A.   YEAH.

11:15AM  25   Q.   SO YOU WERE TALKING ABOUT HOW MAYBE YOU COULD DELETE THE

ER-925

11:15AM  1      OUTLIER; RIGHT?

11:15AM  2      A.   YES.

11:15AM  3      Q.   AND THEN DR. ROSENDORFF WRITES BACK TO YOU ON PAGE 2.  HE

11:15AM  4      SAYS, "HI ERIKA,

11:15AM  5           "YES WE CAN DELETE AS MANY AS 2 OF THE 6 DATA POINTS,

11:15AM  6      ADAM"?

11:15AM  7      A.   CORRECT.

11:15AM  8      Q.   AND MR. BALWANI IS NOT ON THE EMAIL, IS HE?

11:15AM  9      A.   CORRECT.

11:15AM 10      Q.   AND IT'S NOT HIM GIVING THE DIRECTION?

11:15AM 11      A.   CORRECT.

11:15AM 12      Q.   IT'S A MEDICAL DOCTOR?

11:15AM 13      A.   CORRECT.

11:15AM 14      Q.   AND THEN DR. PANDORI ASKS A QUESTION.

11:15AM 15           DO YOU SEE THAT?

11:15AM 16      A.   YES.

11:15AM 17      Q.   AND THEN ABOVE THAT DR. ROSENDORFF WRITES TO DR. PANDORI,

11:16AM 18      "THIS RULE WILL BE PART OF THE ALGORITHM WHEN THE EDISON 3.5

11:16AM 19      CALCULATIONS ARE AUTOMATED."

11:16AM 20           RIGHT?

11:16AM 21      A.   CORRECT.

11:16AM 22      Q.   AND THEN GOING TO THE FIRST PAGE, DR. PANDORI WRITES AT

11:16AM 23      THE BOTTOM, "SO IT IS OK FOR THE CLA TO DO THIS AUTOMATICALLY

11:16AM 24      UNTIL THEN, I ASSUME."

11:16AM 25           RIGHT?

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                    1539

11:16AM   1      A.   YES.

11:16AM   2      Q.   AND CLA WOULD BE CLINICAL LAB ASSOCIATE?

11:16AM   3      A.   YES.

11:16AM   4      Q.   SO THAT WOULD BE SOMEONE LIKE YOU?

11:16AM   5      A.   YES.

11:16AM   6      Q.   AND THEN ABOVE THAT YOU SEE DR. ROSENDORFF WRITES, "YES --

11:16AM   7      IT'S OK IF THEY DO IT -- THAT IS WHY WE ARE RUNNING 3

11:16AM   8      EDISONS -- TO GET ENOUGH DATA POINTS AND TO AVERAGE OUT

11:16AM   9      VARIABILITY."

11:16AM  10           RIGHT?

11:16AM  11      A.   YES.

11:16AM  12      Q.   AND THAT'S WHAT DR. ROSENDORFF SAID?

11:16AM  13      A.   YES.

11:16AM  14      Q.   AND MR. BALWANI IS NOT ON THAT EMAIL?

11:16AM  15      A.   YES.

11:16AM  16      Q.   AND DR. PANDORI'S RESPONSE IS "THANK YOU"?

11:16AM  17      A.   YES.

11:16AM  18      Q.   AND BASED ON YOUR TESTIMONY, IS IT FAIR TO SAY THAT YOU

11:17AM  19      DISAGREED WITH DR. ROSENDORFF ABOUT THIS?

11:17AM  20      A.   YES, BECAUSE WE DIDN'T HAVE AN SOP THAT ARTICULATED WHEN

11:17AM  21      WE GET RID OF OUTLIERS.

11:17AM  22      Q.   SO IS IT FAIR TO SAY THAT YOU DISAGREED WITH

11:17AM  23      DR. ROSENDORFF?

11:17AM  24      A.   YES.

11:17AM  25      Q.   OKAY.  IF YOU COULD TURN IN THE GOVERNMENT'S BINDER TO

11:17AM   1    EXHIBIT 1662.

11:17AM   2         OKAY.  LOOKING AT EXHIBIT 1662, THIS IS ANOTHER EXHIBIT

11:17AM   3    THAT YOU SAW ON DIRECT?

11:17AM   4    A.   YES.

11:17AM   5    Q.   AND THIS IS ALREADY PUBLISHED, YOUR HONOR.

11:18AM   6         MR. ALLEN, IF YOU COULD PUT THAT ON THE SCREEN.

11:18AM   7         IS IT FAIR TO SAY, MS. CHEUNG, THAT THIS IS AN EMAIL FROM

11:18AM   8    TYLER SHULTZ TO ELIZABETH HOLMES, AND THEN AT THE TOP IT'S

11:18AM   9    MS. HOLMES FORWARDING THAT EMAIL TO DR. YOUNG WITH A COPY TO

11:18AM  10    MR. BALWANI?

11:18AM  11    A.   YES.

11:18AM  12    Q.   RIGHT.  I BELIEVE YOU TESTIFIED THAT YOU WERE AWARE OF

11:18AM  13    MR. SHULTZ SENDING THIS EMAIL TO MS. HOLMES?

11:18AM  14    A.   YES.

11:18AM  15    Q.   AND THAT IT SORT OF LISTED VARIOUS ISSUES THAT MR. SHULTZ

11:18AM  16    HAD ABOUT SOME OF THE TESTING GOING ON AT THERANOS; CORRECT?

11:18AM  17    A.   YES.

11:18AM  18    Q.   AND SOME OF IT WAS LIKE STATISTICAL TYPE ISSUES; RIGHT?

11:18AM  19    A.   CORRECT.

11:18AM  20    Q.   AND YOU DISCUSSED THOSE ISSUES WITH MR. SHULTZ; RIGHT?

11:18AM  21    A.   YES.

11:18AM  22    Q.   AND THIS IS GEORGE SHULTZ'S GRANDSON; RIGHT?

11:18AM  23    A.   CORRECT.

11:18AM  24    Q.   RIGHT.  SO YOU KNOW THAT MR. SHULTZ, TYLER SHULTZ, HAD HAD

11:19AM  25    VARIOUS MEETINGS WITH DR. YOUNG TO TALK ABOUT THESE POINTS THAT

11:19AM 1    HE WAS CONCERNED ABOUT; RIGHT?

11:19AM 2    A.   CORRECT.

11:19AM 3    Q.   AND YOU KNOW THAT DR. YOUNG SPENT TIME WITH MR. SHULTZ

11:19AM 4    EXPLAINING, YOU KNOW, HIS VIEW OF THAT; RIGHT?

11:19AM 5    A.   CORRECT.

11:19AM 6    Q.   AND YOU UNDERSTAND THAT DR. YOUNG RESPONDED TO ALL OF

11:19AM 7    THESE POINTS AND HAD A DIFFERENT VIEW OF THE WORLD THAN

11:19AM 8    MR. SHULTZ DID?

11:19AM 9    A.   CORRECT.

11:19AM 10   Q.   AND THAT YOU DID; RIGHT?

11:19AM 11   A.   CORRECT.

11:19AM 12   Q.   AND THAT THE OUTCOME OF THIS PROCESS WAS A RESPONSE THAT

11:19AM 13   MR. SHULTZ GOT THAT SORT OF LISTED IN DETAIL ALL OF THE REASONS

11:19AM 14   WHY DR. YOUNG DISAGREED WITH MR. SHULTZ; RIGHT?

11:19AM 15   A.   CORRECT.

11:19AM 16   Q.   AND MR. BALWANI DISAGREED?

11:19AM 17   A.   CORRECT.

11:19AM 18   Q.   AND YOU SAW THAT, TOO; RIGHT?

11:19AM 19   A.   YES.

11:19AM 20   Q.   AND SO YOU DISAGREED WITH DR. YOUNG ABOUT HOW HE SAW THE

11:19AM 21   WORLD ABOUT THESE ISSUES THAT MR. SHULTZ WAS RAISING; CORRECT?

11:19AM 22   A.   YES.

11:19AM 23   Q.   OKAY.

11:19AM 24        YOUR HONOR, MAY I CONFER WITH MY TEAM?

11:19AM 25            THE COURT:   YES.

11:19AM  1              (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

11:20AM  2              THE COURT:  FOLKS, I THINK WE'LL BREAK AT NOON.

11:20AM  3      WE'LL BREAK AT NOON.

11:20AM  4          WE'RE GOING TO FINISH OUR DAY AT 3:00 TODAY.  I DO WANT

11:20AM  5      YOU TO KNOW, TO KEEP US ON SCHEDULE, I MAY BE ASKING US TO GO

11:20AM  6      UNTIL 4:00 ON SOME DAYS, SO I WOULD GIVE YOU THAT NOTICE NOW

11:20AM  7      FOR YOUR PLANNING.  WE'LL TALK ABOUT THIS MAYBE TOMORROW OR

11:20AM  8      CERTAINLY NEXT WEEK.  SO I'LL GIVE YOU THIS NOTICE SO YOU CAN

11:20AM  9      FORECAST WITH THOSE, YOUR EMPLOYERS AND OTHERS, AND THEN WE'LL

11:20AM  10     TALK ABOUT IT.  BUT I THINK WE'LL HAVE TO GO UNTIL 4:00 ON OUR

11:20AM  11     DAYS.

11:20AM  12         YOU'LL LET ME KNOW, AND WE'LL HAVE A DISCUSSION ABOUT

11:20AM  13     THAT.  SO THANK YOU.

11:20AM  14             (PAUSE IN PROCEEDINGS.)

11:20AM  15             MR. COOPERSMITH:  THANK YOU, YOUR HONOR, FOR THE

11:20AM  16     COURT'S INDULGENCE.

11:21AM  17     Q.  JUST BRIEFLY, MS. CHEUNG.

11:21AM  18         SO THE EXHIBIT THAT WE WERE JUST LOOKING AT, 1662, WHERE

11:21AM  19     THIS -- THESE ISSUES WERE -- THESE ISSUES THAT MR. SHULTZ HAD

11:21AM  20     CONCERNS ABOUT AND THAT YOU HAD CONCERNS ABOUT, BY THE TIME

11:21AM  21     THAT MR. SHULTZ SENT THIS EMAIL TO MS. HOLMES, THESE ISSUES HAD

11:21AM  22     ALREADY BEEN AIRED WITH DR. YOUNG BEFORE MR. SHULTZ SENT HIS

11:21AM  23     EMAIL TO MS. HOLMES; RIGHT?  MS. HOLMES.

11:21AM  24     A.  CAN YOU REPEAT THAT.

11:21AM  25     Q.  SURE.  YEAH.

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                                1543

11:21AM   1              ON APRIL 11TH, 2014, THE DAY OF MR. SHULTZ'S EMAIL TO

11:21AM   2      MS. HOLMES --

11:21AM   3      A.   YES.

11:21AM   4      Q.   -- AND THEN THAT SAME DAY IT'S FORWARDED TO DR. YOUNG, BY

11:21AM   5      THAT TIME, BY APRIL 11TH, MR. SHULTZ, YOU'RE AWARE, HAD ALREADY

11:21AM   6      HAD THESE DISCUSSIONS WHICH WE WERE REFERRING TO WITH

11:21AM   7      DR. YOUNG; RIGHT?

11:21AM   8      A.   YES.

11:21AM   9      Q.   OKAY.  AND THEN AFTER THAT HE SENT THE EMAIL TO

11:21AM  10      MS. HOLMES?

11:21AM  11      A.   CORRECT.

11:21AM  12      Q.   AND THEN THERE WAS EVEN A FURTHER RESPONSE FROM DR. YOUNG

11:22AM  13      AND MR. BALWANI; RIGHT?

11:22AM  14      A.   YES.

11:22AM  15              MR. COOPERSMITH:  OKAY.  NO FURTHER QUESTIONS,

11:22AM  16      YOUR HONOR.

11:22AM  17              THE COURT:  REDIRECT?

11:22AM  18              MR. BOSTIC:  YES, YOUR HONOR.  THANK YOU.

11:22AM  19              THE COURT:  YOU CAN STAND UP AND STRETCH FOR A

11:22AM  20      MOMENT IF YOU WOULD LIKE.

11:22AM  21              THE WITNESS:  I'M OKAY.

11:22AM  22              THE COURT:  OKAY.

11:22AM  23      ///

11:22AM  24      ///

11:22AM  25      ///

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
| 11:22AM  | 1  | **REDIRECT EXAMINATION**                                     |
| 11:22AM  | 2  | BY MR. BOSTIC:                                               |
| 11:22AM  | 3  | Q.  GOOD MORNING, MS. CHEUNG.                                |
| 11:22AM  | 4  | A.  GOOD MORNING.                                            |
| 11:22AM  | 5  | Q.  I'D LIKE TO ASK YOU A FEW QUESTIONS FOLLOWING UP ON SOME |
| 11:22AM  | 6  | TOPICS THAT YOU'VE DISCUSSED WITH MR. COOPERSMITH OVER THE LAST |
| 11:22AM  | 7  | COUPLE OF DAYS.                                              |
| 11:22AM  | 8  | A.  OKAY.                                                    |
| 11:22AM  | 9  | Q.  FIRST, MS. WACHS, COULD YOU PUT ON THE SCREEN            |
| 11:22AM  | 10 | EXHIBIT 3741A, PLEASE.  THIS IS PREVIOUSLY ADMITTED.         |
| 11:23AM  | 11 | DO YOU REMEMBER A DISCUSSION WITH MR. COOPERSMITH            |
| 11:23AM  | 12 | REGARDING THE DIFFERENT TESTS OFFERED BY THERANOS?           |
| 11:23AM  | 13 | A.  YES.                                                     |
| 11:23AM  | 14 | Q.  AND DO YOU RECALL THAT LAST WEEK MR. COOPERSMITH WAS GOING |
| 11:23AM  | 15 | THROUGH THIS LIST WITH YOU, AND I THINK HE MADE IT THROUGH THE |
| 11:23AM  | 16 | A'S, AND HE WAS IDENTIFYING TESTS THAT WERE PERFORMED ON, I  |
| 11:23AM  | 17 | THINK HE CALLED IT, THERANOS TECHNOLOGY.                     |
| 11:23AM  | 18 | DO YOU RECALL THAT?                                          |
| 11:23AM  | 19 | A.  YES.                                                     |
| 11:23AM  | 20 | Q.  TO BE CLEAR, THE TESTS THAT YOU AND MR. COOPERSMITH WERE |
| 11:23AM  | 21 | DISCUSSING THEN, WERE THEY PERFORMED ON THE THERANOS BUILT   |
| 11:23AM  | 22 | ANALYZER, THE EDISON?                                        |
| 11:23AM  | 23 | A.  NO.                                                      |
| 11:23AM  | 24 | Q.  WHAT EQUIPMENT AT THERANOS WAS USED TO RUN THOSE TESTS?  |
| 11:23AM  | 25 | A.  ALL OF THE TESTS MENTIONED WERE RUN ON THE MODIFIED      |

11:23AM   1    SIEMENS ADVIA, WHICH WAS A COMMERCIALLY AVAILABLE MACHINE THAT

11:23AM   2    THERANOS HAD BUILT THESE T-CUPS IN ORDER TO RUN THOSE ASSAYS.

