No. 22-10338

IN THE

# United States Court of Appeals for the Ninth Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

*v.*

RAMESH "SUNNY" BALWANI,

*Defendant-Appellant*.

On Appeal from United States District Court
for the Northern District of California
No. 5:18-cr-00258-EJD-2, Hon. Edward J. Davila

## APPELLANT'S EXCERPTS OF RECORD
## VOLUME 5 OF 26 (PAGES ER-976 – ER-1262)

Jeffrey B. Coopersmith
Amy Walsh
Stephen A. Cazares
Aaron P. Brecher
Sachi Schuricht
Amari L. Hammonds
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105

Mark S. Davies
James Anglin Flynn
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC  20005
(202) 339-8400

*Counsel for Appellant*

CHEUNG FURTHER REDIRECT BY MR. BOSTIC                    1588

12:15PM   1          COUNSEL, 30 MINUTES?

12:15PM   2          WE'LL BE BACK.  THANK YOU.

12:16PM   3          (LUNCH RECESS TAKEN AT 12:16 P.M.)

          4

          5

          6

          7

          8

          9

         10

         11

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

ER-977

|          |    |                                                                    |
|----------|----|--------------------------------------------------------------------|
| 12:54PM  | 1  | **AFTERNOON SESSION**                                              |
| 12:54PM  | 2  | (JURY IN AT 12:54 P.M.)                                            |
| 12:54PM  | 3  | THE COURT:  PLEASE BE SEATED.  THANK YOU FOR YOUR                  |
| 12:54PM  | 4  | COURTESY.  WE'RE BACK ON THE RECORD.                               |
| 12:54PM  | 5  | MR. BALWANI IS PRESENT.                                            |
| 12:54PM  | 6  | ALL JURORS AND ALTERNATES ARE PRESENT.                            |
| 12:54PM  | 7  | DOES THE GOVERNMENT HAVE ANOTHER WITNESS TO CALL?                 |
| 12:54PM  | 8  | MR. BOSTIC:  YES, YOUR HONOR.                                      |
| 12:54PM  | 9  | THE GOVERNMENT CALLS MR. MARK PANDORI.                            |
| 12:55PM  | 10 | THE COURT:  SIR, IF YOU WOULD COME FORWARD, PLEASE,               |
| 12:55PM  | 11 | AND STAND OVER HERE BY THE WITNESS STAND, AND RAISE YOUR RIGHT    |
| 12:55PM  | 12 | HAND WHILE YOU FACE OUR COURTROOM DEPUTY.  SHE HAS A QUESTION     |
| 12:55PM  | 13 | FOR YOU.                                                          |
| 12:55PM  | 14 | **(GOVERNMENT'S WITNESS, MARK PANDORI, WAS SWORN.)**              |
| 12:55PM  | 15 | THE WITNESS:  I DO.                                                |
| 12:55PM  | 16 | THE COURT:  PLEASE HAVE A SEAT, SIR.  MAKE YOURSELF               |
| 12:55PM  | 17 | COMFORTABLE.                                                      |
| 12:55PM  | 18 | FEEL FREE TO ADJUST THE CHAIR AND THE MICROPHONE AS YOU           |
| 12:55PM  | 19 | NEED.                                                             |
| 12:55PM  | 20 | WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME        |
| 12:55PM  | 21 | AND THEN SPELL IT, PLEASE.                                        |
| 12:55PM  | 22 | THE WITNESS:  MAY I TAKE MY MASK OFF?                             |
| 12:55PM  | 23 | THE COURT:  YOU'VE BEEN VACCINATED?                               |
| 12:55PM  | 24 | THE WITNESS:  YES.                                                 |
| 12:55PM  | 25 | THE COURT:  YOU'RE FULLY VACCINATED?                             |

| | | |
|---|---|---|
| 12:55PM | 1 | THE WITNESS:  YES. |
| 12:55PM | 2 | THE COURT:  YES, YOU MAY.  THANK YOU. |
| 12:55PM | 3 | THE WITNESS:  MARK WILLIAM PANDORI. |
| 12:55PM | 4 | THE COURT:  IF YOU COULD SPELL YOUR NAME, PLEASE. |
| 12:55PM | 5 | THE WITNESS:  M-A-R-K, W-I-L-L-I-A-M, P-A-N-D-O-R-I. |
| 12:56PM | 6 | THE COURT:  THANK YOU. |
| 12:56PM | 7 | COUNSEL. |
| 12:56PM | 8 | MR. BOSTIC:  THANK YOU, YOUR HONOR. |

12:56PM  9                     **DIRECT EXAMINATION**

12:56PM  10    BY MR. BOSTIC:

12:56PM  11    Q.   GOOD AFTERNOON, DR. PANDORI.

12:56PM  12    A.   GOOD AFTERNOON.

12:56PM  13    Q.   WAS THERE A TIME WHEN YOU WORKED FOR A COMPANY CALLED

12:56PM  14    THERANOS?

12:56PM  15    A.   YES.

12:56PM  16    Q.   DO YOU REMEMBER YOUR APPROXIMATE DATES OF EMPLOYMENT WITH

12:56PM  17    THE COMPANY?

12:56PM  18    A.   I REMEMBER IT BEING DECEMBER OF 2013 TO MAY OF 2014.

12:56PM  19    Q.   AND WHEN YOU DEPARTED FROM THE COMPANY, WHAT WAS THE

12:56PM  20    NATURE OF THAT DEPARTURE?  WERE YOU TERMINATED?  WERE YOU LAID

12:56PM  21    OFF?  DID YOU QUIT?

12:56PM  22    A.   I QUIT.

12:56PM  23    Q.   AND I'D LIKE TO TALK TO YOU SOME MORE A LITTLE BIT LATER

12:56PM  24    ABOUT THE REASONS WHY YOU LEFT, BUT FOR NOW COULD YOU JUST

12:56PM  25    SUMMARIZE IN A COUPLE OF SENTENCES WHY YOU DECIDED TO LEAVE THE

PANDORI DIRECT BY MR. BOSTIC                                          1591

```
12:56PM   1      COMPANY AFTER SIX MONTHS?

12:56PM   2      A.   I WAS DISAPPOINTED WITH THE ACTUALITY OF THE TECHNOLOGY,

12:56PM   3      AND I WAS DISAPPOINTED IN THE ROLE THAT I PLAYED IN THE

12:56PM   4      COMPANY, AND I WAS DISAPPOINTED THAT MY EXPERTISE WASN'T

12:57PM   5      PLAYING A ROLE IN TRYING TO SOLVE CERTAIN ISSUES WITH THE LAB

12:57PM   6      TESTING THAT WAS GOING ON THERE.

12:57PM   7      Q.   AND YOU MENTIONED THE ROLE THAT YOU PLAYED.  WHAT WAS YOUR

12:57PM   8      JOB TITLE AT THERANOS?

12:57PM   9      A.   LABORATORY DIRECTOR.

12:57PM  10      Q.   ARE YOU CURRENTLY EMPLOYED?

12:57PM  11      A.   YES.

12:57PM  12      Q.   AND WHERE ARE YOU CURRENTLY EMPLOYED?

12:57PM  13      A.   I'M THE LABORATORY DIRECTOR FOR THE NEVADA STATE PUBLIC

12:57PM  14      HEALTH LABORATORY.

12:57PM  15           I AM AN ASSOCIATE PROFESSOR OF PATHOLOGY IN LABORATORY

12:57PM  16      MEDICINE AT THE UNIVERSITY OF NEVADA, RENO SCHOOL OF MEDICINE.

12:57PM  17           AND I'M AN ASSOCIATE PROFESSOR OF MICROBIOLOGY AND

12:57PM  18      IMMUNOLOGY AT THE UNIVERSITY OF NEVADA, RENO SCHOOL OF

12:57PM  19      MEDICINE.

12:57PM  20      Q.   THANK YOU.

12:57PM  21           I'D LIKE TO TALK ABOUT THERANOS IN A MOMENT, BUT FIRST,

12:57PM  22      CAN YOU SUMMARIZE FOR US YOUR EDUCATIONAL BACKGROUND?

12:57PM  23      A.   I WENT TO COLLEGE AT THE UNIVERSITY OF CALIFORNIA BERKELEY

12:57PM  24      BETWEEN 1988 AND 1992.

12:57PM  25           I WENT TO A PH.D. PROGRAM AND WAS IN A PH.D. PROGRAM AT
```

ER-980

PANDORI DIRECT BY MR. BOSTIC                                    1592

12:57PM   1    UNIVERSITY OF CALIFORNIA SAN DIEGO BETWEEN 1993 AND 1998.

12:58PM   2         AND I WAS TRAINED AS A PUBLIC HEALTH MICROBIOLOGIST BY THE

12:58PM   3    CALIFORNIA DEPARTMENT OF PUBLIC HEALTH.

12:58PM   4    Q.   AND FOLLOWING YOUR FORMAL EDUCATION, CAN YOU GIVE US AN

12:58PM   5    OVERVIEW OF YOUR EMPLOYMENT LEADING UP TO YOUR TIME AT

12:58PM   6    THERANOS?

12:58PM   7    A.   I WORKED AS A POST DOCTORAL RESEARCH FELLOW AT HARVARD

12:58PM   8    UNIVERSITY SCHOOL OF MEDICINE.

12:58PM   9         AFTER I OBTAINED MY PH.D., I MATRICULATED TO INSTRUCTOR OF

12:58PM  10    MEDICINE THERE.

12:58PM  11         AFTERWARDS I WORKED AS THE CHIEF MICROBIOLOGIST AT THE

12:58PM  12    SAN FRANCISCO DEPARTMENT OF PUBLIC LABORATORY.

12:58PM  13    Q.   AND IN YOUR ROLE AT THE SAN FRANCISCO DEPARTMENT OF

12:58PM  14    HEALTH, DEPARTMENT OF PUBLIC HEALTH LABORATORY, CAN YOU TELL US

12:58PM  15    WHAT KIND OF LAB THAT IS?

12:58PM  16    A.   IT IS A PUBLIC HEALTH LABORATORY, BUT IT IS A CLIA

12:59PM  17    CERTIFIED DIAGNOSTIC LABORATORY.  WE PERFORM TESTS ON HUMAN

12:59PM  18    BEINGS FOR VARIOUS AILMENTS.  WE ALSO PERFORM TESTING ON

12:59PM  19    ANIMALS FOR RABIES.

12:59PM  20    Q.   AND WHEN IT COMES TO THE TEST TYPES THAT WERE PERFORMED

12:59PM  21    THERE AT THE SAN FRANCISCO PUBLIC HEALTH LAB, DID THAT INCLUDE

12:59PM  22    BLOOD TESTS?

12:59PM  23    A.   YES.

12:59PM  24    Q.   AND TO PERFORM THOSE BLOOD TESTS, DID YOUR LAB USE

12:59PM  25    COMMERCIALLY AVAILABLE BLOOD ANALYZING DEVICES?

PANDORI DIRECT BY MR. BOSTIC                                          1593

12:59PM  1    A.   YES.

12:59PM  2    Q.   AND GENERALLY SPEAKING, WERE THE BLOOD TESTS IN THAT LAB

12:59PM  3    FDA APPROVED TESTS OR WERE THEY LABORATORY DEVELOPED TESTS OR

12:59PM  4    WERE THEY A MIX OF BOTH?

12:59PM  5    A.   THEY WERE A MIX OF BOTH.

12:59PM  6    Q.   WERE -- DID THE MAJORITY FIT INTO ONE OF THOSE CATEGORIES

12:59PM  7    VERSUS THE OTHER?

12:59PM  8    A.   THE MAJORITY WERE FDA CLEARED TESTS.

12:59PM  9    Q.   AND COULD YOU ESTIMATE FOR US THE VOLUME OF TESTING THAT

01:00PM  10   THAT LAB HANDLED DURING YOUR TIME THERE, IN THE COURSE OF A

01:00PM  11   TYPICAL WEEK, OR MONTH, OR YEAR?

01:00PM  12   A.   IN A TYPICAL YEAR BETWEEN 150- TO 200,000 LAB TESTS.

01:00PM  13   Q.   AND HOW WOULD YOU DESCRIBE YOUR ROLE IN CONNECTION WITH

01:00PM  14   THE OPERATION OF THAT PARTICULAR LAB?

01:00PM  15   A.   AT FIRST I WAS CHIEF MICROBIOLOGIST, WHICH IS A TITLE

01:00PM  16   EQUIVALENT TO BEING THE ASSISTANT LABORATORY DIRECTOR, AND I

01:00PM  17   SERVED IN THAT ROLE I THINK UNTIL ABOUT 2010 WHEREUPON I

01:00PM  18   BECAME -- 2009, 2010 WHEREUPON I BECAME THE LABORATORY

01:00PM  19   DIRECTOR, AND I SERVED IN THAT ROLE UNTIL I LEFT THE

01:00PM  20   LABORATORY.

01:00PM  21   Q.   GENERALLY SPEAKING, WHAT DOES A LABORATORY DIRECTOR DO AT

01:00PM  22   A CLINICAL LAB LIKE THIS?

01:00PM  23   A.   A LABORATORY DIRECTOR IS RESPONSIBLE FOR EVERY ASPECT OF

01:00PM  24   THE LAB'S OPERATION; THAT FIRST AND FOREMOST WOULD BE THE

01:01PM  25   SAFETY OF ITS MEMBERS; IT WOULD INCLUDE THE QUALITY OF THE

PANDORI DIRECT BY MR. BOSTIC                                    1594

01:01PM   1    LABORATORY TESTING BEING PERFORMED THERE; IT WOULD BE OVERSIGHT

01:01PM   2    OF PERSONNEL; AND IT WOULD BE ENSURING THAT THE PROPER

01:01PM   3    TECHNOLOGIES ARE SELECTED FOR TESTING, AND THAT THOSE MACHINES

01:01PM   4    OR TECHNIQUES ARE OPERATING IN A QUALITY MANNER.

01:01PM   5    Q.   AND WHEN YOU WERE AT THE SAN FRANCISCO DEPARTMENT OF

01:01PM   6    PUBLIC HEALTH LAB, TO WHOM DID YOU REPORT AS LABORATORY

01:01PM   7    DIRECTOR?

01:01PM   8    A.   AT THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH LAB AS

01:01PM   9    THE LABORATORY DIRECTOR, I REPORTED TO THE HEALTH OFFICER AND

01:01PM  10    THE DIRECTOR OF HEALTH AT FIRST FOR SAN FRANCISCO; AND THEN I

01:01PM  11    REPORTED TO THE HEAD OF WHAT IS KNOWN AS DISEASE CONTROL AFTER

01:01PM  12    A REORGANIZATION.

01:01PM  13    Q.   AND WERE THOSE INDIVIDUALS EITHER MEDICAL DOCTORS OR

01:01PM  14    PEOPLE WITH TRAINING IN HEALTH?

01:01PM  15    A.   IN BOTH INSTANCES THEY WERE MEDICAL DOCTORS.

01:01PM  16    Q.   WHEN YOU WERE LAB DIRECTOR IN SAN FRANCISCO, DID YOUR ROLE

01:02PM  17    INCLUDE ANY ASPECT OF DEVELOPING OR APPROVING LAB DEVELOPED

01:02PM  18    TESTS?

01:02PM  19    A.   YES, IT DID.

01:02PM  20    Q.   AND CAN YOU EXPLAIN WHAT THAT WAS?

01:02PM  21    A.   IN TERMS OF APPROVING LAB TESTS, FOR FDA CLEARED METHODS,

01:02PM  22    THAT INVOLVES WHAT IS CALLED A VERIFICATION PROCESS.

01:02PM  23         SO YOU TAKE THE NEW EQUIPMENT AND THE NEW REAGENTS, AND

01:02PM  24    YOU TEST -- UTILIZE SPECIMENS FOR WHICH YOU HAVE A GOLD

01:02PM  25    STANDARD KNOWLEDGE OF THEIR POSITIVITY, NEGATIVITY, OR IF IT'S

PANDORI DIRECT BY MR. BOSTIC                                        1595

01:02PM 1    A QUANTITATIVE TESTS, YOU HAVE A NUMBER ASSOCIATED WITH THOSE

01:02PM 2    SPECIMENS.

01:02PM 3         AND YOU RUN THEM ON THE EQUIPMENT TO SEE THAT THE

01:02PM 4    EQUIPMENT IS PERFORMING AS EXPECTED OR THAT THE TEST IS

01:02PM 5    PERFORMING AS EXPECTED.

01:02PM 6         IN THE DUE COURSE OF A LABORATORY DEVELOPED TEST, IT'S A

01:02PM 7    LONGER PROCESS WHICH IS CALLED VALIDATION, AND THAT INCLUDES

01:02PM 8    WHAT I JUST DESCRIBED, BUT ALSO ASCERTAINING THINGS LIKE

01:02PM 9    ACCURACY, PRECISION TO A LARGER DEGREE, AND SENSITIVITY AND

01:02PM 10   SPECIFICITY TO A MORE SIGNIFICANT DEGREE.

01:03PM 11   Q.   AND WERE YOU INVOLVED IN EACH OF THOSE ASPECTS DURING YOUR

01:03PM 12   TIME AS LABORATORY DIRECTOR IN SAN FRANCISCO?

01:03PM 13   A.   YES, I WAS.

01:03PM 14   Q.   AND HOW ABOUT FOR TESTS THAT WERE BEING USED ON PATIENTS

01:03PM 15   IN THE SAN FRANCISCO LAB, WERE YOU INVOLVED IN ONGOING QUALITY

01:03PM 16   CONTROL AND PROFICIENCY TESTING FOR THOSE TESTS?

01:03PM 17   A.   YES, I WAS.

01:03PM 18   Q.   AND HOW ABOUT INTERFACING WITH DOCTORS AND PATIENTS WHO

01:03PM 19   WERE HAVING TESTS DONE AT THE SAN FRANCISCO LAB, WAS THAT YOUR

01:03PM 20   RESPONSIBILITY AS WELL?

01:03PM 21   A.   TO A DEGREE, YES.  IT DIDN'T HAPPEN VERY OFTEN.  A FEW

01:03PM 22   TIMES A YEAR.

01:03PM 23        WELL, FOR CERTAIN TESTS IT HAPPENED QUITE FREQUENTLY.  FOR

01:03PM 24   MOST TESTS IT ONLY HAPPENED A FEW TIMES A YEAR.

01:03PM 25   Q.   AND LET'S FOCUS ON YOUR EXPERIENCE WITH THERANOS

01:03PM 1    SPECIFICALLY, AND LET ME START BY ASKING HOW YOU FIRST FOUND

01:03PM 2    OUT ABOUT THE COMPANY?

01:03PM 3    A.   I RECEIVED AN EMAIL INDICATING THAT THERE WAS AN EXCITING

01:03PM 4    OPPORTUNITY AT A NEW BIOTECH COMPANY IN THE BAY AREA CALLED

01:04PM 5    THERANOS, AND IT WAS LOOKING TO PERFORM SOME GROUNDBREAKING,

01:04PM 6    AND LOOKING AT GROUNDBREAKING TECHNOLOGY, RUNNING SMALL

01:04PM 7    VOLUMES.

01:04PM 8         AND I REMEMBER THEN USING THE INTERNET TO TRY TO GAIN MORE

01:04PM 9    INFORMATION AND FINDING AN ARTICLE ABOUT THE COMPANY AND

01:04PM 10   READING MORE ABOUT IT ON THE INTERNET.

01:04PM 11   Q.   AND WAS THIS BEFORE APPLYING FOR A JOB WITH THE COMPANY?

01:04PM 12   A.   YES.

01:04PM 13   Q.   WHEN YOU HEARD ABOUT THE COMPANY AND THE OPEN POSITION,

01:04PM 14   WERE YOU IMMEDIATELY INTERESTED?

01:04PM 15   A.   YES.

01:04PM 16   Q.   WHY WAS THAT?

01:04PM 17   A.   WELL, I WAS INTERESTED IN THE TECH -- WHAT THEY SOUGHT TO

01:04PM 18   ACHIEVE.  I DIDN'T KNOW WHETHER I WAS INTERESTED IN THE COMPANY

01:04PM 19   PER SE, BUT IT WAS NOVEL, AND I THOUGHT IT HAD REAL POTENTIAL

01:04PM 20   TO MEET CERTAIN GOALS THAT ARE VERY IMPORTANT TO ME

01:04PM 21   PROFESSIONALLY AND SPIRITUALLY.

01:04PM 22   Q.   SO LET'S BREAK THAT OUT A LITTLE BIT.

01:04PM 23        YOU SAID THAT YOU WERE INTERESTED IN SOMETHING LIKE THE

01:04PM 24   PROMISE OF THE TECHNOLOGY; IS THAT RIGHT?

01:04PM 25   A.   THAT'S CORRECT.

PANDORI DIRECT BY MR. BOSTIC                                    1597

01:04PM   1      Q.   BEFORE APPLYING TO THE COMPANY, WHAT DID YOU UNDERSTAND

01:05PM   2      ABOUT WHAT THAT TECHNOLOGY WAS AND WHAT THE COMPANY WAS DOING?

01:05PM   3      A.   IT WAS A NEW TECHNOLOGY THAT COULD TAKE A VERY SMALL

01:05PM   4      AMOUNT OF BLOOD AND RUN A LARGE NUMBER OF LABORATORY TESTS ON

01:05PM   5      THAT SMALL AMOUNT OF BLOOD.

01:05PM   6      Q.   DID YOU ULTIMATELY DECIDE TO APPLY FOR THAT POSITION AT

01:05PM   7      THE COMPANY?

01:05PM   8      A.   I DID.

01:05PM   9      Q.   CAN YOU TELL US ABOUT THE INTERVIEW PROCESS?  WHO DID YOU

01:05PM   10     SPEAK WITH?

01:05PM   11     A.   I SPOKE TO SUNNY BALWANI, I SPOKE TO ELIZABETH HOLMES, I

01:05PM   12     SPOKE TO ADAM ROSENDORFF, AND I SPOKE TO ANOTHER PERSON.  I

01:05PM   13     DON'T REMEMBER HIS FULL NAME.  PARNAV WAS HIS FIRST NAME I

01:05PM   14     BELIEVE.

01:05PM   15     Q.   AND SPECIFICALLY DURING YOUR CONVERSATION WITH

01:05PM   16     MR. BALWANI, DO YOU RECALL WHETHER YOU LEARNED MORE ABOUT WHAT

01:05PM   17     THE COMPANY WAS DOING AND WHAT ITS TECHNOLOGY WAS?

01:05PM   18     A.   NO, I DID NOT LEARN MORE ABOUT THAT.

01:06PM   19     Q.   WHAT WAS THE POSITION AT THE COMPANY THAT YOU WERE

01:06PM   20     INTERVIEWING FOR?

01:06PM   21     A.   I DON'T REMEMBER.

01:06PM   22     Q.   OKAY.  DID YOU ULTIMATELY GET AN OFFER OF EMPLOYMENT FROM

01:06PM   23     THE COMPANY?

01:06PM   24     A.   ULTIMATELY.

01:06PM   25     Q.   AND YOU ACCEPTED?

01:06PM  1    A.   YES.

01:06PM  2    Q.   YOU MENTIONED THAT YOU HAD READ ONE OR MORE ARTICLES

01:06PM  3    DISCUSSING THE COMPANY BEFORE YOU STARTED WORKING THERE; IS

01:06PM  4    THAT RIGHT?

01:06PM  5    A.   THAT'S CORRECT.

01:06PM  6         MR. BOSTIC:  MAY I APPROACH, YOUR HONOR?

01:06PM  7         THE COURT:  YES.

01:06PM  8         MR. BOSTIC:  (HANDING.)

01:06PM  9    Q.   DR. PANDORI, I'VE JUST HANDED YOU A BINDER.  AND IF I

01:06PM  10   COULD ASK YOU TO TURN TO THE FIRST TAB, WHICH IS 1106?

01:06PM  11   A.   I SEE IT.

01:06PM  12   Q.   AND DO YOU SEE THERE A "WALL STREET JOURNAL" ARTICLE DATED

01:06PM  13   SEPTEMBER 8TH, 2013?

01:06PM  14   A.   I SEE IT, YES.

01:06PM  15   Q.   AND TAKE A MOMENT TO LOOK THIS ARTICLE OVER IF YOU WOULD

01:06PM  16   LIKE, AND THEN I'D LIKE YOU TO TELL US WHETHER THIS IS AN

01:07PM  17   ARTICLE THAT YOU SAW BEFORE YOU STARTED WORK AT THE COMPANY?

01:07PM  18   A.   YES.  I ALREADY CAN TELL THAT THIS IS AN ARTICLE THAT I

01:07PM  19   SAW BEFORE.

01:07PM  20   Q.   OKAY.  DID THIS ARTICLE HAVE ANY EFFECT ON YOUR

01:07PM  21   UNDERSTANDING OF WHAT THE COMPANY DID OR YOUR EXCITEMENT FOR

01:07PM  22   YOUR JOB THERE?

01:07PM  23   A.   THIS ARTICLE INCREASED MY EXCITEMENT FOR THE COMPANY.

01:07PM  24        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS

01:07PM  25   EXHIBIT 1106.

01:07PM  1              MR. CAZARES:  OBJECTION.  DOUBLE HEARSAY.

01:07PM  2              THE COURT:  MR. BOSTIC.

01:07PM  3              MR. BOSTIC:  YOUR HONOR, THIS IS NOT BEING OFFERED

01:07PM  4     FOR THE TRUTH.  THIS IS BEING OFFERED TO SHOW WHAT WAS IN THE

01:07PM  5     PUBLIC INFORMATION ABOUT THERANOS AT THE TIME AND TO SHOW THE

01:07PM  6     EFFECT ON THIS WITNESS.

01:07PM  7              MR. CAZARES:  AUTHENTICATION AND STILL DOUBLE

01:07PM  8     HEARSAY.

01:07PM  9              THE COURT:  I THINK HE SAID HE READ IT ALREADY.

01:07PM 10         LADIES AND GENTLEMEN --

01:07PM 11         ANYTHING FURTHER, MR. CAZARES?

01:08PM 12              MR. CAZARES:  NO, YOUR HONOR.

01:08PM 13              THE COURT:  LADIES AND GENTLEMEN, THIS WILL BE

01:08PM 14     ADMITTED NOT FOR THE TRUTH OF THE MATTER ASSERTED, THAT IS, NOT

01:08PM 15     FOR THE TRUTH OF THE ITEMS THAT ARE STATED IN THIS ARTICLE.

01:08PM 16     THIS IS A NEWSPAPER ARTICLE.

01:08PM 17         HOWEVER, IT IS OFFERED SOLELY FOR THE PURPOSE OF THIS

01:08PM 18     WITNESS'S STATE OF MIND IN REGARDS TO HIS -- THIS QUESTION

01:08PM 19     ABOUT HIS SEEKING EMPLOYMENT AT THIS COMPANY AND FOR NO OTHER

01:08PM 20     REASON.

01:08PM 21         SO IT'S NOT OFFERED FOR THE TRUTH OF THE MATTER ASSERTED.

01:08PM 22         WITH THAT CAVEAT, IT'S ADMITTED, AND IT MAY BE PUBLISHED.

01:08PM 23              MR. BOSTIC:  YOUR HONOR, JUST TO CLARIFY, COULD I

01:08PM 24     ASK THAT THE EXHIBIT ALSO BE ADMITTED TO SHOW WHAT INFORMATION

01:08PM 25     WAS PUBLICLY AVAILABLE ABOUT THERANOS AT THE TIME?

PANDORI DIRECT BY MR. BOSTIC                    1600

01:08PM  1            THE COURT:  WELL, DOES THAT CALL FOR THE TRUTH OF

01:08PM  2    THE MATTER THAT IS BEING -- THAT IS PRESENTED IN THE ARTICLE TO

01:08PM  3    BE RECEIVED?

01:08PM  4            MR. BOSTIC:  NO, YOUR HONOR, QUITE THE OPPOSITE.

01:08PM  5            THE COURT:  OKAY.  ALL RIGHT.

01:08PM  6            MR. CAZARES:  OBJECTION, YOUR HONOR.  THERE'S NO

01:09PM  7    STATE OF MIND OF THE WORLD EXCEPTION.

01:09PM  8            THE COURT:  NO.  THIS GOES TO THIS WITNESS, I

01:09PM  9    BELIEVE.

01:09PM 10        ALTHOUGH I UNDERSTAND YOU'RE SAYING THAT YOU WOULD LIKE

01:09PM 11    THIS ADMITTED TO SHOW THAT IT WAS PUBLISHED?

01:09PM 12            MR. BOSTIC:  EXACTLY, YOUR HONOR.

01:09PM 13            THE COURT:  WELL, I THINK THAT STANDS TO REASON.  WE

01:09PM 14    DON'T HAVE TO DO THAT.  IT'S LIMITED FOR THIS WITNESS'S

01:09PM 15    MOTIVATION, AS YOU SAID, FOR SEEKING EMPLOYMENT AND WHAT HE

01:09PM 16    READ.

01:09PM 17            MR. BOSTIC:  UNDERSTOOD.  THANK YOU, YOUR HONOR.

01:09PM 18            THE COURT:  SO WITH THAT CAVEAT AND LIMITATION, IT'S

01:09PM 19    ADMITTED, AND IT MAY BE PUBLISHED.

01:09PM 20        (GOVERNMENT'S EXHIBIT 1106 WAS RECEIVED IN EVIDENCE.)

01:09PM 21    BY MR. BOSTIC:

01:09PM 22    Q.  LET'S LOOK ON THE SCREEN AT EXHIBIT 1106.

01:09PM 23        LET'S START WITH -- DO YOU SEE ON THE SCREEN, DR. PANDORI,

01:10PM 24    A PARAGRAPH THAT BEGINS, "THE SECRET"?

01:10PM 25    A.  YES.

PANDORI DIRECT BY MR. BOSTIC                                    1601

01:10PM  1    Q.   THE ARTICLE SAYS, "THE SECRET THAT HUNDREDS OF EMPLOYEES

01:10PM  2    ARE NOW REFINING INVOLVES DEVICES THAT AUTOMATE AND MINIATURIZE

01:10PM  3    MORE THAN 1,000 LABORATORY TESTS FROM ROUTINE BLOOD WORK TO

01:10PM  4    ADVANCED GENETIC ANALYSES."

01:10PM  5         DO YOU SEE THAT?

01:10PM  6    A.   YES.

01:10PM  7    Q.   AND WAS THIS FACT OR THIS REPRESENTATION PART OF WHAT MADE

01:10PM  8    YOU EXCITED ABOUT THE PROSPECT OF WORKING AT THE COMPANY?

01:10PM  9    A.   YES, IT WAS.

01:10PM  10   Q.   AND WHY WAS THAT?

01:10PM  11   A.   WELL, THERE'S TWO REASONS AT LEAST THAT COME TO MIND

01:10PM  12   IMMEDIATELY.

01:10PM  13        THE FIRST ONE IS THAT IT IMPLIES THAT THERE'S VERY -- THAT

01:10PM  14   A LOT OF MEDICAL INFORMATION CAN BE GATHERED FROM A VERY SMALL,

01:10PM  15   VERY SMALL AMOUNT OF BLOOD.

01:10PM  16        IN PUBLIC HEALTH, THAT'S EXTRAORDINARILY VALUABLE, BECAUSE

01:10PM  17   THAT MEANS THAT WE CAN EXPAND BLOOD TESTING IN A MORE READ EASY

01:10PM  18   FASHION TO PEOPLE.

01:10PM  19        WE CAN EASILY DRAW SPECIMENS, AND WE CAN MORE EASILY TEST

01:11PM  20   SPECIMENS, AND SO WE CAN SERVE THE PUBLIC'S HEALTH BETTER IN

01:11PM  21   THAT REGARD.

01:11PM  22        THERE'S A SPECIFIC STATEMENT ABOUT ADVANCED GENETIC

01:11PM  23   ANALYSES, WHICH IS AN AREA OF PARTICULAR INTEREST TO ME, AND

01:11PM  24   THAT WAS LIKEWISE QUITE INTERESTING AND APPEALING TO ME.

01:11PM  25   Q.   WAS THE VOLUME OR THE NUMBER OF TESTS THAT COULD BE

ER-990

01:11PM  1    PERFORMED FROM THESE SMALL SAMPLES AN IMPORTANT FACTOR IN YOUR

01:11PM  2    CONSIDERING EMPLOYMENT WITH THE COMPANY?

01:11PM  3    A.   IT WAS A FACTOR.

01:11PM  4    Q.   LET'S LOOK AT THE NEXT SENTENCE IN THE SAME PARAGRAPH.  IT

01:11PM  5    SAYS, "THERANOS'S PROCESSES ARE FASTER, CHEAPER, AND MORE

01:11PM  6    ACCURATE THAN THE CONVENTIONAL METHODS AND REQUIRE ONLY

01:11PM  7    MICROSCOPIC BLOOD VOLUMES, NOT VIAL AFTER VIAL OF THE STUFF."

01:11PM  8        DO YOU SEE THAT?

01:11PM  9    A.   YES.

01:11PM 10    Q.   AND WAS THIS SIGNIFICANT TO YOU FOR YOUR UNDERSTANDING OF

01:11PM 11    WHAT THE COMPANY COULD DO WHEN YOU FIRST STARTED?

01:11PM 12    A.   YES, FOR THE SAME REASON THAT I STATED EARLIER, THAT THIS

01:12PM 13    EXPANDS TESTING TO PEOPLE THAT MAY NEED IT AND WOULDN'T HAVE

01:12PM 14    NECESSARILY HAD ACCESS TO IT UNLESS THESE BARRIERS WERE BROUGHT

01:12PM 15    DOWN.

01:12PM 16    Q.   IT MENTIONS ACCURACY SPECIFICALLY.

01:12PM 17        FOR A ROLE LIKE YOURS, DOES THE ACCURACY OF BLOOD TESTING

01:12PM 18    MATTER?

01:12PM 19    A.   THE ACCURACY OF BLOOD TESTING IS THE MOST IMPORTANT THING

01:12PM 20    ABOUT BLOOD TESTING, OTHER THAN THE FACT THAT IT SERVES A

01:12PM 21    MEDICAL PURPOSE TO HELP SOMEBODY.  YOU CAN'T DO THAT IF IT'S

01:12PM 22    NOT ACCURATE.

01:12PM 23    Q.   OKAY.  LET'S ZOOM OUT AND GO TO I THINK PAGE 2, AND

01:12PM 24    THERE'S A PARAGRAPH ABOUT HALF WAY DOWN THE PAGE THAT SAYS,

01:12PM 25    "THERANOS'S TECHNOLOGY ELIMINATES."

PANDORI DIRECT BY MR. BOSTIC                                    1603

01:12PM  1        IF WE CAN ZOOM IN ON THAT.

01:12PM  2        OKAY.  DR. PANDORI, THE LANGUAGE IN THE SAME ARTICLE NOW

01:12PM  3   SAYS, "THERANOS'S TECHNOLOGY ELIMINATES MULTIPLE LAB TRIPS

01:12PM  4   BECAUSE IT CAN 'RUN ANY COMBINATION OF TESTS, INCLUDING SETS OF

01:13PM  5   FOLLOW-ON TESTS,' AT ONCE, VERY QUICKLY, ALL FROM A SINGLE

01:13PM  6   MICRO SAMPLE."

01:13PM  7        DO YOU SEE THAT?

01:13PM  8   A.   YES.

01:13PM  9   Q.   THERE'S THEN A STATEMENT THAT SAYS, "MS. HOLMES ESTIMATES

01:13PM  10  THAT PATIENTS AND DOCTORS WILL RECEIVE READOUTS IN AS LITTLE AS

01:13PM  11  TWO HOURS."

01:13PM  12       DO YOU SEE THAT?

01:13PM  13  A.   YES.

01:13PM  14  Q.   THE STATEMENTS THAT WE'VE BEEN LOOKING AT IN THIS ARTICLE,

01:13PM  15  I'LL ASK YOU TO FAST FORWARD IN TIME NOW AND CONSIDER THE

01:13PM  16  THINGS THAT YOU LEARNED WHEN YOU WERE WORKING AT THERANOS.

01:13PM  17       DID THOSE STATEMENTS TURN OUT TO BE TRUE BASED ON YOUR

01:13PM  18  EXPERIENCE AT THE COMPANY?

01:13PM  19  A.   NO.  NO.

01:13PM  20  Q.   FOR EXAMPLE, DID THERANOS HAVE DEVICES THAT AUTOMATED AND

01:13PM  21  MINIATURIZED MORE THAN 1,000 LABORATORY TESTS?

01:13PM  22            MR. CAZARES:  OBJECTION.  IT'S LEADING.

01:13PM  23            MR. BOSTIC:  IT'S NOT LEADING, YOUR HONOR.

01:13PM  24            MR. CAZARES:  THE DOCUMENT IS ADMITTED FOR THE

01:13PM  25  WITNESS'S STATE OF MIND NOT FOR THE TRUTH THAT THE STATEMENTS

01:13PM  1    AND THE REPRESENTATIONS IN THE ARTICLE WERE ACTUALLY MADE

01:14PM  2    PUBLICLY BY ANYONE ASSOCIATED WITH THERANOS.

01:14PM  3              THE COURT:  WELL, HE'S ASKING -- AGAIN, YOU'RE NOT

01:14PM  4    ASKING FOR THE TRUTH OF THIS ARTICLE?

01:14PM  5              MR. BOSTIC:  NO, YOUR HONOR, THE FALSITY.

01:14PM  6              THE COURT:  AND YOU'RE ASKING THIS WITNESS WHETHER

01:14PM  7    OR NOT -- WELL, WHAT HIS EXPERIENCE WAS.

01:14PM  8              MR. BOSTIC:  EXACTLY.

01:14PM  9              THE COURT:  RIGHT.  AND HE CAN TESTIFY ABOUT HIS

01:14PM  10   EXPERIENCE AT THE LAB.

01:14PM  11             MR. CAZARES:  THE OBJECTION IS AS TO WHETHER THE

01:14PM  12   REPRESENTATIONS WERE ACTUALLY MADE.

01:14PM  13             MR. BOSTIC:  THERE'S NO SUCH QUESTION PENDING FOR

01:14PM  14   THIS WITNESS.

01:14PM  15             THE COURT:  OVERRULED.

01:14PM  16   BY MR. BOSTIC:

01:14PM  17   Q.   DR. PANDORI, WOULD YOU LIKE THE QUESTION AGAIN?

01:14PM  18   A.   PLEASE.

01:14PM  19   Q.   THE QUESTION WAS, FOR EXAMPLE, DID THERANOS HAVE DEVICES

01:14PM  20   THAT AUTOMATED AND MINIATURIZED MORE THAN 1,000 LABORATORY

01:14PM  21   TESTS?

01:14PM  22   A.   NO.

01:14PM  23   Q.   WERE THERANOS'S TESTS FASTER, CHEAPER, MORE ACCURATE AND

01:14PM  24   DID THEY REQUIRE ONLY MICROSCOPIC AMOUNTS OF BLOOD.

01:14PM  25             YOU COULD BREAK THOSE UP IF YOU WOULD LIKE.

PANDORI DIRECT BY MR. BOSTIC                                    1605

01:14PM   1    A.   YEAH, I WOULD PREFER TO BREAK THOSE UP.

01:15PM   2    Q.   SURE.

01:15PM   3         AND, MS. WACHS, IF WE CAN GO BACK TO PAGE 1 SO WE CAN HAVE

01:15PM   4    THAT LANGUAGE IN FRONT OF US.

01:15PM   5    A.   YEAH.

01:15PM   6    Q.   SO I'LL DRAW YOUR ATTENTION BACK TO THAT SECOND SENTENCE.

01:15PM   7    LET'S START WITH FASTER.

01:15PM   8         IN YOUR EXPERIENCE WERE THERANOS'S PROCESSES FASTER?

01:15PM   9    A.   NO.

01:15PM  10    Q.   HOW ABOUT MORE ACCURATE?

01:15PM  11         BASED ON YOUR EXPERIENCE AS LAB DIRECTOR AT THERANOS, WERE

01:15PM  12    THERANOS'S TESTS MORE ACCURATE THAN THE CONVENTIONAL METHODS?

01:15PM  13    A.   THEY WERE NOT.

01:15PM  14    Q.   AND LET'S GO THEN BACK TO PAGE 2 AND BACK TO THAT MIDDLE

01:15PM  15    PARAGRAPH.

01:15PM  16         IN YOUR EXPERIENCE WORKING AT THE COMPANY, DID THERANOS'S

01:16PM  17    TECHNOLOGY ELIMINATE MULTIPLE LAB TRIPS BECAUSE IT COULD RUN

01:16PM  18    ANY COMBINATION OF TESTS, INCLUDING FOLLOW-ON TESTS, ALL FROM A

01:16PM  19    SINGLE MICRO SAMPLE?

01:16PM  20    A.   NO.

01:16PM  21    Q.   YOU SAID YOU STARTED --

01:16PM  22         THANK YOU, MS. WACHS.  WE CAN TAKE THAT DOWN.

01:16PM  23         YOU SAID, DR. PANDORI, THAT YOU STARTED WORKING AT THE

01:16PM  24    COMPANY IN DECEMBER OF 2013; IS THAT RIGHT?

01:16PM  25    A.   CORRECT.

PANDORI DIRECT BY MR. BOSTIC                                        1606

01:16PM  1    Q.   DID YOU LEARN MORE ABOUT THE COMPANY'S TESTING OPERATIONS

01:16PM  2    AND TECHNOLOGY AFTER YOU JOINED THE COMPANY?

01:16PM  3    A.   YES.

01:16PM  4    Q.   WHEN YOU FIRST JOINED, WHAT DEVICES WAS THERANOS USING TO

01:16PM  5    CONDUCT ITS PATIENT TESTS?

01:16PM  6    A.   THERE WERE MANY.  THEY WERE USING FDA CLEARED EQUIPMENT

01:16PM  7    THAT ANY LAB MIGHT USE, LIKE AN IMMULITE OR A SIEMENS PIECE OF

01:16PM  8    EQUIPMENT FOR CHEMICAL ANALYSIS.  SO THESE WERE THE FDA CLEARED

01:17PM  9    EQUIPMENT THAT ANY LABORATORY, ANY PARTICULAR CLINICAL

01:17PM 10    LABORATORY MIGHT PURCHASE AND USE.

01:17PM 11         THEY WERE THEN USING A VERSION OF A SIEMENS ANALYZER THAT

01:17PM 12    HAD BEEN MODIFIED TO RUN DILUTED SAMPLES.

01:17PM 13         AND THEN THEY WERE USING SOMETHING CALLED EDISONS, WHICH

01:17PM 14    WERE MACHINES THAT RAN A DIFFERENT CLASS OF BLOOD TEST WHICH WE

01:17PM 15    REFER TO AS IMMUNOASSAY, AND THOSE WERE BUILT -- THEY WERE

01:17PM 16    CREATED BY THERANOS.

01:17PM 17    Q.   AND SO OF THOSE CATEGORY OF DEVICES THAT YOU JUST LISTED,

01:17PM 18    WHICH OF THOSE WERE ACTUALLY DESIGNED AND MANUFACTURED BY

01:17PM 19    THERANOS ITSELF?

01:17PM 20    A.   THE EDISONS, TO MY KNOWLEDGE, WERE DESIGNED AND BUILT BY

01:17PM 21    THERANOS.

01:17PM 22         THE MACHINES -- THEN THERE WAS A VERSION OF THE FDA

01:17PM 23    CLEARED MACHINE, AND THAT SOME PEOPLE AT THE COMPANY CALLED IT

01:17PM 24    HACKED, H-A-C-K-E-D, THAT WAS THEIR LANGUAGE, TO RUN -- TO

01:18PM 25    HANDLE THE LOWER VOLUMES.

PANDORI DIRECT BY MR. BOSTIC                                    1607

01:18PM 1        AND THEN, AS I SAID, THERE WAS REGULAR LAB EQUIPMENT IN

01:18PM 2    THERE FROM FDA CLEARED LAB EQUIPMENT THAT LABS TYPICALLY BUY.

01:18PM 3    Q.   AND THOSE DEVICES WERE NOT CREATED OR MADE BY THERANOS?

01:18PM 4    A.   THAT'S CORRECT.

01:18PM 5    Q.   FOCUSSING SPECIFICALLY ON THE EDISON, IN YOUR JOB AS LAB

01:18PM 6    DIRECTOR, DID YOU COME TO HAVE AN UNDERSTANDING OF WHAT THE

01:18PM 7    DEVICE COULD DO AND WHAT IT COULDN'T DO IN TERMS OF DIFFERENT

01:18PM 8    TEST TYPES?

01:18PM 9    A.   I DID, YES.

01:18PM 10   Q.   CAN YOU DESCRIBE THAT FOR US AT A HIGH LEVEL?

01:18PM 11   A.   AT A -- DO YOU WANT TO KNOW WHICH PARTICULAR TEST IT COULD

01:18PM 12   RUN?

01:18PM 13   Q.   I WON'T, I WON'T TEST YOUR MEMORY THAT WAY UNLESS YOU HAVE

01:18PM 14   THOSE AT HAND.

01:18PM 15       I'M ASKING IF THERE WERE CATEGORIES OF TESTS THAT COULD BE

01:18PM 16   DONE AND COULDN'T BE DONE BY THE EDISON?

01:19PM 17   A.   EDISONS RAN A CATEGORY OF TESTS WHICH WE CALL

01:19PM 18   IMMUNOASSAYS.  SO THEY WOULD DETECT LARGER BIOMOLECULES, AND

01:19PM 19   THEY DID SO USING ANTIBODY INTERMEDIARIES, SO THEY DETECTED AND

01:19PM 20   COUNTERED THINGS.

01:19PM 21       WHAT YOU WOULDN'T RUN IS SOMETHING LIKE POTASSIUM OR

01:19PM 22   SODIUM, IF YOU NEEDED TO KNOW THAT.

01:19PM 23       BUT LARGER MOLECULES, IF YOU COULD DETECT WITH ANTIBODIES,

01:19PM 24   YOU WOULD USE AN EDISON.

01:19PM 25   Q.   YOU MENTIONED SOME CHEMISTRY TESTS THAT COULD NOT BE DONE

01:19PM 1    ON THE EDISON; IS THAT RIGHT?

01:19PM 2    A.   THAT'S CORRECT.

01:19PM 3    Q.   AND HOW ABOUT CYTOMETRY TESTS LIKE A COMPLETE BLOOD COUNT,

01:19PM 4    COULD THE EDISON DO THOSE?

01:19PM 5    A.   NO.

01:19PM 6    Q.   AND HOW ABOUT GENETIC ANALYSES, COULD THE EDISON DO THOSE

01:19PM 7    TESTS?

01:19PM 8    A.   NO, THE EDISON DIDN'T DO GENETIC TESTING.

01:19PM 9    Q.   DO YOU KNOW APPROXIMATELY HOW MANY ASSAYS THE EDISON DID

01:19PM 10   DURING YOUR TIME THERE?

01:19PM 11   A.   THE TOTAL NUMBER OF TESTS RUN ON THE EDISONS.

01:19PM 12   Q.   APPROXIMATELY HOW MANY DIFFERENT ASSAYS COULD THE EDISON

01:19PM 13   DO, IF YOU REMEMBER?

01:19PM 14   A.   I REMEMBER IT WAS AT LEAST FIVE, OR APPROXIMATELY THAT.

01:20PM 15   Q.   AS YOU CAME TO UNDERSTOOD -- SORRY.

01:20PM 16       AS YOU CAME TO UNDERSTAND THE CAPABILITIES AND LIMITATIONS

01:20PM 17   OF THE EDISON, DID YOU VIEW IT AS A GROUNDBREAKING TECHNOLOGY

01:20PM 18   IN 2013?

01:20PM 19   A.   NO, I DID NOT.

01:20PM 20   Q.   WHY NOT?

01:20PM 21   A.   WELL --

01:20PM 22           MR. CAZARES:  OBJECTION.  702.

01:20PM 23           THE COURT:  DO YOU WANT TO LAY A LITTLE FOUNDATION,

01:20PM 24   HIS BACKGROUND.

01:20PM 25   BY MR. BOSTIC:

PANDORI DIRECT BY MR. BOSTIC                                      1609

01:20PM  1    Q.   IN YOUR PRE-THERANOS EXPERIENCE WORKING AT CLINICAL LABS,

01:20PM  2    DID YOU COME TO HAVE A GENERAL KNOWLEDGE OF WHAT KINDS OF

01:20PM  3    TECHNOLOGY WAS OUT THERE AND AVAILABLE FOR RUNNING BLOOD TESTS?

01:20PM  4    A.   YEAH.   THAT WAS A MAJOR PART OF MY JOB.

01:20PM  5    Q.   AND WAS IT PART OF YOUR JOB TO KEEP UP WITH THE STATE OF

01:20PM  6    THE ART IN TERMS OF WHAT BLOOD ANALYZERS COULD DO?

01:20PM  7    A.   I CONSIDERED IT A SERIOUS PART OF MY JOB.

01:20PM  8    Q.   SO BASED ON THAT FOUNDATION, BASED ON YOUR KNOWLEDGE OF

01:21PM  9    THE INDUSTRY AT THE TIME AND WHAT YOU OBSERVED, WAS THE EDISON

01:21PM  10   GROUNDBREAKING IN 2013?

01:21PM  11             MR. CAZARES:  SAME OBJECTION.

01:21PM  12             THE COURT:  OVERRULED.  YOU CAN ANSWER THE QUESTION.

01:21PM  13             THE WITNESS:  NO, I DID NOT FIND IT GROUNDBREAKING.

01:21PM  14   BY MR. BOSTIC:

01:21PM  15   Q.   IN WHAT WAY WAS IT NOT GROUNDBREAKING?

01:21PM  16   A.   THERE WERE AT LEAST TWO REASONS, IF NOT MORE.

01:21PM  17        THE FIRST REASON WAS THAT THE AMOUNT OF SAMPLE THAT WAS

01:21PM  18   PUT IN THERE WAS NOT REALLY VERY DIFFERENT SUBSTANTIALLY THAN

01:21PM  19   WHAT WOULD BE PUT INTO SOME OF THE OTHER IMMUNOASSAY TESTS THAT

01:21PM  20   ARE COMMERCIALLY AVAILABLE.  SO THERE WAS NO DIFFERENCE IN

01:21PM  21   VALUE THAT WAS REQUIRED TO RUN THE TESTS.

01:21PM  22        THE EDISON COULD ONLY RUN, AS I RECALL, ONE SPECIMEN AT A

01:21PM  23   TIME IN EACH MACHINE AT THAT POINT.

01:21PM  24        AND THE IMMUNOASSAY TECHNOLOGIES WITH WHICH I HAVE

01:21PM  25   FAMILIARITY CAN RUN UPWARDS OF 90 OR MORE SPECIMENS

PANDORI DIRECT BY MR. BOSTIC                                    1610

01:21PM  1      SIMULTANEOUSLY.

01:21PM  2           AND THEN THE FAILURE RATE OF THE CONTROLS ON THE EDISONS

01:22PM  3      WAS NOTABLY HIGHER THAN WHAT I WOULD SEE ON THE ASSAY EQUIPMENT

01:22PM  4      WITH WHICH I HAD FAMILIARITY, EITHER LITERATURE OR DIRECT USE

01:22PM  5      OR SUPERVISORIAL ROLE OVER.

01:22PM  6      Q.   LET ME ASK, AS YOU CAME TO UNDERSTAND THESE THINGS ABOUT

01:22PM  7      THE EDISON DEVICE, WAS THAT CONSISTENT OR INCONSISTENT WITH

01:22PM  8      WHAT YOU HAD READ IN PUBLICLY AVAILABLE INFORMATION AT

01:22PM  9      THERANOS?

01:22PM 10      A.   AT THAT TIME IT WAS INCONSISTENT.

01:22PM 11      Q.   LET ME TALK A LITTLE BIT MORE ABOUT YOUR ROLE AT THERANOS

01:22PM 12      SPECIFICALLY.  I'M SORRY IF YOU SAID ALREADY, BUT WHAT WAS YOUR

01:22PM 13      TITLE THERE?

01:22PM 14      A.   LABORATORY DIRECTOR.

01:22PM 15      Q.   AND WHAT DID THAT MEAN FOR YOU AT THERANOS?  WHAT WAS

01:22PM 16      INCLUDED IN YOUR RESPONSIBILITY?

01:22PM 17      A.   FOR ME IT INCLUDED OVERSIGHT OF WHAT WAS CALLED CLIA

01:22PM 18      LABORATORY, AND IT WAS LARGELY AN OPERATIONAL AND LOGISTICS

01:22PM 19      ROLE TO MAKE SURE THAT THINGS WERE BEING TESTED IN A RAPID

01:23PM 20      MANNER, IN A PROPER MANNER, AND THAT I WAS MANAGING THE

01:23PM 21      LABORATORY SCIENTISTS TO MAKE SURE THAT THEY WERE GETTING THEIR

01:23PM 22      JOBS DONE, AND I WAS TO CONSULT WITH ADAM ROSENDORFF WHO WAS

01:23PM 23      ALSO A LABORATORY DIRECTOR.

01:23PM 24      Q.   AND YOU MENTIONED DR. ROSENDORFF.  CAN YOU TELL US MORE

01:23PM 25      ABOUT HOW YOU FIT INTO THE -- EXCUSE ME -- THE ORGANIZATIONAL

PANDORI DIRECT BY MR. BOSTIC                                    1611

01:23PM 1      STRUCTURE AT THE COMPANY?

01:23PM 2      A.   I -- ORGANIZATIONAL STRUCTURE, MAY I ASK DO YOU MEAN TO

01:23PM 3      WHOM I REPORTED?

01:23PM 4      Q.   LET'S START WITH THAT, SURE.

01:23PM 5      A.   I REPORTED TO SUNNY BALWANI.

01:23PM 6      Q.   AND HOW DID YOU COME TO UNDERSTAND THAT YOU REPORTED TO

01:23PM 7      MR. BALWANI?

01:23PM 8      A.   I DON'T RECALL.

01:23PM 9      Q.   YOU MENTIONED WORKING WITH DR. ROSENDORFF.

01:23PM 10          WHAT WERE YOUR POSITIONS RELATIVE TO EACH OTHER?

01:23PM 11     A.   WE CONSIDERED ONE ANOTHER PEERS, ALTHOUGH HIS NAME WAS ON

01:24PM 12     THE LICENSE, I CONSULTED HIM ON MATTERS OF QUALITY CONTROL AND

01:24PM 13     LOGISTICS IN THE LABORATORY, AND HE AND I WOULD DISCUSS

01:24PM 14     FINDINGS IN THE LABORATORY AND WOULD WORK TOGETHER IN WHAT IS

01:24PM 15     THE ISSUES AND THE PROBLEM SOLVING PROCESSES, WHICH ARE NORMAL

01:24PM 16     IN CLIA LABORATORIES.

01:24PM 17     Q.   YOU MENTIONED IN YOUR PREVIOUS LAB DIRECTOR ROLE YOU

01:24PM 18     REPORTED TO MEDICAL DOCTORS SPECIFICALLY; IS THAT RIGHT?

01:24PM 19     A.   WHEN I WAS THE LABORATORY DIRECTOR FOR THE CITY AND COUNTY

01:24PM 20     OF SAN FRANCISCO'S PUBLIC HEALTH LABORATORY, I REPORTED TO A

01:24PM 21     PERSON WHO WAS A MEDICAL DOCTOR.  AND, YEAH, ON BOTH OCCASIONS,

01:24PM 22     YES, I REPORTED TO A MEDICAL DOCTOR.

01:24PM 23     Q.   AND WAS THIS THE FIRST TIME IN YOUR CAREER WHEN YOU JOINED

01:25PM 24     THERANOS THAT YOU HAD REPORTED AS LAB DIRECTOR TO SOMEONE WHO

01:25PM 25     DIDN'T HAVE MEDICAL OR SCIENTIFIC TRAINING?

ER-1000

PANDORI DIRECT BY MR. BOSTIC                                    1612

01:25PM  1    A.   YES.

01:25PM  2    Q.   DID YOU HAVE A REACTION TO THAT STRUCTURE AT THE TIME?

01:25PM  3    A.   AT WHAT TIME?

01:25PM  4    Q.   WHEN YOU FIRST JOINED THE COMPANY, DID YOU HAVE A REACTION

01:25PM  5    TO THE FACT THAT YOU WERE REPORTING TO SOMEONE WHO WASN'T AN

01:25PM  6    M.D.?

01:25PM  7    A.   AT THE MOMENT THAT I JOINED THE COMPANY AND EARLY ON, I

01:25PM  8    DID NOT HAVE A REACTION.

01:25PM  9    Q.   DID YOU LATER COME TO HAVE AN OPINION ABOUT WHETHER THAT

01:25PM  10   WAS A GOOD OR BAD THING?

01:25PM  11   A.   I LATER CAME TO HAVE AN OPINION THAT IT WAS A BAD THING.

01:25PM  12   Q.   CAN YOU TELL ME MORE ABOUT MR. BALWANI'S ROLE IN

01:25PM  13   CONNECTION WITH THE CLINICAL LAB?  YOU SAID YOU REPORTED TO

01:25PM  14   HIM, BUT HOW WAS HE INVOLVED IN LABORATORY OPERATIONS?

01:25PM  15   A.   SUNNY WANTED ALL OF THE INFORMATION IN EVERY ASPECT OF THE

01:25PM  16   OPERATION TO BE KNOWN TO HIM, AND, IF NECESSARY, HE WOULD STEP

01:26PM  17   IN TO ASSIST IN SOLVING PROBLEMS AND DISCUSS THEM AND TO ASSIGN

01:26PM  18   DIFFERENT PEOPLE TO SOLVE DIFFERENT PROBLEMS.

01:26PM  19   Q.   YOU SAID THAT YOUR IMPRESSION WAS THAT HE WANTED TO KNOW

01:26PM  20   WHAT WAS HAPPENING.

01:26PM  21        HOW DID HE CONVEY THAT OR HOW DID HE ACHIEVE THAT AT

01:26PM  22   THERANOS?

01:26PM  23   A.   SUNNY WAS VERY COMMUNICATIVE, AND HE SPOKE TO AS MANY

01:26PM  24   PEOPLE AS HE COULD AS OFTEN AS HE COULD, AND SOUGHT TO HAVE AS

01:26PM  25   MUCH INTELLIGENCE ABOUT WHAT WAS GOING ON IN THE COMPANY AS HE

ER-1001

01:26PM  1    COULD AT ALL TIMES.

01:26PM  2          AND THAT WAS EITHER VOCALLY OR BY EMAIL.  AND, YOU KNOW,

01:26PM  3    VOCALLY WOULD BE LIKE MEETINGS OR INDIVIDUAL CONVERSATIONS.

01:26PM  4    Q.   AND IN YOUR PERSONAL EXPERIENCE, HOW FREQUENTLY WERE YOU

01:26PM  5    IN CONTACT WITH MR. BALWANI ABOUT EVENTS IN THE LAB DURING YOUR

01:26PM  6    TIME AT THERANOS?

01:26PM  7    A.   I BELIEVE EVERY DAY THAT I COULD THAT HE WAS THERE.

01:27PM  8    Q.   BESIDES YOUR ROLE IN THE CLINICAL LAB WHERE PATIENT

01:27PM  9    TESTING WAS DONE, DID YOU ALSO HAVE ANY INVOLVEMENT IN THE

01:27PM  10   RESEARCH AND DEVELOPMENT SIDE?

01:27PM  11   A.   I DID.

01:27PM  12   Q.   CAN YOU DESCRIBE WHAT THAT WAS?

01:27PM  13   A.   I WAS ASKED TO ASSIST IN REVIEWING VALIDATION REPORTS FOR

01:27PM  14   ANOTHER PART OF THE COMPANY THAT WAS DEVELOPING A GENETIC STYLE

01:27PM  15   TEST TO DETECT INFECTIOUS ORGANISMS, AND I WAS ASKED TO REVIEW

01:27PM  16   THE VALIDATION STUDIES THAT WERE DONE IN FURTHERANCE OF MOVING

01:27PM  17   THOSE TESTS FORWARD.

01:27PM  18   Q.   AND IN CONNECTION WITH THAT -- WELL, LET ME ASK, THAT

01:27PM  19   TESTING, WAS IT GOING TO BE PERFORMED ON THE EDISON 3.0 OR THE

01:27PM  20   3.5 DEVICE?

01:27PM  21   A.   NO, IT WAS NOT.

01:27PM  22   Q.   WAS THERE A PARTICULAR DEVICE THAT IT WOULD BE PERFORMED

01:28PM  23   ON?

01:28PM  24   A.   NOT TO MY KNOWLEDGE.

01:28PM  25   Q.   IN THAT ROLE, WORKING WITH R&D, DID YOU ALSO REPORT TO

PANDORI DIRECT BY MR. BOSTIC                                    1614

01:28PM  1    MR. BALWANI?

01:28PM  2    A.   YES.

01:28PM  3    Q.   AND WAS HE SIMILARLY INVOLVED AND AWARE OF WHAT WAS

01:28PM  4    HAPPENING ON THE R&D SIDE AS HE WAS AWARE ON THE CLINICAL SIDE?

01:28PM  5    A.   YES.  HE SOUGHT TO KNOW EVERYTHING HE COULD ABOUT

01:28PM  6    EVERYTHING.

01:28PM  7    Q.   BEFORE YOU JOINED THERANOS, WERE YOU AWARE OF THE

01:28PM  8    COMPANY'S USE OF THIRD PARTY DEVICES?

01:28PM  9    A.   I'M SORRY, CAN YOU RESTATE THE QUESTION.

01:28PM  10   Q.   SURE.

01:28PM  11        BEFORE YOU STARTED WORKING AT THE COMPANY, DID YOU KNOW

01:28PM  12   THAT THERANOS WAS USING THIRD PARTY DEVICES FOR MANY OF ITS

01:28PM  13   TESTS?

01:28PM  14   A.   SO BY "THIRD PARTY DEVICES," YOU MEAN FDA CLEARED

01:28PM  15   EQUIPMENT THAT WAS RUN BY OTHER COMPANIES?

01:28PM  16   Q.   CORRECT.

01:28PM  17   A.   I DID NOT KNOW THAT.

01:28PM  18   Q.   WERE YOU SURPRISED TO KNOW THAT WHEN YOU JOINED THE

01:28PM  19   COMPANY?

01:28PM  20   A.   YES.

01:28PM  21   Q.   DO YOU REMEMBER THE APPROXIMATE PROPORTION OF HOW MANY

01:29PM  22   TESTS WERE BEING HANDLED BY THERANOS BUILT DEVICES VERSUS HOW

01:29PM  23   MANY DEVICES WERE BEING RUN BY NON-THERANOS BUILT DEVICES WHEN

01:29PM  24   YOU WERE THERE?

01:29PM  25   A.   I COULDN'T QUANTIFY THAT FOR YOU, BUT I REMEMBER WHEN I

ER-1003

PANDORI DIRECT BY MR. BOSTIC                                    1615

01:29PM  1    FIRST ARRIVED, MORE TESTS WERE BEING RUN ON THE, AS YOU CALLED

01:29PM  2    THEM, THIRD PARTY, THE FDA CLEARED EQUIPMENT, AND THAT RATIO

01:29PM  3    SHIFTED MORE TOWARDS THERANOS DEVELOPED TESTS AS TIME WENT BY,

01:29PM  4    BUT I COULDN'T QUANTIFY THAT SHIFT.

01:29PM  5    Q.    LET ME ASK THE SAME QUESTION FOR VENOUS TESTING VERSUS

01:29PM  6    FINGERSTICK TESTING.

01:29PM  7          FIRST, CAN YOU EXPLAIN THE DIFFERENCE BETWEEN THOSE TWO

01:29PM  8    METHODS OF GETTING A BLOOD SAMPLE?

01:29PM  9    A.    VENOUS TESTING, A NEEDLE IS INSERTED INTO THE VEIN AND

01:29PM  10   DRAWN DIRECTLY FROM THE VEIN.

01:29PM  11         IN FINGERSTICK TESTING, A LANCET OR SOME SORT OF SHARP

01:29PM  12   DEVICE IS USED TO POKE GENERALLY THE FINGERTIP, AND BLOOD

01:30PM  13   STARTS TO COME OUT OF THAT SMALL HOLE, AND IT IS GATHERED OFTEN

01:30PM  14   BY OTHER METHODS.

01:30PM  15   Q.    BEFORE YOU JOINED THERANOS, WERE YOU AWARE THAT THE

01:30PM  16   COMPANY RELIED ON VENOUS TESTING FOR A LARGER PORTION OF ITS

01:30PM  17   TESTING?

01:30PM  18   A.    I WAS NOT AWARE THAT THEY RELIED ON THAT.

01:30PM  19   Q.    YOU MENTIONED EARLIER THAT THE EDISON DEVICE WAS ONLY ABLE

01:30PM  20   TO ANALYZE ONE ANALYTE AT THE TIME; IS THAT RIGHT?

01:30PM  21   A.    AT THE TIME I WAS THERE, THAT IS MY RECOLLECTION.

01:30PM  22   Q.    DID YOU DISCUSS THE LIMITATIONS OF THE EDISON DEVICE WITH

01:30PM  23   MR. BALWANI?

01:30PM  24   A.    YES.

01:30PM  25   Q.    DID YOU DISCUSS, FOR EXAMPLE, THAT PARTICULAR LIMITATION,

ER-1004

PANDORI DIRECT BY MR. BOSTIC                                    1616

01:30PM  1    THAT THE EDISON COULD ONLY DO ONE ASSAY AT A TIME?

01:30PM  2    A.   I DID.

01:30PM  3    Q.   WERE THERE TESTS THAT THERANOS OFFERED DURING YOUR TIME AT

01:30PM  4    THE COMPANY THAT THE COMPANY DIDN'T -- COULDN'T DO IN HOUSE AT

01:31PM  5    ALL?

01:31PM  6    A.   YES, THERE WERE.

01:31PM  7    Q.   AND HOW WERE THOSE TESTS HANDLED BY THERANOS?

01:31PM  8    A.   THEY WERE SENT TO OTHER LABORATORIES THAT DID RUN THOSE

01:31PM  9    TESTS.

01:31PM 10    Q.   WHEN YOU WERE AT THERANOS, DID YOU COME TO BE FAMILIAR

01:31PM 11    WITH A TERM CALLED COEFFICIENT OF VARIATION?

01:31PM 12    A.   I WAS FAMILIAR WITH THAT TERM BEFORE I JOINED THERANOS.

01:31PM 13    Q.   FAIR ENOUGH.

01:31PM 14         WHAT WAS OR WHAT IS COEFFICIENT OF VARIATION IN THE

01:31PM 15    CONTEXT OF LABORATORY TESTING?

01:31PM 16    A.   WELL, THE BEST WAY -- I CAN EXPLAIN THAT TECHNICALLY, BUT

01:31PM 17    I THINK IT'S MORE IMPORTANT THAT I EXPLAIN WHAT IT MEANS MORE

01:31PM 18    BASICALLY I THINK.

01:31PM 19    Q.   PLEASE.

01:31PM 20    A.   SO IT'S ESSENTIALLY WHEN YOU TALK ABOUT A COEFFICIENT OF

01:31PM 21    VARIATION, YOU'RE LOOKING AT A TEST THAT GENERATES A NUMBER AS

01:31PM 22    A RESULT, AND THE QUESTION IS HOW MUCH DRIFT IS THERE AROUND

01:31PM 23    THAT VALUE?

01:31PM 24         SO IF YOU TAKE THE SAME SAMPLE, LET'S SAY IT'S A SAMPLE OF

01:31PM 25    A SCORE OF 100, WHAT DRIFT CAN YOU EXPECT IF YOU WERE TO RUN

PANDORI DIRECT BY MR. BOSTIC                                  1617

01:32PM  1    THAT SAMPLE OVER AND OVER AGAIN IN THE MACHINE OR THE LAB TEST?

01:32PM  2        A COEFFICIENT OF VARIATION OF 10 IN THAT CASE WOULD BE

01:32PM  3    THAT YOU WOULD GENERALLY SEE VALUES BETWEEN 90 AND 110 IF THE

01:32PM  4    EXPECTED VALUE IS 100.

01:32PM  5        DOES THAT HELP?

01:32PM  6    Q.   YES.  THANK YOU.

01:32PM  7    A.   MORE TECHNICALLY, IT'S THE STANDARD DEVIATION DIVIDED BY

01:32PM  8    THE MEAN.

01:32PM  9    Q.   AND AS A LABORATORY DIRECTOR, ARE YOU HOPING TO SEE A

01:32PM 10    LARGE COEFFICIENT OF VARIATION OR A SMALL COEFFICIENT OF

01:32PM 11    VARIATION?

01:32PM 12    A.   YOU WANT TESTS TO HAVE SMALL COEFFICIENT OF VARIATIONS.

01:32PM 13    Q.   AND CAN YOU EXPLAIN WHY THAT IS?

01:32PM 14    A.   WELL, IT'S PLAYS TO THE ACCURACY AND PRECISION OF A TEST.

01:32PM 15    IF A TEST DRIFTS QUITE A BIT AND THE NUMBER IS IMPORTANT FOR

01:32PM 16    MAKING A MEDICAL ACTION BASED ON THE TEST RESULT, YOU NEED THAT

01:32PM 17    NUMBER, YOU NEED TO BE CONFIDENT IN THAT NUMBER.

01:32PM 18        IF THE COEFFICIENT OF VARIATION IS LOW, THEN THAT MEANS

01:33PM 19    THAT YOU CAN FEEL CONFIDENT THAT THE VALUE THAT YOU GET IN THE

01:33PM 20    LAB TEST RESULT IS GOING TO BE VERY CLOSE TO THE TRUE VALUE.

01:33PM 21    Q.   DURING YOUR TIME AT THERANOS, DID YOU HAVE OCCASION TO

01:33PM 22    BECOME FAMILIAR WITH HOW THE THERANOS DEVICE -- OF COURSE --

01:33PM 23    HOW THE THERANOS DEVICE PERFORMED IN CONNECTION WITH

01:33PM 24    COEFFICIENT OF VARIATION?

01:33PM 25    A.   YOU SAID THERANOS EQUIPMENT?

01:33PM  1    Q.   YES.  LET'S TALK ABOUT THE EDISON SPECIFICALLY.

01:33PM  2    A.   OH.  THE EDISONS, THERE WAS, THERE WAS SOME EVIDENCE TO

01:33PM  3    SUGGEST THAT THE COEFFICIENT OF VARIATIONS WERE PRETTY HIGH.

01:33PM  4    Q.   AND DID YOU MONITOR OR KEEP YOURSELF AWARE OF CV

01:33PM  5    PERFORMANCE AS PART OF YOUR JOB AT THERANOS?

01:33PM  6    A.   I DIDN'T KEEP TRACK OR MONITOR, BUT THAT WAS THE JOB OF

01:34PM  7    OTHER PEOPLE.

01:34PM  8    Q.   AND THE RESULTING INFORMATION WAS AVAILABLE TO YOU?

01:34PM  9    A.   YES.

01:34PM  10   Q.   CAN I ASK YOU TO TURN TO TAB 5769 IN THE BINDER IN FRONT

01:34PM  11   OF YOU.

01:34PM  12   A.   I'M SORRY, WHAT NUMBER?

01:34PM  13   Q.   5769.

01:34PM  14   A.   I SEE IT.

01:34PM  15   Q.   AND IS THAT AN EMAIL CHAIN, INCLUDING YOU, RELATING TO

01:34PM  16   VARIATION IN EDISON PERFORMANCE AT THERANOS?

01:34PM  17   A.   I'M SORRY, COULD YOU REPEAT THAT.

01:34PM  18   Q.   OF COURSE.

01:34PM  19        IS THAT AN EMAIL INCLUDING YOU RELATING TO VARIATION

01:34PM  20   BETWEEN EDISON RESULTS AT THERANOS?

01:34PM  21   A.   YES.

01:34PM  22            MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5769.

01:34PM  23            MR. CAZARES:  NO OBJECTION.

01:34PM  24            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:34PM  25        (GOVERNMENT'S EXHIBIT 5769 WAS RECEIVED IN EVIDENCE.)

01:35PM 1    BY MR. BOSTIC:

01:35PM 2    Q.   OKAY.  SO, DR. PANDORI, I'LL ASK YOU TO LOOK AT THIS EMAIL

01:35PM 3    CHAIN FIRST.  THE SUBJECT LINE IS FT4 AND TSH STUDY RESULTS.

01:35PM 4        DO YOU SEE THAT?

01:35PM 5    A.   I DO.

01:35PM 6    Q.   AND THIS IS FROM APRIL OF 2014; IS THAT RIGHT?

01:35PM 7    A.   IT IS, ACCORDING TO THIS.

01:35PM 8    Q.   IN YOUR BINDER BEHIND THE EMAIL IS THE EXCEL ATTACHMENT IF

01:35PM 9    YOU WOULD LIKE TO REFER TO THAT.

01:35PM 10       BUT I'M WONDERING IF YOU RECALL THIS STUDY OR IF YOU CAN

01:35PM 11   TELL US WHAT THE CONTEXT WAS FOR THIS EMAIL EXCHANGE?

01:35PM 12   A.   MAY I TAKE A MOMENT TO REVIEW THE DOCUMENT?

01:35PM 13   Q.   OF COURSE.

01:35PM 14       (PAUSE IN PROCEEDINGS.)

01:36PM 15           THE WITNESS:  OKAY.  WHAT IS YOUR QUESTION?

01:36PM 16   BY MR. BOSTIC:

01:36PM 17   Q.   MY QUESTION IS CAN YOU RECALL THIS STUDY OR CAN YOU GIVE

01:36PM 18   US SOME CONTEXT FOR THIS EMAIL EXCHANGE?

01:36PM 19   A.   THERE WAS CONCERN ON THE PART OF MYSELF, DR. ROSENDORFF,

01:36PM 20   AND LANGLY GEE THAT THE RESULTS FROM FT4 AND TSH, WHICH WERE

01:36PM 21   RUN ON THE EDISON, WERE VARYING A LOT, AND THAT THAT MIGHT BE A

01:36PM 22   COMPROMISING ISSUE WITH REGARD TO THE QUALITY OF THE TEST.

01:36PM 23   Q.   AND WERE THESE ASSAYS THAT WERE ALREADY BEING USED FOR

01:36PM 24   PATIENTS IN THE CLINICAL LAB?

01:36PM 25   A.   YES.

PANDORI DIRECT BY MR. BOSTIC                                    1620

01:36PM  1    Q.   SO AS A RESULT OF THOSE CONCERNS, WHAT ACTIONS WERE TAKEN

01:36PM  2    THAT WE SEE IN THIS EMAIL?

01:36PM  3    A.   DR. ROSENDORFF AND MYSELF LOOKED AT DATA, AND LANGLY GEE,

01:36PM  4    AND WE CAME TO THE CONCLUSION THAT THIS WOULD BE -- THE RESULTS

01:37PM  5    FROM THESE TESTS MIGHT BE PROBLEMATIC, AND THAT IT APPEARS IN

01:37PM  6    THIS EMAIL THAT THERE WAS A PROPOSED SOLUTION TO APPLY WHAT IS

01:37PM  7    CALLED A BIAS CORRECTION TO THE NUMERICAL RESULTS.

01:37PM  8         AND THAT WOULD BE TAKING EVERY RESULT FROM A DEVICE AND

01:37PM  9    THEN APPLYING SOME FACTOR TO THAT, LIKE SAYING EVERY DEVICE OR

01:37PM  10   EVERY RESULT THAT COMES OUT, MULTIPLY IT BY TWO TO GET THE

01:37PM  11   CORRECT RESULT.  THAT WOULD BE TO CORRECT, TO BIAS CORRECT,

01:37PM  12   LET'S SAY.

01:37PM  13        AND ADAM IS SAYING THAT HIS OPINION BASED ON THE DATA

01:37PM  14   WOULD BE THAT THAT WOULD NOT BE A SOLUTION TO THE PROBLEM

01:37PM  15   BECAUSE SOME RESULTS MIGHT BE CORRECTED APPROPRIATELY BY A BIAS

01:37PM  16   CORRECTION, BUT CORRECT RESULTS WOULD THEN BE MADE INCORRECT IF

01:37PM  17   IT WAS APPLIED.

01:37PM  18   Q.   OKAY.  AND IS THAT WHAT IS BEING DISCUSSED IN THE TOP

01:37PM  19   EMAIL ON THIS PAGE?

01:37PM  20        AND, MS. WACHS, IF WE CAN ZOOM IN ON THAT?

01:37PM  21   A.   I CAN SEE IT, YES.

01:37PM  22   Q.   AND THIS IS AN EMAIL FROM YOU ON APRIL 3RD; IS THAT RIGHT?

01:37PM  23   A.   THAT'S CORRECT.

01:38PM  24   Q.   OKAY.  AND YOU SAY, "LOOKING AT THESE DATA, I'M NOT SURE

01:38PM  25   THAT COMING UP WITH A BIAS CORRECTION WOULD FIX THE PROBLEMS

PANDORI DIRECT BY MR. BOSTIC                                    1621

01:38PM   1        WITH TSH AND FT4."

01:38PM   2             SO AM I UNDERSTANDING CORRECTLY THAT A BIAS CORRECTION

01:38PM   3        WILL WORK IN A CASE WHERE A TEST IS CONSISTENTLY REPORTING,

01:38PM   4        SAY, A CERTAIN AMOUNT TOO LOW OR A CERTAIN AMOUNT TOO HIGH?

01:38PM   5        A.   CORRECT.  SO THE USE OF THE TERM BIAS CORRECTION HERE

01:38PM   6        WOULD INDICATE THAT FOR SOME REASON A LAB TEST IS CONSISTENTLY

01:38PM   7        ERRING IN A CERTAIN MANNER, EITHER HIGH OR LOW, AND YOU'RE

01:38PM   8        GOING TO MATHEMATICALLY CORRECT THAT BY APPLYING A NUMBER TO

01:38PM   9        TAKE THOSE LOW RESULTS AND MAKE THEM CORRECT OR TAKE A HIGH

01:38PM  10        RESULT AND MAKE THEM CORRECT.

01:38PM  11             BUT IT WOULD BE APPLIED IN A MANNER THAT YOU SUGGESTED,

01:38PM  12        WHICH IS THAT WHEN THE FAILURE -- WHEN THE INACCURACY WAS

01:38PM  13        CONSISTENT.

01:38PM  14        Q.   SO WHAT WAS IT ABOUT THIS SITUATION, THEN, THE PROBLEMS

01:39PM  15        WITH TSH AND FT4 THAT MEANT THAT YOU COULDN'T APPLY THAT KIND

01:39PM  16        OF ADJUSTMENT TO FIX IT?

01:39PM  17        A.   BECAUSE THE TEST WAS OFFERING ACCURATE RESULTS SOMETIMES

01:39PM  18        AND INACCURATE RESULTS OTHER TIMES.

01:39PM  19             SO THE BIAS -- TO APPLY A BIAS CORRECTION IN THAT CASE

01:39PM  20        WOULD BE TO RENDER CERTAIN CORRECT RESULTS INCORRECT.

01:39PM  21        Q.   SO IF A TEST PERFORMS TOO INCONSISTENTLY, A BIAS

01:39PM  22        CORRECTION WON'T FIX THE PROBLEM?

01:39PM  23        A.   THAT'S CORRECT.

01:39PM  24        Q.   THANK YOU, MS. WACHS.  WE CAN TAKE THAT DOWN.

01:39PM  25             LET'S TALK ABOUT QUALITY CONTROL.  WERE YOU INVOLVED IN

ER-1010

01:39PM  1    QUALITY CONTROL FOR THERANOS DEVICES DURING YOUR TIME AT THE

01:39PM  2    COMPANY?

01:39PM  3    A.    I PLAYED A ROLE IN THAT.

01:39PM  4    Q.    WHAT WAS YOUR ROLE IN CONNECTION WITH QC?

01:39PM  5    A.    I MONITORED IT, I SURVEYED IT.  WHEN IT WAS ISSUES OF

01:39PM  6    QUALITY CONTROL WERE BROUGHT TO MY ATTENTION BY THE PEOPLE

01:39PM  7    RUNNING THE TESTS, I WOULD LOOK AT THE DATA, AND I WOULD BRING

01:39PM  8    IT TO OTHER PEOPLE'S ATTENTION AT THE COMPANY.

01:40PM  9    Q.    AND WHAT WAS THE FUNCTION OF QUALITY CONTROL AT THERANOS?

01:40PM  10   A.    THE FUNCTION OF QUALITY CONTROL AT THERANOS WAS THE SAME,

01:40PM  11   SOUGHT TO ACHIEVE THE SAME FUNCTION THAT QUALITY CONTROL SERVES

01:40PM  12   IN ANY CASE, AND THAT IS TO ASCERTAIN, DETERMINE WHETHER A LAB

01:40PM  13   TEST IS RUN INCORRECTLY OR NOT BEFORE IT'S USED OR AS IT'S USED

01:40PM  14   ON PATIENTS.

01:40PM  15   Q.    AND JUST IN BASIC TERMS, HOW DOES QUALITY CONTROL ACHIEVE

01:40PM  16   THAT?

01:40PM  17   A.    QUALITY CONTROL INDICATES THAT YOU HAVE A GOLD STANDARD,

01:40PM  18   EITHER A KNOWN -- IN THE CASE OF A LAB TEST WHICH GIVES

01:40PM  19   POSITIVE OR NEGATIVE RESULTS.  THAT WOULD MEAN A KNOWN NEGATIVE

01:40PM  20   AND A KNOWN POSITIVE.  THEY WOULD BE RUN TO DETERMINE WHAT --

01:40PM  21   THE TEST BETTER CALL THAT POSITIVE OR NEGATIVE OR THE TEST IS

01:40PM  22   NOT RUNNING CORRECTLY, SO WE HAVE CONTROLLED FOR IT.

01:40PM  23        IN THE CASE OF A TEST THAT GENERATES A NUMBER, YOU WOULD

01:40PM  24   PURCHASE THESE CONTROLS, THESE GOLD STANDARDS, AND THEY WOULD

01:41PM  25   COME WITH RANGES THAT WOULD BE DEEMED ACCEPTABLE.

PANDORI DIRECT BY MR. BOSTIC                                      1623

01:41PM   1        SO YOU WOULD RUN THAT STANDARD, THAT CONTROL, AND EXPECT A

01:41PM   2   CERTAIN VALUE.  AND IF YOU DIDN'T SEE IT OR YOU SAW SOMETHING

01:41PM   3   FAR AWAY FROM THAT VALUE, IT WOULD TELL YOU SOMETHING IS WRONG

01:41PM   4   WITH THE LABORATORY TESTS, ALERT SO TO SPEAK.

01:41PM   5   Q.   DURING YOUR TIME AT THERANOS, DID YOU BECOME FAMILIAR WITH

01:41PM   6   HOW THE EDISON PERFORMED ON QUALITY CONTROL TESTS?

01:41PM   7   A.   THE EDISON PERFORMED VERY POORLY WITH REGARD TO QUALITY

01:41PM   8   CONTROL TESTS.

01:41PM   9   Q.   AND WAS THAT THE CASE THROUGHOUT YOUR TIME AT THE COMPANY?

01:41PM  10   A.   THROUGHOUT MY TIME AT THE COMPANY MY RECOLLECTION IS THAT

01:41PM  11   THAT WAS THE CASE.

01:41PM  12   Q.   AND WHEN YOU SAY IT PERFORMED POORLY, HOW WOULD YOU

01:41PM  13   COMPARE ITS PERFORMANCE TO THE NON-THERANOS DEVICES THAT YOU

01:41PM  14   HAD USED PREVIOUSLY?

01:41PM  15   A.   EXTREMELY POORLY.

01:42PM  16        NUMERICALLY -- I HAD THE OPPORTUNITY TO LOOK AT EMAILS IN

01:42PM  17   THIS BINDER, AND SO I KNOW THAT, LIKE, THE AVERAGE QUALITY

01:42PM  18   CONTROL FAILURE RATE --

01:42PM  19             MR. CAZARES:  OBJECTION.  HEARSAY.

01:42PM  20   BY MR. BOSTIC:

01:42PM  21   Q.   LET'S WAIT, DR. PANDORI, UNTIL WE GET TO THAT EXHIBIT THAT

01:42PM  22   YOU'RE TALKING ABOUT.

01:42PM  23   A.   OKAY.

01:42PM  24   Q.   FOR NOW LET ME JUST ASK YOU IN GENERAL TERMS, DID THE

01:42PM  25   THERANOS ANALYZER PERFORM BETTER OR WORSE THAN THE NON-THERANOS

PANDORI DIRECT BY MR. BOSTIC                                    1624

01:42PM  1    DEVICES THAT YOU WERE FAMILIAR WITH?

01:42PM  2    A.   THE THERANOS DEVICES WORKED MUCH WORSE.

01:42PM  3    Q.   CAN I ASK YOU TO TURN TO EXHIBIT 5767 IN YOUR BINDER.

01:42PM  4    A.   I'M THERE.

01:42PM  5    Q.   OKAY.  IS THIS AN EMAIL EXCHANGE BETWEEN YOU AND

01:42PM  6    MR. BALWANI RELATING TO THE OPERATIONS OF THE LAB?

01:42PM  7    A.   YES, THIS IS AN EXCHANGE BETWEEN SUNNY BALWANI AND MYSELF

01:43PM  8    ABOUT LOGISTICAL OPERATIONS AT THE LABORATORY.

01:43PM  9            MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5767.

01:43PM 10            MR. CAZARES:  ONE MOMENT, YOUR HONOR.

01:43PM 11         (PAUSE IN PROCEEDINGS.)

01:43PM 12            MR. CAZARES:  NO OBJECTION.

01:43PM 13            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:43PM 14         (GOVERNMENT'S EXHIBIT 5767 WAS RECEIVED IN EVIDENCE.)

01:43PM 15    BY MR. BOSTIC:

01:43PM 16    Q.   LET'S START ON PAGE 1.  AND IF WE CAN LOOK AT THE MIDDLE

01:43PM 17    OF THE PAGE WITH YOUR EMAIL TO MR. BALWANI.

01:43PM 18         SO ON JANUARY 30TH YOU WRITE, "SUNNY,

01:43PM 19         "UPDATE.

01:43PM 20         "I FOLLOWED SPECIMENS THROUGH THE PROCESS, ON FOOT,

01:43PM 21    ESSENTIALLY ALL DAY."

01:43PM 22         DO YOU SEE THAT?

01:43PM 23    A.   I SEE IT.

01:43PM 24    Q.   AND THEN YOU REPORT A NUMBER OF ISSUES THAT YOU OBSERVED;

01:43PM 25    IS THAT RIGHT?

ER-1013

PANDORI DIRECT BY MR. BOSTIC                                        1625

01:43PM  1    A.   THAT'S CORRECT.

01:43PM  2    Q.   AND CAN YOU EXPLAIN TO US WHY YOU WERE TRACKING SPECIMENS

01:43PM  3    AND WHY YOU SENT THIS EMAIL TO MR. BALWANI?

01:43PM  4    A.   ONE OF MY ROLES AS LABORATORY DIRECTOR WAS TO MAKE SURE

01:44PM  5    THAT THE PROCESSES WERE RUNNING SMOOTHLY.

01:44PM  6         THE IMPORTANCE OF THAT IS THAT YOU NEED TO GET LAB RESULTS

01:44PM  7    TURNED AROUND IN A REASONABLE AMOUNT OF TIME, AND I WANTED TO

01:44PM  8    MAKE SURE THAT THERE WERE -- THERE WAS NOTHING -- NO BARRIERS

01:44PM  9    THAT COULD BE REMOVED WITH REGARD TO TURNAROUND TIME.

01:44PM  10        AND IF THERE WERE BARRIERS, WHAT WERE THEY?

01:44PM  11   Q.   SO YOUR MAIN GOAL HERE WAS IMPROVING THE EFFICIENCY OF THE

01:44PM  12   LAB; IS THAT FAIR?

01:44PM  13   A.   THAT'S CORRECT.

01:44PM  14   Q.   LET'S LOOK AT WHAT YOU REPORTED IN TERMS OF TURNAROUND

01:44PM  15   TIME.  AND YOU SAY IN YOUR EMAIL, "TODAY, 4 SPECIMENS ARRIVED,

01:44PM  16   WITH A TOTAL REQUISITION OF 14 TESTS."

01:44PM  17        IS THAT RIGHT?

01:44PM  18   A.   THAT'S CORRECT.

01:44PM  19   Q.   FIRST OF ALL, JUST AS AN ASIDE, HOW DOES THAT TEST VOLUME

01:44PM  20   COMPARE TO WHAT YOU WERE USED TO WORKING AT PREVIOUS LABS?

01:44PM  21   A.   IT'S MUCH, MUCH LOWER.  MUCH LOWER.

01:45PM  22   Q.   OKAY.  THOSE 4 SPECIMENS AND 14 TESTS, YOU THEN REPORT HOW

01:45PM  23   THEY RESULTED OUT IN THE NEXT LINE; IS THAT CORRECT?

01:45PM  24   A.   IN THE NEXT LINE I'M INDICATING THE TURNAROUND TIMES THAT

01:45PM  25   I TIMED ON MY STOPWATCH.

01:45PM 1    Q.   OKAY.  AND YOU SAY FOR THE 3 OF 4 SPECIMENS THAT ACTUALLY

01:45PM 2    COMPLETED AND RESULTED OUT, THE TURNAROUND TIMES WERE 9.5, 9.5,

01:45PM 3    AND 7 HOURS RESPECTIVELY?

01:45PM 4    A.   YES.

01:45PM 5    Q.   LET'S LOOK AT THE BOTTOM LINE ON THIS PAGE.

01:45PM 6         YOU SAY, "DELAYS TODAY INCLUDED:"

01:45PM 7         IT SAYS, "CALCIUM FAILED QC ON MULTIPLE OCCASIONS DUE TO

01:45PM 8    TECAN DILUTION PROBLEMS IN NORMANDY."

01:45PM 9         DO YOU SEE THAT?

01:45PM 10   A.   I SEE THAT.

01:46PM 11   Q.   HOW DID THESE MULTIPLE CALCIUM QC FAILURES AFFECT WHAT YOU

01:46PM 12   WERE FOCUSSING ON, THE EFFICIENCY AND TURNAROUND TIME AT THE

01:46PM 13   LAB?

01:46PM 14   A.   WHEN QC FAILURES OCCUR, THEY INDICATE THAT THE EQUIPMENT

01:46PM 15   IS NOT OPERATING PROPERLY, SO YOU HAVE TO TRY RUNNING QC AGAIN

01:46PM 16   TO SEE IF IT WAS JUST A PROBLEM WITH QC OR IF THERE MIGHT BE A

01:46PM 17   SYSTEMATIC PROBLEM WITH THE EQUIPMENT OR THE LAB TEST.

01:46PM 18        RERUNNING QC TAKES TIME, AND THAT WOULD LENGTHEN

01:46PM 19   TURNAROUND TIMES.

01:46PM 20        IF THERE IS A PROBLEM WITH THE MACHINE THAT IS DETECTED

01:46PM 21   BECAUSE THE CONTROLS ARE TELLING YOU THERE IS SOMETHING WRONG,

01:46PM 22   AND YOU WOULD HAVE TO TROUBLESHOOT THAT.  AND IF THAT COULD BE

01:46PM 23   DONE IN A REASONABLE AMOUNT OF TIME, WELL, NO MATTER HOW LONG

01:46PM 24   THAT TOOK, THAT WOULD LENGTHEN TURNAROUND TIMES AS WELL.

01:46PM 25   Q.   OKAY.  YOUR EMAIL MENTIONS THAT THESE QC FAILURES WERE

PANDORI DIRECT BY MR. BOSTIC                                    1627

01:46PM   1    APPARENTLY DUE TO A TECAN DILUTION PROBLEM?

01:46PM   2    A.   THAT'S WHAT IT SAYS HERE, YES.

01:46PM   3    Q.   LET ME ASK FOR THE FDA APPROVED NON-THERANOS TESTS THAT

01:47PM   4    THE COMPANY DID, DID THEY DEPEND ON USE OF THE TECAN DEVICE?

01:47PM   5    A.   NO.

01:47PM   6    Q.   SO THIS PROBLEM WOULD HAVE BEEN AVOIDED USING THE FDA

01:47PM   7    APPROVED THIRD PARTY DEVICES?

01:47PM   8    A.   IT WOULDN'T HAVE EXISTED IF YOU RAN FDA CLEARED DEVICES,

01:47PM   9    BUT YOU WOULD HAVE HAD TO HAVE DONE A VENOUS DRAW TO MAKE THAT

01:47PM  10    HAPPEN, V-E-N-O-U-S, DRAW TO MAKE THAT HAPPEN.

01:47PM  11    Q.   DID YOU SEE MULTIPLE QUALITY CONTROL FAILURES DURING YOUR

01:47PM  12    TIME AT THERANOS?

01:47PM  13    A.   YES.

01:47PM  14    Q.   WHEN YOU WERE AT THE COMPANY, DID YOU WORK EVER ON DEMOS

01:47PM  15    OF THERANOS'S TECHNOLOGY FOR VIP GUESTS?

01:47PM  16    A.   YES.

01:47PM  17    Q.   I'LL ASK YOU TO LOOK AT TAB 1522, PLEASE, IN YOUR BINDER.

01:48PM  18    A.   I SEE IT.

01:48PM  19    Q.   AND IS THIS AN EMAIL INCLUDING YOU RELATING TO ANOTHER QC

01:48PM  20    FAILURE AFFECTING ONE OF THOSE DEMOS?

01:48PM  21    A.   YES.

01:48PM  22         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1522.

01:48PM  23         MR. CAZARES:  NO OBJECTION.

01:48PM  24         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:48PM  25    (GOVERNMENT'S EXHIBIT 1522 WAS RECEIVED IN EVIDENCE.)

ER-1016

PANDORI DIRECT BY MR. BOSTIC                                    1628

01:48PM  1    BY MR. BOSTIC:

01:48PM  2    Q.   ALL RIGHT.  LET'S ZOOM IN ON THE BOTTOM HALF FIRST.

01:48PM  3         DR. PANDORI, DO YOU SEE THAT THIS STARTS WITH AN EMAIL

01:48PM  4    FROM ERIKA CHEUNG TO YOU, DR. ROSENDORFF, AND JAMIE LIU AT

01:48PM  5    THERANOS; IS THAT RIGHT?

01:48PM  6    A.   YES.

01:48PM  7    Q.   AND MS. CHEUNG WRITES, "HI ADAM,

01:48PM  8         "I RERAN THE LEVEL 1 QC FOR TSH, IT FAILED AGAIN."

01:48PM  9         DO YOU SEE THAT?

01:48PM 10    A.   I SEE THAT.

01:49PM 11    Q.   AFTER A QUALITY CONTROL FAILURE LIKE THIS FOR THE ASSAY

01:49PM 12    TSH, WOULD IT BE POSSIBLE TO RUN A PATIENT SAMPLE ON THAT

01:49PM 13    DEVICE?

01:49PM 14    A.   NOT AT THAT POINT, NOPE.

01:49PM 15    Q.   AND YOU THEN RESPOND TO MS. CHEUNG'S EMAIL, RESPONDING

01:49PM 16    JUST TO DR. ROSENDORFF, AND YOU SAY "ALERT.

01:49PM 17         "THE TSH IS FOR A POTENTIAL INVESTOR."

01:49PM 18         DO YOU SEE THAT?

01:49PM 19    A.   I DO.

01:49PM 20    Q.   AND WHY DID YOU THINK IT WAS IMPORTANT FOR DR. ROSENDORFF

01:49PM 21    TO KNOW THAT THIS WAS THE TEST SAMPLE OF A POTENTIAL INVESTOR?

01:49PM 22    A.   THE PRODUCT MANAGERS AND MANAGEMENT AT THERANOS WERE

01:49PM 23    ALWAYS APPLYING A HIGHER LEVEL OF PRESSURE AND IMPORTANCE TO

01:49PM 24    GETTING SPECIMENS FROM SUCH INDIVIDUALS OUT IN A RAPID MANNER.

01:49PM 25    Q.   AND WHO WERE THE PRODUCT MANAGERS AT THERANOS?  WHAT GROUP

ER-1017

| | | |
|---|---|---|
| 01:49PM | 1 | OF PEOPLE ARE WE TALKING ABOUT? |
| 01:49PM | 2 | A.   WOULD YOU LIKE MET TO TRY AND REMEMBER THEIR NAMES? |
| 01:49PM | 3 | Q.   OR COULD YOU DESCRIBE THEIR ROLE IN THE COMPANY?  ARE WE |
| 01:50PM | 4 | TALKING ABOUT TECHNICAL PERSONNEL WHO WORKED IN THE LAB, FOR |
| 01:50PM | 5 | EXAMPLE? |
| 01:50PM | 6 | A.   THEY WERE NOT TECHNICAL PERSONNEL. |
| 01:50PM | 7 | THE ONES THAT I KNEW ALL HAD BUSINESS BACKGROUNDS. |
| 01:50PM | 8 | Q.   AND DO YOU KNOW WHO THEY REPORTED TO AT THE COMPANY? |
| 01:50PM | 9 | A.   INDIVIDUALLY, I BELIEVE THEY REPORTED TO SUNNY BALWANI. |
| 01:50PM | 10 | Q.   THAT WAS YOUR UNDERSTANDING? |
| 01:50PM | 11 | A.   THAT WAS MY UNDERSTANDING. |
| 01:50PM | 12 | Q.   SO YOU MENTIONED THAT THERE WAS A DESIRE OR INSTRUCTIONS |
| 01:50PM | 13 | FROM THOSE INDIVIDUALS THAT VIP SAMPLES WERE TO BE HANDLED |
| 01:50PM | 14 | QUICKLY. |
| 01:50PM | 15 | HOW WAS THAT IMPLEMENTED IN THE LAB? |
| 01:50PM | 16 | A.   HOW IS WHAT IMPLEMENTED?  I'M SORRY. |
| 01:50PM | 17 | Q.   AM I RIGHT THAT YOU TESTIFIED THAT THERE WAS A DESIRE THAT |
| 01:50PM | 18 | THOSE SAMPLES BE TURNED AROUND QUICKLY? |
| 01:50PM | 19 | A.   YES. |
| 01:50PM | 20 | Q.   HOW WAS THAT ACCOMPLISHED? |
| 01:50PM | 21 | A.   BY PAYING -- BY PUTTING THEM IN FRONT OF OTHER TESTS, FOR |
| 01:51PM | 22 | EXAMPLE. |
| 01:51PM | 23 | SO LET'S SAY THERE WERE SEVEN OR EIGHT OR NINE PEOPLE |
| 01:51PM | 24 | WAITING TO BE TESTED ON A GIVEN DAY, THEY WOULD BE PUT IN FRONT |
| 01:51PM | 25 | OF THE LINE. |

PANDORI DIRECT BY MR. BOSTIC                                    1630

01:51PM   1    Q.   DID YOU AGREE WITH THAT PRACTICE AS LAB DIRECTOR?

01:51PM   2    A.   NO.

01:51PM   3    Q.   WHY NOT?

01:51PM   4    A.   WELL, FOR ONE, IT SORT OF MISREPRESENTS THE RAPIDITY OR

01:51PM   5    EFFICIENCY OF THE TRUE PROCESS BECAUSE TRUE PROCESSES ARE

01:51PM   6    ALWAYS GOING TO BE A LOT OF SPECIMENS IN THE LAB AT A GIVEN

01:51PM   7    TIME.

01:51PM   8         SO IT WOULDN'T ACCURATELY NECESSARILY REFLECT THE

01:51PM   9    TURNAROUND TIME.

01:51PM   10        ADDITIONALLY, IT STRIKES ME AS A SPIRITUAL PROBLEM BECAUSE

01:51PM   11   YOU'RE TRYING TO GET A LAB RESULT OUT FOR ONE HUMAN BEING

01:51PM   12   BEFORE ANOTHER HUMAN BEING ONLY ON THE BASIS OF THE FACT THAT

01:51PM   13   THEY'RE A POTENTIAL INVESTOR.

01:51PM   14   Q.   CAN I ASK YOU TO LOOK NEXT AT TAB 1528, PLEASE.

01:52PM   15   A.   YEAH, I'M THERE.

01:52PM   16   Q.   YOU'RE LOOKING AT A FEBRUARY 10TH EMAIL.

01:52PM   17        IS THIS AN EMAIL ABOUT ANOTHER QC FAILURE ON

01:52PM   18   FEBRUARY 11TH?

01:52PM   19   A.   WHICH EMAIL?  DID YOU WANT ME TO LOOK AT A SPECIFIC EMAIL

01:52PM   20   ON THIS PAGE?

01:52PM   21   Q.   SURE.

01:52PM   22        LOOKING AT THE CHAIN AS A WHOLE, BUT I'LL DIRECT YOU TO

01:52PM   23   THE BOTTOM EMAIL, THE ORIGINAL ONE OF THE CHAIN.

01:52PM   24   A.   AND YOU SAID 1528?

01:52PM   25   Q.   1528, UH-HUH.

01:52PM 1    A.   OKAY.  AT THE BOTTOM?  YEAH, I SEE IT.

01:52PM 2    Q.   AND IS THIS AN EMAIL CHAIN INCLUDING YOU AND OTHERS AT

01:52PM 3    THERANOS RELATING TO A QC FAILURE?

01:52PM 4    A.   IT IS.

01:52PM 5              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1528.

01:52PM 6              MR. CAZARES:  NO OBJECTION.

01:52PM 7              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

01:52PM 8         (GOVERNMENT'S EXHIBIT 1528 WAS RECEIVED IN EVIDENCE.)

01:52PM 9    BY MR. BOSTIC:

01:52PM 10   Q.   LET'S START WITH THE EMAIL AT THE BOTTOM OF PAGE 1.

01:53PM 11        THIS IS THE DAY AFTER WHAT WE WERE JUST LOOKING AT; IS

01:53PM 12   THAT RIGHT?

01:53PM 13   A.   YOU SAID FEBRUARY 10TH, BUT I DON'T SEE THAT IN ANY OF THE

01:53PM 14   DOCUMENTS HERE.

01:53PM 15   Q.   SORRY.  THIS ONE IS FEBRUARY 11TH; IS THAT RIGHT?

01:53PM 16   A.   THAT'S CORRECT.

01:53PM 17   Q.   AND IF YOU TURN BACK TO 1522 THAT WE WERE JUST LOOKING AT.

01:53PM 18   A.   YES.

01:53PM 19   Q.   WAS THAT ON FEBRUARY 10TH, THE DAY BEFORE?

01:53PM 20   A.   YES.

01:53PM 21   Q.   OKAY.  CAN YOU EXPLAIN FOR US WHAT IS HAPPENING HERE AND

01:53PM 22   WHAT MS. CHEUNG IS REPORTING TO YOU AND DR. ROSENDORFF?

01:53PM 23   A.   YOU'RE ASKING ME WHAT THIS IS CONVEYING?

01:53PM 24   Q.   YES, ORIENT US AS TO WHY THIS WAS SENT?

01:54PM 25   A.   THIS WAS SENT BECAUSE ERIKA CHEUNG WAS CONCERNED ABOUT

01:54PM   1    GETTING SPECIMENS COMPLETED IN A TIMELY MANNER.

01:54PM   2    Q.   AND HAD SHE RUN INTO A SPECIFIC PROBLEM THAT WAS

01:54PM   3    PREVENTING THAT FROM HAPPENING?

01:54PM   4    A.   YEAH.   ERIKA WAS TRYING TO RUN SPECIMENS FOR TSH, BUT IN

01:54PM   5    ORDER -- WHEN SHE SOUGHT TO RUN THE TESTS ON THOSE MACHINES,

01:54PM   6    THE QUALITY CONTROL FAILED, THAT MEANT THAT IT HAD TO BE DONE

01:54PM   7    AGAIN, SOMETHING ELSE HAD TO BE DONE, SO MORE TIME WAS GOING TO

01:54PM   8    BE TAKEN.

01:54PM   9         SHE'S TELLING US THIS IN THE CONTEXT OF THE FACT THAT EVEN

01:54PM  10    MORE SPECIMENS FOR THAT TEST ARE COMING IN, SO THE PROBLEM WILL

01:54PM  11    NOW BE COMPOUNDED BECAUSE NOT ONLY DOES THE TEST NOT WORK, BUT

01:54PM  12    MORE SPECIMENS ARE COMING IN, AND SHE STILL HAS A LOT OF WORK

01:54PM  13    TO DO, AND HER SHIFT IS APPROACHING, AND SO SHE WANTS TO --

01:54PM  14    BECAUSE THERE'S STILL A LOT OF WORK THAT NEEDS TO BE DONE TO

01:54PM  15    GET THINGS UP AND RUNNING, NOT ONLY RUNNING QUALITY CONTROL,

01:54PM  16    BUT ALSO RECREATING WHAT ARE CALLED CALIBRATION CURVES, WHICH

01:55PM  17    ARE ANOTHER PART OF THE QUALITY ASPECT OF RUNNING THE TEST.

01:55PM  18         SO SHE'S EXPRESSING THAT THERE'S A NUMBER OF BARRIERS,

01:55PM  19    INCLUDING QUALITY CONTROL PASSING, THAT ARE GOING TO PREVENT US

01:55PM  20    FROM GETTING THESE SPECIMENS RUN IN A TIMELY MANNER.

01:55PM  21    Q.   OKAY.   LET'S MOVE UP IN THE CHAIN AND LOOK AT THE

01:55PM  22    RESPONSES TO THAT.

01:55PM  23         FIRST, AT THE BOTTOM OF THAT COLLECTION DO YOU SEE AN

01:55PM  24    EMAIL FROM DR. ROSENDORFF RESPONDING TO MS. CHEUNG?

01:55PM  25    A.   YES.

ER-1021

PANDORI DIRECT BY MR. BOSTIC                                              1633

01:55PM 1    Q.   AND HE SAYS THAT SHE SHOULD PROCESS THE SAMPLES THE

01:55PM 2    FOLLOWING DAY BECAUSE THAT'S THE SAFEST COURSE OF ACTION AS THE

01:55PM 3    RIGHT RESULT TOMORROW IS BETTER THAN A FAST INACCURATE RESULT.

01:55PM 4        DO YOU SEE THAT?

01:55PM 5    A.   I SEE THAT.

01:55PM 6    Q.   DID YOU AGREE WITH THAT DECISION AND APPROACH?

01:55PM 7    A.   I SURE DO.

01:55PM 8    Q.   LET'S LOOK AT YOUR EMAIL.  AND THEN YOU RESPOND JUST TO

01:55PM 9    DR. ROSENDORFF; IS THAT CORRECT?

01:55PM 10   A.   CORRECT.

01:55PM 11   Q.   AND YOU SAY, "GREAT.

01:55PM 12       "I GUESS MY GROWING CONCERN IS WHY THESE FAIL SO OFTEN."

01:55PM 13       WHAT DO YOU REMEMBER FROM THIS TIME AT THE COMPANY ABOUT

01:56PM 14   HOW FREQUENTLY YOU SAW THIS KIND OF QUALITY CONTROL FAILURE?

01:56PM 15   A.   I WAS SEEING QUALITY CONTROL FAILURES HAPPEN SO OFTEN THAT

01:56PM 16   TWO THINGS CAME TO MIND.

01:56PM 17       ONE IS THAT THE TURNAROUND TIMES FOR GETTING RESULTS OUT

01:56PM 18   THAT THE COMPANY WAS SEEKING WERE GOING TO BE VERY, VERY

01:56PM 19   DIFFICULT TO ACHIEVE.

01:56PM 20       SECONDLY, WHEN QUALITY CONTROL IS FAILING, THAT MEANS THAT

01:56PM 21   THE TESTS ARE HAVING DIFFICULTY ACCURATELY MEASURING SOMETHING

01:56PM 22   ON A ROUTINE BASIS.

01:56PM 23       SO IT CALLED INTO MIND THE FACT THAT THE EQUIPMENT MIGHT

01:56PM 24   NOT ONLY FAIL A LOT BUT BE INACCURATE.

01:56PM 25   Q.   AND WHEN A DEVICE FAILED QUALITY CONTROL, I THINK YOU

01:56PM   1        TESTIFIED THAT IT COULD NOT BE USED FOR PATIENT TESTING; IS

01:56PM   2        THAT RIGHT?

01:56PM   3        A.   CORRECT.

01:56PM   4        Q.   DESPITE THAT, DID THIS POOR QUALITY CONTROL PERFORMANCE

01:56PM   5        CAUSE YOU CONCERNS ABOUT THE ACCURACY OF RESULTS THAT WERE

01:56PM   6        GOING OUT TO PATIENTS?

01:57PM   7                MR. CAZARES:  OBJECTION.  702.  NOT NOTICED.

01:57PM   8                THE COURT:  OVERRULED.

01:57PM   9        BY MR. BOSTIC:

01:57PM  10        Q.   WOULD YOU LIKE THE QUESTION AGAIN, DOCTOR?

01:57PM  11        A.   NO, I HEARD THE QUESTION.

01:57PM  12            YOU ASKED ME IF IT LED TO MY CONCERN ABOUT THE ACCURACY OF

01:57PM  13        TEST RESULTS THAT WERE GOING OUT FROM THAT EQUIPMENT?

01:57PM  14            AND THE ANSWER IS, YES, IT DID RESULT IN A CONCERN ON MY

01:57PM  15        PART.

01:57PM  16            SO THE EQUIPMENT QUALITY CONTROLS ARE BEING RUN, AND

01:57PM  17        THEY'RE SHOWING RESULTS THAT ARE NUMERICALLY OFF BY ENOUGH THAT

01:57PM  18        IT'S NOT PASSING THE EQUIPMENT.

01:57PM  19            SO I DON'T WANT TO RUN A PATIENT SPECIMEN ON THAT.

01:57PM  20        Q.   AND FOLLOWING THIS EXAMPLE, THIS IS STILL EARLY

01:57PM  21        FEBRUARY 2014, DID YOU CONTINUE TO EXPERIENCE MORE QUALITY

01:57PM  22        CONTROL FAILURES OF THE THERANOS EQUIPMENT?

01:57PM  23        A.   YES.

01:57PM  24        Q.   LET'S LOOK AT ANOTHER EXAMPLE.  PLEASE TURN TO 1595 IN

01:57PM  25        YOUR BINDER.

01:57PM  1      A.   OKAY.

01:57PM  2      Q.   AND ARE WE LOOKING HERE AT ANOTHER EMAIL, INCLUDING YOU,

01:58PM  3      FROM LATE FEBRUARY 2014 ADDRESSING A POSSIBLE SOLUTION TO THESE

01:58PM  4      QC FAILURES?

01:58PM  5      A.   YES, THAT'S CORRECT.

01:58PM  6             MR. BOSTIC:  OKAY.  THE GOVERNMENT OFFERS 1595,

01:58PM  7      YOUR HONOR.

01:58PM  8             MR. CAZARES:  NO OBJECTION.

01:58PM  9             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:58PM 10         (GOVERNMENT'S EXHIBIT 1595 WAS RECEIVED IN EVIDENCE.)

01:58PM 11      BY MR. BOSTIC:

01:58PM 12      Q.   IF WE STARTED AT THE BOTTOM OF THAT FIRST EMAIL, WE SEE A

01:58PM 13      MESSAGE FROM YOU ON FEBRUARY 27TH, 2014; IS THAT CORRECT?

01:58PM 14      A.   YES, THAT'S CORRECT.

01:58PM 15      Q.   AND THE SUBJECT IS REDUNDANCY.

01:58PM 16             AND YOU SAY, "ADAM,

01:58PM 17             "GIVEN THE FREQUENCY OF QC FAILURES FOR EDISON TESTS, AND

01:59PM 18      THE FREQUENCY WITH WHICH TESTS LIKE TSH ARE ORDERED

01:59PM 19      (APPROXIMATELY 33 PERCENT OF PATIENTS OVER THE LAST WEEK HAVE

01:59PM 20      HAD IT ORDERED), I WOULD LIKE TO CONSIDER WHETHER SOME

01:59PM 21      REDUNDANCY IS POSSIBLE."

01:59PM 22         CAN YOU EXPLAIN WHAT PROMPTED YOU TO SEND THIS EMAIL AND

01:59PM 23      WHAT YOU WERE SUGGESTING?

01:59PM 24      A.   WELL, WHEN YOU'RE WORKING IN THE CONTEXT OF A PLACE LIKE

01:59PM 25      THERANOS, YOU KNOW, YOU ARE TRYING TO DEVELOP SOMETHING NEW AND

01:59PM  1    SO WHEN THERE ARE PROBLEMS, YOU WANT TO TRY AND FIX THAT, AND

01:59PM  2    YOU WANT THIS TO WORK.

01:59PM  3         I HAD -- THERE HAD BEEN SOME KNOWLEDGE THAT I HAD, WHICH

01:59PM  4    IMPLIED THAT SOME OF THE EDISON EQUIPMENT MIGHT WORK -- THIS IS

01:59PM  5    EARLY -- SOME OF THE EDISON EQUIPMENT MIGHT WORK, SOME OF IT

01:59PM  6    MIGHT NOT, AND THAT IF WE COULD TAKE THESE SPECIMENS AND RUN

01:59PM  7    THEM ON MULTIPLE EQUIPMENT AT ONCE, THE EQUIPMENT THAT WAS

01:59PM  8    PASSING QUALITY CONTROL COULD BE USED TO GENERATE A RESULT

01:59PM  9    WHEREAS, YOU KNOW, THEN WE COULD GET THE RESULTS OUT FOR THE

01:59PM 10    CLINICIAN AND THE PATIENT IN A TIMELY MANNER, AND WE WOULDN'T

01:59PM 11    HAVE TO ASK FOR A REDRAW IN THAT CASE.

02:00PM 12    Q.   OKAY.  UNDERSTOOD.

02:00PM 13         YOU SAID AT THAT TIME THAT IT WAS YOUR UNDERSTANDING THAT

02:00PM 14    SOME OF THE DEVICES MIGHT BE GOOD AND OTHERS MIGHT BE BAD; IS

02:00PM 15    THAT RIGHT?

02:00PM 16    A.   THAT WAS NOT 100 PERCENT CLEAR TO ME, BUT IT WAS A

02:00PM 17    HYPOTHESIS ON MY PART.  AND THERE WERE SOME OTHER PEOPLE IN THE

02:00PM 18    COMPANY THAT THOUGHT THAT THAT MIGHT BE THE CASE.

02:00PM 19    Q.   BASED ON YOUR OBSERVATIONS OVER TIME GOING FORWARD, DID

02:00PM 20    THAT VIEW CHANGE?

02:00PM 21    A.   THE QUALITY CONTROL REMAINED A PROBLEM FOR THE DURATION OF

02:00PM 22    MY TIME AT THE COMPANY, SO I DON'T -- I CAN ONLY SAY THAT.

02:00PM 23    Q.   DURING YOUR TIME AT THE COMPANY, WERE YOU EVER ABLE TO

02:00PM 24    IDENTIFY, FOR EXAMPLE, A SUBSET OF EDISON DEVICES THAT NEVER

02:00PM 25    FAILED QUALITY CONTROL OR ANYTHING LIKE THAT?

PANDORI DIRECT BY MR. BOSTIC                                     1637

02:00PM  1    A.   NO.

02:00PM  2    Q.   SO CAN YOU EXPLAIN THEN HOW YOUR SUGGESTION WOULD WORK?

02:01PM  3    WHAT ARE YOU ACTUALLY PROPOSING?

02:01PM  4    A.   THAT WE COULD RUN A SPECIMEN ON TWO, OR LET'S SAY TWO

02:01PM  5    EDISONS, AND RUN THE QUALITY CONTROLS AND REPORT THE RESULTS

02:01PM  6    OUT FROM THE EDISON THAT HAD PROPER AND ACCURATE QUALITY

02:01PM  7    CONTROL.

02:01PM  8    Q.   LET'S LOOK AT MS. CHEUNG'S RESPONSE TO THAT SUGGESTION, IF

02:01PM  9    YOU LOOK AT THE TOP EMAIL.

02:01PM 10         SHE WRITES, "HI MARK,

02:01PM 11         "WE SHOULD HAVE NO PROBLEM CALIBRATING TWO SETS OF

02:01PM 12    MACHINES FOR RUNNING TWO PATIENT SAMPLES AT A TIME."

02:01PM 13         SHE THEN SAYS A COUPLE OF SENTENCES LATER, "JUST TO LET

02:01PM 14    YOU KNOW, THE ISSUE WITH QC FAILURES WE HAVE SEEN RECENTLY HAVE

02:01PM 15    BEEN DUE TO REAGENT/CARTRIDGE PROBLEMS.  SO BEAR IN MIND, IF WE

02:02PM 16    CALIBRATE ON TWO SETS USING THE SAME LOT OF REAGENTS, THE QC'S

02:02PM 17    WILL STILL FAIL FOR BOTH SETS OF MACHINES."

02:02PM 18         DO YOU SEE THAT?

02:02PM 19    A.   YES, I SEE THAT.

02:02PM 20    Q.   CAN YOU EXPLAIN THAT FOR US?  WHY WAS YOUR REDUNDANCY IDEA

02:02PM 21    NOT GOING TO ADDRESS THE PROBLEMS THAT WERE BEING SEEN AT THIS

02:02PM 22    TIME?

02:02PM 23    A.   ERIKA IS SHARING WITH ME THAT SHE HAD INFORMATION OR DATA

02:02PM 24    TO INDICATE THAT THE PROBLEM WASN'T THE MACHINE, BUT THE

02:02PM 25    REAGENTS OR THE CHEMICALS THAT YOU PUT INTO THE MACHINE.

PANDORI DIRECT BY MR. BOSTIC                                    1638

02:02PM  1          THE MACHINE JUST CAN'T RUN A LOT OF TESTS.  IT NEEDS

02:02PM  2     CHEMICALS TO BE PUT IN THERE.  WE CALL THEM REAGENTS.  I

02:02PM  3     BELIEVE FOR EDISONS THEY WERE CALL CAPSYS CARTRIDGES.

02:02PM  4          SHE'S SAYING THAT SHE HAS INFORMATION THAT I DIDN'T HAVE

02:02PM  5     THAT INDICATED THAT THOSE REAGENTS WERE THE PROBLEM AND THAT

02:02PM  6     WHETHER WE PUT THOSE REAGENTS IN TWO MACHINES OR MORE, IT

02:02PM  7     WOULDN'T SOLVE THE PROBLEM.

02:02PM  8     Q.   AND DO YOU KNOW WHETHER THE REAGENTS THAT WERE USED FOR

02:03PM  9     THESE TESTS WERE SOMETHING THAT THERANOS WAS CREATING OR

02:03PM  10    SOMETHING THAT THERANOS WAS GETTING FROM OUTSIDE?

02:03PM  11    A.   MY UNDERSTANDING IS THAT THERANOS WAS BUYING CHEMICALS

02:03PM  12    FROM THE OUTSIDE AND THEN ASSEMBLING THEM TO THE REAGENT

02:03PM  13    MIXTURE THAT WOULD GO INTO THE MACHINE.

02:03PM  14    Q.   PLEASE LOOK AT TAB 1633 NEXT.

02:03PM  15         ACTUALLY, THIS HAS ALREADY BEEN ADMITTED, SO MAY WE

02:03PM  16    PUBLISH, YOUR HONOR?

02:03PM  17             THE COURT:  YES.

02:03PM  18    BY MR. BOSTIC:

02:03PM  19    Q.   AND LET'S LOOK AT THE BOTTOM MESSAGE HERE ON PAGE 1.

02:03PM  20         DO YOU SEE AN EMAIL FROM LANGLY GEE, OR LANGLY GEE, TO YOU

02:03PM  21    ON MARCH 28TH, 2014?

02:03PM  22    A.   I SEE IT.

02:03PM  23    Q.   AND HE SAYS, "MARK:

02:03PM  24         "THE OTHER DAY YOU ASKED FOR A NUMBER OF FAILED QC ELISA

02:03PM  25    RUNS.  FOR MARCH, 26 PERCENT RUNS FAILED."

02:03PM  1          DO YOU SEE THAT?

02:03PM  2     A.   I SEE IT.

02:03PM  3     Q.   IS THIS THE INFORMATION THAT YOU STARTED TO REFERENCE

02:03PM  4     EARLIER ABOUT THE OVERALL FAILURE RATE?

02:04PM  5     A.   IT IS IN FACT.

02:04PM  6     Q.   LET'S FLIP TO THE NEXT PAGE AND ACTUALLY LOOK AT THOSE

02:04PM  7     NUMBERS.

02:04PM  8     A.   I'M THERE.

02:04PM  9     Q.   OKAY.  GIVE US ONE SECOND TO GET IT ON THE SCREEN.

02:04PM 10          DO YOU REMEMBER GETTING THIS INFORMATION IN MARCH 2014?

02:04PM 11     A.   THE EMAIL REFRESHES MY MEMORY IN THAT REGARD.

02:04PM 12     Q.   OKAY.  AS LAB DIRECTOR AT THAT TIME, WHAT WAS YOUR

02:04PM 13     REACTION TO SEEING THESE QC FAILURE NUMBERS?

02:04PM 14     A.   I WAS DISAPPOINTED, UPSET, CONCERNED BECAUSE THESE ARE

02:04PM 15     HIGH VALUES FOR A FREQUENCY OF QUALITY CONTROL FAILURE, AND

02:04PM 16     IT'S EMBLEMATIC OF TWO POSSIBLE PROBLEMS FROM A DIAGNOSTIC LAB

02:04PM 17     PERSPECTIVE, SEVERAL, BUT MOST IMPORTANTLY ACCURACY OF THE TEST

02:04PM 18     BEING AN ISSUE, THE RELIABILITY OF THE TEST, BUT ALSO

02:05PM 19     TURNAROUND TIME.

02:05PM 20          SO EVEN IF THE TEST IS SOMEHOW INACCURATE, HAVING TO

02:05PM 21     CONSTANTLY RERUN QC WOULD MAKE YOU HAVE TO RERUN TESTS.

02:05PM 22          AND THAT TURNAROUND TIME SOUNDS LIKE, WELL, IT'S NOT A BIG

02:05PM 23     DEAL, IT'S JUST GOING TO TAKE LONGER TO RERUN A LAB TEST.

02:05PM 24          BUT IF YOU HAVE TO RERUN A LAB TEST, SOMETIMES YOU HAVE TO

02:05PM 25     GO BACK AND DO A REDRAW.  SO IF YOU -- YOU'D HAVE TO GET

02:05PM   1    REDRAWN, AND SO THAT HAS IMPACTS FOR THE PATIENT AS WELL.

02:05PM   2    Q.   SO YOU'RE DESCRIBING TWO SEPARATE PROBLEMS REALLY:  ONE

02:05PM   3    ABOUT EFFICIENCY AND SLOWING THINGS DOWN, AND ANOTHER ABOUT

02:05PM   4    ACCURACY PROBLEMS FOR PATIENT TESTS; IS THAT RIGHT?

02:05PM   5    A.   CORRECT.

02:05PM   6    Q.   YOU SAID THAT YOU WERE, I THINK, DISAPPOINTED BY THESE

02:05PM   7    NUMBERS.

02:05PM   8         CAN YOU HELP US UNDERSTAND WHY THAT WAS?  WHAT NUMBERS

02:05PM   9    WERE YOU USED TO OR WHAT NUMBERS WERE YOU HOPING TO SEE IN THIS

02:05PM   10   KIND OF QC TESTING?

02:06PM   11   A.   I'M MORE USED TO A RATE OF CONTROL FAILURE BEING -- AND

02:06PM   12   THEY VARY FROM TEST TO TEST, BUT REALLY BEING MORE THAN IN THE

02:06PM   13   1 PERCENT OR LESS RANGE.

02:06PM   14   Q.   WHEREAS HERE WE SEE THAT SOME ASSAYS WERE FAILING AT A

02:06PM   15   RATE OF 23 PERCENT, OR 30 PERCENT, OR 45 PERCENT, OR EVEN ABOVE

02:06PM   16   50 PERCENT; IS THAT RIGHT?

02:06PM   17   A.   CORRECT.

02:06PM   18   Q.   DOES A QC FAILURE RATE OF 50 PERCENT, OR EVEN 26 PERCENT,

02:06PM   19   CAUSE YOU CONCERNS AS A LAB DIRECTOR ABOUT THE ACCURACY OF

02:06PM   20   PATIENT RESULTS?

02:06PM   21   A.   WELL, IN THE EXAMPLE WHERE THERE'S A -- WHERE THE CONTROL

02:06PM   22   IS FAILING 51.3 PERCENT OF THE TIME, THAT MEANS THAT -- THAT'S

02:06PM   23   LIKE FLIPPING A COIN, SO IF YOU HAVE TAILS, THE MACHINE WORKS,

02:06PM   24   IF YOU HAVE HEADS, IT DOESN'T.

02:06PM   25   Q.   AND IS THAT A FAVORABLE PERCENTAGE FOR A MEDICAL LAB TEST

02:07PM 1    OR NOT?

02:07PM 2    A.   IT'S NOT FAVORABLE.

02:07PM 3    Q.   WE'RE LOOKING AT INFORMATION FROM MARCH OF 2014 ONLY; IS

02:07PM 4    THAT RIGHT?

02:07PM 5    A.   CORRECT.

02:07PM 6    Q.   SO I'LL ASK YOU, BASED ON YOUR EXPERIENCE THROUGHOUT YOUR

02:07PM 7    TIME AT THE COMPANY, WAS THIS AN EXCEPTIONALLY BAD MONTH OR IS

02:07PM 8    THIS TYPICAL OF THE PROBLEMS WITH QC THAT YOU SAW AT THE

02:07PM 9    COMPANY?

02:07PM 10   A.   WITHOUT ANY MORE NUMBERS IN FRONT OF ME, MY RECOLLECTION

02:07PM 11   IS THAT THIS WAS TYPICAL.

02:07PM 12   Q.   LET'S LOOK AT ONE MORE EXAMPLE OF THIS.

02:07PM 13        TAB 5771, PLEASE.

02:07PM 14   A.   YES.

02:07PM 15   Q.   AND WE'RE MOVING FORWARD IN TIME.

02:07PM 16        IS THIS EMAIL DATED APRIL 16TH, 2014?

02:07PM 17   A.   IT IS.

02:07PM 18   Q.   AND DOES THIS RELATE TO ADDITIONAL DISCUSSION OF EDISON QC

02:08PM 19   FAILURES?

02:08PM 20   A.   IT IS.

02:08PM 21        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5771.

02:08PM 22        MR. CAZARES:  NO OBJECTION.

02:08PM 23        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:08PM 24   (GOVERNMENT'S EXHIBIT 5771 WAS RECEIVED IN EVIDENCE.)

02:08PM 25   BY MR. BOSTIC:

02:08PM   1     Q.   OKAY.  LET'S START WITH THAT BOTTOM EMAIL.  IT'S FROM

02:08PM   2     ROMINA RIENER AT THERANOS.

02:08PM   3          DO YOU REMEMBER THAT?

02:08PM   4     A.   YES.

02:08PM   5     Q.   AND SHE SAYS TO YOU AND DR. ROSENDORFF, "I WANTED TO LET

02:08PM   6     YOU KNOW THAT TOTAL TESTOSTERONE IS FAILING QC'S.  YESTERDAY

02:08PM   7     EACH READER HAD TWO CONSECUTIVE FAILURES."

02:08PM   8          DO YOU SEE THAT?

02:08PM   9     A.   I DO.

02:08PM   10    Q.   AND DO YOU RECALL PROBLEMS WITH THE TESTOSTERONE ASSAY ON

02:08PM   11    THE EDISON AROUND THIS TIME PERIOD?

02:08PM   12    A.   THE EMAILS REFRESH MY MEMORY IN THAT REGARD.

02:08PM   13    Q.   WOULD THIS KIND OF QC FAILURE RAISE THOSE TWO CONCERNS IN

02:08PM   14    YOUR MIND, THE CONCERN ABOUT DELAYS IN THE LAB AND ALSO TESTING

02:09PM   15    ACCURACY?

02:09PM   16    A.   YEAH.  THIS MEANS THAT THE EQUIPMENT IS FAILING PRETTY

02:09PM   17    FREQUENTLY, AND THAT MEANS THAT THERE MIGHT BE QUESTIONS ABOUT

02:09PM   18    HOW ACCURATE THESE MACHINES -- HOW WELL THESE MACHINES STAY IN

02:09PM   19    FUNCTION PROPERLY, BUT ALSO IT MEANS THAT IF YOU HAVE TO KEEP

02:09PM   20    RUNNING QC UNTIL YOU GET IT RIGHT ON A MACHINE, THAT TAKES TIME

02:09PM   21    AS WELL.

02:09PM   22    Q.   A LITTLE WHILE AGO WE LOOKED AT AN EMAIL WHERE YOU WERE

02:09PM   23    SUGGESTING THAT MULTIPLE READERS MIGHT BE A SOLUTION TO THESE

02:09PM   24    QC ISSUES.

02:09PM   25          DO YOU REMEMBER THAT?

PANDORI DIRECT BY MR. BOSTIC                                    1643

02:09PM  1    A.   I REMEMBER THAT.

02:09PM  2    Q.   AND HERE WE SEE AN EXAMPLE OF A SITUATION WHERE IT SAYS

02:09PM  3    THAT "EACH READER HAD TWO CONSECUTIVE FAILURES."

02:09PM  4         WOULD IT MAKE IT HARDER TO SOLVE THAT PROBLEM USING

02:09PM  5    ADDITIONAL READERS?

02:09PM  6    A.   YES.

02:09PM  7    Q.   DURING YOUR TIME AT THERANOS, WAS THERE EVER A SATISFYING

02:09PM  8    SOLUTION TO THE PROBLEM OF POOR QC PERFORMANCE ON THE EDISONS?

02:09PM  9    A.   THERE WAS NEVER A SOLUTION TO POOR PERFORMANCE, NO.

02:09PM  10   Q.   AND WERE THOSE PROBLEMS ON YOUR MIND AND PART OF YOUR

02:10PM  11   THINKING WHEN YOU DECIDED TO LEAVE THE COMPANY?

02:10PM  12   A.   PARTLY -- IT WAS A PART OF MANY THINGS ON MY MIND, YEAH.

02:10PM  13   Q.   LET'S SHIFT GEARS AND TALK ABOUT PROFICIENCY TESTING.

02:10PM  14        WERE YOU ALSO INVOLVED IN PROFICIENCY TESTING AS LAB

02:10PM  15   DIRECTOR AT THERANOS?

02:10PM  16   A.   I WAS INVOLVED.

02:10PM  17   Q.   AND WHAT WAS YOUR INVOLVEMENT?  DESCRIBE THAT?

02:10PM  18   A.   WELL, I PAID AN INTEREST IN THE RESULTS OF THEM AND THE

02:10PM  19   PERFORMANCE, AND I SOUGHT TO ENSURE THAT IT WAS BEING DONE

02:10PM  20   PROPERLY FROM A REGULATORY PERSPECTIVE.

02:10PM  21   Q.   AND BASED ON WHAT YOU SAW AT THERANOS, DID YOU HAVE

02:10PM  22   CONCERNS ABOUT THE COMPANY'S PROFICIENCY TESTING PRACTICES?

02:10PM  23   A.   YES.

02:10PM  24   Q.   WHAT WERE THOSE CONCERNS?

02:10PM  25   A.   WHEN I ARRIVED THERE AND LEARNED INITIALLY THAT PT HAD --

ER-1032

PANDORI DIRECT BY MR. BOSTIC                                    1644

02:10PM  1    SHOULD WE EXPLAIN PROFICIENCY TESTING OR --

02:10PM  2    Q.   LET'S DO THAT.  IF YOU COULD GIVE US AN OVERVIEW OF WHAT

02:10PM  3    THAT IS AND HOW IT'S DONE?

02:10PM  4    A.   PROFICIENCY TESTING IS A REGULATORY REQUIREMENT THAT

02:11PM  5    EXISTS FOR LABORATORIES THAT PERFORM DIAGNOSTIC TESTING.

02:11PM  6         IT'S AN EXAM ESSENTIALLY THAT LAB TESTS HAVE TO TAKE TWO

02:11PM  7    OR THREE TIMES A YEAR.

02:11PM  8         SO WHAT HAPPENS IS THAT A THIRD PARTY, A NEUTRAL AGENCY

02:11PM  9    HAS SPECIMENS WHERE THEY KNOW THE ANSWERS TO THOSE SPECIMENS.

02:11PM 10         THEY SEND THEM TO LABS.

02:11PM 11         LABS PERFORM THEIR TESTS ON THOSE SPECIMENS, AND THEN SEND

02:11PM 12    THE RESULTS BACK TO THE AGENCY, AND THE AGENCY GRADES THAT

02:11PM 13    TEST.

02:11PM 14         YOU HAVE TO SCORE 80 PERCENT FOR THAT TEST TO BE

02:11PM 15    CONSIDERED ON LINE.  ANYTHING LESS THAN 100 HAS TO BE

02:11PM 16    INVESTIGATED.

02:11PM 17         THE MOST IMPORTANT THING ABOUT PROFICIENCY TESTING IS THAT

02:11PM 18    IT'S A NEUTRAL WAY TO ASCERTAIN THE QUALITY OF YOUR TEST, BUT

02:11PM 19    THAT IT HAS TO BE PERFORMED IN A MANNER THAT IS IDENTICAL TO

02:11PM 20    THE WAY THAT YOU'RE TREATING PATIENT SPECIMENS, OTHERWISE IN A

02:12PM 21    SENSE IT'S LIKE GETTING SOMEONE ELSE TO TAKE THE TEST FOR YOU.

02:12PM 22    Q.   SO WITH THAT UNDERSTANDING, WHAT WAS IT ABOUT THERANOS'S

02:12PM 23    PROFICIENCY TESTING PRACTICES THAT CAUSED CONCERNS FOR YOU?

02:12PM 24    A.   IT WAS BROUGHT TO MY ATTENTION WHEN I ARRIVED THERE THAT

02:12PM 25    PROFICIENCY TESTING HAD BEEN DONE ON PREDICATE THIRD PARTY --

ER-1033

02:12PM  1    AS YOU REFERRED TO THIRD PARTY EQUIPMENT.

02:12PM  2    Q.   AND WHY WAS THAT A PROBLEM?

02:12PM  3    A.   BECAUSE SOME SPECIMENS WERE BEING TESTED USING THE

02:12PM  4    THERANOS METHODS.

02:12PM  5    Q.   AND SO YOU'RE DESCRIBING A MISMATCH BETWEEN HOW PATIENT

02:12PM  6    TESTING WAS CONDUCTED AND HOW THE PROFICIENCY TESTING WAS DONE?

02:12PM  7    A.   CORRECT.

02:12PM  8    Q.   AND WHY DOES THAT MATTER?

02:12PM  9    A.   WELL, THE REGULATIONS ARE VERY CLEAR AT THE FEDERAL LEVEL

02:12PM  10   AND MOST STATE LEVELS THAT PROFICIENCY TESTING HAS TO BE DONE

02:12PM  11   IN A MANNER IDENTICAL TO THE WAY THAT PATIENT TESTS ARE

02:12PM  12   TREATED.

02:12PM  13       IF PATIENTS AT THERANOS, SPECIMENS ARE BEING TESTED ON TWO

02:13PM  14   DIFFERENT PIECES OF TECHNOLOGY, THEN YOU HAVE TO PERFORM

02:13PM  15   PROFICIENCY TESTING ON BOTH METHODS.

02:13PM  16       IF YOU'RE PERFORMING THEM ON ONE AND NOT THE OTHER, YOU'RE

02:13PM  17   NOT DETERMINING THE QUALITY OR PERFORMANCE IN AN OBJECTIVE

02:13PM  18   MANNER.  YOU'RE NOT DETERMINING THE QUALITY OF THE PERFORMANCE

02:13PM  19   OF THE TEST FOR WHICH PT IS NOT BEING DONE, AND PT IS SHORT FOR

02:13PM  20   PROFICIENCY TESTING.

02:13PM  21   Q.   I SEE.

02:13PM  22       WAS THERE A TIME IN EARLY 2014 WHEN SOME PROFICIENCY

02:13PM  23   TESTING SAMPLES WERE RUN ON THE EDISON?

02:13PM  24   A.   YES.

02:13PM  25   Q.   I'LL ASK YOU TO LOOK AT -- LET'S SEE.  DO WE HAVE TAB 1524

ER-1034

PANDORI DIRECT BY MR. BOSTIC                                    1646

02:13PM   1        IN YOUR BINDER?

02:13PM   2             IF NOT, I THINK THIS IS ADMITTED, AND WE CAN DISPLAY IT ON

02:13PM   3        THE SCREEN.

02:13PM   4        A.   NO, I DON'T SEE 1524 HERE.

02:13PM   5             MR. BOSTIC:  MAY WE PUBLISH THAT, YOUR HONOR?

02:13PM   6             THE COURT:  YES.

02:14PM   7             MR. CAZARES:  OBJECTION.  I DON'T THINK IT'S

02:14PM   8        ADMITTED.

02:14PM   9             THE COURT:  LET ME SEE.

02:14PM  10             MR. BOSTIC:  I MAY HAVE THE WRONG NUMBER BUT --

02:14PM  11             THE COURT:  WAS THIS ADMITTED IN A DIFFERENT FORMAT?

02:14PM  12             MR. BOSTIC:  IT SHOULD HAVE BEEN THE SAME FORMAT,

02:14PM  13        YOUR HONOR.

02:14PM  14             IF I COULD HAVE A MOMENT TO --

02:14PM  15             THE COURT:  SURE.

02:14PM  16        (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

02:14PM  17             MR. BOSTIC:  I THINK I MEAN 1548, YOUR HONOR, WHICH

02:14PM  18        SHOULD HAVE BEEN ADMITTED.

02:14PM  19             THE COURT:  THAT'S ADMITTED.

02:14PM  20             MR. BOSTIC:  LET'S PUBLISH THAT.

02:14PM  21        Q.   DR. PANDORI, DO YOU SEE AN EMAIL IN FRONT OF YOU FROM

02:14PM  22        FEBRUARY 20TH, 2014?

02:14PM  23        A.   YES.

02:15PM  24        Q.   AND THE SUBJECT LINE THERE IS PROFICIENCY SPREADSHEET;

02:15PM  25        CORRECT?

PANDORI DIRECT BY MR. BOSTIC                                    1647

02:15PM   1       A.   IT IS.

02:15PM   2       Q.   ALL RIGHT.  LET'S LOOK AT THE NATIVE ATTACHMENT TO THIS.

02:15PM   3            AND WHILE WE'RE OPENING THAT UP, DO YOU RECALL HOW THIS

02:15PM   4       TESTING CAME TO BE, WHY IT TOOK PLACE?

02:15PM   5       A.   WHEN I WAS MADE AWARE OF THE FACT THAT THE PT WAS RUN ON

02:15PM   6       PREDICATE METHODS, THIRD PARTY DEVICE CLEARED METHODS, AND NOT

02:15PM   7       THERANOS METHODS, I SAID YOU'VE GOT TO RUN THEM ON THE THERANOS

02:15PM   8       METHODS.

02:15PM   9            AND THEN SOMEBODY IMPLIED, WELL, MAYBE WE SHOULDN'T DO

02:15PM  10       THAT.

02:15PM  11            AND I SAID, WELL, NO, WE NEED TO DO THEM ON BOTH.  SO

02:15PM  12       LET'S RUN THOSE PT'S THAT CAME IN, LET'S RUN THEM ON BOTH

02:15PM  13       METHODS.

02:15PM  14       Q.   SO PERFORMING THIS TESTING WAS YOUR IDEA?

02:15PM  15       A.   THAT'S MY RECOLLECTION, YEAH.

02:15PM  16       Q.   AND WERE YOU THEN IN A POSITION TO DIRECT THAT THE TESTING

02:15PM  17       TAKE PLACE OR DID YOU HAVE TO CONVINCE SOMEONE ELSE TO

02:16PM  18       AUTHORIZE IT?

02:16PM  19       A.   I TALKED TO DR. ROSENDORFF ABOUT DOING IT, WHO WAS THE

02:16PM  20       LABORATORY DIRECTOR, AND HE AGREED.

02:16PM  21       Q.   AND AGAIN, WHAT WAS YOUR GOAL IN DIRECTING THAT THIS

02:16PM  22       TESTING TAKE PLACE?

02:16PM  23       A.   I THOUGHT TWO THINGS WOULD HAPPEN.

02:16PM  24            ONE IS THAT WE WOULD MEET OUR REGULATORY REQUIREMENT AND

02:16PM  25       NOT TREAT THE PT SPECIMENS ANY DIFFERENTLY THAN PATIENT

ER-1036

PANDORI DIRECT BY MR. BOSTIC                                    1648

```
02:16PM   1    SPECIMENS;

02:16PM   2         AND, SECONDLY, I THOUGHT WE COULD SEE HOW WELL THE

02:16PM   3    PREDICATE METHODS -- AT LEAST I COULD GET FIRSTHAND DATA ON HOW

02:16PM   4    WELL THE PREDICATE METHODS MATCHED THE THERANOS METHODS.

02:16PM   5    Q.   OKAY.  AND WHY WAS THAT IMPORTANT TO SEE, THE MATCH OR

02:16PM   6    MISMATCH BETWEEN THERANOS METHODS AND THE PREDICATE METHODS YOU

02:16PM   7    CALLED THEM?

02:16PM   8    A.   WE CALLED THEM -- PREDICATE WAS A TERM THAT WE WOULD USE

02:16PM   9    AT LEAST IN THIS CONTEXT IT WOULD BE AN FDA CLEARED LAB TEST

02:17PM  10    THAT YOU COULD BUY FROM A COMPANY THAT HAS UNDERGONE CLINICAL

02:17PM  11    TRIALS AND IS ROUTINELY IN USE IN SEVERAL DIAGNOSTIC

02:17PM  12    LABORATORIES.

02:17PM  13    Q.   OKAY.  AND SO WHY WERE YOU INTERESTED IN SEEING THAT

02:17PM  14    CORRELATION?

02:17PM  15    A.   WELL, A PREDICATE METHOD IS -- WOULD HAVE BEEN AN

02:17PM  16    EXTRAORDINARILY VETTED METHODOLOGY OF LAB TESTING.

02:17PM  17         THAT IS TO SAY A PREDICATE METHOD WILL HAVE UNDERGONE

02:17PM  18    CLINICAL TRIAL, WHICH ACCORDING TO THE UNITED STATES

02:17PM  19    REGULATIONS IS A MASSIVE AMOUNT OF OBSERVATION AND ASSESSMENT.

02:17PM  20         SO ONE MIGHT FEEL VERY CONFIDENT THAT A PREDICATE METHOD

02:17PM  21    WILL GIVE AN ACCURATE RESULT ON A PATIENT, AND SO I WANTED TO

02:17PM  22    SEE FOR MYSELF WHAT WOULD HAPPEN IF WE COMPARED IT TO A

02:17PM  23    THERANOS METHOD.

02:17PM  24    Q.   OKAY.  LOOKING AT THE DATA THAT RESULTED FOR THE FOUR

02:17PM  25    ASSAYS THAT WERE TESTED -- I GUESS LET ME JUST ASK, DID YOUR
```

ER-1037

02:18PM  1    WISH COME TRUE?  DID YOU SEE DATA WHERE THERANOS MATCHED THE

02:18PM  2    PREDICATE TESTING CLOSELY?

02:18PM  3    A.   THERE'S QUITE A LOT OF DIFFERENCE IN THESE RESULTS.  YOU

02:18PM  4    WOULD NEED TO BE, YOU KNOW, AN EXPERT TO APPRECIATE THE

02:18PM  5    DIFFERENCES BECAUSE THOSE DIFFERENCES DON'T LOOK LARGE BUT

02:18PM  6    THERE'S LARGE DIFFERENCES THERE.

02:18PM  7         WITH REGARD TO VITAMIN D, THERE'S PARTICULARLY LARGE

02:18PM  8    DIFFERENCES FOR THAT.

02:18PM  9    Q.   AND --

02:18PM 10    A.   BUT FOR THESE OTHER TESTS, THERE ARE DIFFERENCES OF NOTE.

02:18PM 11    Q.   I APOLOGIZE FOR TALKING OVER YOU.

02:18PM 12         FOR VITAMIN D YOU'RE REFERRING TO THE TOP FEW ROWS OF THE

02:18PM 13    CHART?

02:18PM 14    A.   I'M REFERRING TO ROWS 2, 3, 4, AND COLUMNS A THROUGH G.

02:18PM 15    Q.   OKAY.  AND ARE YOU REFERENCING THE DIFFERENCES BETWEEN THE

02:18PM 16    THERANOS RESULTS AS COMPARED TO THE PREDICATE FDA APPROVED

02:19PM 17    RESULTS?

02:19PM 18    A.   I AM.

02:19PM 19    Q.   OKAY.  GENERALLY SPEAKING, WERE YOU HAPPY WITH THESE

02:19PM 20    RESULTS WHEN THEY CAME IN IN FEBRUARY OF 2014?

02:19PM 21    A.   NO, I WAS NOT HAPPY WITH THESE RESULTS.

02:19PM 22    Q.   DID THEY CAUSE YOU TO HAVE CONCERNS ABOUT THE ACCURACY OF

02:19PM 23    THERANOS'S TESTING?

02:19PM 24    A.   YEAH, I HAD -- THESE CAUSED ME TO HAVE CONCERNS ABOUT THE

02:19PM 25    ACCURACY.

PANDORI DIRECT BY MR. BOSTIC                                    1650

02:19PM   1        YOU KNOW, FOR VITAMIN D, THIS IS A TEST THAT GENERALLY IS

02:19PM   2   A COEFFICIENT OF VARIATION FOR -- IF YOU LOOK AT PREDICATE

02:19PM   3   METHODS OUT THERE, IT WOULD BE A TEST THAT WOULD HAVE A

02:19PM   4   COEFFICIENT OF VARIATION OF PROBABLY 10 PERCENT, AND THIS IS

02:19PM   5   WAY BEYOND THAT.

02:19PM   6   Q.   LOOKING AT SOME OF THE TPSA RESULTS, DO YOU SEE THAT THERE

02:19PM   7   WERE TWO SAMPLES THAT WERE RUN TWICE?

02:19PM   8   A.   YEP.

02:19PM   9   Q.   AND THESE RERUNS ARE MARKED IN RED; IS THAT RIGHT?

02:19PM  10   A.   YES.

02:19PM  11   Q.   WHAT, IF ANYTHING, DO YOU DRAW FROM THE PERFORMANCE OF THE

02:20PM  12   PREDICATE METHOD VERSUS THE THERANOS METHOD IN THOSE CASES

02:20PM  13   WHERE THE SAMPLES ARE RUN TWICE?

02:20PM  14   A.   THIS IMPLIES POOR PRECISION, WHICH IS A LABORATORY,

02:20PM  15   QUALITY LABORATORY TERM WHICH APPLIES TO REPEATABILITY.

02:20PM  16        IF YOU THINK OF A DARTBOARD, ACCURACY WOULD BE HOW OFTEN I

02:20PM  17   HIT THE BULL'S EYE.

02:20PM  18        PRECISION WOULD BE HOW OFTEN CAN I -- HOW WELL DO I

02:20PM  19   CLUSTER MY DARTS.

02:20PM  20        SO AN ACCURATE AND PRECISE TEST WOULD BE ALL OF MY DARTS

02:20PM  21   IN THE BULL'S EYE.

02:20PM  22        A PRECISE TEST BUT AN INACCURATE TEST WOULD BE THAT ALL OF

02:20PM  23   MY DARTS ARE CLUSTERED ON THE DARTBOARD, BUT THEY'RE NOT ON THE

02:20PM  24   BULL'S EYE.

02:20PM  25        SO YOU CAN HAVE PRECISION WITHOUT ACCURACY.

PANDORI DIRECT BY MR. BOSTIC                                1651

02:20PM   1          WHAT I'M SEEING HERE IS THAT THE PREDICATE METHOD WAS

02:20PM   2     PRECISE.  IT GAVE THE EXACT SAME RESULT ON BOTH OCCASIONS

02:20PM   3     WHEREAS THE THERANOS METHOD GAVE DRASTICALLY, CONSIDERABLY

02:20PM   4     DIFFERENT RESULTS ON BOTH OCCASIONS.

02:21PM   5     Q.   AND DOES SOMETHING LIKE THAT CAUSE CONCERNS ABOUT THE

02:21PM   6     ACCURACY OF PATIENT TESTING?

02:21PM   7     A.   IN THIS CASE BOTH ACCURACY AND PRECISION ARE CALLED INTO

02:21PM   8     QUESTION.

02:21PM   9     Q.   WHEN THIS TESTING WAS CONDUCTED, WERE YOU FAMILIAR WITH A

02:21PM  10     TERM CALLED AAP, OR ALTERNATIVE ASSESSMENT PROFICIENCY?

02:21PM  11     A.   YES.

02:21PM  12     Q.   AND WERE YOU GENERALLY FAMILIAR WITH WHAT THE REGULATIONS

02:21PM  13     SAY ABOUT PROFICIENCY TESTING AND AAP?

02:21PM  14     A.   YES.

02:21PM  15     Q.   AND HOW ABOUT THE INTERNAL THERANOS SOP'S ON PROFICIENCY

02:21PM  16     TESTING, WERE YOU GENERALLY FAMILIAR WITH THOSE?

02:21PM  17     A.   NO.

02:21PM  18     Q.   OKAY.  AS LABORATORY DIRECTOR AT THERANOS, WAS THERE A

02:21PM  19     REASON WHY FAMILIARITY WITH INTERNAL SOP'S WASN'T NECESSARY TO

02:22PM  20     YOUR SOP OR WHY IT HADN'T COME UP?

02:22PM  21     A.   THE SOP FOR PERFORMING PROFICIENCY TESTING, YOUR QUESTION

02:22PM  22     IS WHY -- I'M JUST NOT SURE I UNDERSTAND.

02:22PM  23     Q.   SURE.

02:22PM  24          WAS THE CONTENT OF THAT SOP RELEVANT TO THE WORK THAT YOU

02:22PM  25     WERE DOING AT THE COMPANY?

ER-1040

02:22PM  1    A.   IT WOULD HAVE BEEN, YEAH.

02:22PM  2    Q.   WERE YOU INVOLVED IN DECIDING HOW THE COMPANY CONDUCTED

02:22PM  3    PROFICIENCY TESTING DURING THAT TIME?

02:22PM  4    A.   I DIDN'T ENTER THE COMPANY WITH THE IDEA IN MIND THAT I

02:22PM  5    WOULD HAVE TO, BUT AFTER THIS BECAME CLEAR THAT I MIGHT BE ABLE

02:22PM  6    TO CONTRIBUTE IN THAT REGARD.

02:22PM  7    Q.   OKAY.  PRIOR TO THIS TIME, THOUGH, WAS IT PART OF YOUR JOB

02:23PM  8    TO MAKE THAT DETERMINATION AS TO HOW PROFICIENCY TESTING WOULD

02:23PM  9    HAPPEN?

02:23PM  10   A.   I WAS BROUGHT INTO THE PROCESS OF TRYING TO FIND OUT IF WE

02:23PM  11   COULD DEVELOP A BETTER SOP.

02:23PM  12   Q.   OKAY.  UNDERSTOOD.

02:23PM  13        ARE YOU OR WERE YOU AWARE AT THE TIME IN 2014 THAT THE

02:23PM  14   FORMAT OF THIS EXPERIMENT DIDN'T EXACTLY MATCH WHAT THE

02:23PM  15   REGULATIONS CALLED FOR WHEN IT COMES TO ALTERNATIVE ASSESSMENT

02:23PM  16   PROFICIENCY?

02:23PM  17   A.   I'M SORRY, COULD YOU ASK THAT QUESTION AGAIN.

02:23PM  18   Q.   SURE.

02:23PM  19        YOU SAID YOU WERE FAMILIAR WITH AAP, OR ALTERNATIVE

02:23PM  20   ASSESSMENT PROFICIENCY?

02:23PM  21   A.   YES.

02:23PM  22   Q.   WAS THIS SOMETHING THAT HAPPENED IN FEBRUARY OF 2014, AAP?

02:23PM  23   A.   NO.

02:23PM  24   Q.   GIVEN THAT THIS WAS NOT AAP, DID YOU STILL FIND THE

02:24PM  25   RESULTS OF THIS EXPERIMENT INFORMATIVE TO YOU AS LAB DIRECTOR?

02:24PM  1    A.   YEAH, THESE RESULTS WERE REALLY INFORMATIVE TO ME.

02:24PM  2    Q.   AND WHY IS THAT, IF THIS ISN'T FORMAL AAP, WHY DID YOU

02:24PM  3    FEEL THAT YOU COULD STILL RELY ON IT?

02:24PM  4    A.   WELL, I THINK WHAT HAPPENED HERE WAS THAT, FIRST OF ALL,

02:24PM  5    AS I STATED EARLIER, THIS RAISED QUESTIONS INITIALLY FOR ME

02:24PM  6    ABOUT THE ACCURACY OF THE THERANOS TEST AND ITS PRECISION.

02:24PM  7         THE WHOLE QUESTION OF AAP COMES UP BECAUSE I BELIEVE, AND

02:24PM  8    I WOULD HAVE TO REFER TO EMAILS TO REFRESH MY MEMORY, SOMEBODY

02:24PM  9    INDICATED THAT THIS WAS AN INAPPROPRIATE WAY TO --

02:24PM  10             MR. CAZARES:  OBJECTION.  HEARSAY.

02:24PM  11             THE COURT:  I'LL SUSTAIN IT AS TO THAT.

02:24PM  12   BY MR. BOSTIC:

02:24PM  13   Q.   LET'S MOVE TO THE EMAIL THAT I THINK YOU'RE REFERENCING,

02:24PM  14   DR. PANDORI.

02:24PM  15        I'LL ASK YOU TO LOOK AT TAB 1570.

02:25PM  16   A.   OKAY.

02:25PM  17   Q.   FIRST, LET ME ASK GENERALLY, DO YOU HAVE A MEMORY OF WHAT

02:25PM  18   MR. BALWANI'S REACTION WAS TO THIS TESTING BEING DONE?

02:25PM  19   A.   YEAH, I REMEMBER THAT.  HE WAS REALLY UPSET THAT WE HAD

02:25PM  20   DONE THIS.

02:25PM  21   Q.   OKAY.  LOOKING AT TAB 1570, IS THAT AN EMAIL CHAIN

02:25PM  22   INCLUDING YOU AND MR. BALWANI DISCUSSING PROFICIENCY TESTING

02:25PM  23   FOR LDT'S?

02:25PM  24   A.   YOU'RE REFERRING TO 1570.

02:25PM  25   Q.   1570?

PANDORI DIRECT BY MR. BOSTIC                                  1654

02:25PM   1    A.   THERE'S A LOT HERE.

02:25PM   2    Q.   TAKE A MOMENT AND GO THROUGH IT IF YOU WOULD LIKE.

02:25PM   3         (PAUSE IN PROCEEDINGS.)

02:26PM   4    BY MR. BOSTIC:

02:26PM   5    Q.   AND WE'RE ABOUT TO WALK THROUGH IT IN MORE DETAIL, BUT FOR

02:26PM   6    NOW MY QUESTION IS JUST IS THIS AN EMAIL CHAIN INTERNAL AT

02:26PM   7    THERANOS RELATING TO THIS TOPIC?

02:26PM   8    A.   YEAH, IT IS.

02:26PM   9         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1570.

02:26PM   10        MR. CAZARES:  NO OBJECTION.

02:26PM   11        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:26PM   12        (GOVERNMENT'S EXHIBIT 1570 WAS RECEIVED IN EVIDENCE.)

02:26PM   13   BY MR. BOSTIC:

02:26PM   14   Q.   LET'S START ON PAGE 8 OF THIS EMAIL CHAIN IF WE COULD.

02:26PM   15        WE START WITH AN EMAIL FROM DANIEL YOUNG TO DR. ROSENDORFF

02:26PM   16   AS WELL AS MS. HOLMES AND MR. BALWANI.

02:26PM   17        DO YOU SEE THAT?

02:26PM   18   A.   YES.

02:26PM   19   Q.   AND AT THE TOP IT SAYS, "HERE ARE MY SUGGESTIONS THAT I

02:26PM   20   DISCUSSED WITH ADAM.  I'M PROVIDING SOME EXTRA BACKGROUND

02:27PM   21   INFO," AND THEN HE GOES ON TO DISCUSS THE PROFICIENCY TESTING

02:27PM   22   REQUIREMENTS FOR LABORATORY DEVELOPED TESTS.

02:27PM   23        DO YOU SEE THAT?

02:27PM   24   A.   YES.

02:27PM   25   Q.   LET'S GO TO PAGE 6 NOW MOVING FORWARD IN TIME THROUGH THE

ER-1043

02:27PM  1    EMAIL.

02:27PM  2         AND LET'S LOOK AT THE BOTTOM OF PAGE 6, AND WE SEE AN

02:27PM  3    EMAIL FROM YOU TO LANGLY GEE; IS THAT RIGHT?

02:27PM  4    A.   YEAH.

02:27PM  5    Q.   AND --

02:27PM  6    A.   YES.

02:27PM  7    Q.   AND ON FEBRUARY 24TH YOU WRITE TO MR. GEE, "PLEASE SHARE

02:27PM  8    WITH DANIEL YOUNG THE COMPARISON OF PREDICATE AND EDISON FOR

02:27PM  9    THE PT SPECIMENS WE TESTED."

02:27PM  10        DO YOU SEE THAT?

02:27PM  11   A.   I DO.

02:27PM  12   Q.   IS THAT REFERRING TO THE COMPARISON DATA THAT WE JUST

02:27PM  13   LOOKED AT IN THE EXCEL SPREADSHEET?

02:27PM  14   A.   YES.

02:27PM  15   Q.   WHY DID YOU THINK IT WAS IMPORTANT FOR MR. GEE TO FORWARD

02:27PM  16   THIS TO DANIEL YOUNG?

02:27PM  17   A.   AT THAT TIME IN FEBRUARY, IT WAS STILL PRETTY EARLY IN MY

02:28PM  18   TIME AT THE COMPANY, I -- DANIEL -- I FELT THAT DANIEL YOUNG

02:28PM  19   PLAYED A ROLE IN THINKING ABOUT PROBLEMS AT THE COMPANY, AND I

02:28PM  20   THINK AS WELL THAT HE HAD DISCUSSED PT AT ONE POINT WITH

02:28PM  21   DR. ROSENDORFF, I HAD HEARD.

02:28PM  22        SO I THOUGHT HE WAS IN A POSITION AT THE COMPANY THAT

02:28PM  23   WHEREBY SOME DATA LIKE THIS, HE COULD ACTIVATE THE PROCESS THAT

02:28PM  24   WOULD START TO DO SOMETHING ABOUT THIS PROBLEM.

02:28PM  25   Q.   OKAY.  LOOKING AT PAGE 5 OF THIS EXHIBIT WE SEE IN THE

PANDORI DIRECT BY MR. BOSTIC                                    1656

02:28PM  1    MIDDLE OF THE PAGE THAT LANGLY GEE FORWARDS, IT LOOKS LIKE,

02:28PM  2    THAT DATA TO MR. BALWANI.

02:28PM  3        DO YOU SEE THAT?

02:28PM  4    A.   YES.

02:28PM  5    Q.   AND THEN ABOVE THAT AT THE TOP OF THE PAGE, IF WE ZOOM IN,

02:29PM  6    WE SEE AN EMAIL FROM MR. BALWANI TO YOU AND OTHERS AT THE

02:29PM  7    COMPANY ASKING WHERE AND WHO PULLED THE RESULTS FOR EDISONS

02:29PM  8    RUNS.

02:29PM  9        AND THEN HE SAYS, "I WOULD LIKE TO SEE THE RAW DATA FOR

02:29PM 10    THESE AND MAKE SURE THE CALIBRATIONS, ET CETERA, WERE PROPERLY

02:29PM 11    APPLIED."

02:29PM 12        DO YOU SEE THAT?

02:29PM 13    A.   I SEE THAT.

02:29PM 14    Q.   WHAT WAS YOUR REACTION AT THE TIME TO MR. BALWANI ASKING

02:29PM 15    TO SEE THE RAW DATA TO CONFIRM THAT CALIBRATIONS HAD BEEN

02:29PM 16    APPLIED FOR THIS TESTING EXPERIMENT?

02:29PM 17    A.   I REMEMBER FEELING THAT AT THAT TIME IN MY EMPLOYMENT THAT

02:29PM 18    I WAS A BIT SURPRISED THAT HE WOULD PLAY A ROLE, THAT

02:29PM 19    PARTICULAR ROLE IN THE PROCESS OF TROUBLESHOOTING IT.

02:29PM 20    Q.   WHY IS THAT?

02:29PM 21    A.   WELL, HE'S THE COO OF THE COMPANY AS I RECALL, AND THAT'S

02:29PM 22    PRETTY HIGH LEVEL MANAGEMENT, AND ALSO IT CAME TO MY

02:30PM 23    UNDERSTANDING THAT HIS BACKGROUND WAS MORE IN SOFTWARE.

02:30PM 24    Q.   WAS THIS KIND OF WORK, REVIEWING RAW DATA TO CHECK ON

02:30PM 25    CALIBRATIONS, THE KIND OF WORK THAT WOULD BENEFIT FROM HAVING

02:30PM  1      FORMAL SCIENTIFIC EDUCATION?

02:30PM  2      A.   CAN YOU RESTATE.

02:30PM  3      Q.   SURE.

02:30PM  4           THE KIND OF WORK THAT HE'S OFFERING TO DO HERE OR

02:30PM  5      DEMANDING TO DO, REVIEWING THE RAW DATA TO MAKE SURE THE

02:30PM  6      CALIBRATIONS WERE APPLIED, IS THAT THE KIND OF WORK THAT WOULD

02:30PM  7      TYPICALLY BE DONE BY SOMEONE WITH SOME TRAINING IN THE

02:30PM  8      BIOSCIENCES?

02:30PM  9      A.   I WOULD THINK THAT IT WOULD BE DONE BY SOMEBODY WHO HAS

02:30PM 10      EXPERIENCE IN DIAGNOSTIC LAB TESTING, MAYBE ANY KIND OF --

02:30PM 11      MAYBE TO SOME DEGREE BIOSTATISTICS BUT EXPERIENCE IN LAB

02:30PM 12      TESTING IS HOW I WOULD HAVE THOUGHT THAT.

02:30PM 13           AND THEN I REMEMBER THINKING READING THIS, OH, MAYBE HE'LL

02:30PM 14      HAVE SOMEONE ELSE TAKE A LOOK AT IT.

02:31PM 15      Q.   OKAY.  LET'S MOVE UP THROUGH THIS CHAIN AND LOOK AT

02:31PM 16      ANOTHER REACTION BY MR. BALWANI ON PAGE 3.

02:31PM 17           AND ON PAGE 3, LET'S ZOOM IN ON THE MIDDLE OF THE PAGE.

02:31PM 18      MR. BALWANI SAYS, "OUR VALIDATION AGAINST IMMULITE HAS BEEN

02:31PM 19      EXCELLENT IN THE PAST.  IT IS THESE PT SAMPLES THAT ARE OFF."

02:31PM 20           DO YOU SEE THAT?

02:31PM 21      A.   I SEE THAT.

02:31PM 22      Q.   WHAT IS YOUR UNDERSTANDING OF WHAT HE'S SAYING IN THIS

02:31PM 23      EMAIL?

02:31PM 24      A.   WHAT SUNNY IS SAYING IN THIS EMAIL IS THAT A VALIDATION IS

02:31PM 25      A STUDY WHERE YOU'RE TAKING TWO METHODS AND COMPARING THEM TO

02:31PM 1    ONE ANOTHER, AND YOU WANT THE -- TO DETERMINE HOW ACCURATE THE

02:31PM 2    NEW METHOD IS, SO TO SPEAK, TO THE OLD METHOD.

02:31PM 3         WHAT THIS SAYS IS THAT THE THERANOS METHOD HAD BEEN

02:31PM 4    THROUGH A VALIDATION STUDY, AND IN THAT PROCESS, IT WAS

02:31PM 5    COMPARED TO AN IMMULITE.

02:31PM 6         AN IMMULITE IS AN FDA CLEARED THIRD PARTY TEST.

02:32PM 7         AND IN THAT VALIDATION IT HAD SHOWN THAT THE THERANOS

02:32PM 8    METHODS PERFORMED WELL WHEN COMPARED TO THE FDA CLEARED METHOD.

02:32PM 9         SO HE CONCLUDES, OR HE INDICATES I SHOULD SAY, THAT IT

02:32PM 10   MUST BE THAT THERE WAS A PROBLEM WITH THE PT SAMPLES AND NOT

02:32PM 11   THE THERANOS TECHNOLOGY.

02:32PM 12   Q.   AND DID YOU AGREE WITH HIM THAT THE DATA SUPPORTED THAT

02:32PM 13   CONCLUSION THAT THE PT SAMPLES THEMSELVES WERE OFF?

02:32PM 14   A.   I DIDN'T AGREE OR DISAGREE AT THAT MOMENT IN TIME.

02:32PM 15   Q.   AROUND THIS TIME IN FEBRUARY OF 2014, HAD YOU SEEN ANY

02:32PM 16   ISSUES WITH THE EDISON ANALYZER THAT COULDN'T BE EXPLAINED BY

02:32PM 17   PT SAMPLES BEING OFF?

02:32PM 18   A.   WELL, PATIENT SPECIMENS WOULD GIVE DIFFERENT VALUES WHEN

02:32PM 19   THEY WERE RUN OVER AND OVER AGAIN, OR REPEATEDLY I SHOULD SAY,

02:32PM 20   WHICH WOULD IMPLY THAT PT SAMPLES MIGHT NOT BE THE PROBLEM.

02:33PM 21   Q.   I SEE.

02:33PM 22        LET'S LOOK AT PAGE 1 OF THIS EMAIL, AND I'D LIKE TO LOOK

02:33PM 23   AT TWO EMAILS, ONE FROM DR. ROSENDORFF AND ONE FROM YOU.

02:33PM 24        AND STARTING WITH DR. ROSENDORFF'S IN THE MIDDLE OF THE

02:33PM 25   PAGE.

PANDORI DIRECT BY MR. BOSTIC                                    1659

02:33PM  1          HE SAYS, "READING THROUGH THE REGULATIONS MORE FINELY --

02:33PM  2     IF WE DID ENROLL IN PT FOR THERANOS METHODS, WE WOULD NEED TO

02:33PM  3     DO AN ALTERNATE ASSESSMENT PROTOCOL (AAP) IN ANY EVENT."

02:33PM  4          DO YOU SEE THAT?

02:33PM  5     A.   YES.

02:33PM  6     Q.   AND IS THIS WHAT WE WERE DISCUSSING AAP VERSUS STANDARD

02:33PM  7     PROFICIENCY TESTING?

02:33PM  8     A.   YES.

02:33PM  9     Q.   DR. ROSENDORFF THEN ASKS AT THE BOTTOM OF HIS EMAIL, "MY

02:33PM 10     QUESTION IS WHAT PT DO WE REPORT TO COMMERCIAL PT PROVIDERS AND

02:33PM 11     HENCE TO CMS?"

02:33PM 12          DO YOU SEE THAT?

02:33PM 13     A.   YES, I SEE IT.

02:33PM 14     Q.   WAS THAT YOUR CONCERN, TOO, AT THE TIME, WHAT DATA WAS

02:33PM 15     BEING REPORTED TO REGULATORS?

02:33PM 16     A.   IT WAS MY PRIMARY.

02:34PM 17     Q.   LET'S LOOK AT YOUR EMAIL AT THE TOP OF PAGE 1.

02:34PM 18          YOU WRITE BACK TO DR. ROSENDORFF, INCLUDING MR. BALWANI

02:34PM 19     AND MS. HOLMES.

02:34PM 20          YOU SAY, "ADAM,

02:34PM 21          "SEEMS THAT THE THING TO DO WOULD BE TO REPORT THE

02:34PM 22     THERANOS METHODS, AS THEY ARE OUR PRIMARY METHODS.

02:34PM 23          "THIS WOULD KEEP US IN FULL COMPLIANCE OF THE REGS, AND

02:34PM 24     THE LACK OF A PEER GROUP WOULD TRIGGER AN UNGRADED SCORE WHICH

02:34PM 25     WOULD ALLOW US TO EVALUATE OUR PERFORMANCE."

ER-1048

PANDORI DIRECT BY MR. BOSTIC                    1660

02:34PM  1         WHY WERE YOU ADVOCATING TO REPORT THE THERANOS METHODS,

02:34PM  2     THE PRIMARY METHODS, TO THE REGULATORS?

02:34PM  3     A.   THEY WERE BEING USED TO RUN A LARGE NUMBER OF THERANOS

02:34PM  4     SPECIMENS.

02:34PM  5     Q.   OKAY.  LET'S LOOK AT TAB 1580, PLEASE, IN YOUR BINDER.

02:35PM  6         AND DO YOU SEE THAT 1580 IS A CONTINUATION OF THAT SAME

02:35PM  7     EMAIL CHAIN?

02:35PM  8     A.   I DON'T -- OH, SORRY.

02:35PM  9     Q.   IN YOUR BINDER.

02:35PM 10     A.   WHAT?

02:35PM 11     Q.   IT'S JUST THE NEXT TAB IN YOUR BINDER, 1580?

02:35PM 12     A.   I WAS LOOKING AT THE SCREEN.

02:35PM 13     Q.   NO PROBLEM?

02:35PM 14     A.   YEAH, I'M THERE.

02:35PM 15     Q.   OKAY.  DO YOU SEE THAT THIS IS A CONTINUATION OF THE SAME

02:35PM 16     EMAIL CHAIN THAT WE WERE JUST LOOKING AT?

02:35PM 17     A.   YES.

02:35PM 18     Q.   AND DO YOU SEE THAT IT CONTINUES TO INCLUDE MR. BALWANI

02:35PM 19     AND MS. HOLMES?

02:35PM 20     A.   YES.

02:35PM 21             MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1580.

02:35PM 22             MR. CAZARES:  NO OBJECTION.

02:35PM 23         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:35PM 24     (GOVERNMENT'S EXHIBIT 1580 WAS RECEIVED IN EVIDENCE.)

02:35PM 25     BY MR. BOSTIC:

ER-1049

02:35PM 1      Q.   LET'S START AT THE BOTTOM HALF OF THE PAGE.

02:35PM 2           FIRST, DO YOU SEE, DR. PANDORI, THE EMAIL FROM

02:35PM 3      ADAM ROSENDORFF REGARDING AAP?

02:36PM 4      A.   YES.

02:36PM 5      Q.   OKAY.  AND THEN MS. HOLMES'S RESPONSE TO THAT; CORRECT?

02:36PM 6      A.   YES.

02:36PM 7      Q.   AND THEN SHE WRITES, "WE ENGAGED TOP COUNSEL ON THIS SOME

02:36PM 8      TIME AGO.  SUNNY WILL DEBRIEF YOU TOMORROW -- IT IS CRITICAL

02:36PM 9      THAT NO ONE IS GUESSING ON MATTERS LIKE THESE."

02:36PM 10          DO YOU SEE THAT?

02:36PM 11     A.   YES.

02:36PM 12     Q.   AND IN EXPRESSING THE VIEWS THAT YOU AND DR. ROSENDORFF

02:36PM 13     WERE EXPRESSING, WERE YOU GUESSING ABOUT THE REQUIREMENTS?

02:36PM 14     A.   NO.

02:36PM 15     Q.   WAS IT PART OF YOUR JOB TO UNDERSTAND HOW TO PROPERLY

02:36PM 16     CONDUCT PROFICIENCY TESTING AT A LAB LIKE THIS?

02:36PM 17     A.   IT'S PART OF MY JOB AS A LABORATORY DIRECTOR AND IT'S PART

02:36PM 18     OF DR. ROSENDORFF'S JOB AS A LABORATORY DIRECTOR, AND IT'S A

02:36PM 19     NATURAL AND NORMAL THING DONE IN ALL DIAGNOSTIC LABORATORIES.

02:36PM 20     Q.   LET'S GO UP TO MR. BALWANI'S RESPONSE AT THE TOP OF

02:36PM 21     PAGE 1.

02:37PM 22          AND LET'S DIVIDE THIS UP SO WE CAN ZOOM IN A LITTLE BIT

02:37PM 23     MORE ACTUALLY.  LET'S TAKE THE FIRST HALF FIRST.  THANK YOU.

02:37PM 24          YOU SEE THAT MR. BALWANI WRITES IN THAT TOP LINE, "I AM

02:37PM 25     EXTREMELY IRRITATED AND FRUSTRATED BY FOLKS WITH NO LEGAL

PANDORI DIRECT BY MR. BOSTIC                                    1662

02:37PM  1    BACKGROUND TAKING LEGAL POSITIONS AND INTERPRETATIONS ON THESE

02:37PM  2    MATTERS AND JUNIOR CLIA AND NON-CLIA PERSONNEL CHALLENGING OUR

02:37PM  3    CLIA SOP'S."

02:37PM  4        DO YOU SEE THAT?

02:37PM  5    A.   YES.

02:37PM  6    Q.   IN YOUR VIEW AS LABORATORY DIRECTOR AT THIS TIME, WAS

02:37PM  7    COMPLIANCE WITH PROFICIENCY TESTING JUST A LEGAL REQUIREMENT?

02:37PM  8    A.   COMPLIANCE WITH PT TESTING SERVES A REGULATORY

02:37PM  9    REQUIREMENT, BUT IT REALLY IS -- YOU CAN LOOK AT IT THAT WAY,

02:37PM 10    BUT PERFORMING PT PROPERLY IS ESSENTIAL FOR AN OBJECTIVE MANNER

02:38PM 11    IN ASSESSING THE QUALITY AND ACCURACY OF YOUR LAB TESTS, AND

02:38PM 12    THAT SERVES A PATIENT SAFETY FUNCTION, WHICH IS IN MY MIND MORE

02:38PM 13    IMPORTANT THAN THE REGULATIONS, BUT PROBABLY WHY REGULATIONS

02:38PM 14    EXIST OF COURSE.

02:38PM 15    Q.   AND IS THAT ASPECT OF IT, THE PATIENT SAFETY ASPECT,

02:38PM 16    SOMETHING THAT YOU WERE CONCERNED WITH AS LABORATORY DIRECTOR?

02:38PM 17    A.   YES.

02:38PM 18    Q.   IN THE SECOND PARAGRAPH OF MR. BALWANI'S EMAIL HE SAYS,

02:38PM 19    "THESE PAST FEW DAYS, WE HAVE WASTED SO MUCH TIME TALKING TO

02:38PM 20    PEOPLE OUTSIDE OF CLIA WHO HAVE COME TO US TO SHARE THAT OUR PT

02:38PM 21    ON VITAMIN D ON EDISON HAS FAILED.  THESE PT SAMPLES SHOULD

02:38PM 22    HAVE NEVER RUN ON EDISONS TO BEGIN WITH."

02:38PM 23        DO YOU SEE THAT?

02:38PM 24    A.   YES.

02:38PM 25    Q.   YOU TESTIFIED EARLIER THAT IT HAD BEEN YOUR DECISION TO

ER-1051

PANDORI DIRECT BY MR. BOSTIC                                          1663

02:38PM   1      RUN THESE SAMPLES ON THE EDISONS?

02:38PM   2      A.   YES.

02:38PM   3      Q.   DID YOU AGREE WITH MR. BALWANI THAT THAT WAS A MISTAKE?

02:38PM   4      A.   I DID NOT AGREE WITH MR. BALWANI THAT THAT WAS A MISTAKE.

02:38PM   5      Q.   AND WHY DID YOU DISAGREE?

02:39PM   6      A.   BECAUSE IT IS ESSENTIAL BY WAY OF REGULATIONS THAT PT'S

02:39PM   7      ARE TREATED THE SAME WAY THAT PATIENT SPECIMENS ARE TREATED,

02:39PM   8      OTHERWISE YOU'RE NOT TRULY DETERMINING THE QUALITY OF YOUR

02:39PM   9      PROCESS AND YOU'RE NOT HAVING AN OBJECTIVE AND PROPER

02:39PM  10      ASSESSMENT OF THE TEST.

02:39PM  11      Q.   LET'S ZOOM OUT AND GO IN ON THE BOTTOM TWO PARAGRAPHS OF

02:39PM  12      MR. BALWANI'S RESPONSE.

02:39PM  13           AND IN THAT BOTTOM PARAGRAPH YOU SEE THAT HE SAYS IN THE

02:39PM  14      MIDDLE, "NO PERSONAL OPINIONS.  RIGHT NOW, EVERY CLS OR TS OR

02:39PM  15      GS CONSIDERS THEMSELVES AS REGULATORY EXPERT," AND THEN HE

02:39PM  16      UNDER LINES, "AND THIS CULTURE MUST BE NIP IN THE BUD."

02:39PM  17           DO YOU SEE THAT?

02:39PM  18      A.   YEAH, I SEE THAT.

02:39PM  19      Q.   FIRST OF ALL, AS LABORATORY DIRECTOR AT THE TIME, DID YOU

02:39PM  20      FEEL QUALIFIED TO GIVE YOUR INPUT ON WHAT PROFICIENCY TESTING

02:40PM  21      SHOULD LOOK LIKE AT THE LAB?

02:40PM  22           MR. CAZARES:  OBJECTION.  IT CALLS FOR LEGAL

02:40PM  23      CONCLUSION TESTIMONY.

02:40PM  24           THE COURT:  ARE YOU ASKING HIM HIS KNOWLEDGE OF THE

02:40PM  25      SCOPE OF HIS EMPLOYMENT?

ER-1052

02:40PM  1          MR. BOSTIC:  EXACTLY, YOUR HONOR.  I'M HAPPY TO

02:40PM  2     REPHRASE THAT.

02:40PM  3          THE COURT:  WHY DON'T YOU.  THANK YOU.

02:40PM  4     BY MR. BOSTIC:

02:40PM  5     Q.   DR. PANDORI, BASED ON YOUR UNDERSTANDING OF YOUR JOB

02:40PM  6     RESPONSIBILITIES AND THE SCOPE OF YOUR EMPLOYMENT, WAS IT PART

02:40PM  7     OF YOUR RESPONSIBILITY TO GIVE YOUR OPINION AND INPUT ON HOW

02:40PM  8     PROFICIENCY TESTING WAS RUN AT THERANOS?

02:40PM  9          MR. CAZARES:  702.

02:40PM 10          THE COURT:  OVERRULED.

02:40PM 11          THE WITNESS:  I WASN'T NEVER -- I WASN'T ENTIRELY

02:40PM 12     CLEAR.  I DIDN'T HAVE A LIST OF JOB DESCRIPTIONS AND THAT, SO I

02:40PM 13     TOOK IT UPON MYSELF TO MAKE SURE THAT THE LAB WAS RUNNING

02:40PM 14     PROPERLY IN ANY WAY THAT I COULD.

02:40PM 15          AND BECAUSE I HAD A LOT OF EXPERIENCE IN DIRECTING

02:40PM 16     LABORATORY ACTIVITIES AND LOOKING AT PT'S AND I'M BOARD

02:40PM 17     CERTIFIED AS A HIGH COMPLEXITY LABORATORY DIRECTOR, I FELT THAT

02:41PM 18     I COULD CONTRIBUTE IN A MEANINGFUL WAY TO THIS CONVERSATION.

02:41PM 19     BY MR. BOSTIC:

02:41PM 20     Q.   YOU LEFT THERANOS IN MAY 2014; IS THAT RIGHT?

02:41PM 21     A.   CORRECT.

02:41PM 22     Q.   DURING YOUR TIME AT THE COMPANY, DID THERANOS EVER PERFORM

02:41PM 23     PROFICIENCY TESTING IN A WAY THAT SATISFIED YOU?

02:41PM 24     A.   I DON'T RECALL I LEFT SO SOON.

02:41PM 25     Q.   WAS THERANOS'S APPROACH TO PROFICIENCY TESTING PART OF THE

PANDORI DIRECT BY MR. BOSTIC                                    1665

02:41PM  1    REASONS WHY YOU LEFT THE COMPANY?

02:41PM  2    A.   IT WAS PART.

02:41PM  3    Q.   THE PROBLEMS YOU SAW AT THERANOS, WERE THEY LIMITED TO THE

02:41PM  4    EDISON DEVICE OR DID YOU ALSO SEE PROBLEMS WITH THE THERANOS

02:41PM  5    MODIFIED THIRD PARTY DEVICES?

02:41PM  6    A.   THERE WERE PROBLEMS WITH THE HACKED EQUIPMENT AS WELL.

02:42PM  7    Q.   WHAT PROBLEMS DID YOU SEE WITH THOSE ITEMS?

02:42PM  8    A.   WELL, THEY WERE -- THEY HAD QUALITY CONTROL ISSUES AS I

02:42PM  9    RECALL, BUT THEY ALSO -- I HAD HEARD THAT THEY HAD GIVEN A

02:42PM 10    NUMBER OF RESULTS THAT LED ME TO BELIEVE THAT THEY WERE

02:42PM 11    GENERATING UNRELIABLE RESULTS.

02:42PM 12    Q.   IF I COULD ASK YOU TO TURN TO TAB 1562 IN YOUR BINDER,

02:42PM 13    PLEASE.

02:42PM 14          MR. CAZARES:  I'M SORRY, WHAT NUMBER, COUNSEL?

02:42PM 15          MR. BOSTIC:  1562.

02:42PM 16          THE WITNESS:  YES.

02:42PM 17    BY MR. BOSTIC:

02:42PM 18    Q.   AND AT 1562, DO YOU SEE AN EMAIL CHAIN BETWEEN YOU AND

02:42PM 19    DR. ROSENDORFF RELATING TO AN EVALUATION OF MODIFIED ANALYZERS

02:42PM 20    AT THERANOS?

02:42PM 21    A.   YES.

02:43PM 22          MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1562.

02:43PM 23          MR. CAZARES:  ONE MOMENT, YOUR HONOR.

02:43PM 24       (PAUSE IN PROCEEDINGS.)

02:43PM 25          MR. CAZARES:  NO OBJECTION.

02:43PM 1          THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

02:43PM 2          (GOVERNMENT'S EXHIBIT 1562 WAS RECEIVED IN EVIDENCE.)

02:43PM 3    BY MR. BOSTIC:

02:43PM 4    Q.   IF WE CAN START ON PAGE 5 AT THE BOTTOM, WE SEE THE FIRST

02:43PM 5    EMAIL IN THIS CHAIN IS FROM SOMEONE NAMED NICHOLAS HAASE.

02:43PM 6          DO YOU SEE THAT?

02:43PM 7    A.   YES.

02:43PM 8    Q.   AND WHO WAS NICHOLAS HAASE?

02:43PM 9    A.   MY RECOLLECTION WAS NICHOLAS HAASE WAS A CHEMIST WHO

02:43PM 10   WORKED AT THERANOS IN THAT CHEMISTRY AREA.

02:44PM 11   Q.   AND WHEN YOU SAY IN THAT P PROTOCOL?

02:44PM 12   A.   P PROTOCOL.

02:44PM 13   Q.   WHAT WAS P PROTOCOL AT THERANOS?

02:44PM 14   A.   IT WAS A PROCESS WHERE SPECIMENS FROM NANOTAINERS WOULD BE

02:44PM 15   HANDLED BY A ROBOT, AND PUT INTO A PLASTIC CUP, AND DILUTED,

02:44PM 16   AND THEN PUT ON TO AN FDA CLEARED INSTRUMENT THAT HAD BEEN

02:44PM 17   MODIFIED TO RUN DILUTED SPECIMENS.

02:44PM 18   Q.   AND SO THIS WAS A PRACTICE USING NON-THERANOS EQUIPMENT,

02:44PM 19   BUT A PRACTICE UNIQUE TO THERANOS; IS THAT RIGHT?

02:44PM 20   A.   TO MY KNOWLEDGE IT WAS UNIQUE TO THERANOS.

02:44PM 21   Q.   LOOKING AT PAGE 5, AND LET'S LOOK AT PAGE 6 ALSO, THE TOP

02:44PM 22   OF PAGE 6.  MR. HAASE SAYS AT THE TOP, "ATTACHED ARE THE

02:45PM 23   TABULATED RESULTS FROM THE TECAN-DILUTED FINGERSTICK AND VENOUS

02:45PM 24   SAMPLES FROM THIS MORNING'S STUDY, AS WELL AS THE PREDICATE

02:45PM 25   VENOUS RESULTS."

PANDORI DIRECT BY MR. BOSTIC                                    1667

02:45PM  1        DO YOU SEE THAT?

02:45PM  2   A.   YES.

02:45PM  3   Q.   WERE STUDIES LIKE THIS PERIODICALLY CONDUCTED WITHIN

02:45PM  4   THERANOS?

02:45PM  5   A.   I WOULD NOT SAY THEY WERE PERIODICALLY CONDUCTED, BUT I

02:45PM  6   DIDN'T WORK IN THE CHEMISTRY DEPARTMENT SO I DON'T KNOW.

02:45PM  7   Q.   WHAT IS YOUR UNDERSTANDING OF THE PURPOSE OF A STUDY LIKE

02:45PM  8   THIS ONE?

02:45PM  9   A.   THE PURPOSE OF A STUDY LIKE THIS WOULD BE TO SEE IF THE

02:45PM  10  METHODOLOGY OF RUNNING THE TECAN, THE DILUTED, THE SMALL VOLUME

02:45PM  11  SPECIMENS THAT YOU WERE COLLECTING WERE GENERATING RESULTS THAT

02:45PM  12  WOULD COMPARE FAVORABLY OR ACCURATELY TO NORMAL SPECIMENS RUN

02:45PM  13  IN A NORMAL MANNER AND RUN ON AN FDA CLEARED PREDICATE TEST.

02:45PM  14  Q.   OKAY.  LET'S LOOK AT PAGE 2 OF THIS EMAIL, AND IF WE CAN

02:45PM  15  ZOOM IN ON KIND OF THE MIDDLE TO CAPTURE DR. ROSENDORFF'S EMAIL

02:46PM  16  AND THEN YOURS.

02:46PM  17  A.   OKAY.

02:46PM  18  Q.   PERFECT.  THANK YOU.

02:46PM  19        FIRST, THERE'S AN EMAIL FROM YOU AT THE BOTTOM OF THAT

02:46PM  20  SELECTION THAT SAYS, "HAS THE QC DATA REVEALED MORE BIAS IN

02:46PM  21  FEBRUARY THAN DECEMBER?"

02:46PM  22        AND YOU SAY, "MY SENSE IS THAT THE INSTRUMENT BIAS IS THE

02:46PM  23  MAJOR CAUSE, AND THAT FOR SOME REASON, P PROTOCOLS ARE MORE

02:46PM  24  SUSCEPTIBLE TO THE PROBLEM."

02:46PM  25        DO YOU SEE THAT?

02:46PM  1        A.    I SEE THAT.

02:46PM  2        Q.    AND DR. ROSENDORFF RESPONDS, "FOR SURE THE INSTRUMENT BIAS

02:46PM  3    IS EXACERBATED WITH THE P-PROTOCOLS."

02:46PM  4            CAN YOU EXPLAIN FOR US WHAT THAT MEANS?

02:46PM  5        A.    YEAH.  HE'S SAYING THAT IN A SENSE THERE'S A CHANCE FOR A

02:46PM  6    MUCH HIGHER INACCURACY IF YOU'RE RUNNING THE DELETED P PROTOCOL

02:46PM  7    COMPARED TO THE PREDICATE MACHINE, I MEAN THE PREDICATE METHOD,

02:46PM  8    SORRY.

02:46PM  9            AND THAT WITH P PROTOCOLS THAT THERE'S SOMETHING ABOUT --

02:47PM 10    THERE'S A FUNCTION ASPECT TO THE INSTRUMENT THAT IF YOU TRY TO

02:47PM 11    RUN THESE DILUTED SPECIMENS ON IT, IT DOESN'T WORK AS WELL,

02:47PM 12    JUST TO BE SORT OF PLAIN ABOUT IT.

02:47PM 13        Q.    AND THE TERM "INSTRUMENT BIAS," CAN YOU GIVE US A QUICK

02:47PM 14    DEFINITION OF WHAT THAT IS REFERRING TO?

02:47PM 15        A.    SO THAT THE INSTRUMENT MIGHT INTRODUCE SOME CHANGE OR

02:47PM 16    VARIATION IN A COUNT OR A MEASUREMENT, AND THAT THAT VARIATION

02:47PM 17    OR THAT AMOUNT OF CHANGE TO THE RESULT, OR MEASUREMENT I SHOULD

02:47PM 18    SAY, IS SOMEHOW EXACERBATED OR MADE MORE SERIOUS WHEN YOU RUN

02:47PM 19    THE P SPECIMENS AND THE P PROTOCOL SPECIMENS.

02:47PM 20        Q.    IN OTHER WORDS, DID THE THERANOS MODIFIED VERSIONS OF

02:47PM 21    THESE DEVICES WORK WORSE THAN THE UNMODIFIED VERSIONS?

02:47PM 22        A.    CAN YOU RESTATE THAT?

02:47PM 23        Q.    SURE.  DID THE THERANOS MODIFIED ANALYZERS WORK WORSE THAN

02:48PM 24    THE UNMODIFIED VERSIONS?

02:48PM 25            MR. CAZARES:  OBJECTION.  LEADING.

02:48PM  1          THE WITNESS:  YEAH, THERE WAS PLENTY --

02:48PM  2          THE COURT:  EXCUSE ME.  IT WAS LEADING.

02:48PM  3      WHY DON'T YOU REPHRASE THE QUESTION.

02:48PM  4          MR. BOSTIC:  SURE.

02:48PM  5  Q.   DID THE RESULTS OF THIS EXPERIMENT TELL YOU ANYTHING ABOUT

02:48PM  6  WHETHER THE THERANOS CHANGES TO THESE ANALYZERS MADE THEM WORK

02:48PM  7  BETTER OR WORSE?

02:48PM  8          MR. CAZARES:  ALSO LEADING.

02:48PM  9          THE COURT:  OVERRULED.

02:48PM 10          THE WITNESS:  IT INDICATED THAT THE THERANOS

02:48PM 11  METHODOLOGY WORKED WORSE.

02:48PM 12  BY MR. BOSTIC:

02:48PM 13  Q.   AND WAS THAT CONCERNING TO YOU AS LABORATORY DIRECTOR?

02:48PM 14  A.   YES.

02:48PM 15  Q.   GOING BACK TO THE EDISON SPECIFICALLY, BASED ON THE ISSUES

02:48PM 16  THAT YOU HAD SEEN, HOW WERE YOU FEELING ABOUT THE COMPANY'S

02:48PM 17  CONTINUED USE OF THE EDISON ANALYZERS IN THE FIRST PART OF

02:48PM 18  2014?

02:48PM 19  A.   EDISON ANALYZERS, I DIDN'T HAVE A VERY POSITIVE FEELING

02:49PM 20  WITH REGARD TO THEIR FUNCTION AT ALL.

02:49PM 21  Q.   DID YOU EVER MAKE A SUGGESTION TO ANYONE AT THERANOS ABOUT

02:49PM 22  WHETHER THE COMPANY SHOULD CONTINUE TO USE THE EDISON OR NOT?

02:49PM 23  A.   I RECOMMENDED TO DR. ROSENDORFF ON MANY OCCASIONS THAT WE

02:49PM 24  SHOULD JUST RUN PREDICATE METHODS WHILE WE CONCENTRATE ON

02:49PM 25  GETTING THE THERANOS TECHNOLOGIES WORKING BETTER.

PANDORI DIRECT BY MR. BOSTIC                                    1670

02:49PM  1        AND THEN ONCE WE HAD MORE CONFIDENCE IN THE THERANOS

02:49PM  2   METHODS, WE WOULD SWITCH, BUT UNTIL THEN WE COULD -- BECAUSE WE

02:49PM  3   HAD A CLIA CERTIFICATE, AND WE HAD LAB DIRECTORS, AND CLINICAL

02:49PM  4   LAB SCIENTISTS, WE HAD ALL OF THE INFRASTRUCTURE TO DO NORMAL

02:49PM  5   PREDICATE LAB TESTING, WHY DON'T WE DO THAT UNTIL WE FEEL MORE

02:49PM  6   CONFIDENCE IN THE THERANOS METHODS.

02:49PM  7   Q.   SO IF YOUR RECOMMENDATION HAD BEEN ADOPTED, WOULD THERANOS

02:49PM  8   HAD BEEN USING THE EDISON FOR ANY PATIENT TESTING AT ALL DURING

02:49PM  9   THAT PERIOD?

02:49PM 10   A.   NO.

02:49PM 11        IN MY RECOMMENDATION, WHAT I'M SAYING IS THAT THE EDISON

02:50PM 12   SHOULD BE CONSIDERED RESEARCH EQUIPMENT AND THAT THEY SHOULD BE

02:50PM 13   WORKED ON UNTIL ACCURACY AND PRECISION CAN BE IMPROVED, AND

02:50PM 14   ONLY WHEN THAT'S BEEN ACHIEVED WOULD WE START TO USE THEM ON

02:50PM 15   PATIENT TESTING.

02:50PM 16        BUT IN THE MEANTIME WE COULD RUN -- BECAUSE WE ALREADY HAD

02:50PM 17   THIS EQUIPMENT, AND WE HAD EVERYTHING IN PLACE TO DO DIAGNOSTIC

02:50PM 18   TESTING ON VENOUS SPECIMENS, WE COULD REMAIN A DIAGNOSTIC

02:50PM 19   LABORATORY UNTIL THAT WAS ACHIEVED.

02:50PM 20   Q.   THE ONLY DIFFERENCE WOULD BE THAT THE COMPANY WOULDN'T BE

02:50PM 21   USING ITS HOME GROWN ANALYZER; CORRECT?

02:50PM 22   A.   THAT WOULD BE, THAT WOULD BE ONE DIFFERENCE.

02:50PM 23        THE OTHER DIFFERENCE WOULD BE THAT YOU WOULDN'T BE DRAWING

02:50PM 24   INTO THE NANOTAINER.

02:50PM 25   Q.   OKAY.  CAN YOU TELL US WHAT THE NANOTAINER WAS IN THIS

PANDORI DIRECT BY MR. BOSTIC                                    1671

02:50PM   1       CONTEXT?

02:50PM   2       A.   A PLASTIC VIAL ABOUT THAT BIG WITH A RUBBER PLUG ON THE

02:50PM   3       TOP THAT WOULD CONNECT TO AN APPARATUS THAT ALLOWED ONE TO DO A

02:50PM   4       FINGERSTICK AND DRAW BLOOD DIRECTLY INTO THE NANOTAINER

02:50PM   5       (INDICATING).

02:50PM   6       Q.   AND WAS THE NANOTAINER A THERANOS SPECIFIC DEVICE?

02:51PM   7       A.   YES.

02:51PM   8       Q.   SO YOUR OPINION OR YOUR RECOMMENDATION THAT THE COMPANY

02:51PM   9       SHOULD STOP USING THE EDISON ALTOGETHER AT LEAST UNTIL THE

02:51PM  10       PROBLEMS WERE ADDRESSED, DO YOU KNOW WHETHER THAT

02:51PM  11       RECOMMENDATION EVER MADE ITS WAY TO MR. BALWANI?

02:51PM  12              MR. CAZARES:  OBJECTION.  IT CALLS FOR HEARSAY,

02:51PM  13       SPECULATION, AND FOUNDATION.

02:51PM  14              THE COURT:  IF YOU CAN LAY A FOUNDATION WITHOUT

02:51PM  15       ASKING FOR HEARSAY.

02:51PM  16              MR. BOSTIC:  I THINK MY NEXT QUESTION WILL LAY THE

02:51PM  17       FOUNDATION.

02:51PM  18       Q.   DID YOU EVER DISCUSS OR WERE YOU EVER IN A CONVERSATION

02:51PM  19       WITH MR. BALWANI ABOUT THE RECOMMENDATION THAT YOU HAD MADE TO

02:51PM  20       STOP USING THE EDISONS?

02:51PM  21       A.   YES.

02:51PM  22       Q.   OKAY.  SO TELL US ABOUT THAT?  HOW DID THAT CONVERSATION

02:51PM  23       TAKE PLACE?

02:51PM  24       A.   I BELIEVE I MENTIONED IT TO HIM IN HIS OFFICE THAT WE

02:51PM  25       COULD DO THAT, AND ALSO AT ANOTHER TIME WHEN WE WERE LOOKING AT

ER-1060

02:52PM   1    SOME SPACE TO PUT A LOT OF OLD -- A LOT OF PREDICATE EQUIPMENT

02:52PM   2    IN TO RUN VENOUS TESTING TO CREATE ANOTHER LAB JUST FOR VENOUS

02:52PM   3    TESTING, AND I HAD MENTIONED IT AT THAT TIME AS WELL.

02:52PM   4    Q.   AND WAS THERE A TIME WHEN MR. BALWANI VISITED YOU IN YOUR

02:52PM   5    OFFICE TO DISCUSS THOSE --

02:52PM   6    A.   YES.

02:52PM   7    Q.   TELL US ABOUT THAT.

02:52PM   8    A.   WHEN HE CAME, I BELIEVE WITH TWO OTHER PROJECT MANAGERS,

02:52PM   9    AND TOLD ME THAT THAT WOULDN'T HAPPEN.  HE WAS UPSET.

02:52PM   10   Q.   WAS THAT ON THE SAME DAY THAT YOU HAD RAISED THIS ISSUE TO

02:52PM   11   HIM IN THE FIRST PLACE?  DO YOU RECALL THE TIMING THERE?

02:52PM   12   A.   I DON'T THINK IT WAS THE SAME DAY, BUT I DON'T REMEMBER

02:52PM   13   THE DISTANCE CHRONOLOGICALLY BETWEEN MY RECOMMENDATION TO HIM

02:52PM   14   OR THE TIME I SAID IT TO ADAM -- I'M SORRY, DR. ROSENDORFF.

02:52PM   15   Q.   AND WHEN MR. BALWANI CAME TO VISIT YOU IN YOUR OFFICE, YOU

02:52PM   16   SAID WITH THE TWO PROJECT MANAGERS, WAS THAT THEN A DISCUSSION

02:52PM   17   WHERE YOU HAD A BACK AND FORTH ABOUT WHETHER THIS SHOULD BE

02:53PM   18   DONE OR NOT, OR WAS IT MR. BALWANI RELAYING HIS DECISION TO

02:53PM   19   YOU?

02:53PM   20   A.   WELL, THAT WAS A RELAY OF HIS DECISION.  THERE WASN'T ANY

02:53PM   21   BACK AND FORTH.

02:53PM   22   Q.   AND WHAT WAS THE TONE?

02:53PM   23   A.   HE WAS UPSET.  ANGRY.

02:53PM   24   Q.   AND AROUND THAT TIME WHEN MR. BALWANI TOLD YOU THAT THE

02:53PM   25   COMPANY WAS NOT GOING TO STOP USING THE EDISON, DID YOU THINK

02:53PM 1     ABOUT ELEVATING THAT ISSUE TO MS. HOLMES, THE CEO OF THE

02:53PM 2     COMPANY?

02:53PM 3     A.   NO.

02:53PM 4     Q.   WHY NOT?

02:53PM 5     A.   UM, I CONSIDERED MR. BALWANI AND ELIZABETH TO BE UNIFIED

02:53PM 6     IN ALL OF THEIR DECISION MAKING PROCESSES.

02:53PM 7     Q.   AND WHAT WAS THAT IMPRESSION BASED ON?

02:53PM 8     A.   WELL, WHEN WE HAD ENGAGED IN THE PT CONTROVERSY THAT WE

02:53PM 9     WENT OVER EARLIER, THEY WERE UNIFIED IN THAT.

02:54PM 10         WHEN I WOULD ATTEND MEETINGS IN WHICH BOTH WERE PRESENT,

02:54PM 11    THEY PRESENTED A UNIFIED FRONT ON ALL OPINIONS AND DECISIONS.

02:54PM 12         THEY SEEMED TO GET ALONG REALLY WELL WITH ONE ANOTHER WHEN

02:54PM 13    I COULD SEE THEM TOGETHER.

02:54PM 14         AND I NEVER HEARD OF AN INSTANCE IN THE LAB WHERE ONE HAD

02:54PM 15    MADE A DECISION AND THE OTHER HAD MADE A DIFFERENT DECISION.

02:54PM 16    Q.   OKAY.  SO WE'VE TALKED JUST NOW ABOUT MR. BALWANI'S

02:54PM 17    RESPONSE TO YOUR SUGGESTION THAT THE EDISON BE TAKEN OUT OF

02:54PM 18    USE.

02:54PM 19         WAS THAT CONSISTENT WITH OR INCONSISTENT WITH THE WAY THAT

02:54PM 20    MR. BALWANI GENERALLY RESPONDED TO BAD NEWS AT THE COMPANY IN

02:54PM 21    YOUR EXPERIENCE?

02:54PM 22    A.   THAT WAS CONSISTENT.

02:54PM 23    Q.   WHY DO YOU SAY THAT?

02:54PM 24    A.   HE HAD A TEMPER, AND HE SHOWED IT TO A LOT OF PEOPLE WHEN

02:54PM 25    HE DISAGREED WITH THEM.

02:54PM   1        MR. BOSTIC:  YOUR HONOR, I'M ABOUT TO MOVE TO A

02:54PM   2    DIFFERENT TOPIC.

02:55PM   3        NOW MIGHT BE A GOOD TIME TO BREAK FOR THE DAY.

02:55PM   4        THE COURT:  LET'S DO THAT THEN.  THANK YOU.

02:55PM   5        LADIES AND GENTLEMEN, WE'LL TAKE OUR RECESS NOW.  PLEASE

02:55PM   6    RECALL THAT WE'RE NOT IN SESSION TOMORROW, THURSDAY, BUT WE

02:55PM   7    WILL BE IN SESSION FRIDAY MORNING, FRIDAY MORNING AT 9:00 A.M.

02:55PM   8        PLEASE LET ME REMIND YOU OF THE ADMONISHMENT, DO NOT DO

02:55PM   9    ANY INDEPENDENT RESEARCH, DO NOT DISCUSS WITH ANYONE, DO NOT

02:55PM  10    READ, LISTEN, OR WATCH ANYTHING ABOUT THIS, AND DO NOT IN ANY

02:55PM  11    WAY HAVE ANYTHING ABOUT THIS CASE COME TO YOUR ATTENTION.

02:55PM  12        I'LL ASK YOU THAT QUESTION AGAIN FRIDAY, AS YOU KNOW.

02:55PM  13        HAVE A GOOD EVENING, LADIES AND GENTLEMEN.  IT'S GOOD TO

02:55PM  14    SEE YOU AGAIN.

02:55PM  15        DOCTOR, IF YOU COULD COME BACK TOMORROW AT 9:00 A.M.,

02:55PM  16    PLEASE.

02:55PM  17        MR. BOSTIC:  FRIDAY.

02:55PM  18        THE COURT:  FRIDAY.  EXCUSE ME.

02:55PM  19        THE WITNESS:  UNDERSTOOD.

02:55PM  20    (JURY OUT AT 2:55 P.M.)

02:56PM  21        THE COURT:  PLEASE BE SEATED.  THANK YOU.

02:56PM  22    YOU CAN LEAVE, SIR.  THANK YOU.

02:56PM  23        ALL RIGHT.  THE RECORD SHOULD REFLECT THAT THE JURY HAS

02:56PM  24    LEFT FOR THE DAY.  THE WITNESS HAS LEFT THE COURTROOM.

02:56PM  25        ANYTHING FURTHER BEFORE WE BREAK FOR THE EVENING, COUNSEL?

02:56PM  1          MR. BOSTIC:  NOT FROM THE GOVERNMENT, YOUR HONOR.

02:56PM  2          MR. COOPERSMITH:  I HAVE ONE SMALL ISSUE,

02:56PM  3    YOUR HONOR.

02:56PM  4          THE COURT:  SURE.

02:56PM  5          MR. COOPERSMITH:  I THINK IT'S SMALL.

02:56PM  6      AND I JUST WANTED TO ASK IF THE COURT WOULD LIKE SOME

02:56PM  7    ADDITIONAL BRIEFING ON THIS OR SOMETHING, BUT HERE'S OUR

02:56PM  8    DIFFERENCE OF VIEWS:

02:56PM  9      SO WE THINK THE TESTIMONY THAT DR. PANDORI GAVE IN LARGE

02:56PM 10    PART, AND ALSO THE TESTIMONY FROM MS. CHEUNG, AND WE THINK THIS

02:57PM 11    WILL REOCCUR AGAIN IN TRIAL WITH OTHER WITNESSES SUCH AS

02:57PM 12    DR. ROSENDORFF IF HE'S CALLED, WE THINK IT'S EXPERT TESTIMONY.

02:57PM 13      AND IF THE GOVERNMENT IS NOT CALLING THESE WITNESSES AS

02:57PM 14    EXPERTS, THE FACT IS -- CERTAINLY IT'S TRUE THAT SOMEONE OF

02:57PM 15    DR. PANDORI'S TRAINING AND BACKGROUND, HE KNOWS A LOT ABOUT THE

02:57PM 16    LAB INDUSTRY.  HE IS PROBABLY QUALIFIED TO BE AN EXPERT IF

02:57PM 17    THAT'S WHAT THE GOVERNMENT WAS TRYING TO DO.

02:57PM 18      BUT THEY'RE NOT TRYING TO DO THAT.

02:57PM 19      SO THE FACT THAT HE HAS AN UNDERSTANDING FROM HIS TRAINING

02:57PM 20    OR FROM HIS JOB, IN OUR VIEW, DOES NOT MEAN THAT HE CAN TESTIFY

02:57PM 21    AS AN EXPERT.

02:57PM 22      AND, LIKE, FOR EXAMPLE, WITH MS. CHEUNG, AND THERE WERE

02:57PM 23    OBJECTIONS MADE DURING THE COURSE OF MS. CHEUNG'S TESTIMONY,

02:57PM 24    THE FACT THAT SHE HAS AN UNDERSTANDING OF SOMETHING BECAUSE

02:57PM 25    SHE, LIKE, READ THINGS OR IT DOESN'T MEAN THAT SHE'S GOING TO

1676

02:57PM 1       BE TESTIFYING AS AN EXPERT.

02:57PM 2             SO I THINK RESPECTFULLY, THE OBJECTIONS THAT THE COURT HAS

02:57PM 3       BEEN OVERRULING ON THESE EXPERT ISSUES WE THINK ARE --

02:57PM 4                   THE COURT:  YOU TAKE DIFFERENCE WITH?

02:58PM 5                   MR. COOPERSMITH:  WE DO.

02:58PM 6                   THE COURT:  MR. BOSTIC, WHAT DO YOU THINK?

02:58PM 7                   MR. BOSTIC:  SO, YOUR HONOR, I NOTE THAT THE PARTIES

02:58PM 8       DID BRIEF THESE ISSUES IN MOTIONS IN LIMINE SPECIFICALLY

02:58PM 9       ADDRESSING SOME OF THE CONTENT OF TESTIMONY BY THESE SAME

02:58PM 10      WITNESSES IN THE PREVIOUS TRIAL.

02:58PM 11            MY UNDERSTANDING OF THE COURT'S RULING IS THAT IT

02:58PM 12      DISAGREED WITH THE DEFENSE'S INTERPRETATION OF THE RULES AND

02:58PM 13      WHERE THE LINE IS BETWEEN EXPERT AND PERCIPIENT TESTIMONY.

02:58PM 14            I THINK THE COURT GOT IT RIGHT IN THAT ORDER, AND I THINK

02:58PM 15      THE COURT IS ADHERING TO THAT SAME STANDARD HERE.

02:58PM 16            I THINK THESE WITNESSES, SIMPLY BECAUSE THEY WORKED IN A

02:58PM 17      TECHNICAL FIELD DOESN'T MEAN THAT EVERY TIME THEY TALK ABOUT

02:58PM 18      THEIR JOB OR THE SCOPE OF THEIR JOB, WHAT THEY DID, WHAT THEY

02:58PM 19      SAW, IT DOESN'T SHIFT THAT INTO EXPERT TESTIMONY JUST BECAUSE

02:58PM 20      WE'RE TALKING ABOUT THE TECHNICAL AREA.

02:58PM 21            THE QUESTIONS, AND I THINK THE ANSWERS, ARE LIMITED AND

02:58PM 22      FORMULATED TO FOCUS ONLY ON WHAT THE WITNESSES SAW AND TO DRAW

02:58PM 23      ON NOT THEIR TRAINING BUT THEIR EXPERIENCE AT THE SPECIFIC JOBS

02:59PM 24      THAT THEY'RE TESTIFYING ABOUT.

02:59PM 25                  MR. COOPERSMITH:  YOUR HONOR, OUR POINT IS SIMPLY

UNITED STATES COURT REPORTERS

ER-1065

02:59PM 1      THAT WHEN A WITNESS, AND YOU JUST HEARD THIS WITH DR. PANDORI,

02:59PM 2      WHEN THEY MOVE TO SAYING, OKAY, YES, I OBSERVED CERTAIN DATA,

02:59PM 3      THIS IS THE DATA THAT CAME OUT OF THE QUALITY CONTROL PROCESS,

02:59PM 4      THAT IS SOMETHING THAT THEY OBSERVED.  THAT'S NOT THE ISSUE.

02:59PM 5          BUT WHEN THEY MOVE FROM THAT TO SAY, IN MY VIEW, I THINK

02:59PM 6      THAT AFFECTS THE ACCURACY OF PATIENT RESULTS BECAUSE, AND THEY

02:59PM 7      GIVE AN EXPLANATION, THAT'S WHERE IT MOVES INTO EXPERT

02:59PM 8      TESTIMONY.

02:59PM 9          I THINK WE HAVE THE SAME PROBLEM WITH MS. CHEUNG.

02:59PM 10          BUT I KNOW THAT WE DON'T HAVE TRIAL TOMORROW, AND YOU, YOU

02:59PM 11      KNOW, WITH THE COURT'S PERMISSION, WE WOULD LIKE TO BRIEF THIS

02:59PM 12      A LITTLE MORE.

02:59PM 13          THE REASON IS THAT WHEN I GO BACK AND THINK BACK TO THE

02:59PM 14      MIL RULING, WHICH OBVIOUSLY WE RESPECT THE COURT'S RULING, WHAT

02:59PM 15      I REMEMBER ABOUT THAT RULING IS THAT THE COURT LARGELY DEFERRED

02:59PM 16      TO ON-THE-SPOT OBJECTIONS DURING TESTIMONY.

02:59PM 17          THE COURT:  AND THAT'S WHAT I RULED ON TODAY,

02:59PM 18      ON-THE-SPOT OBJECTIONS.

03:00PM 19          MR. COOPERSMITH:  ABSOLUTELY, YOUR HONOR, AND THAT'S

03:00PM 20      THE WAY TRIAL WORKS.

03:00PM 21          BUT AGAIN, WE RESPECTFULLY THINK THAT AS FAR AS WHAT THE

03:00PM 22      COURT'S COMMENTS ARE, IT SEEMS TO BE BASED ON THE FACT THAT THE

03:00PM 23      WITNESS DOES, IN FACT, OR AT LEAST TESTIFIES THAT THE WITNESS

03:00PM 24      HAS AN UNDERSTANDING BASED ON THEIR BACKGROUND AND EXPERIENCE

03:00PM 25      OR EVEN TRAINING AT THERANOS.

03:00PM 1      WE DON'T THINK THAT ALLOWS A PERSON WHO IS NOT BEING

03:00PM 2      PRESENTED AS AN EXPERT, OR EVEN SOMEONE WHO IS NOT NOTICED AS

03:00PM 3      AN EXPERT, TO MOVE INTO THE REALM OF EXPERT TESTIMONY, EVEN IF

03:00PM 4      THEY KNOW IT.  I KNOW A LOT OF THINGS OR I THINK I KNOW A LOT

03:00PM 5      OF THINGS, IT DOESN'T MEAN THAT I CAN TESTIFY AT TRIAL THAT I'M

03:00PM 6      AN EXPERT ON THAT.

03:00PM 7          THAT'S OUR POINT.

03:00PM 8              THE COURT:  WELL, I APPRECIATE THAT.

03:00PM 9          I GUESS IF WILLIE MAYS WERE CALLED, HE WOULDN'T HAVE TO

03:00PM 10     SAY I'M AN EXPERT IN BASEBALL TO TELL YOU WHAT HAPPENS WHEN HE

03:00PM 11     HITS A FASTBALL OVER THE FENCE IN CENTERFIELD THAT IT'S A HOME

03:00PM 12     RUN.

03:00PM 13             MR. COOPERSMITH:  THE PROBLEM WOULD COME,

03:00PM 14     YOUR HONOR, WHEN HE STARTS TO TALK ABOUT HOW THE SPIN ON THE

03:00PM 15     BASEBALL AND THE VELOCITY AS A MATTER OF PHYSICS AND THE BALL

03:00PM 16     GOES OVER THE FENCE, RIGHT?

03:00PM 17             THE COURT:  SURE.  I HAVEN'T HEARD THAT TYPE OF

03:00PM 18     TESTIMONY FROM THESE WITNESSES, AND THAT'S WHY I HAVE MADE THE

03:00PM 19     RULINGS THAT I HAVE ON THE OBJECTIONS.

03:01PM 20         I DON'T THINK IT IS, JUST TO -- AND THANKS FOR LETTING ME

03:01PM 21     GET INTO BASEBALL, BUT I DON'T SEE THAT THE TESTIMONY, THE

03:01PM 22     QUESTIONS THAT HAVE BEEN ASKED HAVE REALLY CALLED UPON PURE

03:01PM 23     EXPERT TESTIMONY OR EXPERT TESTIMONY.

03:01PM 24         THE QUESTIONS -- AND I'VE SAID, AND YOU'VE HEARD ME

03:01PM 25     QUALIFY SOME OF MR. BOSTIC'S QUESTIONS WERE BASED ON WHAT SHE

03:01PM 1    WAS TRAINED, BASED ON THE WITNESS'S EXPERIENCE, AND THE WITNESS

03:01PM 2    CAN TESTIFY BASED ON THEIR EXPERIENCE THIS IS WHAT I SAW, THIS

03:01PM 3    IS WHAT I OBSERVED.  AND THAT'S WHAT I HAVE HEARD.

03:01PM 4        I HAVE NOT HEARD, IN MY OPINION, A WITNESS OPINE AS AN

03:01PM 5    EXPERT GIVING EXPERT OPINION THAT REQUIRE A 702 TYPE OF

03:01PM 6    FOUNDATION.

03:01PM 7        THE DOCTORS CAN TESTIFY ABOUT THEY TALKED ABOUT WHAT THEY

03:01PM 8    WERE HIRED TO DO, AND EXPLAIN WHAT HE DID, THAT'S WHY I RULED

03:01PM 9    ON WHAT I DID.  IN THE COURT'S VIEW, THE WITNESS WAS EXPLAINING

03:02PM 10   THAT'S MY DUTIES, THAT'S WHAT I DID.

03:02PM 11       THE WITNESS DID NOT TALK ABOUT IN DETAIL ABOUT THE

03:02PM 12   ANALYSIS.  THERE WERE SOME QUESTIONS BY YOU AND OTHERS ABOUT

03:02PM 13   WHAT DOES THAT MEAN, HOW DOES THAT WORK.

03:02PM 14       I SUPPOSE WHEN YOU WERE ASKING MS. CHEUNG ABOUT THE LIS,

03:02PM 15   THAT WOULD BE EXPERT TESTIMONY, TOO.  WHAT DOES IT DO?  HOW

03:02PM 16   DOES IT CAPTURE IT?  WHAT DOES IT DO?  THOSE TYPES OF THINGS.

03:02PM 17       BUT THOSE ARE JUST WHAT SHE KNOWS FROM HER PERSONAL

03:02PM 18   KNOWLEDGE OF HOW THAT DATABASE WOULD CAPTURE AND RECEIVE THAT

03:02PM 19   INFORMATION IN THE SAME TONE.  THAT'S HOW I'VE PERCEIVED THE

03:02PM 20   ANSWERS AND THE QUESTIONS.

03:02PM 21       BUT I'M NOT GOING TO TELL YOU DON'T OBJECT.  OF COURSE YOU

03:02PM 22   HAVE TO OBJECT.

03:02PM 23           MR. COOPERSMITH:  AND THANK YOU FOR THAT,

03:02PM 24   YOUR HONOR.  WE APPRECIATE THAT.  OBVIOUSLY WE'RE TRYING TO DO

03:02PM 25   OUR JOB.

1680

03:02PM 1          WITH RESPECT TO MS. CHEUNG, JUST USING THE COURT'S

03:02PM 2    EXAMPLE, IF SHE KNEW FROM HER EXPERIENCE THAT THE LIS CONTAINED

03:02PM 3    CERTAIN DATA OR YOU COULD GET A CERTAIN OUTPUT FROM IT, THAT'S

03:02PM 4    JUST BASED ON HER EXPERIENCE.

03:02PM 5          BUT, ON THE OTHER HAND, IF SHE'S SAYING, WELL, I SAW

03:03PM 6    QUALITY CONTROL FAILURES AT THERANOS.  SO FAR SO GOOD.  NOT

03:03PM 7    EXPERT TESTIMONY.  SHE'S JUST SAYING THAT'S WHAT SHE OBSERVED,

03:03PM 8    RIGHT?

03:03PM 9          BUT THEN WHEN YOU MOVE FROM THAT INTO, WELL, I BELIEVE

03:03PM 10   THAT THAT WOULD MAKE PATIENT TESTING INACCURATE, AND

03:03PM 11   DR. PANDORI IS SAYING THE SAME WAY.

03:03PM 12         THAT IS BASED ON A VIEW THAT, YOU KNOW, I THINK THAT EVEN

03:03PM 13   IF THE MACHINE PASSED QC, IT STILL IS GOING TO PRODUCE

03:03PM 14   INACCURATE RESULTS BECAUSE, YOU KNOW, WHO KNOWS WHAT IS GOING

03:03PM 15   ON WITH THE MACHINE.

03:03PM 16         I MEAN, AT THAT POINT YOU'RE GETTING INTO THE REALM OF

03:03PM 17   EXPERT TESTIMONY.

03:03PM 18              THE COURT:  SURE.

03:03PM 19              MR. COOPERSMITH:  WITH THE COURT'S PERMISSION, I

03:03PM 20   KNOW THAT THESE ARE NOT ALWAYS EASY ISSUES, AND WE OBVIOUSLY

03:03PM 21   RESPECT THE COURT'S ROLE, AND I SAY THIS WITH THE DEEPEST

03:03PM 22   RESPECT FOR THE COURT --

03:03PM 23              THE COURT:  WHAT I'M SAYING IS, IN YOUR EXAMPLE OF

03:03PM 24   MS. CHEUNG -- PARDON ME FOR INTERRUPTING YOU -- WHAT I HEARD

03:03PM 25   HER SAY IN ESSENCE WAS THIS INFORMATION THAT WENT INTO A

03:03PM 1    MACHINE, IF IT WAS CORRUPTED OR FOR WHATEVER REASON IT WAS BAD,

03:03PM 2    IT'S GOING TO GIVE A BAD RESULT.  THAT'S, THAT'S THE NATURE OF

03:04PM 3    THINGS.  THAT'S HOW IT WORKS.

03:04PM 4        SHE DIDN'T TESTIFY ABOUT THE ANALYSIS AND WHY ALL OF THE

03:04PM 5    REAGENTS WOULD REACT DIFFERENTLY, SHE DIDN'T TALK ABOUT THE

03:04PM 6    MOLECULAR CORRUPTION THAT WOULD THEN INDICATE HOW THAT WOULD

03:04PM 7    WORK.

03:04PM 8        IT WAS KIND OF LIKE BAD INFORMATION IN, BAD INFORMATION

03:04PM 9    OUT.

03:04PM 10            MR. COOPERSMITH:  RIGHT.

03:04PM 11            THE COURT:  I DON'T THINK THAT THAT NEEDS -- AND I

03:04PM 12   DON'T THINK THE JURY WOULD BE HELPED UNDER 702 TO THEIR

03:04PM 13   UNDERSTANDING OF THIS, AND WHICH IS THE BASIS OF 702, ONE OF

03:04PM 14   THEM, TO ALLOW THE JURY TO APPRECIATE AND CAPTURE THE TENOR,

03:04PM 15   THE NATURE, AND THE QUALITY OF THE TESTIMONY.  AND BASED ON THE

03:04PM 16   QUESTIONS THAT HAVE BEEN ASKED AROUND THAT, IT DIDN'T REQUIRE

03:04PM 17   702 EXPERTISE.

03:04PM 18        I'M NOT SAYING THAT THESE JURORS KNOW EVERYTHING ABOUT

03:04PM 19   EDISON MACHINES OR BLOOD TESTING.

03:04PM 20        BUT SO FAR THE WAY THE WITNESSES, AND INCLUDING YOUR

03:04PM 21   QUESTIONS ON CROSS HAVE BEEN ASKED, I THINK YOU'RE FOLLOWING

03:05PM 22   AND LISTENING TO THE COURT'S PRELIMINARY INSTRUCTIONS TO THE

03:05PM 23   JURY WHEN I SAID THAT THEY WILL TRY TO OR AT LEAST MY VOIR

03:05PM 24   DIRE, THEY WILL TRY TO MAKE IT ACCESSIBLE, AND YOU'VE DONE --

03:05PM 25   YOU'RE BOTH DOING A GOOD JOB AT THAT.

1682

03:05PM 1        MR. COOPERSMITH:  CERTAINLY WE'RE TRYING,

03:05PM 2    YOUR HONOR.  THANK YOU.

03:05PM 3        WHAT WE WOULD LIKE TO DO IS TO LOOK BACK AT THE

03:05PM 4    TRANSCRIPT, RIGHT?  BECAUSE WE MIGHT READ IT AND CONCLUDE WE

03:05PM 5    DON'T HAVE A DISAGREEMENT.

03:05PM 6        BUT I'D LIKE TO LOOK BACK AT THE TRANSCRIPT AND TRY TO

03:05PM 7    POINT OUT --

03:05PM 8            THE COURT:  DO YOU WANT TO MEET AT 8:30 ON FRIDAY?

03:05PM 9    IS THAT WHAT YOU'RE ASKING?

03:05PM 10           MR. COOPERSMITH:  I THINK THAT WOULD BE HELPFUL,

03:05PM 11   YOUR HONOR.

03:05PM 12           THE COURT:  OKAY.  SEE YOU THEN.

03:05PM 13           MR. COOPERSMITH:  THANK YOU.

03:05PM 14           MR. BOSTIC:  THANK YOU, YOUR HONOR.

03:05PM 15           THE CLERK:  COURT IS ADJOURNED.

03:05PM 16       (COURT ADJOURNED AT 3:05 P.M.)

17

18

19

20

21

22

23

24

25

ER-1071

1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                         SAN JOSE DIVISION

5

      UNITED STATES OF AMERICA,          )
6                                        )  CR-18-00258-EJD
                        PLAINTIFF,       )
7                                        )  SAN JOSE, CALIFORNIA
                  VS.                    )
8                                        )  APRIL 1, 2022
      RAMESH "SUNNY" BALWANI,            )
9                                        )  VOLUME 12
                        DEFENDANT.       )
10    _____   )  PAGES 1683 - 1905

11

12                  TRANSCRIPT OF TRIAL PROCEEDINGS
                 BEFORE THE HONORABLE EDWARD J. DAVILA
13                  UNITED STATES DISTRICT JUDGE

14    A P P E A R A N C E S:

15    FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
                            BY:   JOHN C. BOSTIC
16                                JEFFREY B. SCHENK
                            150 ALMADEN BOULEVARD, SUITE 900
17                          SAN JOSE, CALIFORNIA 95113

18                          BY:   ROBERT S. LEACH
                                  KELLY VOLKAR
19                          1301 CLAY STREET, SUITE 340S
                            OAKLAND, CALIFORNIA 94612
20
              (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21
      OFFICIAL COURT REPORTER:
22                            IRENE L. RODRIGUEZ, CSR, RMR, CRR
                              CERTIFICATE NUMBER 8074
23

24        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
               TRANSCRIPT PRODUCED WITH COMPUTER
25

PANDORI DIRECT BY MR. BOSTIC (RES.)                    1716

09:22AM   1        MUCH TIME AS WE CAN.  WE'LL TALK ABOUT THAT NEXT WEEK.

09:22AM   2             ALL RIGHT.  THANK YOU VERY MUCH.

09:22AM   3             DO WE HAVE THE WITNESS BACK?

09:22AM   4                  MR. BOSTIC:  YES, YOUR HONOR.

09:22AM   5                  THE COURT:  OKAY.  THANK YOU.

09:22AM   6             IF WE CAN CALL DR. PANDORI.

09:23AM   7             GOOD MORNING, SIR.  GO AHEAD AND TAKE THE STAND AGAIN IF

09:23AM   8        YOU WOULD, SIR.  MAKE YOURSELF COMFORTABLE AGAIN.

09:23AM   9             WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

09:23AM  10        AGAIN, PLEASE.

09:23AM  11                  THE WITNESS:  MARK PANDORI.

09:23AM  12                  THE COURT:  THANK YOU.  COUNSEL.

09:23AM  13        **(GOVERNMENT'S WITNESS, MARK PANDORI, WAS PREVIOUSLY**

09:23AM  14        **SWORN.)**

09:23AM  15                       **DIRECT EXAMINATION (RESUMED)**

09:23AM  16        BY MR. BOSTIC:

09:23AM  17        Q.   GOOD MORNING, DR. PANDORI.

09:23AM  18        A.   GOOD MORNING.

09:23AM  19        Q.   YESTERDAY WE SPENT A LITTLE TIME DISCUSSING A MEETING THAT

09:23AM  20        YOU HAD WITH MR. BALWANI ABOUT WHETHER THE EDISON SHOULD

09:23AM  21        CONTINUE TO BE USED AT THERANOS.

09:23AM  22             DO YOU RECALL THAT?

09:23AM  23        A.   YES.

09:23AM  24        Q.   CAN YOU HELP US PLACE THAT MEETING IN TIME?  APPROXIMATELY

09:23AM  25        WHEN WAS THAT IF YOU REMEMBER?

09:24AM  1    A.   I HAVE DIFFICULTY PLACING THAT MEETING IN TIME.

09:24AM  2    Q.   WAS --

09:24AM  3    A.   IT WAS -- I'M SORRY TO INTERRUPT YOU.

09:24AM  4         IT WAS LIKELY MARCH OR APRIL.

09:24AM  5    Q.   YOU LEFT THE COMPANY IN MAY OF 2014; IS THAT RIGHT?

09:24AM  6    A.   CORRECT.

09:24AM  7    Q.   AND DO YOU REMEMBER WHETHER THIS WAS THE WEEK BEFORE YOU

09:24AM  8    LEFT OR SOME TIME EARLIER THAN THAT?

09:24AM  9    A.   SOME TIME EARLIER THAN THAT.

09:24AM 10    Q.   YOU TESTIFIED BEFORE THAT YOU HAD EXPRESSED THE VIEW THAT

09:24AM 11    MAYBE THE EDISON SHOULDN'T BE USED AT ALL AT THERANOS, AT LEAST

09:24AM 12    TEMPORARILY; IS THAT RIGHT?

09:24AM 13    A.   I EXPRESSED THAT VIEW.

09:24AM 14    Q.   AND HAD YOU EXPRESSED THAT VIEW TO MR. BALWANI DIRECTLY

09:24AM 15    BEFORE THE MEETING THAT WE TALKED ABOUT?

09:24AM 16    A.   NO.

09:24AM 17    Q.   DO YOU UNDERSTAND THAT YOUR COMMENT HAD GOTTEN BACK TO

09:24AM 18    MR. BALWANI?

09:24AM 19    A.   IT WAS MY ASSESSMENT THAT IT HAD OR GUESS THAT IT HAD.

09:25AM 20    Q.   AND WHAT MADE YOU THINK THAT?

09:25AM 21    A.   BECAUSE HE CAME --

09:25AM 22         MR. CAZARES:  OBJECTION.  HEARSAY.  ALSO FOUNDATION.

09:25AM 23         THE COURT:  OVERRULED.

09:25AM 24    YOU CAN FINISH YOUR ANSWER.

09:25AM 25         THE WITNESS:  HE CAME, HE CAME TO EXPRESS SOME

09:25AM    1    DISAGREEMENT WITH ME ON THAT TOPIC.

09:25AM    2    BY MR. BOSTIC:

09:25AM    3    Q.   TELL US ABOUT THE CIRCUMSTANCES OF THAT?  WHAT DO YOU

09:25AM    4    REMEMBER ABOUT THAT ENCOUNTER?

09:25AM    5    A.   WELL, I'M IN MY OFFICE, IT WAS AFTER 5:00 P.M., AND HE

09:25AM    6    CAME -- WE DIDN'T HAVE A SCHEDULED MEETING, BUT HE CAME WITH

09:25AM    7    TWO ADDITIONAL, TWO MEMBERS OF THE PRODUCT MANAGEMENT TEAM, AND

09:25AM    8    CAME TO MY OFFICE, AND I WAS SITTING AT MY DESK, AND HE LET ME

09:25AM    9    HAVE IT.

09:25AM   10    Q.   WHEN YOU SAY HE LET YOU HAVE IT, WHAT DOES THAT MEAN?

09:26AM   11    A.   HE WAS UPSET.  AND I DON'T REMEMBER THE DETAILS OR THE

09:26AM   12    EXACT WORDS OF THE CONVERSATION AT THIS POINT, BUT I REMEMBER

09:26AM   13    THE SUBSTANCE OF IT WAS THAT HE -- THAT I WASN'T -- MAYBE I WAS

09:26AM   14    MAKING DECISIONS OR DRAWING CONCLUSIONS THAT I WASN'T

09:26AM   15    PREPARED -- OR I WASN'T IN A POSITION TO BE MAKING.

09:26AM   16    Q.   DURING THAT CONVERSATION, DID HE ASK YOU ANY QUESTIONS

09:26AM   17    ABOUT WHY YOU HAD SAID WHAT YOU HAD SAID?

09:26AM   18    A.   THAT'S NOT MY RECOLLECTION.

09:26AM   19    Q.   DID HE SEEM INTERESTED IN UNDERSTANDING YOUR CONCERNS

09:26AM   20    ABOUT THE EDISON DEVICE?

09:26AM   21    A.   IN THE CONTEXT OF THAT CONVERSATION?

09:26AM   22    Q.   YES.

09:26AM   23    A.   NO.  NO.

09:26AM   24    Q.   THE TWO OTHER PEOPLE THAT HE BROUGHT, WERE THOSE

09:26AM   25    INDIVIDUALS AT THERANOS WHO YOU HAD PREVIOUSLY BEEN INVOLVED

PANDORI DIRECT BY MR. BOSTIC (RES.) 1719

09:26AM 1    WITH IN CONVERSATIONS ABOUT ISSUES WITH EDISONS?

09:26AM 2    A.   NO.

09:26AM 3    Q.   DO YOU REMEMBER THEM SAYING ANYTHING DURING THAT

09:26AM 4    CONVERSATION?

09:26AM 5    A.   NO.

09:26AM 6    Q.   WERE YOU SURPRISED BY MR. BALWANI'S NEGATIVE REACTION TO

09:27AM 7    YOUR VIEW ABOUT THE EDISON?

09:27AM 8           MR. CAZARES:  OBJECTION.  LEADING.

09:27AM 9           THE COURT:  I'M SORRY?

09:27AM 10          MR. CAZARES:  LEADING.

09:27AM 11          THE COURT:  I DIDN'T HEAR YOU BECAUSE YOU WEREN'T

09:27AM 12   STANDING.

09:27AM 13          MR. CAZARES:  OBJECTION.  LEADING.  SORRY,

09:27AM 14   YOUR HONOR.

09:27AM 15          THE COURT:  OVERRULED.

09:27AM 16   BY MR. BOSTIC:

09:27AM 17   Q.   WOULD YOU LIKE THE QUESTION AGAIN, DR. PANDORI?

09:27AM 18   A.   NO, I WASN'T SURPRISED.

09:27AM 19   Q.   WHY WEREN'T YOU SURPRISED?

09:27AM 20   A.   BECAUSE IT WAS -- IT FELT LIKE THE KIND OF ANSWER -- THE

09:27AM 21   KIND OF SITUATION THAT WE WERE IN, HE WAS FERVENT ABOUT

09:27AM 22   EVERYTHING AND WAS A STAUNCHED DEFENDER OF WHAT WAS GOING ON

09:27AM 23   THERE, AND SUPPORTER, AND I THINK HE REALLY WAS A PROPONENT FOR

09:27AM 24   USING THAT TECHNOLOGY.

09:27AM 25   Q.   AND WHEN YOU SAY THAT THAT WAS YOUR IMPRESSION OF HIS

PANDORI DIRECT BY MR. BOSTIC (RES.)                    1720

09:27AM   1    VIEW, HOW HAD THAT MANIFESTED IN THE PAST IN YOUR EXPERIENCE?

09:27AM   2    A.   CAN YOU RESTATE THE QUESTION.

09:27AM   3    Q.   SURE.

09:27AM   4         WHAT MAKES YOU SAY THAT THAT WAS MR. BALWANI'S VIEW?  WHAT

09:27AM   5    HAD YOU OBSERVED THAT HAD LEFT YOU WITH THAT IMPRESSION?

09:28AM   6    A.   WELL, IN SITUATIONS WHERE THERE WAS REASON TO BELIEVE THAT

09:28AM   7    THE EDISONS DIDN'T WORK PROPERLY, HE ALWAYS SIDED AND CAME TO

09:28AM   8    THEIR DEFENSE OR QUESTIONED OTHER PEOPLE'S ASSESSMENTS OF THAT.

09:28AM   9    Q.   I'D LIKE TO TALK ABOUT THE WAY THAT INFORMATION MOVED

09:28AM  10    AROUND THERANOS.

09:28AM  11         FIRST, CAN I ASK YOU TO TURN TO TAB 1620 IN THE BINDER IN

09:28AM  12    FRONT OF YOU?

09:28AM  13    A.   YES.

09:28AM  14    Q.   LET ME ASK YOU, BEFORE WE GET TO THAT DOCUMENT, YOU WERE

09:28AM  15    TALKING ABOUT MR. BALWANI'S APPROACH TO SITUATIONS WHERE THE

09:28AM  16    EDISON WAS QUESTIONED.

09:28AM  17         LET ME ASK, DID MR. BALWANI ENCOURAGE COMMUNICATION

09:28AM  18    BETWEEN PEOPLE AT THERANOS ABOUT ISSUES WITH THE ANALYZER?

09:29AM  19    A.   THE OPPOSITE.  WE WERE JUST -- PEOPLE IN THE COMPANY WERE

09:29AM  20    SOMEWHAT DISCOURAGED FROM COMMUNICATING WITH ONE ANOTHER ON

09:29AM  21    VARIOUS TOPICS.

09:29AM  22    Q.   LOOKING AT THE DOCUMENT IN FRONT OF YOU AT TAB 1620.

09:29AM  23         DO YOU HAVE THAT?

09:29AM  24    A.   YES.

09:29AM  25    Q.   AND DO YOU SEE IN FRONT OF YOU AN EMAIL CHAIN INCLUDING

ER-1077

09:29AM 1    MR. BALWANI RELATING TO THIS ISSUE OF COMMUNICATION BETWEEN

09:29AM 2    INDIVIDUALS AT THERANOS?

09:29AM 3    A.   I'D HAVE TO TAKE A FEW SECONDS TO LOOK AT THIS.

09:29AM 4    Q.   THAT'S FINE.

09:29AM 5         (PAUSE IN PROCEEDINGS.)

09:30AM 6              THE WITNESS:  YEAH, I REMEMBER THIS.

09:30AM 7    BY MR. BOSTIC:

09:30AM 8    Q.   OKAY.  AND DO YOU SEE THAT THIS IS AN EMAIL INCLUDING

09:30AM 9    MR. BALWANI?

09:30AM 10   A.   EXCUSE ME?

09:30AM 11   Q.   DO YOU SEE THAT THIS IS AN EMAIL CHAIN INCLUDING

09:30AM 12   MR. BALWANI?

09:30AM 13   A.   YES.

09:30AM 14              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1620.

09:30AM 15              MR. CAZARES:  OBJECTION.  HEARSAY, LACK OF

09:30AM 16   FOUNDATION.  THIS WITNESS IS NOT ON THE EMAIL.

09:30AM 17              MR. BOSTIC:  THIS IS UNDER 801(B)(2), YOUR HONOR.

09:30AM 18              THE COURT:  DO YOU WANT TO -- THIS IS FROM

09:30AM 19   MR. BALWANI?

09:30AM 20              MR. BOSTIC:  YES, YOUR HONOR.

09:30AM 21              THE COURT:  OVERRULED.

09:30AM 22              MR. BOSTIC:  MAY WE PUBLISH?

09:30AM 23              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:30AM 24        (GOVERNMENT'S EXHIBIT 1620 WAS RECEIVED IN EVIDENCE.)

09:30AM 25   BY MR. BOSTIC:

PANDORI DIRECT BY MR. BOSTIC (RES.)                              1722

09:30AM   1       Q.   LET'S START WITH PAGE 2 OF THIS EXHIBIT.

09:30AM   2            IF WE CAN ZOOM IN ON THE MIDDLE OF THE PAGE TO CAPTURE THE

09:30AM   3       FIRST PART OF THE ORIGINAL EMAIL.

09:30AM   4            ACTUALLY, LET'S GO ONE DOWN FROM THERE.

09:30AM   5            DR. PANDORI, DO YOU SEE THAT THIS EMAIL CHAIN BEGINS WITH

09:31AM   6       AN EMAIL FROM KIMBERLY ALFONSO AT THERANOS?

09:31AM   7       A.   WELL, THAT PART IS CUT OFF, WHAT YOU'VE HIGHLIGHTED.  BUT,

09:31AM   8       YES, I SEE THAT NOW.

09:31AM   9       Q.   OKAY.  THANK YOU.

09:31AM  10            DO YOU REMEMBER WHO MS. ALFONSO WAS?

09:31AM  11       A.   NO.

09:31AM  12       Q.   OKAY.  DO YOU SEE THAT SHE SENDS THIS EMAIL TO

09:31AM  13       SUNNY BALWANI?

09:31AM  14       A.   YEAH.

09:31AM  15       Q.   AND SHE SAYS, "PLEASE SEE BELOW FOR THIS WEEK'S UPDATES.

09:31AM  16       LET ME KNOW IF YOU'D LIKE TO DISCUSS CONCERNS LIVE AND PLEASE

09:31AM  17       ADVISE ON NEEDS."

09:31AM  18            DO YOU SEE THAT?

09:31AM  19       A.   YES.

09:31AM  20       Q.   AND LET'S CONTINUE TO THE FOLLOWING EMAIL FROM HER, AND

09:31AM  21       LET'S LOOK AT PAGE 3 AND ZOOM IN ON THE TOP.

09:31AM  22            DR. PANDORI, DO YOU SEE IN HER EMAIL TO MR. BALWANI

09:31AM  23       THERE'S A SECTION ENTITLED CONCERNS?

09:31AM  24       A.   I SEE THAT.

09:31AM  25       Q.   AND ONE OF THE BULLET POINTS SAYS, "TURN-AROUND TIMES

PANDORI DIRECT BY MR. BOSTIC (RES.)                    1723

09:31AM  1    HIGH, MEETING WITH TRACY, ALLISON, AND MARK PANDORI."

09:31AM  2        DO YOU SEE THAT?

09:31AM  3    A.   YES.

09:31AM  4    Q.   AND THEN THE BULLET POINT UNDERNEATH THAT SAYS, "MARK

09:32AM  5    EXTREMELY CONCERNED WITH VOLUME GENERATED BY SALES REPS."

09:32AM  6    A.   YES.

09:32AM  7    Q.   AROUND THIS TIME PERIOD, DO YOU RECALL HAVING CONCERNS

09:32AM  8    ABOUT TURN-AROUND TIMES AND VOLUME?

09:32AM  9    A.   YES.

09:32AM  10   Q.   AND WHY WERE YOU CONCERNED ABOUT THAT?

09:32AM  11   A.   OUR TURN-AROUND TIMES WERE LONG.  THE FAILURE -- THE

09:32AM  12   INSTRUMENTS FAILED A LOT, THE EDISONS ACTUALLY FAILED A LOT,

09:32AM  13   WHICH MEANT THAT THERE WERE A LOT OF RERUNS, WHICH MEANT THAT

09:32AM  14   THERE WERE EXTENDED TURN-AROUND TIMES, WHICH IS TO SAY THAT IT

09:32AM  15   WOULD TAKE A LONG PERIOD OF TIME FOR US TO GET A RESULT BACK

09:32AM  16   OUT TO A CLINICIAN OR A PATIENT.

09:32AM  17       AND SO BECAUSE EVEN A FEW SPECIMENS COMING IN WERE MEETING

09:32AM  18   THAT TROUBLE.  IF MORE WERE TO COME IN, THAT TROUBLE WOULD BE

09:32AM  19   COMPOUNDED.

09:32AM  20   Q.   LET'S ZOOM OUT.  AND IF WE COULD LOOK AT THE BOTTOM OF

09:32AM  21   THIS EMAIL AND SEE MS. ALFONSO'S EMAIL SIGNATURE.

09:33AM  22       DO YOU SEE THAT INDICATES THAT SHE'S THE GENERAL MANAGER,

09:33AM  23   SALES AND BUSINESS DEVELOPMENT?

09:33AM  24   A.   I SEE THAT.

09:33AM  25   Q.   OKAY.  LET'S GO TO PAGE 1 OF THIS EXHIBIT AND ZOOM IN ON

| | |
|---|---|
| 09:33AM | 1 |

THE BOTTOM HALF OF THE PAGE.

09:33AM  2      IN THAT SELECTION, DR. PANDORI, DO YOU SEE AN EMAIL FROM

09:33AM  3  MR. BALWANI ON MARCH 17TH RESPONDING TO THIS TOPIC?

09:33AM  4  A.   I SEE IT, YES.

09:33AM  5  Q.   AND HE SAYS, "START WITH ALLISON DIRECTLY.  THIS SHOULD

09:33AM  6  HAVE NEVER HAPPENED.  SHE SHOULD HAVE RECEIVED CLEAR GOALS AND

09:33AM  7  INSTRUCTIONS AND HER INTERFACING WITH LAB -- LET ALONE

09:33AM  8  ORGANIZING OTHER MEETINGS WITH LAB IS NOWHERE ON HER AGENDA."

09:33AM  9      DO YOU SEE THAT?

09:33AM  10  A.   YES.  YES.

09:33AM  11  Q.   LET'S GO UP TO THE TOP OF THIS PAGE AND SEE ANOTHER

09:33AM  12  SIMILAR EMAIL FROM MR. BALWANI.

09:34AM  13      AND DO YOU SEE THERE AT THE TOP OF THE PAGE MR. BALWANI

09:34AM  14  WRITES AGAIN AND SAYS, "I SPOKE WITH TRACY AND COMMUNICATED

09:34AM  15  THIS TO HER CLEARLY THAT THIS CANNOT HAPPEN AGAIN.  SHE

09:34AM  16  UNDERSTANDS."

09:34AM  17      DO YOU SEE THAT?

09:34AM  18  A.   YES.

09:34AM  19  Q.   AROUND THIS TIME -- SO WE'RE IN MARCH OF 2014.  WHAT WAS

09:34AM  20  THE POLICY AT THERANOS IN CONNECTION WITH PEOPLE FROM DIFFERENT

09:34AM  21  DEPARTMENTS SPEAKING TO EACH OTHER ABOUT THESE TOPICS?

09:34AM  22  A.   IT WAS MY UNDERSTANDING THAT THAT WAS DISCOURAGED.  THEY

09:34AM  23  WANTED ALL INFORMATION TO GO THROUGH A PROCESS THAT WENT UP

09:34AM  24  THROUGH MANAGEMENT.

09:34AM  25  Q.   AND WHERE DID THAT UNDERSTANDING COME FROM?

09:34AM  1     A.   WELL, TALKING TO OTHER PEOPLE IN THE COMPANY.

09:34AM  2     Q.   AND WHAT WAS YOUR UNDERSTANDING AS TO WHERE THAT DIRECTION

09:34AM  3     WAS COMING FROM?  WHOSE PREFERENCE WAS IT THAT --

09:34AM  4     A.   MY UNDERSTANDING WAS THAT THAT CAME FROM SUNNY.

09:34AM  5     Q.   I'LL ASK YOU TO LOOK NEXT AT TAB 5770, PLEASE.

09:35AM  6     A.   I SEE IT.

09:35AM  7     Q.   OKAY.  AND IS 5770 AN EMAIL BETWEEN YOU AND DR. ROSENDORFF

09:35AM  8     AGAIN RELATING TO INFORMATION FLOW INTERNALLY AT THERANOS?

09:35AM  9     A.   YES.

09:35AM 10          MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5770.

09:35AM 11          MR. CAZARES:  NO OBJECTION.

09:35AM 12          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:35AM 13     (GOVERNMENT'S EXHIBIT 5570 WAS RECEIVED IN EVIDENCE.)

09:35AM 14     BY MR. BOSTIC:

09:35AM 15     Q.   SO, DR. PANDORI, THE INITIAL EMAIL ON THIS CHAIN IS FROM

09:35AM 16     ERIKA CHEUNG TO YOU AND THE SUBJECT IS QUICK QUESTION.

09:35AM 17          DO YOU SEE THAT?

09:35AM 18     A.   YES.

09:35AM 19     Q.   AND MS. CHEUNG TALKS ABOUT GOING TO A NORMANDY MEETING

09:35AM 20     THAT DAY, AND SHE SAYS THAT NOTICED THAT SOMEONE NAMED NISHIT

09:35AM 21     WAS REALLY OUT OF TOUCH WITH SOME OF THE ISSUES GOING ON IN

09:36AM 22     CLIA AND ELISA.

09:36AM 23          THEN SHE ASKED, "AM I ALLOWED TO DISCLOSE INFORMATION

09:36AM 24     ABOUT OUR PT TESTING AND ISSUES DOWNSTAIRS TO HIM?"

09:36AM 25          DO YOU SEE THAT?

PANDORI DIRECT BY MR. BOSTIC (RES.)                    1726

09:36AM  1      A.   I SEE THAT.

09:36AM  2      Q.   AND YOU THEN FORWARDED THAT QUESTION TO DR. ROSENDORFF;

09:36AM  3      CORRECT?

09:36AM  4      A.   CORRECT.

09:36AM  5      Q.   AND YOU SAY IN YOUR EMAIL TO DR. ROSENDORFF THAT

09:36AM  6      MS. CHEUNG'S QUESTION BELOW MAY SPARK A SMALL DISCUSSION

09:36AM  7      BETWEEN US?

09:36AM  8      A.   YES.

09:36AM  9      Q.   WHY WAS -- WHY DID YOU THINK THAT MS. CHEUNG'S QUESTION

09:36AM  10     MIGHT REQUIRE DISCUSSION BETWEEN YOU AND DR. ROSENDORFF?

09:36AM  11     A.   WELL, THIS WOULD BE A SITUATION WHERE A REPRESENTATIVE OF

09:36AM  12     CLIA WOULD BE TALKING ABOUT OUR ISSUES WITH A REPRESENTATIVE OF

09:36AM  13     A DIFFERENT PART OF THE COMPANY, AND WE KNEW THAT UPPER

09:36AM  14     MANAGEMENT MIGHT BE REALLY UPSET ABOUT THAT.

09:36AM  15     Q.   AND WHEN YOU SAY, "UPPER MANAGEMENT," WHO ARE YOU

09:36AM  16     REFERRING TO?

09:36AM  17     A.   ELIZABETH HOLMES AND SUNNY BALWANI.

09:36AM  18     Q.   AS LABORATORY DIRECTOR, ARE THERE REASONS WHY YOU WOULD

09:36AM  19     WANT TO ENCOURAGE COMMUNICATION BETWEEN DEPARTMENTS LIKE THESE?

09:37AM  20     A.   ABSOLUTELY.  WHAT YOU'RE FACING IS A SITUATION WHERE YOU

09:37AM  21     HAVE A PROBLEM AND YOU'RE TRYING TO SOLVE IT.

09:37AM  22          WITHIN A NORMAL, NORMALLY OPERATING LAB, YOU WOULD NEED

09:37AM  23     ALL OF THE PEOPLE THAT ARE INVOLVED IN RUNNING LAB TESTS TO

09:37AM  24     WORK TOGETHER TO COME UP WITH A SOLUTION BECAUSE THEY WOULD

09:37AM  25     HAVE TO FOLLOW AN INVESTIGATIVE PROCESS TO TRY AND ASCERTAIN

09:37AM  1    THE PROBLEM, AND THEN YOU WOULD HAVE TO WORK TOGETHER TO TRY

09:37AM  2    AND ASCERTAIN A SOLUTION.

09:37AM  3         THAT COULD ONLY REALLY TRULY BE DONE IN A NORMALLY

09:37AM  4    OPERATING LABORATORY IF PEOPLE WORKED TOGETHER AND DISCUSSED

09:37AM  5    IT.  IF ALL OF THOSE PEOPLE WERE GERMANE TO GENERATING THAT LAB

09:37AM  6    TEST RESULT, AND NISHIT WAS.

09:37AM  7    Q.   I SEE.

09:37AM  8         SO DID YOU DISAGREE WITH THE DIRECTION AT THERANOS TO SILO

09:37AM  9    INFORMATION THIS WAY?

09:37AM 10    A.   YES.

09:37AM 11    Q.   OKAY.  WE CAN TAKE THAT DOWN.  THANK YOU, MS. WACHS.

09:37AM 12         DO YOU REMEMBER, DR. PANDORI, WE LOOKED PREVIOUSLY AT A

09:38AM 13    "WALL STREET JOURNAL" ARTICLE FROM SEPTEMBER OF 2013?

09:38AM 14    A.   YES.

09:38AM 15    Q.   AND YOU PREVIOUSLY TESTIFIED THAT THERE WERE STATEMENTS IN

09:38AM 16    THAT ARTICLE THAT YOU FOUND NOT TO BE TRUE BASED ON YOUR WORK

09:38AM 17    AT THERANOS; IS THAT RIGHT?

09:38AM 18    A.   THAT'S RIGHT.

09:38AM 19    Q.   WAS THAT THE ONLY TIME THAT THAT HAPPENED?

09:38AM 20    A.   NO.  IT HAPPENED ANOTHER TIME.

09:38AM 21    Q.   I'LL ASK YOU TO TURN TO TAB 1599, PLEASE, IN YOUR BINDER.

09:38AM 22    A.   OKAY.

09:38AM 23    Q.   DO YOU HAVE THAT IN FRONT OF YOU?

09:38AM 24    A.   IT STARTS WITH ONE DROP --

09:38AM 25    Q.   YES.  IS THIS A COPY OF AN ARTICLE IN "WIRED" MAGAZINE

PANDORI DIRECT BY MR. BOSTIC (RES.)                1728

09:38AM  1    THAT YOU REVIEWED DURING YOUR TIME WORKING AT THE COMPANY?

09:38AM  2    A.   YES, THAT'S CORRECT.

09:38AM  3           MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1599.

09:38AM  4           MR. CAZARES:  OBJECTION.  HEARSAY.  DOUBLE

09:38AM  5    FOUNDATION.

09:38AM  6           MR. BOSTIC:  YOUR HONOR, THIS IS NOT BEING OFFERED

09:38AM  7    FOR THE TRUTH.

09:39AM  8           THE COURT:  WHAT'S ITS PURPOSE?

09:39AM  9           MR. BOSTIC:  ITS PURPOSE IS SIMILAR TO 1106, TO SHOW

09:39AM 10    WHAT WAS IN THE PUBLIC REALM AT THE TIME REGARDING THERANOS,

09:39AM 11    AND IT ALSO PROVIDES THE FOUNDATION FOR A SUBSEQUENT

09:39AM 12    CONVERSATION THAT THIS WITNESS HAD WITH THE DEFENDANTS.

09:39AM 13           MR. CAZARES:  SAME OBJECTIONS.  AND NOTICE TO THE

09:39AM 14    PUBLIC IS NOT AT ISSUE IN THE CASE.

09:39AM 15           THE COURT:  CAN YOU LAY A FOUNDATION AS TO WHAT, IF

09:39AM 16    ANYTHING, THIS DOCUMENT WHAT THE EFFECT OF THIS DOCUMENT HAD ON

09:39AM 17    THIS WITNESS?

09:39AM 18           MR. BOSTIC:  YES, YOUR HONOR.

09:39AM 19    Q.   DR. PANDORI, YOU SAID YOU READ THIS ARTICLE WHILE YOU WERE

09:39AM 20    WORKING AT THE COMPANY?

09:39AM 21    A.   YES, I DID.

09:39AM 22    Q.   WHEN YOU READ THE CONTENT OF THIS ARTICLE, AND I'M NOT

09:39AM 23    ASKING YOU ABOUT THE CONTENT RIGHT NOW OR WHAT IT IS, WHEN YOU

09:39AM 24    READ THE CONTENT, WHAT WAS YOUR REACTION?

09:39AM 25    A.   WELL, I HAD A NEGATIVE REACTION TO THIS BECAUSE I'M NOW AN

PANDORI DIRECT BY MR. BOSTIC (RES.)                              1729

09:39AM  1    EMPLOYEE OF THE COMPANY, AND THIS -- SO ANYTHING WRITTEN ABOUT

09:40AM  2    THE COMPANY REPRESENTS SOMETHING ABOUT ME AS WELL, BECAUSE I'M

09:40AM  3    A PART OF THIS.

09:40AM  4         AND I FELT THAT THERE WERE INACCURATE OR MISLEADING

09:40AM  5    STATEMENTS IN THIS, AND I THOUGHT THAT THAT, IN THE LONG RUN,

09:40AM  6    WOULD HAVE A NEGATIVE IMPACT ON THE COMPANY BECAUSE WE DON'T

09:40AM  7    WANT PEOPLE TO BELIEVE ONE THING BUT GET ANOTHER IN TERMS OF A

09:40AM  8    PRODUCT BECAUSE THAT WOULD HURT US IN THE LONG TERM AS A

09:40AM  9    COMPANY, OR SHORT TERM.

09:40AM  10        AND SO I REALLY WANTED -- WHEN I READ THIS, I THOUGHT IT'S

09:40AM  11   MORE IMPORTANT THAT WE TRY AND THEN CREATE A SITUATION WHERE

09:40AM  12   THE TRUE -- YOU KNOW, REALLY WHERE WE ARE AT WOULD BE WHAT

09:40AM  13   WOULD BE DISPLAYED TO THE PUBLIC RATHER THAN THE KIND OF

09:40AM  14   STATEMENTS THAT WERE MADE HERE.

09:40AM  15   Q.   AND AFTER READING THIS ARTICLE AND HAVING THAT REACTION,

09:40AM  16   DID THAT THEN CAUSE YOU TO RAISE THOSE CONCERNS DIRECTLY TO

09:40AM  17   MR. BALWANI AND MS. HOLMES?

09:40AM  18   A.   YES, I DID ACTUALLY RAISE THOSE CONCERNS TO BOTH OF THEM.

09:41AM  19             MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1599

09:41AM  20   BASED ON THAT FOUNDATION.

09:41AM  21             MR. CAZARES:  SAME OBJECTION.

09:41AM  22             THE COURT:  I'M GOING TO SUSTAIN THE OBJECTION AS TO

09:41AM  23   THE DOCUMENT ITSELF.

09:41AM  24        YOU CAN INQUIRE ABOUT THINGS THAT WERE RAISED, HIS

09:41AM  25   CONCERNS, BUT THE ACTUAL DOCUMENT ITSELF, AT THIS POINT I'M

09:41AM  1    GOING TO SUSTAIN THE OBJECTION.

09:41AM  2    BY MR. BOSTIC:

09:41AM  3    Q.   DR. PANDORI, YOU TESTIFIED THAT THERE WERE STATEMENTS IN

09:41AM  4    THE ARTICLE THAT YOU FOUND NOT TO BE CORRECT; IS THAT RIGHT?

09:41AM  5    A.   THAT'S RIGHT.

09:41AM  6    Q.   CAN YOU TELL US, GENERALLY SPEAKING, WHAT WERE THE TOPIC

09:41AM  7    OF THOSE STATEMENTS?  WHAT WERE THEY ABOUT?

09:41AM  8         MR. CAZARES:  OBJECTION.  HEARSAY.  FOUNDATION.

09:41AM  9         THE COURT:  OVERRULED.

09:41AM  10        THE WITNESS:  IN GENERAL, THEY WERE STATEMENTS ABOUT

09:41AM  11   THE CAPABILITY OF THE THERANOS LAB TESTING OPERATION.

09:41AM  12   BY MR. BOSTIC:

09:41AM  13   Q.   AND WERE THEY ABOUT, FOR EXAMPLE, WHAT THE TECHNOLOGY

09:42AM  14   COULD DO?

09:42AM  15   A.   RIGHT.  YEAH.

09:42AM  16        SO THINGS ABOUT TURN-AROUND TIME OR WHAT TESTS MIGHT OR

09:42AM  17   MIGHT NOT BE AVAILABLE OR THEIR ACCURACY.

09:42AM  18   Q.   LET'S BREAK THOSE UP IF WE COULD.

09:42AM  19        ON TURN-AROUND TIME, IF YOU SAW A DISCREPANCY THERE

09:42AM  20   BETWEEN WHAT THE ARTICLE SAID AND YOUR EXPERIENCE, WHAT WAS THE

09:42AM  21   DIFFERENCE?

09:42AM  22   A.   THE DIFFERENCE WAS THAT --

09:42AM  23        MR. CAZARES:  OBJECTION.  HEARSAY.  RELEVANCE.  THE

09:42AM  24   WITNESS IS ALSO LOOKING AT THE ARTICLE WHILE THE QUESTION IS

09:42AM  25   BEING ASKED.

ER-1087

PANDORI DIRECT BY MR. BOSTIC (RES.)                1731

09:42AM   1              THE COURT:  THANK YOU.  OVERRULED.

09:42AM   2         YOU CAN ANSWER THE QUESTION.

09:42AM   3    BY MR. BOSTIC:

09:42AM   4    Q.   WOULD YOU LIKE THE QUESTION AGAIN, DR. PANDORI?

09:42AM   5    A.   NO.

09:42AM   6         THE AMOUNT OF TIME THAT WAS REPRESENTED IN THE ARTICLE

09:42AM   7    THAT INDICATED HOW LONG IT WOULD TAKE FOR US TO GENERATE A LAB

09:42AM   8    TEST RESULT WAS SHORTER THAN WHAT IT WAS ACTUALLY TAKING IN THE

09:42AM   9    LAB.

09:42AM  10    Q.   SO, IN OTHER WORDS, THE ARTICLE EXAGGERATED THE SPEED OF

09:43AM  11    THE THERANOS TEST?

09:43AM  12              MR. CAZARES:  OBJECTION.  LEADING.

09:43AM  13              THE COURT:  SUSTAINED.

09:43AM  14    BY MR. BOSTIC:

09:43AM  15    Q.   WERE THERE OTHER ISSUES OR OTHER TOPICS BESIDES

09:43AM  16    TURN-AROUND TIME WHERE YOU THOUGHT THAT THERE WERE FALSE OR

09:43AM  17    MISLEADING STATEMENTS IN THE ARTICLE?

09:43AM  18              MR. CAZARES:  OBJECTION.  HEARSAY.

09:43AM  19              THE COURT:  OVERRULED.

09:43AM  20              THE WITNESS:  YES.

09:43AM  21    BY MR. BOSTIC:

09:43AM  22    Q.   WHAT WERE THOSE OTHER TOPICS?

09:43AM  23    A.   AM I ALLOWED TO LOOK AT THIS TO REFRESH MY MEMORY?

09:43AM  24    Q.   WOULD LOOKING AT THE ARTICLE REFRESH YOUR RECOLLECTION?

09:43AM  25    A.   IT WOULD, BUT THERE ARE A COUPLE OF ISSUES THAT I REMEMBER

PANDORI DIRECT BY MR. BOSTIC (RES.)                    1732

09:43AM 1     OFF THE TOP OF MY HEAD.

09:43AM 2     Q.   WHAT I'LL ASK YOU TO DO IS TAKE A MOMENT TO LOOK AT THE

09:43AM 3     ARTICLE, AND LET ME KNOW WHEN YOU'RE DONE, AND I'LL RE-ASK THE

09:43AM 4     QUESTION.

09:43AM 5     A.   OKAY.

09:44AM 6          (PAUSE IN PROCEEDINGS.)

09:44AM 7               THE WITNESS:  OKAY.

09:44AM 8     BY MR. BOSTIC:

09:44AM 9     Q.   DID REVIEWING THE ARTICLE REFRESH YOUR MEMORY ABOUT SOME

09:44AM 10    OF THE OTHER TOPICS WHERE WHAT YOU SAW THAT YOU VIEWED AS FALSE

09:44AM 11    OR MISLEADING STATEMENTS?

09:44AM 12    A.   YEAH, READING THIS REMINDED ME HOW I FELT WHEN I READ IT.

09:44AM 13    Q.   SO WE TALKED ABOUT TURN-AROUND TIME ALREADY.

09:44AM 14         WHAT OTHER ISSUES DID YOU SEE WITH THIS ARTICLE?

09:44AM 15    A.   WELL, ONE THING THAT STUCK OUT WAS THE MENTION OF THE

09:44AM 16    FERTILITY PANEL.  AT THAT TIME WE DIDN'T OFFER THAT.  AT LEAST

09:44AM 17    FROM THE CLIA PERSPECTIVE, WE DIDN'T HAVE QUALITY DATA THAT I

09:44AM 18    THINK LED US TO THINK THAT THAT IS SOMETHING THAT WE COULD

09:44AM 19    OFFER.

09:44AM 20         BUT THERE WERE STATEMENTS HERE ABOUT NOT CULTURING

09:45AM 21    BACTERIA OR VIRUSES AND USING GENETIC METHODOLOGIES, WHICH WAS

09:45AM 22    POSED AS A NOVEL MEANS OF PROTECTING PATHOGENS, BUT THAT'S AN

09:45AM 23    INCORRECT STATEMENT AS WELL.

09:45AM 24         THAT WAS -- THERE WAS NOTHING NOVEL BEING DONE IN THAT

09:45AM 25    REGARD AT THERANOS WITH REGARD TO DETECTING PATHOGENS THAT WAY.

PANDORI DIRECT BY MR. BOSTIC (RES.)                    1733

09:45AM  1        THE USE OF DNA TO DETECT PATHOGENS --

09:45AM  2              MR. CAZARES:  OBJECTION.  702.

09:45AM  3              THE COURT:  WHY DON'T YOU ASK A QUESTION.

09:45AM  4              MR. BOSTIC:  SURE.

09:45AM  5   Q.   DR. PANDORI, WHAT WAS YOUR -- WHAT HAD YOU OBSERVED THAT

09:45AM  6   MADE YOU UNDERSTAND THAT THAT WAS NOT A NOVEL THING THAT

09:45AM  7   THERANOS WAS DOING?

09:45AM  8              MR. CAZARES:  SAME OBJECTION.  702.

09:45AM  9              THE COURT:  OVERRULED.

09:45AM 10              THE WITNESS:  WELL, THAT STATEMENT, IF YOU GO TO A

09:45AM 11   PEER REVIEWED LITERATURE AND THE BODY OF KNOWLEDGE THAT WE HAVE

09:45AM 12   WITH REGARD TO DIAGNOSTIC TESTING, FOR EXAMPLE, PCR, WHICH IS A

09:45AM 13   WAY TO USE -- TO DO A DNA BASED DIAGNOSTIC, INSTEAD OF CULTURE,

09:46AM 14   WHICH WAS INVENTED IN 1985, AND SHORTLY THEREAFTER WAS ADOPTED

09:46AM 15   TO DETECT PATHOGENS.

09:46AM 16        IN THE LABORATORY THAT I WORKED PRIOR TO THIS AND OTHER

09:46AM 17   LABORATORIES I WORKED, WE USED DNA METHODOLOGIES TO DETECT

09:46AM 18   VIRUSES AND BACTERIA.  WE WOULD DO OVER 100,000 TIMES A YEAR.

09:46AM 19              MR. CAZARES:  OBJECTION.  INSPECTOR.

09:46AM 20              THE COURT:  SUSTAINED.  YOU CAN ASK ANOTHER

09:46AM 21   QUESTION.

09:46AM 22   BY MR. BOSTIC:

09:46AM 23   Q.   SO, DR. PANDORI, SO FAR WE HAVE TALKED ABOUT TURN-AROUND

09:46AM 24   TIME AND THE STATUS OF THE FERTILITY PANEL AT THERANOS AND

09:46AM 25   WHETHER THERANOS'S DNA METHODS WERE NOVEL AT THE TIME.

PANDORI DIRECT BY MR. BOSTIC (RES.)                           1734

```
09:46AM   1              IS THAT CORRECT SO FAR?

09:46AM   2       A.   SO FAR THAT WAS A SUMMARY OF WHAT WE DISCUSSED.

09:46AM   3       Q.   WERE THERE OTHER TOPICS IN THE ARTICLE THAT YOU FELT WERE

09:46AM   4       ADDRESSED INADEQUATELY OR MISLEADING?

09:46AM   5       A.   THE -- THERE'S AN IMPLICATION HERE THAT TESTS WERE

09:47AM   6       ACCURATE OR MORE ACCURATE, AND THAT WAS A PROBLEM BECAUSE THAT

09:47AM   7       WASN'T AN OBSERVATION THAT WAS BEING MADE EMPIRICALLY IN THE

09:47AM   8       LABORATORY.

09:47AM   9              MR. CAZARES:  OBJECTION.  702.  MOVE TO STRIKE.

09:47AM  10              THE COURT:  DO YOU WANT TO LAY A FOUNDATION?

09:47AM  11              MR. BOSTIC:  SURE.

09:47AM  12       Q.   SO YOU SAID THAT THE ARTICLE IMPLIED OR SAID THAT THE

09:47AM  13       THERANOS TESTING WAS MORE ACCURATE; IS THAT CORRECT?

09:47AM  14       A.   CORRECT.

09:47AM  15       Q.   AND BASED ON YOUR OBSERVATIONS WHEN YOU WERE AT THE

09:47AM  16       COMPANY, AND LIMITED TO ONLY WHAT YOU SAW WHILE YOU WERE THERE,

09:47AM  17       WAS THAT TRUE OR NOT?

09:47AM  18              MR. CAZARES:  OBJECTION.  702.

09:47AM  19              THE COURT:  BASED ONLY ON HIS OBSERVATIONS?

09:47AM  20              MR. BOSTIC:  YES, YOUR HONOR.

09:47AM  21              THE COURT:  YOU CAN ANSWER THE QUESTION BASED ON

09:47AM  22       YOUR OBSERVATIONS.

09:47AM  23              THE WITNESS:  BASED SOLELY ON MY OBSERVATIONS,

09:47AM  24       THERE'S NO REASON AT ALL TO BELIEVE THAT THESE TESTS WERE MORE

09:47AM  25       ACCURATE THAN TESTS THAT ALREADY EXISTED.
```

ER-1091

PANDORI DIRECT BY MR. BOSTIC (RES.)                    1735

09:47AM   1    BY MR. BOSTIC:

09:47AM   2    Q.   WERE THERE STATEMENTS IN THE ARTICLE ABOUT HOW MANY TESTS

09:47AM   3    THERANOS COULD PERFORM FROM A DROP OF BLOOD?

09:48AM   4              MR. CAZARES:  OBJECTION.  LEADING AND HEARSAY AGAIN.

09:48AM   5              THE COURT:  I'LL SUSTAIN THE LEADING QUESTION.

09:48AM   6    BY MR. BOSTIC:

09:48AM   7    Q.   DR. PANDORI, DO YOU RECALL ANY OTHER INSTANCES IN THE

09:48AM   8    ARTICLE WHERE YOU THOUGHT THAT THE ABILITIES OF THE THERANOS

09:48AM   9    TECHNOLOGY WERE MISREPRESENTED?

09:48AM  10              MR. CAZARES:  OBJECTION.  LEADING.

09:48AM  11              THE COURT:  OVERRULED.

09:48AM  12              THE WITNESS:  WELL, THE USE OF THE WORD "PANEL" IS

09:48AM  13    AN IMPLICATION WHEN SOMEBODY GOES AND GETS A PANEL, AS MANY

09:48AM  14    PEOPLE MAY KNOW, THAT WOULD BE ASKING FOR A NUMBER OF

09:48AM  15    LABORATORY TESTS SIMULTANEOUSLY, AND IT WASN'T OUR CURRENT

09:48AM  16    CAPABILITY TO BE ABLE TO RUN MANY, MANY -- SEVERAL LAB TESTS ON

09:48AM  17    ONE SPECIMEN ON THERANOS TECHNOLOGY AT THAT TIME.

09:48AM  18    BY MR. BOSTIC:

09:48AM  19    Q.   AND WHAT DID THE -- WHAT DO YOU RECALL THE ARTICLE SAYING

09:48AM  20    THAT WAS CONSISTENT OR INCONSISTENT WITH THAT?

09:48AM  21              MR. CAZARES:  OBJECTION.  HEARSAY AND LEADING.

09:48AM  22              MR. BOSTIC:  YOUR HONOR, THIS MIGHT BENEFIT FROM A

09:49AM  23    BRIEF SIDE-BAR DISCUSSION.  THE GOVERNMENT IS NOT OFFERING ANY

09:49AM  24    OF THIS CONTENT FOR THE TRUTH.

09:49AM  25              THE COURT:  UNDERSTOOD.  THE OBJECTION IS OVERRULED.

ER-1092

PANDORI DIRECT BY MR. BOSTIC (RES.)                    1736

09:49AM  1            YOU CAN ANSWER THE QUESTION.

09:49AM  2                 THE WITNESS:  CAN YOU RE-ASK THE QUESTION?

09:49AM  3     BY MR. BOSTIC:

09:49AM  4     Q.   YES.  SO LET ME GO BACK ONE QUESTION.

09:49AM  5            YOU WERE TELLING US ABOUT ANOTHER INSTANCE WHERE THE

09:49AM  6     ABILITIES OF THE THERANOS TECHNOLOGY YOU THOUGHT WERE

09:49AM  7     MISREPRESENTED IN THE ARTICLE.

09:49AM  8            CAN YOU SUMMARIZE THAT AGAIN FOR US?

09:49AM  9                 MR. CAZARES:  OBJECTION.  IT CALLS FOR A NARRATIVE.

09:49AM 10     ASKED AND ANSWERED.

09:49AM 11                 THE COURT:  OVERRULED.

09:49AM 12                 THE WITNESS:  YOU WANT ME TO SUMMARIZE MY TROUBLE

09:49AM 13     WITH THE ARTICLE?  WOULD YOU LIKE ME TO BREAK THEM DOWN

09:49AM 14     INDIVIDUALLY, OR JUST GIVE YOU A GENERAL ASSESSMENT OF IT?

09:49AM 15     BY MR. BOSTIC:

09:49AM 16     Q.   I THINK JUST THE LAST TOPIC YOU WERE DISCUSSING ABOUT THE

09:49AM 17     BREADTH OF TESTS OR THE NUMBER OF TESTS THAT COULD BE

09:49AM 18     CONDUCTED?

09:49AM 19     A.   WELL, THE IMPLICATION OF THE ARTICLE IS THAT PEOPLE WILL

09:49AM 20     BE ABLE TO GET A PANEL OF TESTS PERFORMED ON A SINGLE

09:49AM 21     FINGERSTICK, BUT THAT WAS NOT THE CASE IN MY TIME THERE.

09:49AM 22     Q.   INSTEAD, WHAT WERE THE CAPABILITIES OF THE TECHNOLOGY AS

09:50AM 23     FAR AS HOW MANY TESTS COULD BE DONE ON A SINGLE SAMPLE?

09:50AM 24     A.   WE HAD A LOT OF DIFFICULT EVEN RUNNING ONE TEST ON ONE

09:50AM 25     SAMPLE.

ER-1093

09:50AM 1      Q.   ON THAT SAME TOPIC, IN YOUR EXPERIENCE WAS THE THERANOS

09:50AM 2      TECHNOLOGY CAPABLE OF RUNNING FOLLOW-ON TESTS ON BLOOD SAMPLES?

09:50AM 3      A.   NOT IN THE TIME THAT I WAS THERE.

09:50AM 4      Q.   AND CAN YOU EXPLAIN WHAT THAT MEANS?  WHAT IS A FOLLOW-ON

09:50AM 5      TEST?

09:50AM 6      A.   WELL, YOU TAKE A SAMPLE FROM A HUMAN BEING, IT COMES TO

09:50AM 7      THE LAB, YOU GET A TEST RESULT, THAT TEST RESULT WOULD CAUSE

09:50AM 8      YOU TO WANT TO RUN ANOTHER IN REFLUX TO THAT.

09:50AM 9      Q.   AND WAS THAT TOPIC ADDRESSED IN THE "WIRED" ARTICLE?

09:50AM 10     A.   I DON'T RECALL.

09:51AM 11           MR. CAZARES:  MOVE TO STRIKE THE PRIOR STATEMENTS

09:51AM 12     REGARDING THE IMPRESSION OF THE WITNESS ABOUT THE ARTICLE ON

09:51AM 13     THAT TOPIC.

09:51AM 14           MR. BOSTIC:  YOUR HONOR, IF I COULD BE ALLOWED TO

09:51AM 15     REFRESH THE WITNESS ON THAT?

09:51AM 16           THE COURT:  YES.

09:51AM 17     BY MR. BOSTIC:

09:51AM 18     Q.   DR. PANDORI, CAN I DIRECT YOU TO PAGE 2 OF EXHIBIT 1599?

09:51AM 19     A.   YES.

09:51AM 20     Q.   AND ABOUT TWO-THIRDS OF THE WAY DOWN THE PAGE, IF YOU

09:51AM 21     COULD REVIEW THAT AND THEN LET ME KNOW WHEN YOU'RE FINISHED?

09:51AM 22     A.   YEAH, I SEE THAT STATEMENT.

09:51AM 23     Q.   AND DO YOU SEE A STATEMENT THAT RELATES TO THERANOS'S

09:51AM 24     ABILITY, OR NOT --

09:51AM 25           THE COURT:  WE JUST HAVE TO GO ONE AT A TIME,

PANDORI DIRECT BY MR. BOSTIC (RES.)                           1738

09:51AM   1      PLEASE, FOR THE SAKE OF OUR COURT REPORTER, PLEASE.

09:51AM   2          WHY DON'T YOU ASK THE QUESTION AGAIN, MR. BOSTIC.

09:51AM   3              MR. BOSTIC:  SURE.

09:51AM   4      Q.  THE QUESTION WAS, NOW THAT YOU'VE HAD A CHANCE TO REVIEW

09:51AM   5      AND REFRESH YOUR RECOLLECTION, DO YOU RECALL A STATEMENT IN THE

09:51AM   6      ARTICLE ADDRESSING WHETHER THERANOS WAS CAPABLE OF DOING

09:52AM   7      FOLLOW-ON TESTING --

09:52AM   8              MR. CAZARES:  OBJECTION.  LEADING.

09:52AM   9              THE COURT:  HE HADN'T FINISHED HIS QUESTION AGAIN.

09:52AM  10      I'M SORRY.  COULD I TROUBLE YOU, MR. BOSTIC, TO ASK YOUR

09:52AM  11      QUESTION IN TOTAL AGAIN, PLEASE.

09:52AM  12      BY MR. BOSTIC:

09:52AM  13      Q.  SURE.

09:52AM  14          THE QUESTION WAS NOW THAT YOU'VE REVIEWED THE ARTICLE AND

09:52AM  15      REFRESHED YOUR RECOLLECTION, DO YOU RECALL ANY LANGUAGE IN THE

09:52AM  16      ARTICLE ADDRESSING WHETHER THERANOS TECHNOLOGY COULD PERFORM

09:52AM  17      FOLLOW-ON TESTING LIKE WE'VE BEEN DISCUSSING?

09:52AM  18      A.  YES.

09:52AM  19              MR. CAZARES:  THE OBJECTION WAS LEADING.

09:52AM  20              THE COURT:  OVERRULED.  YOU CAN ANSWER THE QUESTION.

09:52AM  21              THE WITNESS:  YES, I RECALL THAT.

09:52AM  22      BY MR. BOSTIC:

09:52AM  23      Q.  AND BASED ON YOUR REVIEW, WHEN THIS ARTICLE CAME OUT IN

09:52AM  24      MARCH 2014, WAS THE ARTICLE ACCURATE IN ITS REPRESENTATIONS

09:52AM  25      ABOUT WHETHER THERANOS COULD DO FOLLOW-ON TESTING?

ER-1095

09:52AM   1    A.   NO.

09:52AM   2    Q.   YOU SAID THAT THIS ARTICLE RAISED CONCERNS IN YOUR MIND

09:52AM   3    AND THAT YOU EVENTUALLY HAD A CONVERSATION WITH MR. BALWANI

09:53AM   4    ABOUT IT; IS THAT CORRECT?

09:53AM   5    A.   AND -- YES.

09:53AM   6    Q.   DESCRIBE FOR US HOW THAT CONVERSATION CAME TO HAPPEN?

09:53AM   7    A.   I WAS ASKED TO COME TO ELIZABETH HOLMES'S OFFICE, AND

09:53AM   8    SUNNY BALWANI AND ELIZABETH HOLMES WERE IN THE OFFICE, AND I

09:53AM   9    SAT DOWN ACROSS FROM THEM.

09:53AM  10    Q.   WERE YOU TOLD WHY YOU WERE ASKED TO GO TO THEIR OFFICE?

09:53AM  11    WAS THIS A SCHEDULED MEETING?

09:53AM  12    A.   NO, IT WAS NOT.

09:53AM  13    Q.   AND WHAT HAPPENED WHEN YOU FIRST ARRIVED AT THE OFFICE?

09:53AM  14         WELL, FIRST, LET ME ASK, WAS ANYONE ELSE PRESENT AT THIS

09:53AM  15    MEETING BESIDES YOU, MS. HOLMES, AND MR. BALWANI?

09:53AM  16    A.   NO.

09:53AM  17    Q.   SO WHAT WAS THE CONVERSATION ONCE YOU ARRIVED AT THE

09:53AM  18    OFFICE?

09:53AM  19    A.   THAT I HAD A NEGATIVE ATTITUDE ABOUT THE COMPANY.

09:53AM  20    Q.   LET ME ASK FIRST, DO YOU AGREE WITH THAT AROUND THIS TIME?

09:53AM  21    DID YOU OR HAD YOU COME TO HAVE A NEGATIVE ATTITUDE ABOUT

09:53AM  22    THERANOS?

09:53AM  23    A.   I HAD A NEGATIVE ATTITUDE ABOUT THERANOS AS A DIAGNOSTIC

09:54AM  24    LABORATORY, AND I FELT THAT THERE WERE A LOT OF VERY, VERY MANY

09:54AM  25    PROBLEMS WITH REGARD TO QUALITY OF THE RESULTS THAT WERE

PANDORI DIRECT BY MR. BOSTIC (RES.)                              1740

09:54AM   1    GENERATED AT THERANOS AS A DIAGNOSTIC LABORATORY.

09:54AM   2    Q.   AND HAD THAT BEEN YOUR ATTITUDE DURING YOUR ENTIRE TIME AT

09:54AM   3    THE COMPANY?  HAD YOU COME IN WITH THAT KIND OF ATTITUDE ABOUT

09:54AM   4    THERANOS?

09:54AM   5    A.   I CAME IN WITH AN OBJECTIVE ATTITUDE ABOUT WHETHER OR NOT

09:54AM   6    THAT WAS THE CASE.

09:54AM   7    Q.   WHEN YOU STARTED AT THERANOS, WERE YOU EXCITED ABOUT THE

09:54AM   8    PROSPECT OF WORKING THERE?

09:54AM   9    A.   ABSOLUTELY.  THERE WAS AN OPPORTUNITY FOR THIS TECHNOLOGY

09:54AM  10    TO HAVE A LARGE IMPACT ON INDIVIDUAL HEALTH, BUT PUBLIC HEALTH

09:54AM  11    AS WELL.

09:54AM  12    Q.   AND THE MEETING THAT WE'RE TALKING ABOUT WITH MS. HOLMES

09:54AM  13    AND MR. BALWANI, WHEN DID THAT TAKE PLACE?

09:54AM  14    A.   ON OR AROUND MY BIRTHDAY IN MAY, WHICH WAS MAY 19TH.  I

09:54AM  15    DON'T KNOW.  IT WAS PLUS OR MINUS ONE DAY OF THAT, I THINK.

09:54AM  16    Q.   SO TELL US MORE ABOUT THAT CONVERSATION.  THE TOPIC

09:55AM  17    APPARENTLY WAS YOUR, I GUESS THEIR WORDS, BAD ATTITUDE ABOUT

09:55AM  18    THERANOS.

09:55AM  19        HOW DID YOU RESPOND?

09:55AM  20    A.   WELL, I SAID, THERE WERE JUST A LOT OF FOUNDATIONAL

09:55AM  21    PROBLEMS.  WE HAD PROBLEMS WITH QUALITY, BUT THAT BEING ABLE TO

09:55AM  22    TALK TO ONE ANOTHER WAS AN ISSUE, AND IT WAS VERY DIFFICULT FOR

09:55AM  23    US TO SOLVE PROBLEMS THERE IN THAT ENVIRONMENT.

09:55AM  24        IT WASN'T AN ENVIRONMENT WHERE WE COULD APPLY NORMAL

09:55AM  25    LABORATORY PROCEDURE TO SOLVING PROBLEMS BECAUSE THE LAB

ER-1097

09:55AM  1    DIRECTORS WEREN'T NECESSARILY THE ULTIMATE DECISION MAKERS IN

09:55AM  2    THIS CASE.

09:55AM  3        AND THE LABS WHERE I WORKED AS THE PUBLIC HEALTH LAB

09:55AM  4    DIRECTOR, THIS WOULD BE LIKE ASKING THE MAYOR OR THE BOARD OF

09:55AM  5    DIRECTORS OR SOMETHING TO PLAY A ROLE IN SOLVING PROBLEMS WITH

09:55AM  6    THE QUALITY AT THE LAB, AND THAT WAS A SIGNIFICANT PROBLEM.

09:55AM  7        BUT ONE OF THE THINGS WAS THAT I HAD SAID TO PRODUCT

09:55AM  8    MANAGERS DURING A CALL WITH SALES, I SAID WHEN --

09:56AM  9            MR. CAZARES:  OBJECTION.  NONRESPONSIVE.

09:56AM  10            THE COURT:  SUSTAINED.  YOU CAN ASK ANOTHER

09:56AM  11    QUESTION.

09:56AM  12    BY MR. BOSTIC:

09:56AM  13    Q.  I DO WANT TO HEAR ABOUT THAT, BUT LET ME ASK YOU FIRST ON

09:56AM  14    THAT TOPIC, WHEN YOU RAISED YOUR CONCERNS ABOUT QUALITY ISSUES

09:56AM  15    AT THE COMPANY AND THE LEVEL OF COMMUNICATION, WAS MR. BALWANI

09:56AM  16    RECEPTIVE TO THOSE CONCERNS AT THAT TIME AT THIS MAY 2014

09:56AM  17    MEETING?

09:56AM  18    A.  NO.

09:56AM  19    Q.  WHAT MAKES YOU SAY THAT?

09:56AM  20    A.  WELL, I SAID TO ELIZABETH AND SUNNY, I SAID WHAT WE NEED

09:56AM  21    TO DO IS HAVE REGULAR MEETINGS BETWEEN THE SALES, THE PRODUCT

09:56AM  22    MANAGERS, MANAGEMENT, AND THE LAB DIRECTORS, BECAUSE THE LAB

09:56AM  23    DIRECTORS KNOW WHAT TESTS ARE VALIDATED AND HAVE QUALITY AND

09:56AM  24    WHICH ONES DO NOT, THAT WAY THE SALESPEOPLE CAN HAVE THAT SAME

09:56AM  25    KNOWLEDGE SO THAT WHEN THEY'RE IN THE FIELD, WE'RE ALL ON THE

PANDORI DIRECT BY MR. BOSTIC (RES.)                    1742

09:56AM  1    SAME PAGE WITH REGARD TO WHAT WORKS AND WHAT DOESN'T.

09:56AM  2         I SAID I THINK WE SHOULD HAVE REGULAR MEETINGS ABOUT THIS.

09:57AM  3         AND SUNNY'S RESPONSE WAS THAT WILL NEVER HAPPEN.

09:57AM  4    Q.   WHAT, IF ANYTHING, DID THAT CONVERSATION HAVE TO DO WITH

09:57AM  5    WHAT YOU HAD READ IN THE PRESS ABOUT THERANOS?

09:57AM  6    A.   WHAT WAS THE FIRST PART OF THAT QUESTION?

09:57AM  7    Q.   SURE.

09:57AM  8         DID YOUR CONVERSATION WITH MR. BALWANI AND MS. HOLMES HAVE

09:57AM  9    ANYTHING TO DO WITH WHAT YOU HAD READ IN THE PRESS ABOUT

09:57AM 10    THERANOS?

09:57AM 11    A.   YEAH.  WELL, THE "WIRED" ARTICLE WAS A CATALYST FOR THIS,

09:57AM 12    IF YOU WILL.

09:57AM 13    Q.   HOW SO?

09:57AM 14    A.   WELL, WHEN I SAW THAT -- LIKE I SAID, WHEN I WAS WORKING

09:57AM 15    THERE, THERE WERE A LOT OF MISREPRESENTATIONS ABOUT OUR

09:57AM 16    CAPABILITIES, AND I'M PART OF THIS NOW, SO YOU'RE NOT ONLY

09:57AM 17    MISREPRESENTING WHAT THERANOS CAN DO, YOU'RE MISREPRESENTING

09:57AM 18    WHAT I'M A PART OF.

09:57AM 19         SO THERE'S HARM THAT CAN COME FROM MAKING THOSE

09:57AM 20    MISREPRESENTATIONS, AND I, I WAS VERY UPSET ABOUT THAT.

09:57AM 21    Q.   WHEN YOU PROPOSED A SOLUTION TO THAT PROBLEM, YOU SAID

09:57AM 22    THAT MR. BALWANI HAD A RESPONSE, AND WHAT WAS THAT?

09:58AM 23    A.   THAT WILL NEVER HAPPEN.

09:58AM 24    Q.   IN THAT MOMENT DID MS. HOLMES PROVIDE YOU WITH ANY

09:58AM 25    RESPONSE AT ALL TO YOUR SUGGESTION?

PANDORI DIRECT BY MR. BOSTIC (RES.)                    1743

09:58AM   1    A.   MS. HOLMES SAID TO ME, IT SEEMS LIKE YOU'RE UNHAPPY

09:58AM   2    WORKING IN THE CLIA LABORATORY; MAYBE YOU WOULD BE HAPPIER IF

09:58AM   3    WE HAD YOU WORKING ON DIFFERENT PRODUCTS AT THERANOS, MAYBE IN

09:58AM   4    THE NUCLEIC ACID DIVISION, WHICH IS A TEST DEVELOPMENT AREA

09:58AM   5    THAT INVOLVES USING DNA BASED DETECTION OF ORGANISMS.

09:58AM   6    Q.   AND IN YOUR MIND WAS THAT AN ACCEPTABLE SOLUTION TO THE

09:58AM   7    CONCERNS YOU WERE RAISING?

09:58AM   8    A.   THAT IS NOT A SOLUTION TO THE CONCERNS THAT I WAS RAISING

09:58AM   9    AT ALL.

09:58AM  10    Q.   WAS THERE ANY OTHER CONTENT IN THAT MEETING THAT STANDS

09:58AM  11    OUT IN YOUR MIND?

09:58AM  12    A.   NO.

09:58AM  13    Q.   WHAT WAS THE OUTCOME OF THAT MEETING?  DID YOU MAKE ANY

09:58AM  14    DECISIONS AFTERWARDS?

09:58AM  15    A.   WELL, I MADE A DECISION WHILE I WAS SEATED THAT I WOULD

09:58AM  16    QUIT THE COMPANY.

09:59AM  17    Q.   AND DID YOU, IN FACT, QUIT THE COMPANY?

09:59AM  18    A.   I DID.

09:59AM  19    Q.   WHEN DID YOU QUIT THE COMPANY?

09:59AM  20    A.   FIVE MINUTES LATER.

09:59AM  21    Q.   AND WHAT WAS YOUR REASON FOR ENDING YOUR EMPLOYMENT WITH

09:59AM  22    THERANOS?

09:59AM  23    A.   WELL, THE TECHNOLOGY WASN'T ANYWHERE NEAR WHAT I THOUGHT

09:59AM  24    IT WAS.  IT WASN'T -- THE EDISONS DIDN'T WORK VERY WELL, AND

09:59AM  25    THAT WAS SOMETHING THAT WAS BUILT AT THERANOS TO MY KNOWLEDGE,

ER-1100

PANDORI DIRECT BY MR. BOSTIC (RES.)                    1744

09:59AM 1    BUT THEY WORKED VERY, VERY POORLY.  THEY GENERATED -- THEY

09:59AM 2    FAILED VERY, VERY, VERY OFTEN.

09:59AM 3         THERE WAS NO THERANOS TECHNOLOGY FOR DOING CHEMISTRY.  THE

09:59AM 4    ONLY WAY THAT COULD BE DONE IS ON A HACKED MACHINE THAT WAS

09:59AM 5    BUILD BY AN FDA APPROVED COMPANY -- A COMPANY THAT MADE FDA

09:59AM 6    CLEARED EQUIPMENT.

09:59AM 7         THERE WAS NO TECHNOLOGY TO DETECT ORGANISMS USING DNA THAT

09:59AM 8    WAS NOVEL OR PUT INTO PLACE THAT WAS -- IF IT WAS NOVEL OR ANY

09:59AM 9    BETTER OR ANY DIFFERENT THAN ANY PREVIOUS TECHNOLOGY.

10:00AM 10        I COULDN'T APPLY MY NORMAL SKILLS AS A LAB DIRECTOR TO

10:00AM 11   SOLVE PROBLEMS AT THERANOS BECAUSE TALKING TO PEOPLE WAS

10:00AM 12   DIFFICULT ACROSS DIVISIONS OR FROM DIFFERENT ASPECTS OF THE

10:00AM 13   COMPANY.

10:00AM 14        MY DECISIONS, OR DR. ROSENDORFF'S DECISION AS LAB

10:00AM 15   DIRECTORS, ALL HAD TO BE VETTED BY UPPER MANAGEMENT, WHICH IS A

10:00AM 16   REALLY, REALLY FOREIGN CONCEPT TO ME AS A LAB DIRECTOR.

10:00AM 17        AND STATEMENTS WERE BEING MADE THAT MISREPRESENTED THE --

10:00AM 18        MR. CAZARES:  OBJECTION.  CALLS FOR HEARSAY.

10:00AM 19        THE COURT:  SUSTAINED AS TO THAT WITHOUT FOUNDATION.

10:00AM 20   BY MR. BOSTIC:

10:00AM 21   Q.   BESIDES THOSE OUTSIDE STATEMENTS, WERE THERE OTHER ISSUES

10:00AM 22   THAT YOU HAVEN'T TALKED ABOUT YET THAT CAUSED YOU TO LEAVE THE

10:00AM 23   COMPANY, OR HAVE WE CAPTURED ALL OF THEM?

10:00AM 24   A.   I THINK WE'VE PRETTY MUCH CAPTURED ALL OF THEM.

10:00AM 25        I MEAN, IT WAS SUMMARIZED BY WHEN I MADE A SUGGESTION,

ER-1101

PANDORI DIRECT BY MR. BOSTIC (RES.)                    1745

10:01AM   1    WHICH I THOUGHT WAS PRETTY BASIC AND FAIRLY FUNDAMENTAL AND

10:01AM   2    RATHER NONCONTROVERSIAL, ABOUT LETTING THE LAB DIRECTORS PLAY A

10:01AM   3    ROLE IN SHARING INFORMATION WITH PRODUCT AVAILABILITY, WHEN

10:01AM   4    THAT WAS DEEMED NO WAY, I THOUGHT THIS IS CRAZY.  WHY WOULD I

10:01AM   5    WANT TO WORK HERE?

10:01AM   6    Q.   WHEN YOU TENDERED YOUR RESIGNATION, DID MR. BALWANI ASK

10:01AM   7    YOU TO STAY AND REMAIN AT THE COMPANY?

10:01AM   8    A.   NO.

10:01AM   9    Q.   DID YOU HAVE ANY CONVERSATION WITH MR. BALWANI AFTER THE

10:01AM  10    CONVERSATION THAT WE JUST TALKED ABOUT WHERE HE SAID THAT THOSE

10:01AM  11    MEETINGS WOULD NEVER HAPPEN?

10:01AM  12    A.   I DON'T RECALL EVER HAVING A CONVERSATION WITH MR. BALWANI

10:01AM  13    AGAIN AFTER THAT.

10:01AM  14            MR. BOSTIC:  A MOMENT, YOUR HONOR?

10:01AM  15            THE COURT:  YES.

10:01AM  16        (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

10:01AM  17            MR. BOSTIC:  NO FURTHER QUESTIONS AT THIS TIME.

10:02AM  18        THANK YOU, DR. PANDORI.

10:02AM  19            THE COURT:  CROSS-EXAMINATION?

10:02AM  20            MR. CAZARES:  YES, YOUR HONOR.  THANK YOU.

10:03AM  21        MAY I APPROACH THE WITNESS, YOUR HONOR?

10:03AM  22            THE COURT:  YES.

10:03AM  23            MR. CAZARES:  (HANDING.)

10:03AM  24        AND, YOUR HONOR, MAY I APPROACH THE COURT?

10:03AM  25            THE COURT:  YES.

10:03AM  1          MR. CAZARES:  (HANDING.)

10:03AM  2       YOUR HONOR, MAY I REMOVE MY MASK?

10:03AM  3          THE COURT:  YES.

10:03AM  4          MR. CAZARES:  THANK YOU VERY MUCH.

10:03AM  5                    **CROSS-EXAMINATION**

10:03AM  6   BY MR. CAZARES:

10:03AM  7   Q.  GOOD MORNING, DR. PANDORI.

10:04AM  8       MY NAME IS STEVE CAZARES, AND I REPRESENT MR. BALWANI.

10:04AM  9   A.  GOOD MORNING.

10:04AM  10  Q.  AND I HAVE A FEW QUESTIONS FOR YOU, SIR.

10:04AM  11  A.  YES.  THANK YOU.

10:04AM  12  Q.  AND JUST TO REVERT BACK TO THE BEGINNING IN THE TIME

10:04AM  13  PERIOD WHEN YOU FIRST STARTED TO WORK AT THERANOS IN LATE 2013.

10:04AM  14      DO YOU REMEMBER THAT TIME PERIOD?

10:04AM  15  A.  YES.

10:04AM  16  Q.  OKAY.  AND YOU HAD INDICATED THAT YOU BECAME AWARE OF

10:04AM  17  THERANOS AND MAYBE YOU DID SOME INTERNET RESEARCH BEFORE

10:04AM  18  APPLYING FOR A JOB; IS THAT RIGHT?

10:04AM  19  A.  YES.

10:04AM  20  Q.  AND THAT'S BASICALLY HOW YOU CAME TO BE INTRODUCED TO

10:04AM  21  THERANOS; IS THAT CORRECT?

10:04AM  22  A.  CORRECT.

10:04AM  23  Q.  AND YOU HAD TESTIFIED ON DIRECT THAT WHEN YOU APPLIED, YOU

10:04AM  24  WEREN'T -- YOU DIDN'T RECALL EXACTLY WHAT POSITION YOU HAD

10:04AM  25  APPLIED FOR; IS THAT RIGHT?

ER-1103

PANDORI CROSS BY MR. CAZARES                                    1747

10:04AM  1     A.   YEAH.  I BELIEVE THAT'S CORRECT.

10:04AM  2     Q.   BUT IT WAS SOME SORT OF MANAGEMENT DECISION?

10:04AM  3     A.   YES.

10:04AM  4     Q.   WAS THAT YOUR INTENTION?

10:04AM  5     A.   I ASSUME SO.

10:04AM  6     Q.   OKAY.  BECAUSE PREVIOUSLY YOU HAD HELD SENIOR MANAGEMENT

10:04AM  7     POSITIONS IN PUBLIC LABORATORIES; CORRECT?

10:05AM  8     A.   CORRECT.

10:05AM  9     Q.   AND BOTH IN SAN FRANCISCO?

10:05AM 10     A.   IN SAN FRANCISCO AND PRIOR TO THERANOS.

10:05AM 11     Q.   CORRECT.

10:05AM 12          BUT YOU WEREN'T THE ACTUAL LAB DIRECTOR IN SAN FRANCISCO;

10:05AM 13     IS THAT CORRECT?

10:05AM 14     A.   THAT'S INCORRECT.

10:05AM 15     Q.   YOU WERE THE LAB DIRECTOR?

10:05AM 16     A.   I WAS.

10:05AM 17     Q.   OKAY.  AND YOU WERE LOOKING FOR A SIMILAR POSITION AT

10:05AM 18     THERANOS; CORRECT?

10:05AM 19     A.   SIMILAR.

10:05AM 20     Q.   OKAY.  IN THE BINDERS THAT YOU HAVE THERE IN FRONT OF YOU

10:05AM 21     WITHIN VOLUME 2 -- WELL, ACTUALLY NO.  LET ME GRAB -- WITHIN

10:06AM 22     THE SECOND OF THE VOLUMES YOU SHOULD HAVE A TAB MARKED 20478.

10:06AM 23     PROBABLY NEAR THE BACK OF THAT SECOND VOLUME.

10:06AM 24     A.   20478.

10:06AM 25          I SEE IT.

ER-1104

10:06AM  1    Q.   ARE WE THERE?  OKAY.

10:06AM  2         SO 20478, IF YOU LOOK AT THE TOP OF THE PAGE, IT LOOKS

10:06AM  3    LIKE IT APPEARS TO BE AN EMAIL FROM A MONA RAMAMURTHY TO

10:06AM  4    MR. BALWANI.

10:06AM  5         DO YOU SEE THAT?

10:06AM  6    A.   I SEE IT.

10:06AM  7    Q.   AND DATED APPROXIMATELY OCTOBER 20, 2013.

10:06AM  8         DO YOU SEE IT?

10:06AM  9    A.   I SEE IT.

10:06AM 10    Q.   OKAY.  BUT FURTHER DOWN IN THE MIDDLE OF THAT FIRST PAGE

10:06AM 11    THERE'S AN EMAIL FROM YOURSELF TO MS. RAMAMURTHY.

10:06AM 12         DO YOU SEE THAT?

10:06AM 13    A.   I SEE IT.

10:06AM 14    Q.   AND MS. RAMAMURTHY WAS IN THE HR DEPARTMENT AT THERANOS;

10:06AM 15    CORRECT?

10:07AM 16    A.   YES.

10:07AM 17    Q.   AND YOU HAD SOME INTERACTIONS WITH HER WHEN YOU WERE

10:07AM 18    JOINING THERANOS IN LATE 2013?

10:07AM 19    A.   YEAH.

10:07AM 20    Q.   OKAY.  AND IF YOU CONTINUE THROUGH THE REST, I'M NOT GOING

10:07AM 21    TO ASK YOU TO LOOK AT EVERY PAGE IN 20478, THERE'S SOME

10:07AM 22    ADDITIONAL COMMUNICATIONS BETWEEN YOURSELF AND MS. RAMAMURTHY.

10:07AM 23         DO YOU SEE THAT?

10:07AM 24    A.   YES.

10:07AM 25    Q.   AND YOU USED IT TO COMMUNICATE AT THERANOS DURING THE

10:07AM  1    REGULAR COURSE OF -- WHILE AT THERANOS YOU USED EMAILS AS

10:07AM  2    REGULAR COMMUNICATIONS IN YOUR JOB; CORRECT?

10:07AM  3    A.   CORRECT.

10:07AM  4           MR. CAZARES:  MOVE TO ADMIT 20478, YOUR HONOR.

10:07AM  5           MR. BOSTIC:  NO OBJECTION.

10:07AM  6           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:07AM  7        (DEFENDANT'S EXHIBIT 20478 WAS RECEIVED IN EVIDENCE.)

10:07AM  8    BY MR. CAZARES:

10:07AM  9    Q.   AND IF WE WANTED TO START MAYBE AT PAGE 3 OF 20478.

10:07AM  10   A.   YES.

10:07AM  11   Q.   AND AT THE BOTTOM YOU'LL SEE THAT THERE'S A COMMUNICATION

10:07AM  12   FROM MS. RAMAMURTHY TO YOURSELF OCTOBER 18TH --

10:07AM  13   A.   UH-HUH.

10:07AM  14   Q.   -- SAYING WELCOME TO THERANOS.

10:08AM  15        DO YOU SEE THAT?

10:08AM  16   A.   YEAH, I DO.

10:08AM  17   Q.   AND THIS IS ABOUT THE TIME THAT YOU WERE OFFERED THE JOB

10:08AM  18   AT THERANOS; CORRECT?

10:08AM  19   A.   IT APPEARS SO.

10:08AM  20   Q.   AND AGAIN, YOU WERE LOOKING FOR A MANAGEMENT POSITION AT

10:08AM  21   THERANOS; CORRECT?

10:08AM  22   A.   MANAGEMENT?  I MEAN, I WANTED TO BE APART OF THE

10:08AM  23   DEVELOPMENT OF THIS TECHNOLOGY IN SOME WAY, AND I THOUGHT THAT

10:08AM  24   MY CREDENTIALS PROBABLY WOULD HAVE LED TO SOMETHING LIKE THAT.

10:08AM  25   Q.   OKAY.

10:08AM 1    A.   IT'S NOT LIKE I WOULD APPLY TO JUST RUN LAB TESTS.

10:08AM 2    Q.   UNDERSTOOD.  AND IF YOU WANT TO FLIP FORWARD TO PAGE 2 OF

10:08AM 3    THE EXHIBIT.

10:08AM 4    A.   YES.

10:08AM 5    Q.   ACTUALLY, LET'S GO BACK TO THE FIRST PAGE.

10:08AM 6    A.   YOU MEAN PAGE 1?

10:08AM 7    Q.   PAGE 1.

10:08AM 8    A.   OKAY.

10:08AM 9    Q.   AND THE ORIGINAL MESSAGE IN THE MIDDLE OF THE PAGE --

10:08AM 10   A.   WE STARTED THERE.

10:08AM 11   Q.   -- FROM YOURSELF TO MS. RAMAMURTHY, DO YOU SEE WHERE YOU

10:08AM 12   WROTE, "MONA, MAYBE I CAN ASK YOU MOST OF MY QUESTIONS."

10:09AM 13        DO YOU SEE THAT?

10:09AM 14   A.   YES.

10:09AM 15   Q.   OKAY.  AND ONE OF THE QUESTIONS THAT YOU ASKED

10:09AM 16   MS. RAMAMURTHY IS, YOU KNOW, FIRST YOU DECLARE, "I AM APPROVED

10:09AM 17   BY THE STATE OF CALIFORNIA TO BE A LABORATORY DIRECTOR FOR A

10:09AM 18   PUBLIC HEALTH LABORATORY, AND I MEET ALL OF THE FEDERAL

10:09AM 19   REQUIREMENTS TO BE A CLINICAL LABORATORY DIRECTOR."

10:09AM 20        DO YOU SEE THAT?

10:09AM 21   A.   YES.

10:09AM 22   Q.   AND THEN YOU WROTE, "THE STATE OF CALIFORNIA, I BELIEVE,

10:09AM 23   REQUIRES THAT I REGISTER AS A CLINICAL LABORATORY DIRECTOR WITH

10:09AM 24   THE STATE DEPARTMENT OF PUBLIC HEALTH."

10:09AM 25        DO YOU SEE THAT?

PANDORI CROSS BY MR. CAZARES                                          1751

10:09AM  1    A.   YES.

10:09AM  2    Q.   AND BUT THEN YOU WROTE, "THE REGS ARE UNCLEAR, BUT THE

10:09AM  3    STATE OF CALIFORNIA MAY REQUIRE AN EXAMINATION FOR ME TO

10:09AM  4    ACCOMPLISH THAT REGISTRATION."

10:09AM  5         DO YOU SEE THAT AS WELL?

10:09AM  6    A.   YES.

10:09AM  7    Q.   AND THEN I THINK -- YOU WRITE, "I THINK THAT MY BOARD

10:09AM  8    CERTIFICATION EXAM (WHICH I PASSED OF COURSE) COUNTS AS THAT

10:09AM  9    EXAM, BUT I'M NOT 100 PERCENT."

10:09AM 10         "IS THERANOS COMFORTABLE WITH THIS STIPULATION?

10:09AM 11         "WHAT I MEAN IS AT THE STATE, (WHICH IS UNCLEAR ABOUT

10:09AM 12    THEIR REQUIREMENTS) MIGHT ASK ME TO PASS ANOTHER EXAM TO GET

10:09AM 13    THE REGISTRATION.

10:09AM 14         "IS THIS OKAY IN THE CONTEXT OF THIS OFFER?"

10:10AM 15         AND WITH THIS MESSAGE YOU ARE ASKING A QUESTION OF

10:10AM 16    MS. RAMAMURTHY WHETHER IT WAS OKAY WITH THERANOS WHETHER A

10:10AM 17    POSITION THAT YOU'RE GOING TO TAKE MIGHT REQUIRE YOU TO TAKE

10:10AM 18    AND PASS A STATE REQUIRED EXAM?

10:10AM 19    A.   SORT OF.  SO BY SEEING THESE EMAILS YOU ARE, AS YOU KNOW,

10:10AM 20    REFRESHING MY MEMORY.

10:10AM 21    Q.   OKAY.

10:10AM 22    A.   SO I CAN EXPLAIN.

10:10AM 23    Q.   GO AHEAD.

10:10AM 24    A.   SO I BELIEVE THAT THE POSITION WAS LABORATORY DIRECTOR.

10:10AM 25         AND SO LABORATORY DIRECTOR IN MY FIELD IS NOT JUST A JOB

PANDORI CROSS BY MR. CAZARES                                    1752

10:10AM  1    TITLE.  THAT'S A FORMAL TERMINOLOGY IN THE EYES OF THE FEDERAL

10:10AM  2    GOVERNMENT AND AT THE STATE LEVEL OF GOVERNMENT.

10:10AM  3         SO I SOUGHT HERE NOT TO MISLEAD THERANOS, THAT I MET THE

10:10AM  4    QUALIFICATIONS OF A LAB DIRECTOR AT THE STATE LEVEL.

10:10AM  5         CALIFORNIA -- THERE ARE FEDERAL REGULATIONS FOR WHO CAN BE

10:10AM  6    A LAB DIRECTOR, AND I MEET THOSE.

10:11AM  7         STATES MAY APPLY ADDITIONAL REQUIREMENTS ON TOP OF FEDERAL

10:11AM  8    REQUIREMENTS.  CALIFORNIA IS AN EXAMPLE OF ONE OF THOSE STATES,

10:11AM  9    AND BECAUSE I WAS A PUBLIC HEALTH LAB DIRECTOR, THAT DIDN'T

10:11AM 10    NECESSARILY MEAN THAT I QUALIFIED AS A LAB DIRECTOR IN A

10:11AM 11    CLINICAL LABORATORY.

10:11AM 12         SO WHAT I WANTED TO ACHIEVE HERE WAS TO ENSURE THAT

10:11AM 13    THERANOS WAS NOT MISLED BY ME, AND THAT WHILE I QUALIFY AS A

10:11AM 14    PUBLIC HEALTH LAB DIRECTOR, IF THEY'RE HIRING ME AS A LAB

10:11AM 15    DIRECTOR IN THE TERMINOLOGY AS IT'S USED ACCORDING TO CMS, THEN

10:11AM 16    I MAY NOT MEET THOSE REQUIREMENTS, AND IT MAY REQUIRE

10:11AM 17    ADDITIONAL EXAMINATION.

10:11AM 18    Q.   THANK YOU FOR THAT EXPLANATION.

10:11AM 19         AND I GUESS IN SHORT, GIVEN YOUR EXPERIENCE, AND NOT

10:11AM 20    WITHSTANDING ALL OF THE EXPERIENCE THAT YOU HAVE, AND I'M NOT

10:11AM 21    CALLING IT INTO QUESTION AT ALL, UNDER THE STATE OF CALIFORNIA

10:11AM 22    RULES AND REGULATIONS TO BE A CLIA LAB DIRECTOR, THERE MIGHT

10:11AM 23    BE, AS YOU SAID, THIS EXTRA REQUIREMENT THAT YOU MIGHT HAVE

10:11AM 24    NEEDED AND YOU WERE JUST ASKING THERANOS IF THERANOS WAS OKAY

10:11AM 25    WITH THAT?

PANDORI CROSS BY MR. CAZARES                                    1753

10:11AM  1      A.   CORRECT.

10:11AM  2      Q.   OKAY.  AND DOES THAT INDICATE THAT YOU WERE CONSIDERING

10:12AM  3      AND BEING CONSIDERED FOR THE CLIA LAB DIRECTOR POSITION AT

10:12AM  4      THERANOS IN THIS APPLICATION PROCESS?

10:12AM  5      A.   YOU KNOW, I DIDN'T KNOW BECAUSE IT WAS JUST THE TWO WORDS,

10:12AM  6      LAB DIRECTOR, SO I DIDN'T KNOW THAT VERY CLEARLY.

10:12AM  7      Q.   BUT NOTWITHSTANDING, YOU FELT COMFORTABLE WITH YOUR

10:12AM  8      EXPERIENCE TO TAKE KIND OF A SENIOR POSITION WITHIN THE CLIA

10:12AM  9      LAB WHETHER OR NOT YOU WERE THE CLIA LAB DIRECTOR OR A SENIOR

10:12AM 10      MANAGER WITHIN THE CLIA LAB; CORRECT?

10:12AM 11      A.   WELL, AT THAT MOMENT I JUST WANTED THEM TO UNDERSTAND WHO

10:12AM 12      I WAS.  I HAD NOT ACCEPTED ANY JOB AT THAT POINT.

10:12AM 13      Q.   OKAY.  BUT ULTIMATELY YOU DID ACCEPT THE JOB?

10:12AM 14      A.   EVENTUALLY WHEN THEY OFFERED ME THE JOB I ACCEPTED IT,

10:12AM 15      YES.

10:12AM 16      Q.   OKAY.  AND YOU WERE HAPPY WITH THAT JOB, CORRECT, AT THE

10:12AM 17      TIME?

10:12AM 18      A.   EXCUSE ME?

10:12AM 19      Q.   YOU WERE HAPPY ACCEPTING THAT POSITION?

10:12AM 20      A.   I WAS REALLY EXCITED.

10:12AM 21      Q.   OKAY.  AND AS PART OF YOUR ACCEPTING THE POSITION, YOU

10:12AM 22      CAME TO HAVE COMMUNICATIONS WITH DR. ROSENDORFF ABOUT KIND OF

10:12AM 23      YOUR ROLE IN THE LAB; IS THAT CORRECT?

10:13AM 24      A.   YES.

10:13AM 25      Q.   OKAY.  AND IN THOSE DISCUSSIONS YOU HAD WITH

10:13AM  1    DR. ROSENDORFF, THE TWO OF YOU DISCUSSED HOW THE TWO OF YOU

10:13AM  2    WOULD OVERSEE THE LAB ONCE YOU STARTED AT THERANOS; CORRECT?

10:13AM  3    A.   WE DISCUSSED IT.

10:13AM  4    Q.   AND IN THOSE DISCUSSIONS, THOUGH, ONCE YOU ACCEPTED THE

10:13AM  5    POSITION AT THERANOS, YOU UNDERSTOOD THAT IT WAS DR. ROSENDORFF

10:13AM  6    WHO WAS GOING TO BE THE CLIA CERTIFIED LAB DIRECTOR AND THEN

10:13AM  7    YOU WERE GOING TO WORK WITH HIM, THOUGH, IN KIND OF A

10:13AM  8    SIDE-BY-SIDE POSITION?

10:13AM  9    A.   THE TENSE YOU USED IS FUTURE.

10:13AM  10        AS I UNDERSTOOD IT, DR. ROSENDORFF ALREADY WAS THE CLIA

10:13AM  11   LABORATORY DIRECTOR.

10:13AM  12   Q.   AND WITH THAT UNDERSTANDING, YOU WERE NOT THE CLIA

10:13AM  13   CERTIFIED LAB DIRECTOR DURING THE TIME PERIOD THAT YOU WORKED

10:13AM  14   AT THERANOS?

10:13AM  15   A.   THAT'S CLEAR.

10:13AM  16   Q.   AND THERE IS A DISTINCTION UNDER THE REGS BETWEEN THE CLIA

10:13AM  17   CERTIFIED LAB DIRECTOR IN A LABORATORY AND OTHER PERSONNEL,

10:13AM  18   INCLUDING SOMEONE WHO MAY HAVE A TITLE OF LAB DIRECTOR;

10:13AM  19   CORRECT?

10:13AM  20   A.   THE FEDERAL REGULATIONS AND ALL STATE REGULATIONS ARE

10:13AM  21   UNAMBIGUOUS WITH REGARD TO THE TERM "LABORATORY DIRECTOR," BUT

10:14AM  22   I WOULDN'T SAY THAT THOSE REGULATIONS SPELL OUT THE DIFFERENCES

10:14AM  23   BETWEEN JOB TITLES.

10:14AM  24   Q.   FAIR ENOUGH.

10:14AM  25        YOU WOULD AGREE THAT A LAB DIRECTOR IS RESPONSIBLE FOR

PANDORI CROSS BY MR. CAZARES                    1755

10:14AM  1    EVERY ASPECT OF THE LAB'S OPERATION?

10:14AM  2    A.   YEAH, ACCORDING TO FEDERAL -- ACCORDING TO REGULATIONS OF

10:14AM  3    A CLIA LABORATORY DIRECTOR.

10:14AM  4    Q.   RIGHT.  AND THE CLIA LABORATORY DIRECTOR IS ALSO

10:14AM  5    RESPONSIBLE FOR THE SAFETY OF ALL OF THE MEMBERS AND EMPLOYEES

10:14AM  6    WITHIN THE LAB; CORRECT?

10:14AM  7    A.   CORRECT.

10:14AM  8    Q.   AND THE CLIA LAB DIRECTOR IS ALSO RESPONSIBLE FOR THE

10:14AM  9    QUALITY OF LABORATORY TESTING PERFORMED WITHIN THAT LAB

10:14AM  10   DIRECTOR'S LAB?

10:14AM  11   A.   CORRECT.

10:14AM  12   Q.   AND THE CLIA LAB DIRECTOR IS ALSO RESPONSIBLE FOR

10:14AM  13   OVERSIGHT OF THE PERSONNEL AND ENSURING THAT THE PROPER

10:14AM  14   TECHNOLOGIES ARE SELECTED AND USED FOR TECHNOLOGIES WITHIN THE

10:14AM  15   LAB?

10:14AM  16   A.   YES.

10:14AM  17   Q.   OKAY.  AND IN ADDITION, THE CLIA LAB DIRECTOR IS

10:14AM  18   RESPONSIBLE TO ENSURE THAT THE MACHINES AND TECHNIQUES ARE

10:14AM  19   OPERATING IN A QUALITY MANNER WITHIN THE LAB; CORRECT?

10:15AM  20   A.   YEAH.  THOSE ARE MY OWN WORDS ACTUALLY.

10:15AM  21   Q.   AND THOSE ARE THE RESPONSIBILITIES OF A LAB DIRECTOR;

10:15AM  22   CORRECT?

10:15AM  23   A.   CORRECT.

10:15AM  24   Q.   OKAY.  THOSE RESPONSIBILITIES INCLUDE LABORATORY DIRECTOR

10:15AM  25   AUTHORIZATION SIGNOFF ON THE USE OF ANY LABORATORY DEVELOPED

ER-1112

PANDORI CROSS BY MR. CAZARES                                    1756

10:15AM  1    TESTS WITHIN THE CLINICAL LAB; RIGHT?

10:15AM  2    A.   THE CLINICAL LAB DIRECTOR DOES SIGN OFF ON THOSE.

10:15AM  3    Q.   OKAY.  AND UNTIL THE CLINICAL LABORATORY SIGNS OFF ON THE

10:15AM  4    DEVELOPED TESTS, LIKE THE THERANOS EDISON, THAT TEST CANNOT BE

10:15AM  5    USED IN THE LAB?

10:15AM  6    A.   CORRECT.

10:15AM  7    Q.   OKAY.  AND THE SAME GOES, THE DECISION TO TAKE A TEST OFF

10:15AM  8    LINE WITHIN THE CLINICAL LAB, THAT REQUIRES THE LAB DIRECTOR,

10:15AM  9    THE CLIA LAB DIRECTOR'S AUTHORIZATION; CORRECT?

10:15AM 10    A.   YES.

10:15AM 11    Q.   NOW, YOU TALKED A LITTLE BIT ABOUT STANDARD OPERATING

10:15AM 12    PROCEDURES, I THINK, A BIT IN YOUR DIRECT EXAM, WHICH ARE A

10:16AM 13    REGULAR PART OF KIND OF THE MANAGEMENT AND OPERATION OF THE

10:16AM 14    CLINICAL LAB; CORRECT?

10:16AM 15    A.   I'M NOT SURE I UNDERSTAND YOUR QUESTION.

10:16AM 16    Q.   STANDARD OPERATING PROCEDURES ARE THE PROCEDURES UNDER

10:16AM 17    WHICH THE LABORATORY EMPLOYEES AND SCIENTISTS OPERATE AND

10:16AM 18    PERFORM THEIR DUTIES WITHIN THE LAB; IS THAT RIGHT?

10:16AM 19    A.   OH, BUT AN SOP WOULD BE ASSIGNED TO SEPARATE KINDS OF

10:16AM 20    OPERATIONS OR TESTS, YEAH.

10:16AM 21         YEAH, IT WOULD BE PLURALIZED, YES.

10:16AM 22    Q.   AND ALL OF THOSE SOP'S WITHIN THE LABORATORY REQUIRE THE

10:16AM 23    LABORATORY DIRECTOR TO SIGN OFF; CORRECT?

10:16AM 24    A.   WELL, THEY -- IN SOME INSTANCES CLIA DIRECTORS I THINK DO

10:16AM 25    ASSIGN DESIGNEES IF THEY'RE NOT GOING TO BE ON SITE, FOR

ER-1113

PANDORI CROSS BY MR. CAZARES                                    1757

10:16AM  1    EXAMPLE.  SOME LAB DIRECTORS ARE NOT ON SITE ALL OF THE TIME.

10:16AM  2    Q.   BECAUSE THE REGULATIONS PERMIT A LAB DIRECTOR TO OVERSEE

10:16AM  3    MORE THAN ONE LAB AT A TIME; CORRECT?

10:16AM  4    A.   CORRECT, FEDERAL REGULATIONS ALLOW A LAB DIRECTOR TO

10:17AM  5    DIRECT UP TO FIVE.

10:17AM  6    Q.   AND BECAUSE OF THAT, THE RULE ALLOWS A LAB DIRECTOR TO

10:17AM  7    DESIGNATE, AS YOU SAY, RESPONSIBILITIES OVER SOME OF THE

10:17AM  8    OBLIGATIONS OR RESPONSIBILITIES OF THE LAB DIRECTORS

10:17AM  9    THEMSELVES; RIGHT?

10:17AM  10   A.   IN WRITING.

10:17AM  11   Q.   BUT THAT IS PERMITTED?

10:17AM  12   A.   IT'S MY UNDERSTANDING.

10:17AM  13   Q.   AND THE CLINICAL LAB DIRECTOR ALSO HAS OVERSIGHT AND

10:17AM  14   RESPONSIBILITIES FOR OVERSEEING AND APPROVING QUALITY CONTROL

10:17AM  15   ASSURANCE PROGRAMS AND QUALITY CONTROL WITHIN THE LABORATORY;

10:17AM  16   CORRECT?

10:17AM  17   A.   YOU SAID CLIA LABORATORY DIRECTORS?

10:17AM  18   Q.   YES.

10:17AM  19   A.   YEAH.

10:17AM  20   Q.   NOW, WITHIN YOUR RELATIONSHIP WITH DR. ROSENDORFF, ONCE

10:17AM  21   YOU ALREADY STARTED WORKING WITHIN THE LAB, I THINK YOU

10:17AM  22   DESCRIBED YOUR ROLE AS KIND OF MORE OPERATIONAL, MAYBE

10:17AM  23   LOGISTICS.

10:17AM  24       IS THAT ACCURATE?

10:17AM  25   A.   WELL, WE HAD TO FIGURE OUT SOME WAY TO WORK TOGETHER

10:17AM 1    BECAUSE I DIDN'T HAVE A PIECE OF PAPER SAYING THESE WERE MY JOB

10:17AM 2    DUTIES, SO WE THOUGHT THAT I WOULD FUNCTION ALONG WITH HIM, AND

10:18AM 3    I WAS COMFORTABLE SORT OF FUNCTIONING AS A SUBORDINATE TO HIM

10:18AM 4    THAT WOULD HELP HIM GET LOGISTICS AND OPERATIONS GOING BECAUSE

10:18AM 5    AT LEAST AS A FORMAL LAB DIRECTOR I UNDERSTOOD THOSE THINGS,

10:18AM 6    BUT THAT I COULD CONSULT HIM ON VARIOUS MATTERS ASSOCIATED WITH

10:18AM 7    BEING A CLIA LAB DIRECTOR.

10:18AM 8    Q.   AND THAT'S THE ROLE THAT YOU TOOK ON?

10:18AM 9    A.   I TOOK THAT ON UPON MYSELF.

10:18AM 10   Q.   OKAY.  SOON AFTER YOU WERE HIRED, THERE WAS ANOTHER

10:18AM 11   INDIVIDUAL HIRED WITHIN THE LAB NAMED LANGLY GEE; IS THAT

10:18AM 12   RIGHT?

10:18AM 13   A.   YES.

10:18AM 14   Q.   OKAY.  AND LANGLY GEE WAS HIRED AS THE QUALITY ASSURANCE

10:18AM 15   AND QUALITY CONTROL MANAGER WITHIN THE LAB; CORRECT?

10:18AM 16   A.   THAT'S MY RECOLLECTION, YES.

10:18AM 17   Q.   AND LANGLY GEE HAD EXPERIENCE IN SUCH WORK PRIOR TO

10:18AM 18   JOINING THERANOS; CORRECT?

10:18AM 19   A.   YEAH.  LANGLY HAD WORKED IN TOXICOLOGICAL LABORATORIES.

10:18AM 20   Q.   AND SO FROM THAT POINT FORWARD IN EARLY 2014 THROUGH THE

10:18AM 21   END OF YOUR TIME PERIOD, LANGLY GEE WAS THE MANAGER WITHIN THE

10:19AM 22   CLINICAL LAB OVERSEEING THE QUALITY CONTROL PROGRAM; CORRECT?

10:19AM 23   A.   HE WAS HIRED WITH THAT JOB TITLE.

10:19AM 24   Q.   AND DR. ROSENDORFF WAS PART OF THAT HIRING DECISION;

10:19AM 25   CORRECT?

10:19AM 1    A.   I DON'T RECALL.

10:19AM 2    Q.   LANGLY GEE WORKED WITH DR. ROSENDORFF DURING THE TIME

10:19AM 3    PERIOD THAT YOU WERE AT THERANOS; CORRECT?

10:19AM 4    A.   CORRECT.

10:19AM 5    Q.   NOW, OTHER -- THERE ARE OTHER LAYERS OF MANAGEMENT WITHIN

10:19AM 6    THE CLINICAL LABORATORY AT THERANOS, OTHER THAN THE LAB

10:19AM 7    DIRECTOR AND YOURSELF AND MR. GEE; CORRECT?

10:19AM 8    A.   YOU MEAN OTHER LAYERS OF OFFICERSHIP SORT OF LIKE OTHER

10:19AM 9    MANAGERS?

10:19AM 10   Q.   LIKE TECHNICAL SCIENTISTS?  THERE WAS A TECHNICAL

10:19AM 11   SCIENTIST WITHIN THE CLINICAL LABORATORY; CORRECT?

10:19AM 12   A.   THERE MAY HAVE BEEN, ALTHOUGH I DON'T KNOW TO WHOM THAT

10:19AM 13   TITLE WAS ASSIGNED.

10:19AM 14   Q.   A TECHNICAL SCIENTIST IS A STATE LICENSED LABORATORY

10:19AM 15   SCIENTIST WITHIN THE CLINICAL LAB; CORRECT?

10:19AM 16   A.   THE TERM IS TECHNICAL SUPERVISOR.

10:19AM 17   Q.   OKAY.  TECHNICAL SUPERVISOR.

10:20AM 18       BUT THAT IS A STATE LICENSED PERSON WITHIN THE CLINICAL

10:20AM 19   LAB; CORRECT?

10:20AM 20   A.   IT'S NOT A STATE LICENSURE, NO.  THAT'S SOMEBODY WHO MEETS

10:20AM 21   FEDERAL REQUIREMENTS.  AND IF THE STATE APPLIES AN ADDITIONAL

10:20AM 22   LAYER OF REQUIREMENTS OVER THE FEDERAL REQUIREMENTS, THEY WOULD

10:20AM 23   HAVE TO MEET ALL OF THOSE REQUIREMENTS.  SOMETIMES THAT

10:20AM 24   INVOLVES TAKING A BOARD CERTIFICATION EXAM.

10:20AM 25   Q.   AND THERANOS HAD A TECHNICAL SUPERVISOR; CORRECT?

PANDORI CROSS BY MR. CAZARES                                    1760

10:20AM  1     A.   I DON'T RECALL.

10:20AM  2     Q.   DO YOU REMEMBER AN INDIVIDUAL NAMED STEVE MORAN OR MORIN?

10:20AM  3     A.   YES.

10:20AM  4     Q.   OKAY.  AND HE WAS YOUR TECHNICAL SUPERVISOR DURING YOUR

10:20AM  5     TIME PERIOD AT THE LAB; CORRECT?

10:20AM  6     A.   I DON'T KNOW.

10:20AM  7     Q.   DO YOU REMEMBER A PERSON NAMED HODA ALAMDAR?

10:20AM  8     A.   YES.

10:20AM  9     Q.   AND HODA ALAMDAR WAS THE GENERAL SUPERVISOR WITHIN THE

10:20AM 10     LAB; CORRECT?

10:20AM 11     A.   I DON'T KNOW.

10:20AM 12     Q.   YOU DID WORK FOR HER FOR SIX MONTHS WHILE YOU WERE AT THE

10:20AM 13     LAB; RIGHT?

10:20AM 14     A.   I REMEMBER HODA.

10:20AM 15     Q.   AND SHE WAS AN EXPERIENCED LAB SCIENTIST AS WELL?

10:20AM 16     A.   YES.

10:20AM 17     Q.   AND YOU WORKED WITH HER?

10:20AM 18     A.   WITH HER, YES.

10:20AM 19     Q.   NOW, YOU DESCRIBED IN YOUR TESTIMONY YESTERDAY THAT WHEN

10:21AM 20     YOU BEGAN AT THERANOS, IT WASN'T YOUR ORIGINAL INTENTION FOR

10:21AM 21     YOU TO HAVE A ROLE IN PROFICIENCY TESTING; IS THAT RIGHT?

10:21AM 22     A.   I DON'T KNOW THAT THAT WAS EXPLICITLY STATED.  I THINK

10:21AM 23     WHAT I STATED WAS THAT I WASN'T GIVEN A LIST OF JOB DUTIES.

10:21AM 24     Q.   AND AMONG THE JOB DUTIES YOU WEREN'T GIVEN WAS PROFICIENCY

10:21AM 25     TESTING OVERSIGHT?

ER-1117

PANDORI CROSS BY MR. CAZARES                                    1761

10:21AM   1      A.   NOBODY TOLD ME THAT I WAS TO PROVIDE PT OVERSIGHT.

10:21AM   2      Q.   OKAY.  BUT THE CLINICAL LAB DIRECTOR OF THE LAB,

10:21AM   3   ADAM ROSENDORFF, DID HAVE RESPONSIBILITIES OF OVERSEEING THE

10:21AM   4   PROFICIENCY TESTING AT THE LAB; RIGHT?

10:21AM   5      A.   THAT'S CORRECT.

10:21AM   6      Q.   THROUGHOUT THE TIME YOU WERE AT THERANOS, IT WAS

10:21AM   7   ADAM ROSENDORFF'S RESPONSIBILITY AS THE CLIA LAB DIRECTOR TO

10:22AM   8   OVERSEE THE PROFICIENCY TESTING PROGRAM?

10:22AM   9      A.   IT IS HIS RESPONSIBILITY.

10:22AM  10      Q.   NOW, YOU DESCRIBED YESTERDAY IN YOUR DIRECT EXAMINATION

10:22AM  11   THAT YOU WERE MADE AWARE OF THE FACT THAT PROFICIENCY TESTING

10:22AM  12   WAS RUN ON PREDICATE METHODS USED WITHIN THE LABORATORY BUT NOT

10:22AM  13   ON THE THERANOS LDT METHODS; IS THAT CORRECT?

10:22AM  14      A.   CORRECT.

10:22AM  15      Q.   INCLUDING THE EDISON?

10:22AM  16      A.   EXCUSE ME?

10:22AM  17      Q.   INCLUDING THE EDISON -- PROFICIENCY TESTING WAS NOT RUN ON

10:22AM  18   THE EDISON DURING THE TIME PERIOD THAT YOU STARTED AT THERANOS?

10:22AM  19      A.   I WAS MADE TO BELIEVE THAT, YES.

10:22AM  20      Q.   OKAY.  AND BECAUSE OF THAT, YOU REACHED A CONCLUSION THAT

10:22AM  21   YOU WANTED TO RUN PROFICIENCY TESTING SAMPLES ON THE EDISON

10:22AM  22   DEVICES TO TEST THEM OUT I GUESS?

10:22AM  23      A.   WELL, THAT'S NOT AN ARBITRARY WHIMSICAL DECISION.

10:23AM  24         THAT WAS MY OPINION BECAUSE THE FEDERAL REGULATIONS

10:23AM  25   REQUIRE THAT WE DO PT ON TESTS THAT ARE USED TO GENERATE

ER-1118

PANDORI CROSS BY MR. CAZARES                                    1762

10:23AM   1    PATIENT RESULTS.

10:23AM   2         THE RESULTS OF PROFICIENCY TESTS --

10:23AM   3             MR. CAZARES:  YOUR HONOR, MOVE TO STRIKE AS NONE

10:23AM   4    RESPONSIVE.

10:23AM   5             THE COURT:  THE PREVIOUS RESPONSE WILL REMAIN.  YOU

10:23AM   6    CAN ASK ANOTHER QUESTION.

10:23AM   7             MR. CAZARES:  THANK YOU, YOUR HONOR.

10:23AM   8    Q.   SO YOU REACHED THIS CONCLUSION THAT YOU WANTED TO RUN

10:23AM   9    PROFICIENCY SAMPLES ON THE EDISON DEVICE; CORRECT?

10:23AM  10    A.   CORRECT.

10:23AM  11    Q.   AND YOU DISCUSSED THAT WITH ADAM ROSENDORFF?

10:23AM  12    A.   YES.

10:23AM  13    Q.   BECAUSE HE WAS THE CLIA LABORATORY DIRECTOR?

10:23AM  14    A.   CORRECT.

10:23AM  15    Q.   AND ADAM ROSENDORFF AGREED?

10:23AM  16    A.   YES.

10:23AM  17    Q.   NOW, YOU DIDN'T ACTUALLY RUN THESE PROFICIENCY TESTING

10:23AM  18    SAMPLES YOURSELF IN THIS EXPERIMENT, DID YOU?

10:23AM  19    A.   NO.

10:23AM  20    Q.   OKAY.  OTHER LAB, LIKE MAYBE OTHER CLIA LAB ASSISTANTS,

10:23AM  21    RUN THE LAB TESTS?

10:23AM  22    A.   CLINICAL LABORATORY SCIENTISTS, YEAH.

10:24AM  23    Q.   OKAY.  DO YOU KNOW WHO?

10:24AM  24    A.   NO.

10:24AM  25    Q.   DO YOU KNOW IF IT WAS MORE THAN ONE PERSON?

ER-1119

PANDORI CROSS BY MR. CAZARES                                      1763

10:24AM    1    A.    NO, I DON'T.

10:24AM    2    Q.    DO YOU KNOW WHO PUT TOGETHER THE SPREADSHEETS THAT YOU

10:24AM    3    LOOKED AT YESTERDAY IN YOUR TESTIMONY WITH THE RESULTS OF THAT

10:24AM    4    EXPERIMENT?

10:24AM    5    A.    I THOUGHT LANGLY GEE ASSEMBLED THE DATA AND PUT IT INTO

10:24AM    6    SPREADSHEETS WAS MY UNDERSTANDING.

10:24AM    7    Q.    BUT LANGLY GEE DIDN'T RUN THE EXPERIMENTS; CORRECT?

10:24AM    8    A.    IT WOULDN'T HAVE BEEN IN HIS JOB DESCRIPTION TO DO THAT.

10:24AM    9    Q.    AND YOU WANTED TO RUN THIS EXPERIMENT ON THE PROFICIENCY

10:24AM   10    TESTING SAMPLES ON THE EDISON DEVICE BECAUSE YOU WANTED TO SEE

10:24AM   11    HOW THE EDISON COMPARED TO THE FDA APPROVED PREDICATE METHODS?

10:24AM   12    A.    NO.  I WANTED TO RUN THE PROFICIENCY TESTS ON THE EDISONS

10:24AM   13    BECAUSE THE REGULATIONS IN PATIENT SAFETY REQUIRE IT, AND WE

10:24AM   14    WOULD AT THE SAME TIME LEARN WHETHER THOSE TWO METHODS WERE

10:25AM   15    COMPARABLE.

10:25AM   16    Q.    SO COMPARABILITY WAS ONE OF THE REASONS WHY YOU RAN THE

10:25AM   17    TESTS?

10:25AM   18    A.    YES.  IT'S ANOTHER REASON, BUT IT'S NOT AS IMPORTANT AS

10:25AM   19    THE FIRST REASON.

10:25AM   20    Q.    OKAY.  AND YOU WANTED TO RUN THIS COMPARISON AS PART OF

10:25AM   21    THE REASON FOR DOING THE EXPERIMENT BECAUSE THE FDA APPROVED

10:25AM   22    DEVICES ARE MORE ESTABLISHED, I THINK, GOLD STANDARD AS YOU

10:25AM   23    STATED YESTERDAY I THINK; CORRECT?

10:25AM   24    A.    CORRECT.

10:25AM   25    Q.    AND THEY'VE GONE THROUGH THIS RIGOROUS KIND OF TESTING,

PANDORI CROSS BY MR. CAZARES                                    1764

10:25AM  1    VOLUMINOUS DOCUMENTATION, AND STUDIES THAT THE FDA REVIEWED AND

10:25AM  2    WOULD HAVE GRANTED APPROVAL BASED ON THE FDA'S OWN KIND OF

10:25AM  3    STANDARDS?

10:25AM  4    A.   ALL OF THAT IS CORRECT, AND ON TOP OF THAT THEY WOULD HAVE

10:25AM  5    BEEN IN USE MEDICALLY FOR SOME TIME.

10:25AM  6    Q.   GIVING YOU SOME ASSURANCE THAT THEY WERE QUALITY?

10:25AM  7    A.   CORRECT.

10:25AM  8    Q.   NOW, IN DOING THE EXPERIMENT, SO THE USE OF THE FDA

10:25AM  9    APPROVED MACHINE WAS TO SET A BASELINE TO COMPARE THE EDISON

10:26AM 10    RESULTS; CORRECT?

10:26AM 11    A.   THE PT -- YOU'RE TALKING ABOUT RUNNING THE PT'S ON THE

10:26AM 12    PREDICATE METHODS.

10:26AM 13    Q.   YEAH, THE INTERNAL.

10:26AM 14    A.   RIGHT.  YOU WANTED TO SEE HOW WELL THEY WOULD COMPARE IN

10:26AM 15    THAT REGARD.

10:26AM 16    Q.   OKAY.  AND TO DO THAT YOU WOULD WANT TO ESTABLISH THE

10:26AM 17    BASELINE USING THE FDA APPROVED METHOD; CORRECT?

10:26AM 18    A.   I WOULDN'T USE THE WORD BASELINE.  YOU WOULD JUST WANT TO

10:26AM 19    SEE WHAT RESULTS YOU GOT.

10:26AM 20    Q.   AND THEN RUN THESE SAMPLES ON THE THERANOS METHOD TO AGAIN

10:26AM 21    SEE HOW CLOSE THEY COMPARE?

10:26AM 22    A.   YOU WANT TO RUN THESE -- LIKE THE LAW IS UNAMBIGUOUS.  THE

10:26AM 23    SPECIMENS HAVE TO BE RUN THE WAY YOU TREAT PATIENT SPECIMENS.

10:26AM 24    Q.   AND DO YOU KNOW WHETHER OR NOT THE CLINICAL LAB SCIENTIST,

10:26AM 25    AS YOU SAY WHO DID THE COMPARISON EXPERIMENT, RAN THE PT

ER-1121

PANDORI CROSS BY MR. CAZARES                                    1765

10:26AM   1      SAMPLES IN A SIMILAR MANNER THAT THERANOS RUNS ITS PATIENT

10:27AM   2      SAMPLES?

10:27AM   3      A.   THEY WERE ASKED TO DO SO.

10:27AM   4      Q.   OKAY.  BUT YOU DIDN'T ACTUALLY OBSERVE THE EXPERIMENT TAKE

10:27AM   5      PLACE TO ENSURE THAT THE CLINICAL LAB SCIENTIST RAN THE

10:27AM   6      EXPERIMENT IN THE SAME WAY USING THE SAME PROCEDURES THAT THE

10:27AM   7      LAB USES FOR PATIENT SAMPLES; CORRECT?

10:27AM   8      A.   CORRECT, CORRECT.

10:27AM   9      Q.   NOW, IN YOUR TESTIMONY YESTERDAY YOU TALKED A LITTLE BIT

10:27AM  10      ABOUT, IN RESPONSE TO THE QUESTIONS BY THE GOVERNMENT, ABOUT

10:27AM  11      PROFICIENCY TESTING REQUIREMENTS AS WELL AS AAP, THE

10:27AM  12      ALTERNATIVE ASSESSMENT PROCEDURE I THINK IT IS.

10:27AM  13           IS THAT CORRECT?

10:27AM  14      A.   CORRECT.

10:27AM  15      Q.   OKAY.  AND YOU TESTIFIED THAT YOU DID SOME INVESTIGATION

10:27AM  16      OR STUDY AS A PART OF KIND OF THIS PROCESS RELATING TO THIS

10:27AM  17      INTERNAL EXPERIMENT RUNNING THE PROFICIENCY TESTING SAMPLES ON

10:27AM  18      THE EDISON DEVICE; CORRECT?

10:27AM  19      A.   YES.  SO YOU SAID AN INVESTIGATION.  IT WAS A REVIEW OF

10:28AM  20      THE REGULATIONS.

10:28AM  21      Q.   OKAY.  AND THE REVIEW OF THE REGULATIONS, THAT'S THE CLIA

10:28AM  22      REGULATIONS; CORRECT?

10:28AM  23      A.   WELL, THERE WAS A NUMBER OF THINGS TAKEN INTO ACCOUNT.  I

10:28AM  24      BELIEVE I ALSO CONSULTED WHAT WERE CALLED CLSI GUIDELINES.

10:28AM  25      THOSE ARE CLINICAL LABORATORY STANDARDS INSTITUTE, AND THIS IS

ER-1122

PANDORI CROSS BY MR. CAZARES                                      1766

10:28AM  1    NOT GOVERNMENT BUT A THIRD PARTY OF PROFESSIONALS WHO SEEK TO

10:28AM  2    MAKE GUIDELINES FOR BEST PRACTICES.  THEY'RE NOT GOVERNMENT.

10:28AM  3    Q.   AND IN REACHING YOUR OPINIONS REGARDING THE USE OF AAP FOR

10:28AM  4    THE EDISON DEVICES, YOU CONSULTED THE CLSI GUIDELINES?

10:28AM  5    A.   I RECALL DOING SO.

10:28AM  6    Q.   OKAY.  NOW, PRIOR TO YOUR ARRIVAL AT THERANOS, YOU HAD

10:28AM  7    NEVER STUDIED THE CLSI GUIDELINES RELATING TO THE USE AND

10:28AM  8    PROPRIETY OF AAP FOR A LAB DEVELOPED TEST; CORRECT?

10:28AM  9    A.   I HAD DISCUSSED THEN WITH PEOPLE WHO HAD BECAUSE THERE

10:29AM  10   WERE SITUATIONS WITH PT THAT -- WHERE WE NEEDED TO FIND CERTAIN

10:29AM  11   SOLUTIONS.

10:29AM  12   Q.   SO YOU HAD HAD DISCUSSIONS WITH PERSONS BUT NOT STUDY THE

10:29AM  13   REGS AND THE CLSI GUIDELINES YOURSELF REGARDING THE PROPRIETY

10:29AM  14   AND USE OF AAP FOR A LAB DEVELOPED TEST; CORRECT?

10:29AM  15   A.   YEAH, I HAD SOUGHT COUNSEL FROM OTHER LAB DIRECTORS WHO I

10:29AM  16   CONSIDERED MENTORS OF MINE, AND WE DISCUSSED CLSI GUIDELINES AT

10:29AM  17   ONE POINT IN THE CONTEXT OF PROFICIENCY TESTING.

10:29AM  18   Q.   AND AGAIN, I APPRECIATE THAT.

10:29AM  19        SO YOU DISCUSSED CLSI GUIDELINES WITH OTHERS, BUT MY

10:29AM  20   QUESTION IS A LITTLE DIFFERENT.

10:29AM  21   A.   UH-HUH.

10:29AM  22   Q.   DID YOU YOURSELF REVIEW THE CLSI GUIDELINES, PRIOR TO

10:29AM  23   ARRIVING AT THERANOS, RELATING TO THE USE AND PROPRIETY OF AAP

10:29AM  24   FOR LAB DEVELOPED TESTS?

10:29AM  25   A.   I DON'T REMEMBER.

ER-1123

10:29AM  1          MR. CAZARES:  YOUR HONOR --

10:29AM  2     Q.   MR. PANDORI, YOU WERE DEPOSED IN LITIGATION RELATING TO

10:30AM  3     THERANOS ABOUT FIVE YEARS AGO; IS THAT RIGHT?

10:30AM  4     A.   I THINK SO.  I DON'T REMEMBER EXACTLY HOW LONG AGO.

10:30AM  5     Q.   YOU SAT DOWN IN A CONFERENCE ROOM OF SOME SORT, THERE WAS

10:30AM  6     A COURT REPORTER, YOU WERE SWORN, AND YOU --

10:30AM  7     A.   YEAH.

10:30AM  8     Q.   -- AGREED TO TELL THE TRUTH?

10:30AM  9          AND THERE WERE LAWYERS WHO ASKED QUESTIONS?

10:30AM 10     A.   UH-HUH.

10:30AM 11     Q.   AND THAT WAS ABOUT MARCH 9TH OF 2017?

10:30AM 12     A.   UH-HUH, YES.

10:30AM 13          MR. CAZARES:  YOUR HONOR, I HAVE A STATEMENT AT

10:30AM 14     EXHIBIT 2802, 322, LINES 19 TO 323, LINE 22.

10:30AM 15          THE COURT:  IS THAT IN ONE OF THESE BINDERS?

10:30AM 16          MR. CAZARES:  IT'S IN BINDER 3, YOUR HONOR.  I

10:30AM 17     APOLOGIZE.

10:31AM 18          THE COURT:  2802?

10:31AM 19          MR. CAZARES:  2802.  IT'S A 3-9-2017 TRANSCRIPT,

10:31AM 20     PAGE 322, LINE 19 TO 323, LINE 22.

10:31AM 21          THE COURT:  I DON'T HAVE -- IT'S NOT IN 3.

10:31AM 22          VOLUME 3?

10:31AM 23          MR. CAZARES:  YES.

10:31AM 24          THE COURT:  2802.

10:31AM 25          MR. CAZARES:  I THINK IT MAY BE TAB 1.

ER-1124

| | | |
|---|---|---|
| 10:31AM | 1 | THE COURT:  IT'S NOT IN THIS. |
| 10:31AM | 2 | BUT WHILE WE SEARCH FOR THAT, WE'LL NEED TO TAKE OUR |
| 10:32AM | 3 | BREAK. |
| 10:32AM | 4 | MR. CAZARES:  I APOLOGIZE, YOUR HONOR.  YES. |
| 10:32AM | 5 | THE COURT:  SO LET'S DO THAT, LADIES AND GENTLEMEN. |
| 10:32AM | 6 | WE'LL TAKE OUR BREAK NOW.  WE'LL FIND THIS DOCUMENT IN THE |
| 10:32AM | 7 | INTERIM. |
| 10:32AM | 8 | PLEASE REMEMBER THIS SHOULD BE ABOUT AN HOUR.  I HOPE TO |
| 10:32AM | 9 | COME BACK AT 11:30.  IF IT'S NOT AT THE BOTTOM OF THAT HOUR, IT |
| 10:32AM | 10 | WILL BE VERY CLOSE TO IT.  SO WE'LL TAKE OUR RECESS NOW. |
| 10:32AM | 11 | THANK YOU, COUNSEL. |
| 10:32AM | 12 | YOU MAY STAND DOWN, DR. PANDORI.  WE'LL COME BACK. |
| 10:32AM | 13 | IT'S NOT IN THIS. |
| 11:37AM | 14 | ( RECESS TAKEN AT 10:32 A.M. UNTIL 11:39 A.M.) |
| 11:39AM | 15 | (JURY OUT AT 11:39 A.M.) |
| 11:39AM | 16 | THE COURT:  WE'RE BACK ON THE RECORD NOW OUTSIDE OF |
| 11:39AM | 17 | THE PRESENCE OF THE JURY. |
| 11:39AM | 18 | ALL COUNSEL ARE PRESENT.  THE JURY IS NOT PRESENT. |
| 11:39AM | 19 | DR. PANDORI IS PRESENT. |
| 11:39AM | 20 | DO WE NEED TO DISCUSS SOMETHING? |
| 11:39AM | 21 | MR. BOSTIC:  VERY BRIEFLY, YOUR HONOR. |
| 11:39AM | 22 | THE COURT:  SHOULD THE WITNESS STAY IN THE |
| 11:39AM | 23 | COURTROOM? |
| 11:39AM | 24 | MR. BOSTIC:  I THINK THE WITNESS COULD BE EXCUSED |
| 11:39AM | 25 | FOR THIS, YOUR HONOR. |

| | | |
|---|---|---|
| 11:40AM | 1 | THE COURT:  OKAY.  IF YOU COULD JUST STEP OUTSIDE, |
| 11:40AM | 2 | SIR.  THANK YOU. |
| 11:40AM | 3 | WE ARE OUTSIDE OF THE PRESENCE OF THE JURY, AND |
| 11:40AM | 4 | DR. PANDORI HAS LEFT THE COURTROOM. |
| 11:40AM | 5 | MR. BOSTIC. |
| 11:40AM | 6 | MR. BOSTIC:  THANK YOU, YOUR HONOR. |
| 11:40AM | 7 | I JUST WANTED TO RAISE ONE ISSUE WITH THE COURT, AND I |
| 11:40AM | 8 | GAVE MR. CAZARES NOTICE OF THIS A MINUTE AGO.  I STILL HAVE IN |
| 11:40AM | 9 | MIND THE COURT'S COMMENTS EARLIER THIS MORNING ABOUT THE |
| 11:40AM | 10 | COURT'S CONCERNS ABOUT TESTIMONY RELATING TO OBLIGATIONS UNDER |
| 11:40AM | 11 | RELEVANT REGULATIONS. |
| 11:40AM | 12 | AND I NOTE THAT DURING THE CROSS-EXAMINATION SO FAR THERE |
| 11:40AM | 13 | HAVE BEEN MULTIPLE QUESTIONS RELATING TO THOSE REGULATIONS AND |
| 11:40AM | 14 | THE OBLIGATIONS THEY IMPOSE AND ON WHOM, AND I NOTE ALSO THAT |
| 11:40AM | 15 | SIMILAR QUESTIONS WERE PROPOUNDED BY THE DEFENSE DURING THE |
| 11:40AM | 16 | CROSS-EXAMINATION OF MS. CHEUNG BEFORE DR. PANDORI GAVE |
| 11:41AM | 17 | TESTIMONY ABOUT HIS VIEW OF THE REGULATIONS IN CONNECTION WITH |
| 11:41AM | 18 | PROFICIENCY TESTING. |
| 11:41AM | 19 | I SENSE SOME TENSION BETWEEN THE DEFENSE'S POSITION THAT |
| 11:41AM | 20 | THAT IS COMPLETELY OUTSIDE THIS CASE, BUT THEN THEIR REPEATED |
| 11:41AM | 21 | QUESTIONS OF WITNESSES ABOUT WHAT THE REGULATIONS REQUIRE AND |
| 11:41AM | 22 | WHO THEY REQUIRE IT OF. |
| 11:41AM | 23 | I'M NOT MOVING TO STRIKE THOSE QUESTIONS AND ANSWERS AT |
| 11:41AM | 24 | THIS TIME, BUT I WANTED TO RAISE THAT FOR BOTH THE PARTIES TO |
| 11:41AM | 25 | HAVE IT IN MIND AND FOR THE COURT IN CASE IT'S RELEVANT TO THE |

PANDORI CROSS BY MR. CAZARES                                     1770

11:41AM   1    DEFENSE'S FUTURE QUESTIONS, OR POSITIONS OR QUESTIONS THAT THE

11:41AM   2    GOVERNMENT TAKES IN CONNECTION WITH THE REDIRECT OF THIS

11:41AM   3    WITNESS.

11:41AM   4         THE COURT:  ALL RIGHT.  WELL, THANK YOU.

11:41AM   5         WELL, I RAISED THIS MORNING THE COURT'S CONCERN ABOUT THAT

11:41AM   6    TO BOTH OF YOU THAT GUIDES.  YOU KNOW, YOU CAN TAKE MY CONCERNS

11:41AM   7    FOR WHATEVER YOU WOULD LIKE.  I HAVE THOSE CONCERNS.  THOSE

11:41AM   8    CONCERNS WILL CONTINUE.

11:41AM   9         THE EVIDENCE MAY TAKE US SOMEWHERE, THE EVIDENCE PROFFERED

11:42AM  10    BY QUESTIONS ON BOTH SIDES, THAT MAY TAKE US SOMEWHERE THAT

11:42AM  11    CAUSES US TO DISCUSS THE CONCERNS THAT I HAD AND WHETHER OR NOT

11:42AM  12    HAVING EXPRESSED THOSE TO BOTH SIDES THERE HAVE BEEN QUESTIONS

11:42AM  13    THAT HAVE GENERATED TENSION, AS YOU PUT IT, TO THAT POSITION

11:42AM  14    AND WHETHER OR NOT REMEDIES NEED TO BE INVOKED.

11:42AM  15         MR. CAZARES:  I UNDERSTAND, YOUR HONOR, AND IT'S A

11:42AM  16    CONCERN I THINK WE ALL SHARE.  IT'S A CONCERN THAT THE

11:42AM  17    GOVERNMENT AND THE DEFENSE HAS AND WE'VE RAISED IN THE

11:42AM  18    BEGINNING DURING SOME OF THE GOVERNMENT'S PRESENTATIONS IN

11:42AM  19    DIRECT WITH THE FIRST TWO WITNESSES RELATE TO PROFICIENCY

11:42AM  20    TESTING, QUALITY CONTROL, INSUFFICIENT EXECUTION OF THOSE

11:42AM  21    OBLIGATIONS IN THE LAB, AND THEN DRAWING INFERENCES FROM THAT

11:42AM  22    INSUFFICIENT EXECUTION AS TO THE ACCURACY AND RELIABILITY OF

11:42AM  23    THE TESTS, AND THE OPERATIONS OF THE LAB, AND POTENTIALLY

11:42AM  24    MR. BALWANI'S LIABILITY FOR THOSE ACTIVITIES.

11:43AM  25         TO THE EXTENT THAT THE GOVERNMENT HAS STARTED THE

PANDORI CROSS BY MR. CAZARES                                              1771

11:43AM   1    INTRODUCTION OF THOSE ISSUES, WHICH WE THINK HAVE A PLACE, BUT

11:43AM   2    THERE'S A CERTAIN LINE, AND I'M NOT SURE EXACTLY WHERE THAT

11:43AM   3    LINE IS, WHICH IS WHY I THINK THE COURT IS UNDERSTANDABLY

11:43AM   4    CONCERNED.

11:43AM   5         BUT I THINK WE HAVE AN OBLIGATION TO RESPOND TO THAT BY

11:43AM   6    POINTING OUT THOSE REQUIREMENTS, PROFICIENCY TESTING, QUALITY

11:43AM   7    CONTROL, OBLIGATIONS, PERFORMANCE OF THAT, THERE ARE PERSONS

11:43AM   8    WITHIN THE LAB UNDER THOSE SAME REGULATIONS THAT GOVERN THOSE

11:43AM   9    PROCEDURES WHO IS RESPONSIBLE FOR THOSE PROCEDURES AND

11:43AM  10    OVERSEEING THOSE PROCEDURES, AND WE THINK IT IS NOT JUST FAIR

11:43AM  11    BUT NECESSARY TO POINT OUT THE HIERARCHY WITHIN THE LAB AND WHO

11:43AM  12    IT IS THAT HAS RESPONSIBILITY OVER THOSE PROGRAMS.

11:43AM  13         THE COURT:  I DON'T THINK MR. BOSTIC -- I HAVEN'T

11:43AM  14    HEARD ON OBJECTION TO THE ORG CHART EXAMINATION OF WHERE THAT

11:43AM  15    IS.

11:43AM  16         IS THAT WHAT YOU'RE CONCERNED ABOUT?

11:43AM  17         MR. BOSTIC:  NO, YOUR HONOR.

11:43AM  18         BUT I NOTE THAT COPIES OF THOSE REGULATIONS HAVE BEEN IN

11:44AM  19    THE WITNESS BINDERS CREATED BY THE DEFENSE.  I DON'T THINK ANY

11:44AM  20    OF THEM HAVE BEEN INTRODUCED INTO EVIDENCE YET.

11:44AM  21         I AGREE THAT THERE'S A LINE SOMEWHERE THAT WE'RE ALL

11:44AM  22    TRYING TO FIND, AND I JUST WANTED TO FLAG THE ISSUE FOR

11:44AM  23    EVERYONE SO THAT WE'RE DELIBERATE ABOUT KIND OF TOWING THAT

11:44AM  24    LINE OR CROSSING IT.

11:44AM  25         THE COURT:  NO, I APPRECIATE THAT, BECAUSE THE COURT

ER-1128

11:44AM    1    OBVIOUSLY IS GOING TO HAVE TO RULE ON OBJECTIONS IF THEY'RE

11:44AM    2    MADE, RULE ON THE ADMISSIBILITY OF EVIDENCE, AS WELL AS MAKE

11:44AM    3    DECISIONS AS TO WHETHER INSTRUCTIONS EITHER DURING OR AT THE

11:44AM    4    END OF THE TRIAL ARE APPROPRIATE.

11:44AM    5        I'M GLAD WE'RE TALKING ABOUT IT.  IT'S A SENSITIVE ISSUE.

11:44AM    6        AGAIN, THE CASE INVOLVES SCIENCE, BUT IT DOESN'T MEAN THAT

11:44AM    7    EVERYTHING, AS I SAID THIS MORNING, FALLS UNDER 702.  SOME OF

11:44AM    8    IT MAY.

11:44AM    9        IT DOESN'T MEAN THAT, HOWEVER, THAT THERE'S WHOLESALE,

11:44AM   10    BECAUSE IT'S SCIENCE, THE REGULATIONS FROM A GOVERNMENT AGENCY

11:44AM   11    REGARDING LAB OPERATIONS NECESSARILY TRANSFORM INTO AN 18

11:45AM   12    UNITED STATES CODE VIOLATION.  WE ALL APPRECIATE THAT.

11:45AM   13        AND THERE'S A FINE LINE HERE.  YOU KNOW, THAT'S WHY YOU'RE

11:45AM   14    TERRIFIC LAWYERS.  YOU HAVE TO TREAD THAT PATH VERY CAREFULLY

11:45AM   15    FOR BOTH OF YOUR PURPOSES, AND I APPRECIATE THAT YOU'RE DOING

11:45AM   16    THAT NOW.

11:45AM   17        SO THANKS FOR POINTING THAT OUT.

11:45AM   18             MR. BOSTIC:  THANK YOU, YOUR HONOR.

11:45AM   19             THE COURT:  THANK YOU.

11:45AM   20        DID YOU GET A CORRECT NUMBER FOR THE DOCUMENT?

11:45AM   21             MR. CAZARES:  YOUR HONOR --

11:45AM   22             THE COURT:  YES.

11:45AM   23             MR. CAZARES:  -- I RECONSIDERED AND RETHOUGHT, I

11:45AM   24    ACTUALLY GAVE YOU THE WRONG EXHIBIT NUMBER, AND THAT'S MY

11:45AM   25    FAULT.  I APOLOGIZE.

ER-1129

11:45AM  1      BUT AS WE GO BACK ON THE RECORD WITH THE WITNESS, I'M

11:45AM  2   ACTUALLY GOING TO MOVE ON.

11:45AM  3          THE COURT:  RIGHT.  GOTCHA.

11:45AM  4       SHOULD WE BRING OUR JURY OUT THEN?

11:45AM  5          MR. CAZARES:  YES, YOUR HONOR.

11:45AM  6          THE COURT:  OKAY.  THANK YOU.  ALL RIGHT.  WE'RE OFF

11:45AM  7   THE RECORD NOW.

11:45AM  8       (JURY IN AT 11:45 A.M.)

11:48AM  9          THE COURT:  ALL RIGHT.  THANK YOU.  PLEASE BE

11:48AM 10   SEATED.

11:48AM 11       WE ARE BACK ON THE RECORD.

11:48AM 12       OUR JURY AND ALTERNATES ARE PRESENT.

11:48AM 13       ALL COUNSEL, MR. BALWANI IS PRESENT.

11:48AM 14       DR. PANDORI IS ON THE STAND.

11:48AM 15       COUNSEL, YOU'D LIKE TO RESUME?

11:48AM 16          MR. CAZARES:  THANK YOU, YOUR HONOR.

11:48AM 17   Q.  GOOD MORNING AGAIN, DR. PANDORI.

11:48AM 18   A.  GOOD MORNING.

11:48AM 19   Q.  I WANT TO TURN BACK TO THE TOPIC THAT WE WERE DISCUSSING,

11:49AM 20   WHICH IS THE ISSUE OF THE EXPERIMENT WITHIN THE CLINICAL LAB

11:49AM 21   RELATING TO THESE NEW YORK PROFICIENCY TESTING SAMPLES.

11:49AM 22       DO YOU RECALL THAT?

11:49AM 23   A.  YES.

11:49AM 24   Q.  AND YOU HAD TESTIFIED THAT YOU WANTED TO PERFORM THE

11:49AM 25   PROFICIENCY TESTING SAMPLES ON THE EDISON DEVICE, AS YOU STATED

PANDORI CROSS BY MR. CAZARES                                              1774

11:49AM   1    BEFORE, BECAUSE YOU WERE CONCERNED THAT A REGULATORY

11:49AM   2    REQUIREMENT MAY NOT BE MET WITH RESPECT TO PROFICIENCY TESTING;

11:49AM   3    IS THAT RIGHT?

11:49AM   4    A.   CORRECT.

11:49AM   5    Q.   OKAY.  AND JUST TO GO BACK AND MAKE SURE WE UNDERSTAND

11:49AM   6    YOU.  WE TALKED A LITTLE BIT ABOUT THE CLSI GUIDELINES, AND YOU

11:49AM   7    INDICATED THAT YOU HAD HAD DISCUSSIONS WITH OTHER LAB DIRECTORS

11:49AM   8    RELATING TO THE ISSUE OF AAP AND THE PROPRIETY OF AAP FOR LAB

11:49AM   9    DEVELOPED TESTS?

11:49AM  10    A.   THOSE CONVERSATIONS THAT I ALLUDED TO WITH OTHER LAB

11:49AM  11    DIRECTORS WERE PRIOR TO.

11:49AM  12         SO I HAD KNOWLEDGE THAT CLSI, CLSI MAY HAVE SOMETHING TO

11:49AM  13    SAY ABOUT PROFICIENCY IN THAT REGARD.

11:50AM  14    Q.   OKAY.  BUT AGAIN, IT WASN'T SOMETHING THAT YOU SPENT A LOT

11:50AM  15    OF TIME STUDYING THE SPECIFICS OF THE CLSI GUIDELINES REGARDING

11:50AM  16    AAP AS APPLIED TO LAB DEVELOPED TESTS?

11:50AM  17    A.   THAT'S CORRECT.

11:50AM  18    Q.   OKAY.  BUT YOU DO AGREE, DON'T YOU, THAT THERE ARE

11:50AM  19    CIRCUMSTANCES WHEN AN ALTERNATIVE ASSESSMENT PROCEDURE, AN AAP,

11:50AM  20    IS APPROPRIATE FOR SATISFYING PROFICIENCY TESTING REQUIREMENTS

11:50AM  21    ON A LAB DEVELOPED TEST?

11:50AM  22    A.   I AGREE.

11:50AM  23    Q.   OKAY.  AND THERE CAN BE DIFFERENT CIRCUMSTANCES THAT MAY

11:50AM  24    JUSTIFY IT; CORRECT?

11:50AM  25    A.   CORRECT.

ER-1131

11:50AM 1    Q.   OKAY.  ONE OF THOSE MAY BE THE ISSUE OF, I THINK IT'S BEEN

11:50AM 2    MENTIONED IN THE COURTROOM ALREADY, THIS MATRIX EFFECT ISSUE.

11:50AM 3        IS THAT ONE CIRCUMSTANCE?

11:50AM 4    A.   THAT'S A POSSIBLE CIRCUMSTANCE.

11:50AM 5    Q.   OKAY.  ANOTHER POSSIBLE CIRCUMSTANCE WHERE AAP MAY BE

11:50AM 6    APPROPRIATE IS WHERE A COMPANY HAS AN EMERGING OR EMERGENT

11:50AM 7    TECHNOLOGY, SOMETHING DIFFERENT WHERE THERE'S NO PEER AGAINST

11:50AM 8    WHICH TO COMPARE THE PERFORMANCE OF THAT DEVICE AGAINST FOR THE

11:51AM 9    PURPOSES OF PROFICIENCY TESTING; IS THAT RIGHT?

11:51AM 10   A.   THAT -- IT COULD BE.

11:51AM 11   Q.   OKAY.  AND YOU AGREE THAT THERANOS'S EDISON DEVICE USING

11:51AM 12   THE FINGERSTICK TECHNOLOGY WAS A DEVICE THAT HAD NO SPECIFIC

11:51AM 13   PEER, AND BY THAT I MEAN ANOTHER MEDICAL DEVICE TESTING

11:51AM 14   CAPILLARY SAMPLES ON THE IMMUNOASSAYS AGAINST WHICH TO COMPARE

11:51AM 15   FOR THE PURPOSES OF PROFICIENCY TESTING?

11:51AM 16   A.   BOTH ARE IMMUNOASSAY, AND THERE ARE OTHER IMMUNOASSAYS

11:51AM 17   THAT ARE INVOLVED FOR WHICH PT, THERE IS GENERATION OF RANGES.

11:51AM 18       SO I WOULD THINK YOU COULD LOOK AT IT A COUPLE OF

11:51AM 19   DIFFERENT WAYS.

11:51AM 20       BUT WITH REGARD TO WHETHER OR NOT THE EDISON HAS A PEER,

11:51AM 21   LIKE ANOTHER PIECE OF EQUIPMENT IN EXISTENCE LIKE THE EDISON AT

11:51AM 22   THAT MOMENT, TO MY KNOWLEDGE, NO.  JUST TO MY KNOWLEDGE.

11:51AM 23   THERE'S A LOT OF EQUIPMENT OUT THERE.

11:51AM 24   Q.   UNDERSTOOD.  THANK YOU.

11:51AM 25       AT THE TIME THIS EXPERIMENT WAS PERFORMED USING THE

PANDORI CROSS BY MR. CAZARES                                    1776

11:52AM  1    NEW YORK PT SAMPLES WITHIN THE LAB ON THE EDISON, YOU WERE NOT

11:52AM  2    AWARE OF THE FACT THAT DR. ROSENDORFF HAD ALREADY SIGNED OFF ON

11:52AM  3    AN SOP TO APPLY AAP TO THE EDISON; CORRECT?

11:52AM  4    A.   CORRECT.

11:52AM  5    Q.   OKAY.  AND YOUR LACK OF UNDERSTANDING OR AWARENESS, I'LL

11:52AM  6    CALL IT, OF THE ALREADY EXISTING SOP, THAT WAS PART OF THE

11:52AM  7    REASON WHY YOU WERE CONCERNED ABOUT THE FACT THAT NEW YORK

11:52AM  8    SAMPLES WEREN'T BEING APPLIED TO THE EDISON FOR THE PURPOSE OF

11:52AM  9    SATISFYING PT; IS THAT RIGHT?

11:52AM 10    A.   IT SOUNDS CORRECT.

11:52AM 11         I THINK WHAT YOU'RE SAYING IS, IF I COULD ASK BACK TO YOU?

11:52AM 12    Q.   NO, NO.  IT SOUNDS CORRECT, IS THAT FAIR ENOUGH?

11:52AM 13    A.   WOULD YOU RESTATE THE QUESTION.

11:52AM 14    Q.   CAN THE REPORTER READ THE TRANSCRIPT?

11:52AM 15         THE COURT:  MADAM REPORTER, WOULD YOU PLEASE READ

11:52AM 16    BACK THE LAST QUESTION.

11:52AM 17         MR. CAZARES:  I SHOULD HAVE ASKED THAT, YOUR HONOR.

11:52AM 18    I APOLOGIZE.

11:53AM 19       (RECORD READ BY COURT REPORTER.)

11:53AM 20         THE WITNESS:  IS IT PART OF MY CONCERN?

11:53AM 21       MY CONCERN AT THAT MOMENT WAS NOT DERIVED FROM A LACK OF

11:53AM 22    KNOWLEDGE OF THAT.

11:53AM 23       IT WAS DERIVED FROM THE FACT THAT THE REGULATIONS REQUIRED

11:53AM 24    SOMETHING THAT I DID NOT SEE BEING PERFORMED.

11:53AM 25    BY MR. CAZARES:

1777

11:53AM  1    Q.   OKAY.  BUT YOU AGREE WITH ME THAT IF PERFORMED, A PROPERLY

11:53AM  2    PERFORMED AAP PROCEDURE COULD SATISFY THAT SAME PROFICIENCY

11:53AM  3    TESTING REQUIREMENT WITH RESPECT TO THE EDISON?

11:53AM  4    A.   UPON AUDIT BY CLIA, THE CLIA AUDITOR WOULD HAVE TO MAKE

11:53AM  5    THAT ASSESSMENT.

11:53AM  6    Q.   BUT YOU AGREE WITH ME THAT A PROPERLY APPLIED AAP

11:53AM  7    PROCEDURE TO A LAB DEVELOPED TEST LIKE THE EDISON CAN SATISFY

11:54AM  8    THE PT REQUIREMENTS?

11:54AM  9    A.   YES, THAT'S MY UNDERSTANDING.

11:54AM 10    Q.   OKAY.  IN YOUR BINDER THAT YOU HAVE THERE, AND I'LL TRY TO

11:54AM 11    GET THE CITE CORRECTLY THIS TIME.  WE'RE LOOKING AT VOLUME 2.

11:54AM 12    IF YOU WANT TO TAKE OUT EXHIBIT 9939.

11:54AM 13        YOUR HONOR, I BELIEVE IT HAS ALREADY BEEN CONDITIONALLY

11:54AM 14    ADMITTED, SO I'D LIKE TO PUBLISH IT WITH YOUR PERMISSION?

11:54AM 15             THE WITNESS:  9939?

11:54AM 16             MR. CAZARES:  9939.

11:54AM 17             THE COURT:  IN VOLUME?

11:54AM 18             MR. CAZARES:  THAT IS IN VOLUME 2, YOUR HONOR.

11:54AM 19             THE WITNESS:  CAN YOU GIVE ME A ROUGH IDEA WHERE IN

11:54AM 20    VOLUME 2?

11:54AM 21             MR. CAZARES:  ABOUT MIDPOINT.  IN THE 9000'S.

11:55AM 22             THE WITNESS:  9973.

11:55AM 23             THE COURT:  IT'S IN VOLUME 1.  IT'S IN VOLUME 1 OF

11:55AM 24    MY BINDER.

11:55AM 25             MR. CAZARES:  OKAY.  VOLUME 1.  I APOLOGIZE.

11:55AM  1           YOUR HONOR, I DO BELIEVE IT HAS BEEN CONDITIONALLY

11:55AM  2      ADMITTED.

11:55AM  3           MAY I PUBLISH?

11:55AM  4                THE COURT:  I THINK THIS WAS SUBJECT TO --

11:55AM  5                THE WITNESS:  OKAY.  9939, YES.

11:55AM  6                THE COURT:  -- SUBJECT TO AUTHENTICATION.  SO I WILL

11:55AM  7      ALLOW THIS TO BE PUBLISHED.

11:55AM  8           LADIES AND GENTLEMEN, YOU RECALL THAT I TALKED ABOUT THIS

11:56AM  9      THE OTHER DAY.  THIS IS BEING PUBLISHED NOW SUBJECT TO

11:56AM 10      AUTHENTICATION THAT WILL HAPPEN, I'M TOLD, SOME TIME LATER IN

11:56AM 11      THE TRIAL.

11:56AM 12           SHOULD THAT NOT HAPPEN, THEN I'LL STRIKE THIS AND ANY

11:56AM 13      TESTIMONY RELATED TO IT.

11:56AM 14           BUT IT IS CONDITIONALLY ADMITTED AT THIS POINT, AND IT MAY

11:56AM 15      BE PUBLISHED.

11:56AM 16           (DEFENDANT'S EXHIBIT 9939 WAS CONDITIONALLY RECEIVED IN

11:56AM 17      EVIDENCE.)

11:56AM 18      BY MR. CAZARES:

11:56AM 19      Q.   IF WE CAN FOCUS ON THE TOP OF THE FIRST PAGE AND DRAWING

11:56AM 20      YOUR ATTENTION, DR. PANDORI, THE DATE APPEARS TO BE

11:56AM 21      NOVEMBER 26TH, 2013.

11:56AM 22           DO YOU SEE THAT?

11:56AM 23      A.   I SEE THAT.

11:56AM 24      Q.   OKAY.  AND THE DOCUMENT IS TITLED STANDARD OPERATING

11:56AM 25      PROCEDURE.

PANDORI CROSS BY MR. CAZARES                                    1779

11:56AM  1          DO YOU SEE THAT?

11:56AM  2     A.   YES.

11:56AM  3     Q.   AND PROFICIENCY TESTING FOR THERANOS LAB DEVELOPED TESTS:

11:56AM  4     EDISON 3.5?

11:56AM  5     A.   YES.

11:56AM  6     Q.   AND THE SIGNATURES APPEAR TO BE LI DING-CHIANG, LABORATORY

11:56AM  7     GENERAL SUPERVISOR.

11:56AM  8          DO YOU SEE THAT?

11:56AM  9     A.   YES.

11:56AM  10    Q.   AND DID YOU WORK WITH LI DING-CHIANG DURING THE TIME YOU

11:56AM  11    WERE AT THERANOS?

11:56AM  12    A.   I THINK SO.  THE NAME -- YEAH, I BELIEVE, YES.

11:56AM  13    Q.   AND LABORATORY GENERAL SUPERVISOR, THAT'S A POSITION

11:57AM  14    WITHIN THE CLINICAL LAB?

11:57AM  15    A.   I'M SORRY, LI DING, I REMEMBER HER WELL.

11:57AM  16         WHAT IS THE QUESTION?

11:57AM  17    Q.   THAT'S ALL, JUST WHETHER YOU REMEMBER HER.

11:57AM  18    A.   OH.

11:57AM  19    Q.   DANIEL YOUNG.  YOU KNOW WHO DR. YOUNG IS?

11:57AM  20    A.   YES.

11:57AM  21    Q.   AND THEN DR. ROSENDORFF AT THE BOTTOM APPEARS TO BE THE

11:57AM  22    THIRD SIGNATORY.

11:57AM  23         DO YOU SEE THAT?

11:57AM  24    A.   YES.

11:57AM  25    Q.   AND IT APPEARS TO BE DECEMBER 2ND, 2013?

PANDORI CROSS BY MR. CAZARES                                              1780

11:57AM  1    A.   IT DOES.

11:57AM  2    Q.   SO AROUND THE TIME, MAYBE A LITTLE BIT BEFORE YOU STARTED

11:57AM  3    WORKING AT THERANOS?

11:57AM  4    A.   NOTABLY BEFORE, YEAH.

11:57AM  5    Q.   AND DURING THE TIME PERIOD, OR AT THE TIME I'LL SAY IT,

11:57AM  6    THAT YOU WERE INVOLVED IN THE DISCUSSIONS TO CONDUCT THIS

11:57AM  7    EXPERIMENT USING THE NEW YORK PROFICIENCY TESTING SAMPLES, YOU

11:57AM  8    HAD NOT SEEN OR REVIEWED THIS SOP REFLECTED AT EXHIBIT 9939;

11:57AM  9    CORRECT?

11:57AM  10   A.   CORRECT.

11:57AM  11   Q.   AND DR. ROSENDORFF HADN'T MENTIONED IT TO YOU UP TO THAT

11:57AM  12   POINT?

11:57AM  13   A.   CORRECT.

11:57AM  14   Q.   OKAY.  BUT YOU AGREE THAT DR. ROSENDORFF WAS AUTHORIZED TO

11:57AM  15   APPROVE THIS PROCEDURE FOR SATISFYING PT REQUIREMENTS ON THE

11:58AM  16   EDISON?

11:58AM  17   A.   YES.

11:58AM  18   Q.   OKAY.  AND IF YOU LOOK AT THE THIRD PAGE OF THE EXHIBIT,

11:58AM  19   THE SOP FOR PROFICIENCY TESTING ON THE EDISON, UNDER 2.1.

11:58AM  20        DO YOU SEE THAT?

11:58AM  21   A.   I SEE 2.1.

11:58AM  22   Q.   UNDER SCOPE THE SOP READS, "THE ALTERNATIVE ASSESSMENT

11:58AM  23   PROTOCOL APPLIES TO ALL LABORATORY DEVELOPED TESTS ON THE

11:58AM  24   EDISON 3.5 INSTRUMENT, AND WILL BE CONDUCTED IMMEDIATELY

11:58AM  25   FOLLOWING THE RECEIPT OF PROFICIENCY TESTING RESULTS FROM THE

ER-1137

11:58AM  1    AMERICAN PROFICIENCY INSTITUTE, (API)."

11:58AM  2        DO YOU SEE THAT?

11:58AM  3    A.   YES.

11:58AM  4    Q.   AND "THE API CONDUCTS PROFICIENCY TESTING OF ALL 4

11:58AM  5    IMMUNOASSAYS OFFERED AT TIME OF SOP DRAFTING," AND THEN THERE'S

11:58AM  6    A REFERENCE TO FOUR ASSAYS.

11:58AM  7        DO YOU SEE THAT?

11:59AM  8    A.   YES.

11:59AM  9    Q.   AND SO PER THE SOP, THIS PROCEDURE FOR SATISFYING

11:59AM  10   PROFICIENCY TESTING WAS SUPPOSED TO BE CONDUCTED CONCURRENT

11:59AM  11   WITH THE RECEIPT OF PROFICIENCY TESTING SAMPLES FROM API; IS

11:59AM  12   THAT RIGHT?

11:59AM  13   A.   THIS WAS THE SOP, YES.

11:59AM  14   Q.   OKAY.  BUT THAT WASN'T DONE AS PART OF YOUR EXPERIMENT

11:59AM  15   RUNNING THE NEW YORK SAMPLES ON THE EDISON; CORRECT?

11:59AM  16   A.   I DON'T UNDERSTAND THE QUESTION.  COULD YOU REPHRASE IT.

11:59AM  17   Q.   YOUR EXPERIMENT USING THE NEW YORK SAMPLES FOR THE EDISON,

11:59AM  18   JUST FOR THIS PT ISSUE, WAS NOT CONDUCTED UPON RECEIPT OF THE

11:59AM  19   NEW YORK SAMPLES; CORRECT?

11:59AM  20   A.   THAT WAS MY OBSERVATION -- THAT IS WHAT I WAS LED TO

11:59AM  21   BELIEVE.

11:59AM  22   Q.   BUT YOU DON'T KNOW THAT?

11:59AM  23   A.   WELL, LANGLY GEE, I BELIEVE, OR ADAM, AND/OR BOTH TOLD

11:59AM  24   ME --

11:59AM  25   Q.   THAT'S OKAY.

PANDORI CROSS BY MR. CAZARES                                      1782

11:59AM    1            MOVE TO STRIKE, YOUR HONOR.  THAT'S A YES OR NO ANSWER.

11:59AM    2                 THE COURT:  YOU WANTED A YES OR NO?

11:59AM    3                 MR. CAZARES:  I WANTED A YES OR NO.

12:00PM    4                 THE COURT:  WHY DON'T YOU RE-ASK YOUR QUESTION.

12:00PM    5       BY MR. CAZARES:

12:00PM    6       Q.   THE QUESTION WAS AT THE TIME THAT YOU CONDUCTED THE

12:00PM    7       NEW YORK EXPERIMENT, DID YOU CONDUCT THE EXPERIMENT CONCURRENT

12:00PM    8       WITH THE LAB'S RECEIPT OF THE SAMPLES FROM NEW YORK?

12:00PM    9       A.   OH, NO.

12:00PM   10       Q.   OKAY.  SO THE SAMPLES HAD ALREADY BEEN RECEIVED; CORRECT?

12:00PM   11       A.   THAT IS MY UNDERSTANDING.

12:00PM   12       Q.   AND THE SAMPLES HAD ALREADY BEEN USED TO RUN PT ON

12:00PM   13       PREDICATE DEVICES; CORRECT?

12:00PM   14       A.   YES.

12:00PM   15       Q.   AND SO WHAT YOU WERE USING FOR THE EXPERIMENT WAS THE

12:00PM   16       LEFTOVER; CORRECT?

12:00PM   17       A.   CORRECT.

12:00PM   18       Q.   OKAY.  AND THAT WASN'T A PROCEDURE SET FORTH IN THE SOP

12:00PM   19       REFLECTED IN EXHIBIT 9939; CORRECT?

12:00PM   20       A.   I'D HAVE TO READ THE WHOLE PROCEDURE.

12:00PM   21       Q.   AND YOU HADN'T DONE THAT AT THE TIME; CORRECT?

12:00PM   22       A.   ME?  NO.

12:00PM   23                 THE COURT:  DO YOU WANT HIM TO READ THIS TO ANSWER

12:00PM   24       YOUR LAST QUESTION?

12:00PM   25                 MR. CAZARES:  NO, YOUR HONOR.

PANDORI CROSS BY MR. CAZARES                                        1783

12:00PM 1                    THE COURT:  OKAY.

12:01PM 2       BY MR. CAZARES:

12:01PM 3       Q.  UNDER 3.1 ON THIS THIRD PAGE OF THE EXHIBIT UNDER

12:01PM 4       RESPONSIBILITIES, DO YOU SEE THAT?

12:01PM 5       A.  I SEE IT.

12:01PM 6       Q.  AND THE SOP READS, "IT IS THE RESPONSIBILITY OF THE

12:01PM 7       TECHNICAL SUPERVISOR TO ENSURE THAT THE ALTERNATIVE ASSESSMENT

12:01PM 8       PROCEDURE IS CONDUCTED AT LEAST TWICE TIMES A YEAR FOR ALL 4

12:01PM 9       ANALYTES."

12:01PM 10      A.  I SEE IT.

12:01PM 11      Q.  OKAY.  AND YOU REFERENCED BEFORE THAT THE CLINICAL LAB

12:01PM 12      DIRECTOR HAS THE AUTHORITY TO DELEGATE RESPONSIBILITIES; RIGHT?

12:01PM 13      A.  YES.

12:01PM 14      Q.  AND IS THIS ONE OF THE EXAMPLES WHERE ADAM ROSENDORFF, THE

12:01PM 15      CLINICAL LAB DIRECTOR, DELEGATED RESPONSIBILITIES FOR THE

12:01PM 16      TESTING TO THE TECHNICAL SUPERVISOR?

12:01PM 17                    MR. BOSTIC:  FOUNDATION.  CALLS FOR SPECULATION.

12:01PM 18                    THE COURT:  CAN YOU LAY A FOUNDATION FOR THAT,

12:01PM 19      COUNSEL?

12:01PM 20      BY MR. CAZARES:

12:01PM 21      Q.  THE DOCUMENT REFERENCED IN THE EXHIBIT REFERENCED 9939

12:01PM 22      APPEARS TO BE THE STANDARD OPERATING PROCEDURE FOR AAP

12:02PM 23      REGARDING THE EDISON DURING THE TIME THAT YOU WORKED AT

12:02PM 24      THERANOS; CORRECT?

12:02PM 25      A.  IT APPEARS TO BE.

PANDORI CROSS BY MR. CAZARES                                    1784

12:02PM 1    Q.   OKAY.  AND IT LOOKS LIKE ADAM ROSENDORFF, THE LAB

12:02PM 2    DIRECTOR, AUTHORIZED IT; CORRECT?

12:02PM 3    A.   YES.

12:02PM 4    Q.   AND HE WAS AUTHORIZED TO IMPLEMENT THE SOP REFLECTED IN

12:02PM 5    9939; CORRECT?

12:02PM 6    A.   HE AUTHORIZED?  YES.

12:02PM 7    Q.   AND AS THE LAB DIRECTOR AT THE TIME UNDER CLIA,

12:02PM 8    ADAM ROSENDORFF HAD THE AUTHORITY TO DELEGATE THE

12:02PM 9    RESPONSIBILITY TO ENSURE THAT THE AAP PROCEDURE WAS EXECUTED AS

12:02PM 10   REFLECTED IN EXHIBIT 9939?

12:02PM 11   A.   IT'S MY UNDERSTANDING --

12:02PM 12        MR. BOSTIC:  OBJECTION.  CALLS FOR A LEGAL

12:02PM 13   CONCLUSION.

12:02PM 14        THE COURT:  YOU'RE ASKING WHETHER HIS JOB, THE

12:02PM 15   DOCTOR, ROSENDORFF'S JOB ALLOWED HIM TO DO THAT?

12:02PM 16        MR. CAZARES:  EXACTLY, YOUR HONOR.

12:02PM 17        THE COURT:  DID YOU UNDERSTAND THAT?

12:02PM 18        THE WITNESS:  I UNDERSTAND.

12:02PM 19        THE COURT:  OKAY.  YOU CAN ANSWER THE QUESTION.

12:02PM 20        THE WITNESS:  SO THIS IS A MORE COMPLEX ANSWER THAN

12:02PM 21   YOU'RE LOOKING FOR.

12:02PM 22   BY MR. CAZARES:

12:02PM 23   Q.   IT'S ACTUALLY JUST A YES OR NO.

12:02PM 24   A.   I DON'T KNOW.

12:02PM 25   Q.   YOU DON'T KNOW WHETHER THE LAB --

ER-1141

PANDORI CROSS BY MR. CAZARES                                    1785

12:03PM   1              THE QUESTION IS, SO YOU'RE TELLING THE COURT NOW THAT YOU

12:03PM   2       DON'T KNOW WHETHER THE CLINICAL LAB DIRECTOR, ADAM ROSENDORFF,

12:03PM   3       UNDER CLIA HAD THE AUTHORITY TO DELEGATE RESPONSIBILITIES?

12:03PM   4              IS THAT WHAT YOU'RE SAYING?

12:03PM   5       A.    YES, HE HAS THE AUTHORITY TO DELEGATE RESPONSIBILITIES.

12:03PM   6       Q.    AND DOES THAT INCLUDE THE AUTHORITY TO DELEGATE

12:03PM   7       RESPONSIBILITY TO HIS TECHNICAL SUPERVISOR TO ENSURE THAT THE

12:03PM   8       AAP PROGRAM FOR THE EDISON WAS EXECUTED?

12:03PM   9       A.    IN CIRCUMSTANCES -- IN DIAGNOSTIC LABORATORIES, LABORATORY

12:03PM  10       DIRECTORS HAVE THAT AUTHORITY.

12:03PM  11       Q.    THANK YOU.  MOVING ON TO PAGE 5 OF THE PROCEDURE, UNDER 4

12:03PM  12       PROCEDURE?

12:03PM  13       A.    YES.

12:03PM  14       Q.    AND DO YOU SEE THE SOP IMPLEMENTED BY DR. ROSENDORFF

12:04PM  15       INCLUDES OBTAINING FIVE VENOUS CLINICAL SAMPLES FROM AN

12:04PM  16       IN-HOUSE COLLECTION.

12:04PM  17              DO YOU SEE THAT?

12:04PM  18       A.    YES.

12:04PM  19       Q.    OKAY.  AND VENOUS SAMPLES MEANING KIND OF REAL BLOOD FROM

12:04PM  20       A PERSON'S ARM THEORETICALLY?

12:04PM  21       A.    VENOUS BLOOD.

12:04PM  22       Q.    OKAY.  AND THAT'S DIFFERENT THAN MOST PT PROGRAMS;

12:04PM  23       CORRECT?

12:04PM  24       A.    TO HAVE TO DRAW BLOOD FROM AN INDIVIDUAL TO PERFORM PT'S

12:04PM  25       IS HIGHLY UNUSUAL.

PANDORI CROSS BY MR. CAZARES                    1786

12:04PM   1    Q.   AND UNDER 4.4 THE AAP SOP AT EXHIBIT 9939 REFERENCES

12:04PM   2    RUNNING THE PREDICATE SIEMENS IMMULITE AND THE THERANOS LDT

12:04PM   3    METHODS IN PARALLEL USING FIVE SAMPLES FOR EACH ASSAY FOR EACH

12:04PM   4    PATIENT.

12:04PM   5         DO YOU SEE THAT?

12:04PM   6    A.   YES.

12:04PM   7    Q.   OKAY.  AND IS THERE ANYTHING WRONG WITH THAT PROCEDURE?

12:04PM   8    A.   YES.

12:04PM   9    Q.   AND WHAT IS WRONG WITH IT?

12:04PM  10    A.   THE VENOUS SAMPLES ARE BEING RUN ON THE THERANOS LDT

12:05PM  11    METHOD AND THE IMMULITE, BUT THE SPECIMENS ARE NOT DRAWN IN THE

12:05PM  12    SAME MANNER AND PLACED IN THE SAME TUBE PRIOR TO TESTING.

12:05PM  13    Q.   AND DID YOU MAKE THAT KNOWN TO DR. ROSENDORFF WHEN YOU

12:05PM  14    WERE AT THERANOS?

12:05PM  15    A.   I DIDN'T.  AS YOU ASKED EARLIER, I WASN'T AWARE OF THIS

12:05PM  16    SOP.

12:05PM  17    Q.   UNDER ACCEPTANCE CRITERIA FURTHER DOWN ON THAT SAME

12:05PM  18    PAGE 5 UNDER 5.4 THE SOP READS, "IF AN ANALYTE FAILS TWO

12:05PM  19    CONSECUTIVE PROFICIENCY EVENTS, TESTING WILL BE DISCONTINUED

12:05PM  20    FOR THAT ANALYTE, UNTIL SUCH TIME AS THE ASSAY IS CORRECTED AND

12:05PM  21    PASSES AAP PT RETESTING."

12:05PM  22         DO YOU SEE THAT?

12:05PM  23    A.   YES.

12:05PM  24    Q.   IS THAT AN APPROPRIATE PROCEDURE?

12:05PM  25    A.   CLIA MAY OR MAY NOT, I THINK, AGREE WITH THAT.

ER-1143

PANDORI CROSS BY MR. CAZARES                                    1787

12:06PM  1        SO I'M NOT SURE WHETHER OR NOT -- I'D HAVE TO REVIEW THE

12:06PM  2    REGULATIONS.

12:06PM  3    Q.   OKAY.  NOW, LET'S GO ABOVE THAT ONE AT 5.3 IN THE SAME

12:06PM  4    SOP.

12:06PM  5        "IF AN ANALYTE FAILS A PROFICIENCY EVENT, CORRECTIVE

12:06PM  6    ACTIONS WILL BE IMPLEMENTED ACCORDING TO QOP-00006."

12:06PM  7        DO YOU SEE THAT?

12:06PM  8    A.   I SEE THAT.

12:06PM  9    Q.   AND IS IT TYPICAL UNDER PROFICIENCY TESTING PROGRAMS THAT

12:06PM  10   THE FAILURE OF ONE PROFICIENCY TESTING EVENT DOESN'T REQUIRE

12:06PM  11   THE LAB TO STOP ALL TESTING USING THAT METHOD?

12:06PM  12   A.   THE FAILURE OF ONE OF THEM DOES NOT REQUIRE HALTING

12:06PM  13   TESTING ON THAT TEST, BUT IT DOES INVOKE AND REQUIRE

12:06PM  14   INVESTIGATION.

12:06PM  15   Q.   SO YOU HAVE TO INVESTIGATE WHY THE FAILURE MAY HAVE

12:06PM  16   HAPPENED?

12:06PM  17   A.   CORRECT.

12:06PM  18   Q.   OKAY.  BUT YOU COULD CONTINUE TESTING PATIENT SAMPLES

12:06PM  19   WHILE THAT IS GOING ON?

12:06PM  20   A.   I BELIEVE YOU HAVE TO FAIL TWO OF THREE EVENTS ACCORDING

12:06PM  21   TO THE FEDERAL GOVERNMENT.

12:06PM  22   Q.   WHICH CAN SPAN A PERIOD OF MONTHS; CORRECT?

12:07PM  23   A.   CORRECT.

12:07PM  24   Q.   MAYBE EVEN A YEAR; CORRECT?

12:07PM  25   A.   OH, I DON'T KNOW ABOUT A YEAR.

ER-1144

12:07PM   1     Q.   IT SAYS THREE TIMES A YEAR OR EVERY SIX MONTHS?

12:07PM   2     A.   WELL, GENERALLY MY UNDERSTANDING IS THAT THESE -- PT HAD

12:07PM   3     TO HAVE BEEN DONE THREE TIMES A YEAR WITH A MINIMUM OF FIVE

12:07PM   4     CHALLENGES PER EVENT.

12:07PM   5     Q.   AND IF YOU TURN TO THE NEXT PAGE, IF WE CAN FOCUS ON

12:07PM   6     THE -- UNDER REFERENCES, 7.5.

12:07PM   7     A.   YES.

12:07PM   8     Q.   ONE OF THE REFERENCES IN DR. ROSENDORFF'S SOP IS CLSI

12:07PM   9     GUIDELINE GP 29.

12:07PM  10          DO YOU SEE THAT?

12:07PM  11     A.   I SEE IT.

12:07PM  12     Q.   AND IS THAT SOMETHING THAT YOU YOURSELF REVIEWED IN THE

12:07PM  13     PROCESS OF LEARNING ABOUT THE AAP PROGRAM AT THERANOS?

12:07PM  14     A.   I DON'T REMEMBER THE CODE NUMBERS.

12:07PM  15     Q.   BUT A CLSI GUIDELINE NONETHELESS IS SOMETHING THAT YOU

12:07PM  16     CONSULTED?

12:07PM  17     A.   I RECALLED CONSULTING CLSI GUIDELINES, BUT I CAN'T SPEAK

12:08PM  18     TO WHETHER IT WAS GP 29.

12:08PM  19     Q.   UNDERSTOOD.

12:08PM  20          OKAY.  I'M TRYING TO GET THE VOLUME CORRECT THIS TIME.  SO

12:08PM  21     I'D LIKE YOU TO TAKE A LOOK AT EXHIBIT 20418.  20418.  THAT'S

12:09PM  22     IN VOLUME 2.

12:09PM  23     A.   I'M THERE.

12:09PM  24     Q.   AND CAN YOU TAKE A LOOK AT THE FIRST PAGE AND JUST

12:09PM  25     FAMILIARIZE YOURSELF WITH THE DOCUMENT.  LET ME KNOW WHEN

12:09PM 1    YOU'RE SATISFIED THAT YOU'RE FAMILIAR WITH IT?

12:09PM 2    A.   I RECOGNIZE THIS.

12:09PM 3    Q.   OKAY.  AND THIS IS THE CLSI GUIDELINE THAT RELATES TO AAP

12:09PM 4    TESTING AND PROCEDURES; CORRECT?

12:09PM 5    A.   TO A DEGREE.  THIS SAYS SPECIFICALLY WHEN PROFICIENCY

12:09PM 6    TESTING IS NOT AVAILABLE, WHICH IS A SITUATION THAT WOULD

12:09PM 7    INVOKE AN AAP, BUT IT'S NOT BROAD ENOUGH TO EXPLAIN EVERY

12:09PM 8    INSTANCE WHERE AN AAP WOULD BE NECESSARY.

12:09PM 9    Q.   BUT THIS IS A GUIDELINE THAT YOU RECOGNIZE?

12:09PM 10   A.   IT'S HARD TO REMEMBER DOCUMENTS LIKE THIS, BUT I BELIEVE

12:09PM 11   I'VE SEEN SOMETHING LIKE THIS BEFORE.

12:09PM 12   Q.   OKAY.  AND YOU'VE REVIEWED THE CLSI GUIDELINES AS THEY

12:10PM 13   RELATE TO AAP TESTING IN THE PAST; CORRECT?

12:10PM 14   A.   IN THE PAST.

12:10PM 15   Q.   AND IN PARTICULAR DURING YOUR TIME PERIOD AT THERANOS, YOU

12:10PM 16   REVIEWED CLSI GUIDELINES WHEN THIS ISSUE OF THE AAP TESTING IN

12:10PM 17   RELATION TO THE PT PROGRAM CAME UP IN EARLY 2014?

12:10PM 18   A.   I RECALL -- I'M SORRY, I RECALL.

12:10PM 19   Q.   OKAY.

12:10PM 20       YOUR HONOR, MOVE TO ADMIT?

12:10PM 21           MR. BOSTIC:  AUTHENTICATION AND 401.

12:10PM 22           THE COURT:  COUNSEL, ANYTHING YOU WANT TO ADD?  YOU

12:10PM 23   HEARD THE OBJECTION.

12:10PM 24           MR. CAZARES:  THE WITNESS HAS REFERENCED THAT HE

12:10PM 25   REVIEWED THESE, HE RECALLS IT, THEY'RE REFERENCED IN THE LAB'S

PANDORI CROSS BY MR. CAZARES                                    1790

12:10PM  1    SOP THAT IS AT ISSUE RELATING TO AAP AND PROFICIENCY TESTING.

12:10PM  2    THE RELEVANCE IS CLEAR MID LANE.

12:10PM  3            THE COURT:  WELL, I'M NOT CERTAIN THAT THIS DOCUMENT

12:10PM  4    IN TOTO NEEDS TO BE INTRODUCED.  I'M NOT CERTAIN WHAT THE

12:10PM  5    RELEVANCE OF IT IS.

12:10PM  6        CAN YOU EXAMINE ON ANOTHER TOPIC, AND WE CAN TALK ABOUT

12:11PM  7    THIS OUTSIDE OF THE PRESENCE OF THE JURY?  OR DO WE NEED TO DO

12:11PM  8    THAT NOW?

12:11PM  9            MR. CAZARES:  WE CAN SET THAT ASIDE, AND I CAN MOVE

12:11PM 10    ON TO SOMETHING ELSE.

12:11PM 11            THE WITNESS:  DO YOU WANT ME TO SET IT ASIDE?

12:11PM 12    BY MR. CAZARES:

12:11PM 13    Q.   YOU CAN SET IT ASIDE.  WE WILL ADDRESS IT LATER.

12:11PM 14        IF YOU CAN NOW TAKE A LOOK AT -- SO THIS IS IN THE

12:11PM 15    GOVERNMENT'S BINDER, SO THE SMALLER BINDER, EXHIBIT 1548.

12:11PM 16    1548.

12:12PM 17    A.   IT'S NOT PRESENT IN THE BINDER.

12:12PM 18            MR. CAZARES:  YOUR HONOR, I BELIEVE 1548 HAS ALREADY

12:12PM 19    BEEN ADMITTED INTO EVIDENCE.

12:12PM 20        MAY I PUBLISH?

12:12PM 21            THE COURT:  I DON'T SEE IT IN THE GOVERNMENT'S

12:12PM 22    BINDER.

12:12PM 23        MS. ROBINSON, DO YOU SHOW THAT AS BEING ADMITTED?

12:12PM 24            THE CLERK:  I HAVE TO LOOK IN THE PAST, YOUR HONOR.

12:12PM 25        NOT YESTERDAY.

ER-1147

PANDORI CROSS BY MR. CAZARES                                                                                                   1791

12:12PM    1                  THE COURT:  I THINK IT MAY HAVE BEEN.

12:12PM    2                  MR. BOSTIC:  YOUR HONOR, I SHOW THAT EXHIBIT AS

12:12PM    3      HAVING BEEN ADMITTED.

12:12PM    4                  THE COURT:  I THINK MR. BOSTIC ADMITTED IT ACCORDING

12:12PM    5      TO MY NOTES, SO IT CAN BE PUBLISHED.

12:13PM    6      BY MR. CAZARES:

12:13PM    7      Q.   AND DO YOU SEE UP ON THE SCREEN EXHIBIT 1548, DR. PANDORI?

12:13PM    8      A.   IF WHAT IS ON MY SCREEN IS 1548, THEN YEAH.

12:13PM    9      Q.   OKAY.  AND THE COVER PAGE IS AN EMAIL FROM LANGLY GEE TO

12:13PM   10      AURELIE SOUPPE, ERIKA CHEUNG, JAMIE LIU, AND ROMINA RIENER.

12:13PM   11           DO YOU SEE THAT?

12:13PM   12      A.   YES.

12:13PM   13      Q.   AND THEY WERE EACH LAB ASSISTANTS IN THE CLINICAL LAB

12:13PM   14      DURING THE TIME PERIOD THAT YOU WORKED AT THERANOS?

12:13PM   15      A.   CORRECT.

12:13PM   16      Q.   AND THIS IS FEBRUARY 19TH, 2014.

12:13PM   17           DO YOU SEE THAT?

12:13PM   18      A.   YES.

12:13PM   19      Q.   AND THAT'S AROUND THE TIME PERIOD OF THIS EXPERIMENT

12:13PM   20      RELATING TO THE NEW YORK PROFICIENCY TESTING SAMPLES?

12:13PM   21      A.   I THINK SO.

12:13PM   22      Q.   AND IF WE CAN GO TO THE NEXT PAGE.

12:13PM   23           DO YOU SEE THE DATE UP ON THE SCREEN IN THE SPREADSHEET?

12:13PM   24      A.   YES.

12:13PM   25      Q.   AND THIS WAS SOMEWHAT DISCUSSED IN YOUR DIRECT

ER-1148

12:14PM  1    EXAMINATION.

12:14PM  2        DO YOU REMEMBER THAT?

12:14PM  3    A.   I DO.

12:14PM  4    Q.   AND THESE ARE THE VALUES, THE RESULTS FROM THE NEW YORK

12:14PM  5    PROFICIENCY TESTING EXPERIMENT; CORRECT?

12:14PM  6    A.   YES.

12:14PM  7    Q.   AGAIN TO RECAP, SO THE EXPERIMENT WAS RUNNING THE NEW YORK

12:14PM  8    SAMPLES ON THE FDA APPROVED GOLD STANDARD AS WELL AS RUNNING

12:14PM  9    THE SAME SAMPLES ON THE EDISON DEVICE AND COMPARING THE RESULTS

12:14PM 10    FROM THE TWO; CORRECT?

12:14PM 11    A.   MORE PRECISELY WHAT IS INTENDED IS THAT THE SPECIMENS ARE

12:14PM 12    TREATED THE SAME WAY AS PATIENT SPECIMENS, NOT NECESSARILY JUST

12:14PM 13    RUN ON THE DEVICES.

12:14PM 14    Q.   AND I THINK YOU ALREADY TESTIFIED THAT YOU YOURSELF DIDN'T

12:14PM 15    PROCESS THE SAMPLES FOR THE PURPOSE OF THE EXPERIMENT; CORRECT?

12:14PM 16    A.   CORRECT.

12:14PM 17    Q.   OKAY.  SO YOU DON'T KNOW WHETHER THE SPECIMENS WERE

12:14PM 18    HANDLED IN THE SAME WAY AS A PATIENT SAMPLE WOULD BE HANDLED;

12:14PM 19    CORRECT?

12:14PM 20    A.   CORRECT.

12:14PM 21    Q.   OKAY.  OTHER PEOPLE DID THAT?

12:14PM 22    A.   YES.

12:14PM 23    Q.   OKAY.  THE DATA WAS JUST PRESENTED TO YOU?

12:14PM 24    A.   THAT'S CORRECT.

12:14PM 25    Q.   OKAY.  BUT THE SPREADSHEET IS REFLECTING OR REPORTING TO

PANDORI CROSS BY MR. CAZARES                                    1793

12:15PM 1     REFLECT THE RESULTS COMPARING THE EDISON RESULTS TO THE FDA

12:15PM 2     GOLD STANDARD AS YOU'VE SAID; CORRECT?

12:15PM 3     A.   CORRECT.

12:15PM 4     Q.   NOW, GETTING BACK TO THE SPREADSHEET AND SOME OF THE

12:15PM 5     NUMBERS.  I THINK IN YOUR TESTIMONY YOU REVIEWED THIS WITH THE

12:15PM 6     GOVERNMENT AND COMPARED, FOR EXAMPLE, VITAMIN D, THE NUMBERS

12:15PM 7     FOR THE PREDICATE, EVENTS 06, 07, 08, 09, 10.

12:15PM 8         DO YOU SEE THAT?

12:15PM 9     A.   YES.

12:15PM 10    Q.   AND COMPARED TO THE THERANOS RESULTS BENEATH ON ROW 3 FOR

12:15PM 11    THE SAME EVENTS 6, 7, 8, 9, AND 10.

12:15PM 12        DO YOU SEE THAT?

12:15PM 13    A.   YES.

12:15PM 14    Q.   AND YOU WERE ASKED QUESTIONS ABOUT THE DIFFERENCES AND

12:15PM 15    WHAT RECOVERY MEANT AND THINGS LIKE THAT.

12:15PM 16        DO YOU RECALL THAT?

12:15PM 17    A.   NOBODY ASKED ME WHAT RECOVERY MEANT, BUT I THINK I WAS

12:15PM 18    ASKED TO COMMENT ON THEM.

12:15PM 19    Q.   NOW, WITH RESPECT TO THE TPSA IN THE NEXT CATEGORY OF

12:16PM 20    RESULTS, AGAIN, THE SPREADSHEET REFLECTS NEW YORK TM 267, 268,

12:16PM 21    269, AND 270.

12:16PM 22        DO YOU SEE THAT?

12:16PM 23    A.   YES.

12:16PM 24    Q.   AND THAT'S THE TYPICAL FIVE SAMPLES FOR THE PT CHALLENGE

12:16PM 25    IF YOU WILL?

PANDORI CROSS BY MR. CAZARES                          1794

12:16PM   1    A.   PROBABLY.

12:16PM   2    Q.   AND THEN FOR EACH OF THE COLUMNS REFLECTING THE RESULTS

12:16PM   3    FOR EACH OF THE DIFFERENT FIVE SAMPLE CHALLENGES; CORRECT?

12:16PM   4    A.   YES.

12:16PM   5    Q.   OKAY.  NOW, FOR THE SPREADSHEET, IF YOU LOOK AT COLUMNS E

12:16PM   6    AND F -- WELL, ACTUALLY E AND G FOR THE TPSA AND EVEN THE FT4

12:16PM   7    AND TSH.

12:17PM   8         DO YOU SEE THOSE COLUMNS E AND G?

12:17PM   9    A.   YES.

12:17PM  10    Q.   EACH OF THEM REFLECT THE PREDICATE AND THE THERANOS

12:17PM  11    NUMBERS AND THEN SOMETHING CALLED RECOVERY COMPARING THE TWO?

12:17PM  12    A.   YES.

12:17PM  13    Q.   AND FOR EACH OF COLUMNS E AND G, THERE'S A COUPLE OF

12:17PM  14    NUMBERS HIGHLIGHTED, BUT THERE'S ONLY TWO NUMBERS HIGHLIGHTED.

12:17PM  15         DO YOU SEE THAT?

12:17PM  16    A.   YES.

12:17PM  17    Q.   AND THOSE APPEAR TO BE UNDER THE RERUN COLUMN; CORRECT?

12:17PM  18    A.   THEY ARE.

12:17PM  19    Q.   OKAY.  BUT UNDER COLUMNS E AND G, ONLY THE PREDICATE

12:17PM  20    NUMBERS ARE HIGHLIGHTED FOR THE TPSA.

12:17PM  21         DO YOU SEE THAT?

12:17PM  22    A.   YEAH, I DO.

12:17PM  23    Q.   SO FOR -- AND THE RERUN IN LAB PARLANCE MEANS THE SAMPLE

12:17PM  24    WAS RUN, SOME ISSUE, OBVIOUSLY WE CAN'T KNOW THAT HERE,

12:17PM  25    OCCURRED, AND IT WAS RERUN; CORRECT?

ER-1151

PANDORI CROSS BY MR. CAZARES

12:17PM 1    A.   YES.

12:17PM 2    Q.   AND THAT HAPPENS IN CLINICAL LABS; CORRECT?

12:17PM 3    A.   IT DOES HAPPEN.

12:17PM 4    Q.   OKAY.  AND AGAIN, GETTING BACK TO COLUMNS E AND G, THE

12:17PM 5    ONLY NUMBERS THAT ARE HIGHLIGHTED FOR THE TPSA ARE THE

12:18PM 6    PREDICATE NUMBER AND THE -- THE PREDICATE NUMBER OF 3.1 AND 7.5

12:18PM 7    FOR COLUMNS E AND G.

12:18PM 8        DO YOU SEE THAT?

12:18PM 9    A.   YES.

12:18PM 10   Q.   AND THOSE ARE RUN ON THE GOLD STANDARD, THE FDA GOLD

12:18PM 11   STANDARD; CORRECT?

12:18PM 12   A.   YES.

12:18PM 13   Q.   OKAY.  YOU WOULD AGREE WITH ME THERE'S NO REASON WHY YOU

12:18PM 14   WOULD RERUN THE PT ON THE FDA GOLD STANDARD IN DOING THE

12:18PM 15   COMPARISON; CORRECT?

12:18PM 16   A.   THERE'S NO REASON TO RERUN ON THE FDA GOLD STANDARD?

12:18PM 17   Q.   CORRECT?

12:18PM 18   A.   I DON'T KNOW WHAT THE REASON WHY WAS THIS RERUN.

12:18PM 19   Q.   WELL, LET ME BACK UP THOUGH.

12:18PM 20       DO YOU IN FACT KNOW YOURSELF, SETTING ASIDE THE

12:18PM 21   SPREADSHEET, THAT THE FDA GOLD STANDARD DEVICE WAS USED TO

12:18PM 22   RERUN THE TWO SAMPLES FOR TPSA AS REFLECTED IN COLUMNS E AND G?

12:18PM 23   A.   THE SAME PREDICATE METHOD THAT WAS RUN INITIALLY?

12:18PM 24   Q.   I'M ASKING YOU DO YOU KNOW YOURSELF WHETHER RERUNS WERE

12:18PM 25   ACTUALLY DONE ON THE PREDICATE METHOD?

PANDORI CROSS BY MR. CAZARES                                              1796

12:19PM   1      A.   DO I KNOW MYSELF?

12:19PM   2           BASED ON WHAT I'M LOOKING AT --

12:19PM   3      Q.   THAT'S NOT WHAT I'M ASKING.  THAT'S NOT WHAT I'M ASKING

12:19PM   4      YOU, SIR.

12:19PM   5           I'M ASKING UNDER THE RERUN COLUMN THERE ARE ONLY TWO

12:19PM   6      NUMBERS HIGHLIGHTED; CORRECT?

12:19PM   7      A.   CORRECT.

12:19PM   8      Q.   AND IT'S 3.1 AND 7.5; CORRECT?

12:19PM   9      A.   YES.

12:19PM  10      Q.   AND THOSE NUMBERS ARE THE EXACT SAME AS WHAT IS REFLECTED

12:19PM  11      IN COLUMN D AND IN COLUMN F; CORRECT?

12:19PM  12      A.   CORRECT.

12:19PM  13      Q.   OKAY.  BUT IN THIS PT COMPARISON COMPARING THE PREDICATE

12:19PM  14      GOLD TO THE EDISON DEVICE, YOU'RE NOT AWARE OF THE FACT AND

12:19PM  15      DON'T KNOW THAT THE PT SAMPLE WAS RUN TWICE ON THE FDA GOLD

12:19PM  16      STANDARD FOR THE TPSA AS REFLECTED IN COLUMNS E AND G; CORRECT?

12:19PM  17      A.   YOU'RE ASKING ME WHETHER I KNOW IT.  THERE'S EVIDENCE IN

12:19PM  18      FRONT OF ME THAT IT WAS RERUN ON THAT DEVICE BECAUSE THERE'S

12:19PM  19      NOT TWO LINES FOR PREDICATE THERE, THERE'S ONLY ONE.

12:19PM  20      Q.   THAT'S NOT WHAT I'M ASKING YOU.

12:19PM  21           WHAT I'M ASKING YOU FOR COLUMN E, WHICH IS THE RERUN

12:20PM  22      COLUMN, THERE'S ONLY TWO NUMBERS HIGHLIGHTED; CORRECT?

12:20PM  23      A.   CORRECT.

12:20PM  24      Q.   AND THAT'S THE PREDICATE VALUES?

12:20PM  25      A.   YES.

PANDORI CROSS BY MR. CAZARES                                    1797

12:20PM    1    Q.   AND YOU WOULD AGREE WITH ME THAT THE THERANOS VALUES ON

12:20PM    2    COLUMNS E AND G, THOSE ARE VALUES, ACCORDING TO THE

12:20PM    3    SPREADSHEETS, FROM A RERUN, ACCORDING AT LEAST AS FAR AS THE

12:20PM    4    SPREADSHEET IS CONCERNED; CORRECT?

12:20PM    5    A.   AS FAR AS THE SPREADSHEET IS CONCERNED THOSE ARE IN A

12:20PM    6    RERUN COLUMN.

12:20PM    7    Q.   OKAY.  AND THEY'RE DISTINGUISHED FROM THE PREDICATE COLUMN

12:20PM    8    BY THE HIGHLIGHTS TO THE PREDICATE DEVICE; CORRECT?

12:20PM    9    A.   THEY'RE DISTINGUISHED VISUALLY BY THE FACT THAT SOME ARE

12:20PM   10    HIGHLIGHTED AND SOME ARE NOT.

12:20PM   11    Q.   DESPITE THE FACT THAT THEY'RE EACH IN THE SAME RERUN

12:20PM   12    COLUMN WITHIN THE SPREADSHEET; CORRECT?

12:20PM   13    A.   THAT'S CORRECT.

12:20PM   14    Q.   AND YOU WOULD AGREE WITH ME THAT THE FDA APPROVED GOLD

12:20PM   15    STANDARD IS A MORE RELIABLE DEVICE; CORRECT?

12:20PM   16    A.   YES.

12:20PM   17    Q.   AND WITHIN THIS -- WITHIN THE SCOPE OF THIS TEST, THERE

12:20PM   18    WAS NO REASON TO RERUN THE FDA APPROVED DEVICE USING THE

12:20PM   19    PROFICIENCY TESTING SAMPLE FOR THIS EXPERIMENT?

12:21PM   20         MR. BOSTIC:  I'M SORRY.  OBJECTION.  FOUNDATION.

12:21PM   21    CALLS FOR SPECULATION GIVEN THAT HE DIDN'T PERSONALLY CONDUCT

12:21PM   22    THE TEST.

12:21PM   23         THE COURT:  I THINK THAT IS WHAT THE EARLIER

12:21PM   24    TESTIMONY IS.  MAYBE YOU SHOULD CLEAR THAT UP.  I'M NOT

12:21PM   25    CERTAIN.

PANDORI CROSS BY MR. CAZARES                                    1798

12:21PM   1              DO YOU UNDERSTAND THE QUESTION, SIR?

12:21PM   2                   THE WITNESS:  I BELIEVE I UNDERSTAND THE QUESTION.

12:21PM   3                   THE COURT:  LET'S HAVE -- WHY DON'T YOU ASK IT AGAIN

12:21PM   4       JUST FOR CLARITY.

12:21PM   5       BY MR. CAZARES:

12:21PM   6       Q.   AGAIN, YOU'VE TESTIFIED ALREADY THAT THE FDA APPROVED GOLD

12:21PM   7       STANDARD IS A MORE RELIABLE DEVICE THAN THE EDISON IN YOUR

12:21PM   8       VIEW?

12:21PM   9       A.   YES.

12:21PM   10      Q.   AND IN THE CONTEXT OF THIS EXPERIMENT, TRYING TO COMPARE

12:21PM   11      THE EDISON TO THE GOLD STANDARD, THERE'S NO REASON TO RETEST

12:21PM   12      THE SAMPLE ON THE GOLD STANDARD IN THIS EXPERIMENT; CORRECT?

12:21PM   13      A.   THERE MAY HAVE BEEN A REASON FOR THE TECHNICIAN TO RERUN

12:21PM   14      IT, BUT BECAUSE I DIDN'T OBSERVE THE TECHNICIAN OR RUN THESE

12:21PM   15      SPECIMENS, I DON'T KNOW WHAT THE RATIONALE WAS.

12:21PM   16      Q.   BUT YOU DON'T ACTUALLY KNOW THAT THEY WERE RERUN, CORRECT,

12:21PM   17      SETTING THE SPREADSHEET ASIDE?

12:21PM   18      A.   YOU'RE ASKING ME IF I HAVE VISUAL EVIDENCE OF THAT?

12:22PM   19      Q.   YES.

12:22PM   20      A.   NO, I DON'T KNOW.

12:22PM   21      Q.   AND YOU DIDN'T RUN THE SAMPLES YOURSELF?

12:22PM   22      A.   I DID NOT RUN THE SAMPLES MYSELF.

12:22PM   23      Q.   OKAY.  AND YOU DIDN'T PUT THE SPREADSHEET TOGETHER?

12:22PM   24      A.   I DIDN'T WHAT?

12:22PM   25      Q.   YOU DIDN'T PUT THE SPREADSHEET TOGETHER?

ER-1155

12:22PM  1    A.   I DID NOT.

12:22PM  2    Q.   OKAY.  YOU CAN SET THAT ASIDE.

12:22PM  3         DR. PANDORI, IF YOU CAN TAKE A LOOK AT EXHIBIT 1580, WHICH

12:22PM  4    IS ALREADY IN EVIDENCE AND IT'S IN VOLUME 1.

12:22PM  5         YOUR HONOR, MAY I PUBLISH?

12:22PM  6              THE COURT:  YES.

12:22PM  7              MR. CAZARES:  IT'S IN THE GOVERNMENT'S VOLUME 1.

12:22PM  8              THE WITNESS:  DID YOU SAY 15E?

12:23PM  9              MR. CAZARES:  1580 IN THE GOVERNMENT'S BINDER.

12:23PM 10              THE WITNESS:  80.

12:23PM 11              THE COURT:  IT'S ALSO ON YOUR SCREEN.

12:23PM 12              THE WITNESS:  OH, I'VE GOT IT.

12:23PM 13    BY MR. CAZARES:

12:23PM 14    Q.   DO YOU HAVE THAT IN FRONT OF YOU?

12:23PM 15    A.   YES.

12:23PM 16    Q.   OKAY.  AND STARTING AT 1580 IS AN EMAIL EXCHANGE CHAIN,

12:23PM 17    THE LATTER OF WHICH AT THE TOP IS FEBRUARY 25, 2014, A MESSAGE

12:23PM 18    FROM MR. BALWANI TO DR. ROSENDORFF.

12:23PM 19         DO YOU SEE THAT?

12:23PM 20    A.   YES.

12:23PM 21    Q.   OKAY.  AND THIS IS A DOCUMENT DISCUSSED IN YOUR DIRECT

12:23PM 22    EXAM YESTERDAY?

12:23PM 23    A.   YES.

12:23PM 24    Q.   AND THIS IS SUBSEQUENT TO THE NEW YORK PROFICIENCY TESTING

12:23PM 25    EXPERIMENT THAT WE JUST DISCUSSED?

12:23PM   1    A.   EXCUSE ME.  YES.

12:23PM   2    Q.   OKAY.  AND YOU HAD MENTIONED BEFORE THAT AT THE TIME THE

12:24PM   3    EXPERIMENT WAS DONE, YOU WERE UNAWARE OF THE SOP THAT

12:24PM   4    DR. ROSENDORFF HAD ALREADY APPROVED FOR AAP; CORRECT?

12:24PM   5    A.   CORRECT.

12:24PM   6    Q.   OKAY.  AND TURNING TO PAGE 5 WITHIN EXHIBIT 1580.  WE'LL

12:24PM   7    PUT IT UP ON THE SCREEN.

12:24PM   8    A.   YES.

12:24PM   9    Q.   THERE'S A MESSAGE FROM DR. DANIEL YOUNG TO DR. ROSENDORFF

12:24PM  10    COPYING MS. HOLMES AND MR. BALWANI REGARDING PROFICIENCY

12:24PM  11    TESTING FOR LDT'S.

12:24PM  12         DO YOU SEE THAT?

12:24PM  13    A.   YES.

12:24PM  14    Q.   AND THAT'S BEFORE YOU JOINED THERANOS; CORRECT?

12:24PM  15    A.   IT IS.

12:24PM  16         THE COURT:  DOES SOMEONE HAVE A PHONE ON?  I HEAR A

12:25PM  17    RING.  IF EVERYONE COULD CHECK YOUR DEVICES, PLEASE.

12:25PM  18         (CELL PHONE RINGING.)

12:25PM  19         THE COURT:  I'M SORRY, COUNSEL.  GIVE ME A MOMENT

12:25PM  20    HERE.

12:25PM  21         CAN WE RESET THE SYSTEM?

12:25PM  22         THE CLERK:  I CAN.

12:25PM  23         THE COURT:  I'M SORRY.

12:25PM  24         FOLKS, FEEL FREE TO STAND UP AND STRETCH FOR A MOMENT IF

12:26PM  25    YOU WOULD LIKE.

PANDORI CROSS BY MR. CAZARES                                    1801

12:26PM   1            (STRETCHING.)

12:26PM   2                    THE COURT:  LET'S TRY IT AGAIN.  THANK YOU.  I

12:26PM   3   APOLOGIZE FOR THE INCONVENIENCE.

12:26PM   4                    MR. CAZARES:  GREAT.  THANK YOU, YOUR HONOR.

12:26PM   5   Q.   RETURNING BACK TO EXHIBIT 1580 THAT IS ON THE SCREEN,

12:26PM   6   DR. PANDORI.

12:26PM   7        WE JUST REFERENCED THE MESSAGE FROM DANIEL YOUNG TO

12:26PM   8   DR. ROSENDORFF ON NOVEMBER 26TH, 2013.

12:27PM   9        BUT IF WE TURN THE PAGE TO PAGE 4, THERE'S A MESSAGE IN

12:27PM  10   THE BOTTOM QUARTILE FROM DR. YOUNG TO YOURSELF FEBRUARY 24TH,

12:27PM  11   2014.

12:27PM  12        DO YOU SEE THAT?

12:27PM  13   A.   I SEE IT.

12:27PM  14   Q.   AND THIS IS DR. YOUNG FORWARDING THE PRIOR EMAIL STRING TO

12:27PM  15   YOU, AND HE WRITES, "FYI:  AS BACKGROUND"?

12:27PM  16   A.   I SEE IT.

12:27PM  17   Q.   AND THIS WAS PART OF THE DISCUSSIONS AND COMMUNICATIONS

12:27PM  18   GOING ON IN THE LAB RELATING TO THIS NEW YORK PROFICIENCY

12:27PM  19   TESTING EXPERIMENT; CORRECT?

12:27PM  20   A.   YES.

12:27PM  21   Q.   AND THIS IS DR. YOUNG FORWARDING TO YOU THE BACKGROUND TO

12:27PM  22   THE IMPLEMENTATION OF AN AAP PROGRAM AT THERANOS; CORRECT?

12:27PM  23   A.   WHAT WAS THAT?

12:27PM  24   Q.   THE EMAIL REFLECTS DR. YOUNG FORWARDING TO YOU BACKGROUND

12:27PM  25   DISCUSSIONS PRIOR TO YOUR JOINING THERANOS RELATING TO THE AAP

| | | |
|---|---|---|
| 12:27PM | 1 | PROGRAM? |
| 12:27PM | 2 | A.   IT LOOKS THAT WAY. |
| 12:27PM | 3 | Q.   AND RETURNING BACK TO THE MESSAGE ON PAGE 5 FROM DR. YOUNG |
| 12:28PM | 4 | TO DR. ROSENDORFF, ELIZABETH HOLMES, AND SUNNY BALWANI. |
| 12:28PM | 5 |      WITHIN THE MESSAGE DR. YOUNG IS EXPLAINING KIND OF |
| 12:28PM | 6 | PROVIDING HIS VIEW AS TO WHY AN AAP PROGRAM WAS APPROPRIATE. |
| 12:28PM | 7 |      DO YOU SEE THAT? |
| 12:28PM | 8 | A.   YES. |
| 12:28PM | 9 | Q.   OKAY.  AND YOU REVIEWED THIS CONTEMPORANEOUSLY IN FEBRUARY |
| 12:28PM | 10 | OF 2014 WHEN YOU WERE AT THERANOS; CORRECT? |
| 12:28PM | 11 | A.   THIS EMAIL WAS SENT TO ME. |
| 12:28PM | 12 | Q.   AND DID YOU REVIEW IT? |
| 12:28PM | 13 | A.   PROBABLY. |
| 12:28PM | 14 | Q.   FOCUSSING ON THE SECOND PARAGRAPH FROM DR. YOUNG TO |
| 12:28PM | 15 | DR. ROSENDORFF COPYING MR. BALWANI AND MS. HOLMES, DO YOU SEE |
| 12:28PM | 16 | UNDER THE -- THAT PARAGRAPH STARTING "FOR OUR LDT'S, ALL OF |
| 12:28PM | 17 | WHICH ARE CLIA REGULATED AT THE MOMENT, WE NEED SOP'S FOR PT." |
| 12:29PM | 18 |      DO YOU SEE THAT? |
| 12:29PM | 19 | A.   YEAH, I SEE THAT. |
| 12:29PM | 20 | Q.   AND THEN HE WROTE, "HOWEVER, THERE ARE SEVERAL FACTORS |
| 12:29PM | 21 | THAT PREVENT US FROM ENROLLING IN THE TRADITIONAL PT PROGRAM." |
| 12:29PM | 22 |      DO YOU SEE THAT AS WELL? |
| 12:29PM | 23 | A.   THIS IS ON PAGE 5. |
| 12:29PM | 24 | Q.   PAGE 5, SECOND PARAGRAPH, FULL PARAGRAPH. |
| 12:29PM | 25 | A.   THIS IS FROM -- TO ADAM ROSENDORFF? |

PANDORI CROSS BY MR. CAZARES                              1803

12:29PM 1      Q.   IT IS UP ON THE SCREEN AS WELL IF THAT WILL HELP.

12:29PM 2      A.   FROM DANIEL YOUNG?

12:29PM 3      Q.   YES.

12:29PM 4      A.   YES, I SEE THAT.

12:29PM 5      Q.   AND EXPLAINING WHY THERE ARE SEVERAL FACTS THAT PREVENT

12:29PM 6      US, THERANOS, FROM ENROLLING IN TRADITIONAL PT PROGRAMS,

12:29PM 7      DR. YOUNG INFORMS DR. ROSENDORFF, "A PEER GROUP MOST

12:29PM 8      SIGNIFICANTLY IS THAT A PERFORMANCE IN PT SURVEYS IS BASED ON

12:29PM 9      AN EVALUATION AGAINST A PEER GROUP."

12:29PM 10          DO YOU SEE THAT?

12:29PM 11     A.   I SEE THAT.

12:29PM 12     Q.   AND IT GOES ON, "A PEER GROUP IS COMPOSED OF DIFFERENT

12:29PM 13     LABS ALL RUNNING IN THE SAME METHOD/DEVICE."

12:29PM 14     A.   I SEE THAT.

12:29PM 15     Q.   "THE GOALS OF SUCH PT IS TO COMPARE THE PERFORMANCE OF AN

12:30PM 16     INDIVIDUAL LABORATORY TO THEIR PEER GROUP AND SOMETIMES TO

12:30PM 17     TARGET VALUES ESTABLISHED BY REFERENCE METHODS OR REFERENCE

12:30PM 18     LABORATORIES."

12:30PM 19          DO YOU SEE THAT?

12:30PM 20     A.   I SEE THAT.

12:30PM 21     Q.   AND THIS IS ADVICE BEING PROVIDED BY DR. YOUNG TO

12:30PM 22     DR. ROSENDORFF AND COPYING MS. HOLMES AND MR. BALWANI.

12:30PM 23          DO YOU SEE THAT?

12:30PM 24     A.   YES.

12:30PM 25     Q.   AND YOU WEREN'T PRESENT AT THE TIME; CORRECT?

ER-1160

PANDORI CROSS BY MR. CAZARES                                          1804

12:30PM   1    A.   CORRECT.

12:30PM   2    Q.   OKAY.  AND ULTIMATELY DR. ROSENDORFF ACCEPTED DR. YOUNG'S

12:30PM   3    RATIONALE AND IMPLEMENTED AN SOP FOR AAP FOR THE EDISON IN

12:30PM   4    DECEMBER OF 2013; CORRECT?

12:30PM   5    A.   I DON'T KNOW WHAT YOU MEAN BY "IMPLEMENTED" BECAUSE THIS

12:30PM   6    WASN'T DONE ON THOSE SPECIMENS.

12:30PM   7    Q.   DR. ROSENDORFF SIGNED OFF AND APPROVED AN SOP FOR AAP FOR

12:30PM   8    THE EDISON PROFICIENCY TESTING; CORRECT?

12:30PM   9    A.   WE SAW THAT IN AN EARLIER DOCUMENT.

12:30PM   10   Q.   CORRECT.

12:30PM   11   A.   CORRECT.

12:30PM   12   Q.   AND SO YOU WOULD AGREE WITH ME, DR. ROSENDORFF ACCEPTED

12:30PM   13   DR. YOUNG'S ADVICE; CORRECT?

12:30PM   14   A.   I PARSED YOUR WORDS.  I AGREE WITH ACCEPTED, NOT

12:31PM   15   IMPLEMENTED.

12:31PM   16   Q.   AND THE PERSON RESPONSIBLE FOR IMPLEMENTING THE AAP

12:31PM   17   PROGRAM WITHIN THE CLINICAL LAB WAS --

12:31PM   18        (CELL PHONE RINGING.)

12:31PM   19   BY MR. CAZARES:

12:31PM   20   Q.   WE'RE ALL GOOD.  IT HAPPENS ALL OF THE TIME.

12:31PM   21        THE PERSON RESPONSIBLE FOR IMPLEMENTING THE AAP PROGRAM

12:31PM   22   WITHIN THE CLINICAL LAB WAS THE CLIA LAB DIRECTOR,

12:31PM   23   ADAM ROSENDORFF; CORRECT?

12:31PM   24   A.   CORRECT.

12:31PM   25   Q.   UNDER -- CONTINUING WITH DR. YOUNG'S EMAIL MESSAGE TO

12:31PM 1    DR. ROSENDORFF UNDER PROPOSAL.

12:31PM 2         AGAIN, DR. ROSENDORFF WRITES, "WHERE TRADITIONAL PT

12:31PM 3    OPTIONS ARE NOT AVAILABLE, WE MUST INITIATE ALTERNATIVE

12:32PM 4    ASSESSMENT PROCEDURE.  NAMELY, FOR NON-CMS-REGULATED TESTS, FOR

12:32PM 5    THOSE TESTS WHICH LACK FDA CLEARANCE OR FOR TESTS THAT LACK A

12:32PM 6    SUITABLE PEER GROUP, COMMERCIAL OR EXTERNAL PT PROGRAMS ARE NOT

12:32PM 7    AVAILABLE AND AAP ARE USED TO HELP ASSESS THE QUALITY/ACCURACY

12:32PM 8    OF LABORATORY TEST SYSTEM PERFORMANCE."

12:32PM 9         DO YOU SEE THAT?

12:32PM 10   A.   YES.  YOU SAID DR. ROSENDORFF SAID THAT.

12:32PM 11   Q.   THIS WAS IN DR. YOUNG'S EMAIL.

12:32PM 12        DO YOU SEE THAT?

12:32PM 13   A.   YES.

12:32PM 14   Q.   OKAY.  TURNING TO PAGE 3 OF THE EMAIL CHAIN.

12:32PM 15   A.   YES.

12:32PM 16   Q.   AND ON THIS PORTION OF THE CHAIN, YOU'RE ON THE MESSAGE AT

12:32PM 17   THE BOTTOM THIRD ABOUT -- FROM DR. YOUNG TO MR. BALWANI,

12:33PM 18   LANGLY GEE, COPYING YOU, DR. ROSENDORFF, AND SAMARTHA ANEKAL.

12:33PM 19        DO YOU SEE THAT?

12:33PM 20   A.   YES.

12:33PM 21   Q.   FEBRUARY 24TH, 2014, AGAIN.

12:33PM 22        AND IN THIS MESSAGE DR. YOUNG ADVISES, "WE ALSO NEED

12:33PM 23   INFORMATION ABOUT THE PT SAMPLES, SUCH AS WHAT MATRIX WHERE

12:33PM 24   THEY, DID THEY HAVE ANTICOAGULANT IN THEM, ET CETERA.  THESE PT

12:33PM 25   SAMPLES ARE USUALLY FORMULATED WITH CERTAIN TEST SYSTEMS IN

12:33PM   1    MIND, WHICH IS ONE OF THE REASONS I AM NOT COMFORTABLE USING

12:33PM   2    THEM WITHOUT A PEER GROUP.  OTHERWISE, WE HAVE TO DO EXTENSIVE

12:33PM   3    STUDY TO UNDERSTAND OUR THESE PT SAMPLES MAY PERFORM

12:33PM   4    DIFFERENTLY ON OUR SYSTEM VERSUS ONE OF THE SO-CALLED

12:33PM   5    CLUNKERS."

12:33PM   6        DO YOU SEE THAT?

12:33PM   7    A.   I SEE THAT.

12:33PM   8    Q.   AND AGAIN, THIS IS ADVICE COMING FROM DR. YOUNG TO

12:33PM   9    MR. BALWANI, MR. GEE, AND COPYING YOURSELF AND DR. ROSENDORFF?

12:33PM   10   A.   THAT'S RIGHT.

12:33PM   11   Q.   AND DID YOU DISAGREE WITH DR. YOUNG REGARDING THE IMPACT

12:33PM   12   OR POTENTIAL IMPACT OF MATRIX EFFECT ON THE JUSTIFICATION FOR

12:34PM   13   USING AAP FOR THE EDISON?

12:34PM   14   A.   IN MY FIELD I NEITHER AGREE OR DISAGREE WITH THINGS LIKE

12:34PM   15   THIS UNTIL I HAVE DATA TO DO SO.

12:34PM   16        AND DANIEL YOUNG --

12:34PM   17   Q.   I APOLOGIZE.  CONTINUE.

12:34PM   18   A.   DANIEL YOUNG, TO MY KNOWLEDGE, IS NOT A DOCTOR OF

12:34PM   19   BIOCHEMISTRY, CHEMISTRY, BIOLOGY, OR MEDICINE.

12:34PM   20   Q.   YOU IDENTIFIED HIM PREVIOUSLY IN YOUR TESTIMONY YESTERDAY,

12:34PM   21   I THINK, AS SOMEONE WHO CONSULTED WITH MANAGEMENT, WITH

12:34PM   22   DR. ROSENDORFF WHO WAS A KIND OF FIXER WITHIN THE COMPANY;

12:34PM   23   CORRECT?

12:34PM   24   A.   I DON'T KNOW THAT I USED THE WORD "FIXER."

12:34PM   25        I'M SORRY, I DON'T EVEN RECALL WHAT I REFERRED TO HIM AS,

PANDORI CROSS BY MR. CAZARES                                          1807

12:34PM   1     BUT I THINK HE -- MY MEMORY OF HIM WAS THAT HE WAS TRAINED IN

12:34PM   2     MATHEMATICS OR COMPUTER SCIENCE.

12:34PM   3     Q.   A PH.D. AT M.I.T.?

12:34PM   4     A.   I SEE.

12:34PM   5     Q.   YOU UNDERSTOOD THAT AT THE TIME?

12:34PM   6     A.   NO.

12:34PM   7     Q.   OKAY.  CONTINUING WITH THE SAME EXHIBIT TO THE TOP PAGE OF

12:35PM   8     THE FIRST PAGE, AND I THINK YOU DISCUSSED THIS WITH GOVERNMENT

12:35PM   9     COUNSEL YESTERDAY.

12:35PM   10         THIS IS THE MESSAGE FROM MR. BALWANI TO DR. ROSENDORFF,

12:35PM   11    YOURSELF, DANIEL YOUNG, LANGLY GEE, COPYING OTHERS ON

12:35PM   12    FEBRUARY 25, 2014.

12:35PM   13         DO YOU SEE THAT?

12:35PM   14    A.   YES.

12:35PM   15    Q.   AT THE TOP.

12:35PM   16         AND THIS IS THE MESSAGE WHERE MR. BALWANI STARTED, "I ALSO

12:35PM   17    WANT TO REITERATE THIS POINT.  I AM EXTREMELY IRRITATED AND

12:35PM   18    FRUSTRATED BY FOLKS WITH NO LEGAL BACKGROUND TAKING LEGAL

12:35PM   19    POSITIONS AND INTERPRETATIONS ON THESE MATTERS AND JUNIOR CLIA

12:35PM   20    AND NON-CLIA PERSONNEL CHALLENGING OUR CLIA SOP'S."

12:35PM   21         DID YOU HEAR THAT?  DID YOU SEE THAT?  I'M SORRY.

12:35PM   22    A.   BOTH, YES.

12:35PM   23    Q.   OKAY.  AND THE CLIA SOP THAT IS BEING REFERENCED IS THIS

12:35PM   24    ISSUE OF THE AAP SOP FOR THE EDISON DEVICE; CORRECT?

12:36PM   25    A.   IT'S IN REFERENCE TO THE PROFICIENCY TESTING ISSUE THAT

PANDORI CROSS BY MR. CAZARES                                        1808

12:36PM  1    WE'VE BEEN TALKING ABOUT.

12:36PM  2    Q.   AND AMONG THE SOP'S AT ISSUE IS THE AAP SOP FOR THE

12:36PM  3    EDISON; CORRECT?

12:36PM  4    A.   CORRECT.

12:36PM  5    Q.   OKAY.  AND THAT SOP YOU WERE UNAWARE OF WHEN YOU CONDUCTED

12:36PM  6    THE NEW YORK PROFICIENCY TESTING EXPERIMENT; CORRECT?

12:36PM  7    A.   CORRECT.

12:36PM  8    Q.   FOCUSSING ON THE SECOND PARAGRAPH.

12:36PM  9    A.   YES.

12:36PM  10   Q.   NOW, MR. BALWANI WRITES, "THESE PAST FEW DAYS, WE HAVE

12:36PM  11   WASTED SO MUCH TIME TALKING TO PEOPLE OUTSIDE OF CLIA WHO HAVE

12:37PM  12   COME TO US TO SHARE THAT OUR PT ON VITAMIN D ON EDISON HAS

12:37PM  13   FAILED.  THESE PT SAMPLES SHOULD HAVE NEVER RUN ON EDISONS TO

12:37PM  14   BEGIN WITH.  WE SHOULD FOLLOW OUR SOP'S REGARDING PT."

12:37PM  15        DO YOU SEE THAT?

12:37PM  16   A.   YES, I SEE IT.

12:37PM  17   Q.   OKAY.  YOU AGREED WITH MR. BALWANI'S MESSAGE IN THIS EMAIL

12:37PM  18   THAT WE, THERANOS, SHOULD FOLLOW OUR CURRENT SOP'S REGARDING

12:37PM  19   PT, PROFICIENCY TESTING?

12:37PM  20   A.   YOU NEED SOME KIND OF PROFICIENCY TESTING FOR THESE

12:37PM  21   SPECIMENS.

12:37PM  22   Q.   SO YOU AGREE WITH MR. BALWANI'S STATEMENT ON THAT POINT?

12:37PM  23   A.   THAT THESE PT SAMPLES SHOULD NEVER HAVE RUN ON --

12:37PM  24   Q.   THAT'S NOT WHAT I'M ASKING.  I'M VERY SPECIFIC.

12:37PM  25   A.   WHAT ARE YOU ASKING?

PANDORI CROSS BY MR. CAZARES                                           1809

12:37PM   1      Q.   DR. PANDORI, IN THE SECOND PARAGRAPH MR. BALWANI WROTE,

12:37PM   2      "WE SHOULD FOLLOW OUR CURRENT SOP'S REGARDING PT."

12:37PM   3           AND YOU UNDERSTAND THAT TO BE PROFICIENCY TESTING;

12:38PM   4      CORRECT?

12:38PM   5      A.   CORRECT.

12:38PM   6      Q.   OKAY.  AND YOU AGREE WITH THAT STATEMENT BY MR. BALWANI?

12:38PM   7      A.   AT THE TIME I DIDN'T KNOW WHAT THE SOP WAS, SO I COULD NOT

12:38PM   8      AGREE OR DISAGREE WITH THAT STATEMENT.

12:38PM   9      Q.   SO REGARDLESS OF WHETHER DR. ROSENDORFF HAD IMPLEMENTED,

12:38PM  10      AUTHORIZED, APPROVED AN SOP FOR THE PROFICIENCY TESTING FOR THE

12:38PM  11      EDISON, YOU WOULD NOT AGREE THAT THE EXISTING LAB DIRECTOR

12:38PM  12      STANDARD OPERATING PROCEDURE SHOULD BE FOLLOWED?

12:38PM  13      A.   THAT WOULD BE THE LAB DIRECTOR'S DECISION.

12:38PM  14      Q.   OKAY.  GETTING BACK TO THE FOURTH PARAGRAPH IN THAT

12:38PM  15      MESSAGE THAT WAS FOCUSSED ON BY MR. BOSTIC YESTERDAY.

12:38PM  16           IT READS AT THE TOP, "IT IS CRITICAL THAT IF ANYONE IN

12:38PM  17      CLIA OR OUTSIDE HAS ANY QUESTIONS, THEY ASK YOU (MARK AND ADAM)

12:38PM  18      AND THEY BE REFERRED TO THE SOP'S."

12:38PM  19           DO YOU SEE THAT?

12:39PM  20      A.   YES.

12:39PM  21      Q.   AND THE MARK IS REFERRING TO YOURSELF, DR. PANDORI;

12:39PM  22      CORRECT?

12:39PM  23      A.   I THINK SO.

12:39PM  24      Q.   AND THE ADAM IS DR. ROSENDORFF?

12:39PM  25      A.   YES.

PANDORI CROSS BY MR. CAZARES                                          1810

12:39PM   1    Q.    AND YOU AGREE, MR. BALWANI IS CORRECT THAT QUESTIONS IN

12:39PM   2    CLIA REGARDING PROFICIENCY TESTING ISSUES SHOULD HAVE BEEN

12:39PM   3    DIRECTED AT THAT TIME TO DR. ROSENDORFF AND TO YOU; CORRECT?

12:39PM   4    A.    CORRECT.

12:39PM   5    Q.    AND THE CLINICAL LAB EMPLOYEES SHOULD BE DIRECTED TO THE

12:39PM   6    SOP'S REGARDING PROFICIENCY TESTING FOR ANY QUESTIONS; CORRECT?

12:39PM   7    A.    CORRECT.

12:39PM   8    Q.    SO YOU AGREE WITH WHAT MR. BALWANI IS WRITING HERE IN THIS

12:39PM   9    EMAIL; CORRECT?

12:39PM  10    A.    WHAT PART OF THE EMAIL?

12:39PM  11    Q.    WHAT I JUST READ, THAT THE EMPLOYEES SHOULD BE REFERRED TO

12:39PM  12    YOU AND DR. ROSENDORFF AND THE SOP'S REGARDING PROFICIENCY

12:39PM  13    TESTING?

12:39PM  14    A.    THAT'S NOT WHAT IS HIGHLIGHTED HERE.

12:39PM  15    Q.    I JUST ASKED THE QUESTION.

12:40PM  16          YOU AGREE WITH MR. BALWANI THAT EMPLOYEES WITHIN THE

12:40PM  17    CLINICAL LAB WHO HAD QUESTIONS SHOULD BE DIRECTED TO YOU,

12:40PM  18    DR. ROSENDORFF, AND THE SOP'S?

12:40PM  19    A.    THEY SHOULD BE TO.  OF COURSE THEY SHOULD BE DIRECTED TO

12:40PM  20    THE LAB DIRECTOR.

12:40PM  21    Q.    YOU CAN SET THAT ASIDE.

12:40PM  22          IF YOU CAN TAKE A LOOK AT, AND IT'S ALREADY IN EVIDENCE,

12:40PM  23    AT EXHIBIT 1570.

12:40PM  24          YOUR HONOR, MAY WE PUBLISH?  I THINK IT'S ALREADY IN

12:40PM  25    EVIDENCE?

ER-1167

PANDORI CROSS BY MR. CAZARES                                           1811

12:40PM   1              THE COURT:  YES.

12:40PM   2              MR. CAZARES:  1570.

12:40PM   3    Q.   IT'S ALREADY ON THE SCREEN, DR. PANDORI, IF THAT IS

12:40PM   4    CONVENIENT.

12:40PM   5         1570 I BELIEVE IS ALSO A MESSAGE YOU COVERED YESTERDAY

12:40PM   6    WITH MR. BOSTIC, AND THE LATTER OF WHICH AT THE TOP OF THE

12:41PM   7    FIRST PAGE IS A FEBRUARY 25TH, 2014 EMAIL FROM YOURSELF TO

12:41PM   8    DR. ROSENDORFF.

12:41PM   9         DO YOU SEE THAT?

12:41PM  10    A.   YES.

12:41PM  11    Q.   AND I'M NOT GOING TO ASK YOU ABOUT IT BECAUSE WE JUST

12:41PM  12    DISCUSSED IT, BUT THIS IS A SUBSEQUENT MESSAGE WITHIN THIS

12:41PM  13    LARGER CHAIN REGARDING THE PROFICIENCY TESTING FOR LDT'S AS

12:41PM  14    REFLECTED IN THE SUBJECT LINE OF THE EMAIL?

12:41PM  15    A.   YES.

12:41PM  16    Q.   SO WE'RE TALKING ABOUT THE SAME SUBJECT THAT WE JUST

12:41PM  17    TALKED ABOUT A MINUTE OR TWO AGO?

12:41PM  18    A.   YEAH, WE ARE.

12:41PM  19    Q.   OKAY.  IF YOU LOOK AT PAGE 3 OF THE EXHIBIT A MESSAGE FROM

12:42PM  20    MR. BALWANI TO DR. ROSENDORFF, DANIEL YOUNG, LANGLY GEE COPYING

12:42PM  21    YOURSELF AND SAMARTHA ANEKAL.

12:42PM  22         DO YOU SEE THAT RIGHT IN THE MIDDLE OF THE PAGE?

12:42PM  23    A.   YES.

12:42PM  24    Q.   AND IN THE MESSAGE MR. BALWANI WROTE IN RESPONSE TO PRIOR

12:42PM  25    MESSAGES REGARDING THIS ISSUE, "AND OUR VALIDATION AGAINST

12:42PM 1    IMMULITE HAS BEEN EXCELLENT IN THE PAST.  IT IS THESE PT

12:42PM 2    SAMPLES THAT ARE OFF."

12:42PM 3        AND THEN CONTINUING, "THIS IS A GREAT PLACE TO START IS

12:42PM 4    WHAT MARK, YOU AND I DISCUSSED TODAY -- TO RUN INTERNAL PT'S

12:42PM 5    HERE AND COMPARE WITH SAMPLES WE DRAW HERE.  LET'S RUN FEW

12:42PM 6    STUDIES ON THESE 4-8 ASSAYS.  I THINK OUR ANSWERS WILL BECOME

12:42PM 7    VERY CLEAR THAT WHAT DANIEL IS SUGGESTING IS ACCURATE."

12:42PM 8        DO YOU SEE THAT?

12:42PM 9    A.   YES, I SEE THAT.

12:42PM 10   Q.   AND THE MESSAGE, MR. BALWANI'S MESSAGE REFERENCES A

12:42PM 11   DISCUSSION BETWEEN HIMSELF, DR. ROSENDORFF, AND YOU REGARDING

12:43PM 12   ANOTHER QUALITY EXPERIMENT, IF YOU WILL, TO RUN INTERNAL PT'S

12:43PM 13   AND COMPARE SAMPLES, REAL SAMPLES WITHIN THE LAB; CORRECT?

12:43PM 14   A.   IT'S TO RUN INTERNAL PT'S, CORRECT.

12:43PM 15   Q.   AND YOU AGREED WITH THAT AT THE TIME?

12:43PM 16   A.   WE HAD TO DO A PT SOMEHOW, AND AT THIS POINT YOU MAY

12:43PM 17   RECALL I WASN'T AWARE OF OUR SOP -- OF THE SOP YOU SHOWED ME

12:43PM 18   EARLIER, SO I'M TRYING TO WORK WITH EVERYBODY TO FIND A

12:43PM 19   SOLUTION TO THE PT COMPLEXITY THAT WE'RE FACING HERE.

12:43PM 20       SO I THOUGHT THAT ONE WAY WE COULD DO THAT IS TO DO WHAT

12:43PM 21   IS CALLED INTERNAL PT, BUT AGAIN, THAT WASN'T -- THAT IS NOT

12:43PM 22   EVEN THE SOP YOU SHOWED ME EARLIER.  THIS IS ME NOT KNOWING

12:43PM 23   WHAT WAS IN THE SOP BUT ME TRYING TO OFFER A SOLUTION TO THE

12:43PM 24   FACT THAT WE HAD NOT DONE PT CORRECTLY ON THOSE TESTS.

12:43PM 25   Q.   AND IN THE MESSAGE MR. BALWANI IS AGREEING WITH YOU THAT

PANDORI CROSS BY MR. CAZARES                                        1813

```
12:43PM   1        IT'S A GOOD IDEA TO DO THIS INTERNAL PT TO FIND THE SOLUTION;
12:44PM   2        CORRECT?
12:44PM   3        A.   YES.
12:44PM   4        Q.   TURNING TO PAGE 2 OF THE EXHIBIT.  AT THE TOP THERE'S A
12:44PM   5        MESSAGE FROM DANIEL YOUNG WHERE DR. YOUNG APPEARS "TO ADD MORE
12:44PM   6        DETAILS TO HIS CONCERNS RELATING TO USING PT SAMPLES WITHOUT
12:44PM   7        EXTENSIVE STUDY WITH OUR LDT'S AND WITHOUT A PEER GROUP."
12:44PM   8            DO YOU SEE THAT?
12:44PM   9        A.   I CAN'T SEE THE HEADER TO THE EMAIL.
12:44PM  10            WHO WROTE THIS?
12:44PM  11        Q.   IT'S ON THE SCREEN.  DANIEL YOUNG?
12:44PM  12        A.   DANIEL YOUNG.  I SEE IT.  NOW I DO.
12:44PM  13        Q.   AND THIS IS DANIEL YOUNG OFFERING INSIDER'S THOUGHTS AND
12:44PM  14        HE WRITES, "TO ADD MORE DETAILS ABOUT MY CONCERNS RELATED TO
12:45PM  15        USING PT SAMPLES WITHOUT EXTENSIVE STUDY WITH OUR LDT'S AND
12:45PM  16        WITHOUT A PEER GROUP, I WANTED TO HIGHLIGHT WHY THE PEER GROUP
12:45PM  17        METHODS WERE ESTABLISHED FOR PT AND OTHER CHALLENGES RELATED TO
12:45PM  18        MATRIX EFFECTS."
12:45PM  19            DO YOU SEE THAT?
12:45PM  20        A.   YES.
12:45PM  21        Q.   AND SO, AGAIN, DR. YOUNG IS RAISING THIS ISSUE AND
12:45PM  22        QUESTION RELATING TO POTENTIAL MATRIX EFFECTS AND WHETHER OR
12:45PM  23        NOT THERE'S A PEER GROUP THAT WOULD MAKE COMMERCIAL PROFICIENCY
12:45PM  24        TESTING PROCEDURES WITH THE NEW YORK OR AAP OR CAP APPROPRIATE
12:45PM  25        OR SOME SORT OF AAP PROGRAM?
```

| | | |
|---|---|---|
| 12:45PM | 1 | A.   HE'S REFERRING TO THIS CONCEPTUALLY. |
| 12:45PM | 2 | Q.   OKAY.  AND THEN CONTINUING ON AT PAGE 1 THERE IS A MESSAGE |
| 12:45PM | 3 | FROM DR. ROSENDORFF AT THE MIDDLE OF THE PAGE TO MR. BALWANI, |
| 12:45PM | 4 | DANIEL YOUNG, COPYING OTHERS, INCLUDING YOURSELF. |
| 12:45PM | 5 | AND DR. ROSENDORFF WROTE, "READING THROUGH THE REGULATIONS |
| 12:45PM | 6 | MORE FINELY -- IF WE DID ENROLL IN PT FOR THERANOS METHODS, WE |
| 12:46PM | 7 | WOULD NEED TO DO AN ALTERNATIVE ASSESSMENT PROCEDURE IN ANY |
| 12:46PM | 8 | EVENT, BECAUSE THE RESULTS WOULD BE UNGRADED (FEWER THAN 10 |
| 12:46PM | 9 | PARTICIPANTS).  UNGRADED EVENTS HAVE TO UNDERGO AN AAP |
| 12:46PM | 10 | ACCORDING TO CLIA REGS." |
| 12:46PM | 11 | DO YOU SEE THAT? |
| 12:46PM | 12 | A.   YES, I SEE THAT. |
| 12:46PM | 13 | Q.   AND THE ISSUE OF "BECAUSE THE RESULTS WOULD BE UNGRADED" |
| 12:46PM | 14 | AS DR. ROSENDORFF WROTE, RELATES TO THE FACT THAT TO THE EXTENT |
| 12:46PM | 15 | THAT YOU SENT IN THE RESULTS FROM YOUR RUNNING THE PT SAMPLES, |
| 12:46PM | 16 | THERE WAS NOT A SUFFICIENTLY LARGE PEER GROUP WITH WHICH TO |
| 12:46PM | 17 | COMPARE THOSE RESULTS. |
| 12:46PM | 18 | IS THAT WHAT DR. ROSENDORFF IS WRITING HERE? |
| 12:46PM | 19 | A.   I BELIEVE THAT'S WHAT HE'S SAYING THERE. |
| 12:46PM | 20 | Q.   OKAY.  WHICH MEANS THAT THERE WAS NO PEER GROUP AGAINST |
| 12:46PM | 21 | WHICH TO MEASURE THE RESULTS THAT YOU JUST PROVIDED TO THE |
| 12:46PM | 22 | AGENCY; CORRECT? |
| 12:46PM | 23 | A.   THERE WOULDN'T HAVE BEEN OTHER LABS RUNNING EDISONS IS ALL |
| 12:46PM | 24 | THAT MEANS. |
| 12:46PM | 25 | Q.   AND THEN CONTINUING ON AT THE TOP OF THE PAGE ON 1570 YOU |

PANDORI CROSS BY MR. CAZARES                                          1815

12:47PM  1    RESPOND TO DR. ROSENDORFF, COPYING MR. BALWANI, DR. YOUNG, AND

12:47PM  2    OTHERS.

12:47PM  3        DO YOU SEE THAT?

12:47PM  4    A.   YEAH, I DO.

12:47PM  5    Q.   AND YOU WROTE, "ADAM,

12:47PM  6        "SEEMS THAT THE THING TO DO WOULD BE TO REPORT THE

12:47PM  7    THERANOS METHODS, AS THEY ARE OUR PRIMARY METHODS.  THIS WOULD

12:47PM  8    KEEP US IN FULL COMPLIANCE WITH THE REGS, AND THE LACK OF A

12:47PM  9    PEER GROUP WOULD TRIGGER AN 'UNGRADED' SCORE, WHICH WOULD ALLOW

12:47PM  10   US TO EVALUATE OUR PERFORMANCE."

12:47PM  11       DO YOU SEE THAT?

12:47PM  12   A.   YES.

12:47PM  13   Q.   AND THEN "FOR ANY TESTS THAT SEEM TO HAVE MATRIX EFFECTS,

12:47PM  14   THIS EVALUATION OF OUR PERFORMANCE COULD INCLUDE THE TESTING OF

12:47PM  15   5 PATIENT SPECIMENS INSTEAD OF PT SURVEY SAMPLES."

12:47PM  16       DO YOU SEE THAT?

12:47PM  17   A.   OH, YEAH, I SEE THAT.

12:47PM  18   Q.   OKAY.  SO YOU WERE AGREEING WITH DR. ROSENDORFF THAT

12:47PM  19   RUNNING THE PT ON THE EDISON AND REPORTING THE RESULTS TO THE

12:47PM  20   AGENCY WOULD RESULT IN THIS UNGRADED BECAUSE OF THE LACK OF A

12:47PM  21   LARGE ENOUGH PEER GROUP; CORRECT?

12:47PM  22   A.   IT WOULD -- PROBABLY, YEAH.  I DON'T KNOW WHAT NEW YORK'S

12:48PM  23   PROCEDURE WOULD BE IN THAT CASE.

12:48PM  24   Q.   OKAY.  BUT THAT'S WHAT YOU WROTE HERE IN THE MESSAGE.  YOU

12:48PM  25   AGREED WITH HIM THAT THE UNGRADED RESULTS WOULD STILL HAPPEN?

PANDORI CROSS BY MR. CAZARES                                    1816

12:48PM  1        A.    IT'S LIKELY.

12:48PM  2        Q.    OKAY.  AND THEN THE LAB WOULD THEN REVERT TO THIS INTERNAL

12:48PM  3    AAP PROCESS OF TESTING FIVE PATIENT SAMPLES INSTEAD OF THE PT

12:48PM  4    SAMPLES FROM THE AGENCY; CORRECT?

12:48PM  5        A.    THIS WAS A SUGGESTION OF MINE THAT WE RUN SOME KIND OF

12:48PM  6    PATIENT SPECIMENS FOR WHICH WE HAD KNOWN VALUES, AND AT THIS

12:48PM  7    TIME I DIDN'T KNOW WHAT OUR SOP WAS.  I'M JUST TRYING TO FIND A

12:48PM  8    WAY TO DO PT ON THESE FOR THESE TESTS.  THAT'S ALL I'M DOING

12:48PM  9    HERE.

12:48PM 10        Q.    UNDERSTOOD.

12:48PM 11              AND THEN BELOW THAT YOU WROTE, "WE WOULD HAVE TO MAINTAIN

12:48PM 12    THE DATA/EVIDENCE ON FILE THAT CERTAIN OF OUR TESTS ARE

12:48PM 13    AFFECTED BY THE PT MATRIX, AND THIS WOULD BE OUR SCIENTIFIC

12:49PM 14    RATIONALE FOR EVALUATING THE PERFORMANCE OF SUCH TESTS INSTEAD

12:49PM 15    OF ACTUAL SPECIMENS."

12:49PM 16              DO YOU SEE THAT?

12:49PM 17        A.    I SEE THAT.

12:49PM 18        Q.    SO THE RECORDS FROM THIS INTERNAL PROCESS WOULD HAVE TO BE

12:49PM 19    MAINTAINED TO PROVIDE JUSTIFICATION LATER ON IF NEEDED;

12:49PM 20    CORRECT?

12:49PM 21        A.    RIGHT.  WE WOULD HAVE TO BE ABLE TO JUSTIFY LATER ON THE

12:49PM 22    FACT THAT WE WERE DOING PT DIFFERENTLY THAN ANYONE ELSE.

12:49PM 23        Q.    BUT THE RESULTS OF THIS INTERNAL STUDY WOULD NOT BE

12:49PM 24    REPORTED OUT THEMSELVES TO THE PT AGENCY; CORRECT?

12:49PM 25        A.    RIGHT.  UNLIKE NORMAL PT, THE GOVERNMENT WOULD NOT RECEIVE

ER-1173

12:49PM   1    THOSE RESULTS.

12:50PM   2    Q.   IF WE CAN TAKE A LOOK AT 1589.   1589.

12:50PM   3    A.   YES.

12:50PM   4    Q.   I THINK IT'S ALSO IN EVIDENCE.

12:50PM   5         YOUR HONOR, MAY WE PUBLISH?

12:50PM   6              THE COURT:   YES.

12:50PM   7    BY MR. CAZARES:

12:50PM   8    Q.   DO YOU SEE 1589 IS ON THE SCREEN, DR. PANDORI?

12:50PM   9    A.   YES.

12:50PM  10    Q.   AND YOU ALSO HAVE IT.

12:50PM  11         IT'S AN EMAIL CHAIN, THE LATTER OF WHICH IS AT THE TOP

12:50PM  12    PAGE FROM DANIEL YOUNG TO YOURSELF, ALSO TO MR. BALWANI,

12:50PM  13    DR. ROSENDORFF, AN INDIVIDUAL NAMED PAUL PATEL, COPYING

12:50PM  14    MS. HOLMES.

12:50PM  15         DO YOU SEE THAT?

12:50PM  16    A.   I SEE SEVERAL EMAILS.

12:50PM  17    Q.   OKAY.  AT THE TOP OF THE PAGE?

12:50PM  18    A.   AT THE TOP OF THE PAGE IS AN EMAIL FROM JAMIE LIU TO

12:51PM  19    ERIKA CHEUNG.

12:51PM  20    Q.   YES.  AND IF YOU COULD TURN TO THE SECOND PAGE OF 1589.

12:51PM  21    A.   OKAY.

12:51PM  22    Q.   AND THE EMAIL CHAIN STARTS WITH A MESSAGE FROM YOURSELF TO

12:51PM  23    LANGLY GEE, ERIKA CHEUNG, JAMIE LIU, AND THEN THERE'S A COPY TO

12:51PM  24    ADAM ROSENDORFF.

12:51PM  25         DO YOU SEE THAT?

PANDORI CROSS BY MR. CAZARES                                    1818

12:51PM   1     A.    YES.

12:51PM   2     Q.    AND THE MESSAGE READS, "ALL,

12:51PM   3           "AS PER OUR EARLIER DISCUSSION:

12:51PM   4           "WE WILL BE APPLYING A NEW QUALITY MEASURE TO OUR EDISON

12:51PM   5     TESTS.

12:51PM   6           "GOING FORWARD ONCE PER WEEK WE WILL BE COLLECTING AND

12:51PM   7     COMPARING 5 SAMPLES AS FOLLOWS:"

12:51PM   8           AND THEN THERE'S A DESCRIPTION OF VENIPUNCTURE ON

12:51PM   9     PREDICATE; VENIPUNCTURE ON EDISON; FINGERSTICK ON EDISON.

12:52PM  10           DO YOU SEE THAT?

12:52PM  11     A.    YES.

12:52PM  12     Q.    AND THIS IS -- THIS INTERNAL PROCESS AND QUALITY STUDY

12:52PM  13     THAT WE HAVE ALREADY DISCUSSED THAT WAS BEING DONE, THIS WAS AN

12:52PM  14     INTERNAL QUALITY STUDY REGARDING THIS USE OF FIVE SAMPLES

12:52PM  15     INTERNALLY IN LIEU OF DOING PT TO FIGURE OUT THIS AAP ISSUE;

12:52PM  16     CORRECT?

12:52PM  17     A.    CORRECT.

12:52PM  18     Q.    IF YOU CAN TURN TO THE BOTTOM OF PAGE 1?

12:52PM  19     A.    YES.

12:52PM  20     Q.    DO YOU SEE THERE'S A MESSAGE FROM MR. BALWANI TO YOURSELF

12:52PM  21     COPYING LANGLY GEE, DR. YOUNG, DR. SIVARAMAN, DR. SAKSENA,

12:52PM  22     DR. ROSENDORFF, TINA LIN, AND SOME OF THE LAB ASSOCIATES.

12:52PM  23           DO YOU SEE THAT?

12:52PM  24     A.    YES.

12:52PM  25     Q.    AND YOU SEE THAT MR. BALWANI WAS MADE AWARE OF THIS

PANDORI CROSS BY MR. CAZARES                                    1819

12:53PM    1        INTERNAL STUDY THAT WAS BEING PERFORMED AT YOUR REQUEST;

12:53PM    2        CORRECT?

12:53PM    3        A.   YES.

12:53PM    4        Q.   OKAY.  AND MR. BALWANI WROTE, "PLEASE MAKE SURE THAT

12:53PM    5        EDTA-PLASMA (OR AN APPROPRIATE MATRIX) IS USED FOR EDISONS AND

12:53PM    6        THE APPROPRIATE ONES FOR PREDICATE METHODS."

12:53PM    7             DO YOU SEE THAT?

12:53PM    8        A.   I DO.

12:53PM    9        Q.   AND MR. BALWANI PROVIDES SUGGESTIONS ABOUT THE STUDY.

12:53PM   10             DO YOU SEE THAT?

12:53PM   11        A.   YES, I DO.

12:53PM   12        Q.   OKAY.  HE'S AGREEING THAT THE STUDY SHOULD BE PERFORMED;

12:53PM   13        CORRECT?

12:53PM   14        A.   HE'S AGREEING THAT THE STUDY SHOULD BE PERFORMED --

12:53PM   15        INITIATED.

12:53PM   16        Q.   OKAY.  AND IT WAS INITIATED; CORRECT?

12:53PM   17        A.   IT'S BEEN EIGHT YEARS.  I DON'T REMEMBER.

12:53PM   18        Q.   PASSAGE OF TIME MAKES RECOLLECTION DIFFICULT?

12:54PM   19        A.   SOMETIMES.

12:54PM   20        Q.   FURTHER UP ON THE MESSAGE DR. ROSENDORFF RESPONDS TO

12:54PM   21        MR. BALWANI ON FEBRUARY 25TH, 2014.

12:54PM   22             "SUNNY,

12:54PM   23             "JUST TO CLARIFY, EDISONS ARE EDTA-PLASMA AND THE MAJORITY

12:54PM   24        OF IMMUNOASSAYS ON THE PREDICATE INSTRUMENTS ARE SERUM."

12:54PM   25             DO YOU SEE THAT?

ER-1176

12:54PM   1    A.   YES.

12:54PM   2    Q.   AND THEN HE ALSO WRITES, "WITH THIS STUDY, WE WILL COLLECT

12:54PM   3    EDTA-PLASMA CTN'S AND THE RIGHT VACUTAINER FOR THE PREDICATE

12:54PM   4    ASSAYS."

12:54PM   5         SO THIS IS, AGAIN, COMPARING THE EDISON TO THE PREDICATE

12:54PM   6    DEVICES; CORRECT?

12:54PM   7    A.   YES.  THIS IS ADAM, DR. ROSENDORFF, MAKING SURE THAT THE

12:54PM   8    CORRECT SPECIMENS ARE DRAWN FOR THE ASSAYS AT HAND.

12:54PM   9    Q.   AND THEN MR. BALWANI RESPONDS TO DR. ROSENDORFF, "THIS IS

12:54PM  10    WHAT WE DID FOR ALL OF OUR VALIDATION WORK WE DID FOR EACH OF

12:54PM  11    THESE ASSAYS WHEN WE BROUGHT THEM FOR CLIA."

12:55PM  12         DO YOU SEE THAT?

12:55PM  13    A.   YES.

12:55PM  14    Q.   "I AM NOT SURE WHAT NEW INFORMATION WE WILL GET BUT IF YOU

12:55PM  15    WANT TO RERUN THIS ONCE TO GENERATE QC DATA, I HAVE NO ISSUES

12:55PM  16    WITH THE FOLLOWING AS COMMUNICATED YESTERDAY.  THIS ONE TIME

12:55PM  17    STUDY WILL BE USEFUL TO CLARIFY ANY CONFUSION CAUSED BY THE PT

12:55PM  18    SAMPLES."

12:55PM  19         DO YOU SEE THAT?

12:55PM  20    A.   YES.

12:55PM  21    Q.   AND SO, AGAIN, MR. BALWANI WAS AGREEING THAT THE STUDY

12:55PM  22    COULD AND SHOULD BE PERFORMED; CORRECT?

12:55PM  23    A.   ONCE, YES.

12:55PM  24    Q.   DR. ROSENDORFF, IF YOU CAN TAKE A LOOK AT WHAT IS

12:55PM  25    WITHIN --

PANDORI CROSS BY MR. CAZARES                                    1821

12:55PM   1              THE COURT:  DR. PANDORI.

12:55PM   2              MR. CAZARES:  I'M SORRY?

12:55PM   3              THE COURT:  PANDORI.

12:56PM   4      BY MR. CAZARES:

12:56PM   5      Q.   DR. PANDORI, IF YOU CAN TAKE A LOOK AT WHAT IS IN THE

12:56PM   6      BINDER 2 FOR THE DEFENSE EXHIBIT 20258.

12:56PM   7      A.   WHICH NUMBER?

12:56PM   8      Q.   20258.

12:56PM   9      A.   I'M THERE.

12:56PM  10      Q.   OKAY.  AND 20258 APPEARS TO BE AN EMAIL CHAIN, THE LATTER

12:56PM  11      OF WHICH AT THE TOP OF THE FIRST PAGE IS DATED FEBRUARY 25,

12:56PM  12      2014, A MESSAGE FROM MR. BALWANI TO YOURSELF.

12:56PM  13           DO YOU SEE THAT?

12:56PM  14      A.   YES.

12:56PM  15      Q.   AND AGAIN, WITHIN THE TIME PERIOD THAT YOU WORKED AT

12:56PM  16      THERANOS, EMAIL WAS USED REGULARLY TO COMMUNICATE WITHIN THE

12:56PM  17      CLIA LAB AND WITH OTHERS?

12:56PM  18      A.   YES.

12:56PM  19              MR. CAZARES:  MOVE TO ADMIT 20258, YOUR HONOR.

12:57PM  20              MR. BOSTIC:  IS THIS COMING IN AS A BUSINESS RECORD,

12:57PM  21      YOUR HONOR?

12:57PM  22              THE COURT:  I BELIEVE IT IS.

12:57PM  23           IS THAT THE FOUNDATION?

12:57PM  24              MR. CAZARES:  YES, YOUR HONOR.

12:57PM  25              MR. BOSTIC:  NO OBJECTION.

PANDORI CROSS BY MR. CAZARES                                    1822

12:57PM  1          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:57PM  2          (DEFENDANT'S EXHIBIT 20258 WAS RECEIVED IN EVIDENCE.)

12:57PM  3     BY MR. CAZARES:

12:57PM  4     Q.   STARTING AT THE LAST PAGE OF THE EXHIBIT, PAGE 3 JUST TO

12:57PM  5     ORIENT US, DO YOU SEE THERE'S A MESSAGE FROM DR. ROSENDORFF TO

12:57PM  6     CLIA.LAB.

12:57PM  7          DO YOU SEE THAT?

12:57PM  8     A.   YEAH.  YES.

12:57PM  9     Q.   AND DR. ROSENDORFF WRITES, "WHEN WE GET A VENOUS TUBE ONLY

12:57PM 10     FROM WAG THAT REQUIRES A VENOUS ONLY TEST AND ALSO REQUIRES A

12:57PM 11     TEST FOR VITAMIN D, TSH, PSA, OR FT4, IN ADDITION TO RUNNING AN

12:57PM 12     EDISON TEST FOR THE LATTER 4 ASSAYS, WE SHOULD ALSO RUN TESTING

12:58PM 13     ON THE PREDICATE INSTRUMENTS PARALLEL AS FOLLOWS," AND HE LISTS

12:58PM 14     VITAMIN B, DIASORIN; TSH, IMMULITE; FT4, IMMULITE; TPSA,

12:58PM 15     IMMULITE.

12:58PM 16          AND THEN, "PLEASE GIVE BOTH THE EDISON RESULT AND THE

12:58PM 17     PREDICATE RESULT TO LANGLY TO BE INCLUDED IN THE SPREADSHEET."

12:58PM 18          DO YOU SEE THAT?

12:58PM 19     A.   I SEE THAT.

12:58PM 20     Q.   AND THIS IS COMPARING THE EDISON TO THE PREDICATE DEVICES?

12:58PM 21     A.   YES.

12:58PM 22     Q.   FURTHER UP IN THE CHAIN ON PAGE 1 THERE'S A MESSAGE FROM

12:58PM 23     YOURSELF TO MR. BALWANI ON FEBRUARY 25, 2014.

12:58PM 24          DO YOU SEE THAT?

12:58PM 25     A.   YES.

PANDORI CROSS BY MR. CAZARES                                      1823

12:58PM  1    Q.   AND IN THE MESSAGE YOU SAY "THANK YOU FOR THIS."

12:58PM  2         "TO CLARIFY, SHALL I HOLD OFF ON INITIATING THE QC MEASURE

12:59PM  3    WE DISCUSSED IN YOUR OFFICE YESTERDAY?

12:59PM  4         "I'VE ALREADY ORGANIZED ALL THE CTN AND DRAWING

12:59PM  5    REQUIREMENTS WITH IN-HOUSE STUDIES AND BCD.

12:59PM  6         "AND I'VE DISCUSSED EXECUTION WITH A SMALL INTRA-CLIA

12:59PM  7    TEAM, INCLUDING LANGLY WHOM I'VE PUT IN CHARGE.

12:59PM  8         "THE PROPER SPECIMEN TYPES PER METHOD WERE GOING TO BE

12:59PM  9    USED AND RESULTS COMPARED."

12:59PM  10        DO YOU SEE THAT?

12:59PM  11   A.   YES.

12:59PM  12   Q.   AND AGAIN, THIS IS AN INTERNAL STUDY COMPARING EDISON TO

12:59PM  13   PREDICATE?

12:59PM  14   A.   YES.

12:59PM  15   Q.   BUT YOU WERE ASKING MR. BALWANI WHETHER YOU SHOULD HOLD

12:59PM  16   OFF ON INITIATING THE QC MEASURE.

12:59PM  17        DO YOU SEE THAT?

12:59PM  18   A.   YES.

12:59PM  19   Q.   AND DOCTOR -- MR. BALWANI AT THE TOP OF THE PAGE RESPONDS,

12:59PM  20   "I WOULD LIKE TO DO THIS FOR THESE 4 ASSAYS THIS WEEK AND

12:59PM  21   ADDITIONAL ASSAYS AT LEAST ONCE SO WE HAVE THE DATA AND WE CAN

12:59PM  22   ELIMINATE THE DOUBT THAT THE PT SAMPLES HAVE CREATED IN SOME

12:59PM  23   PEOPLE'S MINDS."

12:59PM  24        DO YOU SEE THAT?

12:59PM  25   A.   YES.

PANDORI CROSS BY MR. CAZARES                                    1824

12:59PM   1    Q.   AND SO, AGAIN, MR. BALWANI AGREED THAT THIS STUDY SHOULD

12:59PM   2    PROCEED?

12:59PM   3    A.   IS THIS REFERRING -- I'M NOT SURE WHAT STUDY HE'S

01:00PM   4    REFERRING TO EXACTLY.

01:00PM   5    Q.   MR. BALWANI'S MESSAGE AT THE TOP OF EXHIBIT 20258.

01:00PM   6         DO YOU SEE THAT?

01:00PM   7    A.   YES.

01:00PM   8    Q.   AND IT'S A RESPONSE TO YOUR MESSAGE RIGHT BELOW; CORRECT?

01:00PM   9    A.   YES.

01:00PM  10    Q.   AND YOUR MESSAGE SAYS, "TO CLARIFY, SHALL I HOLD OFF ON

01:00PM  11    INITIATING THE QC MEASURE?"

01:00PM  12         DO YOU SEE THAT?

01:00PM  13    A.   YES.

01:00PM  14    Q.   AND IN RESPONSE MR. BALWANI SAYS, "I WOULD LIKE TO DO THIS

01:00PM  15    FOR THESE 4 ASSAYS THIS WEEK."

01:00PM  16         DO YOU SEE THAT?

01:00PM  17    A.   I SEE THAT, YES.

01:00PM  18    Q.   AND SO MR. BALWANI WAS AGREEING TO PROCEED WITH THE QC

01:00PM  19    MEASURE; CORRECT?

01:00PM  20    A.   YES.

01:00PM  21    Q.   AND MR. BALWANI CONTINUES WITHIN THAT SAME FIRST SENTENCE

01:00PM  22    AFTER THIS WEEK, "AND ADDITIONAL ASSAYS AT LEAST ONCE SO WE

01:01PM  23    HAVE THE DATA AND WE CAN ELIMINATE THE DOUBT THAT THE PT

01:01PM  24    SAMPLES HAVE CREATED IN ME PEOPLE'S MINDS."

01:01PM  25         DO YOU SEE THAT?

ER-1181

PANDORI CROSS BY MR. CAZARES                    1825

01:01PM   1      A.   YES.

01:01PM   2      Q.   AND THIS ISSUE REGARDING THE PT EXPERIMENT USING THE

01:01PM   3      NEW YORK SAMPLES WITHIN THE CLINICAL LAB ON THE EDISON RAISED

01:01PM   4      QUESTIONS WITHIN THE LABORATORY AMONGST STAFF; CORRECT?

01:01PM   5      A.   CORRECT.

01:01PM   6      Q.   ALSO QUESTIONS BEING RAISED BY PERSONS OUTSIDE OF THE

01:01PM   7      CLINICAL LAB, YOU'RE AWARE OF THAT?

01:01PM   8      A.   OUTSIDE OF THE CLINICAL LAB?  YOU MEAN EMPLOYEES AT

01:01PM   9      THERANOS OUTSIDE?

01:01PM  10      Q.   YES.

01:01PM  11      A.   YES.

01:01PM  12      Q.   AND YOU SEE MR. BALWANI WANTS YOU TO PROCEED WITH THIS

01:01PM  13      QUALITY MEASURE AS YOU'VE DESCRIBED TO IN ORDER TO TRY TO PUT

01:01PM  14      TO REST THOSE QUESTIONS AND CONCERNS; CORRECT?

01:01PM  15           MR. BOSTIC:  OBJECTION.  CALLS FOR SPECULATION AND

01:02PM  16      FOUNDATION.

01:02PM  17           THE COURT:  SUSTAINED ON SPECULATION.

01:02PM  18      BY MR. CAZARES:

01:02PM  19      Q.   I'LL CONTINUE.  GOING BACK TO THE MESSAGE.

01:02PM  20           MR. BALWANI WROTE, "BUT I WOULD LIKE THIS PERFECTLY

01:02PM  21      PLANNED.  YOU SHOULD INCLUDE SURAJ AND DANIEL AND SAM SO THEY

01:02PM  22      MAKE SURE WE HAVE THE RIGHT CARTRIDGES, RIGHT PROCESSES AND

01:02PM  23      RIGHT DATA (BASICALLY DO IT IN THE NORMANDY LAB AS THERE

01:02PM  24      EVERYTHING DOES RUN CORRECTLY) SO WE DO THIS RIGHT."

01:02PM  25           DO YOU SEE THAT?

PANDORI CROSS BY MR. CAZARES                                    1826

01:02PM   1    A.   I DO.

01:02PM   2    Q.   AND DANIEL IS DANIEL YOUNG?

01:02PM   3    A.   YES.

01:02PM   4    Q.   AND SURAJ IS DR. SAKSENA?

01:02PM   5    A.   I THINK SO.

01:02PM   6    Q.   OKAY.  AND SAM IS -- I BELIEVE HE'S A DOCTOR.  I'M NOT

01:02PM   7    SURE.  MR. SAM ANEKAL?  DO YOU KNOW WHO SAM ANEKAL IS?

01:02PM   8    A.   I RECOGNIZE -- WHEN YOU SAY THE NAME, IT RESONATES WITH

01:02PM   9    ME.

01:02PM  10    Q.   WITHIN THAT SAME BINDER, DR. PANDORI, IF YOU COULD TAKE A

01:03PM  11    LOOK AT EXHIBIT 20282.

01:03PM  12    A.   YES.

01:03PM  13    Q.   AND THE FIRST PAGE AT THE TOP REFERENCES A MESSAGE FROM

01:03PM  14    YOURSELF TO MR. BALWANI ON FEBRUARY 27, 2014.

01:03PM  15         DO YOU SEE THAT?

01:03PM  16    A.   YES.

01:03PM  17    Q.   OKAY.

01:03PM  18         MOVE TO ADMIT EXHIBIT 20282, YOUR HONOR.

01:03PM  19              MR. BOSTIC:  NO OBJECTION.

01:03PM  20              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:03PM  21         (DEFENDANT'S EXHIBIT 20282 WAS RECEIVED IN EVIDENCE.)

01:03PM  22    BY MR. CAZARES:

01:03PM  23    Q.   AND IF YOU CAN TURN TO THE TOP OF THE SECOND PAGE,

01:04PM  24    DR. PANDORI.

01:04PM  25    A.   YES.

ER-1183

PANDORI CROSS BY MR. CAZARES                                    1827

01:04PM   1    Q.   AND THERE'S A MESSAGE FROM MR. BALWANI TO DR. ROSENDORFF,

01:04PM   2    YOURSELF, LI DING-CHIANG, HODA ALAMDAR, DANIEL YOUNG, AND

01:04PM   3    BRAD ARINGTON.

01:04PM   4         DO YOU SEE THAT?

01:04PM   5    A.   YES.

01:04PM   6    Q.   AND THE MESSAGE READS:

01:04PM   7         "ADAM/MARK,

01:04PM   8         "ELIZABETH MET WITH CHARLES ROUSSEL, CEO OF CAP, HERE IN

01:04PM   9    OUR OFFICE TODAY ON OUR BROADER COLLABORATION EFFORTS WITH THEM

01:04PM   10   OVER THE NEXT FEW YEARS.  AS SHARED IN THE PAST, WE HAVE

01:04PM   11   EXCELLENT RELATIONSHIP WITH HIM.

01:04PM   12        "HE ALSO CONFIRMED OUR POSITION ON AAP AND PT AS DISCUSSED

01:04PM   13   YESTERDAY AND AS WE HAVE ALWAYS KNOWN.  WE ARE GOING TO BE

01:04PM   14   WORKING WITH CAP CLOSELY OVER COMING MONTHS TO DO SOME

01:04PM   15   BENEFICIAL THINGS WHICH WILL BE GOOD FOR LAB BUSINESSES

01:04PM   16   EVERYWHERE AND CERTAINLY FOR US."

01:04PM   17        DO YOU SEE THAT?

01:04PM   18   A.   YES.

01:04PM   19   Q.   AND CAP IS ONE OF THE PROFICIENCY TESTING AGENCIES AMONG

01:04PM   20   OTHERS; CORRECT?

01:04PM   21   A.   THEY HAPPEN TO OFFER PROFICIENCY TESTING SERVICES.  THEY

01:04PM   22   ARE THEMSELVES AN ACCREDITING BODY AS WELL.

01:05PM   23   Q.   AND CHARLES ROUSSEL, HE'S AN EXECUTIVE AT CAP, OR WAS AT

01:05PM   24   THE TIME?

01:05PM   25   A.   I DON'T RECOGNIZE THE NAME.

PANDORI CROSS BY MR. CAZARES                                        1828

01:05PM 1    Q.   AND CONTINUE WITH THE MESSAGE IF YOU CAN CONTINUE ON

01:05PM 2    PAGE 1, AT THE BOTTOM OF PAGE 1.

01:05PM 3    A.   YES.

01:05PM 4    Q.   YOU WROTE A MESSAGE TO MR. BALWANI ON FEBRUARY 26TH,

01:05PM 5    "SUNNY,

01:05PM 6        "ARE WE THINKING OF BECOMING ACCREDITED BY CAP,

01:05PM 7    EVENTUALLY?"

01:05PM 8    A.   I SEE THAT.

01:05PM 9    Q.   OKAY.  AND WAS THAT ATTRACTIVE TO YOU, POTENTIALLY

01:05PM 10   BECOMING ACCREDITED BY CAP AT THERANOS?

01:05PM 11   A.   THAT'S A GOOD IDEA, I THINK.

01:05PM 12   Q.   AND MR. BALWANI RESPONDED, "AT SOME POINT WE ARE THINKING

01:05PM 13   ABOUT THIS.  WE HAVE HAD CONCERNS THAT THE AUDITORS MAY BE FROM

01:05PM 14   COMPETITIVE LABS AND PETER HAS OFFERED TO MAKE SURE THAT THAT

01:05PM 15   DOESN'T HAPPEN AND HE PERSONALLY COULD LEAD THE INSPECTION

01:05PM 16   WHICH WILL BE KINDA COOL."

01:05PM 17        DO YOU SEE THAT?

01:05PM 18   A.   YES.

01:05PM 19   Q.   NOW, MR. BALWANI IS REFERENCING A CONCERN THAT I GUESS THE

01:05PM 20   CAP AUDITORS AS A PART OF THE ACCREDITATION MIGHT BE EMPLOYEES

01:05PM 21   OF OTHER LABORATORIES.

01:06PM 22        IS THAT WHAT HE'S SAYING?

01:06PM 23   A.   I THINK SO, YES.

01:06PM 24   Q.   OKAY.  AND A CONCERN THAT THOSE OTHER LABORATORIES MAY

01:06PM 25   LEARN INTERNAL TRADE SECRETS, METHODS USED BY THERANOS;

ER-1185

01:06PM  1    CORRECT?

01:06PM  2    A.   YES.

01:06PM  3    Q.   AND YOU RESPONDED AT THE TOP OF THE PAGE, "OKAY.  YOU READ

01:06PM  4    MY MIND.  I WAS GOING TO MENTION HOW THEY DO THEIR INSPECTIONS

01:06PM  5    AND HOW THE TEAM THAT COMES IN CAN BE FROM VARIOUS PLACES --

01:06PM  6    OTHER CORPORATE ENTITIES AS WELL."

01:06PM  7         DO YOU SEE THAT?

01:06PM  8    A.   YES.

01:06PM  9    Q.   AND YOU SAY, "SOUNDS VERY GOOD."

01:06PM 10         SO YOU RECOGNIZE AT THE TIME THAT, I GUESS, THIS ISSUE

01:06PM 11    RAISED BY MR. BALWANI ABOUT POTENTIAL EMPLOYEES FROM COMPETITOR

01:06PM 12    LABS BEING APART OF THE INSPECTION WERE AT THERANOS TO, I

01:06PM 13    GUESS, PARTICIPATE IN A CAP AND ACCREDITATION PROGRAM; CORRECT?

01:06PM 14    A.   I RECOGNIZE THAT IT WAS A POSSIBILITY THAT THAT MIGHT

01:06PM 15    HAPPEN BUT DIDN'T KNOW AT THAT MOMENT WHAT SOLUTIONS MAY EXIST

01:07PM 16    IN THAT.

01:07PM 17    Q.   OKAY.  FAIR ENOUGH.  THANK YOU.

01:07PM 18         IF YOU CAN TAKE A LOOK AT EXHIBIT 3526 IN VOLUME 1.  3526.

01:07PM 19    A.   OKAY.

01:07PM 20    Q.   DO YOU HAVE 3526?

01:07PM 21    A.   I SEE IT.

01:07PM 22    Q.   OKAY.  3526 IS AN EMAIL DATED MARCH 14TH, 2014.  IT

01:08PM 23    APPEARS TO BE FROM YOURSELF -- I MEAN, FROM MR. BALWANI TO YOU

01:08PM 24    COPYING SOME OTHERS RELATING TO VITAMIN D.

01:08PM 25         DO YOU SEE THAT?

PANDORI CROSS BY MR. CAZARES                                              1830

01:08PM   1      A.   YES.

01:08PM   2      Q.   AND AGAIN, EMAIL WAS USED AS A REGULAR MEANS OF

01:08PM   3      COMMUNICATION WITHIN THE CLINICAL LAB AS WELL AS WITH

01:08PM   4      MANAGEMENT; CORRECT?

01:08PM   5      A.   YES.

01:08PM   6           MR. CAZARES:  MOVE TO ADMIT 3526, YOUR HONOR.

01:08PM   7           MR. BOSTIC:  TWO LAYERS OF HEARSAY, YOUR HONOR.

01:08PM   8           THE COURT:  CAN YOU LAY A FURTHER FOUNDATION IF YOU

01:08PM   9      CAN, COUNSEL.

01:08PM   10          MR. CAZARES:  YES, YOUR HONOR.

01:08PM   11     Q.   WITHIN THE EMAIL CHAIN REFLECTED HERE, WE JUST TALKED

01:08PM   12     ABOUT IN THE LAST COUPLE OF MESSAGES IN THE LAST FEW MINUTES

01:08PM   13     THIS INTERNAL QUALITY MEASURE STUDY THAT WAS BEING PERFORMED ON

01:08PM   14     THE FOUR THERANOS ASSAYS COMPARING THE PREDICATE METHODS WITH

01:08PM   15     THE THERANOS METHODS; CORRECT?

01:08PM   16     A.   CORRECT.

01:08PM   17     Q.   AND THAT STUDY WAS DONE; CORRECT?

01:09PM   18     A.   TO MY KNOWLEDGE.

01:09PM   19     Q.   OKAY.  AND MR. BALWANI WAS MADE AWARE OF THAT STUDY,

01:09PM   20     CORRECT, AS WE'VE SEEN?

01:09PM   21     A.   YES.

01:09PM   22     Q.   YOURSELF ALSO AWARE OF IT AT THE TIME?

01:09PM   23     A.   YES.

01:09PM   24     Q.   AND DR. ROSENDORFF?

01:09PM   25     A.   YES.

ER-1187

01:09PM 1    Q.   OKAY.  YOU MENTIONED BEFORE THAT DR. SURAJ SAKSENA YOU

01:09PM 2    RECOGNIZED AS ONE OF THE SCIENTISTS WITHIN THE R&D LAB?

01:09PM 3    A.   YES.

01:09PM 4    Q.   AND DR. ANEKAL'S NAME YOU RECOGNIZED?

01:09PM 5    A.   I DO.

01:09PM 6    Q.   ALSO A SCIENTIST WITHIN THERANOS?

01:09PM 7    A.   SEEING IT SPELLED OUT, I ALSO RECOGNIZE IT NOW.

01:09PM 8    Q.   AND THESE ARE ALL PERSONS WHO PERIODICALLY WOULD BE

01:09PM 9    CONSULTED ABOUT ISSUES RELATED TO THE THERANOS DEVICE, TO THE

01:09PM 10   EXTENT QUESTIONS CAME UP ABOUT PERFORMANCE, ABOUT CARTRIDGES,

01:09PM 11   REAGENTS, THE CLINICAL SIDE WOULD PERIODICALLY CONSULT WITH THE

01:09PM 12   R&D SIDE AT TIMES; CORRECT?

01:10PM 13   A.   YES.

01:10PM 14   Q.   AND WITHIN THE MESSAGE MR. BALWANI SEEMS TO BE REPORTING

01:10PM 15   COMMUNICATIONS FROM THE R&D SIDE RELAYING IT TO THE CLINICAL

01:10PM 16   SIDE AS PART OF THESE DISCUSSIONS ABOUT THE QUALITY CONTROL

01:10PM 17   STUDY THAT YOU REQUESTED WITHIN THE CLINICAL LAB; CORRECT?

01:10PM 18   A.   CAN YOU RESTATE YOUR QUESTION, PLEASE.

01:10PM 19   Q.   MR. BALWANI IS REPORTING A COMMUNICATION REPORT FROM THE

01:10PM 20   R&D SIDE OF THERANOS TO YOURSELF, DR. ROSENDORFF, LANGLY GEE,

01:10PM 21   ALL WITHIN THE CLINICAL LAB COMMUNICATING RESULTS FROM THIS

01:10PM 22   INTERNAL STUDY REGARDING THE EDISON; CORRECT?

01:10PM 23   A.   THAT'S IMPLIED HERE, YES.

01:10PM 24        MR. CAZARES:  MOVE TO ADMIT, YOUR HONOR.

01:10PM 25        MR. BOSTIC:  SAME OBJECTION, YOUR HONOR.  I DON'T

01:10PM    1     THINK THIS QUALIFIES UNDER 803(6).  EVEN IF IT DID, IT WOULDN'T

01:10PM    2     ADDRESS THE EMBEDDED VERBAL OUT-OF-COURT STATEMENT.

01:11PM    3            THE COURT:  WELL, I DON'T THINK THERE'S A SUFFICIENT

01:11PM    4     803(6) FOUNDATION.  I THINK THERE'S SOME DOUBLE HEARSAY ON

01:11PM    5     THAT, SO I'LL SUSTAIN THE OBJECTION AT THIS POINT.

01:11PM    6            MR. CAZARES:  YES, YOUR HONOR.

01:11PM    7     Q.   DR. PANDORI, AGAIN, GETTING BACK TO THE ISSUE OF THE

01:11PM    8     NEW YORK PROFICIENCY TESTING EXPERIMENT, WHEN THAT HAPPENED,

01:11PM    9     AGAIN, ONE OF THE CONCERNS THAT YOU HAD WAS THAT THERANOS'S

01:11PM   10     CLINICAL LAB WASN'T REPORTING, WAS NOT TESTING AND REPORTING TO

01:11PM   11     THE NEW YORK AGENCY THE RESULTS OF PROFICIENCY TESTING SAMPLES

01:11PM   12     SUBMITTED BY NEW YORK TO THERANOS; CORRECT?

01:11PM   13     A.   CORRECT.

01:11PM   14     Q.   AND THAT WAS A CONCERN OF YOURS BECAUSE YOU BELIEVED THAT

01:11PM   15     THE LAB SHOULD BE REPORTING THE METHOD USED WITHIN THE LAB ON

01:11PM   16     PATIENT SAMPLES; CORRECT?

01:11PM   17     A.   METHOD OR METHODS, YES.

01:12PM   18     Q.   SO IF THERE WERE TWO METHODS, IN YOUR VIEW THE LAB SHOULD

01:12PM   19     REPORT BOTH?

01:12PM   20     A.   IF THEY'RE USED FOR PATIENT MANAGEMENT.

01:12PM   21     Q.   IT SHOULD BE REPORTED?

01:12PM   22     A.   YES.

01:12PM   23     Q.   WITHIN VALUE 1 OF THE DEFENSE BINDER YOU CAN TAKE A LOOK

01:12PM   24     AT EXHIBIT 1513.

01:12PM   25     A.   YES.

01:12PM  1    Q.   DO YOU HAVE 1513?  YOU GOT THERE FASTER THAN I DID.

01:12PM  2         OKAY.  1513.  AT THE TOP OF THE FIRST PAGE THERE APPEARS

01:12PM  3    TO BE A MESSAGE FROM ADAM ROSENDORFF TO A DAVID RAMOS, COPYING

01:12PM  4    A MR. GONG, AND COPYING YOURSELF.

01:13PM  5         DO YOU SEE THAT?

01:13PM  6    A.   YES.

01:13PM  7    Q.   AND I'M NOT SURE I SAID THE DATE.  FEBRUARY 5, 2014; IS

01:13PM  8    THAT THE DATE?

01:13PM  9    A.   YES.

01:13PM 10         MR. CAZARES:  OKAY.  MOVE TO ADMIT 1513, YOUR HONOR.

01:13PM 11         MR. BOSTIC:  IS THIS COMING IN AS A BUSINESS RECORD?

01:13PM 12         MR. CAZARES:  YES.

01:13PM 13         MR. BOSTIC:  NO OBJECTION.

01:13PM 14         THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

01:13PM 15         (DEFENDANT'S EXHIBIT 1513 WAS RECEIVED IN EVIDENCE.)

01:13PM 16    BY MR. CAZARES:

01:13PM 17    Q.   AND STARTING AT THE BACK -- PAGE 2.  THERE'S A MESSAGE ON

01:13PM 18    PAGE 2 FROM DAVID RAMOS TO SAM GONG.

01:13PM 19         DO YOU SEE THAT ON JANUARY 27TH?

01:13PM 20    A.   I DO.

01:13PM 21    Q.   AND MR. RAMOS SAYS, "HEY SAM,

01:13PM 22         "I WAS WONDERING IF YOU WERE GOING TO EMAIL ME THE

01:13PM 23    INFORMATION THAT I NEEDED IN REFERENCE TO THE THAN ANALYTES

01:13PM 24    THAT I CANNOT RUN ON ADVIA 1.  COULD YOU PLEASE ALSO EMAIL ME

01:13PM 25    THE REASONING BEHIND MY INABILITY TO RUN THOSE ANALYTES?  I

PANDORI CROSS BY MR. CAZARES                                        1834

01:13PM   1      KNOW YOU EXPLAINED IT TO ME BEFORE BUT IT WOULD BE HANDY TO

01:13PM   2      HAVE A WRITTEN COPY OF THAT INFORMATION."

01:14PM   3          DO YOU SEE THAT?

01:14PM   4      A.   YES.

01:14PM   5      Q.   AND ADVIA 1 IS A SIEMENS DEVICE USED AT THERANOS; RIGHT?

01:14PM   6      A.   IT'S A PREDICATE FDA APPROVED TESTING DEVICE.

01:14PM   7      Q.   AND IT WAS ALSO A PREDICATE DEVICE THAT WAS MODIFIED BY

01:14PM   8      THERANOS TO RUN FINGERSTICK SAMPLES; CORRECT?

01:14PM   9      A.   IT WAS A SIEMENS DEVICE.  YOU SAID ADVIA WAS A SIEMENS

01:14PM  10      DEVICE?

01:14PM  11      Q.   I'M ASKING YOU.

01:14PM  12      A.   YEAH.  I DON'T RECALL THAT PARTICULAR NAME RIGHT NOW.  IT

01:14PM  13      MAY HAVE BEEN ONE OF THEM THAT WAS HACKED, YEAH.

01:14PM  14      Q.   AND SO IS IT YOUR TESTIMONY THAT YOU DON'T RECALL WHETHER

01:14PM  15      A SIEMENS DEVICE WAS MODIFIED BY THERANOS TO RUN FINGERSTICK

01:14PM  16      SAMPLES?

01:14PM  17      A.   A SIEMENS DEVICE WAS MODIFIED.

01:14PM  18      Q.   OKAY.  AND YOU RECOGNIZE ADVIA AS BEING A SIEMENS DEVICE

01:14PM  19      ALSO?

01:14PM  20      A.   YES.

01:14PM  21      Q.   OKAY.  AND THEN TURNING TO THE FIRST PAGE OF 1513.  MID

01:15PM  22      PAGE THERE'S A MESSAGE FROM AGAIN MR. GONG BACK TO DAVID RAMOS.

01:15PM  23          DO YOU RECALL WHO DAVID RAMOS IS, BY THE WAY?

01:15PM  24      A.   DAVID RAMOS IS A CLINICAL LABORATORY SCIENTIST, WHICH IS A

01:15PM  25      LICENSED POSITION THAT ALLOWS HIM TO PERFORM DIAGNOSTIC TESTING

PANDORI CROSS BY MR. CAZARES                                    1835

01:15PM  1     AND REPORT THOSE RESULTS TO CLINICIANS.

01:15PM  2     Q.   SO HE'S THE LAYER OF PERSONNEL WITHIN THE CLINICAL LAB

01:15PM  3     ABOVE THE ASSISTANTS LIKE MS. CHEUNG; CORRECT?

01:15PM  4     A.   CORRECT.

01:15PM  5     Q.   AND SAM GONG, WAS HE A CLINICAL LAB EMPLOYEE?  DO YOU

01:15PM  6     RECALL?

01:15PM  7     A.   I DON'T RECALL HIM.

01:15PM  8     Q.   MR. GONG WROTE TO MR. RAMOS OR RESPONDED TO MR. RAMOS,

01:15PM  9     "HERE IS THE LIST OF ASSAYS ON ADVIA 1 THAT HAVE BEEN ALTERED

01:15PM 10     FROM THE PREDICATE PROTOCOL."

01:15PM 11          THEN THERE'S A LIST OF ASSAYS.  I WON'T ASK YOU TO NAME

01:15PM 12     ALL OF THEM, BUT THEY START WITH AAT.

01:15PM 13          WHAT IS AAT?

01:15PM 14     A.   THAT'S SOME KIND OF ALBUMIN TRANSFERASE OR -- I'M NOT SURE

01:15PM 15     WHAT THE ENZYME NAME IS.  IT'S A TRANSFERASE OF SOME KIND.

01:16PM 16     Q.   OKAY.  FURTHER DOWN THERE'S CARB 2.  WOULD THAT BE

01:16PM 17     BICARBONATE?

01:16PM 18     A.   YEAH.  AND THESE PARTICULAR INITIALS, I DON'T KNOW WHAT

01:16PM 19     CARB 2 IS REFERRING TO.  IT'S ANOTHER ANALYTE BIOCHEMICALLY.

01:16PM 20     Q.   AND ARE THESE GENERAL CHEMISTRY ASSAYS?

01:16PM 21     A.   YES.

01:16PM 22     Q.   AND AGAIN, EVERYONE HAS THEIR SPECIALTY.  GENERAL

01:16PM 23     CHEMISTRY WASN'T YOUR SPECIFICALLY?

01:16PM 24     A.   RIGHT.  IGA, IGM, AND IGG ARE ANTIBODIES.

01:16PM 25     Q.   AND THEN IN RESPONSE TO MR. GONG, DAVID RAMOS FORWARDS THE

PANDORI CROSS BY MR. CAZARES                                    1836

01:16PM   1    MESSAGE WITH THE LIST TO ADAM ROSENDORFF, AND THEN YOU SEE AT

01:16PM   2    THE TOP DR. ROSENDORFF WRITES TO MR. RAMOS COPYING SAM GONG AND

01:16PM   3    YOURSELF.

01:16PM   4        HE WROTE, "ALL,

01:16PM   5        "WE NEED ALL THESE METHODS CHANGED TO THE PREDICATE,

01:17PM   6    SIEMENS SETTING ASAP FOR THE PROFICIENCY EXERCISE DUE 2/6.

01:17PM   7    CURRENTLY ONLY IGA, IGM, AND IGG, TRF, AND HSCRP ARE RUN ON

01:17PM   8    THERANOS METHODS -- FOR PT THESE SHOULD BE TESTED ON BOTH

01:17PM   9    THERANOS AND PREDICATE METHODS.  WE WILL REPORT THE PREDICATE

01:17PM  10    NUMBERS FOR ALL ASSAYS."

01:17PM  11        DO YOU SEE THAT?

01:17PM  12    A.   YES.

01:17PM  13    Q.   OKAY.  AND IN THIS MESSAGE DR. ROSENDORFF IS INSTRUCTING

01:17PM  14    MR. RAMOS WITHIN THE CLINICAL LAB TO CHANGE THE METHODS ON THE

01:17PM  15    SIEMENS DEVICE TO THE PREDICATE METHOD; CORRECT?

01:17PM  16    A.   TO RUN THEM ON PREDICATE, YES.

01:17PM  17    Q.   OKAY.  AND FOR THE PT CHALLENGE ON FEBRUARY 6TH REFLECTIVE

01:17PM  18    MESSAGE, DR. ROSENDORFF IS ADVISING MR. RAMOS AND COPYING YOU

01:18PM  19    THAT THERANOS WILL REPORT THE PREDICATE RESULT AND NOT THE

01:18PM  20    EDISON RESULT; CORRECT?

01:18PM  21    A.   IT JUST SAYS, "WE WILL REPORT PREDICATE NUMBERS," IT

01:18PM  22    DOESN'T SAY NOT TO REPORT THE OTHER.

01:18PM  23    Q.   BUT DR. ROSENDORFF SAYS, "WE WILL REPORT THE PREDICATE

01:18PM  24    NUMBERS FOR ALL ASSAYS"; CORRECT?

01:18PM  25    A.   IT SAYS THAT.

01:18PM  1    Q.   OKAY.  AND YOU WERE COPIED ON THE MESSAGE?

01:18PM  2    A.   I'M COPIED ON THAT MESSAGE.

01:18PM  3    Q.   OKAY.  IF YOU CAN TAKE AT VOLUME 1, I'M PRETTY SURE I HAVE

01:18PM  4    THE RIGHT VOLUME, 5545.  5545.

01:18PM  5    A.   I'M THERE.

01:18PM  6    Q.   YOU'VE GOT IT?

01:19PM  7         55, AT THE TOP OF THE FIRST PAGE THERE'S A MESSAGE FROM

01:19PM  8    DAN EDLIN TO MS. HOLMES DATED 5-9-2014.

01:19PM  9         DO YOU SEE THAT?

01:19PM 10    A.   YES.

01:19PM 11    Q.   AND THEN FURTHER DOWN AT THE BOTTOM OF THE FIRST PAGE

01:19PM 12    AFTER THE FIRST TWO MESSAGES AT THE TOP THERE'S A STRING THAT

01:19PM 13    BEGINS WITH A MESSAGE FROM MR. GEE TO MR. EDLIN, BRAD ARINGTON,

01:19PM 14    DR. ROSENDORFF, AND YOURSELF.

01:19PM 15         DO YOU SEE THAT?

01:19PM 16    A.   YES.

01:19PM 17    Q.   ON MAY 8TH, 2014?

01:19PM 18         AND WITHIN THE LAB AT THERANOS, EMAIL COMMUNICATIONS WERE

01:19PM 19    A REGULAR MEANS OF COMMUNICATING ISSUES WITHIN THE LAB?

01:19PM 20    A.   THEY WERE.

01:19PM 21    Q.   AND WITH MANAGEMENT?

01:19PM 22    A.   YES.

01:20PM 23             MR. CAZARES:  MOVE TO ADMIT EXHIBIT 5545,

01:20PM 24    YOUR HONOR.

01:20PM 25             MR. BOSTIC:  HEARSAY AND RELEVANCE, YOUR HONOR.

01:20PM  1          MR. CAZARES:  AS TO HEARSAY, YOUR HONOR, I WOULD BE

01:20PM  2   OPEN TO, OF COURSE, REDACTING THE TOP TWO MESSAGES ON THE FIRST

01:20PM  3   PAGE THAT DO NOT INVOLVE DR. PANDORI.

01:20PM  4       THE REST OF THE CHAIN RELATING TO THIS ISSUE OF

01:20PM  5   PROFICIENCY TESTING RESULTS AND REPORTING INCLUDE DR. PANDORI

01:20PM  6   AND OTHERS WITHIN THE CLINICAL LAB.

01:20PM  7          MR. BOSTIC:  SAME OBJECTION, YOUR HONOR.

01:20PM  8          THE COURT:  THERE ARE ALSO SOME OTHER ATTACHMENTS.

01:20PM  9   ARE YOU SEEKING?

01:20PM  10          MR. CAZARES:  NOT FOR NOW -- I COULD AGREE -- I HAVE

01:20PM  11   TO AGREE, IF YOUR HONOR REQUIRES IT -- REDACTING THE FIRST TWO

01:20PM  12   MESSAGES ON PAGE 1 AND OMITTING THE ATTACHMENT.

01:20PM  13          THE COURT:  ALL RIGHT.  AND THIS IS UNDER 803(6)?

01:21PM  14          MR. CAZARES:  YES, YOUR HONOR.

01:21PM  15          THE COURT:  AND I THINK YOU ASKED THIS WITNESS

01:21PM  16   WHETHER OR NOT THE EMAILS WERE RECORDED IN A WAY AND RETAINED

01:21PM  17   SUCH THAT THEY COULD BE USED AGAIN FOR REFERENCE?

01:21PM  18       DID YOU ASK THAT QUESTION?

01:21PM  19          MR. CAZARES:  I DIDN'T BUT I CAN, YOUR HONOR.

01:21PM  20          THE COURT:  LET'S DO THAT.

01:21PM  21   BY MR. CAZARES:

01:21PM  22   Q.  DURING THE TIME YOU WERE AT THERANOS, AGAIN, EMAILS WERE

01:21PM  23   REGULARLY USED AS A MEANS OF COMMUNICATION BY YOURSELF AND

01:21PM  24   OTHERS WITHIN THE CLINICAL LAB AS WELL AS COMMUNICATION WITH

01:21PM  25   MANAGEMENT; CORRECT?

1839

01:21PM   1    A.   CORRECT.

01:21PM   2    Q.   AND WHILE YOU WERE AT THERANOS, OF COURSE, YOU WEREN'T

01:21PM   3    ALWAYS THERE THROUGH THE COURSE OF YOUR CAREER, BUT WHILE YOU

01:21PM   4    WERE THERE, YOU KEPT THOSE EMAILS; CORRECT?  YOU MAINTAINED

01:21PM   5    THEM?

01:21PM   6    A.   THEY WERE AUTOMATICALLY MAINTAINED IN AN EMAIL BOX -- THEY

01:21PM   7    WERE AUTOMATICALLY STORED IN AN EMAIL BOX MANAGED BY THERANOS

01:21PM   8    I.T.

01:21PM   9         MR. CAZARES:  MOVE TO ADMIT, YOUR HONOR.

01:21PM  10         THE COURT:  ALL RIGHT.  THANK YOU.

01:21PM  11    I'LL ADMIT IT WITH THE REDACTIONS AS INDICATED IN THE

01:21PM  12    EXHIBIT.  THE ATTACHMENT IS NOT BEING OFFERED AT THIS TIME.

01:21PM  13         MR. CAZARES:  THANK YOU, YOUR HONOR.

01:22PM  14    (DEFENDANT'S EXHIBIT 5545 WITH REDACTIONS WAS RECEIVED IN

01:22PM  15    EVIDENCE.)

01:22PM  16    BY MR. CAZARES:

01:22PM  17    Q.   IF WE CAN START WITH PAGE 4 OF THE REDACTED 5545.  AT THE

01:22PM  18    BOTTOM OF PAGE 4 YOU SEE THAT THERE'S A MESSAGE FROM DAN EDLIN

01:22PM  19    COPYING -- OR TO DR. ROSENDORFF TO YOURSELF MAY 5TH, 2014,

01:22PM  20    SUBJECT, UPDATED PT AUDIT RENEWAL SINCE 3/18.

01:22PM  21    DO YOU SEE THAT?

01:22PM  22    A.   YES.

01:22PM  23    Q.   AND IT SAYS, "HI ADAM AND MARK,

01:22PM  24    "HAVE UNDERGONE" -- "HAVE WE UNDERGONE," SORRY, "ANY NEW

01:22PM  25    PROFICIENCY TESTING OR AUDIT RENEWALS SINCE 3/18/14?  IF SO,

PANDORI CROSS BY MR. CAZARES                                    1840

01:22PM 1    CAN YOU PLEASE SEND ME A COPY OF THE REPORTS OR LICENSES?  EAH

01:22PM 2    HAS ASKED FOR THIS AS PART OF A PRESENTATION SHE IS COMPILING

01:22PM 3    FOR TOMORROW SO WE WOULD NEED THIS TONIGHT.

01:22PM 4         "THANKS FOR YOUR HELP.

01:22PM 5         "DAN."

01:22PM 6         DO YOU SEE THAT?

01:22PM 7    A.   YES.

01:22PM 8    Q.   AND NOW, DAN EDLIN, HE WAS NOT A CLINICAL LAB -- HE WAS

01:22PM 9    NOT PART OF THE CLINICAL LAB; CORRECT?

01:23PM 10   A.   I DON'T REMEMBER WHAT ROLE HE PLAYED.

01:23PM 11   Q.   OKAY.  YOU RECOGNIZE EAH AS ELIZABETH HOLMES?

01:23PM 12   A.   YES.

01:23PM 13   Q.   OKAY.  AND SO DAN EDLIN IS REQUESTING FROM YOURSELF AND

01:23PM 14   DR. ROSENDORFF WHETHER THERE ARE ANY NEW PROFICIENCY TESTING OR

01:23PM 15   AUDIT RENEWALS SINCE MARCH 18, 2014; CORRECT?

01:23PM 16   A.   CORRECT.

01:23PM 17   Q.   AND THIS IS BEING REQUESTED FOR THE PURPOSES OF A

01:23PM 18   PRESENTATION BY ELIZABETH HOLMES; CORRECT?

01:23PM 19   A.   YES.

01:23PM 20   Q.   AND DR. ROSENDORFF RESPONDS IN THE NEXT MESSAGE TO

01:23PM 21   DANIEL EDLIN, COPYING YOURSELF, "DANIEL, WE ARE CONTINUALLY

01:23PM 22   DOING PROFICIENCY TESTING.  LANGLY OR BRAD CAN FILL YOU IN ON

01:23PM 23   STATE BY STATE APPLICATION/STATUS."

01:23PM 24        DO YOU SEE THAT?

01:23PM 25   A.   I SEE THAT.

PANDORI CROSS BY MR. CAZARES                                1841

01:23PM  1    Q.   AND THEN EDLIN RESPONDS ADDING OTHERS TO THE MESSAGE.

01:23PM  2         "DO WE HAVE ANY UPDATED REPORTS OR LICENSES SINCE 3/18?"

01:23PM  3         DO YOU SEE THAT?

01:24PM  4    A.   YES.

01:24PM  5    Q.   AND THEN DR. ROSENDORFF RESPONDS AT THE BOTTOM OF PAGE 3,

01:24PM  6    "LANGLY," AND THEN IT CONTINUES ON PAGE 4 AT THE TOP, "MAYBE

01:24PM  7    SHOW OUR 100 PERCENT GRADE IN HEMATOLOGY?"

01:24PM  8         DO YOU SEE THAT?

01:24PM  9    A.   YES.

01:24PM  10   Q.   AND HEMATOLOGY IS AN ANALYTE THAT IS SUBJECT TO

01:24PM  11   PROFICIENCY TESTING REQUIREMENTS; CORRECT?

01:24PM  12   A.   YES.

01:24PM  13   Q.   AND HEMATOLOGY IS A CATEGORY OF TESTING THAT WAS RUN AT

01:24PM  14   THERANOS ON PREDICATE METHODS BUT ALSO ON THERANOS PROPRIETARY

01:24PM  15   METHODS; CORRECT?

01:24PM  16   A.   YES.

01:24PM  17   Q.   AND THEN CONTINUING ON THE MESSAGE, LANGLY GEE RESPONDS TO

01:24PM  18   DR. ROSENDORFF, YOURSELF, AND DAN EDLIN, COPYING ARINGTON.

01:24PM  19        "HERE ARE SURVEYS PERFORMED IN SCORES AND UPDATE TO

01:24PM  20   LICENSURES SINCE 3/18."

01:24PM  21        DO YOU SEE THAT?

01:24PM  22   A.   YES.

01:24PM  23   Q.   AND THEN THESE SCORES ARE FOR WHAT APPEAR TO BE TESTING

01:25PM  24   EVENTS, OR CHALLENGES, AT THERANOS INCLUDING MICROBIOLOGY,

01:25PM  25   TOXICOLOGY, HIV, INFECTIOUS DISEASE, CLINICAL MICROSCOPY AND

PANDORI CROSS BY MR. CAZARES                                1842

01:25PM  1    API HEMATOLOGY.

01:25PM  2         DO YOU SEE THAT?

01:25PM  3    A.   YES.

01:25PM  4    Q.   AS WELL AS INFECTIOUS DISEASE, SEROLOGY, AND THE SCORES

01:25PM  5    ARE ALL 100 PERCENT?

01:25PM  6    A.   YES.

01:25PM  7    Q.   AND THIS WOULD BE PROFICIENCY TESTING CHALLENGES CONDUCTED

01:25PM  8    IN THE CLINICAL LAB DURING THE TIME PERIOD THAT YOU WERE

01:25PM  9    WORKING IN THE CLINICAL LAB; CORRECT?

01:25PM  10   A.   YES.

01:25PM  11   Q.   IN RESPONSE TO MR. GEE FORWARDING THE PROFICIENCY TESTING

01:25PM  12   SCORES, MR. ARINGTON RESPONDS AT THE BOTTOM OF PAGE 2, "JUST A

01:25PM  13   COUPLE OF CLARIFICATIONS.  I BELIEVE THAT MARYLAND AND FLORIDA

01:25PM  14   ARE CURRENTLY VALID LICENSES, BUT ARE UP FOR RENEWAL ON THE

01:25PM  15   DATES NOTED BY LANGLY.  (PLEASE CONFIRM).  AS FOR NEW JERSEY,

01:26PM  16   THE RENEWAL IS PENDING OBTAINING A BIO ANALYTICAL LABORATORY

01:26PM  17   DIRECTOR LICENSE WITH THE NEW JERSEY BOARD OF MEDICINE AND I

01:26PM  18   BELIEVE ADAM IS TAKING CARE OF THAT."

01:26PM  19        DO YOU SEE THAT?

01:26PM  20   A.   I DO.

01:26PM  21   Q.   WERE YOU AWARE THAT THERANOS HAD CLINICAL LICENSES, CLIA

01:26PM  22   LICENSES IN STATES OTHER THAN CALIFORNIA?

01:26PM  23   A.   I RECALL THAT THEY WERE SEEKING THEM, AND I BELIEVE THEY

01:26PM  24   HAD THEM IN ARIZONA, BUT I WASN'T SURE OF THE ENTIRE SUITE.

01:26PM  25   Q.   AND THE MESSAGE IS REFERRING TO OTHER STATES THAT IT

ER-1199

01:26PM   1    APPEARS THAT THERANOS MAY HAVE HAD OR WAS PURSUING LICENSES;

01:26PM   2    CORRECT?

01:26PM   3    A.   YEAH, IT WOULD APPEAR SO.

01:26PM   4    Q.   AND THEN IN RESPONSE MR. GEE WRITES, "ALL," THIS IS THE

01:26PM   5    MIDDLE OF PAGE 2, "MARYLAND AND FLORIDA ARE CURRENT VALID

01:26PM   6    LICENSES AND THE RENEWAL DATES ARE LISTED.

01:26PM   7         "MARYLAND SHOULD BE SENDING THE RENEWAL PAPERWORK BY MAY

01:26PM   8    19TH, 2014."

01:27PM   9         DO YOU SEE THAT?

01:27PM  10    A.   YES.

01:27PM  11    Q.   AND THEN IN RESPONSE TO MR. GEE REPORTING THOSE LICENSE

01:27PM  12    STATUSES, THERE ARE MESSAGES FROM DAN EDLIN.

01:27PM  13         "PLEASE SEND THE LATEST VERSIONS OF THESE REPORTS IN PDF."

01:27PM  14         DO YOU SEE THAT?

01:27PM  15    A.   YES.

01:27PM  16    Q.   OKAY.  YOU CAN SET THAT ASIDE.

01:27PM  17              THE COURT:  COUNSEL, SHOULD WE TAKE OUR BREAK NOW

01:27PM  18    BEFORE YOU MOVE INTO ANOTHER AREA?  I DON'T WANT TO INTERRUPT

01:27PM  19    YOU.

01:27PM  20         WE WERE GOING TO BREAK AT 1:30.

01:27PM  21              MR. CAZARES:  YOUR HONOR, THIS IS A VERY GOOD SPOT,

01:27PM  22    YES.

01:27PM  23              THE COURT:  LET'S TAKE OUR AFTERNOON BREAK, LADIES

01:27PM  24    AND GENTLEMEN.  IT WILL BE 30 MINUTES, PLEASE, 30 MINUTES.

01:28PM  25         (JURY OUT AT 1:28 P.M.)

PANDORI CROSS BY MR. CAZARES                                          1844

01:28PM   1              THE COURT:  THE RECORD SHOULD REFLECT THAT THE JURY

01:28PM   2    HAS LEFT FOR BREAK.  DR. PANDORI HAS LEFT THE COURTROOM.

01:28PM   3         ALL COUNSEL AND THE DEFENDANT IS PRESENT.

01:28PM   4         I JUST WANT TO TALK ABOUT 20418, WHICH WAS THE GP 29-A2

01:29PM   5    CLIA DOCUMENT THAT WAS SOUGHT TO BE ADMITTED.

01:29PM   6         I JUST HAVE SOME QUESTIONS ABOUT -- WE HAD SOME ROBUST

01:29PM   7    DISCUSSION THIS MORNING REGARDING EXPERTISE AND, FOR EXAMPLE, I

01:29PM   8    DRAW YOUR ATTENTION TO PAGE 21 -- PAGE 31 OF THE DOCUMENT

01:29PM   9    THERE'S FORMULA 2 IS SOMETHING THAT I CAN'T DESCRIBE.

01:29PM  10         APPENDIX A HAS A CHART WITH AN X AND A Y AXIS THAT HAS

01:29PM  11    SOME INFORMATION ON IT.

01:29PM  12         I RAISE THESE POINTS TO SUGGEST THAT THIS IS A CONCERN

01:29PM  13    THAT I HAVE ABOUT THIS GOING TO THE JURY AND WHAT IS THE

01:29PM  14    RELEVANCE OF PAGE 29 OF THE EXHIBIT ALSO HAS FORMULA 1 THAT --

01:29PM  15    I'LL GIVE COUNSEL FIVE MINUTES TO SOLVE FOR US BEFORE WE GO

01:30PM  16    FORWARD IF YOU WANT.

01:30PM  17         MY POINT IS, WHAT IS THE RELEVANCE OF HAVING THE JURY HAVE

01:30PM  18    THE ENTIRETY OF THE DOCUMENT?  MY SENSE IS THAT THE WITNESS

01:30PM  19    TESTIFIED ABOUT GP 29 AND WHAT THAT MEANT.  HE SAID HE WASN'T

01:30PM  20    CERTAIN EXACTLY ABOUT WHAT EXACTLY THE DOCUMENT WAS OR WHAT

01:30PM  21    THAT TESTING WAS, AND --

01:30PM  22              MR. CAZARES:  YOUR HONOR, I THINK THE WITNESS

01:30PM  23    TESTIFIED THAT HE REVIEWED THE CLSI GUIDELINES IN RELATION TO

01:30PM  24    THE PROPRIETARY OF AAP FOR PROFICIENCY TESTING IN THERANOS'S

01:30PM  25    EDISON DEVICE.

ER-1201

PANDORI CROSS BY MR. CAZARES                              1845

01:30PM   1                    THE COURT:  RIGHT.

01:30PM   2                    MR. CAZARES:  HE SAID HE HAD DISCUSSIONS WITH OTHER

01:30PM   3      LAB DIRECTORS PRIOR TO JOINING THERANOS ABOUT, AGAIN, THAT SAME

01:30PM   4      ISSUE; HE HAS RAISED QUESTIONS ABOUT THE PROPRIETARY OF

01:30PM   5      DR. ROSENDORFF'S SIGNED SOP AND THE TERMS.  YOU SAW HE

01:30PM   6      DISAGREED WITH SOME OF THOSE ISSUES, WHICH IS THE FOUNDATION OF

01:31PM   7      SOME OF HIS TESTIMONY ABOUT THE ENTIRE PROFICIENCY TESTING

01:31PM   8      PROGRAM AT THERANOS.

01:31PM   9           THE CLSI GUIDELINE IS REFERENCED BY DR. ROSENDORFF AS A

01:31PM  10      BASES FOR HIS PROCEDURE AS LAB DIRECTOR BY IMPLEMENTING IT, AND

01:31PM  11      I THINK I SHOULD BE PERMITTED TO CONFRONT THIS WITNESS AND HIS

01:31PM  12      TESTIMONY CHALLENGING DR. ROSENDORFF'S SOP WITH THE VERY

01:31PM  13      DOCUMENT THAT BOTH THIS WITNESS IS FAMILIAR WITH AND THAT

01:31PM  14      DR. ROSENDORFF RELIED UPON IN DEVELOPING THE SOP.

01:31PM  15                    THE COURT:  WELL, THAT'S ONE THING CHALLENGING HIM,

01:31PM  16      BUT ADMITTING IT INTO EVIDENCE IS WHAT YOU SOUGHT TO DO.

01:31PM  17                    MR. CAZARES:  YES, YOUR HONOR.

01:31PM  18                    THE COURT:  AND THAT'S THE CONCERN THAT I HAVE.

01:31PM  19           AND HE DID SAY THAT -- I THOUGHT HE HAD A QUALIFIED ANSWER

01:31PM  20      AS TO WHETHER HE SAW THIS OR NOT.

01:31PM  21           MR. BOSTIC.

01:31PM  22                    MR. BOSTIC:  THAT'S MY RECOLLECTION AS WELL,

01:31PM  23      YOUR HONOR.  I DON'T BELIEVE THE WITNESS TESTIFIED THAT HE HAD

01:31PM  24      HAD REVIEWED THIS PARTICULAR DOCUMENT.

01:31PM  25           EVEN IF HE HAD, I THINK THAT REASONING COULD POTENTIALLY

01:31PM  1    OPEN THE DOOR TO A WIDE RANGE OF TECHNICAL AND SCIENTIFIC

01:32PM  2    LITERATURE AND MATERIALS THAT AREN'T AUTOMATICALLY ADMISSIBLE

01:32PM  3    IN THIS CASE.

01:32PM  4        I SHARE THE COURT'S CONCERN ABOUT THE TECHNICAL AND

01:32PM  5    COMPLICATED NATURE OF THIS DOCUMENT.  I DON'T THINK IT'S

01:32PM  6    APPROPRIATE TO ASK THE JURY TO INTERPRET THESE GUIDELINES AND

01:32PM  7    MAKE A JUDGMENT AS TO WHETHER THERANOS'S PRACTICES COMPLIED

01:32PM  8    WITH THEM OR NOT.

01:32PM  9        AND IF COUNSEL IS SEEKING TO SOLICIT THE WITNESS'S

01:32PM 10    OPINION, HIS INTERPRETATION OF THESE GUIDELINES, I THINK THAT'S

01:32PM 11    INCONSISTENT WITH THE POSITION THEY'VE TAKEN ON 702 TESTIMONY

01:32PM 12    HERE.

01:32PM 13        I THINK IN CROSS-EXAMINATION ALREADY THERE HAVE BEEN

01:32PM 14    SEVERAL QUESTIONS ASKING THIS WITNESS IF HE AGREED WITH

01:32PM 15    STATEMENTS BY MR. BALWANI OR JUDGMENTS BY OTHER TECHNICAL

01:32PM 16    PERSONNEL AT THERANOS, AND I THINK THOSE HAVE CROSSED THE LINE

01:32PM 17    WHEN IT COMES TO 702 AND SEEKING THAT KIND OF OPINION TESTIMONY

01:32PM 18    AS WELL.

01:32PM 19        I THINK THIS WOULD BE A STEP FURTHER IN THE WRONG

01:32PM 20    DIRECTION.

01:32PM 21            MR. CAZARES:  YOUR HONOR, THIS WITNESS HAS TESTIFIED

01:32PM 22    QUITE STRENUOUSLY REGARDING HIS EXPERIENCE.  THE GOVERNMENT

01:33PM 23    DREW THAT OUT IN BUFFERING HIS TESTIMONY, AND HE HAS OPINED ON

01:33PM 24    CAUSATION ISSUES RELATING TO THE EDISON DEVICE AS WELL AS

01:33PM 25    OPINED ON THE FACT THAT WHAT HE OBSERVED REGARDING THE

PANDORI CROSS BY MR. CAZARES                                    1847

01:33PM   1       PROFICIENCY TESTING PROGRAM WAS INAPPROPRIATE AND INSUFFICIENT

01:33PM   2       UNDER THE REGULATIONS.  THIS IS A LEARNED TREATISE BY HIS OWN

01:33PM   3       ADMISSION THAT HE'S FAMILIAR WITH, REVIEWED.

01:33PM   4            DR. ROSENDORFF --

01:33PM   5                 THE COURT:  I'M NOT -- LET'S CHECK THE TRANSCRIPT TO

01:33PM   6       SEE IF HE SAID HE REVIEWED IT.

01:33PM   7                 MR. CAZARES:  THERE WERE TWO ANSWERS.

01:33PM   8            ONE WAS, YES, I REVIEWED IT.  I TRIED TO PRESS HIM.  YOU

01:33PM   9       STUDIED IT CLOSELY, AND HE RESISTED THAT.  THAT'S WHERE I WAS

01:33PM  10       GOING TO IMPEACH HIM WITH A PRIOR STATEMENT, BUT HE DID SAY

01:33PM  11       YES.

01:33PM  12                 MR. BOSTIC:  MY MEMORY, YOUR HONOR, IS THAT HE

01:33PM  13       STATED THAT HE IS FAMILIAR WITH SOME OF THE CLSI GUIDELINES,

01:33PM  14       BUT HE DID NOT KNOW WHETHER HE HAD REVIEWED GP 29, WHICH IS THE

01:34PM  15       ONE THAT WE'RE TALKING ABOUT NOW.

01:34PM  16                 THE COURT:  AND THAT'S MY REC -- PERHAPS WE SHOULD

01:34PM  17       LOOK AT THE TRANSCRIPT.

01:34PM  18            BUT MY POINT IS I'M RETICENT TO ADMIT THE DOCUMENT.

01:34PM  19            I DON'T HAVE A PROBLEM WITH YOU TESTING THIS WITNESS'S

01:34PM  20       KNOWLEDGE, OR WHATEVER, ABOUT HIS AGREEMENT OR NOT, BUT TO

01:34PM  21       ALLOW THE DOCUMENT TO COME IN, I THINK IT'S GOING TO HAVE

01:34PM  22       THIS -- ARE YOU GOING TO ASK THIS JURY THEN TO GO BACK AND LOOK

01:34PM  23       AT THIS AND ASK THEM TO REVIEW REFERENCE METHOD, REGRESSION

01:34PM  24       ANALYSIS, QUALITY MANAGEMENT, PROFICIENCY TESTING, SPECIAL

01:34PM  25       CAUSE VARIATION?  ALL OF THOSE THINGS ARE LISTED IN HERE AS YOU

PANDORI CROSS BY MR. CAZARES                                     1848

01:34PM    1        KNOW.

01:34PM    2               MR. CAZARES:  UNDERSTOOD, YOUR HONOR.

01:34PM    3        THERE ARE COMPLICATED SCIENTIFIC ISSUES REFERENCED ALL

01:34PM    4    OVER THIS CASE, INCLUDING MANY OF THE EMAILS CIRCULATED IN THIS

01:34PM    5    CASE, AND UNFORTUNATELY THAT'S THE CASE THAT WE HAVE AND ARE

01:34PM    6    PRESENTED WITH.

01:35PM    7        WITH RESPECT TO MY EXAMINATION OF THE WITNESS WITH THE

01:35PM    8    DOCUMENT WITHOUT ADMITTING IT, YOUR HONOR, OF COURSE, IF I'M

01:35PM    9    GIVEN SOME LATITUDE IN SHOWING HIM THE DOCUMENT, AS HE'S

01:35PM   10    ALREADY BEEN GIVEN IN REVIEWING PUBLICATIONS NOT IN EVIDENCE,

01:35PM   11    AND I'M ABLE TO ASK QUESTIONS SIMILARLY TO THE GOVERNMENT'S

01:35PM   12    QUESTIONS ABOUT THE SUBSTANCE OF THE ACTUAL DOCUMENT DESPITE

01:35PM   13    THE FACT THAT IT'S NOT IN EVIDENCE, YES, I CAN ACCOMPLISH WHAT

01:35PM   14    I NEED WITHOUT IT BEING IN EVIDENCE.

01:35PM   15        WE MAY HAVE ANOTHER WITNESS LATER ON IN THE TRIAL WHO WE

01:35PM   16    CAN TRY TO GET IT THROUGH, BUT I UNDERSTAND THE COURT'S

01:35PM   17    CONCERNS.

01:35PM   18               THE COURT:  I DON'T HAVE A PROBLEM IN ADMITTING

01:35PM   19    PAGE 1, WHICH IS THE COVER PAGE THAT IDENTIFIES WHAT IT IS, AND

01:35PM   20    THAT WOULD INFORM THE JURY AS TO WHAT THIS THING IS THAT HE'S

01:35PM   21    TALKING ABOUT.

01:35PM   22        THE CONTENTS AND ALL OF THE TECHNOLOGY, AND I THINK

01:35PM   23    MR. BOSTIC IS ACCURATE, I THINK YOU WOULD AGREE WITH HIM THAT

01:35PM   24    BOTH OF THE EXAMINATIONS HAVE DRIFTED AS WE TALKED ABOUT THIS

01:35PM   25    MORNING IN OUR 702 CONVERSATION.

ER-1205

01:35PM  1    I'VE GIVEN LATITUDE.  THE CASE IS A SCIENTIFIC CASE.  IT

01:36PM  2   INVOLVES THESE TYPES OF TOPICS THAT, AS I TOLD YOU THIS

01:36PM  3   MORNING, YOUR COLLEAGUE THIS MORNING, I DON'T BELIEVE IT

01:36PM  4   DRIFTED INTO THE NECESSITY OF 702 MUCH LIKE THIS AFTERNOON.  WE

01:36PM  5   DIDN'T HEAR ANY 702 OBJECTIONS THIS AFTERNOON.

01:36PM  6    MY SENSE IS THAT THE INFORMATION GAINED AND THE QUESTIONS

01:36PM  7   ASKED WERE VERY SIMILAR TO THE ONES OF THE PREVIOUS DAY'S

01:36PM  8   TESTIMONY OF WITNESSES DESCRIBING, AND I'M GIVING COUNSEL

01:36PM  9   LATITUDE TO TALK ABOUT THESE THINGS TO INFORM THE JURY.

01:36PM 10    AND I BELIEVE THEY CAN BE INFORMED ABOUT WHAT THIS IS,

01:36PM 11   WHAT AN AAP IS, WHY YOU DO THAT, WHY WOULD SOMEONE DO THAT.

01:36PM 12    BUT THE WITNESS'S -- DR. PANDORI WENT A LITTLE FURTHER

01:36PM 13   TALKING ABOUT SOME OTHER THINGS, AND THERE WAS NO OBJECTION,

01:36PM 14   AND YOU ASKED THE QUESTION, AND THAT'S FINE.

01:36PM 15    SO IT'S -- AGAIN, WE'RE WALKING THAT CAT WALK, AREN'T WE,

01:36PM 16   ABOUT HOW FAR IS 702 AND HOW MUCH IS REALLY HELPFUL TO THE

01:36PM 17   JURY?

01:36PM 18    I'M NOT GOING TO ADMIT THE ENTIRETY OF THE DOCUMENT FOR

01:36PM 19   THE REASONS THAT I HAVE INDICATED.  I JUST THINK IT WOULD

01:37PM 20   REQUIRE -- MAYBE YOU HAVE A WITNESS WHO CAN OPINE TO IT.

01:37PM 21    I WILL ALLOW YOU, AND I WILL ADMIT THE COVER, THE COVER

01:37PM 22   SHEET TO, IF YOU WISH THAT, TO GUIDE YOUR EXAMINATION AND TO

01:37PM 23   GIVE CONTEXT TO YOUR EXAMINATION IF YOU WANT TO ASK HIM

01:37PM 24   QUESTIONS ABOUT THE CONTEXT.

01:37PM 25         MR. CAZARES:  UNDERSTOOD, YOUR HONOR.  YES,

PANDORI CROSS BY MR. CAZARES                                    1850

01:37PM  1    YOUR HONOR.

01:37PM  2              THE COURT:  AND I'LL DO THAT IN FRONT OF THE JURY IF

01:37PM  3    YOU WOULD LIKE.  AND IF YOU WANT TO RENEW IT, WE'LL TAKE IT UP

01:37PM  4    THEN.

01:37PM  5              MR. CAZARES:  YES.

01:37PM  6              MR. BOSTIC:  CAN I OFFER ONE THOUGHT?

01:37PM  7              THE COURT:  YES.

01:37PM  8              MR. BOSTIC:  IN DETERMINING THE BOUNDS OF THAT

01:37PM  9    QUESTIONING, I NOTICE A DIFFERENCE BETWEEN THIS DOCUMENT AND

01:37PM 10    THE ARTICLE THAT THE WITNESS WAS QUESTIONED ON EARLIER.

01:37PM 11         AND THE DEFENSE IS, OF COURSE, RIGHT THAT THIS CASE

01:37PM 12    INVOLVES TECHNICAL INFORMATION AND MATERIALS, THAT'S BEEN THE

01:37PM 13    FORM OF EVIDENCE SO FAR.  THIS IS NOT EVIDENCE THAT SHOWS WHAT

01:37PM 14    HAPPENED AT THERANOS.  THIS IS AN ADDITIONAL SET OF STANDARDS.

01:37PM 15         SO THERE'S A DIFFERENCE BETWEEN ASKING A WITNESS TO

01:37PM 16    DESCRIBE WHAT HAPPENED IN REFERENCING INTERNAL DOCUMENTS OR

01:38PM 17    ASKING HIM TO DESCRIBE WHAT HE SAW IN THE PRESS AT THE TIME.

01:38PM 18    AND THIS, WHICH WOULD BE BRINGING IN A NEW SET OF STANDARDS AND

01:38PM 19    GUIDELINES AND CRITERIA AND ASKING THE WITNESS TO OPINE ON

01:38PM 20    PRESUMABLY WHETHER THE THERANOS PRACTICES WERE CONSISTENT WITH

01:38PM 21    THAT OR NOT, AND I WOULD OBJECT TO THAT UNDER BOTH THE HEARSAY

01:38PM 22    BUT UNDER 401 AND 403.

01:38PM 23              THE COURT:  WELL, THAT --

01:38PM 24              MR. CAZARES:  YOUR HONOR, VERY BRIEFLY.  I DISAGREE.

01:38PM 25         THE PURPOSE OF THE EVIDENCE IS TO DEMONSTRATE THE

01:38PM  1    CONSISTENCY OF THE ACCEPTED GUIDELINES THAT DR. PANDORI HIMSELF

01:38PM  2    SAYS THAT HE CONSULTED AS REFERENCED BY DR. ROSENDORFF AND WERE

01:38PM  3    RELIED UPON DR. ROSENDORFF TO IMPLEMENT THE AAP PROGRAM THAT

01:38PM  4    THIS WITNESS HAS NOW SAID WAS INSUFFICIENT.

01:38PM  5          SO THAT INFORMS WHAT ACTUALLY HAPPENED AT THE LAB.  AND

01:38PM  6    AGAIN, THE WITNESS CAN HAVE AGREEMENT WITH WHETHER THAT WAS

01:38PM  7    APPROPRIATE OR NOT, BUT THE WITNESS HAS REFERENCED THINGS THAT

01:38PM  8    THE CLSI GUIDELINES AS SOMETHING THAT HE AND PROFESSIONALS LIKE

01:39PM  9    HIM RELY UPON, AND I THINK IT IS EVIDENCE AND IT SHOULD BE

01:39PM 10    ADMITTED.  BUT I UNDERSTAND THE COURT IS NOT GOING TO DO SO FOR

01:39PM 11    NOW, AND WE MAY HAVE ANOTHER WITNESS LATER, BUT I WILL PROBABLY

01:39PM 12    USE IT ON CROSS-EXAMINATION.

01:39PM 13          THE COURT:  WELL, LET'S SEE WHAT HE SAYS.

01:39PM 14          MY RECOLLECTION IS THAT HE LOOKED AT THIS, HE LOOKED AT

01:39PM 15    GP 29, AND HE LOOKED AT THIS AND SAID -- HE MENTIONED SOMETHING

01:39PM 16    ABOUT THIS NOT REALLY BEING -- COVERING THE GP 29 THAT HE HAD

01:39PM 17    FAMILIARITY WITH.  I SAY THAT IN ADVANCE.  THERE MIGHT BE --

01:39PM 18    THIS MIGHT BE OUTSIDE OF THE SCOPE OF HIS PERSONAL KNOWLEDGE OR

01:39PM 19    EXPERIENCE.  HE MAY NOT HAVE READ THIS.

01:39PM 20          AND IF HE DIDN'T, THEN IT'S NOT RELEVANT TO HIS THOUGHT

01:39PM 21    PROCESS, CRITICISMS.  IF YOU HAVE THE DOCUMENT THAT HE DID

01:39PM 22    READ, THAT'S A DIFFERENT STORY, BUT I --

01:39PM 23          MR. CAZARES:  I UNDERSTAND, YOUR HONOR.  I THINK

01:39PM 24    WE'LL HAVE TO WORK IT OUT WITH SOME FURTHER QUESTIONING.

01:39PM 25          THE COURT:  WE'LL SEE WHAT HE SAYS.  RIGHT.  OKAY.

PANDORI CROSS BY MR. CAZARES                                    1852

01:39PM  1    THANK YOU.

01:39PM  2              MR. BOSTIC:  FINALLY -- APOLOGIES, YOUR HONOR.

01:39PM  3         ONE HOUSEKEEPING MATTER.  LET ME ALERT THE DEFENSE AND THE

01:39PM  4    COURT TO A SCHEDULING ISSUE WITH THIS WITNESS NOW THAT I SEE

01:40PM  5    HOW LONG THE CROSS-EXAMINATION IS LIKELY TO CONTINUE.

01:40PM  6         THIS WITNESS IS THE LAB DIRECTOR FOR A PUBLIC LAB IN

01:40PM  7    ALAMEDA COUNTY.  MY UNDERSTANDING IS THAT THEY HAVE A CLIA

01:40PM  8    INSPECTION ON TUESDAY.

01:40PM  9         I'M NOT SURE -- AND I HAVEN'T BEEN IN TOUCH WITH THE

01:40PM 10    WITNESS RECENTLY BECAUSE HE'S ON CROSS-EXAMINATION, BUT I

01:40PM 11    UNDERSTAND THAT HE MAY FEEL THE NEED TO BE PRESENT AT THE

01:40PM 12    ALAMEDA LAB FOR THAT INSPECTION.

01:40PM 13         SO I'M NOT SURE HOW MUCH MORE COUNSEL HAS PLANNED, BUT I

01:40PM 14    WANTED TO ALERT THE COURT.

01:40PM 15              THE COURT:  OKAY.  I HAVE RECOLLECTION I HEARD

01:40PM 16    SOMEWHERE, A MONTH OR SO AGO, ABOUT LAB DIRECTORS NEEDING TO BE

01:40PM 17    PRESENT AT CLIA INSPECTIONS.  I DON'T KNOW WHERE.  IT JUST

01:40PM 18    COMES TO MIND.

01:40PM 19              MR. CAZARES:  YOUR HONOR, I RECOGNIZE THE ISSUE.  I

01:40PM 20    WILL NOT BE FINISHED TODAY.

01:40PM 21              THE COURT:  OKAY.

01:40PM 22              MR. CAZARES:  SO I GUESS WE'LL HAVE TO DEAL WITH THE

01:40PM 23    SCHEDULING ISSUE.

01:40PM 24              THE COURT:  WE'LL TAKE OUR BREAK.  MAYBE YOU CAN

01:40PM 25    TALK ABOUT THAT, AND WE'LL SEE WHERE IT TAKES US.

01:40PM    1            NEXT WEEK, REMIND ME, WE'RE NOT -- I KNOW THERE WAS SOME

01:40PM    2     TRAVEL FOR A JUROR ON FRIDAY I THINK.

01:41PM    3            THE CLERK:  THURSDAY AND FRIDAY.

01:41PM    4        (RECESS FROM 1:41 P.M. UNTIL 2:05 P.M.)

02:05PM    5        (JURY IN AT 2:05 P.M.)

02:05PM    6            THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

02:05PM    7     ALL COUNSEL ARE PRESENT.

02:05PM    8        THE JURY IS PRESENT.

02:05PM    9        MR. BALWANI IS PRESENT.

02:05PM   10        DR. PANDORI IS BACK ON THE STAND.

02:05PM   11        COUNSEL, WOULD YOU LIKE TO RESUME?

02:06PM   12            MR. CAZARES:  YES, YOUR HONOR.  THANK YOU VERY MUCH.

02:06PM   13        I APOLOGIZE, YOUR HONOR.

02:06PM   14     Q.   GOOD AFTERNOON, DR. PANDORI.

02:06PM   15     A.   GOOD AFTERNOON.

02:06PM   16     Q.   RETURNING BACK TO A TOPIC WE DISCUSSED A LITTLE BIT HERE,

02:06PM   17     OR ACTUALLY QUITE A BIT HERE, REGARDING THE AAP SOP, THE

02:06PM   18     PROCEDURES FOR THE EDISON DEVICE.

02:06PM   19        WE'VE TALKED ABOUT THE PRIOR SOP FROM DECEMBER OF 2013

02:06PM   20     THAT DR. ROSENDORFF SIGNED OFF ON THAT YOU SAID THAT YOU HADN'T

02:06PM   21     BEEN AWARE OF BACK IN LATE 2013 AND 2014; CORRECT?

02:06PM   22     A.    I THINK HE -- YOU'RE REFERRING TO AN SOP THAT HE SIGNED

02:06PM   23     OFF ON IN NOVEMBER OF 2013 I BELIEVE.

02:06PM   24     Q.    THAT'S YOUR RECOLLECTION?  I'M JUST ASKING IS THAT YOUR

02:06PM   25     RECOLLECTION?

PANDORI CROSS BY MR. CAZARES                                    1854

02:06PM  1    A.   I THOUGHT THAT'S WHAT IT SAID.

02:06PM  2    Q.   OKAY.  AND YOU WERE UNAWARE OF THAT IN THAT EARLY TIME

02:07PM  3    PERIOD OF YOUR EMPLOYMENT IN DECEMBER 2013 AND JANUARY 2014?

02:07PM  4    A.   CORRECT.

02:07PM  5    Q.   OKAY.  AND I POINTED OUT SOME PROVISIONS WITHIN THAT SOP

02:07PM  6    AND YOU DISAGREED WITH SOME OF THOSE; CORRECT?

02:07PM  7    A.   UM, I HAD NOT REVIEWED IT PRIOR.

02:07PM  8    Q.   SO YOU'RE NOW SAYING THAT YOU DIDN'T DISAGREE WITH THE

02:07PM  9    PROGRAM?

02:07PM  10   A.   OH, I WOULD HAVE -- I WAS IMPLYING THAT MAYBE IT WOULD

02:07PM  11   HAVE BENEFITTED FROM SOME REVIEW.

02:07PM  12   Q.   OKAY.  IF YOU COULD TURN TO EXHIBIT 7440.  THAT SHOULD BE

02:07PM  13   IN YOUR SECOND BINDER.

02:07PM  14        ACTUALLY, I'M SORRY.  IT'S BINDER 1, VOLUME 1, DEFENSE

02:07PM  15   7440.

02:08PM  16   A.   7440.

02:08PM  17   Q.   7440.  GOT IT?

02:08PM  18   A.   GOT IT.

02:08PM  19   Q.   7440 IS AN EMAIL WITH AN ATTACHMENT.

02:08PM  20        THE FIRST PAGE OF 7440 APPEARS TO BE AN EMAIL FROM

02:08PM  21   YOURSELF TO MR. BALWANI?

02:08PM  22   A.   YES.

02:08PM  23   Q.   APRIL 17TH, 2014?

02:08PM  24   A.   YES.

02:08PM  25   Q.   OKAY.

ER-1211

PANDORI CROSS BY MR. CAZARES                                    1855

02:08PM  1           MOVE TO ADMIT 7440, YOUR HONOR.

02:08PM  2                MR. BOSTIC:  NO OBJECTION.

02:08PM  3                THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:08PM  4        (DEFENDANT'S EXHIBIT 7440 WAS RECEIVED IN EVIDENCE.)

02:08PM  5   BY MR. CAZARES:

02:08PM  6   Q.   LOOKING AT THE FIRST PAGE, DR. PANDORI, THE SUBJECT LINE

02:08PM  7   REFERENCES SLIDES PT, AAP.

02:08PM  8        DO YOU SEE THAT?

02:08PM  9   A.   YES.

02:08PM  10  Q.   AND PT REFERRED TO PROFICIENCY TESTING?

02:08PM  11  A.   YES.

02:08PM  12  Q.   AND AAP, ALTERNATIVE ASSESSMENT PROCEDURE?

02:08PM  13  A.   YES.

02:08PM  14  Q.   OKAY.  AND THEN THERE'S AN ATTACHMENT REFERENCE THE WITHIN

02:08PM  15  THE EMAIL?

02:08PM  16  A.   YES.

02:08PM  17  Q.   OKAY.  AND YOU WROTE TO MR. BALWANI, "ATTACHED, A

02:08PM  18  SLIDESHOW I PUT TOGETHER GIVING AN OVERVIEW OF AAP AND HOW IT

02:08PM  19  WORKS AND WHY IT IS BETTER THAN PT."

02:09PM  20       DO YOU SEE THAT?

02:09PM  21  A.   YES.

02:09PM  22  Q.   AND YOU ALSO WROTE, "I AM HAPPY TO ADD THIS.  I PURPOSELY

02:09PM  23  AVOIDED GETTING INTO THE TECHNICAL ASPECTS OF PASSING AND

02:09PM  24  FAILING.  WE CAN CERTAINLY ADD CRITERIA, ET CETERA."

02:09PM  25       DO YOU SEE THAT?

PANDORI CROSS BY MR. CAZARES                                    1856

02:09PM   1    A.   YES.

02:09PM   2    Q.   "IF OK, I AIM TO PRESENT THIS AT STAFF MEETING ON

02:09PM   3    THURSDAY.

02:09PM   4         "THANKS, MARK PANDORI."

02:09PM   5         DO YOU SEE THAT?

02:09PM   6    A.   YES.

02:09PM   7    Q.   AND SO YOU WERE PRESENTING TO MR. BALWANI A POWERPOINT

02:09PM   8    PRESENTATION REGARDING THE EDISON ON THIS DATE; CORRECT?

02:09PM   9    A.   I WAS ASKING TO DO SO.

02:09PM  10    Q.   AND YOU DID SO?

02:09PM  11    A.   I RECALL.

02:09PM  12    Q.   OKAY.  AND YOU PUT TOGETHER THE POWERPOINT; CORRECT?

02:09PM  13    A.   YES.

02:09PM  14    Q.   AND YOU SENT IT TO MR. BALWANI?

02:09PM  15    A.   YES.

02:09PM  16    Q.   OKAY.  AND IF WE COULD PUT PAGE 2, THE FIRST PAGE OF THE

02:09PM  17    ATTACHMENT UP, THE FIRST PAGE OF THE PRESENTATION IS TITLED

02:09PM  18    PROFICIENCY TESTING AND QUALITY ASSESSMENT OF THERANOS METHODS.

02:09PM  19         DO YOU SEE THAT?

02:09PM  20    A.   I DO.

02:10PM  21    Q.   AND AGAIN, THIS IS SOMETHING THAT YOU PREPARED?

02:10PM  22    A.   YES.

02:10PM  23    Q.   AND TURNING TO THE SECOND PAGE OF THE EXHIBIT, THE

02:10PM  24    POWERPOINT REGARDING AAP, THE PRESENTATION REFERENCES CMS, AKA

02:10PM  25    CLIA, REQUIRES ALL TESTS FOR CERTAIN REGULATED ANALYTES ARE

PANDORI CROSS BY MR. CAZARES                                    1857

02:10PM 1      EVALUATED FOR ACCURACY ON A ROUTINE BASIS.

02:10PM 2            THAT IS YOUR UNDERSTANDING OF WHAT CLIA REQUIRES; CORRECT?

02:10PM 3      A.   CORRECT.

02:10PM 4      Q.   AND THREE EXTERNAL CHALLENGES PER YEAR.

02:10PM 5            YOU'VE TESTIFIED TO THAT; CORRECT?

02:10PM 6      A.   CORRECT.

02:10PM 7      Q.   AND PRIVATE AGENCIES PROVIDE SYNTHETIC, PRESERVED,

02:10PM 8      SPECIMEN PANELS.

02:10PM 9            DO YOU SEE THAT?

02:10PM 10     A.   YES.

02:10PM 11     Q.   AND THAT'S ACCURATE?

02:10PM 12     A.   FOR SOME AGENCIES, YES.

02:10PM 13     Q.   OKAY.  AND THEN THE NEXT PAGE IN YOUR PRESENTATION TO

02:10PM 14     MR. BALWANI YOU WROTE, "PANELS ARE TESTED BY MULTIPLE

02:10PM 15     LABORATORIES ON VARIOUS TYPES OF EQUIPMENT TO GENERATE

02:10PM 16     ACCEPTABLE RANGES ON A PER METHOD BASIS."

02:10PM 17           DO YOU SEE THAT?

02:10PM 18     A.   YES.

02:10PM 19     Q.   AND THEN YOU WROTE, "YOUR LAB IS COMPARED TO PEER GROUPS

02:11PM 20     ON THE BASIS OF EQUIPMENT."

02:11PM 21           DO YOU SEE THAT?

02:11PM 22     A.   YES.

02:11PM 23     Q.   AND THAT'S DEALING WITH THAT PEER ISSUE; CORRECT?

02:11PM 24     A.   YES.

02:11PM 25     Q.   OKAY.  AND THEN IN THE PRESENTATION YOU SENT TO

ER-1214

PANDORI CROSS BY MR. CAZARES                                      1858

02:11PM 1    MR. BALWANI YOU WROTE, "THERANOS TESTS HAVE NO PEER GROUPS";

02:11PM 2    CORRECT?

02:11PM 3    A.   CORRECT.

02:11PM 4    Q.   AND THEN THE PRESENTATION CONTINUES.

02:11PM 5         "NORMAL PROCESS OF PT IS THEREFORE NOT APPROPRIATE."

02:11PM 6         DO YOU SEE THAT?

02:11PM 7    A.   YES.

02:11PM 8    Q.   AND THAT'S WHAT YOU TOLD MR. BALWANI IN THIS PRESENTATION;

02:11PM 9    CORRECT?

02:11PM 10   A.   ON -- YES.

02:11PM 11   Q.   AND THEN YOU CONTINUED IN YOUR PRESENTATION TO MR. BALWANI

02:11PM 12   ABOUT THE APPROPRIATENESS.

02:11PM 13        "ADDITIONALLY, THE SYNTHETIC MATRIX OF MANY COMMERCIALLY

02:11PM 14   AVAILABLE PT SAMPLES IS NOT AN APPROPRIATE ONE FOR MANY

02:11PM 15   THERANOS TESTS."

02:11PM 16        THAT'S WHAT YOU WROTE?

02:11PM 17   A.   I WROTE THAT.

02:11PM 18   Q.   AND THEN THE NEXT PAGE OF THE PRESENTATION CONTINUES.

02:11PM 19        "HOW IS PT PERFORMED THEN ON THERANOS TESTS?"

02:12PM 20        DO YOU SEE THAT?

02:12PM 21   A.   YES.

02:12PM 22   Q.   AND THE PRESENTATION CONTINUES, "THE CLSI (THE CLINICAL

02:12PM 23   AND LABORATORY STANDARDS INSTITUTE)."

02:12PM 24        DO YOU SEE THAT?

02:12PM 25   A.   YES.

ER-1215

PANDORI CROSS BY MR. CAZARES                                    1859

02:12PM  1    Q.   AND WE TALKED ABOUT THAT EARLIER TODAY; CORRECT?

02:12PM  2    A.   YES.

02:12PM  3    Q.   OKAY.  THAT'S THAT THE GUIDELINE IN THE INDUSTRY; CORRECT?

02:12PM  4    A.   CORRECT.

02:12PM  5    Q.   "REFERS TO THE USE OF AN AAP OR ALTERNATIVE ASSESSMENT

02:12PM  6    PROTOCOL."

02:12PM  7         DO YOU SEE THAT?

02:12PM  8    A.   YES.

02:12PM  9    Q.   AND IT CONTINUES, YOUR PRESENTATION.

02:12PM 10         "THIS IS AN ALTERNATIVE WAY TO ASSESS THE ONGOING

02:12PM 11    PERFORMANCE OF A LABORATORY TEST WHEN STANDARD PT IS

02:12PM 12    INAPPROPRIATE."

02:12PM 13         DO YOU SEE THAT?

02:12PM 14    A.   I SEE IT.

02:12PM 15    Q.   AND THAT'S THE PRESENTATION THAT YOU SUBMITTED TO

02:12PM 16    MR. BALWANI; CORRECT?

02:12PM 17    A.   YES.

02:12PM 18    Q.   AND THEN THE DECK CONTINUES.

02:12PM 19         "PARTICULARLY IMPORTANT FOR LABORATORIES WHO HAVE NO

02:12PM 20    PEERS... SUCH AS US."

02:12PM 21         AGAIN, YOU REPORTED THAT TO MR. BALWANI; CORRECT?

02:12PM 22    A.   IT WAS PUT IN THE PRESENTATION HERE.

02:12PM 23    Q.   THAT YOU SUBMITTED TO MR. BALWANI?

02:12PM 24    A.   CORRECT.

02:12PM 25    Q.   AND THE DECK CONTINUES ON THE NEXT PAGE.

PANDORI CROSS BY MR. CAZARES                                              1860

02:13PM   1           "OUR AAP."

02:13PM   2           REGARDING "OUR," THAT REFERS TO THERANOS; CORRECT?

02:13PM   3   A.   CORRECT.

02:13PM   4   Q.   AND THE PRESENTATION YOU SUBMITTED STATES, "INCLUDES

02:13PM   5   COMPARISON OF A PREDICATE FOOD AND DRUG ADMINISTRATION APPROVED

02:13PM   6   METHOD (FOR WHICH THERE IS EXTERNAL ASSESSMENT AVAILABLE) TO

02:13PM   7   THE THERANOS METHODS."

02:13PM   8           DO YOU SEE THAT?

02:13PM   9   A.   YES.

02:13PM   10  Q.   AND "OUR AAP USES ACTUAL CLINICAL SPECIMENS; 5 OR MORE

02:13PM   11  SPECIMENS ARE TESTED BY PREDICATE, AND BY THE THERANOS METHOD."

02:13PM   12          DO YOU SEE THAT?

02:13PM   13  A.   YES.

02:13PM   14  Q.   AND THEN THE DESCRIPTION CONTINUES.

02:13PM   15          "INCLUDES MONTHLY (OR GREATER FREQUENCY) PERFORMANCE."

02:13PM   16          DO YOU SEE THAT?

02:13PM   17  A.   YES.

02:13PM   18  Q.   AND MONTHLY CHECK IS MORE FREQUENT THAN COMMERCIAL PT'S;

02:13PM   19  CORRECT?

02:13PM   20  A.   YES.

02:13PM   21  Q.   AND THE DECK CONTINUES ON THE NEXT PAGE.

02:14PM   22          "THE THERANOS AAP IS SUPERIOR TO STANDARD PT AND WILL

02:14PM   23  PROVIDE EVEN MORE QUALITY ASSURANCE."

02:14PM   24          DO YOU SEE THAT?

02:14PM   25  A.   YES.

ER-1217

PANDORI CROSS BY MR. CAZARES                                    1861

02:14PM   1      Q.   AND THAT'S PRESENTED IN THE DECK THAT YOU SENT TO

02:14PM   2      MR. BALWANI; CORRECT?

02:14PM   3      A.   CORRECT.

02:14PM   4      Q.   AND THE DECK NEXT SAYS, "PERFORMED MORE FREQUENTLY (WORKS

02:14PM   5      AS A CANARY IN A COAL MINE, CLOSER TO REALTIME MONITORING)."

02:14PM   6           DO YOU SEE THAT?

02:14PM   7      A.   I DO.

02:14PM   8      Q.   AND AGAIN, THIS IS BEING PRESENTED TO MR. BALWANI BY YOU

02:14PM   9      IN THIS PRESENTATION; CORRECT?

02:14PM   10     A.   CORRECT.

02:14PM   11     Q.   AND THEN THE DECK CONTINUES.

02:14PM   12          "TYPICAL PT DOES NOT PERFORM FOR FREQUENTLY AS A CANARY IN

02:14PM   13     A COAL MINE, CLOSER TO REALTIME MONITORING"; CORRECT?

02:14PM   14     A.   CORRECT.

02:14PM   15     Q.   AND THEN THERE'S AN IMAGE OF A CANARY IN A COAL MINE NEXT

02:14PM   16     TO THAT.

02:14PM   17          IS THAT WHAT THAT IMAGE IS?

02:14PM   18     A.   YEAH, THAT'S WHAT THAT IS.

02:14PM   19     Q.   THE DECK CONTINUES.

02:14PM   20          "THE THERANOS AAP IS SUPERIOR TO STANDARD PT AND WILL

02:15PM   21     PROVIDE EVEN MORE QUALITY ASSURANCE," AND THEN IT REFERENCES,

02:15PM   22     "IS PERFORMED USING ACTUAL CLINICAL SPECIMENS."

02:15PM   23          DO YOU SEE THAT?

02:15PM   24     A.   YES.

02:15PM   25     Q.   SO THIS PLAN WOULD USE ACTUAL SPECIMENS VERSUS

ER-1218

02:15PM   1        MANUFACTURED SPECIMENS?

02:15PM   2        A.   YES.

02:15PM   3        Q.   OKAY.  THEN THE DECK CONTINUES.

02:15PM   4             "ALLOWS CERTAIN VARIABLES TO BE TRACKED THAT MIGHT AFFECT

02:15PM   5        LAB TESTING, WHICH NORMAL PT WOULD NOT ALLOW."

02:15PM   6             DO YOU SEE THAT?

02:15PM   7        A.   YES.

02:15PM   8        Q.   AND THAT'S THE PRESENTATION THAT YOU SUBMITTED TO

02:15PM   9        MR. BALWANI?

02:15PM  10        A.   THAT'S CORRECT.

02:15PM  11        Q.   AND THEN THE DECK CONTINUES.

02:15PM  12             "PASSING AN AAP EVENT IS JUST AS RIGOROUS AS PT, IN FACT,

02:15PM  13        IT IS MORE RIGOROUS DUE TO INCREASED FREQUENCY."

02:15PM  14             DO YOU SEE THAT?

02:15PM  15        A.   YES.

02:15PM  16        Q.   AND THAT IS ALSO PART OF THE PRESENTATION?

02:15PM  17        A.   YES.

02:15PM  18        Q.   YOU CAN SET THAT ASIDE.

02:16PM  19             DR. PANDORI, IF YOU CAN TAKE A LOOK AT EXHIBIT 20279.

02:16PM  20        20279.  IT SHOULD BE IN VOLUME 2.

02:17PM  21             20279.

02:17PM  22        A.   OKAY.

02:17PM  23        Q.   20279, THE FIRST PAGE, REFERENCES A MESSAGE TO

02:17PM  24        ADAMROSENDORFF@THERANOS.COM TRANSITION REPORT DATED MAY 30,

02:17PM  25        2014.

PANDORI CROSS BY MR. CAZARES                                1863

02:17PM   1           DO YOU SEE THAT?

02:17PM   2      A.   YES.

02:17PM   3      Q.   AND THEN THERE'S AN ATTACHMENT REFERENCED ON THAT FIRST

02:17PM   4      PAGE.

02:17PM   5           DO YOU SEE THAT?

02:17PM   6      A.   YES.

02:17PM   7      Q.   AND THEN THERE'S A SIGNOFF ON THE EMAIL.  IT SAYS MARK.

02:17PM   8           DO YOU SEE THAT?

02:17PM   9      A.   YES.

02:17PM  10      Q.   AND THEN IF YOU TAKE A LOOK AT THE ATTACHMENTS, THERE'S A

02:18PM  11      MEMO AT THE TOP M.W. PANDORI.

02:18PM  12           DO YOU SEE THAT?

02:18PM  13      A.   YES.

02:18PM  14      Q.   AND THIS IS A MEMO YOU DRAFTED?

02:18PM  15      A.   NO, I DON'T RECALL THIS.

02:18PM  16      Q.   YOU SENT THE MEMO TO DR. ROSENDORFF?

02:18PM  17      A.   NO.

02:18PM  18      Q.   THE EMAIL REFLECTS A MESSAGE TO

02:18PM  19      ADAMROSENDORFF@THERANOS.COM.

02:18PM  20           ADAM ROSENDORFF WAS THE LAB DIRECTOR AT THERANOS; CORRECT?

02:18PM  21      A.   YES.

02:18PM  22      Q.   AND YOU -- YOUR FIRST NAME IS MARK; CORRECT?

02:18PM  23      A.   MY FIRST NAME IS MARK.

02:18PM  24      Q.   OKAY.  MAY 30, 2014 IS THE DATE THAT YOU LEFT THERANOS;

02:18PM  25      CORRECT?

ER-1220

PANDORI CROSS BY MR. CAZARES                                    1864

02:18PM  1    A.   I DON'T RECALL THAT.

02:18PM  2    Q.   YOU LEFT IN LATE MAY 2014?

02:18PM  3    A.   I WOULD NEED -- DO YOU HAVE SOMETHING TO REFRESH MY MEMORY

02:18PM  4    IN THAT REGARD?

02:18PM  5    Q.   YOU TESTIFIED TODAY THAT YOU LEFT THERANOS IN MAY OF 2014;

02:18PM  6    CORRECT?

02:18PM  7    A.   I TESTIFIED THAT IT WAS EARLIER IN MAY I THOUGHT.

02:19PM  8    Q.   IN MAY OF 2014?

02:19PM  9    A.   IT WAS MAY OF 2014.

02:19PM  10   Q.   OKAY.  AND YOUR INITIALS ARE M.W. PANDORI?

02:19PM  11   A.   YES.

02:19PM  12   Q.   AND THE MEMO REFLECTS TOPICS WITHIN THE CLINICAL

02:19PM  13   LABORATORIES SUCH AS HIV, HCG, SMALLER VOLUME PROJECT.

02:19PM  14        DO YOU SEE THAT?

02:19PM  15   A.   I SEE IT.

02:19PM  16   Q.   OKAY.  HIV WOULD REFER TO INFECTIOUS DISEASE; CORRECT?

02:19PM  17   A.   HIV -- EXCUSE ME?

02:19PM  18   Q.   HIV AND HCG SMALLER VOLUME PROJECT --

02:19PM  19   A.   YES.

02:19PM  20   Q.   -- WAS AN INFECTIOUS DISEASE PROJECT WITHIN THE

02:19PM  21   LABORATORY; CORRECT?

02:19PM  22   A.   I REMEMBER HCG, NOT HIV.

02:19PM  23   Q.   OKAY.  THE MEMO ON PAGE 3 REFERENCES EMC BUGS.

02:20PM  24        BUGS RELATES TO INFECTIOUS DISEASE AT THERANOS; CORRECT?

02:20PM  25   A.   YES.

ER-1221

PANDORI CROSS BY MR. CAZARES                                    1865

02:20PM   1    Q.   OKAY.  AND THE REPORT IS REFLECTING ISSUES IN THE BUGS

02:20PM   2    LAB; CORRECT?

02:20PM   3    A.   I DON'T KNOW.  I'VE NEVER SEEN THIS REPORT BEFORE.

02:20PM   4    Q.   TURNING TO THE LAST PAGE OF THE EXHIBIT, UNDER CBC THERE'S

02:20PM   5    A REFERENCE TO ROMINA AND AURELIE IN THE NORMANDY LAB.

02:20PM   6         DO YOU SEE THAT?

02:20PM   7         ROMINA RIENER AND AURELIE SOUPPE WERE CLINICAL LAB

02:20PM   8    ASSOCIATES AT THERANOS?

02:20PM   9    A.   ROMINA AND AURELIE WERE.

02:20PM   10   Q.   OKAY.  AND UNDER OTHER NOTES THERE'S A DISCUSSION WITHIN

02:20PM   11   THE MEMO REGARDING EDISONS AND ISSUES WITH THE EDISONS.

02:21PM   12        DO YOU SEE THAT?

02:21PM   13   A.   I SEE THERE'S SOME ISSUES ON THE EDISONS.  I HAVEN'T READ

02:21PM   14   IT.

02:21PM   15        MR. CAZARES:  YOUR HONOR, I MOVE TO ADMIT 20279 AS A

02:21PM   16   BUSINESS RECORD.

02:21PM   17        MR. BOSTIC:  AUTHENTICATION, YOUR HONOR.

02:21PM   18        THE COURT:  SUSTAINED.

02:21PM   19   BY MR. CAZARES:

02:21PM   20   Q.   DR. PANDORI, YOU USED EMAIL AT THERANOS; CORRECT?

02:21PM   21   A.   CORRECT.

02:21PM   22   Q.   AND YOU USED IT TO COMMUNICATE WITH DR. ROSENDORFF?

02:21PM   23   A.   YES.

02:21PM   24   Q.   ON A ROUTINE BASIS?

02:21PM   25   A.   YES.

PANDORI CROSS BY MR. CAZARES                                    1866

02:21PM  1    Q.   OKAY.  AND THE EMAIL ADDRESS IN PAGE 1 OF 20279 IS

02:21PM  2    ADAM ROSENDORFF'S EMAIL ADDRESS AT THERANOS; CORRECT?

02:21PM  3    A.   YES.

02:21PM  4    Q.   AND WHEN YOU LEFT THERANOS IN LATE 2014, YOU SENT A MEMO

02:21PM  5    TO DR. ROSENDORFF; CORRECT?

02:21PM  6    A.   I DON'T RECALL.

02:22PM  7          MR. CAZARES:  YOUR HONOR, I REQUEST TO CONDITIONALLY

02:22PM  8    ADMIT THE EXHIBIT GIVEN THAT DR. ROSENDORFF HAS BEEN IDENTIFIED

02:22PM  9    AS A WITNESS WHO WILL BE TESTIFYING SOME TIME NEXT WEEK, WHICH

02:22PM 10    IS WHAT HAS BEEN REPRESENTED TO US, AND WE BELIEVE A FOUNDATION

02:22PM 11    WILL BE ABLE TO BE LAID WITH DR. ROSENDORFF.

02:22PM 12          MR. BOSTIC:  SAME OBJECTIONS, YOUR HONOR.

02:22PM 13          THE COURT:  I'M GOING TO SUSTAIN THE OBJECTIONS,

02:22PM 14    COUNSEL, FOR THIS.  I DO THINK THERE ARE SOME AUTHENTICATION

02:22PM 15    ISSUES THAT DON'T ALLOW ME TO DO THAT AS I'VE DONE IN OTHER

02:22PM 16    EXHIBITS, AND SO I'M GOING TO SUSTAIN THE OBJECTION.

02:22PM 17          MR. CAZARES:  YOUR HONOR, MAY I HAVE A MOMENT?

02:22PM 18          THE COURT:  SURE.

02:22PM 19       (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

02:23PM 20    BY MR. CAZARES:

02:23PM 21    Q.   DR. ROSENDORFF, IF YOU COULD TAKE A LOOK -- I'M SORRY.

02:23PM 22       DR. PANDORI, IF YOU COULD TAKE A LOOK AT THE

02:23PM 23    DOCUMENT 20281 IN YOUR BINDER.

02:23PM 24    A.   YES.

02:23PM 25    Q.   AND 20281 APPEARS TO BE AN EMAIL CHAIN, THE LATTER -- OR

02:24PM 1    THE EARLIER OF WHICH IS MAY 30, 2014 FROM YOURSELF TO

02:24PM 2    DR. ROSENDORFF.

02:24PM 3        DO YOU SEE THAT?

02:24PM 4    A.   YES.

02:24PM 5    Q.   AND THE MESSAGE IS "ATTACHED A TRANSITION REPORT.  HOPE

02:24PM 6    THIS HELPS."

02:24PM 7        DO YOU SEE THAT?

02:24PM 8    A.   I SEE THE EMAIL THAT YOU'RE REFERRING TO.

02:24PM 9    Q.   OKAY.  AND THAT MESSAGE AT THE BOTTOM OF 20281 IS THE SAME

02:24PM 10   "ATTACHED A TRANSITION REPORT.  HOPE THIS HELPS," IN 20279 THAT

02:24PM 11   WE JUST LOOKED AT; CORRECT?

02:24PM 12   A.   I DON'T KNOW.

02:24PM 13   Q.   THE LANGUAGE IS THE SAME, "ATTACHED A TRANSITION REPORT.

02:24PM 14   HOPE THIS HELPS"?

02:24PM 15   A.   I DON'T RECALL.

02:24PM 16   Q.   I'M NOT ASKING IF YOU RECALL.

02:24PM 17       I'M ASKING IF THE TEXT IN 20281 AT THE BOTTOM "ATTACHED A

02:24PM 18   TRANSITION REPORT.  HOPE THIS HELPS.  MARK," IS THE SAME AS

02:24PM 19   WHAT IS REFLECTED IN 20279 ALSO ON MAY 30TH; CORRECT?

02:25PM 20   A.   THE EMAIL THAT SAYS, "ATTACHED A TRANSITION REPORT.  HOPE

02:25PM 21   THIS HELPS," HAS THE SAME TEXT OF THAT WHICH IS ON PAGE 1 OF

02:25PM 22   EXHIBIT 20279.

02:25PM 23   Q.   THANK YOU.

02:25PM 24       CONTINUING WITH 20281, THERE'S A RESPONSE FROM

02:25PM 25   DR. ROSENDORFF TO YOURSELF ON MAY 30TH, 2014.

PANDORI CROSS BY MR. CAZARES                                    1868

```
02:25PM   1              DO YOU SEE THAT?

02:25PM   2       A.   YES.

02:25PM   3       Q.   "MARK, THANKS FOR SENDING THIS" --

02:25PM   4              THE COURT:  EXCUSE ME.  THIS HASN'T BEEN ADMITTED.

02:25PM   5              MR. CAZARES:  UNDERSTOOD.  UNDERSTOOD.

02:25PM   6       Q.   THERE APPEARS TO BE A RESPONSE FROM DR. ROSENDORFF TO

02:25PM   7       YOURSELF; CORRECT?

02:25PM   8       A.   YES.

02:25PM   9       Q.   OKAY.  AND CONTINUING ON THERE'S A MESSAGE AT THE TOP WITH

02:25PM  10       THE FROM LINE CUT OFF TO ADAM ROSENDORFF.

02:25PM  11              "SURE, BY ALL MEANS CONTACT ME ANY TIME, ET CETERA"?

02:25PM  12              MR. BOSTIC:  YOUR HONOR, THIS REMAINS NOT ADMITTED.

02:25PM  13              MR. CAZARES:  UNDERSTOOD.

02:25PM  14              THE COURT:  IT HASN'T BEEN ADMITTED.

02:25PM  15              MR. CAZARES:  YES, YOUR HONOR.

02:25PM  16       Q.   SO THE MESSAGE AT 20281 APPEARS TO BE THE SAME MESSAGE AS

02:25PM  17       IN 20279 WITH RESPONSES FROM DR. ROSENDORFF AND RESPONSES BY

02:26PM  18       YOURSELF TO DR. ROSENDORFF; CORRECT?

02:26PM  19       A.   THEY APPEAR TO BE.

02:26PM  20       Q.   AND USING EMAIL WAS A METHOD OF COMMUNICATION BETWEEN

02:26PM  21       YOURSELF AND DR. ROSENDORFF ON A REGULAR BASIS?

02:26PM  22       A.   YES, WE USED EMAIL ON A REGULAR BASIS.

02:26PM  23       Q.   AND AS YOU STATED BEFORE, THOSE EMAILS WERE MAINTAINED BY

02:26PM  24       THE I.T. OR IN THE -- ON THE SERVERS AT THERANOS; CORRECT?

02:26PM  25       A.   IT'S WHAT MY UNDERSTANDING IS, YES.
```

ER-1225

PANDORI CROSS BY MR. CAZARES                          1869

02:26PM  1              MR. CAZARES:  MOVE TO ADMIT 20281 AND 20279,

02:26PM  2    YOUR HONOR.

02:26PM  3              MR. BOSTIC:  AUTHENTICATION AND HEARSAY.

02:26PM  4         I'LL ALSO POINT OUT THAT DEFENSE EXHIBIT 20281 LACKS A

02:26PM  5    BATES NUMBER, THEREFORE, IT'S NOT COVERED BY OUR STIPULATION.

02:26PM  6              THE COURT:  I THINK THERE'S A -- I'LL SUSTAIN THE

02:26PM  7    OBJECTION AS TO 20279, AUTHENTICATION.

02:27PM  8         I'LL ADMIT THE 20281, AND IT MAY BE PUBLISHED.

02:27PM  9         (DEFENDANT'S EXHIBIT 20281 WAS RECEIVED IN EVIDENCE.)

02:27PM 10              MR. CAZARES:  IF WE CAN PUBLISH 20281.

02:27PM 11    Q.   SO, DR. PANDORI, 20281 ON THE SCREEN, THE MESSAGE IN THE

02:27PM 12    LOWER PORTION DATED MAY 30, 2014.

02:27PM 13         DO YOU SEE THAT?

02:27PM 14    A.   I SEE IT.

02:27PM 15    Q.   AND THERE'S A MESSAGE THAT APPEARS TO BE FROM YOURSELF TO

02:27PM 16    DR. ROSENDORFF; CORRECT?

02:27PM 17    A.   YES.

02:27PM 18    Q.   AND IT SAYS TRANSITION REPORT; CORRECT?

02:27PM 19    A.   YES.

02:27PM 20    Q.   AND THE MESSAGE READS, "ATTACHED A TRANSITION REPORT.

02:27PM 21    HOPE THIS HELPS.

02:27PM 22         "MARK."

02:27PM 23         CORRECT?

02:27PM 24    A.   THAT'S WHAT IT SAYS.

02:27PM 25    Q.   YOUR NAME IS MARK?

02:27PM  1    A.   MY NAME IS MARK.

02:27PM  2    Q.   AND YOU USED THERANOS EMAIL WHEN YOU WERE EMPLOYED AT

02:27PM  3    THERANOS; CORRECT?

02:27PM  4    A.   CORRECT.

02:27PM  5    Q.   AND THE RESPONSE FROM DR. ROSENDORFF TO YOU RE TRANSITION

02:27PM  6    REPORT, MAY 30, 2014 READS, "MARK,

02:27PM  7         "THANKS FOR SENDING THIS.  I HAVE ONE OR TWO QUESTIONS AS

02:27PM  8    TIME GOES BY.

02:27PM  9         "GOOD LUCK IN YOUR NEW VENTURES AND HOPE TO KEEP IN TOUCH.

02:27PM 10         "ADAM."

02:28PM 11         DO YOU SEE THAT?

02:28PM 12    A.   I SEE THAT.

02:28PM 13    Q.   AGAIN, THAT'S DR. ROSENDORFF, THE CLIA LAB DIRECTOR AT

02:28PM 14    THERANOS; CORRECT?

02:28PM 15    A.   I ONLY KNOW ONE ADAM ROSENDORFF.

02:28PM 16    Q.   OKAY.  THE LAST MESSAGE IN THE CHAIN IS A RESPONSE TO

02:28PM 17    ADAM ROSENDORFF:

02:28PM 18         "SURE, BY ALL MEANS CONTACT ME ANY TIME WITH QUESTIONS.

02:28PM 19         "I'M GOING OVER EVERYONES' TIMECARDS RIGHT NOW."

02:28PM 20         DO YOU SEE THAT?

02:28PM 21    A.   I SEE THAT.

02:28PM 22    Q.   AND YOU SENT A TRANSITION REPORT TO DR. ROSENDORFF ON

02:28PM 23    MAY 30, 2014 AS REFLECTED IN EXHIBIT 20281; CORRECT?

02:28PM 24    A.   NO, I DON'T RECALL DOING SO.

02:28PM 25    Q.   I'M NOT ASKING IF YOU RECALL IT.  I'M ASKING, YOU SENT A

02:28PM   1        TRANSITION REPORT TO DR. ROSENDORFF ON MAY 30, 2014; CORRECT?

02:28PM   2               MR. BOSTIC:  ASKED AND ANSWERED.

02:28PM   3               THE COURT:  SUSTAINED.

02:29PM   4        (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

02:29PM   5               MR. CAZARES:  YOUR HONOR, I'VE BEEN REMINDED TO

02:29PM   6    RAISE AN ISSUE REGARDING 20279, AND THE ISSUE RAISED IS THAT IT

02:29PM   7    IS AN EMAIL WITH A BATES RANGE COVERED BY THE STIPULATION OF

02:29PM   8    THE PARTIES.

02:29PM   9               MR. BOSTIC:  YOUR HONOR, UNDER THE LANGUAGE OF THAT

02:29PM  10    STIPULATION, THE AUTHENTICATION APPLIES TO THE EMAIL ONLY, NOT

02:29PM  11    TO ANY ATTACHMENTS BEING WHAT THEY APPEAR TO BE, AND THE

02:30PM  12    STIPULATION ALSO, I THINK, SAYS THAT THE EMAILS REFLECT EMAILS

02:30PM  13    SENT TO AND FROM THE INDICATED ADDRESSES.

02:30PM  14        THIS DOCUMENT DOESN'T HAVE AN INDICATED FROM ADDRESS.

02:30PM  15               MR. CAZARES:  YOUR HONOR, THE EMAIL HAS CLEARLY

02:30PM  16    DR. ROSENDORFF'S EMAIL ADDRESS, IT CONTAINS THE BATES RANGE

02:30PM  17    STIPULATION OF THE PARTIES, AND IT'S AN EMAIL THAT IS THE

02:30PM  18    SUBJECT TO THE STIPULATION.

02:30PM  19               THE COURT:  WHO IS IT FROM?

02:30PM  20               MR. CAZARES:  THERE'S AT LEAST ONE PARTY WITHIN THE

02:30PM  21    THERANOS EMAIL SYSTEM, AND DR. ROSENDORFF -- AND DR. PANDORI

02:30PM  22    HAS ACKNOWLEDGED ON THE OTHER EXHIBIT HIS EXCHANGE WITH

02:30PM  23    DR. ROSENDORFF ON THAT SAME DAY IN A FOLLOW-ON MESSAGE.

02:30PM  24        THE RECORD SEEMS TO CLEARLY INDICATE AUTHENTICATION BASED

02:30PM  25    ON THIS CHAIN OF EVENTS WITH THE SUBSEQUENT DOCUMENT 20281.

PANDORI CROSS BY MR. CAZARES                                          1872

```
02:30PM   1              THE COURT:  YOU KNOW, WE'LL HAVE THIS DISCUSSION
02:30PM   2      LATER.  I SUGGEST YOU REFERENCE THE TIME OF THE EMAIL AS WELL
02:30PM   3      AND THE LACK OF THE SENDER.
02:31PM   4          SO I THINK THERE'S AN AUTHENTICATION ISSUE, SO I'LL
02:31PM   5      SUSTAIN THE OBJECTION FOR NOW.
02:31PM   6              MR. CAZARES:  YES, YOUR HONOR.
02:31PM   7          (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)
02:31PM   8      BY MR. CAZARES:
02:31PM   9      Q.   SO, DR. ROSENDORFF, GETTING BACK TO EXHIBIT 20279 --
02:31PM  10              THE COURT:  IT'S DR. PANDORI.
02:31PM  11              MR. CAZARES:  I HAVE DR. ROSENDORFF ON THE BRAIN,
02:31PM  12      YOUR HONOR.
02:31PM  13              THE COURT:  HE'LL BE HERE SOON.
02:31PM  14          (LAUGHTER.)
02:31PM  15      BY MR. CAZARES:
02:31PM  16      Q.   DR. PANDORI, 20279, THE EMAIL FROM -- THAT HAS NO SENDER
02:31PM  17      ADDRESSED TO DR. ROSENDORFF.
02:31PM  18          DO YOU SEE THAT?
02:31PM  19      A.   I SEE IT.
02:32PM  20      Q.   AND IT'S YOUR SWORN TESTIMONY TODAY THAT YOU DID NOT WRITE
02:32PM  21      THE ATTACHMENT TO DR. ROSENDORFF REFLECTED IN EXHIBIT 20279; IS
02:32PM  22      THAT YOUR TESTIMONY?
02:32PM  23      A.   I DON'T -- I HAVE TO REVIEW THIS DOCUMENT.  I DON'T RECALL
02:32PM  24      AUTHORING IT.
02:32PM  25      Q.   AND IS IT YOUR TESTIMONY THEN THAT YOU DID NOT WRITE IT?
```

ER-1229

02:32PM   1                    MR. BOSTIC:  ASKED AND ANSWERED.

02:32PM   2                    THE COURT:  SUSTAINED.

02:32PM   3       BY MR. CAZARES:

02:32PM   4       Q.   AND IS IT YOUR TESTIMONY TODAY THAT YOU'VE NEVER SEEN IT

02:32PM   5       BEFORE?

02:32PM   6       A.   I'M LOOKING AT THIS DOCUMENT, AND I HAVE NO RECOLLECTION

02:32PM   7       OF IT.

02:32PM   8       Q.   SO YOU MAY HAVE BOTH WRITTEN IT AND SEEN IT BEFORE?

02:32PM   9            DO YOU AGREE?

02:32PM  10       A.   IT'S POSSIBLE.

02:32PM  11       Q.   OKAY.  YOU CAN SET THAT ASIDE.

02:33PM  12            IF YOU CAN TAKE A LOOK AT EXHIBIT 20454.

02:33PM  13       A.   OKAY.  I'M THERE.

02:33PM  14       Q.   THE FIRST PAGE OF 20254 LOOKS TO BE A JANUARY 29, 2014

02:33PM  15       EMAIL, APPEARS TO BE FROM YOURSELF TO MR. BALWANI?

02:33PM  16                    THE COURT:  I'M SORRY, THIS IS 2045 --

02:33PM  17                    MR. CAZARES:  20254.

02:34PM  18                    THE COURT:  202.

02:34PM  19                    MR. CAZARES:  20254.

02:34PM  20                    THE COURT:  DO YOU HAVE THAT EXHIBIT IN FRONT OF

02:34PM  21       YOU, DR. PANDORI?

02:34PM  22                    THE WITNESS:  YES.

02:34PM  23                    THE COURT:  OKAY.

02:34PM  24                    THE WITNESS:  20254.  20254?  OH, WAIT.  20254

02:34PM  25       YOU'RE SAYING?

ER-1230

02:34PM  1        MR. CAZARES:  YES, 20254.  IT'S IN VOLUME 2.

02:34PM  2        THE COURT:  ARE YOU SURE IT'S NOT 20454?

02:34PM  3        MR. CAZARES:  NO, 20254.

02:34PM  4        THE WITNESS:  I DON'T HAVE THAT.

02:35PM  5     (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

02:35PM  6        MR. CAZARES:  AGAIN, MY BAD.

02:35PM  7   Q.  IT'S AT THE END OF VOLUME 1, 20254.

02:35PM  8        MR. COOPERSMITH:  ASK FOR A SIDE-BAR.

02:35PM  9   BY MR. CAZARES:

02:35PM  10  Q.  DO YOU HAVE 20254?

02:35PM  11  A.  YES.

02:35PM  12  Q.  AGAIN, IT APPEARS TO BE AN EMAIL JANUARY 29, 2014?

02:35PM  13  A.  YES.

02:35PM  14  Q.  AND THE MESSAGE CHAIN APPEARS TO BE BETWEEN YOURSELF AND

02:35PM  15  MR. BALWANI?

02:35PM  16  A.  IT DOES.

02:35PM  17       MR. CAZARES:  MOVE TO ADMIT 20254, YOUR HONOR.

02:35PM  18       MR. BOSTIC:  HEARSAY.

02:35PM  19  BY MR. CAZARES:

02:35PM  20  Q.  AND MR. PANDORI -- DR. PANDORI, YOU, AGAIN, REGULARLY USE

02:36PM  21  EMAIL TO COMMUNICATE WITHIN THE CLINICAL LAB AND WITH

02:36PM  22  MANAGEMENT WITHIN THERANOS?

02:36PM  23  A.  YES.

02:36PM  24  Q.  AND INCLUDING MR. BALWANI?

02:36PM  25  A.  YES.

02:36PM  1    Q.   REGARDING ISSUES IN THE CLINICAL LAB?

02:36PM  2    A.   YES.

02:36PM  3    Q.   AND THOSE WERE MAINTAINED AT THERANOS AS FAR AS YOU KNOW

02:36PM  4    AS FAR AS YOU'VE TESTIFIED TODAY?

02:36PM  5    A.   YES.

02:36PM  6         MR. CAZARES:  MOVE TO ADMIT, YOUR HONOR, BOTH AS A

02:36PM  7    BUSINESS RECORD AND STATE OF MIND OF MR. BALWANI.

02:36PM  8         MR. BOSTIC:  YOUR HONOR, SAME OBJECTIONS.

02:36PM  9         THE COURT:  STATE OF MIND OF MR. BALWANI?

02:36PM 10         MR. CAZARES:  BUSINESS RECORD AND STATE OF MIND.

02:36PM 11      (PAUSE IN PROCEEDINGS.)

02:36PM 12         THE COURT:  SO ARE YOU OFFERING THIS FOR THE TRUTH

02:36PM 13    OF THE MATTER ASSERTED OR SOLELY FOR THE ISSUE OF THE STATE OF

02:36PM 14    MIND OF YOUR CLIENT?

02:37PM 15         MR. CAZARES:  MY FIRST EXCEPTION IS THAT IT IS A

02:37PM 16    BUSINESS RECORD, YOUR HONOR, AND THE BACKUP IS STATE OF MIND.

02:37PM 17    IT RELATES TO CLINICAL LAB ISSUES.

02:37PM 18         THE COURT:  ALL RIGHT.  I'LL ADMIT THIS UNDER

02:37PM 19    803(6).

02:37PM 20         MR. CAZARES:  THANK YOU, YOUR HONOR.

02:37PM 21         THE COURT:  AND IT MAY BE PUBLISHED.

02:37PM 22      (DEFENDANT'S EXHIBIT 20254 WAS RECEIVED IN EVIDENCE.)

02:37PM 23    BY MR. CAZARES:

02:37PM 24    Q.   AND, DR. PANDORI, TURNING TO THE BOTTOM OF THE PAGE ON

02:37PM 25    20254.

PANDORI CROSS BY MR. CAZARES                                    1876

02:37PM  1    A.   YES.

02:37PM  2    Q.   THERE'S A MESSAGE JANUARY 29TH, 2014 FROM MR. BALWANI TO

02:37PM  3    YOU?

02:37PM  4    A.   OKAY.

02:37PM  5    Q.   AND THE MESSAGE FROM MR. BALWANI SAYS, "CAN YOU PLEASE

02:37PM  6    REVIEW ALL SOP'S AND PROCESS IN LIGHT OF OUR DISCUSSION FROM

02:37PM  7    YESTERDAY AND THIS ISSUE WITH THE RESULTS AND 27-HOUR

02:37PM  8    TURN-AROUND TIME -- TO SEE WHAT WE CAN DO TO CREATE A PERFECT

02:37PM  9    EXPERIENCE AND PROCESSES AND RESPONSIBILITIES."

02:37PM 10         DO YOU SEE THAT?

02:37PM 11    A.   YES.

02:37PM 12    Q.   AND BELOW THAT MR. BALWANI WRITES, "I WOULD LIKE THE

02:37PM 13    PRODUCT MANAGEMENT TEAM 100 PERCENT OUT OF ANY CLIA MATTERS

02:38PM 14    ASAP -- EXCEPT FOR DEMOS."

02:38PM 15         DO YOU SEE THAT?

02:38PM 16    A.   YES.

02:38PM 17    Q.   AND THE PRODUCT MANAGEMENT TEAM, OR PM'S, ARE SOME OF THE

02:38PM 18    NON-SCIENTIFIC PEOPLE AT THERANOS THAT YOU'VE MENTIONED BEFORE

02:38PM 19    IN YOUR TESTIMONY; CORRECT?

02:38PM 20    A.   CORRECT.

02:38PM 21    Q.   AND MR. BALWANI IS TELLING YOU THAT HE WOULD LIKE THEM OUT

02:38PM 22    OF CLIA MATTERS ASAP.

02:38PM 23         DO YOU SEE THAT?

02:38PM 24    A.   I SEE THAT.

02:38PM 25    Q.   AND IN RESPONSE YOU WRITE TO MR. BALWANI, "I WILL BEGIN."

PANDORI CROSS BY MR. CAZARES                                    1877

02:38PM   1              DO YOU SEE THAT?

02:38PM   2       A.   YES.

02:38PM   3       Q.   AND YOU AGREED WITH THAT, THE PROJECT MANAGER SHOULD BE

02:38PM   4       OUT OF CLIA MATTERS; CORRECT?

02:38PM   5       A.   I AGREE.

02:38PM   6       Q.   AND THEN MR. BALWANI RESPONDS TO YOU THAT, "WE NEED TO

02:38PM   7       CREATE A CULTURE OF RESPONSIBILITY AND OWNERSHIP IN CLIA AND

02:38PM   8       UNTIL THE PM TEAM IS INVOLVED IN BABYSITTING SAMPLES AND

02:38PM   9       PROCESSES, THIS WON'T HAPPEN.  THEY CAN HELP WHEN AND WHERE

02:38PM  10       NEEDED AND ASKED BY YOU.  BUT THIS SHOULD BE A PROCESS DECISION

02:39PM  11       YOU SHOULD MAKE.  THANKS."

02:39PM  12              DO YOU SEE THAT?

02:39PM  13       A.   YES.

02:39PM  14       Q.   AND SO MR. BALWANI IS ASKING YOU TO TAKE CHARGE AND KEEP

02:39PM  15       THE PM TEAM OUT OF CLIA MATTERS; CORRECT?

02:39PM  16       A.   I THINK HE WANTED -- I THINK IT MIGHT BE A LITTLE

02:39PM  17       DIFFERENT.

02:39PM  18       Q.   WELL, WHAT HE WROTE WAS, "WE NEED TO CREATE A CULTURE OF

02:39PM  19       RESPONSIBILITY AND OWNERSHIP AND UNTIL THE PM TEAM IS INVOLVED

02:39PM  20       BABYSITTING SAMPLES AND PROCESSES, THIS WON'T HAPPEN."

02:39PM  21              DO YOU SEE THAT PART?

02:39PM  22       A.   YES, BUT I DON'T UNDERSTAND THAT SENTENCE.

02:39PM  23       Q.   OKAY.  "THEY CAN HELP WHEN AND WHERE NEEDED AND ASKED BY

02:39PM  24       YOU."

02:39PM  25              DO YOU SEE THAT?

PANDORI CROSS BY MR. CAZARES                                    1878

```
02:39PM   1      A.   YES.

02:39PM   2      Q.   AND SO HE'S SAYING THAT THEIR INVOLVEMENT SHOULD ONLY COME

02:39PM   3      AT YOUR REQUEST; CORRECT?

02:39PM   4      A.   THEIR HELP?

02:39PM   5      Q.   BEING THE PM'S, PRODUCT MANAGEMENT TEAM?

02:39PM   6      A.   THEIR HELP, YES.

02:39PM   7      Q.   OKAY.  AND MR. BALWANI FURTHER STATED, "BUT THIS SHOULD BE

02:39PM   8      A PROCESS DECISION YOU SHOULD MAKE."

02:40PM   9           DO YOU SEE THAT?

02:40PM  10      A.   IT SAYS THAT.

02:40PM  11      Q.   SO HE'S LEAVING IT TO YOU REGARDING THE INVOLVEMENT OF

02:40PM  12      PRODUCT MANAGEMENT TEAM IN THE CLIA LAB PER THIS EMAIL;

02:40PM  13      CORRECT?

02:40PM  14      A.   THAT'S WHAT IT SAYS.

02:40PM  15                MR. CAZARES:  YOUR HONOR, WE WOULD REQUEST A

02:40PM  16      SIDE-BAR ON AN ISSUE THAT WE THINK IS IMPORTANT.

02:40PM  17                THE COURT:  AT THIS TIME?

02:40PM  18                MR. CAZARES:  YES, YOUR HONOR.

02:40PM  19                THE COURT:  IS IT SOMETHING THAT YOU -- YOU HAVE

02:40PM  20      20 MINUTES LEFT.

02:40PM  21                MR. CAZARES:  I THINK IT'S SOMETHING THAT WE NEED TO

02:40PM  22      ADDRESS, YOUR HONOR.

02:40PM  23                THE COURT:  OKAY.  ALL RIGHT.  WE'LL TAKE A

02:40PM  24      SIDE-BAR.

02:40PM  25                LADIES AND GENTLEMEN, I'M GOING TO SPEAK WITH COUNSEL IN
```

ER-1235

1879

02:40PM 1    THE BACK HERE, SO WE'LL LEAVE YOU HERE, PLEASE.

02:40PM 2        DO NOT DISCUSS THIS CASE IN ANY WAY AMONGST YOURSELVES.

02:40PM 3        YOU CAN STAND AND STRETCH.  YOU CAN'T LEAVE THE COURTROOM,

02:40PM 4    BUT YOU CAN STAND AND STRETCH, AND I'LL BE BACK IN JUST A

02:40PM 5    MOMENT.

02:40PM 6        IS THERE AN EXHIBIT I SHOULD TAKE WITH ME?

02:40PM 7            MR. CAZARES:  NO, YOUR HONOR.

02:40PM 8            THE COURT:  OKAY.

02:40PM 9        (SIDE-BAR CONFERENCE ON THE RECORD.)

02:44PM 10           THE COURT:  THANK YOU.  WE'RE AT SIDE-BAR, WHICH IS

02:44PM 11   IN THE JURY ROOM OUTSIDE OF THE PRESENCE OF THE JURY.  COUNSEL

02:44PM 12   ARE PRESENT.

02:44PM 13       YOU WANTED TO DISCUSS SOMETHING?

02:44PM 14           MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU FOR

02:44PM 15   THE COURT'S INDULGENCE.  I KNOW IT'S ALMOST THE END OF THE DAY.

02:44PM 16   WE REALLY DO APPRECIATE IT.

02:44PM 17       EXHIBIT 2079 AND THE ATTACHMENT --

02:44PM 18           MR. CAZARES:  202.

02:44PM 19           MR. COOPERSMITH:  20279 IS A CRUCIAL EXHIBIT.

02:44PM 20       IT'S MR. PANDORI'S EXIT MEMO, AND WE JUST WANT TO SHOW YOU

02:44PM 21   WHY IT'S ADMISSIBLE, AND IT'S HARD TO DO IT IN FRONT OF THE

02:44PM 22   JURY.  AND WE WOULDN'T BE DOING IT IF IT WASN'T AS IMPORTANT AS

02:44PM 23   IT IS IN TERMS OF GETTING THE TRUTH OUT HERE.

02:44PM 24           THE COURT:  I'M SORRY, WHAT DID YOU SAY?

02:44PM 25           MR. COOPERSMITH:  IN TERMS OF WHAT OUR VIEW OF THE

1880

02:44PM 1    CASE IS.

02:44PM 2           MR. SCHENK:  YOUR HONOR, I'M SORRY TO INTERRUPT YOU.

02:44PM 3    JUST TWO QUICK THINGS.  THE COURT ASKED IF THE SIDE-BAR

02:44PM 4    WOULD INVOLVE AN EXHIBIT.  I THOUGHT THE ANSWER WAS NO, SO WE

02:44PM 5    DIDN'T BRING ANY EXHIBITS WITH US.

02:44PM 6           THE COURT:  NOR DID I.

02:44PM 7           MR. SCHENK:  THAT'S THE FIRST POINT.

02:44PM 8    THE SECOND IS WHY CAN'T WE DO 20 MORE MINUTES OR 30 MORE

02:44PM 9    MINUTES OF QUESTIONS AND TAKE THIS UP AT THE END OF THE DAY OR

02:44PM 10    MONDAY MORNING.  IS NOW REALLY THE RIGHT TIME?

02:44PM 11           MR. COOPERSMITH:  I THINK SO.  THE REASON I'M IN

02:44PM 12    HERE IS THAT I DO NOT THINK MR. BOSTIC, AND I'M NOT ACCUSING

02:44PM 13    ANYBODY OF ANYTHING, BUT THE STIPULATION DOES NOT SAY WHAT

02:44PM 14    MR. BOSTIC SAYS IT SAYS.

02:44PM 15           THE COURT:  CAN I JUST STOP YOU.  WE'RE -- IT'S

02:44PM 16    17 MINUTES TO 3:00.  OUR DISCUSSION IS GOING TO TAKE MORE THAN

02:44PM 17    17 MINUTES, I'M CONFIDENT OF THAT, JUST BASED ON WHERE WE ARE

02:44PM 18    GOING HERE.

02:44PM 19    I'D LIKE TO MOVE AND DO AS MUCH AS YOU CAN WITH YOUR

02:44PM 20    EXAMINATION.  MY SENSE IS THAT YOU HAVE 17 MINUTES WORTH OF

02:44PM 21    QUESTIONS THAT DON'T NECESSARILY NEED TO --

02:44PM 22           MR. COOPERSMITH:  WELL, YOU KNOW, MY UNDERSTANDING

02:44PM 23    IS THAT WE WOULD PREFER TO END WITH THIS TOPIC, AND WE DON'T

02:44PM 24    NEED TO GO INTO OTHER THINGS.

02:44PM 25    WE COULD, BUT WE DON'T JUST WANT TO DO THAT FOR THE SAKE

ER-1237

02:44PM 1    OF DOING IT.

02:44PM 2            THE COURT:  WELL, THEN LET'S END OUR DAY NOW, AND

02:44PM 3    THEN WE'LL HAVE THE DISCUSSION, AND THEN YOU CAN RAISE IT.

02:44PM 4            MR. COOPERSMITH:  OKAY.  I THINK THAT WOULD BE FINE.

02:44PM 5        (END OF DISCUSSION AT SIDE-BAR.)

02:44PM 6            THE COURT:  ALL RIGHT.  THANK YOU.  WE'RE BACK ON

02:44PM 7    THE RECORD.  ALL COUNSEL ARE PRESENT.

02:44PM 8        DR. PANDORI IS PRESENT.

02:44PM 9        LADIES AND GENTLEMEN, WE NEED TO END THE DAY TODAY.  I

02:44PM 10   NEED TO TALK TO THESE LAWYERS A LITTLE BIT, AND IT'S GOING TO

02:44PM 11   EXHAUST THE TIME THAT IS LEFT, WHICH IS ABOUT 15 MINUTES TO

02:44PM 12   3:00.

02:44PM 13       COUNSEL HAS TOLD ME THAT WE NEED TO DISCUSS THIS BEFORE WE

02:44PM 14   MOVE ON TO ANY OTHER QUESTIONS.

02:44PM 15       SO LET ME JUST ASK ABOUT THE WITNESS'S AVAILABILITY

02:44PM 16   TUESDAY.

02:44PM 17       DO WE NEED TO MAKE ANY ADJUSTMENTS ABOUT THAT?

02:44PM 18           MR. BOSTIC:  YOUR HONOR, I WOULD DEFER TO

02:45PM 19   DR. PANDORI ON THAT, BUT I UNDERSTAND THAT HE DOES HAVE A

02:45PM 20   SCHEDULING CONFLICT ON THAT.

02:45PM 21           THE COURT:  DR. PANDORI, ARE YOU AVAILABLE TUESDAY

02:45PM 22   TO RETURN?

02:45PM 23           THE WITNESS:  I'M SCHEDULED TO PARTICIPATE IN A CLIA

02:45PM 24   INSPECTION FOR THE ALAMEDA COUNTY DEPARTMENT OF PUBLIC HEALTH

02:45PM 25   LAB ON THE 5TH OF APRIL, TUESDAY.

1882

| | |
|---|---|
| 02:45PM | 1 |
| 02:45PM | 2 |
| 02:45PM | 3 |
| 02:45PM | 4 |
| 02:45PM | 5 |
| 02:45PM | 6 |
| 02:45PM | 7 |
| 02:45PM | 8 |
| 02:45PM | 9 |
| 02:45PM | 10 |
| 02:45PM | 11 |
| 02:45PM | 12 |
| 02:46PM | 13 |
| 02:46PM | 14 |
| 02:46PM | 15 |
| 02:46PM | 16 |
| 02:46PM | 17 |
| 02:46PM | 18 |
| 02:46PM | 19 |
| 02:46PM | 20 |
| 02:46PM | 21 |
| 02:46PM | 22 |
| 02:46PM | 23 |
| 02:46PM | 24 |
| 02:46PM | 25 |

1  THE COURT:  OKAY.  WILL THAT TAKE UP THE ENTIRETY OF

2  YOUR DAY?

3  THE WITNESS:  IT'S IN OAKLAND, AND IT WILL TAKE UP

4  APPROXIMATELY FOUR AND A HALF TO FIVE HOURS.

5  THE COURT:  SURE.  OKAY.  ALL RIGHT.

6  SO WE'LL TAKE OUR RECESS NOW, LADIES AND GENTLEMEN.  I'M

7  GOING TO TALK WITH THE LAWYERS, AND WE'LL WORK OUT WHAT WE NEED

8  TO DO.

9  WE WILL INFORM YOU ABOUT ANY SCHEDULE CHANGES THAT OCCUR

10  OR THAT WILL OCCUR.

11  WE'RE SCHEDULED TO MEET NEXT WEEK TUESDAY AND WEDNESDAY

12  AND SO WE WILL -- MY ANTICIPATION IS WE WILL BE MEETING THEN

13  AND YOU'LL COME BACK ON THAT DATE, BUT WE'LL INFORM YOU AS TO

14  ANY CHANGES IN THAT SCHEDULE.

15  I DON'T KNOW IF ANY OF YOU HAVE ASKED OR LOOKED TO SEE

16  WHETHER OR NOT NEXT WEEK YOU CAN EXTEND YOUR TIME WITH US UNTIL

17  4:00 O'CLOCK IN THE AFTERNOON.  IF THAT'S POSSIBLE, I WOULD ASK

18  US TO DO THAT.

19  IF IT'S NOT, I COMPLETELY UNDERSTAND, AND YOU CAN REPORT

20  TO ME NEXT WEEK ON THAT AS WELL.

21  BEFORE WE BREAK, LET ME GIVE YOU THE ADMONISHMENT AGAIN.

22  PLEASE, DURING OUR BREAK, DO NOT READ, DO ANY INDEPENDENT

23  RESEARCH, HAVE CAUSE TO TALK TO ANYONE, LISTEN, OR DO ANY

24  INDEPENDENT RESEARCH ABOUT THIS CASE, ANYONE INVOLVED WITH IT

25  OR ANYTHING TO DO WITH THIS CASE.

ER-1239

1883

| | |
|---|---|
| 02:46PM | 1 |
| 02:46PM | 2 |
| 02:46PM | 3 |
| 02:47PM | 4 |
| 02:47PM | 5 |
| 02:47PM | 6 |
| 02:47PM | 7 |
| 02:47PM | 8 |
| 02:47PM | 9 |
| 02:47PM | 10 |
| 02:47PM | 11 |
| 02:47PM | 12 |
| 02:47PM | 13 |
| 02:47PM | 14 |
| 02:47PM | 15 |
| 02:48PM | 16 |
| 02:48PM | 17 |
| 02:48PM | 18 |
| 02:48PM | 19 |
| 02:48PM | 20 |
| 02:48PM | 21 |
| 02:48PM | 22 |
| 02:48PM | 23 |
| 02:48PM | 24 |
| 02:48PM | 25 |

HAVE A GREAT WEEKEND.  WE'LL SEE YOU NEXT WEEK.  THANK
YOU.

       (JURY OUT AT 2:46 P.M.)

          THE COURT:  THANK YOU.  PLEASE BE SEATED.

     DR. PANDORI, CAN YOU STEP OUTSIDE JUST BEFORE YOU LEAVE
FOR THE DAY, PLEASE?

          THE WITNESS:  OF COURSE.

          THE COURT:  THANK YOU.

       (JURY OUT AT 2:47 P.M.)

       (DR. PANDORI NOT PRESENT.)

          THE COURT:  THE RECORD SHOULD REFLECT THAT THE JURY
HAS LEFT FOR THE WEEKEND, AND DR. PANDORI HAS LEFT THE
COURTROOM.

     FIRST, LET'S TALK ABOUT DR. PANDORI'S AVAILABILITY NEXT
WEEK.  HE HAS TO BE AT HIS LAB, IT SOUNDS LIKE, FOR A CLIA
INSPECTION.

     DOES THE GOVERNMENT HAVE A THOUGHT ABOUT WHAT WE WOULD DO
IF THE COURT WERE TO ALLOW HIM TO PARTICIPATE IN HIS JOB
FUNCTION?

          MR. BOSTIC:  YES, YOUR HONOR.

     OUR SUGGESTION WOULD BE TO CAPITALIZE ON THE DAY WHEN THE
JURY IS AVAILABLE TO PUT ANOTHER WITNESS ON THE STAND AND TAKE
WITNESSES OUT OF ORDER.

     I BELIEVE WE HAD A WITNESS IDENTIFIED WHO WE CAN COMPLETE
THE DIRECT AND CROSS OF WITHIN THE DAY ON TUESDAY, AND THEN WE

ER-1240

02:48PM  1    COULD RESUME WITH DR. PANDORI ON WEDNESDAY WHEN HE BECOMES

02:48PM  2    AVAILABLE AGAIN.

02:48PM  3              THE COURT:  OKAY.  ALL RIGHT.

02:48PM  4         MR. COOPERSMITH.

02:48PM  5              MR. COOPERSMITH:  YES, YOUR HONOR.

02:48PM  6         YOU KNOW, WE DON'T WANT TO DISRUPT -- SORRY --

02:48PM  7    DR. PANDORI'S SCHEDULE, AND I THINK WE CAN TAKE HIM OUT OF

02:48PM  8    ORDER, AND HE'LL COME BACK WHEN HE'S ABLE TO COME BACK.

02:48PM  9              THE COURT:  OKAY.  THANK YOU.

02:48PM  10        THEN WHY DON'T WE -- SHOULD WE TELL HIM THAT HE SHOULD

02:48PM  11   COME BACK ON WEDNESDAY AT 9:00 A.M. THEN?

02:48PM  12             MR. COOPERSMITH:  THAT SUITS THE DEFENSE,

02:48PM  13   YOUR HONOR.

02:49PM  14             THE COURT:  DOES THAT WORK?

02:49PM  15             MR. BOSTIC:  YES, YOUR HONOR.

02:49PM  16             THE COURT:  CAN SOMEONE ASK HIM TO COME IN?  WE'LL

02:49PM  17   LET HIM LEAVE NOW.

02:50PM  18        (PAUSE IN PROCEEDINGS.)

02:50PM  19        (DR. PANDORI PRESENT.)

02:50PM  20             THE COURT:  DR. PANDORI, GOOD AFTERNOON.

02:50PM  21        SIR, I UNDERSTAND YOU HAVE THIS LAB COMMITMENT ON TUESDAY.

02:50PM  22   I'VE TALKED WITH THE LAWYERS, AND THEY HAVE AGREED TO ALLOW

02:50PM  23   YOU, AND I'LL CERTAINLY PERMIT YOU, TO NOT TO HAVE TO COME BACK

02:50PM  24   ON TUESDAY, BUT IF YOU COULD COME BACK ON WEDNESDAY AT

02:51PM  25   9:00 A.M.  BE AVAILABLE FOR TESTIMONY ON WEDNESDAY AT 9:00 A.M.

02:51PM 1        WILL THAT WORK FOR YOU, SIR?

02:51PM 2              THE WITNESS:  YES.

02:51PM 3              THE COURT:  ALL RIGHT.  IF YOU'LL COME BACK ON

02:51PM 4    WEDNESDAY, WEDNESDAY NEXT AT 9:00 A.M., WE'LL CONTINUE WITH

02:51PM 5    YOUR EXAMINATION.

02:51PM 6              THE WITNESS:  THANK YOU.

02:51PM 7              THE COURT:  YOU'RE WELCOME.

02:51PM 8         ALL RIGHT.  THE RECORD SHOULD REFLECT --

02:51PM 9              THE WITNESS:  SORRY.

02:51PM 10             THE COURT:  YOU CAN GO.  YOU CAN GO, DR. PANDORI.

02:51PM 11   THAT'S FINE.

02:51PM 12        THE RECORD SHOULD REFLECT THAT DR. PANDORI HAS LEFT THE

02:51PM 13   COURTROOM.  THE JURY HAS GONE FOR THE WEEKEND.

02:51PM 14        WE HAD A SIDE-BAR DISCUSSION AT COUNSEL'S REQUEST, BUT THE

02:51PM 15   REQUEST WAS TO TALK ABOUT SOMETHING.  I ASKED WHETHER I SHOULD

02:51PM 16   BRING DOCUMENTS BACK.  I WAS TOLD NO.  WE STARTED THAT

02:51PM 17   CONVERSATION, AND APPARENTLY IT WAS ABOUT 20281, I THINK.

02:52PM 18        I THINK, MR. COOPERSMITH, YOU SUGGESTED THAT IT WAS

02:52PM 19   IMPORTANT THAT WE DISCUSS THIS WITH 17 MINUTES BEFORE WE CLOSE

02:52PM 20   BECAUSE YOU WANTED TO END THE DAY -- YOU WANTED TO CURATE YOUR

02:52PM 21   DEFENSE IN A WAY THAT THE JURY WAS LEFT WITH THIS

02:52PM 22   DOCUMENT/EXAMINATION FRESH IN THEIR MINDS.

02:52PM 23             MR. COOPERSMITH:  I THINK THAT'S FAIR, YOUR HONOR.

02:52PM 24        AND WE DO APPRECIATE THE COURT'S INDULGENCE ON THE

02:52PM 25   SIDE-BAR.  AND IF THERE WAS A MISUNDERSTANDING WITH THE

1886

02:52PM  1    DOCUMENTS, I DO APOLOGIZE, BUT WE DID WANT TO CLEAR THIS UP,

02:52PM  2    AND PERHAPS WE CAN DO THAT RIGHT NOW WITH THE FEW MINUTES WE

02:52PM  3    HAVE UNTIL 3:00.

02:52PM  4         THE COURT:  SURE.

02:52PM  5       SO WHAT WOULD YOU LIKE ME TO KNOW?

02:52PM  6         MR. COOPERSMITH:  WELL, IF I COULD APPROACH,

02:52PM  7    YOUR HONOR, AND HAND YOU THE STIPULATION THAT IS AT ISSUE.

02:52PM  8       IT IS HARD TO TYPE WHILE YOU'RE ALSO HANDING THINGS UP.

02:53PM  9         THE COURT:  OKAY.  YOU'VE HANDED ME A DOCUMENT THAT

02:53PM  10   LOOKS LIKE IT'S FOUR PAGES.  IT'S TITLED STIPULATION REGARDING

02:53PM  11   CERTAIN EXHIBITS.

02:53PM  12        MR. COOPERSMITH:  YES, YOUR HONOR.

02:53PM  13      THIS IS A STIPULATION THAT THE PARTIES REACHED BEFORE

02:53PM  14   TRIAL, AND IT WAS FILED WITH THE COURT.

02:53PM  15      AND THE APPLICABLE PARAGRAPH IS, IF YOU TURN TO THE PAGE

02:53PM  16   AFTER THE COVER PAGE, IT'S LABELLED PAGE 1, IT'S PARAGRAPH

02:53PM  17   NUMBER 2.

02:53PM  18      I'M LOOKING AT THAT PARAGRAPH IN REFERENCE TO THE EXHIBIT.

02:53PM  19   IT MIGHT BE GOOD TO HAVE IT IN FRONT OF YOU, AND IT'S THAT

02:53PM  20   EXHIBIT 20279.  IT'S THE EXHIBIT THAT WAS ON THE TOP, THE EMAIL

02:53PM  21   FROM DR. PANDORI TO DR. ROSENDORFF ON MAY 30TH, 2014.  THERE'S

02:53PM  22   A BATES NUMBER AT THE VERY BOTTOM CORNER.

02:53PM  23      I'LL JUST NOTE TO START THAT THE BATES NUMBER IS A THPFM

02:54PM  24   BATES DOCUMENT.  SO THAT'S ONE OF THE BATES NUMBER ON THE

02:54PM  25   DOCUMENT.

1887

02:54PM   1        IF YOU LOOK AT PARAGRAPH 2, THAT IS THE TYPE OF SERIES

02:54PM   2    AMONG THE DIFFERENT BATES NUMBER SERIES THAT IS STIPULATED TO

02:54PM   3    AS AUTHENTIC.

02:54PM   4        THE OTHER THING I WANTED TO POINT OUT, YOUR HONOR, AND I'M

02:54PM   5    NOT CASTING ANY ASPERSIONS ON THE GOVERNMENT, AND WE'RE IN THE

02:54PM   6    MIDDLE OF THE TRIAL AND THEY CAN'T HAVE THE STIPULATION IN

02:54PM   7    FRONT OF THEM NECESSARILY, BUT WHAT IT ACTUALLY SAYS IS,

02:54PM   8    "EMAILS TO OR FROM EMAIL ADDRESSES WITH THE DOMAIN THERANOS,

02:54PM   9    DOMAIN @THERANOS.COM THAT WAS SENT OR RECEIVED."

02:54PM  10        AND IF YOU LOOK AT THE EMAIL THAT IS AT ISSUE,

02:54PM  11    EXHIBIT 20279, EXHIBIT 20279, THAT IS THE EMAIL WITH THE

02:54PM  12    CORRECT BATES NUMBER THAT IS LISTED IN THE STIPULATION, AND IT

02:54PM  13    IS AN EMAIL IN FACT TO DR. ROSENDORFF AT THAT EXACT SAME

02:55PM  14    DOMAIN, AROSENDORFF@THERANOS.COM.

02:55PM  15        SO IT IS TRUE THAT THERE'S NO EMAIL IDENTIFIED IN THE FROM

02:55PM  16    FIELD, DR. PANDORI, BUT THE STIPULATION DOESN'T REQUIRE THAT

02:55PM  17    BECAUSE OF THE DISJUNCTIVE IN BOTH SECTIONS OR, TO OR FROM,

02:55PM  18    SENT OR RECEIVED.

02:55PM  19        SO WE THINK THIS 100 PERCENT CLEARLY FALLS WITHIN THE

02:55PM  20    STIPULATION AS AUTHENTIC.  THAT WAS THE OBJECTION.

02:55PM  21        AND THEN I WOULD ALSO NOTE, YOUR HONOR, TO GO A LITTLE

02:55PM  22    FURTHER, THAT DOESN'T NECESSARILY INCLUDE THE ATTACHMENT.

02:55PM  23    THERE WAS ANOTHER OBJECTION THAT MR. BOSTIC MADE THAT THE

02:55PM  24    STIPULATION DOESN'T INCLUDE ATTACHMENTS.

02:55PM  25        NOW, OF COURSE I HAVE TO AGREE THAT THE LANGUAGE IN THE

ER-1244

1888

02:55PM 1    STIPULATION DOESN'T MENTION THE WORD "ATTACHMENT," BUT I WOULD

02:55PM 2    NOTE THAT THE EMAIL ITSELF, LIKE THE EMAILS DO WHEN THEY HAVE A

02:55PM 3    FILE ATTACHED, HAS TRANSITION MWP 052014 DOCX, INDICATING A

02:56PM 4    WORD DOCUMENT ATTACHMENT, WHICH ALSO THE ATTACHMENT WHICH ALSO

02:56PM 5    HAS THE BATES NUMBER SERIES, WHICH ARE SEQUENTIAL.

02:56PM 6         SO AT A MINIMUM, I THINK THE EMAIL WOULD COME IN UNDER

02:56PM 7    STIPULATION.

02:56PM 8         THE ATTACHMENT, YOU KNOW, MR. BOSTIC MAY MAKE A SLIGHTLY

02:56PM 9    BETTER POINT THAT THE STIPULATION DOESN'T SAY ATTACHMENTS, BUT

02:56PM 10   I THINK THAT COMES FROM THE CONTENT OF THE EMAIL ITSELF.

02:56PM 11        SO I JUST WANTED TO MAKE SURE THAT THAT WAS CLEAR, YOU

02:56PM 12   KNOW, BEFORE WE LEFT THIS WITNESS WHO I UNDERSTAND IS COMING

02:56PM 13   BACK WEDNESDAY.

02:56PM 14            THE COURT:  SO ONE OF THE PROBLEMS -- I ASKED YOU

02:56PM 15   ABOUT TIME.  YOUR COLLEAGUE WAS TALKING ABOUT WAS THIS THE DAY

02:56PM 16   HE LEFT?  WE'LL ALL LOOK AT THE TRANSCRIPT AGAIN THIS EVENING.

02:56PM 17   I THINK HE SAID WAS IT CLOSE TO HIS BIRTHDAY, MAY 19TH, THAT HE

02:56PM 18   HAD THE CONVERSATION WITH YOUR CLIENT AND MS. HOLMES, AND THEN

02:56PM 19   HE SAID, I DECIDED -- IT SOUNDS LIKE HE DECIDED TO -- MADE THE

02:56PM 20   DECISION IN THEIR OFFICE TO RESIGN THAT DATE.  HE TOLD US HIS

02:57PM 21   BIRTHDAY WAS THE 19TH OF MAY AND THAT INTERVIEW WAS SOME TIME

02:57PM 22   AROUND THEN.

02:57PM 23        THE EMAIL THAT WAS REFERENCED IN THE OTHER DOCUMENT, WAS

02:57PM 24   THAT -- I THINK WAS THAT AT -- EXCUSE ME, MAY 30TH, BUT IT WAS

02:57PM 25   SOME TIME AROUND NOON, WAS IT?

ER-1245

1889

02:57PM 1          MR. COOPERSMITH:  YES, YOUR HONOR.

02:57PM 2          THE COURT:  AND THIS IS SENT AROUND 7:29 P.M.?

02:57PM 3          MR. COOPERSMITH:  THAT IS THE TIME, ALTHOUGH

02:57PM 4    SOMETIMES THESE TIMES ARE NOT RELIABLE BECAUSE THEY'RE

02:57PM 5    SOMETIMES IN UTC TIMES.

02:57PM 6          THE COURT:  WHICH SUGGESTS THE RELIABILITY AND

02:57PM 7    AUTHENTICATION ISSUE THAT I WAS TALKING ABOUT.

02:57PM 8          MR. COOPERSMITH:  NO, I DON'T THINK SO, YOUR HONOR.

02:57PM 9      TWO POINTS.  FIRST, ON THE TESTIMONY, AND I DO RECALL THE

02:57PM 10   SAME TESTIMONY THAT DR. PANDORI SAID THAT HE REMEMBERS HIS

02:57PM 11   BIRTHDAY.  I THINK HE SAID IT WAS MAY 19TH.  AND THEN HE

02:57PM 12   REMEMBERS RESIGNING WITHIN MINUTES, SOMETHING TO THAT EFFECT.

02:57PM 13     IF NECESSARY, WE COULD SHOW THAT HE ACTUALLY HAD A

02:57PM 14   TRANSITION PERIOD AND HE DIDN'T WALK OUT OF THE BUILDING OR

02:57PM 15   ANYTHING LIKE THAT AND THEN WHICH WOULD SET UP HIM DOING THIS

02:58PM 16   EMAIL.

02:58PM 17        BUT IN ANY EVENT, YOUR HONOR --

02:58PM 18          THE COURT:  MAYBE WE SHOULD DO THAT.  WE'LL DO THAT.

02:58PM 19          MR. COOPERSMITH:  WELL, WE CERTAINLY CAN.

02:58PM 20     BUT WHAT WE WERE HOPING TO RELY ON, AND I'M TRYING TO

02:58PM 21   POINT OUT TO THE COURT I THINK WE'RE ENTITLED TO RELY ON, IS

02:58PM 22   THAT REGARDLESS OF WHAT THE COURT THINKS OR THE WITNESS MAY SAY

02:58PM 23   ABOUT THIS DOCUMENT, HE CAN DENY ABSOLUTELY, HE'S FREE TO DENY

02:58PM 24   THAT HE EVER SAW THIS OR SENT THIS, HE CAN TESTIFY THAT WAY IF

02:58PM 25   HE SO CHOOSES.

ER-1246

1890

02:58PM 1          THE COURT:  WELL, HE DID.  WE HAVE HIS TESTIMONY ON

02:58PM 2     THIS.  HE SAID THAT HE DIDN'T RECOLLECT, THAT HE'S NEVER SEEN

02:58PM 3     IT BEFORE, THAT LINE OF RESPONSE.

02:58PM 4          MR. COOPERSMITH:  HE'S FREE TO SAY THAT, YOUR HONOR.

02:58PM 5      BUT HE'S ALSO FREE TO SAY THAT WITH THE EMAIL IN EVIDENCE

02:58PM 6     BECAUSE IT IS PART OF THE STIPULATION.  IT IS A STIPULATED

02:58PM 7     AUTHENTIC EMAIL AS AUTHENTICALLY COMING FROM, IN THIS CASE TO

02:58PM 8     DR. ROSENDORFF, AND IT'S PART OF THE STIPULATION.

02:58PM 9      THERE'S REALLY NO QUESTION, GIVEN THE LANGUAGE OF THE

02:58PM 10    STIPULATION.  AND IF IT COMES INTO EVIDENCE AND THE JURY SEES

02:58PM 11    IT AND IF HE WANTS TO DENY ON THE STAND --

02:58PM 12         THE COURT:  WELL, YOU SAID HE'S ENTITLED TO SAY, AND

02:59PM 13    THEN YOU SAID ALL OF THESE OTHER THINGS.

02:59PM 14      ENTITLED TO SAY WHAT?

02:59PM 15         MR. COOPERSMITH:  WITH THE EXHIBIT IN FRONT OF HIM

02:59PM 16    HE'S ENTITLED TO SAY THAT HE NEVER SENT THIS.  IF THAT'S WHAT

02:59PM 17    HE WANTS TO TESTIFY UNDER OATH, HE'S FREE TO DO THAT.

02:59PM 18      AND HE'S ALSO FREE TO TESTIFY THAT I DIDN'T SEND THE

02:59PM 19    ATTACHMENT OR WRITE IT, AND WE'LL DEAL WITH THAT WITH OTHER

02:59PM 20    WITNESSES IF THAT'S WHAT HE WANTS TO SAY UNDER OATH.

02:59PM 21         THE COURT:  HAS HE SAID THAT ALREADY?

02:59PM 22         MR. COOPERSMITH:  WELL, WHAT HE ACTUALLY SAID AT THE

02:59PM 23    END IS HE MIGHT HAVE TO REVIEW THE DOCUMENT, HE DOESN'T RECALL.

02:59PM 24    SO MAYBE HE'S HEDGING A LITTLE BIT.

02:59PM 25         THE COURT:  WELL, YOUR COLLEAGUE ASKED HIM ON CROSS,

ER-1247

02:59PM 1   RIGHT?  WELL, YOU DON'T REMEMBER.  THAT MEANS MAYBE YOU COULD

02:59PM 2   HAVE SENT IT, MAYBE YOU DID OR MAYBE YOU DIDN'T.

02:59PM 3              MR. COOPERSMITH:  RIGHT.  YOUR HONOR, AT THIS POINT

02:59PM 4   THE ONLY THING -- YES, HE CAN SAY WHAT HE WANTS ON THE STAND,

02:59PM 5   WE DON'T CONTROL WHAT A WITNESS SAYS ON THE STAND OBVIOUSLY.

02:59PM 6        BUT WHAT I THINK IS CLEAR IS THAT HE CAN DO SO WITH THE

02:59PM 7   DOCUMENT PUBLISHED IN EVIDENCE BECAUSE IT IS PART OF THE

02:59PM 8   STIPULATION, AND THAT'S ALL WE WERE ASKING AND WE'RE NOT

02:59PM 9   TRYING --

02:59PM 10             THE COURT:  OKAY.  SO YOU'RE SEEKING AN ADMISSION

02:59PM 11  THROUGH A STIPULATION.  AND YOU'RE TELLING ME THAT EVEN IF I

03:00PM 12  SAY NO TO THAT, YOU'RE GOING TO GET THIS IN THROUGH SOMEBODY

03:00PM 13  ELSE?  YOU MIGHT GET IT IN THROUGH DR. ROSENDORFF OR WHAT

03:00PM 14  YOU'RE TELLING ME IS THAT YOU HAVE ANOTHER WAY OF GETTING THIS

03:00PM 15  IN?

03:00PM 16             MR. COOPERSMITH:  WELL, YOU KNOW, I THINK WE DO,

03:00PM 17  YOUR HONOR.

03:00PM 18             THE COURT:  UH-HUH.

03:00PM 19             MR. COOPERSMITH:  BUT I THINK WE'RE ENTITLED TO PUT

03:00PM 20  ON A CROSS THAT WE WANT TO PUT ON AND IF IT'S WITHIN THE RULES

03:00PM 21  AND THE STIPULATION.

03:00PM 22        AND IF WE HAVE A WITNESS ON THE STAND WHO WE THINK THIS IS

03:00PM 23  EFFECTIVE WITH, AND WE HAVE A STIPULATION THAT THE DOCUMENT IS

03:00PM 24  AUTHENTIC, THEN I THINK WE SHOULD BE ABLE TO TRY THE CASE AS WE

03:00PM 25  WISH, AGAIN, WITHIN THE RULES AND WITHIN THE STIPULATION AND

1892

03:00PM 1    BASED ON THE ORDERS OF THE COURT.

03:00PM 2         BUT MR. BOSTIC -- AND THE REASON I WANTED TO BRING THIS UP

03:00PM 3    IS, BECAUSE, AGAIN, I'M NOT ACCUSING ANYONE OF ANYTHING, BUT

03:00PM 4    MR. BOSTIC SAID IT'S NOT COVERED BY THE STIPULATION BECAUSE IT

03:00PM 5    DIDN'T HAVE THE, YOU KNOW, THE FROM EMAIL ADDRESS ON THE

03:00PM 6    EXHIBIT, WHICH IS 20279, BUT THAT'S NOT REQUIRED BY THE

03:00PM 7    STIPULATION.

03:00PM 8         AND SO I THINK IT'S ADMISSIBLE UNDER THE STIPULATION, AND

03:00PM 9    I THINK IT COMES IN, AND THEN AS I SAID, DR. PANDORI CAN SAY

03:00PM 10   WHATEVER HE WANTS.

03:01PM 11        THE COURT:  OKAY.  SURE.

03:01PM 12        LET ME JUST SAY, WHY DID WE WASTE THE TIME?  THIS TRIAL --

03:01PM 13   WE'RE REALLY HAVING FITS AND STARTS IN THIS, AND I'M CONCERNED

03:01PM 14   ABOUT OTHER ISSUES COMING UP, AND I THINK WE'RE GOING TO HEAR

03:01PM 15   ABOUT ONE IN A MOMENT FROM A JUROR ABOUT POTENTIAL TRAVEL

03:01PM 16   ISSUES.

03:01PM 17        BUT HONESTLY, WE HAD 17 MINUTES AND SURELY, SURELY YOU

03:01PM 18   COULD HAVE TOUCHED ON ANOTHER SUBJECT AND THEN COME BACK TO

03:01PM 19   THIS.  YOU'LL HAVE ANOTHER OPPORTUNITY.

03:01PM 20        AND I UNDERSTAND YOU WOULD LIKE TO CURATE YOUR PART OF THE

03:01PM 21   CASE AS MUCH AS YOU CAN, BUT THAT'S FINE.  WE WENT BACK AND WE

03:01PM 22   LOST, YOU KNOW, 17 MINUTES OF TESTIMONY.  IN THE GRAND SCHEME

03:01PM 23   OF THINGS THAT DOESN'T SOUND LIKE A BIG DEAL, BUT IN A CASE OF

03:01PM 24   THIS DURATION WHEN WE'RE HAVING TROUBLE, WE'RE PARSING OUT OUR

03:01PM 25   DAYS, 17 MINUTES IS A LIFETIME IN THE TRIAL.

ER-1249

03:01PM  1    I JUST WANT TO ASK COUNSEL, EVERYONE TO PLEASE BE

03:01PM  2    COGNIZANT OF THAT.  I'M NOT GOING TO INTERRUPT AND STOP YOU

03:01PM  3    FROM DOING WHAT YOU NEED TO DO, BUT I THINK A BIG PICTURE LOOK

03:02PM  4    AT WHERE AM I, WHAT AM I DOING, WHAT DO I SEEK TO BE

03:02PM  5    ACCOMPLISHED WOULD BE HELPFUL FOR ALL OF US AND FOR THE JURY AS

03:02PM  6    WELL.

03:02PM  7        THIS JURY WAS -- YOU KNOW, I HAD TO SEND THEM HOME EARLY.

03:02PM  8    IT'S UNFORTUNATE.

03:02PM  9        MR. BOSTIC.

03:02PM 10            MR. COOPERSMITH:  YOUR HONOR, JUST LET ME SAY ONE

03:02PM 11    MORE THING ABOUT THAT, AND OF COURSE MR. BOSTIC CAN RESPOND.

03:02PM 12        I DO TAKE THE COURT'S COMMENTS TO HEART.  WE DON'T WANT TO

03:02PM 13    WASTE TIME.  NOTHING LIKE THAT.

03:02PM 14        BUT I JUST WANT TO POINT OUT THAT IF THE STIPULATION HAD

03:02PM 15    BEEN RECITED ACCURATELY AT THE TIME, I THINK WE COULD HAVE

03:02PM 16    CLEARED THIS UP IN ABOUT 30 SECONDS AS OPPOSED TO 17 MINUTES.

03:02PM 17    SO THAT WAS --

03:02PM 18            THE COURT:  MR. BOSTIC.

03:02PM 19            MR. BOSTIC:  AND THAT IS NOT TRUE AS I'LL EXPLAIN

03:02PM 20    BRIEFLY.

03:02PM 21        I WILL CONCEDE, THOUGH, THAT WITH THE LANGUAGE OF THE

03:02PM 22    STIPULATION IN FRONT OF ME, I DON'T BELIEVE THAT THE LACK OF A

03:02PM 23    FROM ADDRESS ON THIS DOCUMENT IS THE CHIEF REASON WHY IT'S NOT

03:02PM 24    ADMISSIBLE.

03:02PM 25        I THINK IT DOES STILL HAVE AN AUTHENTICITY PROBLEM BECAUSE

```
03:02PM   1    THE DEFENSE IS NOT SEEKING JUST TO ADMIT THE EMAIL, BUT ALSO
03:02PM   2    THE ATTACHED DOCUMENT.
03:02PM   3        AND THE STIPULATION COVERS THE EMAIL ITSELF BUT DOES NOT
03:03PM   4    SAY THAT THE ATTACHED DOCUMENTS ARE WHAT THEY APPEAR TO BE.
03:03PM   5        I THINK THE MORE IMPORTANT ISSUE IS THE HEARSAY PROBLEM,
03:03PM   6    AND I THINK WHEN WE ARE TALKING ABOUT THE ATTACHMENT AND THE
03:03PM   7    MEMORANDUM, I DON'T THINK ANY FOUNDATION HAS BEEN LAID THAT
03:03PM   8    THIS IS A BUSINESS RECORD.
03:03PM   9        THE WITNESS HAS TESTIFIED THAT HE HAS NO RECOLLECTION OF
03:03PM  10    SEEING OR PREPARING THIS DOCUMENT.
03:03PM  11        I THINK HIS TESTIMONY WAS CONSISTENT ON THAT.  I THINK
03:03PM  12    THAT'S THE ONLY ANSWER THAT HE GAVE TO THAT QUESTION.
03:03PM  13        AND I THINK THAT ANSWER MAKES IT IMPOSSIBLE TO LAY A
03:03PM  14    FOUNDATION THAT THE ATTACHMENT TO 20279 IS A BUSINESS RECORD OR
03:03PM  15    FALLS UNDER ANY OTHER APPLICABLE EXCEPTION TO THE HEARSAY RULE.
03:03PM  16        SO I DON'T THINK THAT THIS DOCUMENT IS ADMISSIBLE BASED ON
03:03PM  17    THE CURRENT RECORD.
03:03PM  18        I, OF COURSE, DID NOT ANTICIPATE THAT THE DEFENSE WOULD
03:03PM  19    SEEK TO ADMIT IT OR THAT THE WITNESS WOULD NOT REMEMBER IT, BUT
03:04PM  20    WE ARE WHERE WE ARE.
03:04PM  21            MR. COOPERSMITH:  YOUR HONOR, TWO BRIEF THINGS.
03:04PM  22        FIRST OF ALL, PUTTING ASIDE THE ATTACHMENT FOR THE MOMENT,
03:04PM  23    IT SOUNDS LIKE MR. BOSTIC IS CONCEDING --
03:04PM  24            THE COURT:  SO LET'S -- PARDON ME FOR INTERRUPTING
03:04PM  25    YOU.  PAGE 1 COMES IN.  LET'S TALK ABOUT THE ATTACHMENT.
```

03:04PM  1    MR. COOPERSMITH:  YES, YOUR HONOR.  AGREED.

03:04PM  2    SO LET'S TALK ABOUT THE ATTACHMENT.

03:04PM  3    SO IN DIRECT EXAMINATION MR. BOSTIC WAS ALLOWED TO PUT IN

03:04PM  4  AN ARTICLE FROM "THE WALL STREET JOURNAL," AS I RECALL, AND THE

03:04PM  5  RATIONALE OF ITS ADMISSIBILITY WAS TO INFORM -- BECAUSE THE

03:04PM  6  WITNESS TESTIFIED THAT HE HAD READ CERTAIN ARTICLES, AND HE WAS

03:04PM  7  EXCITED ABOUT THERANOS, AND THAT'S ONE REASON HE WANTED TO JOIN

03:04PM  8  THE COMPANY.  AND IT WAS ALLOWED TO SORT OF INFORM HIS WAY OF

03:04PM  9  PERCEIVING, WHICH IN THAT CASE WAS TO JOIN THERANOS.

03:04PM  10    WHAT THIS IS, IS THE TAIL END OF THAT.  THIS IS WHERE

03:04PM  11  DR. PANDORI IS LEAVING AND HE'S WRITING A TRANSITION MEMO, AND

03:04PM  12  HE'S SAYING HERE'S ALL OF THE THINGS THAT YOU SHOULD KNOW,

03:04PM  13  RIGHT?  AND THERE ARE SOME THINGS THAT WE WOULD WISH TO EXAMINE

03:05PM  14  HIM ABOUT.  AND THIS IS INFORMING, LIKE, THE ISSUE OF WHY HE

03:05PM  15  LEFT.

03:05PM  16    AND THE GOVERNMENT IN THEIR DIRECT EXAMINATION, AND THIS

03:05PM  17  IS FRONT AND CENTER IN THEIR DIRECT EXAMINATION, THEY PUT AT

03:05PM  18  ISSUE WHY DID DR. PANDORI LEAVE?  WHAT WAS THE REASONS -- WHAT

03:05PM  19  WAS IMPORTANT TO HIM?

03:05PM  20    AND HE TESTIFIED THAT HE HAD VARIOUS PROBLEMS AND ISSUES

03:05PM  21  WITH THERANOS, INCLUDING MR. BALWANI, AND THIS DROVE HIM TO

03:05PM  22  QUIT AND HE SAID IN MINUTES HE DECIDED.

03:05PM  23    ONCE THEY DO THAT, I THINK WE SHOULD BE ENTITLED TO

03:05PM  24  EXPLAIN THROUGH THE WITNESS'S OWN WORDS WHAT HE ACTUALLY SAID.

03:05PM  25    THE COURT:  ISN'T THAT THE PROBLEM, THOUGH,

1896

03:05PM 1    MR. COOPERSMITH?  WE DON'T KNOW IF THESE ARE HIS OWN WORDS

03:05PM 2    BECAUSE HE DID NOT ATTRIBUTE THIS TO HIMSELF.

03:05PM 3         SO THAT'S, THAT'S THE ISSUE.

03:05PM 4         IF HE HAD SAID, OH, I REMEMBER WRITING THAT?

03:05PM 5         NO PROBLEM.  WE WOULDN'T HAVE THIS DISCUSSION.

03:05PM 6         BUT THERE'S A DISPUTE ABOUT HIM BEING THE AUTHOR OF THIS.

03:05PM 7              MR. COOPERSMITH:  RIGHT.  SO NOW WE'RE BACK INTO THE

03:05PM 8    AUTHENTICATION WORLD, RIGHT?

03:05PM 9         BECAUSE IF IT'S -- IF THAT'S THE QUESTION, THAT'S AN

03:05PM 10   AUTHENTICATION ISSUE, RIGHT?  BECAUSE YOU'RE RIGHT, HE

03:06PM 11   TESTIFIED THAT HE NEVER SAW THIS BEFORE.

03:06PM 12        AND THEN HE HEDGED A LITTLE BIT AT THE END AND HE SAID HE

03:06PM 13   WOULD HAVE TO REVIEW IT, BUT HE'S NOT SURE ONE WAY OR THE

03:06PM 14   OTHER, RIGHT?  SO HE DOESN'T HAVE A MEMORY OF IT, RIGHT?

03:06PM 15        SO IN TERMS OF -- IF OUR GOAL WAS TO AUTHENTICATE THE

03:06PM 16   ATTACHMENT WITH HIS TESTIMONY, I AGREE THAT THAT WOULD FAIL FOR

03:06PM 17   THIS WITNESS BECAUSE HE DIDN'T SAY THAT, YES, I WROTE THIS,

03:06PM 18   AND, YES, I REMEMBER THIS, RIGHT?

03:06PM 19        BUT THERE ARE OTHER WAYS TO AUTHENTICATE A DOCUMENT INTO

03:06PM 20   EVIDENCE OTHER THAN JUST THE WITNESS SAYING THAT HE REMEMBERS

03:06PM 21   IT.

03:06PM 22        IN THIS CASE THE AUTHENTICATION FACTORS ARE THAT IT'S

03:06PM 23   MENTIONED, THERE'S A DOCUMENT MENTIONED IN THE ATTACHMENT

03:06PM 24   CALLED TRANSITION MWP, A WORD DOCUMENT; THERE'S AN EMAIL THAT I

03:06PM 25   THINK WE'RE ALL NOW AGREEING SHOULD COME INTO EVIDENCE, IT SAYS

ER-1253

03:06PM 1    THE TRANSITION REPORT IS ATTACHED; AND THEN WHEN YOU LOOK THE

03:06PM 2    GOVERNMENT PRODUCED -- THEY PRODUCED THESE DOCUMENTS TO US,

03:06PM 3    RIGHT? -- WITH SEQUENTIAL BATES NUMBERS STARTING FROM THE ONE

03:07PM 4    THAT ENDS WITH 20 THROUGH 21 AND THEN GOING TO THE END OF THE

03:07PM 5    DOCUMENT.  SO I THINK IT COMES INTO EVIDENCE AS AUTHENTIC FOR

03:07PM 6    THOSE REASONS.

03:07PM 7    NOW, I AGREE WITH THE COURT, WHEN THE DOCUMENT IS ON THE

03:07PM 8    SCREEN AND IN FRONT OF THE JURY AND IN FRONT OF THE WITNESS,

03:07PM 9    AND IF THE WITNESS STILL WANTS TO SAY I NEVER WROTE THIS AND I

03:07PM 10    NEVER SAW THIS BEFORE, HE'S CERTAINLY FREE TO DO THAT, BUT

03:07PM 11    THAT'S DIFFERENT FROM WHETHER IT SHOULD COME INTO EVIDENCE.

03:07PM 12    AND I THINK ALL OF THE FEATURES HERE ARE PRESENT FOR THIS

03:07PM 13    DOCUMENT TO BE AUTHENTICATED.  AND AS I SAID, THE GOVERNMENT IS

03:07PM 14    THE PARTY THAT BROUGHT UP WHY HE LEFT, AND I THINK WE'RE

03:07PM 15    ENTITLED TO SHOW THE OTHER SIDE OF THE STORY WHY HE MAY HAVE

03:07PM 16    LEFT AND WHAT HE SAID WHEN HE LEFT.  HE IS HERE.

03:07PM 17    THE COURT:  IF HE DID WRITE IT.

03:07PM 18    MR. COOPERSMITH:  HE CAN DENY IT, BUT I THINK WE ARE

03:07PM 19    STILL --

03:07PM 20    THE COURT:  I THINK HE ALREADY HAS.  THAT'S PART OF

03:07PM 21    THE PROBLEM.  HE HAS NOT CLAIMED OWNERSHIP OF THIS.

03:07PM 22    YOUR COLLEAGUE GAVE HIM AN OPPORTUNITY TO DO THAT, AND

03:07PM 23    THEN HE REPEATED THE QUESTIONS AGAIN AND AGAIN AND AGAIN.

03:07PM 24    AND WE KNOW WHAT WITNESSES DO AFTER ANSWERING THE QUESTION

03:07PM 25    SEVERAL TIMES, THEY'LL YIELD, OKAY, YEAH, IT'S POSSIBLE, MAYBE

1898

03:08PM 1    I DID, MAYBE I DIDN'T, I DON'T KNOW.  ALL THINGS ARE POSSIBLE,

03:08PM 2    OF COURSE.

03:08PM 3              MR. COOPERSMITH:  WELL --

03:08PM 4              THE COURT:  SO I TAKE YOUR POINT.

03:08PM 5        I STILL HAVE SOME PROBLEMS.  IF THERE WERE NO STIPULATION,

03:08PM 6    I THINK YOU WOULD AGREE, THERE WOULD BE A REAL DIFFICULTY

03:08PM 7    GETTING THIS IN.  THERE'S NO FROM ON HERE.  WE DON'T KNOW WHO

03:08PM 8    SENT THIS.  IT SAYS MARK.

03:08PM 9        THE RELIABILITY OF THIS IS THAT YOU'RE RELYING ON THE

03:08PM 10   BATES STAMPS AND THEY'RE SEQUENTIAL, AND THAT'S HOW THEY WERE

03:08PM 11   PROVIDED.

03:08PM 12       THE STIPULATION DOES NOT PROVIDE FOR APPENDICES, IT

03:08PM 13   PROVIDES FOR THE EMAILS, AND I UNDERSTAND YOUR FRUSTRATION.

03:08PM 14   AND THE EMAIL IS SOMEWHAT AMBIGUOUS, BUT THE EMAIL REALLY ISN'T

03:08PM 15   THE IMPORT.  THE IMPORT IS A MEMO THAT IS ATTACHED TO IT.

03:08PM 16       IT HAS M.W. PANDORI ON IT.

03:08PM 17       WHAT WAS TELLING WAS THAT WHEN THIS WAS FIRST SHOWN TO THE

03:08PM 18   WITNESS, HE LOOKED AT IT AND HE DISOWNED IT IMMEDIATELY.  IT

03:08PM 19   HAS MY NAME, BUT I DIDN'T DO THIS.

03:08PM 20       AND THEN WITH THE EXAMINATION -- AND THAT'S WHAT HAPPENS,

03:08PM 21   MAYBE HIS MEMORY IS REFRESHED, MAYBE HE WAS REMINDED THAT ALL

03:09PM 22   THINGS WERE POSSIBLE, EVEN TRIALS COMING IN UNDER THEIR TIME

03:09PM 23   LIMIT THAT WE'VE SCHEDULED, SOMETIMES THAT HAPPENS.

03:09PM 24       SO, YOU KNOW, ALL THINGS ARE POSSIBLE.

03:09PM 25       SO -- THAT'S HOW HE LEFT.

03:09PM 1    I STILL HAVE SOME PROBLEMS WITH THIS, THOUGH, I HAVE TO

03:09PM 2    SAY.

03:09PM 3        MR. BOSTIC.

03:09PM 4        MR. BOSTIC:  YOUR HONOR, JUST SO THE GOVERNMENT'S

03:09PM 5    POSITION IS CLEAR, I'M NOT DISPUTING THAT THE REST OF

03:09PM 6    EXHIBIT 20279 WAS THE ATTACHMENT TO THIS EMAIL AND PURSUANT TO

03:09PM 7    THE STIPULATION I AGREE THAT IT WAS STORED, COLLECTED, AND

03:09PM 8    PRODUCED BY THERANOS.

03:09PM 9        SO IT'S NOT -- THAT'S NOT THE NATURE OF THE AUTHENTICATION

03:09PM 10   OBJECTION.

03:09PM 11       I THINK, THOUGH, THAT COUNSEL IS ASSUMING THAT ONCE THE

03:09PM 12   AUTHENTICATION HURDLE HAS BEEN CLEARED, THAT THERE'S NO BARRIER

03:09PM 13   TO ADMISSIBILITY, AND THAT'S NOT THE CASE.

03:09PM 14       THE STIPULATION SAYS THAT DOCUMENTS THAT QUALIFY ARE

03:09PM 15   ADMISSIBLE OVER ANY OBJECTIONS AS TO AUTHENTICITY OR BEST

03:10PM 16   EVIDENCE, SO ASSUMING THAT THIS IS ALL AUTHENTICATED, AND

03:10PM 17   ASSUMING THAT THAT DOES APPLY TO THE ATTACHMENT, AND THAT THE

03:10PM 18   ATTACHMENT ITSELF IS ALSO AUTHENTICATED.

03:10PM 19       THE PROBLEM IS THAT WITHOUT THE WITNESS OR SOME EVIDENCE

03:10PM 20   CONFIRMING THAT THIS MEMO IS FROM HIM, IT'S NOT RELEVANT FOR

03:10PM 21   THE PROPOSITION THAT THE DEFENSE SEEKS TO ADMIT IT FOR, WHICH

03:10PM 22   IS TO SHOW THE WITNESS'S STATE OF MIND.  I'M SORRY IF I

03:10PM 23   MISSPOKE AND SAID DEFENDANT.

03:10PM 24       UNLESS THERE'S SOME EVIDENCE SHOWING THAT THE WITNESS

03:10PM 25   ACTUALLY WROTE THIS, THEN IT CAN'T COME IN UNDER 401 FOR HIS

03:10PM 1    STATE OF MIND AND WHAT WAS IMPORTANT FOR HIM, AND THAT'S STILL

03:10PM 2    SEPARATE FROM THE ISSUE OF THE FACT THAT THIS IS AN

03:10PM 3    OUT-OF-COURT STATEMENT THAT HASN'T BEEN ADOPTED OR OWNED BY A

03:10PM 4    WITNESS ON THE STAND.

03:10PM 5         THE COURT:  WELL, THAT'S WHAT I WAS TALKING ABOUT.

03:10PM 6    WHEN I SAID AUTHENTICATION, PERHAPS THAT WAS A SYNONYM FOR

03:10PM 7    ATTRIBUTION.  HE HASN'T.  HE'S DISOWNED IT, SO HOW CAN IT COME

03:11PM 8    IN?

03:11PM 9         MR. COOPERSMITH:  I UNDERSTAND THE QUESTION,

03:11PM 10   YOUR HONOR.

03:11PM 11        SO THERE MAY BE A LOT OF EXHIBITS.  JUST LET'S SAY

03:11PM 12   HYPOTHETICALLY THERE'S AN EXHIBIT THAT COMES IN OR IS BEING

03:11PM 13   OFFERED AND IT'S AN EMAIL, AND IT HAS THE BATES NUMBER, AND IT

03:11PM 14   DULY HAS THE RIGHT EMAIL ADDRESSES, AND THE WITNESS JUST SAYS I

03:11PM 15   JUST DON'T REMEMBER THIS, I'M SORRY.

03:11PM 16        WELL, FIRST OF ALL, IT'S AUTHENTIC, RIGHT?  AND AFTER THAT

03:11PM 17   IT COMES IN FOR THE PURPOSE IT COMES IN FOR.

03:11PM 18        SO I DON'T THINK THE FACT THAT THIS WITNESS IS -- AND

03:11PM 19   AGAIN, HE HEDGED AT THE END, BUT THE FACT THAT THIS WITNESS

03:11PM 20   SAYS I DON'T HAVE A DISTINCT MEMORY, I DON'T HAVE A MEMORY OF

03:11PM 21   THIS DOCUMENT DOESN'T REALLY MATTER.

03:11PM 22        SO, FOR EXAMPLE, YOUR HONOR, LET'S SAY THAT WE WERE IN OUR

03:11PM 23   CASE AND WE WANTED TO CALL A CUSTODIAN OF RECORDS WHO WOULD

03:11PM 24   SAY, YEP, THIS CAME FROM THE THERANOS EMAIL SERVER, AND IT WAS

03:11PM 25   PRODUCED TO THE UNITED STATES GOVERNMENT, AND THEN IT WAS

1901

| | | |
|---|---|---|
| 03:11PM | 1 | DUTIFULLY PRODUCED TO THE DEFENDANTS IN DISCOVERY. |
| 03:11PM | 2 | I THINK -- AT THAT POINT I THINK IT COMES IN. |
| 03:11PM | 3 | AND AGAIN, THAT'S A DIFFERENT QUESTION FROM WHETHER THE |
| 03:12PM | 4 | WITNESS IS FREE TO DENY OR SAY HE DOESN'T REMEMBER IT, BUT |
| 03:12PM | 5 | WE'RE ALLOWED TO GO THROUGH THE DOCUMENT WITH THE WITNESS, WITH |
| 03:12PM | 6 | IT PUBLISHED TO THE JURY, AND SAY, SIR, YOU WROTE THESE WORDS, |
| 03:12PM | 7 | AND GO SENTENCE BY SENTENCE AS NECESSARY. |
| 03:12PM | 8 | THE COURT: WHAT IS THE RELEVANCE OF THIS DOCUMENT, |
| 03:12PM | 9 | THE MEMO? |
| 03:12PM | 10 | MR. COOPERSMITH: WELL, AGAIN, YOUR HONOR, THIS IS |
| 03:12PM | 11 | HIS EXIT MEMO. WE CALL IT THE TRANSITION MEMO, WHERE HE'S |
| 03:12PM | 12 | SAYING ALL OF THE THINGS THAT HE WANTS TO PASS ON TO |
| 03:12PM | 13 | DR. ROSENDORFF AS HE'S LEAVING THE COMPANY AFTER HE QUITS. |
| 03:12PM | 14 | AND THE GOVERNMENT, OF COURSE, THIS WAS A MAJOR PART OF |
| 03:12PM | 15 | THEIR DIRECT EXAMINATION OF DR. PANDORI, THAT DR. PANDORI LEFT |
| 03:12PM | 16 | FOR A CERTAIN REASON AND THE REASON IS THAT HE HAD A |
| 03:12PM | 17 | CONVERSATION WITH MR. BALWANI AND MS. HOLMES, AND DR. PANDORI |
| 03:12PM | 18 | CLAIMS THAT -- |
| 03:12PM | 19 | THE COURT: PARDON ME FOR INTERRUPTING. |
| 03:12PM | 20 | SO THIS IS A DOCUMENT THAT PURPORTS TO BE AN EXIT MEMO? |
| 03:12PM | 21 | HE'S TOLD US HE DIDN'T WRITE IT. |
| 03:12PM | 22 | MR. COOPERSMITH: RIGHT. |
| 03:12PM | 23 | THE COURT: SO IT PURPORTS TO BE AN EXIT MEMO. |
| 03:13PM | 24 | THAT'S REALLY WHAT THE BASIS OF THIS IS, RIGHT? THERE IS A |
| 03:13PM | 25 | DOCUMENT HERE. IT LOOKS LIKE IT'S AN EXIT MEMO. DID YOU WRITE |

ER-1258

03:13PM 1      THIS?

03:13PM 2              MR. COOPERSMITH:  HE SAYS HE DOESN'T REMEMBER.

03:13PM 3              THE COURT:  AND HE SAYS -- WELL, FIRST HE SAID NO.

03:13PM 4          AND THEN HE SAID I'VE NEVER SEEN THIS BEFORE, OR MAYBE HE

03:13PM 5      SAID THOSE THINGS CONTEMPORANEOUSLY.

03:13PM 6          AND THEN TOWARDS THE END OF YOUR COLLEAGUE'S EXAMINATION

03:13PM 7      TODAY HE SAID, WELL -- WHEN SAID, WELL, YOU DON'T REMEMBER?

03:13PM 8      THAT MEANS YOU COULD HAVE WRITTEN IT, MAYBE YOU DID, MAYBE YOU

03:13PM 9      DIDN'T, YOU JUST DON'T REMEMBER?  HE AGREED WITH THAT

03:13PM 10     ASSESSMENT.

03:13PM 11             MR. COOPERSMITH:  RIGHT.

03:13PM 12             THE COURT:  SO IT COMES IN AS NOT HIS DOCUMENT, BUT

03:13PM 13     AS A DOCUMENT THAT WAS ATTACHED TO AN EMAIL.

03:13PM 14             MR. COOPERSMITH:  YES, YOUR HONOR.  IT COMES IN AS A

03:13PM 15     DOCUMENT THAT IS DULY PRODUCED FROM THERANOS TO THE GOVERNMENT

03:13PM 16     WITH APPROPRIATE BATES NUMBERS WITH A COVER EMAIL THAT PURPORTS

03:13PM 17     TO BE FROM DR. PANDORI, AND IT COMES IN AS AN EXIT MEMO FROM A

03:13PM 18     GUY NAMED DR. PANDORI WHO --

03:13PM 19             THE COURT:  WELL, IT COMES IN FOR WHAT IT SAYS.

03:14PM 20         WHETHER OR NOT HE WROTE IT OR NOT IS STILL AT ISSUE.

03:14PM 21             MR. COOPERSMITH:  WELL, IT COMES IN FOR WHAT IT

03:14PM 22     SAYS, AND ALSO THAT IT IS FROM A PERSON NAMED MARK PANDORI, AND

03:14PM 23     THAT IT WAS RECEIVED --

03:14PM 24             THE COURT:  WELL, WE DON'T KNOW THAT, DO WE?

03:14PM 25             MR. COOPERSMITH:  WELL, WE DO KNOW THAT.

1903

03:14PM 1       THE COURT:  WHO WROTE IT?  WHO WROTE IT?  WE DON'T

03:14PM 2  KNOW WHO WROTE IT.

03:14PM 3       MR. COOPERSMITH:  WELL, WE KNOW WHO RECEIVED IT.

03:14PM 4       THE COURT:  WE KNOW WHO RECEIVED IT, RIGHT.

03:14PM 5   WE DON'T KNOW IF JOE SMITH WROTE IT AND THEN PUT DOWN

03:14PM 6  MARK PANDORI, DO WE?

03:14PM 7       MR. COOPERSMITH:  WELL, I DON'T THINK THAT'S

03:14PM 8  POSSIBLE, YOUR HONOR.

03:14PM 9       THE COURT:  YOUR COLLEAGUE WOULD DISAGREE WITH YOU.

03:14PM 10  HE WOULD TELL YOU ALL THINGS ARE POSSIBLE.

03:14PM 11       MR. COOPERSMITH:  WELL, MAYBE SO, YOUR HONOR.

03:14PM 12   HERE'S THE BOTTOM LINE, BECAUSE I THINK EVERYONE

03:14PM 13  UNDERSTANDS THE POSITION --

03:14PM 14       THE COURT:  YES, WE DO.  WE DO.

03:14PM 15       MR. COOPERSMITH:  SO IF THIS IS NOT GOING TO COME IN

03:14PM 16  THROUGH DR. PANDORI, AND OBVIOUSLY OUR POSITION IS THAT WE

03:14PM 17  SUBMIT IT SHOULD.

03:14PM 18       THE COURT:  UNDERSTOOD.  UNDERSTOOD.

03:14PM 19       MR. COOPERSMITH:  THEN WHAT WE'RE GOING TO BE ASKING

03:14PM 20  FOR, AND WE'LL HAVE TO DO THIS, I GUESS, WHAT WE'LL CALL IT THE

03:14PM 21  HARD WAY, RIGHT, WHERE WE'RE GOING TO MAKE SURE THAT WE HAVE A

03:14PM 22  PARALEGAL LINED UP FROM THE UNITED STATES ATTORNEY'S OFFICE WHO

03:15PM 23  CAN TESTIFY ABOUT WHAT THEY RECEIVED FROM THERANOS AND WHAT

03:15PM 24  THEY'VE PRODUCED, AND WE CAN GO THROUGH THAT TO MAKE SURE --

03:15PM 25       THE COURT:  OKAY.  SO DON'T THREATEN ME WITH WHAT

ER-1260

|           |    |                                                            |
|-----------|----|------------------------------------------------------------|
| 03:15PM   | 1  | WE'RE GOING TO HAVE TO DO.  PLEASE DON'T DO THAT.  YOU'RE   |
| 03:15PM   | 2  | BETTER THAN THAT.  YOU ARE.  YOU ARE BETTER THAN THAT.      |
| 03:15PM   | 3  | MR. COOPERSMITH:  I WASN'T MEANING IT THAT WAY.             |
| 03:15PM   | 4  | THE COURT:  COME ON.  YOU DON'T HAVE TO DO THAT.            |
| 03:15PM   | 5  | ALL RIGHT.  ANYTHING FURTHER ON THIS?                      |
| 03:15PM   | 6  | MR. BOSTIC:  I'M SORRY, YOUR HONOR.                         |
| 03:15PM   | 7  | JUST TO CLARIFY THE GOVERNMENT'S POSITION IN RESPONSE TO    |
| 03:15PM   | 8  | THAT, I DON'T THINK THAT THE APPROACH THAT MR. COOPERSMITH JUST |
| 03:15PM   | 9  | OUTLINED WOULD SOLVE THE PROBLEMS WITH THIS DOCUMENT.       |
| 03:15PM   | 10 | PROVING THAT IT WAS STORED BY THERANOS AND PRODUCED BY      |
| 03:15PM   | 11 | THERANOS DOES NOT SOLVE THE RELEVANCE PROBLEMS OR THE HEARSAY |
| 03:15PM   | 12 | PROBLEMS WHERE WE HAVE A WITNESS WHO WON'T TELL US THAT HE'S |
| 03:15PM   | 13 | THE ONE WHO WROTE IT, WHERE WE DON'T KNOW WHO WROTE THIS    |
| 03:15PM   | 14 | DOCUMENT.                                                  |
| 03:15PM   | 15 | THAT'S ALL.                                                |
| 03:15PM   | 16 | THE COURT:  OKAY.  GREAT.  ALL RIGHT.  THANK YOU.          |
| 03:15PM   | 17 | WELL, THIS WITNESS ISN'T DUE TO COME BACK UNTIL WEDNESDAY.  |
| 03:15PM   | 18 | HE'S IRONICALLY DOING A CLIA INSPECTION OF HIS OWN, ISN'T HE? |
| 03:15PM   | 19 | PERHAPS WE'LL ASK HIM HOW THAT WENT.                       |
| 03:15PM   | 20 | THANK YOU VERY MUCH.  I'M GOING TO LOOK AT THE TRANSCRIPT,  |
| 03:16PM   | 21 | AND WE'LL ALL STEW ON THIS.                                |
| 03:16PM   | 22 | MR. COOPERSMITH:  THANK YOU, YOUR HONOR.                   |
| 03:16PM   | 23 | THE COURT:  SO WE'LL HAVE ANOTHER WITNESS TUESDAY?         |
| 03:16PM   | 24 | MR. BOSTIC:  YES, YOUR HONOR.                              |
| 03:16PM   | 25 | THE COURT:  AND YOU'RE PRETTY CONFIDENT THAT WE CAN        |

1905

03:16PM 1    FINISH THAT WITNESS?

03:16PM 2            MR. BOSTIC:  I BELIEVE SO.  WE'LL CONFER WITH THE

03:16PM 3    DEFENSE ON THAT, BUT WE HAVE EVERY REASON TO THINK SO.

03:16PM 4            THE COURT:  OKAY.

03:16PM 5            MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

03:16PM 6            THE COURT:  ANYTHING FURTHER?

03:16PM 7            MR. COOPERSMITH:  NO.  WE APPRECIATE IT, YOUR HONOR.

03:16PM 8            THE COURT:  ALL RIGHT.  HAVE A GOOD WEEKEND.  THANK

03:16PM 9    YOU.

03:16PM 10           (COURT CONCLUDED AT 3:16 P.M.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ER-1262