No. 22-10338

IN THE

# United States Court of Appeals for the Ninth Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

*v.*

RAMESH "SUNNY" BALWANI,

*Defendant-Appellant*.

On Appeal from United States District Court
for the Northern District of California
No. 5:18-cr-00258-EJD-2, Hon. Edward J. Davila

## APPELLANT'S EXCERPTS OF RECORD
## VOLUME 6 OF 26 (PAGES ER-1263 – ER-1522)

Jeffrey B. Coopersmith
Amy Walsh
Stephen A. Cazares
Aaron P. Brecher
Sachi Schuricht
Amari L. Hammonds
ORRICK, HERRINGTON &
    SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105

Mark S. Davies
James Anglin Flynn
ORRICK, HERRINGTON &
    SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005
(202) 339-8400

*Counsel for Appellant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR-18-00258-EJD |
| PLAINTIFF, | ) | |
| | ) | SAN JOSE, CALIFORNIA |
| VS. | ) | |
| | ) | APRIL 5, 2022 |
| RAMESH "SUNNY" BALWANI, | ) | |
| | ) | VOLUME 13 |
| DEFENDANT. | ) | |
| _____ | ) | PAGES 1906 - 2176 |

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                       BY:  JOHN C. BOSTIC
                            JEFFREY B. SCHENK
                       150 ALMADEN BOULEVARD, SUITE 900
                       SAN JOSE, CALIFORNIA 95113

                       BY:  ROBERT S. LEACH
                            KELLY VOLKAR
                       1301 CLAY STREET, SUITE 340S
                       OAKLAND, CALIFORNIA 94612

     (APPEARANCES CONTINUED ON THE NEXT PAGE.)

OFFICIAL COURT REPORTERS:
                       IRENE L. RODRIGUEZ, CSR, RMR, CRR
                       CERTIFICATE NUMBER 8074
                       LEE-ANNE SHORTRIDGE, CSR, CRR
                       CERTIFICATE NUMBER 9595

     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
          TRANSCRIPT PRODUCED WITH COMPUTER

1919

09:14AM 1          AGAIN, I SEE NO HANDS.

09:14AM 2          THANK YOU VERY MUCH.  THANK YOU, FOLKS.

09:14AM 3          FOR TODAY WE WILL BE TAKING A WITNESS OUT OF ORDER BECAUSE

09:14AM 4     OF SOME SCHEDULING ISSUES.

09:14AM 5          AND LET ME JUST SAY, THIS HAPPENS WITH FREQUENCY IN

09:14AM 6     TRIALS.  SOMETIMES WITNESS'S SCHEDULES AND OTHER SCHEDULING

09:14AM 7     CONFLICTS AFFECT HOW A WITNESS CAN CONTINUE WITH THEIR

09:14AM 8     TESTIMONY.

09:14AM 9          WE'RE GOING TO INTERRUPT DR. PANDORI'S TESTIMONY THIS

09:15AM 10    MORNING WITH ANOTHER WITNESS WHO I BELIEVE WE WILL BE ABLE TO

09:15AM 11    COMPLETE TODAY.

09:15AM 12         AND THEN TOMORROW WE'LL RESUME WITH DR. PANDORI'S

09:15AM 13    TESTIMONY.

09:15AM 14         IS THAT ACCURATE, MR. LEACH, AND MR. BOSTIC?

09:15AM 15              MR. LEACH:  YES, YOUR HONOR, IT IS.

09:15AM 16              THE COURT:  MR. COOPERSMITH, IS THAT ACCURATE?

09:15AM 17              MR. COOPERSMITH:  YES, YOUR HONOR.

09:15AM 18              THE COURT:  ALL RIGHT.  THANK YOU.

09:15AM 19         THEN DOES THE GOVERNMENT HAVE A WITNESS TO CALL THEN AT

09:15AM 20    THIS TIME?

09:15AM 21              MR. LEACH:  WE DO, YOUR HONOR.

09:15AM 22         THE UNITED STATES CALLED SO HAN SPIVEY.

09:15AM 23              THE COURT:  THANK YOU.

09:15AM 24         GOOD MORNING.  IF YOU COULD PLEASE COME FORWARD.  AND IF

09:15AM 25    YOU COULD STAND OVER HERE BY THE WITNESS STAND HERE, FACE OUR

ER-1265

09:15AM 1     COURTROOM DEPUTY WHILE YOU RAISE YOUR RIGHT HAND, SHE HAS A

09:15AM 2     QUESTION FOR YOU.

09:15AM 3          **(GOVERNMENT'S WITNESS, SO HAN SPIVEY, WAS SWORN.)**

09:15AM 4              THE WITNESS:  YES.

09:16AM 5              THE COURT:  PLEASE TAKE A SEAT HERE.  THANK YOU.

09:16AM 6     LET ME INVITE YOU TO MAKE YOURSELF TO BE COMFORTABLE.

09:16AM 7     FEEL FREE TO ADJUST THE CHAIR AND MICROPHONE AS YOU NEED.  I'LL

09:16AM 8     ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE.

09:16AM 9          WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

09:16AM 10    AND THEN SPELL IT, PLEASE.

09:16AM 11             THE WITNESS:  SO HAN SPIVEY.  S-O, H-A-N,

09:16AM 12    S-P-I-V-E-Y.

09:16AM 13             THE COURT:  THANK YOU.

09:16AM 14        COUNSEL.

09:16AM 15             MR. LEACH:  THANK YOU, YOUR HONOR.  MAY I REMOVE MY

09:16AM 16    MASK?

09:16AM 17             THE COURT:  YES, YES.

09:16AM 18                    **DIRECT EXAMINATION**

09:16AM 19    BY MR. LEACH:

09:16AM 20    Q.   GOOD MORNING, MS. SPIVEY.  HOW ARE YOU?

09:16AM 21    A.   GOOD.

09:16AM 22    Q.   IF YOU ARE VACCINATED, I UNDERSTAND YOU HAVE THE COURT'S

09:16AM 23    PERMISSION TO TESTIFY WITHOUT A MASK IF THAT'S OKAY?

09:16AM 24    A.   YES.

09:16AM 25    Q.   WAS THERE A TIME WHEN YOU WORKED FOR A COMPANY CALLED

SPIVEY DIRECT BY MR. LEACH                                    1921

09:17AM   1    THERANOS?

09:17AM   2    A.   YES.

09:17AM   3    Q.   AND WHAT WAS YOUR JOB AT THERANOS?

09:17AM   4    A.   I WAS THE CONTROLLER.

09:17AM   5    Q.   OKAY.  ROUGHLY, WHAT TIME PERIOD DID YOU SERVE AS THE

09:17AM   6    CONTROLLER OF THERANOS?

09:17AM   7    A.   FROM 2006 TO 2017.

09:17AM   8    Q.   AND CAN YOU BRIEFLY DESCRIBE FOR US WHAT YOUR JOB

09:17AM   9    RESPONSIBILITIES WERE AS THE CONTROLLER AT THERANOS?

09:17AM  10    A.   I MANAGED ALL ASPECTS OF ACCOUNTING FOR THE COMPANY AND

09:17AM  11    PAYING INVOICES, MAKING SURE ALL OF THE FINANCIAL RECORDS ARE

09:17AM  12    CORRECT, AND DOING PAYROLLS, AND SOME EQUITY ACTIONS.

09:17AM  13    Q.   WE'LL COME BACK TO YOUR RESPONSIBILITIES AS THE CONTROLLER

09:17AM  14    AT THERANOS, BUT WHY DON'T WE STEP BACK IN TIME.

09:17AM  15        IF YOU COULD PLEASE DESCRIBE FOR US HERE YOUR EDUCATIONAL

09:17AM  16    BACKGROUND?

09:17AM  17    A.   I GRADUATED WITH AN ACCOUNTING DEGREE AT CARLTON

09:18AM  18    UNIVERSITY IN 1998.

09:18AM  19        I GOT MY MBA DEGREE AT UNIVERSITY OF ROCHESTER IN 2005.

09:18AM  20    Q.   CARLTON UNIVERSITY, YOU OBTAINED A DEGREE FROM THERE IN

09:18AM  21    1998?

09:18AM  22    A.   YES.

09:18AM  23    Q.   IN ACCOUNTING?

09:18AM  24    A.   YES.

09:18AM  25    Q.   OKAY.  AND WHERE IS CARLTON UNIVERSITY?

SPIVEY DIRECT BY MR. LEACH                                          1922

09:18AM   1    A.   IN OTTAWA.

09:18AM   2    Q.   OKAY.  AFTER OBTAINING YOUR DEGREE FROM CARLTON

09:18AM   3    UNIVERSITY, DID YOU GO INTO THE WORK FORCE?

09:18AM   4    A.   YES.  I WORKED FOR DELOITTE IN HONG KONG.

09:18AM   5    Q.   WHAT IS DELOITTE IN HONG KONG?  WHAT DOES DELOITTE DO?

09:18AM   6    A.   DELOITTE IS AN ACCOUNTING FIRM.

09:18AM   7    Q.   OKAY.  AND WHAT WAS YOUR JOB AT DELOITTE IN HONG KONG?

09:18AM   8    A.   I WAS A SENIOR AUDITOR.

09:18AM   9    Q.   OKAY.  COULD YOU PLEASE TELL US WHAT YOU DID AS A SENIOR

09:18AM  10    AUDITOR AT DELOITTE IN HONG KONG?

09:18AM  11    A.   AT A HIGH LEVEL, I EXAMINED BOTH THE RECORDS OF THE

09:19AM  12    COMPANY TO MAKE SURE THAT THEIR FINANCIAL STATEMENTS ARE FAIRLY

09:19AM  13    STATED.

09:19AM  14    Q.   OKAY.  IN THE COURSE OF YOUR WORK AT DELOITTE HONG KONG,

09:19AM  15    DID YOU BECOME FAMILIAR WITH BALANCE SHEETS OF PRIVATE AND

09:19AM  16    PUBLIC COMPANIES?

09:19AM  17    A.   YES.

09:19AM  18    Q.   OKAY.  WHAT IS A BALANCE SHEET?

09:19AM  19    A.   IT'S A LIST THAT SUMMARIZES THE BALANCES OF ASSETS,

09:19AM  20    LIABILITIES, AND EQUITIES OF THE COMPANY.

09:19AM  21    Q.   OKAY.  AND YOU SAID YOU DID WORK FOR BOTH PRIVATE AND

09:19AM  22    PUBLIC COMPANIES AT DELOITTE IN HONG KONG?

09:19AM  23    A.   YES.

09:19AM  24    Q.   AND WHAT IS THE DIFFERENCE BETWEEN A PRIVATE AND A PUBLIC

09:19AM  25    COMPANY?

| | | |
|---|---|---|
| 09:19AM | 1 | A.   A PUBLIC COMPANY IS -- THEIR STOCK IS TRADED IN THE PUBLIC |
| 09:19AM | 2 | MARKET. |
| 09:19AM | 3 | Q.   OKAY.  AND THE COMPANIES YOU WERE SERVING AS THE AUDITOR |
| 09:19AM | 4 | FOR AT DELOITTE HONG KONG, DID YOU WORK INSIDE OF THE COMPANY |
| 09:19AM | 5 | OR DID YOU WORK OUTSIDE OF THE COMPANY? |
| 09:19AM | 6 | A.   IT'S OUTSIDE OF THE COMPANY. |
| 09:20AM | 7 | Q.   OKAY.  AND DESCRIBE THAT DISTINCTION FOR US.  WHAT DOES |
| 09:20AM | 8 | THAT MEAN? |
| 09:20AM | 9 | A.   IT MEANS I WAS AN EMPLOYEE FOR DELOITTE AND WE'RE |
| 09:20AM | 10 | INDEPENDENT FROM THE COMPANY. |
| 09:20AM | 11 | Q.   AND COMPANIES WOULD HIRE DELOITTE TO AUDIT THE FINANCIAL |
| 09:20AM | 12 | STATEMENTS OF THEIR COMPANIES? |
| 09:20AM | 13 | A.   YES. |
| 09:20AM | 14 | Q.   OKAY.  DURING YOUR TIME AT DELOITTE, DID YOU BECOME |
| 09:20AM | 15 | FAMILIAR WITH INCOME STATEMENTS FOR PRIVATE AND PUBLIC |
| 09:20AM | 16 | COMPANIES? |
| 09:20AM | 17 | A.   YES. |
| 09:20AM | 18 | Q.   WHAT IS AN INCOME STATEMENT? |
| 09:20AM | 19 | A.   IT SUMMARIZES THE INCOME COSTS AND EXPENSES FOR THE |
| 09:20AM | 20 | COMPANY. |
| 09:20AM | 21 | Q.   HOW DOES AN INCOME STATEMENT DIFFER FROM A BALANCE SHEET? |
| 09:20AM | 22 | A.   INCOME STATEMENT SUMMARIZES THE THREE CATEGORIES THAT I |
| 09:20AM | 23 | JUST TALKED ABOUT FOR A PERIOD OF TIME AND BALANCES FOR A |
| 09:20AM | 24 | SPECIFIC TIME. |
| 09:20AM | 25 | Q.   OKAY.  AND HOW LONG DID YOU WORK FOR DELOITTE IN |

09:20AM 1    HONG KONG?

09:20AM 2    A.   ABOUT FOUR YEARS.

09:20AM 3    Q.   WHAT DID YOU DO AFTER THAT?

09:21AM 4    A.   AND I WENT TO ROCHESTER TO GET MY MBA DEGREE.

09:21AM 5    Q.   YOUR MBA DEGREE?

09:21AM 6    A.   YES.

09:21AM 7    Q.   OKAY.  DID YOU HAVE A PARTICULAR CONCENTRATION WITHIN YOUR

09:21AM 8    MBA?

09:21AM 9    A.   ACCOUNTING.

09:21AM 10   Q.   AFTER OBTAINING YOUR MBA FROM THE UNIVERSITY OF

09:21AM 11   ROCHESTER -- ROUGHLY WHEN WAS THAT?

09:21AM 12   A.   2003 THROUGH 2005.

09:21AM 13   Q.   OKAY.  AFTER OBTAINING YOUR MBA, WHAT DID YOU DO AFTER

09:21AM 14   THAT?

09:21AM 15   A.   I WORKED FOR DELOITTE IN THE SAN JOSE OFFICE.

09:21AM 16   Q.   SAN JOSE, CALIFORNIA?

09:21AM 17   A.   YES.

09:21AM 18   Q.   SO HERE IN THE BAY AREA?

09:21AM 19   A.   YES.

09:21AM 20   Q.   AND WHAT IS THE DIFFERENCE BETWEEN DELOITTE IN SAN JOSE

09:21AM 21   AND DELOITTE IN HONG KONG?

09:21AM 22   A.   NO DIFFERENCE.

09:21AM 23   Q.   OKAY.  SO YOU WERE DOING SIMILAR TYPE OF WORK OF WHAT YOU

09:21AM 24   WERE DOING FOR PRIVATE AND PUBLIC COMPANIES IN HONG KONG?

09:21AM 25   A.   YES.

09:21AM 1    Q.   OKAY.  WHAT WAS YOUR JOB TITLE AT DELOITTE IN SAN JOSE?

09:21AM 2    A.   SENIOR AUDITOR.

09:21AM 3    Q.   OKAY.  AND IN THE COURSE OF BEING A SENIOR AUDITOR, WOULD

09:22AM 4    YOU EXAMINE THE BALANCE SHEETS OF PUBLIC AND PRIVATE COMPANIES?

09:22AM 5    A.   YES.

09:22AM 6    Q.   AND WOULD YOU EXAMINE THE INCOME STATEMENTS OF PRIVATE AND

09:22AM 7    PUBLIC COMPANIES?

09:22AM 8    A.   YES.

09:22AM 9    Q.   HOW LONG DID YOU WORK FOR DELOITTE IN SAN JOSE?

09:22AM 10   A.   ABOUT ONE YEAR.

09:22AM 11   Q.   OKAY.  WHAT DID YOU DO AFTER THAT?

09:22AM 12   A.   I JOINED THERANOS AS A CONTROLLER.

09:22AM 13   Q.   OKAY.  AND I THINK YOU SAID THAT WAS IN 2006?

09:22AM 14   A.   YES.

09:22AM 15   Q.   OKAY.  I WANT TO WALK THROUGH A LITTLE BIT ABOUT YOUR

09:22AM 16   TENURE WITHIN THERANOS AND THEN COME BACK TO SOME OF YOUR JOB

09:22AM 17   RESPONSIBILITIES THERE.

09:22AM 18       SO WHEN YOU STARTED IN 2006, WHO DID YOU REPORT TO?

09:22AM 19   A.   HOWARD BAILEY, THE CHIEF FINANCIAL OFFICER.

09:22AM 20   Q.   MR. BAILEY WAS THE CHIEF FINANCIAL OFFICER?

09:22AM 21   A.   YES.

09:22AM 22   Q.   AND IS THERE AN ACRONYM ASSOCIATED WITH CHIEF FINANCIAL

09:22AM 23   OFFICER?

09:22AM 24   A.   CFO.

09:22AM 25   Q.   HOW LONG DID YOU REPORT TO MR. BAILEY FOR?

09:22AM 1    A.   A COUPLE MONTHS.  HE LEFT THE COMPANY A COUPLE MONTHS

09:23AM 2    AFTER I JOINED.

09:23AM 3    Q.   OKAY.  AT ANY POINT IN TIME WHEN MR. BAILEY LEFT THE

09:23AM 4    COMPANY A COUPLE MONTHS AFTER 2006, DID THERANOS HIRE ANOTHER

09:23AM 5    CHIEF FINANCIAL OFFICER?

09:23AM 6    A.   NO.

09:23AM 7    Q.   AFTER MR. BAILEY LEFT, WHO DID YOU REPORT TO?

09:23AM 8    A.   IMMEDIATELY AFTER HE LEFT I REPORTED TO ELIZABETH HOLMES.

09:23AM 9    Q.   WHEN YOU JOINED THE COMPANY, WAS THERE ANYBODY ELSE IN THE

09:23AM 10   FINANCE DEPARTMENT BESIDES YOU AND MR. BAILEY?

09:23AM 11   A.   THERE WAS A CONTROLLER BEFORE ME.  HE WORKED -- HE WAS

09:23AM 12   TRANSITIONING.  HE WORKED THERE FOR A MONTH TO TRANSITION THE

09:23AM 13   RESPONSIBILITY TO ME.

09:23AM 14   Q.   OKAY.  WAS THERE ANYBODY MORE SENIOR THAN YOU BETWEEN YOU

09:24AM 15   AND MR. BAILEY FOR ANY PERIOD OF TIME BEFORE YOU STARTED

09:24AM 16   REPORTING TO MS. HOLMES?

09:24AM 17   A.   WHEN MR. BAILEY WAS THERE, NO.

09:24AM 18   Q.   OKAY.  DID EVER -- THERANOS EVER HAVE A POSITION CALLED

09:24AM 19   SENIOR FINANCE DIRECTOR?

09:24AM 20   A.   YES.

09:24AM 21   Q.   OKAY.  WHO HELD THAT ROLE?

09:24AM 22   A.   HER NAME WAS RUCHITA SINGHAL, R-U-C-H-I-T-A, AND THE LAST

09:24AM 23   NAME IS S-I-N-G-H-A-L.

09:24AM 24   Q.   AND DID MS. SINGHAL STAY WITH THE COMPANY DURING YOUR

09:24AM 25   TENURE?

09:24AM 1      A.    SHE STAYED FOR ABOUT ONE YEAR.

09:24AM 2      Q.    ABOUT ONE YEAR.

09:24AM 3            AND AFTER MS. SINGHAL LEFT, DID THERANOS REPLACE ANYBODY

09:24AM 4      IN THE SENIOR DIRECTOR OF FINANCE POSITION?

09:25AM 5      A.    NO.

09:25AM 6      Q.    SO AFTER MR. BAILEY AND MS. SINGHAL LEAVE, WERE YOU THE

09:25AM 7      SENIOR-MOST FINANCE OFFICER WITHIN THE COMPANY?

09:25AM 8      A.    YES.

09:25AM 9      Q.    AND DID THAT REMAIN TRUE ALL OF THE WAY THROUGH 2015?

09:25AM 10     A.    YES.

09:25AM 11     Q.    OKAY.  AND BETWEEN THE SUMMER OF 2008 AND OCTOBER OF 2015,

09:25AM 12     AT ANY POINT IN TIME DID THERANOS HAVE A CHIEF FINANCIAL

09:25AM 13     OFFICER AFTER MR. BAILEY LEFT?

09:25AM 14     A.    NO.

09:25AM 15     Q.    OKAY.  YOU SAID YOU REPORTED DIRECTLY TO MS. HOLMES?

09:25AM 16     A.    YES.

09:25AM 17     Q.    WHEN DID THAT START?

09:25AM 18     A.    FOR A SHORT PERIOD AFTER -- BETWEEN MR. BAILEY AND

09:25AM 19     MS. SINGHAL, AND THEN AFTER MS. SINGHAL LEFT IN 2008, THEN I

09:26AM 20     STARTED REPORTING TO MS. HOLMES DIRECTLY.

09:26AM 21     Q.    OKAY.  YOU SPOKE A LITTLE BIT ABOUT YOUR RESPONSIBILITIES

09:26AM 22     AS THE CONTROLLER, AND YOU MENTIONED -- CAN YOU JUST DESCRIBE

09:26AM 23     FOR US THOSE RESPONSIBILITIES AGAIN, PLEASE?

09:26AM 24     A.    YES.  SO I MANAGED ALL ASPECTS OF ACCOUNTING, INCLUDING

09:26AM 25     PREPARING FINANCIAL STATEMENTS, MAKING SURE THE FINANCIAL

SPIVEY DIRECT BY MR. LEACH                                          1928

09:26AM   1    RECORDS ARE ACCURATE, AND, YOU KNOW, THAT'S INCLUDING MAKING

09:26AM   2    SURE ALL OF THE EXPENSES ARE RECORDED AND WE PAY OUR VENDORS

09:26AM   3    ACCORDINGLY, AND THE PAYROLL EXPENSES AND THINGS LIKE THAT.

09:26AM   4    Q.   OKAY.  DID YOUR RESPONSIBILITIES INCLUDE PREPARING BALANCE

09:26AM   5    SHEETS ON BEHALF OF THE COMPANY?

09:26AM   6    A.   YES.

09:26AM   7    Q.   AND DID YOUR RESPONSIBILITIES INCLUDE PREPARING INCOME

09:26AM   8    STATEMENTS FOR THE COMPANY?

09:26AM   9    A.   YES.

09:26AM   10   Q.   AND DID YOUR RESPONSIBILITIES INCLUDE PREPARING SUMMARIES

09:26AM   11   OF THE COMPANY'S CASH POSITION FROM TIME TO TIME?

09:26AM   12   A.   YES.

09:26AM   13   Q.   AND DID YOU REPORT ABOUT THOSE MATTERS TO MS. HOLMES?

09:27AM   14   A.   YES.

09:27AM   15   Q.   HOW ABOUT BUDGETING?  DID YOU HAVE ANY RESPONSIBILITY FOR

09:27AM   16   PREPARING BUDGETS?

09:27AM   17   A.   NO.

09:27AM   18   Q.   HOW ABOUT FINANCIAL PROJECTIONS?  DID YOU HAVE ANY

09:27AM   19   RESPONSIBILITY FOR PREPARING FINANCIAL PROJECTIONS ON BEHALF OF

09:27AM   20   THE COMPANY?

09:27AM   21   A.   YES.  I DO THAT FOR THE COMPANY VALUATION PURPOSE.

09:27AM   22   Q.   OKAY.  WE'LL GET TO THAT A LITTLE BIT IN A MOMENT.

09:27AM   23       BUT DO YOU KNOW IF ANYBODY ELSE IN THE FINANCE PART OF THE

09:27AM   24   ORGANIZATION HAD RESPONSIBILITY FOR BUDGETING?

09:27AM   25   A.   NO.

09:27AM  1    Q.   OKAY.  AT SOME POINT IN TIME DID MR. BALWANI JOIN THE

09:27AM  2    COMPANY?

09:27AM  3    A.   YES.

09:27AM  4    Q.   WHEN WAS THAT?

09:27AM  5    A.   IN 2009.

09:27AM  6    Q.   AND DID YOU HAVE OCCASION TO INTERACT WITH MR. BALWANI

09:27AM  7    ABOUT THE FINANCIAL CONDITION OF THE COMPANY?

09:27AM  8    A.   YES.

09:27AM  9    Q.   DESCRIBE THAT FOR US, PLEASE.

09:27AM 10    A.   SO WHEN HE JOINED THE COMPANY IN 2009, FROM TIME TO TIME

09:28AM 11    HE WOULD ASK ME FOR INFORMATION OF THE COMPANY FINANCIAL

09:28AM 12    CONDITION, YOU KNOW, THE BALANCE SHEET, INCOME STATEMENTS.

09:28AM 13    SOMETIMES IT'S MORE TOWARDS 2013, '14, LATER ON THAT WE WOULD

09:28AM 14    INTERACT MORE REGULARLY.  BUT AT THE BEGINNING IT WAS

09:28AM 15    IRREGULAR.

09:28AM 16    Q.   I HEAR YOU SAYING THAT YOUR INTERACTIONS WITH MR. BALWANI

09:28AM 17    INCREASED OVER TIME.

09:28AM 18         IS THAT FAIR?

09:28AM 19    A.   YES.

09:28AM 20    Q.   AND WOULD THAT INCREASED PERIOD OF ACTIVITY INCLUDE THE

09:28AM 21    2013, 2014, AND 2015 TIME PERIOD?

09:28AM 22    A.   YES.

09:28AM 23    Q.   AND WHAT TYPES OF INFORMATION WOULD MR. BALWANI REQUEST

09:28AM 24    FROM YOU FROM TIME TO TIME?

09:28AM 25    A.   SO ON A WEEKLY BASIS I WOULD SEND THE WEEKLY CASH POSITION

09:29AM 1    OR ACTIVITIES TO MR. BALWANI AND MS. HOLMES ON A WEEKLY BASIS,

09:29AM 2    AND SOMETIMES HE WOULD ASK ME FOR THE BALANCE SHEET AND INCOME

09:29AM 3    STATEMENTS.

09:29AM 4    Q.   WHEN YOU JOINED THERANOS IN 2006, DID THERANOS HAVE AN

09:29AM 5    OUTSIDE AUDITOR?

09:29AM 6    A.   YES.

09:29AM 7    Q.   AND WHO WAS THE OUTSIDE AUDITOR WHEN YOU JOINED IN 2006?

09:29AM 8    A.   ERNST & YOUNG.

09:29AM 9    Q.   I'M SORRY.  ERNST & YOUNG?

09:29AM 10   A.   YES.

09:29AM 11   Q.   ARE THEY A COMPETITOR OF DELOITTE?

09:29AM 12   A.   YES.

09:29AM 13   Q.   AND WHAT WAS THE ROLE OF ERNST & YOUNG AS THE OUTSIDE

09:29AM 14   AUDITOR OF THERANOS IN THE 2006 TIME PERIOD?

09:29AM 15   A.   SO THEY EXAMINED THE BOOKS AND RECORDS OF THERANOS TO MAKE

09:29AM 16   SURE THAT THAT -- THAT THE FINANCIAL STATEMENT WE PRESENTED ARE

09:29AM 17   FAIRLY STATED.

09:29AM 18   Q.   SO ERNST & YOUNG WAS PREPARING A -- PLAYING A ROLE FOR

09:30AM 19   THERANOS MUCH LIKE YOU HAD PLAYED AT DELOITTE FOR OTHER

09:30AM 20   COMPANIES?

09:30AM 21   A.   CORRECT.

09:30AM 22   Q.   AND DID ERNST & YOUNG GIVE AN OPINION ON THERANOS'S

09:30AM 23   FINANCIAL STATEMENT FOR THE PERIOD OF 2006?

09:30AM 24   A.   YES.

09:30AM 25   Q.   AND DID IT GIVE AN OPINION ON THERANOS'S FINANCIAL

09:30AM 1    STATEMENT FOR 2007?

09:30AM 2    A.   YES.

09:30AM 3    Q.   HOW ABOUT 2008?

09:30AM 4    A.   YES.

09:30AM 5    Q.   AND WHEN I SAY "GIVE AN OPINION ON THE FINANCIAL

09:30AM 6    STATEMENTS," WHAT DOES THAT MEAN?

09:30AM 7    A.   IT MEANS THAT THEY STATED THAT THEY REVIEWED THE BOOKS AND

09:30AM 8    RECORDS OF THERANOS AND, IN THEIR OPINION, THAT THE BOOKS AND

09:30AM 9    RECORDS ARE FAIRLY STATED.

09:30AM 10        MR. LEACH:  MAY I APPROACH, YOUR HONOR?

09:30AM 11        THE COURT:  YES.

09:31AM 12        MR. LEACH:  (HANDING.)

09:31AM 13   Q.   MS. SPIVEY, I'VE PLACED BEFORE YOU A BINDER OF DOCUMENTS,

09:31AM 14   AND IF I COULD PLEASE ASK YOU TO TURN TO THE DOCUMENT AT

09:31AM 15   EXHIBIT 5797.

09:31AM 16        YOUR HONOR, THIS SHOULD BE VOLUME 2.

09:31AM 17   A.   ALL RIGHT.

09:31AM 18   Q.   AND ARE YOU ON TAB 5797?

09:31AM 19   A.   YES.

09:31AM 20   Q.   AND DO YOU RECOGNIZE THIS DOCUMENT?

09:31AM 21   A.   YES.

09:31AM 22   Q.   AND WHAT IS THIS?

09:31AM 23   A.   THAT'S AUDIT REPORTS FROM ERNST & YOUNG.

09:31AM 24   Q.   AND DOES THIS INCLUDE FINANCIAL STATEMENTS FROM THERANOS

09:31AM 25   FOR THE TIME PERIOD REFERENCED IN THE DOCUMENT?

SPIVEY DIRECT BY MR. LEACH                                    1932

09:31AM   1     A.   YES.

09:31AM   2     Q.   AND WAS THIS PREPARED IN THE ORDINARY COURSE OF THERANOS'S

09:31AM   3     BUSINESS?

09:31AM   4     A.   YES.

09:31AM   5     Q.   WAS IT PREPARED AT OR FROM INFORMATION BY PEOPLE WITH

09:31AM   6     KNOWLEDGE AT THE TIME?

09:32AM   7     A.   YES.

09:32AM   8     Q.   AND WAS THIS KEPT IN THE ORDINARY COURSE OF BUSINESS?

09:32AM   9     A.   YES.

09:32AM  10          MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

09:32AM  11     EXHIBIT 5797.

09:32AM  12          MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  HEARSAY.

09:32AM  13     IT'S AN OUTSIDE DOCUMENT, NOT A DOCUMENT OF THERANOS.

09:32AM  14       AND ALSO THE DATE IS BEFORE THE CHARGED CONDUCT.

09:32AM  15          MR. LEACH:  I BELIEVE IT SATISFIES THE ELEMENTS OF

09:32AM  16     THE BUSINESS RECORDS EXCEPTION, AND ITS RELEVANCE IS COMPARED

09:32AM  17     TO FUTURE PERIODS, YOUR HONOR.

09:32AM  18       IT ALSO DOES COVER PERIODS OF MR. BALWANI'S EMPLOYMENT.

09:32AM  19          THE COURT:  THIS IS FROM PAGES 164 TO 188?

09:32AM  20          MR. LEACH:  YES, YOUR HONOR.

09:32AM  21          THE COURT:  ALL RIGHT.  THANK YOU.  I'LL OVERRULE

09:32AM  22     THE OBJECTION.

09:32AM  23       THIS IS ADMITTED PURSUANT TO 803(6).

09:32AM  24       (GOVERNMENT'S EXHIBIT 5797 WAS RECEIVED IN EVIDENCE.)

09:32AM  25          MR. LEACH:  MAY WE DISPLAY, YOUR HONOR?

ER-1278

SPIVEY DIRECT BY MR. LEACH                                    1933

09:32AM 1            THE COURT:  YES, YOU MAY PUBLISH.

09:32AM 2            MR. LEACH:  THANK YOU.

09:32AM 3    Q.   MS. SPIVEY, I WANT TO DRAW YOUR ATTENTION TO PAGE 1 OF

09:32AM 4    THIS DOCUMENT.

09:32AM 5         DO YOU SEE AT THE BOTTOM WHERE IT SAYS CONSOLIDATED

09:33AM 6    FINANCIAL STATEMENTS?

09:33AM 7    A.   YES.

09:33AM 8    Q.   OKAY.  AND DO YOU SEE THE TITLE THERANOS INC. YEARS ENDED

09:33AM 9    DECEMBER 31ST, 2008 AND 2007 WITH REPORT OF INDEPENDENT

09:33AM 10   AUDITORS?

09:33AM 11   A.   YES.

09:33AM 12   Q.   AND THE REPORT OF INDEPENDENT AUDITORS, IS THAT

09:33AM 13   ERNST & YOUNG?

09:33AM 14   A.   YES.

09:33AM 15   Q.   OKAY.  LET'S LOOK AT PAGE 2.

09:33AM 16        IS THIS THE TABLE OF CONTENTS FOR THE CONSOLIDATED

09:33AM 17   FINANCIAL STATEMENTS?

09:33AM 18   A.   YES.

09:33AM 19   Q.   OKAY.  ON PAGE 1 IT SAYS, REPORT OF INDEPENDENT AUDITORS.

09:33AM 20        DO YOU SEE THAT?

09:33AM 21   A.   YES.

09:33AM 22   Q.   AND IS THAT A REFERENCE TO THE REPORT THAT ERNST & YOUNG

09:33AM 23   PREPARES BASED ON ITS AUDIT?

09:33AM 24   A.   YES.

09:33AM 25   Q.   AND THEN FURTHER BELOW THERE'S SOMETHING CALLED

09:33AM  1    CONSOLIDATED BALANCE SHEETS, CONSOLIDATED STATEMENTS OF

09:33AM  2    OPERATIONS.

09:33AM  3        DO YOU SEE THAT?

09:33AM  4    A.   YES.

09:33AM  5    Q.   THE BALANCE SHEET, IS THAT ONE OF THE CORE FINANCIAL

09:34AM  6    STATEMENTS OF THERANOS?

09:34AM  7    A.   YES.

09:34AM  8    Q.   AND CONSOLIDATED STATEMENTS OF OPERATIONS, WHAT DOES THAT

09:34AM  9    MEAN?

09:34AM 10    A.   THAT'S THE SAME AS THE INCOME STATEMENTS.

09:34AM 11    Q.   THAT'S THE SAME AS THE INCOME STATEMENT?

09:34AM 12    A.   YES.

09:34AM 13    Q.   AND DOES THE INCOME STATEMENT HAVE ANY OTHER NAMES?

09:34AM 14    A.   STATEMENT OF PROFIT AND LOSS.

09:34AM 15    Q.   OKAY.  SO IF THERE'S A REFERENCE TO STATEMENTS OF

09:34AM 16    OPERATION OR INCOME STATEMENT OR PROFIT AND LOSS STATEMENT,

09:34AM 17    THAT'S ESSENTIALLY THE SAME THING?

09:34AM 18    A.   YES.

09:34AM 19    Q.   AND THAT'S A SNAPSHOT OF THE COMPANY'S PERFORMANCE OVER A

09:34AM 20    PERIOD OF TIME?

09:34AM 21    A.   YES.

09:34AM 22    Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO PAGE 3 OF THE

09:34AM 23    EXHIBIT.

09:34AM 24        DO YOU SEE THE HEADING AT THE TOP REPORT OF INDEPENDENT

09:34AM 25    AUDITORS?

SPIVEY DIRECT BY MR. LEACH                                    1935

09:34AM 1    A.   YES.

09:34AM 2    Q.   AND DO YOU SEE THAT THIS IS DIRECTED TO THE BOARD OF

09:34AM 3    DIRECTORS AND STOCKHOLDERS, THERANOS INC.?

09:34AM 4    A.   YES.

09:34AM 5    Q.   AND THIS SAYS IN THE FIRST PARAGRAPH, "WE HAVE AUDITED THE

09:35AM 6    ACCOMPANYING CONSOLIDATED BALANCE SHEETS OF THERANOS INC. AS OF

09:35AM 7    DECEMBER 31, 2008 AND 2007 AND THE RELATED CONSOLIDATED

09:35AM 8    STATEMENTS OF OPERATIONS, STOCKHOLDERS EQUITY, AND CASH FLOWS

09:35AM 9    FOR THE YEARS THEN ENDED."

09:35AM 10        DO YOU SEE THAT?

09:35AM 11   A.   YES.

09:35AM 12   Q.   AND PRIOR TO RECEIVING THIS, DID YOU WORK WITH

09:35AM 13   ERNST & YOUNG IN CONNECTION WITH THEIR AUDIT?

09:35AM 14   A.   YES.

09:35AM 15   Q.   THE SECOND SENTENCE SAYS, "THESE CONSOLIDATED FINANCIAL

09:35AM 16   STATEMENTS ARE THE RESPONSIBILITY OF THE COMPANY'S MANAGEMENT."

09:35AM 17        DO YOU SEE THAT?

09:35AM 18   A.   YES.

09:35AM 19   Q.   AND WHAT DOES THAT MEAN?

09:35AM 20   A.   THAT MEANS THAT WE PREPARE THOSE FINANCIAL STATEMENTS.

09:35AM 21   Q.   WE AS OPPOSED TO SOMEBODY ELSE?

09:35AM 22   A.   WE AS OPPOSED TO ERNST & YOUNG.

09:35AM 23   Q.   SO MANAGEMENT PREPARES THE FINANCIAL STATEMENTS AND THE

09:35AM 24   AUDITOR GIVES THE OPINION?

09:36AM 25   A.   CORRECT.

ER-1281

09:36AM  1    Q.   OKAY.  AND IS THAT WHAT IS EXPRESSED IN THE NEXT SENTENCE,

09:36AM  2    "OUR RESPONSIBILITY IS TO EXPRESS AN OPINION ON THESE

09:36AM  3    CONSOLIDATED FINANCIAL STATEMENTS BASED ON OUR AUDITS."

09:36AM  4         IS THAT GETTING AT THAT CONCEPT?

09:36AM  5    A.   YES.

09:36AM  6    Q.   OKAY.  I'VE TALKED A LITTLE BIT ABOUT THE BALANCE SHEET

09:36AM  7    AND THE STATEMENT OF OPERATIONS.

09:36AM  8         WHAT IS THE STATEMENT OF STOCKHOLDERS' EQUITY?

09:36AM  9    A.   THAT SHOWS THE -- ON A HIGH LEVEL, THAT SHOWS THE

09:36AM  10   INVESTMENTS THAT THE COMPANY, OR THE FUND THAT -- THE INVESTING

09:36AM  11   FUND THAT THE COMPANY RECEIVED FROM INVESTORS AND RESULTS OF

09:36AM  12   THE COMPANY OVER THE COURSE OF -- SINCE THE COMPANY'S

09:36AM  13   INCEPTION.

09:36AM  14   Q.   I ALSO DIDN'T ASK ABOUT THE STATEMENT -- CONSOLIDATED

09:37AM  15   STATEMENTS OF CASH FLOWS.

09:37AM  16        WHAT IS THAT DOCUMENT?

09:37AM  17   A.   IT SHOWS THE CASH ACTIVITIES OF THE COMPANY FOR THE PERIOD

09:37AM  18   OF TIME.

09:37AM  19   Q.   OKAY.  GOING BACK TO THE REPORT OF INDEPENDENT AUDITORS,

09:37AM  20   IT SAYS IN THE SECOND PARAGRAPH, "WE CONDUCTED OUR AUDITS IN

09:37AM  21   ACCORDANCE WITH AUDITING STANDARDS GENERALLY ACCEPTED IN THE

09:37AM  22   UNITED STATES."

09:37AM  23        DO YOU SEE THAT LANGUAGE?

09:37AM  24   A.   YES.

09:37AM  25   Q.   AND IS THAT YOUR UNDERSTANDING OF WHAT ERNST & YOUNG DID?

SPIVEY DIRECT BY MR. LEACH                                          1937

09:37AM   1    A.    YES.

09:37AM   2    Q.    AND THEN DOWN AT THE BOTTOM IN THE THIRD PARAGRAPH IT

09:37AM   3    SAYS, "IN OUR OPINION, THE FINANCIAL STATEMENTS REFERRED TO

09:37AM   4    ABOVE PRESENT FAIRLY, IN ALL MATERIAL RESPECTS, THE

09:37AM   5    CONSOLIDATED FINANCIAL POSITION OF THERANOS AT DECEMBER 31,

09:37AM   6    2008, AND 2007," AND THEN IT CONTINUES.

09:37AM   7         DO YOU SEE THAT?

09:37AM   8    A.    YES.

09:37AM   9    Q.    AND IS THAT ESSENTIALLY THE OPINION THAT ERNST & YOUNG

09:37AM  10    RENDERED ON THE FINANCIAL STATEMENTS?

09:37AM  11    A.    YES.

09:37AM  12    Q.    AND IS THAT IMPORTANT TO A COMPANY LIKE THERANOS?

09:38AM  13    A.    YES.

09:38AM  14    Q.    HOW SO?

09:38AM  15    A.    SO IT SHOWS THAT THE COMPANY -- THE RECORDS THAT THE

09:38AM  16    COMPANY MAINTAINED ARE FAIRLY STATED, AND THEY GIVE CREDIBILITY

09:38AM  17    TO WHAT WE PRESENTED.

09:38AM  18    Q.    AND WHEN YOU SAY IT BRINGS CREDIBILITY TO WHAT YOU

09:38AM  19    PRESENTED, WHAT DO YOU MEAN BY THAT?

09:38AM  20    A.    SO IT SHOWS OTHER PEOPLE THAT THE NUMBERS ARE ACCURATE,

09:38AM  21    IT'S NOT A MADE UP NUMBER.

09:38AM  22    Q.    SO YOU CAN HOLD THIS OUT TO OTHERS SAYING IT'S NOT JUST US

09:38AM  23    SAYING THIS, WE HAVE AN AUDITOR WHO HAS LOOKED AT THIS?

09:38AM  24    A.    CORRECT.

09:38AM  25    Q.    OKAY.  THERE'S A SIGNATURE, ERNST & YOUNG LLP.

SPIVEY DIRECT BY MR. LEACH                                          1938

09:38AM   1        DO YOU SEE THAT?

09:38AM   2   A.   YES.

09:38AM   3   Q.   AND BELOW THE SIGNATURE THERE'S A DATE, JUNE 26TH, 2009,

09:38AM   4   EXCEPT FOR NOTE 13, AS TO WHICH THE DATE IS SEPTEMBER 9TH,

09:38AM   5   2009.

09:38AM   6        DO YOU SEE THAT?

09:38AM   7   A.   YES.

09:38AM   8   Q.   AND WHAT IS YOUR UNDERSTANDING AS TO WHAT THAT DATE REFERS

09:39AM   9   TO?

09:39AM  10   A.   THAT'S THE DATE -- SO JUNE 26TH, 2009, WAS THE DATE THAT

09:39AM  11   THEY SIGNED THE REPORT.  SO THEY REVIEWED THE RECORDS UP TO

09:39AM  12   THAT DATE.

09:39AM  13   Q.   OKAY.  THIS IS A REPORT FOR THE YEARS 2008 AND 2007; IS

09:39AM  14   THAT CORRECT?

09:39AM  15   A.   CORRECT.

09:39AM  16   Q.   OKAY.  DID ERNST & YOUNG PREPARE A REPORT OF INDEPENDENT

09:39AM  17   AUDITORS IN LATER YEARS?

09:39AM  18   A.   NO.

09:39AM  19   Q.   OKAY.  DID IT PREPARE ONE IN 2009?

09:39AM  20   A.   NO.

09:39AM  21   Q.   DID IT PREPARE ONE IN 2010?

09:39AM  22   A.   NO.

09:39AM  23   Q.   DID IT PREPARE ONE IN ANY YEAR GOING FORWARD?

09:39AM  24   A.   NO.

09:39AM  25   Q.   OKAY.  AT SOME POINT IN TIME DID THERANOS ENGAGE WITH A

09:39AM 1    DIFFERENT ACCOUNTING FIRM?

09:39AM 2    A.   YES.

09:39AM 3    Q.   AND TELL US ABOUT THAT, PLEASE.

09:39AM 4    A.   WE USED KPMG FOR 2009 AND ONWARD.

09:39AM 5    Q.   OKAY.  AND IS KPMG A COMPETITOR OF DELOITTE AND

09:39AM 6    ERNST & YOUNG?

09:39AM 7    A.   YES.

09:39AM 8    Q.   IN THE ACCOUNTING WORLD, ARE THEY LUMPED AS A GROUP WITH

09:40AM 9    OTHER ACCOUNTING FIRMS?

09:40AM 10   A.   SO THERE ARE -- THEY ARE THREE OF THE BIG FOUR FIRMS.

09:40AM 11   Q.   OKAY.  AND SO THERE'S A FOURTH THAT WE HAVEN'T TALKED

09:40AM 12   ABOUT?

09:40AM 13   A.   RIGHT.

09:40AM 14   Q.   OKAY.  AND DURING THE TIME PERIOD 2009 THROUGH 2015, DID

09:40AM 15   YOU WORK WITH AUDITORS FROM KPMG?

09:40AM 16   A.   YES.

09:40AM 17   Q.   AND DESCRIBE FOR US YOUR INTERACTION WITH THE AUDITORS

09:40AM 18   FROM KPMG AT A HIGH LEVEL.

09:40AM 19   A.   RIGHT.  SO I WOULD PROVIDE THE COMPANY, AND IT'S SIMILAR

09:40AM 20   TO WHAT WE DID WITH ERNST & YOUNG, WE PROVIDE OUR FINANCIAL

09:40AM 21   DATA AND RECORDS TO KPMG AND THEY WILL REVIEW THE DATA AND

09:40AM 22   AUDIT THEM, AND THE GOAL OF THAT WAS ALSO TO RENDER OPINIONS AS

09:40AM 23   TO WHETHER THE FINANCIAL STATEMENTS ARE FAIRLY STATED.

09:40AM 24   Q.   SO THERANOS HIRED KPMG WITH THE GOAL OF RENDERING AN

09:41AM 25   OPINION, LIKE THE ONE WE SEE FROM ERNST & YOUNG FOR FUTURE

SPIVEY DIRECT BY MR. LEACH                                           1940

09:41AM    1      PERIODS?

09:41AM    2      A.   YES.

09:41AM    3      Q.   OKAY.  DID KPMG EVER RENDER AN OPINION ON THERANOS'S 2009

09:41AM    4      STATEMENTS?

09:41AM    5      A.   NO.

09:41AM    6      Q.   DID IT EVER RENDER AN OPINION ON THERANOS'S 2010 FINANCIAL

09:41AM    7      STATEMENTS?

09:41AM    8      A.   NO.

09:41AM    9      Q.   WHY DID KPMG NOT RENDER AN OPINION ON THERANOS'S 2009 AND

09:41AM   10      2010 FINANCIAL STATEMENTS?

09:41AM   11      A.   SO FOR 2009, THEY FINISHED THEIR FIELD WORK, MEANING THEY

09:41AM   12      REVIEWED THE FINANCIAL DATA, THE RECORDS OF THERANOS.

09:41AM   13           BUT BECAUSE THAT WAS ALREADY TOWARDS THE END OF 2010, AND

09:41AM   14      THEY SAID THEY WOULD DO THE AUDIT FOR 2010 AND THEN ISSUE ONE

09:41AM   15      REPORT FOR 2009 AND 2010, JUST LIKE ERNST & YOUNG DID FOR 2008

09:41AM   16      AND '07.

09:42AM   17           SO WE'RE JUST HOLDING UP AND WAITING FOR THE 2010 AUDIT TO

09:42AM   18      COMPLETE, BUT THERE WERE SOME ISSUES WITH THE 2010 AUDIT AND

09:42AM   19      THEY COULDN'T ISSUE THE REPORT.

09:42AM   20      Q.   AND WHAT WAS THE ISSUE IN 2010 THAT HELD UP ISSUANCE OF AN

09:42AM   21      OPINION BY KPMG?

09:42AM   22      A.   IT WAS RELATED TO OPTION VALUATION.

09:42AM   23      Q.   OKAY.  WHEN YOU SAY IT WAS RELATED TO OPTION VALUATION,

09:42AM   24      CAN YOU DESCRIBE THE ISSUE FOR US, PLEASE?

09:42AM   25      A.   YES.  SO THE COMPANY GRANTED AN OPTION IN MAY AND

09:42AM 1      JUNE 2010 AT A PRICE THAT WAS LOWER THAN WHAT KPMG THOUGHT

09:42AM 2      SHOULD BE THE FAIR VALUE.

09:42AM 3      Q.   AND WHEN YOU SAY THE COMPANY GRANTED AN OPTION IN 2010,

09:42AM 4      WHAT DO YOU MEAN?  WHAT IS AN OPTION AND WHAT WAS THE

09:42AM 5      TRANSACTION?

09:42AM 6      A.   OKAY.  AN OPTION -- SEE, WHEN THE COMPANY GRANT AN OPTION

09:43AM 7      TO THE OPTIONEE, THEN THE OPTIONEE HAS THE RIGHT TO PURCHASE

09:43AM 8      THE COMPANY STOCK AT A PRE-DETERMINED PRICE AT A FUTURE DATE.

09:43AM 9      Q.   OKAY.  AND YOU SAID SOMETHING ABOUT THE OPTION WAS GRANTED

09:43AM 10     AT A PRICE LOWER THAN KPMG THOUGHT WAS APPROPRIATE?

09:43AM 11     A.   YES.

09:43AM 12     Q.   OKAY.  AND WHO WAS THE OPTIONEE?  WHO WAS THE OPTION GIVEN

09:43AM 13     TO?

09:43AM 14     A.   IN MAY IT WAS GIVEN TO ELIZABETH HOLMES, AND THEN IN JUNE

09:43AM 15     IT WAS GIVEN TO A LIST OF EMPLOYEES.

09:43AM 16     Q.   OKAY.  DID THAT LIST OF EMPLOYEES INCLUDE MR. BALWANI?

09:43AM 17     A.   I DO NOT BELIEVE SO.

09:43AM 18     Q.   OKAY.  WE'LL COME BACK TO THAT POINT.

09:43AM 19          BUT WHY WAS THAT AN ISSUE?  WHY IF THE COMPANY HAD GRANTED

09:43AM 20     OPTIONS AT A PRICE LOWER THAN KPMG THOUGHT WAS APPROPRIATE, WHY

09:43AM 21     WAS THAT AN ISSUE?

09:43AM 22              MR. COOPERSMITH:  YOUR HONOR, OBJECTION.  RELEVANCE.

09:44AM 23              THE COURT:  OVERRULED.

09:44AM 24              THE WITNESS:  SO THAT WOULD HAVE SOME TAX

09:44AM 25     CONSEQUENCES FOR THE COMPANY, AS WELL AS FOR THE OPTIONEE.

SPIVEY DIRECT BY MR. LEACH                                    1942

09:44AM 1    BY MR. LEACH:

09:44AM 2    Q.   AND DID THE ISSUE OF THE OPTIONS BEING GRANTED AT A PRICE

09:44AM 3    LOWER THAN KPMG THOUGHT, DID THAT ISSUE EVER GET RESOLVED?

09:44AM 4    A.   NO.

09:44AM 5    Q.   OKAY.  DID KPMG EVER RENDER AN OPINION ON THERANOS'S

09:44AM 6    FINANCIAL STATEMENTS IN 2011?

09:44AM 7    A.   NO.

09:44AM 8    Q.   DID IT EVER RENDER AN OPINION IN 2012?

09:44AM 9    A.   NO.

09:44AM 10   Q.   DID IT RENDER AN OPINION IN 2013?

09:44AM 11   A.   NO.

09:44AM 12   Q.   DID IT RENDER AN OPINION IN 2014?

09:44AM 13   A.   NO.

09:44AM 14   Q.   DID IT RENDER AN OPINION IN 2015?

09:44AM 15   A.   NO.

09:44AM 16   Q.   OKAY.  DID YOU FIND IT UNUSUAL THAT THERANOS DID NOT HAVE

09:44AM 17   AUDITED FINANCIAL STATEMENTS AFTER 2008?

09:44AM 18           MR. COOPERSMITH:  OBJECTION.  LEADING.

09:44AM 19           THE COURT:  DO YOU WANT TO REPHRASE THE QUESTION?

09:44AM 20   BY MR. LEACH:

09:44AM 21   Q.   HOW DID YOU FEEL ABOUT THERANOS NOT HAVING AUDITED

09:45AM 22   FINANCIAL STATEMENTS?  HOW DID THAT COMPORT WITH YOUR

09:45AM 23   EXPERIENCE?

09:45AM 24           MR. COOPERSMITH:  OBJECTION.  RELEVANCE.

09:45AM 25           THE COURT:  OVERRULED.

SPIVEY DIRECT BY MR. LEACH                                    1943

09:45AM  1        YOU CAN ANSWER THE QUESTION.

09:45AM  2             THE WITNESS:  FROM MY EXPERIENCE FOR PRIVATE

09:45AM  3   COMPANY, THE COMPANY USUALLY HAVE FINANCIAL STATEMENTS ONCE A

09:45AM  4   YEAR.

09:45AM  5   BY MR. LEACH:

09:45AM  6   Q.   OKAY.  AUDITED FINANCIAL STATEMENTS?

09:45AM  7   A.   AUDITED FINANCIAL STATEMENTS.

09:45AM  8   Q.   OKAY.  AND DID THAT -- YOUR EXPERIENCE WITH THERANOS

09:45AM  9   DIFFERED WITH YOUR EXPERIENCE WITH OTHER COMPANIES.

09:45AM  10       IS THAT FAIR?

09:45AM  11  A.   YES.

09:45AM  12  Q.   AND DID YOU FIND IT ODD THAT THERANOS DID NOT HAVE AUDITED

09:45AM  13  FINANCIAL STATEMENTS?

09:45AM  14            MR. COOPERSMITH:  OBJECTION.  LEADING.

09:45AM  15  BY MR. LEACH:

09:45AM  16  Q.   AT THE TIME, HOW DID YOU FEEL ABOUT THE FACT THAT THERANOS

09:45AM  17  LACKED AUDITED FINANCIAL STATEMENTS?

09:45AM  18  A.   AS A CONTROLLER, IT WAS PART OF MY RESPONSIBILITY TO HELP

09:46AM  19  THE COMPANY, ASSIST THE COMPANY TO GET THE ISSUE -- YOU KNOW,

09:46AM  20  TO ISSUE THE AUDITED FINANCIAL STATEMENT.  SO WE REALLY

09:46AM  21  WANTED -- I REALLY WANTED TO WORK WITH THE AUDITOR TO RESOLVE

09:46AM  22  THOSE ISSUES.

09:46AM  23  Q.   SO YOU WERE DOING YOUR BEST TO WORK WITH THE AUDITORS TO

09:46AM  24  TRY TO GET THESE AUDITED FINANCIAL STATEMENTS?

09:46AM  25  A.   CORRECT.

SPIVEY DIRECT BY MR. LEACH                                                    1944

09:46AM   1    Q.   OKAY.  LET'S GO BACK TO THE RECORD THAT WE HAVE FROM 2008

09:46AM   2    ON THE SCREEN FROM ERNST & YOUNG, AND IF WE CAN PLEASE GO TO

09:46AM   3    PAGE 4.

09:46AM   4         DO YOU SEE THE HEADING CONSOLIDATED BALANCE SHEETS,

09:46AM   5    MS. SPIVEY?

09:46AM   6    A.   YES.

09:46AM   7    Q.   AND IN THE LEFT COLUMN THERE'S A ROW IN BOLD, ASSETS.

09:46AM   8         DO YOU SEE THAT?

09:46AM   9    A.   YES.

09:46AM  10    Q.   AND FURTHER DOWN THERE'S A ROW IN BOLD, LIABILITIES AND

09:47AM  11    STOCKHOLDERS' EQUITY.

09:47AM  12         DO YOU SEE THAT?

09:47AM  13    A.   YES.

09:47AM  14    Q.   AND IS THAT WHAT YOU MEAN WHEN YOU SAY THE BALANCE SHEET

09:47AM  15    CAPTURES ASSETS AND LIABILITIES AS OF A PARTICULAR DATE?

09:47AM  16    A.   YES.

09:47AM  17    Q.   OKAY.  I WANT TO DRAW YOUR ATTENTION TO A ROW IN THE

09:47AM  18    STOCKHOLDERS' EQUITY SECTION WHERE IT SAYS ACCUMULATED DEFICIT.

09:47AM  19         DO YOU SEE THAT?

09:47AM  20    A.   YES.

09:47AM  21    Q.   AND WHAT IS THE ACCUMULATED DEFICIT?

09:47AM  22    A.   THAT'S THE ACCUMULATED LOSSES THAT THE COMPANY INCURRED

09:47AM  23    SINCE THE INCEPTION OF THE COMPANY.

09:47AM  24    Q.   THE ACCUMULATED LOSSES THAT THE COMPANY HAS INCURRED SINCE

09:47AM  25    THE INCEPTION OF THE COMPANY?  DID I HEAR THAT RIGHT?

SPIVEY DIRECT BY MR. LEACH                                    1945

09:47AM   1    A.   YES.

09:47AM   2    Q.   OKAY.  AND SO -- AND THERE'S A NUMBER IN THE COLUMN 2008,

09:47AM   3    NEGATIVE 48,183,282.

09:47AM   4         DO YOU SEE THAT?

09:47AM   5    A.   YES.

09:47AM   6    Q.   AND WHAT DOES THAT NUMBER REPRESENT?

09:48AM   7    A.   THAT'S ALL OF THE LOSSES THAT THE COMPANY INCURRED UP TO

09:48AM   8    2008.

09:48AM   9    Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO THE NEXT PAGE,

09:48AM   10   PAGE 5.

09:48AM   11        DO YOU SEE THE HEADING CONSOLIDATED STATEMENTS OF

09:48AM   12   OPERATIONS?

09:48AM   13   A.   YES.

09:48AM   14   Q.   AND IS THAT ANOTHER NAME FOR THE INCOME STATEMENT?

09:48AM   15   A.   YES.

09:48AM   16   Q.   ALSO CALLED THE PROFIT AND LOSS STATEMENT?

09:48AM   17   A.   YES.

09:48AM   18   Q.   AND TO THE LEFT THERE'S A HEADING REVENUE.

09:48AM   19        DO YOU SEE THAT?

09:48AM   20   A.   YES.

09:48AM   21   Q.   AND WHAT IS REVENUE?

09:48AM   22   A.   THAT'S THE MONEY THAT THE COMPANY RECEIVED FOR PROVIDING

09:48AM   23   SERVICES.

09:48AM   24   Q.   WHEN YOU SAY, "THE MONEY THAT THE COMPANY RECEIVED FOR

09:48AM   25   PROVIDING SERVICES," HOW DOES THAT DIFFER FOR SOMETHING LIKE

SPIVEY DIRECT BY MR. LEACH                                      1946

09:48AM  1   CASH?

09:48AM  2   A.   CASH IS, CASH IS MONEY IN YOUR POCKET.

09:49AM  3   Q.   OKAY.

09:49AM  4   A.   REVENUE IS SOMETHING THAT YOU HAVE TO EARN.

09:49AM  5   Q.   REVENUE IS SOMETHING THAT YOU HAVE TO EARN?

09:49AM  6   A.   YES.

09:49AM  7   Q.   AND WHAT DO YOU MEAN BY THAT?

09:49AM  8   A.   THAT YOU HAVE TO PROVIDE EITHER SERVICES OR YOU'RE SELLING

09:49AM  9   SOMETHING.

09:49AM  10  Q.   OKAY.  BENEATH THAT THERE'S A LINE FOR OPERATING EXPENSES.

09:49AM  11       DO YOU SEE THAT?

09:49AM  12  A.   YES.

09:49AM  13  Q.   WHAT ARE OPERATING EXPENSES?

09:49AM  14  A.   THAT'S THE EXPENSES THAT THE COMPANY INCURRED FOR THE

09:49AM  15  BUSINESS.

09:49AM  16  Q.   OKAY.  AND THEN FURTHER DOWN THERE'S A LINE FOR OPERATING

09:49AM  17  LOSS.

09:49AM  18       WHAT IS THE OPERATING LOSS?

09:49AM  19  A.   THAT'S THE LOSS FROM OPERATION.

09:49AM  20  Q.   OKAY.  AND HOW DOES THE OPERATING LOSS RELATE TO THE

09:49AM  21  REVENUE AND THE OPERATING EXPENSES?

09:49AM  22  A.   SO IF YOU INCUR MORE EXPENSES THAN THE REVENUE THAT YOU

09:50AM  23  RECEIVED, THEN YOU INCURRED AN OPERATING LOSS.

09:50AM  24  Q.   IS THE OPERATING LOSS THE DIFFERENCE BETWEEN OPERATING

09:50AM  25  REVENUE AND EXPENSES?

09:50AM  1    A.    YES.

09:50AM  2    Q.    AND DOWN AT THE BOTTOM THERE'S SOMETHING CALLED NET LOSS.

09:50AM  3          DO YOU SEE THAT?

09:50AM  4    A.    YES.

09:50AM  5    Q.    AND WHAT IS NET LOSS?

09:50AM  6    A.    IT'S THE OPERATING LOSS AFTER SUBTRACTING OR ADDING OTHER

09:50AM  7    INCOME OR EXPENSES.

09:50AM  8    Q.    OKAY.  SO SOME EXPENSES DIFFER FROM THE OPERATING

09:50AM  9    EXPENSES?

09:50AM  10   A.    RIGHT.

09:50AM  11   Q.    OKAY.  AND IF WE LOOK AT THE DIFFERENT COLUMNS, TO THE

09:50AM  12   RIGHT THERE'S ONE MORE IN THE YEAR 2007.

09:50AM  13         DO YOU SEE THAT?

09:50AM  14   A.    YES.

09:50AM  15   Q.    AND THERE'S A LINE THERE, OR A HYPHEN.

09:50AM  16         DO YOU SEE THAT?

09:50AM  17   A.    YES.

09:50AM  18   Q.    AND WHAT DOES THAT MEAN?

09:50AM  19   A.    THAT MEANS THAT THERE WAS NO REVENUE FOR 2007.

09:50AM  20   Q.    OKAY.  SO IS THE OPERATING LOSS -- AND THEN THERE'S AN

09:50AM  21   ENTRY OF 17,399,923 FOR OPERATING LOSS.

09:50AM  22         DO YOU SEE THAT?

09:50AM  23   A.    YES.

09:50AM  24   Q.    AND IS THAT THE DIFFERENCE BETWEEN THE REVENUE, WHICH IS

09:51AM  25   ZERO, AND THE OPERATING EXPENSES?

SPIVEY DIRECT BY MR. LEACH                                        1948

09:51AM  1    A.   YES.

09:51AM  2    Q.   FURTHER DOWN BELOW THERE'S A NUMBER $16,270,872.

09:51AM  3         DO YOU SEE THAT?

09:51AM  4    A.   YES.

09:51AM  5    Q.   AND WAS THAT THE NET LOSS FOR 2007?

09:51AM  6    A.   YES.

09:51AM  7    Q.   AND MOVING TO THE LEFT, THERE'S AN ENTRY FOR 2008 IN THE

09:51AM  8    REVENUE ROW, 1,798,974.

09:51AM  9         DO YOU SEE THAT?

09:51AM 10    A.   YES.

09:51AM 11    Q.   AND WHAT DOES THAT REPRESENT?

09:51AM 12    A.   THAT REPRESENTS THE MONEY THAT THE COMPANY EARNED FOR

09:51AM 13    PROVIDING SERVICES.

09:51AM 14    Q.   OKAY.  AND IN THAT 2008 TIME PERIOD, WHERE DID THAT

09:51AM 15    REVENUE COME FROM?

09:51AM 16    A.   IT WAS FROM A PHARMACEUTICAL COMPANY.

09:51AM 17    Q.   OKAY.  AND FURTHER BELOW IN THE NET LOSS ROW THERE'S AN

09:51AM 18    ENTRY 11,293,593.

09:51AM 19         DO YOU SEE THAT?

09:51AM 20    A.   YES.

09:51AM 21    Q.   AND IS THAT THE NET LOSS FOR THE TIME PERIOD 2008?

09:51AM 22    A.   YES.

09:52AM 23    Q.   LET ME DRAW YOUR ATTENTION TO PAGE 8.

09:52AM 24         DO YOU SEE AT THE TOP WHERE IT SAYS NOTES TO CONSOLIDATED

09:52AM 25    FINANCIAL STATEMENTS, DECEMBER 31ST, 2008?

ER-1294

SPIVEY DIRECT BY MR. LEACH                                    1949

09:52AM 1    A.    YES.

09:52AM 2    Q.    AND WHAT ARE THE NOTES TO CONSOLIDATED FINANCIAL

09:52AM 3    STATEMENTS?

09:52AM 4    A.    THAT'S, THAT'S LIKE SUPPLEMENTARY INFORMATION TO THE

09:52AM 5    FINANCIAL STATEMENTS.

09:52AM 6    Q.    OKAY.  AND IN NOTE 1 IT SAYS, COMPANY AND BASIS OF

09:52AM 7    PRESENTATION.

09:52AM 8          DO YOU SEE THAT?

09:52AM 9    A.    YES.

09:52AM 10   Q.    AND IN THAT FIRST LINE, DO YOU SEE WHERE IT SAYS,

09:52AM 11   "THERANOS INC. (THE COMPANY) WAS INCORPORATED IN DELAWARE IN

09:52AM 12   2004 AND IS DEVELOPING THE INTEGRATION OF NANO- AND

09:53AM 13   BIOTECHNOLOGIES INTO REAL-TIME INFORMATICS SYSTEMS."

09:53AM 14         DO YOU SEE THAT LANGUAGE?

09:53AM 15   A.    YES.

09:53AM 16   Q.    AND IN THE NEXT PARAGRAPH IT SAYS, "IN 2008, THE COMPANY

09:53AM 17   HAS GENERATED REVENUES FROM VALIDATION STUDIES AND SERVICES

09:53AM 18   PROVIDED TO THE CUSTOMERS.  FOR PURPOSES OF PRESENTATION AND

09:53AM 19   DISCLOSURE, THE COMPANY WAS CONSIDERED TO BE IN THE INVESTMENT

09:53AM 20   STAGE IN 2007 AND IN PRIOR YEARS."

09:53AM 21         WHAT DOES THAT LAST LINE MEAN RELATING TO DEVELOPMENT

09:53AM 22   STAGE?

09:53AM 23   A.    FROM MY UNDERSTANDING, THAT MEANT THE COMPANY HAD NO

09:53AM 24   REVENUE IN 2007 AND BEFORE BECAUSE THEY'RE IN THE DEVELOPMENT

09:53AM 25   STAGE.

09:53AM   1     Q.    THANK YOU, MS. SPIVEY.

09:53AM   2           LET ME DRAW YOUR ATTENTION LAST IN THIS DOCUMENT TO

09:53AM   3     PAGE 24.

09:54AM   4           DO YOU HAVE THAT PAGE IN FRONT OF YOU?

09:54AM   5     A.    YES.

09:54AM   6     Q.    AND DO YOU SEE IT ON THE SCREEN?

09:54AM   7     A.    YES.

09:54AM   8     Q.    AND I WANT TO DRAW YOUR ATTENTION TO NOTE 13 DOWN AT THE

09:54AM   9     BOTTOM, SUBSEQUENT EVENTS.

09:54AM  10           DO YOU SEE THAT?

09:54AM  11     A.    YES.

09:54AM  12     Q.    THE FIRST PARAGRAPH SAYS, "IN FEBRUARY 2009, THE COMPANY

09:54AM  13     ENTERED INTO AN AGREEMENT WITH CELGENE CORPORATION TO PROVIDE

09:54AM  14     PREDICTIVE MODELING SERVICES AND TO CREATE A RELATED DATA

09:54AM  15     INFRASTRUCTURE FOR CONSIDERATION OF $3,250,000."

09:54AM  16           DO YOU SEE THAT LANGUAGE?

09:54AM  17     A.    YES.

09:54AM  18     Q.    AND WAS CELGENE ONE OF THE PHARMACEUTICAL COMPANIES THAT

09:54AM  19     THERANOS WAS WORKING WITH DURING THIS TIME PERIOD?

09:54AM  20     A.    YES.

09:54AM  21     Q.    IT THEN SAYS, "IN AUGUST 2009, THE COMPANY ENTERED INTO A

09:54AM  22     BORROWING ARRANGEMENT UNDER WHICH THE COMPANY HAS NOW BORROWED

09:54AM  23     8 MILLION.  THE BORROWING IS GUARANTEED BY AN INDIVIDUAL TO

09:54AM  24     WHOM THE COMPANY HAS ISSUED A WARRANT TO PURCHASE 200,000

09:54AM  25     SHARES OF COMMON STOCK FOR $0.36 PER SHARE."

09:55AM   1          DO YOU SEE THAT LANGUAGE?

09:55AM   2     A.   YES.

09:55AM   3     Q.   AND IS IT YOUR UNDERSTANDING THAT THAT HAPPENED IN AUGUST

09:55AM   4     OF 2009?

09:55AM   5     A.   YES.

09:55AM   6     Q.   OKAY.  DO YOU KNOW WHO THE INDIVIDUAL WHO GUARANTEED THE

09:55AM   7     BORROWED AMOUNT WAS?

09:55AM   8     A.   YES.  SUNNY BALWANI.

09:55AM   9     Q.   OKAY.  AT ANY POINT IN TIME -- THIS IS 2008.  AT ANY POINT

09:55AM  10     IN TIME FORWARD BETWEEN 2009 AND 2016, DID THERANOS HAVE

09:55AM  11     AUDITED FINANCIAL STATEMENTS LIKE WE'RE LOOKING AT HERE?

09:55AM  12     A.   NO.

09:55AM  13     Q.   LET ME DRAW YOUR ATTENTION, MS. SPIVEY, TO THE TIME

09:55AM  14     PERIOD --

09:55AM  15          THANK YOU, MS. WACHS, YOU CAN TAKE THIS DOWN.

09:55AM  16          I WANT TO TALK ABOUT THE LEAD UP TO THE $8 MILLION LOAN

09:55AM  17     THAT WE SAW IN THE FINANCIAL STATEMENTS THERE.

09:55AM  18          IN THE TIME PERIOD 2009, HOW WOULD YOU DESCRIBE THERANOS'S

09:55AM  19     CASH POSITION?

09:55AM  20     A.   THE CASH WAS DEPLETING QUITE QUICKLY IN 2009 AND IT WAS

09:56AM  21     GETTING REALLY TIGHT, AND AS THE CONTROLLER I WAS ALWAYS

09:56AM  22     WORRIED ABOUT HOW TO PAY OUR VENDORS AND HOW TO PAY THE

09:56AM  23     EMPLOYEES, DO WE HAVE MONEY TO MAKE THE NEXT PAYROLL AND THINGS

09:56AM  24     LIKE THAT.

09:56AM  25     Q.   IS THERE A PARTICULAR EXAMPLE THAT STANDS OUT IN YOUR MIND

SPIVEY DIRECT BY MR. LEACH                                              1952

09:56AM  1    ABOUT HOW CASH WAS TIGHT DURING THIS TIME PERIOD?

09:56AM  2    A.    YES.  SO IN 2009 THERE WAS ONE INCIDENT WHERE WE -- WHERE

09:56AM  3    I SUBMITTED THE PAYROLL RECORD OR THE PAYROLL TO -- FOR OUR

09:56AM  4    EMPLOYEES AND WE NEED TO HAVE FUNDS THE NEXT DAY IN ORDER TO

09:57AM  5    PAY THE EMPLOYEES, AND THEN WE FIND OUT THAT THE -- THE CHECK

09:57AM  6    THAT WE DEPOSITED WAS NOT CASHED -- WOULD NOT BE CASHED IN TIME

09:57AM  7    TO MAKE THAT PAYROLL, AND SO WE HAD TO CONTACT THE BANK AND TRY

09:57AM  8    TO HELP THEM, YOU KNOW, MAKE AN EXCEPTION FOR US TO CASH OUT

09:57AM  9    THE CHECK.

09:57AM  10        AND SO -- AND THE BANK, AT FIRST THEY REFUSED TO DO IT,

09:57AM  11   THEY REFUSED TO MAKE ANY EXCEPTION BECAUSE WE DON'T HAVE ANY

09:57AM  12   MONEY TO SUPPORT, TO SUPPORT THAT.  AND SO WE HAVE -- I HAVE TO

09:57AM  13   CONTACT THE CUSTOMER THAT SENT US THE CHECK AND HAVE THE

09:57AM  14   CUSTOMER CONTACT THE BANK AND HAVE THEM VERIFY THAT THIS IS A

09:57AM  15   LEGITIMATE CHECK FOR THE BANK TO CLEAR THAT.

09:57AM  16   Q.    OKAY.  AND WHEN YOU SAY "WE," WAS IT JUST YOU INVOLVED IN

09:57AM  17   THIS?

09:57AM  18   A.    NO.  ELIZABETH HOLMES AND I WERE TOGETHER.

09:57AM  19   Q.    OKAY.  AND YOU WERE GOING THROUGH ALL OF THIS TO MAKE SURE

09:58AM  20   THAT THERANOS EMPLOYEES WOULD GET PAID IN 2009?

09:58AM  21   A.    YES.

09:58AM  22   Q.    OKAY.  AND DID THE $8 MILLION LOAN HELP ALLEVIATE SOME OF

09:58AM  23   THE CASH ISSUES IN 2009?

09:58AM  24   A.    YES.

09:58AM  25   Q.    AND DID THERANOS ALSO RAISE MONEY FROM INVESTORS IN 2010?

09:58AM   1     A.   YES.

09:58AM   2     Q.   I'D LIKE TO MOVE FORWARD IN TIME AND TALK ABOUT SOME OF

09:58AM   3     THE CASH ISSUES THAT YOU OBSERVED IN THE TIME PERIOD OF 2013.

09:58AM   4          DO YOU HAVE THAT TIME PERIOD IN MIND?

09:58AM   5     A.   YES.

09:58AM   6     Q.   OKAY.

09:58AM   7          MAY I APPROACH AGAIN, YOUR HONOR?

09:58AM   8               THE COURT:  YES.

09:59AM   9               MR. LEACH:  (HANDING.)

09:59AM  10     Q.   I'VE PLACED BEFORE YOU, MS. SPIVEY, A DOCUMENT, BATES

09:59AM  11     NUMBER 5172.

09:59AM  12          DO YOU RECOGNIZE THIS?

09:59AM  13     A.   YES.

09:59AM  14     Q.   WHAT IS THIS DOCUMENT?

09:59AM  15     A.   THAT IS A DOCUMENT THAT I PREPARED TO SHOW THE BEGINNING

09:59AM  16     OR THE WEEKLY BALANCES OF THERANOS.

10:00AM  17     Q.   THE WEEKLY CASH BALANCES?

10:00AM  18     A.   YES.

10:00AM  19     Q.   OKAY.  AND FROM TIME TO TIME, DID YOU SHARE THIS

10:00AM  20     INFORMATION WITH MS. HOLMES?

10:00AM  21     A.   YES.

10:00AM  22     Q.   AND DID YOU SHARE IT WITH MR. BALWANI?

10:00AM  23     A.   YES.

10:00AM  24     Q.   AND DID YOU PREPARE THIS IN THE ORDINARY COURSE OF

10:00AM  25     BUSINESS?

10:00AM  1      A.   YES.

10:00AM  2      Q.   AND DID YOU PREPARE THIS BASED ON THE BOOKS AND RECORDS OF

10:00AM  3      THERANOS AND ITS ACCOUNTING SYSTEM?

10:00AM  4      A.   YES.

10:00AM  5           MR. LEACH:   YOUR HONOR, THE GOVERNMENT OFFERS

10:00AM  6      EXHIBIT 5172.

10:00AM  7           MR. COOPERSMITH:   NO OBJECTION, YOUR HONOR.

10:00AM  8           THE COURT:   IT'S ADMITTED.   IT MAY BE PUBLISHED.

10:00AM  9      (GOVERNMENT'S EXHIBIT 5172 WAS RECEIVED IN EVIDENCE.)

10:00AM  10     BY MR. LEACH:

10:00AM  11     Q.   AND MS. SPIVEY, IS THIS A LENGTHY SPREADSHEET THAT YOU'RE

10:00AM  12     LOOKING AT IN THE PAPER COPY?

10:00AM  13     A.   YES.

10:00AM  14     Q.   OKAY.   WE'RE GOING TO DISPLAY THE NATIVE FILE ON THE

10:00AM  15     SCREEN, SO HOPEFULLY THAT WILL BE EASIER FOR YOU TO WORK WITH.

10:00AM  16          AND LET ME ORIENT YOU.   UP IN THE TOP LEFT CORNER, IT SAYS

10:00AM  17     THERANOS INC. CASH BALANCE.

10:00AM  18          DO YOU SEE THAT IN ROWS 1 AND 2?

10:01AM  19     A.   YES.

10:01AM  20     Q.   AND BELOW THAT THERE ARE TWO ROWS, BEGINNING AND ENDING.

10:01AM  21          DO YOU SEE THAT?

10:01AM  22     A.   YES.

10:01AM  23     Q.   AND WHAT INFORMATION IS CONVEYED IN THOSE ROWS?

10:01AM  24     A.   THAT'S THE BEGINNING OF THE WEEK AND ENDING DAY OF THE

10:01AM  25     WEEK.

10:01AM  1    Q.   OKAY.  AND IN ROWS 8 THROUGH 14 THERE ARE THE WORDS

10:01AM  2    COMERICA, FIDELITY, MORGAN STANLEY INVESTMENT, MORGAN STANLEY

10:01AM  3    LOC, COMERICA SECURED MONEY MARKET, WELLS FARGO OPERATING,

10:01AM  4    WELLS FARGO ESCROW.

10:01AM  5         DO YOU SEE THAT?

10:01AM  6    A.   YES.

10:01AM  7    Q.   AND WHAT IS MEANT BY COMERICA?

10:01AM  8    A.   EXCUSE ME?

10:01AM  9    Q.   IN LINE 8, WHAT IS MEANT BY COMERICA?  WHAT IS MEANT BY

10:01AM  10   THAT?

10:01AM  11   A.   OH, COMERICA IS THE NAME OF THE BANK THAT THERANOS KEPT

10:01AM  12   THE CHECKING ACCOUNT WITH.

10:01AM  13   Q.   OKAY.  BENEATH THAT IT SAYS FIDELITY.

10:02AM  14        WHAT DOES THAT REFER TO?

10:02AM  15   A.   THAT'S AN INVESTMENT BANK FOR THERANOS.

10:02AM  16   Q.   AND DID THERANOS ALSO HOLD CASH AT FIDELITY?

10:02AM  17   A.   YES.

10:02AM  18   Q.   IT THEN SAYS MORGAN STANLEY INVESTMENT.

10:02AM  19        WHAT DOES THAT MEAN?

10:02AM  20   A.   SIMILAR TO FIDELITY, A DIFFERENT BANKING INSTITUTION.

10:02AM  21   Q.   OKAY.  AND THEN IT SAYS IN ROW 11 MORGAN STANLEY LOC.

10:02AM  22        WHAT DOES LOC REFER TO?

10:02AM  23   A.   IT REFERS TO LETTER OF CREDIT.

10:02AM  24   Q.   AND WHY IS A MORGAN STANLEY LETTER OF CREDIT SEPARATELY

10:02AM  25   LISTED ON THIS SPREADSHEET?

10:02AM  1    A.  THIS IS THE FUND THAT IS RESERVED FOR THE LETTER OF CREDIT

10:02AM  2    PURPOSE.

10:02AM  3    Q.  AND WHAT WAS THE PURPOSE OF THE LETTER OF CREDIT?

10:02AM  4    A.  THAT IS SOMETHING THAT WE GIVE IT TO THE LANDLORD SO THAT

10:02AM  5    IF THERANOS DEFAULT ON RENT, THEN THE LANDLORD CAN TAKE THIS

10:03AM  6    LETTER OF CREDIT AND GO TO MORGAN STANLEY AND WITHDRAW THE

10:03AM  7    FUNDS.

10:03AM  8    Q.  OKAY.  AND IS THAT MONEY THAT YOU, AS THE CONTROLLER, FELT

10:03AM  9    THAT YOU WERE FREE TO USE ON ANY GIVEN DAY?

10:03AM  10   A.  THIS MONEY IS RESERVED, SO THERANOS CANNOT USE THAT FUND.

10:03AM  11   Q.  RESERVED FOR THE RENT?

10:03AM  12   A.  CORRECT.

10:03AM  13   Q.  OKAY.  THERE'S THEN A ROW FOR COMERICA SECURED MONEY

10:03AM  14   MARKET, WELLS FARGO OPERATING, WELLS FARGO ESCROW.

10:03AM  15       CAN YOU JUST EXPLAIN WHAT THOSE ARE?

10:03AM  16   A.  THOSE ARE JUST DIFFERENT ACCOUNTS, BANK ACCOUNTS THAT

10:03AM  17   THERANOS HAS.

10:03AM  18   Q.  AND THEN IN ROW 16, WHICH IS HIGHLIGHTED, IT SAYS, TOTAL

10:03AM  19   CASH BALANCE.

10:03AM  20       DO YOU SEE THAT?

10:03AM  21   A.  YES.

10:03AM  22   Q.  AND IF WE MOVE TO THE RIGHT COLUMN, THERE'S THE NUMBER

10:03AM  23   $36,383,745.

10:04AM  24       DO YOU SEE THAT?

10:04AM  25   A.  YES.

ER-1302

SPIVEY DIRECT BY MR. LEACH 1957

10:04AM 1    Q.   AND IS THAT THE SUM OF THE AMOUNTS IN THE COMERICA,

10:04AM 2    FIDELITY, WELLS FARGO AND MORGAN STANLEY ACCOUNTS?

10:04AM 3    A.   YES.

10:04AM 4    Q.   AND FURTHER DOWN THERE'S A BOLDED LINE IN ROW 19,

10:04AM 5    ACTIVITIES DURING THE WEEK.

10:04AM 6        DO YOU SEE THAT?

10:04AM 7    A.   YES.

10:04AM 8    Q.   AND WHAT INFORMATION IS SUMMARIZED THERE?

10:04AM 9    A.   THAT ONE IS ALL OF THE PAYMENTS THAT THE COMPANY MADE, THE

10:04AM 10   CASH OUTFLOW.

10:04AM 11   Q.   AND WOULD THAT INCLUDE ROUTINE EXPENSES OF THE COMPANY?

10:04AM 12   A.   ALL ROUTINE EXPENSES OF THE COMPANY.

10:04AM 13   Q.   OKAY.  WOULD THAT INCLUDE SALARIES OF EMPLOYEES?

10:04AM 14   A.   YES.

10:04AM 15   Q.   OKAY.  BENEATH THE TOTAL PAYMENTS, THERE ARE LINES FOR

10:04AM 16   CUSTOMER RECEIPTS, OPTION STOCK PROCEEDS, OTHER DEPOSITS,

10:04AM 17   INTEREST INCOME.

10:04AM 18       DO YOU SEE THAT?

10:04AM 19   A.   YES.

10:04AM 20   Q.   AND WHAT DO THOSE REPRESENT?

10:04AM 21   A.   THAT'S THE CASH THAT IS GOING INTO THE COMPANY.

10:04AM 22   Q.   OKAY.  AND WHAT IS MEANT BY OPTIONS/STOCK PROCEEDS?

10:05AM 23   A.   WHEN THE COMPANY GRANT OPTIONS TO OPTIONEE, IF THEY WANT

10:05AM 24   TO EXERCISE THAT OPTION, THEN THEY PAY THE COMPANY, THAT WOULD

10:05AM 25   BE THE OPTION PROCEEDS.

ER-1303

SPIVEY DIRECT BY MR. LEACH                                                    1958

10:05AM   1          AND THE STOCK PROCEEDS IS THE STOCK THAT THE COMPANY SELLS

10:05AM   2     TO INVESTORS.

10:05AM   3     Q.   OKAY.  I WANT TO DRAW YOUR ATTENTION TO A TIME PERIOD IN

10:05AM   4     2019.  WHEN YOU WERE AT THERANOS, DID YOU GO BY ANOTHER NAME?

10:05AM   5     A.   DANISE YAM.

10:05AM   6     Q.   AND WHEN YOU WOULD SEND AND RECEIVE EMAILS, WOULD IT USE

10:05AM   7     YOUR FORMER NAME, DANISE YAM?

10:05AM   8     A.   YES.

10:05AM   9     Q.   AND YOU CURRENTLY GO BY MS. SPIVEY?

10:05AM  10     A.   YES.

10:05AM  11     Q.   OKAY.  MS. SPIVEY, I'D LIKE TO DRAW YOUR ATTENTION TO

10:05AM  12     COLUMN EH.

10:06AM  13          MS. WACHS, IF WE COULD MOVE TO THE RIGHT HERE.

10:06AM  14          OKAY.  WE'VE HIGHLIGHTED ROW EH ON THE SCREEN, MS. SPIVEY.

10:06AM  15          DOES THIS APPEAR TO COVER THE PERIOD AUGUST 12TH, 2013, TO

10:06AM  16     AUGUST 18TH, 2013?

10:06AM  17     A.   YES.

10:06AM  18     Q.   OKAY.  AND THE TOTAL CASH BALANCE AT THE END OF THIS

10:06AM  19     PERIOD WAS $44 MILLION APPROXIMATELY?

10:06AM  20     A.   YES.

10:06AM  21     Q.   OKAY.  AND 3.6 MILLION OF THAT WAS IN A COMERICA ACCOUNT?

10:06AM  22     A.   YES.

10:06AM  23     Q.   OKAY.  WAS THE COMERICA ACCOUNT YOUR PRIMARY CHECKING

10:06AM  24     ACCOUNT AT THE TIME?

10:06AM  25     A.   YES.

ER-1304

SPIVEY DIRECT BY MR. LEACH                                    1959

10:06AM   1    Q.   AND THERE'S $32 MILLION IN THE FIDELITY ACCOUNT.

10:06AM   2         DO YOU SEE THAT?

10:06AM   3    A.   YES.

10:06AM   4    Q.   AND THE NEXT WEEK THE TOTAL CASH BALANCE DROPS TO

10:06AM   5    $22,813,154.

10:07AM   6         DO YOU SEE THAT?

10:07AM   7    A.   YES.

10:07AM   8    Q.   AND DO YOU SEE THAT THERE'S A CHANGE FROM THE FIDELITY

10:07AM   9    ACCOUNT OF ROUGHLY $20 MILLION?

10:07AM  10    A.   YES.

10:07AM  11    Q.   OKAY.  AND THEN FURTHER BELOW IN ROW 22 THERE'S A NEGATIVE

10:07AM  12    ENTRY FOR $18,500,000.

10:07AM  13         DO YOU SEE THAT?

10:07AM  14    A.   YES.

10:07AM  15    Q.   AND DO YOU KNOW WHAT THAT $18,500,000 REPRESENTS?

10:07AM  16    A.   IT'S A REFUND TO THE INSURANCE COMPANY.

10:07AM  17    Q.   AND WHEN YOU SAY IT WAS A REFUND TO AN INSURANCE COMPANY,

10:07AM  18    WHAT DO YOU MEAN?

10:07AM  19    A.   THERANOS HAD AN ACCOUNT WITH THE INSURANCE, SOME INSURANCE

10:07AM  20    COMPANY, AND THEY PAID SOME UP-FRONT PAYMENT TO THERANOS ALL IN

10:07AM  21    2011.  AND AS FAR AS I UNDERSTAND, BECAUSE THERE'S NO

10:07AM  22    ACTIVITIES TO THIS CONTRACT OR THE CONTRACT WAS NOT -- THERE'S

10:08AM  23    NO WORK DONE TO THAT, AND SO THE COMPANY REFUNDED THOSE

10:08AM  24    AMOUNTS.

10:08AM  25    Q.   SO THE COMPANY REFUNDED $18.5 MILLION THIS WEEK IN 2013?

10:08AM  1    A.   YES.

10:08AM  2    Q.   OKAY.  AND THAT'S SOMETHING THAT YOU HELPED EXECUTE?

10:08AM  3    A.   YES.

10:08AM  4    Q.   WHO DIRECTED YOU TO DO THAT?

10:08AM  5    A.   IT WOULD EITHER BE MS. HOLMES OR MR. BALWANI.

10:08AM  6    Q.   OKAY.  AND THERE'S A CHANGE IN THE FIDELITY ACCOUNT OF

10:08AM  7    $20 MILLION.

10:08AM  8         DO YOU SEE THAT IN THAT ROW?

10:08AM  9    A.   YES.

10:08AM 10    Q.   AND DOES THAT MEAN IN ORDER TO MAKE THIS $18.5 MILLION

10:08AM 11    PAYMENT, YOU WERE DIPPING INTO THE FIDELITY ACCOUNT?

10:08AM 12    A.   YES.

10:08AM 13    Q.   LET'S MOVE FORWARD IN TIME TO ROW EI.  I'M SORRY, WE'RE ON

10:09AM 14    EI.  EN.  COLUMN EN.

10:09AM 15         IS THIS THE -- DOES THIS SUMMARIZE THE CASH BALANCE AND

10:09AM 16    ACTIVITY FOR THE WEEK OF SEPTEMBER 23RD, 2003, OR 2013?

10:09AM 17    A.   YES.

10:09AM 18    Q.   YES.  AND IN LINE 8 IN THE COMERICA ACCOUNT, DO YOU SEE

10:09AM 19    THE NUMBER $587,419?

10:09AM 20    A.   YES.

10:09AM 21    Q.   AND IN THE FIDELITY ACCOUNT THERE'S $5,507,882?

10:09AM 22    A.   YES.

10:09AM 23    Q.   OKAY.  AND THE TOTAL CASH BALANCE IS $14,463,111.

10:09AM 24         DID I READ THAT RIGHT?

10:10AM 25    A.   YES.

10:10AM 1    Q.   OKAY.  AND OF THAT 14 MILLION, DOES SOME OF THAT INCLUDE

10:10AM 2    THE MORGAN STANLEY LETTER OF CREDIT?

10:10AM 3    A.   CORRECT.

10:10AM 4    Q.   AND WAS THAT MONEY THAT YOU FELT THAT YOU COULD USE AS

10:10AM 5    THERANOS WISHED IN THAT WEEK OF 2013?

10:10AM 6    A.   EXCLUDE THE 7.5 MILLION.

10:10AM 7    Q.   SO IF WE'RE TRYING TO UNDERSTAND THERANOS'S CASH BALANCE

10:10AM 8    AT THIS TIME, WE SHOULD EXCLUDE THAT 7.5 MILLION?

10:10AM 9    A.   THE CASH BALANCE IS STILL 14 MILLION.  IT'S 14.4 MILLION.

10:10AM 10       BUT FOR MONEY THAT THE COMPANY CAN USE, IT WOULD EXCLUDE

10:10AM 11   THE 7.5 MILLION.

10:10AM 12   Q.   OKAY.  IF WE LOOK AT THE NEXT WEEK IN EO, THERE'S AN ENTRY

10:10AM 13   OF STOCK PROCEEDS OF $21,999,100.

10:11AM 14       DO YOU SEE THAT?

10:11AM 15   A.   YES.

10:11AM 16   Q.   AND WHAT DOES THAT REPRESENT?

10:11AM 17   A.   IT REPRESENTS EITHER THE COMPANY SOLD SOME STOCK TO AN

10:11AM 18   INVESTOR OR THE OPTIONEE EXERCISED THE OPTION OR A COMBINATION

10:11AM 19   OF BOTH.

10:11AM 20   Q.   OKAY.  I WANTS TO DRILL DOWN A LITTLE BIT ON THAT

10:11AM 21   $21 MILLION AND SEE IF I CAN REFRESH YOUR MEMORY ON THAT.

10:11AM 22       DO YOU SEE THE TABS AT THE BOTTOM OF THE EXCEL

10:11AM 23   SPREADSHEET?

10:11AM 24   A.   YES.

10:11AM 25   Q.   AND WE'RE ON THE TAB FOR SUMMARY?

10:11AM   1    A.   YES.

10:11AM   2    Q.   OKAY.  AND IF WE CAN NOW GO TO THE TAB FOR COMERICA.

10:11AM   3         AND IF WE CAN GO BACK TO THIS TIME PERIOD, MS. WACHS, I

10:12AM   4    THINK IF WE PUSH THE BUTTON ABOVE PLUS HH, IT SHOULD EXPAND.

10:12AM   5         DO YOU SEE THAT SAME NUMBER $21,995,100 IN ROW 23?

10:12AM   6    A.   YES.

10:12AM   7    Q.   AND IS THIS A SUMMARY OF JUST THE COMERICA ACCOUNT AS

10:12AM   8    OPPOSED TO ALL OF THE ACCOUNTS?

10:12AM   9    A.   CORRECT.

10:12AM  10    Q.   OKAY.  AND, MS. WACHS, IF WE CAN CLICK ON THAT BOX WITH

10:12AM  11    THE RED NOTE.  IF WE CLICK ON THE 21 MILLION BOX.

10:12AM  12         MS. SPIVEY, IS THERE A NOTE BY YOU IN THIS BOX?

10:12AM  13    A.   YES.

10:12AM  14    Q.   OKAY.  AND IT SAYS 15M PEER AND THEN OTHER NUMBERS LVG.

10:12AM  15         DO YOU SEE THAT?

10:12AM  16    A.   YES.

10:12AM  17    Q.   AND DO YOU RECOGNIZE THE NAME PEER?

10:12AM  18    A.   YES.

10:12AM  19    Q.   AND WHAT IS THE NAME PEER?

10:12AM  20    A.   IT'S AN INVENTOR.

10:12AM  21    Q.   AND LVG, IS THAT ANOTHER THERANOS INVESTOR?

10:13AM  22    A.   YES.

10:13AM  23    Q.   AND DID THIS $21,995,100 HELP ADD TO THERANOS'S CASH

10:13AM  24    POSITION IN THIS LATE SEPTEMBER TIME PERIOD?

10:13AM  25    A.   YES.

SPIVEY DIRECT BY MR. LEACH                                      1963

10:13AM 1    Q.   ARE YOU FAMILIAR WITH THE TERM "BURN RATE"?

10:13AM 2    A.   YES.

10:13AM 3    Q.   AND WHAT IS A BURN RATE?

10:13AM 4    A.   THAT'S THE MONEY, OR THAT'S THE MONEY THAT THE COMPANY

10:13AM 5    SPENT AFTER THEY HAVE ANY CASH RECEIPTS.

10:13AM 6    Q.   OKAY.  AND DID YOU HAVE A SENSE OF THE COMPANY'S BURN RATE

10:13AM 7    IN THIS 2013 TIME PERIOD?

10:13AM 8    A.   IT'S ABOUT, IT'S ABOUT $2 MILLION A WEEK.

10:13AM 9    Q.   $2 MILLION A WEEK?

10:13AM 10   A.   YES.

10:13AM 11   Q.   SO WHEN THE COMERICA ACCOUNT WAS GETTING DOWN TO $587,419

10:13AM 12   AT THE END OF SEPTEMBER, WAS THAT CAUSING YOU ANY CONCERN?

10:14AM 13   A.   FOR JUST THE COMERICA ACCOUNT?

10:14AM 14   Q.   WELL, COMERICA AND THE FIDELITY ACCOUNT -- IF WE CAN GO

10:14AM 15   BACK TO THE SUMMARY IN COLUMN EN.

10:14AM 16       DO YOU SEE THE LINE FOR TOTAL CASH BALANCE?

10:14AM 17   A.   YES.

10:14AM 18   Q.   AND IF WE DON'T COUNT THE LETTER OF CREDIT, THERANOS'S

10:14AM 19   CASH BALANCE IS SOMEWHERE IN THE NEIGHBORHOOD OF $7 MILLION?

10:14AM 20   A.   CORRECT.

10:14AM 21   Q.   AND WAS THAT CAUSING YOU ANY CONCERN DURING THIS TIME

10:14AM 22   PERIOD?

10:14AM 23   A.   YES.

10:14AM 24   Q.   THANK YOU, MS. WACHS.  YOU CAN TAKE THAT DOWN.

10:14AM 25       I'D LIKE TO STEP BACK IN TIME A LITTLE BIT, MS. YAM, AND

10:14AM 1    TALK ABOUT THERANOS'S REVENUE FOR PARTICULAR PERIODS OF TIME

10:14AM 2    WHILE YOU SERVED AS THE CONTROLLER.

10:14AM 3         AND MAY I APPROACH, YOUR HONOR?

10:15AM 4              THE COURT:  YES.

10:15AM 5              MR. LEACH:  (HANDING.)

10:15AM 6    Q.  I'VE PLACED ANOTHER BINDER BEFORE YOU, MS. SPIVEY.  IF I

10:15AM 7    COULD ASK YOU TO LOOK IN VOLUME 1 AT EXHIBIT 578.

10:15AM 8         MS. SPIVEY, IS THIS A COPY OF AN EMAIL THAT YOU SENT TO AN

10:15AM 9    AUDITOR AT KPMG IN THE TIME PERIOD APRIL OF 2012?

10:15AM 10   A.  YES.

10:15AM 11   Q.  AND WERE YOU SENDING FINANCIAL INFORMATION TO THE KPMG

10:16AM 12   AUDITOR AS PART OF THEIR EFFORT TO REVIEW OR AUDIT THE BOOKS AT

10:16AM 13   THE TIME?

10:16AM 14   A.  YES.

10:16AM 15   Q.  OKAY.  AND THE SPREADSHEET THAT YOU SENT, DID YOU PREPARE

10:16AM 16   THAT IN THE ORDINARY COURSE OF BUSINESS?

10:16AM 17   A.  YES.

10:16AM 18              MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

10:16AM 19   EXHIBIT 578.

10:16AM 20              THE COURT:  578?

10:16AM 21              MR. LEACH:  578 IN VOLUME 1.

10:16AM 22              THE COURT:  MR. COOPERSMITH.

10:16AM 23              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

10:16AM 24              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:16AM 25         (GOVERNMENT'S EXHIBIT 578 WAS RECEIVED IN EVIDENCE.)

SPIVEY DIRECT BY MR. LEACH                                              1965

10:16AM   1    BY MR. LEACH:

10:16AM   2    Q.   MS. SPIVEY, JUST TO ORIENT US.

10:16AM   3         DO YOU SEE THE NAME DANISE YAM IN THE FROM MESSAGE AT THE

10:16AM   4    TOP?

10:16AM   5    A.   YES.

10:17AM   6    Q.   AND THAT'S THE NAME THAT YOU WENT BY AT THE TIME THAT YOU

10:17AM   7    WORKED AT THERANOS?

10:17AM   8    A.   YES.

10:17AM   9    Q.   AND THIS IS TO AN AUDITOR AT KPMG?

10:17AM  10    A.   YES.

10:17AM  11    Q.   OKAY.  AND YOU WOULD PERIODICALLY SEND INFORMATION LIKE

10:17AM  12    THIS TO KPMG IN THE COURSE OF YOUR WORK?

10:17AM  13    A.   YES.

10:17AM  14    Q.   OKAY.  LET'S LOOK AT THE ATTACHMENT.

10:17AM  15         AND I'D LIKE TO USE THE NATIVE IF WE COULD, MS. WACHS.

10:17AM  16         ARE YOU ABLE TO SEE THAT ON THE SCREEN, MS. SPIVEY?

10:17AM  17    A.   YES.

10:17AM  18    Q.   OKAY.  DOWN IN THE BOTTOM LEFT CORNER THERE'S A WORKSHEET

10:17AM  19    TAB THAT SAYS TB.

10:17AM  20         DO YOU SEE THAT?

10:17AM  21    A.   YES.

10:17AM  22    Q.   AND WHAT DOES TB STAND FOR?

10:17AM  23    A.   TRIAL BALANCE.

10:17AM  24    Q.   AND WHAT IS A TRIAL BALANCE?

10:17AM  25    A.   IT'S A LIST THAT BALANCES THE FINANCIAL ACCOUNTS OF THE

ER-1311

SPIVEY DIRECT BY MR. LEACH                                    1966

10:17AM  1    COMPANY.

10:17AM  2    Q.   OKAY.  TO THE RIGHT THERE'S A SHEET THAT SAYS TO/BS.

10:18AM  3         DO YOU SEE THAT?

10:18AM  4    A.   YES.

10:18AM  5    Q.   AND IS BS AN ACRONYM FOR BALANCE SHEET?

10:18AM  6    A.   YES.

10:18AM  7    Q.   OKAY.  AND IF WE COULD -- WELL, BEFORE WE DO THAT -- WELL,

10:18AM  8    LET'S DO THAT NOW, MS. WACHS, PLEASE.  IF WE CAN CLICK ON THAT.

10:18AM  9         DO YOU SEE WHERE IT SAYS THERANOS INC., CONSOLIDATED

10:18AM 10    BALANCE SHEETS?

10:18AM 11    A.   YES.

10:18AM 12    Q.   AND NOW, WERE THESE BALANCE SHEETS AUDITED?

10:18AM 13    A.   NO.

10:18AM 14    Q.   OKAY.  BUT DO YOU RECOGNIZE TO THEY ACCURATELY REPRESENT

10:18AM 15    THE BALANCE SHEETS OF THERANOS FOR THESE PARTICULAR TIME

10:18AM 16    PERIODS?

10:18AM 17    A.   YES.

10:18AM 18    Q.   AND YOU DID YOUR BEST TO GIVE ACCURATE INFORMATION TO

10:18AM 19    KPMG?

10:18AM 20    A.   YES.

10:18AM 21    Q.   OKAY.  LET ME DRAW YOUR ATTENTION, PLEASE, IF WE COULD

10:18AM 22    SCROLL DOWN TO THE ACCUMULATED DEFICITS.

10:18AM 23         DO YOU SEE LINE 47, MS. SPIVEY?

10:19AM 24    A.   YES.

10:19AM 25    Q.   AND WE TALKED EARLIER ABOUT THE ACCUMULATED DEFICIT.

SPIVEY DIRECT BY MR. LEACH                                          1967

10:19AM   1    THAT'S THE TOTAL LOSS THAT THE COMPANY HAS INCURRED OVER ITS

10:19AM   2    ENTIRE EXISTENCE?

10:19AM   3    A.   YES.

10:19AM   4    Q.   OKAY.  TO THE RIGHT THERE'S A NUMBER, $104,087,094.

10:19AM   5         DO YOU SEE THAT?

10:19AM   6    A.   YES.

10:19AM   7    Q.   AND IS THAT THE TOTAL LOSS OF THE THERANOS OVER THE ENTIRE

10:19AM   8    PERIOD OF TIME OF ITS EXISTENCE UP UNTIL THIS DATE?

10:19AM   9    A.   YES.

10:19AM   10   Q.   OKAY.  AND IF YOU COULD SCROLL BACK UP, MS. WACHS.

10:19AM   11        THAT TIME PERIOD IS YEAR END 2011?

10:19AM   12   A.   YES.

10:19AM   13   Q.   OKAY.  LET'S DRAW YOUR ATTENTION TO THE BOTTOM TABS AGAIN,

10:19AM   14   THERE'S A TAB 3, IS.

10:19AM   15        DO YOU SEE THAT?

10:19AM   16   A.   YES.

10:19AM   17   Q.   AND WHAT DOES IS STAND FOR?

10:19AM   18   A.   INCOME STATEMENT.

10:19AM   19   Q.   OKAY.  IF YOU COULD CLICK ON THAT, PLEASE.

10:20AM   20        DOES THIS REPRESENT THERANOS'S INCOME STATEMENT FOR THE

10:20AM   21   TIME PERIOD 2009, 2010, AND 2011?

10:20AM   22   A.   YES.

10:20AM   23   Q.   AND WERE THESE NUMBERS EVER AUDITED BY KPMG?

10:20AM   24   A.   NO.

10:20AM   25   Q.   BUT TO THE BEST OF YOUR KNOWLEDGE THEY'RE ACCURATE?

10:20AM 1      A.   YES.

10:20AM 2      Q.   OKAY.  AND THERE'S THAT LINE REVENUE.

10:20AM 3           DO YOU SEE THAT?

10:20AM 4      A.   YES.

10:20AM 5      Q.   WHAT WAS THERANOS'S REVENUE FOR 2009?

10:20AM 6      A.   $2,793,846.

10:20AM 7      Q.   AND FOR 2010 WAS ITS REVENUE $1,401,305?

10:20AM 8      A.   YES.

10:20AM 9      Q.   AND FOR 2011 WAS IT $518,248?

10:20AM 10     A.   YES.

10:20AM 11     Q.   AND HOW DOES REVENUE DIFFER FROM CASH?

10:21AM 12     A.   REVENUE IS THE MONEY THAT YOU HAVE TO EARN FOR PROVIDING

10:21AM 13     SERVICES OR SELLING GOODS.

10:21AM 14     Q.   OKAY.  IS REVENUE AN IMPORTANT METRIC TO SOMEONE LIKE YOU?

10:21AM 15     A.   YES.

10:21AM 16     Q.   FURTHER DOWN BELOW THERE'S A LINE FOR NET LOSS.

10:21AM 17          DO YOU SEE THAT?

10:21AM 18     A.   YES.

10:21AM 19     Q.   AND DOES THAT ROW ACCURATELY REPRESENT THE NET LOSS OF THE

10:21AM 20     COMPANY FOR THE TIME PERIODS 2009, 2010, AND 2011?

10:21AM 21     A.   YES.

10:21AM 22     Q.   OKAY.  WE CAN TAKE THAT DOWN, MS. WACHS.

10:21AM 23          MS. SPIVEY, IF I COULD DRAW YOUR ATTENTION, PLEASE, TO

10:21AM 24     EXHIBIT 792, WHICH SHOULD BE IN THE SAME BINDER.

10:21AM 25          IS THIS A TRUE AND CORRECT COPY OF AN EMAIL THAT YOU SENT

10:22AM   1    TO MS. HOLMES WITH A COPY TO MR. BALWANI ON OR ABOUT

10:22AM   2    FEBRUARY 12TH, 2013?

10:22AM   3    A.   YES.

10:22AM   4              MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

10:22AM   5    EXHIBIT 792.

10:22AM   6              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

10:22AM   7              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:22AM   8         (GOVERNMENT'S EXHIBIT 792 WAS RECEIVED IN EVIDENCE.)

10:22AM   9    BY MR. LEACH:

10:22AM  10    Q.   MS. SPIVEY, WHAT WAS THE GENERAL NATURE OF THIS EMAIL?

10:22AM  11    A.   UM --

10:22AM  12    Q.   LET ME ASK A BETTER QUESTION, MS. SPIVEY.

10:22AM  13         WHY WERE YOU SENDING THIS EMAIL TO MS. HOLMES WITH A COPY

10:22AM  14    TO MR. BALWANI?

10:22AM  15    A.   IT SEEMS LIKE THIS IS SOMETHING THAT STANFORD ASKED

10:23AM  16    THERANOS TO PROVIDE FOR THE FINANCIAL ANALYSIS THAT THE

10:23AM  17    LANDLORD WANTED THERANOS TO PROVIDE.

10:23AM  18    Q.   WAS STANFORD THERANOS'S LANDLORD AT THE TIME?

10:23AM  19    A.   YES.

10:23AM  20    Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO THE TOP HALF.  WERE

10:23AM  21    YOU SENDING THIS INFORMATION TO MS. HOLMES WITH A COPY TO

10:23AM  22    MR. BALWANI SO THEY COULD REPORT ON THE FINANCIAL CONDITION TO

10:23AM  23    THERANOS'S LANDLORD?

10:23AM  24    A.   YES.

10:23AM  25    Q.   OKAY.  IN THE BOTTOM EMAIL YOU WROTE "ADDED 25 M TO AR."

SPIVEY DIRECT BY MR. LEACH                                    1970

10:23AM   1          IS AR ACCOUNTS RECEIVABLE?

10:23AM   2    A.   YES.

10:23AM   3    Q.   AND WHAT ARE ACCOUNTS RECEIVABLE?

10:23AM   4    A.   I'M SORRY?

10:23AM   5    Q.   WHAT ARE ACCOUNTS RECEIVABLE?

10:23AM   6    A.   IT'S THE SERVICES THAT, OR THE MONEY THAT THE CUSTOMER

10:23AM   7    OWED TO THERANOS.

10:24AM   8    Q.   AND DEFERRED REVENUE FROM SWY PILOT COMPLETE.

10:24AM   9          DO YOU SEE THAT?

10:24AM  10    A.   YES.

10:24AM  11    Q.   AND IS SWY AN ACRONYM FOR SOMEBODY?

10:24AM  12    A.   SAFEWAY.

10:24AM  13    Q.   AND WHAT RELATIONSHIP DID THERANOS HAVE WITH SAFEWAY

10:24AM  14    DURING THIS TIME PERIOD?

10:24AM  15    A.   SAFEWAY WAS A CUSTOMER OR BUSINESS PARTNER.

10:24AM  16    Q.   AND THERE'S THESE WORDS DEFERRED REVENUE.  WHAT DOES

10:24AM  17    DEFERRED REVENUE MEAN?

10:24AM  18    A.   IT MEANS MONEY THAT THE COMPANY RECEIVED BUT HAS NOT

10:24AM  19    EARNED.

10:24AM  20    Q.   SO IS THERE SOME POSSIBILITY THAT THE COMPANY MIGHT HAVE

10:24AM  21    TO GIVE THAT MONEY BACK?

10:24AM  22          MR. COOPERSMITH:  OBJECTION.  LEADING.

10:24AM  23          THE COURT:  OVERRULED.

10:24AM  24    YOU CAN ANSWER THE QUESTION.

10:24AM  25          THE WITNESS:  YES.

SPIVEY DIRECT BY MR. LEACH                                    1971

10:24AM   1    BY MR. LEACH:

10:24AM   2    Q.   OKAY.  LET'S ZOOM OUT, MS. WACHS.

10:25AM   3         I WANT TO DRAW YOUR ATTENTION TO THE TOP EMAIL,

10:25AM   4    MS. SPIVEY.

10:25AM   5         DO YOU SEE THAT THERE ARE TWO ATTACHMENTS, FINANCIAL

10:25AM   6    STATEMENT ANALYSIS TEMPLATE AND FS 2012 XLSX.

10:25AM   7    A.   YES.

10:25AM   8    Q.   FS, THAT'S AN ACRONYM FOR FINANCIAL STATEMENT?

10:25AM   9    A.   YES.

10:25AM  10    Q.   AND I'D LIKE TO LOOK AT THE XLSX 2012, AND IT MAY BE

10:25AM  11    EASIER IF WE DO IT IN NATIVE, MS. WACHS.

10:25AM  12         WONDERFUL, THANK YOU.

10:25AM  13         ARE WE LOOKING AT THE COMPANY'S BALANCE SHEET FOR THE TIME

10:25AM  14    PERIOD ENDING DECEMBER OF 2012, MS. SPIVEY?

10:25AM  15    A.   YES.

10:25AM  16    Q.   AND DOES IT ALSO INCLUDE THE FIRST MONTH OF 2013?

10:25AM  17    A.   YES.

10:25AM  18    Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO ROW 33.

10:26AM  19         DO YOU SEE THAT LINE FOR ACCUMULATED DEFICIT?

10:26AM  20    A.   YES.

10:26AM  21    Q.   AND WHAT WAS THERANOS'S ACCUMULATED DEFICIT IN 2012?

10:26AM  22    A.   IT'S ABOUT 161 MILLION.

10:26AM  23    Q.   OKAY.  EVEN THOUGH THAT NUMBER IN ROW 33 IS IN THOUSANDS,

10:26AM  24    YOU MEAN TO EXPRESS THIS IN MILLIONS?

10:26AM  25    A.   YES.

SPIVEY DIRECT BY MR. LEACH                              1972

10:26AM  1    Q.  IS THAT WHY IT HAS IN ROW 6 THE DOLLAR SIGN WITH THREE

10:26AM  2    ZEROS?

10:26AM  3    A.  YES.

10:26AM  4    Q.  OKAY.  IS TAB IS INCOME STATEMENT?

10:26AM  5    A.  YES.

10:26AM  6    Q.  LET'S LOOK AT THAT TAB, PLEASE.

10:26AM  7        IS THIS A TRUE AND CORRECT COPY OF THERANOS'S INCOME

10:26AM  8    STATEMENT FOR THE TIME PERIOD ENDING 2012 AND THE FIRST MONTH

10:26AM  9    OF 2013?

10:26AM  10   A.  YES.

10:26AM  11   Q.  THE FIRST LINE IN ROW 5 SAYS OPERATING LOSS.

10:26AM  12       DO YOU SEE THAT?

10:26AM  13   A.  YES.

10:26AM  14   Q.  AND THERE'S NO LINE IN THIS SPREADSHEET FOR REVENUE.  WHY

10:27AM  15   IS THAT?

10:27AM  16   A.  BECAUSE THERE WAS NO REVENUE.

10:27AM  17   Q.  SO THERE WAS NO REVENUE FOR THE YEAR 2012?

10:27AM  18   A.  CORRECT.

10:27AM  19   Q.  OKAY.  AND ARE THESE NUMBERS ALSO EXPRESSED IN THOUSANDS

10:27AM  20   LIKE THE BALANCE SHEET THAT WE JUST LOOKED AT?

10:27AM  21   A.  YES.

10:27AM  22   Q.  SO WHAT WAS THE NET LOSS FOR 2012?

10:27AM  23   A.  ABOUT 57 MILLION.

10:27AM  24   Q.  OKAY.  WE CAN TAKE THAT DOWN, MS. WACHS.

10:27AM  25       MS. SPIVEY, IF I COULD ASK YOU TO PLEASE LOOK AT

10:27AM  1    EXHIBIT 1901, 1901.

10:27AM  2         DO YOU HAVE THAT IN FRONT OF YOU?

10:27AM  3    A.   YES.

10:27AM  4    Q.   THIS APPEARS TO BE AN EMAIL FROM YOU TO MARK KUCHARSKI AND

10:28AM  5    DENNIS ONDYAK.

10:28AM  6         DO YOU RECOGNIZE THOSE NAMES?

10:28AM  7    A.   YES.

10:28AM  8    Q.   AND WHO ARE THEY?

10:28AM  9    A.   THEY ARE THE PARTNER AND THE MANAGER OF THE TAX -- OR THE

10:28AM  10   ACCOUNTING FIRM THAT PREPARED THE TAX RETURNS FOR THERANOS.

10:28AM  11   Q.   THEY PREPARED TAX RETURNS FOR THERANOS?

10:28AM  12   A.   YES.

10:28AM  13   Q.   OKAY.  AND THERE'S A NUMBER OF ATTACHMENTS TO THIS.

10:28AM  14        DO YOU SEE THE ATTACHMENTS?

10:28AM  15   A.   YES.

10:28AM  16   Q.   AND WERE YOU PROVIDING ACCOUNTING DATA FROM THERANOS'S

10:28AM  17   BOOKS AND RECORDS SO THAT THE TAX ACCOUNTANT COULD PREPARE THE

10:28AM  18   TAX RETURNS?

10:28AM  19   A.   YES.

10:28AM  20   Q.   AND WERE THESE EXCEL FILES PREPARED IN THE ORDINARY COURSE

10:28AM  21   OF BUSINESS?

10:28AM  22   A.   YES.

10:28AM  23   Q.   OKAY.  AND DID YOU DO YOUR BEST TO PROVIDE ACCURATE

10:28AM  24   INFORMATION TO THE TAX ACCOUNTANTS?

10:28AM  25   A.   YES.

10:28AM  1      Q.   OKAY.

10:28AM  2           YOUR HONOR, I OFFER EXHIBIT 1901, AND A NUMBER OF THESE

10:28AM  3      ATTACHMENTS ARE QUITE LARGE, BUT THE ONLY ONE I WANT TO OFFER

10:28AM  4      IS THE ONE TB 123113.XLSX.

10:29AM  5           THE COURT:  CAN YOU TELL US WHAT PAGE THAT'S FOUND

10:29AM  6      ON?  IS THAT POSSIBLE?

10:29AM  7           MR. LEACH:  I CAN'T.  I'M HOPING THERE'S NO

10:29AM  8      OBJECTION TO THIS.

10:29AM  9           MR. COOPERSMITH:  I CAN HELP, YOUR HONOR.  THERE'S

10:29AM 10      NO OBJECTION.

10:29AM 11           THE COURT:  OKAY.

10:29AM 12           MR. LEACH:  THESE SPREADSHEETS ARE CUMBERSOME TO

10:29AM 13      PRINT, SO MAYBE THAT WILL HELP US.

10:29AM 14           MAY I DISPLAY IT?

10:29AM 15           THE COURT:  YES.  PLEASE.

10:29AM 16           (GOVERNMENT'S EXHIBIT 1901, TB 123113.XLSX, WAS RECEIVED

10:29AM 17      IN EVIDENCE.)

10:29AM 18      BY MR. LEACH:

10:29AM 19      Q.   MS. SPIVEY, JUST TO ORIENT US, IF WE CAN ZOOM IN ON THE

10:29AM 20      EMAIL AT THE TOP, DO YOU SEE YOUR FORMER NAME IN THE FROM LINE?

10:29AM 21      A.   YES.

10:29AM 22      Q.   OKAY.  AND DENNIS ONDYAK, HE'S ONE OF THE TAX PREPARERS?

10:29AM 23      A.   YES.

10:29AM 24      Q.   AND DO YOU SEE THE FILES THAT ARE ATTACHED TO THIS EMAIL?

10:30AM 25      A.   YES.

10:30AM  1    Q.  I'M CENTERED IN THE SECOND ONE FROM THE BOTTOM

10:30AM  2    TB 12-31-13.

10:30AM  3        DO YOU SEE THAT?

10:30AM  4    A.  YES.

10:30AM  5    Q.  AND, MS. WACHS, IF WE CAN CALL IT UP ON THE SCREEN,

10:30AM  6    PLEASE.

10:30AM  7        IS THIS A TRUE AND CORRECT COPY OF ACCOUNTING DATA FROM

10:30AM  8    THERANOS AT THE TIME?

10:30AM  9    A.  YES.

10:30AM  10   Q.  WE'RE ON THE TAB 3.OPS.

10:30AM  11       DO YOU SEE THAT?

10:30AM  12   A.  YES.

10:30AM  13   Q.  AND WHAT DOES OPS REFER TO?

10:30AM  14   A.  OPERATIONS.

10:30AM  15   Q.  OKAY.  AND IS IT, IN OTHER VERSIONS WE'VE SEEN, IS, OR

10:30AM  16   INCOME STATEMENTS, IS THIS THE SAME THING?

10:30AM  17   A.  YES.

10:30AM  18   Q.  AND DOES THIS INCLUDE THERANOS'S REVENUE FOR THE TIME

10:30AM  19   PERIODS 2013, 2012, 2011, 2010, AND 2009?

10:31AM  20   A.  YES.

10:31AM  21   Q.  I WANT TO DRAW YOUR ATTENTION TO THE TIME PERIOD 2013.

10:31AM  22       DO YOU SEE HOW THERE'S A LINE IN THE REVENUE LINE?

10:31AM  23   A.  YES.

10:31AM  24   Q.  AND WHAT DOES THAT MEAN?

10:31AM  25   A.  IT MEANS THAT THE REVENUE WAS ZERO.

10:31AM 1    Q.   THE REVENUE WAS ZERO FOR 2013?

10:31AM 2    A.   RIGHT.

10:31AM 3    Q.   OKAY.  AND THE NET LOSS, DO YOU SEE THE NUMBER IN RED IN

10:31AM 4    LINE 13?

10:31AM 5    A.   YES.

10:31AM 6    Q.   AND WHAT WAS THE NET LOSS FOR THERANOS IN THE 2013 TIME

10:31AM 7    PERIOD?

10:31AM 8    A.   IT'S ABOUT 92 MILLION.

10:31AM 9    Q.   THANK YOU, MS. WACHS.  WE CAN PUT THAT DOWN.

10:31AM 10        AND, MS. SPIVEY, IF I COULD DRAW YOUR ATTENTION TO

10:31AM 11   EXHIBIT 5276.  IT SHOULD BE IN VOLUME 1.

10:32AM 12        DO YOU HAVE THAT IN FRONT OF YOU, MS. SPIVEY?

10:32AM 13   A.   YES.

10:32AM 14   Q.   IS THIS A TRUE AND CORRECT COPY OF AN EMAIL THAT YOU SENT

10:32AM 15   TO ELIZABETH HOLMES AND MR. BALWANI ON OR ABOUT APRIL 7TH,

10:32AM 16   2015?

10:32AM 17   A.   YES.

10:32AM 18   Q.   I'M SORRY, YES?

10:32AM 19   A.   YES.

10:32AM 20   Q.   OKAY.  AND THE SUBJECT IS THERANOS:  409A VALUATION

10:32AM 21   ANALYSIS.

10:32AM 22        WHAT IS A 409A VALUATION ANALYSIS?

10:32AM 23   A.   409A IS AN I.R.S. CODE.  FOR THERANOS PURPOSE, IT WOULD BE

10:32AM 24   FOR THE COMPANY OPTION.

10:32AM 25   Q.   WHAT DO YOU MEAN BY THAT?  WHY IS, WHY IS THERANOS

10:32AM   1    PREPARING SOME -- OR HAVING A 409A ANALYSIS PREPARED?

10:33AM   2    A.   BECAUSE WHEN THE COMPANY ISSUES STOCK OPTION, WE NEED TO

10:33AM   3    KNOW WHAT THE PREDETERMINED EXERCISE PRICE SHOULD BE, AND THAT

10:33AM   4    SHOULD BE THE FAIR MARKET VALUE.

10:33AM   5         AND THIS 409 ANALYSIS, THIS 409 VALUATION ANALYSIS IS TO

10:33AM   6    ESTABLISH THAT FAIR MARKET VALUE.

10:33AM   7    Q.   OKAY.  AND WHY ARE YOU SENDING THIS EMAIL TO MR. BALWANI

10:33AM   8    AND MS. HOLMES?

10:33AM   9    A.   SO THEY KNOW WHAT THE FAIR MARKET VALUE IS.

10:33AM   10   Q.   THERE'S REFERENCES -- LET ME DRAW YOUR ATTENTION TO

10:33AM   11   PAGE -- THERE ARE TWO ATTACHMENTS TO THIS, MS. SPIVEY.

10:33AM   12        LET ME DRAW YOUR ATTENTION TO PAGE 14 OF THE EXHIBIT.

10:33AM   13             MR. COOPERSMITH:  YOUR HONOR, I'M SORRY.  I'M HAVING

10:33AM   14   TROUBLE FINDING THE EXHIBIT IN THE BINDER.  IS IT 5276?

10:34AM   15             MR. LEACH:  I'M SORRY, 5206.

10:34AM   16             MR. COOPERSMITH:  YES, YOUR HONOR, I HAVE THAT ONE.

10:34AM   17             THE COURT:  THANK YOU.

10:34AM   18             MR. LEACH:  I APOLOGIZE.  I MEANT 5206.

10:34AM   19             THE COURT:  IS THAT WHAT YOU HAVE IN FRONT OF YOU,

10:34AM   20   MS. SPIVEY?

10:34AM   21             THE WITNESS:  YES.

10:34AM   22             THE COURT:  ALL RIGHT.  THANK YOU.

10:34AM   23   BY MR. LEACH:

10:34AM   24   Q.   AND ON PAGE 1, MS. SPIVEY, DO YOU SEE THAT THERE'S TWO

10:34AM   25   ATTACHMENTS TO THE EMAIL?

SPIVEY DIRECT BY MR. LEACH                                    1978

10:34AM  1    A.   YES.

10:34AM  2    Q.   I'D LIKE TO DRAW YOUR ATTENTION TO ONE OF THE ATTACHMENTS

10:34AM  3    AND ASK YOU TO LOOK AT PAGE 14.

10:34AM  4         DO YOU RECOGNIZE THIS?

10:34AM  5    A.   YES.

10:34AM  6    Q.   AND WHAT IS THIS?

10:34AM  7    A.   THAT IS THE VALUATION REPORT PREPARED BY AN INDEPENDENT

10:34AM  8    FIRM CALLED ARANCA.

10:35AM  9    Q.   YOU SAID AN INDEPENDENT FIRM NAMED ARANCA, OR IS IT ALSO

10:35AM 10    PRONOUNCED ARANCA?

10:35AM 11    A.   YEAH.

10:35AM 12    Q.   OKAY.  AND WHAT DID THERANOS HIRE ARANCA TO DO?

10:35AM 13    A.   TO ASK -- OR TO PROVIDE AN ESTIMATED FAIR MARKET VALUE OF

10:35AM 14    THE COMPANY'S STOCK, THE COMPANY'S STOCK.

10:35AM 15    Q.   DID YOU HAVE INTERACTIONS WITH ARANCA?

10:35AM 16    A.   YES.

10:35AM 17    Q.   AND DESCRIBE THE NATURE OF YOUR INTERACTIONS WITH ARANCA.

10:35AM 18    A.   SO I PROVIDE THE COMPANY FINANCIAL DATA TO ARANCA SO THAT

10:35AM 19    THEY CAN USE THAT INFORMATION TO PREPARE THE MODEL.

10:35AM 20    Q.   OKAY.  AND ARANCA WOULD, BASED ON THE INFORMATION YOU WERE

10:35AM 21    GIVING, WOULD GENERATE SOME TYPE OF REPORT FOR THERANOS?

10:35AM 22    A.   YES.

10:35AM 23    Q.   AND DID YOU USE THAT REPORT IN THE ORDINARY COURSE OF

10:35AM 24    BUSINESS?

10:35AM 25    A.   YES.

10:35AM 1    Q.   DID YOU -- AND WAS IT KEPT BY THERANOS IN THE ORDINARY

10:35AM 2    COURSE OF BUSINESS?

10:35AM 3    A.   YES.

10:35AM 4    Q.   AND WAS IT PREPARED BASED ON DATA AND INFORMATION THAT YOU

10:35AM 5    SUPPLIED TO ARANCA SO ARANCA COULD DO ITS WORK?

10:36AM 6    A.   YES.

10:36AM 7    Q.   AND DID YOU DO YOUR BEST TO PROVIDE ACCURATE INFORMATION

10:36AM 8    TO ARANCA?

10:36AM 9    A.   YES.

10:36AM 10   Q.   OKAY.

10:36AM 11        YOUR HONOR, THE GOVERNMENT OFFERS EXHIBIT 5206.

10:36AM 12        MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  HEARSAY

10:36AM 13   AND RELEVANCE.

10:36AM 14        THE COURT:  THANK YOU.  IS THIS UNDER 803(6)?

10:36AM 15        MR. LEACH:  YES, YOUR HONOR.

10:36AM 16        THE COURT:  YES.  OBJECTION IS OVERRULED.  IT'S

10:36AM 17   ADMITTED.  AND IT MAY BE PUBLISHED.

10:36AM 18        (GOVERNMENT'S EXHIBIT 5206 WAS RECEIVED IN EVIDENCE.)

10:36AM 19        MR. LEACH:  THANK YOU, YOUR HONOR.

10:36AM 20        MS. WACHS, IF WE CAN ZOOM IN ON THE TOP EMAIL.

10:36AM 21   Q.   MS. SPIVEY, THIS SAYS "HI ELIZABETH/SUNNY,

10:36AM 22        "ATTACHED PLEASE FIND THE LATEST 409A REPORT."

10:36AM 23        DO YOU SEE THAT?

10:36AM 24   A.   YES.

10:36AM 25   Q.   AND 409A IS A REFERENCE TO A PROVISION OF THE INTERNAL

SPIVEY DIRECT BY MR. LEACH                                    1980

10:36AM  1    REVENUE CODE?

10:36AM  2    A.   YES.

10:36AM  3    Q.   AND THIS SAYS, "THE VALUE GOES UP TO $1.56 (FROM $1.44 IN

10:37AM  4    DECEMBER) DUE TO THE LATEST FUNDING IN FEB AND MARCH 2015.  THE

10:37AM  5    PROJECTION IS THE SAME AS THE DECEMBER MODEL."

10:37AM  6         DO YOU SEE THAT?

10:37AM  7    A.   YES.

10:37AM  8    Q.   THE REFERENCE TO THE DECEMBER MODEL -- ARE THESE ARANCA

10:37AM  9    REPORTS THINGS THERANOS WOULD SOLICIT FROM TIME TO TIME?

10:37AM 10    A.   YES.

10:37AM 11    Q.   AND SO THERE'S MORE THAN ONE?

10:37AM 12    A.   YES.

10:37AM 13    Q.   AND IN EACH CASE YOU WOULD PROVIDE INFORMATION TO ARANCA?

10:37AM 14    A.   YES.

10:37AM 15    Q.   AND WOULD THAT INCLUDE HISTORICAL FINANCIAL INFORMATION?

10:37AM 16    A.   YES.

10:37AM 17    Q.   AND WOULD THAT INCLUDE PROJECTIONS ABOUT THE COMPANY'S

10:37AM 18    FUTURE PERFORMANCE?

10:37AM 19    A.   YES.

10:37AM 20    Q.   AND WHERE DID YOU GET THE INFORMATION ABOUT THE COMPANY'S

10:37AM 21    FUTURE PERFORMANCE?  IS THAT INFORMATION THAT YOU PREPARED ON

10:37AM 22    YOUR OWN?

10:37AM 23    A.   NO.  I GOT THIS INFORMATION FROM MS. HOLMES AND

10:37AM 24    MR. BALWANI.

10:38AM 25    Q.   AND THE VALUE GOES UP TO $1.56.  IS $1.56 ARANCA'S

ER-1326

10:38AM  1     ESTIMATION OF THE FAIR MARKET VALUE OF THERANOS SHARES AT THE

10:38AM  2     TIME?

10:38AM  3     A.   YES.

10:38AM  4     Q.   AND IS THAT WHAT YOU USED TO VALUE THE STOCK OPTIONS?

10:38AM  5     A.   YES.

10:38AM  6     Q.   AND LET'S LOOK AT THE REPORT, PLEASE.  IF WE CAN GO TO

10:38AM  7     PAGE 14.

10:38AM  8          DO YOU SEE THE TITLE, AN ARANCA REPORT, MS. SPIVEY?

10:38AM  9     A.   YES.

10:38AM  10    Q.   AND THEN BELOW THAT IT SAYS THERANOS INC., FMV OF COMMON

10:38AM  11    STOCK AS OF MARCH 25, 2015.

10:38AM  12         DO YOU SEE THAT?

10:38AM  13    A.   YES.

10:38AM  14    Q.   AND WHAT DOES FMV STAND FOR?

10:38AM  15    A.   FAIR MARKET VALUE.

10:38AM  16    Q.   AND THERE'S A DATE BENEATH THAT, 6TH APRIL 2015.

10:38AM  17         IS THAT YOUR UNDERSTANDING OF THE DATE THAT ARANCA

10:38AM  18    PREPARED ITS REPORT OR SUBSTANTIALLY COMPLETED ITS REPORT?

10:38AM  19    A.   YES.

10:38AM  20    Q.   OKAY.  LET'S LOOK AT PAGE 17, PLEASE.

10:39AM  21         AND IF WE CAN ZOOM IN, MS. WACHS, ON THE TOP PORTION OF

10:39AM  22    THIS.

10:39AM  23         DO YOU SEE THE HEADING, ENGAGEMENT OVERVIEW, MS. SPIVEY?

10:39AM  24    A.   YES.

10:39AM  25    Q.   AND THEN THERE'S A PARAGRAPH 1.1, BACKGROUND.

10:39AM   1          DO YOU SEE THAT?

10:39AM   2     A.   YES.

10:39AM   3     Q.   AND THIS READS, "ARANCA HAS BEEN ENGAGED BY THERANOS TO

10:39AM   4     CONDUCT VALUATION ANALYSIS OF THE COMPANY AND PREPARE A WRITTEN

10:39AM   5     REPORT TO EXPRESS OUR OPINION ON THE FAIR MARKET VALUE OF ITS

10:39AM   6     COMMON STOCK."

10:39AM   7          DO YOU SEE THAT LANGUAGE?

10:39AM   8     A.   YES.

10:39AM   9     Q.   AND YOU WERE -- WERE YOU ONE OF THE PRIMARY CONTACTS FOR

10:39AM  10     ARANCA IN CONNECTION WITH ITS PREPARATION OF THIS?

10:39AM  11     A.   YES.

10:39AM  12     Q.   AND YOU WOULD PROVIDE DATA TO THEM FROM TIME TO TIME?

10:39AM  13     A.   YES.

10:39AM  14     Q.   OKAY.  LET'S LOOK FURTHER BELOW.

10:40AM  15          DO YOU SEE WHERE -- IN THE FIRST BULLET WHERE IT SAYS, "WE

10:40AM  16     UNDERSTAND THIS REPORT AND ITS CONCLUSIONS WOULD BE USED BY THE

10:40AM  17     COMPANY'S BOARD OF DIRECTORS (AND AUTHORIZED BOARD COMMITTEES)

10:40AM  18     SOLELY IN CONNECTION WITH DETERMINING THE EXERCISE PRICE FOR

10:40AM  19     GRANTING OPTIONS TO ITS EMPLOYEES TO COMPLY WITH IRC SECTION

10:40AM  20     409A."

10:40AM  21          DO YOU SEE THAT?

10:40AM  22     A.   YES.

10:40AM  23     Q.   AND IS THAT YOUR UNDERSTANDING OF THE PURPOSE OF THIS

10:40AM  24     REPORT?

10:40AM  25     A.   YES.

10:40AM  1    Q.   AND IS THAT HOW YOU USED IT IN CONNECTION WITH YOUR WORK?

10:40AM  2    A.   YES.

10:40AM  3    Q.   IN THE FOURTH BULLET IT SAYS, "IN PREPARING OUR ANALYSIS,

10:40AM  4    DANISE YAM, CORPORATE CONTROLLER (MANAGEMENT), PROVIDED

10:40AM  5    INFORMATION REGARDING THERANOS'S BUSINESS, PRODUCTS AND

10:40AM  6    SERVICES, OPERATIONS, PAST PERFORMANCE, AND FINANCIAL RESULTS,

10:40AM  7    FINANCIAL CONDITION, INVESTMENTS AND BUDGETS."

10:41AM  8         DO YOU SEE THAT?

10:41AM  9    A.   YES.

10:41AM  10   Q.   AND IS THAT ACCURATE?

10:41AM  11   A.   YES.

10:41AM  12   Q.   "ARANCA ASSUMES THE INFORMATION PROVIDED AND

10:41AM  13   REPRESENTATIONS MADE ARE ACCURATE AND RELIABLE, AND FAIRLY

10:41AM  14   REPRESENTS THE FINANCIAL POSITION AND PROSPECTS OF THE COMPANY

10:41AM  15   AS ON THE VALUATION DATE."

10:41AM  16        DO YOU SEE THAT?

10:41AM  17   A.   YES.

10:41AM  18   Q.   AND YOU DID YOUR BEST TO PROVIDE ACCURATE AND RELIABLE

10:41AM  19   INFORMATION TO ARANCA; IS THAT FAIR?

10:41AM  20   A.   YES.

10:41AM  21   Q.   LET ME DRAW YOUR ATTENTION TO PAGE -- AND WERE YOU DOING

10:41AM  22   THIS ON YOUR OWN, OR DID YOU GET INFORMATION FROM OTHER

10:41AM  23   SOURCES?

10:41AM  24   A.   I GET -- FOR THE HISTORICAL INFORMATION, I GET IT FROM THE

10:41AM  25   THERANOS ACCOUNTING SYSTEM; AND FOR THE PROJECTION PIECE, I GOT

10:41AM 1   THE INFORMATION FROM MR. BALWANI AND ELIZABETH HOLMES.  AND

10:41AM 2   BASED ON THE INFORMATION THAT THEY PROVIDE, I PREPARED A

10:41AM 3   FINANCIAL STATEMENT.

10:42AM 4   Q.   LET ME DRAW YOUR ATTENTION TO PAGE 19 OF THE EXHIBIT.

10:42AM 5           THE COURT:  BEFORE YOU BEGIN EXAMINATION, LET ME

10:42AM 6   JUST -- FOLKS, WHY DON'T YOU STAND UP AND TAKE A STRETCH FOR

10:42AM 7   JUST A MOMENT.

10:42AM 8       (STRETCHING.)

10:42AM 9           THE COURT:  THANK YOU, MR. LEACH.  SORRY FOR THE

10:42AM 10  INTERRUPTION.

10:42AM 11          MR. LEACH:  THANK YOU, LADIES AND GENTLEMEN.

10:42AM 12  Q.   MS. SPIVEY, WE PUT ON THE SCREEN PARAGRAPH 1.4, SCOPE OF

10:43AM 13  ANALYSIS.

10:43AM 14      DO YOU SEE THAT?

10:43AM 15  A.   YES.

10:43AM 16  Q.   AND DO YOU SEE WHERE IT SAYS, "DURING THE COURSE OF OUR

10:43AM 17  VALUATION ANALYSIS, WE HAVE CONDUCTED LIMITED REVIEWS,

10:43AM 18  INQUIRIES, INTERVIEWS, DISCUSSIONS, AND ANALYSES, WHICH, IN OUR

10:43AM 19  OPINION, WERE DEEMED TO BE APPROPRIATE FOR THIS VALUATION

10:43AM 20  ANALYSIS."

10:43AM 21      DO YOU SEE THAT LANGUAGE?

10:43AM 22  A.   YES.

10:43AM 23  Q.   AND DID THAT INCLUDE DISCUSSIONS AND INTERVIEWS WITH

10:43AM 24  MEMBERS OF THERANOS'S SENIOR MANAGEMENT?

10:43AM 25  A.   I WAS THE MAIN CONTACT.

10:43AM 1   Q.   OKAY.  DO YOU KNOW WHETHER MS. HOLMES OR MR. BALWANI HAD

10:43AM 2   CONTACT WITH ARANCA?

10:43AM 3   A.   NOT THAT I WAS AWARE.

10:43AM 4   Q.   OKAY.  IN PARAGRAPH 2 IT SAYS, "REVIEW OF FINANCIAL

10:43AM 5   STATEMENTS FOR FINANCIAL YEARS DECEMBER 31ST, 2011, THROUGH

10:43AM 6   DECEMBER 31ST, 2014."

10:43AM 7        IS THAT DATA THAT YOU PROVIDED TO ARANCA?

10:43AM 8   A.   YES.

10:43AM 9   Q.   AND THAT'S FROM THE HISTORICAL FINANCIAL ACCOUNTING

10:43AM 10  RECORDS?

10:43AM 11  A.   YES.

10:43AM 12  Q.   AND THEN IN 3 IT SAYS, "REVIEW OF FORECASTED FINANCIAL

10:44AM 13  STATEMENTS FOR FINANCIAL YEARS ENDING 2015 THROUGH 2018."

10:44AM 14       IS THAT THE INFORMATION THAT YOU GOT FROM MS. HOLMES AND

10:44AM 15  MR. BALWANI?

10:44AM 16  A.   YES.

10:44AM 17  Q.   LET ME DRAW YOUR ATTENTION, PLEASE, TO PARAGRAPH, OR

10:44AM 18  PAGE 67.  I'M SORRY, PAGE 42.

10:44AM 19       DO YOU SEE PARAGRAPH 4.3, MS. SPIVEY?

10:44AM 20  A.   YES.

10:44AM 21  Q.   AND THIS IS TITLED INCOME STATEMENT?

10:44AM 22  A.   YES.

10:44AM 23  Q.   AND IT SAYS, "BASED ON THE REVENUE AND EXPENSE PROJECTIONS

10:45AM 24  BELOW IS THE ESTIMATED INCOME STATEMENT FOR THERANOS."

10:45AM 25       DO YOU SEE THAT?

ER-1331

SPIVEY DIRECT BY MR. LEACH                                      1986

10:45AM  1    A.   YES.

10:45AM  2    Q.   OKAY.  AND THEN THERE'S A LINE FOR REVENUES.

10:45AM  3         DO YOU SEE THAT?

10:45AM  4    A.   YES.

10:45AM  5    Q.   AND THERE'S A LINE FY-F, FY-F ABOVE SOME OF THE NUMBERS.

10:45AM  6         DO YOU KNOW WHAT FY-F REFERS TO?

10:45AM  7    A.   FOUR-YEAR FORECAST.

10:45AM  8    Q.   SO THE F STANDS FOR FORECASTED?

10:45AM  9    A.   YES.

10:45AM 10    Q.   AND SO THESE ARE NOT NUMBERS THAT THE COMPANY HAS

10:45AM 11    ACCOMPLISHED, THIS IS SOMETHING IN THE FUTURE?

10:45AM 12    A.   YES.

10:45AM 13    Q.   OKAY.  AND THERE'S A PROJECTION FOR 2015, DECEMBER 15TH,

10:45AM 14    $113,452.

10:45AM 15         DO YOU SEE THAT?

10:45AM 16    A.   YES.

10:45AM 17    Q.   IS THAT A NUMBER YOU PROVIDED TO ARANCA?

10:45AM 18    A.   YES.

10:45AM 19    Q.   AND WHERE DID YOU GET THAT NUMBER?

10:46AM 20    A.   EITHER FROM MS. HOLMES OR MR. BALWANI.

10:46AM 21    Q.   AND THEN THERE ARE SOME NUMBERS TO THE RIGHT, 223 MILLION

10:46AM 22    FOR 2016, 323 MILLION FOR 2017, AND 503 MILLION FOR 2018.

10:46AM 23         DO YOU SEE THAT?

10:46AM 24    A.   YES.

10:46AM 25    Q.   AND WHERE DID YOU GET THOSE NUMBERS?

10:46AM   1     A.   IT'S EITHER FROM MS. HOLMES OR MR. BALWANI.

10:46AM   2     Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO PAGE 67.

10:46AM   3          IF WE CAN ZOOM IN ON THE TOP PART, MS. WACHS.

10:46AM   4          DO YOU SEE WHERE IT SAYS 7.2 HISTORICAL FINANCIALS?

10:46AM   5     A.   YES.

10:46AM   6     Q.   AND THERE'S AN INCOME STATEMENT FOR THE TIME PERIODS 2011,

10:46AM   7     2012, 2013, 2014.

10:47AM   8          DO YOU SEE THAT?

10:47AM   9     A.   YES.

10:47AM  10     Q.   AND IS THIS DATA THAT YOU PROVIDED TO ARANCA?

10:47AM  11     A.   YES.

10:47AM  12     Q.   AND WE TALKED A LITTLE BIT ABOUT 2011, 2012, AND 2013.

10:47AM  13          I WANT TO FOCUS ON THE COLUMN 2014.  THERE'S A LINE FY-A.

10:47AM  14          DO YOU SEE THAT?

10:47AM  15     A.   YES.

10:47AM  16     Q.   AND WHAT DOES THE "A" STAND FOR?

10:47AM  17     A.   ACTUAL.

10:47AM  18     Q.   SO THIS IS WHAT THERANOS ACTUALLY ACCOMPLISHED IN THAT

10:47AM  19     TIME PERIOD?

10:47AM  20     A.   YES.

10:47AM  21     Q.   AND THE NUMBER FOR REVENUE IS 150.

10:47AM  22          DO YOU SEE THAT?

10:47AM  23     A.   YES.

10:47AM  24     Q.   AND IS THAT 150,000?

10:47AM  25     A.   YES.

SPIVEY DIRECT BY MR. LEACH                                    1988

10:47AM  1    Q.   AND TO YOUR KNOWLEDGE, IS THAT THE REVENUE THAT THERANOS

10:47AM  2    ACHIEVED FOR THAT TIME PERIOD?

10:47AM  3    A.   YES.

10:47AM  4    Q.   AND TO THE RIGHT THERE'S MARCH 15, TWO-MONTH A.

10:47AM  5         DO YOU SEE THAT?

10:47AM  6    A.   YES.

10:47AM  7    Q.   AND IS THAT THE ACTUAL REVENUE FOR THE FIRST TWO MONTHS OF

10:47AM  8    THE TIME PERIOD 2015?

10:47AM  9    A.   YES.

10:47AM  10   Q.   AND THERE'S A NUMBER 14 THERE.  IS THAT NUMBER $14,000?

10:48AM  11   A.   YES.

10:48AM  12   Q.   OKAY.  WE CAN TAKE THAT DOWN, MS. WACHS.

10:48AM  13        I WANT TO FOCUS ON THE TIME PERIOD 2015, MS. SPIVEY, AND

10:48AM  14   DRAW YOUR ATTENTION TO EXHIBIT 3233, WHICH SHOULD BE IN

10:48AM  15   VOLUME 1.

10:48AM  16        DO YOU HAVE EXHIBIT 3233 IN FRONT OF YOU, MS. SPIVEY?

10:48AM  17   A.   YES.

10:48AM  18   Q.   AND IS THIS A TRUE AND CORRECT COPY OF THERANOS'S TAX

10:48AM  19   RETURN FOR THE YEAR ENDED 2015?

10:48AM  20   A.   YES.

10:48AM  21   Q.   AND DID YOU PROVIDE INFORMATION TO THE TAX ACCOUNTANTS SO

10:49AM  22   THAT THEY COULD PREPARE THIS ON THERANOS'S BEHALF?

10:49AM  23   A.   YES.

10:49AM  24   Q.   AND DID YOU KEEP THIS IN THE REGULAR COURSE OF BUSINESS?

10:49AM  25   A.   YES.

10:49AM  1    Q.   AND WAS IT PREPARED BY INFORMATION DRAWN FROM YOUR

10:49AM  2    ACCOUNTING SYSTEM?

10:49AM  3    A.   YES.

10:49AM  4    Q.   AND TO THE BEST OF YOUR KNOWLEDGE, DOES IT ACCURATELY

10:49AM  5    REPRESENT THE COMPANY'S FINANCIAL CONDITION AS OF 2015?

10:49AM  6    A.   YES.

10:49AM  7            MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

10:49AM  8    EXHIBIT 3233.

10:49AM  9            MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  HEARSAY.

10:49AM  10   SHE DIDN'T PREPARE IT.

10:49AM  11           THE COURT:  OVERRULED.  803(6).  AND IT MAY BE

10:49AM  12   PUBLISHED.

10:49AM  13       (GOVERNMENT'S EXHIBIT 3233 WAS RECEIVED IN EVIDENCE.)

10:49AM  14   BY MR. LEACH:

10:49AM  15   Q.   LET ME DRAW YOUR ATTENTION, MS. SPIVEY, TO THE FIRST PAGE

10:49AM  16   OF THE DOCUMENT.  UP AT THE TOP IT SAYS MOSS ADAMS LLP.

10:49AM  17       DO YOU SEE THAT?

10:49AM  18   A.   YES.

10:49AM  19   Q.   AND WHO IS MOSS ADAMS LLP?

10:49AM  20   A.   THAT'S THE ACCOUNTING FIRM THAT PREPARED THE INCOME TAX

10:50AM  21   RETURN FOR THERANOS.

10:50AM  22   Q.   OKAY.  AND YOU WORKED CLOSELY WITH THEM IN PROVIDING

10:50AM  23   INFORMATION SO THAT THEY COULD PREPARE THIS?

10:50AM  24   A.   YES.

10:50AM  25   Q.   OKAY.  AND DO YOU SEE THAT IT SAYS THERANOS INC. AND

10:50AM  1    SUBSIDIARY.

10:50AM  2        IT GOES ON FOR THE YEAR DECEMBER 31ST, 2015.

10:50AM  3        DO YOU SEE THAT?

10:50AM  4    A.   YES.

10:50AM  5    Q.   AND LET'S LOOK AT PAGE 4.

10:50AM  6        DO YOU SEE THE HEADING U.S. CORPORATION INCOME TAX RETURN

10:50AM  7    AT THE TOP?

10:50AM  8    A.   YES.

10:50AM  9    Q.   AND THEN IN PARAGRAPH, OR THE FIRST TOP OF THIS THERE'S,

10:50AM 10    TO THE LEFT, THE WORD INCOME WRITTEN PERPENDICULAR TO SOME OF

10:50AM 11    THE OTHER TEXTS.

10:50AM 12        DO YOU SEE THAT?  LINES 1 THROUGH 11.  I'M LOOKING AT THE

10:50AM 13    FAR LEFT WHERE IT SAYS INCOME.

10:50AM 14    A.   YES.

10:50AM 15    Q.   OKAY.  AND IN LINE 1C, OR 1A, IT SAYS GROSS RECEIPTS OR

10:51AM 16    SALES.

10:51AM 17        DO YOU SEE THAT?

10:51AM 18    A.   YES.

10:51AM 19    Q.   AND WHAT WAS THE AMOUNT OF GROSS RECEIPTS OR SALES THAT

10:51AM 20    THERANOS REPORTED TO THE I.R.S. FOR 2015?

10:51AM 21    A.   $429,210.

10:51AM 22    Q.   AND IS GROSS RECEIPTS OR SALES, DOES THAT HAVE SOME

10:51AM 23    RELATION TO REVENUE?

10:51AM 24    A.   YES.

10:51AM 25    Q.   HOW SO?

10:51AM 1   A.   UM, THAT'S THE REVENUE FOR TAX PURPOSES.

10:51AM 2   Q.   OKAY.  AND THEN IN THE LINE NUMBER 5, INTEREST, IT APPEARS

10:51AM 3   THAT THERE'S AN ENTRY FOR $1,515,738.

10:51AM 4       DO YOU SEE THAT?

10:51AM 5   A.   YES.

10:51AM 6   Q.   AND IS THAT THE AMOUNT OF INTEREST INCOME THAT THERANOS

10:51AM 7   REPORTED TO THE I.R.S.?

10:51AM 8   A.   YES.

10:51AM 9   Q.   OKAY.  AND THEN IN LINE 11, DO YOU SEE TOTAL INCOME?

10:51AM 10  A.   YES.

10:51AM 11  Q.   AND THE TOTAL INCOME THAT THERANOS REPORTED FOR 2015 WAS

10:51AM 12  $1,944,948.

10:52AM 13      DO YOU SEE THAT?

10:52AM 14  A.   YES.

10:52AM 15  Q.   OKAY.  LET'S LOOK AT PAGE 8.

10:52AM 16      DO YOU SEE THE HEADING SCHEDULE L BALANCE SHEETS PER BOOKS

10:52AM 17  UP AT THE TOP?

10:52AM 18  A.   YES.

10:52AM 19  Q.   AND I WANT TO FOCUS ON THE LINE FOR RETAINED EARNINGS,

10:52AM 20  LINE 25.

10:52AM 21      WHAT IS RETAINED EARNINGS?

10:52AM 22  A.   IT'S THE SAME AS ACCUMULATED DEFICITS.  IT'S THE LOSSES

10:52AM 23  THAT THE COMPANY INCURRED FOR ITS ENTIRE EXISTENCE.

10:52AM 24  Q.   SO FOR YOUR FINANCIAL STATEMENT, YOU USED THE WORD

10:52AM 25  "ACCUMULATED DEFICIT," AND IN THE TAX RETURN IT'S "RETAINED

10:52AM  1    EARNINGS"?

10:52AM  2    A.    YES.

10:52AM  3    Q.    AND WHAT WAS THE AMOUNT OF RETAINED EARNINGS FOR THE END

10:52AM  4    OF 2015?

10:53AM  5    A.    IT'S ABOUT 585 MILLION.

10:53AM  6    Q.    OKAY.  THAT'S THE TOTAL LOSS OF THE COMPANY THROUGHOUT ITS

10:53AM  7    EXISTENCE?

10:53AM  8    A.    YES.

10:53AM  9    Q.    OKAY.  WE'VE TALKED -- WE'VE BEEN TALKING, MS. SPIVEY,

10:53AM  10   ABOUT THE TOTAL REVENUE THAT THERANOS HAD FOR PARTICULAR TIME

10:53AM  11   PERIODS.

10:53AM  12       I'D LIKE TO ASK YOU SOME QUESTIONS ABOUT THE TYPES OF

10:53AM  13   REVENUE THAT IT HAD OR THE SOURCE OF REVENUE THAT IT HAD.

10:53AM  14       DID THERANOS RECORD ANY REVENUE FROM BUSINESS WITH

10:53AM  15   HOSPITALS?

10:53AM  16   A.    NO.

10:53AM  17   Q.    AND DID THERANOS RECORD ANY REVENUE FROM BUSINESS WITH

10:53AM  18   PHYSICIAN OFFICES?

10:53AM  19   A.    NO.

10:53AM  20   Q.    DID THERANOS EVER RECORD ANY REVENUE FROM A RELATIONSHIP

10:53AM  21   WITH SAFEWAY?

10:53AM  22   A.    NO.

10:53AM  23   Q.    DID THERANOS EVER RECORD ANY REVENUE FROM A RELATIONSHIP

10:53AM  24   WITH WALGREENS?

10:54AM  25   A.    NO.

10:54AM    1      Q.   WHAT WAS THE PRIMARY SOURCE OF REVENUE THAT WE'VE BEEN

10:54AM    2      LOOKING AT SO FAR?

10:54AM    3      A.   FROM STUDIES WITH PHARMACEUTICAL COMPANIES.

10:54AM    4      Q.   OKAY.  LET ME DRAW -- LET ME DRAW YOUR ATTENTION TO

10:54AM    5      EXHIBIT 7753, WHICH SHOULD BE IN VOLUME 2.

10:54AM    6           IS THIS A TRUE AND CORRECT COPY OF AN EMAIL THAT YOU SENT

10:54AM    7      IN OR ABOUT NOVEMBER OF 2016?

10:55AM    8      A.   YES.

10:55AM    9      Q.   AND IN THE SUBSTANCE IT SAYS, "ATTACHED ARE CERTAIN

10:55AM   10      DOCUMENTS."

10:55AM   11           DO YOU SEE THAT?

10:55AM   12      A.   YES.  YES.

10:55AM   13      Q.   OKAY.  DO THE ATTACHMENTS REPRESENT CONTRACTS THAT

10:55AM   14      THERANOS -- INCLUDE CONTRACTS THAT THERANOS HAD WITH

10:55AM   15      PHARMACEUTICAL COMPANIES?

10:55AM   16      A.   YES.

10:55AM   17      Q.   AND DOES THE ATTACHMENT INCLUDE A SUMMARY THAT YOU

10:55AM   18      PREPARED SUMMARIZING RECEIPTS THAT THERANOS HAD FROM VARIOUS

10:55AM   19      PHARMACEUTICAL COMPANIES?

10:55AM   20      A.   YES.

10:55AM   21      Q.   AND DID YOU PREPARE THAT BASED ON INFORMATION FROM

10:55AM   22      THERANOS'S BOOKS AND RECORDS?

10:55AM   23      A.   YES.

10:55AM   24      Q.   AND DID YOU DO YOUR BEST TO PREPARE AN ACCURATE SUMMARY?

10:55AM   25      A.   YES.

SPIVEY DIRECT BY MR. LEACH                                    1994

10:55AM  1    Q.   OKAY.

10:55AM  2         YOUR HONOR, THE GOVERNMENT OFFERS EXHIBIT 7753.

10:55AM  3              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

10:55AM  4              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:55AM  5         (DEFENDANT'S EXHIBIT 7753 WAS RECEIVED IN EVIDENCE.)

10:56AM  6              MR. LEACH:  MS. WACHS, IF WE CAN DRAW UP THE SECOND

10:56AM  7    ATTACHMENT IN NATIVE FORMAT.

10:56AM  8    Q.   MS. SPIVEY, IS THIS A TRUE AND CORRECT COPY OF A SUMMARY

10:56AM  9    THAT YOU PREPARED OF THERANOS'S RELATIONSHIP WITH

10:56AM  10   PHARMACEUTICAL COMPANIES?

10:56AM  11   A.   YES.

10:56AM  12   Q.   AND IS IT YOUR BEST EFFORT TO REPORT RECEIPTS IN DIFFERENT

10:56AM  13   PERIODS OF TIME?

10:56AM  14   A.   YES.

10:56AM  15   Q.   OKAY.  I WANT TO START WITH COLUMN A GOING FROM THE

10:56AM  16   BOTTOM.  THERE'S SCHERING-PLOUGH RESEARCH.

10:56AM  17        DO YOU SEE THAT?

10:56AM  18   A.   YES.

10:56AM  19   Q.   IS THAT ONE OF THE PHARMACEUTICAL COMPANIES THAT THERANOS

10:56AM  20   RECEIVED MONEY FROM?

10:56AM  21   A.   YES.

10:56AM  22   Q.   AND GOING UP, PFIZER INC.

10:56AM  23        DO YOU SEE THAT?

10:56AM  24   A.   YES.

10:56AM  25   Q.   IS THAT ANOTHER ONE OF THE PHARMACEUTICAL COMPANIES THAT

10:57AM   1      THERANOS DID SOME BUSINESS WITH?

10:57AM   2      A.   YES.

10:57AM   3      Q.   AND GOING UP BETWEEN 11 AND 6, ARE THOSE ADDITIONAL

10:57AM   4      PHARMACEUTICAL COMPANIES?

10:57AM   5      A.   YES.

10:57AM   6      Q.   OKAY.  THERE'S A LINE FOR AMERICAN BURN ASSOCIATION.

10:57AM   7           DO YOU SEE THAT?

10:57AM   8      A.   YES.

10:57AM   9      Q.   AND WHAT DOES THAT REFER TO?

10:57AM  10      A.   WHAT DOES THAT REFER TO?  IT'S ANOTHER CUSTOMER.

10:57AM  11      Q.   OKAY.  IN ROW 4, AS WE GO TO THE RIGHT, THERE'S SOME

10:57AM  12      NUMBERS, 2007/5, 2008/8, 2008/10.

10:57AM  13           DO YOU SEE THAT?

10:57AM  14      A.   YES.

10:57AM  15      Q.   AND WHAT DO THOSE NUMBERS REPRESENT?

10:57AM  16      A.   THE YEAR AND THE MONTH.

10:57AM  17      Q.   THE YEAR AND THE MONTH THAT THE MONEY WAS RECEIVED?

10:57AM  18      A.   YES.

10:57AM  19      Q.   OKAY.  SO DOES THIS MEAN THAT IN MAY OF 2007 THERANOS

10:58AM  20      RECEIVED $500,000 FROM PFIZER?

10:58AM  21      A.   YES.

10:58AM  22      Q.   AND THEN IN LINE 14 THERE'S A GRAND TOTAL.

10:58AM  23           DO YOU SEE THAT?

10:58AM  24      A.   YES.

10:58AM  25      Q.   IS THAT THE TOTAL AMOUNT OF MONEY THERANOS RECEIVED IN

10:58AM  1    THAT TIME PERIOD?

10:58AM  2    A.   YES.

10:58AM  3    Q.   OKAY.  LET'S ZOOM TO THE RIGHT, MS. WACHS, IF WE COULD.

10:58AM  4    LET'S INCLUDE COLUMN M IF WE CAN.

10:58AM  5        DO YOU SEE COLUMN M HAS 2009/12?

10:58AM  6    A.   YES.

10:58AM  7    Q.   IS THAT DECEMBER OF 2009?

10:58AM  8    A.   YES.

10:58AM  9    Q.   AND THIS REFLECTS THAT THERANOS RECEIVED $250,000 FROM

10:58AM 10    CELGENE IN THAT TIME PERIOD?

10:58AM 11    A.   YES.

10:58AM 12    Q.   OKAY.  AND AS WE MOVE TO THE RIGHT, DO YOU SEE THE NUMBERS

10:58AM 13    GOING TO 2010, 2011, AND THEN IN COLUMN V UP TO 2014?

10:58AM 14        DO YOU SEE THAT?

10:59AM 15    A.   YES.

10:59AM 16    Q.   DOES THAT MEAN THAT THERANOS RECEIVED NO MONEY FROM

10:59AM 17    PHARMACEUTICAL COMPANIES BETWEEN 2011 -- JUNE OF 2011 AND

10:59AM 18    OCTOBER OF 2014?

10:59AM 19    A.   YES.

10:59AM 20    Q.   AND IT RECEIVED NO MONEY AFTER OCTOBER OF 2014?

10:59AM 21    A.   CORRECT.

10:59AM 22    Q.   OKAY.  AND IN COLUMN U THERE'S A GRAND TOTAL -- OR W,

10:59AM 23    THERE'S A COLUMN GRAND TOTAL.

10:59AM 24        DO YOU SEE THAT?

10:59AM 25    A.   YES.

10:59AM 1    Q.   AND WHAT DOES THAT COLUMN REPRESENT?

10:59AM 2    A.   THAT'S THE TOTAL MONEY THAT THERANOS RECEIVED FROM EACH OF

10:59AM 3    THESE CUSTOMERS.

10:59AM 4    Q.   AND WITH THE EXCEPTION OF THE $38,000 IT RECEIVED FROM THE

10:59AM 5    AMERICAN BURN ASSOCIATION IN OCTOBER OF 2014, WOULD ALL OF THAT

10:59AM 6    MONEY HAVE BEEN 2011 AND BEFORE?

10:59AM 7    A.   YES.

10:59AM 8    Q.   OKAY.

10:59AM 9         YOUR HONOR, I SEE IT'S 11:00 O'CLOCK.  THIS MIGHT BE A

11:00AM 10   CONVENIENT TIME FOR A BREAK.

11:00AM 11            THE COURT:  ALL RIGHT.  LET'S TAKE OUR MORNING

11:00AM 12   BREAK, LADIES AND GENTLEMEN.  LET'S TAKE OUR MORNING BREAK OF

11:00AM 13   30 MINUTES.

11:00AM 14        (RECESS FROM 11:00 A.M. UNTIL 11:34 A.M.)

11:34AM 15            THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

11:34AM 16   ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT AGAIN.

11:34AM 17        OUR JURY AND ALTERNATES ARE PRESENT.

11:34AM 18        MS. SPIVEY, IF YOU COULD RETURN TO THE STAND.  THANK YOU.

11:35AM 19        MR. LEACH, YOU'D LIKE TO CONTINUE YOUR EXAMINATION?

11:35AM 20   PLEASE.

11:35AM 21   BY MR. LEACH:

11:35AM 22   Q.   GOOD MORNING, AGAIN, MS. SPIVEY.

11:35AM 23        WOULD YOU PLEASE TURN IN YOUR BINDER NUMBER 2 TO WHAT HAS

11:35AM 24   BEEN MARKED 5780.

11:35AM 25        THIS SHOULD BE IN VOLUME 2.  DO YOU HAVE 5780 IN FRONT OF

SPIVEY DIRECT BY MR. LEACH                                    1998

11:35AM 1    YOU?

11:35AM 2    A.   YES.

11:35AM 3    Q.   AND IS THIS A TRUE AND CORRECT COPY OF A BANK STATEMENT

11:35AM 4    FROM COMERICA BANK FROM THE TIME PERIOD AUGUST 1ST, 2013, TO

11:35AM 5    AUGUST 31ST, 2013?

11:35AM 6    A.   YES.

11:35AM 7    Q.   AND THERANOS MAINTAINED A CHECKING ACCOUNT WITH COMERICA

11:36AM 8    DURING THIS TIME PERIOD?

11:36AM 9    A.   YES.

11:36AM 10   Q.   AND DID THERANOS MAINTAIN BANK RECORDS SUCH AS THIS DURING

11:36AM 11   THE ORDINARY COURSE OF BUSINESS?

11:36AM 12   A.   YES.

11:36AM 13   Q.   AND DID YOU USE THE DATA IN HERE TO PREPARE THERANOS'S

11:36AM 14   FINANCIAL STATEMENTS AND OTHER ACCOUNTING DOCUMENTS?

11:36AM 15   A.   YES.

11:36AM 16         MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

11:36AM 17   EXHIBIT 5780.

11:36AM 18         MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:36AM 19         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:36AM 20      (GOVERNMENT'S EXHIBIT 5780 WAS RECEIVED IN EVIDENCE.)

11:36AM 21         MR. LEACH:  AND LET'S START WITH PAGE 1, IF WE

11:36AM 22   COULD, MS. WACHS.

11:36AM 23      THANK YOU.

11:36AM 24   Q.   DO YOU SEE THE NAME THERANOS INC. CHECKING ACCOUNT,

11:36AM 25   1601 SOUTH CALIFORNIA AVENUE IN THE UPPER RIGHT-HAND CORNER,

11:36AM  1    MS. SPIVEY?

11:36AM  2    A.   YES.

11:36AM  3    Q.   AND THAT WAS THERANOS'S HEADQUARTERS AT THE TIME?

11:36AM  4    A.   YES.

11:36AM  5    Q.   AND DO YOU SEE THIS IS A STATEMENT FOR THE TIME PERIOD

11:36AM  6    AUGUST OF 2013 OVER ON THE RIGHT?

11:37AM  7    A.   YES.

11:37AM  8    Q.   AND THERE'S A BEGINNING BALANCE OF $6,029,663.58?

11:37AM  9    A.   YES.

11:37AM  10   Q.   AND I WANT TO DRAW YOUR ATTENTION TO SOME OF THE DEPOSITS

11:37AM  11   FOR THIS TIME PERIOD.

11:37AM  12        IF WE CAN LOOK AT PAGE 2, PLEASE.  AND IF WE CAN ZOOM IN

11:37AM  13   UP ON THE TOP.

11:37AM  14        DO YOU SEE, MS. SPIVEY, THAT ON AUGUST 2ND THERE'S A

11:37AM  15   $2 MILLION ENTRY FOR A WIRE ASSOCIATED WITH RICHARD M. KOVA?

11:37AM  16        DO YOU SEE THAT?

11:37AM  17   A.   YES.

11:37AM  18   Q.   AND WAS SOMEONE NAMED RICHARD KOVACEVICH A MEMBER OF

11:37AM  19   THERANOS'S BOARD OF DIRECTORS AT THE TIME?

11:37AM  20   A.   YES.

11:37AM  21   Q.   AND DO YOU BELIEVE THAT TO BE AN INVESTMENT BY

11:37AM  22   MR. KOVACEVICH?

11:37AM  23   A.   YES.

11:37AM  24   Q.   AND THERE'S ALSO A WIRE BENEATH THAT FOR 20 MILLION FROM

11:38AM  25   THERANOS INC.

SPIVEY DIRECT BY MR. LEACH                                      2000

11:38AM  1          DO YOU SEE THAT?

11:38AM  2      A.   YES.

11:38AM  3      Q.   IS $20 MILLION THE AMOUNT OF MONEY THAT THERANOS

11:38AM  4   TRANSFERRED FROM ITS FIDELITY ACCOUNT IN ORDER TO REFUND MONEY

11:38AM  5   TO ONE OF THE INSURANCE COMPANIES?

11:38AM  6      A.   I BELIEVE SO.

11:38AM  7      Q.   OKAY.  LET'S LOOK AT PAGE 8.  EXCUSE ME.  PAGE 9.

11:38AM  8          AND I WANT TO FOCUS ON SOME OF THE ELECTRONIC WITHDRAWALS

11:38AM  9   FROM THIS TIME PERIOD.

11:38AM 10          DO YOU SEE ABOUT A THIRD OF THE WAY DOWN ON AUGUST 21ST

11:38AM 11   THERE'S A NEGATIVE ENTRY FOR $18,500,000?

11:38AM 12      A.   YES.

11:38AM 13      Q.   OKAY.  AND THAT'S ASSOCIATED WITH A WIRE TO BLUE CROSS,

11:38AM 14   AND.

11:38AM 15          DO YOU SEE THAT?

11:38AM 16      A.   YES.

11:38AM 17      Q.   AND DO YOU BELIEVE THAT TO BE THE $18 MILLION REFUND THAT

11:38AM 18   WE WERE LOOKING AT IN THE PRIOR EXHIBIT?

11:38AM 19      A.   YES.

11:38AM 20      Q.   AND WAS BLUE CROSS, BLUE SHIELD OF NORTH CAROLINA ONE OF

11:39AM 21   THE INSURANCE COMPANIES THAT THERANOS HAD RECEIVED MONEY FROM?

11:39AM 22      A.   YES.

11:39AM 23      Q.   LET ME NEXT DRAW YOUR ATTENTION TO EXHIBIT 5781.

11:39AM 24          IS THIS A COPY OF A STATEMENT FROM COMERICA FOR THE

11:39AM 25   TIME -- I'M SORRY.

11:39AM  1           DO YOU HAVE THAT IN FRONT OF YOU?

11:39AM  2      A.   YES.

11:39AM  3      Q.   OKAY.  IS THIS A COPY OF A STATEMENT FOR THERANOS'S

11:39AM  4      CHECKING ACCOUNT FOR THE TIME PERIOD SEPTEMBER 1ST, 2013,

11:39AM  5      THROUGH SEPTEMBER 30TH, 2013?

11:39AM  6      A.   YES.

11:39AM  7           MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

11:39AM  8      EXHIBIT 5781.

11:39AM  9           MR. COOPERSMITH:  NO OBJECTION.

11:39AM 10           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:39AM 11           (GOVERNMENT'S EXHIBIT 5781 WAS RECEIVED IN EVIDENCE.)

11:40AM 12      BY MR. LEACH:

11:40AM 13      Q.   MS. SPIVEY, IF I COULD DRAW YOUR ATTENTION TO PAGE 2, AND

11:40AM 14      SPECIFICALLY THE TOP PART OF THE DOCUMENT UNDER ELECTRONIC

11:40AM 15      DEPOSITS THIS STATEMENT PERIOD.

11:40AM 16           DO YOU SEE THE ENTRY FOR $7 MILLION, MS. SPIVEY?

11:40AM 17      A.   YES.

11:40AM 18      Q.   AND THAT'S FROM THERANOS INC.?

11:40AM 19      A.   YES.

11:40AM 20      Q.   IS THAT MONEY THERANOS IS TRANSFERRING BETWEEN ITS

11:40AM 21      DIFFERENT ACCOUNTS?

11:40AM 22      A.   YES.

11:40AM 23      Q.   OKAY.  BENEATH THAT THERE'S AN ENTRY OF 15 MILLION FOR

11:40AM 24      PEER VENTURES.

11:40AM 25           DO YOU SEE THAT?

SPIVEY DIRECT BY MR. LEACH                                    2002

11:40AM  1    A.   YES.

11:40AM  2    Q.   AND DO YOU RECOGNIZE THE NAME PEER VENTURES?

11:40AM  3    A.   YES.

11:40AM  4    Q.   AND WHAT IS THAT?

11:40AM  5    A.   IT'S AN INVESTOR.

11:40AM  6    Q.   DO YOU BELIEVE THAT TO BE AN INVESTMENT BY PEER VENTURES?

11:40AM  7    A.   YES.

11:40AM  8    Q.   AND THEN BENEATH THAT THERE'S TWO ENTRIES BY

11:40AM  9    LUCAS VENTURE.

11:40AM  10        DO YOU SEE THAT?

11:40AM  11   A.   YES.

11:40AM  12   Q.   AND WHAT IS LUCAS VENTURE?

11:40AM  13   A.   IT'S ANOTHER INVESTOR.

11:41AM  14   Q.   AND DO YOU BELIEVE THESE AMOUNTS TO BE INVESTMENTS IN

11:41AM  15   THERANOS?

11:41AM  16   A.   YES.

11:41AM  17   Q.   OKAY.  IF YOU COULD TURN IN YOUR BINDER TO 5783.

11:41AM  18        IS THIS A TRUE AND CORRECT COPY OF A STATEMENT FROM

11:41AM  19   COMERICA FOR THE TIME PERIOD DECEMBER OF 2013?

11:41AM  20   A.   YES.

11:41AM  21        MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

11:41AM  22   EXHIBIT 5783.

11:41AM  23        MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:41AM  24        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:41AM  25        (GOVERNMENT'S EXHIBIT 5783 WAS RECEIVED IN EVIDENCE.)

ER-1348

11:41AM  1    BY MR. LEACH:

11:41AM  2    Q.   AND LET ME DRAW YOUR ATTENTION TO PAGE 2, MS. SPIVEY, AND

11:41AM  3    WE CAN ZOOM IN ON THE PORTION FOR ELECTRONIC DEPOSITS.

11:41AM  4         I DRAW YOUR ATTENTION TO THE AMOUNT $99,990 FOR

11:42AM  5    DECEMBER 30TH.

11:42AM  6         DO YOU SEE THAT?

11:42AM  7    A.   YES.

11:42AM  8    Q.   AND THIS APPEARS TO BE ASSOCIATED WITH ALAN JAY EISEN.

11:42AM  9         DO YOU SEE THAT?

11:42AM  10   A.   YES.

11:42AM  11   Q.   AND ARE YOU FAMILIAR WITH SOMEONE NAMED ALAN EISENMAN?

11:42AM  12   A.   YES.

11:42AM  13   Q.   AND WAS HE AN INVESTOR IN THERANOS?

11:42AM  14   A.   YES.

11:42AM  15   Q.   AND DO YOU BELIEVE THIS TO MEMORIALIZE AN INVESTMENT BY

11:42AM  16   MR. EISENMAN IN THERANOS?

11:42AM  17   A.   YES.

11:42AM  18   Q.   AND BENEATH THAT THERE'S A REFERENCE TO BLACK DIAMOND ON

11:42AM  19   DECEMBER 31ST FOR $5,349,900.

11:42AM  20        DO YOU SEE THAT?

11:42AM  21   A.   YES.

11:42AM  22   Q.   AND ARE YOU FAMILIAR WITH THE NAME BLACK DIAMOND?

11:42AM  23   A.   YES.

11:42AM  24   Q.   IS THAT ANOTHER INVESTOR IN THERANOS?

11:42AM  25   A.   YES.

11:42AM 1    Q.   MS. SPIVEY, WOULD YOU MIND PULLING THE MICROPHONE A LITTLE

11:42AM 2    CLOSER TO YOU JUST SO WE CAN MAKE SURE THAT BOTH YOU AND ME ARE

11:42AM 3    HEARD?  THANK YOU SO MUCH.

11:42AM 4         AND THEN THERE'S, BENEATH THAT, AN ENTRY FOR 4,875,000

11:42AM 5    RELATED TO HALL PHOENIX?

11:43AM 6         DO YOU SEE THAT?

11:43AM 7    A.   YES.

11:43AM 8    Q.   ARE YOU FAMILIAR WITH HALL PHOENIX?

11:43AM 9    A.   YES.

11:43AM 10   Q.   IS THAT ANOTHER INVESTOR IN THERANOS?

11:43AM 11   A.   YES.

11:43AM 12   Q.   AND THEN THERE'S A $3 MILLION ENTRY FOR PEER VENTURES.

11:43AM 13        DO YOU SEE THAT?

11:43AM 14   A.   YES.

11:43AM 15   Q.   AND DO YOU BELIEVE THAT TO BE THE SAME PEER VENTURES THAT

11:43AM 16   WE SAW PREVIOUSLY?

11:43AM 17   A.   YES.

11:43AM 18   Q.   PLEASE LOOK AT THE NEXT TAB, 5784.

11:43AM 19        IS THIS A TRUE AND CORRECT COPY OF A COMERICA BANK

11:43AM 20   STATEMENT FOR THERANOS'S CHECKING ACCOUNT FOR THE TIME PERIOD

11:43AM 21   JANUARY 2014?

11:43AM 22   A.   YES.

11:43AM 23        MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

11:43AM 24   EXHIBIT 5784.

11:43AM 25        MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:43AM   1            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:43AM   2        (GOVERNMENT'S EXHIBIT 5784 WAS RECEIVED IN EVIDENCE.)

11:43AM   3    BY MR. LEACH:

11:43AM   4    Q.   MS. YAM, OR MS. SPIVEY, I DRAW YOUR ATTENTION TO PAGE 2.

11:44AM   5    THERE'S AN ENTRY ON JANUARY 7TH FOR $75 MILLION.

11:44AM   6        DO YOU SEE THAT?

11:44AM   7    A.   YES.

11:44AM   8    Q.   AND THIS APPEARS TO BE A WIRE RELATED TO WALGREENS COMPA.

11:44AM   9        DO YOU SEE THAT?

11:44AM  10    A.   YES.

11:44AM  11    Q.   AND DO YOU BELIEVE THIS TO BE MONEY RECEIVED FROM

11:44AM  12    WALGREENS?

11:44AM  13    A.   YES.

11:44AM  14    Q.   OKAY.  YOU TESTIFIED EARLIER THAT THERANOS NEVER

11:44AM  15    RECOGNIZED REVENUE FROM ITS RELATIONSHIP WITH WALGREENS.

11:44AM  16    A.   CORRECT.

11:44AM  17    Q.   OKAY.  BUT IT'S RECEIVING MONEY HERE FROM WALGREENS.  CAN

11:44AM  18    YOU EXPLAIN WHY THERANOS NEVER RECOGNIZED REVENUE FROM

11:44AM  19    WALGREENS?

11:44AM  20            MR. COOPERSMITH:  YOUR HONOR, 602.

11:44AM  21            THE COURT:  OVERRULED.

11:44AM  22            THE WITNESS:  SO MY UNDERSTANDING WITH THE BUSINESS

11:44AM  23    ARRANGEMENT IS THAT THERANOS NEEDS TO PERFORM SOME BUSINESS

11:44AM  24    ACTIVITIES BEFORE THEY EARN THAT MONEY, AND BECAUSE THERANOS

11:44AM  25    HAS NOT PERFORMED ACCORDING TO THE CONTRACTS, AND SO THIS MONEY

11:44AM 1    WAS RECEIVED, BUT WAS RECORDED AS DEFERRED REVENUE.

11:45AM 2    Q.   AND THEN FURTHER BELOW FOR JANUARY 14TH THERE'S AN ENTRY

11:45AM 3    FOR $1,312,500 ASSOCIATED WITH MENDENHALL TF.

11:45AM 4        DO YOU SEE THAT?

11:45AM 5    A.   YES.

11:45AM 6    Q.   AND DO YOU BELIEVE THAT TO BE ANOTHER INVESTMENT IN

11:45AM 7    THERANOS?

11:45AM 8    A.   I BELIEVE SO.

11:45AM 9    Q.   PLEASE LOOK AT THE NEXT TAB, 5785.

11:45AM 10       IS THIS A TRUE AND CORRECT COPY OF A COMERICA CHECKING

11:45AM 11   STATEMENT FOR THERANOS'S ACCOUNT FOR THE TIME PERIOD FEBRUARY

11:45AM 12   OF 2014?

11:45AM 13   A.   YES.

11:46AM 14           MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

11:46AM 15   EXHIBIT 5785.

11:46AM 16           MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:46AM 17           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:46AM 18       (GOVERNMENT'S EXHIBIT 5785 WAS RECEIVED IN EVIDENCE.)

11:46AM 19   BY MR. LEACH:

11:46AM 20   Q.   IF I COULD DRAW YOUR ATTENTION TO PAGE 2.

11:46AM 21       DO YOU SEE THE ENTRY ON FEBRUARY 5TH FOR $5 MILLION,

11:46AM 22   MS. SPIVEY?

11:46AM 23   A.   YES.

11:46AM 24   Q.   AND RELATED TO SOMETHING CALLED CENTRAL VALLEY.

11:46AM 25       DO YOU SEE THAT?

11:46AM 1    A.   YES.

11:46AM 2    Q.   AND DO YOU BELIEVE THAT TO BE AN INVESTMENT IN THERANOS?

11:46AM 3    A.   YES.

11:46AM 4    Q.   AND BENEATH THAT THERE'S TWO -- THERE'S AN ENTRY FOR

11:46AM 5    55,479,993 FOR PARTNER INVEST.

11:46AM 6         AND 38,336,632 FOR PFM HEALTH CARE.

11:46AM 7         DO YOU SEE THOSE?

11:46AM 8    A.   YES.

11:46AM 9    Q.   AND DO YOU BELIEVE THOSE TO BE INVESTMENTS IN THERANOS?

11:46AM 10   A.   YES.

11:46AM 11   Q.   AND DO YOU RECOGNIZE PFM AS AN INVESTOR IN THERANOS?

11:47AM 12   A.   YES.

11:47AM 13   Q.   AND DO YOU SEE ANOTHER ENTRY ASSOCIATED WITH PEER VENTURES

11:47AM 14   IN THE AMOUNT OF 13,249,987?

11:47AM 15   A.   YES.

11:47AM 16   Q.   AND DO YOU BELIEVE THAT TO BE THE SAME PEER VENTURES WE

11:47AM 17   WERE TALKING ABOUT IN OTHER EXHIBITS?

11:47AM 18   A.   YES.

11:47AM 19   Q.   OKAY.  AND THEN THERE'S A $2,323,373 ENTRY ON FEBRUARY 6TH

11:47AM 20   RELATED TO PFM HEALTH CARE.

11:47AM 21        DO YOU SEE THAT?

11:47AM 22   A.   YES.

11:47AM 23   Q.   IS THAT ANOTHER INVESTMENT IN THERANOS?

11:47AM 24   A.   YES.

11:47AM 25   Q.   PLEASE LOOK AT EXHIBIT 5788.

SPIVEY DIRECT BY MR. LEACH                                    2008

11:47AM   1          IS THIS A TRUE AND CORRECT COPY OF A CHECKING STATEMENT

11:47AM   2   FROM COMERICA FOR THERANOS FOR THE TIME PERIOD OCTOBER 2014?

11:47AM   3   A.   YES.

11:47AM   4              MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

11:48AM   5   EXHIBIT 5788.

11:48AM   6              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:48AM   7              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:48AM   8         (GOVERNMENT'S EXHIBIT 5788 WAS RECEIVED IN EVIDENCE.)

11:48AM   9   BY MR. LEACH:

11:48AM  10   Q.   I DRAW YOUR ATTENTION TO PAGE 2, MS. SPIVEY.

11:48AM  11          DO YOU SEE DOWN TOWARDS THE END OF THE MONTH THERE IS AN

11:48AM  12   ENTRY FOR $99,999,984 RELATED TO LAKESHORE CAPT?

11:48AM  13   A.   YES.

11:48AM  14   Q.   DO YOU BELIEVE THAT TO BE AN INVESTMENT IN THERANOS?

11:48AM  15   A.   YES.

11:48AM  16   Q.   BENEATH THAT THERE'S AN ENTRY OF NEARLY $25 MILLION

11:48AM  17   RELATED TO ANDREAS DRACO.

11:48AM  18          DO YOU SEE THAT?

11:48AM  19   A.   YES.

11:48AM  20   Q.   AND DO YOU BELIEVE THAT TO BE AN INVESTMENT IN THERANOS?

11:48AM  21   A.   YES.

11:48AM  22   Q.   AND BENEATH THAT THERE'S A NEARLY $6 MILLION ENTRY

11:48AM  23   ASSOCIATED WITH MOSLEY FAMILY.

11:48AM  24          DO YOU SEE THAT?

11:48AM  25   A.   YES.

ER-1354

SPIVEY DIRECT BY MR. LEACH                                        2009

11:48AM   1    Q.   ARE YOU FAMILIAR WITH THE NAME DAN MOSLEY?

11:49AM   2    A.   NO.

11:49AM   3    Q.   HOW ABOUT MOSLEY FAMILY TRUST?

11:49AM   4    A.   NO.

11:49AM   5    Q.   OKAY.  DO YOU BELIEVE THIS TO BE AN INVESTMENT IN

11:49AM   6    THERANOS?

11:49AM   7    A.   YES.

11:49AM   8              MR. COOPERSMITH:  OBJECTION.  602.

11:49AM   9              THE COURT:  OVERRULED.  THE ANSWER WILL REMAIN.

11:49AM  10              MR. LEACH:  THANK YOU, YOUR HONOR.

11:49AM  11    Q.   PLEASE LOOK AT EXHIBIT 5789.

11:49AM  12         IS THIS A COMERICA CHECKING ACCOUNT STATEMENT FOR THERANOS

11:49AM  13    FOR THE TIME PERIOD NOVEMBER OF 2014?

11:49AM  14    A.   YES.

11:49AM  15              MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

11:49AM  16    EXHIBIT 5789.

11:49AM  17              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:49AM  18              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:49AM  19         (GOVERNMENT'S EXHIBIT 5789 WAS RECEIVED IN EVIDENCE.)

11:49AM  20              MR. LEACH:  AND IF WE CAN ZOOM IN TOWARDS THE TOP ON

11:49AM  21    PAGE 2, MS. WACHS.  THANK YOU.

11:49AM  22    Q.   MS. SPIVEY, THE FIRST ENTRY HERE ON NOVEMBER 3RD WAS A

11:50AM  23    WIRE FOR $100 MILLION RELATED TO COX ENTERPRISE.

11:50AM  24         DO YOU SEE THAT?

11:50AM  25    A.   YES.

SPIVEY DIRECT BY MR. LEACH                                        2010

11:50AM 1    Q.   DO YOU BELIEVE THAT TO BE AN INVESTMENT IN THERANOS?

11:50AM 2    A.   YES.

11:50AM 3    Q.   AND THEN BENEATH THAT ARE SOME ENTRIES, BCBS OF ARIZONA,

11:50AM 4    HC CLAIM PAYMENTS, $49.37, AND THERE ARE SOME OTHER AMOUNTS

11:50AM 5    ASSOCIATED WITH NORIDIAN.

11:50AM 6         DO YOU SEE THOSE?

11:50AM 7    A.   YES.

11:50AM 8    Q.   AND WHAT ARE THOSE?

11:50AM 9            MR. COOPERSMITH:  OBJECTION.  RELEVANCE, YOUR HONOR.

11:50AM 10           THE COURT:  OVERRULED.  YOU CAN ANSWER THE QUESTION.

11:50AM 11           THE WITNESS:  YES.  THAT IS THE AMOUNT OF MONEY THAT

11:50AM 12   THEIR COMPANY RECEIVED FOR PERFORMING TESTING SERVICES.

11:51AM 13   BY MR. LEACH:

11:51AM 14   Q.   LET ME PLEASE DRAW YOUR ATTENTION TO EXHIBIT 5791.

11:51AM 15        IS THIS A TRUE AND CORRECT COPY OF A COMERICA BANK

11:51AM 16   STATEMENT FOR THERANOS FOR THE TIME PERIOD DECEMBER OF 2014?

11:51AM 17   A.   YES.

11:51AM 18           MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

11:51AM 19   EXHIBIT 5791.

11:51AM 20           MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:51AM 21           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:51AM 22        (GOVERNMENT'S EXHIBIT 5791 WAS RECEIVED IN EVIDENCE.)

11:51AM 23   BY MR. LEACH:

11:51AM 24   Q.   DRAWING YOUR ATTENTION AGAIN TO PAGE 2, MS. SPIVEY,

11:51AM 25   THERE'S SOME AMOUNTS ON DECEMBER 15TH, 99 MILLION, 49 MILLION,

ER-1356

11:51AM  1    2 MILLION ASSOCIATED WITH MADRONE, SODA SPRINGS AND THE BANK OF

11:51AM  2    NE.

11:51AM  3        DO YOU SEE THAT?

11:51AM  4    A.   YES.

11:51AM  5    Q.   AND DO YOU BELIEVE THOSE TO BE INVESTMENTS IN THERANOS?

11:51AM  6    A.   YES.

11:51AM  7    Q.   AND THEN -- LET ME ASK A BETTER QUESTION.

11:52AM  8        AND THEN BENEATH THE $2.9 MILLION ENTRY, THERE'S SOME

11:52AM  9    ADDITIONAL AMOUNTS RELATED TO NORIDIAN AND BCBS.

11:52AM  10       ARE THOSE SIMILAR TO THE ONES WE SAW IN THE PRIOR

11:52AM  11   STATEMENT?

11:52AM  12   A.   YES.

11:52AM  13   Q.   AND IF I COULD PLEASE DRAW YOUR ATTENTION TO EXHIBIT 5790?

11:52AM  14   A.   SORRY.  CAN YOU REPEAT?

11:52AM  15   Q.   5790.  WE'RE MOVING BACKWARDS IN THE BINDER.

11:52AM  16       DO YOU HAVE THAT?

11:52AM  17   A.   YES.

11:52AM  18   Q.   GREAT.

11:52AM  19       LET ME DRAW YOUR ATTENTION TO PAGE 5.  IS PAGE 5 A TRUE

11:53AM  20   AND CORRECT COPY OF A STATEMENT FOR THERANOS'S ACCOUNT AT

11:53AM  21   WELLS FARGO FOR THE TIME PERIOD OF FEBRUARY OF 2015?

11:53AM  22   A.   YES.

11:53AM  23   Q.   OKAY.  AND I ASKED YOU A NUMBER OF QUESTIONS ABOUT

11:53AM  24   COMERICA.

11:53AM  25       DID YOU ALSO USE DOCUMENTS LIKE THIS AND THE INFORMATION

| | | |
|---|---|---|
| 11:53AM | 1 | IN THERE IN PREPARING THERANOS'S BOOKS AND RECORDS? |
| 11:53AM | 2 | A.   YES. |
| 11:53AM | 3 | MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS PAGE 5 |
| 11:53AM | 4 | OF EXHIBIT 5790. |
| 11:54AM | 5 | (PAUSE IN PROCEEDINGS.) |
| 11:54AM | 6 | THE COURT:  MR. COOPERSMITH, ANY OBJECTION? |
| 11:54AM | 7 | MR. COOPERSMITH:  ONE MOMENT, YOUR HONOR.  SORRY. |
| 11:54AM | 8 | (PAUSE IN PROCEEDINGS.) |
| 11:54AM | 9 | MR. COOPERSMITH:  YOUR HONOR, I WOULD ASK THAT IF |
| 11:54AM | 10 | WE'RE JUST ADMITTING ONE PAGE, THAT WE ADMIT THE WHOLE EXHIBIT. |
| 11:54AM | 11 | MR. LEACH:  THAT'S FINE, TOO. |
| 11:54AM | 12 | THE COURT:  ALL RIGHT.  THE ENTIRETY OF 5790 IS |
| 11:54AM | 13 | ADMITTED, AND IT MAY BE PUBLISHED. |
| 11:54AM | 14 | (GOVERNMENT'S EXHIBIT 5790 WAS RECEIVED IN EVIDENCE.) |
| 11:54AM | 15 | BY MR. LEACH: |
| 11:54AM | 16 | Q.   MS. SPIVEY, I DRAW YOUR ATTENTION TO THE CREDITS PORTION |
| 11:54AM | 17 | OF THIS STATEMENT.  THERE'S AN ENTRY FOR $125 MILLION RELATING |
| 11:54AM | 18 | TO RUPERT MURDOCH. |
| 11:54AM | 19 | DO YOU SEE THAT? |
| 11:54AM | 20 | A.   YES. |
| 11:54AM | 21 | Q.   DO YOU BELIEVE THIS TO BE AN INVESTMENT IN THERANOS? |
| 11:54AM | 22 | A.   YES. |
| 11:54AM | 23 | Q.   OKAY.  WE CAN TAKE THAT DOWN, MS. WACHS. |
| 11:55AM | 24 | I'D LIKE TO SHIFT TOPICS A LITTLE BIT, MS. SPIVEY, AND ASK |
| 11:55AM | 25 | YOU TO PLEASE LOOK AT EXHIBIT 5794. |

11:55AM  1        DO YOU HAVE THAT IN FRONT OF YOU?

11:55AM  2   A.   YES.

11:55AM  3   Q.   OKAY.  IS THIS A TRUE AND CORRECT COPY OF A SPREADSHEET

11:55AM  4   THAT YOU PREPARED IN THE COURSE OF YOUR WORK AT THERANOS?

11:55AM  5   A.   I BELIEVE SO.

11:55AM  6   Q.   AND FROM TIME TO TIME WOULD YOU PREPARE A SHAREHOLDER LIST

11:55AM  7   ON BEHALF OF THE COMPANY FOR MS. HOLMES TO REVIEW?

11:55AM  8   A.   YES.

11:55AM  9   Q.   OKAY.  AND HOW DID YOU GO ABOUT PREPARING THOSE?  WHAT

11:56AM  10  WOULD YOU DO WHEN MS. HOLMES WOULD ASK YOU THAT?

11:56AM  11  A.   COULD YOU REPEAT THAT?

11:56AM  12  Q.   SURE.  WHEN MS. HOLMES REQUESTED A SHAREHOLDER LIST, WHAT

11:56AM  13  WOULD YOU DO?  HOW WOULD YOU GO ABOUT PREPARING THAT?

11:56AM  14  A.   SO I HAVE AN EXCEL FILE WHEN I RECEIVE INVESTMENT FUNDS

11:56AM  15  FROM THE BANK ACCOUNTS, AND I WOULD ENTER THAT INFORMATION ON A

11:56AM  16  SPREADSHEET SO THAT I HAVE A RUNNING LIST OF WHAT THE -- WHO

11:56AM  17  THE INVESTORS ARE, HOW MUCH MONEY THEY PUT IN, AND HOW MANY

11:56AM  18  SHARES THEY PURCHASE, AND THE SERIES OR THE CLASSIFICATION OF

11:56AM  19  THE SHARES.

11:56AM  20        AND WHEN SHE ASKED ME FOR INFORMATION LIKE THAT, AND I

11:56AM  21  PULL FROM THAT DATA.

11:56AM  22  Q.   AND I THINK YOU BEGAN YOUR TESTIMONY BY SAYING PART OF

11:56AM  23  YOUR RESPONSIBILITY AS THE CONTROLLER WAS TO MANAGE THE

11:56AM  24  ACCOUNTING RELATED TO EQUITY?

11:56AM  25  A.   YES.

11:56AM  1    Q.   AND TO KEEP TRACK OF THERANOS'S SHAREHOLDERS AND THE

11:56AM  2    AMOUNT OF MONEY THAT THEY HAD PUT IN?

11:56AM  3    A.   YES.

11:56AM  4    Q.   AND TO KEEP TRACK OF THEIR VARIOUS PERCENTAGES OF THE

11:57AM  5    COMPANY; IS THAT FAIR?

11:57AM  6    A.   YES.

11:57AM  7    Q.   AND DID YOU PREPARE EXHIBIT 5794 IN THE ORDINARY COURSE OF

11:57AM  8    BUSINESS?

11:57AM  9    A.   YES.

11:57AM  10   Q.   AND DID YOU KEEP THIS IN THE ORDINARY COURSE OF BUSINESS?

11:57AM  11   A.   YES.

11:57AM  12   Q.   AND WAS THIS PREPARED BY YOU BASED ON INFORMATION FROM THE

11:57AM  13   BOOKS AND RECORDS REGULARLY MAINTAINED BY THERANOS?

11:57AM  14   A.   YES.

11:57AM  15        MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

11:57AM  16   EXHIBIT 5794.

11:57AM  17        MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:57AM  18        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:57AM  19   (GOVERNMENT'S EXHIBIT 5794 WAS RECEIVED IN EVIDENCE.)

11:57AM  20        MR. LEACH:  MS. WACHS, IF WE COULD START BY

11:57AM  21   DISPLAYING, IF YOU COULD GO --

11:57AM  22   Q.   WE HAVE ON THE SCREEN, MS. SPIVEY, THE NATIVE FILE, AND I

11:57AM  23   JUST WANT TO LOOK AT SOME OF THE PROPERTIES RELATING TO THIS

11:57AM  24   FILE.

11:57AM  25        AND, MS. WACHS, IF YOU COULD CLICK ON FILE AND INFO.

SPIVEY DIRECT BY MR. LEACH                                    2015

11:58AM  1          DO YOU SEE YOUR NAME LISTED AS THE AUTHOR ON THE RIGHT OF

11:58AM  2     THIS, MS. SPIVEY?

11:58AM  3     A.   YES.

11:58AM  4     Q.   OKAY.  AND DO YOU SEE THAT THERE'S A CREATED DATE AND A

11:58AM  5     LASTED PRINTED DATE OF MARCH 2014?

11:58AM  6     A.   YES.

11:58AM  7     Q.   OKAY.  AND IF WE COULD GO BACK, PLEASE, SO THAT -- DO YOU

11:58AM  8     SEE IN THE LEFT CORNER THERANOS INC. SHAREHOLDER LIST THERANOS

11:58AM  9     CONFIDENTIAL?

11:58AM  10    A.   YES.

11:58AM  11    Q.   AND DO YOU BELIEVE THAT THIS ACCURATELY REPRESENTS THE

11:58AM  12    SHAREHOLDERS OF THERANOS AT OR AROUND THIS TIME PERIOD?

11:58AM  13    A.   YES.

11:58AM  14    Q.   OKAY.  THE FIRST ROW SAYS, ELIZABETH ANN HOLMES, TYPE OF

11:58AM  15    INVESTOR, TOTAL SHARES, 251,828,810.

11:58AM  16         DO YOU SEE THAT?

11:58AM  17    A.   YES.

11:58AM  18    Q.   AND TO THE RIGHT THERE'S A PERCENT OF OWNERSHIP COLUMN.

11:58AM  19         DO YOU SEE THAT?

11:58AM  20    A.   YES.

11:58AM  21    Q.   AND WHAT DOES THAT COLUMN REPRESENT?

11:59AM  22    A.   THE PERCENTAGE OF OWNERSHIP SHE HAS AT THERANOS.

11:59AM  23    Q.   OKAY.  SO FOR MS. HOLMES THAT WOULD BE 51.21 PERCENT?

11:59AM  24    A.   YES.

11:59AM  25    Q.   AT LEAST IN THIS TIME PERIOD?

ER-1361

SPIVEY DIRECT BY MR. LEACH                                    2016

11:59AM   1    A.   YES.

11:59AM   2    Q.   OKAY.  AND DOES THAT COMPORT GENERALLY WITH YOUR MEMORY?

11:59AM   3    A.   YES.

11:59AM   4    Q.   AND BENEATH THAT IT SAYS RAMESH "SUNNY" BALWANI.

11:59AM   5         DO YOU SEE THAT?

11:59AM   6    A.   YES.

11:59AM   7    Q.   AND TO THE RIGHT IN THE TOTAL SHARES IT SAYS 29,716,815.

11:59AM   8         DO YOU SEE THAT?

11:59AM   9    A.   YES.

11:59AM  10    Q.   AND WHAT IS THE PERCENTAGE OF OWNERSHIP OF MR. BALWANI?

11:59AM  11    A.   6.04 PERCENT.

11:59AM  12    Q.   YOU SAID YOUR INTERACTIONS WITH MR. BALWANI INCREASED OVER

11:59AM  13    TIME AS HE WORKED WITH THE COMPANY?

11:59AM  14    A.   YES.

11:59AM  15    Q.   AND SO YOUR INTERACTIONS WITH HIM WERE MORE SIGNIFICANT IN

11:59AM  16    THE 2013, 2014, 2015 TIME PERIOD THAN THEY WERE AT THE

11:59AM  17    BEGINNING?

11:59AM  18    A.   YES.

11:59AM  19    Q.   OKAY.  AND FROM TIME TO TIME WOULD YOU HAVE CONVERSATIONS

12:00PM  20    WITH MR. BALWANI ABOUT REVENUE RECOGNITION?

12:00PM  21    A.   YES.

12:00PM  22    Q.   DESCRIBE THOSE FOR US, PLEASE.

12:00PM  23    A.   SO I BELIEVE THAT PROBABLY WAS IN 2013, 2014 TIMEFRAME

12:00PM  24    RELATED TO KPMG'S REVIEW OF THE BOOKS AND RECORDS, AND THERE

12:00PM  25    WERE QUESTIONS ABOUT WHY THERE WOULD BE NO REVENUE NUMBER IN

12:00PM 1    THOSE PERIODS AND WHY THERE'S SUCH A LARGE AMOUNT OF DEFERRED

12:00PM 2    REVENUE.

12:00PM 3         SO HE SUGGESTS TO ME THAT THERE WOULD BE SOME REVENUE FROM

12:00PM 4    CELGENE SHOULD BE RECOGNIZED AND SOME AMOUNT OF -- FROM

12:00PM 5    WALGREENS SHOULD ALSO BE RECOGNIZED.

12:00PM 6         AND SO I EXPLAINED TO HIM THAT ACCORDING TO ACCOUNTING

12:01PM 7    RULES, AND THOSE SHOULD NOT BE RECOGNIZED BECAUSE WE DID NOT

12:01PM 8    PERFORM ACCORDING TO THE CONTRACTS.

12:01PM 9         BUT HE HAS A DIFFERENT OPINION.

12:01PM 10        I TOLD HIM I WOULD FOLLOW UP WITH KPMG AND SEE WHAT KPMG

12:01PM 11   AGREED WITH.

12:01PM 12   Q.   AND AFTER YOUR FOLLOWUP WITH KPMG, DID THERANOS EVER

12:01PM 13   RECOGNIZE THE REVENUE?

12:01PM 14   A.   NO.

12:01PM 15   Q.   DID MR. BALWANI EVER GIVE YOU DOCUMENTS OR SUPPORT FROM

12:01PM 16   EITHER CELGENE OR WALGREENS SO THAT YOU COULD RECOGNIZE

12:01PM 17   REVENUE?

12:01PM 18   A.   NO.

12:01PM 19   Q.   AND IN THESE CONVERSATIONS WITH MR. BALWANI, WAS IT EASY

12:01PM 20   TO COMMUNICATE THIS INFORMATION TO HIM?

12:01PM 21   A.   UM, YES.

12:01PM 22   Q.   AND DID HE EVER EXPRESS SOME LEVEL OF FRUSTRATION WITH

12:01PM 23   YOU?

12:01PM 24   A.   UM, YES.  HE ASKED ME TO RECOGNIZE THESE AND I TOLD HIM --

12:02PM 25   LIKE WHEN I ASKED HIM, FOR EXAMPLE, FOR CELGENE, I SAID, I

SPIVEY DIRECT BY MR. LEACH                                                2018

12:02PM  1    DON'T HAVE ANY DOCUMENTS OF ANY SHIPMENTS MADE TO CELGENE, AND

12:02PM  2    HE WOULD JUST SAY WE SHIPPED EVERYTHING ALREADY, AND JUST --

12:02PM  3    AND I SAID, IF I DON'T HAVE ANY DOCUMENTS, THEN I CANNOT

12:02PM  4    RECOGNIZE.

12:02PM  5    Q.   OKAY.  AND AFTER THOSE CONVERSATIONS WOULD YOU TALK TO

12:02PM  6    KPMG?

12:02PM  7    A.   YES.

12:02PM  8    Q.   AND DID YOU EVER RECOGNIZE THE REVENUE?

12:02PM  9    A.   NO.

12:02PM 10    Q.   I'D LIKE TO ASK SOME ADDITIONAL QUESTIONS ABOUT ARANCA AND

12:02PM 11    THE VALUATIONS YOU WERE TALKING ABOUT EARLIER, AND IN

12:02PM 12    CONNECTION WITH THAT, I WOULD LIKE TO DRAW YOUR ATTENTION TO

12:02PM 13    WHAT HAS BEEN MARKED AS EXHIBIT 5085, WHICH SHOULD BE IN

12:02PM 14    VOLUME 1.

12:02PM 15        DO YOU HAVE 5085 IN FRONT OF YOU, MS. SPIVEY?

12:03PM 16    A.   YES.

12:03PM 17    Q.   OKAY.  IS THIS AN EMAIL THAT YOU SENT TO ELIZABETH HOLMES

12:03PM 18    ON OR ABOUT MAY 25TH, 2013?

12:03PM 19    A.   YES.

12:03PM 20    Q.   AND DO YOU SEE THE SUBJECT 409A?

12:03PM 21    A.   YES.

12:03PM 22    Q.   AND FROM TIME TO TIME WOULD YOU COMMUNICATE WITH

12:03PM 23    MS. HOLMES OVER EMAIL IN THE COURSE OF GETTING DIRECTION ON

12:03PM 24    409A VALUATIONS?

12:03PM 25    A.   YES.

12:03PM  1    Q.   AND DID YOU DO YOUR BEST TO BE ACCURATE IN THOSE EMAILS

12:03PM  2    WITH MS. HOLMES?

12:03PM  3    A.   YES.

12:03PM  4    Q.   AND WAS THAT SO YOU COULD GO BACK AND MAKE SURE YOU WERE

12:03PM  5    TRACKING WHAT YOU WERE GETTING FROM MS. HOLMES SO THAT YOU

12:04PM  6    COULD ACCURATELY CONVEY THAT TO MR. BALWANI OR TO ARANCA?

12:04PM  7    A.   YES.

12:04PM  8    Q.   AND DID YOU KEEP EMAILS LIKE THIS IN THE ORDINARY COURSE

12:04PM  9    OF BUSINESS?

12:04PM  10   A.   YES.

12:04PM  11            MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

12:04PM  12   EXHIBIT 5085.

12:04PM  13            MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

12:04PM  14            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:04PM  15        (GOVERNMENT'S EXHIBIT 5085 WAS RECEIVED IN EVIDENCE.)

12:04PM  16   BY MR. LEACH:

12:04PM  17   Q.   MS. SPIVEY, THE FIRST EMAIL IN THIS CHAIN IS FROM

12:04PM  18   MS. HOLMES AND THE SUBJECT IS 409A.

12:04PM  19        DO YOU SEE THAT?

12:04PM  20   A.   YES.

12:04PM  21   Q.   IS THAT A REFERENCE TO THE INTERNAL REVENUE CODE PROVISION

12:04PM  22   THAT WE WERE TALKING ABOUT EARLIER?

12:04PM  23   A.   YES.

12:04PM  24   Q.   "CAN YOU FORWARD ME THE LATEST YOU HAVE ON GETTING THIS

12:04PM  25   DONE -- I AM GOING TO GET WHATEVER WE NEED DONE DONE THIS

SPIVEY DIRECT BY MR. LEACH                                    2020

12:04PM  1    WEEKEND."

12:04PM  2        DO YOU SEE THAT?

12:04PM  3    A.   YES.

12:04PM  4    Q.   AND THEN YOU WROTE BACK, "HERE ARE THE THREE LATEST MODEL

12:04PM  5    WE HAVE."

12:04PM  6        AND THERE ARE THREE DIFFERENT DATES.

12:04PM  7        DO YOU SEE THAT?

12:04PM  8    A.   YES.

12:04PM  9    Q.   AND THE FIRST LINE SAYS, "BASED ON THIS MODEL, ARANCA CAME

12:05PM  10   BACK WITH A VALUE OF $0.44.  THE IMPACT WAS THAT YOUR OPTION

12:05PM  11   PLUS ALL THE OTHER OPTIONS THAT WERE GRANTED IN JUNE WOULD BE

12:05PM  12   GRANTED BELOW VALUE."

12:05PM  13       WHAT WERE YOU GETTING AT THERE?

12:05PM  14   A.   CAN YOU REPHRASE THAT QUESTION, PLEASE?

12:05PM  15   Q.   WHAT DOES THAT MEAN?  WHAT ARE YOU REPORTING TO MS. HOLMES

12:05PM  16   THERE?

12:05PM  17   A.   SO THERANOS GRANTED OPTIONS TO ELIZABETH HOLMES AND THE

12:05PM  18   LIST OF EMPLOYEES IN THAT TIMEFRAME AT THE VALUE THAT WAS LOWER

12:05PM  19   THAN THE $0.44.

12:05PM  20   Q.   OKAY.  AND WAS THAT AN ISSUE?

12:05PM  21   A.   THAT WAS AN ISSUE WITH THE TAX -- HOW THE TAX WOULD BE

12:05PM  22   CALCULATED FOR THE OPTIONEE.

12:05PM  23   Q.   AND DOES THIS RELATE TO THE ISSUE THAT KPMG HAD BACK IN

12:06PM  24   2010?

12:06PM  25   A.   YES.

SPIVEY DIRECT BY MR. LEACH                    2021

12:06PM  1    Q.  OKAY.  2, IN PARAGRAPH 2 IT SAYS 07/01/10.

12:06PM  2        IS THAT THE DATE OF ONE OF ARANCA'S VALUATIONS?

12:06PM  3    A.  YES.

12:06PM  4    Q.  AND YOU WROTE, "BASED ON THIS REVISED MODEL, THE VALUE

12:06PM  5    WOULD BE $0.73 (REDUCED $0.30 FROM 1.03).  THE IMPACT IS THAT

12:06PM  6    SUNNY'S OPTION WOULD BE GRANTED AT BELOW MARKET VALUE IN

12:06PM  7    AUGUST 2010."

12:06PM  8        WHAT DOES THAT MEAN?

12:06PM  9    A.  IT WAS SIMILAR TO THE MAY 31ST BECAUSE SUNNY'S OPTION WAS

12:06PM  10   GRANTED IN AUGUST AND IT WAS ALSO BELOW THE FAIR MARKET VALUE

12:06PM  11   AT THAT TIME.

12:06PM  12   Q.  OKAY.  AND DID THAT CREATE ANY TYPE OF ISSUE?

12:06PM  13   A.  YES.

12:06PM  14   Q.  HOW SO?

12:06PM  15   A.  IT'S ALSO RELATED TO THE TAX CALCULATION.

12:07PM  16   Q.  AND DOES THIS ALSO RELATE BACK TO THE ISSUE THAT KPMG HAD

12:07PM  17   IN TERMS OF THE AUDITED FINANCIAL STATEMENTS?

12:07PM  18   A.  YES.

12:07PM  19   Q.  AND THEN IT -- IN PARAGRAPH 3 IT SAYS, "07/01/11."

12:07PM  20       IS THAT A REFERENCE TO A VALUATION DATE?

12:07PM  21   A.  FROM THIS EMAIL, YES.

12:07PM  22   Q.  "HAVE NOT STARTED THE REVIEW PROCESS YET BECAUSE OF THE

12:07PM  23   ABOVE TWO PENDING VALUATIONS.  PLEASE ALSO SEE THE SUMMARY

12:07PM  24   COMPARISON OF 7/10 AND 7/11 MODELS."

12:07PM  25       DO YOU SEE THAT?

12:07PM  1    A.   YES.

12:07PM  2    Q.   AND DOES THAT MEAN ARANCA WAS STILL DOING WORK IN THAT

12:07PM  3    REGARD?

12:07PM  4    A.   YES.

12:07PM  5    Q.   AND SO THE DATE OF THIS EMAIL IS MAY 25TH, 2013.

12:07PM  6         DO YOU SEE THAT?

12:07PM  7    A.   YES.

12:07PM  8    Q.   AND I'D LIKE TO DRAW YOUR ATTENTION FORWARD IN TIME TO

12:07PM  9    EXHIBIT 3283.

12:08PM  10        DO YOU HAVE 3283 IN FRONT OF YOU?

12:08PM  11   A.   YES.

12:08PM  12   Q.   IS THIS A TRUE AND CORRECT COPY OF AN EMAIL THAT YOU SENT

12:08PM  13   TO MR. BALWANI DATED JULY 31ST, 2013, WITH A COPY TO

12:08PM  14   MS. HOLMES?

12:08PM  15   A.   YES.

12:08PM  16        MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

12:08PM  17   EXHIBIT 3283.

12:08PM  18        MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

12:08PM  19        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:08PM  20     (GOVERNMENT'S EXHIBIT 3283 WAS RECEIVED IN EVIDENCE.)

12:08PM  21   BY MR. LEACH:

12:08PM  22   Q.   LET ME DRAW YOUR ATTENTION TO THE TOP PORTION, MS. SPIVEY,

12:08PM  23   THE EMAIL ON JULY 31ST, 2013, UP AT THE TOP.

12:08PM  24        AND DO YOU SEE THE SUBJECT OF THIS IS PER OUR

12:08PM  25   CONVERSATION?

SPIVEY DIRECT BY MR. LEACH                                    2023

12:09PM 1    A.   YES.

12:09PM 2    Q.   OKAY.  DO YOU SEE THERE'S AN ATTACHMENT, THERANOS'S

12:09PM 3    PROJECTIONS 2013-2014 V2 (FORMATTED).

12:09PM 4        DO YOU SEE THAT FILE ATTACHED?

12:09PM 5    A.   YES.

12:09PM 6    Q.   OKAY.  "I ADDED THE RECEIPTS TO THE FOLLOWING CATEGORIES.

12:09PM 7    PLEASE LET ME KNOW IF THEY ARE NOT CORRECT:

12:09PM 8        "SERVICES NBL BY WALGREENS PLUS 25M.

12:09PM 9        "CHANGE IN DEFERRED REVENUE PLUS 4M."

12:09PM 10       DO YOU SEE THAT LANGUAGE?

12:09PM 11   A.   YES.

12:09PM 12   Q.   IS THIS A CONVERSATION THAT YOU'RE HAVING WITH MS. HOLMES

12:09PM 13   AND MR. BALWANI?

12:09PM 14   A.   I BELIEVE SO.

12:09PM 15   Q.   DO YOU BELIEVE YOU'RE TAKING SOME DIRECTION FROM THEM?

12:09PM 16   A.   YES.

12:09PM 17   Q.   OKAY.  LET'S DRAW YOUR ATTENTION TO THE ATTACHMENT.

12:09PM 18       DO YOU SEE AT THE TOP IT SAYS THERANOS PROJECTED STATEMENT

12:10PM 19   OF INCOME?

12:10PM 20   A.   YES.

12:10PM 21   Q.   AND SO THESE ARE NOT HISTORICAL, THESE ARE PROJECTIONS FOR

12:10PM 22   THE FUTURE?

12:10PM 23   A.   YES.

12:10PM 24   Q.   AND ONE RELATES TO 2013 AND ANOTHER ONE RELATES TO THE

12:10PM 25   TIME PERIOD 2014?

SPIVEY DIRECT BY MR. LEACH                                    2024

12:10PM  1    A.   YES.

12:10PM  2    Q.   OKAY.  AND UNDER PROJECTED REVENUE THERE ARE ENTRIES FOR

12:10PM  3    LAB SERVICES AT RETAIL PHARMACIES/EMPLOYER SITES,

12:10PM  4    PHARMACEUTICAL SERVICES, HOSPITAL SERVICES REVENUE, DOD.

12:10PM  5         DO YOU SEE THAT?

12:10PM  6    A.   YES.

12:10PM  7    Q.   AND THE SUM TOTAL OF THAT PROJECTED REVENUE IS $51 MILLION

12:10PM  8    FOR 2013.

12:10PM  9         DID I READ THAT CORRECTLY?

12:10PM  10   A.   YES.

12:10PM  11   Q.   AND FOR THE PERIOD 2014 THE PROJECTION IS 26 MILLION.

12:10PM  12        DO YOU SEE THAT?

12:10PM  13        OR 260 MILLION, EXCUSE ME, NOT 26 MILLION.

12:10PM  14        IS THAT CORRECT?

12:10PM  15   A.   YES.

12:10PM  16   Q.   OKAY.  AND ARE THESE NUMBERS THAT YOU PERSONALLY CAME UP

12:11PM  17   WITH?

12:11PM  18   A.   NO.

12:11PM  19   Q.   WHERE DID THEY COME FROM?

12:11PM  20   A.   I DON'T KNOW.  EITHER MS. HOLMES OR MR. BALWANI.

12:11PM  21   Q.   OKAY.  AND THERE'S A REFERENCE TO DOD.

12:11PM  22        IS THAT AN ACRONYM FOR SOMETHING?

12:11PM  23   A.   DEPARTMENT OF DEFENSE.

12:11PM  24   Q.   OKAY.  AND THE DATE OF THE EMAIL HERE IS JULY 31ST, 2013.

12:11PM  25        IF YOU DON'T MIND LOOKING AT PAGE 1 OF THE EXHIBIT.  I

12:11PM  1    JUST WANT TO ORIENT US AS TO TIME.

12:11PM  2    A.   YES.

12:11PM  3    Q.   OKAY.  LET ME NEXT DRAW YOUR ATTENTION TO EXHIBIT 13711,

12:11PM  4    WHICH SHOULD BE IN VOLUME 2.

12:12PM  5    A.   WHAT IS THAT AGAIN?

12:12PM  6    Q.   IT'S 13711.  IT SHOULD BE AT THE BACK OF VOLUME 2.

12:12PM  7         IS THIS AN EMAIL FROM YOU TO MS. HOLMES WITH A COPY TO

12:12PM  8    MR. BALWANI?

12:12PM  9    A.   YES.

12:12PM  10   Q.   AND THE SUBJECT IS 409A PROJECTION.

12:12PM  11        DO YOU SEE THAT?

12:12PM  12   A.   YES.

12:12PM  13   Q.   AND IS THIS A SIMILAR -- IS THE SUBJECT MATTER OF THIS

12:12PM  14   SIMILAR TO THE EXHIBIT WE SAW A FEW MOMENTS AGO BETWEEN YOU AND

12:13PM  15   MS. HOLMES?

12:13PM  16   A.   YES.

12:13PM  17   Q.   OKAY.

12:13PM  18        YOUR HONOR, THE GOVERNMENT OFFERS EXHIBIT 13711.

12:13PM  19             MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

12:13PM  20             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:13PM  21        (DEFENDANT'S EXHIBIT 13711 WAS RECEIVED IN EVIDENCE.)

12:13PM  22   BY MR. LEACH:

12:13PM  23   Q.   LET'S START WITH THE BOTTOM EMAIL.

12:13PM  24        MS. SPIVEY, DO YOU SEE WHERE YOU WROTE ON AUGUST 2ND,

12:13PM  25   2013, "ATTACHED PLEASE FIND THE PROJECTION AS OF 7/1/2013."

12:13PM   1          DO YOU SEE THAT?

12:13PM   2     A.   YES.

12:13PM   3     Q.   AND YOU WROTE, "THE MAIN CHANGES ARE BOTH RELATED TO

12:13PM   4     EQUITY TRANSACTIONS."

12:13PM   5          DO YOU SEE THAT?

12:13PM   6     A.   YES.

12:13PM   7     Q.   AND YOU'RE SENDING THIS BOTH TO MS. HOLMES AND

12:13PM   8     MR. BALWANI; CORRECT?

12:13PM   9     A.   YES.

12:13PM  10     Q.   IS THIS AN EXAMPLE OF YOU SEEKING FEEDBACK FROM MS. HOLMES

12:13PM  11     AND MR. BALWANI ABOUT WHAT TO REPORT TO ARANCA?

12:13PM  12     A.   YES.

12:13PM  13     Q.   OKAY.  LET'S ZOOM OUT IF WE COULD, MS. WACHS.

12:13PM  14          AND ABOUT A MONTH LATER YOU WROTE, "WAITING FOR YOUR

12:14PM  15     FEEDBACK."

12:14PM  16          DO YOU SEE THAT?

12:14PM  17     A.   YES.

12:14PM  18     Q.   AND MS. HOLMES RESPONDS, "WHAT DROVE THE 50M IN 2013

12:14PM  19     REVENUE PROJECTION."

12:14PM  20          DO YOU SEE THAT?

12:14PM  21     A.   YES.

12:14PM  22     Q.   AND YOUR ANSWER IS, "SUNNY'S ESTIMATE."

12:14PM  23          DO YOU SEE THAT?

12:14PM  24     A.   YES.

12:14PM  25     Q.   IS THAT A REFERENCE TO MR. BALWANI?

12:14PM 1    A.    YES.

12:14PM 2    Q.    AND ARE YOU REPORTING TO MS. HOLMES THAT THE REVENUE

12:14PM 3    PROJECTION FOR 2013 FOR ARANCA WAS COMING FROM MR. BALWANI?

12:14PM 4    A.    YES.

12:14PM 5    Q.    OKAY.  THANK YOU.  YOU CAN TAKE THAT DOWN, MS. WACHS.

12:14PM 6          I'M SORRY TO JUMP AROUND BINDERS, BUT IF YOU COULD GO BACK

12:14PM 7    TO VOLUME 1, EXHIBIT 5141.

12:15PM 8          DO YOU HAVE 5141 IN FRONT OF YOU, MS. SPIVEY?

12:15PM 9    A.    YES.

12:15PM 10   Q.    OKAY.  IS THIS AN EMAIL FROM YOU TO SOMEONE NAMED

12:15PM 11   VALESKA HINTZ WITH A COPY TO MS. HOLMES?

12:15PM 12   A.    YES.

12:15PM 13   Q.    AND DO YOU SEE THE EXHIBIT 409A VALUATION REPORT?

12:15PM 14   A.    YES.

12:15PM 15   Q.    OKAY.  AND THERE'S AN ATTACHMENT TO THIS.

12:15PM 16         DO YOU SEE PAGE 2 OF THE ATTACHMENT?

12:15PM 17   A.    YES.

12:15PM 18   Q.    IS THIS A REPORT FROM ARANCA FOR A DIFFERENT TIME PERIOD

12:15PM 19   SIMILAR TO THE EXHIBIT THAT WE LOOKED AT EARLIER THIS MORNING

12:15PM 20   IN CONNECTION WITH YOUR TESTIMONY?

12:15PM 21   A.    YES.

12:15PM 22   Q.    AND IS THIS A DOCUMENT THAT YOU USED IN THE ORDINARY

12:15PM 23   COURSE OF YOUR BUSINESS TO VALUE OPTIONS THAT THE COMPANY MIGHT

12:16PM 24   PROVIDE TO EMPLOYEES?

12:16PM 25   A.    YES.

12:16PM 1        MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

12:16PM 2   EXHIBIT 5141.

12:16PM 3        MR. COOPERSMITH:  YOUR HONOR, RULE 802 OBJECTION ON

12:16PM 4   THE ATTACHMENT.

12:16PM 5        THE COURT:  OVERRULED.  IT CAN BE ADMITTED.  AND IT

12:16PM 6   MAY BE PUBLISHED.

12:16PM 7        (GOVERNMENT'S EXHIBIT 5141 WAS RECEIVED IN EVIDENCE.)

12:16PM 8        MR. LEACH:  THANK YOU, YOUR HONOR.

12:16PM 9   Q.   MS. SPIVEY, LET'S FIRST LOOK AT THE SUBSTANCE OF THE TWO

12:16PM 10  EMAILS.

12:16PM 11       DO YOU SEE WHERE VALESKA HINTZ IS ASKING YOU, WITH A COPY

12:16PM 12  TO MS. HOLMES, "HI DANISE, COULD YOU PLEASE SEND ME THE FINAL

12:16PM 13  409A VALUATION REPORT FOR SEPTEMBER 30TH, 2013."

12:16PM 14       DO YOU SEE THAT?

12:16PM 15  A.   YES.

12:16PM 16  Q.   AND YOU RESPOND BY ATTACHING THE REPORT?

12:16PM 17  A.   YES.

12:16PM 18  Q.   OKAY.  LET'S LOOK AT PAGE 2.

12:17PM 19       DO YOU SEE WHERE IT SAYS THERANOS INC. FMV OF COMMON STOCK

12:17PM 20  AS OF SEPTEMBER 30TH, 2013?

12:17PM 21  A.   YES.

12:17PM 22  Q.   AND FMV IS FAIR MARKET VALUE?

12:17PM 23  A.   YES.

12:17PM 24  Q.   AND THIS IS ARANCA'S ASSESSMENT OF THE FAIR MARKET VALUE

12:17PM 25  OF THERANOS'S COMMON STOCK AS OF A DIFFERENT DATE THAN THE ONE

12:17PM  1    WE LOOKED AT PREVIOUSLY?

12:17PM  2    A.   YES.

12:17PM  3    Q.   OKAY.  AND IN THE COURSE OF ARANCA'S PREPARATION OF THIS,

12:17PM  4    DID YOU PROVIDE THEM WITH HISTORICAL FINANCIAL INFORMATION?

12:17PM  5    A.   YES.

12:17PM  6    Q.   AND DID YOU ALSO PROVIDE THEM WITH PROJECTIONS OF

12:17PM  7    THERANOS'S FUTURE REVENUE BASED ON INFORMATION THAT YOU GOT

12:17PM  8    FROM MS. HOLMES AND MR. BALWANI?

12:17PM  9    A.   YES.

12:17PM  10   Q.   OKAY.  LET'S LOOK AND DRAW YOUR ATTENTION TO, LET'S TRY

12:18PM  11   PAGE 51, PLEASE.  IF WE CAN ZOOM IN ON THE TABLE, THE SUMMARY

12:18PM  12   INFORMATION STATEMENT IN THOUSANDTHS.

12:18PM  13        MS. SPIVEY, DOES THIS APPEAR TO BE A PROJECTION OF

12:18PM  14   THERANOS'S REVENUE FOR THE TIME PERIODS 2013 THROUGH 2017?

12:18PM  15   A.   YES.

12:18PM  16   Q.   AND DO YOU BELIEVE THIS TO BE INFORMATION THAT YOU

12:18PM  17   PROVIDED TO ARANCA FROM MS. HOLMES AND MR. BALWANI?

12:18PM  18   A.   YES.

12:18PM  19   Q.   AND DO YOU SEE FOR 2013, THE REVENUES ARE PROJECTED TO BE

12:18PM  20   $50 MILLION.

12:18PM  21        DO YOU SEE THAT?

12:18PM  22   A.   YES.

12:18PM  23   Q.   AND THAT'S THE NUMBER THAT WE SAW FROM THE EMAIL BACK IN

12:18PM  24   AUGUST; CORRECT?

12:18PM  25   A.   I BELIEVE SO.

SPIVEY DIRECT BY MR. LEACH                                                    2030

12:19PM   1    Q.   OKAY.  AND THAT'S ALSO CLOSE TO THE AMOUNT THAT WE SAW IN

12:19PM   2    THE PROJECTED STATEMENT OF INCOME FROM THE JULY TIME PERIOD; IS

12:19PM   3    THAT CORRECT?

12:19PM   4    A.   I'M NOT SURE.

12:19PM   5    Q.   OKAY.  DO YOU REMEMBER LOOKING AT A PROJECTED STATEMENT OF

12:19PM   6    INCOME WITH A $50 MILLION NUMBER?

12:19PM   7    A.   YES.

12:19PM   8    Q.   AND AS WE GO FORWARD IN TIME, THE PROJECTIONS ARE

12:19PM   9    89 MILLION FOR 2014, 112 MILLION FOR 2015, 131 MILLION FOR

12:19PM  10    2016, AND 143 MILLION FOR 2017.

12:19PM  11         DO YOU SEE THAT?

12:19PM  12    A.   YES.

12:19PM  13    Q.   OKAY.  AND WHERE DO THOSE NUMBERS COME FROM?

12:19PM  14    A.   EITHER FROM MR. BALWANI OR MS. HOLMES.

12:19PM  15    Q.   OKAY.  LET ME DRAW YOUR ATTENTION, PLEASE, TO

12:20PM  16    EXHIBIT 3533.

12:20PM  17         IS THIS AN EMAIL FROM YOU TO MS. HOLMES DATED

12:20PM  18    FEBRUARY 16TH, 2014?

12:20PM  19    A.   YES.

12:20PM  20    Q.   AND DO YOU SEE THE SUBJECT 409A PREP?

12:20PM  21    A.   YES.

12:20PM  22    Q.   IS THIS ANOTHER EMAIL AND THE TOPIC RELATING TO 409A

12:20PM  23    VALUATIONS THAT WE'VE BEEN DISCUSSING?

12:20PM  24    A.   YES.

12:20PM  25    Q.   AND DID YOU SEND THIS TO MS. HOLMES IN THE ORDINARY COURSE

ER-1376

12:20PM  1    OF BUSINESS?

12:20PM  2    A.   YES.

12:20PM  3         MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

12:20PM  4    EXHIBIT 3533.

12:20PM  5         MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

12:20PM  6         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:20PM  7         (GOVERNMENT'S EXHIBIT 3533 WAS RECEIVED IN EVIDENCE.)

12:20PM  8    BY MR. LEACH:

12:21PM  9    Q.   MS. SPIVEY, LET ME DRAW YOUR ATTENTION TO THE TOP PART OF

12:21PM 10    YOUR EMAIL.  YOU WROTE, "HI ELIZABETH,

12:21PM 11         "WE SHOULD ALSO DISCUSS UPDATING THE 409A.  HERE ARE A FEW

12:21PM 12    QUESTIONS TO START.

12:21PM 13         "1.  THIS WAS THE REVENUE PROJECTION WE USED FOR THE LAST

12:21PM 14    ONE.  DO WE STILL KEEP THIS (JUST PUSH OUT BY ONE YEAR)?"

12:21PM 15         DO YOU SEE THAT?

12:21PM 16    A.   YES.

12:21PM 17    Q.   AND WHAT WERE YOU GETTING AT THERE?

12:21PM 18    A.   I WAS TRYING TO GET THE REVENUE PROJECTION FOR THE 409A.

12:21PM 19    Q.   OKAY.  AND YOU SAY THAT "THIS WAS THE REVENUE PROJECTION

12:21PM 20    THAT WE USED FOR THE LAST ONE."

12:21PM 21         IF WE CAN ZOOM OUT, MS. WACHS.

12:21PM 22         ARE THE NUMBERS YOU LISTED FOR THE LAST ONE LISTED BELOW

12:21PM 23    AT THE BOTTOM OF THE EMAIL?

12:21PM 24    A.   YES.

12:21PM 25    Q.   OKAY.  AND FOR FY 2013, IT READS HERE 50 MILLION.

SPIVEY DIRECT BY MR. LEACH                                          2032

12:21PM   1          DO YOU SEE THAT?

12:21PM   2     A.   YES.

12:21PM   3     Q.   AND WAS THAT THE NUMBER THAT WE SAW IN THE ARANCA REPORT

12:21PM   4     THAT WE JUST LOOKED AT IN THE PRIOR EXHIBIT?

12:22PM   5     A.   I THINK SO.

12:22PM   6     Q.   OKAY.  AND DO THE NUMBERS FOR 2014 THROUGH 2017 APPEAR

12:22PM   7     SIMILAR TO THE ONES THAT WE SAW IN THE ARANCA REPORT THAT WE

12:22PM   8     JUST LOOKED AT?

12:22PM   9     A.   YES.

12:22PM  10     Q.   OKAY.  LET'S MOVE FORWARD IN TIME, MS. SPIVEY.

12:22PM  11          IF I COULD DRAW YOUR ATTENTION TO 3527.

12:22PM  12          DO YOU HAVE THAT?

12:22PM  13     A.   YES.

12:22PM  14     Q.   OKAY.  IS THIS ANOTHER EMAIL EXCHANGE BETWEEN YOU AND

12:22PM  15     MS. HOLMES RELATING TO 409A ISSUES?

12:22PM  16     A.   YES.

12:22PM  17               MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS 3527.

12:23PM  18               MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

12:23PM  19               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:23PM  20          (GOVERNMENT'S EXHIBIT 3527 WAS RECEIVED IN EVIDENCE.)

12:23PM  21     BY MR. LEACH:

12:23PM  22     Q.   LET'S STARTED, MS. SPIVEY, ON PAGE 2.  THERE APPEARS TO BE

12:23PM  23     AN EMAIL FROM MS. HOLMES SAYING, "HOW FAST CAN ARANCA DO A 409A

12:23PM  24     AS OF NOW."

12:23PM  25          DO YOU SEE THAT?

12:23PM  1    A.    YES.

12:23PM  2    Q.    AND YOU WROTE BACK, "I WILL CHECK... WHAT IS YOUR TIMING?"

12:23PM  3          DID I READ THAT CORRECTLY?

12:23PM  4    A.    YES.

12:23PM  5    Q.    AND WHAT DID MS. HOLMES SEEM TO BE ASKING OF YOU THERE?

12:23PM  6    A.    SHE WANTS ANOTHER ARANCA REPORT AS OF A DIFFERENT DATE.

12:23PM  7    Q.    OKAY.  SIMILAR TO THE ONES THAT WE HAVE BEEN LOOKING AT?

12:23PM  8    A.    CORRECT.

12:23PM  9    Q.    AND LET'S GO TO PAGE 1.

12:23PM 10          DO YOU SEE AT THE BOTTOM WHERE SHE WROTE "ASAP (THIS

12:24PM 11    YEAR)"?

12:24PM 12    A.    YES.

12:24PM 13    Q.    OKAY.  AND THEN THERE'S SOME BACK AND FORTH.  AND IN THE

12:24PM 14    MIDDLE OF THE PAGE AT DECEMBER 22ND AT 3:05, IT LOOKS LIKE YOU

12:24PM 15    WROTE, "I SENT OVER THE PROJECTION TO ARANCA LAST NIGHT.  THEY

12:24PM 16    KNOW WE HAVE A DEADLINE BEFORE THE END OF THE YEAR AND WILL

12:24PM 17    WORK WITH THAT.

12:24PM 18          "I USED THE SAME ASSUMPTIONS FOR REVENUE AS IN OCTOBER,

12:24PM 19    ROUGHLY 100M, 200M, 300M, AND 500M IN 2015 THRU 2018."

12:24PM 20          DO YOU SEE THAT?

12:24PM 21    A.    YES.

12:24PM 22    Q.    AND DOES THAT ACCURATELY DESCRIBE WHAT YOU PASSED ON TO

12:24PM 23    ARANCA?

12:24PM 24    A.    IN OCTOBER, YES.

12:24PM 25    Q.    OKAY.  AND THAT WOULD HAVE BEEN BASED ON INFORMATION FROM

12:24PM  1     MS. HOLMES AND MR. BALWANI?

12:24PM  2     A.   YES.

12:24PM  3     Q.   AND MS. HOLMES WRITES BACK TO YOU "100M FOR 15 RIGHT."

12:25PM  4          DO YOU SEE THAT?

12:25PM  5     A.   YES.

12:25PM  6     Q.   AND WHAT DID THAT MEAN?

12:25PM  7     A.   SO SHE'S CONFIRMING THAT IT'S 100 MILLION FOR 2015.

12:25PM  8     Q.   AND CONFIRMING THAT THE REVENUE PROJECTION THAT YOU

12:25PM  9     PROVIDED TO ARANCA FOR 2015 WAS $100 MILLION?

12:25PM 10     A.   YES.

12:25PM 11     Q.   OKAY.  AND YOU WROTE BACK YES?

12:25PM 12     A.   YES.

12:25PM 13     Q.   SO YOU CONFIRMED THAT TO HER?

12:25PM 14     A.   CORRECT.

12:25PM 15     Q.   LET'S LOOK AT 5190, PLEASE.

12:25PM 16          DO YOU HAVE THAT IN FRONT OF YOU, 5190?

12:26PM 17     A.   YES.

12:26PM 18     Q.   IS THIS AN EMAIL FROM YOU TO MS. HOLMES AND MR. BALWANI

12:26PM 19     DATED DECEMBER 31ST, 2014?

12:26PM 20     A.   YES.

12:26PM 21     Q.   AND IS THE SUBJECT 409A REPORT?

12:26PM 22     A.   YES.

12:26PM 23     Q.   AND DO YOU ATTACH ANOTHER ARANCA REPORT SIMILAR TO THE

12:26PM 24     ONES THAT WE'VE LOOKED AT PREVIOUSLY?

12:26PM 25     A.   YES.

12:26PM  1    Q.   OKAY.  AND DID YOU -- DID YOU USE THE ATTACHMENT IN THE

12:26PM  2    ORDINARY COURSE OF BUSINESS TO VALUE THE STOCK OPTIONS?

12:26PM  3    A.   YES.

12:26PM  4         MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

12:26PM  5    EXHIBIT 5190.

12:26PM  6         MR. COOPERSMITH:  SAME 802 OBJECTION, YOUR HONOR.

12:26PM  7         THE COURT:  THANK YOU.  THE OBJECTION IS OVERRULED.

12:26PM  8    803(6).  IT WILL BE ADMITTED, AND IT MAY BE PUBLISHED.

12:26PM  9         (GOVERNMENT'S EXHIBIT 5190 WAS RECEIVED IN EVIDENCE.)

12:26PM  10   BY MR. LEACH:

12:26PM  11   Q.   MS. SPIVEY, IN THE EMAIL YOU WROTE, "THE CURRENT VALUE IS

12:27PM  12   $1.44 PER SHARE."

12:27PM  13        AND THEN THERE'S A SUMMARY OF DIFFERENT METHODS.  ARE

12:27PM  14   THOSE METHODS THAT ARANCA USED TO REACH THE VALUATION?

12:27PM  15   A.   YES.

12:27PM  16   Q.   AND WHY ARE YOU REPORTING THE CURRENT VALUE OF 1.44 PER

12:27PM  17   SHARE TO MS. HOLMES AND MR. BALWANI?

12:27PM  18   A.   I DON'T UNDERSTAND THE QUESTION.

12:27PM  19   Q.   WHY WERE YOU HIGHLIGHTING THAT INFORMATION FROM MS. HOLMES

12:27PM  20   AND MR. BALWANI, IF YOU REMEMBER?

12:27PM  21   A.   I MEAN, THAT WAS THE VALUE FOR THE 409 REPORTS, AND I

12:27PM  22   DON'T REMEMBER WHAT THE PURPOSE.  MAYBE IT WAS STOCK OPTION

12:27PM  23   GRANTING OR SOMETHING.  I DON'T REMEMBER.

12:27PM  24   Q.   OKAY.  YOU DON'T REMEMBER WHY YOU HIGHLIGHTED THAT

12:28PM  25   INFORMATION FROM THEM?

SPIVEY DIRECT BY MR. LEACH                                        2036

12:28PM  1    A.   RIGHT.

12:28PM  2    Q.   OKAY.  LET'S LOOK AT A PORTION OF THE REPORT.

12:28PM  3         I WANT TO DRAW YOUR ATTENTION TO PAGE 31.  AND DOES THIS

12:28PM  4    PORTION OF THE REPORT SUMMARIZE THE REVENUE ESTIMATES THAT

12:28PM  5    THERANOS WAS PROVIDING TO ARANCA?

12:28PM  6    A.   YES.

12:28PM  7    Q.   OKAY.  IF WE LOOK OVER TO THE FAR RIGHT COLUMN, DO YOU SEE

12:28PM  8    WHERE IT SAYS DEC-15?

12:28PM  9    A.   YES.

12:28PM  10   Q.   IS THAT THE YEAR END IN 2015?

12:28PM  11   A.   YES.

12:28PM  12   Q.   AND THE REVENUE PROJECTION THAT THERANOS PROVIDED TO

12:28PM  13   ARANCA WAS 113,452,000?

12:28PM  14   A.   YES.

12:28PM  15   Q.   AND THE NUMBER THAT WE SAW IN THE EMAIL THAT YOU WERE

12:29PM  16   EXCHANGING WITH MS. HOLMES WAS ROUGHLY IN THE HUNDRED MILLION

12:29PM  17   DOLLAR RANGE?

12:29PM  18   A.   CORRECT.

12:29PM  19   Q.   OKAY.  AND IF WE LOOK AT THE NEXT PAGE, PAGE 32, DO YOU

12:29PM  20   SEE THAT THERE ARE ALSO ESTIMATES FOR 2016, 2017, AND 2018?

12:29PM  21   A.   YES.

12:29PM  22   Q.   AND ARE THOSE NUMBERS IN THE RANGE OF WHAT YOU WERE

12:29PM  23   TALKING ABOUT WITH MS. HOLMES IN THE PRIOR EMAIL?

12:29PM  24   A.   YES.

12:29PM  25   Q.   AND I THINK WE TALKED ABOUT EARLIER -- IF WE CAN GO BACK

12:29PM   1    TO PAGE 31.  THERE'S A FORECAST OF 2014 REVENUE OF 150,000.

12:29PM   2        AM I READING THAT CORRECTLY?

12:29PM   3    A.   YES.

12:29PM   4    Q.   OKAY.  AND IS THAT ROUGHLY IN LINE WITH WHAT THERANOS

12:29PM   5    ACTUALLY ACHIEVED IN 2014?

12:29PM   6    A.   YES.

12:29PM   7    Q.   LET'S NEXT GO TO 5209, PLEASE.  AND I'M SORRY, BUT THAT'S

12:30PM   8    IN VOLUME 2.

12:30PM   9        DO YOU HAVE 5209 IN FRONT OF YOU, MS. SPIVEY?

12:30PM  10    A.   YES.

12:30PM  11    Q.   AND IS THIS AN EMAIL FROM YOU TO MS. HOLMES AND

12:30PM  12    MR. BALWANI RELATING TO THE 409 ISSUE?

12:30PM  13    A.   YES.

12:30PM  14    Q.   AND IS THIS DATED APRIL 13TH, 2015?

12:30PM  15    A.   YES.

12:30PM  16    Q.   AND DO YOU ATTACH FOR MS. HOLMES AND MR. BALWANI THE

12:30PM  17    LATEST 409A REPORT?

12:31PM  18    A.   YES.

12:31PM  19            MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

12:31PM  20    EXHIBIT 5209.

12:31PM  21            MR. COOPERSMITH:  SAME.  802, YOUR HONOR.

12:31PM  22            THE COURT:  DID YOU WANT TO -- IS THIS THE SAME

12:31PM  23    REPORT?  I'M SORRY.

12:31PM  24            MR. LEACH:  IT'S A DIFFERENT REPORT, BUT SIMILAR

12:31PM  25    CONCEPTS.

SPIVEY DIRECT BY MR. LEACH                                           2038

12:31PM   1                    THE COURT:  DO YOU WANT TO JUST LAY A FOUNDATION?

12:31PM   2                    MR. LEACH:  SURE.

12:31PM   3        Q.   COULD I DRAW YOUR ATTENTION -- DO YOU SEE IN THE EMAIL,

12:31PM   4        MS. SPIVEY, THERE ARE TWO ATTACHMENTS?

12:31PM   5        A.   YES.

12:31PM   6        Q.   AND ONE IS A PDF AND ONE IS AN EXCEL SPREADSHEET?

12:31PM   7        A.   YES.

12:31PM   8        Q.   OKAY.  AND IF I COULD DRAW YOUR ATTENTION TO PAGE 2, DO

12:31PM   9        YOU SEE THERE'S A REPORT PREPARED BY ARANCA?

12:31PM  10        A.   YES.

12:31PM  11        Q.   AND IS THIS ANOTHER SITUATION OF A STOCK OPTION VALUATION

12:31PM  12        REPORT THAT YOU WOULD USE IN THE ORDINARY COURSE OF BUSINESS?

12:31PM  13        A.   YES.

12:31PM  14        Q.   AND DID YOU KEEP THIS IN THE ORDINARY COURSE OF THERANOS'S

12:31PM  15        BUSINESS?

12:31PM  16        A.   YES.

12:31PM  17        Q.   AND WAS IT PREPARED BASED ON INFORMATION BY PEOPLE WITH

12:32PM  18        KNOWLEDGE AT OR AROUND THE TIME?

12:32PM  19        A.   YES.

12:32PM  20        Q.   AND DID YOU RELY ON THE ACCURACY OF THIS TO PREPARE

12:32PM  21        THERANOS'S BOOKS AND RECORDS RELATING TO THE STOCK OPTION

12:32PM  22        VALUATION?

12:32PM  23        A.   YES.

12:32PM  24                    MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

12:32PM  25        EXHIBIT 5209.

ER-1384

12:32PM  1          THE COURT:  THE OBJECTION IS OVERRULED.  IT'S

12:32PM  2     ADMITTED.  803(6).  IT MAY BE PUBLISHED.

12:32PM  3          (GOVERNMENT'S EXHIBIT 5209 WAS RECEIVED IN EVIDENCE.)

12:32PM  4          MR. LEACH:  IF WE CAN PLEASE GO, MS. WACHS, TO

12:32PM  5     PAGE 29.

12:32PM  6     Q.   DO YOU SEE THE HEADING BUSINESS PLAN REVIEW, MS. SPIVEY?

12:32PM  7     A.   YES.

12:32PM  8     Q.   AND DO YOU SEE WHERE IT SAYS, "THERANOS'S MANAGEMENT HAS

12:32PM  9     DEVELOPED FINANCIAL PROJECTIONS FOR THE BUSINESS BASED ON THEIR

12:32PM  10    REVIEW OF THE MARKET OPPORTUNITY, OPERATIONAL PLAN OF

12:32PM  11    COMMERCIALIZING THE SERVICE RECOVERS OFFERING, AND THE TIEUP

12:33PM  12    WITH WALGREENS."

12:33PM  13          DO YOU SEE THAT LANGUAGE?

12:33PM  14    A.   YES.

12:33PM  15    Q.   AND IF WE COULD GO TO PAGE 3.  I'M SORRY.  PAGE 30.

12:33PM  16          DO YOU SEE THE HEADING 4.3 INCOME STATEMENT?

12:33PM  17    A.   YES.

12:33PM  18    Q.   AND DOES THIS SUMMARIZE REVENUE PROJECTIONS THAT THERANOS

12:33PM  19    PROVIDED TO ARANCA FOR THE VALUATION?

12:33PM  20    A.   YES.

12:33PM  21    Q.   OKAY.  AND DO YOU SEE THE COLUMN FOR DECEMBER 2015?

12:33PM  22    A.   YES.

12:33PM  23    Q.   AND DO YOU SEE THE AMOUNT OF 113,438,000?

12:33PM  24    A.   YES.

12:33PM  25    Q.   OKAY.  IS THAT NUMBER SIMILAR TO WHAT WE SAW IN THE PRIOR

12:33PM   1    REPORT IN THE LAST EXHIBIT?

12:33PM   2    A.   SIMILAR, YES.

12:33PM   3    Q.   YEAH.  AND THE NUMBERS FOR 2016, 2017, 2018, ARE THOSE

12:34PM   4    ALSO SIMILAR TO THE PROJECTIONS WE SAW IN THE PRIOR EXHIBIT?

12:34PM   5    A.   YES.

12:34PM   6    Q.   OKAY.  YOU CAN PUT THAT BINDER ASIDE.

12:34PM   7         LET ME ASK ABOUT EXHIBIT 2623, WHICH SHOULD BE IN

12:34PM   8    VOLUME 1.

12:34PM   9         DOES THIS APPEAR TO BE AN EMAIL FROM YOU TO

12:34PM  10    ELIZABETH HOLMES AND SUNNY BALWANI DATED JULY 16TH, 2015?

12:34PM  11    A.   YES.

12:34PM  12    Q.   OKAY.  SO -- AND IS THE SUBJECT 409A?

12:35PM  13    A.   YES.

12:35PM  14    Q.   AND IS THIS ANOTHER EXAMPLE OF BACK AND FORTH BETWEEN YOU,

12:35PM  15    MS. HOLMES, AND MR. BALWANI ABOUT 409A VALUATIONS?

12:35PM  16    A.   YES.

12:35PM  17              MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

12:35PM  18    EXHIBIT 2623.

12:35PM  19              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

12:35PM  20              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

12:35PM  21         (GOVERNMENT'S EXHIBIT 2623 WAS RECEIVED IN EVIDENCE.)

12:35PM  22              MR. LEACH:  IF WE COULD GO TO PAGE 2, MS. WACHS.

12:35PM  23    Q.   DOWN AT THE BOTTOM, MS. SPIVEY, THERE'S AN EMAIL FROM YOU

12:35PM  24    WITH THE SUBJECT SUNIL DHAWAN.

12:35PM  25         DO YOU SEE THAT?

SPIVEY DIRECT BY MR. LEACH                                    2041

12:35PM  1    A.  YES.

12:35PM  2    Q.  AND YOU WROTE DOWN AT THE BOTTOM, "HI SUNNY," AND IT

12:35PM  3    CONTINUES ON THE NEXT PAGE, "AS WE BRIEFLY TOUCHED BASE LAST

12:35PM  4    NIGHT, ALL OPTION GRANTS WOULD BE PENDING ON THE 409A VALUATION

12:35PM  5    (DUE TO MARK'S TRANSACTION).  IF YOU CAN HELP REVIEW THE

12:36PM  6    ASSUMPTIONS USED FOR THE PROJECTIONS, WE WILL MOVE THIS ALONG

12:36PM  7    QUICKLY.

12:36PM  8         THANKS, DANISE."

12:36PM  9         DO YOU SEE THAT?

12:36PM 10    A.  YES.

12:36PM 11    Q.  IS THAT AN EXAMPLE OF YOU SEEKING INPUT FROM MR. BALWANI

12:36PM 12    ABOUT WHAT TO DO FOR PROJECTIONS -- ON WHAT PROJECTIONS TO

12:36PM 13    PROVIDE TO ARANCA?

12:36PM 14    A.  YES.

12:36PM 15    Q.  LET'S GO BACK TO PAGE 2, PLEASE.  AND IF WE CAN ZOOM IN ON

12:36PM 16    THE EMAIL IN MIDDLE OF THE PAGE AT 8:19.

12:36PM 17         DO YOU SEE WHERE YOU WROTE, "PLEASE SEE ATTACHED FOR THE

12:36PM 18    FULL PROJECTION MODEL.  THE QUICKEST TURN-AROUND TIME IS TWO

12:36PM 19    WEEKS, DEPENDING ON HOW MUCH CHANGES TO THE ASSUMPTIONS WE ARE

12:36PM 20    MAKING.  THE ASSUMPTIONS WE HAD BEEN USING SINCE SEPTEMBER 2014

12:36PM 21    WERE AS FOLLOWS."

12:36PM 22         DO YOU SEE THAT?

12:36PM 23    A.  YES.

12:36PM 24    Q.  AND THEN THERE'S A TABLE BENEATH THAT.

12:36PM 25         WHAT IS REPRESENTED IN THE TABLE?

12:36PM 1    A.   THAT'S THE REVENUE NUMBER AND THE OTHER ASSUMPTIONS THAT I

12:37PM 2    USED TO CREATE THE PROJECTIONS THAT WE SENT TO ARANCA.

12:37PM 3    Q.   OKAY.  AND BASED ON THIS EMAIL, IS IT YOUR BELIEF THAT

12:37PM 4    THESE ARE THE PROJECTIONS THAT YOU HAD BEEN PROVIDING TO ARANCA

12:37PM 5    SINCE SEPTEMBER OF 2014?

12:37PM 6    A.   YES.

12:37PM 7    Q.   AND YOU WERE DOING YOUR BEST TO BE AS ACCURATE AS POSSIBLE

12:37PM 8    WITH ARANCA?

12:37PM 9    A.   YES.

12:37PM 10   Q.   LET'S GO BACK TO THE FIRST PAGE.

12:37PM 11        LOOK AT THE TOP EMAIL.  YOU WROTE HERE, "HI ELIZABETH,

12:37PM 12        "REVISED REVENUE NUMBERS PER DISCUSSION AND UPDATED MODEL.

12:37PM 13   I WILL SEND THIS TO ARANCA.

12:37PM 14        "WE WILL STILL NEED TO KNOW HOW MANY OPTIONS WILL BE

12:38PM 15   GRANTED AT THE NEW VALUE (WHETHER AND HOW MANY TO INCLUDE FOR

12:38PM 16   YOU AND SB).

12:38PM 17        "THANKS, DANISE."

12:38PM 18        DO YOU SEE THAT?

12:38PM 19   A.   YES.

12:38PM 20   Q.   AND IT LOOKS LIKE THE REVENUE NUMBER FOR 2015 IS NOW

12:38PM 21   $53 MILLION.

12:38PM 22        DO YOU SEE THAT?

12:38PM 23   A.   YES.

12:38PM 24   Q.   AND SO THE NUMBERS HAVE GONE DOWN?

12:38PM 25   A.   YES.

SPIVEY DIRECT BY MR. LEACH                                    2043

12:38PM  1    Q.   AND SITTING HERE TODAY, DO YOU HAVE A MEMORY OF WHY THAT

12:38PM  2    IS THE CASE?

12:38PM  3    A.   I DO NOT KNOW.

12:38PM  4    Q.   OKAY.  AND IS THIS AN EXAMPLE OF YOU SEEKING INPUT FROM

12:38PM  5    MR. BALWANI AND MS. HOLMES ABOUT WHAT INFORMATION TO PROVIDE TO

12:38PM  6    ARANCA?

12:38PM  7    A.   YES.

12:38PM  8    Q.   LET ME DRAW YOUR ATTENTION NOW TO EXHIBIT 4859.

12:39PM  9    A.   OKAY.

12:39PM  10   Q.   DID YOU PREPARE THIS?

12:39PM  11   A.   NO.

12:39PM  12   Q.   DID YOU RECOGNIZE THE HANDWRITING ON THIS?

12:39PM  13   A.   NO.

12:39PM  14   Q.   AND PRIOR TO 2015, HAD YOU EVER SEEN THIS?

12:39PM  15   A.   NO.

12:39PM  16   Q.   OKAY.  DURING PRIOR PROCEEDINGS AND MEETINGS WITH THE

12:39PM  17   GOVERNMENT, DID YOU HAVE AN OPPORTUNITY TO SEE THIS?

12:39PM  18   A.   YES.

12:39PM  19   Q.   OKAY.  BUT IT'S NOT SOMETHING THAT YOU HAD A HAND IN

12:39PM  20   PREPARING?

12:39PM  21   A.   CORRECT.

12:39PM  22        MR. LEACH:  YOUR HONOR, I OFFER EXHIBIT 4859 UNDER

12:39PM  23   RULE 104.  I ANTICIPATE ANOTHER WITNESS WILL LAY THE FOUNDATION

12:39PM  24   FOR THIS.

12:39PM  25        MR. COOPERSMITH:  YOUR HONOR, I HAVE A HEARSAY

SPIVEY DIRECT BY MR. LEACH                                    2044

12:39PM  1    OBJECTION TO THE EXHIBIT.  I UNDERSTAND THAT THEY MAY CALL

12:39PM  2    ANOTHER WITNESS, SO WE WOULD LIKE THE INSTRUCTION ON

12:39PM  3    CONDITIONAL EXHIBITS.

12:39PM  4            THE COURT:  ALL RIGHT.  THANK YOU.

12:39PM  5        OTHERWISE YOU HAVE NO OBJECTION?

12:40PM  6            MR. COOPERSMITH:  SUBJECT TO IT BEING --

12:40PM  7            THE COURT:  SURE.

12:40PM  8            MR. COOPERSMITH:  RIGHT.

12:40PM  9            THE COURT:  LADIES AND GENTLEMEN, THIS WILL BE

12:40PM 10    ADMITTED CONDITIONALLY.

12:40PM 11        PLEASE RECALL SOME OTHER EXHIBITS WERE ADMITTED IN THIS

12:40PM 12    FASHION.  THAT IS, THIS IS BEING ADMITTED AND IT WILL BE

12:40PM 13    PUBLISHED AND DISCUSSED SUBJECT TO A FURTHER FOUNDATION BEING

12:40PM 14    LAID BY ANOTHER WITNESS LATER IN THIS CASE.

12:40PM 15        SHOULD THAT FOUNDATION NOT OCCUR OR SHOULD THERE BE AN

12:40PM 16    ISSUE WITH THE ADMISSION OF THIS, I WILL THEN STRIKE THE

12:40PM 17    EXHIBIT, AS WELL AS ALL OF THE TESTIMONY THAT OCCURRED ABOUT

12:40PM 18    THE EXHIBIT.

12:40PM 19        WITH THAT PROVISO THEN, IT WILL BE CONDITIONALLY ADMITTED,

12:40PM 20    AND IT MAY BE PUBLISHED.

12:40PM 21        (GOVERNMENT'S EXHIBIT 4859 WAS CONDITIONALLY RECEIVED IN

12:40PM 22    EVIDENCE.)

12:40PM 23            MR. LEACH:  AND IF WE CAN ZOOM IN ON THE TOP HALF OF

12:40PM 24    THIS, MS. WACHS.  THAT'S GREAT.

12:41PM 25    Q.  DO YOU SEE THE HEADING PROJECTED STATEMENT OF INCOME,

12:41PM  1    MS. SPIVEY?

12:41PM  2    A.   YES.

12:41PM  3    Q.   AND DO YOU SEE TO THE RIGHT THERE ARE TWO COLUMNS FOR THE

12:41PM  4    PERIOD ENDING 2014 AND THE PERIOD ENDING 2015?

12:41PM  5    A.   YES.

12:41PM  6    Q.   AND DO YOU SEE TO THE LEFT THERE ARE SOME ENTRIES FOR

12:41PM  7    REVENUE U.S. COMMERCIAL ONLY?

12:41PM  8    A.   YES.

12:41PM  9    Q.   AND BENEATH THAT THERE ARE LINES, LAB SERVICES FROM U.S.

12:41PM  10   RETAIL PHARMACIES; LAB SERVICES REVENUE FROM PHYSICIAN OFFICES;

12:41PM  11   LAB SERVICES REVENUE FROM HOSPITALS; ONSITE SERVICES REVENUE

12:41PM  12   FROM HOSPITALS; PHARMACEUTICAL SERVICES; AND DOD.

12:41PM  13        DO YOU SEE THOSE ENTRIES?

12:41PM  14   A.   YES.

12:41PM  15   Q.   AND THEN THERE ARE SOME NUMBERS TO THE RIGHT?

12:41PM  16   A.   YES.

12:41PM  17   Q.   AND YOU DIDN'T HAVE A HAND IN PUTTING THESE TOGETHER?

12:41PM  18   A.   NO.

12:41PM  19   Q.   OKAY.  DO YOU KNOW WHETHER THIS WAS EVER PROVIDED TO AN

12:41PM  20   INVESTOR?

12:41PM  21   A.   I DO NOT KNOW.

12:41PM  22   Q.   OKAY.  DO YOU KNOW WHERE THE NUMBERS IN HERE COME FROM?

12:42PM  23   A.   I DO NOT KNOW.

12:42PM  24   Q.   OKAY.  THERE'S AN ENTRY OF $40 MILLION IN 2014 FOR

12:42PM  25   PHARMACEUTICAL SERVICES.

SPIVEY DIRECT BY MR. LEACH                                    2046

12:42PM  1        DO YOU SEE THAT?

12:42PM  2    A.   YES.

12:42PM  3    Q.   DID THERANOS HAVE ANY REVENUE FROM PHARMACEUTICAL SERVICES

12:42PM  4    IN 2014?

12:42PM  5    A.   NO.

12:42PM  6    Q.   TO THE RIGHT THERE'S A NUMBER FOR 2015 AND IT'S CROSSED

12:42PM  7    OUT.

12:42PM  8        DO YOU SEE THAT?

12:42PM  9    A.   YES.

12:42PM  10   Q.   AND DID THERANOS HAVE ANY PHARMACEUTICALS REVENUE IN 2015?

12:42PM  11   A.   NO.

12:42PM  12   Q.   ABOVE THAT THERE IS AN ENTRY OF $47 MILLION FOR LAB

12:42PM  13   SERVICES REVENUE FROM HOSPITALS IN 2014.

12:42PM  14       DO YOU SEE THAT?

12:42PM  15   A.   YES.

12:42PM  16   Q.   AND DID THERANOS EVER HAVE ANY REVENUE FROM HOSPITALS?

12:42PM  17   A.   NO.

12:42PM  18   Q.   ABOVE THAT THERE IS AN ENTRY FOR $11 MILLION.

12:42PM  19       DO YOU SEE THAT?

12:42PM  20   A.   YES.

12:42PM  21   Q.   AND THIS IS ASSOCIATED WITH LAB SERVICES REVENUE FROM

12:42PM  22   PHYSICIAN OFFICES?

12:42PM  23   A.   YES.

12:42PM  24   Q.   AND DID THERANOS EVER HAVE REVENUE FROM PHYSICIAN OFFICES?

12:43PM  25   A.   NO.

ER-1392

12:43PM  1    Q.  DO YOU SEE WHERE THE TOTAL REVENUE FOR 2014 IS

12:43PM  2    $140 MILLION?

12:43PM  3    A.  YES.

12:43PM  4    Q.  OKAY.  AND DO YOU SEE TO THE RIGHT WHERE IT IS CIRCLED

12:43PM  5    $990 MILLION?

12:43PM  6        DO YOU SEE THAT?

12:43PM  7    A.  990 MILLION, YES.

12:43PM  8    Q.  OKAY.  AND YOU DON'T KNOW -- YOU HAVE NO IDEA WHERE THAT

12:43PM  9    COMES FROM?

12:43PM 10    A.  NO.

12:43PM 11    Q.  OKAY.  MS. WACHS, IF WE COULD PLEASE COMPARE THIS TO

12:43PM 12    EXHIBIT 2623, PAGE 2.

12:43PM 13        MY QUESTION, MS. SPIVEY, IN 2623, THE PROJECTED REVENUE

12:44PM 14    WAS $113 MILLION.

12:44PM 15        DO YOU SEE THAT?

12:44PM 16    A.  YES.

12:44PM 17    Q.  AND IN THIS DOCUMENT IT'S $990 MILLION.

12:44PM 18        DO YOU SEE THAT?

12:44PM 19    A.  YES.

12:44PM 20    Q.  AND DO YOU HAVE ANY EXPLANATION FOR THE DIFFERENCE IN

12:44PM 21    THOSE TWO?

12:44PM 22    A.  NO.

12:44PM 23    Q.  DID MS. HOLMES OR MR. BALWANI EVER TELL YOU THAT THEY WERE

12:44PM 24    PROVIDING PROJECTIONS DIFFERENT FROM WHAT WAS GOING TO ARANCA

12:44PM 25    TO SOME OTHER AUDIENCE?

SPIVEY DIRECT BY MR. LEACH                                    2048

12:44PM   1    A.   NO.

12:44PM   2    Q.   DID THERANOS EVER ACHIEVE ANYTHING CLOSE TO $990 MILLION

12:44PM   3    IN REVENUE?

12:44PM   4    A.   NO.

12:44PM   5    Q.   I'M SORRY?

12:44PM   6    A.   NO.

12:44PM   7    Q.   OKAY.  I WANT TO SWITCH TOPICS, MS. SPIVEY, TO A FINAL FEW

12:44PM   8    LAST TOPICS, AND DRAW YOUR ATTENTION IN VOLUME 2 TO

12:44PM   9    EXHIBIT 5454.

12:45PM  10         IS THIS AN EMAIL FROM YOU TO MS. HOLMES AND MR. BALWANI

12:45PM  11    DATED JULY 25TH, 2015?

12:45PM  12    A.   YES.

12:45PM  13    Q.   AND ARE YOU SEEKING APPROVAL FROM MS. HOLMES AND

12:45PM  14    MR. BALWANI FOR CERTAIN EXPENSES OF THE COMPANY?

12:45PM  15    A.   YES.

12:45PM  16    Q.   AND FROM TIME TO TIME -- WHO HAD TO APPROVE EXPENSES

12:45PM  17    WITHIN THERANOS?

12:45PM  18    A.   THAT DEPENDS ON THE AMOUNT OF THE EXPENSES, BUT ALL

12:45PM  19    PAYMENT WILL GO THROUGH SUNNY BALWANI.

12:45PM  20    Q.   SO HE APPROVED EVERY PAYMENT?

12:45PM  21    A.   YES.

12:45PM  22    Q.   OKAY.  AND WHEN YOU WERE SEEKING MR. BALWANI'S APPROVAL

12:46PM  23    FOR PAYMENTS, DID YOU DO YOUR BEST TO BE ACCURATE?

12:46PM  24    A.   YES.

12:46PM  25    Q.   AND DID YOU OCCASIONALLY SEEK APPROVAL FROM HIM BY MEANS

12:46PM 1    OF EMAIL IN THE ORDINARY COURSE OF BUSINESS?

12:46PM 2    A.   YES.

12:46PM 3    Q.   AND DID YOU KEEP THOSE EMAILS IN ORDER TO MEMORIALIZE WHAT

12:46PM 4    YOU WERE SEEKING FROM MR. BALWANI AND WHAT HE APPROVED?

12:46PM 5    A.   YES.

12:46PM 6    Q.   OKAY.   THERE'S AN ATTACHMENT TO THIS DOCUMENT ON PAGE 4.

12:46PM 7         DO YOU SEE THAT?

12:46PM 8    A.   YES.

12:46PM 9    Q.   AND WERE YOU PROVIDING THIS TO MR. BALWANI SO THAT HE

12:46PM 10   COULD KNOW THE SUBSTANCE OF WHAT YOU WERE SEEKING APPROVAL FOR?

12:46PM 11   A.   YES.

12:46PM 12        MR. LEACH:   YOUR HONOR, THE GOVERNMENT OFFERS

12:46PM 13   EXHIBIT 5454.

12:46PM 14        MR. COOPERSMITH:   NO OBJECTION, YOUR HONOR.

12:46PM 15        THE COURT:   IT'S ADMITTED.   IT MAY BE PUBLISHED.

12:46PM 16   (GOVERNMENT'S EXHIBIT 5454 WAS RECEIVED IN EVIDENCE.)

12:46PM 17   BY MR. LEACH:

12:46PM 18   Q.   LET ME DRAW YOUR ATTENTION, MS. SPIVEY, TO THE BOTTOM

12:47PM 19   PORTION OF THE EMAIL, THE ONE FROM SOMEONE NAMED

12:47PM 20   CARISA BIANCHI.

12:47PM 21        DO YOU SEE THAT?

12:47PM 22   A.   YES.

12:47PM 23   Q.   AND WHO IS SHE?

12:47PM 24   A.   SHE WAS THE HEAD OF MARKETING AT THERANOS.

12:47PM 25   Q.   THE HEAD OF MARKETING?

12:47PM  1    A.   YEAH.

12:47PM  2    Q.   OKAY.  AND THE SUBJECT IS HORIZON MEDIA.

12:47PM  3         WHAT IS HORIZON MEDIA?

12:47PM  4    A.   IT'S A COMPANY THAT HANDLES ALL OF THE MARKETING CAMPAIGN

12:47PM  5    FOR THERANOS.

12:47PM  6    Q.   AND WHEN YOU SAY "THE MARKETING CAMPAIGN," WHAT DOES THAT

12:47PM  7    MEAN?

12:47PM  8    A.   THE T.V. COMMERCIAL, RADIO, SOMETHING LIKE THAT.

12:47PM  9    Q.   MS. BIANCHI WRITES IN THE EMAIL, "HI SUNNY.

12:47PM 10         "HERE IS THE DETAILED LIST OF WHAT IS INCLUDED IN THE

12:47PM 11    PHOENIX MEDIA PLAN FOR THIRD AND FOURTH QUARTER.

12:47PM 12         "ALL INVOICES REFLECT DATES THROUGH END OF YEAR."

12:48PM 13         DO YOU SEE THAT LANGUAGE?

12:48PM 14    A.   YES.

12:48PM 15    Q.   AND THEN IN ITEM NUMBER 2, IT SAYS, "WIRE FUNDS DUE 7/31,

12:48PM 16    $1,126,661."

12:48PM 17         DO YOU SEE THAT?

12:48PM 18    A.   YES.

12:48PM 19    Q.   AND THEN IT SAYS "FOR 3Q AND 4Q T.V."

12:48PM 20         DO YOU SEE THAT?

12:48PM 21    A.   YES.

12:48PM 22    Q.   AND IS THAT CONSISTENT WITH THE TYPE OF MARKETING THAT

12:48PM 23    THERANOS WOULD PAY HORIZON MEDIA FOR?

12:48PM 24    A.   YES.

12:48PM 25    Q.   AND SHE THEN WRITES, "I WILL HAVE THE 3Q AND 4Q BUYS READY

12:48PM 1      FOR YOUR AND ELIZABETH'S REVIEW NEXT TUESDAY."

12:48PM 2          AND THEN IT CONTINUES ON THE NEXT PAGE.

12:48PM 3          DO YOU SEE WHERE IT SAYS, "THERE IS ALSO AN EXPENDITURE

12:48PM 4      FOR 3Q AND 4Q RADIO"?

12:48PM 5      A.   YES.

12:48PM 6      Q.   AND THEN BENEATH THAT IT SAYS, SEPTEMBER DJ AND T.V. HOST

12:48PM 7      ON-AIR SEGMENTS, ATTACHING PROPOSED DJ COPY POINTS.

12:49PM 8          DO YOU SEE THAT?

12:49PM 9      A.   YES.

12:49PM 10     Q.   AND THEN IF WE GO BACK TO PAGE 1 UP AT THE TOP, DO YOU SEE

12:49PM 11     THE ATTACHMENT FOR DJ COPY POINTS.DOCX?

12:49PM 12         DO YOU SEE THAT ATTACHMENT?

12:49PM 13     A.   YES.

12:49PM 14     Q.   AND DO YOU BELIEVE THAT TO BE A REFERENCE TO ATTACHING

12:49PM 15     PROPOSED DJ COPY POINTS?

12:49PM 16     A.   YES.

12:49PM 17     Q.   OKAY.  AND YOU WROTE TO MR. BALWANI AND MS. HOLMES,

12:49PM 18     "CARISA GAVE MORE DETAILS ABOUT THE WIRE REQUEST.  DO YOU WANT

12:49PM 19     ME TO SUBMIT A WIRE FOR MONDAY DELIVERY?"

12:49PM 20         DO YOU SEE THAT?

12:49PM 21     A.   YES.

12:49PM 22     Q.   AND IS THAT CONSISTENT WITH YOUR PRACTICE OF SEEKING

12:49PM 23     APPROVAL FROM MR. BALWANI FOR ALL WIRE TRANSFERS?

12:49PM 24     A.   YES.

12:49PM 25     Q.   PLEASE GO BACK IN YOUR BINDER TO EXHIBIT 5795.  THIS

12:50PM   1    SHOULD BE IN VOLUME 2.

12:50PM   2         IS THIS AN EMAIL FROM YOU TO MR. BALWANI DATED JUNE 25TH,

12:50PM   3    2015?

12:50PM   4    A.   YES.

12:50PM   5    Q.   AND ARE YOU SEEKING APPROVAL FOR PAYMENT FOR ANOTHER

12:50PM   6    EXPENSE ASSOCIATED WITH THE COMPANY?

12:50PM   7    A.   YES.

12:50PM   8    Q.   AND DID YOU SEND THIS IN THE ORDINARY COURSE OF THERANOS'S

12:50PM   9    BUSINESS?

12:50PM  10    A.   YES.

12:50PM  11    Q.   IS THIS BASED ON INFORMATION FROM YOU OR PROVIDED TO YOU

12:50PM  12    BY PERSONS WITH KNOWLEDGE?

12:50PM  13    A.   YES.

12:50PM  14    Q.   AND WAS THIS KEPT IN THE ORDINARY COURSE OF BUSINESS?

12:50PM  15    A.   YES.

12:50PM  16    Q.   AND DID YOU DO YOUR BEST TO ACCURATELY SUMMARIZE FOR

12:50PM  17    MR. BALWANI WHAT YOU WERE SEEKING APPROVAL FOR?

12:50PM  18    A.   YES.

12:51PM  19         MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

12:51PM  20    EXHIBIT 5795.

12:51PM  21         MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

12:51PM  22         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:51PM  23    (GOVERNMENT'S EXHIBIT 5795 WAS RECEIVED IN EVIDENCE.)

12:51PM  24    BY MR. LEACH:

12:51PM  25    Q.   MS. SPIVEY, I WANT TO DRAW YOUR ATTENTION TO THE SUBSTANCE

12:51PM  1    OF THE EMAIL.

12:51PM  2        YOU WROTE, "HI SUNNY.

12:51PM  3        "THIS WIRE IS REQUESTED BY HEATHER/EVAN AND IS FOR THE

12:51PM  4    REFERENCE MATTER OF ERIKA CHEUNG AND TYLER SHULTZ."

12:51PM  5        DO YOU SEE THAT?

12:51PM  6    A.   YES.

12:51PM  7    Q.   AND WHO DID YOU REFER TO -- WHO IS HEATHER?

12:51PM  8    A.   HEATHER WAS THE GENERAL COUNSEL AT THERANOS.

12:51PM  9    Q.   OKAY.  AND WHO IS EVAN?

12:51PM  10   A.   EVAN WAS AN ATTORNEY AT BOIES SCHILLER.

12:51PM  11   Q.   AND WHAT IS BOIES SCHILLER?

12:51PM  12   A.   IT'S A LAW FIRM THAT THERANOS USED.

12:51PM  13   Q.   AND DID YOU HAVE OCCASION FROM TIME TO TIME TO INTERACT

12:51PM  14   WITH BOIES SCHILLER LAWYERS?

12:52PM  15   A.   YES.

12:52PM  16   Q.   YOU THEN WROTE -- AND YOU RECOGNIZE ERIKA CHEUNG AND

12:52PM  17   TYLER SHULTZ AS EMPLOYEES OR FORMER EMPLOYEES OF THERANOS?

12:52PM  18   A.   YES.

12:52PM  19   Q.   YOU THEN WROTE, "I AM ATTACHING THE ENGAGEMENT LETTER

12:52PM  20   BETWEEN BSF AND INTERFOR."

12:52PM  21       DO YOU SEE THAT?

12:52PM  22   A.   YES.

12:52PM  23   Q.   AND THERE'S A PROPOSED PAYMENT TO INTERFOR FOR

12:52PM  24   $24,552.30.

12:52PM  25       DO YOU SEE THAT?

SPIVEY DIRECT BY MR. LEACH                                   2054

12:52PM   1      A.   YES.

12:52PM   2      Q.   AND IN THE COMMENTS IT SAYS LEGAL.

12:52PM   3           DO YOU SEE THAT?

12:52PM   4      A.   YES.

12:52PM   5      Q.   AND DO YOU KNOW WHETHER INTERFOR PROVIDES SOME TYPE OF

12:52PM   6      INVESTIGATIVE SERVICES?

12:52PM   7                MR. COOPERSMITH:  OBJECTION.  LEADING.

12:52PM   8                THE COURT:  SUSTAINED.

12:52PM   9      BY MR. LEACH:

12:52PM  10      Q.   BEFORE THIS EMAIL, DID YOU HAVE ANY INFORMATION ABOUT WHAT

12:52PM  11      INTERFOR DID?

12:52PM  12      A.   I DON'T REMEMBER.

12:52PM  13      Q.   WAS -- YOU KNOW THE NAME BOIES SCHILLER?  THEY'RE A LAW

12:52PM  14      FIRM?

12:52PM  15      A.   YES.

12:52PM  16      Q.   DO YOU KNOW WHETHER INTERFOR IS A LAW FIRM?

12:53PM  17      A.   I DO NOT KNOW.

12:53PM  18      Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO EXHIBIT 5796.

12:53PM  19           DO YOU KNOW WHAT THIS DOCUMENT IS?

12:53PM  20      A.   YES.

12:53PM  21      Q.   AND WHAT IS IT?

12:53PM  22      A.   IT'S THE SUMMARY OF EXPENSES BY CATEGORY.

12:53PM  23      Q.   DID YOU PREPARE THIS IN THE ORDINARY COURSES OF THERANOS'S

12:53PM  24      BUSINESS?

12:53PM  25      A.   YES.

ER-1400

12:53PM  1          MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

12:53PM  2     EXHIBIT 5796.

12:53PM  3          MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

12:53PM  4          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:54PM  5     (GOVERNMENT'S EXHIBIT 5796 WAS RECEIVED IN EVIDENCE.)

12:54PM  6     BY MR. LEACH:

12:54PM  7     Q.  I THINK WE MIGHT HAVE TO USE THE NATIVE HERE.

12:54PM  8          MS. SPIVEY, I ONLY HAD ONE QUESTION ON THIS DOCUMENT.  I

12:54PM  9     WANTED TO DRAW YOUR ATTENTION TO ROWS 26 AND 27.

12:54PM  10         DO YOU SEE THE NAMES E. CHEUNG AND T. SHULTZ PROJECT?

12:54PM  11    A.  YES.

12:54PM  12    Q.  AND DO YOU SEE THAT NAME INTERFOR AGAIN?

12:54PM  13    A.  YES.

12:54PM  14    Q.  AND ABOVE THAT THERE'S SOMEONE NAMED DAVID B. FECHHEIMER?

12:54PM  15    A.  YES.

12:54PM  16    Q.  AND DO YOU SEE THAT?

12:54PM  17    A.  YES.

12:54PM  18    Q.  AND DO YOU RECOGNIZE THAT NAME?

12:54PM  19    A.  YES.

12:54PM  20    Q.  AND ARE THESE AMOUNTS THAT WERE PAID TO THESE TWO VENDORS

12:54PM  21    AT SOME POINT IN THE TIME PERIOD OF 2015 TO 2016?

12:54PM  22    A.  I'M NOT SURE ABOUT THE PAYMENT, BUT THIS IS THE AMOUNT

12:54PM  23    THAT THEY BILLED US.

12:54PM  24    Q.  OKAY.  ANY REASON TO DOUBT THAT YOU MADE THOSE PAYMENTS?

12:54PM  25    A.  THERE MAY BE A TIMING DIFFERENCE.

12:54PM  1    Q.   OTHER THAN THE TIMING DIFFERENCE, IS THERE ANY REASON TO

12:55PM  2    BELIEVE THAT YOU DIDN'T MAKE THOSE PAYMENTS?

12:55PM  3    A.   NO.

12:55PM  4    Q.   ONE LAST SUBJECT MATTER, MS. SPIVEY.

12:55PM  5         I'D LIKE TO DISPLAY FOR YOU WHAT IS IN EVIDENCE, WITH THE

12:55PM  6    COURT'S PERMISSION, IT'S EXHIBIT 5387H, WHICH IS IN EVIDENCE,

12:55PM  7    YOUR HONOR.

12:55PM  8              THE COURT:  YES.  THAT MAY BE PUBLISHED.

12:55PM  9    BY MR. LEACH:

12:55PM  10   Q.   MS. SPIVEY, I'M DISPLAYING 5387H, AND I WANT TO DRAW YOUR

12:55PM  11   ATTENTION TO PAGE 4.

12:55PM  12        WAS THIS A DOCUMENT THAT YOU WERE FAMILIAR WITH AT YOUR

12:55PM  13   TIME AT THERANOS?

12:55PM  14   A.   NO.

12:55PM  15   Q.   OKAY.  PRIOR TO TESTIFYING, DID YOU HAVE OCCASION TO LOOK

12:56PM  16   AT SOME OF THE TEXTS THAT ARE ON 5387H?

12:56PM  17   A.   NO.

12:56PM  18   Q.   OKAY.  WELL, LET ME SHOW YOU PAGE 4.

12:56PM  19        DO YOU SEE THAT THERE APPEARS TO BE A TEXT AT -- ON 6/23

12:56PM  20   AT 12:24:55 A.M. TO EAH2003?

12:56PM  21   A.   OH, YES.

12:56PM  22   Q.   AND DO YOU SEE WHERE IT SAYS, "WE WILL GET A PLANE FOR

12:56PM  23   THESE SHORT JOURNEYS AFTER C2."

12:56PM  24        DO YOU SEE THAT?

12:56PM  25   A.   YES.

12:56PM 1    Q.   AND DOES THE TERM C2 HAVE ANY MEANING TO YOU IN YOUR WORK

12:56PM 2    AT THERANOS?

12:56PM 3    A.   YES.  IT'S A CLASSIFICATION OF THE -- ONE OF THE PREFERRED

12:56PM 4    SERIES.

12:56PM 5    Q.   WHAT DO YOU MEAN BY "SERIES"?

12:57PM 6    A.   ONE OF THE PREFERRED STOCK INVESTMENT.

12:57PM 7    Q.   OKAY.  DID THERANOS REFER TO DIFFERENT INVESTMENT ROUNDS

12:57PM 8    AS SERIES?

12:57PM 9    A.   YES.

12:57PM 10   Q.   AND DID THOSE HAVE NUMBERS OR LETTERS ASSOCIATED WITH

12:57PM 11   THEM?

12:57PM 12   A.   YES.

12:57PM 13   Q.   OKAY.  AND WAS C2 ONE OF THEM?

12:57PM 14   A.   YES.

12:57PM 15   Q.   WAS THERE A C1?

12:57PM 16   A.   YES.

12:57PM 17   Q.   AND WAS THERE A B?

12:57PM 18   A.   YES.

12:57PM 19   Q.   OKAY.  AND THIS IS SAYING, "WE WILL GET A PLANE FOR THESE

12:57PM 20   SHORT JOURNEYS AFTER C2."

12:57PM 21       IN THE 2014, 2015 TIME PERIOD, DID THERANOS PAY A VENDOR

12:57PM 22   FOR PRIVATE JETS FOR ITS EXECUTIVES?

12:57PM 23           MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  SUBJECT TO

12:57PM 24   A PRIOR RULING BY THE COURT.

12:57PM 25           THE COURT:  OVERRULED.

SPIVEY DIRECT BY MR. LEACH                                           2058

12:57PM   1           YOU CAN ANSWER THE QUESTION.

12:57PM   2                THE WITNESS:  YES.

12:57PM   3      BY MR. LEACH:

12:57PM   4      Q.   AND DID YOU HAVE RESPONSIBILITY FOR PAYING THOSE INVOICES?

12:57PM   5      A.   YES.

12:57PM   6      Q.   OKAY.  LET'S LOOK AT PAGE 5.  IF WE CAN ZOOM IN TOWARDS

12:58PM   7      THE BOTTOM.

12:58PM   8           I WANT TO DRAW YOUR ATTENTION TO THE FIRST TEXT IN THE

12:58PM   9      CHAIN, MAY 6TH, 2012 AT 8:46.

12:58PM  10           DO YOU SEE WHERE IT SAYS, "LOVE YOU.  LET'S PUT EVERY

12:58PM  11      OUNCE OF ENERGY IN FOCUSSING ON BREAKING EVEN AND GETTING TO

12:58PM  12      15M REVENUE PER MONTH IN OCTOBER AND EVERY MONTH AFTER THAT --

12:58PM  13      MINIMUM 15M."

12:58PM  14           DO YOU SEE THAT?

12:58PM  15      A.   YES.

12:58PM  16      Q.   DID THERANOS EVER BREAK EVEN?

12:58PM  17      A.   NO.

12:58PM  18      Q.   OKAY.  AND DID THERANOS EVER ACHIEVE $15 MILLION IN

12:58PM  19      REVENUE PER MONTH?

12:58PM  20      A.   NO.

12:58PM  21      Q.   AND THIS IS IN, ACCORDING TO THIS, 2012.  WHAT WAS

12:58PM  22      THERANOS'S REVENUE IN 2012?

12:58PM  23      A.   I BELIEVE IT WAS ZERO.

12:59PM  24      Q.   OKAY.  LET'S LOOK AT PAGE 8, PLEASE.

12:59PM  25           DO YOU SEE UP AT THE TOP THERE APPEARS TO BE A MESSAGE

SPIVEY DIRECT BY MR. LEACH                                    2059

12:59PM   1     FROM SUNNY BALWANI TO EAH2003 WITH THE DATE OF MAY 9TH, 2012?

12:59PM   2     A.   YES.

12:59PM   3     Q.   DO YOU SEE THAT?

12:59PM   4     A.   YES.

12:59PM   5     Q.   AND THIS SAYS, "MISSING YOU.  THIS BUSINESS CANNOT BE

12:59PM   6     BUILT BY EITHER YOU OR I ALONE.  THAT'S WHY THE UNIVERSE

12:59PM   7     BROUGHT US TOGETHER (AMONG OTHER BILLION REASONS).  NO ON BUT

12:59PM   8     YOU AND I CAN BUILD THIS BUSINESS."

12:59PM   9          DO YOU SEE THAT LANGUAGE?

12:59PM   10    A.   YES.

12:59PM   11    Q.   AND THEN FURTHER BELOW EAH2003 WRITES, "WE HAVE TO WORK ON

12:59PM   12    THE REV PIECE."

12:59PM   13         DO YOU SEE THAT?

12:59PM   14    A.   YES.

12:59PM   15    Q.   AND YOU HAD DISCUSSIONS WITH MS. HOLMES FROM TIME TO TIME

12:59PM   16    ABOUT REVENUE AND CONCEPTS RELATING TO REVENUE; CORRECT?

01:00PM   17    A.   YES.

01:00PM   18    Q.   OKAY.  FURTHER DOWN BELOW THERE'S A MESSAGE APPARENTLY

01:00PM   19    FROM MR. BALWANI TO EAH2003, "YOU ARE THE COMPANY.  WE NEED

01:00PM   20    REVENUE PLUS FEW SENIOR LEVEL MANAGERS -- EXPERIENCED.  EVEN IF

01:00PM   21    THEY ONLY WORK 11 HOURS X 5."

01:00PM   22         DO YOU SEE THAT LANGUAGE?

01:00PM   23    A.   YES.

01:00PM   24    Q.   AND AGAIN, YOU HAD DISCUSSIONS FROM TIME TO TIME WITH

01:00PM   25    MR. BALWANI ABOUT REVENUE?

ER-1405

SPIVEY DIRECT BY MR. LEACH                                    2060

01:00PM  1     A.   YES.

01:00PM  2     Q.   OKAY.  LET'S LOOK AT PAGE 11.  AND IF WE CAN ZOOM IN ON

01:00PM  3     THE TOP HALF, MS. WACHS.

01:00PM  4          DO YOU SEE IN THE FIRST TWO MESSAGES ASSOCIATED WITH

01:00PM  5     MR. BALWANI IT SAYS, "THE QD UPGRADE AND SYSTEM SETUP QUOTE IS

01:01PM  6     80K."

01:01PM  7          AND THEN IT SAYS, "QAD."

01:01PM  8          DO YOU SEE THAT?

01:01PM  9     A.   YES.

01:01PM 10     Q.   AND DOES THE TERM "QAD" HAVE ANY MEANING FOR YOU?

01:01PM 11     A.   YES.  THAT'S THE FINANCIAL SYSTEM THAT THERANOS USED.

01:01PM 12     Q.   IT WAS THE FINANCIAL SYSTEM THAT THERANOS USED?

01:01PM 13     A.   YES.

01:01PM 14     Q.   OKAY.  THERE'S ANOTHER MESSAGE; "WE WILL NEED A SOLID ERP

01:01PM 15     SYSTEM IN PLACE FOR GMP PRODUCTION AND THIS IS THE FASTEST WE

01:01PM 16     WILL BE.  ORACLE OR SAP WILL TAKE US TO SEPTEMBER OCTOBER."

01:01PM 17          AND THEN FURTHER ON IT SAYS, "WE CAN'T MAKE A MULTI YEAR

01:01PM 18     2M COMMITMENT TO ORACLE UNTIL WE ARE CASH FLOW POSITIVE OR AT

01:01PM 19     LEAST BREAK EVEN."

01:01PM 20          DO YOU SEE THAT?

01:01PM 21     A.   YES.

01:01PM 22     Q.   DID THERANOS EVER SHIFT FROM THE QAD SYSTEM TO SOMETHING

01:02PM 23     ELSE?

01:02PM 24     A.   NO.

01:02PM 25     Q.   WAS THERANOS EVER CASH FLOW POSITIVE?

ER-1406

SPIVEY DIRECT BY MR. LEACH                                            2061

01:02PM   1        A.   NO.

01:02PM   2        Q.   DID THERANOS EVER BREAK EVEN?

01:02PM   3        A.   NO.

01:02PM   4        Q.   LET'S LOOK AT PAGE 12, PLEASE.  IF WE CAN ZOOM IN AT THE

01:02PM   5    BOTTOM.

01:02PM   6             DO YOU SEE THE DATE OF APRIL 20TH, 2013, MS. SPIVEY?

01:02PM   7        A.   YES.

01:02PM   8        Q.   AND DO YOU SEE WHERE IN THE FIRST MESSAGE IT SAYS,

01:02PM   9    "MANIFEST THE 150M WE SPOKE ABOUT.  I AM GOING TO FOCUS ON THE

01:02PM  10    CHANGES TO 2 CONTRACTS WE TALKED ABOUT TO GET ADDITIONAL DOLLAR

01:02PM  11    SIGN FROM BANKS."

01:02PM  12             DO YOU SEE THAT LANGUAGE?

01:02PM  13        A.   YES.

01:02PM  14        Q.   AND THEN FURTHER BELOW IT SAYS -- THERE'S A MESSAGE, THE

01:02PM  15    FOURTH MESSAGE DOWN, "I DON'T WANT TO DO ANYMORE CALLS WITH NC

01:03PM  16    AND MA AND PAUL AND CO.  REALLY TAKES A LOT OUT OF ME."

01:03PM  17             DO YOU SEE THAT LANGUAGE?

01:03PM  18        A.   YES.

01:03PM  19        Q.   DURING THIS TIME PERIOD, DID THERANOS HAVE A CONTRACT WITH

01:03PM  20    BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA?

01:03PM  21        A.   YES.

01:03PM  22        Q.   AND WAS THAT THE MONEY THAT WAS REFUNDED THAT WE LOOKED AT

01:03PM  23    EARLIER?

01:03PM  24        A.   YES.

01:03PM  25        Q.   AND DID THERANOS ALSO HAVE A CONTRACT WITH BLUE CROSS AND

01:03PM 1     BLUE SHIELD OF MASSACHUSETTS?

01:03PM 2     A.   YES.

01:03PM 3     Q.   AND WAS THAT MONEY REFUNDED?

01:03PM 4     A.   YES.

01:03PM 5     Q.   LET'S LOOK AT PAGE 13, PLEASE.  AND IF WE CAN ZOOM IN ON

01:03PM 6     THE TOP.

01:03PM 7          I DRAW YOUR ATTENTION, MS. SPIVEY, TO THE THIRD TEXT WHERE

01:03PM 8     IT SAYS, "I JUST DON'T WANT ANYONE FROM OUR COMPANY DEALING

01:04PM 9     WITH THEM.  GET THEM THE MONEY.  IF YOU SEE OUR HOSPITAL MODEL,

01:04PM 10    WE WILL MINT MONEY THERE ONCE WE GET OUR DEVICE PERFECTED."

01:04PM 11         DO YOU SEE THAT?

01:04PM 12    A.   YES.

01:04PM 13    Q.   AND IN THIS TIME PERIOD, 2013, DID YOU UNDERSTAND THAT

01:04PM 14    THERANOS WAS WORKING ON A DEVICE THAT IT WAS MANUFACTURING?

01:04PM 15    A.   YES.

01:04PM 16    Q.   WHAT -- DID YOU HAVE ANY ROLE IN THAT, OR DID YOU JUST

01:04PM 17    ACCOUNT FOR HOW MONEY WAS SPENT?

01:04PM 18    A.   CORRECT, I ONLY ACCOUNT FOR THE MONEY THAT WAS SPENT.

01:04PM 19    Q.   OKAY.  IF YOU COULD PLEASE NOW LOOK AT PAGE 18, IF WE CAN

01:04PM 20    DISPLAY IT.

01:04PM 21         DO YOU SEE THE DATE OF NOVEMBER 21ST, 2013?

01:04PM 22    A.   YES.

01:04PM 23    Q.   AND DO YOU SEE THERE APPEARS TO BE A MESSAGE FROM

01:04PM 24    MR. BALWANI, "U SHOULD MAKE URSELF COMFORTABLE WITH FINANCIAL

01:05PM 25    MODELS.  ALTERNATIVELY, U CAN COVER EVERYTHING ELSE AND I CAN

01:05PM  1    MEET WITH HIM ON TUESDAY AND ANSWER ANY QUESTIONS."

01:05PM  2         DO YOU SEE THAT LANGUAGE?

01:05PM  3    A.   YES.

01:05PM  4    Q.   OKAY.  AND IF WE COULD GO TO THE NEXT PAGE WITH THAT IN

01:05PM  5    MIND.

01:05PM  6         DO YOU SEE WHERE MS. HOLMES WROTE, OR APPEARS TO WRITE,

01:05PM  7    "WHAT ARE YOUR THOUGHTS ON SENDING FINANCIALS TO DFJ EVEN

01:05PM  8    THOUGH WE'VE NEVER SENT THEM AS AN EXISTING INVESTOR/ON SENDING

01:05PM  9    OTHER CONTENT TO THEM AT THIS STAGE."

01:05PM  10        AND THE NEXT LINE, "PROJECTS INCLUDE BS AND 2013 NUMBERS.

01:05PM  11   I GUESS IT IS OK."

01:05PM  12        DO YOU SEE THAT LANGUAGE?

01:05PM  13   A.   YES.

01:05PM  14   Q.   AND BS WAS AN ACRONYM THAT YOU WOULD USE FROM TIME TO TIME

01:05PM  15   WITH MS. HOLMES FOR BALANCE SHEET; IS THAT CORRECT?

01:05PM  16   A.   CORRECT.

01:05PM  17   Q.   IF WE CAN NOW PLEASE LOOK AT PAGE 22.

01:06PM  18        DO YOU SEE THE DATE NOVEMBER 28TH, 2013?

01:06PM  19   A.   YES.

01:06PM  20   Q.   AND THERE'S AN ENTRY APPARENTLY FROM MR. BALWANI, "WE ARE

01:06PM  21   AT 15M AS OF TODAY."

01:06PM  22        DO YOU SEE THAT LANGUAGE?

01:06PM  23   A.   YES.

01:06PM  24   Q.   AND THEN IT SAYS, "FREE CASH."

01:06PM  25        AND MS. HOLMES APPEARS TO REPLY, "I SAW THAT.

SPIVEY DIRECT BY MR. LEACH                                    2064

01:06PM  1          "DROP BY TO DISCUSS WHEN U CAN."

01:06PM  2          DO YOU SEE THAT LANGUAGE?

01:06PM  3     A.   YES.

01:06PM  4     Q.   I'D LIKE YOU TO KEEP THAT DATE OF NOVEMBER 28TH, 2013, AND

01:06PM  5     THAT TIME PERIOD IN MIND, MS. SPIVEY, IF YOU CAN.

01:06PM  6          AND IF WE CAN PLEASE GO BACK TO 5172, MS. WACHS.  IF WE

01:07PM  7     CAN GO TO COLUMN EW.

01:07PM  8          IS THIS THE COLUMN FOR THE TIME PERIOD NOVEMBER 25TH,

01:07PM  9     2013, TO DECEMBER 1ST, 2015?

01:07PM 10     A.   YES.

01:07PM 11     Q.   THE TIME PERIOD THAT WE SAW IN THE TEXT MESSAGE?

01:07PM 12     A.   YES.

01:07PM 13     Q.   OKAY.  AND IT SAYS TOTAL CASH BALANCES, $23,300,812.

01:07PM 14          DO YOU SEE THAT?

01:07PM 15     A.   YES.

01:07PM 16     Q.   AND WHAT WOULD THE AMOUNT BE IF YOU DON'T COUNT THE

01:07PM 17     7.5 MILLION FROM THE LETTER OF CREDIT?

01:07PM 18     A.   YOU SUM UP THE TOP THREE.

01:07PM 19     Q.   OKAY.  WOULD THAT BE ABOUT 15.5 MILLION?

01:07PM 20     A.   YES.

01:08PM 21     Q.   LET'S PLEASE GO BACK TO 5387H AND LOOK AT PAGE 71.

01:08PM 22          DO YOU SEE THE DATE OF MAY 6TH, 2015?

01:08PM 23     A.   YES.

01:08PM 24     Q.   AND THIS SAYS, THE FIRST ENTRY APPARENTLY FROM

01:08PM 25     MR. BALWANI, "WE NEED OUR HEADS DOWN AND EXECUTE.  BRING

01:08PM  1    BILLION EQUITY AND BILLION REVENUE."

01:08PM  2        DO YOU SEE THAT?

01:08PM  3    A.   YES.

01:08PM  4    Q.   AND DID THERANOS EVER ACHIEVE A BILLION DOLLARS IN

01:08PM  5    REVENUE?

01:08PM  6    A.   NO.

01:08PM  7    Q.   LET'S GO TO PAGE 92.

01:09PM  8        LET ME DRAW YOUR ATTENTION TO THE FIRST TEXT BENEATH THE

01:09PM  9    BLACK PORTION, MS. SPIVEY, AT 4:44:48 P.M. ON JULY 15TH, 2015.

01:09PM 10        IT SAYS, "I WORKED 6 YEARS DAY AND NIGHT TO HELP YOU.  I

01:09PM 11    AM SAD AT WHERE YOU AND I ARE.  I THOUGHT IT WOULD BE BETTER.

01:09PM 12    I KNOW UR ANGRY IN UR WAY.  AND UPSET WITH ME FOR NOT DOING

01:09PM 13    EVERYTHING YOU WANTED ME TO DO."

01:09PM 14        DO YOU SEE THAT LANGUAGE?

01:09PM 15    A.   YES.

01:09PM 16    Q.   AND FURTHER DOWN DO YOU SEE A TEXT THAT READS, "I AM

01:09PM 17    RESPONSIBLE FOR EVERYTHING AT THERANOS.  ALL HAVE BEEN MY

01:09PM 18    DECISIONS TOO."

01:09PM 19        DO YOU SEE THAT?

01:09PM 20    A.   YES.

01:09PM 21    Q.   AND OTHER THAN MS. HOLMES AND MR. BALWANI, WERE THERE ANY

01:10PM 22    OTHER SENIOR LEADERS WITHIN THERANOS?

01:10PM 23    A.   YES.

01:10PM 24    Q.   WHO?

01:10PM 25    A.   WELL, I GUESS CAN YOU DEFINE WHAT "SENIOR LEADER" MEANS?

01:10PM  1    Q.   LET ME ASK A BETTER QUESTION.

01:10PM  2         WHAT WAS MR. BALWANI'S TITLE AT THE TIME WHEN HE CAME ON

01:10PM  3    TO THE COMPANY?

01:10PM  4    A.   HE WAS THE CHIEF OPERATING OFFICER AND PRESIDENT.

01:10PM  5    Q.   OKAY.  AND WHAT WAS MS. HOLMES'S TITLE?

01:10PM  6    A.   CHIEF EXECUTIVE OFFICER.

01:10PM  7    Q.   OKAY.  AND WAS THERE ANYBODY MORE SENIOR THAN THE COO AND

01:10PM  8    THE CEO OF THE COMPANY?

01:10PM  9    A.   NO.

01:10PM 10    Q.   FURTHER DOWN BELOW THERE'S AN ENTRY AT 4:49.  "I AM NOT

01:10PM 11    LEAVING UNTIL WE BREAK EVEN.  WE WILL DO THIS TOGETHER AND I

01:10PM 12    WILL BE BY YOURSELF UNTIL THEN.  CAN'T LEAVE LIKE THIS."

01:11PM 13         DO YOU SEE THAT LANGUAGE?

01:11PM 14    A.   YES.

01:11PM 15    Q.   AND DID THERANOS EVER BREAK EVEN?

01:11PM 16    A.   NO.

01:11PM 17    Q.   OKAY.  AND IF WE CAN GO TO THE NEXT PAGE, PAGE 93.  ZOOM

01:11PM 18    IN ON THE TOP PORTION.

01:11PM 19         DO YOU SEE THERE'S A -- THE FOURTH TEXT DOWN, "THINGS ARE

01:11PM 20    DIFFERENT NOW.  WE NEED TO GET THE BUSINESS TO BREAK EVEN AND

01:11PM 21    THEN I WILL LEAVE.  WE R DIFFERENT WHEN IT COMES TO BUSINESS.

01:11PM 22    WE WILL BE HAPPIER THAT WAY.  BUT FOR NOW, U AND I BOTH ARE ON

01:11PM 23    SAME PAGE BECAUSE OF YESTERDAY THAT WE NEED TO BREAK EVEN."

01:11PM 24         DO YOU SEE THAT LANGUAGE?

01:11PM 25    A.   YES.

01:11PM 1    Q.  AND THEN FURTHER DOWN DO YOU SEE WHERE IT SAYS, "STAY

01:11PM 2    INTERNALLY FOCUSSED AND ONLY MEET WITH PEOPLE WHO HAVE DEALS IN

01:11PM 3    HAND.  THE PR STRATEGY IS WRONG AND I HAVE BEEN SAYING THAT.

01:11PM 4    WE NEED TO GO ON OFFENSE AND NOT BE DEFENSIVE."

01:11PM 5        DO YOU SEE THAT LANGUAGE?

01:12PM 6    A.  YES.

01:12PM 7    Q.  AND THEN IN THE LAST ENTRY, "CORRECT.  ONLY FIX IS CASH

01:12PM 8    AND BREAK EVEN.  ONCE WE HAVE THAT, U WON'T NEED ME."

01:12PM 9        DO YOU SEE THAT LANGUAGE?

01:12PM 10   A.  YES.

01:12PM 11   Q.  AND THE COMPANY NEVER GOT TO BREAK EVEN DURING YOUR TIME

01:12PM 12   PERIOD?

01:12PM 13   A.  NO.

01:12PM 14        MR. LEACH:  MAY I HAVE A MOMENT, YOUR HONOR?

01:12PM 15        THE COURT:  YES.

01:12PM 16   (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

01:12PM 17        MR. LEACH:  I HAVE NO FURTHER QUESTIONS, YOUR HONOR.

01:12PM 18   THANK YOU, MS. SPIVEY.

01:12PM 19        THE COURT:  MR. COOPERSMITH, DO YOU HAVE QUESTIONS?

01:12PM 20        MR. COOPERSMITH:  YES, YOUR HONOR.  MAYBE IF WE

01:12PM 21   COULD HAVE A STANDING BREAK.

01:12PM 22        THE COURT:  WELL, WE'LL TAKE OUR RECESS NOW.

01:12PM 23   LADIES AND GENTLEMEN, WE'LL TAKE OUR AFTERNOON RECESS,

01:12PM 24   TAKE 30 MINUTES NOW, AND THEN WE'LL RESUME.

01:12PM 25        MR. COOPERSMITH:  YES, YOUR HONOR.

| | | |
|---|---|---|
| 01:12PM | 1 | (RECESS FROM 1:12 P.M. UNTIL 1:47 P.M.) |
| 01:47PM | 2 | THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD. |
| 01:47PM | 3 | ALL COUNSEL ARE PRESENT, MR. BALWANI IS PRESENT. |
| 01:47PM | 4 | OUR JURY AND ALTERNATES ARE PRESENT, AS IS MS. SPIVEY. |
| 01:47PM | 5 | COUNSEL, YOU HAVE CROSS-EXAMINATION? |
| 01:47PM | 6 | MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU. |
| 01:47PM | 7 | MAY I REMOVE MY MASK? |
| 01:47PM | 8 | THE COURT:  YES. |
| 01:47PM | 9 | MR. COOPERSMITH:  AND I HAVE A COUPLE OF BINDERS FOR |
| 01:47PM | 10 | THE COURT, IF I COULD JUST HAND THEM TO MS. ROBINSON. |
| 01:47PM | 11 | THE COURT:  SURE. |
| 01:47PM | 12 | MR. COOPERSMITH:  MIGHT I APPROACH THE WITNESS AS |
| 01:47PM | 13 | WELL, YOUR HONOR? |
| 01:47PM | 14 | THE COURT:  YES. |
| 01:47PM | 15 | MR. COOPERSMITH:  (HANDING.) |
| 01:48PM | 16 | **CROSS-EXAMINATION** |
| 01:48PM | 17 | BY MR. COOPERSMITH: |
| 01:48PM | 18 | Q.  GOOD AFTERNOON, MS. SPIVEY. |
| 01:48PM | 19 | A.  GOOD AFTERNOON. |
| 01:48PM | 20 | Q.  AND I THINK WE'LL BE GOING UNTIL 4:00 TODAY, AND I'M GOING |
| 01:48PM | 21 | TO BE ASKING YOU SOME QUESTIONS ON CROSS-EXAMINATION. |
| 01:48PM | 22 | OKAY? |
| 01:48PM | 23 | A.  YES. |
| 01:48PM | 24 | Q.  AND I'VE HANDED YOU TWO BINDERS AND I'LL BE REFERRING TO |
| 01:48PM | 25 | THEM FROM TIME TO TIME. |

SPIVEY CROSS BY MR. COOPERSMITH                    2069

01:48PM  1        I MAY ALSO REFER TO THE BINDERS YOU SAW THIS MORNING WHEN

01:48PM  2   THE GOVERNMENT WAS EXAMINING YOU, SO DON'T PUT THOSE TOO FAR

01:48PM  3   AWAY, I GUESS.  OKAY?

01:48PM  4        ALL RIGHT.  LET'S JUST START WITH YOUR BACKGROUND.  I KNOW

01:48PM  5   THAT MR. LEACH WENT INTO THIS A LITTLE BIT, BUT YOU'RE A

01:48PM  6   CERTIFIED PUBLIC ACCOUNTANT; IS THAT RIGHT?

01:48PM  7   A.   YES.

01:48PM  8   Q.   AND THAT'S WHAT YOU'VE DONE IN YOUR CAREER SINCE YOU'VE

01:48PM  9   GRADUATED FROM COLLEGE IT SOUNDS LIKE?

01:48PM  10  A.   YES.

01:48PM  11  Q.   AND AT SOME POINT YOU ALSO GOT A MASTERS OF BUSINESS

01:48PM  12  ADMINISTRATION?

01:48PM  13  A.   YES.

01:48PM  14  Q.   AND THAT WAS FROM THE UNIVERSITY OF ROCHESTER, I THINK, IN

01:48PM  15  UPSTATE NEW YORK?

01:48PM  16  A.   YES.

01:48PM  17  Q.   AND HOW LONG DID YOU WORK IN HONG KONG BEFORE YOU CAME

01:48PM  18  BACK TO WORK IN THE UNITED STATES?

01:48PM  19  A.   ABOUT FOUR YEARS.

01:48PM  20  Q.   OKAY.  AND THAT WAS AT DELOITTE YOU SAID?

01:49PM  21  A.   YES.

01:49PM  22  Q.   AND AS AN ACCOUNTANT, IT'S YOUR JOB TO TRY TO BE AS

01:49PM  23  ACCURATE AS POSSIBLE WITH KEEPING THE BOOKS AND RECORDS OF

01:49PM  24  COMPANIES, OR AUDITING COMPANIES, WHATEVER THE TASK MAY BE; IS

01:49PM  25  THAT FAIR?

ER-1415

SPIVEY CROSS BY MR. COOPERSMITH                          2070

01:49PM   1      A.   YES.

01:49PM   2      Q.   AND THAT'S WHAT YOU DID AT THERANOS?

01:49PM   3      A.   YES.

01:49PM   4      Q.   AND IN NO WAY DID YOU EVER TRY TO FALSIFY ANYTHING OR

01:49PM   5   PROVIDE ANYBODY WITH INACCURATE INFORMATION AT ANY TIME AT

01:49PM   6   THERANOS; IS THAT RIGHT?

01:49PM   7      A.   CORRECT.

01:49PM   8      Q.   NOW, YOU WORKED AT THERANOS, I THINK YOU SAID, FROM 2006

01:49PM   9   TO 2017?

01:49PM  10      A.   YES.

01:49PM  11      Q.   SO IT SOUNDS LIKE YOU STARTED AT THERANOS BEFORE

01:49PM  12   MR. BALWANI JOINED THE COMPANY; IS THAT RIGHT?

01:49PM  13      A.   YES.

01:49PM  14      Q.   AND YOU STAYED AT THERANOS AFTER MR. BALWANI LEFT THE

01:49PM  15   COMPANY?

01:49PM  16      A.   YES.

01:49PM  17      Q.   OKAY.  AND WHEN YOU LEFT THE COMPANY, WHY DID YOU LEAVE?

01:49PM  18      A.   THE COMPANY OUTSOURCED THE ACCOUNTING FUNCTION, SO THEY

01:49PM  19   LAID OFF THE WHOLE ACCOUNTING TEAM.

01:49PM  20      Q.   OKAY.  SO IT WAS BASICALLY A LAYOFF AT THAT POINT?

01:49PM  21      A.   YES.

01:49PM  22      Q.   SO IT WASN'T THAT YOU QUIT OR SOMETHING BECAUSE YOU WERE

01:50PM  23   HAVING TROUBLE WITH THE COMPANY OR ANYTHING LIKE THAT AT THAT

01:50PM  24   POINT?

01:50PM  25      A.   CORRECT.

ER-1416

SPIVEY CROSS BY MR. COOPERSMITH                                    2071

01:50PM   1    Q.   AND WHILE YOU WERE THERE AT THERANOS FROM 2006 TO 2017, I

01:50PM   2    AM ASSUMING THE COMPANY GREW IN SIZE OVER THAT TIME?

01:50PM   3    A.   YES.

01:50PM   4    Q.   AND ABOUT HOW MANY EMPLOYEES WERE THERE WHEN YOU FIRST

01:50PM   5    STARTED IN 2006?

01:50PM   6    A.   ABOUT 60.

01:50PM   7    Q.   SIXTY?

01:50PM   8    A.   YES.

01:50PM   9    Q.   OKAY.  AND OVER TIME DID THE COMPANY ADD A LOT OF

01:50PM   10   ADDITIONAL EMPLOYEES FROM, LET'S SAY, DURING THE TIME THAT

01:50PM   11   MR. BALWANI WAS THERE FROM 2009 TO 2016?

01:50PM   12   A.   YES.

01:50PM   13   Q.   AND YOU KNEW THAT BECAUSE YOU WERE WORKING WITH PAYROLL

01:50PM   14   AND THAT SORT OF THING?

01:50PM   15   A.   CORRECT.

01:50PM   16   Q.   AND YOU ALSO MET SOME OF THOSE PEOPLE WHO JOINED THE

01:50PM   17   COMPANY, I'M ASSUMING.

01:50PM   18   A.   CAN YOU REPEAT?

01:50PM   19   Q.   YOU ALSO MET PEOPLE, VARIOUS EMPLOYEES WHO HAD DIFFERENT

01:50PM   20   FUNCTIONS AND DIFFERENT JOBS AT THERANOS; RIGHT?

01:50PM   21   A.   YES.

01:50PM   22   Q.   AND A LOT OF THEM WERE SCIENTISTS?

01:51PM   23   A.   YES.

01:51PM   24   Q.   AND WOULD IT BE FAIR TO SAY THAT FROM THE TIME THAT

01:51PM   25   MR. BALWANI JOINED UNTIL MR. BALWANI LEFT, THE COMPANY HIRED

01:51PM 1 QUITE A LOT OF SCIENTISTS TO WORK ON THERANOS'S RESEARCH AND

01:51PM 2 DEVELOPMENT PROJECTS?

01:51PM 3 A.  YES.

01:51PM 4 Q.  AND OTHER THINGS THAT THE COMPANY WAS DOING?

01:51PM 5 A.  YES.

01:51PM 6 Q.  AND DID YOU BELIEVE THAT, AS YOU UNDERSTOOD IT, THAT THOSE

01:51PM 7 SCIENTISTS WERE WORKING HARD EVERY DAY TO TRY TO MAKE THERANOS

01:51PM 8 AS GOOD A COMPANY AS IT COULD POSSIBLY BE?

01:51PM 9 MR. LEACH:  FOUNDATION.  RELEVANCE.  OBJECTION.

01:51PM 10 THE COURT:  DO YOU WANT TO -- I'M NOT CERTAIN ABOUT

01:51PM 11 HER PERSONAL KNOWLEDGE.  MAYBE YOU COULD ASK IT A DIFFERENT WAY

01:51PM 12 ABOUT HER OBSERVATIONS OF THE ESPRIT DE CORPS.  IS THAT WHAT

01:51PM 13 YOU'RE TRYING TO DETERMINE?

01:51PM 14 MR. COOPERSMITH:  PERHAPS, YOUR HONOR, BUT I'M HAPPY

01:51PM 15 TO ASK SOME MORE QUESTIONS.

01:51PM 16 Q.  SO DID YOU OBSERVE PEOPLE WORKING AT THERANOS, INCLUDING

01:51PM 17 PEOPLE ON THE SCIENTIFIC TEAM?

01:51PM 18 A.  UM --

01:51PM 19 Q.  DID YOU OBSERVE EMPLOYEES WORKING AT THERANOS IN

01:51PM 20 ADDITION -- BESIDES YOURSELF, DID YOU SEE A LOT OF PEOPLE

01:52PM 21 WORKING AT THERANOS?

01:52PM 22 A.  YES.

01:52PM 23 Q.  AND THAT INCLUDED THE SCIENTIFIC TEAM?

01:52PM 24 A.  YES.

01:52PM 25 Q.  AND FROM YOUR OBSERVATIONS, YOUR OWN PERSONAL

01:52PM  1    OBSERVATIONS, WHAT DID YOU OBSERVE ABOUT THE SCIENTISTS WORKING

01:52PM  2    AT THERANOS IN TERMS OF THEIR EFFORTS?

01:52PM  3    A.   LIKE SOMETIMES WHEN I WORK, I THINK WE ALL -- MANY OF US,

01:52PM  4    WE WORK, LIKE, LONG HOURS, AND SOMETIMES WE HAVE DINNER

01:52PM  5    TOGETHER, AND WE'RE ALL -- MANY OF US ARE TRYING VERY HARD.

01:52PM  6    Q.   AND THAT INCLUDED YOURSELF?

01:52PM  7    A.   RIGHT.

01:52PM  8    Q.   AND DID YOU OBSERVE -- YOU ALSO OBSERVED -- I'M SORRY.

01:52PM  9    LET ME SCRATCH THAT.

01:52PM  10       YOU ALSO OBSERVED MR. BALWANI WORKING VERY HARD EVERY DAY;

01:52PM  11   IS THAT RIGHT?

01:52PM  12   A.   YES.

01:52PM  13   Q.   HE WAS OFTEN IN THE OFFICE VERY LATE HOURS?

01:52PM  14   A.   YES.

01:52PM  15   Q.   AND SOMETIMES UNTIL LONG AFTER YOU LEFT FOR THE DAY?

01:52PM  16   A.   I DON'T KNOW.

01:52PM  17   Q.   OKAY.  BUT SOMETIMES HE WAS STILL THERE WHEN YOU LEFT?

01:52PM  18   A.   I DON'T REMEMBER BECAUSE HE'S ON A DIFFERENT FLOOR.

01:52PM  19   Q.   OKAY.  BUT YOU DID OBSERVE THAT HE WAS WORKING VERY LONG

01:53PM  20   HOURS AT THERANOS?

01:53PM  21   A.   YES.

01:53PM  22   Q.   AND MS. HOLMES AS WELL?

01:53PM  23   A.   YES.

01:53PM  24   Q.   AND DID YOU HAVE ANY DOUBT ABOUT THEIR WORK ETHIC?

01:53PM  25   A.   I DON'T KNOW.

01:53PM 1    Q.   OKAY.  AND YOU UNDERSTOOD THAT THEY WERE WORKING AT

01:53PM 2    THERANOS TO TRY TO MAKE THE COMPANY AS GOOD A COMPANY AS IT

01:53PM 3    COULD POSSIBLY BE?

01:53PM 4              MR. LEACH:  OBJECTION.  602.  FOUNDATION.

01:53PM 5              THE COURT:  SUSTAINED.  SUSTAINED.

01:53PM 6    BY MR. COOPERSMITH:

01:53PM 7    Q.   SO IN TERMS OF YOUR JOB, YOU WERE, AMONG OTHER THINGS

01:53PM 8    PERHAPS, YOU WERE KEEPING TRACK OF THE FINANCIAL MATTERS AT

01:53PM 9    THERANOS; IS THAT RIGHT?

01:53PM 10   A.   YES.

01:53PM 11   Q.   AND YOU IN YOUR POSITION SAW HOW THE COMPANY WAS GETTING

01:53PM 12   MONEY AND ALSO SPENDING MONEY; IS THAT FAIR?

01:53PM 13   A.   YES.

01:53PM 14   Q.   AND IN THAT CONNECTION, YOU SAW THE COMPANY WAS SPENDING A

01:53PM 15   LOT OF MONEY ON RESEARCH AND DEVELOPMENT PROJECTS; IS THAT

01:53PM 16   FAIR?

01:53PM 17   A.   YES.

01:53PM 18   Q.   AND THAT WAS DURING THE WHOLE TIME THAT YOU WERE THERE; IS

01:53PM 19   THAT RIGHT?

01:53PM 20   A.   YES.

01:53PM 21   Q.   AND THE RESEARCH AND DEVELOPMENT PROJECTS WERE DESIGNED TO

01:54PM 22   INVENT NEW PRODUCTS?

01:54PM 23   A.   YES.

01:54PM 24   Q.   AND USE THOSE PRODUCTS?

01:54PM 25   A.   YES.

01:54PM  1    Q.   AND DID YOU ALSO OBSERVE THAT THERE WAS MONEY BEING SPENT

01:54PM  2    ON THINGS LIKE ATTORNEYS?

01:54PM  3    A.   ON WHAT?

01:54PM  4    Q.   DID THE COMPANY SPEND MONEY ON LAW FIRMS AND ATTORNEYS?

01:54PM  5    A.   YES.

01:54PM  6    Q.   AND DID THE COMPANY SPEND MONEY ON USING THOSE ATTORNEYS

01:54PM  7    IN OTHER MEANS TO OBTAIN PATENTS?

01:54PM  8    A.   YES.

01:54PM  9    Q.   AND YOU KNEW THAT BECAUSE YOU SAW THE EXPENDITURES; RIGHT?

01:54PM 10    A.   CORRECT.

01:54PM 11    Q.   DURING THE TIME THAT YOU REPORTED TO -- I'M SORRY.

01:54PM 12         DURING THE TIME THAT YOU WORKED AT THERANOS, AT ALL TIMES

01:54PM 13    YOU REPORTED DIRECTLY TO ELIZABETH HOLMES?

01:54PM 14    A.   AFTER 2008, THEN I REPORTED DIRECTLY TO ELIZABETH HOLMES.

01:54PM 15    Q.   OKAY.  YOU MEAN WHEN THE CFO LEFT?

01:54PM 16    A.   WHEN THE CFO AND THE SENIOR DIRECTOR OF FINANCE LEFT.

01:55PM 17    Q.   I SEE.  SO IT'S 2008, AND THAT WAS BEFORE MR. BALWANI

01:55PM 18    JOINED THE COMPANY?

01:55PM 19    A.   CORRECT.

01:55PM 20    Q.   AND SO STARTING IN 2008 ALL OF THE WAY THROUGH 2017, THE

01:55PM 21    WHOLE TIME YOU REPORTED DIRECTLY TO MS. HOLMES?

01:55PM 22    A.   YES.

01:55PM 23    Q.   AND YOU ALSO HAD INTERACTION WITH MR. BALWANI?

01:55PM 24    A.   YES.

01:55PM 25    Q.   BUT YOU DIDN'T REPORT DIRECTLY TO HIM?

SPIVEY CROSS BY MR. COOPERSMITH                                    2076

01:55PM 1    A.   CORRECT.

01:55PM 2    Q.   OKAY.  LET'S TALK ABOUT WHEN MR. BALWANI JOINED THE

01:55PM 3    COMPANY.

01:55PM 4         SO THAT WAS IN 2009?

01:55PM 5    A.   YES.

01:55PM 6    Q.   AND EVEN BEFORE HE JOINED THE COMPANY, YOU WERE AWARE THAT

01:55PM 7    HE GUARANTEED A LOAN FOR THE COMPANY?

01:55PM 8    A.   IT WAS ABOUT THE SAME TIME, SO I DON'T REMEMBER IF IT WAS

01:55PM 9    BEFORE HE JOINED OR --

01:55PM 10   Q.   I SEE.  AROUND THE SAME TIME THAT HE JOINED, YOU WERE

01:55PM 11   AWARE THAT HE GUARANTEED A LOAN FOR THE COMPANY?

01:55PM 12   A.   YES.

01:55PM 13   Q.   OKAY.  IF YOU COULD TAKE A LOOK IN THE BINDER THAT I JUST

01:55PM 14   HANDED YOU, IT SHOULD BE THE FIRST BINDER, IT'S EXHIBIT 20505.

01:56PM 15        DO YOU HAVE THAT IN FRONT OF YOU?

01:56PM 16   A.   YES.

01:56PM 17   Q.   AND DO YOU SEE THAT IT'S A DOCUMENT DATED AS OF

01:56PM 18   AUGUST 13TH, 2009, AND IT'S SIGNED BY MR. BALWANI?

01:56PM 19   A.   YES.

01:56PM 20   Q.   AND YOU RECOGNIZE MR. BALWANI'S SIGNATURE?

01:56PM 21   A.   YES.

01:56PM 22   Q.   AND YOU SEE IT'S REGARDING A LOAN AGREEMENT, IT REFERENCES

01:56PM 23   A LOAN CUSTOMER AGREEMENT BETWEEN THERANOS AND FIDELITY.

01:56PM 24        DO YOU SEE THAT?

01:56PM 25   A.   YES.

01:56PM  1    Q.   OKAY.  AND DO YOU RECOGNIZE THIS AS A LOAN AGREEMENT THAT

01:57PM  2    MR. BALWANI SIGNED IN CONNECTION WITH THE LOAN TO THERANOS THAT

01:57PM  3    WE WERE JUST DISCUSSING?

01:57PM  4    A.   YES.

01:57PM  5         MR. COOPERSMITH:  YOUR HONOR, I WOULD MOVE TO ADMIT

01:57PM  6    20505.

01:57PM  7         MR. LEACH:  NO OBJECTION, YOUR HONOR.

01:57PM  8         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:57PM  9         (DEFENDANT'S EXHIBIT 20505 WAS RECEIVED IN EVIDENCE.)

01:57PM  10   BY MR. COOPERSMITH:

01:57PM  11   Q.   OKAY.  LOOKING AT THE DOCUMENT -- AND IF YOU WOULD JUST

01:57PM  12   HIGHLIGHT THE FIRST PARAGRAPH, MR. ALLEN.

01:57PM  13        IT SAYS, "REFERENCE IS MADE TO THAT CERTAIN NON-PURPOSE

01:57PM  14   LOAN CUSTOMER AGREEMENT BY THERANOS INC., A DELAWARE

01:57PM  15   CORPORATION, IN FAVOR OF FIDELITY BROKERAGE SERVICES AND

01:57PM  16   NATIONAL FINANCIAL SERVICES DATED AUGUST 13TH, 2009."

01:57PM  17        DO YOU SEE THAT?

01:57PM  18   A.   YES.

01:57PM  19   Q.   AND THEN IT SAYS -- IT GOES ON IN SUBSECTION B THERE TO

01:57PM  20   SAY THAT CERTAIN CROSS GUARANTEED FORM DATED AUGUST 13TH, 2009

01:57PM  21   BY MYSELF AS GUARANTOR.

01:57PM  22        YOU UNDERSTAND THAT IS THE GUARANTEE FORM THAT MR. BALWANI

01:58PM  23   HAD TO SIGN IN ORDER TO GUARANTEE THIS LOAN?

01:58PM  24   A.   YES.

01:58PM  25   Q.   AND THEN IF YOU GO ON TO THE NEXT PARAGRAPH, DO YOU SEE IT

01:58PM 1    READS, "I HEREBY AFFIRM THAT UNDER THE CROSS GUARANTEE, I'VE

01:58PM 2    GUARANTEED THE OBLIGATIONS OF THE BORROWER UNDER THE LOAN

01:58PM 3    AGREEMENT, SECURED BY CERTAIN PROPERTY, THE COLLATERAL."

01:58PM 4        DO YOU SEE THAT?

01:58PM 5    A.   YES.

01:58PM 6    Q.   AND SO DO YOU UNDERSTAND THAT THE AMOUNT OF THE LOAN WAS

01:58PM 7    ORIGINALLY $10 MILLION?

01:58PM 8    A.   YES.

01:58PM 9    Q.   AND MR. BALWANI GUARANTEED THAT?

01:58PM 10   A.   YES.

01:58PM 11   Q.   AND DO YOU UNDERSTAND THAT IN ORDER FOR THERANOS TO GET

01:58PM 12   THAT LOAN, MR. BALWANI HAD TO ACTUALLY PUT $10 MILLION ASIDE TO

01:58PM 13   SECURE THE LOAN?

01:58PM 14       DO YOU UNDERSTAND THAT?

01:58PM 15   A.   YES.

01:58PM 16   Q.   AND THAT WHILE THE LOAN WAS OUTSTANDING AND NOT PAID BACK

01:58PM 17   BY THERANOS, MR. BALWANI COULDN'T TOUCH THAT 10 MILLION?

01:58PM 18   A.   YES.

01:58PM 19   Q.   AND SO ECONOMICALLY SPEAKING, IT'S THE SAME THING AS IF

01:58PM 20   MR. BALWANI HAD TO LOAN MONEY TO THE COMPANY?

01:58PM 21   A.   YES.

01:58PM 22   Q.   BECAUSE IF THE COMPANY DIDN'T PAY THE MONEY BACK, FIDELITY

01:59PM 23   WOULD JUST TAKE THAT $10 MILLION THAT MR. BALWANI PUT ASIDE?

01:59PM 24   A.   I SUPPOSE SO.

01:59PM 25   Q.   RIGHT.  AND IF -- AND SO MR. BALWANI WAS ON THE HOOK

01:59PM  1    BASICALLY FOR THAT $10 MILLION?

01:59PM  2    A.   YES.

01:59PM  3    Q.   AND I THINK MR. LEACH REVIEWED WITH YOU THAT AT THAT TIME

01:59PM  4    IN AROUND AUGUST OF 2013, OR ABOUT THAT TIME, THAT THERANOS HAD

01:59PM  5    SOME NEEDS FOR CASH; IS THAT RIGHT?

01:59PM  6    A.   YES.

01:59PM  7    Q.   AND AT THE TIME THAT WE'RE TALKING ABOUT, 2009, IT GOES

01:59PM  8    BACK QUITE A WHILE, BUT DO YOU REMEMBER THAT THERE WAS A MAJOR

01:59PM  9    FINANCIAL CRISIS THAT WAS AFFECTING THE ECONOMY IN THE

01:59PM 10    UNITED STATES AND MAYBE EVEN AROUND THE WORLD?

01:59PM 11        DO YOU REMEMBER THAT?

01:59PM 12    A.   I DON'T.

01:59PM 13    Q.   YOU REMEMBER THERE WAS A FINANCIAL CRISIS IN 2008 AND

01:59PM 14    2009?

01:59PM 15    A.   YEAH, SOMETHING LIKE THAT.

01:59PM 16    Q.   OKAY.  YOU REMEMBER THERE WAS SOME BIG WALL STREET FIRMS

01:59PM 17    THAT WENT OUT OF BUSINESS?

01:59PM 18    A.   YES.

01:59PM 19    Q.   OKAY.  AND SO MR. BALWANI GUARANTEED A LOAN IN THAT

02:00PM 20    TIMEFRAME IN 2009; CORRECT?

02:00PM 21    A.   YES.

02:00PM 22    Q.   AND THAT LOAN ALLOWED THERANOS TO CONTINUE TO MAKE

02:00PM 23    PAYROLL?

02:00PM 24    A.   YES.

02:00PM 25    Q.   CONTINUE TO PROVIDE ITS EMPLOYEES WITH HEALTH INSURANCE?

SPIVEY CROSS BY MR. COOPERSMITH                                    2080

02:00PM  1       A.   YES.

02:00PM  2       Q.   AND INCLUDING YOURSELF?

02:00PM  3       A.   YES.

02:00PM  4       Q.   AND CONTINUE WITH THE BUSINESS OF THE COMPANY TO TRY TO

02:00PM  5       DEVELOP CUTTING EDGE BLOOD TESTING PRODUCTS; IS THAT RIGHT?

02:00PM  6       A.   YES.

02:00PM  7       Q.   OKAY.  NOW, AT SOME POINT THE AMOUNT OF THE LOAN WAS

02:00PM  8       ACTUALLY INCREASED; IS THAT RIGHT?

02:00PM  9       A.   I DON'T QUITE REMEMBER THE SPECIFICS OF THAT.

02:00PM  10      Q.   OKAY.  I UNDERSTAND.

02:00PM  11           IF YOU CAN TAKE A LOOK IN THE BINDER AT AN EXHIBIT THAT

02:00PM  12      SHOULD BE NEAR THE ONE WE WERE LOOKING AT, AND IT'S

02:01PM  13      EXHIBIT 20511.

02:01PM  14           DO YOU SEE THAT THIS IS AN EMAIL STRING DATED -- THE TOP

02:01PM  15      WAS DATED APRIL 19TH, 2010.

02:01PM  16           DO YOU SEE THAT?

02:01PM  17      A.   YES.

02:01PM  18      Q.   AND DO YOU SEE YOUR NAME AMONG THE PEOPLE WHO ARE COPIED

02:01PM  19      ON THE EMAIL?

02:01PM  20      A.   YES.

02:01PM  21      Q.   AND THIS WAS AN EMAIL BETWEEN A NUMBER OF PEOPLE ABOUT THE

02:01PM  22      SAME LOAN THAT WE'VE JUST BEEN TALKING ABOUT; IS THAT RIGHT?

02:01PM  23      A.   YES.

02:01PM  24           MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20511.

02:01PM  25           MR. LEACH:  NO OBJECTION, YOUR HONOR.

SPIVEY CROSS BY MR. COOPERSMITH                                 2081

02:01PM   1              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:01PM   2         (DEFENDANT'S EXHIBIT 20511 WAS RECEIVED IN EVIDENCE.)

02:01PM   3    BY MR. COOPERSMITH:

02:01PM   4    Q.   AND IF YOU WOULD JUST ZOOM IN TO THE SECOND EMAIL, AND IT

02:01PM   5    SAYS SUNNY -- WELL, LET ME JUST STEP BACK FOR A MINUTE.

02:01PM   6         SETH BERMEL, DO YOU KNOW WHO THAT IS?

02:02PM   7    A.   NO.

02:02PM   8    Q.   SOMEONE ASSOCIATED WITH THE LOAN THAT WE'RE DISCUSSING?

02:02PM   9    A.   YES.

02:02PM  10    Q.   AND THEN MR. BERMEL WRITES, "SUNNY:

02:02PM  11         "PLEASE REPLY TO THIS EMAIL CONFIRMING THAT YOU ARE AWARE

02:02PM  12    THAT THERANOS INC. IS INCREASING THEIR LINE OF CREDIT FROM

02:02PM  13    $10 MILLION TO $12 MILLION.  IN ADDITION, YOU ARE AWARE THAT

02:02PM  14    THE ASSETS THAT YOU ARE PLEDGING IN YOUR," AND IT'S A CERTAIN

02:02PM  15    NUMBERED ACCOUNT, "WILL NOW BE SUPPORTING A LOAN OF UP TO

02:02PM  16    $12 MILLION."

02:02PM  17         DO YOU SEE THAT?

02:02PM  18    A.   YES.

02:02PM  19    Q.   AND THEN DO YOU SEE THAT THERE'S A RESPONSE FROM

02:02PM  20    MR. BALWANI ABOVE THAT?

02:02PM  21    A.   YES.

02:02PM  22    Q.   AND HE SAYS "YES.  I AM FINE ON BOTH COUNTS."

02:02PM  23         RIGHT?

02:02PM  24    A.   YES.

02:02PM  25    Q.   AND SO MR. BALWANI IS CONFIRMING THAT HE KNOWS HE'S GOING

ER-1427

02:02PM 1    TO BE ON THE HOOK FOR $12 MILLION AS OPPOSED TO $10 MILLION;

02:02PM 2    RIGHT?

02:02PM 3    A.   YES.

02:02PM 4    Q.   AND BY THE WAY, WHEN MR. BALWANI JOINED THE COMPANY, I

02:02PM 5    THINK YOU SAID IT WAS AROUND AUGUST OF 2009; IS THAT RIGHT?

02:02PM 6    A.   YEAH, AROUND.

02:02PM 7    Q.   I JUST THOUGHT YOU SAID IT WAS AROUND THE SAME TIME AS THE

02:02PM 8    LOAN TRANSACTION FROM AUGUST 2009?

02:03PM 9    A.   YEAH.

02:03PM 10   Q.   OKAY.  DO YOU REMEMBER THAT AFTER MR. BALWANI JOINED THE

02:03PM 11   COMPANY, HE WENT TO THAILAND?

02:03PM 12   A.   YES.

02:03PM 13   Q.   AND YOU KNOW THAT HE WENT THERE IN ORDER TO ASSIST THE

02:03PM 14   COMPANY IN DOING SOME CLINICAL TRIAL WORK IN A HOSPITAL IN

02:03PM 15   BANGKOK?

02:03PM 16      DO YOU KNOW THAT?

02:03PM 17   A.   I DON'T REMEMBER WHAT EXACTLY THE NATURE OF THAT, OR WAS

02:03PM 18   IT WITH A HOSPITAL OR WHAT OTHER BUSINESS PARTNER.

02:03PM 19   Q.   AND DO YOU KNOW THAT HE RETURNED FROM THAILAND IN THE

02:03PM 20   SPRING OF 2010?

02:03PM 21   A.   I DON'T REMEMBER THE SPECIFIC TIMEFRAME.

02:03PM 22   Q.   OKAY.  LET'S TALK ABOUT -- CONTINUE TO TALK ABOUT

02:03PM 23   MR. BALWANI'S JOINING THE COMPANY.

02:03PM 24      SO IF YOU COULD TAKE A LOOK AT EXHIBIT 20508.

02:04PM 25      DO YOU SEE THAT THIS IS A DOCUMENT DATED AUGUST 28TH,

```
02:04PM   1    2009, AND IT'S FROM ELIZABETH HOLMES TO MR. BALWANI.  IT'S ON

02:04PM   2    THERANOS LETTERHEAD.  AND IT RELATES TO EXTENDING HIM AN OFFER

02:04PM   3    OF EMPLOYMENT.

02:04PM   4         DO YOU SEE THAT?

02:04PM   5    A.   YES.

02:04PM   6    Q.   AND DO YOU RECOGNIZE THAT AS THE OFFER LETTER EXTENDED TO

02:04PM   7    MR. BALWANI?

02:04PM   8    A.   YES.

02:04PM   9              MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20508.

02:04PM  10              MR. LEACH:  NO OBJECTION, YOUR HONOR.

02:04PM  11              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:04PM  12         (DEFENDANT'S EXHIBIT 20508 WAS RECEIVED IN EVIDENCE.)

02:04PM  13    BY MR. COOPERSMITH:

02:04PM  14    Q.   AND IF WE GO TO THE PARAGRAPH, "DEAR SUNNY:

02:04PM  15         "ON BEHALF OF THERANOS INC. (THE COMPANY) I AM PLEASED TO

02:05PM  16    EXTEND A CONDITIONAL OFFER OF EMPLOYMENT TO YOU AS VICE

02:05PM  17    CHAIRMAN, REPORTING TO ME.  YOUR SEMI-MONTHLY SALARY WILL BE

02:05PM  18    $4,125 APPROXIMATING AN ANNUAL SALARY OF $99,000 PER YEAR."

02:05PM  19         DO YOU SEE THAT?

02:05PM  20    A.   YES.

02:05PM  21    Q.   AND YOU'RE FAMILIAR THAT MR. BALWANI'S SALARY WHEN HE

02:05PM  22    JOINED WAS SET AT ABOUT $99,000 PER YEAR?

02:05PM  23    A.   YES.

02:05PM  24    Q.   AND ARE YOU ALSO AWARE THAT HIS ORIGINAL JOB AT THERANOS

02:05PM  25    WAS HAVING THE TITLE OF VICE CHAIRMAN?
```

SPIVEY CROSS BY MR. COOPERSMITH                                    2084

02:05PM   1      A.   YES.

02:05PM   2      Q.   AND THAT'S A BOARD POSITION; IS THAT RIGHT?

02:05PM   3      A.   HUH, I'M NOT SURE.

02:05PM   4      Q.   WELL, DO YOU KNOW IF MR. BALWANI WAS ULTIMATELY ON THE

02:05PM   5      BOARD OF DIRECTORS?

02:05PM   6      A.   I DON'T REMEMBER.

02:05PM   7      Q.   YOU'RE NOT SURE?

02:05PM   8      A.   NO.

02:05PM   9      Q.   WELL, MAYBE WE'LL GET BACK TO THAT.

02:05PM  10           BUT IN ANY EVENT, WHEN HE STARTED, HIS TITLE WAS VICE

02:05PM  11      CHAIRMAN; CORRECT?

02:05PM  12      A.   YES.

02:05PM  13      Q.   IN TERMS OF HIS SALARY, COULD YOU TAKE A LOOK AT

02:06PM  14      EXHIBIT 3818.  THAT SHOULD BE IN THE SAME BINDER.

02:06PM  15      A.   STARTING WITH A 3?

02:06PM  16      Q.   YES, 3818.  DO YOU HAVE THAT?

02:07PM  17      A.   YES.

02:07PM  18      Q.   OKAY.  THANK YOU.

02:07PM  19           AND DO YOU RECOGNIZE THAT AS AN EMPLOYMENT APPLICATION FOR

02:07PM  20      THERANOS INC.?

02:07PM  21      A.   I DON'T USUALLY SEE THIS.

02:07PM  22      Q.   OKAY.  YOU'VE SEEN OTHER EMPLOYMENT APPLICATIONS AT

02:07PM  23      THERANOS?

02:07PM  24      A.   NO.

02:07PM  25      Q.   AND YOU -- DID YOU YOURSELF FILL OUT AN EMPLOYMENT

02:07PM   1       APPLICATION WHEN YOU FIRST JOINED?

02:07PM   2       A.   I DON'T REMEMBER.

02:07PM   3       Q.   SO YOU'RE NOT FAMILIAR WITH THIS TYPE OF FORM; IS THAT

02:07PM   4       RIGHT?

02:07PM   5       A.   CORRECT.

02:07PM   6       Q.   OKAY.   ARE YOU FAMILIAR WITH, THOUGH, THAT WHEN

02:07PM   7       MR. BALWANI WAS SET TO JOIN THERANOS, HE ASKED FOR A SALARY OF

02:07PM   8       ONLY $1 PER YEAR?

02:07PM   9       A.   CAN YOU REPEAT THAT QUESTION?

02:07PM  10       Q.   SURE.

02:07PM  11            YOU'RE AWARE THAT WHEN MR. BALWANI JOINED THERANOS, BEFORE

02:07PM  12       HE JOINED, HIS REQUEST THAT HE BE PAID ONLY $1 PER YEAR SALARY?

02:08PM  13                MR. LEACH:   OBJECTION.   FOUNDATION.

02:08PM  14                THE COURT:   SUSTAINED.

02:08PM  15       BY MR. COOPERSMITH:

02:08PM  16       Q.   WELL, MY QUESTION IS, ARE YOU AWARE OF THAT, MS. SPIVEY?

02:08PM  17       A.   NO.

02:08PM  18       Q.   YOU NEVER HEARD THAT BEFORE?

02:08PM  19       A.   NO.

02:08PM  20       Q.   OKAY.   YOU ONLY KNEW ABOUT THE $99,000 THAT HE WAS

02:08PM  21       ACTUALLY PAID?

02:08PM  22       A.   YES.

02:08PM  23       Q.   AND DO YOU KNOW THAT THE BOARD -- ARE YOU AWARE THAT THE

02:08PM  24       BOARD INSISTED THAT MR. BALWANI GET $99,000 INSTEAD OF $1?

02:08PM  25                MR. LEACH:   OBJECTION.   FOUNDATION.

SPIVEY CROSS BY MR. COOPERSMITH                                    2086

02:08PM  1              THE COURT:  YOU'RE ASKING IF SHE HAS KNOWLEDGE OF

02:08PM  2      ANY BOARD ACTION?

02:08PM  3              MR. COOPERSMITH:  YES, YOUR HONOR.

02:08PM  4              THE COURT:  DO YOU UNDERSTAND THE QUESTION?

02:08PM  5              THE WITNESS:  YES.

02:08PM  6              THE COURT:  OKAY.  YOU CAN ANSWER THE QUESTION.

02:08PM  7              THE WITNESS:  I WAS NOT AWARE.

02:08PM  8      BY MR. COOPERSMITH:

02:08PM  9      Q.  YOU'RE NOT FAMILIAR WITH HOW THE BOARD INTERACTED WITH

02:08PM  10     MR. BALWANI?  IS THAT YOUR TESTIMONY?

02:08PM  11     A.  YES.

02:08PM  12     Q.  OKAY.

02:09PM  13         NOW, IF YOU COULD TAKE A LOOK AT EXHIBIT 20510.

02:09PM  14         DO YOU HAVE THAT IN FRONT OF YOU?

02:09PM  15     A.  YES.

02:09PM  16     Q.  OKAY.  THANK YOU.

02:09PM  17         SO YOU KNEW THAT THERANOS HAD A BOARD OF DIRECTORS; RIGHT?

02:09PM  18     A.  YES.

02:09PM  19     Q.  AND YOU UNDERSTAND THAT WHEN YOU JOINED, THERE WERE

02:09PM  20     VARIOUS PEOPLE ON THAT BOARD IN ADDITION TO JUST MS. HOLMES;

02:09PM  21     RIGHT?

02:09PM  22     A.  YES.

02:09PM  23     Q.  AND, FOR EXAMPLE, A GENTLEMAN NAMED DONALD LUCAS WAS ON

02:09PM  24     THE BOARD?

02:09PM  25     A.  YES.

ER-1432

SPIVEY CROSS BY MR. COOPERSMITH                                    2087

02:09PM   1     Q.   AND DO YOU KNOW WHO MR. LUCAS IS?

02:09PM   2     A.   HE WAS THE CHAIRMAN OF THE BOARD.

02:09PM   3     Q.   RIGHT.  WHEN YOU JOINED?

02:09PM   4     A.   YES.

02:09PM   5     Q.   AND ALSO WHEN MR. BALWANI JOINED IN 2009?

02:10PM   6     A.   I DON'T REMEMBER SPECIFICALLY.

02:10PM   7     Q.   OKAY.  AND YOU KNOW THAT MR. LUCAS, DON LUCAS, WAS A

02:10PM   8     WELL-KNOWN INVESTOR IN SILICON VALLEY?

02:10PM   9     A.   YES.

02:10PM  10     Q.   AND, IN FACT, ARE YOU AWARE THAT THE BUSINESS SCHOOL DOWN

02:10PM  11     THE STREET IS NAMED AFTER MR. LUCAS?

02:10PM  12     A.   NO.

02:10PM  13     Q.   AND DO YOU UNDERSTAND THAT CHANNING ROBERTSON WAS ALSO ON

02:10PM  14     THE BOARD?

02:10PM  15     A.   YES.

02:10PM  16     Q.   AND HE WAS A PROFESSOR AT STANFORD?

02:10PM  17     A.   YES.

02:10PM  18     Q.   AND DO YOU UNDERSTAND THERE WERE OTHER BOARD MEMBERS

02:10PM  19     INCLUDING ROBERT SHAPIRO AND PETER THOMAS?

02:10PM  20     A.   YES.

02:10PM  21     Q.   AND YOU KNOW THAT THE BOARD HAD MEETINGS FROM TIME TO

02:10PM  22     TIME?  ARE YOU AWARE OF THAT?

02:10PM  23     A.   YES.

02:10PM  24     Q.   AND THAT SOMETIMES THE BOARD WOULD REVIEW FINANCIAL

02:10PM  25     INFORMATION?

ER-1433

02:10PM  1     A.   YES.

02:10PM  2     Q.   AND SOMETIMES THEY WOULD MAKE OTHER DECISIONS ABOUT THE

02:10PM  3     COMPANY?

02:10PM  4     A.   YES.

02:10PM  5     Q.   AND DO YOU UNDERSTAND WHEN THE BOARD MET THERE WOULD BE A

02:11PM  6     SET OF NOTES OR MINUTES KEPT ABOUT GENERALLY WHAT THE BOARD

02:11PM  7     DISCUSSED AT THEIR MEETINGS?

02:11PM  8     A.   YES.

02:11PM  9     Q.   AND IF YOU LOOK AT EXHIBIT 20510 IN FRONT OF YOU, THAT'S

02:11PM  10    ONE OF THOSE BOARD MEMBERS THAT I JUST MENTIONED?

02:11PM  11    A.   YES.

02:11PM  12          MR. COOPERSMITH:  YOUR HONOR, WE MOVE TO ADMIT

02:11PM  13    20510.

02:11PM  14          MR. LEACH:  OBJECTION.  HEARSAY.

02:11PM  15          THE COURT:  I'LL SUSTAIN THE OBJECTION WITHOUT AN

02:11PM  16    ADDITIONAL FOUNDATION.

02:11PM  17          MR. COOPERSMITH:  OKAY.

02:11PM  18    Q.   MS. SPIVEY, IN CONNECTION WITH BOARD MINUTES, YOU

02:11PM  19    UNDERSTAND WHEN THE BOARD MET AND KEPT MINUTES, IT WOULD BE

02:11PM  20    NECESSARY TO BE ACCURATE SO THAT OTHER PEOPLE COULD BE INFORMED

02:11PM  21    ABOUT WHAT THE BOARD DISCUSSED?

02:11PM  22    A.   YES.

02:11PM  23    Q.   AND DO YOU UNDERSTAND THAT WHEN THE BOARD TOOK MINUTES,

02:11PM  24    THOSE WOULD BE KEPT ON FILE AT THE COMPANY?

02:11PM  25    A.   YES.

SPIVEY CROSS BY MR. COOPERSMITH                                      2089

02:11PM   1    Q.   AND THEY WERE KEPT ON FILE SO THAT PEOPLE COULD REFER TO

02:11PM   2    THOSE MINUTES IF NECESSARY?

02:11PM   3    A.   YES.

02:11PM   4    Q.   AND IF THERE WAS A NEED TO REFER TO THEM, IT WOULD BE

02:11PM   5    IMPORTANT THAT THE INFORMATION IN THE BOARD MINUTES IS ACCURATE

02:12PM   6    SO THAT PEOPLE COULD GET THE CORRECT INFORMATION AND DO THEIR

02:12PM   7    JOBS ACCORDINGLY; IS THAT FAIR?

02:12PM   8    A.   YES.

02:12PM   9         MR. COOPERSMITH:  YOUR HONOR, AGAIN, I WOULD OFFER

02:12PM  10    EXHIBIT 20510.

02:12PM  11         THE COURT:  MR. LEACH.

02:12PM  12         MR. LEACH:  SAME OBJECTION, YOUR HONOR.

02:12PM  13    ALSO, ON PAGE 6, THEY APPEAR TO BE A DRAFT OR UNSIGNED.

02:12PM  14    BUT SAME OBJECTION, HEARSAY.

02:12PM  15         THE COURT:  CAN YOU -- I THINK THERE NEEDS TO BE

02:12PM  16    SOME MORE FOUNDATION AS TO -- SHE IDENTIFIED WHAT THIS IS, BUT

02:12PM  17    WHAT IT PURPORTS TO BE.

02:12PM  18    BUT DOES SHE HAVE PERSONAL KNOWLEDGE OF THIS?

02:12PM  19         MR. COOPERSMITH:  I CAN ASK HER, YOUR HONOR.

02:12PM  20    Q.   MS. SPIVEY, IN THE COURSE OF YOUR WORK, DID YOU EVER HAVE

02:12PM  21    A CHANCE OR OPPORTUNITY TO REVIEW BOARD MINUTES FOR ANY

02:12PM  22    PURPOSE?

02:12PM  23    A.   YES.

02:12PM  24    Q.   AND YOU DID THAT IN ORDER TO DO YOUR JOB; RIGHT?

02:12PM  25    A.   YES.

02:12PM  1    Q.   FOR EXAMPLE, IF THE BOARD MADE SOME DECISION ABOUT

02:12PM  2    FINANCIAL MATTERS IN HELPING THERANOS, YOU MIGHT WANT TO KNOW

02:12PM  3    THAT TO DO YOUR WORK; IS THAT RIGHT?

02:13PM  4    A.   YES.

02:13PM  5    Q.   AND YOU REFERRED TO THE BOARD MINUTES FOR THAT PURPOSE?

02:13PM  6    A.   YES.

02:13PM  7    Q.   AND THE BOARD MINUTES THAT YOU REVIEWED, ARE THEY ALWAYS

02:13PM  8    IN THE SAME FORM AS WHAT YOU'RE SEEING IN EXHIBIT 20510?

02:13PM  9    A.   YES.

02:13PM  10   Q.   AND SO THIS ONE LOOKS LIKE EVERY OTHER SET OF BOARD

02:13PM  11   MINUTES THAT YOU HAVE SEEN AT THERANOS WHILE YOU WERE THERE

02:13PM  12   WORKING AND DOING YOUR JOB?

02:13PM  13   A.   YES.

02:13PM  14        MR. COOPERSMITH:  YOUR HONOR, I THINK, AGAIN, WE'VE

02:13PM  15   LAID THE FOUNDATION FOR 20510.

02:13PM  16        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:13PM  17   (DEFENDANT'S EXHIBIT 20510 WAS RECEIVED IN EVIDENCE.)

02:13PM  18   BY MR. COOPERSMITH:

02:13PM  19   Q.   IF WE JUST GO TO THE FIRST PAGE JUST TO ORIENT OURSELVES,

02:13PM  20   YOU SEE WE HAVE AT THE TOP, THERANOS INC. AND MINUTES OF A

02:13PM  21   MEETING OF THE BOARD OF DIRECTORS.

02:13PM  22        AND THEN I ALREADY MENTIONED THESE NAMES TO YOU, BUT IT

02:13PM  23   HAS THE PEOPLE WHO ARE PRESENT IN THE FIRST PARAGRAPH.  DO YOU

02:13PM  24   SEE IT SAYS, PRESENT AT ALL OR PARTS OF THE MEETING IN PERSON

02:13PM  25   WERE DIRECTORS ELIZABETH HOLMES, DONALD LUCAS,

02:13PM   1    CHANNING ROBERTSON, ROBERT SHAPIRO, AND PETER THOMAS.

02:13PM   2         DO YOU SEE THAT?

02:13PM   3    A.   YES.

02:13PM   4    Q.   AND IF WE GO TO PAGE 4 OF THE DOCUMENT.

02:14PM   5         DO YOU SEE THERE'S A SECTION CALLED BOARD UPDATES?  IT'S

02:14PM   6    THE FIRST HEADING.

02:14PM   7         DO YOU SEE THAT?

02:14PM   8    A.   YES.

02:14PM   9    Q.   OKAY.  THANK YOU.

02:14PM  10         AND IT SAYS, "THE BOARD DISCUSSED ADDING A NEW DIRECTOR TO

02:14PM  11    THE BOARD AND REVIEWED SEVERAL CANDIDATES FOR CONSIDERATION.

02:14PM  12    AFTER DISCUSSION, THE BOARD UNANIMOUSLY AGREED TO ELECT

02:14PM  13    RAMESH "SUNNY" BALWANI AS VICE CHAIRMAN."

02:14PM  14         DO YOU SEE THAT?

02:14PM  15    A.   YES.

02:14PM  16    Q.   AND YOU WEREN'T PRESENT AT THIS BOARD MEETING?

02:14PM  17    A.   I WAS NOT.

02:14PM  18    Q.   BUT THE PURPOSE OF MINUTES IS SO THAT OTHER PEOPLE COULD

02:14PM  19    BE INFORMED ABOUT WHAT HAPPENED AT THE BOARD; RIGHT?

02:14PM  20    A.   YES.

02:14PM  21    Q.   AND IN THIS CASE THE MINUTES SAY THAT THE BOARD DISCUSSED

02:14PM  22    ADDING A NEW DIRECTOR; CORRECT?

02:14PM  23    A.   YES.

02:14PM  24    Q.   AND THE NEW DIRECTOR WAS MR. BALWANI?

02:14PM  25    A.   YES.

| | | |
|---|---|---|
| 02:14PM | 1 | Q.   AND THAT HE WAS GIVEN THE TITLE OF VICE CHAIRMAN? |
| 02:15PM | 2 | A.   YES. |
| 02:15PM | 3 | Q.   AND IT SAYS THAT THEY REVIEWED SEVERAL OTHER CANDIDATES |
| 02:15PM | 4 | FOR CONSIDERATION. |
| 02:15PM | 5 | DO YOU SEE THAT? |
| 02:15PM | 6 | A.   YES. |
| 02:15PM | 7 | Q.   OKAY.  NOW, IF YOU TAKE A LOOK AT ANOTHER EXHIBIT, WHICH |
| 02:15PM | 8 | IS SIMILAR, 20512. |
| 02:15PM | 9 | AND DO YOU SEE THAT 20512 IS ANOTHER SET OF BOARD MINUTES |
| 02:15PM | 10 | IN THE CASE OF THERANOS? |
| 02:15PM | 11 | A.   YES. |
| 02:15PM | 12 | Q.   AND IT'S IN THE SAME FORM THAT WE'VE SEEN PREVIOUSLY?  AND |
| 02:15PM | 13 | I'M JUST REALLY TALKING RIGHT NOW, MS. SPIVEY, ABOUT PAGES 1 |
| 02:15PM | 14 | THROUGH 8 OF THE EXHIBIT. |
| 02:15PM | 15 | A.   YES. |
| 02:15PM | 16 | Q.   AND THIS SET OF BOARD MINUTES IS DATED AUGUST 10, 2010; IS |
| 02:16PM | 17 | THAT CORRECT? |
| 02:16PM | 18 | A.   YES. |
| 02:16PM | 19 | Q.   SO IT'S ABOUT A YEAR AFTER MR. BALWANI JOINED; IS THAT |
| 02:16PM | 20 | RIGHT? |
| 02:16PM | 21 | A.   CORRECT. |
| 02:16PM | 22 | Q.   A LITTLE LESS THAN A YEAR? |
| 02:16PM | 23 | A.   YES. |
| 02:16PM | 24 | Q.   AND YOU SEE ON THE FIRST PAGE THERE'S THE SAME MEMBERS OF |
| 02:16PM | 25 | THE BOARD, EXCEPT IN THIS CASE MR. BALWANI IS NOW ALSO ON THE |

SPIVEY CROSS BY MR. COOPERSMITH                                      2093

02:16PM   1        BOARD; RIGHT?

02:16PM   2        A.   YES.

02:16PM   3             MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20512.

02:16PM   4             MR. LEACH:  NO OBJECTION, YOUR HONOR.

02:16PM   5             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:16PM   6        (DEFENDANT'S EXHIBIT 20512 WAS RECEIVED IN EVIDENCE.)

02:16PM   7        BY MR. COOPERSMITH:

02:16PM   8        Q.   LOOKING AT THE FIRST PAGE, AND IF YOU ZOOM IN ON THE

02:16PM   9        PEOPLE ON THE BOARD, THERE'S A WATERMARK THERE, BUT I THINK YOU

02:16PM  10        CAN SEE IT.

02:16PM  11             THOSE ARE THE PEOPLE THAT WE JUST DISCUSSED A FEW MINUTES

02:16PM  12        AGO.

02:16PM  13             DO YOU SEE THAT?

02:16PM  14        A.   YES.

02:16PM  15        Q.   OKAY.  AND THERE ARE, BY MY COUNT -- ELEMENTARY MATH --

02:16PM  16        SIX PEOPLE ON THE BOARD; IS THAT RIGHT?

02:16PM  17        A.   YES.

02:16PM  18        Q.   AND ONE OF THE BOARD MEMBERS, CHANNING ROBERTSON, THE

02:17PM  19        STANFORD PROFESSOR, HE PARTICIPATED IN THE BOARD MEETING BY

02:17PM  20        TELEPHONE.

02:17PM  21             DO YOU SEE THAT?

02:17PM  22        A.   YES.

02:17PM  23        Q.   AND THE REST OF THEM WERE PHYSICALLY PRESENT ACCORDING TO

02:17PM  24        THE MINUTES; CORRECT?

02:17PM  25        A.   YES.

02:17PM   1    Q.   OKAY.  IF YOU TURN TO PAGE 7 OF THE DOCUMENT.

02:17PM   2         DO YOU SEE ON THAT PAGE THERE'S A HEADING THAT IS LABELLED

02:17PM   3    ADDITIONAL COMPENSATION MATTERS; AMENDMENT OF BYLAWS.

02:17PM   4         DO YOU SEE THAT?

02:17PM   5    A.   YES.

02:17PM   6    Q.   AND THEN IT READS, "THE BOARD THEN APPROVED THE ADDITION

02:17PM   7    OF AN OPERATIONAL TITLE OF PRESIDENT AND COO FOR SUNNY BALWANI

02:17PM   8    AFTER DISCUSSING HIS PERFORMANCE AND CONTRIBUTIONS AND

02:17PM   9    OPERATIONAL ROLE."

02:17PM  10         DO YOU SEE THAT?

02:17PM  11    A.   YES.

02:17PM  12    Q.   AND THEN IT GOES ON TO SAY THAT THEY'RE ALSO GOING TO

02:17PM  13    GRANT A CERTAIN STOCK OPTION TO HIM.

02:17PM  14         DO YOU SEE THAT?

02:17PM  15    A.   YES.

02:17PM  16    Q.   AND WE'LL TALK ABOUT THE STOCK OPTION IN A MINUTE, BUT

02:18PM  17    JUST PAUSING ON THE BOARD TITLE.

02:18PM  18         SO ACCORDING TO THE MINUTES, THE SIX MEMBERS OF THE BOARD

02:18PM  19    VOTED TO MAKE MR. BALWANI THE PRESIDENT AND COO ABOUT A YEAR

02:18PM  20    AFTER HE JOINED THERANOS; IS THAT RIGHT?

02:18PM  21    A.   YES.

02:18PM  22    Q.   OKAY.  LET'S GO TO THE STOCK OPTIONS POINT SINCE WE JUST

02:18PM  23    SAW THAT IN THE BOARD MINUTES.

02:18PM  24         MR. BALWANI HAD STOCK OPTIONS AS AN OFFICER OF THERANOS;

02:18PM  25    IS THAT RIGHT?

SPIVEY CROSS BY MR. COOPERSMITH                          2095

02:18PM   1      A.   YES.

02:18PM   2      Q.   AND JUST SO WE ARE CLEAR WHAT THAT IS, I MEAN, MAYBE

02:18PM   3      EVERYONE KNOWS, BUT THE STOCK OPTION, I THINK YOU SAID THIS

02:18PM   4      DURING DIRECT, IS THE RIGHT TO BUY STOCK AT A CERTAIN PRICE?

02:18PM   5      A.   YES.

02:18PM   6      Q.   SO, FOR EXAMPLE, IF I GOT A STOCK OPTION THAT SAID I WOULD

02:18PM   7      BUY THERANOS STOCK AT $10 A SHARE, IN ORDER TO ACTUALLY

02:18PM   8      EXERCISE THE OPTION, I WOULD HAVE TO PAY THE COMPANY $10 A

02:18PM   9      SHARE?

02:18PM   10     A.   YES.

02:18PM   11     Q.   RIGHT.  AND THE OPTION IS SOMETHING THAT YOU HAVE A RIGHT

02:19PM   12     TO.

02:19PM   13          SO IF THE COMPANY OR THE STOCK OF THE COMPANY IS WORTH

02:19PM   14     MORE IN THE FUTURE, AND I EXERCISE THE OPTION, I CAN BUY

02:19PM   15     SOMETHING THAT IS WORTH, FOR EXAMPLE, $50 FOR $10?

02:19PM   16     A.   CORRECT.

02:19PM   17     Q.   RIGHT.  SO, FOR EXAMPLE, IF I WAS FORTUNATE ENOUGH TO OWN

02:19PM   18     STOCK IN APPLE INC., AND THE STOCK IS TRADING, YOU KNOW, IN THE

02:19PM   19     MANY HUNDREDS OF DOLLARS AT THIS POINT, IF I HAD AN OPTION TO

02:19PM   20     BUY THAT STOCK AT $10, THAT WOULD BE A PRETTY GOOD DEAL FOR ME

02:19PM   21     AT THIS POINT; RIGHT?

02:19PM   22     A.   YES.

02:19PM   23     Q.   BUT WHEN I EXERCISE THE OPTION, I WOULD HAVE TO PAY INCOME

02:19PM   24     TAX; RIGHT?

02:19PM   25     A.   THAT DEPENDS ON THE TYPE OF OPTION.

02:19PM   1    Q.   OKAY.   OKAY.   WELL, MAYBE WE'LL GET INTO THAT A LITTLE BIT

02:19PM   2    MORE.

02:19PM   3         BUT WITH REGARD TO STOCK OPTIONS, YOU COULD, IN MY

02:19PM   4    EXAMPLE, JUST HOLD THE OPTION AND NOT EXERCISE IT; RIGHT?

02:19PM   5    A.   YES.   BUT THERE WOULD BE AN EXPIRATION DATE OF THE OPTION.

02:20PM   6    Q.   THANK YOU.

02:20PM   7         SO PUTTING ASIDE THE EXPIRATION DATE, AS LONG AS YOU'RE

02:20PM   8    WITHIN THE EXPIRATION DATE PERIOD, YOU COULD JUST HOLD THE

02:20PM   9    OPTION AND NEVER PAY THE COMPANY ANY MONEY UNTIL YOU FELT IT

02:20PM   10   WAS THE RIGHT TIME TO DO THAT; RIGHT?

02:20PM   11   A.   CORRECT.

02:20PM   12   Q.   AND THE EXPIRATION DATES ARE SOMETIMES MANY YEARS; RIGHT?

02:20PM   13   A.   YES.

02:20PM   14   Q.   SOMETIMES FIVE OR TEN YEARS; RIGHT?

02:20PM   15   A.   YES.

02:20PM   16   Q.   AND SO IF YOU HAVE THE RIGHT TO BUY STOCK, THE HOPE IS

02:20PM   17   THAT YOU HOLD THE STOCK -- OR YOU HOLD THE OPTION RATHER, THE

02:20PM   18   COMPANY GOES UP IN VALUE, AND THEN AT SOME POINT IN THE FUTURE

02:20PM   19   WHEN YOU THINK THE COMPANY IS SUCCESSFUL, YOU COULD BUY THE

02:20PM   20   STOCK FOR THE LOWER PRICE THAT THE OPTION SAYS THAT YOU COULD

02:20PM   21   BUY IT AT; IS THAT FAIR?

02:20PM   22   A.   YES.

02:20PM   23   Q.   AND -- BUT IN THE CASE OF MR. BALWANI, THOUGH, HE DIDN'T

02:20PM   24   DO THAT, DID HE?

02:20PM   25   A.   WHAT DO YOU MEAN, HE DIDN'T DO THAT?

ER-1442

SPIVEY CROSS BY MR. COOPERSMITH                                    2097

02:20PM  1    Q.   WELL, HE DIDN'T HOLD THE OPTION.  HE ACTUALLY PURCHASED

02:20PM  2    THE STOCK RELATIVELY EARLY IN HIS TIME AT THERANOS?

02:21PM  3    A.   MY RECOLLECTION WAS THAT EARLY ON HE EXERCISED SOME OF THE

02:21PM  4    OPTIONS, AND THEN FOR -- LIKE LATER ON, I THINK THERE WERE SOME

02:21PM  5    OPTIONS THAT HE DID NOT EXERCISE.

02:21PM  6    Q.   OKAY.  WELL, LET'S TALK ABOUT THE ONES THAT HE DID

02:21PM  7    EXERCISE.

02:21PM  8        SO IF YOU GO TO EXHIBIT 20128.

02:21PM  9        DO YOU HAVE THAT IN FRONT OF YOU?

02:21PM  10   A.   YES.

02:21PM  11   Q.   DO YOU RECOGNIZE 20128 AS, ON THE FIRST PAGE, A NOTICE OF

02:22PM  12   EXERCISE FOR A COMMON STOCK PURCHASE WARRANT?

02:22PM  13   A.   YES.

02:22PM  14   Q.   AND IT'S FOR 200,000 SHARES?

02:22PM  15   A.   YES.

02:22PM  16   Q.   AND THIS IS -- THIS IS SOMETHING THAT MR. BALWANI HAD THE

02:22PM  17   RIGHT TO DO, THIS 200,000 SHARES?

02:22PM  18   A.   YES.

02:22PM  19   Q.   NOW, THIS DOCUMENT USES THE PHRASE "WARRANT," AND THAT'S A

02:22PM  20   DIFFERENT CONCEPT THAN AN OPTION; IS THAT RIGHT?

02:22PM  21   A.   DIFFERENT CONCEPT?  IT'S THE SAME CONCEPT.

02:22PM  22   Q.   IT'S THE SAME CONCEPT.  ALL RIGHT.

02:22PM  23       SO IS A WARRANT THE SAME AS AN OPTION WHERE IT GIVES YOU

02:22PM  24   THE RIGHT TO BUY STOCK AT A CERTAIN PRICE?

02:22PM  25   A.   YES.

02:22PM 1     Q.   OKAY.  BUT IS A WARRANT SOMETHING THAT'S GRANTED TO

02:22PM 2     SOMEONE WHO IS NOT WORKING FOR THE COMPANY?

02:22PM 3     A.   CORRECT.

02:22PM 4     Q.   AND AN OPTION IS FOR SOMEONE WHO DOES WORK IN THE COMPANY?

02:22PM 5     A.   RIGHT.

02:22PM 6     Q.   OKAY.  SO THIS PARTICULAR EXHIBIT WE'RE LOOKING AT REFERS

02:22PM 7     TO A WARRANT; RIGHT?

02:22PM 8     A.   YES.

02:22PM 9     Q.   AND WAS THAT BECAUSE IT WAS GIVEN TO MR. BALWANI BEFORE HE

02:23PM 10    ACTUALLY JOINED THE COMPANY?

02:23PM 11    A.   IT WAS GIVEN TO HIM BECAUSE IT WASN'T RELATED TO

02:23PM 12    PERFORMING SERVICES.

02:23PM 13    Q.   OKAY.  BUT HE GOT THE WARRANT JUST AT THE TIME HE JOINED;

02:23PM 14    ISN'T THAT RIGHT?

02:23PM 15    A.   YES.

02:23PM 16    Q.   AND THIS DOCUMENT, IF YOU LOOK AT THE LAST PAGE, WHICH IS

02:23PM 17    PAGE 6, DO YOU SEE THERE'S A SUMMARY OF EXERCISE PROCEEDS FROM

02:23PM 18    MR. BALWANI?

02:23PM 19    A.   YES.

02:23PM 20    Q.   ALL ON APRIL 14TH OF 2010?

02:23PM 21    A.   YES.

02:23PM 22    Q.   AND DOES PAGE 6 -- WELL, LET'S JUST LOOK AT PAGE 6 FIRST.

02:24PM 23        DOES PAGE 6 OF EXHIBIT 20128 ACCURATELY -- DOES PAGE 6 OF

02:24PM 24    EXHIBIT 20128 ACCURATELY REFLECT THE TRANSACTIONS MR. BALWANI

02:24PM 25    ENGAGED IN ON APRIL 14TH, 2010, IN EXERCISING WARRANTS IN STOCK

02:24PM  1    OPTIONS?

02:24PM  2    A.   I BELIEVE SO.

02:24PM  3    Q.   AND THAT WAS FOR A TOTAL OF $288,000?

02:24PM  4    A.   YES.

02:24PM  5    Q.   AND THAT'S MONEY THAT MR. BALWANI HAD TO PAY THE COMPANY?

02:24PM  6    A.   YES.

02:24PM  7    Q.   OKAY.

02:24PM  8        YOUR HONOR, I WOULD OFFER EXHIBIT 2 -- ACTUALLY, THE OFFER

02:24PM  9    IS JUST THE SIXTH PAGE, PAGE 6 OF 20128.

02:24PM  10            MR. LEACH:  I DON'T OBJECT TO PAGE 6.  I THINK THE

02:24PM  11   WHOLE DOCUMENT SHOULD COME IN, YOUR HONOR.

02:25PM  12            THE COURT:  ANY OBJECTION?

02:25PM  13            MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

02:25PM  14            THE COURT:  THE ENTIRETY OF 20128 IS ADMITTED, AND

02:25PM  15   IT MAY BE PUBLISHED.

02:25PM  16        (DEFENDANT'S EXHIBIT 20128 WAS RECEIVED IN EVIDENCE.)

02:25PM  17            MR. COOPERSMITH:  YOUR HONOR, CAN I APPROACH

02:25PM  18   MS. ROBINSON?

02:25PM  19            THE COURT:  YES.

02:25PM  20            MR. COOPERSMITH:  (HANDING.)

02:25PM  21        YOUR HONOR, WHAT I'D LIKE TO DO WITH THE DOCUMENT THAT I

02:25PM  22   JUST HANDED UP TO THE COURT, IT'S A DEMONSTRATIVE EXHIBIT, AND

02:25PM  23   I'LL ONLY PUT UP THE PARTS THAT ARE ADMITTED INTO EVIDENCE, BUT

02:25PM  24   SINCE WE ADMITTED EXHIBIT 20128, WE WOULD LIKE TO PUT UP JUST

02:25PM  25   THE FIRST SECTION REFLECTING THAT FIRST TRANSACTION THAT

02:25PM   1        MS. SPIVEY FIRST TESTIFIED ABOUT.

02:25PM   2             THE COURT:  AS A DEMONSTRATIVE ONLY?

02:25PM   3             MR. COOPERSMITH:  YES, YOUR HONOR.

02:25PM   4             THE COURT:  ALL RIGHT.  IT MAY BE DISPLAYED.

02:25PM   5             MR. COOPERSMITH:  OKAY.  MR. ALLEN, IF YOU COULD

02:26PM   6   DISPLAY JUST THAT FIRST SECTION.

02:26PM   7   Q.   OKAY.  SO LOOKING AT --

02:26PM   8             THE COURT:  LADIES AND GENTLEMEN -- I'M SORRY,

02:26PM   9   MR. COOPERSMITH.

02:26PM  10        THIS IS BEING OFFERED AS A DEMONSTRATIVE, THAT IS, AS AN

02:26PM  11   EXHIBIT FOR YOU TO VIEW.

02:26PM  12        IT'S NOT BEING OFFERED, NOR IS IT RECEIVED INTO EVIDENCE,

02:26PM  13   BUT MERELY AS A VISUAL TOOL TO ASSIST THE TESTIMONY.

02:26PM  14        PLEASE PROCEED.

02:26PM  15             MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

02:26PM  16   Q.   MS. SPIVEY, LOOKING AT THE DEMONSTRATIVE EXHIBIT, CAN YOU

02:26PM  17   SEE IT ON YOUR SCREEN?

02:26PM  18   A.   YES.

02:26PM  19   Q.   AND THAT'S JUST THE TRANSACTION THAT WE JUST TALKED ABOUT;

02:26PM  20   RIGHT?

02:26PM  21   A.   YES.

02:26PM  22   Q.   SO MR. BALWANI PAID THE COMPANY $288,000 TO PURCHASE

02:26PM  23   THERANOS SHARES ON APRIL 14TH OF 2010; IS THAT RIGHT?

02:26PM  24   A.   YES.

02:26PM  25   Q.   AND IF YOU GO BACK TO 20128, HE PAID $0.36 A SHARE?

SPIVEY CROSS BY MR. COOPERSMITH                    2101

02:26PM   1      A.    YES.

02:26PM   2      Q.    AND THAT'S BECAUSE THAT'S WHAT THE DOCUMENTS, THE WARRANT

02:26PM   3      AND THE OPTIONS SAID THAT HE HAD THE RIGHT TO DO?

02:26PM   4      A.    CORRECT.

02:26PM   5      Q.    BUT HE DIDN'T HAVE TO DO THAT; RIGHT?  HE COULD HAVE JUST

02:26PM   6      HELD THE OPTION AND WAITED TO SEE WHAT HAPPENED?

02:26PM   7      A.    YES.

02:26PM   8      Q.    BUT HE DECIDED TO SPEND THE MONEY AND GIVE THE COMPANY

02:27PM   9      THAT MONEY AND HOLD THE STOCK RIGHT AT THAT POINT IN TIME?

02:27PM  10      A.    YES.

02:27PM  11      Q.    ON APRIL 14TH, 2010?

02:27PM  12      A.    YES.

02:27PM  13      Q.    OKAY.  IF YOU COULD TAKE A LOOK AT THE NEXT EXHIBIT, WHICH

02:27PM  14      IS 20130.

02:27PM  15            MR. ALLEN, YOU CAN LEAVE UP THE PORTION OF THE

02:27PM  16      DEMONSTRATIVE THAT WE WERE JUST LOOKING AT.  THANK YOU.  JUST

02:27PM  17      THE PORTION WE WERE LOOKING AT.  THANKS.

02:27PM  18            OKAY.  MS. SPIVEY, IF YOU COULD TAKE A LOOK AT THIS

02:27PM  19      EXHIBIT, WHICH IS 20130, DO YOU SEE THAT THIS IS A THERANOS

02:27PM  20      INC. 2004 STOCK PLAN, STOCK OPTION AGREEMENT EARLY EXERCISE?

02:27PM  21      A.    YES.

02:27PM  22      Q.    AND DO YOU SEE THAT IT HAS -- IT RELATES TO MR. BALWANI'S

02:28PM  23      OTHER OPTIONS THAT MR. BALWANI HAD; IS THAT RIGHT?

02:28PM  24      A.    YES.

02:28PM  25      Q.    AND IF YOU LOOK AT THE VERY LAST PAGE, WHICH IS PAGE 20,

ER-1447

02:28PM 1   DO YOU SEE THERE'S AN ELECTION UNDER SECTION 83(B) OF THE

02:28PM 2   INTERNAL REVENUE CODE?

02:28PM 3   A.   YES.

02:28PM 4   Q.   AND YOU FILLED OUT THAT FORM; IS THAT RIGHT?

02:28PM 5   A.   YES.

02:28PM 6   Q.   AND THAT'S TO REPORT CERTAIN MATTERS TO THE INTERNAL

02:28PM 7   REVENUE CODE THAT WERE REQUIRED; IS THAT RIGHT?

02:28PM 8   A.   YES.

02:28PM 9   Q.   OKAY.  WE'LL GET BACK TO THAT.

02:28PM 10      BUT LOOKING AT THIS DOCUMENT, DO YOU RECOGNIZE THIS AS

02:28PM 11  PAPERWORK IN CONNECTION WITH MR. BALWANI'S EXERCISE OF STOCK

02:28PM 12  OPTIONS ON AUGUST 24TH, 2011.

02:29PM 13      I'M SORRY.  IF YOU LOOK AT PAGE 6 -- I MISSPOKE ON THE

02:29PM 14  DATE.  IT'S ACTUALLY AUGUST 21ST, 2011.

02:29PM 15      DO YOU SEE THAT?

02:29PM 16  A.   YES.

02:29PM 17  Q.   AND DO YOU RECOGNIZE THIS AS PAPERWORK FOR MR. BALWANI TO

02:29PM 18  EXERCISE THESE OPTIONS ON THAT DATE?

02:29PM 19  A.   YES.

02:29PM 20          MR. COOPERSMITH:  YOUR HONOR, WE OFFER

02:29PM 21  EXHIBIT 20130.

02:29PM 22          MR. LEACH:  NO OBJECTION, YOUR HONOR.

02:29PM 23          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:29PM 24      (DEFENDANT'S EXHIBIT 20130 WAS RECEIVED IN EVIDENCE.)

02:29PM 25  BY MR. COOPERSMITH:

SPIVEY CROSS BY MR. COOPERSMITH                           2103

02:29PM   1      Q.   IF YOU LOOK AT THE FIRST PAGE, MS. SPIVEY, YOU SEE --

02:29PM   2           IF WE COULD PUT UP EXHIBIT 20130, MR. ALLEN.

02:29PM   3           DO YOU SEE THAT THERE'S A DATE OF GRANT, AUGUST 10TH,

02:30PM   4      2010?

02:30PM   5      A.   YES.

02:30PM   6      Q.   AND THEN DO YOU SEE THAT THERE'S AN INVESTING COMMENCEMENT

02:30PM   7      DATE OF JANUARY 1ST, 2010?

02:30PM   8      A.   YES.

02:30PM   9      Q.   AND DOES THAT MEAN THAT STARTING ON JANUARY 1ST, 2010,

02:30PM  10      MR. BALWANI WAS ABLE TO GO AHEAD AND EXERCISE HIS OPTION IF HE

02:30PM  11      CHOSE TO DO SO?

02:30PM  12      A.   YES.

02:30PM  13      Q.   AND IF YOU LOOK AT THIS SAME PAGE, YOU SEE THAT THERE'S A

02:30PM  14      TERM EXPIRATION DATE.

02:30PM  15      A.   YES.

02:30PM  16      Q.   AND YOU SEE IT SAYS TEN YEARS/AUGUST 10TH, 2020?

02:30PM  17      A.   YES.

02:30PM  18      Q.   AND THAT MEANS THAT MR. BALWANI COULD HAVE WAITED ALL OF

02:30PM  19      THAT TIME TO EXERCISE THE OPTION; RIGHT?

02:30PM  20      A.   YES.

02:30PM  21      Q.   AND HE COULD HAVE DECIDED NEVER TO EXERCISE THE OPTION;

02:30PM  22      RIGHT?

02:30PM  23      A.   YES.

02:30PM  24      Q.   AND IF HE NEVER EXERCISED THE OPTION, HE WOULDN'T HAVE HAD

02:30PM  25      TO GIVE $486,403.56 TO THERANOS; RIGHT?

SPIVEY CROSS BY MR. COOPERSMITH                                    2104

02:30PM   1    A.    CORRECT.

02:30PM   2    Q.    BUT ON AUGUST 21ST OF 2011, HE DECIDED TO EXERCISE THE

02:31PM   3    OPTION AND GIVE THE COMPANY THAT MONEY; IS THAT RIGHT?

02:31PM   4    A.    YES.

02:31PM   5    Q.    AND HE ALSO WAS ABLE TO BUY THAT AT $0.36 A SHARE AS THE

02:31PM   6    OPTION PROVIDED?

02:31PM   7    A.    YES.

02:31PM   8    Q.    AND THAT WAS 1,351,121 SHARES?

02:31PM   9    A.    YES.

02:31PM  10    Q.    AND IF YOU GO TO THE LAST PAGE THAT WE WERE REFERRING TO

02:31PM  11    JUST A MINUTE AGO, THIS IS THAT I.R.S. ELECTION FORM THAT I WAS

02:31PM  12    MENTIONING.

02:31PM  13          DO YOU SEE THAT?

02:31PM  14    A.    YES.

02:31PM  15    Q.    AND THE REASON WHY YOU SEND THIS FORM TO THE I.R.S. IS

02:31PM  16    BECAUSE YOU'RE GIVING THE I.R.S. INFORMATION THAT MR. BALWANI

02:31PM  17    MIGHT HAVE A TAX CONSEQUENCE FOR THIS OPTION EXERCISE?

02:31PM  18    A.    YES.

02:31PM  19    Q.    AND IF YOU LOOK AT THE FIRST PARAGRAPH UNDER THE HEADING,

02:32PM  20    IT SAYS, "THE UNDERSIGNED TAXPAYER HEREBY ELECTS, PURSUANT TO

02:32PM  21    SECTIONS 55 AND 83(B) OF THE INTERNAL REVENUE CODE OF 1986, AS

02:32PM  22    AMENDED, TO INCLUDE IN TAXPAYER'S GROSS INCOME OR ALTERNATIVE

02:32PM  23    MINIMUM TAXABLE INCOME, AS THE CASE MAY BE, FOR THE CURRENT

02:32PM  24    TAXABLE YEAR THE AMOUNT OF ANY COMPENSATION TAXABLE TO TAX

02:32PM  25    PAYER IN CONNECTION WITH TAXPAYER'S RECEIPT OF THE PROPERTY

ER-1450

02:32PM  1    DESCRIBED BELOW."

02:32PM  2         DO YOU SEE THAT?

02:32PM  3    A.   YES.

02:32PM  4    Q.   AND THE PROPERTY DESCRIBED BELOW AS DESCRIBED IN SECTION 5

02:32PM  5    IS A $1.03 PER SHARE; IS THAT RIGHT?

02:32PM  6    A.   YES.

02:32PM  7    Q.   AND MR. BALWANI'S WAS $0.36 PER SHARE?

02:32PM  8    A.   YES.

02:32PM  9    Q.   BUT MR. BALWANI DIDN'T ACTUALLY GET THAT; RIGHT?

02:32PM 10    A.   CORRECT.

02:32PM 11    Q.   HE JUST HELD A STOCK CERTIFICATE THAT SOMEBODY DECIDED WAS

02:32PM 12    WORTH A $1.03 A SHARE AT THAT POINT; RIGHT?

02:33PM 13    A.   YES.

02:33PM 14    Q.   AND IN ALL OF THE TIME THAT YOU WERE WORKING WITH

02:33PM 15    MR. BALWANI, YOU'RE NOT AWARE THAT HE SOLD A SINGLE SHARE OF

02:33PM 16    STOCK, ARE YOU?

02:33PM 17    A.   CORRECT.

02:33PM 18    Q.   SO HE NEVER ACTUALLY SOLD STOCK AND GOT ANY CASH FOR THAT?

02:33PM 19    A.   YES.

02:33PM 20    Q.   BUT NONETHELESS, WHEN HE EXERCISED HIS OPTION ON PAPER, HE

02:33PM 21    GOT STOCK WORTH 1.03 THAT HE PAID $0.36 FOR?

02:33PM 22    A.   YES.

02:33PM 23    Q.   BUT IT'S ALL JUST PAPER?

02:33PM 24    A.   YES.

02:33PM 25    Q.   AND THAT MEANS THAT, BY MY CALCULATIONS, HE'S GOT -- AND

02:33PM    1    YOUR CALCULATIONS ARE PROBABLY BETTER, MS. SPIVEY -- BUT HE'S

02:33PM    2    GOT $0.67 A SHARE OF PAPER GAIN; IS THAT RIGHT?

02:33PM    3    A.   YES.

02:33PM    4    Q.   AND IF YOU MULTIPLY $0.67 A SHARE -- IT'S NOT A MATH TEST,

02:33PM    5    I PROMISE -- BUT IF YOU MULTIPLY $0.67 A SHARE BY THE 1,351,121

02:33PM    6    SHARES, YOU GET -- I'M SORRY -- $905,251.

02:34PM    7         DOES THAT SOUND RIGHT TO YOU?

02:34PM    8    A.   YES.

02:34PM    9    Q.   SO AROUND $900,000 OF TAXABLE GAIN THAT MR. BALWANI HAD

02:34PM   10    BECAUSE OF THIS TRANSACTION?

02:34PM   11    A.   YES.

02:34PM   12    Q.   AND YOU UNDERSTAND MR. BALWANI HAD TO CUT A CHECK TO THE

02:34PM   13    I.R.S.?

02:34PM   14            MR. LEACH:  OBJECTION.  FOUNDATION.

02:34PM   15            THE COURT:  SUSTAINED.

02:34PM   16    BY MR. COOPERSMITH:

02:34PM   17    Q.   DO YOU KNOW THAT?

02:34PM   18            MR. LEACH:  YOUR HONOR, THAT'S THE SAME QUESTION.

02:34PM   19            MR. COOPERSMITH:  I'M ASKING IF SHE KNOWS.

02:34PM   20            THE COURT:  IF SHE KNOWS THAT HE WROTE A CHECK TO

02:34PM   21    THE I.R.S.?

02:34PM   22            MR. COOPERSMITH:  RIGHT.

02:34PM   23            THE COURT:  DO YOU HAVE ANY KNOWLEDGE OF MR. BALWANI

02:34PM   24    WRITING A CHECK TO THE I.R.S.?

02:34PM   25            THE WITNESS:  NO.

02:34PM  1    BY MR. COOPERSMITH:

02:34PM  2    Q.   DO YOU HAVE ANY KNOWLEDGE OF HIM WRITING A CHECK TO

02:34PM  3    THERANOS SO THAT THERANOS COULD PAY THE I.R.S. ON BEHALF OF

02:34PM  4    MR. BALWANI?

02:34PM  5    A.   I DON'T REMEMBER ANYTHING LIKE THAT.

02:34PM  6    Q.   OKAY.  LET'S GO TO THE NEXT EXHIBIT, WHICH IS 20129.

02:35PM  7         DO YOU SEE 20129?  THIS EXHIBIT IS PAPERWORK REGARDING YET

02:35PM  8    ANOTHER OPTION THAT MR. BALWANI WAS GIVEN IN CONNECTION WITH

02:35PM  9    HIS WORK AT THERANOS?

02:35PM  10   A.   YES.

02:35PM  11   Q.   AND DO YOU UNDERSTAND THAT THE BOARD GRANTS OPTIONS;

02:35PM  12   RIGHT?

02:35PM  13   A.   EXCUSE ME?

02:35PM  14   Q.   THE BOARD OF DIRECTORS GRANTS OPTIONS?

02:35PM  15   A.   YES.

02:35PM  16   Q.   SO MS. HOLMES PERSONALLY DOESN'T DECIDE TO GRANT OPTIONS,

02:35PM  17   IT HAS TO BE THE BOARD; RIGHT?

02:35PM  18   A.   YES.

02:35PM  19   Q.   OKAY.  AND THIS OPTION IS, IF YOU LOOK AT PAGE 6, THE

02:35PM  20   EXERCISE WAS ALSO SAME DATE, AUGUST 21ST, 2011, JUST LIKE THE

02:35PM  21   LAST ONE THAT WE TALKED ABOUT?

02:35PM  22   A.   YES.

02:35PM  23   Q.   AND THIS OPTION IS FOR 3,242,242 SHARES?

02:36PM  24   A.   YES.

02:36PM  25   Q.   WITH A PURCHASE PRICE OF $3,339 -- I'M SORRY.  I'LL START

SPIVEY CROSS BY MR. COOPERSMITH                          2108

02:36PM   1    AGAIN.

02:36PM   2         $3,339,509.26?

02:36PM   3    A.   YES.

02:36PM   4    Q.   AND YOUR -- YOU UNDERSTAND THAT MR. BALWANI ALSO PAID THAT

02:36PM   5    MONEY TO THERANOS?

02:36PM   6    A.   YES.

02:36PM   7    Q.   TO BUY THERANOS STOCK?

02:37PM   8    A.   I DON'T REMEMBER, LOOKING AT THESE DOCUMENTS, I BELIEVE

02:37PM   9    SO.

02:37PM  10    Q.   OKAY.  BUT THESE ARE DOCUMENTS THAT YOU HELPED PREPARE

02:37PM  11    WHILE YOU WERE AT THERANOS?

02:37PM  12    A.   I WOULD HAVE, YES.

02:37PM  13              MR. COOPERSMITH:  OKAY.  YOUR HONOR, WE OFFER

02:37PM  14    EXHIBIT 20129.

02:37PM  15              MR. LEACH:  NO OBJECTION, YOUR HONOR.

02:37PM  16              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:37PM  17         (DEFENDANT'S EXHIBIT 20129 WAS RECEIVED IN EVIDENCE.)

02:37PM  18    BY MR. COOPERSMITH:

02:37PM  19    Q.   DO YOU SEE ON THE FIRST PAGE, THOSE ARE THE NUMBERS THAT I

02:37PM  20    WAS JUST READING, THE 3 MILLION, 3.3 MILLION.

02:37PM  21         DO YOU SEE THAT?

02:37PM  22    A.   YES.

02:37PM  23    Q.   AND THE SHARE AMOUNT.

02:37PM  24         AND THIS WAS ANOTHER OPTION THAT, IF YOU GO DOWN BELOW

02:37PM  25    THAT, THE EXPIRATION DATE WAS ALSO FOR TEN YEARS.

SPIVEY CROSS BY MR. COOPERSMITH                    2109

02:37PM  1          DO YOU SEE THAT?

02:37PM  2     A.   YES.

02:37PM  3     Q.   BUT MR. BALWANI CHOSE TO EXERCISE HIS OPTION IN 2011?

02:37PM  4     A.   YES.

02:37PM  5     Q.   OKAY.  MR. ALLEN, IF YOU COULD PUT UP ON THE DEMONSTRATIVE

02:37PM  6     THE SECOND SECTION.

02:37PM  7          AND LOOKING AT THE DEMONSTRATIVE EXHIBIT ON YOUR SCREEN,

02:38PM  8     MS. SPIVEY, DOES THAT ACCURATELY REFLECT THE TRANSACTION THAT

02:38PM  9     WE JUST DISCUSSED?

02:38PM 10     A.   YES.

02:38PM 11     Q.   SO THE TOTAL AMOUNT OF SHARES PURCHASED IN THIS

02:38PM 12     TRANSACTION WAS 4,593,363?

02:38PM 13     A.   YES.  I SUPPOSE.  I DON'T KNOW.

02:38PM 14     Q.   WELL, IF YOU ADD THOSE TWO NUMBERS TOGETHER?

02:38PM 15     A.   RIGHT, YOU NEED TO ADD THOSE TWO TOGETHER.

02:38PM 16     Q.   OKAY.  AND THEN THE TOTAL AMOUNT IS JUST ADDING THE

02:38PM 17     486,000 TO THE 3,339,000.

02:38PM 18          DO YOU SEE THAT?

02:38PM 19     A.   YES.

02:38PM 20     Q.   AND THEN I KNOW THAT YOU'RE NOT DOING MATH ON THE FLY

02:38PM 21     HERE, BUT DO YOU HAVE ANY REASON TO DOUBT THAT THE MATH IS

02:38PM 22     $3,825,912.82?

02:38PM 23     A.   NO.

02:38PM 24     Q.   OKAY.  SO SO FAR, FROM THE EXHIBITS THAT WE HAVE SEEN,

02:39PM 25     THAT'S HOW MUCH MR. BALWANI PAID THERANOS?

ER-1455

02:39PM 1    A.   YES.

02:39PM 2    Q.   TO BUY ITS STOCK; RIGHT?

02:39PM 3    A.   YES.

02:39PM 4    Q.   OKAY.  LET'S GO TO ONE MORE, AND THAT'S EXHIBIT 20135.

02:39PM 5         DO YOU SEE THAT EXHIBIT 20135 IS ALSO STOCK OPTION

02:39PM 6    PAPERWORK FOR A DIFFERENT STOCK OPTION EXERCISE, WHICH IS DATED

02:39PM 7    DECEMBER 16TH, 2011.

02:39PM 8         DO YOU SEE THAT?

02:39PM 9    A.   YES.

02:39PM 10   Q.   AND THIS TRANSACTION INVOLVED 550,000 SHARES?

02:39PM 11   A.   YES.

02:39PM 12   Q.   FOR A PRICE THAT MR. BALWANI HAD TO PAY OF 566,500?

02:39PM 13   A.   YES.

02:39PM 14   Q.   AND DO YOU RECOGNIZE THIS AS THE STOCK OPTION PAPERWORK

02:40PM 15   FOR THAT TRANSACTION?

02:40PM 16   A.   YES.

02:40PM 17            MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20135.

02:40PM 18            MR. LEACH:  NO OBJECTION.

02:40PM 19            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:40PM 20       (DEFENDANT'S EXHIBIT 20135 WAS RECEIVED IN EVIDENCE.)

02:40PM 21   BY MR. COOPERSMITH:

02:40PM 22   Q.   IF YOU COULD JUST GO, FIRST OF ALL, MS. SPIVEY, TO THE

02:40PM 23   LAST PAGE, WHICH IS PAGE 21.

02:40PM 24       IN THIS CASE WE ACTUALLY HAVE A COPY OF MR. BALWANI'S

02:40PM 25   CHECK.

02:40PM  1         DO YOU SEE THAT?

02:40PM  2    A.   YES.

02:40PM  3    Q.   AND THAT'S THE $566,500?

02:40PM  4    A.   YES.

02:40PM  5    Q.   AND IT HAS ON THE NOTE, OPTIONS 550,000.

02:40PM  6         THAT'S THE NUMBER OF SHARES; RIGHT?

02:40PM  7    A.   YES.

02:40PM  8    Q.   AND THEN IF YOU GO TO THE VERY FIRST PAGE OF THE EXHIBIT,

02:40PM  9    YOU SEE IT HAS THE FIGURES I WAS JUST MENTIONING, AND ALSO THIS

02:40PM 10    OPTION EXPIRES IN FIVE YEARS RATHER THAN TEN YEARS.

02:40PM 11         DO YOU SEE THAT?

02:40PM 12    A.   YES.

02:40PM 13    Q.   AND THE PRICE WAS $1.03 A SHARE?

02:40PM 14    A.   YES.

02:40PM 15    Q.   AND, MR. ALLEN, IF YOU COULD PUT UP THE LAST SECTION.

02:41PM 16         AND THEN IF YOU COULD PUT UP THE TOTALS AS WELL.

02:41PM 17         MS. SPIVEY, NOW LOOKING AT THE CHART THAT WE'VE COMPLETED,

02:41PM 18    DOES THIS ACCURATELY REFLECT, FROM THE EXHIBITS WE LOOKED AT,

02:41PM 19    MR. BALWANI'S TRANSACTIONS WHERE HE PURCHASED 5,943,363 SHARES

02:41PM 20    OF THERANOS FOR A PRICE OF $4,680,412.82?

02:41PM 21    A.   YES.

02:41PM 22    Q.   BEFORE WHEN YOU WERE TALKING TO MR. LEACH, HE SHOWED YOU

02:41PM 23    AN EXHIBIT WHERE MR. BALWANI HAD MORE LIKE 29 MILLION SHARES.

02:41PM 24         DO YOU REMEMBER THAT?

02:41PM 25    A.   SOMETHING LIKE THAT.

SPIVEY CROSS BY MR. COOPERSMITH                                    2112

02:41PM   1    Q.   RIGHT.  DO YOU REMEMBER AT SOME POINT THERANOS HAD

02:41PM   2    SOMETHING CALLED A STOCK SPLIT?

02:41PM   3    A.   YES.

02:41PM   4    Q.   AND THAT MEANT THAT ANYONE WHO HAD SHARES GOT FIVE TIMES

02:42PM   5    AS MANY SHARES?

02:42PM   6    A.   YES.

02:42PM   7    Q.   AND THAT WAS A CORPORATE ACTION THAT THE COMPANY TOOK?

02:42PM   8    A.   YES.

02:42PM   9    Q.   AND THAT WOULD APPLY TO ANYONE WHO HELD COMMON SHARES IN

02:42PM   10   THERANOS; RIGHT?

02:42PM   11   A.   CAN YOU REPEAT THAT?

02:42PM   12   Q.   ANYONE WHO HELD COMMON STOCK IN THERANOS WOULD HAVE GOTTEN

02:42PM   13   THE SAME FIVE-TO-ONE SPLIT?

02:42PM   14   A.   CORRECT.

02:42PM   15   Q.   AND DID YOU HOLD SHARES IN THERANOS?

02:42PM   16   A.   YES.

02:42PM   17   Q.   AND SO YOU ALSO GOT FIVE TIMES AS MANY SHARES?

02:42PM   18   A.   YES.

02:42PM   19   Q.   SO IT WOULD APPLY TO MR. BALWANI JUST LIKE ANY OTHER

02:42PM   20   EMPLOYEE OR ANYONE ELSE WHO OWNED COMMON SHARES OF THERANOS; IS

02:42PM   21   THAT RIGHT?

02:42PM   22   A.   YES.

02:42PM   23   Q.   OKAY.  LET'S SWITCH TOPICS AND TALK ABOUT THERANOS'S

02:43PM   24   REVENUE.

02:43PM   25        SO MR. LEACH ASKED YOU SOME QUESTIONS ON DIRECT ABOUT THE

ER-1458

SPIVEY CROSS BY MR. COOPERSMITH                    2113

02:43PM  1      CONCEPT OF REVENUE RECOGNITION.

02:43PM  2          DO YOU REMEMBER THAT?

02:43PM  3      A.   YES.

02:43PM  4      Q.   AND THAT'S AN ACCOUNTING CONCEPT; RIGHT?

02:43PM  5      A.   YES.

02:43PM  6      Q.   AND THERE ARE A LOT OF ACCOUNTING RULES THAT APPLY TO THE

02:43PM  7      QUESTION OF WHEN A COMPANY CAN RECOGNIZE REVENUE AND WHEN IT

02:43PM  8      CAN'T?

02:43PM  9      A.   YES.

02:43PM  10     Q.   AND SOMETIMES CASH COMES IN THE DOOR, AND FOR ONE REASON

02:43PM  11     OR ANOTHER, UNDER THE ACCOUNTING RULES, IT HAS TO BE TREATED AS

02:43PM  12     DEFERRED REVENUE AS OPPOSED TO REVENUE; IS THAT FAIR?

02:43PM  13     A.   YES.

02:43PM  14     Q.   AND THERE ARE MANY REASONS WHY THAT COULD HAPPEN?

02:43PM  15     A.   YES.

02:43PM  16     Q.   AND PEOPLE WHO, LIKE YOU, WHO WENT TO ACCOUNTING SCHOOL

02:43PM  17     AND HAVE CPA'S, TOOK THE EXAM, THAT'S SOMETHING THAT IS IN YOUR

02:43PM  18     WHEELHOUSE, THAT YOU -- YOU DEAL WITH THAT ALL OF THE TIME,

02:43PM  19     REVENUE RECOGNITION?

02:43PM  20     A.   YES.

02:43PM  21     Q.   BUT THAT'S PART OF THE ACCOUNTING PROFESSION, RIGHT, TO

02:43PM  22     UNDERSTAND WHAT THOSE RULES ARE?

02:43PM  23     A.   CORRECT.

02:43PM  24     Q.   AND MR. BALWANI WAS NOT AN ACCOUNTANT?

02:43PM  25     A.   NO, HE'S NOT.

02:44PM   1      Q.   AND ON DIRECT EXAM YOU MENTIONED THAT THERE WERE TIMES

02:44PM   2      WHEN MR. BALWANI WAS ASKING YOU, OR EVEN RECOMMENDING TO YOU,

02:44PM   3      THAT REVENUE SHOULD BE RECOGNIZED?

02:44PM   4      A.   YES.

02:44PM   5      Q.   AND IT'S NOT UNUSUAL FOR AN EXECUTIVE AT A COMPANY TO WANT

02:44PM   6      TO RECOGNIZE REVENUE, IS IT?

02:44PM   7      A.   IT'S NOT.

02:44PM   8      Q.   THAT HAPPENS ALL OF THE TIME; RIGHT?

02:44PM   9      A.   I DON'T KNOW.

02:44PM  10      Q.   BUT IN YOUR EXPERIENCE, LIKE, EXECUTIVES OF THE COMPANIES

02:44PM  11      WOULD RATHER RECOGNIZE REVENUE; RIGHT?

02:44PM  12      A.   YES.

02:44PM  13      Q.   BUT SOMETIMES THERE ARE ACCOUNTING RULES THAT SAY THAT YOU

02:44PM  14      CAN'T DO THAT; RIGHT?

02:44PM  15      A.   UH-HUH, YES.

02:44PM  16      Q.   AND YOUR JOB IS TO MAKE SURE THAT THE ACCOUNTING RULES

02:44PM  17      WERE FOLLOWED?

02:44PM  18      A.   YES.

02:44PM  19      Q.   AND THAT WAS TRUE WHETHER YOU HAD AUDITORS OR NOT

02:44PM  20      AUDITORS; RIGHT?

02:44PM  21      A.   CORRECT.

02:44PM  22      Q.   AND IN THE CASE THAT MR. LEACH DESCRIBED TO YOU, HE ASKED

02:44PM  23      YOU ABOUT SOME REVENUE THAT MR. BALWANI SUGGESTED TO YOU OUGHT

02:44PM  24      TO BE RECOGNIZED.

02:44PM  25           DO YOU REMEMBER THAT?

SPIVEY CROSS BY MR. COOPERSMITH                    2115

02:44PM   1      A.   YES.

02:44PM   2      Q.   AND YOU WENT TO KPMG?

02:44PM   3      A.   YES.

02:44PM   4      Q.   AND SO YOU HAD ACCESS TO THE OUTSIDE AUDITORS?

02:45PM   5      A.   YES.

02:45PM   6      Q.   AND EVEN THOUGH THEY WEREN'T COMPLETING THEIR AUDITED

02:45PM   7      FINANCIAL STATEMENTS, YOU STILL WERE ABLE TO TALK TO THEM;

02:45PM   8      RIGHT?

02:45PM   9      A.   YES.

02:45PM  10      Q.   AND YOU WERE ABLE TO GIVE THEM ACCURATE INFORMATION?

02:45PM  11      A.   YES.

02:45PM  12      Q.   AND YOU ALWAYS DID GIVE THEM ACCURATE INFORMATION?

02:45PM  13      A.   YES.

02:45PM  14      Q.   AND IN THIS CASE THAT WE'RE TALKING ABOUT, THE AUDITORS

02:45PM  15      SAID, NO, IN THIS CASE THE ACCOUNTING RULES DON'T ALLOW

02:45PM  16      RECOGNITION OF REVENUE; RIGHT?

02:45PM  17      A.   YES.

02:45PM  18      Q.   AND YOU TOLD MR. BALWANI THAT?

02:45PM  19      A.   MY RECOLLECTION OF THIS WAS THAT HE AND I DISCUSSED AND I

02:45PM  20      TOLD HIM THAT THE REVENUE COULD NOT BE RECOGNIZED BECAUSE OF

02:45PM  21      THE ACCOUNTING RULES AND I WOULD FOLLOW UP WITH KPMG ON WHETHER

02:45PM  22      WE SHOULD BE ABLE TO RECOGNIZE THAT.

02:45PM  23           AND AFTER I CONFIRMED WITH KPMG THAT THOSE SHOULD NOT BE

02:45PM  24      RECOGNIZED, I DON'T RECALL INSTANCES WHERE I WENT BACK TO HIM

02:45PM  25      AND TELL HIM THAT KPMG AGREED.  WE JUST LEFT IT AT THAT.

SPIVEY CROSS BY MR. COOPERSMITH                                    2116

02:45PM   1      Q.   THANK YOU.  OKAY.

02:45PM   2           SO BASICALLY AFTER YOU WENT TO KPMG AND YOU CONFERRED WITH

02:46PM   3      THEM ABOUT THE MATTER, THEY SAID NO, AND THEN THE REVENUE WAS

02:46PM   4      NOT RECOGNIZED; RIGHT?

02:46PM   5      A.   CORRECT.

02:46PM   6      Q.   BECAUSE OF THE ACCOUNTING RULES?

02:46PM   7      A.   YES.

02:46PM   8      Q.   AND YOU DIDN'T EVEN HAVE TO GO BACK TO MR. BALWANI?

02:46PM   9      A.   YES.

02:46PM  10      Q.   AND SO MR. BALWANI DIDN'T TRY TO INTERFERE IN ANY WAY WITH

02:46PM  11      THE JUDGMENT OF KPMG, DID HE?

02:46PM  12      A.   HE DID NOT.

02:46PM  13      Q.   HE DID NOT ORDER YOU TO RECOGNIZE THE REVENUE ANYWAY?

02:46PM  14      A.   CORRECT.

02:46PM  15      Q.   HE DIDN'T ORDER YOU TO VIOLATE THE ACCOUNTING RULES OR

02:46PM  16      ANYTHING LIKE THAT, DID HE?

02:46PM  17      A.   CORRECT.

02:46PM  18      Q.   OKAY.  LET'S GO TO THE EXHIBIT THAT MR. LEACH SHOWED YOU,

02:46PM  19      WHICH WAS A VERY BIG SPREADSHEET THAT HAD A LOT OF -- IN FACT,

02:46PM  20      MAYBE ALMOST ALL, AT LEAST IN A CERTAIN TIME PERIOD -- OF THE

02:46PM  21      TRANSACTIONS AT THERANOS.  IT'S EXHIBIT 5172.

02:46PM  22           DO YOU REMEMBER THAT?

02:46PM  23           AND YOU'RE NOT GOING TO FIND THAT VERY EASILY.  I THINK

02:46PM  24      IT'S BETTER TO LOOK ON THE SCREEN.

02:46PM  25           YEAH, A LOT EASIER; RIGHT?

ER-1462

SPIVEY CROSS BY MR. COOPERSMITH                    2117

02:46PM  1        SO THE SCREEN HAS A SPREADSHEET WITH, YOU KNOW, THE

02:46PM  2   VARIOUS TRANSACTIONS AND YOU WERE TALKING ABOUT SOME OF THESE

02:47PM  3   WITH MR. LEACH.

02:47PM  4   A.   YES.

02:47PM  5   Q.   SO I WANT TO GO THROUGH THE TRANSACTIONS IN ROW 26, OKAY?

02:47PM  6   A.   YES.

02:47PM  7   Q.   AND THAT ROW ALL OF THE WAY THROUGH IS THE CUSTOMER

02:47PM  8   RECEIPTS; RIGHT?

02:47PM  9   A.   YES.

02:47PM  10  Q.   SO THESE WERE CUSTOMERS OF THERANOS THAT PAID CASH TO

02:47PM  11  THERANOS; RIGHT?

02:47PM  12  A.   YES.

02:47PM  13  Q.   AND SOMETIMES THE REVENUE THAT CAME IN FROM CUSTOMERS

02:47PM  14  COULD BE RECOGNIZED AS REVENUE; RIGHT?

02:47PM  15  A.   YES.

02:47PM  16  Q.   AND SOMETIMES IT COULDN'T?

02:47PM  17  A.   RIGHT.

02:47PM  18  Q.   BUT THAT DEPENDED ON THE ACCOUNTING RULES AND HOW THEY

02:47PM  19  FUNCTIONED?

02:47PM  20  A.   YES.

02:47PM  21  Q.   OKAY.  WELL, LET'S JUST LOOK AT THE NUMBERS.

02:47PM  22       IF YOU GO TO THE FIRST COLUMN D, YOU SEE THAT THERE'S

02:47PM  23  $6,462.

02:47PM  24  A.   YES.

02:47PM  25  Q.   AND THEN IF YOU GO TO THE NEXT ONE, WHICH IS H, THAT'S

| | | |
|---|---|---|
| 02:47PM | 1 | $50,000; RIGHT? |
| 02:48PM | 2 | A.   YES. |
| 02:48PM | 3 | Q.   AND THEN ON J THAT'S 201,137? |
| 02:48PM | 4 | A.   YES. |
| 02:48PM | 5 | Q.   AND THEN IN THE MARCH, EARLY APRIL TIME PERIOD, YOU GO TO |
| 02:48PM | 6 | ROW N, 4,358? |
| 02:48PM | 7 | A.   YES. |
| 02:48PM | 8 | Q.   AND KEEP SCROLLING ACROSS, MR. ALLEN. |
| 02:48PM | 9 | AND THEN WE'VE GOT $474. |
| 02:48PM | 10 | IN COLUMN W, $1,256. |
| 02:48PM | 11 | DO YOU SEE THAT? |
| 02:48PM | 12 | A.   YES. |
| 02:48PM | 13 | Q.   AND IF WE KEEP SCROLLING, 51,689 IN COLUMN AA. |
| 02:48PM | 14 | DO YOU SEE THAT? |
| 02:48PM | 15 | A.   YES. |
| 02:48PM | 16 | Q.   $5 MILLION IN COLUMN AC? |
| 02:48PM | 17 | A.   YES. |
| 02:48PM | 18 | Q.   AND THAT'S IN MID-2011. |
| 02:48PM | 19 | DO YOU SEE THAT? |
| 02:48PM | 20 | A.   YES. |
| 02:48PM | 21 | Q.   AND IF WE KEEP SCROLLING, $30 MILLION IN AUGUST OF 2011 IN |
| 02:48PM | 22 | COLUMN HH. |
| 02:48PM | 23 | DO YOU SEE THAT? |
| 02:48PM | 24 | A.   YES. |
| 02:49PM | 25 | Q.   AND KEEP GOING. |

ER-1464

02:49PM   1          $5 MILLION IN COLUMN AO?

02:49PM   2     A.   YES.

02:49PM   3     Q.   AND THAT'S IN OCTOBER OF 2011?

02:49PM   4     A.   YES.

02:49PM   5     Q.   AND IF YOU KEEP GOING, $15 MILLION IN CUSTOMER RECEIPTS IN

02:49PM   6     NOVEMBER OF 2011.

02:49PM   7          DO YOU SEE THAT?

02:49PM   8     A.   YES.

02:49PM   9     Q.   AND KEEP GOING.  $18,500,000 IN DECEMBER OF 2011.

02:49PM  10          DO YOU SEE THAT?

02:49PM  11     A.   YES.

02:49PM  12     Q.   AND THAT'S THE AMOUNT THAT YOU TALKED ABOUT WITH MR. LEACH

02:49PM  13     THAT ENDED UP BEING REFUNDED BY THERANOS?

02:49PM  14     A.   YES.

02:49PM  15     Q.   OKAY.  KEEP GOING.

02:49PM  16          THAT'S 1,285 ON -- IN MARCH OF 2012, COLUMN BK.

02:49PM  17          DO YOU SEE THAT?

02:49PM  18     A.   YES.

02:49PM  19     Q.   THEN $40 MILLION IN JUNE OF 2012?

02:49PM  20     A.   YES.

02:49PM  21     Q.   $375 IN OCTOBER OF 2012.

02:50PM  22          DO YOU SEE THAT?

02:50PM  23     A.   YES.

02:50PM  24     Q.   25 MILLION IN JANUARY OF 2013?

02:50PM  25     A.   YES.

02:50PM   1    Q.   AND THEN 4 MILLION ALSO IN JANUARY OF 2013?

02:50PM   2    A.   YES.

02:50PM   3    Q.   OKAY.  $555?

02:50PM   4    A.   YES.

02:50PM   5    Q.   AND THEN I THINK FINALLY, I THINK IT'S COLUMN FC.

02:50PM   6         DO YOU SEE THE $75 MILLION IN JANUARY OF 2014?

02:50PM   7    A.   YES.

02:50PM   8    Q.   AND YOU UNDERSTAND THAT THAT PARTICULAR $75 MILLION CAME

02:50PM   9    FROM WALGREENS; RIGHT?

02:50PM  10    A.   YES.

02:50PM  11    Q.   AND THAT WAS SOMETHING CALLED AN INNOVATION FEE.

02:50PM  12         DO YOU KNOW THAT?

02:50PM  13    A.   YES.

02:50PM  14    Q.   AND WERE YOU INVOLVED IN THE NEGOTIATIONS WITH WALGREENS

02:50PM  15    ABOUT WHAT LED WALGREENS TO GIVE THERANOS $75 MILLION, AND DO

02:51PM  16    YOU HAVE AN UNDERSTANDING OF THE CONTRACTS BETWEEN WALGREENS

02:51PM  17    AND THERANOS?

02:51PM  18    A.   I HAD THE CONTRACTS, BUT THAT'S ABOUT IT.

02:51PM  19    Q.   OKAY.  AND WERE YOU INVOLVED IN THE RELATIONSHIP BETWEEN

02:51PM  20    THERANOS AND WALGREENS AS IT EVOLVED OVER THE YEARS?

02:51PM  21    A.   NO.

02:51PM  22    Q.   OKAY.

02:51PM  23         YOUR HONOR, CAN I APPROACH?

02:51PM  24              THE COURT:  OKAY.

02:51PM  25              MR. COOPERSMITH:  (HANDING.)

02:51PM  1    Q.   MS. SPIVEY, I'VE SHOWN YOU ANOTHER DEMONSTRATIVE EXHIBIT

02:51PM  2    THAT HAS BEEN MARKED AS 20520.

02:51PM  3         DO YOU HAVE THAT IN FRONT OF YOU?

02:51PM  4    A.   YES.

02:51PM  5    Q.   AND DO YOU SEE THAT IT REFLECTS ALL OF THE TRANSACTIONS

02:52PM  6    THAT WE JUST WENT OVER IN EXHIBIT 5172?

02:52PM  7    A.   YES.

02:52PM  8              MR. COOPERSMITH:  YOUR HONOR, I WOULD ASK TO DISPLAY

02:52PM  9    THIS DEMONSTRATIVE EXHIBIT AT THIS TIME.

02:52PM  10             THE COURT:  ANY OBJECTION?

02:52PM  11             MR. LEACH:  NO, YOUR HONOR.

02:52PM  12             THE COURT:  LADIES AND GENTLEMEN, LIKE THE OTHER

02:52PM  13   DEMONSTRATIVE, THIS IS NOT BEING ADMITTED INTO EVIDENCE, BUT IT

02:52PM  14   IS BEING DISPLAYED TO YOU SOLELY TO ASSIST THE WITNESS'S

02:52PM  15   TESTIMONY.

02:52PM  16   BY MR. COOPERSMITH:

02:52PM  17   Q.   MS. SPIVEY, DO YOU SEE THE DEMONSTRATIVE ON YOUR SCREEN

02:52PM  18   NOW?

02:52PM  19   A.   YES.

02:52PM  20   Q.   AND DO YOU SEE THAT THAT'S JUST THE LIST OF CUSTOMER

02:52PM  21   RECEIPTS THAT WE JUST WENT OVER?

02:52PM  22   A.   YES.

02:52PM  23   Q.   SO FROM JANUARY OF 2011 UNTIL JANUARY 2014, FOR THOSE

02:52PM  24   APPROXIMATELY THREE YEARS, THE TOTAL AMOUNT OF CUSTOMER

02:52PM  25   RECEIPTS WAS $217,817,591?

SPIVEY CROSS BY MR. COOPERSMITH                                2122

02:52PM   1        A.   YES.

02:52PM   2        Q.   OKAY.  DURING THE EXAMINATION THAT MR. LEACH CONDUCTED,

02:53PM   3    THE DIRECT EXAMINATION EARLIER TODAY, HE TALKED ABOUT AN

02:53PM   4    OUTSIDE COMPANY CALLED ARANCA.

02:53PM   5        DO YOU REMEMBER THAT?

02:53PM   6        A.   YES.

02:53PM   7        Q.   AND THAT WAS A COMPANY THAT DID PARTICULAR VALUATION WORK

02:53PM   8    FOR THERANOS?

02:53PM   9        A.   YES.

02:53PM   10       Q.   AND I'D LIKE TO SHOW YOU AN EXHIBIT THAT IS ALREADY IN

02:53PM   11   EVIDENCE.  IT'S 5206.

02:53PM   12       AND IF YOU GO -- THERE'S ATTACHMENTS TO THESE EXHIBITS,

02:53PM   13   AND ONE OF THE ATTACHMENTS IS A REPORT FROM ARANCA.

02:53PM   14       MR. ALLEN, IF YOU GO TO PAGE 17 OF THAT ATTACHMENT.

02:54PM   15   THAT'S PAGE 14, I BELIEVE.

02:54PM   16       THERE YOU GO, PAGE 17.

02:54PM   17       I THINK YOU WENT OVER THIS ON DIRECT EXAMINATION,

02:54PM   18   MS. SPIVEY.  BUT CAN YOU TAKE A LOOK AT THE FIRST BULLET POINT

02:54PM   19   UNDER ENGAGEMENT OBJECTIVE AND SCOPE.

02:54PM   20       AND DO YOU SEE IT SAYS, "WE UNDERSTAND THIS REPORT AND ITS

02:54PM   21   CONCLUSIONS (VALUATION OR THE OPINION) WOULD BE USED BY THE

02:54PM   22   COMPANY'S BOARD OF DIRECTORS (AND AUTHORIZED BOARD COMMITTEES)

02:54PM   23   SOLELY IN CONNECTION WITH DETERMINING THE EXERCISE PRICE FOR

02:54PM   24   GRANTING OPTIONS TO ITS EMPLOYEES TO COMPLY WITH IRC 409A AND

02:54PM   25   AS AN INPUT FOR VALUATIONS PURSUANT TO SFAS 123(R) FOR

02:54PM  1    FINANCIAL REPORTING PURPOSES."

02:54PM  2        DO YOU SEE THAT?

02:54PM  3    A.   YES.

02:54PM  4    Q.   AND WHAT IS SFAS 123(R)?

02:54PM  5    A.   THAT'S THE ACCOUNTING RULE FOR OPTIONS.

02:54PM  6    Q.   IT'S A RULE OF ACCOUNTING THAT TALKS IN PARTICULAR ABOUT

02:55PM  7    HOW TO TREAT STOCK OPTIONS WHEN THEY'RE GRANTED FOR TAX

02:55PM  8    PURPOSES; IS THAT RIGHT?

02:55PM  9    A.   CAN YOU REPEAT THAT?

02:55PM 10    Q.   I THINK YOU'RE GOING TO DO A BETTER JOB THAN ME.

02:55PM 11        HOW WOULD YOU DESCRIBE SFAS 123?

02:55PM 12    A.   AGAIN, THAT IS A RULE -- ACCOUNTING RULE FOR THE COMPANY,

02:55PM 13    OR THE COMPANY HAS TO FOLLOW THESE ACCOUNTING RULES TO

02:55PM 14    CALCULATE THE OPTION EXPENSES WHEN THEY GRANT AN OPTION TO

02:55PM 15    OPTIONEE.

02:55PM 16    Q.   OKAY.  AND THE IRC, OR THE INTERNAL REVENUE CODE 409A,

02:55PM 17    THAT SECTION, THAT'S THE SECTION OF THE INTERNAL REVENUE CODE

02:55PM 18    THAT DEALS WITH IN PARTICULAR THE TAX TREATMENT OF OPTIONS WHEN

02:55PM 19    THEY'RE GRANTED?

02:55PM 20    A.   YES.

02:55PM 21    Q.   AND IT HAS TO DO WITH THE PRICE OF THE OPTION AND THE

02:55PM 22    VALUE OF THE COMPANY, THAT SORT OF THING?

02:55PM 23    A.   YES.

02:55PM 24    Q.   AND YOU NEED ONE OF THESE ARANCA REPORTS IN ORDER TO

02:55PM 25    COMPLY WITH WHAT IS CALLED A SAFE HARBOR UNDER THAT INTERNAL

02:56PM  1    REVENUE CODE SECTION?

02:56PM  2    A.   YES.

02:56PM  3    Q.   OKAY.  AND THAT'S THE PURPOSE OF THE ARANCA REPORT; RIGHT?

02:56PM  4    A.   YES.

02:56PM  5    Q.   DO YOU REMEMBER HOW MUCH THE COMPANY HAD TO PAY ARANCA FOR

02:56PM  6    ITS REPORTS?

02:56PM  7    A.   MAYBE A FEW THOUSAND DOLLARS.

02:56PM  8    Q.   A FEW THOUSAND DOLLARS?

02:56PM  9    A.   YES.

02:56PM  10   Q.   PER REPORT, OR FOR THE WHOLE SUITE OF REPORTS, OR WHICH

02:56PM  11   ONE?

02:56PM  12   A.   WHAT DO YOU MEAN?

02:56PM  13   Q.   LIKE, HOW MUCH DID IT COST FOR THE REPORT FROM ARANCA?

02:56PM  14   A.   A FEW THOUSAND DOLLARS FOR ONE REPORT.

02:56PM  15   Q.   OKAY.  I THINK YOU SAID THAT -- WELL, FOR ONE REPORT IT

02:56PM  16   WAS A FEW THOUSAND DOLLARS?

02:56PM  17   A.   YEAH.

02:56PM  18   Q.   OKAY.  SO IT'S A FAIRLY LOW PRICE TO GET ONE OF THESE

02:56PM  19   REPORTS; RIGHT?

02:56PM  20   A.   I DON'T KNOW HOW TO DEFINE THAT.

02:56PM  21   Q.   I MEAN, THEY'RE NOT COMING TO THE COMPANY AND DOING SOME

02:56PM  22   KIND OF IN-DEPTH ANALYSIS AND, LIKE, SPENDING TIME AT THE

02:56PM  23   COMPANY AND TALKING TO PEOPLE?  IT'S NOT THAT; RIGHT?  YOU JUST

02:56PM  24   SEND THEM INFORMATION AND, FOR A FEW THOUSAND DOLLARS, THEY

02:57PM  25   GIVE YOU ONE OF THESE REPORTS; RIGHT?

ER-1470

02:57PM   1      A.   YES.

02:57PM   2      Q.   OKAY.  MR. LEACH ALSO SHOWED YOU SOME DOCUMENTS, I THINK

02:57PM   3      THEY WERE CONDITIONALLY ADMITTED WITH A PARTICULAR -- THERE

02:57PM   4      WERE SOME OTHER NUMBERS, SOME OTHER PROJECTIONS.

02:57PM   5           DO YOU REMEMBER THAT?

02:57PM   6      A.   YES.

02:57PM   7      Q.   AND IF YOU COULD TAKE A LOOK AT THAT ONE, THAT'S -- I

02:57PM   8      THINK IT WAS EXHIBIT -- IF I CAN REMEMBER THIS -- I THINK IT'S

02:57PM   9      4859.

02:57PM  10           AND DO YOU REMEMBER THIS DOCUMENT WHEN YOU WERE TALKING

02:57PM  11      WITH MR. LEACH?

02:57PM  12      A.   YES.

02:57PM  13      Q.   AND YOU SAID YOU HAD NO INVOLVEMENT IN THIS; RIGHT?

02:57PM  14      A.   CORRECT.

02:57PM  15      Q.   AND DO YOU HAVE -- SO YOU HAVE NO KNOWLEDGE ABOUT HOW THIS

02:57PM  16      ACTUALLY WORKED, LIKE HOW THESE NUMBERS WERE DERIVED; IS THAT

02:58PM  17      RIGHT?

02:58PM  18      A.   CORRECT.

02:58PM  19      Q.   AND YOU HAVE NO KNOWLEDGE OF WHAT ASSUMPTIONS UNDERLIE

02:58PM  20      THESE NUMBERS?

02:58PM  21      A.   CORRECT.

02:58PM  22      Q.   AND, FOR EXAMPLE, IF YOU TAKE A LOOK AT ONE OF THE FIRST

02:58PM  23      LINES THERE, THERE'S ONE THAT SAYS LAB SERVICES FROM U.S.

02:58PM  24      RETAIL PHARMACIES?

02:58PM  25      A.   YES.

02:58PM  1    Q.   AND THAT WOULD BE, WHAT -- FOR EXAMPLE, WALGREENS WOULD BE

02:58PM  2    A U.S. RETAIL PHARMACY; RIGHT?

02:58PM  3    A.   YES.

02:58PM  4    Q.   SO DO YOU HAVE ANY KNOWLEDGE OF HOW THE NUMBER OF STORES

02:58PM  5    THAT THERANOS WAS GOING TO OPEN WOULD FACTOR INTO THAT

02:58PM  6    PROJECTED REVENUE NUMBER?

02:58PM  7    A.   NO.

02:58PM  8    Q.   DO YOU HAVE ANY UNDERSTANDING OF HOW THE COMPANY WENT

02:58PM  9    ABOUT THINKING ABOUT HOW MANY PATIENTS WOULD POSSIBLY VISIT

02:58PM  10   THESE STORES EVERY DAY?

02:58PM  11   A.   NO.

02:58PM  12   Q.   AND DO YOU HAVE ANY KNOWLEDGE AT ALL ABOUT WHAT INVESTORS

02:58PM  13   WERE TOLD ABOUT THIS DOCUMENT?

02:58PM  14   A.   NO.

02:58PM  15   Q.   IF THEY WERE TOLD ANYTHING AT ALL?

02:58PM  16   A.   I DON'T HAVE -- I DON'T KNOW.

02:58PM  17   Q.   AND DO YOU HAVE ANY KNOWLEDGE OF WHAT MEETINGS OCCURRED TO

02:58PM  18   WALK INVESTORS THROUGH THESE NUMBERS, OR NOT?  DO YOU KNOW

02:59PM  19   ANYTHING ABOUT THAT?

02:59PM  20   A.   NO.

02:59PM  21   Q.   SO YOU JUST HAVE THIS PAGE, AND OTHER THAN THAT, YOU HAVE

02:59PM  22   NO KNOWLEDGE OF THIS AT ALL; RIGHT?

02:59PM  23   A.   CORRECT.

02:59PM  24   Q.   AND THEN YOU SEE ON THE TOP LEFT IT SAYS PROJECTED

02:59PM  25   STATEMENT OF INCOME?

02:59PM  1    A.   YES.

02:59PM  2    Q.   AND PROJECTED MEANS NOT ACTUAL; RIGHT?

02:59PM  3    A.   YES.

02:59PM  4    Q.   IT MEANS WHAT MIGHT HAPPEN IN THE FUTURE?

02:59PM  5    A.   YES.

02:59PM  6    Q.   AND WHAT MIGHT NOT HAPPEN IN THE FUTURE DEPENDS ON OTHER

02:59PM  7    THINGS, LIKE HOW MANY STORES ARE OPENED AND WHAT THE COMPANY

02:59PM  8    DOES AND THINGS LIKE THAT; RIGHT?

02:59PM  9    A.   CORRECT.

02:59PM  10   Q.   AND NO ONE COULD KNOW THAT FOR SURE; RIGHT?

02:59PM  11   A.   YES.

02:59PM  12   Q.   NOW, WE'VE LOOKED AT THE ARANCA DOCUMENT A MINUTE AGO AND

02:59PM  13   IT TALKED ABOUT HOW THE REPORT WAS BEING PREPARED FOR USE BY

02:59PM  14   THE BOARD OF DIRECTORS.

02:59PM  15   A.   YES.

02:59PM  16   Q.   RIGHT?

02:59PM  17        AND YOU UNDERSTAND THAT THE BOARD SPOKE ABOUT ARANCA

03:00PM  18   REPORTS DURING THE BOARD MEETINGS?

03:00PM  19   A.   YES.

03:00PM  20        MR. LEACH:  YOUR HONOR, OBJECTION.  FOUNDATION.

03:00PM  21        THE COURT:  SHE SAID YES, SO YOU CAN FOLLOW UP WITH

03:00PM  22   THAT.

03:00PM  23        MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

03:00PM  24   Q.   LET'S TAKE A LOOK AT ONE OF THOSE.

03:00PM  25        IF YOU COULD TURN IN YOUR BINDER TO EXHIBIT 20514.

SPIVEY CROSS BY MR. COOPERSMITH                                    2128

03:00PM   1          DO YOU SEE 20514?

03:00PM   2     A.   YES.

03:00PM   3     Q.   AND DO YOU SEE THIS IS BOARD MINUTES SIMILAR TO THE ONES

03:00PM   4     WE LOOKED AT BEFORE?

03:00PM   5     A.   YES.

03:00PM   6     Q.   AND THESE ARE BOARD MINUTES FROM A MEETING JANUARY 20TH,

03:00PM   7     2015?

03:00PM   8     A.   YES.

03:01PM   9          MR. COOPERSMITH:  YOUR HONOR, I'D LIKE TO OFFER

03:01PM  10     EXHIBIT 20514.

03:01PM  11          MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:01PM  12          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:01PM  13     (DEFENDANT'S EXHIBIT 20514 WAS RECEIVED IN EVIDENCE.)

03:01PM  14     BY MR. COOPERSMITH:

03:01PM  15     Q.   IF YOU GO TO THE FIRST PAGE, IT HAS, LIKE ALL OF THE BOARD

03:01PM  16     MINUTES DO, IT HAS A LIST OF THE PEOPLE WHO WERE PRESENT?

03:01PM  17     A.   YES.

03:01PM  18     Q.   OKAY.  AND THE PEOPLE PRESENT ARE SUNNY BALWANI, AND THEN

03:01PM  19     RILEY BECHTEL?

03:01PM  20     A.   YES.

03:01PM  21     Q.   DO YOU KNOW WHO RILEY BECHTEL IS?

03:01PM  22     A.   HE WAS ONE OF THE DIRECTORS.

03:01PM  23     Q.   DO YOU KNOW WHAT HIS BACKGROUND IS OR ANYTHING LIKE THAT?

03:01PM  24     A.   NO.

03:01PM  25     Q.   DID YOU EVER HEAR OF THE BECHTEL CORPORATION?

ER-1474

03:01PM   1   A.   NO.

03:01PM   2   Q.   DO YOU KNOW WHO WILLIAM FOEGE IS?

03:01PM   3   A.   I DON'T REMEMBER AT THIS TIME.

03:01PM   4   Q.   DO YOU REMEMBER HE WAS SOMEONE WHO CAME FROM THE CENTERS

03:02PM   5   FOR DISEASE CONTROL?

03:02PM   6   A.   YES.

03:02PM   7   Q.   WILLIAM FRIST?

03:02PM   8   A.   I DON'T REMEMBER.

03:02PM   9   Q.   DO YOU UNDERSTAND MR. FRIST, DR. FRIST IS A FORMER UNITED

03:02PM  10   STATES SENATOR?

03:02PM  11   A.   I DON'T REMEMBER AT THIS TIME.

03:02PM  12   Q.   OKAY.  DO YOU ALSO KNOW THAT HE'S A MEDICAL DOCTOR?

03:02PM  13   A.   I DON'T REMEMBER.

03:02PM  14   Q.   OKAY.  AND THEN ELIZABETH HOLMES.  WE'VE HEARD ABOUT HER.

03:02PM  15        AND THEN HENRY KISSINGER.  ARE YOU FAMILIAR WITH

03:02PM  16   DR. KISSINGER?

03:02PM  17   A.   YES.

03:02PM  18   Q.   HE WAS SECRETARY OF STATE ALL OF THE WAY BACK IN THE NIXON

03:02PM  19   ADMINISTRATION; RIGHT?

03:02PM  20   A.   YES.

03:02PM  21   Q.   AND THEN RICHARD KOVACEVICH.

03:02PM  22        DO YOU SEE THAT?

03:02PM  23   A.   YES.

03:02PM  24   Q.   AND DO YOU KNOW WHAT HIS BACKGROUND IS?

03:02PM  25   A.   I THINK HE WAS A FORMER CEO OF WELLS FARGO.

SPIVEY CROSS BY MR. COOPERSMITH                    2130

03:02PM   1    Q.   WELLS FARGO, THE BANK?

03:02PM   2    A.   RIGHT.

03:02PM   3    Q.   AND THEN JAMES MATTIS, DO YOU SEE THAT?

03:02PM   4    A.   YES.

03:02PM   5    Q.   AND HE WAS THE FORMER GENERAL IN THE UNITED STATES ARMY

03:02PM   6    AND SERVED AS SECRETARY OF DEFENSE; IS THAT RIGHT?

03:02PM   7    A.   YES.

03:02PM   8    Q.   AND SAMUEL NUNN.

03:03PM   9         DO YOU SEE THAT?

03:03PM  10    A.   YES.

03:03PM  11    Q.   AND HE WAS A FORMER UNITED STATES SENATOR FROM GEORGIA?

03:03PM  12    A.   YES.

03:03PM  13    Q.   AND WILLIAM PERRY, HE WAS A FORMER SECRETARY OF DEFENSE AS

03:03PM  14    WELL?

03:03PM  15    A.   MAYBE.  I DON'T KNOW.

03:03PM  16    Q.   YOU'RE NOT SURE.

03:03PM  17         GARY ROUGHHEAD, A FORMER ADMIRAL?

03:03PM  18    A.   YES.

03:03PM  19    Q.   AND GEORGE SHULTZ.

03:03PM  20         ARE YOU FAMILIAR WITH MR. SHULTZ?

03:03PM  21    A.   YES.

03:03PM  22    Q.   HE WAS THE SECRETARY OF STATE DURING THE REAGAN

03:03PM  23    ADMINISTRATION?

03:03PM  24    A.   YES.

03:03PM  25    Q.   AND THEN ALSO PRESENT AT THE BOARD MEETING WAS

ER-1476

SPIVEY CROSS BY MR. COOPERSMITH                    2131

03:03PM  1    DAVID BOIES.

03:03PM  2         DO YOU KNOW WHO THAT IS?

03:03PM  3    A.   HE WAS THE PARTNER AT BOIES SCHILLER, THE LAW FIRM.

03:03PM  4    Q.   RIGHT.  SO THE FIRM IS ACTUALLY NAMED AFTER HIM.

03:03PM  5    DAVID BOIES IS THE BOIES IN BOIES SCHILLER; RIGHT?

03:03PM  6    A.   YES.

03:03PM  7    Q.   OKAY.  SO LET'S GO TO PAGE 7 OF THE DOCUMENT.

03:04PM  8         DO YOU SEE THERE'S A SECTION CALLED DETERMINATION OF FAIR

03:04PM  9    MARKET VALUE?

03:04PM 10    A.   YES.

03:04PM 11    Q.   AND IT READS, "THE BOARD THEN REVIEWED THE FAIR MARKET

03:04PM 12    VALUE OF A SHARE OF THE COMPANY'S COMMON STOCK.  THE BOARD

03:04PM 13    REVIEWED THE INDEPENDENT VALUATION REPORT BY ARANCA DATED

03:04PM 14    DECEMBER 15TH, 2014, AS WELL AS PRIOR REPORTS, ANALYZING THE

03:04PM 15    FAIR MARKET VALUE OF THE COMPANY'S COMMON STOCK PURSUANT TO

03:04PM 16    SECTION 409A OF THE INTERNAL REVENUE CODE, WHICH FAIR MARKET

03:04PM 17    VALUE WAS DETERMINED TO BE $1.44 PER SHARE."

03:04PM 18         THEN IT GOES ON TO SAY, "THE INDEPENDENT VALUATION REPORT

03:04PM 19    WAS DISCUSSED BY THE BOARD, AND THE BOARD, HAVING CONSIDERED

03:04PM 20    ALL OF THE AVAILABLE INFORMATION MATERIAL TO THE VALUATION OF

03:04PM 21    THE COMPANY'S COMMON STOCK, INCLUDING THE INDEPENDENT VALUATION

03:04PM 22    REPORT, DETERMINED IN GOOD FAITH THAT THE FAIR MARKET VALUE OF

03:04PM 23    ONE SHARE OF THE COMPANY'S COMMON STOCK WAS $1.44 AS OF THE

03:04PM 24    DATE OF THIS MEETING," AND THEN IT GOES ON.

03:04PM 25         DO YOU SEE THAT?

SPIVEY CROSS BY MR. COOPERSMITH                    2132

03:04PM  1     A.   YES.

03:04PM  2     Q.   AND SO DO YOU UNDERSTAND THAT THE BOARD WAS LOOKING AT THE

03:04PM  3     ARANCA REPORT AND DISCUSSING IT AND MAKING A DETERMINATION

03:05PM  4     WHETHER THEY WERE GOING TO ACCEPT THAT VALUATION THAT ARANCA

03:05PM  5     PROVIDES; IS THAT RIGHT?

03:05PM  6     A.   YES.

03:05PM  7     Q.   AND THAT'S FOR PURPOSES OF THIS INTERNAL REVENUE CODE?

03:05PM  8     A.   YES.

03:05PM  9     Q.   AND THE BOARD HAS THE REPORT IN FRONT OF THEM SO THEY CAN

03:05PM  10    DISCUSS IT AND REVIEW IT TO THEIR HEART'S CONTENT; IS THAT

03:05PM  11    RIGHT?

03:05PM  12    A.   YES.

03:05PM  13    Q.   OKAY.  LET'S GO TO ANOTHER EXHIBIT JUST TO GET THESE DONE.

03:05PM  14    IT'S EXHIBIT 20516.  THIS IS -- DO YOU HAVE THAT IN FRONT OF

03:05PM  15    YOU?

03:05PM  16    A.   YES.

03:05PM  17    Q.   THANK YOU.  THIS IS ANOTHER SET OF BOARD MINUTES FOR A

03:05PM  18    MEETING DATED JANUARY 14TH, 2013?

03:05PM  19    A.   YES.

03:05PM  20    Q.   AND YOU CAN SEE THE BOARD MEMBERS ARE LISTED AS WHO IS

03:05PM  21    PRESENT.

03:05PM  22         DO YOU SEE THAT?

03:05PM  23    A.   YES.

03:05PM  24            MR. COOPERSMITH:  YOUR HONOR, WE OFFER

03:05PM  25    EXHIBIT 20516.

SPIVEY CROSS BY MR. COOPERSMITH                          2133

03:05PM   1            MR. LEACH:  NO OBJECTION.

03:05PM   2            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:06PM   3        (DEFENDANT'S EXHIBIT 20516 WAS RECEIVED IN EVIDENCE.)

03:06PM   4   BY MR. COOPERSMITH:

03:06PM   5   Q.   AND IF YOU GO TO PAGE 3, THERE'S A SECTION AT THE TOP, AND

03:06PM   6   IT ACTUALLY STARTS ON PAGE 1 UNDER THE SECTION CALLED

03:06PM   7   ADMINISTRATIVE OVERVIEW.

03:06PM   8        AND I WON'T READ IT.  BUT DO YOU SEE THAT IT REFERENCES --

03:06PM   9   IF YOU GO TO THE TOP OF PAGE 2, IT ALSO DISCUSSES THE REFERENCE

03:06PM  10   TO THE ARANCA REPORT.

03:06PM  11        DO YOU SEE THAT?

03:06PM  12   A.   YES.

03:06PM  13   Q.   SO THE SAME TYPE OF DISCUSSION, BUT DIFFERENT MEETING,

03:06PM  14   DIFFERENT ARANCA REPORT; RIGHT?

03:06PM  15   A.   YES.

03:06PM  16   Q.   OKAY.  AND THEN IF YOU COULD GO TO EXHIBIT 20517.

03:07PM  17        DO YOU SEE THIS IS ANOTHER BOARD MINUTES FROM APRIL 15TH,

03:07PM  18   2015?

03:07PM  19   A.   YES.

03:07PM  20   Q.   AND AGAIN IT RECITES WHO WAS PRESENT FROM THE BOARD OF

03:07PM  21   DIRECTORS?

03:07PM  22   A.   YES.

03:07PM  23            MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20517.

03:07PM  24            MR. LEACH:  NO OBJECTION.

03:07PM  25            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

ER-1479

03:07PM 1      (DEFENDANT'S EXHIBIT 20517 WAS RECEIVED IN EVIDENCE.)

03:07PM 2   BY MR. COOPERSMITH:

03:07PM 3   Q.   AND IF YOU GO TO PAGE 5 OF THE DOCUMENTS, DO YOU SEE

03:07PM 4   THERE'S A SECTION CALLED FAIR MARKET VALUE?

03:07PM 5   A.   YES.

03:07PM 6   Q.   AND IT REFERENCES THE INDEPENDENT VALUATION REPORT BY

03:07PM 7   ARANCA DATED APRIL 6TH, 2015.

03:07PM 8        DO YOU SEE THAT?

03:07PM 9   A.   YES.

03:07PM 10  Q.   AND IT GOES ON ON THE NEXT PAGE TO CONTINUE WITH THAT

03:07PM 11  SENTENCE.

03:07PM 12       DO YOU SEE THAT?

03:07PM 13  A.   YES.

03:07PM 14  Q.   OKAY.  SO THIS WAS ANOTHER OCCASION WHEN THE BOARD

03:08PM 15  REVIEWED AND DISCUSSED A PARTICULAR ARANCA REPORT; RIGHT?

03:08PM 16  A.   YES.

03:08PM 17  Q.   FOR THIS STOCK OPTIONS VALUATION PURPOSE; RIGHT?

03:08PM 18  A.   YES.

03:08PM 19  Q.   NOW, THE COMPANY DIDN'T GRANT ANY STOCK OPTIONS IN 2014,

03:08PM 20  DID IT?

03:08PM 21  A.   I DON'T REMEMBER.

03:08PM 22  Q.   YOU DON'T REMEMBER.

03:08PM 23       HOW ABOUT 2015?

03:08PM 24  A.   I DON'T REMEMBER.

03:08PM 25  Q.   OKAY.  BUT IF THE COMPANY DIDN'T GRANT ANY STOCK OPTIONS,

SPIVEY CROSS BY MR. COOPERSMITH                                    2135

03:08PM   1    IF THAT WERE TRUE, THEN THESE ARANCA REPORTS WOULDN'T BE VERY

03:08PM   2    IMPORTANT BECAUSE THERE WOULD BE NO NEED TO EVALUATE ANYTHING;

03:08PM   3    RIGHT?

03:08PM   4    A.   IF THERE WAS AN OPTION EXERCISED, I WOULD STILL NEED THAT

03:08PM   5    INFORMATION TO DETERMINE IF THE EMPLOYEE OWED ANY TAX IF THEY

03:08PM   6    EXERCISED AN OPTION.

03:08PM   7    Q.   TO UNDERSTAND WHAT THE VALUE WAS AT THE TIME THAT THEY

03:09PM   8    EXERCISED?

03:09PM   9    A.   YES.

03:09PM  10    Q.   OKAY.  UNDERSTOOD.

03:09PM  11         AND MR. BALWANI EXERCISED HIS OPTIONS LIKE ALL OF THE WAY

03:09PM  12    BACK IN 2010 AND 2011; RIGHT?

03:09PM  13    A.   YES.

03:09PM  14    Q.   OKAY.  LET'S GO BACK TO THE SUBJECT OF WALGREENS FOR A

03:09PM  15    MOMENT.

03:10PM  16         SO ARE YOU AWARE THAT THE COMPANY ENTERED INTO A CONTRACT,

03:10PM  17    ITS FIRST CONTRACT WITH WALGREENS IN 2010?

03:10PM  18    A.   SOMEWHERE AROUND THAT TIME.

03:10PM  19    Q.   OKAY.  LET'S TAKE A LOOK AT AN EXHIBIT.  THAT MIGHT HELP.

03:10PM  20    IT'S EXHIBIT 372.

03:10PM  21         AND I THINK YOU SAID EARLIER WHEN I WAS ASKING YOU

03:10PM  22    QUESTIONS, MS. SPIVEY, THAT YOU HAD A REASON TO SEE THE

03:10PM  23    CONTRACTS THAT THERANOS HAD?

03:10PM  24    A.   I, I --

03:10PM  25    Q.   ARE YOU STILL LOOKING FOR THE EXHIBIT?

ER-1481

SPIVEY CROSS BY MR. COOPERSMITH                           2136

03:10PM   1     A.   YOU SAID 378?

03:10PM   2     Q.   I'M SORRY, 372.  YES?

03:11PM   3     A.   OH.

03:11PM   4     Q.   DO YOU HAVE THAT NOW?

03:11PM   5     A.   YES.

03:11PM   6     Q.   AND I THINK YOU SAID EARLIER THAT AS PART OF YOUR JOB, YOU

03:11PM   7     HAD A REASON TO LOOK AT CONTRACTS THAT THERANOS HAD?

03:11PM   8     A.   YES.

03:11PM   9     Q.   AND YOU RECOGNIZE EXHIBIT 372 AS A THERANOS MASTER

03:11PM  10     PURCHASE AGREEMENT BETWEEN THERANOS AND WALGREENS DATED

03:11PM  11     JULY 30TH OF 2010?

03:11PM  12     A.   YES.

03:11PM  13     Q.   AND SO YOU RECOGNIZE THE DOCUMENT?

03:11PM  14     A.   I THINK SO.

03:11PM  15     Q.   OKAY.

03:11PM  16          YOUR HONOR, I JUST OFFER EXHIBIT 372.

03:11PM  17              MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:11PM  18              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:11PM  19          (GOVERNMENT'S EXHIBIT 372 WAS RECEIVED IN EVIDENCE.)

03:11PM  20     BY MR. COOPERSMITH:

03:11PM  21     Q.   IF YOU -- LET'S LOOK AT THE FIRST PAGE.  SO THAT'S THE

03:11PM  22     TITLE.  AND YOU CAN SEE THE DATE AT THE TOP.

03:12PM  23          AND YOU SEE -- JUST KEEP THIS IN MIND, JULY 30TH, 2010, IS

03:12PM  24     DEFINED AS THE EFFECTIVE DATE OF THE AGREEMENT.

03:12PM  25          DO YOU SEE THAT?

SPIVEY CROSS BY MR. COOPERSMITH                          2137

03:12PM  1     A.   YES.

03:12PM  2     Q.   OKAY.  AND YOU SEE IT'S SIGNED BY, ON THE BOTTOM, A

03:12PM  3     GENTLEMAN NAMED WADE MIQUELON?

03:12PM  4     A.   YES.

03:12PM  5     Q.   AND HE WAS THE CHIEF FINANCIAL -- HE SAYS HE'S THE

03:12PM  6     EXECUTIVE VICE PRESIDENT AT WALGREENS; RIGHT?

03:12PM  7     A.   YES.

03:12PM  8     Q.   OKAY.  AND IF YOU GO TO THE NEXT PAGE, YOU SEE IT'S SIGNED

03:12PM  9     BY MS. HOLMES?

03:12PM  10    A.   YES.

03:12PM  11    Q.   OKAY.  IF YOU CAN TAKE A LOOK AT PAGE 8 OF THE DOCUMENT.

03:12PM  12    OKAY.  AND YOU SEE THERE'S A SECTION 6 CALLED CARTRIDGE

03:12PM  13    PRE-PURCHASE COMMITMENTS?

03:12PM  14    A.   YES.

03:12PM  15    Q.   AND THEN UNDER SECTION A, IT SAYS, "WALGREENS AGREES TO

03:13PM  16    INITIALLY PRE-PURCHASE $50 MILLION OF CARTRIDGES (INVENTORY)

03:13PM  17    WHICH INCLUDES USE OF DEVICES AND PROVISION OF SERVICES

03:13PM  18    ACCORDING TO THE FOLLOWING SCHEDULE."

03:13PM  19         DO YOU SEE THAT?

03:13PM  20    A.   YES.

03:13PM  21    Q.   AND THEN THE SCHEDULE, THE FIRST PART OF IT IS,

03:13PM  22    "$30 MILLION ON THE EFFECTIVE DATE OF THIS AGREEMENT."

03:13PM  23         DO YOU SEE THAT?

03:13PM  24    A.   YES.

03:13PM  25    Q.   AND THEN IT GOES ON TO SAY $20 MILLION WITHIN FIVE DAYS OF

ER-1483

SPIVEY CROSS BY MR. COOPERSMITH                                2138

03:13PM  1    RECEIPT OF CERTAIN FDA APPROVAL AND CLIA WAIVER.

03:13PM  2         DO YOU SEE THAT?

03:13PM  3    A.   YES.

03:13PM  4    Q.   AND IF YOU GO TO THE NEXT PARAGRAPH, IT SAYS, "THE FIRST

03:13PM  5    30 MILLION PRE-PURCHASE PAYMENT WILL BE INVOICED AT THE

03:13PM  6    EFFECTIVE DATE OF THIS AGREEMENT."

03:13PM  7         DO YOU SEE THAT?

03:13PM  8    A.   YES.

03:13PM  9    Q.   OKAY.  NOW, BASED ON THE CONTRACT, YOU UNDERSTAND THAT

03:13PM  10   THERANOS HAD A RIGHT TO $30 MILLION FROM WALGREENS RIGHT ON

03:13PM  11   THAT DATE, JULY 30TH, 2010?

03:13PM  12   A.   YES.

03:14PM  13   Q.   AND DO YOU UNDERSTAND THAT THERANOS DIDN'T INVOICE

03:14PM  14   WALGREENS FOR THAT AMOUNT; RIGHT?

03:14PM  15   A.   I DON'T REMEMBER.  DID WE NOT?

03:14PM  16   Q.   WELL, IF THERE WAS AN INVOICE TO WALGREENS, YOU WOULD HAVE

03:14PM  17   PREPARED IT?

03:14PM  18   A.   RIGHT.

03:14PM  19   Q.   BUT IT IS QUITE A LONG TIME AGO?

03:14PM  20   A.   YEAH.

03:14PM  21   Q.   SO DO YOU KNOW WHETHER THERANOS INVOICED WALGREENS FOR THE

03:14PM  22   $30 MILLION OR NOT?

03:14PM  23   A.   I DON'T REMEMBER.

03:14PM  24   Q.   OKAY.  SO IT'S POSSIBLE THAT THERANOS HAD A RIGHT TO

03:14PM  25   30 MILLION AND JUST DIDN'T TRY TO COLLECT IT FROM WALGREENS AT

03:14PM   1    THAT POINT; RIGHT?

03:14PM   2             MR. LEACH:  OBJECTION.  IT CALLS FOR SPECULATION.

03:14PM   3             THE COURT:  SUSTAINED.

03:14PM   4    BY MR. COOPERSMITH:

03:14PM   5    Q.   YOU DON'T KNOW ONE WAY OR THE OTHER?

03:14PM   6    A.   I DON'T REMEMBER.

03:14PM   7    Q.   OKAY.  YOU UNDERSTAND THAT AT SOME POINT IN THE FALL OF

03:15PM   8    2013 THERANOS STARTED TESTING BLOOD SAMPLES AT WALGREENS

03:15PM   9    STORES, THAT WERE COLLECTED AT WALGREENS STORES?

03:15PM  10    A.   YES.

03:15PM  11    Q.   AND THAT BUSINESS CONTINUED INTO THE LATTER PART OF '13

03:15PM  12    AND INTO 2014 AND 2015?

03:15PM  13    A.   YES.

03:15PM  14    Q.   AND THE PATIENTS WOULD GO TO WALGREENS STORES AND GIVE A

03:15PM  15    BLOOD SAMPLE; RIGHT?

03:15PM  16    A.   YES.

03:15PM  17    Q.   AND THAT THAT SAMPLE WOULD BE SHIPPED TO THE THERANOS

03:15PM  18    LABORATORY FOR TESTING; IS THAT RIGHT?

03:15PM  19    A.   YES.

03:15PM  20    Q.   AND THE LABORATORY IT WOULD BE SHIPPED TO IS EITHER THE

03:15PM  21    LABORATORY IN CALIFORNIA, IN NEWARK, CALIFORNIA; RIGHT?

03:15PM  22    A.   YES.

03:15PM  23    Q.   OR THERE WAS ANOTHER LAB THAT THEY OPENED IN ARIZONA.

03:15PM  24        DO YOU REMEMBER THAT?

03:15PM  25    A.   YES.

03:15PM   1    Q.   AND THERANOS WOULD DO THE TEST AND THEN PROVIDE THE

03:15PM   2    RESULT?

03:15PM   3    A.   YES.

03:15PM   4    Q.   WHEN THE PATIENTS WENT INTO WALGREENS, I THINK WE SAW

03:15PM   5    BEFORE IN SOME OF THE DOCUMENTS THAT YOU WERE LOOKING AT WITH

03:15PM   6    MR. LEACH, SOMETIMES THEY HAD INSURANCE.

03:16PM   7        DO YOU REMEMBER THAT?

03:16PM   8    A.   YES.

03:16PM   9    Q.   AND IF THEY HAD INSURANCE, YOU MIGHT GET THERANOS --

03:16PM  10    THERANOS MIGHT GET SOME MONEY FROM THE INSURANCE COMPANY?

03:16PM  11    A.   CORRECT.

03:16PM  12    Q.   BUT IF THEY DIDN'T HAVE INSURANCE, THEY WOULD HAVE TO PAY

03:16PM  13    BY CASH OR CREDIT CARD.

03:16PM  14        THAT WAS THE ONLY OTHER WAY TO DO IT; RIGHT?

03:16PM  15    A.   YES.

03:16PM  16    Q.   AND THAT CASH OR CREDIT CARD WOULD BE COLLECTED BY

03:16PM  17    WALGREENS?

03:16PM  18    A.   YES.

03:16PM  19    Q.   AND WALGREENS WOULD HAVE A RIGHT TO A CERTAIN AMOUNT OF

03:16PM  20    THAT MONEY; RIGHT?

03:16PM  21    A.   WITH THAT PART OF THE ARGUMENT, I WAS NOWHERE -- I DID NOT

03:16PM  22    KNOW.

03:16PM  23    Q.   YOU WEREN'T AWARE OF HOW THE MONEY WAS SPLIT BETWEEN

03:16PM  24    WALGREENS AND THERANOS?

03:16PM  25    A.   CORRECT.

03:16PM 1    Q.   SO -- BUT WALGREENS, YOU KNOW THAT WALGREENS COLLECTED

03:16PM 2    THAT MONEY?

03:16PM 3    A.   YES.

03:16PM 4    Q.   AND ISN'T IT THE CASE THAT THERANOS NEVER ASKED WALGREENS

03:16PM 5    FOR THAT MONEY?

03:16PM 6    A.   RIGHT.

03:16PM 7    Q.   AND SO THE MONEY THAT PATIENTS -- ANY PATIENTS WHO PAID

03:16PM 8    MONEY AT WALGREENS WENT TO WALGREENS AND THERANOS NEVER GOT

03:17PM 9    THAT?

03:17PM 10   A.   SO TO BACKTRACK A LITTLE BIT.  I DON'T KNOW IF THERANOS

03:17PM 11   ASKED.  I DID NOT.

03:17PM 12   Q.   YOU DIDN'T ASK?

03:17PM 13   A.   RIGHT.

03:17PM 14   Q.   AND YOU'RE NOT AWARE OF THERANOS EVER GETTING THAT MONEY?

03:17PM 15   A.   CORRECT.

03:17PM 16   Q.   SO I MENTIONED NEWARK, CALIFORNIA A MINUTE AGO.

03:17PM 17        DID YOU EVER GO THERE?

03:17PM 18   A.   YES.

03:17PM 19   Q.   AND IT'S JUST ACROSS THE BAY FROM PALO ALTO; RIGHT?

03:17PM 20   A.   YES.

03:17PM 21   Q.   AND YOU SAW THAT -- WHAT DID YOU OBSERVE THERE WHEN YOU

03:17PM 22   WENT TO NEWARK?  WHAT DID IT LOOK LIKE?

03:17PM 23   A.   IT'S A BIG WAREHOUSE BUILDING TYPE.

03:17PM 24   Q.   OKAY.  AND INSIDE THEY WERE MANUFACTURING -- THERE WAS

03:17PM 25   MANUFACTURING EQUIPMENT?

03:17PM  1    A.   YES.

03:17PM  2    Q.   AND A LABORATORY?

03:17PM  3    A.   I DON'T RECALL SEEING THE LABORATORY WHERE THAT IS.  WHEN

03:18PM  4    I WENT THERE I USUALLY JUST GO TO THE MANUFACTURING FLOOR.

03:18PM  5    Q.   TO THE OFFICE SPACE THERE?

03:18PM  6    A.   RIGHT.

03:18PM  7    Q.   OKAY.  BUT YOU -- WHEN YOU WERE THERE, YOU SAW THAT THEY

03:18PM  8    HAD MANUFACTURING FACILITIES AS WELL?

03:18PM  9    A.   YES.

03:18PM  10   Q.   OKAY.  I'D LIKE TO SHOW YOU SOME PHOTOS, AND THEY'RE IN

03:18PM  11   YOUR BINDER.  LET'S START WITH THE FIRST ONE, 20206.

03:18PM  12        DO YOU RECOGNIZE EXHIBIT 20206?

03:18PM  13   A.   YES.

03:18PM  14   Q.   IS THAT A PORTION OF THE THERANOS MANUFACTURING FACILITY?

03:18PM  15   A.   YES.

03:18PM  16        MR. COOPERSMITH:  YOUR HONOR, I OFFER 20206.

03:18PM  17        MR. LEACH:  NO OBJECTION.

03:19PM  18        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:19PM  19   (DEFENDANT'S EXHIBIT 20206 WAS RECEIVED IN EVIDENCE.)

03:19PM  20   BY MR. COOPERSMITH:

03:19PM  21   Q.   YOU KNOW WHAT THOSE MACHINES ARE?

03:19PM  22   A.   AT SOME POINT I KNEW, BUT NOW I DON'T.

03:19PM  23   Q.   BUT WHEN THE MACHINES WERE PURCHASED, YOU WOULD HAVE HAD

03:19PM  24   TO HAVE BEEN INVOLVED IN WRITING THE CHECK OR SENDING THE WIRE,

03:19PM  25   OR MAKING SURE THAT PURCHASE COULD HAPPEN; RIGHT?

SPIVEY CROSS BY MR. COOPERSMITH                    2143

03:19PM  1    A.   YES.

03:19PM  2    Q.   OKAY.  IF YOU WOULD LOOK AT 20207.

03:19PM  3         DO YOU RECOGNIZE 20207 AS PART OF THE THERANOS

03:19PM  4    MANUFACTURING FACILITY?

03:19PM  5    A.   I DON'T KNOW IF I PERSONALLY HAVE SEEN IT.

03:19PM  6    Q.   YOU'RE NOT -- YOU DIDN'T SEE THE ITEMS PICTURED IN 20207?

03:20PM  7    A.   I DON'T REMEMBER.

03:20PM  8    Q.   OKAY.  LET'S GO TO 20208.

03:20PM  9         AND DO YOU SEE THAT 20208 HAS SOME OTHER MANUFACTURING

03:20PM  10   EQUIPMENT IN IT?

03:20PM  11   A.   YES.

03:20PM  12   Q.   AND IF YOU REMEMBER, IF YOU LOOK ON THE MACHINES, YOU SEE

03:20PM  13   THERE'S A REFERENCE TO A COMPANY CALLED ARBURG, LIKE

03:20PM  14   A-R-B-U-R-G?

03:20PM  15   A.   YEAH, I SAW THAT.

03:20PM  16   Q.   AND DO YOU REMEMBER ARRANGING FOR WIRES OR CHECKS TO BUY

03:20PM  17   EQUIPMENT FROM ARBURG?

03:20PM  18   A.   I DON'T REMEMBER.

03:20PM  19   Q.   YOU DON'T REMEMBER?

03:20PM  20        DO YOU RECOGNIZE THE MANUFACTURING FACILITY THAT IS

03:20PM  21   PICTURED IN 20208?

03:20PM  22   A.   NO.

03:20PM  23   Q.   OKAY.  CAN YOU TAKE A LOOK AT EXHIBIT 20209.  ACTUALLY,

03:21PM  24   IT'S PROBABLY THE NEXT ONE.

03:21PM  25        AND DO YOU RECOGNIZE THIS AS A LEASE AGREEMENT THAT I

```
03:21PM    1        THINK WAS MENTIONED WHEN MR. LEACH WAS TALKING TO YOU FOR

03:21PM    2        THERANOS TO LEASE HEADQUARTERS SPACE FROM STANFORD?

03:21PM    3        A.   YES.

03:21PM    4               MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20209.

03:21PM    5               MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:21PM    6               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:21PM    7          (DEFENDANT'S EXHIBIT 20209 WAS RECEIVED IN EVIDENCE.)

03:21PM    8    BY MR. COOPERSMITH:

03:21PM    9        Q.   AND THEN THAT'S 137,000 SQUARE FOOT OF SPACE.

03:22PM   10        DO YOU SEE THAT?

03:22PM   11        A.   YES.

03:22PM   12        Q.   AND IF YOU GO NEXT TO 20210.

03:22PM   13          AND DO YOU RECOGNIZE EXHIBIT 20210 AS A LEASE FOR THE

03:22PM   14    SPACE IN NEWARK, CALIFORNIA?

03:22PM   15        A.   YES.

03:22PM   16               MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20210.

03:22PM   17               MR. LEACH:  ALL 99 PAGES?

03:22PM   18               MR. COOPERSMITH:  YES.

03:22PM   19               MR. LEACH:  NO OBJECTION.

03:22PM   20               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:22PM   21          (DEFENDANT'S EXHIBIT 20210 WAS RECEIVED IN EVIDENCE.)

03:22PM   22               MR. COOPERSMITH:  IF YOU COULD SHOW THE FIRST PAGE,

03:22PM   23    MR. ALLEN.  THE SECOND PAGE.

03:22PM   24        Q.   AND IF YOU LOOK AT PARAGRAPH A, IT REFERS TO THE NEWARK,

03:22PM   25    CALIFORNIA LOCATION?
```

03:22PM   1    A.   YES.

03:22PM   2    Q.   AND THAT'S THE ONE THAT WE WERE JUST TALKING ABOUT ACROSS

03:22PM   3    THE BAY --

03:22PM   4    A.   YES.

03:22PM   5    Q.   -- FROM PALO ALTO.

03:22PM   6         OKAY.  IF YOU GO TO 20211.

03:23PM   7         DO YOU RECOGNIZE 20211 AS A LEASE FOR LABORATORY SPACE IN

03:23PM   8    ARIZONA?

03:23PM   9    A.   YES.

03:23PM  10              MR. COOPERSMITH:  OFFER 20211.

03:23PM  11              MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:23PM  12              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

03:23PM  13         (DEFENDANT'S EXHIBIT 20211 WAS RECEIVED IN EVIDENCE.)

03:23PM  14    BY MR. COOPERSMITH:

03:23PM  15    Q.   THAT'S FOR THE THERANOS LAB THAT WE JUST TALKED ABOUT A

03:23PM  16    MOMENT AGO?

03:23PM  17    A.   YES.

03:23PM  18    Q.   AND THAT'S BECAUSE THERANOS OPENED A NUMBER OF STORES IN

03:23PM  19    THE PHOENIX, ARIZONA AREA; IS THAT RIGHT?

03:23PM  20    A.   CORRECT.

03:23PM  21    Q.   WITH WALGREENS.

03:23PM  22         IF WE GO TO EXHIBIT 20212.

03:23PM  23         DO YOU RECOGNIZE THAT AS AN EMAIL BETWEEN YOU AND A

03:23PM  24    MR. CASTANEDA REGARDING LEASING SPACE IN PENNSYLVANIA?

03:24PM  25         I'M SORRY, REGARDING A BUSINESS PERMIT FOR A NEW FACILITY

03:24PM  1    IN PENNSYLVANIA?

03:24PM  2    A.   YES.

03:24PM  3    Q.   AND IF YOU GO TO PAGE 3 OF THE EXHIBIT, YOU SEE THE EMAIL

03:24PM  4    IN THE MIDDLE OF THE PAGE FROM TRACY MASSON TO YOU WITH A COPY

03:24PM  5    TO NICHOLAS MENCHEL?

03:24PM  6    A.   YES.

03:24PM  7    Q.   AND DO YOU KNOW WHO TRACY MASSON IS?

03:24PM  8    A.   SHE WAS A GENERAL MANAGER IN ARIZONA.

03:24PM  9    Q.   RIGHT.

03:24PM  10            MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20212.

03:24PM  11            MR. LEACH:  HEARSAY, YOUR HONOR.

03:25PM  12            THE COURT:  OVERRULED.  IT CAN BE ADMITTED AND

03:25PM  13    PUBLISHED.

03:25PM  14       (DEFENDANT'S EXHIBIT 20212 WAS RECEIVED IN EVIDENCE.)

03:25PM  15    BY MR. COOPERSMITH:

03:25PM  16    Q.   MS. SPIVEY, IF WE CAN START WITH THAT EMAIL THAT I WAS

03:25PM  17    JUST MENTIONING ON PAGE 3, THAT'S THE ONE FROM TRACY MASSON.

03:25PM  18       DO YOU SEE THAT?

03:25PM  19    A.   YES.

03:25PM  20    Q.   AND IT SAYS, DANISE -- I THINK YOU SAID BEFORE YOU AT ONE

03:25PM  21    POINT IN YOUR LIFE WENT BY THE NAME DANISE YAM?

03:25PM  22    A.   YES.

03:25PM  23    Q.   AND SO THAT'S HER REFERRING TO YOU?

03:25PM  24    A.   YES.

03:25PM  25    Q.   RIGHT.  IT SAYS "DANISE.

03:25PM   1           "WE ARE FINALIZING A LEASE FOR A NEW FACILITY IN

03:25PM   2   PENNSYLVANIA.  THE FACILITY IS LOCATED IN EAST PENNSBORO

03:25PM   3   TOWNSHIP.  IT WILL BE READY FOR US TO LOCATE THERE LIKELY IN

03:25PM   4   MID-MAY."

03:25PM   5           DO YOU SEE THAT?

03:25PM   6   A.    YES.

03:25PM   7   Q.    AND DO YOU UNDERSTAND THAT THE SPACE THAT WAS BEING LEASED

03:25PM   8   IN PENNSYLVANIA HAD TO DO WITH OPENING A LAB IN PENNSYLVANIA?

03:26PM   9   A.    KIND OF WHATEVER.

03:26PM  10   Q.    YOU DO REMEMBER?

03:26PM  11   A.    I'M NOT SURE AT THIS TIME.

03:26PM  12   Q.    OKAY.  CAN YOU TAKE A LOOK AT EXHIBIT 20213.

03:26PM  13           DO YOU RECOGNIZE 20213?  AND, MS. SPIVEY, DO YOU RECOGNIZE

03:26PM  14   THIS AS A COMMERCIAL LEASE BETWEEN THERANOS AND A COMPANY

03:26PM  15   CALLED 1250 ASSOCIATES IN HARRISBURG, PENNSYLVANIA?

03:26PM  16   A.    YES.

03:26PM  17   Q.    AND DO YOU SEE IN PARAGRAPH 12 -- WELL, DO YOU SEE THAT IT

03:26PM  18   HAS TO DO WITH LEASING CERTAIN PREMISES, IF YOU LOOK AT

03:26PM  19   SECTION 2?

03:26PM  20   A.    RIGHT.

03:26PM  21   Q.    AND THOSE PREMISES WOULD BE IN CAMP HILL, PENNSYLVANIA?

03:27PM  22   A.    YES.

03:27PM  23   Q.    AND IT WOULD BE 14,556 SQUARE FEET OF SPACE?

03:27PM  24   A.    YES.

03:27PM  25   Q.    AND YOU'RE FAMILIAR WITH THIS LEASE BECAUSE YOU WERE --

SPIVEY CROSS BY MR. COOPERSMITH                    2148

03:27PM  1    NEEDED TO BE INVOLVED WITH THE CONTRACTS THAT THERANOS HAD;

03:27PM  2    RIGHT?

03:27PM  3    A.   RIGHT.

03:27PM  4         MR. COOPERSMITH:  OKAY.  YOUR HONOR, WE OFFER 20213.

03:27PM  5         MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:27PM  6         THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

03:27PM  7         (DEFENDANT'S EXHIBIT 20213 WAS RECEIVED IN EVIDENCE.)

03:27PM  8    BY MR. COOPERSMITH:

03:27PM  9    Q.   AND DOES THIS REFRESH YOUR MEMORY, MS. SPIVEY, THAT

03:27PM  10   THERANOS WAS LEASING SPACE TO OPEN A LAB IN PENNSYLVANIA?

03:27PM  11   A.   I'M JUST LOOKING AT THIS AGREEMENT, AND THERANOS HAS A

03:27PM  12   LEASE AGREEMENT, BUT I DON'T REMEMBER AT THIS TIME WHETHER WE

03:27PM  13   WERE USING IT FOR THE LAB SERVICE OR ANY OTHER PURPOSE.  I JUST

03:28PM  14   DON'T REMEMBER.

03:28PM  15   Q.   OKAY.  CAN YOU TAKE A LOOK AT EXHIBIT 20214.

03:28PM  16        DO YOU RECOGNIZE THIS AS AN EMAIL AMONG YOURSELF AND

03:28PM  17   MR. BALWANI AND OTHER EMPLOYEES OF THERANOS?

03:28PM  18   A.   YES.

03:28PM  19   Q.   AND IT'S DATED NEAR THE END OF JANUARY 2016?

03:28PM  20   A.   YES.

03:28PM  21   Q.   AND THIS DOCUMENT IS AN EMAIL THAT WAS SENT WITHIN THE

03:28PM  22   THERANOS EMAIL SYSTEM?

03:28PM  23   A.   YES.

03:28PM  24   Q.   AND IF YOU LOOK AT THE EMAIL FROM MR. BALWANI ON

03:28PM  25   JANUARY 25TH TO SCOTT MARMER AND YOU --

ER-1494

03:28PM  1    A.   YES.

03:28PM  2    Q.   -- IT'S TALKING ABOUT THE EXPIRATION DATES FOR CERTAIN

03:29PM  3    LEASES?

03:29PM  4    A.   YES.

03:29PM  5    Q.   AND THIS WAS AN EMAIL THAT WAS PART OF THE BUSINESS OF

03:29PM  6    THERANOS?

03:29PM  7    A.   YES.

03:29PM  8    Q.   AND IN ORDER TO DO YOUR JOB AND FOR MR. MARMER TO DO HIS

03:29PM  9    JOB, IT WAS NECESSARY TO CONVEY ACCURATE INFORMATION ABOUT

03:29PM 10    LEASES, IN THIS CASE IN ORDER TO MAKE SURE THAT TASKS WERE

03:29PM 11    HANDLED APPROPRIATELY?

03:29PM 12    A.   YES.

03:29PM 13    Q.   AND IF THERE WAS EVER A NEED TO REFER TO AN EXHIBIT LIKE

03:29PM 14    THIS OR AN EMAIL LIKE THIS FOR REFERENCE, IT WOULD BE KEPT IN

03:29PM 15    THE SYSTEM SO THAT SOMEBODY COULD DO THAT; RIGHT?

03:29PM 16    A.   YES.

03:29PM 17             MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20214.

03:29PM 18             MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:29PM 19             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:29PM 20        (DEFENDANT'S EXHIBIT 20214 WAS RECEIVED IN EVIDENCE.)

03:29PM 21    BY MR. COOPERSMITH:

03:29PM 22    Q.   IF YOU GO TO THE FIRST PAGE, YOU SEE THAT WAS AN EMAIL

03:30PM 23    FROM MR. BALWANI TO MR. MARMER AND YOURSELF?

03:30PM 24    A.   YES.

03:30PM 25    Q.   SO, WHO IS MR. MARMER?

SPIVEY CROSS BY MR. COOPERSMITH                    2150

03:30PM   1    A.   HE WAS ONE OF THE LEGAL COUNSEL AT THERANOS.

03:30PM   2    Q.   OKAY.  SO YOU SEE THERE'S A LIST OF LEASES, AND I THINK

03:30PM   3    SOME OF THEM WE WERE TALKING ABOUT.  I DON'T THINK WE TALKED

03:30PM   4    ABOUT THE LAST TWO, LOS ANGELES, IS THAT L.A.?

03:30PM   5        DO YOU SEE THAT?

03:30PM   6    A.   YES.

03:30PM   7    Q.   AND DO YOU KNOW WHAT THE SPACE WAS THAT THERANOS HAD IN

03:30PM   8    LOS ANGELES?

03:30PM   9    A.   WE HAD A -- SOME KIND OF CREATIVE TEAM, LIKE CREATIVE

03:30PM   10   DESIGN OR SOMETHING LIKE THAT, OFFICE SPACE.

03:30PM   11   Q.   OKAY.  AND HOW ABOUT EMC?

03:30PM   12       DO YOU KNOW WHO THAT IS?

03:30PM   13   A.   EMC WAS A LAB AT THE BEGINNING WHEN WE FIRST LEASED THAT,

03:31PM   14   AND THEN AT SOME POINT IT JUST BECAME PART OF THE OFFICE.

03:31PM   15   Q.   OKAY.  AND YOU SEE THAT IN THIS CHART WE'RE LOOKING AT, IT

03:31PM   16   HAS THE EXPIRATION DATE OF EACH OF THE LEASES?

03:31PM   17   A.   YES.

03:31PM   18   Q.   SO, FOR EXAMPLE, FOR THE HEADQUARTERS THE LEASE EXPIRATION

03:31PM   19   DATE IS 2029?

03:31PM   20   A.   YES.

03:31PM   21   Q.   AND NEWARK, 2023?

03:31PM   22   A.   YES.

03:31PM   23   Q.   AND THEN ARIZONA, 2020.

03:31PM   24       DO YOU SEE THAT?

03:31PM   25   A.   YES.

ER-1496

SPIVEY CROSS BY MR. COOPERSMITH                                2151

03:31PM   1    Q.   AND THEN THE PENNSYLVANIA, 2022; RIGHT?

03:31PM   2    A.   YES.

03:31PM   3    Q.   AND THEN 2018 AND 2016.

03:31PM   4         DO YOU SEE THAT?

03:31PM   5    A.   YES.

03:31PM   6    Q.   AND SO IT LOOKS LIKE THE EMC LEASE WAS JUST COMING UP THAT

03:31PM   7    YEAR; RIGHT?

03:31PM   8    A.   YES.

03:31PM   9    Q.   AND LET'S TALK ABOUT RESEARCH AND DEVELOPMENT FOR A

03:31PM  10    MINUTE.

03:32PM  11         I THINK YOU MAY HAVE SAID THIS ON DIRECT, BUT THE COMPANY

03:32PM  12    SPENT QUITE A LOT OF MONEY ON RESEARCH AND DEVELOPMENT

03:32PM  13    ACTIVITY; IS THAT FAIR?

03:32PM  14    A.   YES.

03:32PM  15    Q.   IF YOU COULD TAKE A LOOK AT EXHIBIT 578, WHICH IS ALREADY

03:32PM  16    IN EVIDENCE.

03:32PM  17         IN PARTICULAR, IF YOU GO TO COLUMN D, THAT'S IN 2009, AND

03:32PM  18    YOU SEE IT HAS RESEARCH AND DEVELOPMENT EXPENDITURES FOR 2009,

03:32PM  19    $10,256,739.

03:32PM  20         DO YOU SEE THAT?

03:32PM  21    A.   YES.

03:32PM  22    Q.   AND THAT'S ACCURATE?

03:32PM  23    A.   YES.

03:32PM  24    Q.   AND THEN FOR 2010, THE RESEARCH AND DEVELOPMENT

03:32PM  25    EXPENDITURE'S ABOUT 13.5 MILLION?

ER-1497

SPIVEY CROSS BY MR. COOPERSMITH                          2152

03:32PM  1    A.   YES.

03:32PM  2    Q.   AND THAT'S ACCURATE?

03:32PM  3    A.   YES.

03:32PM  4    Q.   AND THEN FOR 2011, THE RESEARCH AND DEVELOPMENT

03:32PM  5    EXPENDITURE'S ABOUT 22 MILLION?

03:32PM  6    A.   YES.

03:32PM  7    Q.   AND THAT'S ACCURATE?

03:32PM  8    A.   YES.

03:33PM  9    Q.   AND DO YOU SEE GENERAL AND ADMINISTRATIVE AND TOTAL

03:33PM 10    OPERATING EXPENSES?

03:33PM 11    A.   YES.

03:33PM 12    Q.   AND GENERAL AND ADMINISTRATIVE EXPENSES, THAT WOULD BE

03:33PM 13    THINGS LIKE PAYROLL, FOR EXAMPLE?

03:33PM 14    A.   PAYROLL WOULD BE BOTH R&D AND GENERAL AND ADMINISTRATIVE.

03:33PM 15    Q.   DEPENDING ON WHETHER THE PEOPLE WORK FOR R&D OR OTHERWISE?

03:33PM 16    A.   YES.

03:33PM 17    Q.   OKAY.  WHAT OTHER THINGS WOULD BE INCLUDED IN GENERAL AND

03:33PM 18    ADMINISTRATIVE EXPENSES?

03:33PM 19    A.   RENT, LEGAL, SOMETHING LIKE THAT.

03:33PM 20    Q.   OKAY.  THANKS.

03:33PM 21         IF YOU GO TO THE NEXT EXHIBIT, IT'S -- I DON'T THINK THIS

03:33PM 22    ONE IS ADMITTED, OR IT MIGHT BE.

03:33PM 23         YEAH, IF YOU COULD GO TO EXHIBIT 4176.  AND THIS IS NOT IN

03:33PM 24    EVIDENCE YET.

03:34PM 25         DO YOU SEE THAT -- OH, YOU'RE STILL LOOKING.

03:34PM   1            DO YOU SEE THAT'S A CHART AND IT SHOWS RESEARCH AND

03:34PM   2    DEVELOPMENT EXPENSE FOR 2009 THROUGH 2013 AT THIS TIME.

03:34PM   3            DO YOU SEE THAT?

03:34PM   4    A.   YES.

03:34PM   5    Q.   AND DID YOU PREPARE THAT?

03:34PM   6    A.   YES.

03:34PM   7    Q.   AND THIS WAS PART OF YOUR WORK AT THERANOS, PART OF ITS

03:34PM   8    BUSINESS?

03:34PM   9    A.   YES.

03:34PM  10            MR. COOPERSMITH:  YOUR HONOR, WE OFFER 4176.

03:34PM  11            MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:34PM  12            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:34PM  13        (GOVERNMENT'S EXHIBIT 4176 WAS RECEIVED IN EVIDENCE.)

03:34PM  14    BY MR. COOPERSMITH:

03:34PM  15    Q.   AND THEN THE GENERAL ADMINISTRATIVE EXPENSES ARE LISTED IN

03:34PM  16    THE RESEARCH AND DEVELOPMENT EXPENSES.

03:34PM  17            DO YOU SEE THAT?

03:34PM  18    A.   YES.

03:34PM  19    Q.   AND SO FOR 2013, THE COMPANY SPENT 66,757 -- I'M SORRY.

03:35PM  20    $66,757,474 ON RESEARCH AND DEVELOPMENT?

03:35PM  21    A.   YES.

03:35PM  22    Q.   AND IS THAT ACCURATE?

03:35PM  23    A.   YES.

03:35PM  24    Q.   AND, YOU KNOW, EARLIER WHEN YOU WERE TALKING TO MR. LEACH,

03:35PM  25    YOU TALKED ABOUT AUDITORS, AND I THINK YOU SAID THAT AFTER

03:35PM  1    2007, 2008 WHEN ERNST & YOUNG WERE THE AUDITORS, THERANOS HAD

03:35PM  2    AUDITORS, BUT THEY DIDN'T COMPLETE AN AUDIT REPORT.

03:35PM  3        DO YOU REMEMBER THAT?

03:35PM  4    A.   YES.

03:35PM  5    Q.   BUT THEY STILL WORKED WITH YOU WITHIN THE COMPANY; RIGHT?

03:35PM  6    A.   YES.

03:35PM  7    Q.   SO DOES THE FACT THAT AN AUDITOR DIDN'T COME IN AND SAY

03:35PM  8    THAT THE 66 MILLION IN RESEARCH AND DEVELOPMENT EXPENSES IS

03:35PM  9    ACCURATE, DOES THAT MEAN THAT IT'S NOT ACCURATE?

03:35PM 10    A.   NO.

03:35PM 11    Q.   SO IT ACTUALLY IS ACCURATE; RIGHT?

03:35PM 12    A.   TO THE BEST OF MY KNOWLEDGE.

03:35PM 13    Q.   AND THAT'S BECAUSE IT WAS YOUR JOB TO TRY TO MAKE IT

03:35PM 14    ACCURATE; RIGHT?

03:35PM 15    A.   RIGHT.

03:35PM 16    Q.   AND WHEN YOU HAVE OUTSIDE AUDITORS, THE POINT OF THAT IS

03:35PM 17    SOME OTHER PARTIES MIGHT FEEL MORE COMFORTABLE IF AUDITORS WERE

03:35PM 18    KIND OF LOOKING OVER YOUR SHOULDER AND DOUBLE-CHECKING YOUR

03:36PM 19    WORK.

03:36PM 20        IS THAT A FAIR WAY TO PUT IT?

03:36PM 21    A.   YES.

03:36PM 22    Q.   BUT THERE'S NO REQUIREMENT THAT THAT OCCUR; RIGHT?

03:36PM 23    A.   YES.

03:36PM 24    Q.   BUT THERE ARE CERTAIN COMPANIES -- AND TELL ME IF YOU KNOW

03:36PM 25    THIS FROM YOUR EXPERIENCE AS A CPA -- BUT THERE ARE CERTAIN

SPIVEY CROSS BY MR. COOPERSMITH                    2155

03:36PM  1    COMPANIES THAT ACTUALLY ARE REQUIRED TO HAVE AUDITS?

03:36PM  2    A.   YES.

03:36PM  3    Q.   AND THOSE WOULD BE PUBLIC COMPANIES?

03:36PM  4    A.   YES.

03:36PM  5    Q.   AND THERANOS WAS NEVER A PUBLIC COMPANY?

03:36PM  6    A.   CORRECT.

03:36PM  7    Q.   AND LOTS OF PRIVATE COMPANIES DON'T HAVE AUDIT REPORTS

03:36PM  8    THAT ARE SIGNED OFF ON EVERY YEAR; RIGHT?

03:36PM  9    A.   I DON'T KNOW.

03:36PM  10   Q.   OKAY.  BUT THEY DON'T HAVE TO HAVE THEM; RIGHT?

03:36PM  11   A.   CORRECT.

03:36PM  12   Q.   AND IF A COMPANY -- IN THIS CASE THERANOS HAD KPMG WHO

03:36PM  13   ACTUALLY WAS WORKING WITH YOU AND YOU COULD CONSULT WITH THEM

03:36PM  14   IF YOU WANTED; RIGHT?

03:36PM  15   A.   YES.

03:36PM  16   Q.   BUT SOME COMPANIES, IF THEY'RE PRIVATE, DON'T NEED TO HAVE

03:36PM  17   THAT SERVICE AT ALL?  THEY DON'T NEED TO PAY AUDITORS ANYTHING;

03:36PM  18   RIGHT?

03:36PM  19   A.   YES.

03:36PM  20   Q.   AND AUDITORS AREN'T -- THEY DON'T COME CHEAP; RIGHT?

03:36PM  21   A.   I DON'T KNOW HOW YOU DEFINE "CHEAP."

03:37PM  22   Q.   OKAY.  BUT YOU HAVE TO -- I MEAN, THEY EXPECT TO BE PAID

03:37PM  23   FOR THEIR WORK; RIGHT?

03:37PM  24   A.   YES.

03:37PM  25   Q.   AND TO DO AUDIT REPORTS, YOU HAVE TO TAKE INVESTOR MONEY,

ER-1501

SPIVEY CROSS BY MR. COOPERSMITH                              2156

03:37PM   1    OR WHATEVER MONEY YOU HAVE, AND GIVE IT TO THE AUDITORS SO THEY

03:37PM   2    CAN DO THAT; RIGHT?

03:37PM   3    A.   YES.

03:37PM   4    Q.   LET'S TAKE A LOOK AT EXHIBIT 5454.  THIS WAS AN EXHIBIT

03:37PM   5    THAT YOU SAW ON DIRECT.

03:37PM   6         AND THIS WAS THE EMAIL RELATING TO SOMETHING CALLED

03:37PM   7    HORIZON MEDIA.

03:37PM   8         DO YOU SEE THAT?

03:37PM   9    A.   YES.

03:37PM   10   Q.   AND IF YOU LOOK AT THE PAGE ON THE SCREEN, IT'S FROM

03:37PM   11   JULY 25TH, 2015?

03:38PM   12   A.   YES.

03:38PM   13   Q.   AND THERE WAS A WIRE TRANSFER THAT YOU TALKED ABOUT

03:38PM   14   GOING -- THE EMAIL REFERS TO A WIRE TRANSFER; RIGHT?

03:38PM   15   A.   YES.

03:38PM   16   Q.   THERE'S ACTUALLY AN ATTACHMENT TO THE EMAIL WHICH IS AT

03:38PM   17   PAGE 4 AND 5 OF THE EXHIBIT.

03:38PM   18        I JUST WANT TO ASK YOU A FEW QUESTIONS ABOUT THAT.

03:38PM   19        DO YOU SEE THAT IN FRONT OF YOU?

03:38PM   20   A.   YES.

03:38PM   21   Q.   AND SO DO YOU SEE THAT IT SAYS THE THERANOS EXPERIENCE?

03:38PM   22   A.   YES.

03:38PM   23   Q.   AND IT SAYS "SMALLER SAMPLES.  SMALLER NEEDLES.  A BETTER

03:38PM   24   EXPERIENCE"?

03:38PM   25   A.   YES.

ER-1502

03:38PM 1    Q.   AND THEN IT SAYS, "MANY OF THERANOS TESTS REQUIRE ONLY A

03:38PM 2    FEW DROPS OF BLOOD."

03:38PM 3    A.   YES.

03:38PM 4    Q.   DOES IT SAY ALL OF THERANOS TESTS REQUIRE ONLY A FEW DROPS

03:38PM 5    OF BLOOD?

03:38PM 6    A.   NO.

03:38PM 7    Q.   AND THEN IT SAYS, "ALL OF OUR TESTS, INCLUDING

03:38PM 8    VENOUS DRAW, REQUIRE SMALLER SAMPLES THAN TRADITIONAL LABS."

03:38PM 9         DO YOU SEE THAT?

03:38PM 10   A.   YES.

03:38PM 11   Q.   ARE YOU FAMILIAR WITH A TYPE OF VENOUS SAMPLE KNOWN AS A

03:39PM 12   BUTTERFLY NEEDLE?

03:39PM 13   A.   NO.

03:39PM 14   Q.   BECAUSE THAT WASN'T REALLY YOUR AREA; RIGHT?

03:39PM 15   A.   CORRECT.

03:39PM 16   Q.   BUT IN ANY EVENT, YOU UNDERSTAND THE DIFFERENCE BETWEEN A

03:39PM 17   VENOUS DRAW AND A FINGERSTICK?

03:39PM 18   A.   YES.

03:39PM 19   Q.   AND A VENOUS DRAW IS LIKE FROM THE ARM?

03:39PM 20   A.   YES.

03:39PM 21   Q.   AND THAT'S LIKE A TRADITIONAL WAY OF DRAWING BLOOD; IS

03:39PM 22   THAT CORRECT?

03:39PM 23   A.   YES.

03:39PM 24   Q.   AND THERANOS WAS WORKING ON A FINGERSTICK METHOD WHERE YOU

03:39PM 25   COULD HAVE YOUR FINGERTIP PRICKED AND IT COULD BE DRAWN THAT

SPIVEY CROSS BY MR. COOPERSMITH                    2158

03:39PM 1    WAY; RIGHT?

03:39PM 2    A.   YES.

03:39PM 3    Q.   AND DO YOU SEE THAT IT REFERENCES VENOUS DRAWS IN THIS

03:39PM 4    EXHIBIT?

03:39PM 5    A.   YES.

03:39PM 6    Q.   AND THEN THE NEXT LINE SAYS, "WHETHER IT IS A FEW DROPS

03:39PM 7    COLLECTED WITH A FINGERSTICK, OR THE SMALLEST VENOUS DRAW

03:39PM 8    SAMPLE POSSIBLE, THERANOS TESTS MEAN LESS BLOOD, AN EASIER

03:39PM 9    PROCESS, AND A CLEAR DIFFERENCE."

03:39PM 10       DO YOU SEE THAT?

03:39PM 11   A.   YES.

03:39PM 12   Q.   AND THEN IT TALKS ABOUT PRICING.

03:39PM 13       AND THERANOS ACTUALLY POSTED ALL OF THEIR PRICES FOR THESE

03:39PM 14   BLOOD TESTS ON ITS WEBSITE; RIGHT?

03:39PM 15   A.   I'M NOT SURE.

03:39PM 16   Q.   THEN IF YOU GO TO THE NEXT PAGE, AT THE TOP IT SAYS,

03:40PM 17   "THERANOS IS CONVENIENTLY LOCATED IN OVER 40 WALGREENS

03:40PM 18   LOCATIONS IN THE GREATER PHOENIX AREA."

03:40PM 19       DO YOU SEE THAT?

03:40PM 20   A.   YES.

03:40PM 21   Q.   AND YOU KNOW THAT THERANOS HAD 40 WALGREENS LOCATIONS IN

03:40PM 22   THE GREATER PHOENIX AREA?

03:40PM 23   A.   YES.

03:40PM 24   Q.   OKAY.  IN TERMS OF -- IF WE CAN GO TO THE FIRST PAGE.

03:40PM 25       DO YOU KNOW ANYTHING ABOUT, LIKE, WHAT THIS MONEY WAS USED

03:40PM  1    FOR EXACTLY?

03:40PM  2    A.   ONLY WHAT THE EMAIL SAID.

03:40PM  3    Q.   BEYOND THAT YOU DON'T KNOW ANYTHING ABOUT IT?

03:40PM  4    A.   CORRECT.

03:40PM  5    Q.   SO YOU DON'T KNOW, FOR EXAMPLE, WHAT ADS, IF ANY, EVER

03:40PM  6    AIRED IN THE PHOENIX AREA?

03:40PM  7    A.   CORRECT.

03:40PM  8    Q.   AND WHEN THEY AIRED?

03:40PM  9    A.   CORRECT.

03:40PM  10   Q.   AND WHAT THEY SAID?

03:40PM  11   A.   YES.

03:40PM  12   Q.   OKAY.  LET'S GO TO EXHIBIT 3233.  THIS IS ALSO IN

03:41PM  13   EVIDENCE.

03:41PM  14        THIS IS THE TAX RETURN INFORMATION THAT YOU LOOKED AT

03:41PM  15   BEFORE WITH MR. LEACH?

03:41PM  16   A.   YES.

03:41PM  17   Q.   AND IF YOU GO TO PAGE 4 OF THE EXHIBIT.

03:41PM  18        DO YOU SEE THAT THERE'S A BOX AT THE TOP, AND IT'S LIKE

03:41PM  19   BOX D, AND IT SAYS TOTAL ASSETS, $507,532,502?

03:41PM  20   A.   YES.

03:41PM  21   Q.   AND WAS THAT ACCURATE AT THE TIME OF THIS TAX RETURN?

03:41PM  22   A.   YES.

03:41PM  23   Q.   AND THAT WAS FOR THE TAX YEAR 2015?

03:41PM  24   A.   YES.

03:41PM  25   Q.   AND THAT ASSET NUMBER DOES NOT INCLUDE THINGS LIKE THE

ER-1505

03:42PM    1    VALUE OF ANY INTELLECTUAL PROPERTY, DOES IT?

03:42PM    2    A.   IT DOES NOT.

03:42PM    3    Q.   OKAY.  LET'S GO BACK TO EXHIBIT 5172.

03:42PM    4         ACTUALLY, TAKE THAT DOWN FOR ME, MR. ALLEN.  I HAVE A

03:42PM    5    COUPLE OF QUESTIONS FIRST.

03:42PM    6         SO, MS. SPIVEY, DO YOU REMEMBER THAT THERE WAS A POINT IN

03:42PM    7    TIME IN 2016 WHEN MR. BALWANI LEFT THE COMPANY?

03:42PM    8    A.   YES.

03:42PM    9    Q.   AND IF WE COULD LOOK AT EXHIBIT 7664, OR HAVE MS. SPIVEY

03:42PM   10    LOOK AT IT.

03:43PM   11         DO YOU HAVE 7664?

03:43PM   12    A.   YES.

03:43PM   13    Q.   AND DO YOU SEE THAT IT'S A PRESS RELEASE?

03:43PM   14    A.   YES.

03:43PM   15    Q.   AND IT'S DATED MAY 11TH, 2016?

03:43PM   16    A.   YES.

03:43PM   17    Q.   AND DO YOU RECOGNIZE THAT AS A PRESS RELEASE THAT THERANOS

03:43PM   18    ISSUED ON THAT DATE?

03:43PM   19    A.   I DON'T REMEMBER.

03:43PM   20    Q.   YOU DON'T REMEMBER.  OKAY.

03:43PM   21         DO YOU REMEMBER THAT MR. BALWANI'S DATE, EFFECTIVE DATE OF

03:43PM   22    LEAVING THE COMPANY WAS MAY 11TH, 2016?

03:43PM   23    A.   I DON'T REMEMBER THE EXACT DATE.

03:43PM   24    Q.   OKAY.  AND IF YOU LOOK AT THE DOCUMENT IN FRONT OF YOU AND

03:44PM   25    YOU LOOK AT THE REFERENCE TO THAT, DOES THAT REFRESH YOUR

03:44PM  1    MEMORY THAT THE EFFECTIVE DATE OF HIS DEPARTURE FROM THERANOS

03:44PM  2    WAS MAY 11TH, 2016?

03:44PM  3    A.   YES.

03:44PM  4    Q.   AND THAT DAY THAT MR. BALWANI LEFT, YOU WENT TO HIS OFFICE

03:44PM  5    TO SAY GOODBYE?

03:44PM  6    A.   YES.

03:44PM  7    Q.   AND YOU TOLD HIM THAT YOU WISHED HIM WELL?

03:44PM  8    A.   YES.

03:44PM  9    Q.   AND YOU TEARED UP A LITTLE BIT?

03:44PM  10   A.   YES.

03:44PM  11   Q.   BECAUSE YOU HAD BEEN WORKING WITH MR. BALWANI FOR A WHILE;

03:44PM  12   RIGHT?

03:44PM  13   A.   YES.

03:44PM  14   Q.   AND YOU WERE SAD TO SEE HIM GO?

03:44PM  15   A.   YES.

03:44PM  16   Q.   IF YOU TAKE A LOOK NOW AT 5172.  THAT'S IN EVIDENCE

03:44PM  17   ALREADY.  AND I WANT YOU TO LOOK AT A PARTICULAR COLUMN.  IF WE

03:44PM  18   CAN PUT UP 5172.

03:45PM  19        AND IN PARTICULAR, MR. ALLEN, GO TO COLUMN JU.

03:45PM  20        OKAY.  DO YOU SEE THAT'S THE WEEK THAT MR. BALWANI LEFT

03:45PM  21   THE BUILDING; RIGHT?

03:45PM  22   A.   YES.

03:45PM  23   Q.   LIKE FOR THE LAST TIME; RIGHT?

03:45PM  24   A.   RIGHT.

03:45PM  25   Q.   AND ACTUALLY, YOU KNOW THAT HE -- HIS -- WHAT IS THE RIGHT

03:45PM   1      WORD?  HE ACTUALLY WAS STAYING ON AS A CONSULTANT POTENTIALLY

03:45PM   2      UNTIL JULY; RIGHT?  THERE WAS A LITTLE EXTRA TAIL OF TIME THAT

03:45PM   3      MR. BALWANI WAS AT LEAST AVAILABLE.

03:45PM   4           DO YOU REMEMBER THAT?

03:45PM   5      A.   YEAH.  YEAH.

03:45PM   6      Q.   BUT THE EFFECTIVE DATE OF HIS DEPARTURE WAS MAY 11TH,

03:45PM   7      2016?

03:45PM   8      A.   RIGHT.

03:45PM   9      Q.   AND THE AMOUNT OF MONEY THAT THE COMPANY HAD IN THE BANK

03:45PM  10      WHEN MR. BALWANI LEFT, CAN YOU READ THAT FIGURE?

03:45PM  11      A.   $351 MILLION.

03:46PM  12      Q.   OKAY.  THANK YOU.

03:46PM  13           YOUR HONOR, COULD I HAVE MOMENT TO CONFER?

03:46PM  14           (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

03:46PM  15               MR. COOPERSMITH:  NOTHING FURTHER, YOUR HONOR.

03:46PM  16               THE COURT:  REDIRECT?

03:46PM  17               MR. LEACH:  THANK YOU, YOUR HONOR.

03:46PM  18                         **REDIRECT EXAMINATION**

03:47PM  19      BY MR. LEACH:

03:47PM  20      Q.   MS. SPIVEY, MR. COOPERSMITH ENDED WITH SOME OF THE COLUMNS

03:47PM  21      FROM EXHIBIT 5172 WITH THE TOTAL CASH BALANCE IN MAY OF 2016.

03:47PM  22           DO YOU RECALL THAT?

03:47PM  23      A.   YES.

03:47PM  24      Q.   AND YOU UNDERSTOOD THAT THAT WAS LARGELY MONEY FROM

03:47PM  25      INVESTORS; CORRECT?

03:47PM   1        A.   YES.

03:47PM   2        Q.   OKAY.  AND YOU DON'T KNOW WHAT INVESTORS WERE TOLD BEFORE

03:47PM   3    THEY GAVE MONEY TO THERANOS; RIGHT?

03:47PM   4        A.   RIGHT.

03:47PM   5        Q.   OKAY.  YOU DON'T KNOW WHAT PROJECTIONS THEY WERE GIVEN?

03:47PM   6        A.   RIGHT.

03:47PM   7        Q.   OKAY.  AND YOU DON'T KNOW WHAT HAPPENED -- OR YOU STAYED

03:47PM   8    WITH THE COMPANY THROUGH 2017?

03:47PM   9        A.   JANUARY 2017.

03:47PM  10        Q.   OKAY.  AND YOU LEAVE THERANOS BECAUSE OF A LAYOFF?

03:47PM  11        A.   YES.

03:47PM  12        Q.   AND YOU DON'T KNOW WHETHER INVESTORS AT THE END OF THE DAY

03:47PM  13    LOST MONEY OR GAINED MONEY FROM THEIR INVESTMENTS IN THERANOS?

03:47PM  14        A.   CORRECT.

03:47PM  15        Q.   OKAY.  YOU WERE ALSO ASKED A NUMBER OF QUESTIONS ABOUT

03:48PM  16    SOME OF THE CUSTOMER RECEIPTS IN EXHIBIT 5172.

03:48PM  17             AND IF WE CAN DISPLAY THAT, MS. WACHS.

03:48PM  18             OKAY.  AND IF WE CAN PLEASE -- I WANT TO WORK BACKWARDS

03:48PM  19    THROUGH THE DEMONSTRATIVE THAT MR. COOPERSMITH SHOWED YOU.

03:48PM  20             IF WE CAN START WITH ROW -- OR COLUMN FC.

03:48PM  21             DO YOU SEE THERE'S CUSTOMER RECEIPTS OF $75 MILLION?

03:48PM  22        A.   YES.

03:48PM  23        Q.   AND YOU KNOW THAT'S FROM WALGREENS?

03:49PM  24        A.   YES.

03:49PM  25        Q.   AND THERANOS NEVER RECOGNIZED $75 MILLION IN REVENUE FROM

03:49PM  1   WALGREENS; RIGHT?

03:49PM  2   A.   CORRECT.

03:49PM  3   Q.   THAT'S BECAUSE IN YOUR JUDGMENT THERANOS HADN'T EARNED THE

03:49PM  4   MONEY?

03:49PM  5   A.   RIGHT.

03:49PM  6   Q.   AND THERE WAS A POSSIBILITY THAT THERANOS WOULD HAVE TO

03:49PM  7   GIVE THE MONEY BACK SOME DAY?

03:49PM  8            MR. COOPERSMITH:  YOUR HONOR, THIS IS LEADING.

03:49PM  9            THE COURT:  WELL, I THINK IT WAS TESTIMONY THAT WAS

03:49PM 10   ALREADY RECEIVED, SO I'LL ALLOW SOME LATITUDE.

03:49PM 11       YOU CAN CONTINUE.

03:49PM 12   BY MR. LEACH:

03:49PM 13   Q.   AND YOU DIDN'T RECOGNIZE THE REVENUE BECAUSE YOU KNEW THAT

03:49PM 14   THERANOS MIGHT HAVE TO GIVE THAT BACK SOME DAY?

03:49PM 15            MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  IT'S

03:49PM 16   LEADING.

03:49PM 17            THE COURT:  IT IS.  I THINK THIS TESTIMONY IS IN

03:49PM 18   EVIDENCE ALREADY THROUGH YOU, AND PERHAPS MR. LEACH, BUT -- SO

03:49PM 19   I'M GOING TO ALLOW IT.

03:49PM 20            MR. COOPERSMITH:  OKAY.

03:49PM 21            THE COURT:  YOU CAN ANSWER THE QUESTION.

03:49PM 22            THE WITNESS:  OKAY.  THERE COULD BE A POSSIBILITY.

03:49PM 23   BY MR. LEACH:

03:49PM 24   Q.   OKAY.  AND THERE WERE INSTANCES IN THE PAST, FOR EXAMPLE,

03:49PM 25   WITH THE 18.5 MILLION FROM BLUE CROSS BLUE SHIELD WHERE YOU

03:50PM    1    GAVE THE MONEY BACK?

03:50PM    2    A.   YES.

03:50PM    3    Q.   YOU DID NOT RECOGNIZE REVENUE ON IT?

03:50PM    4    A.   RIGHT.

03:50PM    5    Q.   OKAY.  AND THE CUSTOMER RECEIPTS WE'RE TALKING ABOUT IN

03:50PM    6    LINE 26, DOES THAT INCLUDE SAFEWAY?

03:50PM    7    A.   IT SHOULD BE.

03:50PM    8    Q.   DOES THAT INCLUDE INSURANCE COMPANIES?

03:50PM    9    A.   YES.

03:50PM   10    Q.   OKAY.  AND YOU DON'T RECALL ANY INSTANCES WHERE YOU

03:50PM   11    ACTUALLY RECOGNIZED REVENUE ON THAT MONEY?

03:50PM   12    A.   CORRECT.

03:50PM   13    Q.   OKAY.  YOU WERE ALSO ASKED ABOUT THE ARANCA REPORTS AND

03:50PM   14    HOW THOSE WERE USED.

03:50PM   15         AND DID I UNDERSTAND THAT YOU GAVE THE ARANCA REPORTS TO

03:50PM   16    THE BOARD?

03:50PM   17    A.   I GAVE THE REPORT TO ELIZABETH HOLMES AND SUNNY BALWANI.

03:50PM   18    Q.   OKAY.  AND WE LOOKED AT SOME MINUTES WHERE IT APPEARED

03:50PM   19    THAT THE ARANCA REPORTS WERE ACTUALLY SHARED WITH THE BOARD?

03:50PM   20    A.   RIGHT.

03:50PM   21    Q.   AND YOU HAD SOME LEVEL OF UNDERSTANDING THAT THAT MIGHT

03:51PM   22    HAPPEN?

03:51PM   23    A.   YES.

03:51PM   24    Q.   AND BY SAYING THAT YOU WERE PAYING ARANCA THOUSANDS OF

03:51PM   25    DOLLARS, DID YOU MEAN TO DIMINISH THE QUALITY OF THEIR WORK?

03:51PM 1    A.   NO.

03:51PM 2    Q.   DID YOU DO YOUR BEST TO PROVIDE ARANCA ACCURATE

03:51PM 3    INFORMATION?

03:51PM 4    A.   YES.

03:51PM 5    Q.   IS THERE ANY REASON TO GIVE ARANCA ONE SET OF NUMBERS AND

03:51PM 6    DIFFERENT PARTIES DIFFERENT NUMBERS?

03:51PM 7    A.   NOT THAT I KNOW.

03:51PM 8    Q.   OKAY.

03:51PM 9         MAY I HAVE ONE MOMENT, YOUR HONOR?

03:51PM 10             THE COURT:   YES.

03:51PM 11        (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

03:51PM 12   BY MR. LEACH:

03:51PM 13   Q.   BRIEFLY, MS. SPIVEY.  YOU WERE ALSO SHOWN SOME DOCUMENTS

03:51PM 14   RELATING TO MR. BALWANI'S EXERCISE OF OPTIONS AND PURCHASE OF

03:51PM 15   THERANOS STOCK.

03:51PM 16        DO YOU RECALL SOME OF THAT TESTIMONY?

03:52PM 17   A.   YES.

03:52PM 18   Q.   AND YOU HAVE NO UNDERSTANDING OF MR. BALWANI'S DIALOGUE

03:52PM 19   WITH THE I.R.S. ABOUT WHAT TAXES, IF ANY, HE PAID ON THAT?

03:52PM 20   A.   CORRECT.

03:52PM 21   Q.   YOUR FOCUS WAS THERANOS, NOT ON THAT?

03:52PM 22   A.   YES.

03:52PM 23   Q.   OKAY.

03:52PM 24        THANK YOU, MS. SPIVEY.

03:52PM 25        I HAVE NOTHING FURTHER, YOUR HONOR.

**RECROSS-EXAMINATION**

BY MR. COOPERSMITH:

Q.   MS. SPIVEY, BRIEFLY.

     SO MR. LEACH JUST MENTIONED THE STOCK PURCHASES?

     AND JUST TO CONFIRM, MR. BALWANI PURCHASED STOCK FROM

THERANOS; CORRECT?

A.   YES.

Q.   AND HE NEVER SOLD ANY OF THAT STOCK?

A.   YES.

Q.   AND MR. LEACH ALSO MENTIONED THE $75 MILLION FROM

WALGREENS?

A.   YES.

Q.   AND ACTUALLY, THERE WAS OTHER MONEY FROM WALGREENS EVEN IN

ADDITION TO THE 75 MILLION; RIGHT?

A.   YES.

Q.   AND THERANOS NEVER REFUNDED WALGREENS THE 75 MILLION?

          MR. LEACH:  OBJECTION, YOUR HONOR.  THIS CALLS FOR

AN ANSWER OUTSIDE OF THE RELEVANT TIME PERIOD.

          THE COURT:  I'M GOING TO SUSTAIN THE OBJECTION

WITHOUT A FURTHER FOUNDATION.

          MR. COOPERSMITH:  OKAY.

Q.   WHILE MR. BALWANI WAS THERE, THERANOS NEVER REFUNDED --

WHILE MR. BALWANI WORKED AT THERANOS, THERANOS NEVER REFUNDED

$75 MILLION OR ANY AMOUNT TO WALGREENS; CORRECT?

A.   CORRECT.

ER-1513

03:53PM  1      Q.   THANK YOU.

03:53PM  2           NOTHING FURTHER.

03:53PM  3                THE COURT:  ANYTHING FURTHER?

03:53PM  4                MR. LEACH:  NO, YOUR HONOR.  THANK YOU.

03:53PM  5                THE COURT:  MAY THIS WITNESS WITH BE EXCUSED?

03:53PM  6                MR. LEACH:  YES, YOUR HONOR.

03:53PM  7                MR. COOPERSMITH:  YES, YOUR HONOR.

03:53PM  8                THE COURT:  YOU'RE EXCUSED.  THANK YOU VERY MUCH FOR

03:53PM  9      COMING IN.  THANK YOU.

03:53PM 10                THE WITNESS:  THANK YOU.

03:53PM 11                THE COURT:  LADIES AND GENTLEMEN, THAT'S ALL OF THE

03:53PM 12      TESTIMONY THAT WE'RE GOING TO HAVE TODAY.  I KNOW IT

03:53PM 13      DISAPPOINTS YOU WE'RE BREAKING A LITTLE EARLY.

03:54PM 14           BUT I DO WANT TO ADMONISH YOU NONETHELESS.  WE'LL SEE YOU

03:54PM 15      TOMORROW AGAIN AT 9:00 O'CLOCK.  BUT DURING THE BREAK, DO NOT

03:54PM 16      DO ANY INVESTIGATION, DO NOT WATCH OR READ OR DISCUSS THIS CASE

03:54PM 17      OR ANYTHING TO DO WITH IT WITH ANYONE.

03:54PM 18           I'LL ASK YOU THAT QUESTION AGAIN IN THE MORNING.

03:54PM 19           HAVE A GOOD EVENING, SAFE TRAVELS, AND WE'LL SEE YOU

03:54PM 20      TOMORROW MORNING.  THANK YOU.

03:54PM 21           (JURY OUT AT 3:54 P.M.)

03:54PM 22                THE COURT:  PLEASE BE SEATED.  THANK YOU.

03:54PM 23           THE RECORD SHOULD REFLECT THAT THE JURY HAS LEFT FOR THE

03:54PM 24      DAY.  ALL COUNSEL ARE PRESENT.  MR. BALWANI IS PRESENT.

03:54PM 25                ANYTHING FURTHER BEFORE WE BREAK FOR THE DAY, COUNSEL?

ER-1514

```
03:55PM   1            MR. SCHENK:  YOUR HONOR, TWO BRIEF THINGS.

03:55PM   2        I THINK MS. WALSH IS COMING UP BECAUSE WE BOTH WANTED TO

03:55PM   3   DISCUSS WITH YOU QUESTIONS REGARDING HOW THE COURT WOULD LIKE

03:55PM   4   THE PARTIES TO HANDLE LOGOS ON DOCUMENTS.

03:55PM   5        WE'VE INFORMED THE DEFENSE THAT WE INTEND TO CALL

03:55PM   6   DR. CULLEN TOMORROW.  THE COURT WILL RECALL THAT DR. CULLEN

03:55PM   7   WORKED AT SCHERING-PLOUGH.

03:55PM   8        THE GOVERNMENT INTENDS TO INTRODUCE, THROUGH DR. CULLEN,

03:55PM   9   VERSIONS OF THE VALIDATION REPORTS THAT WERE EXCHANGED, AND OF

03:55PM  10   COURSE THE VERSIONS THAT DR. CULLEN SAW DID NOT HAVE THE

03:55PM  11   SCHERING-PLOUGH LOGO ON IT.

03:55PM  12        VERSIONS THAT WERE SENT TO WALGREENS OR OTHERS DID, AND

03:55PM  13   DR. CULLEN'S TESTIMONY WILL BE THAT SHE DIDN'T AUTHORIZE THE

03:55PM  14   AFFIXING OF THE LOGO, AND SHE DOESN'T KNOW ANYBODY AT

03:55PM  15   SCHERING-PLOUGH THAT WOULD HAVE AUTHORIZED THE SCHERING-PLOUGH

03:55PM  16   LOGO.

03:55PM  17        IT IS THE GOVERNMENT'S INTENT TO ELICIT THAT TESTIMONY, TO

03:56PM  18   BE CLEAR, TO INTRODUCE THE VERSIONS OF THE DOCUMENTS THAT CAME

03:56PM  19   IN THROUGH THE HOLMES TRIAL AND THE TESTIMONY FROM DR. CULLEN

03:56PM  20   THAT SHE DID NOT AUTHORIZE PUTTING THE SCHERING-PLOUGH LOGO ON

03:56PM  21   THOSE DOCUMENTS.

03:56PM  22        BUT WE'RE MINDFUL OF THE PENDING MOTION BEFORE THE COURT,

03:56PM  23   AND I WANTED TO RAISE THAT BEFORE WE GET THERE.

03:56PM  24            THE COURT:  THANK YOU.  SO WE WILL HAVE -- JUST BY

03:56PM  25   WAY OF TIMING, WE'RE GOING TO HAVE -- WE'LL FINISH WITH
```

03:56PM 1    DR. PANDORI TOMORROW.

03:56PM 2        DO WE ANTICIPATE THAT WILL BE IN THE MORNING, OR WHAT

03:56PM 3    IS -- DO YOU HAVE ANY IDEA, MS. WALSH, WHEN YOUR TEAM WILL BE

03:56PM 4    FINISHED?

03:56PM 5            MS. WALSH:  I THINK IT LIKELY WILL BE IN THE MORNING

03:56PM 6    WHEN WE FINISH.

03:56PM 7            THE COURT:  OKAY.  AND THERE WILL BE SOME REDIRECT

03:56PM 8    I'M SURE.

03:56PM 9        TIMING-WISE, I'M TRYING TO CAPTURE WHEN YOU WILL CALL THIS

03:56PM 10   WITNESS.

03:56PM 11           MR. SCHENK:  I THINK WE WILL CERTAINLY STILL BE

03:56PM 12   EITHER IN THE CROSS OR THE REDIRECT OF DR. PANDORI BY THE

03:56PM 13   11:00, 11:30 BREAK, SO WE CAN PUNT OR TABLE THIS DISCUSSION

03:57PM 14   UNTIL THAT TIME.

03:57PM 15       BUT I'M NOT SURE WHETHER DR. PANDORI WILL TAKE US TO THE

03:57PM 16   1:00 P.M. BREAK, SO I WOULD GUESS IN THAT SECOND BLOCK.

03:57PM 17           THE COURT:  ALL RIGHT.  THANK YOU.

03:57PM 18       MS. WALSH.

03:57PM 19           MS. WALSH:  YES, YOUR HONOR.

03:57PM 20       SO THAT THE COURT HAS THE EXHIBIT NUMBERS, AND I'M

03:57PM 21   TAKING -- THESE WERE THE EXHIBIT NUMBERS IN THE HOLMES TRIAL,

03:57PM 22   AND I THINK THEY WILL BE THE SAME.

03:57PM 23       EXHIBIT 259 IS THE SCHERING-PLOUGH REPORT WITH ONLY THE

03:57PM 24   THERANOS LOGO, AND WE HAVE NO PROBLEM, NO OBJECTION TO THAT

03:57PM 25   REPORT COMING IN THROUGH DR. CULLEN.  SHE CAN AUTHENTICATE THAT

03:57PM  1    REPORT AND WE HAVE NO ISSUE WITH IT.

03:57PM  2         HOWEVER, WE DO HAVE AN ISSUE WITH THE SECOND VERSION OF

03:57PM  3    THE SCHERING-PLOUGH REPORT WITH THE TWO LOGOS FOR TWO REASONS.

03:58PM  4         I'M NOT SURE DR. CULLEN CAN REALLY AUTHENTICATE THAT

03:58PM  5    VERSION OF THE REPORT.

03:58PM  6         BUT PUTTING THAT ASIDE, I THINK THE CRUX OF IT IS THAT

03:58PM  7    SEEING THE TWO REPORTS AND THE DIFFERENCES AND DR. CULLEN

03:58PM  8    TESTIFYING THAT "I NEVER AUTHORIZED THIS" GOES TO THE HEART OF

03:58PM  9    OUR MOTION, AND WE WOULD OBJECT TO THAT SECOND REPORT, WHICH

03:58PM 10    WAS EXHIBIT 291, COMING IN THROUGH THIS WITNESS BEFORE THAT

03:58PM 11    ISSUE HAS BEEN RESOLVED.

03:58PM 12              THE COURT:  OKAY.  YOU JUST WANTED TO RAISE THAT FOR

03:58PM 13    ME NOW.  THANK YOU.  I APPRECIATE IT.

03:58PM 14         THANKS.  AND WE'LL REVISIT THIS TOMORROW.

03:58PM 15              MS. WALSH:  VERY GOOD.

03:58PM 16              THE COURT:  ALL RIGHT.  THANKS.

03:58PM 17         ANYTHING FURTHER.

03:58PM 18              MR. SCHENK:  YES, ONE OTHER BRIEF TOPIC.

03:58PM 19         I'M SURPRISED I HAVE TO RAISE THIS, BUT I AM CONCERNED

03:58PM 20    THAT THE DEFENSE IS ASKING QUESTIONS THAT THEY DON'T HAVE A

03:58PM 21    GOOD FAITH BASIS TO ASK.

03:58PM 22         THE COURT SAW SEVERAL EXAMPLES OF THAT NOW.  THE IDEA THAT

03:59PM 23    MS. SPIVEY WOULD KNOW WHETHER MR. BALWANI WROTE A CHECK TO THE

03:59PM 24    I.R.S., THAT'S NOT THE ONLY EXAMPLE OF INSTANCES IN WHICH

03:59PM 25    TESTIMONY SUGGESTED THAT THERE WAS NOT A BASIS TO ASK

03:59PM 1 FOLLOW-UP, AND YET THAT FOLLOW-UP OCCURRED.

03:59PM 2 THE SECOND EXAMPLE THAT COMES TO MIND IS QUESTIONS

03:59PM 3 REGARDING THE BOARD REFUSING THE $1 SALARY REQUEST OF

03:59PM 4 MR. BALWANI.

03:59PM 5 THERE WAS ALREADY A QUESTION AND ANSWER THAT SUGGESTED

03:59PM 6 THAT MS. SPIVEY DID NOT KNOW THE COMMUNICATIONS BETWEEN THE

03:59PM 7 BOARD AND MR. BALWANI REGARDING SALARY DEMANDS, AND YET THERE

03:59PM 8 WAS STILL THE FOLLOW-UP.

03:59PM 9 THE DEFENSE CAN REFRESH WITH ANYTHING, ASK QUESTIONS, BUT

03:59PM 10 THEY HAVE TO HAVE A GOOD FAITH BASIS TO ASK THOSE QUESTIONS,

03:59PM 11 AND THEY HAVE TREADED BEYOND THE LINE OF WHAT, AT LEAST IN THE

03:59PM 12 GOVERNMENT'S VIEW, IS AN APPROPRIATE QUESTION TO ASK WHEN THE

04:00PM 13 WITNESS HAS ALREADY SAID IN ONE INSTANCE THAT SHE WAS UNAWARE

04:00PM 14 OF INFORMATION, AND IN THE SECOND INSTANCE, THERE WOULD BE NO

04:00PM 15 GOOD FAITH BASIS TO THINK THAT SHE KNEW ABOUT PERSONAL CHECKS

04:00PM 16 MR. BALWANI WROTE TO THE I.R.S.

04:00PM 17 ON TOP OF THAT, THERE WERE INSTANCES IN WHICH THE COURT

04:00PM 18 RULED ON OBJECTIONS, AND THE DEFENSE IGNORED THE COURT'S RULING

04:00PM 19 AND ASKED THE QUESTION A SECOND TIME.

04:00PM 20 AND I WANTED TO RAISE BOTH OF THOSE BECAUSE I THINK WE'RE

04:00PM 21 STILL EARLY IN THE TRIAL. WE'RE ON OUR THIRD WITNESS.

04:00PM 22 AND I HOPE TODAY WAS AN ABERRATION, BUT LET'S MARK TIME,

04:00PM 23 AND I WANT TO NOTE THAT FOR THE COURT.

04:00PM 24 AND IF IT REQUIRES A SIDE-BAR IN THE FUTURE, IF WE SEE

04:00PM 25 FURTHER INSTANCES OF THIS, THE COURT WILL NOW KNOW WHY THE

| | | |
|---|---|---|
| 04:00PM | 1 | GOVERNMENT IS ASKING FOR A SIDE-BAR ON THIS ISSUE, OR IF THERE |
| 04:00PM | 2 | IS ANYTHING FURTHER THE GOVERNMENT COULD PROVIDE TO THE COURT |
| 04:00PM | 3 | TO PROVIDE ASSISTANCE ON THIS, HIGHLIGHTING PORTIONS OF THE |
| 04:00PM | 4 | TRANSCRIPT, WE WOULD BE HAPPY TO DO THAT. |
| 04:00PM | 5 | THE COURT: OKAY. THANK YOU. |
| 04:00PM | 6 | MS. WALSH, DO YOU WISH TO BE HEARD ON THIS? |
| 04:00PM | 7 | MS. WALSH: YOUR HONOR, I DIDN'T THINK THERE WAS NOT |
| 04:01PM | 8 | A GOOD FAITH BASIS FOR THE QUESTIONS. I WASN'T THE QUESTIONER, |
| 04:01PM | 9 | OF COURSE. |
| 04:01PM | 10 | AND I THOUGHT THAT MS. SPIVEY ANSWERED, WHEN SHE DIDN'T |
| 04:01PM | 11 | KNOW, THAT SHE DIDN'T KNOW. SHE WASN'T AWARE OF -- |
| 04:01PM | 12 | THE COURT: BUT I THINK THE PART -- PARDON ME. |
| 04:01PM | 13 | BUT I THINK THE POINT WAS IN CROSS-EXAMINATION, OF COURSE, |
| 04:01PM | 14 | IT'S CROSS-EXAMINATION, BUT I THINK YOUR COLLEAGUE ASKED A |
| 04:01PM | 15 | QUESTION ABOUT MR. BALWANI WRITING A CHECK AND PAID TAXES ON |
| 04:01PM | 16 | SOMETHING AND ADVANCED THAT INFORMATION A COUPLE OF TIMES. |
| 04:01PM | 17 | AND MR. COOPERSMITH, THE QUESTIONER, IS COMING UP BEHIND |
| 04:01PM | 18 | YOU HERE. |
| 04:01PM | 19 | MS. WALSH: VERY GOOD. |
| 04:01PM | 20 | MR. COOPERSMITH: WELL, YOUR HONOR, SINCE I WAS THE |
| 04:01PM | 21 | QUESTIONER, I THOUGHT IT MIGHT MAKE SENSE FOR ME TO ADDRESS |
| 04:01PM | 22 | THIS. |
| 04:01PM | 23 | THE COURT: YES, OF COURSE. |
| 04:01PM | 24 | MR. COOPERSMITH: SO LET'S TAKE THE ISSUE OF THE |
| 04:01PM | 25 | I.R.S. FIRST. |

04:01PM   1       WE SAW IN EVIDENCE THAT MS. SPIVEY, AS PART OF HER JOB,

04:01PM   2   SHE TESTIFIED SENT A DOCUMENT TO THE I.R.S. SAYING THAT

04:01PM   3   MR. BALWANI HAD ELECTED TO HAVE CERTAIN INCOME.

04:02PM   4       AND WE HAVE A GOOD FAITH BASIS FOR ASKING THE QUESTION.

04:02PM   5       NOW, AS MS. WALSH JUST SAID, IF SHE DOESN'T KNOW, SHE'S OF

04:02PM   6   COURSE FREE TO SAY SHE DIDN'T KNOW, AND THAT'S IN FACT WHAT

04:02PM   7   HAPPENED.  SHE SAID SHE DIDN'T KNOW.

04:02PM   8       BUT WE'RE NOT ASKING QUESTIONS THAT WE DON'T BELIEVE WE

04:02PM   9   HAVE A GOOD FAITH BASIS FOR ASKING.

04:02PM  10       AND I'LL JUST SAY THAT THE ONE THING THAT WE HAVE AS A

04:02PM  11   DEFENSE THAT THE GOVERNMENT, OF COURSE, DOESN'T, IS WE HAVE A

04:02PM  12   CLIENT WHO WAS THERE, AND WE CAN ASK QUESTIONS BASED ON WHAT WE

04:02PM  13   BELIEVE IN GOOD FAITH HAPPENED.

04:02PM  14       AND IF MS. SPIVEY OR ANY OTHER WITNESS DOESN'T REMEMBER

04:02PM  15   SOMETHING, THAT DOESN'T MEAN WE DON'T HAVE A GOOD FAITH BASIS.

04:02PM  16       WE ARE NOT ASKING QUESTIONS THAT WE THINK AREN'T TRUE.

04:02PM  17       WE HAVE A GOOD FAITH BASIS, FOR EXAMPLE, FOR KNOWING THAT

04:02PM  18   THE BOARD DIDN'T WANT TO HAVE TO PAY MR. BALWANI ONLY A DOLLAR

04:02PM  19   AND THOUGHT HE SHOULD TAKE A PROPER SALARY OF 99,000, SO WE

04:02PM  20   ASKED MS. SPIVEY THE QUESTION.  SHE SAID SHE DIDN'T KNOW.

04:02PM  21   THAT'S FINE.

04:02PM  22       BUT I DON'T SEE MR. SCHENK'S POINT THAT, YOU KNOW, ASKING

04:03PM  23   A QUESTION WHEN THE WITNESS IS FREE TO SAY "I DON'T KNOW" IS

04:03PM  24   LACK OF A GOOD FAITH BASIS.

04:03PM  25             THE COURT:  MR. SCHENK.

04:03PM 1           MR. SCHENK:  YOUR HONOR, THE LACK OF A GOOD FAITH

04:03PM 2    BASIS CAN COME IN TWO FOLDS.  YOU CAN KNOW THE THING YOU'RE

04:03PM 3    ASKING IS NOT TRUE, BUT YOU CAN ALSO KNOW THAT THERE'S NO WAY

04:03PM 4    IN THE WORLD THAT THE WITNESS HAS ANY INFORMATION ABOUT THAT

04:03PM 5    SUBJECT.

04:03PM 6           THE COURT:  I THINK THAT'S WHAT HE'S TALKING ABOUT,

04:03PM 7    AND HOW WOULD SHE KNOW WHAT THE BOARD ACTED UPON, OR HOW WOULD

04:03PM 8    SHE KNOW ABOUT HIS TAXES?

04:03PM 9       AND I THINK WHAT I HEARD, AND MY SENSE IS WHAT MR. SCHENK

04:03PM 10   IS SAYING -- AND I'LL LET HIM SPEAK, OF COURSE -- BUT YOU PUT

04:03PM 11   THE ANSWER IN FRONT OF THE JURY AND THEN ASK HER IF SHE KNOWS

04:03PM 12   THAT'S TRUE, THAT WOULD THEN SUGGEST TO THE JURY THAT IT

04:03PM 13   ACTUALLY DID HAPPEN.

04:03PM 14      IS THAT, IS THAT YOUR POINT?

04:03PM 15         MR. SCHENK:  YES, YOUR HONOR.

04:03PM 16     WHEN THE ATTORNEY IS TESTIFYING AND NOT THE WITNESS,

04:03PM 17   BECAUSE THERE'S NO WAY THE WITNESS ACTUALLY CAN ANSWER YES OR

04:03PM 18   NO TO THE QUESTION.

04:04PM 19         MR. COOPERSMITH:  I'M SORRY, YOUR HONOR.  I REALLY

04:04PM 20   DON'T SEE THIS POINT AT ALL.

04:04PM 21     I THINK THAT IT'S -- PERHAPS THE GOVERNMENT DOESN'T LIKE

04:04PM 22   THAT QUESTION, BUT, YOU KNOW, THE COURT INSTRUCTS THE JURY THAT

04:04PM 23   WHAT THE LAWYERS SAY IS NOT EVIDENCE.

04:04PM 24     THE GOVERNMENT IS FREE IN CLOSING ARGUMENT TO, IF

04:04PM 25   SOMETHING BOTHERS THEM, TO EXPLAIN WHAT THE WITNESS SAID AND

04:04PM 1   WHAT THE WITNESS DIDN'T SAY.

04:04PM 2       AND MY UNDERSTANDING OF A GOOD FAITH BASIS IS IF

04:04PM 3   MS. SPIVEY -- AND I'LL TAKE HER EXAMPLE -- SHE WORKED AT THE

04:04PM 4   COMPANY FOR MANY, MANY YEARS, AND SHE WAS ABLE TO RECOGNIZE THE

04:04PM 5   FORMAL BOARD MINUTES, SHE KNEW THAT THE BOARD HAD MET, SHE KNEW

04:04PM 6   WHEN MR. BALWANI WAS HIRED, SO IT'S QUITE POSSIBLE THAT SHE

04:04PM 7   KNOWS ABOUT THE $1.  BUT IF SHE DOESN'T, SHE'S FREE TO SAY

04:04PM 8   THAT.

04:04PM 9       BUT I DON'T SEE THAT THAT'S A LACK OF A GOOD FAITH BASIS

04:04PM 10  FOR ME TO ASK THE QUESTION.

04:04PM 11      AND THAT'S THE ESSENCE OF CROSS.  THEY LAWYER, AS THEY

04:04PM 12  TEACH YOU IN LAW SCHOOL, THE LAWYER IS BASICALLY TESTIFYING AND

04:04PM 13  THE WITNESS CAN SAY YES, NO, OR I DON'T KNOW.

04:04PM 14      I DON'T TAKE MR. SCHENK'S POINT AT ALL, AND I THINK THAT

04:05PM 15  WE'RE ASKING QUESTIONS THAT WE BELIEVE ARE IN GOOD FAITH GOOD

04:05PM 16  QUESTIONS, AND, AGAIN, THE WITNESS CAN SAY WHATEVER THEY WANT.

04:05PM 17          THE COURT:  OKAY.

04:05PM 18      ANYTHING FURTHER, MR. SCHENK?

04:05PM 19          MR. SCHENK:  IF THE DEFENSE OR IF MR. COOPERSMITH

04:05PM 20  DOESN'T SEE THE POINT HERE, THEN THE COURT SHOULD BE EVEN MORE

04:05PM 21  CONCERNED.

04:05PM 22          THE COURT:  OKAY.  WELL, THANKS FOR THE INFORMATION.

04:05PM 23  I'M WELL INFORMED.

04:05PM 24      THANK YOU.

04:05PM 25      (COURT ADJOURNED AT 4:05 P.M.)