11:23AM   3    Q.   DO YOU HAVE AN UNDERSTANDING FROM YOUR EXPERIENCE WITH THE

11:24AM   4    EDISON DEVICE AS TO WHETHER THE EDISON WOULD HAVE BEEN CAPABLE

11:24AM   5    OF RUNNING THE ASSAYS THAT YOU WERE DISCUSSING THEN WITH

11:24AM   6    MR. COOPERSMITH?

11:24AM   7            MR. COOPERSMITH:  OBJECTION, YOUR HONOR.

11:24AM   8    FOUNDATION.

11:24AM   9            MR. BOSTIC:  THIS IS A YES OR NO QUESTION,

11:24AM  10    YOUR HONOR.

11:24AM  11            THE COURT:  CAN YOU ANSWER THAT YES OR NO?

11:24AM  12            THE WITNESS:  NO.

11:24AM  13    BY MR. BOSTIC:

11:24AM  14    Q.   DO YOU KNOW WHETHER THE EDISON THAT YOU OPERATED WAS

11:24AM  15    LIMITED TO A CERTAIN KIND OR KINDS OF ASSAYS?

11:24AM  16    A.   YES.

11:24AM  17    Q.   WHAT KIND OR KINDS OF ASSAYS WAS IT LIMITED TO?

11:24AM  18    A.   IT WAS LIMITED TO ELISA OR IMMUNOASSAYS.

11:24AM  19    Q.   WERE SOME OF THE ASSAYS THAT YOU DISCUSSED WITH

11:24AM  20    MR. COOPERSMITH, ASSAYS THAT FELL OUTSIDE OF THAT CATEGORY THAT

11:24AM  21    THE EDISON COULD DO?

11:24AM  22    A.   YES.

11:24AM  23    Q.   TODAY YOU HAD SOME FURTHER DISCUSSION WITH MR. COOPERSMITH

11:24AM  24    ABOUT SOME OTHER IMMUNOASSAYS ON THE THERANOS TEST MENU.

11:24AM  25            DO YOU RECALL THAT?

11:24AM  1    A.   YES.

11:24AM  2    Q.   IS IT STILL YOUR TESTIMONY THAT IN YOUR TIME AT THE

11:25AM  3    COMPANY, THE EDISON DEVICE WAS ONLY EVER USED FOR A MAXIMUM OF

11:25AM  4    12 TESTS?

11:25AM  5    A.   THAT IS CORRECT.

11:25AM  6    Q.   MR. COOPERSMITH ASKED YOU I GUESS A HYPOTHETICAL QUESTION

11:25AM  7    ABOUT WHETHER THERANOS COULD HAVE PUT MORE OF THOSE

11:25AM  8    IMMUNOASSAYS ON THE EDISON.

11:25AM  9         DO YOU RECALL THAT DISCUSSION?

11:25AM 10    A.   I DO RECALL.

11:25AM 11    Q.   DURING YOUR TIME AT THE COMPANY, THERE WAS RESEARCH AND

11:25AM 12    DEVELOPMENT WORK ONGOING; IS THAT RIGHT?

11:25AM 13    A.   THAT IS CORRECT.

11:25AM 14    Q.   WAS PART OF THE PURPOSE OF THAT ONGOING WORK TO TRY TO GET

11:25AM 15    MORE TESTS ONTO THE EDISON AS YOU UNDERSTOOD IT?

11:25AM 16    A.   YES.

11:25AM 17    Q.   DURING YOUR TIME AT THE COMPANY, DID THE COMPANY EVER

11:25AM 18    SUCCEED IN GETTING MORE THAN 12 TESTS UP AND RUNNING IN THE

11:25AM 19    CLINICAL LAB ON THE EDISON?

11:25AM 20              MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  602.

11:25AM 21              THE COURT:  OVERRULED.

11:25AM 22              MR. BOSTIC:  WOULD YOU LIKE THE QUESTION AGAIN?

11:26AM 23              THE COURT:  YES, WHY DON'T YOU REPEAT THE QUESTION.

11:26AM 24    BY MR. BOSTIC:

11:26AM 25    Q.   THE QUESTION WAS DURING YOUR TIME AT THE COMPANY, DID

CHEUNG REDIRECT BY MR. BOSTIC                                    1547

11:26AM  1    THERANOS EVER SUCCEED IN GETTING MORE THAN 12 TESTS TO RUN ON

11:26AM  2    THE EDISON IN THE CLINICAL LAB?

11:26AM  3            MR. COOPERSMITH:  YOUR HONOR, OBJECTION.  SAME

11:26AM  4    OBJECTION.

11:26AM  5            THE COURT:  UNDERSTOOD.  OVERRULED.

11:26AM  6            THE WITNESS:  NO.

11:26AM  7            MR. BOSTIC:  YOU CAN TAKE THAT DOWN.  THANK YOU,

11:26AM  8    MS. WACHS.

11:26AM  9    Q.  SPEAKING OF THE R&D WORK CONTINUING AT THERANOS, DO YOU

11:26AM 10    REMEMBER MR. COOPERSMITH ASKING YOU WHETHER YOU THOUGHT THERE

11:26AM 11    WAS ANYTHING WRONG WITH CONTINUING R&D WORK HAPPENING AT THE

11:26AM 12    COMPANY?

11:26AM 13    A.  YES, I REMEMBER.

11:26AM 14    Q.  AND YOU ANSWERED GENERALLY YOU DIDN'T THINK ANYTHING WAS

11:26AM 15    WRONG WITH THAT; RIGHT?

11:26AM 16    A.  IT'S NORMAL TO DO RESEARCH AND DEVELOPMENT WORK AT A

11:26AM 17    BIOTECH COMPANY.

11:26AM 18    Q.  MR. COOPERSMITH PROVIDED AN ANALOGY USING IPHONES.

11:26AM 19        DO YOU RECALL THAT?

11:26AM 20    A.  I DO RECALL THAT.

11:26AM 21    Q.  AND I THINK HIS ANALOGY WAS THAT WHEN ONE IPHONE IS

11:26AM 22    RELEASED, APPLE IS WORKING ON THE NEXT VERSION OF THAT DEVICE;

11:27AM 23    IS THAT CORRECT?

11:27AM 24    A.  THAT IS CORRECT.

11:27AM 25    Q.  AT THERANOS THERE WERE -- LET ME JUST ASK, WERE THERE SOME

11:27AM  1    VERSIONS OF THE EDISON THAT WERE OPERATIONAL AND OTHER VERSIONS

11:27AM  2    THAT WERE STILL IN DEVELOPMENT?

11:27AM  3    A.   CAN YOU REPEAT THAT ONE MORE TIME.

11:27AM  4    Q.   SURE.

11:27AM  5         DURING YOUR TIME AT THE COMPANY, WERE THERE SOME VERSIONS

11:27AM  6    OF THE EDISON THAT WERE OPERATIONAL IN THE CLINICAL LAB AND

11:27AM  7    OTHERS THAT WERE STILL IN DEVELOPMENT AND NOT YET READY?

11:27AM  8    A.   YES, THAT IS CORRECT.

11:27AM  9    Q.   CAN YOU REMIND US WHAT THAT BREAKDOWN WAS?

11:27AM  10   A.   SO THE ONES THAT WERE OPERATIONAL WERE THE 3.5'S AND

11:27AM  11   SOMETIMES THE 3.0'S, AND THE ONES THAT WERE IN DEVELOPMENT WERE

11:27AM  12   THE 4.0'S OR THE MINILAB.

11:27AM  13   Q.   SO THERANOS WAS WORKING ON THE 4.0 SERIES IN THE SAME WAY

11:27AM  14   THAT APPLE MIGHT BE WORKING ON THE NEXT VERSION OF THE IPHONE?

11:27AM  15   A.   CORRECT.

11:27AM  16   Q.   WAS THAT THE ONLY R&D WORK HAPPENING AT THERANOS AT THE

11:28AM  17   TIME?

11:28AM  18   A.   NO.  SO A LOT OF THE R&D WORK WAS ALSO WORKING ON THE

11:28AM  19   ALREADY OPERATIONAL DEVICE ON THE EDISON 3.5'S AS WELL.

11:28AM  20   Q.   SO THERE WAS CONTINUING R&D WORK EVEN AS TO THE DEVICE

11:28AM  21   THAT WAS ALREADY BEING USED FOR PATIENT TESTING?

11:28AM  22   A.   THAT IS CORRECT.

11:28AM  23   Q.   AND WHAT WAS THE PURPOSE OF THAT CONTINUING R&D WORK?

11:28AM  24   A.   IF YOU USED THE IPHONE EXAMPLE, IT'S AS IF YOU SHIPPED OUT

11:28AM  25   IPHONE 11'S AND THEY WERE BREAKING OR THEY WEREN'T WORKING

11:28AM   1    PROPERLY, SO YOU WERE CONSTANTLY TRYING TO FIX THEM AS YOU HAD

11:28AM   2    ALREADY SHIPPED THEM.

11:28AM   3        SO THE PURPOSE OF DOING THAT CONTINUING R&D WORK WAS TO

11:28AM   4    FIX THE PROBLEMS THAT WE HAD SEEN WITH THIS ALREADY OPERATIONAL

11:28AM   5    DEVICE IN ADDITION TO PUTTING UP INFRASTRUCTURE FOR THAT SET OF

11:28AM   6    12 ASSAYS THAT WE TALKED ABOUT TO ACTUALLY START RUNNING MORE

11:28AM   7    PATIENT SAMPLES ON THEM.

11:28AM   8    Q.   AND DURING YOUR TIME AT THE COMPANY, DID YOU EVER SEE THAT

11:29AM   9    CONTINUING WORK PRODUCED A SATISFYING PERMANENT SOLUTION TO THE

11:29AM  10    PROBLEMS THAT YOU WERE SEEING?

11:29AM  11             MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  602.

11:29AM  12             THE COURT:  THIS GOES TO HER PERSONAL KNOWLEDGE?

11:29AM  13             MR. BOSTIC:  YES, YOUR HONOR.

11:29AM  14             THE COURT:  IN YOUR PERSONAL KNOWLEDGE.  YOU CAN

11:29AM  15    ANSWER THE QUESTION.

11:29AM  16             THE WITNESS:  CAN YOU REPEAT THE QUESTION SO I'M

11:29AM  17    CLEAR.

11:29AM  18    BY MR. BOSTIC:

11:29AM  19    Q.   THE QUESTION WAS DURING YOUR TIME AT THE COMPANY, DID YOU

11:29AM  20    EVER SEE THAT CONTINUING R&D WORK PRODUCE A SATISFYING

11:29AM  21    PERMANENT SOLUTION AS YOU UNDERSTOOD IT FOR THE PROBLEMS THAT

11:29AM  22    YOU WERE SEEING?

11:29AM  23    A.   FOR THE PROBLEMS THAT I WAS SEEING, IT WAS ALMOST ALWAYS

11:29AM  24    THAT WE WERE CONTINUOUSLY MITIGATING OR FIXING THE PROBLEMS

11:29AM  25    ONGOING, AND THERE WAS NO PERMANENT SOLUTION.

11:29AM  1      THERE WAS JUST A CHRONIC STATE OF PROBLEMS THAT WE HAD

11:29AM  2   EXPERIENCED WITH THE EDISON 3.5 DEVICES, WHICH WERE

11:29AM  3   OPERATIONAL.

11:29AM  4   Q.   MS. WACHS, CAN WE PROJECT EXHIBIT 1431.

11:30AM  5      MS. CHEUNG, DO YOU RECALL SOME DISCUSSION WITH

11:30AM  6   MR. COOPERSMITH ABOUT THERANOS'S TREATMENT OF OUTLIERS?

11:30AM  7   A.   CORRECT.

11:30AM  8   Q.   IN THIS EMAIL CHAIN --

11:30AM  9      LET'S SEE.  MS. WACHS, LET'S LOOK AT PAGE 2, AND LET'S

11:30AM 10   ZOOM IN ON THE MIDDLE OF THE PAGE.

11:30AM 11      MS. CHEUNG, DO YOU REMEMBER THIS MENTION OF A BELIEF THAT

11:30AM 12   AN ALGORITHM FOR OUTLIER REMOVAL HAS BEEN INCORPORATED INTO

11:30AM 13   NORMANDY SOFTWARE?

11:30AM 14   A.   YES.

11:30AM 15   Q.   AND LET'S COMPARE THAT TO PAGE 1, PLEASE.  AGAIN, ZOOM IN

11:31AM 16   ON THE MIDDLE OF THE PAGE.

11:31AM 17      THIS MESSAGE SAYS, "AT THIS TIME OUR OUTLIER REMOVAL

11:31AM 18   PROCEDURE IS MANUAL."

11:31AM 19      DO YOU SEE THAT?

11:31AM 20   A.   YES.

11:31AM 21   Q.   AND DURING YOUR TIME AT THE COMPANY, WHICH OF THESE TWO

11:31AM 22   DID YOU PERSONALLY OBSERVE?  DID YOU SEE OUTLIERS BEING HANDLED

11:31AM 23   AUTOMATICALLY AS PART OF AN ALGORITHM OR DID YOU SEE THEM BEING

11:31AM 24   HANDLED MANUALLY?

11:31AM 25   A.   THE MAJORITY OF THE TIME I WAS THERE IT WAS MANUAL, AND AT

11:31AM   1     THE TAIL END IT WAS AUTOMATED AT ONE POINT.

11:31AM   2     Q.   AND WHEN YOU SAY THEY WERE HANDLED MANUALLY, CAN YOU

11:31AM   3     DESCRIBE WHAT THAT MEANS?

11:31AM   4     A.   SO IN TERMS OF OUTLIER REMOVAL PROCESS -- SO SOMETIMES

11:31AM   5     OUTLIER REMOVAL IS A NORMAL PROCESS, AND AS WE HAD SHOWN THERE,

11:31AM   6     IT'S LIKE IF SOMEONE TRIPS, YOU KNOW, SOMETIMES YOU'LL TAKE OUT

11:31AM   7     THAT DATA.

11:31AM   8        BUT THERE ARE OTHER OCCURRENCES IN THE CASE OF THERANOS

11:31AM   9     WHERE IT WAS SORT OF LEFT AT THE DISCRETION OF ANYONE WHO WAS

11:31AM  10     WORKING WITH THE DATA TO JUST REMOVE WHATEVER DATA POINTS COULD

11:32AM  11     GIVE US THE BEST RESULTS IF THE QC'S -- TO GET THE QC'S TO PASS

11:32AM  12     IN MOST CASES.

11:32AM  13        SO IT COULD BE A CLA, A CLINICAL LAB ASSOCIATE, IT WOULD

11:32AM  14     BE ONE OF THE R&D PEOPLE.  THERE WASN'T REALLY A CLEAR

11:32AM  15     STRUCTURE OR A CLEAR UNDERSTANDING OF WHAT WAS CONSIDERED AN

11:32AM  16     OUTLIER VERSUS WHAT WAS CONSIDERED JUST A NORMAL DATA POINT.

11:32AM  17        SO IT WAS REALLY LEFT AT THE DISCRETION OF WHOEVER

11:32AM  18     HAPPENED TO BE HANDLING THE DATA.

11:32AM  19     Q.   SPEAKING OF THESE OUTLIER PROCESSES AGAIN, DO YOU RECALL

11:32AM  20     LOOKING AT AN EXHIBIT TITLED OR NUMBERED 20451 WITH

11:32AM  21     MR. COOPERSMITH?  IT WAS WHEN HE HANDED UP A PACKET ON ITS OWN,

11:32AM  22     NOT IN ONE OF THE BINDERS.

11:32AM  23     A.   CAN YOU REPEAT THE NUMBER.

11:32AM  24     Q.   YES.  20451?

11:32AM  25     A.   YES.

CHEUNG REDIRECT BY MR. BOSTIC                                    1552

11:32AM   1    Q.   DO YOU HAVE THAT IN FRONT OF YOU?

11:32AM   2    A.   I DO.

11:32AM   3    Q.   AND DO YOU REMEMBER MR. COOPERSMITH ASKED YOU TO LOOK AT

11:33AM   4    PAGE 14 OF THAT DOCUMENT?

11:33AM   5    A.   YES.

11:33AM   6    Q.   HE IDENTIFIED IT AS THE CAP PROFICIENCY TESTING MANUAL; IS

11:33AM   7    THAT CORRECT?

11:33AM   8    A.   THAT IS CORRECT.

11:33AM   9    Q.   AND HE REFERRED YOU TO A SECTION ON THAT PAGE THAT

11:33AM  10    MENTIONS OUTLIERS; IS THAT CORRECT?

11:33AM  11    A.   THAT IS CORRECT.

11:33AM  12    Q.   I'LL ASK YOU TO TAKE A MINUTE TO REVIEW THAT PARAGRAPH.

11:33AM  13    AND THEN MY QUESTION FOR YOU IS DOES THAT DESCRIBE THE PROCESS

11:33AM  14    THAT THERANOS USED?

11:33AM  15    A.   THIS --

11:33AM  16         MR. COOPERSMITH:  HOLD ON A SECOND.  OBJECTION.

11:33AM  17    RULE 702.

11:33AM  18         THE COURT:  ARE YOU ASKING THIS WITNESS, ARE YOU

11:33AM  19    ASKING THIS WITNESS THE PRACTICE THAT SHE ENGAGED IN AS AN

11:33AM  20    EMPLOYEE AT HER JOB?

11:33AM  21         MR. BOSTIC:  EXACTLY, YOUR HONOR.

11:33AM  22    I'M ASKING HER WHETHER WHAT SHE OBSERVED HAPPENING AT

11:33AM  23    THERANOS IS THE SAME THAT WAS DESCRIBED IN THE DOCUMENT THAT

11:33AM  24    THE DEFENSE DISCUSSED.

11:33AM  25         MR. COOPERSMITH:  YOUR HONOR, SHE TESTIFIED THAT SHE

11:34AM 1    HAD NO AWARENESS OF THE COLLEGE OF AMERICAN PATHOLOGISTS OR

11:34AM 2    THEIR DOCUMENT AND HAS NO AWARENESS OF THIS PROCESS.

11:34AM 3        SO WE'RE JUST, I THINK, MAKING THIS UP AS WE GO ALONG.

11:34AM 4    SHE'S NEVER SEEN THIS BEFORE.  SHE'S NOT -- IT'S A 702 ISSUE.

11:34AM 5               THE COURT:  WELL, SHE'S NOT BEING CALLED TO TESTIFY

11:34AM 6    AS AN EXPERT ON THIS?

11:34AM 7               MR. BOSTIC:  CORRECT.

11:34AM 8               THE COURT:  RIGHT.

11:34AM 9               MR. BOSTIC:  I'M JUST ASKING HER TO READ THE WORDS.

11:34AM 10              THE COURT:  RIGHT.  OBJECTION IS OVERRULED.

11:34AM 11       SO YOU'RE NOT TO READ WHAT -- OUT LOUD, BUT JUST READ THIS

11:34AM 12   TO YOURSELF, AND THEN MR. BOSTIC WILL ASK YOU ANOTHER QUESTION.

11:34AM 13              THE WITNESS:  OKAY.

11:34AM 14              MR. COOPERSMITH:  YOUR HONOR, IF SHE'S GOING TO READ

11:34AM 15   THE DOCUMENT AND ANSWER QUESTIONS ABOUT THE TEXT, I THINK WE

11:34AM 16   OUGHT TO JUST ADMIT THE DOCUMENT AT THAT POINT.

11:34AM 17              THE COURT:  ARE YOU SEEKING ADMISSION OF THE

11:34AM 18   DOCUMENT?

11:34AM 19              MR. BOSTIC:  I AM NOT AT THIS TIME, YOUR HONOR.

11:34AM 20              THE COURT:  OKAY.

11:34AM 21              THE WITNESS:  CAN YOU REPEAT THE QUESTION ONE MORE

11:34AM 22   TIME?

11:34AM 23   BY MR. BOSTIC:

11:34AM 24   Q.   YES.  THE QUESTION WAS IS THE -- DOES THE DESCRIPTION IN

11:34AM 25   THE MANUAL REGARDING OUTLIER DETECTION, DOES THAT MATCH WHAT

11:35AM 1    YOU OBSERVED HAPPENING AT THERANOS?

11:35AM 2    A.   NO, NO, IT DOESN'T MATCH.

11:35AM 3    Q.   DO YOU RECALL A DISCUSSION WITH MR. COOPERSMITH ABOUT THE

11:35AM 4    PROFICIENCY TESTING EXPERIMENT THAT WAS RUN IN FEBRUARY OF

11:35AM 5    2014?

11:35AM 6    A.   CORRECT.

11:35AM 7    Q.   AND DO YOU RECALL LOOKING AT EMAILS WITH HIM THAT MENTION

11:35AM 8    AN SOP OR SOP'S THAT WEREN'T FOLLOWED IN CONNECTION WITH THAT

11:35AM 9    PROFICIENCY TESTING EXPERIMENT?

11:35AM 10   A.   THAT IS CORRECT.

11:35AM 11   Q.   CAN YOU REMIND US HOW LONG YOU HAD BEEN AT THE COMPANY

11:35AM 12   WHEN THAT PROFICIENCY TESTING TOOK PLACE?

11:35AM 13   A.   I HAD BEEN AT THE COMPANY -- WHEN THE PROFICIENCY TESTING

11:35AM 14   WITH NEW YORK OR THE INTERNAL PROFICIENCY TESTING?

11:35AM 15   Q.   THE NEW YORK SAMPLES IN FEBRUARY OF 2014.

11:35AM 16   A.   IN FEBRUARY?  FIVE MONTHS.

11:36AM 17   Q.   AND IN ORDER TO DO YOUR JOB AT THE COMPANY, DID YOU NEED

11:36AM 18   TO BE FAMILIAR WITH THE REGULATIONS AND ALL OF THE INTERNAL

11:36AM 19   SOP'S THAT GOVERNED, FOR EXAMPLE, ALTERNATIVE ASSESSMENT

11:36AM 20   PROFICIENCY?

11:36AM 21   A.   NO, THAT WASN'T MY ROLE.

11:36AM 22   Q.   DID YOUR SUPERIORS HAVE TO BE FAMILIAR WITH THOSE

11:36AM 23   REGULATIONS AND PROCEDURES?

11:36AM 24   A.   YES.

11:36AM 25   Q.   FOCUSSING SPECIFICALLY ON THAT FEBRUARY 2014 TEST, AND

11:36AM 1    THAT'S THE TEST WHERE WE LOOKED AT THE DATA; CORRECT?

11:36AM 2    A.   CORRECT.

11:36AM 3    Q.   AND FOCUSSING SPECIFICALLY ON THAT TEST, DID YOUR

11:36AM 4    SUPERIORS IN THE LAB SUPPORT THAT TEST BEING RUN AT THERANOS?

11:36AM 5            MR. COOPERSMITH:  OBJECTION.  HEARSAY.

11:36AM 6            THE COURT:  I'M GOING TO SUSTAIN THE OBJECTION

11:36AM 7    UNLESS YOU REPHRASE THE QUESTION.

11:36AM 8    BY MR. BOSTIC:

11:36AM 9    Q.   MS. CHEUNG, LET ME ASK IT THIS WAY, THE TEST THAT WE'RE

11:36AM 10   TALKING ABOUT RUN IN FEBRUARY OF 2014, WAS IT YOUR IDEA TO

11:37AM 11   PERFORM THAT EXPERIMENT AT THERANOS?

11:37AM 12   A.   NO.

11:37AM 13   Q.   WHO DIRECTED -- WELL, WERE YOU INVOLVED IN PERFORMING THAT

11:37AM 14   EXPERIMENT?

11:37AM 15   A.   YES.

11:37AM 16   Q.   WHO DIRECTED YOU TO PERFORM THAT EXPERIMENT AT THERANOS?

11:37AM 17   A.   THE -- IT WAS THE LAB DIRECTOR, AND THE MEDICAL DIRECTOR,

11:37AM 18   AND THE EXECUTIVE STAFF.

11:37AM 19   Q.   AND SO WHO ARE WE TALKING ABOUT SPECIFICALLY?

11:37AM 20   A.   MARK PANDORI AND ADAM ROSENDORFF.

11:37AM 21   Q.   THEY ARE THE ONES WHO WERE REQUESTING THAT YOU PERFORM

11:37AM 22   THAT EXPERIMENT?

11:37AM 23   A.   YES.

11:37AM 24            MR. COOPERSMITH:  YOUR HONOR, THAT LAST ANSWER I'M

11:37AM 25   MOVING TO STRIKE ON A HEARSAY BASIS.

11:37AM  1              THE COURT:  OVERRULED.

11:37AM  2      BY MR. BOSTIC:

11:37AM  3      Q.   WHEN THIS HAPPENED, THIS WAS NOT AT THE END OF YOUR TIME

11:37AM  4      AT THE COMPANY; IS THAT CORRECT?

11:37AM  5      A.   THAT IS CORRECT.

11:37AM  6      Q.   AND THROUGHOUT YOUR ADDITIONAL TIME AT THE COMPANY, DID

11:37AM  7      YOU EVER BECOME MORE COMFORTABLE WITH THERANOS'S DELETION OF

11:38AM  8      OUTLIERS FROM THE TESTING DATA?

11:38AM  9      A.   NO.

11:38AM  10     Q.   I'D LIKE TO TALK ABOUT PROFICIENCY TESTING A LITTLE BIT.

11:38AM  11          DO YOU RECALL DISCUSSING THAT TOPIC WITH MR. COOPERSMITH?

11:38AM  12     A.   YES.

11:38AM  13     Q.   AND HE ASKED YOU TO LOOK AT EXHIBIT 7603BB.

11:38AM  14          DO YOU RECALL THAT?

11:38AM  15     A.   YES.  IS THAT IN THE --

11:38AM  16     Q.   I'LL GIVE YOU A SECOND TO TURN TO IT.

11:38AM  17     A.   IS IT 7603DD?

11:38AM  18     Q.   BB AS IN BOY.

11:38AM  19     A.   OKAY.

11:38AM  20     Q.   MS. WACHS, CAN WE PUT UP EXHIBIT 1548, PLEASE, AND THE

11:38AM  21     EXCEL CHART THAT IS ALREADY ADMITTED.

11:39AM  22          MS. CHEUNG, DO YOU SEE ON THE SCREEN IN FRONT OF YOU THE

11:39AM  23     DATA FROM THE PROFICIENCY TESTING EXPERIMENT AT THERANOS?

11:39AM  24     A.   YES.

11:39AM  25     Q.   AND THEN LOOKING AT DEFENSE EXHIBIT 7603BB, DO YOU RECALL

11:39AM  1    DISCUSSING WITH MR. COOPERSMITH SOME GUIDELINES OR MARGINS THAT

11:39AM  2    THE REGULATION PROVIDES FOR DIFFERENT KINDS OF TESTS?

11:39AM  3    A.   YES.

11:39AM  4    Q.   AND YOU TESTIFIED ON CROSS THAT THE SPECIFIC TESTS IN THE

11:39AM  5    REGULATION ARE GENERAL CHEMISTRY AS OPPOSED TO IMMUNOASSAYS; IS

11:39AM  6    THAT RIGHT?

11:39AM  7    A.   THAT IS CORRECT.

11:39AM  8    Q.   CAN YOU EXPLAIN WHY THAT MATTERS?

11:39AM  9    A.   THAT MATTERS BECAUSE THESE RANGES ARE GENERATED FOR A

11:39AM  10   DIFFERENT SUBSET OF TESTS, SO THEY HAVE NO RELATION TO THE

11:39AM  11   DIFFERENT TYPE OF PROFICIENCY TESTING THAT WE'RE RUNNING HERE

11:39AM  12   FOR THE IMMUNOASSAYS.

11:39AM  13           MR. COOPERSMITH:  YOUR HONOR, MOVE TO STRIKE UNDER

11:39AM  14   702.

11:39AM  15           THE COURT:  IS THIS RELATED TO HER -- MAYBE YOU CAN

11:39AM  16   LAY A FOUNDATION FOR THAT, PLEASE.

11:39AM  17           MR. BOSTIC:  SURE.

11:40AM  18   Q.   MS. CHEUNG, ARE YOU AWARE THAT -- WELL, LET ME ASK, THE

11:40AM  19   MARGINS, THE ALLOWABLE MARGINS SET BY THE REGULATIONS, ARE THEY

11:40AM  20   SPECIFIC TO EACH INDIVIDUAL ASSAY LISTED?

11:40AM  21           MR. COOPERSMITH:  YOUR HONOR, OBJECTION.  602, 702.

11:40AM  22           THE COURT:  WELL, ARE YOU ASKING IS THIS WHAT SHE

11:40AM  23   WAS TRAINED?

11:40AM  24           MR. BOSTIC:  I THINK IT'S APPARENT FROM THE

11:40AM  25   DOCUMENT, YOUR HONOR.

11:40AM  1          THE COURT:  RIGHT.  RIGHT.  WHY DON'T YOU LAY THAT

11:40AM  2  FOUNDATION.

11:40AM  3  BY MR. BOSTIC:

11:40AM  4  Q.   MS. CHEUNG, AT THERANOS, DID YOU GAIN AN UNDERSTANDING AS

11:40AM  5  TO WHETHER THE REGULATIONS IMPOSED SPECIFIC MARGINS OF

11:40AM  6  ALLOWABLE ERROR FOR EACH SPECIFIC TEST?

11:40AM  7  A.   YES.

11:40AM  8  Q.   AND WHAT DID YOU COME TO UNDERSTAND FROM YOUR WORK AT

11:40AM  9  THERANOS?

11:40AM  10         MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  HEARSAY.

11:40AM  11         THE COURT:  OVERRULED.

11:40AM  12         THE WITNESS:  THAT -- CAN YOU REPEAT THAT QUESTION?

11:40AM  13  BY MR. BOSTIC:

11:40AM  14  Q.   SURE.

11:40AM  15      THE QUESTION WAS WHAT DID YOU LEARN AT THERANOS ABOUT

11:40AM  16  WHETHER THE REGULATIONS IMPOSED SPECIFIC MARGINS FOR SPECIFIC

11:41AM  17  TESTS?

11:41AM  18  A.   SO FOR SPECIFIC TESTS, THERE WAS A MARGIN THAT WE HAD TO

11:41AM  19  BE IN OR A STANDARD DEVIATION OF THE ACTUAL AMOUNT FOR SPECIFIC

11:41AM  20  TYPES OF TESTS.

11:41AM  21  Q.   AND IF WE'RE LOOKING AT THE FOUR TESTS THAT WERE INVOLVED

11:41AM  22  IN THE FEBRUARY 2014 EXPERIMENT --

11:41AM  23  A.   YES.

11:41AM  24  Q.   -- ARE ANY OF THOSE FOUR TESTS COVERED BY THE REGULATION

11:41AM  25  THAT MR. COOPERSMITH DISCUSSED WITH YOU?

CHEUNG REDIRECT BY MR. BOSTIC                                                         1559

11:41AM   1    A.   NO.

11:41AM   2    Q.   EVEN SO, LOOKING AT THE MARGINS OF ALLOWABLE ERROR IN THAT

11:41AM   3    REGULATION, DO YOU RECALL DISCUSSING WITH MR. COOPERSMITH THAT

11:41AM   4    SOME OF THEM ALLOWED FOR DISCREPANCIES, EXCUSE ME, OF UP TO

11:41AM   5    30 PERCENT?

11:41AM   6    A.   CORRECT.

11:41AM   7    Q.   I'LL ASK YOU AGAIN TO LOOK AT THE RESULTS FROM THE TESTS

11:41AM   8    OF THE THERANOS TECHNOLOGY IN FEBRUARY OF 2014.

11:41AM   9         AND MY QUESTION IS, ARE YOU SEEING DISCREPANCY

11:42AM  10    SIGNIFICANTLY GREATER THAN 30 PERCENT IN THOSE RESULTS?

11:42AM  11    A.   YES, YES.

11:42AM  12    Q.   ALL RIGHT.  CAN YOU HIGHLIGHT SOME OF THOSE FOR US.

11:42AM  13    A.   SOME OF THEM ARE HIGHLIGHTED IN LIKE NY E09 ON F, THE

11:42AM  14    MAJORITY OF THE VITAMIN D SAMPLES.

11:42AM  15         ANOTHER EXAMPLE IS NY TM269 ON COLUMN H.

11:42AM  16    Q.   SO IF WE LOOK AT, FOR EXAMPLE, THE VITAMIN D RESULTS, AND

11:42AM  17    WE SEE IN F4 THERE'S A RECOVERY THERE OF 373 PERCENT.

11:42AM  18         DO YOU SEE THAT?

11:42AM  19    A.   YES.

11:42AM  20    Q.   IN ANYWHERE IN THE REGULATION THAT MR. COOPERSMITH SHOWED

11:42AM  21    YOU, IS THERE AN ASSAY WHERE YOU CAN STILL PASS PROFICIENCY

11:42AM  22    TESTING WHILE STILL BEING 2- OR 300 PERCENT OFF OF THE TARGET?

11:43AM  23    A.   NO.

11:43AM  24    Q.   YOU MENTIONED ALSO IN YOUR CONVERSATION WITH

11:43AM  25    MR. COOPERSMITH THAT THERE WAS A LATER INTERNAL PROFICIENCY

ER-947

11:43AM    1    TESTING ROUND AT THERANOS; IS THAT RIGHT?

11:43AM    2    A.   THAT IS CORRECT.

11:43AM    3    Q.   AND YOU TESTIFIED THAT AS A RESULT OF THAT ROUND, TWO OF

11:43AM    4    THE ASSAYS INVOLVED FAILED AND HAD TO BE TAKEN OUT OF USE; IS

11:43AM    5    THAT RIGHT?

11:43AM    6    A.   THAT IS CORRECT.

11:43AM    7    Q.   DO YOU RECALL WHICH TWO ASSAYS THOSE WERE?

11:43AM    8    A.   I -- ONE WAS FT4 AND THE OTHER I DON'T REMEMBER AT THIS

11:43AM    9    TIME.

11:43AM   10    Q.   DO YOU RECALL LEARNING OF THAT RESULT DURING YOUR TIME AT

11:43AM   11    THERANOS?

11:43AM   12    A.   YES.

11:43AM   13    Q.   AND WERE YOU SURPRISED BY THOSE FAILURES OF THE PT

11:43AM   14    TESTING?

11:43AM   15    A.   NO.

11:43AM   16    Q.   WHY NOT?

11:43AM   17    A.   BECAUSE --

11:43AM   18         MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  RELEVANCE.

11:44AM   19    401.

11:44AM   20         THE COURT:  THIS IS BASED ON HER WORK AGAIN?

11:44AM   21         MR. BOSTIC:  YES, YOUR HONOR.

11:44AM   22         THE COURT:  YOU CAN ANSWER THE QUESTION BASED ON

11:44AM   23    YOUR WORK.

11:44AM   24         THE WITNESS:  SO BASED ON MY WORK AT THERANOS, I

11:44AM   25    WASN'T SURPRISED BY THE RESULTS BECAUSE IT WAS FAIRLY

11:44AM 1    CONSISTENT WITH WHAT WE WERE SEEING IN TERMS OF THE FAILURES OF

11:44AM 2    THE QUALITY CONTROLS, A LOT OF THE EXPERIMENTAL STUDIES THAT WE

11:44AM 3    WERE DOING, THAT IN ACTION WHEN WE WERE RUNNING THESE SAMPLES

11:44AM 4    AND THESE TESTS THAT WE FREQUENTLY SAW THAT THERE WERE GREAT

11:44AM 5    DEVIATIONS BETWEEN WHAT WAS EXPECTED AND WHAT WAS ACTUALLY

11:44AM 6    GENERATED.

11:44AM 7         SO IT DIDN'T SURPRISE ME THAT WHEN WE HAD DONE THE

11:44AM 8    PROFICIENCY TESTING BASED ON THE ALTERNATIVE ASSESSMENT, OR THE

11:44AM 9    SOP THAT WE JUST WENT THROUGH WITH MR. COOPERSMITH, THAT THESE

11:44AM 10   WERE NOT FUNCTIONING TO THE STANDARD IN WHICH THERANOS SET FOR

11:44AM 11   ITSELF.

11:44AM 12   BY MR. BOSTIC:

11:44AM 13   Q.   MR. COOPERSMITH ASKED YOU A QUESTION ABOUT THE ACCURACY OF

11:44AM 14   PATIENT RESULTS.

11:44AM 15        DO YOU RECALL THAT QUESTION?

11:44AM 16   A.   YES.

11:44AM 17   Q.   HE ASKED YOU SOMETHING LIKE ARE YOU AWARE OF ANY RESULTS

11:45AM 18   THAT ACTUALLY WENT OUT TO PATIENTS THAT ARE INACCURATE?

11:45AM 19   A.   CORRECT.

11:45AM 20   Q.   AND I THINK YOU TESTIFIED THAT YOU WERE NOT AWARE OF ANY

11:45AM 21   SPECIFIC RESULTS THAT WERE INACCURATE; IS THAT RIGHT?

11:45AM 22   A.   OH.  YES.

11:45AM 23   Q.   AND I JUST WANT TO MAKE IT CLEAR, IS THAT YOUR TESTIMONY

11:45AM 24   TODAY?

11:45AM 25   A.   YES.

CHEUNG REDIRECT BY MR. BOSTIC                                    1562

11:45AM   1        THERE IS, IN RETROSPECT, ONE OF THEM THAT I KNOW WE MADE A

11:45AM   2   MISTAKE ON, WHICH IS THE THANKSGIVING SAMPLE.

11:45AM   3   Q.   OKAY.  CAN YOU DESCRIBE THE CIRCUMSTANCES OF THAT ONE?

11:45AM   4   A.   SO THE THANKSGIVING SAMPLE WAS ESSENTIALLY WE WERE HAVING

11:45AM   5   A BUNCH OF QUALITY CONTROL FAILURES, AND WE DISCUSSED IT IN THE

11:45AM   6   TESTIMONY, WITH NORMANDY.

11:45AM   7        ESSENTIALLY I REPORTED TO NORMANDY 911 THAT THERE WERE

11:45AM   8   ISSUES WITH THE QUALITY CONTROLS PASSING.

11:45AM   9        BUT WHAT WE HAD FOUND OUT IS ACTUALLY THAT THERE WERE

11:45AM  10   EXPIRED REAGENTS, AND THE QUALITY CONTROLS HAD CONSISTENTLY

11:45AM  11   FAILED FOR WEEKS ON END AFTER THAT PARTICULAR SAMPLE.

11:46AM  12        SO THERE WAS THE INSTANCE THAT WE HAD KNOWN THAT THERE

11:46AM  13   WERE ERRORS EFFECTIVELY HAPPENING IN THE LABORATORY, WHETHER IT

11:46AM  14   WAS I NEEDED TO BE RETRAINED, WHETHER IT WAS REAGENTS, THERE

11:46AM  15   WERE NUMEROUS ERRORS, BUT THEY STILL HAD GIVEN THE PATIENT THAT

11:46AM  16   SAMPLE DESPITE US KNOWING INTERNALLY THAT WE HAD ALL OF THESE

11:46AM  17   ISSUES.

11:46AM  18   Q.   WHEN IT COMES TO QUALITY CONTROL TESTS, CAN YOU JUST

11:46AM  19   SUMMARIZE FOR US HOW YOU WERE ABLE TO TELL WHETHER THE THERANOS

11:46AM  20   MACHINE IS PRODUCING THE CORRECT RESULT OR NOT?

11:46AM  21   A.   WHETHER THERANOS IS PRODUCING THE CORRECT RESULTS OR NOT?

11:46AM  22   Q.   YES, FOR A QUALITY CONTROL TEST?

11:46AM  23   A.   FOR A QUALITY CONTROL?

11:46AM  24        SO WE SET -- ESSENTIALLY FOR THE QUALITY CONTROL WE KNOW

11:46AM  25   WHAT THE CONCENTRATION IS AND BASED ON IMPLEMENTING OR

ER-950

11:46AM 1    INSERTING THE DATA THAT WE GENERATE FROM RUNNING THE

11:46AM 2    EXPERIMENT, THERANOS WILL GENERATE A PASS OR A FAIL INDICATION

11:46AM 3    TO LET US KNOW AS CLINICAL LAB SCIENTISTS WHETHER IT PASSES OR

11:46AM 4    IT FAILS.

11:47AM 5        SO IT'S JUST BASICALLY IF THE ACTUAL RAN RESULT DOESN'T

11:47AM 6    COME WITHIN THAT STANDARD DEVIATION RANGE, IT WILL, IT WILL

11:47AM 7    FAIL.  SO THAT'S HOW WE GENERATE THE QUALITY CONTROL

11:47AM 8    INFORMATION.

11:47AM 9    Q.   SO, IN OTHER WORDS, YOU CAN CHECK THE ACCURACY OF THE

11:47AM 10   ANSWER BECAUSE YOU ALREADY KNOW WHAT THE RIGHT ANSWER IS?

11:47AM 11   A.   THAT IS CORRECT.

11:47AM 12   Q.   CAN YOU DO THAT SAME THING WITH A PATIENT TEST?

11:47AM 13   A.   NO.

11:47AM 14   Q.   AS PART OF YOUR JOB AT THERANOS, WERE YOU RESPONSIBLE IN

11:47AM 15   ANY WAY FOR INTERFACING WITH PATIENTS OR DOCTORS WHO MIGHT HAVE

11:47AM 16   HAD CONCERNS ABOUT THE ACCURACY OF THERANOS'S TESTS?

11:47AM 17   A.   NO.

11:47AM 18   Q.   SO IN ANSWERING MR. COOPERSMITH'S QUESTION, YOU WOULDN'T

11:47AM 19   BE ABLE TO DRAW FROM ANY KNOWLEDGE FROM THAT; IS THAT CORRECT?

11:47AM 20   A.   THAT IS CORRECT.

11:47AM 21   Q.   DURING YOUR TIME AT THERANOS, WERE YOU CONFIDENT IN THE

11:47AM 22   ACCURACY OF THE RESULTS THAT WERE BEING SENT OUT TO PATIENTS?

11:47AM 23   A.   NO.

11:48AM 24   Q.   WHY NOT?

11:48AM 25   A.   JUST BECAUSE EVERY TIME WE WOULD RUN AN EXPERIMENT WHERE

CHEUNG REDIRECT BY MR. BOSTIC                                    1564

11:48AM   1    WE KNEW THE CONCENTRATION OF WHAT THE EDISON -- WE KNEW THE

11:48AM   2    CONCENTRATION OF WHATEVER THE TEST THAT WE WERE SEARCHING,

11:48AM   3    WHETHER IT WAS VITAMIN D OR PSA, THERE WAS MAJOR VARIABILITY,

11:48AM   4    WHETHER THAT WAS FROM OUR IN-HOUSE SAMPLES OR THE SAMPLES WE

11:48AM   5    GENERATED AND COMPARING IT TO THE IMMULITE AND COMPARING IT TO

11:48AM   6    THE EDISONS, WHETHER IT WAS THE QUALITY CONTROLS AND THE FACT

11:48AM   7    THAT THEY WERE FAILING ALL OF THE TIME, WHICH IS VERY

11:48AM   8    SUGGESTIVE THAT, SURE, THEY MAY HAVE PASSED SOMETIMES BUT MAYBE

11:48AM   9    THAT WAS JUST NOISE.  IT WASN'T EVEN THE CASE THAT IT WAS A

11:48AM  10    REAL ACTUAL RESULT.

11:48AM  11         FROM ALL OF THOSE, LIKE, A HUGE ACCUMULATION OF EVIDENCE

11:48AM  12    BASED ON WHAT WE WERE ACTIVELY DOING IN THE CLINICAL LAB, IT

11:48AM  13    WAS REALLY SUGGESTIVE TO ME THAT THESE EDISON DEVICES

11:48AM  14    SPECIFICALLY WERE NOT PRODUCING VERY RELIABLE OR ACCURATE

11:48AM  15    RESULTS.

11:48AM  16    Q.   MR. COOPERSMITH ASKED YOU ABOUT WHETHER YOU WERE AWARE

11:49AM  17    THAT ALL LABS HAD SOME LEVEL OF ERROR.

11:49AM  18         DO YOU RECALL THAT QUESTION?

11:49AM  19    A.   I RECALL THAT.

11:49AM  20    Q.   AND I THINK HE SAID, AND YOU AGREED, THAT ANY HUMAN

11:49AM  21    ENDEAVOR, I THINK HE SAID, WILL NECESSARILY INVOLVE SOME ERROR;

11:49AM  22    IS THAT RIGHT?

11:49AM  23    A.   THAT IS CORRECT.

11:49AM  24    Q.   AND WERE YOU AWARE OF THAT WHEN YOU WERE WORKING AT

11:49AM  25    THERANOS?

CHEUNG REDIRECT BY MR. BOSTIC 1565

11:49AM 1    A.   I WAS AWARE OF THAT.

11:49AM 2    Q.   AND WAS THAT KNOWLEDGE ANY COMFORT TO YOU WHEN YOU WERE

11:49AM 3    CONCERNED ABOUT THE ACCURACY OF THE RESULTS THAT THERANOS WAS

11:49AM 4    PUTTING OUT?

11:49AM 5    A.   NO.

11:49AM 6    Q.   MR. COOPERSMITH ASKED YOU SOME QUESTIONS ABOUT THERANOS

11:49AM 7    LABORATORY INFORMATION SYSTEM.

11:49AM 8       DO YOU RECALL THAT?

11:49AM 9    A.   YES.

11:49AM 10   Q.   AND HE ASKED YOU WHETHER IT WAS A COMPREHENSIVE TROVE OF

11:49AM 11   INFORMATION TESTS; IS THAT RIGHT?

11:49AM 12   A.   THAT'S RIGHT.

11:49AM 13   Q.   AND YOU TESTIFIED ON CROSS ABOUT SOME CATEGORIES OF

11:49AM 14   INFORMATION THAT WEREN'T IN THE LIS OR WEREN'T CONSISTENTLY IN

11:49AM 15   THE LIS?

11:50AM 16   A.   CORRECT.

11:50AM 17   Q.   CAN YOU EXPLAIN THAT?

11:50AM 18   A.   SO THE LIS SYSTEM GOT IMPLEMENTED LATER ON, LIKE AFTER I

11:50AM 19   HAD BEEN WORKING THERE FOR A WHILE.

11:50AM 20      SO THE MAJORITY OF THE INFORMATION THAT WAS INPUTTED THERE

11:50AM 21   WAS JUST THE PATIENT RESULTS, BUT WE HAD NUMEROUS SPREADSHEETS

11:50AM 22   THAT WOULD ESSENTIALLY HAVE THE QUALITY CONTROL INFORMATION,

11:50AM 23   SOMETIMES EVEN THE PATIENT RESULTS, SO WHETHER IT GOT INSERTED

11:50AM 24   INTO THE LIS SYSTEM I CAN'T BE CERTAIN.  I'M NOT TOO SURE.

11:50AM 25      BUT IT WAS JUST BECAUSE THINGS WERE SO MANUALLY DONE, IT

11:50AM  1    WAS HARD TO SAY WHAT WAS PUT IN THERE AND WHAT WASN'T.

11:50AM  2         THE ONLY THING WE KNEW FOR CERTAIN WAS THE PATIENT RESULT

11:50AM  3    IN THE CLS, WHO ESSENTIALLY SENT OUT THAT PATIENT RESULT,

11:50AM  4    BECAUSE WE HAD TO PUT THAT IN THERE IN ORDER TO SEND OFF THE

11:50AM  5    INFORMATION TO THE PATIENT.

11:50AM  6    Q.   WE TALKED A MINUTE AGO ABOUT HOW TO IDENTIFY OR THE EASE

11:51AM  7    OR DIFFICULTY OF IDENTIFYING AN INACCURATE PATIENT RESULT.

11:51AM  8         DO YOU RECALL THAT?

11:51AM  9    A.   YES.

11:51AM 10    Q.   DID THE LIS DATABASE CONTAIN INDICATORS OF WHAT PATIENT

11:51AM 11    RESULTS WERE ACCURATE AND WHICH WERE INACCURATE?

11:51AM 12    A.   NO.

11:51AM 13    Q.   WOULD THAT HAVE BEEN POSSIBLE GIVEN THE FORMAT OF THE LIS

11:51AM 14    AND THE INFORMATION AVAILABLE?

11:51AM 15         MR. COOPERSMITH: OBJECTION.  SORRY.  OBJECTION.

11:51AM 16    602.

11:51AM 17         THE COURT:  CALLS FOR HER PERSONAL KNOWLEDGE.

11:51AM 18         MR. BOSTIC:  YES, YOUR HONOR.

11:51AM 19         THE COURT:  REPHRASE THE QUESTION WITH THAT.

11:51AM 20    BY MR. BOSTIC:

11:51AM 21    Q.   BASED ON YOUR EXPERIENCE AND KNOWLEDGE OF WHAT THE LIS

11:51AM 22    CONTAINED, WOULD IT HAVE BEEN POSSIBLE FOR THE LIS TO INDICATE

11:51AM 23    FOR EACH PATIENT RESULT WHETHER IT WAS ACCURATE OR INACCURATE?

11:51AM 24    A.   NO.

11:51AM 25    Q.   MR. COOPERSMITH ASKED YOU FOR YOUR OPINIONS ABOUT A COUPLE

11:51AM  1    OF YOUR COWORKERS.

11:51AM  2        DO YOU REMEMBER THAT?

11:51AM  3    A.   YES.

11:51AM  4    Q.   I THINK IN PARTICULAR HE ASKED YOU ABOUT WHETHER YOU

11:52AM  5    RESPECTED SOME OF THEM OR HELD THEM IN HIGH REGARD; IS THAT

11:52AM  6    RIGHT?

11:52AM  7    A.   THAT IS CORRECT.

11:52AM  8    Q.   AND GENERALLY SPEAKING, THERE WERE PEOPLE AT THERANOS THAT

11:52AM  9    YOU ADMIRED AND WORKED WELL WITH; IS THAT RIGHT?

11:52AM 10    A.   THAT IS CORRECT.

11:52AM 11    Q.   AT ONE POINT MR. COOPERSMITH ASKED YOU, I THINK IT WAS AS

11:52AM 12    TO DR. SIVARAMAN --

11:52AM 13    A.   YES.

11:52AM 14    Q.   -- WHETHER YOU BELIEVED THAT DR. SIVARAMAN WAS INVOLVED IN

11:52AM 15    SOMETHING FRAUDULENT.

11:52AM 16        DO YOU RECALL THAT QUESTION?

11:52AM 17    A.   I DO RECALL THAT QUESTION.

11:52AM 18    Q.   I THINK YOUR ANSWER WAS NO?

11:52AM 19    A.   YES.

11:52AM 20    Q.   MR. BALWANI'S LAWYER, THOUGH, DIDN'T ASK YOU ABOUT THAT

11:52AM 21    SAME QUESTION AND WHETHER YOU BELIEVED THAT FOR THE ACTUAL

11:52AM 22    DEFENDANTS IN THIS CASE, MR. BALWANI OR MS. HOLMES; ISN'T THAT

11:52AM 23    RIGHT?

11:52AM 24    A.   THAT'S CORRECT.

11:52AM 25    Q.   YOU ALSO DISCUSSED WITH MR. BALWANI THE OBLIGATIONS THAT

11:52AM   1     YOU WERE UNDER AS PART OF YOUR EMPLOYMENT AGREEMENT WITH

11:52AM   2     THERANOS.

11:52AM   3          DO YOU REMEMBER THAT?

11:52AM   4     A.   YES.

11:52AM   5     Q.   AND IN PARTICULAR HE HIGHLIGHTED THE OBLIGATIONS THAT YOU

11:52AM   6     WERE UNDER NOT TO SHARE CONFIDENTIAL COMPANY INFORMATION WITH

11:52AM   7     THOSE OUTSIDE OF THE COMPANY; ISN'T THAT RIGHT?

11:52AM   8     A.   THAT IS CORRECT.

11:52AM   9     Q.   DID YOU UNDERSTAND THOSE OBLIGATIONS?

11:52AM  10     A.   I DID.

11:53AM  11     Q.   WERE YOU AWARE OF THOSE OBLIGATIONS WHEN YOU MADE THE

11:53AM  12     DECISIONS TO SPEAK TO A REPORTER ABOUT THERANOS AND TO REPORT

11:53AM  13     THERANOS ACTIVITIES TO THE AUTHORITIES?

11:53AM  14              MR. COOPERSMITH:  YOUR HONOR, OBJECTION.  BEYOND THE

11:53AM  15     SCOPE.

11:53AM  16              THE COURT:  OVERRULED.

11:53AM  17     BY MR. BOSTIC:

11:53AM  18     Q.   WOULD YOU LIKE THE QUESTION AGAIN?

11:53AM  19     A.   YES, I WAS AWARE.

11:53AM  20     Q.   THE QUESTION WAS, WERE YOU AWARE OF THOSE OBLIGATIONS WHEN

11:53AM  21     YOU DECIDED FIRST TO SPEAK TO A REPORTER ABOUT THERANOS AND

11:53AM  22     THEN TO GO TO AUTHORITIES ABOUT THERANOS?

11:53AM  23     A.   YES.

11:53AM  24     Q.   SO MY QUESTION THEN IS WHY DID YOU MAKE THOSE DECISIONS?

11:53AM  25          WHY DID YOU DECIDE TO SPEAK ABOUT WHAT YOU HAD SEEN AT

11:53AM  1    THERANOS KNOWING ABOUT THOSE LEGAL OBLIGATIONS?

11:53AM  2              MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  401.  403.

11:53AM  3              THE COURT:  MR. BOSTIC.

11:53AM  4              MR. BOSTIC:  I THINK THE DEFENSE HAS OPENED THE DOOR

11:53AM  5    TO THIS.  THEY HAVE ASKED HER ABOUT THOSE OBLIGATIONS.  I THINK

11:53AM  6    SHE SHOULD BE ENTITLED TO EXPLAIN WHY SHE DID WHAT SHE DID.

11:54AM  7              THE COURT:  I'LL OVERRULE THE OBJECTION.

11:54AM  8         YOU CAN ANSWER THE QUESTION.

11:54AM  9              THE WITNESS:  I CAN ANSWER THE QUESTION?

11:54AM  10        SO CAN YOU JUST REPEAT IT FOR ME.

11:54AM  11   BY MR. BOSTIC:

11:54AM  12   Q.  YES.  THE QUESTION WAS SINCE YOU KNEW ABOUT THOSE

11:54AM  13   OBLIGATIONS UNDER YOUR AGREEMENT, WHY DID YOU DECIDE TO REVEAL

11:54AM  14   INFORMATION ABOUT WHAT YOU HAD SEEN AT THERANOS TO THE PRESS

11:54AM  15   AND TO THE AUTHORITIES?

11:54AM  16             MR. COOPERSMITH:  SAME OBJECTION.

11:54AM  17             THE WITNESS:  SO I DECIDED TO REPORT TO THE MEDIA

11:54AM  18   AND TO REGULATORS BECAUSE I FELT IT WAS IMPORTANT IN THAT

11:54AM  19   THERANOS HAD GONE TO EXTREME LENGTHS TO HIDE THE FACT THAT

11:54AM  20   THERE WERE DEFICIENCIES IN THE PATIENT PROCESSING LAB THAT WERE

11:54AM  21   OCCURRING WHILE PEOPLE WERE ACTIVELY PROCESSING PATIENT

11:54AM  22   SAMPLES.  IT WAS REALLY TO JUST NOTIFY PEOPLE ABOUT THE TRUTH

11:54AM  23   OF WHAT WAS OCCURRING AND WHAT WAS HAPPENING.

11:54AM  24        AND THERE WAS EVEN SOME ASPECT, IN TERMS OF PULLING IN THE

11:54AM  25   REGULATORS, FOR THEM TO REALIZE MAYBE I WAS WRONG, MAYBE THERE

11:54AM   1    WAS SOMETHING THAT I WASN'T SEEING.  SO AT LEAST PEOPLE WHO HAD

11:55AM   2    THE QUALIFICATIONS COULD UNDERSTAND THE TRUTH OF WHAT WAS GOING

11:55AM   3    ON, BECAUSE BASED ON MY EXPERIENCE WORKING FOR THE COMPANY, WE

11:55AM   4    HAD DONE A LOT TO DECEIVE REGULATORS ON WHAT WE WERE ACTUALLY

11:55AM   5    USING TO TEST ON PATIENTS, WHAT THE STANDARDS WE WERE ENGAGED

11:55AM   6    IN IN TERMS OF PATIENT PROCESSING, AND I JUST FELT THAT DESPITE

11:55AM   7    THE RISK AND DESPITE THE FACT THAT I KNEW THAT THERE COULD BE

11:55AM   8    CONSEQUENCES FOR THE FACT THAT I HAD SPOKE FORWARD, THAT PEOPLE

11:55AM   9    JUST REALLY NEEDED TO SEE THE TRUTH OF WHAT WAS HAPPENING

11:55AM  10    BEHIND CLOSED DOORS.

11:55AM  11    Q.   THANK YOU, MS. CHEUNG.

11:55AM  12         NO FURTHER QUESTIONS.

11:55AM  13             THE COURT:  RECROSS?

11:55AM  14                        **RECROSS-EXAMINATION**

11:55AM  15    BY MR. COOPERSMITH:

11:56AM  16    Q.   MS. CHEUNG, I THINK WE'RE AT THE TAIL END HERE, RECROSS.

11:56AM  17         SO I JUST WANT TO FOLLOW UP ON A FEW THINGS THAT

11:56AM  18    MR. BOSTIC ASKED YOU ABOUT IF THAT'S OKAY.

11:56AM  19    A.   OKAY.

11:56AM  20    Q.   SO, FIRST OF ALL, WE HAVE THIS ANALOGY GOING ABOUT

11:56AM  21    IPHONES, RIGHT?

11:56AM  22         AND YOU SAID THAT -- WE'RE USING THE ANALOGY TO TALK ABOUT

11:56AM  23    HOW A COMPANY COULD BE SELLING A PRODUCT, SUCH AS AN IPHONE 11,

11:56AM  24    BUT WORKING ON ADDITIONAL PRODUCTS; RIGHT?

11:56AM  25    A.   CORRECT.

11:56AM   1    Q.   AND I THINK YOU SAID, WHEN MR. BOSTIC WAS JUST ASKING YOU

11:56AM   2    QUESTIONS, THAT YOU THOUGHT IT WOULD BE LIKE THE IPHONES WERE

11:56AM   3    SHIPPED AND THEY'RE STILL TRYING TO FIX THE IPHONES THAT WERE

11:56AM   4    SHIPPED; RIGHT?

11:56AM   5    A.   YES.

11:56AM   6    Q.   BUT DO YOU UNDERSTAND THAT FOR APPLE, USING THE ANALOGY,

11:57AM   7    THE PRODUCT THAT THEY ARE SELLING IS ACTUALLY THE IPHONE;

11:57AM   8    RIGHT?

11:57AM   9    A.   YES.

11:57AM  10    Q.   AND THAT FOR THERANOS, THE PRODUCT THEY'RE SELLING IS NOT

11:57AM  11    THE BLOOD TESTING DEVICE, IT'S ACTUALLY THE BLOOD TEST AND

11:57AM  12    RESULT; RIGHT?

11:57AM  13    A.   THE PATIENT PROCESSING, IS THAT WHAT YOU'RE ASKING?

11:57AM  14    Q.   IN OTHER WORDS, WHAT PEOPLE WANT FROM THERANOS, IS THEY'RE

11:57AM  15    NOT BUYING THE EDISON DEVICE, RIGHT, THEY'RE BUYING THE RESULT

11:57AM  16    IF THEY'RE BUYING ANYTHING AT ALL; RIGHT?

11:57AM  17    A.   YES.

11:57AM  18    Q.   SO THE PRODUCT AT THERANOS IS NOT THE DEVICE, IT'S THE

11:57AM  19    RESULT OF THE TEST; RIGHT?

11:57AM  20    A.   I THINK AT THERANOS, BECAUSE IT'S EMERGING TECHNOLOGY,

11:57AM  21    ISN'T IT A BIT OF BOTH?

11:57AM  22    Q.   BOTH?  WELL, LET'S JUST TAKE IT A LITTLE BIT -- ONE STEP

11:57AM  23    AT A TIME.

11:57AM  24         SO IF THERANOS RUNS A BLOOD TEST ON WHATEVER TECHNOLOGY

11:57AM  25    IT'S USING --

11:57AM  1      A.   UH-HUH.

11:57AM  2      Q.   -- AND THEN RELEASES THE RESULT TO A PATIENT OR DOCTOR,

11:57AM  3      THAT'S WHAT THE PATIENT OR DOCTOR IS INTERESTED IN; RIGHT?

11:58AM  4                MR. BOSTIC:  CALLS FOR SPECULATION.

11:58AM  5                THE COURT:  OVERRULED.  YOU CAN ANSWER THE QUESTION.

11:58AM  6                THE WITNESS:  CAN YOU REPEAT THE QUESTION.

11:58AM  7      BY MR. COOPERSMITH:

11:58AM  8      Q.   SURE.

11:58AM  9           WELL, LET'S TAKE IT FROM THE PERSPECTIVE OF A PATIENT.

11:58AM  10     THE PATIENT GOES AND GETS A BLOOD TEST, AND THE SAMPLE IS TAKEN

11:58AM  11     AND SENT TO A LAB, THE SAMPLE IS RUN ON WHATEVER TECHNOLOGY,

11:58AM  12     AND THE RESULT IS OBTAINED, THE RESULT IS SENT TO THE PATIENT

11:58AM  13     OR THE DOCTOR.

11:58AM  14          AT THAT POINT THAT'S WHAT THE -- THAT'S WHAT THEY WANTED,

11:58AM  15     RIGHT?  THEY WANTED TO KNOW THE RESULT OF THE BLOOD TEST?

11:58AM  16     A.   I THINK THERE ARE TWO THINGS THAT THE PATIENT WANTED.

11:58AM  17     THEY WANTED THE FINGERSTICK USUALLY AND ALSO THE PATIENT

11:58AM  18     RESULT.

11:58AM  19     Q.   RIGHT.  BUT THEY WANTED -- ULTIMATELY THEY WANTED TO KNOW

11:58AM  20     WHAT THEIR BLOOD, YOU KNOW, TEST RESULT WAS; RIGHT?

11:58AM  21     A.   CORRECT.

11:58AM  22     Q.   SO THE ACTUAL THING THAT THEY'RE GETTING IS THE RESULT.

11:58AM  23     THEY'RE NOT GETTING AN EDISON MACHINE SHIPPED TO THEIR HOUSE OR

11:58AM  24     THEIR OFFICE; RIGHT?

11:58AM  25     A.   NO.

CHEUNG RECROSS BY MR. COOPERSMITH                                    1573

11:58AM   1    Q.   AND WITH THE APPLE -- WITH AN IPHONE YOU'RE ACTUALLY

11:59AM   2    GETTING THE PHYSICAL IPHONE; RIGHT?

11:59AM   3    A.   YES.

11:59AM   4    Q.   SO IF IPHONE -- IF APPLE IN THEIR FACTORY HAD A QUALITY

11:59AM   5    CONTROL PROCESS AND THEY WERE MANUFACTURING IPHONES, AND, YOU

11:59AM   6    KNOW, EVERY ONCE IN A WHILE THEY FIND AN IPHONE THAT DOESN'T

11:59AM   7    WORK, IT WASN'T MANUFACTURED CORRECTLY, THEY TEST IT AND IT

11:59AM   8    DOESN'T WORK, AS YOU UNDERSTAND THE WAY THE WORLD WORKS, THEY

11:59AM   9    WOULD TRY NOT TO SELL THAT IPHONE; RIGHT?

11:59AM  10    A.   CORRECT.

11:59AM  11    Q.   EVERY ONCE IN A WHILE ONE GETS THROUGH ANYWAY; RIGHT?

11:59AM  12    A.   YES.

11:59AM  13    Q.   BUT IN THIS CASE USING AN ANALOGY, WHEN THERANOS GETS A

11:59AM  14    QUALITY CONTROL RESULT THAT DOESN'T PASS QUALITY CONTROL, THE

11:59AM  15    PROTOCOL AT THERANOS IS NOT TO RELEASE THE TEST?

11:59AM  16    A.   CORRECT.

11:59AM  17    Q.   RIGHT.

11:59AM  18         JUST LIKE AT APPLE, IF AN APPLE IPHONE FAILED A QUALITY

11:59AM  19    CONTROL PROCEDURE WITHIN THEIR MANUFACTURING PROCESS, THE

11:59AM  20    PROTOCOL YOU WOULD EXPECT, RIGHT, WOULD BE NOT TO SHIP THAT

11:59AM  21    IPHONE?

11:59AM  22    A.   CORRECT.

11:59AM  23    Q.   AND SOMETIMES THEY DO BY ACCIDENT; RIGHT?

12:00PM  24    A.   CORRECT.

12:00PM  25    Q.   OKAY.  SO YOU TALKED ABOUT AN EXAMPLE, I THINK YOU CALLED

12:00PM 1    IT THE THANKSGIVING SAMPLES; RIGHT?

12:00PM 2    A.   RIGHT.

12:00PM 3    Q.   AND YOU THINK THERE WAS AN ISSUE OF SOME RESULTS MIGHT

12:00PM 4    HAVE BEEN RELEASED BUT THERE WERE EXPIRED REAGENTS?

12:00PM 5    A.   YES.

12:00PM 6    Q.   AND THE ISSUE WASN'T, AS I UNDERSTAND IT FROM YOUR

12:00PM 7    TESTIMONY, IT WAS NOT THE ACTUAL WORKING OF THE DEVICE, IT WAS

12:00PM 8    THAT UNFORTUNATELY THERE WAS A PROBLEM WITH USING AN EXPIRED

12:00PM 9    REAGENT; RIGHT?

12:00PM 10   A.   IT COULD HAVE BEEN ALL OF THOSE FACTORS.

12:00PM 11   Q.   BUT YOUR TESTIMONY JUST A FEW MINUTES AGO WAS IT WAS ABOUT

12:00PM 12   AN EXPIRED REAGENT?

12:00PM 13   A.   YES, IT WAS --

12:00PM 14   Q.   AND WHOEVER IS RUNNING THE SAMPLE, IS SUPPOSED TO CHECK

12:00PM 15   THE REAGENT PACKAGING TO MAKE SURE IT'S NOT EXPIRING; RIGHT?

12:00PM 16   A.   CORRECT.

12:00PM 17   Q.   AND SO IF THAT'S HAPPENING, THAT SOUNDS LIKE HUMAN ERROR;

12:00PM 18   IS THAT FAIR?

12:00PM 19   A.   THAT'S FAIR.

12:00PM 20   Q.   OKAY.  AND THE JOB OF DECIDING WHO TO -- WHEN TO RELEASE

12:00PM 21   RESULTS OR WHEN IT IS APPROPRIATE TO RELEASE RESULTS OR NOT,

12:01PM 22   THAT'S THE DECISION OF SOMEONE LIKE A CLS OR EVEN A LAB

12:01PM 23   DIRECTOR; RIGHT?

12:01PM 24   A.   YES.

12:01PM 25   Q.   AND IF THEY RELEASED RESULTS THAT SHE SHOULDN'T HAVE, THAT

12:01PM   1    WOULD BE A MISTAKE THAT THEY MADE; RIGHT?

12:01PM   2    A.   CORRECT.

12:01PM   3    Q.   AND MORE HUMAN ERROR; RIGHT?

12:01PM   4    A.   YES.

12:01PM   5    Q.   OKAY.  LET'S TALK ABOUT LIS FOR A MINUTE BECAUSE

12:01PM   6    MR. BOSTIC MENTIONED THAT.

12:01PM   7         SO YOU'RE NOT -- YOU DIDN'T DEVELOP THE LIS; RIGHT?

12:01PM   8    A.   NO.

12:01PM   9    Q.   AND SOMETIMES YOU USED IT?

12:01PM  10    A.   YES.

12:01PM  11    Q.   AND SOMETIMES YOU HAD OCCASION TO LOOK AT IT TO FIND

12:01PM  12    RESULTS OR THINGS LIKE THAT?

12:01PM  13    A.   CORRECT.

12:01PM  14    Q.   OKAY.  BUT YOU DON'T HAVE EXPERTISE IN ALL OF THE WORKINGS

12:01PM  15    AND FEATURES OF THE LIS, DO YOU?

12:01PM  16    A.   NO.

12:01PM  17    Q.   AND SO WITH RESPECT TO LIS, YOU DO KNOW, THOUGH, THAT

12:01PM  18    THERE WERE PATIENT RESULTS STORED IN THERE?

12:01PM  19    A.   YES.

12:01PM  20    Q.   AND YOU DO KNOW THAT THERE WERE QUALITY CONTROL RESULTS?

12:01PM  21    A.   YES.

12:01PM  22    Q.   AND IF YOU WANTED TO LOOK AT THE TREND OF VITAMIN D

12:02PM  23    RESULTS FOR PATIENTS OVER A THREE MONTH PERIOD, YOU COULD HAVE

12:02PM  24    GOTTEN THAT FROM LIS; RIGHT?

12:02PM  25    A.   YES.

12:02PM   1    Q.   AND IF YOU WANTED TO KNOW ALL OF THE VITAMIN D TESTS THAT

12:02PM   2    WERE TAKEN THE SAME DAY AS ANOTHER SAMPLE, YOU COULD ALSO TRY

12:02PM   3    TO FIND THAT IN LIS; RIGHT?

12:02PM   4    A.   COULD YOU REPEAT THAT.

12:02PM   5    Q.   IF YOU WANTED TO KNOW -- IF A PARTICULAR PATIENT GOT A

12:02PM   6    VITAMIN D TEST OR ANY TEST ON A PARTICULAR DAY, AND YOU WANTED

12:02PM   7    TO KNOW ALL OF THE OTHER TESTS THAT WERE DONE THAT DAY FOR THAT

12:02PM   8    SAME ASSAY, YOU COULD GET THAT FROM LIS?

12:02PM   9    A.   CORRECT.

12:02PM  10    Q.   AND YOU COULD EVEN FIGURE OUT IF OTHER PATIENTS GOT IT

12:02PM  11    FROM THE SAME MACHINE?

12:02PM  12    A.   I BELIEVE SO, YES.

12:02PM  13    Q.   AND FROM THE SAME TECHNICIAN RUNNING THE SAMPLE; RIGHT?

12:02PM  14    A.   I BELIEVE SO.

12:02PM  15    Q.   AND THAT IF YOU NEEDED MORE INFORMATION, ONCE YOU HAD THE

12:02PM  16    PATIENT INFORMATION FROM THE LIS, AND YOU NEEDED TO GO OUT INTO

12:02PM  17    THE WORLD AND GET MORE INFORMATION LIKE MEDICAL RECORDS, YOU

12:02PM  18    UNDERSTAND THAT THAT IS SOMETHING THAT ANYONE INVESTIGATING

12:02PM  19    COULD PROBABLY DO; RIGHT?

12:02PM  20    A.   I'M NOT SURE.

12:02PM  21    Q.   OKAY.  YOU'RE NOT AWARE, FOR EXAMPLE, OF THE -- ARE YOU

12:02PM  22    AWARE OF THE POWER OF THE UNITED STATES ATTORNEY'S OFFICE TO GO

12:03PM  23    GET MEDICAL RECORDS IF THEY WANT?

12:03PM  24    A.   NO.

12:03PM  25    Q.   OKAY.  AND THAT'S NOT SOMETHING IN YOUR EXPERTISE, EITHER?

12:03PM  1     A.   NO.

12:03PM  2     Q.   OKAY.  AND ARE YOU AWARE OF WHETHER -- IF THE GOVERNMENT

12:03PM  3     WANTED TO INVESTIGATE WHETHER PATIENT RESULTS ARE CORRECT OR

12:03PM  4     NOT, DO YOU THINK THAT THERE'S MUCH OF A RESTRICTION ON WHAT

12:03PM  5     INFORMATION THESE PROSECUTORS COULD GET IF THEY WANTED TO GET

12:03PM  6     IT?

12:03PM  7          MR. BOSTIC:  YOUR HONOR, FOUNDATION, RELEVANCE.

12:03PM  8          MR. COOPERSMITH:  I THINK THEY OPENED THE DOOR,

12:03PM  9     YOUR HONOR.

12:03PM 10          THE COURT:  SUSTAINED.

12:03PM 11     BY MR. COOPERSMITH:

12:03PM 12     Q.   LET'S TALK ABOUT YOUR INTERACTION WITH A JOURNALIST.

12:03PM 13          SO THE JOURNALIST IN QUESTION IS MR. CARREYROU; IS THAT

12:03PM 14     RIGHT?

12:03PM 15     A.   THAT IS CORRECT.

12:03PM 16     Q.   AND AT THE TIME HE WAS A REPORTER FOR "THE

12:03PM 17     WALL STREET JOURNAL"; IS THAT RIGHT?

12:03PM 18     A.   THAT'S CORRECT.

12:03PM 19     Q.   AND YOU DON'T KNOW WHAT MR. CARREYROU'S MOTIVES WERE AT

12:03PM 20     THE TIME; RIGHT?

12:03PM 21     A.   NO.

12:03PM 22     Q.   AND YOU DON'T KNOW, FOR EXAMPLE, WHETHER HE HAD FINANCIAL

12:04PM 23     MOTIVES?

12:04PM 24     A.   NO.

12:04PM 25     Q.   AND YOU DON'T KNOW, FOR EXAMPLE, WHETHER HE WAS INTERESTED

12:04PM 1    IN TELLING A BIG STORY AND SELLING MOVIE RIGHTS, FOR EXAMPLE?

12:04PM 2    A.   NO, I DIDN'T KNOW.

12:04PM 3    Q.   AND THAT WAS 17 MONTHS AFTER YOU LEFT THERANOS THAT YOU

12:04PM 4    TALKED TO HIM?

12:04PM 5    A.   I THINK SO.

12:04PM 6    Q.   AND IN ALL OF THAT TIME WHEN YOU LEFT THERANOS IN APRIL OF

12:04PM 7    2014 UNTIL YOU TALKED TO MR. CARREYROU SOME TIME IN 2015, YOU

12:04PM 8    WEREN'T WORKING AT THERANOS AT THAT POINT; RIGHT?

12:04PM 9    A.   NO.

12:04PM 10   Q.   SO YOU WEREN'T PRIVY TO EVERYTHING GOING ON THERE?

12:04PM 11   A.   I WAS STILL FRIENDS WITH A LOT OF PEOPLE, SO I UNDERSTOOD

12:04PM 12   AT LEAST THINGS THAT WERE HAPPENING IN THE -- WITH THE EDISONS.

12:04PM 13   Q.   OKAY.  OKAY.

12:04PM 14   BUT YOU WEREN'T, LIKE, PRIVY TO EVERYTHING THAT THEY WERE

12:04PM 15   DOING WITH IMPROVEMENTS AND WHAT QUALITY CONTROL WORK WAS BEING

12:04PM 16   DONE, OR NOT BEING DONE, OR ANYTHING LIKE THAT; RIGHT?

12:04PM 17   A.   NO.

12:04PM 18   Q.   OKAY.  AND MR. CARREYROU WAS NOT A REGULATOR; RIGHT?

12:04PM 19   A.   NO.

12:04PM 20   Q.   AND YOU UNDERSTAND THAT -- LIKE MR. CARREYROU WOULD HAVE

12:05PM 21   BEEN FREE TO PUBLISH ANY TRADE SECRETS THAT HE WANTED; RIGHT?

12:05PM 22   A.   I DON'T KNOW.

12:05PM 23   Q.   AND THE COMPANY HAD NO WAY TO KNOW WHAT INFORMATION YOU

12:05PM 24   WERE PROVIDING TO MR. CARREYROU?

12:05PM 25   A.   THAT IS CORRECT.

12:05PM  1    Q.   BECAUSE YOU WEREN'T RETURNING THE HUMAN RESOURCES

12:05PM  2    DIRECTOR'S CALLS; RIGHT?

12:05PM  3    A.   THAT IS CORRECT.

12:05PM  4    Q.   OKAY.  LET'S GO TO EXHIBIT 1431, WHICH YOU SAW ON REDIRECT

12:05PM  5    JUST NOW.

12:05PM  6         IF WE CAN PUT THAT UP ON THE SCREEN AND GO IN PARTICULAR

12:05PM  7    TO PAGE 2 OF THE EXHIBIT.

12:05PM  8         THERE'S A REFERENCE ON THAT PAGE 2 TO A PERSON NAMED

12:05PM  9    KARTHIK.

12:05PM  10        DO YOU SEE THAT?

12:05PM  11   A.   YES.

12:05PM  12   Q.   AND DID YOU KNOW KARTHIK?

12:05PM  13   A.   I DID.

12:06PM  14   Q.   AND WHO WAS THAT?

12:06PM  15   A.   KARTHIK WAS ONE OF THE BIOSTATICIANS THAT WORKED AT

12:06PM  16   THERANOS.

12:06PM  17   Q.   BIOSTATISTICIAN?

12:06PM  18   A.   YEAH.

12:06PM  19   Q.   AND I PROBABLY MISPRONOUNCED THAT.

12:06PM  20        SO KARTHIK WAS SOMEONE WHO WORKED IN DANIEL YOUNG'S GROUP?

12:06PM  21   A.   YES.

12:06PM  22   Q.   AND THAT WAS A GROUP OF BIOSTATISTICIANS; RIGHT?

12:06PM  23   A.   YES.

12:06PM  24   Q.   AND THEIR JOB WAS TO FIGURE OUT THINGS LIKE OUTLIER

12:06PM  25   REMOVAL AND ALGORITHMS FOR OUTLIER REMOVAL AND THINGS LIKE

CHEUNG RECROSS BY MR. COOPERSMITH                                 1580

12:06PM   1       THAT?

12:06PM   2       A.   CORRECT.

12:06PM   3       Q.   AND OTHER STATISTICAL PROJECTS; RIGHT?

12:06PM   4       A.   THAT IS CORRECT.

12:06PM   5       Q.   YOU TESTIFIED, WHEN MR. BOSTIC WAS ASKING YOU QUESTIONS A

12:06PM   6       FEW MINUTES AGO, THAT YOU DIDN'T HAVE A CLEAR IDERE ABOUT HOW

12:06PM   7       THEY WERE GOING ABOUT REMOVING OUTLIERS?

12:06PM   8       A.   THAT THERE WAS NO STANDARD PROTOCOL IN TERMS OF WHAT WAS

12:06PM   9       CONSIDERED AN OUTLIER AND WHAT WASN'T CONSIDERED AN OUTLIER.

12:06PM  10       Q.   OKAY.  BUT YOU DON'T KNOW, DO YOU, WHAT DR. ROSENDORFF, OR

12:07PM  11       DR. SIVARAMAN, OR DR. YOUNG, OR ANYONE ELSE WAS THINKING WHEN

12:07PM  12       THEY MADE DECISIONS TO REMOVE OUTLIERS; RIGHT?

12:07PM  13       A.   NO.

12:07PM  14       Q.   AND YOU DON'T KNOW WHETHER THEY HAD A METHOD IN MIND WHEN

12:07PM  15       THEY WERE DOING THAT; RIGHT?

12:07PM  16       A.   I, I -- AT LEAST WHEN I WAS WORKING THERE, THERE WAS

12:07PM  17       DISCUSSION OF THAT.  IT WASN'T CLEAR ON WHAT THIS METHOD WAS.

12:07PM  18       Q.   IT WASN'T CLEAR TO YOU?

12:07PM  19       A.   IT WASN'T CLEAR EVEN TO ADAM AT A PERIOD IN TIME WHAT THAT

12:07PM  20       METHOD WAS.

12:07PM  21       Q.   BUT YOU DON'T KNOW WHAT ADAM -- I MEAN, HE APPROVED IT;

12:07PM  22       RIGHT?

12:07PM  23       A.   I'M NOT SURE.

12:07PM  24       Q.   WELL, WE SAW EMAILS WHERE HE APPROVED IT?

12:07PM  25       A.   YEAH.

ER-968

12:07PM  1    Q.   OKAY.  ON REDIRECT MR. BOSTIC SHOWED YOU AN EXHIBIT WHICH

12:07PM  2    WAS THE 2013 PROFICIENCY TESTING MANUAL, PROFICIENCY TESTING

12:07PM  3    MANUAL FROM THE COLLEGE OF AMERICAN PATHOLOGISTS?

12:07PM  4    A.   CORRECT.

12:07PM  5    Q.   AND THAT'S EXHIBIT, FOR THE RECORD, 20451.  OKAY.

12:08PM  6    A.   YES.

12:08PM  7    Q.   IF YOU COULD TAKE A LOOK AT THAT, I WOULD APPRECIATE IT.

12:08PM  8    A.   YEAH, I SEE IT.

12:08PM  9         MR. COOPERSMITH:  YOUR HONOR, BECAUSE THE GOVERNMENT

12:08PM 10    HAD THE WITNESS TALK ABOUT WHAT IT SAID OR DIDN'T SAY, I WOULD

12:08PM 11    ACTUALLY LIKE TO ADMIT PAGE 14, THE SPECIFIC PART ABOUT OUTLIER

12:08PM 12    DETECTION THAT WAS REFERRED TO BY THE GOVERNMENT.

12:08PM 13         THE COURT:  AND REDACT THE COLUMN ON THE RIGHT AND

12:08PM 14    ALL OF THE COLUMN ON THE LEFT SAVE FOR THAT PARAGRAPH.

12:08PM 15         MR. COOPERSMITH:  YES, YOUR HONOR.  I WOULD ALSO

12:08PM 16    LIKE TO KEEP THE VERY FIRST PAGE OF THAT EXHIBIT SO WE CAN

12:08PM 17    ORIENT WHAT IT IS.

12:08PM 18         THE COURT:  THE COVER PAGE?

12:08PM 19         MR. COOPERSMITH:  THE COVER PAGE, YES, YOUR HONOR.

12:08PM 20         MR. BOSTIC:  NO OBJECTION, YOUR HONOR, TO THAT

12:08PM 21    PARAGRAPH AND THE COVER PAGE.

12:08PM 22         THE COURT:  SO PAGE 14, THAT ONE PARAGRAPH THAT IS

12:08PM 23    TITLED "OUTLIER DETECTION TECHNIQUE," WILL BE ADMITTED.

12:08PM 24    EVERYTHING ELSE WILL BE REDACTED.

12:08PM 25         AND THE COVER PAGE, WHICH IS PAGE 1 OF THE EXHIBIT, WILL

12:09PM  1      BE ADMITTED WITH NO REDACTIONS, AND IT MAY BE PUBLISHED.

12:09PM  2              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

12:09PM  3          (DEFENDANT'S EXHIBIT 20451, PAGE 1 AND PAGE 14 (ONE

12:09PM  4      PARAGRAPH) WAS RECEIVED IN EVIDENCE.)

12:09PM  5              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

12:09PM  6          MR. ALLEN, CAN YOU MAKE THOSE REDACTIONS.  HE ALREADY HAS.

12:09PM  7      Q.   IF YOU CAN SHOW THE COVER PAGE FIRST.

12:09PM  8      A.   YES.

12:09PM  9      Q.   THAT IS THE COVER PAGE YOUR ARE LOOKING AT, MS. CHEUNG, ON

12:09PM 10      THE SCREEN?

12:09PM 11      A.   YES.

12:09PM 12      Q.   AND DO YOU SEE ON THE BOTTOM IT SAYS COLLEGE OF AMERICAN

12:09PM 13      PATHOLOGISTS, AND THEN IT'S A 2013 PROFICIENCY TESTING MANUAL?

12:09PM 14      A.   THAT IS CORRECT.

12:09PM 15      Q.   AND THEN IF YOU GO TO THE PAGE THAT WE HAVE AVAILABLE.

12:09PM 16          I BELIEVE YOU TESTIFIED ON REDIRECT THAT THIS METHODOLOGY

12:09PM 17      OF REMOVING OUTLIERS OR EXCLUDING OUTLIERS WAS NOT WHAT

12:09PM 18      THERANOS WAS DOING?

12:09PM 19      A.   THAT IS CORRECT.

12:09PM 20      Q.   OKAY.  CAN YOU SHOW ME IN THIS PARAGRAPH WHERE IT

12:09PM 21      DESCRIBES THE METHOD OF REMOVING OUTLIERS?

12:09PM 22      A.   THE METHOD?

12:09PM 23      Q.   YEAH.

12:09PM 24      A.   IN -- CAN YOU ELABORATE ON WHAT YOU MEAN BY THE METHOD.

12:10PM 25      Q.   SURE.

12:10PM 1       AS I UNDERSTAND YOUR TESTIMONY A FEW MINUTES AGO ON

12:10PM 2    REDIRECT, MR. BOSTIC WAS ASKING YOU, AGAIN, WITHOUT SHOWING YOU

12:10PM 3    THE DOCUMENT, YOU SAID, READING THE WORDS ON THE PAGE, YOU

12:10PM 4    DIDN'T THINK THAT WHAT IS DESCRIBED HERE IN THE COLLEGE OF

12:10PM 5    AMERICAN PATHOLOGISTS DOCUMENT, YOU DIDN'T THINK IT WAS THE

12:10PM 6    SAME THING THAT THERANOS WAS DOING IN TERMS OF THE METHODOLOGY

12:10PM 7    OF REMOVING OUTLIERS.

12:10PM 8       DO YOU REMEMBER THAT?

12:10PM 9    A.   CORRECT.  SO --

12:10PM 10   Q.   AND I'M JUST ASKING YOU WHERE IN THE PARAGRAPH DOES IT

12:10PM 11   ACTUALLY DESCRIBE THE METHOD OF HOW TO GO ABOUT FIGURING OUT

12:10PM 12   WHAT AN OUTLIER IS AND WHAT TO REMOVE?

12:10PM 13   A.   SO THE METHOD HERE IS DESCRIBED BY THINGS LIKE YOU WILL

12:10PM 14   DELETE OUTLIERS IF THERE'S AN INSTRUMENT MALFUNCTION, TECHNICAL

12:10PM 15   ERRORS, SPECIMEN MIX-UPS, MISPLACED DECIMALS, INCORRECT UNITS

12:10PM 16   OF MEASURE, OR DATA ENTRY ERRORS.

12:10PM 17      AND THEN IT TALKS A LITTLE BIT ABOUT THE OUTLIER PROCESS

12:10PM 18   IS REPEATED.

12:10PM 19      SO THE METHODOLOGY OF DELETING OUTLIERS IS IN THAT SUBSET,

12:10PM 20   IS THERE A MALFUNCTION OF THE INSTRUMENT, ARE THERE TECHNICAL

12:11PM 21   ERRORS, DID I SOMEHOW SWAP THE VIALS, SOMETHING OF THAT NATURE,

12:11PM 22   AND THAT WAS NOT WHAT WAS OCCURRING AT THERANOS WHEN IT CAME TO

12:11PM 23   OUTLIER DELETION.

12:11PM 24   Q.   AND YOU'RE READING THIS FOR THE FIRST TIME TODAY; RIGHT?

12:11PM 25   A.   CORRECT.

CHEUNG RECROSS BY MR. COOPERSMITH                    1584

12:11PM   1    Q.   AND YOU DON'T KNOW WHAT DR. ROSENDORFF, DR. SIVARAMAN, OR

12:11PM   2    OTHER SCIENTISTS AT THERANOS HAD IN MIND WHEN THEY WERE

12:11PM   3    APPROVING OUTLIER REMOVAL?

12:11PM   4    A.   THAT IS CORRECT.

12:11PM   5    Q.   AND YOU SEE THAT THE COLLEGE OF AMERICAN PATHOLOGISTS

12:11PM   6    RECOGNIZES OUTLIER REMOVAL AS A METHODOLOGY THAT IS ACCEPTABLE

12:11PM   7    AT LEAST IN SOME CIRCUMSTANCES; RIGHT?

12:11PM   8    A.   IN THIS CONTEXT, YES.

12:11PM   9    Q.   SO IT'S NOT LIKE THE CONTENT WAS SOMETHING MADE UP AT

12:11PM  10    THERANOS AS YOU UNDERSTAND IT?

12:11PM  11    A.   YES.

12:11PM  12    Q.   OKAY.  GOING TO EXHIBIT 1548.

12:12PM  13         THIS IS THE DATA SET WITH THE NEW YORK SAMPLES THAT

12:12PM  14    MR. BOSTIC REVIEWED WITH YOU AGAIN ON REDIRECT?

12:12PM  15    A.   YES.

12:12PM  16    Q.   OKAY.  SO YOU AGREED WITH ME, I THINK LAST WEEK, THAT

12:12PM  17    FOLLOWING STANDARD OPERATING PROCEDURES IS IMPORTANT; RIGHT?

12:12PM  18    A.   CORRECT.

12:12PM  19    Q.   AND THAT DOING THINGS THAT ARE NOT WITHIN THE STANDARD

12:12PM  20    OPERATING PROCEDURES IS NOT SOMETHING THAT A LAB SHOULD BE

12:12PM  21    GENERALLY DOING; RIGHT?

12:12PM  22    A.   CORRECT.

12:12PM  23    Q.   AND AS YOU SIT HERE, AND WHEN YOU WERE WORKING AT THERANOS

12:12PM  24    FOR THAT MATTER, YOU CANNOT TELL ME THAT THIS PROCEDURE WAS

12:12PM  25    WITHIN THE STANDARD OPERATING PROCEDURES AT THERANOS; RIGHT?

12:12PM   1    A.   AGAIN, NO.

12:12PM   2    Q.   MS. CHEUNG, SO YOU -- IS IT FAIR TO SAY THAT YOU HAVE SOME

12:13PM   3    STRONG OPINIONS ABOUT THERANOS AND YOUR WORK THERE AND WHAT YOU

12:13PM   4    THINK?

12:13PM   5    A.   IN WHAT CONTEXT?  IN TERMS OF THE -- MY WORK THAT I DID

12:13PM   6    THERE?

12:13PM   7    Q.   YEAH.  WHAT YOU STATED TO MR. BOSTIC ON REDIRECT, THAT YOU

12:13PM   8    HAD CONCERNS AND YOU HAVE SOME STRONG VIEWS ABOUT THAT?

12:13PM   9    A.   BASED ON THE EVIDENCE THAT I GENERATED THERE, I HAVE A

12:13PM  10    PERSPECTIVE ON WHAT THE EVIDENCE HAD TOLD ME OF, YOU KNOW, WERE

12:13PM  11    THE QUALITY CONTROLS FAILING AT A VERY HIGH RATE?  YES.

12:13PM  12         WAS IT THE CASE THAT THE EXPERIMENTS THAT WE WERE RUNNING

12:13PM  13    WERE NOT GENERATING THE DATA THAT WE SAW WAS ACCEPTABLE?  YES.

12:13PM  14         BUT I DON'T -- YEAH, I HAVE A STRONG OPINION THAT WE

12:13PM  15    SHOULDN'T HAVE BEEN TESTING ON PATIENTS WITH TECHNOLOGY THAT

12:13PM  16    DIDN'T SEEM TO BE UP TO PAR EVEN TO OUR OWN INTERNAL STANDARDS.

12:13PM  17    Q.   BUT ALL OF THESE ISSUES THAT YOU HAVE THESE STRONG VIEWS

12:13PM  18    ABOUT, THESE WERE ALL KNOWN TO THE THERANOS SCIENTIFIC TEAM

12:13PM  19    WHILE YOU WERE WORKING THERE; RIGHT?

12:13PM  20    A.   I HOPE SO, YEAH.

12:13PM  21    Q.   I MEAN, YOU KNOW SO; RIGHT?

12:13PM  22    A.   YES.

12:13PM  23    Q.   AND IN THE END, YOU DISAGREED WITH THEIR VIEWS ABOUT THAT;

12:14PM  24    RIGHT?

12:14PM  25    A.   I DON'T KNOW.  I DON'T -- YOU'D HAVE TO GIVE ME SPECIFIC

12:14PM  1    EXAMPLES.

12:14PM  2    Q.   WELL, THE DAY THAT YOU LEFT THERANOS --

12:14PM  3    A.   YES.

12:14PM  4    Q.   -- WAS THERE A MASS EXODUS?  DID ALL OF THE SCIENTIFIC

12:14PM  5    TEAM QUIT THE SAME DAY?

12:14PM  6    A.   NO.

12:14PM  7              MR. COOPERSMITH:  OKAY.  NO FURTHER QUESTIONS.

12:14PM  8              THE COURT:  ANY FURTHER REDIRECT?

12:14PM  9              MR. BOSTIC:  JUST VERY BRIEFLY, YOUR HONOR.

12:14PM  10                  **FURTHER REDIRECT EXAMINATION**

12:14PM  11   BY MR. BOSTIC:

12:14PM  12   Q.   MS. CHEUNG, WHILE YOU'VE BEEN ON THE STAND, WE'VE TALKED

12:14PM  13   ABOUT A NUMBER OF YOUR COWORKERS AT THERANOS; CORRECT?

12:14PM  14   A.   CORRECT.

12:14PM  15   Q.   AND INCLUDING SOME INDIVIDUALS THAT WOULD BE INCLUDED IN

12:14PM  16   WHAT MR. COOPERSMITH JUST IDENTIFIED AS THE THERANOS SCIENTIFIC

12:14PM  17   TEAM; IS THAT RIGHT?

12:14PM  18   A.   THAT IS CORRECT.

12:14PM  19   Q.   AND HE JUST ASKED YOU ABOUT WHETHER YOU DISAGREED WITH

12:14PM  20   THEM AND WHETHER YOU HAD RAISED CONCERNS TO THEM; IS THAT

12:14PM  21   RIGHT?

12:14PM  22   A.   THAT IS CORRECT.

12:14PM  23   Q.   DURING YOUR TIME AT THE COMPANY, WERE THERE MEMBERS OF

12:14PM  24   THAT SCIENTIFIC TEAM WHO AGREED WITH THE CONCERNS THAT YOU WERE

12:14PM  25   RAISING ABOUT THE THINGS THAT YOU WERE SEEING IN THE LAB?

12:15PM   1                    MR. COOPERSMITH:  OBJECTION.  HEARSAY.

12:15PM   2                    THE COURT:  OVERRULED.

12:15PM   3                    THE WITNESS:  YES.

12:15PM   4      BY MR. BOSTIC:

12:15PM   5      Q.   CAN YOU NAME SOME OF THOSE PEOPLE, PLEASE?

12:15PM   6      A.   MARK PANDORI, SURAJ SAKSENA SOMETIMES, DANIEL YOUNG,

12:15PM   7      SHARADA, ADAM ROSENDORFF.  MANY PEOPLE HAD OBSERVED THE SAME

12:15PM   8      EVIDENCE THAT I DID AND ARTICULATED THAT IT WAS CONCERNING.

12:15PM   9      Q.   AS TO, LET'S TAKE TWO INDIVIDUALS, DR. PANDORI AND

12:15PM  10      DR. ROSENDORFF, ARE YOU AWARE OF HOW MUCH LONGER THEY STAYED AT

12:15PM  11      THE COMPANY IN 2014?

12:15PM  12      A.   NOT MUCH LONGER.

12:15PM  13      Q.   ALL RIGHT.

12:15PM  14           NO FURTHER QUESTIONS.

12:15PM  15           THANK YOU, YOUR HONOR.

12:15PM  16                    MR. COOPERSMITH:  NOTHING FURTHER, YOUR HONOR.

12:15PM  17                    THE COURT:  MAY THIS WITNESS BE EXCUSED?

12:15PM  18                    MR. BOSTIC:  NO, YOUR HONOR.

12:15PM  19                    MR. COOPERSMITH:  YES, YOUR HONOR.

12:15PM  20                    THE COURT:  YOU'RE EXCUSED.

12:15PM  21                    THE WITNESS:  THANK YOU.

12:15PM  22                    THE COURT:  AND JUST LEAVE THE BINDERS THERE.

12:15PM  23                    THE WITNESS:  OKAY.  THANK YOU.

12:15PM  24                    THE COURT:  LADIES AND GENTLEMEN, LET'S TAKE OUR

12:15PM  25      BREAK.  LET'S TAKE 30 MINUTES.