No. 22-10338

IN THE

# United States Court of Appeals for the Ninth Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

*v.*

RAMESH "SUNNY" BALWANI,

*Defendant-Appellant*.

On Appeal from United States District Court
for the Northern District of California
No. 5:18-cr-00258-EJD-2, Hon. Edward J. Davila

**APPELLANT'S EXCERPTS OF RECORD
VOLUME 9 OF 26 (PAGES ER-2123 – ER-2422)**

Jeffrey B. Coopersmith
Amy Walsh
Stephen A. Cazares
Aaron P. Brecher
Sachi Schuricht
Amari L. Hammonds
ORRICK, HERRINGTON &
 SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105

Mark S. Davies
James Anglin Flynn
ORRICK, HERRINGTON &
 SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005
(202) 339-8400

*Counsel for Appellant*

10:56AM  1    INNOVATOR."

10:56AM  2         DURING THESE EXECUTIVE MEETINGS, WAS THE TOPIC OF

10:57AM  3    MARKETING OR ADVERTISING DISCUSSED?

10:57AM  4    A.   YES, IT WAS.

10:57AM  5    Q.   AND WHAT WAS DISCUSSED?  WAS THERE A NEED TO ADVERTISE THE

10:57AM  6    SERVICE?

10:57AM  7    A.   YES, ABSOLUTELY.  IT WAS A BRAND NEW SERVICE.  MOST PEOPLE

10:57AM  8    DID NOT KNOW ABOUT IT.  MOST PROVIDERS DID NOT KNOW ABOUT IT.

10:57AM  9         SO WE COLLABORATIVELY, BOTH THE THERANOS TEAM AND THE

10:57AM  10   WALGREENS TEAM, DETERMINED CERTAIN MARKETING THINGS THAT WE

10:57AM  11   WOULD DO, CERTAIN VEHICLES WE WOULD USE TO LET PATIENTS KNOW,

10:57AM  12   CUSTOMERS KNOW, PROVIDERS KNOW THIS NEW SERVICE THAT'S

10:57AM  13   AVAILABLE AT A WALGREENS STORE.

10:57AM  14   Q.   AND I APPRECIATE IT MAY BE OBVIOUS, BUT WHY THE NEED TO

10:57AM  15   ADVERTISE?  WHAT IS THE GOAL?

10:57AM  16   A.   IT'S REALLY FOR INFORMATION AND RAISING AWARENESS.

10:57AM  17        THE ABILITY FOR A PATIENT TO HAVE THEIR LABS DONE ON A

10:57AM  18   FINGERSTICK THAT IS LESS INVASIVE, LESS PAINFUL, LESS COST.

10:57AM  19        I WILL TELL YOU MY OWN STORY.  IF YOU TAKE BLOOD FROM ME,

10:57AM  20   I'LL PROBABLY PASS OUT.

10:57AM  21        SO THIS WAS UNIQUE.  THIS WAS, YOU KNOW, GREAT FOR HEALTH

10:58AM  22   CARE, AND SO WE WANTED TO MAKE SURE THAT PATIENTS AND CUSTOMERS

10:58AM  23   KNEW ABOUT THIS.

10:58AM  24   Q.   AND IF YOU'LL TURN TO PAGE 13, ARE THESE SOME OF THE

10:58AM  25   EXAMPLES OF THE ADVERTISING THAT WAS DISCUSSED?

| | | |
|---|---|---|
| 10:58AM | 1 | A.   YES, IT WAS. |
| 10:58AM | 2 | Q.   AND IS THE SIZE OF THE BLOOD DRAW, THE AMOUNT OF BLOOD |
| 10:58AM | 3 | NEEDED FOR A BLOOD TEST, WAS THAT SOMETHING THAT WAS DISCUSSED |
| 10:58AM | 4 | AS SUBJECT MATTER FOR ADVERTISING? |
| 10:58AM | 5 | A.   YES, IT WAS. |
| 10:58AM | 6 | Q.   WHY?  WHY ADVERTISE THE SIZE OF THE BLOOD DRAW? |
| 10:58AM | 7 | A.   AGAIN, THERE WAS TWO MAJOR BENEFITS FOR PATIENTS.  ONE IS |
| 10:58AM | 8 | HOW THE BLOOD WAS DRAWN, AND HOW MUCH OF THE BLOOD WAS DRAWN. |
| 10:58AM | 9 | SO IN BOTH INSTANCES THIS WAS WHAT WAS THE NEW TECHNOLOGY |
| 10:58AM | 10 | IS THE ABILITY TO TAKE JUST A FEW DROPS OF BLOOD IN A |
| 10:58AM | 11 | FINGERSTICK THAT WOULD ALLOW PATIENTS TO HAVE THEIR BLOOD DRAWN |
| 10:58AM | 12 | THAT IS NOT PAINFUL, THAT WOULD NOT CAUSE THEM TO POTENTIALLY |
| 10:59AM | 13 | PASS OUT BECAUSE TOO MUCH BLOOD WAS DRAWN. |
| 10:59AM | 14 | SO THIS WAS VERY BENEFICIAL TO THEM. |
| 10:59AM | 15 | Q.   IF NOW YOU'LL TURN TO PAGE 15. |
| 10:59AM | 16 | ON THIS SLIDE WE SEE DIAGNOSTIC TESTING TIMELINE. |
| 10:59AM | 17 | DO YOU SEE THAT? |
| 10:59AM | 18 | A.   YES. |
| 10:59AM | 19 | Q.   AND WHAT I'M GOING TO ASK YOU ABOUT IS AT THE TOP THERE'S |
| 10:59AM | 20 | A STAR, AND THEN YOU SEE A KEY THAT DESCRIBES WHAT THE STAR |
| 10:59AM | 21 | MEANS. |
| 10:59AM | 22 | DO YOU SEE THAT? |
| 10:59AM | 23 | A.   YES, IT DOES. |
| 10:59AM | 24 | Q.   AND CAN YOU READ IT?  WHAT DOES THE STAR MEAN? |
| 10:59AM | 25 | A.   SO THE DARK STAR THAT IS IN THE FISCAL YEAR '15, I BELIEVE |

JHAVERI DIRECT BY MR. SCHENK                                2953

10:59AM  1    THAT'S WHAT IT READS, IT'S -- THE STAR IS A DECISION TO SCALE

10:59AM  2    BASED ON OPERATING MODEL.

10:59AM  3    Q.   OKAY.  SO WHAT WAS BEING COMMUNICATED HERE THROUGH THIS

11:00AM  4    SLIDE DURING THE MEETING?

11:00AM  5    A.   WHAT THIS SLIDE SHOWS IS REALLY SEVERAL THINGS:  NUMBER

11:00AM  6    ONE, THE TIMELINE OF THE PILOT AND THE EXPANSION, ONE.

11:00AM  7         TWO, THE NUMBER OF LOCATIONS AND ALL OF THE OTHER THINGS

11:00AM  8    THAT HAVE TO BE DONE TO START TO SCALE.  SO ON THE LEFT-HAND

11:00AM  9    SIDE YOU'LL SEE TRAINING, MANAGEMENT, MARKETING, I.T.,

11:00AM  10   DEVELOPMENT OF TECHNOLOGY.

11:00AM  11        SO WHAT WE'RE TRYING TO SHOW IS HERE ARE ALL OF THE THINGS

11:00AM  12   THAT HAVE TO BE TRUE TO CONTINUE TO EXPAND.

11:00AM  13        AND IN THIS PARTICULAR CASE, THIS STAR THAT YOU REFERENCED

11:00AM  14   WAS A DECISION POINT FOR US.  ARE WE ABLE TO SCALE?  ARE WE

11:00AM  15   HITTING THOSE METRICS?  ARE WE ACHIEVING THE SUCCESS THAT WE

11:00AM  16   DEFINED?

11:00AM  17        AND IF THE ANSWER IS YES, GREAT, WE'LL CONTINUE TO EXPAND.

11:00AM  18        IF THE ANSWER IS NO, DON'T EXPAND, AND MAKE SURE THAT

11:00AM  19   WE'RE CORRECTING WHAT IS NOT RIGHT.

11:00AM  20   Q.   SO FROM THIS SLIDE, DID YOU TELL MR. BALWANI THAT A

11:01AM  21   NATIONWIDE ROLLOUT OF THERANOS BLOOD TESTING SERVICES INSIDE OF

11:01AM  22   WALGREENS STORES WAS GUARANTEED?

11:01AM  23   A.   NO, WE DID NOT SAY IT WAS GUARANTEED.

11:01AM  24        WHAT WE SAID WAS THAT WE HOPED TO GET TO A NATIONWIDE

11:01AM  25   ROLLOUT, BUT WE DID NOT GUARANTEE IT.  IT'S ALL BASED ON THE

11:01AM   1    MEASURES OF THE PILOT.

11:01AM   2    Q.   OKAY.  AND DECISION TO SCALE BASED ON, IT SAYS OPERATING

11:01AM   3    MODEL.

11:01AM   4         WHEN WAS THAT DECISION POINT?  SORT OF WHEN IN THE

11:01AM   5    TIMELINE?

11:01AM   6    A.   ACCORDING TO THIS, IN THE FIRST QUARTER OF FISCAL '15.

11:01AM   7    Q.   IF NOW YOU'LL TURN TO PAGE 17, WHICH IS THE PATH FORWARD.

11:01AM   8         UNDER OPERATIONS IMPROVEMENT, I WANT TO ASK YOU ABOUT THE

11:01AM   9    FIRST AND THE THIRD BULLETS.  FOCUS ON VENOUS DRAWS REDUCTION,

11:01AM  10    AND ACHIEVE 15 PATIENTS PER DAY PER STORE.

11:02AM  11         WHY ARE THEY UNDER SOMETHING CALLED OPERATIONS

11:02AM  12    IMPROVEMENT?

11:02AM  13    A.   OPERATIONS IMPROVEMENT WAS A TERM TO SAY THIS IS A MODEL

11:02AM  14    THAT WE ARE GOING AFTER.  SO THESE PARTICULAR METRICS, THERE

11:02AM  15    ARE FOUR HERE, BUT THESE PARTICULAR METRICS WERE PART OF THAT

11:02AM  16    MODEL THAT WE WANTED TO IMPROVE ON, IN THIS CASE FURTHER

11:02AM  17    REDUCTION OF THE NUMBER OF PATIENTS GETTING A VENOUS DRAW, AS

11:02AM  18    WELL AS CONTINUING TO GROW THE BUSINESS.

11:02AM  19         SO I BELIEVE THAT WE WERE AT THREE PATIENTS PER DAY IN

11:02AM  20    MAY.  WE WANTED TO ACHIEVE 15 PATIENTS PER DAY PER STORE TO

11:02AM  21    SHOW THAT MORE AND MORE PATIENTS CONTINUED TO USE IT AND WE'RE

11:02AM  22    CONTINUING TO GROW THIS SERVICE.

11:02AM  23    Q.   GREAT.  IF NOW YOU'LL TURN TO EXHIBIT 1755.

11:02AM  24         MR. JHAVERI, IS 1755 ANOTHER EMAIL FROM MS. HAWORTH TO

11:02AM  25    YOU, MR. BALWANI, AND OTHERS, IN ADVANCE OF A JUNE 2014

11:03AM   1    EXECUTIVE MEETING?

11:03AM   2    A.   YES.  THIS WAS THE PARTNERSHIP MEETING MINUTES FROM MAY

11:03AM   3    OF -- MAY 28TH.

11:03AM   4    Q.   MEETING MINUTES FROM A MEETING THAT HAD HAPPENED IN MAY;

11:03AM   5    IS THAT RIGHT?

11:03AM   6    A.   CORRECT, CORRECT.

11:03AM   7    Q.   THANK YOU.

11:03AM   8         YOUR HONOR, THE GOVERNMENT OFFERS 1755.

11:03AM   9              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:03AM  10              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:03AM  11         (GOVERNMENT'S EXHIBIT 1755 WAS RECEIVED IN EVIDENCE.)

11:03AM  12    BY MR. SCHENK:

11:03AM  13    Q.   MR. JHAVERI, AGAIN, DO YOU SEE THAT BOTH YOU AND

11:03AM  14    MR. BALWANI ARE ON THE EMAIL DISTRIBUTION FOR THIS ONE?

11:03AM  15    A.   YES.

11:03AM  16    Q.   AND I'M GOING TO ASK YOU A QUESTION ABOUT PAGE 6 IN THIS

11:03AM  17    DOCUMENT WITHIN THE MEETING MINUTES.

11:03AM  18         THE SECOND PARAGRAPH DOWN UNDER MEETING NOTES, IT

11:03AM  19    REFERENCES SOME COMMENTS THAT YOU MADE.

11:03AM  20         DO YOU SEE THAT?

11:03AM  21    A.   YES, I DO.

11:04AM  22    Q.   AND IT TALKS ABOUT THINGS THAT ARE BEING LEARNED.  YOU ARE

11:04AM  23    IN 21 STORES, THE PILOT ISN'T PERFECT, BUT WE ARE LEARNING SO

11:04AM  24    THAT WE CAN SCALE.

11:04AM  25         AND YOU SAY, "WE MAY NOT LIKE THEM, BUT WE ARE LEARNING."

JHAVERI DIRECT BY MR. SCHENK                                    2956

11:04AM   1        WHAT DID YOU MEAN HERE?  WHAT WERE YOU COMMUNICATING?

11:04AM   2    A.    YEAH.  THIS IS EXACTLY WHAT I WAS EXPLAINING EARLIER.

11:04AM   3        WITH ANY PROJECT, WE DO A PILOT TO ENSURE THAT WE ARE

11:04AM   4    LEARNING WHAT IS GOING RIGHT AND WHAT IS GOING WRONG AND WHAT

11:04AM   5    WE SHOULD BE CHANGING.

11:04AM   6        AND WHAT I AM REFERENCING IS THAT THE PURPOSE OF A PILOT

11:04AM   7    IS NOT TO BE PERFECT.  THE PURPOSE OF A PILOT IS TO UNDERSTAND

11:04AM   8    WHAT IS WORKING AND NOT WORKING SO WE CAN CONTINUE TO IMPROVE

11:04AM   9    THAT PROJECT SO WHEN WE ARE READY TO LAUNCH, IT IS A MODEL THAT

11:04AM  10    HAS BEEN PERFECTED.  THAT'S THE PURPOSE OF THE PILOT.

11:04AM  11        AND WHAT I WAS TRYING TO MAKE SURE THAT THE TEAMS

11:05AM  12    UNDERSTAND IS THAT WE SHOULDN'T BE UPSET THAT THE NUMBERS

11:05AM  13    AREN'T RIGHT OR THE NUMBERS AREN'T WHAT WE HOPED IT WOULD HAVE

11:05AM  14    BEEN.  IT'S GOOD THAT WE ARE LEARNING, BECAUSE WHEN WE DO SCALE

11:05AM  15    AND WE'RE READY TO SCALE, WE HAVE CORRECTED THOSE ISSUES.

11:05AM  16    Q.    WAS THE VENOUS DRAW PERCENT ONE OF THE THINGS THAT WAS NOT

11:05AM  17    GOING RIGHT IN YOUR WORDS?

11:05AM  18    A.    YES, THOSE NUMBERS WERE HIGH.

11:05AM  19    Q.    AND WAS THAT FACT COMMUNICATED TO MR. BALWANI?

11:05AM  20    A.    YES.

11:05AM  21    Q.    WOULD YOU NOW TURN TO 1884, EXHIBIT 1884.

11:05AM  22        MR. JHAVERI, IS 1884 AN EMAIL FROM MS. HAWORTH AGAIN TO

11:05AM  23    MR. BALWANI AND YOU REGARDING MEETING MINUTE AND A SLIDE DECK

11:05AM  24    FROM AUGUST OF 2014?

11:06AM  25    A.    YES.

11:06AM 1          MR. SCHENK:  THE GOVERNMENT OFFERS 1884.

11:06AM 2          MR. COOPERSMITH:  NO OBJECTION.

11:06AM 3          THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

11:06AM 4      (GOVERNMENT'S EXHIBIT 1884 WAS RECEIVED IN EVIDENCE.)

11:06AM 5          MR. SCHENK:  THANK YOU.

11:06AM 6  Q.   AND, MR. JHAVERI, I WANT TO DIRECT YOUR ATTENTION TO

11:06AM 7  PAGE 5 AND NUMBER 1.

11:06AM 8       SO IN AUGUST OF 2014, HOW MANY STORES HAD NOW OPENED?

11:06AM 9  A.   ACCORDING TO THIS DOCUMENT, 30 STORES WERE LIVE.

11:06AM 10 Q.   OKAY.  AND NOW IF YOU'LL TURN TO PAGE 9, DO YOU SEE THE

11:06AM 11 SECOND DARKENED BULLET DOWN FROM THE TOP, INITIAL GOAL?

11:06AM 12 "INITIAL GOAL FOR FISCAL YEAR 15 WAS 500 STORES.  NEED TO

11:06AM 13 REDEFINE THIS GOAL."

11:06AM 14      AND THEN THERE'S A CHART BELOW WHERE IT LOOKS LIKE ON THE

11:06AM 15 ROW FOR THERANOS IN 2015, IT NOW HAS 200.

11:07AM 16      DO YOU SEE THAT?

11:07AM 17 A.   YES, SIR.

11:07AM 18 Q.   AND WHAT WAS HAPPENING HERE?  WHAT WAS BEING DISCUSSED?

11:07AM 19 A.   WELL, THIS IS EXACTLY WHY WE DO A PILOT.

11:07AM 20      AS I MENTIONED EARLIER, WE'RE CONTINUING TO LEARN.  NOT

11:07AM 21 EVERY METRIC IS WHERE WE WANT IT TO BE.

11:07AM 22      AT THE SAME TIME, WE WERE ALSO EVALUATING OUR ABILITY TO

11:07AM 23 SCALE, BOTH FROM A THERANOS STANDPOINT, AS WELL AS FROM A

11:07AM 24 WALGREENS STANDPOINT.

11:07AM 25      AND WHILE OUR GOAL WAS TO GO TO 500 STORES IN 2015, IT WAS

ER-2130

JHAVERI DIRECT BY MR. SCHENK                                    2958

11:07AM    1    PRETTY CLEAR AT THE TIME THAT WE COULDN'T DO THAT.  AND SO WE

11:07AM    2    REEVALUATED AS A TEAM, BOTH TEAMS, AND DECIDED THAT 200 WAS THE

11:07AM    3    APPROPRIATE NUMBER THAT WE COULD BE SUCCESSFUL IN.

11:07AM    4        SO THIS IS THE RESET OF THAT.

11:07AM    5    Q.   GREAT.  THANK YOU.

11:07AM    6        IF YOU WILL NOW FOR ONE MOMENT TURN BACK TO THE FIRST PAGE

11:07AM    7    OF THIS DOCUMENT, AND REMIND THE JURY OF THE DATE OF THIS

11:07AM    8    EMAIL.

11:07AM    9    A.   THE DATE IS AUGUST 11TH, 2014.

11:08AM   10    Q.   OKAY.  SO ON THE 11TH OF AUGUST, YOU AND MR. BALWANI

11:08AM   11    RECEIVED THIS EMAIL THAT INCLUDING MEETING MINUTES WHERE THE

11:08AM   12    NUMBER OF STORES AND THE NEED TO REDUCE IT WAS DISCUSSED; IS

11:08AM   13    THAT RIGHT?

11:08AM   14    A.   YES.

11:08AM   15    Q.   SO I WANT -- WOULD YOU NOW PLEASE TURN TO 1896,

11:08AM   16    EXHIBIT 1896.

11:08AM   17        IS 1896 AN EMAIL JUST A FEW DAYS LATER FROM YOU TO

11:08AM   18    MR. BALWANI?

11:08AM   19    A.   YES, IT'S TO MR. BALWANI AS WELL AS MS. KOZLOWSKI.  CASEY

11:08AM   20    WAS ON MY TEAM LEADING THIS INITIATIVE.

11:08AM   21    Q.   AND WAS THIS EMAIL ALSO ABOUT THE THERANOS-WALGREENS

11:08AM   22    PARTNERSHIP?

11:08AM   23    A.   YES.

11:08AM   24        MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 1896.

11:08AM   25        MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:08AM  1            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:08AM  2            (GOVERNMENT'S EXHIBIT 1896 WAS RECEIVED IN EVIDENCE.)

11:08AM  3       BY MR. SCHENK:

11:09AM  4       Q.   SO A FEW DAYS LATER, MR. JHAVERI, YOU WRITE TO MR. BALWANI

11:09AM  5       AND YOU'RE TALKING ABOUT "NEW LEADERSHIP AT OUR COMPANY."

11:09AM  6            IS "OUR COMPANY" WALGREENS?

11:09AM  7       A.   YES.

11:09AM  8       Q.   "AND OUR PARTNERSHIP IS ONE AT THE CORE"; IS THAT RIGHT?

11:09AM  9       IS THAT THE PARTNERSHIP WITH THERANOS?

11:09AM 10       A.   THAT'S CORRECT.

11:09AM 11       Q.   YOU TELL MR. BALWANI, "WE HAVE MADE UNBELIEVABLE PROGRESS

11:09AM 12       IN THE SHORT 5 MONTHS.

11:09AM 13            "HOWEVER, IT WILL BE IMPORTANT THAT WE DRIVE WITH A SINGLE

11:09AM 14       FOCUS TOGETHER.  THE 2 AREAS WHICH MUST BE FOCUSSED ON ARE:

11:09AM 15            "PATIENTS PER DAY WITH A 4 PLUS EXPERIENCE.

11:09AM 16            "AND VENOUS PERCENT IN THE 10 PERCENT RANGE.

11:09AM 17            "WE NEED TO HAVE A DOCUMENTED DETAILED PLAN ON BOTH OR IT

11:09AM 18       WILL BE DIFFICULT FOR ME TO CONVINCE EXPANSION BEYOND ARIZONA."

11:09AM 19            FIRST, WHEN YOU SAY "EXPANSION BEYOND ARIZONA," DO YOU

11:10AM 20       MEAN THE 40 STORES IN ARIZONA AND 1 IN PALO ALTO?

11:10AM 21       A.   THAT'S CORRECT.

11:10AM 22       Q.   AND WHEN YOU WRITE THAT IT'S DIFFICULT TO CONVINCE

11:10AM 23       EXPANSION BEYOND UNLESS THESE TWO FACTORS ARE ADDRESSED, WHAT

11:10AM 24       DID YOU MEAN BY THAT?  WHO ARE YOU TALKING ABOUT NEEDING TO

11:10AM 25       CONVINCE?

11:10AM   1    A.   WELL, I THINK, I THINK IT'S -- WELL, IT'S ON A COUPLE OF

11:10AM   2    DIFFERENT ANGLES.

11:10AM   3         ONE, IT'S DIFFICULT FOR ME TO JUSTIFY FURTHER EXPANDING

11:10AM   4    WHEN WE'RE NOT HITTING SOME OF THESE KEY METRICS AND KEY

11:10AM   5    DECISION POINTS.

11:10AM   6         AT THE SAME TIME, FOR ME TO CONVINCE THE WALGREENS

11:10AM   7    EXECUTIVE LEADERSHIP THAT WAS PART OF THE EXECUTIVE STEERING

11:10AM   8    COMMITTEE THAT WE DISCUSSED EARLIER, FOR ME TO SAY WE'RE GOING

11:10AM   9    TO EXPAND, HOWEVER, WE'RE NOT HITTING THESE METRICS, IT'S A

11:10AM  10    VERY DIFFICULT ARGUMENT FOR ME TO MAKE.

11:10AM  11    Q.   OKAY.  AND THE ONE METRIC IS VENOUS PERCENT IN 10 PERCENT

11:10AM  12    RANGE, I THINK WE TALKED ABOUT THAT THIS MORNING.

11:11AM  13         LET ME ASK YOU ABOUT THE OTHER METRIC, PATIENTS PER DAY

11:11AM  14    WITH A 4 PLUS EXPERIENCE.  WHAT IS THAT REFERRING TO?

11:11AM  15    A.   YEAH, SO WE CONTINUED TO ADVANCE OUR THINKING, SO NOT ONLY

11:11AM  16    WERE WE LOOKING TO GET TO THE 15 PATIENTS PER DAY, BUT WE

11:11AM  17    WANTED THEM TO HAVE AN UNBELIEVABLE EXPERIENCE.

11:11AM  18         SO THE THERANOS TEAM, AFTER EACH BLOOD DRAW, WOULD PROVIDE

11:11AM  19    EACH PATIENT AN IPAD OR SOME TYPE OF A TABLET WHERE THEY WOULD

11:11AM  20    ANSWER A COUPLE OF QUESTIONS ON HOW THEIR EXPERIENCE WENT, AND

11:11AM  21    THAT WAS THEN TABULATED ON AN EXPERIENCE LEVEL OF 1 TO 5, 5

11:11AM  22    BEING THE BEST, AND WHAT WE WERE ASKING FOR IS LET'S HIT THOSE

11:11AM  23    METRICS, BUT ALSO MAKE SURE THAT OUR PATIENTS ARE SATISFIED

11:11AM  24    WITH THE SERVICE.

11:11AM  25         SO THAT'S WHAT I'M REFERRING TO.

11:11AM  1    Q.   SO THE INDIVIDUAL, THE PATIENT THAT WALKS INTO THE

11:11AM  2    WALGREENS, ARE YOU SAYING THAT AT THE END OF THEIR EXPERIENCE

11:11AM  3    THAT DAY AT THE WALGREENS STORE, THEY'RE ASKED TO FILL OUT A

11:12AM  4    SURVEY?

11:12AM  5    A.   NOT AT THE WALGREENS STORE.  THIS IS RECEIVING THE

11:12AM  6    THERANOS SERVICE.  SO THIS IS IN REFERENCE SPECIFICALLY TO THE

11:12AM  7    THERANOS SERVICE ITSELF.

11:12AM  8    Q.   SO INSIDE WHAT I THINK WE CALLED A PSC; IS THAT RIGHT?

11:12AM  9    A.   THAT'S RIGHT.

11:12AM  10   Q.   SO INSIDE THE PATIENT SERVICE CENTER, A PATIENT WHO HAS

11:12AM  11   EXPERIENCED THE THERANOS SERVICE IS ASKED TO FILL OUT A SURVEY?

11:12AM  12   A.   THAT'S RIGHT.

11:12AM  13   Q.   AND THEY RATE IT ON A SCALE; IS THAT CORRECT?

11:12AM  14   A.   YEAH.  THEY ANSWERED A FEW QUESTIONS, AND I DON'T RECALL

11:12AM  15   EXACTLY WHAT THOSE QUESTIONS WERE, BUT IT GAVE US INSIGHT INTO

11:12AM  16   HOW THE EXPERIENCE WENT.

11:12AM  17   Q.   WHEN THE PATIENT IS FILLING OUT THAT SURVEY, HAS THE

11:12AM  18   PATIENT RECEIVED THEIR LAB RESULT YET?  DO YOU KNOW?

11:12AM  19        MR. COOPERSMITH:  OBJECTION.  FOUNDATION.

11:12AM  20        THE COURT:  I THINK HE ASKED "IF YOU KNOW."

11:12AM  21   DO YOU WANT HIM TO ASK THAT QUESTION AGAIN?

11:12AM  22        THE WITNESS:  YES, PLEASE.

11:12AM  23        THE COURT:  GO AHEAD.

11:12AM  24   BY MR. SCHENK:

11:12AM  25   Q.   THE SCORES THAT PATIENTS WERE GIVEN, DO YOU KNOW WHETHER,

JHAVERI DIRECT BY MR. SCHENK                                    2962

11:12AM   1    BY THE TIME THE PATIENT IS FILLING OUT THE SURVEY, DO YOU KNOW

11:12AM   2    WHETHER THEY HAVE ALREADY RECEIVED THEIR LAB RESULT?

11:12AM   3    A.   NO.   THIS IS AT THE COMPLETION OF THE BLOOD DRAW.

11:13AM   4    Q.   I SEE.

11:13AM   5         SO THE PATIENT IS GIVING A SCORE THAT DOES NOT INCLUDE

11:13AM   6    ANYTHING ABOUT THE RESULT; IS THAT RIGHT?   THEY DON'T HAVE THE

11:13AM   7    RESULT YET, SO THAT'S NOT --

11:13AM   8    A.   THAT'S MY UNDERSTANDING, YES.

11:13AM   9    Q.   I'M SORRY.   SO THIS EMAIL THAT YOU SENT TO MR. BALWANI,

11:13AM  10    DID THIS GENERATE A CONVERSATION BETWEEN YOU AND MR. BALWANI?

11:13AM  11    A.   IT DID.

11:13AM  12    Q.   AND IF YOU'LL TURN TO 1909.

11:13AM  13         IS 1909 TWO EMAILS, ONE FROM YOU TO MR. BALWANI, AND THEN

11:13AM  14    A RESPONSE FROM MR. BALWANI, BOTH ON AUGUST 21ST, 2014?

11:13AM  15    A.   YES.

11:13AM  16              MR. SCHENK:   YOUR HONOR, THE GOVERNMENT OFFERS 1909.

11:13AM  17              MR. COOPERSMITH:   NO OBJECTION, YOUR HONOR.

11:13AM  18              THE COURT:   IT'S ADMITTED.   IT MAY BE PUBLISHED.

11:13AM  19         (GOVERNMENT'S EXHIBIT 1909 WAS RECEIVED IN EVIDENCE.)

11:13AM  20    BY MR. SCHENK:

11:13AM  21    Q.   AND IT LOOKS LIKE AT THE BOTTOM THAT YOU TELL MR. BALWANI

11:13AM  22    THAT THERE ARE SOME ITEMS THAT WE NEED TO DISCUSS.   THE SECOND

11:14AM  23    BULLET FROM THE BOTTOM IS VENOUS DRAW PERCENT PROGRESS.

11:14AM  24         DO YOU SEE THAT?

11:14AM  25    A.   YES.

ER-2135

11:14AM 1   Q.   AND THEN MR. BALWANI RESPONDS TO YOU THE SAME DAY, HIS

11:14AM 2   BOTTOM BULLET, "DISCUSS FURTHER YOUR COMMENT ABOUT HAVING TO

11:14AM 3   CONVINCE THE NEW MANAGEMENT FOR EXPANSION BEYOND 40 STORES."

11:14AM 4        FIRST, YOU REFERENCED IT IN THE EMAIL WE LOOKED AT ONE

11:14AM 5   EXHIBIT AGO.  WHAT IS THIS DISCUSSION OF NEW MANAGEMENT?

11:14AM 6   A.   WE WERE -- WE HAD NOT COMPLETED A MERGER OF WALGREENS AND

11:14AM 7   WHAT -- AND BOOTS ALLIANCE AT THE TIME.

11:14AM 8        WE HAD SOME NEW LEADERSHIP THAT WAS STARTING TO COME INTO

11:14AM 9   ROLE, AND SO AS THIS NEW MANAGEMENT BECAME FAMILIAR WITH THE

11:14AM 10  PROJECT, WE WANTED TO MAKE SURE THAT THE NEW MANAGEMENT ALSO

11:14AM 11  AGREED UPON THE DIRECTION AND WHAT WE WERE TRYING TO DO.

11:14AM 12       AND SO WHAT I'M REFERENCING IS THAT NEW MANAGEMENT, THAT

11:14AM 13  NEW LEADERSHIP TO ENSURE THAT THEY ARE ON BOARD WITH WHAT WE'RE

11:14AM 14  TRYING TO DO HERE.

11:14AM 15  Q.   AND DID YOU SAY THAT THE COMPANY WAS CALLED BOOTS

11:14AM 16  ALLIANCE?  WAS THAT THE NAME?

11:15AM 17  A.   THAT'S RIGHT.

11:15AM 18  Q.   AND IN THIS, IN THIS EMAIL, MR. BALWANI SAYS THAT HE WANTS

11:15AM 19  TO DISCUSS FURTHER.

11:15AM 20       DID THAT HAPPEN?  DID YOU HAVE AN EITHER AN IN-PERSON

11:15AM 21  MEETING OR A PHONE CALL WITH MR. BALWANI?

11:15AM 22  A.   YEAH, MR. BALWANI AND I HAD REGULAR DISCUSSIONS, WHETHER

11:15AM 23  IT WAS MONTHLY OR WEEKLY, OR WHENEVER WE NEEDED TO.  AND SO

11:15AM 24  EITHER HE WOULD SEND ME A FEW TOPICS OR I WOULD SEND HIM A FEW

11:15AM 25  TOPICS, AND WE WOULD HAVE THAT DISCUSSION OVER THE PHONE.

JHAVERI DIRECT BY MR. SCHENK                              2964

11:15AM   1        IF WE HAPPENED TO BE IN PERSON, THEN WE WOULD DO THAT AS

11:15AM   2    WELL.  BUT IT WAS MAINLY OVER THE PHONE.

11:15AM   3    Q.   AND DO YOU HAVE A SPECIFIC RECOLLECTION ABOUT WHETHER THIS

11:15AM   4    PARTICULAR DISCUSSION HAPPENED, THAT IS, DID YOU HAVE A

11:15AM   5    CONVERSATION OVER THE PHONE WITH MR. BALWANI AFTER THIS

11:15AM   6    AUGUST 21ST, 2014, EMAIL EXCHANGE WHERE YOU DISCUSSED THE NEED

11:15AM   7    TO IMPROVE THE VENOUS NUMBERS?

11:15AM   8    A.   YES.

11:15AM   9    Q.   AND DURING THAT CONVERSATION, DID MR. BALWANI GIVE YOU ANY

11:15AM  10    NEW EXPLANATIONS FOR WHY THE VENOUS DRAW NUMBERS WERE WHAT THEY

11:16AM  11    WERE?  YOU'VE TOLD US ABOUT A FEW, ORDERING PATTERNS,

11:16AM  12    CONFIGURING CARTRIDGES.

11:16AM  13        IN THIS CONVERSATION THAT YOU SAY YOU HAVE A MEMORY OF,

11:16AM  14    DID YOU GET ANY NEW EXPLANATIONS?

11:16AM  15    A.   I DON'T RECALL ANYTHING NEW.  I THINK IT WAS PRIMARILY THE

11:16AM  16    SAME ISSUES THAT THEY WERE -- THEY HAD TOLD ME IN THE PAST.

11:16AM  17    Q.   DID MR. BALWANI EXPRESS TO YOU ANY CONFIDENCE ABOUT

11:16AM  18    WHETHER THERANOS WOULD BE ABLE TO REDUCE THESE VENOUS DRAW

11:16AM  19    NUMBERS?

11:16AM  20    A.   YEAH.  MR. BALWANI, WHENEVER HE AND I SPOKE REGARDING

11:16AM  21    VENOUS DRAWS, HE WAS ALSO VERY CONFIDENT THAT THEY WOULD BE

11:16AM  22    ABLE TO REDUCE THOSE NUMBERS OVER TIME.

11:16AM  23    Q.   OKAY.  NOW LET'S LOOK AT 2214, EXHIBIT 2214.  IT SHOULD BE

11:16AM  24    THE NEXT ONE IN YOUR BINDER.

11:16AM  25        MR. JHAVERI, IS THIS ANOTHER EMAIL FROM MS. HAWORTH TO A

11:16AM   1    GROUP OF INDIVIDUALS, INCLUDING YOU AND MR. BALWANI, FROM A

11:16AM   2    NOVEMBER 2014 EXECUTIVE MEETING?

11:16AM   3    A.   YES, IT IS.

11:17AM   4              MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 2214.

11:17AM   5              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:17AM   6              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:17AM   7         (GOVERNMENT'S EXHIBIT 2214 WAS RECEIVED IN EVIDENCE.)

11:17AM   8    BY MR. SCHENK:

11:17AM   9    Q.   AND I'D LIKE TO DIRECT YOUR ATTENTION TO THE SLIDE ON

11:17AM  10    PAGE 6.

11:17AM  11         DO YOU SEE THAT?

11:17AM  12    A.   YES, I DO.

11:17AM  13    Q.   THAT'S A DIFFERENT EXHIBIT NUMBER.

11:17AM  14         MAY I JUST HAVE ONE MOMENT?

11:17AM  15              THE COURT:  YES.

11:17AM  16              MR. SCHENK:  THANK YOU.

11:17AM  17         (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

11:17AM  18              MR. SCHENK:  YOUR HONOR, MAY I USE THE ELMO JUST FOR

11:18AM  19    THIS EXHIBIT?

11:18AM  20              THE COURT:  YES.

11:18AM  21              MR. SCHENK:  THANK YOU.

11:18AM  22         (PAUSE IN PROCEEDINGS.)

11:18AM  23    BY MR. SCHENK:

11:18AM  24    Q.   MR. JHAVERI, CAN YOU SEE THE SCREEN OKAY?

11:18AM  25    A.   YES, I CAN.

JHAVERI DIRECT BY MR. SCHENK                                    2966

11:18AM   1    Q.   I'M SHOWING YOU PAGE 6 OF EXHIBIT 2214, AND IT'S ENTITLED

11:18AM   2    CURRENT STATUS.

11:18AM   3         THERE ARE SOME NAMES.  FIRST, TRACY AND KIMBERLY, DO THOSE

11:18AM   4    NAMES MEAN ANYTHING TO YOU?

11:18AM   5    A.   YES, TRACY AND KIMBERLY WERE TEAM MEMBERS AT THERANOS.

11:18AM   6    Q.   OKAY.  AND JUST AS A REMINDER, WE'RE IN NOVEMBER OF 2014.

11:18AM   7    IT LOOKS LIKE THERE ARE NOW 41 STORES CURRENTLY LIVE; IS THAT

11:19AM   8    RIGHT?

11:19AM   9    A.   THAT'S CORRECT.

11:19AM   10   Q.   WERE THERE EVER ANY MORE STORES, OR WAS THIS AS MANY AS

11:19AM   11   THE PROJECT EVER OPENED?

11:19AM   12   A.   YEAH, THIS WAS THE MAXIMUM.

11:19AM   13   Q.   THE SECOND BULLET SAYS, "VENOUS DRAWS PERFORMED DURING

11:19AM   14   40 PERCENT OF VISITS IN 2014 YEAR TO DATE."

11:19AM   15        IS THAT RIGHT?

11:19AM   16   A.   YES, ACCORDING TO THIS DOCUMENT.

11:19AM   17   Q.   EARLIER IN YOUR TESTIMONY, WE LOOKED AT WHAT THOSE NUMBERS

11:19AM   18   WERE IN FEBRUARY OF 2014 AND MAY OF 2014.

11:19AM   19        DO YOU RECALL THAT?

11:19AM   20   A.   YES.

11:19AM   21   Q.   DID THE TREND, THAT IS, THE NUMBER OF VENOUS DRAWS, STAY

11:19AM   22   RELATIVELY CONSISTENT THROUGH ALL OF 2014?

11:19AM   23   A.   YES.

11:19AM   24   Q.   A MOMENT AGO YOU TOLD ME THAT THE EMAIL EXCHANGE BETWEEN

11:19AM   25   YOU AND MR. BALWANI LED TO A PHONE CALL WHEN YOU SAID THAT YOU

11:19AM   1    WOULD NEED TO CONVINCE MANAGEMENT TO HAVE FURTHER EXPANSION AND

11:19AM   2    SOME OF THE THINGS THAT NEED TO BE ADDRESSED WERE VENOUS DRAWS.

11:19AM   3         DO YOU REMEMBER WHEN YOU AND I TALKED ABOUT THAT?

11:19AM   4    A.   YES.

11:19AM   5    Q.   AND I THINK YOU SAID THAT MR. BALWANI TOLD YOU AND

11:19AM   6    EXPRESSED CONFIDENCE THAT THERANOS WOULD BE ABLE TO ADDRESS THE

11:20AM   7    VENOUS DRAW NUMBERS; IS THAT CORRECT?

11:20AM   8    A.   THAT'S CORRECT.

11:20AM   9    Q.   IN FACT, DID THERANOS EVER ADDRESS THE VENOUS DRAW

11:20AM  10    NUMBERS?

11:20AM  11    A.   THE NUMBER NEVER DECLINED.

11:20AM  12    Q.   I'M SORRY.  THE NUMBER?

11:20AM  13    A.   NEVER DECLINED.

11:20AM  14    Q.   IF YOU COULD NOW GO TO EXHIBIT 2275, AND IF WE CAN SWITCH

11:20AM  15    BACK.

11:20AM  16         MR. JHAVERI, IS EXHIBIT 2275 AN EMAIL FROM YOU TO

11:20AM  17    MR. BALWANI NOW IN DECEMBER OF 2014?

11:20AM  18    A.   YES, SIR.

11:20AM  19              MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 2275.

11:20AM  20              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:21AM  21              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:21AM  22         (GOVERNMENT'S EXHIBIT 2275 WAS RECEIVED IN EVIDENCE.)

11:21AM  23    BY MR. SCHENK:

11:21AM  24    Q.   IT LOOKS LIKE THE SUBJECT IS CONTRACT AND OTHER TOPICS.

11:21AM  25         AND NUMBER 4 READS, "HOW LONG WILL WE HAVE PHLEBOTOMISTS

JHAVERI DIRECT BY MR. SCHENK                                          2968

11:21AM   1      IN ARIZONA?  WHAT IS ACCEPTABLE PERCENT OF VENOUS DRAWS TO

11:21AM   2      DEPLOY HUB AND SPOKE MODEL?"

11:21AM   3          DO YOU SEE THAT?

11:21AM   4      A.   YES, I DO.

11:21AM   5      Q.   WHAT IS THAT A REFERENCE TO?  WHAT ARE YOU COMMUNICATING

11:21AM   6      TO MR. BALWANI?

11:21AM   7      A.   YES.  SO WHAT WE ARE TRYING TO PLAN FOR, IF YOU REMEMBER

11:21AM   8      EARLIER, I HAD EXPLAINED THAT A VENOUS DRAW REQUIRES A

11:21AM   9      PHLEBOTOMIST TO DO, THAT A PHARMACY TECHNICIAN THAT IS NOT A

11:21AM  10      LICENSED PHLEBOTOMIST CANNOT DO A VENOUS DRAW, THEY CAN ONLY DO

11:21AM  11      A FINGERSTICK.

11:21AM  12          AND SO WE KNEW THAT THE PERCENTAGE OF PATIENTS WERE

11:21AM  13      GETTING A VENOUS DRAW, AND WE NEEDED TO PUT PHLEBOTOMISTS IN

11:21AM  14      THESE STORES.

11:21AM  15          HOWEVER, PHLEBOTOMISTS ARE EXPENSIVE.  SO WHAT WE ARE

11:22AM  16      TRYING TO DO IS TO CREATE SOMETHING CALLED A HUB AND SPOKE

11:22AM  17      MODEL WHERE CERTAIN STORES WOULD HAVE A PHLEBOTOMIST IN THAT

11:22AM  18      STORE, AND THE OTHER STORES WOULD HAVE ONLY A PHARMACY

11:22AM  19      TECHNICIAN FOR A FINGERSTICK.

11:22AM  20          SO IF YOU WALKED INTO A STORE AND YOUR LAB REQUIRED YOU TO

11:22AM  21      RECEIVE A VENOUS DRAW, WE WOULD THEN REFER YOU TO THAT HUB

11:22AM  22      LOCATION, THAT MAIN LOCATION WHERE THERE WOULD BE A

11:22AM  23      PHLEBOTOMIST.

11:22AM  24          THIS WOULD REDUCE THE COST STRUCTURE OF THE ENTIRE

11:22AM  25      PROJECT.  IT WOULD ALLOW US TO PUT PHLEBOTOMISTS IN CERTAIN

ER-2141

11:22AM  1    LOCATIONS, BECAUSE HIRING A PHLEBOTOMIST WAS ALSO DIFFICULT.

11:22AM  2         SO THAT'S WHAT I'M REFERRING TO IN TERMS OF THE HUB AND

11:22AM  3    SPOKE MODEL AND WHAT THE PHLEBOTOMISTS ARE.

11:22AM  4         AND THEN THE SECOND PART OF THE QUESTION IS WHETHER IT'S

11:22AM  5    AN ACCEPTABLE VENOUS DRAW IS, WHAT STORES DO BECOME HUBS AND

11:22AM  6    SPOKES BASED ON THAT PERCENTAGE OF VENOUS DRAW?

11:22AM  7         SO WE WERE TRYING TO DETERMINE WHAT THE PLAN WOULD BE.

11:23AM  8    Q.   WAS THERE EVER A TIME WHEN THE VENOUS DRAW NUMBERS EVEN

11:23AM  9    GOT TO THAT ACCEPTABLE NUMBER, THAT IS, WHERE YOU COULD THEN

11:23AM 10    DIRECT PATIENTS TO THE LOCATION THAT HAS A PHLEBOTOMIST, BUT

11:23AM 11    KEEP PHLEBOTOMISTS OUT OF ALL 40 STORES?

11:23AM 12    A.   NO.  WE MAINTAINED PHLEBOTOMISTS IN ALL 40 STORES AND

11:23AM 13    MAINTAINED THEM SIMPLY BECAUSE THE VENOUS DRAW WAS HIGH ENOUGH.

11:23AM 14    Q.   SO YOU AND I HAVE NOW WALKED THROUGH 2014 TOGETHER.

11:23AM 15         LET'S MOVE INTO THE YEAR 2015.  DID THE VENOUS DRAW

11:23AM 16    NUMBERS CHANGE NOW THAT WE'RE IN 2015, OR DID THEY REMAIN

11:23AM 17    CONSTANT SO THAT YOU WERE NEVER ABLE TO ADOPT WHAT YOU HAVE

11:23AM 18    DESCRIBED AS THE HUB AND SPOKE MODEL?

11:23AM 19    A.   YEAH, NO.  THE VENOUS DRAW REMAINED PRETTY CONSTANT RIGHT

11:24AM 20    THROUGH.  WE HAD, AS YOU SAW BETWEEN THE FEBRUARY AND THE MAY

11:24AM 21    NUMBERS, SOME FLUCTUATION.

11:24AM 22         BUT IN ITS ENTIRETY, IT REMAINED AROUND THAT 40 PERCENT

11:24AM 23    MARK.

11:24AM 24    Q.   IN OCTOBER OF 2015, DO YOU REMEMBER THERE BEING AN ARTICLE

11:24AM 25    IN "THE WALL STREET JOURNAL" ABOUT THERANOS?

JHAVERI DIRECT BY MR. SCHENK                                    2970

11:24AM   1    A.   YES.

11:24AM   2    Q.   AND, GENERALLY SPEAKING, WAS THE ARTICLE NEGATIVE ABOUT

11:24AM   3    THERANOS?

11:24AM   4    A.   IT WAS.

11:24AM   5    Q.   DID YOUR ROLE OR RESPONSIBILITY IN THE THERANOS-WALGREENS

11:24AM   6    RELATIONSHIP, DID IT CHANGE AFTER THAT ARTICLE?

11:24AM   7    A.   IT DID.

11:24AM   8    Q.   HOW DID YOUR ROLE CHANGE?

11:24AM   9    A.   WELL, UP UNTIL THIS POINT MY TEAM AND I WERE IN CHARGE OF

11:24AM  10    THE ACTUAL EXECUTION OF THE OPERATIONS WITHIN WALGREENS STORES,

11:24AM  11    AND WHEN THIS ARTICLE CAME OUT, WE HAD NOT BEEN EXPANDING UP

11:24AM  12    UNTIL THAT POINT AND WE WERE STILL AT 41 STORES, BUT THIS

11:24AM  13    ARTICLE THAT CAME OUT HIGHLIGHTED SOME ISSUES THAT WE WERE

11:24AM  14    UNAWARE OF.

11:25AM  15        AND SO MY ROLE SHIFTED FROM REALLY A RELATIONSHIP, MAKING

11:25AM  16    SURE THAT THE RIGHT PARTIES WERE COMING TOGETHER AND MOST OF

11:25AM  17    THE WORK WAS PRIMARILY DONE BY OUR CHIEF MEDICAL OFFICER AND

11:25AM  18    OUR CHIEF COUNSEL.

11:25AM  19    Q.   WAS THERE A POINT IN TIME WHEN WALGREENS STOPPED OFFERING

11:25AM  20    THERANOS BLOOD TESTING SERVICES INSIDE OF ITS STORES?

11:25AM  21    A.   YES.

11:25AM  22    Q.   DO YOU REMEMBER WHEN THAT WAS?

11:25AM  23    A.   IT WAS IN JUNE OF 2016 WHEN ALL OF THE OPERATION WAS

11:25AM  24    COMPLETELY STOPPED.

11:25AM  25        EARLIER THAT YEAR, IN I BELIEVE JANUARY, WE TURNED OFF THE

11:25AM   1    PALO ALTO STORE AND ONLY KEPT THE 40 STORES IN ARIZONA ON UNTIL

11:25AM   2    JUNE, AT WHICH POINT ALL OF THE STORES WERE SHUT DOWN.

11:25AM   3    Q.   SO DO I HAVE IT RIGHT, THE ARTICLE IS IN OCTOBER OF 2015,

11:25AM   4    AND THEN YOU SAID IN JANUARY OF THE NEXT YEAR, JANUARY OF '16,

11:25AM   5    THE PALO ALTO LOCATION CLOSED, THE THERANOS SERVICES INSIDE OF

11:26AM   6    THE PALO ALTO LOCATION CLOSED IN JANUARY?

11:26AM   7    A.   THAT'S RIGHT.

11:26AM   8    Q.   AND THEN A FEW MONTHS LATER, IN JUNE OF '16, THE THERANOS

11:26AM   9    LOCATIONS IN THE 40 ARIZONA STORES CLOSED; IS THAT RIGHT?

11:26AM  10    A.   CORRECT.

11:26AM  11    Q.   THANK YOU.

11:26AM  12         NOW, IF YOU WILL TURN IN YOUR BINDER TO EXHIBIT 5387H.

11:26AM  13         YOUR HONOR, 5387H HAS BEEN PREVIOUSLY ADMITTED.

11:26AM  14         PERMISSION TO PUBLISH A FEW PAGES FROM IT?

11:26AM  15              THE COURT:  YES.

11:26AM  16              MR. SCHENK:  THANK YOU.

11:26AM  17    Q.   I'D LIKE TO START WITH PAGE 25.

11:26AM  18         AND, MR. JHAVERI, THERE ARE A GROUP OF PAGE NUMBERS ON

11:26AM  19    THIS DOCUMENT.  JUST TO BE CLEAR, AT THE BOTTOM, SEEN IN SMALL

11:26AM  20    TYPE, IT SAYS TRIAL EXHIBIT 5378H, AND THEN PAGE NUMBER.

11:26AM  21         DO YOU SEE THAT?

11:26AM  22    A.   I DO.

11:26AM  23    Q.   SO THOSE WILL BE THE PAGE NUMBERS THAT I'M REFERRING TO

11:26AM  24    WHEN YOU AND I ARE TALKING TODAY, IF THAT'S OKAY?

11:26AM  25    A.   YES.

11:26AM   1      Q.   FIRST I WANT TO START AT THE VERY TOP WHERE THE DIFFERENT

11:26AM   2      CATEGORIES ARE ACTUALLY TITLED, THE VERY TOP OF THE DOCUMENT,

11:27AM   3      JUST TO GIVE A SENSE OF THE CONTENT OF THE CATEGORY.

11:27AM   4           DO YOU SEE THAT?

11:27AM   5      A.   I DO.

11:27AM   6      Q.   SO LET'S START WITH THE THIRD ONE IN.  THE THIRD ONE SAYS,

11:27AM   7      MESSAGE SENT DATE/TIME.

11:27AM   8           DO YOU SEE THAT?

11:27AM   9      A.   YES.

11:27AM  10      Q.   AND THEN THE NEXT IS THE MESSAGE OR MESSAGE CONTENT.

11:27AM  11           DO YOU SEE THAT?

11:27AM  12      A.   YES.

11:27AM  13      Q.   AND THEN THE NEXT TWO ARE FIRST SENDER/AUTHOR, AND THEN

11:27AM  14      RECIPIENT.

11:27AM  15           DO YOU SEE THAT?

11:27AM  16      A.   YES.

11:27AM  17      Q.   AND SO THE FIRST COLUMN CONTAINS THE SENDER OF THE

11:27AM  18      MESSAGE, AND THEN THE SECOND COLUMN IS THE RECIPIENT OF THE

11:27AM  19      MESSAGE; IS THAT RIGHT?

11:27AM  20      A.   YES.

11:27AM  21      Q.   LET'S GO THROUGH SOME OF THESE.

11:27AM  22           IF WE CAN NOW BLOW UP JUST THE TOP HALF OF THE CONTENT OF

11:27AM  23      THESE MESSAGES.

11:27AM  24           GREAT.  THANK YOU.

11:27AM  25           AND IN THIS SECTION, DO YOU SEE WHERE MR. BALWANI IS

11:27AM    1    WRITING TO MS. HOLMES, AND THIS ONE IS ON NOVEMBER 19TH, 2014.

11:27AM    2         MR. JHAVERI, YOU AND I WERE LOOKING AT SOME MEETINGS,

11:28AM    3    MEETING MINUTES FROM MEETINGS AROUND THAT TIME; IS THAT RIGHT?

11:28AM    4    FROM AROUND NOVEMBER OF 2014?

11:28AM    5    A.   YES.

11:28AM    6    Q.   AND MR. BALWANI WRITES, "NEED TO FOCUS ON OPS.  GETTING

11:28AM    7    HURT IN MARKET.

11:28AM    8         "CUSTOMER SERVICE SEEMS TO BE TERRIBLE.  EVERYONE

11:28AM    9    COMPLAINING."

11:28AM   10         DO YOU SEE THAT?

11:28AM   11    A.   YES.

11:28AM   12    Q.   AND THEN IF WE COULD ZOOM OUT AND NOW CAPTURE THE BOTTOM

11:28AM   13    HALF OF THE CONTENT.

11:28AM   14         DO YOU SEE ABOUT FIVE MESSAGES DOWN ON THE SCREEN

11:28AM   15    MR. BALWANI WRITES, "WE NEED THE LAB AND CALL CENTER FIXED.."

11:28AM   16         ALSO NOVEMBER 19TH, 2014.

11:28AM   17         DO YOU SEE THAT?

11:28AM   18    A.   YES.

11:28AM   19    Q.   AND IF YOU'LL TURN WITH ME TO PAGE 26 OF THESE TEXT

11:28AM   20    MESSAGES.  LET'S DO THE SAME THING.  LET'S JUST TAKE THE TOP

11:28AM   21    HALF FIRST.

11:28AM   22         MR. JHAVERI, DO YOU SEE THREE MESSAGES DOWN MR. BALWANI --

11:29AM   23    WE'RE STILL ON NOVEMBER 19TH -- MR. BALWANI WRITES TO

11:29AM   24    MS. HOLMES, "FUNDAMENTALLY WE NEED TO STOP FIGHTING FIRES BY

11:29AM   25    NOT CREATING THEM."

11:29AM  1          DO YOU SEE THAT?

11:29AM  2     A.   YES, I DO.

11:29AM  3     Q.   AND NOW IF WE CAN ZOOM OUT AND CAPTURE THE BOTTOM HALF OF

11:29AM  4     THE CONTENT.

11:29AM  5          I'M LOOKING NOW AT THE THIRD MESSAGE DOWN ON YOUR SCREEN,

11:29AM  6     AND DO YOU SEE WHERE MR. BALWANI WRITES TO MS. HOLMES, "WE

11:29AM  7     CAN'T SCALE WITH WAG.

11:29AM  8          "THEY ARE TERRIBLE AND WE NEED SWY AND CVS."

11:29AM  9          DO YOU SEE THAT?

11:29AM  10    A.   YES.

11:29AM  11    Q.   AND DOES THE ABBREVIATION WAG MEAN SOMETHING TO YOU?

11:29AM  12    A.   YES.  IT'S A REFERENCE TO WALGREENS.

11:29AM  13    Q.   AND THEN A HANDFUL OF MESSAGES DOWN IT SAYS, "THEY TOLD

11:29AM  14    OUR TEAM IN WAG MEETING THAT THEY DON'T INTEND TO OPEN MORE

11:29AM  15    PSC'S UNTIL JULY BECAUSE WE MISSED THEIR I.T. INTEGRATION

11:30AM  16    DEADLINE."

11:30AM  17         MS. HOLMES RESPONDS, "WOW."

11:30AM  18         AND THEN MR. BALWANI WRITES, "WHICH IS GOOD BECAUSE WE CAN

11:30AM  19    FOCUS ON SWY AND CVS."

11:30AM  20         DO YOU SEE THAT?

11:30AM  21    A.   YES, I DO.

11:30AM  22    Q.   IN THIS TIME IN NOVEMBER OF 2014, WERE YOU STILL WORKING

11:30AM  23    TO TRY TO MAKE THE PILOT A SUCCESS?

11:30AM  24    A.   YES.

11:30AM  25    Q.   MR. JHAVERI, WOULD YOU NOW TURN TO THE NEXT PAGE, PAGE 27,

JHAVERI DIRECT BY MR. SCHENK                    2975

11:30AM  1    AND CAPTURE THESE.

11:30AM  2         DO YOU SEE WHERE MR. BALWANI WRITES TO MS. HOLMES, "NEED

11:30AM  3    CTN FIXED.  OUR ROOT CAUSE OF ISSUES."

11:30AM  4         DO YOU SEE THAT?

11:30AM  5    A.   YES.

11:30AM  6    Q.   DID YOU BECOME FAMILIAR WITH A PIECE OF THERANOS

11:30AM  7    TECHNOLOGY THAT WAS CALLED A CTN?  DOES THAT MEAN SOMETHING TO

11:30AM  8    YOU?

11:30AM  9    A.   IT COULD.  I DON'T RECALL.

11:30AM  10   Q.   YOU DON'T RECALL.  OKAY.

11:30AM  11        IF YOU'LL NOW TURN TO PAGE 42 OF THIS EXHIBIT.  IF WE CAN

11:31AM  12   CAPTURE THOSE BOTTOM MESSAGES.

11:31AM  13        WE'VE NOW MOVED INTO APRIL OF 2015.

11:31AM  14        DO YOU SEE WHERE MR. BALWANI WRITES, "GOING THRU CVS

11:31AM  15   CONTRACT.  WE CAN'T WORK WITH WAG OR CVS.  BOTH ARE SAME.

11:31AM  16        "AND SWY."

11:31AM  17        AND THEN DO YOU SEE WHERE MS. HOLMES RESPONDS, "CAN'T

11:31AM  18   FORGET THAT"?

11:31AM  19   A.   YES.

11:31AM  20   Q.   WOULD YOU NOW TURN TO PAGE 43.

11:31AM  21        ON PAGE 43 WE'RE STILL IN APRIL OF 2015.

11:31AM  22        DO YOU SEE WHERE MR. BALWANI WRITES, "IF CONTRACT TERMS

11:31AM  23   AND WE DON'T HAVE 1,000 STORES.  WHAT HAPPENS TO 50M REMAINING

11:32AM  24   INNOVATION PAYMENT."

11:32AM  25        MR. JHAVERI, DO YOU REMEMBER EARLIER IN YOUR TESTIMONY

11:32AM   1    WHERE WE LOOKED AT SOME DOCUMENTS INVOLVING AN INNOVATION

11:32AM   2    PAYMENT?

11:32AM   3    A.   YES, I DO.

11:32AM   4    Q.   WAS THAT MONEY THAT WALGREENS WAS GOING TO PAY TO

11:32AM   5    THERANOS?

11:32AM   6    A.   YES.

11:32AM   7    Q.   DO YOU SEE WHERE MS. HOLMES RESPONDS "DEPENDS ON WHY TERM.

11:32AM   8         "SCALE NOW IF NEED."

11:32AM   9         DO YOU SEE THAT?

11:32AM  10    A.   YES.

11:32AM  11    Q.   AND THEN MR. BALWANI RESPONDS, "SO FORCE BUILD 1,000

11:32AM  12    STORES?  I DON'T THINK THAT'S INTELLIGENT."

11:32AM  13         DO YOU SEE THAT?

11:32AM  14    A.   YES.

11:32AM  15    Q.   IF YOU'LL NOW TURN TO THE NEXT PAGE, PAGE 44.

11:32AM  16         ALSO ON APRIL 9TH, THE BOTTOM SET OF MESSAGES.

11:32AM  17         IN THIS GROUP, DO YOU SEE MR. BALWANI WRITING, "GOING INTO

11:32AM  18    WAG MEETING.

11:32AM  19         "DONE.  CALL WHEN U HAVE 30 MINUTES."

11:32AM  20         AND THEN MR. BALWANI CONTINUES.

11:33AM  21         "MOSTLY TERRIBLE MEETING BUT NET NET IS WHAT WE WANT.

11:33AM  22         "THE POINT ABOUT NARROWING DOWN MENU TO HIT HIGH FS

11:33AM  23    PERCENT CAME TO ME LIKE GIFT OF GOD."

11:33AM  24         MR. JHAVERI, WE TALKED ABOUT THOSE MONTHLY MEETINGS IN

11:33AM  25    NOVEMBER OF 2014.  DID YOU CONTINUE TO MEET WITH MR. BALWANI IN

JHAVERI DIRECT BY MR. SCHENK                                    2977

11:33AM  1    2015 UP UNTIL THAT OCTOBER ARTICLE THAT WE DISCUSSED?

11:33AM  2    A.   YES.

11:33AM  3    Q.   WOULD YOU NOW TURN TO THE NEXT PAGE, PAGE 45.  WE'VE NOW

11:33AM  4    MOVED TO APRIL 10TH OF 2015.

11:33AM  5         DO YOU SEE WHERE MR. BALWANI WRITES:

11:33AM  6         "WE MUST HIT OUR VOLUME GOALS NOW.

11:33AM  7         "WE NEED TO MAKE IT A MATTER OF LIFE AND DEATH.

11:33AM  8         "SURVIVAL.  WE MUST NOT LOSE."

11:33AM  9         DO YOU SEE THAT?

11:33AM 10    A.   YES.

11:33AM 11    Q.   WAS THE VOLUME OF VENOUS DRAWS AND THE NUMBER OF PATIENTS

11:34AM 12    AT THERANOS PATIENT CENTERS STILL BEING TRACKED IN 2015?

11:34AM 13              MR. COOPERSMITH:  LACKS FOUNDATION IF HE'S TRYING TO

11:34AM 14    REFERENCE THIS TEXT AT THE SAME TIME AS THAT QUESTION.

11:34AM 15              THE COURT:  OVERRULED.

11:34AM 16         ASK YOUR QUESTION AGAIN.

11:34AM 17              MR. SCHENK:  THANK YOU.

11:34AM 18    Q.   MR. JHAVERI, YOU AND I TALKED ABOUT TRACKING VENOUS DRAWS

11:34AM 19    AND THE NUMBER OF PATIENTS PER DAY PER STORE, AND I'M WONDERING

11:34AM 20    IF YOU CONTINUED TO TRACK THAT INTO 2015.

11:34AM 21    A.   YES.

11:34AM 22    Q.   AND WHEN YOU HAD THE MEETINGS THAT YOU TALKED ABOUT IN

11:34AM 23    2015, DID YOU CONTINUE TO DISCUSS THOSE NUMBERS WITH

11:34AM 24    MR. BALWANI?

11:34AM 25    A.   YES.

JHAVERI DIRECT BY MR. SCHENK                                    2978

11:34AM   1        Q.   IF NOW YOU'LL TURN TO PAGE 68.

11:34AM   2             WE'RE NOW IN APRIL 29TH OF 2015.  MS. HOLMES WRITES:

11:34AM   3             "ARE THEY HELPING YOU ON WAG CONTRACT."

11:35AM   4             DO YOU SEE THAT?

11:35AM   5        A.   YES, I DO.

11:35AM   6        Q.   AND THEN MR. BALWANI RESPONDS:

11:35AM   7             "NO ONE ON WAG CONTRACT BEING WANT ANYONE ON WAG CONTRACT.

11:35AM   8        THIS U AND I NEED CLOSE OUR CHESTS."

11:35AM   9             AND THEN MR. BALWANI WRITES:

11:35AM  10             "DON'T WANT."

11:35AM  11             DO YOU SEE THAT?

11:35AM  12        A.   YES.

11:35AM  13        Q.   IN 2015, WAS WALGREENS TALKING ABOUT REVISING CONTRACTS

11:35AM  14        WITH THERANOS?

11:35AM  15        A.   YES, WE WERE.

11:35AM  16        Q.   WOULD YOU NOW PLEASE GO TO PAGE 77 OF EXHIBIT 5387H.

11:35AM  17        THERE'S A MESSAGE SORT OF IN THE MIDDLE OF THE PAGE THAT I WANT

11:35AM  18        TO DIRECT YOUR ATTENTION TO.

11:35AM  19             ON MAY 12TH, 2015 -- THAT'S GREAT.  THANK YOU.  A LITTLE

11:35AM  20        FURTHER DOWN.  PERFECT.

11:36AM  21             IT'S THE MESSAGE THAT BEGINS "AND" ON THE SCREEN IN FRONT

11:36AM  22        OF YOU.

11:36AM  23             "AND THE FACT WE R NOT GROWING WITH WAG IS SOMETHING THEY

11:36AM  24        ARE TRYING TO UNDERSTAND."

11:36AM  25             DO YOU SEE THAT?

JHAVERI DIRECT BY MR. SCHENK                                    2979

11:36AM  1    A.   YES.

11:36AM  2    Q.   MR. JHAVERI, IN 2015, WERE ANY MORE STORES OPENING, ANY

11:36AM  3    MORE PATIENT SERVICE CENTERS INSIDE OF WALGREENS STORES?

11:36AM  4    A.   NO, SIR.

11:36AM  5    Q.   WOULD YOU PLEASE TURN TO PAGE 95.  THERE'S ONE MESSAGE AT

11:36AM  6    THE VERY BOTTOM ON AUGUST 1ST, 2015.

11:36AM  7         DO YOU SEE WHERE MR. BALWANI WRITES TO MS. HOLMES:

11:36AM  8         "HIGHEST VOLUME DAY TODAY.  547 IN WAG."

11:36AM  9         DO YOU SEE THAT?

11:36AM 10    A.   YES, I DO.

11:36AM 11    Q.   WAS THE NUMBER OF PATIENTS THAT VISITED WALGREENS STORES

11:37AM 12    STILL BEING TRACKED NOW IN AUGUST OF 2015?

11:37AM 13    A.   YES.

11:37AM 14    Q.   AND WAS THAT INFORMATION THAT WAS SHARED DURING THESE

11:37AM 15    MEETINGS, THE EXECUTIVE MEETINGS THAT YOU AND I HAVE DISCUSSED?

11:37AM 16    A.   YES, THEY WERE.

11:37AM 17    Q.   WOULD YOU NOW PLEASE TURN TO PAGE 115.

11:37AM 18         THERE'S ONE MESSAGE ON THIS PAGE.  THIS IS OCTOBER 15TH OF

11:37AM 19    2015.

11:37AM 20         DO YOU SEE THE MESSAGE THAT READS:

11:37AM 21         "JC ARTICLE IS OUT"?

11:37AM 22    A.   YES.

11:37AM 23    Q.   MR. JHAVERI, I ASKED YOU EARLIER WHETHER YOU RECALLED

11:37AM 24    READING AN ARTICLE IN OCTOBER OF 2015.

11:37AM 25         DO YOU REMEMBER ROUGHLY THE DATE THAT THAT ARTICLE CAME

ER-2152

11:37AM  1    OUT?

11:37AM  2    A.   I THINK IT WAS OCTOBER 15TH.

11:37AM  3    Q.   WOULD YOU NOW TURN TO PAGE 116.  THE SAME DAY, THE 15TH OF

11:38AM  4    OCTOBER, MS. HOLMES WRITES TO MR. BALWANI:

11:38AM  5         "I AM OK WITH LESS BLOOD AND DISCOMFORT IN HOLDING

11:38AM  6    STATEMENT.

11:38AM  7         "ALMOST ODD IF NOT THERE."

11:38AM  8         DO YOU SEE THAT?

11:38AM  9    A.   YES, SIR.

11:38AM  10   Q.   IF YOU'LL NOW TURN TO PAGE 117.

11:38AM  11        DO YOU SEE MR. BALWANI RESPONDS:

11:38AM  12        "OK.

11:38AM  13        "JUST WORRIED ABOUT FDA AND CMS.

11:38AM  14        "BUT OK.

11:38AM  15        "HAVE TO TAKE THIS RISK."

11:38AM  16        AND THEN MS. HOLMES RESPONDS:

11:38AM  17        "WE MADE SUCH BIG DEAL WHEN THEY WERE HERE ABOUT

11:38AM  18   VENIPUNCTURE BEING LESS BLOOD.  I AM COMFORTABLE WITH IT."

11:38AM  19        DO YOU SEE THAT?

11:38AM  20   A.   YES.

11:38AM  21   Q.   AND THERE ARE TWO MORE MESSAGES ON THIS PAGE.

11:38AM  22        MS. HOLMES WRITES TO MR. BALWANI:

11:38AM  23        "CRAMER WANTS EXCLUDE.

11:38AM  24        "NO OTHER T.V."

11:38AM  25        DO YOU SEE THAT?

11:38AM  1     A.   YES.

11:38AM  2     Q.   AND NOW IF YOU'LL TURN TO PAGE 118.

11:39AM  3          ON 118, IF WE CAN JUST TAKE THESE THE SAME WAY, THE FIRST

11:39AM  4     HALF AND THE SECOND HALF.

11:39AM  5          MS. HOLMES WRITES:

11:39AM  6          "SENDING DRAFT RUPERT EMAIL.  THE LANGUAGE ABOUT WHAT JC

11:39AM  7     SAID IS DAVID'S LANGUAGE DYING.

11:39AM  8          "FYI."

11:39AM  9          DO YOU SEE THAT?

11:39AM  10    A.   I DO.

11:39AM  11    Q.   AND MR. BALWANI RESPONDS:

11:39AM  12         "OK.  WHICH PART IS DAVID LANGUAGE."

11:39AM  13         MS. HOLMES RESPONDS:  "THE PART ABOUT WHY I DIDN'T WANT TO

11:39AM  14    TALK TO JC (HIS ACCUSATIONS) AS WELL AS THE OTHER PARAGRAPHS

11:39AM  15    THAT WEREN'T THERE BEFORE.  EVERYTHING NEW EXCEPT THE ONE

11:39AM  16    SENTENCE I ADDED ON THE NEW ARTICLE.

11:39AM  17         "I AM COMFORTABLE WITH SAYING THE DEATH AND SEX THING TO

11:39AM  18    RUPERT BC IT MAKES THE POINT."

11:40AM  19         DO YOU SEE THOSE MESSAGES FROM MS. HOLMES?

11:40AM  20    A.   YES.

11:40AM  21    Q.   AND MR. BALWANI AND MS. HOLMES RESPOND TO EACH OTHER IN

11:40AM  22    THE FOLLOWING MESSAGES.

11:40AM  23         MR. BALWANI WRITES:

11:40AM  24         "DON'T."

11:40AM  25         MS. HOLMES RESPONDS:

JHAVERI DIRECT BY MR. SCHENK                                                2982

11:40AM  1          "DON'T WHAT?"

11:40AM  2          MR. BALWANI WRITES:

11:40AM  3          "DON'T MAKE THE DEATH AND SEX POINT.  NOT OK."

11:40AM  4          MS. HOLMES RESPONDS:

11:40AM  5          "CHALLENGE IS YOU SAW HOW EVERYONE REACTED IN PRESS TO ME

11:40AM  6  NOT MEETING WITH HIM.

11:40AM  7          "THEY DIDN'T THINK HIM CHALLENGING ME ON PATENTS WAS

11:40AM  8  REMOTELY A GOOD REASON NOT TO MEET WITH HIM."

11:40AM  9          DO YOU SEE THOSE MESSAGES?

11:40AM 10  A.   YES.

11:40AM 11  Q.   AND THEN MR. BALWANI RESPONDS:

11:40AM 12          "BUT WE HAVE ENUFF POINTS TO SAY I DIDN'T MEET WITH HIM

11:40AM 13  BECAUSE OF HIS FALSE ACCUSATIONS AND DIDN'T HAVE TO MEET WITH

11:40AM 14  SOMEONE WHO WAS ATTACKING ME WITHOUT EVEN MEETING WITH ME.  FOR

11:41AM 15  EXAMPLE PATENTS.

11:41AM 16          "I WOULDN'T OPEN UP USE PERSONAL LIFE OR MURDER BECAUSE

11:41AM 17  ENOUGH PEOPLE ON TWITTER WILL ASSUME THERE IS SOMETHING THERE.

11:41AM 18          "IT'S FILTH.

11:41AM 19          "AND WE NEED TO GET OUT OF FLIRTY."

11:41AM 20          MR. BALWANI THEN CORRECTS IT, "FILTH."

11:41AM 21          AND MS. HOLMES RESPONDS:

11:41AM 22          "AGREE FOR SURE ON OUTSIDE WORLD.  EVEN WITH RUPERT TO

11:41AM 23  MAKE POINT?"

11:41AM 24          AND MR. BALWANI RESPONDS:

11:41AM 25          "IF U FEEL STRONGLY ABOUT MURDER.  BUT NOT PERSONAL LIFE.

ER-2155

11:41AM   1        "I THINK IT IS IMPORTANT TO SEND THIS EMAIL BUT DOESN'T

11:41AM   2   HELP WITH PUBLIC BEATING.  ALL OUR PARTNERS ARE BAILING ONE AT

11:41AM   3   A TIME AND SAME WITH INVESTORS."

11:41AM   4        DO YOU SEE WHAT I JUST READ, MR. JHAVERI?

11:41AM   5   A.   YES, I DO.

11:41AM   6   Q.   AND IF NOW YOU'LL TURN TO PAGE 119.  IF WE COULD CAPTURE

11:41AM   7   THE FIRST HALF.

11:42AM   8        MR. JHAVERI, ARE WE STILL ON OCTOBER 16TH, 2015?

11:42AM   9   A.   YES, WE ARE.

11:42AM  10   Q.   AND DO YOU SEE WHERE MR. BALWANI WRITES:

11:42AM  11        "DIGNITY WAG EVERYONE IS POSTURING TO WALK AWAY.  WE R

11:42AM  12   LOSING LEVERAGE FAST."

11:42AM  13        MS. HOLMES RESPONDS:

11:42AM  14        "HAVE YOU TALKED TO WAG?"

11:42AM  15        AND MR. BALWANI RESPONDS:

11:42AM  16        "THEY R NOT TALKING FOR NOW UNTIL THEIR LAWYERS SAY SO?"

11:42AM  17        MR. BALWANI, I'M WONDERING, A MOMENT AGO, YOU SAID YOU

11:42AM  18   STEPPED BACK AND OTHER INDIVIDUALS TOOK YOUR PLACE IN THE

11:42AM  19   RELATIONSHIP.

11:42AM  20        CAN YOU REMIND THE JURY WHO THOSE INDIVIDUALS WERE?

11:42AM  21   A.   CORRECT.  OUR GENERAL COUNSEL, AS WELL AS OUR CHIEF

11:42AM  22   MEDICAL OFFICER.

11:42AM  23           THE COURT:  AND YOU MEANT MR. JHAVERI.

11:42AM  24           MR. SCHENK:  YES.  I'M SORRY.  DID I SAY

11:42AM  25   MR. BALWANI?  I MEANT MR. JHAVERI.  THANK YOU.

11:43AM   1      Q.   DO YOU SEE NOW BELOW THAT, IT SAYS, "TO US" FROM

11:43AM   2      MS. HOLMES.

11:43AM   3           AND THEN MR. BALWANI WRITES:

11:43AM   4           "YES.

11:43AM   5           "AT C LEVEL."

11:43AM   6           MS. HOLMES RESPONDS:

11:43AM   7           "THEIR LAWYERS TOLD THEM NOT TO TALK TO US?"

11:43AM   8           MR. BALWANI RESPONDS:

11:43AM   9           "YES."

11:43AM  10           MS. HOLMES WRITES:

11:43AM  11           "WOW."

11:43AM  12           AND THEN MR. BALWANI RESPONDS:

11:43AM  13           "IN SO MANY WORDS.

11:43AM  14           "NOT EXACTLY BUT THEY WILL BRING ALL THIS UP ABOUT

11:43AM  15      FINGERSTICKS ET CETERA IN CONTRACT NEGOTIATIONS."

11:43AM  16           IF WE CAN CAPTURE THE LAST TWO MESSAGES.

11:43AM  17           MR. BALWANI WRITES:

11:43AM  18           "IT IS GOING TO BE VERY DIFFICULT 12 MONTHS.

11:43AM  19           "OUR CLIA LAB FAILED MPV PT ALL 5 LEVELS.  JUST FOUND OUT.

11:43AM  20      DEALING WITH IT."

11:43AM  21           MR. JHAVERI, DO YOU SEE THAT?

11:43AM  22      A.   YES, I DO.

11:43AM  23      Q.   AND I HAVE TWO MORE PAGES I'D LIKE TO SHOW YOU.  IF WE

11:43AM  24      COULD FIRST LOOK AT PAGE 120.  IF WE CAN CAPTURE THE FIRST TWO

11:44AM  25      EMAILS, I'M SORRY, TEXTS.

11:44AM  1           DO YOU SEE WHERE MR. BALWANI WRITES:

11:44AM  2           "MISS OLD DAYS.  THESE DAYS ARE NOT WORTH WHATEVER WE R

11:44AM  3      TRYING TO DO HERE.

11:44AM  4           "NIM JUST TEXTED ME.  WANTS TO TALK URGENTLY."

11:44AM  5           DO YOU SEE THAT?

11:44AM  6      A.   YES.

11:44AM  7      Q.   AND, MR. JHAVERI, DID YOU, ON OR AROUND THIS DATE, THAT IS

11:44AM  8      OCTOBER 16TH, 2015, REACH OUT TO MR. BALWANI AND SAY THAT YOU

11:44AM  9      WANTED TO SPEAK WITH HIM?

11:44AM  10     A.   YES.

11:44AM  11     Q.   AND NOW IF WE CAN GO TO THE LAST PAGE I'LL SHOW YOU,

11:44AM  12     THAT'S PAGE 121, WE'RE STILL ON OCTOBER 16TH; RIGHT?

11:44AM  13     A.   YES.

11:44AM  14     Q.   MR. BALWANI WRITES:

11:44AM  15          "OK.  WAG FREAKING OUT.  LACK OF TRANSPARENCY.

11:45AM  16          "WHY THEY FOUND THIS ALL OUT THRU MEDIA AND NOT THRU US."

11:45AM  17          DO YOU SEE WHERE MS. HOLMES REPLIES:

11:45AM  18          "K.  THAT'S WHAT WE'LL DO.

11:45AM  19          "HOW WAS NIM?"

11:45AM  20          MR. BALWANI WRITES:

11:45AM  21          "WHY WE DIDN'T TELL THEM ABOUT TURNING OFF NANOTAINER"

11:45AM  22     AND THEN THE LETTER A.

11:45AM  23          MS. HOLMES RESPONDS:

11:45AM  24          " DID YOU TELL HIM IT LITERALLY JUST HAPPENED."

11:45AM  25          MR. BALWANI WRITES:

11:45AM 1          "YES."

11:45AM 2          MS. HOLMES RESPONDS:

11:45AM 3          "AND WE HADN'T FINALIZED PLAN WITH FDA YET AND STILL

11:45AM 4     HAVEN'T."

11:45AM 5          MR. BALWANI RESPONDS:

11:45AM 6          "I TOLD HIM WE WERE SURPRISED BY THE ARTICLE AS MUCH AS

11:45AM 7     THEY R.

11:45AM 8          "YES.

11:45AM 9          "BUT IT WAS MATTER OF COMMUNICATION.  I HAD ACTUALLY

11:45AM 10    THOUGHT ABOUT IT BUT GOT TOO BUSY TO CHECK WITH YOU."

11:45AM 11         AND THEN DO YOU SEE WHERE MS. HOLMES RESPONDS:

11:45AM 12         "THEN LET'S SHOW THEM THAT THIS LITERALLY IS STILL UP IN

11:46AM 13    AIR SO WE LITERALLY JUST DECIDED SINCE THE DISCUSSION IS

11:46AM 14    GETTING AIRED OUT IN PRESS."

11:46AM 15         DO YOU SEE THAT?

11:46AM 16    A.   YES.

11:46AM 17    Q.   AND THEN MR. BALWANI RESPONDS:

11:46AM 18         "OK.

11:46AM 19         "HOWEVER ISSUE IS WE DIDN'T TELL THEM IN ADVANCE ABOUT

11:46AM 20    SWITCHING."

11:46AM 21         MS. HOLMES:

11:46AM 22         "WE'LL HAVE TO PRESENT WELL THAT WE HADN'T DECIDED TO."

11:46AM 23         MR. BALWANI:

11:46AM 24         "BAD IDEA.  AT THIS POINT THEY KNOW.  SO NEED TO BE

11:46AM 25    TRANSPARENT.

11:46AM  1        MS. HOLMES:

11:46AM  2        "HOW LONG HAS IT BEEN THAT WE DIDN'T TELL THEM?"

11:46AM  3        MR. BALWANI:

11:46AM  4        "3-4 WEEKS."

11:46AM  5        MS. HOLMES:

11:46AM  6        "I'M TRYING TO REMEMBER WHAT OUR THINKING WAS ON THAT."

11:46AM  7        MR. BALWANI:

11:46AM  8        "NONE.  WE JUST DIDN'T TELL THEM THINKING UNDER NEW MODEL

11:46AM  9    THIS DOESN'T MATTER."

11:46AM 10        MR. BALWANI CONTINUES:

11:46AM 11        "BUT ATTACKS LIKE THIS SCARE THEM AS THEY SCARE EVERYONE."

11:46AM 12        AND FINALLY, MS. HOLMES WRITES:

11:47AM 13        "YEAH."

11:47AM 14        MR. JHAVERI, AT THIS TIME IN 2015, AND TO BE MORE

11:47AM 15    SPECIFIC, LEADING UP TO THE ARTICLE THAT YOU AND I TALKED ABOUT

11:47AM 16    IN OCTOBER OF 2015, WERE YOU STILL WORKING TO MAKE THE THERANOS

11:47AM 17    PILOT A SUCCESS?

11:47AM 18    A.   YES.

11:47AM 19    Q.   AND WERE YOU STILL THINKING THAT IF THE THERANOS PILOT WAS

11:47AM 20    A SUCCESS, THERANOS PATIENT SERVICE CENTERS INSIDE OF WALGREENS

11:47AM 21    STORES WOULD EXPAND BEYOND THE 40 IN ARIZONA?

11:47AM 22    A.   YES.

11:47AM 23            MR. SCHENK:  YOUR HONOR, MAY I HAVE ONE MOMENT?

11:47AM 24            THE COURT:  YES.

11:47AM 25        (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

ER-2160

2988

11:47AM 1     MR. SCHENK: THANK YOU VERY MUCH, YOUR HONOR. NO

11:47AM 2  FURTHER QUESTIONS.

11:47AM 3     THE COURT: MR. COOPERSMITH, WILL YOU HAVE

11:47AM 4  CROSS-EXAMINATION?

11:47AM 5     MR. COOPERSMITH: YES, YOUR HONOR. WOULD THIS BE A

11:47AM 6  GOOD TIME FOR OUR BREAK?

11:47AM 7     THE COURT: WELL, YOU TOOK THE WORDS RIGHT OUT OF MY

11:47AM 8  MOUTH, MR. COOPERSMITH.

11:47AM 9     MR. COOPERSMITH: SORRY ABOUT THAT, YOUR HONOR.

11:47AM 10     THE COURT: NOT AT ALL.

11:47AM 11  LET'S TAKE OUR BREAK NOW, LADIES AND GENTLEMEN. WE'LL

11:47AM 12  TAKE ABOUT 30 MINUTES.

11:47AM 13  LET ME TELL YOU, I KNOW YOU'LL BE EXCITED TO HEAR THIS,

11:48AM 14  I'VE JUST BEEN INFORMED THAT WE CAN GO UNTIL 4:00. SO THE

11:48AM 15  3:00 O'CLOCK -- PLEASE RESTRAIN YOUR ENTHUSIASM.

11:48AM 16  SO THE 3:00 O'CLOCK PROBLEM WITH THE COURT HAS BEEN

11:48AM 17  RESOLVED, SO WE'LL BE ABLE TO GO UNTIL 4:00 O'CLOCK TODAY. I

11:48AM 18  JUST WANT TO LET YOU KNOW THAT.

11:48AM 19  SO THANK YOU VERY MUCH.

11:48AM 20  LET'S HAVE OUR BREAK NOW. WE'LL TAKE ABOUT 30 MINUTES,

11:48AM 21  AND WE'LL COME BACK. THANK YOU.

11:48AM 22     MR. SCHENK: THANK YOU.

11:49AM 23     THE COURT: THANK YOU.

11:49AM 24  AND, MR. JHAVERI, YOU CAN STEP OUTSIDE, PLEASE. WE'LL

11:49AM 25  TAKE A 30 MINUTE BREAK.

ER-2161

11:49AM 1          THE WITNESS:  THANK YOU.

11:49AM 2          THE COURT:  YOU'RE WELCOME.

11:49AM 3      (JURY OUT AT 11:49 A.M.)

11:49AM 4          THE COURT:  PLEASE BE SEATED.

11:49AM 5      THE RECORD SHOULD REFLECT THAT OUR JURY HAS LEFT THE

11:49AM 6  COURTROOM.

11:49AM 7      MR. JHAVERI HAS LEFT THE COURTROOM AS WELL.

11:49AM 8      I JUST GOT WORD THAT THE 3:00 P.M. CONFLICT WAS RESOLVED,

11:49AM 9  SO WE'LL GO UNTIL 4:00.

11:49AM 10     WE STILL NEED AT SOME POINT TO SPEAK WITH JUROR NUMBER 8

11:49AM 11 ABOUT HIS MEDICAL APPOINTMENTS.  I THOUGHT WE'D -- MAYBE WE CAN

11:49AM 12 DO THAT AT THE END OF THE DAY TODAY, WE'LL TALK WITH HIM, AND

11:49AM 13 BECAUSE IT DOES TOUCH ON MEDICAL PERSONAL ISSUES, I INTEND TO

11:49AM 14 ALSO HAVE THAT CONVERSATION PRIVATE, NOT IN A PUBLIC, PUBLIC

11:49AM 15 SETTING.

11:50AM 16     ANYTHING FURTHER BEFORE WE BREAK?

11:50AM 17         MR. SCHENK:  NO.

11:50AM 18         THE COURT:  MR. COOPERSMITH?

11:50AM 19         MR. COOPERSMITH:  NO, YOUR HONOR.  THANK YOU.

11:50AM 20         THE COURT:  ALL RIGHT.  THANK YOU.

11:50AM 21     (RECESS FROM 11:50 A.M. UNTIL 12:25 P.M.)

12:26PM 22     (JURY IN AT 12:26 P.M.)

12:26PM 23         THE COURT:  PLEASE BE SEATED.  THANK YOU.

12:26PM 24     ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.

12:26PM 25     MR. COOPERSMITH, YOU HAVE CROSS-EXAMINATION?

12:26PM   1          MR. COOPERSMITH:  THANK YOU, YOUR HONOR.  MAY I

12:26PM   2    REMOVE MY MASK?

12:26PM   3          THE COURT:  YES, YES.

12:26PM   4          MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

12:26PM   5                     **CROSS-EXAMINATION**

12:26PM   6    BY MR. COOPERSMITH:

12:26PM   7    Q.   GOOD AFTERNOON, MR. JHAVERI.

12:26PM   8    A.   GOOD AFTERNOON, SIR.

12:26PM   9    Q.   I'M JEFF COOPERSMITH, I REPRESENT SUNNY BALWANI, AND I'LL

12:27PM  10    BE ASKING YOU SOME QUESTIONS THIS AFTERNOON.  OKAY?

12:27PM  11    A.   OKAY.

12:27PM  12          MR. COOPERSMITH:  MAY I APPROACH, YOUR HONOR?

12:27PM  13          THE COURT:  YES.

12:27PM  14          MR. COOPERSMITH:  (HANDING.)

12:27PM  15    Q.   MR. JHAVERI, I'VE JUST HANDED YOU TWO BINDERS WITH

12:27PM  16    EXHIBITS, AND WE MAY BE REFERRING, IN FACT, WE WILL BE

12:27PM  17    REFERRING TO SOME OF THOSE DURING THE COURSE OF THE QUESTIONS.

12:27PM  18    OKAY?

12:27PM  19    A.   OKAY.

12:27PM  20    Q.   OKAY.  SO LET'S SORT OF GO TO THE BEGINNING OF YOUR

12:27PM  21    INVOLVEMENT WITH THERANOS.

12:27PM  22          AND I THINK YOU HAD SOME PASSING INVOLVEMENT OR

12:27PM  23    CONVERSATION WITH MR. BALWANI AND MS. HOLMES BACK IN 2010; IS

12:27PM  24    THAT CORRECT?

12:27PM  25    A.   YES.

JHAVERI CROSS BY MR. COOPERSMITH                    2991

12:27PM  1     Q.   BUT I THINK YOU SAID THAT IT WAS ONLY ABOUT A 15 OR 20

12:27PM  2     MINUTE CONVERSATION?

12:27PM  3     A.   THAT'S CORRECT.

12:27PM  4     Q.   OKAY.  SO THE REAL INVOLVEMENT YOU HAD WITH THERANOS

12:27PM  5     REALLY STARTED LATER IN 2014; IS THAT RIGHT?

12:28PM  6     A.   THAT'S CORRECT.

12:28PM  7     Q.   OKAY.  AND YOU'RE AWARE THAT THERANOS AND WALGREENS

12:28PM  8     STARTED THE FIRST THERANOS BLOOD TESTING COLLECTION SITES IN

12:28PM  9     WALGREENS STORES IN THE FALL OF 2013?

12:28PM  10    A.   THAT'S CORRECT.

12:28PM  11    Q.   BUT YOUR INVOLVEMENT REALLY STARTED AROUND MARCH OF 2014;

12:28PM  12    IS THAT CORRECT?

12:28PM  13    A.   YEAH, MY INVOLVEMENT, MY FULL RESPONSIBILITY FOR THE

12:28PM  14    PROJECT STARTED IN MARCH OF 2014.

12:28PM  15    Q.   OKAY.  AND YOU UNDERSTAND, I THINK YOU REVIEWED IT WITH

12:28PM  16    MR. SCHENK WHEN HE WAS ASKING YOU QUESTIONS, THAT THE INITIAL

12:28PM  17    CONTRACT BETWEEN THERANOS AND WALGREENS GOES BACK TO JULY 2010.

12:28PM  18         DO YOU RECALL THAT?

12:28PM  19    A.   THAT'S CORRECT.

12:28PM  20    Q.   AND YOU HAD REVIEWED THOSE CONTRACTS IN THE COURSE OF

12:28PM  21    GETTING UP TO SPEED ON THE PROJECT; IS THAT FAIR?

12:28PM  22    A.   THAT'S FAIR.

12:28PM  23    Q.   BUT YOU WERE NOT PRESENT DURING THE TIME THE CONTRACT WAS

12:28PM  24    NEGOTIATED, AT LEAST THE ORIGINAL ONE; IS THAT RIGHT?

12:28PM  25    A.   NO, SIR.

12:28PM   1    Q.   OR EVEN THE 2012 AMENDMENT THAT MR. SCHENK SHOWED YOU, YOU

12:28PM   2    WEREN'T INVOLVED IN THE NEGOTIATION OF THAT CONTRACT EITHER; IS

12:28PM   3    THAT RIGHT?

12:28PM   4    A.   NO, SIR.

12:28PM   5    Q.   SO WHAT YOU HAVE ARE THE WORDS ON THE PAGE; IS THAT FAIR?

12:29PM   6    A.   AND THE INFORMATION PROVIDED BY THE LEADERS THAT I SPOKE

12:29PM   7    TO.

12:29PM   8    Q.   OKAY.  THANK YOU.

12:29PM   9         YOU UNDERSTAND, THOUGH, PRIOR TO YOUR INVOLVEMENT WITH THE

12:29PM  10    THERANOS PROJECT AT WALGREENS, THERE HAD BEEN A LOT OF

12:29PM  11    DISCUSSIONS WITH OTHER WALGREENS PERSONNEL AND THERANOS

12:29PM  12    PERSONNEL ABOUT THE NATURE OF THE PARTNERSHIP AND HOW THE

12:29PM  13    BUSINESS WOULD WORK; IS THAT FAIR?

12:29PM  14    A.   I KNEW OF THOSE DISCUSSIONS.

12:29PM  15    Q.   I'M SORRY?

12:29PM  16    A.   I KNEW OF THOSE DISCUSSIONS THAT THEY HAD, BUT I WAS NOT

12:29PM  17    INVOLVED IN ANY OF THOSE DISCUSSIONS.

12:29PM  18    Q.   OKAY.  BUT YOU JUST HEARD ABOUT THOSE THINGS FROM SOME OF

12:29PM  19    YOUR COLLEAGUES AT WALGREENS?

12:29PM  20    A.   THAT'S CORRECT.

12:29PM  21    Q.   AND MAYBE EVEN FROM MR. BALWANI?

12:29PM  22    A.   FROM MR. BALWANI AFTER I BECAME INVOLVED IN THE PROJECT.

12:29PM  23    Q.   OKAY.  AND THEN WHEN YOU BECAME INVOLVED, IS IT FAIR TO

12:29PM  24    SAY THAT YOUR JOB WAS TO TRY AND EXECUTE ON THE BUSINESS PLAN?

12:29PM  25    A.   RIGHT, TO -- YES, BASICALLY TO OPERATIONALIZE THE SERVICE

JHAVERI CROSS BY MR. COOPERSMITH                    2993

12:30PM   1    INSIDE OF A WALGREENS DRUG STORE.

12:30PM   2    Q.   SO YOU WERE, FROM THE WALGREENS PERSPECTIVE, IN CHARGE OF

12:30PM   3    MAKING THE PROGRAM COME TO LIFE AND EXPAND, YOU KNOW, AS MUCH

12:30PM   4    AS IT COULD EXPAND.

12:30PM   5        IS THAT FAIR?

12:30PM   6    A.   YES.  IT WAS TO, EXACTLY WHAT I SAID, OPERATIONALIZE THE

12:30PM   7    ENTIRE PROGRAM.

12:30PM   8    Q.   AND IS IT FAIR TO CALL THAT PHASE OF THE WORK BETWEEN

12:30PM   9    THERANOS AND WALGREENS THE EXECUTION PHASE?

12:30PM  10    A.   WE DIDN'T CALL IT THE EXECUTION PHASE.  WE CALLED IT THE

12:30PM  11    PILOT PHASE AS I REFERENCED IN SOME OF THE DOCUMENTS WE

12:30PM  12    REVIEWED TODAY.  THAT'S WHAT WE CALLED THE, THE 40 STORES THAT

12:30PM  13    WE LAUNCHED WAS TRULY CALLED THE PILOT PHASE.

12:30PM  14    Q.   YEAH, I UNDERSTAND.  MY QUESTION IS A LITTLE DIFFERENT.

12:30PM  15    I'M SORRY FOR NOT ASKING A CLEAR QUESTION.

12:30PM  16        BUT WHAT YOU WERE ACTUALLY DOING, THE ACTIVITY THAT YOU

12:30PM  17    WERE ENGAGED IN WITH THERANOS, WAS TRYING TO EXECUTE ON THE

12:30PM  18    BUSINESS PLAN, INCLUDING THE PILOT?

12:30PM  19    A.   THAT'S CORRECT.

12:30PM  20    Q.   OKAY.  AND YOU WOULD AGREE WITH ME THAT WHEN YOU'RE TRYING

12:30PM  21    TO EXECUTE ON A NEW BUSINESS PLAN, THERE ARE RISKS INVOLVED

12:30PM  22    WITH IT?

12:31PM  23    A.   YES, THERE ARE ALWAYS RISKS WITH ANY PROJECT THAT WE DO.

12:31PM  24    Q.   RIGHT.  AND SOMETIMES BUSINESSES REFER TO IT AS EXECUTION

12:31PM  25    RISK; IS THAT FAIR?

12:31PM   1    A.   I DON'T KNOW WHAT BUSINESSES CALLED IT.  WE JUST CALLED IT

12:31PM   2    RISK.

12:31PM   3    Q.   BUT THE RISK WOULD BE WHETHER YOU COULD EXECUTE THE

12:31PM   4    PROJECT AS IT WAS -- AT LEAST WHAT THE GOALS WERE?

12:31PM   5    A.   CORRECT.  THE RISK, IF I CAN JUST BE A LITTLE BIT CLEARER,

12:31PM   6    THE RISKS WERE ASSOCIATED WITH NOT ONLY THE EXECUTION OF THE

12:31PM   7    PROGRAM, BUT THE SUCCESSES OF THE PROGRAM ITSELF.  THERE IS

12:31PM   8    RISK ASSOCIATED WITH ALL OF THOSE THINGS.

12:31PM   9         SO IT'S NOT SIMPLY FULL EXECUTION, BUT IT IS -- THERE ARE

12:31PM  10    ALSO RISKS IN CERTAIN PARTS OF THE PROGRAM, HOW WE DO THE

12:31PM  11    PROGRAM, WHAT WE DO, COSTS.  EVERYTHING THAT IS ASSOCIATED WITH

12:31PM  12    ACTUALLY DOING THE PROJECT IS A RISK.

12:31PM  13         SO I JUST WANT TO MAKE SURE THAT I THINK THAT'S WHAT

12:31PM  14    YOU'RE ASKING.

12:31PM  15    Q.   NO, NO.  THAT'S FINE.

12:31PM  16         SO THERE ARE A LOT OF DIFFERENT RISKS ASSOCIATED WITH

12:31PM  17    LAUNCHING A NEW BUSINESS; RIGHT?

12:31PM  18    A.   IT IS.

12:31PM  19    Q.   AND THAT'S PART OF WHAT YOU AND YOUR COLLEAGUES AND THE

12:31PM  20    THERANOS TEAM WERE TRYING TO MANAGE?

12:32PM  21    A.   CORRECT.

12:32PM  22    Q.   OKAY.  NOW, MR. SCHENK ASKED YOU SOME QUESTIONS IN THE

12:32PM  23    COURSE OF HIS DIRECT EXAMINATION ABOUT WHETHER CERTAIN THINGS

12:32PM  24    WERE GUARANTEED.

12:32PM  25         DO YOU REMEMBER THAT?

JHAVERI CROSS BY MR. COOPERSMITH                    2995

12:32PM  1    A.    YES.

12:32PM  2    Q.    SO IT'S FAIR TO SAY THAT THERE WAS NO GUARANTEE THAT THE

12:32PM  3    BUSINESS WOULD BE SUCCESSFUL; RIGHT?

12:32PM  4    A.    THE BUSINESS BEING THE THERANOS BUSINESS OR THE --

12:32PM  5    Q.    THE PARTNERSHIP, THE WALGREENS-THERANOS PARTNERSHIP?

12:32PM  6    A.    YES, ABSOLUTELY, THERE WAS RISK IN WHETHER OR NOT THAT

12:32PM  7    WOULD SUCCEED.

12:32PM  8    Q.    AND WALGREENS ITSELF, EVEN APART FROM THERANOS, LAUNCHES

12:32PM  9    NEW BUSINESS LINES FROM TIME TO TIME; RIGHT?

12:32PM  10   A.    WE DO.

12:32PM  11   Q.    AND SOMETIMES YOU DECIDE TO OPEN UP IN NEW MARKETS THAT

12:32PM  12   YOU HAD NOT BEEN IN BEFORE; RIGHT?

12:32PM  13   A.    CORRECT.

12:32PM  14   Q.    AND THERE IS ALWAYS RISK ASSOCIATED WITH THAT?

12:32PM  15   A.    THERE IS.

12:32PM  16   Q.    AND IS RISK ASSOCIATED -- THERE IS NOTHING GUARANTEED

12:32PM  17   ABOUT WALGREENS'S OWN BUSINESS; IS THAT RIGHT?

12:32PM  18   A.    THAT'S CORRECT.

12:32PM  19   Q.    AND, IN FACT, EVEN THOUGH YOU AT WALGREENS HAVE A TRACK

12:32PM  20   RECORD, YOU DON'T KNOW IF THERE ARE GOING TO BE 2 PATIENTS THAT

12:33PM  21   COME INTO THE LOCAL SAN JOSE WALGREENS TODAY OR 10 PATIENTS OR

12:33PM  22   50 PATIENTS; RIGHT?

12:33PM  23   A.    WE HAVE A PRETTY GOOD IDEA BASED ON THE INTELLIGENCE THAT

12:33PM  24   WE HAVE DONE, THE DUE DILIGENCE THAT WE HAVE DONE, GOING INTO A

12:33PM  25   PARTICULAR STORE LOCATION IF THAT'S WHAT YOU'RE ASKING.

JHAVERI CROSS BY MR. COOPERSMITH                    2996

12:33PM  1            BUT, YES, THERE ARE RISKS THAT THOSE ESTIMATES AND THE

12:33PM  2    HYPOTHESIS MIGHT NOT BE MET.

12:33PM  3    Q.   IT MIGHT NOT COME TO PASS?

12:33PM  4    A.   THAT'S RIGHT.

12:33PM  5    Q.   AND IS IT GUARANTEED THAT ANY PATIENT IS GOING TO WALK

12:33PM  6    INTO A WALGREENS STORE ON ANY DAY AT ANY TIME?

12:33PM  7    A.   NO, NOTHING'S GUARANTEED.

12:33PM  8    Q.   OKAY.  NOW, THE WHOLE ROLLOUT PROGRAM WITH THERANOS, THAT

12:33PM  9    WAS A HUGE COMMITMENT ON WALGREENS'S PART; IS THAT RIGHT?

12:33PM 10    A.   IT WAS.

12:33PM 11    Q.   AND IT WAS A HUGE COMMITMENT ON THERANOS'S PART?

12:33PM 12    A.   THAT'S RIGHT.

12:33PM 13    Q.   AND THERE WAS A LOT OF MOVING PARTS IN CONNECTION WITH

12:33PM 14    THAT WHOLE ENDEAVOR TO ROLL OUT MORE AND MORE THERANOS STORES

12:33PM 15    OR COLLECTION SITES AT WALGREENS STORES; RIGHT?

12:33PM 16    A.   YES, IT WAS COMPLEX.

12:33PM 17    Q.   AND THAT'S ONE REASON WHY THERE WERE THESE PERIODIC

12:34PM 18    MEETINGS THAT MR. SCHENK SHOWED YOU A FEW OF?

12:34PM 19    A.   THAT'S RIGHT.

12:34PM 20    Q.   OKAY.  IN TERMS OF YOUR OWN RESPONSIBILITIES, THE THERANOS

12:34PM 21    PROJECT, WHILE YOU WERE WORKING ON IT, TOOK UP A LOT OF YOUR

12:34PM 22    OWN TIME?

12:34PM 23    A.   IT TOOK A LOT OF MY OWN TIME, BUT I HAD A TEAM SPECIFIC

12:34PM 24    FOR THE THERANOS PARTNERSHIP.  I HAD A PORTFOLIO OF PROJECTS

12:34PM 25    AND SERVICES AND RESPONSIBILITIES THAT I HAD WITHIN MY OWN

ER-2169

12:34PM  1    ROLE, SO WHILE THERANOS DID TAKE UP A CONSIDERABLE AMOUNT OF

12:34PM  2    TIME, IT WAS NOT FULLY MY ENTIRE ROLE.  I HAD OTHER TEAMS THAT

12:34PM  3    WERE FOCUSSED IN ON IT.

12:34PM  4    Q.   RIGHT.  PEOPLE REPORTED TO YOU WHO WERE DEALING WITH

12:34PM  5    THINGS ON A DAY-TO-DAY BASIS?

12:34PM  6    A.   THAT'S RIGHT.

12:34PM  7    Q.   AND YOU WERE AT AN EXECUTIVE LEVEL?

12:34PM  8    A.   THAT'S RIGHT.

12:34PM  9    Q.   AND YOUR OTHER PROJECTS -- THE OTHER THINGS IN YOUR

12:34PM 10    PORTFOLIO, ONE OF THE THINGS WAS ALSO THE WALGREENS WELL

12:34PM 11    EXPERIENCE PROGRAM?

12:34PM 12    A.   THAT'S RIGHT.

12:34PM 13    Q.   AND YOU TALKED ABOUT THAT A LITTLE BIT ON DIRECT WHERE

12:35PM 14    THAT WAS A PROGRAM TO REFURBISH SOME OF THE STORES AND

12:35PM 15    MODERNIZE THEM?

12:35PM 16    A.   YEAH, IT WAS TO REFURBISH, MODERNIZE, AND TO CHANGE THE

12:35PM 17    EXPERIENCE OF WHAT PHARMACISTS AND PHARMACY TECHNICIANS DO

12:35PM 18    WITHIN THAT WALGREENS DRUG STORE, AND ALSO INCORPORATING OTHER

12:35PM 19    HEALTH CARE SERVICES THAT I TALKED ABOUT EARLIER AND CREATING A

12:35PM 20    SPACE THAT WE CAN ACCOMMODATE THOSE THINGS.

12:35PM 21    Q.   AND THE SPACE MIGHT BE A CONSULTATION ROOM, FOR EXAMPLE?

12:35PM 22    A.   THERE WAS A CONSULTATION ROOM THAT WE HAD AS PART OF THE

12:35PM 23    DESIGN.

12:35PM 24    Q.   AND IT MIGHT ALSO INCLUDE I THINK YOU SAID A COMMUNITY

12:35PM 25    SPACE?

12:35PM  1    A.   CORRECT.  IN MANY OF THE STORES WE HAD -- THE STORES THAT

12:35PM  2    HAD ENOUGH SPACE, WE WOULD ACTUALLY PUT IN A COMMUNITY SPACE TO

12:35PM  3    DO THOSE HEALTH CARE SERVICES THAT I DISCUSSED EARLIER.

12:35PM  4    Q.   AND THE CONSULTATION ROOM IN THE WELL EXPERIENCE WALGREENS

12:35PM  5    STORES, THAT COULD BE USED FOR THE DIFFERENT PURPOSES IN THE

12:35PM  6    HEALTH CARE AREA; IS THAT FAIR?

12:35PM  7    A.   THAT IS FAIR.

12:35PM  8    Q.   SO ONE MIGHT BE TO GIVE A PERSON A VACCINE, FOR EXAMPLE?

12:35PM  9    A.   THAT'S CORRECT.

12:35PM  10   Q.   AND ANOTHER MIGHT BE TO COLLECT A BLOOD SAMPLE?

12:35PM  11   A.   THAT'S CORRECT.

12:36PM  12        BUT JUST TO CLARIFY, AGAIN, DEPENDING ON THE SPACE OF THE

12:36PM  13   STORE, THOSE SIZES CHANGED AND THEY VARIED.

12:36PM  14        AND IN SOME STORES WE WERE LIMITED BY THAT SPACE TO

12:36PM  15   DELIVER ALL OF THOSE SERVICES.

12:36PM  16        WE TRIED TO DO THAT, OF COURSE, YOU KNOW, BUT SPACE

12:36PM  17   LIMITATIONS DID REQUIRE US TO HAVE THOSE SPACES VARY STORE TO

12:36PM  18   STORE, AND STORES THAT HAD THE SMALLER SPACE, WE MAY NOT BE

12:36PM  19   ABLE TO PROVIDE ALL OF THE SERVICES.

12:36PM  20   Q.   UNDERSTOOD.  BUT WHEN YOU HAD THE WELL EXPERIENCE STORE

12:36PM  21   BUILDOUT, THERE WAS SOME CONSTRUCTION INVOLVED WITH GETTING

12:36PM  22   THAT DONE; RIGHT?

12:36PM  23   A.   YES.

12:36PM  24   Q.   AND I THINK YOU SAID ON DIRECT THAT IF YOU WERE DOING

12:36PM  25   CONSTRUCTION IN A STORE, YOU WOULD HAVE TO BE CAREFUL NOT TO

JHAVERI CROSS BY MR. COOPERSMITH                                    2999

12:36PM  1    MAKE IT TOO DISRUPTIVE TO THE ONGOING OPERATIONS OF THE STORE;

12:36PM  2    RIGHT?

12:36PM  3    A.   CORRECT.

12:36PM  4    Q.   SO IF YOU WERE GOING TO DO A BUILD OUT IN A STORE FOR THE

12:36PM  5    WELL EXPERIENCE PURPOSE, IF THERE WAS ANOTHER PURPOSE, SUCH AS

12:36PM  6    SETTING UP A THERANOS PATIENT SERVICE CENTER, IT MIGHT BE GOOD

12:36PM  7    TO KIND OF ACCOMPLISH THOSE TWO THINGS AT ONCE FROM A

12:37PM  8    CONSTRUCTION STANDPOINT.

12:37PM  9        IS THAT FAIR?

12:37PM 10    A.   THAT IS FAIR, AND THAT'S EXACTLY WHY WE WERE LOOKING AT

12:37PM 11    BOTH OF THOSE INITIATIVES TOGETHER IS IF WE CAN TOUCH THE STORE

12:37PM 12    ONCE TO MINIMIZE THAT DISRUPTION NOT ONLY TO THE STORE, BUT TO

12:37PM 13    CUSTOMERS, TO PATIENTS, TO TEAM MEMBERS, AND THEN ALSO THERE

12:37PM 14    WERE OPERATIONAL AREAS THAT WE NEED TO LOOK AT, COSTS,

12:37PM 15    TIMELINE, ALL OF THOSE THINGS GO INTO DECISION MAKING OF HOW WE

12:37PM 16    EXECUTE A CONSTRUCTION MODEL.

12:37PM 17    Q.   THANK YOU.

12:37PM 18        LET'S STEP BACK A LITTLE BIT IN TIME.  WE JUST TALKED

12:37PM 19    ABOUT HOW YOUR OWN INVOLVEMENT REALLY STARTED IN EARNEST IN

12:37PM 20    ABOUT MARCH OF '14; RIGHT?

12:37PM 21    A.   YEAH, EARLIER IN THE YEAR, AND THEN IT INCREASED IN MARCH

12:37PM 22    OF '14.

12:37PM 23    Q.   AND YOU UNDERSTAND THAT PRIOR TO YOUR INVOLVEMENT,

12:37PM 24    WALGREENS HAD TO DECIDE WHETHER IT WAS REALLY GOING TO TRY TO

12:37PM 25    LAUNCH THIS PROGRAM WITH THERANOS; RIGHT?

ER-2172

JHAVERI CROSS BY MR. COOPERSMITH                    3000

12:37PM  1    A.   YES, THAT'S CORRECT.

12:37PM  2    Q.   RIGHT.  AND PEOPLE OTHER THAN YOU MADE THAT DECISION; IS

12:38PM  3    THAT RIGHT?

12:38PM  4    A.   THAT'S CORRECT.

12:38PM  5    Q.   AND AS PART OF THE EFFORT TO UNDERSTAND THE BUSINESS AND

12:38PM  6    WHETHER IT WAS SOMETHING THAT WALGREENS WANTED TO DO, IN OTHER

12:38PM  7    WORDS, THE PARTNERSHIP WITH THERANOS, WALGREENS HAD TO DO SOME

12:38PM  8    DUE DILIGENCE?

12:38PM  9    A.   THAT'S RIGHT.

12:38PM  10   Q.   AND WALGREENS IS A, MAYBE EVERYONE KNOWS, BUT IT'S AN

12:38PM  11   ENORMOUS RETAIL COMPANY; RIGHT?

12:38PM  12   A.   YES, IT'S ONE OF THE LARGER RETAIL PHARMACIES.

12:38PM  13   Q.   AND IN THE UNITED STATES ALONE IT HAS OVER 8,000 STORES?

12:38PM  14   A.   I DON'T KNOW THE EXACT NUMBER TODAY.  I DON'T WORK FOR

12:38PM  15   WALGREENS ANYMORE, SO --

12:38PM  16   Q.   OKAY.  BUT AT THE TIME YOU WORKED THERE -- I THINK YOU

12:38PM  17   WORKED THERE FOR 29 YEARS?

12:38PM  18   A.   YES.

12:38PM  19   Q.   AND WHILE YOU WORKED THERE, I THINK YOU UNDERSTAND IT HAD

12:38PM  20   THOUSANDS AND THOUSANDS OF STORES IN THE UNITED STATES?

12:38PM  21   A.   THAT'S CORRECT.

12:38PM  22   Q.   AND AT SOME POINT IT MERGED WITH A EUROPEAN COMPANY CALLED

12:38PM  23   BOOTS ALLIANCE?

12:38PM  24   A.   IT DID.

12:38PM  25   Q.   AND AMONG OTHER THINGS THEY OPERATE THE BOOTS PHARMACIES

ER-2173

12:38PM   1     IN THE UNITED KINGDOM, FOR EXAMPLE?

12:38PM   2     A.   THAT'S RIGHT.

12:38PM   3     Q.   AND THAT MEANT THERE WERE EVEN MORE STORES AROUND THE

12:38PM   4     WORLD THAT BOOTS AND WALGREENS HAD TOGETHER; RIGHT?

12:39PM   5     A.   CORRECT.

12:39PM   6     Q.   WALGREENS HAD BEEN IN BUSINESS AT LEAST FOR THE 29 YEARS

12:39PM   7     YOU WERE WORKING THERE, BUT EVEN BEFORE THAT; RIGHT?

12:39PM   8     A.   YES.

12:39PM   9     Q.   SO IN TERMS OF THE RETAIL EXPERIENCE THAT WALGREENS

12:39PM  10     BROUGHT TO THE THERANOS PARTNERSHIP, IT WAS MASSIVE; RIGHT?

12:39PM  11     A.   THE RETAIL PHARMACY WAS -- THAT WAS OUR CORE BUSINESS.

12:39PM  12     Q.   RIGHT.  AND YOU UNDERSTOOD THAT THERANOS DIDN'T HAVE ANY

12:39PM  13     RETAIL PHARMACY EXPERIENCE?

12:39PM  14     A.   THAT'S RIGHT.

12:39PM  15     Q.   SO THAT WAS ONE OF THE VALUES, OR VALUE ADDS, IF YOU WILL,

12:39PM  16     THAT WALGREENS BROUGHT TO THE PARTNERSHIP; RIGHT?

12:39PM  17     A.   THAT'S RIGHT.

12:39PM  18     Q.   OKAY.  LET'S TALK ABOUT SOME OF THE DUE DILIGENCE.

12:39PM  19          MR. SCHENK:  YOUR HONOR, I'M GOING TO OBJECT TO THE

12:39PM  20     DUE DILIGENCE LINE OF QUESTIONS.  I THINK THAT'S NOT RELEVANT.

12:39PM  21          THE COURT:  ARE YOU ASKING WHAT HE DID IN REGARDS TO

12:39PM  22     HIS RELATIONSHIP WITH THERANOS?  IS THAT WHAT YOU'RE ASKING

12:39PM  23     HERE?

12:39PM  24          MR. COOPERSMITH:  IN PART, YOUR HONOR.

12:39PM  25          BUT I DO HAVE SOME DOCUMENTS THAT I THINK WILL CLARIFY

12:39PM   1    WHAT MR. JHAVERI KNOWS.

12:39PM   2              THE COURT:  OKAY.  ALL RIGHT.  SURE.  WHY DON'T YOU

12:40PM   3    GO AHEAD?

12:40PM   4              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

12:40PM   5    Q.  IF YOU COULD TURN IN YOUR BINDER, MR. JHAVERI, TO

12:40PM   6    EXHIBIT 20531.

12:40PM   7    A.  THAT'S IN VOLUME 1?

12:40PM   8    Q.  IT SHOULD BE, YES.

12:40PM   9    A.  WOULD YOU SAY THE NUMBER, PLEASE, AGAIN.

12:40PM  10    Q.  20531.

12:40PM  11    A.  OKAY.

12:40PM  12    Q.  OKAY.  AND YOU SEE THAT EXHIBIT 20531 IS AN EMAIL FROM

12:40PM  13    WADE MIQUELON TO GREG WASSON AT THE TOP?

12:40PM  14    A.  YES.

12:40PM  15    Q.  DATED NOVEMBER 19TH, 2013?

12:41PM  16    A.  YES.

12:41PM  17    Q.  AND IF YOU GO TO THE SECOND PAGE, YOU SEE THERE'S AN EMAIL

12:41PM  18    FROM JAY ROSAN TO A WHOLE GROUP OF PEOPLE.

12:41PM  19        DO YOU SEE THAT?

12:41PM  20    A.  YES, I DO.

12:41PM  21    Q.  AND ONE OF THE PEOPLE, AMONG THE LARGE GROUP, IS YOURSELF,

12:41PM  22    MR. JHAVERI; RIGHT?

12:41PM  23    A.  THAT'S CORRECT.

12:41PM  24    Q.  AND THIS WAS ALSO DATED NOVEMBER 19, 2013?

12:41PM  25    A.  YES.

JHAVERI CROSS BY MR. COOPERSMITH                    3003

12:41PM  1     Q.   AND THE EMAIL RELATES TO STRATEGIC PARTNERSHIPS BETWEEN

12:41PM  2     WALGREENS AND JOHNS HOPKINS?

12:41PM  3     A.   THAT'S CORRECT.

12:41PM  4     Q.   OKAY.  MR. JHAVERI, WHO WAS -- I MENTIONED WADE MIQUELON,

12:41PM  5     WHO WAS AT THE VERY TOP IN THE FIRST EMAIL.  WHO WAS

12:41PM  6     MR. MIQUELON?

12:41PM  7     A.   MR. MIQUELON WAS THE CHIEF FINANCIAL OFFICER FOR WALGREENS

12:41PM  8     AT THE TIME.

12:41PM  9     Q.   OKAY.  AND THEN IT ALSO HAS GREG WASSON.

12:41PM  10         WHO IS GREG WASSON AT WALGREENS?

12:41PM  11    A.   SO GREG WASSON WAS THE CEO AT THE TIME.

12:41PM  12    Q.   THE CHIEF EXECUTIVE OFFICER OF WALGREENS?

12:42PM  13    A.   CORRECT.

12:42PM  14    Q.   AND THEN THE EMAIL, THE SECOND EMAIL ON THE PAGE IS FROM

12:42PM  15    JAY ROSAN.

12:42PM  16         DO YOU KNOW WHO DR. ROSAN IS?

12:42PM  17    A.   I DO.

12:42PM  18    Q.   AND WHO IS DR. ROSAN?

12:42PM  19    A.   SO DR. ROSAN WAS, AS I MENTIONED EARLIER, HE WAS IN CHARGE

12:42PM  20    OF OUR HEALTH CARE INNOVATION TEAM.  SO HE LOOKED AT NEW HEALTH

12:42PM  21    CARE INNOVATIONS THAT THE COMPANY CAN ENGAGE IN.

12:42PM  22    Q.   AND WAS HE A MEDICAL DOCTOR?

12:42PM  23    A.   HE WAS A MEDICAL DOCTOR.

12:42PM  24    Q.   DO YOU UNDERSTAND THAT DR. ROSAN WAS INVOLVED WITH THE

12:42PM  25    THERANOS PROJECT AT WALGREENS?

JHAVERI CROSS BY MR. COOPERSMITH                    3004

12:42PM  1     A.   YES, HE WAS.

12:42PM  2     Q.   BUT DR. ROSAN WORKED FOR WALGREENS?

12:42PM  3     A.   YES.

12:42PM  4     Q.   OKAY.  IF YOU WOULD TURN TO PAGE 3 OF THE EXHIBIT THAT

12:42PM  5     WE'RE LOOKING AT.

12:42PM  6     A.   YES.

12:42PM  7     Q.   DO YOU SEE THERE'S A SECTION ABOUT THE PARTNERSHIP WITH

12:42PM  8     JOHNS HOPKINS BRINGING ADDED VALUE TO WALGREENS?

12:43PM  9          IT'S TOWARDS THE BOTTOM, MR. JHAVERI.

12:43PM 10     A.   YES, I SEE IT.

12:43PM 11     Q.   AND THEN THERE'S A MENTION OF THERANOS IN THAT SECTION?

12:43PM 12     A.   YES, I DO.

12:43PM 13               MR. COOPERSMITH:  YOUR HONOR, WE OFFER

12:43PM 14     EXHIBIT 20531.

12:43PM 15               MR. SCHENK:  RELEVANCE.

12:43PM 16               MR. COOPERSMITH:  IT SPEAKS DIRECTLY, YOUR HONOR, TO

12:43PM 17     WALGREENS WORKING WITH JOHNS HOPKINS ON EVALUATING THERANOS'S

12:43PM 18     TECHNOLOGY.  I THINK IT'S DIRECTLY RELEVANT TO THE ISSUES AT

12:43PM 19     HAND.

12:43PM 20               THE COURT:  TO JOHNS HOPKINS?

12:43PM 21               MR. COOPERSMITH:  IT'S RELEVANT TO WALGREENS AND

12:43PM 22     THERANOS BECAUSE IT'S DISCUSSING WALGREENS'S USE OF

12:43PM 23     JOHNS HOPKINS TO HELP EVALUATE THE TECHNOLOGY.  SO IT'S

12:43PM 24     DIRECTLY RELEVANT.

12:43PM 25               THE COURT:  MAYBE YOU NEED TO LAY A FOUNDATION FOR

12:43PM   1    THAT.

12:43PM   2            MR. COOPERSMITH:  OKAY.  I CAN DO THAT, YOUR HONOR.

12:43PM   3    THANK YOU.

12:43PM   4    Q.   SO LOOKING AT THE SAME PAGE, MR. JHAVERI, PAGE 20531 --

12:44PM   5    I'M SORRY, IT'S EXHIBIT 20531, PAGE 3.  DO YOU STILL HAVE THAT

12:44PM   6    IN FRONT OF YOU?  DO YOU STILL HAVE THAT IN FRONT OF YOU?

12:44PM   7    A.   YES, I DO.

12:44PM   8    Q.   THANK YOU.

12:44PM   9         AND THEN AT THE BOTTOM, DO YOU SEE THERE'S A SECTION ABOUT

12:44PM  10    DISRUPTIVE INNOVATION ASSESSMENTS?

12:44PM  11    A.   I DO.

12:44PM  12    Q.   AND THIS EMAIL IS DISCUSSING JOHNS HOPKINS REVIEWING

12:44PM  13    CUTTING EDGE TECHNOLOGIES, INCLUDING THERANOS TECHNOLOGY; IS

12:44PM  14    THAT RIGHT?

12:44PM  15    A.   THAT'S CORRECT.

12:44PM  16    Q.   AND YOU RECEIVED THIS EMAIL IN NOVEMBER OF 2013?

12:44PM  17    A.   THAT'S CORRECT.

12:44PM  18    Q.   AND THAT WAS AROUND THE TIME OF THE WALGREENS LAUNCH WITH

12:44PM  19    THERANOS?

12:44PM  20    A.   THAT'S RIGHT.

12:44PM  21    Q.   AND YOU REVIEWED THE EMAIL WHEN YOU RECEIVED IT?

12:44PM  22    A.   I DID.

12:44PM  23            MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20531.

12:44PM  24            MR. SCHENK:  SAME OBJECTION.

12:45PM  25            THE COURT:  WELL, I'M NOT CERTAIN YOU'VE LAID A

JHAVERI CROSS BY MR. COOPERSMITH                    3006

12:45PM   1    FOUNDATION.  I'LL ALLOW IT IN AND ALLOW SOME QUESTIONING ON IT,

12:45PM   2    BUT --

12:45PM   3              MR. COOPERSMITH:  OKAY.  THANK YOU, YOUR HONOR.

12:45PM   4         (DEFENDANT'S EXHIBIT 20531 WAS RECEIVED IN EVIDENCE.)

12:45PM   5    BY MR. COOPERSMITH:

12:45PM   6    Q.   LET'S LOOK AT THE FIRST PAGE JUST TO ORIENT OURSELVES.

12:45PM   7         YOU SEE THAT'S THE TOP EMAIL THAT WE WERE JUST DISCUSSING

12:45PM   8    BETWEEN THE CFO, MR. MIQUELON, AND THE CEO, MR. WASSON?

12:45PM   9    A.   YES.

12:45PM  10    Q.   AND THEN BELOW THAT WE HAVE THAT EMAIL FROM DR. ROSAN.

12:45PM  11         DO YOU SEE THAT?

12:45PM  12    A.   I DO.

12:45PM  13    Q.   AND THEN JUST TO SHOW EVERYONE, YOU SEE YOUR NAME THERE,

12:45PM  14    MR. JHAVERI?

12:45PM  15    A.   YES.

12:45PM  16    Q.   AND THERE'S A WHOLE BUNCH OF OTHER PEOPLE WHO WERE

12:45PM  17    WALGREENS EMPLOYEES ON THIS EMAIL AS WELL.

12:45PM  18         DO YOU SEE THAT?

12:45PM  19    A.   YES.

12:45PM  20    Q.   OKAY.  AND THEN IF YOU GO DOWN TOWARDS THE BOTTOM OF THE

12:45PM  21    FIRST PAGE, DO YOU SEE HOW IT HAS A HEADING WALGREENS AND

12:45PM  22    JOHNS HOPKINS STRATEGIC PARTNERSHIP?

12:45PM  23    A.   YES, I DO.

12:45PM  24    Q.   AND IT SAYS AFTER THAT IN BOLD, "WHY JOHNS HOPKINS AS A

12:45PM  25    NATIONAL AND INTERNATIONAL PARTNER FOR WALGREENS?"

JHAVERI CROSS BY MR. COOPERSMITH                          3007

12:46PM 1          DO YOU SEE THAT?

12:46PM 2     A.   YES, I DO.

12:46PM 3     Q.   AND THEN IT SAYS, "OUR NATION'S NUMBER 1 HOSPITAL BY U.S.

12:46PM 4     NEWS AND WORLD REPORT -- THE ONLY HOSPITAL RANKED NUMBER 1 FOR

12:46PM 5     21 CONSECUTIVE YEARS."

12:46PM 6          THAT'S REFERRING TO JOHNS HOPKINS.

12:46PM 7          DO YOU SEE THAT?

12:46PM 8     A.   YES.

12:46PM 9     Q.   AND YOU UNDERSTOOD THAT JOHNS HOPKINS WAS A WORLD CLASS,

12:46PM 10    WORLD LEADING MEDICAL CENTER BASED IN MARYLAND?

12:46PM 11    A.   YES, I DID.

12:46PM 12    Q.   AND WALGREENS HAD A RELATIONSHIP WITH JOHNS HOPKINS?

12:46PM 13    A.   WE DID.

12:46PM 14    Q.   AND PART OF THE RELATIONSHIP WAS TO HELP WALGREENS

12:46PM 15    UNDERSTAND DIFFERENT TYPES OF BUSINESSES IN THE HEALTH CARE

12:46PM 16    SPACE; IS THAT FAIR?

12:46PM 17    A.   THAT IS FAIR.

12:46PM 18    Q.   OKAY.  GOING TO THAT PAGE 3 THAT WE WERE TALKING ABOUT A

12:46PM 19    FEW MINUTES AGO, DO YOU SEE HOW IT SAYS THE HEADING AT THE TOP,

12:46PM 20    "PARTNERSHIP WITH JOHNS HOPKINS BRINGS ADDED VALUE TO

12:46PM 21    WALGREENS."

12:46PM 22         IF YOU SCROLL DOWN?

12:46PM 23    A.   YES.

12:46PM 24    Q.   RIGHT.  AND THEN IT HAS A NUMBER OF DIFFERENT THINGS THAT

12:46PM 25    JOHNS HOPKINS WAS DOING WITH WALGREENS.

ER-2180

JHAVERI CROSS BY MR. COOPERSMITH                              3008

12:47PM  1          DO YOU SEE THAT?

12:47PM  2     A.   YES.

12:47PM  3     Q.   AND THEN ONE OF THEM IS "DISRUPTIVE INNOVATION

12:47PM  4     ASSESSMENTS."

12:47PM  5          AND THEN IT READS, "TOP RESEARCHER AND/OR CLINICIANS FROM

12:47PM  6     JH," JOHNS HOPKINS, "REVIEWED CUTTING EDGE TECHNOLOGIES FOR

12:47PM  7     WALGREENS PRIOR TO INVESTMENT AND DEVELOPMENT."

12:47PM  8          DO YOU SEE THAT?

12:47PM  9     A.   YES.

12:47PM 10     Q.   AND "THESE INCLUDE:" AND THERE IS A BULLET POINT,

12:47PM 11          "THERANOS LABORATORY TECHNOLOGY."

12:47PM 12          DO YOU SEE THAT?

12:47PM 13     A.   UH-HUH.

12:47PM 14     Q.   AND THAT'S WHAT HAPPENED; RIGHT?  JOHNS HOPKINS REVIEWED

12:47PM 15     THERANOS'S LABORATORY TECHNOLOGY FOR WALGREENS; IS THAT

12:47PM 16     CORRECT?

12:47PM 17     A.   THAT'S CORRECT.

12:47PM 18     Q.   IF YOU TURN IN YOUR BINDER TO 20553.  I'M SORRY, 20532 IS

12:48PM 19     THE FIRST ONE WE'LL LOOK AT.

12:48PM 20     A.   YES, I HAVE IT.

12:48PM 21     Q.   YOU FOUND IT BEFORE I DID, MR. JHAVERI.  ONE SECOND.

12:48PM 22          OKAY.  DO YOU SEE EXHIBIT 20532 IS AN EMAIL -- LET'S TALK

12:48PM 23     ABOUT THE SECOND EMAIL IN THE PAGE.

12:48PM 24          IT'S FROM HARRY LEIDER --

12:48PM 25     A.   YES.

JHAVERI CROSS BY MR. COOPERSMITH                          3009

12:48PM   1    Q.   -- AT WALGREENS TO A GROUP OF PEOPLE, INCLUDING YOURSELF.

12:48PM   2         DO YOU SEE THAT?

12:48PM   3    A.   YES, I DO.

12:48PM   4    Q.   AND HARRY LEIDER -- THAT'S DR. LEIDER; IS THAT RIGHT?

12:48PM   5    A.   THAT'S CORRECT.  HE WAS THE CHIEF MEDICAL OFFICER AT THE

12:48PM   6    TIME.

12:48PM   7    Q.   OKAY.  CHIEF MEDICAL OFFICER AT WALGREENS?

12:48PM   8    A.   CORRECT.

12:48PM   9    Q.   AND THE OTHER PEOPLE ON THIS STRING, BRADLEY FLUEGEL, CAN

12:48PM  10    YOU TELL US WHO HE WAS?

12:49PM  11    A.   YES, MR. FLUEGEL WAS THE SENIOR V.P. OF -- I DON'T KNOW

12:49PM  12    THE EXACT TITLE, BUT HE WAS MY BOSS AT THE TIME.

12:49PM  13    Q.   OKAY.  SO DURING THE TIME THAT YOU WERE WORKING WITH

12:49PM  14    THERANOS ON THE PARTNERSHIP, WERE YOU AT ALL TIMES REPORTING TO

12:49PM  15    MR. FLUEGEL?

12:49PM  16    A.   NO.  AT ONE POINT I WAS REPORTING TO BRAD WASSON, AND THEN

12:49PM  17    MR. WASSON HAD RETIRED, AND MR. FLUEGEL HAD THEN TAKEN OVER THE

12:49PM  18    ENTIRE AREA.

12:49PM  19    Q.   OKAY.  SO IS MR. BRAD WASSON AND GREG WASSON RELATED?

12:49PM  20    A.   THEY'RE BROTHERS.

12:49PM  21    Q.   SO BRAD WASSON LEFT WALGREENS BEFORE GREG WASSON DID; IS

12:49PM  22    THAT RIGHT?

12:49PM  23    A.   NO.  IT WAS GREG WASSON LEFT THE COMPANY BEFORE, AND THEN

12:49PM  24    BRAD WASSON RETIRED AFTERWARDS.

12:49PM  25    Q.   OKAY.  I UNDERSTAND.  THANK YOU.

ER-2182

12:49PM  1          WELL, LET'S GO BACK TO EXHIBIT 20532.

12:49PM  2          DO YOU SEE THAT THERE'S -- IF YOU GO TO THE SECOND PAGE,

12:50PM  3     IN THE FIRST BULLET EMAIL ON THAT PAGE, THERE'S A REFERENCE TO

12:50PM  4     AN ATTACHED REPORT ON THERANOS.

12:50PM  5          DO YOU SEE THAT?

12:50PM  6     A.   YES, SIR.

12:50PM  7     Q.   AND THEN IF YOU GO TO PAGE 3 AND 4 OF THE EXHIBIT, DO YOU

12:50PM  8     SEE THAT THAT'S A DOCUMENT FROM JOHNS HOPKINS?

12:50PM  9          DO YOU SEE THAT?

12:50PM  10    A.   YES.

12:50PM  11    Q.   OKAY.  AND YOU RECEIVED THIS REPORT IN THE EMAIL FROM

12:50PM  12    DR. LEIDER AROUND JANUARY 2ND, 2016; IS THAT RIGHT?

12:50PM  13    A.   YES.

12:50PM  14    Q.   BUT THE REPORT ITSELF FROM JOHNS HOPKINS ACTUALLY GOES

12:50PM  15    BACK TO APRIL 2010; IS THAT RIGHT?

12:50PM  16    A.   YES, APRIL 27TH, 2010.

12:50PM  17    Q.   AND THE JOHNS HOPKINS REPORT RELATES TO THE THERANOS

12:50PM  18    TECHNOLOGY; IS THAT RIGHT?

12:50PM  19    A.   YES.

12:51PM  20          MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20532.

12:51PM  21          MR. SCHENK:  NO OBJECTION.

12:51PM  22          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:51PM  23        (DEFENDANT'S EXHIBIT 20532 WAS RECEIVED IN EVIDENCE.)

12:51PM  24    BY MR. COOPERSMITH:

12:51PM  25    Q.   LET'S TAKE A LOOK AT THE DOCUMENT.  AT THE TOP -- THIS IS

JHAVERI CROSS BY MR. COOPERSMITH                           3011

12:51PM  1    THE COVER EMAIL, AND SO IF WE CAN LOOK AT THAT FIRST.  THAT'S

12:51PM  2    THE EMAIL I WAS REFERRING TO FROM MR. FLUEGEL AND TO YOURSELF

12:51PM  3    AND ALSO JAN REED?

12:51PM  4    A.   YES.

12:51PM  5    Q.   AND WHO WAS JAN REED?

12:51PM  6    A.   JAN REED WAS OUR CHIEF COUNSEL.

12:51PM  7    Q.   OKAY.  IF YOU GO TO PAGE 3 OF THE DOCUMENT -- I'M SORRY,

12:51PM  8    PAGE 2.  THERE'S A REFERENCE, "HARRY, GREAT SEEING YOU

12:51PM  9    RECENTLY.  AS YOU REQUESTED, PLEASE FIND THE ATTACHED REPORT ON

12:51PM 10    THERANOS WHICH AS OUTLINED WAS A REVIEW OF THE PROPRIETARY DATA

12:51PM 11    SHARED DURING THE DISCUSSION WITH OUR FACULTY."

12:51PM 12       DO YOU SEE THAT?

12:52PM 13    A.   YES.

12:52PM 14    Q.   AND THEN IF YOU GO TO PAGE 3 OF THE EXHIBIT, THAT'S THE

12:52PM 15    JOHNS HOPKINS REPORT, AT LEAST THE FIRST PAGE OF IT; RIGHT?

12:52PM 16    A.   THAT'S CORRECT.

12:52PM 17    Q.   AND IT REFLECTS A SUMMARY OF HOPKINS, WALGREENS, THERANOS

12:52PM 18    MEETING ON APRIL 27TH, 2010?

12:52PM 19    A.   THAT'S CORRECT.

12:52PM 20    Q.   AND WALGREENS HIRED JOHNS HOPKINS; IS THAT RIGHT?

12:52PM 21    A.   YES, IT WAS A PARTNERSHIP.

12:52PM 22    Q.   AND WALGREENS HAD, AS WE SAID, WE'VE DISCUSSED BEFORE,

12:52PM 23    WALGREENS HIRED JOHNS HOPKINS FOR A NUMBER OF DIFFERENT

12:52PM 24    PROJECTS AND PURPOSES?

12:52PM 25    A.   I JUST WANT TO CLARIFY, WE DIDN'T HIRE THEM.  IT WAS A

JHAVERI CROSS BY MR. COOPERSMITH                                    3012

12:52PM    1      PARTNERSHIP TO DO INNOVATION.  WE BUILT A STORE, A WELL

12:52PM    2      EXPERIENCE STORE ON THEIR CAMPUS FOR THEIR STUDENTS.

12:52PM    3          SO IT WAS A COLLABORATION TO DO INNOVATIVE THINGS IN THE

12:52PM    4      SPACE OF HEALTH CARE.

12:52PM    5      Q.   OKAY.  IT WAS A PARTNERSHIP RATHER THAN SIMPLY HIRING

12:52PM    6      THEM?

12:52PM    7      A.   CORRECT.

12:52PM    8      Q.   THANK YOU FOR THAT CLARIFICATION.

12:52PM    9          BUT IN ANY EVENT, WALGREENS RELIED ON JOHNS HOPKINS FOR A

12:53PM   10      NUMBER OF DIFFERENT PROJECTS THAT IT WANTED JOHNS HOPKINS'S

12:53PM   11      HELP WITH; IS THAT FAIR?

12:53PM   12      A.   YES.

12:53PM   13      Q.   AND ONE OF THEM WAS THERANOS?

12:53PM   14      A.   CORRECT.

12:53PM   15      Q.   AND IF YOU GO TO THE REPORT, LET'S LOOK AT THE PEOPLE WHO

12:53PM   16      WERE INVOLVED.

12:53PM   17          DO YOU SEE THERE'S A DR. FREDERICK BRANCATI.

12:53PM   18          DO YOU SEE THAT?

12:53PM   19      A.   I DO.

12:53PM   20      Q.   AND HE'S A PROFESSOR OF MEDICINE AND EPIDEMIOLOGY AND

12:53PM   21      DIRECTOR DIVISION OF GENERAL INTERNAL MEDICINE AND DIRECTOR

12:53PM   22      DIABETES PREVENTION AND CONTROL CARE.

12:53PM   23          DO YOU SEE THAT?

12:53PM   24      A.   I DO.

12:53PM   25      Q.   AND THERE'S A DR. THOMAS KICKER?

JHAVERI CROSS BY MR. COOPERSMITH                    3013

12:53PM  1              DO YOU SEE THAT?

12:53PM  2      A.   YES.

12:53PM  3      Q.   PROFESSOR OF MEDICINE AND DIRECTOR OF HEMATOLOGY

12:53PM  4      LABORATORY.

12:53PM  5              DO YOU SEE THAT?

12:53PM  6      A.   YES.

12:53PM  7      Q.   AND DR. WILLIAM CLARK, ASSOCIATE PROFESSOR OF PATHOLOGY,

12:53PM  8      DIRECTOR OF CLINICAL PATHOLOGY LABORATORY.

12:53PM  9              DO YOU SEE THAT?

12:53PM  10     A.   YES, I DO.

12:53PM  11     Q.   AND THERE WAS MARK SHAVER, WHO WAS HEAD OF STRATEGIC

12:53PM  12     ALLIANCES, JOHNS HOPKINS MEDICINE INTERNATIONAL.

12:53PM  13             DO YOU SEE THAT?

12:53PM  14     A.   YES.

12:53PM  15     Q.   AND THEN BASSAM SAYAD, MANAGING DIRECTOR JOHNS HOPKINS

12:54PM  16     MEDICINE INTERNATIONAL, FORMERLY SENIOR STAFF JOHNS HOPKINS

12:54PM  17     CLINICAL PATHOLOGY.

12:54PM  18             DO YOU SEE THAT?

12:54PM  19     A.   YES.

12:54PM  20     Q.   AND THEN FROM THE WALGREENS SIDE, THERE WAS DR. JAY ROSAN,

12:54PM  21     WHO WAS A PARTICIPANT FROM WALGREENS.

12:54PM  22             DO YOU SEE THAT?

12:54PM  23     A.   YES.

12:54PM  24     Q.   AND WE ALREADY DISCUSSED WHO DR. ROSAN WAS; RIGHT?

12:54PM  25     A.   CORRECT.

12:54PM 1      Q.   AND THEN FROM THERANOS YOU HAD ELIZABETH HOLMES, THE

12:54PM 2      PRESIDENT AND CEO OF THERANOS, AND SUNNY BALWANI, THE VICE

12:54PM 3      CHAIRMAN OF THERANOS?

12:54PM 4      A.   YES.

12:54PM 5      Q.   AND DO YOU UNDERSTAND THAT AT THAT TIME MR. BALWANI DID

12:54PM 6      NOT HAVE THE TITLE OF CHIEF OPERATING OFFICER YET?

12:54PM 7      A.   I WAS NOT AWARE OF THAT.

12:54PM 8      Q.   AND THEN FROM SOMETHING CALLED INNOSIGHT THERE'S

12:54PM 9      ERIKA JOHNSON.

12:54PM 10          DO YOU SEE THAT?

12:54PM 11     A.   I DO.

12:54PM 12     Q.   AND DO YOU KNOW WHO THAT IS?

12:54PM 13     A.   ERIKA JOHNSON WAS ONE OF THE CONSULTANTS FROM INNOSIGHT

12:54PM 14     THAT WE USED FROM TIME TO TIME FOR PROJECTS.

12:54PM 15     Q.   OKAY.  SO THE PEOPLE ON THE TOP, THE PEOPLE FROM

12:54PM 16     JOHNS HOPKINS, THOSE PARTICIPANTS, THOSE ARE ALL -- OR AT LEAST

12:55PM 17     THREE OF THEM ARE PHYSICIANS AT JOHNS HOPKINS?

12:55PM 18     A.   THAT'S RIGHT.

12:55PM 19     Q.   AND THEN THE MEETING OBJECTIVES, LET'S GO DOWN TO THAT.

12:55PM 20          IT SAYS, "HOPKINS TEAM WAS ASKED TO COMMENT ON VALIDITY

12:55PM 21     AND USEFULNESS OF THERANOS PRODUCT, SPECIFICALLY RELATED TO THE

12:55PM 22     SCIENCE THAT SUPPORTS THE TECHNOLOGY AND THE APPLICATION OF THE

12:55PM 23     TECHNOLOGY IN A VARIETY OF SETTINGS INCLUDING HOSPITAL, CLINIC,

12:55PM 24     LABORATORY, AND POTENTIALLY WITHIN WALGREENS AS AN ADD ON TO

12:55PM 25     THE CLINICAL PROGRAMS AND RETAIL PHARMACY BUSINESS THAT

12:55PM  1    CURRENTLY EXISTS."

12:55PM  2         DO YOU SEE THAT?

12:55PM  3    A.   I DO.

12:55PM  4    Q.   AND THEN BELOW THAT IT TALKS ABOUT THE METHODOLOGY.  AND

12:55PM  5    IT READS:  "THE HOPKINS TEAM REVIEWED PROPRIETARY DATA ON TEST

12:55PM  6    PERFORMANCE FOR ROUTINE TESTS (CLINICAL PATHOLOGY, HEMATOLOGY)

12:55PM  7    AND SPECIAL TESTS (EG TUMOR MARKERS)."

12:55PM  8         DO YOU SEE THAT?

12:55PM  9    A.   YES.

12:55PM 10    Q.   AND GOING ON WITH THE METHODOLOGY, THE SECOND BULLET SAYS,

12:55PM 11    "THERANOS PRESENTED ADDITIONAL DATA ON TECHNOLOGY, TEST

12:56PM 12    PERFORMANCE, AND BUSINESS INVESTIGATION -- AND DEMONSTRATED

12:56PM 13    TECHNOLOGY ON SITE."

12:56PM 14         DO YOU SEE THAT?

12:56PM 15    A.   YES, I DO.

12:56PM 16    Q.   AND THEN BELOW THAT IT SAYS, "DR. ROSAN COMMENTED ON

12:56PM 17    WALGREENS PRELIMINARY STRATEGY TO EXPLORE EXPANDING INTO THE

12:56PM 18    LABORATORY SPACE, EXPANDING ITS HEALTH SERVICES OFFERINGS TO

12:56PM 19    INCLUDE LAB AND PATHOLOGY TESTING WITHIN WALGREENS RETAIL

12:56PM 20    SPACE."

12:56PM 21         DO YOU SEE THAT?

12:56PM 22    A.   YES.

12:56PM 23    Q.   AND DO YOU UNDERSTAND THAT THIS WAS VERY EARLY IN THE

12:56PM 24    RELATIONSHIP BETWEEN WALGREENS AND THERANOS AND THE CONCEPT WAS

12:56PM 25    TO EVALUATE THERANOS WITH JOHNS HOPKINS'S HELP.

JHAVERI CROSS BY MR. COOPERSMITH                    3016

12:56PM   1              THAT WAS THE PURPOSE OF THIS; RIGHT?

12:56PM   2     A.   THAT'S CORRECT.

12:56PM   3     Q.   OKAY.  THANK YOU.

12:56PM   4              AND THIS WAS EVEN BEFORE THE INITIAL CONTRACT WAS SIGNED

12:56PM   5     BETWEEN THERANOS AND WALGREENS?

12:56PM   6     A.   THAT'S CORRECT.

12:56PM   7     Q.   IF YOU GO TO THE NEXT PAGE, THIS HEADING REPORTS ON KEY

12:57PM   8     FINDINGS.

12:57PM   9              DO YOU SEE THAT?

12:57PM  10     A.   I DO.

12:57PM  11     Q.   AND IT SAYS, "BASED ON THIS EVALUATION, THE CONSENSUS OF

12:57PM  12     THE HOPKINS TEAM WAS AS FOLLOWS."

12:57PM  13              AND THEN THE FIRST BULLET SAYS, "THE TECHNOLOGY IS NOVEL

12:57PM  14     AND SOUND.  IT CAN ACCURATELY RUN A WIDE RANGE OF ROUTINE AND

12:57PM  15     SPECIAL ASSAYS."

12:57PM  16              DO YOU SEE THAT?

12:57PM  17     A.   YES.

12:57PM  18     Q.   AND THEN GOING ON WITH THE CONSENSUS OF THE HOPKINS TEAM,

12:57PM  19     IT SAYS, "THE TECHNOLOGY IS SIMPLE ENOUGH TO BE USED BY

12:57PM  20     NON-SPECIALISTS IN THE FIELD."

12:57PM  21              DO YOU SEE THAT?

12:57PM  22     A.   YES.

12:57PM  23     Q.   AND THEN IT HAS ANOTHER BULLET READING, "SPECIAL STRENGTHS

12:57PM  24     OF THE TECHNOLOGY INCLUDE:"

12:57PM  25              AND THE FIRST ONE IS "ACCURACY."

ER-2189

JHAVERI CROSS BY MR. COOPERSMITH                    3017

12:57PM   1              DO YOU SEE THAT?

12:57PM   2       A.    YES.

12:57PM   3       Q.    AND "MINIATURIZATION."

12:57PM   4              DO YOU SEE THAT?

12:57PM   5       A.    YES.

12:57PM   6       Q.    "FLEXIBILITY (CAN BE TAILORED TO NEEDS OF VARIETY OF

12:57PM   7       CLINICAL VENUES)."

12:57PM   8              DO YOU SEE THAT?

12:58PM   9       A.    YES.

12:58PM  10       Q.    CONNECTIVITY IS ANOTHER SPECIAL STRENGTH, "(CONNECTION TO

12:58PM  11       CENTRALIZED CONTROL VIA WIRELESS/WEB ENHANCES QC AND POPULATION

12:58PM  12       BASED ANALYSIS.)"

12:58PM  13              DO YOU SEE THAT?

12:58PM  14       A.    YES.

12:58PM  15       Q.    AND ADAPTABILITY FOR RESEARCH IS THE NEXT ONE.

12:58PM  16              DO YOU SEE THAT?

12:58PM  17       A.    YES.

12:58PM  18       Q.    AND COST PER STUDY WAS STATED TO BE SIGNIFICANTLY LOWER

12:58PM  19       THAN CURRENTLY AVAILABLE ON THE COMMERCIAL MARKET.

12:58PM  20              DO YOU SEE THAT?

12:58PM  21       A.    YES, I DO.

12:58PM  22       Q.    AND PAUSING ON THAT ONE FOR A MINUTE, ONE OF THE THINGS

12:58PM  23       THAT YOU WERE HOPING THERANOS WOULD BRING TO BEAR WAS TO HAVE

12:58PM  24       LOWER COST BLOOD TESTS; RIGHT?

12:58PM  25       A.    THAT'S CORRECT.

JHAVERI CROSS BY MR. COOPERSMITH                    3018

12:58PM  1    Q.   WHICH WOULD BE HELPFUL TO PATIENTS?

12:58PM  2    A.   IT WOULD BE HELPFUL TO PATIENTS AND TO THE HEALTH CARE

12:58PM  3    SYSTEM.

12:58PM  4        WHEN MR. BALWANI AND I DISCUSSED IT EARLY ON, THE IDEA WAS

12:58PM  5    TO HAVE IT BE ALMOST 50 PERCENT OF THE CURRENT MEDICARE COSTS

12:58PM  6    FOR LAB WORK.

12:58PM  7        SO THE COST IS VERY BENEFICIAL FOR NOT ONLY THE SYSTEM,

12:58PM  8    BUT FOR THE PATIENTS.

12:58PM  9    Q.   AND ANOTHER THING REGARDING THE PRICE OF THE BLOOD TESTS

12:58PM 10    WOULD BE TO HAVE TRANSPARENCY SO PEOPLE WOULD KNOW WHAT THE

12:58PM 11    COST WAS GOING IN TO GET THEIR TEST AT WALGREENS; RIGHT?

12:59PM 12    A.   THAT'S RIGHT.

12:59PM 13    Q.   LET'S GO ON WITH THE EXHIBIT 20532.

12:59PM 14        THEN IT SAYS, AFTER THE SPECIAL STRENGTHS BULLET, IT SAYS,

12:59PM 15    "THE HOPKINS TEAM THOUGHT THAT THE TECHNOLOGY WOULD BE USEFUL

12:59PM 16    IN THE RETAIL CLINIC SETTING WITH THE PROVISO THAT THE

12:59PM 17    THROUGHPUT FOR AN INDIVIDUAL SAMPLE (30-45 MINUTES) WOULD

12:59PM 18    REQUIRE MULTIPLE UNITS PER SITE AND IMPOSE AN UPPER LIMIT FOR

12:59PM 19    GROUP THROUGHPUT."

12:59PM 20        DO YOU SEE THAT?

12:59PM 21    A.   I DO.

12:59PM 22    Q.   AND THIS THROUGHPUT ISSUE, THAT RELATED TO HOW FAST A

12:59PM 23    THERANOS DEVICE, SUCH AS AN EDISON, COULD RUN A TEST; IS THAT

12:59PM 24    FAIR?

12:59PM 25    A.   IT IS.

ER-2191

12:59PM   1          I JUST WANT TO MAKE ONE CLARIFICATION.  THE UNITS WERE

12:59PM   2     NEVER PUT INSIDE OF A RETAIL STORE.

12:59PM   3     Q.   YES, THANK YOU, MR. JHAVERI.  WE'LL GET TO THAT.

12:59PM   4     A.   OKAY.

12:59PM   5     Q.   IN FACT, I'LL JUST ASK YOU RIGHT NOW SINCE THAT WAS ON

12:59PM   6     YOUR MIND.

12:59PM   7          IN FACT, WHAT ACTUALLY HAPPENED WHEN THE WALGREENS AND

12:59PM   8     THERANOS PARTNERSHIP ROLLED OUT IN THE FALL OF '13 WAS THAT

01:00PM   9     BLOOD SAMPLES WERE COLLECTED AT WALGREENS STORES, BUT SHIPPED

01:00PM  10     TO A CENTRAL LAB WHICH THERANOS OPERATED?

01:00PM  11     A.   THAT'S CORRECT.

01:00PM  12     Q.   OKAY.  AND AS YOU JUST SAID, THE DEVICES THEMSELVES WERE

01:00PM  13     NEVER PUT INTO THE WALGREENS STORES?

01:00PM  14     A.   THAT'S RIGHT.

01:00PM  15     Q.   AND YOU KNOW THAT THE REASON FOR THAT WAS VARIOUS

01:00PM  16     DISCUSSIONS BETWEEN WALGREENS AND THERANOS ABOUT WHETHER THAT

01:00PM  17     WAS DOABLE FROM AN OPERATIONAL AND REGULATORY PERSPECTIVE?

01:00PM  18     A.   THAT'S CORRECT.

01:00PM  19     Q.   AND WALGREENS AND THERANOS AGREED TOGETHER THAT THEY WOULD

01:00PM  20     USE WHAT WAS CALLED A CENTRAL LAB MODEL RATHER THAN HAVING THE

01:00PM  21     DEVICES IN THE STORES THEMSELVES; RIGHT?

01:00PM  22     A.   THAT'S CORRECT.

01:00PM  23     Q.   BUT AT THIS TIME DURING THE JOHNS HOPKINS EVALUATION, IT

01:00PM  24     WAS STILL UNDER DISCUSSION THAT THE DEVICES MIGHT BE IN THE

01:00PM  25     STORES; RIGHT?

JHAVERI CROSS BY MR. COOPERSMITH                          3020

01:00PM  1    A.    THAT'S RIGHT.

01:00PM  2    Q.    AND ONE OF THE ISSUES WITH DOING THAT THAT THE HOPKINS

01:00PM  3    TEAM POINTS OUT IS THAT IT MIGHT NOT RUN SAMPLES FAST ENOUGH;

01:00PM  4    RIGHT?

01:00PM  5    A.    THAT'S CORRECT.

01:00PM  6    Q.    AND THAT PROBLEM WOULD BE COMPOUNDED EVEN MORE IF YOU WERE

01:00PM  7    DOING A CENTRAL LAB MODEL?  IF YOU WERE COLLECTING THOUSANDS OF

01:01PM  8    SAMPLES ALL OVER ARIZONA, FOR EXAMPLE, YOU MIGHT NEED MACHINES

01:01PM  9    THAT DID THE TESTS FASTER THAN THE EDISON DEVICE MIGHT BE ABLE

01:01PM 10    TO DO IT ACCORDING TO THIS?

01:01PM 11    A.    ACCORDING TO THIS.

01:01PM 12    Q.    IS THAT FAIR?

01:01PM 13    A.    THAT'S FAIR.

01:01PM 14    Q.    AND SO TO DO BLOOD TESTING IN A CENTRAL LAB WHERE YOU'RE

01:01PM 15    COLLECTING SAMPLES FROM WALGREENS, IT SOUNDS IT'S A GOOD

01:01PM 16    BUSINESS SENSE TO HAVE A MACHINE THAT IS CAPABLE OF HIGH

01:01PM 17    THROUGHPUT; IS THAT FAIR?

01:01PM 18    A.    BASED ON THE VOLUME THAT YOU'RE ANTICIPATING, YES.

01:01PM 19    Q.    AND BASED ON THE VOLUME THAT YOU AND THE THERANOS TEAM

01:01PM 20    WERE ANTICIPATING DURING THE PARTNERSHIP DISCUSSIONS, HIGH

01:01PM 21    THROUGHPUT WOULD BE AN ADVANTAGE; RIGHT?

01:01PM 22    A.    THAT'S CORRECT.

01:01PM 23    Q.    GOING BACK TO THE EXHIBIT, THOUGH, IT SAYS, "THE HOPKINS

01:01PM 24    TEAM ALSO THOUGHT IT WOULD BE ATTRACTIVE TO CONSIDER JHU,"

01:01PM 25    JOHNS HOPKINS UNIVERSITY, "THERANOS RESEARCH COLLABORATION

ER-2193

JHAVERI CROSS BY MR. COOPERSMITH                                3021

01:02PM  1      AROUND INDIVIDUALIZED MEDICINE, ESPECIALLY AROUND DRUG KINETICS

01:02PM  2      AND RESPONSE."

01:02PM  3          DO YOU SEE THAT?

01:02PM  4      A.  YES, I DO.

01:02PM  5      Q.  AND THEN IT GOES ON.

01:02PM  6          "ONE OBSERVATION:  THE THERANOS TECHNOLOGY IS NOT REALLY

01:02PM  7      POINT OF CARE TECHNOLOGY -- IT'S REALLY A TRADITIONAL LAB ASSAY

01:02PM  8      APPROACH, WITH THE ATTENDANT ACCURACY AND VALIDITY -- HIGHLY

01:02PM  9      MINIATURIZED.  ESSENTIALLY A MINILAB."

01:02PM 10          DO YOU SEE THAT?

01:02PM 11      A.  YES.

01:02PM 12      Q.  AND THEN AFTER THAT THE HOPKINS TEAM SAYS, "NO MAJOR

01:02PM 13      WEAKNESSES WERE IDENTIFIED."

01:02PM 14          DO YOU SEE THAT?

01:02PM 15      A.  I DO.

01:02PM 16      Q.  AND THEN ADDITIONAL INFORMATION, IT SAYS, "DR. CLARK

01:02PM 17      INDICATED THAT OVER THE PAST TWO YEARS HE HAS HAD NUMEROUS

01:02PM 18      CONVERSATIONS WITH THERANOS ABOUT UTILIZING THEIR TECHNOLOGY AT

01:02PM 19      JOHNS HOPKINS FOR RESEARCH ACTIVITIES.  THE CONVERSATIONS

01:02PM 20      CONTINUE TO BE FAVORABLE AND BOTH PARTIES WILL CONTINUE TO

01:02PM 21      EXPLORE OPPORTUNITIES FOR COLLABORATION."

01:02PM 22          DO YOU SEE THAT?

01:02PM 23      A.  YES.

01:02PM 24      Q.  AND THAT WAS LOOKING TOWARDS THE FUTURE?

01:02PM 25      A.  THAT'S RIGHT.

JHAVERI CROSS BY MR. COOPERSMITH                          3022

```
01:03PM   1    Q.   AND THEN THERE'S A DISCLAIMER; RIGHT?

01:03PM   2         AND IT SAYS, "THIS INFORMATION IS BEING PROVIDED SOLELY

01:03PM   3    FOR THE BENEFIT OF WALGREENS AND SHALL BE USED BY WALGREENS FOR

01:03PM   4    ITS INTERNAL PURPOSES ONLY.  IN ADDITION, THE MATERIALS

01:03PM   5    PROVIDED IN NO WAY SIGNIFY AN ENDORSEMENT BY JOHNS HOPKINS

01:03PM   6    MEDICINE TO ANY PRODUCT OR SERVICE."

01:03PM   7         DO YOU SEE THAT?

01:03PM   8    A.   YES.

01:03PM   9    Q.   AND DOES THAT SOUND LIKE BOILERPLATE TO YOU?

01:03PM  10              MR. SCHENK:  OBJECTION.

01:03PM  11              THE COURT:  SUSTAINED.

01:03PM  12    BY MR. COOPERSMITH:

01:03PM  13    Q.   DO YOU KNOW WHAT BOILERPLATE IS?

01:03PM  14    A.   I DO.

01:03PM  15    Q.   OKAY.  IF YOU LOOK AT THIS FIRST SENTENCE, THOUGH, WHERE

01:03PM  16    IT SAYS, "THIS INFORMATION IS BEING PROVIDED SOLELY FOR THE

01:03PM  17    BENEFIT OF WALGREENS AND SHALL BE USED BY WALGREENS FOR ITS

01:03PM  18    INTERNAL PURPOSES ONLY"; RIGHT?

01:03PM  19         DO YOU SEE THAT?

01:03PM  20    A.   I DO.

01:03PM  21    Q.   I WANT TO SHOW YOU ANOTHER EXHIBIT, THOUGH, 20553.

01:04PM  22         AND IF YOU LOOK AT THAT, YOU SEE THERE'S AN EMAIL ON THE

01:04PM  23    FIRST PAGE, AND I'M REALLY FOCUSSING ON THE SECOND EMAIL ON THE

01:04PM  24    PAGE, MR. JHAVERI.  IT'S FROM DR. ROSAN AT WALGREENS TO

01:04PM  25    ELIZABETH HOLMES AND THEN SOME OTHER PEOPLE.
```

JHAVERI CROSS BY MR. COOPERSMITH                              3023

01:04PM   1            DO YOU SEE THAT?

01:04PM   2       A.   I DO.

01:04PM   3       Q.   AND THEN AT THE TOP YOU SEE THERE'S A COPY SENT FROM

01:04PM   4       MS. HOLMES TO MR. BALWANI AND DR. DANIEL YOUNG?

01:04PM   5       A.   I DO.

01:04PM   6       Q.   OKAY.  AND IF YOU GO TO THE REST OF THE EXHIBIT, DO YOU

01:04PM   7       SEE THAT THAT'S THE SAME JOHNS HOPKINS --

01:04PM   8                MR. SCHENK:  OBJECTION.  THIS IS NOT IN EVIDENCE.

01:04PM   9                MR. COOPERSMITH:  I'M JUST LAYING A FOUNDATION FOR

01:04PM  10       THE EXHIBIT, YOUR HONOR.

01:04PM  11                THE COURT:  WELL, YOU CAN'T -- IF IT'S NOT IN

01:04PM  12       EVIDENCE, IT'S NOT IN EVIDENCE.

01:04PM  13                MR. COOPERSMITH:  OKAY.

01:04PM  14                THE COURT:  YOU CAN ASK ANOTHER QUESTION.

01:04PM  15                MR. COOPERSMITH:  I WILL.  THANK YOU, YOUR HONOR.

01:04PM  16                THE COURT:  OKAY.

01:04PM  17       BY MR. COOPERSMITH:

01:04PM  18       Q.   MR. JHAVERI, DON'T READ IT OUT LOUD BECAUSE IT'S NOT IN

01:04PM  19       EVIDENCE YET, BUT IF YOU LOOK AT PAGES 2 AND 3 OF THIS

01:04PM  20       EXHIBIT --

01:05PM  21       A.   YES.

01:05PM  22       Q.   -- DO YOU SEE WHAT THAT IS?

01:05PM  23       A.   YES.

01:05PM  24       Q.   OKAY.  AND IS IT -- GOING BACK TO THE OTHER EXHIBIT THAT

01:05PM  25       WE WERE LOOKING AT, THE JOHNS HOPKINS REPORT, DOES PAGES 2 AND

01:05PM 1    3 OF EXHIBIT 20553 --

01:05PM 2              MR. SCHENK:  YOUR HONOR, OBJECTION.  THAT'S

01:05PM 3    LEADING --

01:05PM 4              THE COURT:  SUSTAINED.  SUSTAINED.

01:05PM 5              MR. COOPERSMITH:  OKAY.  YOUR HONOR, WHAT I'D LIKE

01:05PM 6    TO DO IN THAT CASE IS THAT I'M JUST GOING TO OFFER 20553, AND

01:05PM 7    HERE'S THE BASIS:  IT IS AUTHENTIC BASED ON THE BATES NUMBER

01:05PM 8    THE PARTIES HAVE STIPULATED TO, AND IT'S ADMISSIBLE BECAUSE IT

01:05PM 9    GOES TO MR. BALWANI AND IT'S ADMISSIBLE FOR HIS STATE OF MIND.

01:05PM 10             THE COURT:  MR. SCHENK.

01:05PM 11             MR. SCHENK:  YOUR HONOR, OBJECTION.  IT'S HEARSAY,

01:05PM 12   AND I DON'T THINK WE SOLVED THE HEARSAY PROBLEM AS IT SOUNDS

01:05PM 13   LIKE MR. COOPERSMITH IS SAYING THE NONHEARSAY PURPOSE FOR THE

01:06PM 14   DEFENDANT'S STATE OF MIND.  THAT'S NOT PARTICULARLY THROUGH THE

01:06PM 15   DOCUMENT.

01:06PM 16             THE COURT:  I'M NOT CERTAIN WHAT THIS HAS TO DO --

01:06PM 17   YOU'LL HAVE TO LAY A FOUNDATION FOR THE STATE OF MIND.

01:06PM 18        I'M GOING TO SUSTAIN THE OBJECTION AT THIS POINT.

01:06PM 19             MR. COOPERSMITH:  OKAY.  LET ME SEE WHAT I CAN DO,

01:06PM 20   YOUR HONOR.

01:06PM 21             THE COURT:  SURE.

01:06PM 22   BY MR. COOPERSMITH:

01:06PM 23   Q.   SO, MR. JHAVERI, YOU SEE ON THE FIRST PAGE OF

01:06PM 24   EXHIBIT 20553, DO YOU SEE MR. BALWANI'S NAME THERE?

01:06PM 25   A.   THIS IS IN REFERENCE TO PAGE 2?

JHAVERI CROSS BY MR. COOPERSMITH                    3025

01:06PM   1    Q.   NO, PAGE 1.  I'M SORRY.

01:06PM   2    A.   YES.

01:06PM   3    Q.   AND YOU SEE THERE'S AN EMAIL ADDRESS NEXT TO HIS NAME

01:06PM   4    THAT'S SBALWANI@THERANOS.COM?

01:06PM   5    A.   YES, SIR.

01:06PM   6    Q.   AND DURING THE COURSE OF YOUR WORK WITH MR. BALWANI, YOU

01:06PM   7    SENT HIM LOTS OF EMAILS; RIGHT?

01:06PM   8    A.   YES.

01:06PM   9    Q.   AND HE SENT YOU LOTS OF EMAILS?

01:06PM  10    A.   YES.

01:06PM  11    Q.   AND YOU RECOGNIZE THAT AS MR. BALWANI'S EMAIL ADDRESS?

01:06PM  12    A.   I DO.

01:06PM  13    Q.   AND THEN YOU KNOW WHO DANIEL YOUNG IS AS WELL; IS THAT

01:06PM  14    RIGHT?

01:06PM  15    A.   YEAH.  I BELIEVE DR. YOUNG WAS THE LAB DIRECTOR FOR

01:06PM  16    THERANOS.

01:06PM  17    Q.   IN THE ARIZONA LAB?

01:07PM  18    A.   IN THE ARIZONA LAB.

01:07PM  19    Q.   OKAY.  SO HE WAS A DOCTOR WHO WORKED AT THERANOS?

01:07PM  20    A.   THAT IS CORRECT.

01:07PM  21    Q.   AND THEN WE ALREADY TALKED ABOUT YOU KNOW WHO JAY ROSAN

01:07PM  22    IS; CORRECT?

01:07PM  23    A.   YES.

01:07PM  24    Q.   AND HE'S THE ONE WHO SENT THE EMAIL ON THE FIRST PAGE TO

01:07PM  25    MS. HOLMES, WHICH WAS THEN LATER FORWARDED TO OTHERS, INCLUDING

ER-2198

01:07PM  1    MR. BALWANI?

01:07PM  2    A.   THAT'S CORRECT.

01:07PM  3    Q.   OKAY.  AND DO YOU AGREE THAT THE PREVIOUS EXHIBIT THAT WE

01:07PM  4    LOOKED AT IS THE JOHNS HOPKINS REPORT IDENTICAL --

01:07PM  5             MR. SCHENK:  YOUR HONOR.

01:07PM  6             MR. COOPERSMITH:  I'M WITHDRAWING THE QUESTION.

01:07PM  7             THE COURT:  THE QUESTION IS WITHDRAWN.

01:07PM  8             MR. COOPERSMITH:  YOUR HONOR, I'M GOING TO OFFER

01:07PM  9    20553 AGAIN.

01:07PM 10        YOU KNOW, MR. JHAVERI HAS IDENTIFIED THE EMAILS.  HE --

01:07PM 11    THE DOCUMENT IS AUTHENTIC ANYWAY BECAUSE OF THE STIPULATION TO

01:07PM 12    THE BATES NUMBER.  I'M OFFERING IT FOR A NONHEARSAY PURPOSE.

01:07PM 13        IT'S THE SAME -- WELL, I THINK THE COURT CAN COMPARE PAGES

01:07PM 14    2 AND 3 OF THIS EXHIBIT WITH THE LAST ONE.  I THINK --

01:08PM 15             THE COURT:  OKAY.  MR. SCHENK.

01:08PM 16             MR. SCHENK:  YOUR HONOR, THE SAME OBJECTION, AND I

01:08PM 17    CAN PROVIDE A LITTLE BIT MORE CONTEXT IF THE COURT WOULD LIKE.

01:08PM 18             THE COURT:  THE OBJECTION IS SUSTAINED.

01:08PM 19        YOU CAN MOVE ON, COUNSEL.

01:08PM 20             MR. COOPERSMITH:  OKAY.

01:08PM 21    Q.   OKAY.  LET'S GO TO ONE OF THE EXHIBITS THAT MR. SCHENK

01:08PM 22    SHOWED YOU, WHICH IS EXHIBIT 372.  IT SHOULD BE IN THE BINDER

01:08PM 23    THAT I GAVE YOU, BUT IT WOULD ALSO BE IN THE GOVERNMENT'S

01:08PM 24    BINDER.  I GUESS YOU COULD TAKE YOUR PICK.

01:08PM 25    A.   I HAVE IT.

01:08PM 1      Q.   OKAY.  THIS IS EXHIBIT 372, AND THIS IS THE INITIAL

01:09PM 2      AGREEMENT DATED JULY 30TH, 2010, BETWEEN WALGREENS AND

01:09PM 3      THERANOS?

01:09PM 4      A.   YES, SIR.

01:09PM 5      Q.   AND ON THE FIRST PAGE, YOU SEE IT'S SIGNED BY

01:09PM 6      MR. MIQUELON, WHO WE DISCUSSED A FEW MINUTES AGO?

01:09PM 7      A.   YES.

01:09PM 8      Q.   AND HERE IT SAYS THAT HE'S EXECUTIVE VICE PRESIDENT.  I

01:09PM 9      THINK BEFORE YOU SAID HE WAS THE CHIEF FINANCIAL OFFICER.

01:09PM 10          CAN YOU CLARIFY THAT FOR US?

01:09PM 11     A.   YEAH, MANY OF OUR TITLES HAVE DUAL TITLES, SO HE'S

01:09PM 12     EXECUTIVE VICE PRESIDENT AND CFO.

01:09PM 13     Q.   OKAY.  AND IF YOU GO TO THE NEXT PAGE, YOU SEE THE

01:09PM 14     SIGNATORY FROM THE THERANOS SIDE WAS ELIZABETH HOLMES?

01:09PM 15     A.   YES.

01:09PM 16     Q.   OKAY.  NOW, YOU UNDERSTAND THAT THIS INITIAL AGREEMENT WAS

01:09PM 17     LATER REPLACED BY A DIFFERENT AGREEMENT OR AGREEMENTS BETWEEN

01:09PM 18     WALGREENS AND THERANOS?

01:09PM 19     A.   YES, THERE WAS AN AMENDED AGREEMENT.

01:10PM 20     Q.   RIGHT.  BUT STICKING WITH THIS ONE FOR THE MOMENT, IF YOU

01:10PM 21     GO TO PAGE 4, AND MR. SCHENK SHOWED YOU SOME LANGUAGE IN THE --

01:10PM 22     OH, IT'S TWO PARAGRAPHS ABOVE THE HEADING THAT IS PARAGRAPH 2,

01:10PM 23     AND IT READS, "THE ABILITY TO RUN BLOOD TESTS FROM A

01:10PM 24     FINGERSTICK IN LESS THAN AN HOUR AT WALGREENS' PHARMACIES

01:10PM 25     CREATES A NEW WORKFLOW AND A NEW DIAGNOSTIC PARADIGM FOR HEALTH

JHAVERI CROSS BY MR. COOPERSMITH                    3028

01:10PM   1    CARE."

01:10PM   2        DO YOU SEE THAT?

01:10PM   3    A.   I DO.

01:10PM   4    Q.   AND SO YOU UNDERSTAND, AND I THINK YOU SAID THIS A FEW

01:10PM   5    MINUTES AGO, THAT WHEN THE LAUNCH OF THE THERANOS-WALGREENS

01:10PM   6    STORES ACTUALLY OCCURRED IN THE FALL OF '13, IT WAS NO LONGER

01:10PM   7    GOING TO BE THE CASE THAT THE THERANOS DEVICES WOULD BE PLACED

01:10PM   8    AT WALGREENS PHARMACIES; CORRECT?

01:10PM   9    A.   THAT'S CORRECT.

01:10PM  10    Q.   AND THAT THIS LANGUAGE ABOUT RUNNING THE BLOOD TESTS IN

01:11PM  11    LESS THAN AN HOUR AT WALGREENS PHARMACY, THAT WAS NO LONGER

01:11PM  12    APPLICABLE WHEN THE AMENDED AGREEMENT CAME INTO PLACE?

01:11PM  13    A.   WHAT WAS APPLICABLE WAS THE BLOOD DRAW THROUGH A

01:11PM  14    FINGERSTICK AT THE WALGREENS STORE.

01:11PM  15    Q.   RIGHT.  BUT THE DIFFERENCE WAS WHEN THE LAUNCH ACTUALLY

01:11PM  16    HAPPENED, IT WOULD BE COLLECTING THE BLOOD SAMPLE AT WALGREENS;

01:11PM  17    RIGHT?

01:11PM  18    A.   YES.

01:11PM  19    Q.   AND SHIPPING THE BLOOD SAMPLE TO A CENTRAL LABORATORY THAT

01:11PM  20    THERANOS OPERATED?

01:11PM  21    A.   THAT'S RIGHT.  THERE WOULD BE A COURIER THAT PICKED UP THE

01:11PM  22    BLOOD SAMPLES.

01:11PM  23    Q.   YEAH.

01:11PM  24    A.   AND THEN SENT THEM TO THE CENTRAL LAB.

01:11PM  25    Q.   AND THIS LANGUAGE THAT WE'RE LOOKING AT IN THIS PARTICULAR

ER-2201

01:11PM 1    EXHIBIT IN -- LET ME START AGAIN.

01:11PM 2        MR. JHAVERI, THE LANGUAGE THAT WE'RE LOOKING AT IN THIS

01:11PM 3    PARTICULAR EXHIBIT, THE 2010 CONTRACT, THIS IS TALKING ABOUT

01:12PM 4    RUNNING A BLOOD TEST FROM A FINGERSTICK IN LESS THAN AN HOUR AT

01:12PM 5    THE WALGREENS PHARMACY ITSELF; RIGHT?

01:12PM 6    A.   CORRECT.

01:12PM 7    Q.   OKAY.  SO THE LANGUAGE THAT MR. SCHENK SHOWED YOU WAS

01:12PM 8    OUTDATED AND NOT THE RIGHT -- THAT'S NOT WHAT THE PROGRAM WAS

01:12PM 9    BY THE TIME THE LAUNCH HAPPENED IN 2013?

01:12PM 10   A.   YEAH, PART OF IT WAS, WAS DIFFERENT THAN WHAT WE'RE

01:12PM 11   STATING HERE TODAY.

01:12PM 12   Q.   OKAY.  SO WHEN YOU SAID ON DIRECT THAT THIS WAS YOUR

01:12PM 13   UNDERSTANDING IN 2013, JUST TO CLARIFY THAT, YOU UNDERSTOOD

01:12PM 14   THAT THE GOAL WAS TO COLLECT FINGERSTICK SAMPLES, BUT THE GOAL

01:12PM 15   WAS NOT TO HAVE THE DEVICES PLACED IN THE STORES?

01:12PM 16   A.   THAT'S RIGHT.

01:12PM 17   Q.   OKAY.

01:12PM 18   A.   YEAH.

01:12PM 19   Q.   IF YOU GO TO PAGE 8 OF THE EXHIBIT -- OH, I'M SORRY.

01:12PM 20   LET'S GO TO PAGE 7 FIRST.

01:13PM 21       AND IF YOU GO TO THE VERY BOTTOM, THERE'S A PARAGRAPH

01:13PM 22   NUMBERED 5.  IT SAYS, "THERANOS PHARMACEUTICAL CLINICAL TRIALS

01:13PM 23   INFRASTRUCTURE"?

01:13PM 24   A.   YES.

01:13PM 25   Q.   AND THAT READS, "AS PART OF ITS ONGOING BUSINESS

01:13PM 1      PARTNERSHIPS WITH PHARMACEUTICAL COMPANIES, THERANOS WILL

01:13PM 2      EXTEND ITS CLINICAL TRIALS INFRASTRUCTURE TO INCLUDE WALGREENS

01:13PM 3      STORES SO THAT PHARMACEUTICAL CLINICAL TRIAL PATIENTS WILL HAVE

01:13PM 4      THE OPTION TO HAVE THEIR LABORATORY TESTS PERFORMED AT A

01:13PM 5      WALGREENS LOCATION.  FOLLOWING EXECUTION OF THIS AGREEMENT,

01:13PM 6      THERANOS AND WALGREENS WILL NEGOTIATE THE TERMS AND

01:13PM 7      CONDITIONS," GOING ON TO THE NEXT PAGE, "BETWEEN THERANOS AND

01:13PM 8      WALGREENS FOR THE CLINICAL TRIAL WORK WHICH WILL THEN BE

01:13PM 9      DESCRIBED AND AGREED UPON IN WRITING IN SCHEDULE J."

01:13PM 10         DO YOU SEE THAT?

01:13PM 11     A.   YES, SIR.

01:13PM 12     Q.   SO ONE OF THE THINGS THAT THE CONTRACT CONTEMPLATED WHEN

01:13PM 13     THE WALGREENS-THERANOS AGREEMENT GOT OFF THE GROUND AND THERE

01:13PM 14     WERE STORES OPENED WOULD BE THAT A CLINICAL TRIAL PATIENT WHO

01:13PM 15     WAS INVOLVED IN A CLINICAL TRIAL FOR A PHARMACEUTICAL COMPANY

01:14PM 16     COULD GET A BLOOD TEST AT WALGREENS?

01:14PM 17     A.   THAT'S CORRECT.

01:14PM 18     Q.   AND THAT THE MORE STORES THERE WERE THAT WERE ROLLED OUT,

01:14PM 19     THE MORE OPPORTUNITY THERE WOULD BE FOR THAT TYPE OF PATIENT TO

01:14PM 20     GET BLOOD TESTS?

01:14PM 21     A.   YES, POTENTIALLY.

01:14PM 22     Q.   THAT WAS AT LEAST WHAT WAS CONTEMPLATED IN THE CONTRACT?

01:14PM 23     A.   THAT'S CORRECT.

01:14PM 24     Q.   OKAY.  IF YOU GO TO PAGE 8 OF THE AGREEMENT.

01:14PM 25         AND THEN IT SAYS, "IF THERANOS FAILED TO OBTAIN THE

01:14PM 1    APPROVAL BY DECEMBER" -- I'M SURE IT'S MY FAULT.  I'LL READ

01:14PM 2    SLOWLY.

01:14PM 3         THIS -- LET'S JUST START FROM PARAGRAPH 6, AND THEN YOU

01:14PM 4    SEE THAT THERE'S A SECTION A AND A SMALL TWO I'S.

01:14PM 5         AND THIS REFERS TO FDA APPROVAL.

01:15PM 6         DO YOU SEE THAT?

01:15PM 7    A.   YES.

01:15PM 8    Q.   NOW, GOING BACK TO THE LANGUAGE THAT I WAS TRYING TO READ

01:15PM 9    EARLIER WITHOUT SUCCESS, "IF THERANOS FAILS TO OBTAIN THE

01:15PM 10   APPROVALS BY DECEMBER 31ST, 2010, SUCH FAILURE SHALL ENTITLE

01:15PM 11   WALGREENS TO TERMINATE THIS AGREEMENT IN ACCORDANCE WITH

01:15PM 12   SCHEDULE B, SECTION 23(C)."

01:15PM 13        DO YOU SEE THAT?

01:15PM 14   A.   YES.

01:15PM 15   Q.   AND THERANOS DID NOT OBTAIN ANY FDA APPROVALS BY

01:15PM 16   DECEMBER 31ST, 2010, DID IT?

01:15PM 17   A.   I DON'T -- I DON'T REMEMBER.

01:15PM 18   Q.   OKAY.  BUT IN ANY EVENT, WALGREENS DIDN'T TERMINATE THE

01:15PM 19   AGREEMENT, DID IT?

01:15PM 20   A.   IT DID NOT.

01:16PM 21   Q.   LET'S TURN TO PAGE 27 OF THE SAME EXHIBIT.

01:16PM 22        DO YOU SEE PAGE 27 REFERS TO PILOT?

01:16PM 23   A.   YES.

01:16PM 24   Q.   AND DO YOU SEE THAT THIS IS THE SCHEDULE F TO THE

01:16PM 25   AGREEMENT?

JHAVERI CROSS BY MR. COOPERSMITH                                    3032

01:16PM  1    A.   YES.

01:16PM  2    Q.   OKAY.  AND IT SAYS, IF YOU GO DOWN A LITTLE BIT TO THE

01:16PM  3    LANGUAGE THAT SAYS, "THE PILOT AGREEMENT WILL INCLUDE, BUT NOT

01:16PM  4    BE LIMITED TO, THE FOLLOWING PROVISIONS," AND THEN THERE ARE

01:16PM  5    SEVERAL BULLETS AFTER THAT?

01:16PM  6    A.   YES, I DO.

01:16PM  7    Q.   AND THEN THE THIRD BULLET SAYS, "THE PILOT FOR STORE

01:16PM  8    LOCATIONS WILL COMMENCE NO SOONER THAN JANUARY 15TH, 2011,

01:17PM  9    PROVIDED THAT THE FOLLOWING THREE CRITERIA MUST BE MET," AND

01:17PM  10   THEN IT HAS THREE CRITERIA.

01:17PM  11        DO YOU SEE THAT?

01:17PM  12   A.   I DO.

01:17PM  13   Q.   OKAY.  AND THERE'S NOTHING IN THIS LANGUAGE, THOUGH, THAT

01:17PM  14   GIVES A DEADLINE FOR WHEN THE PILOT HAS TO ACTUALLY START, IS

01:17PM  15   THERE?

01:17PM  16   A.   I'M JUST READING THROUGH THE DOCUMENT.

01:17PM  17   Q.   SURE.

01:17PM  18   A.   NO.  IT JUST INDICATES THAT IT HAS TO COMMENCE AFTER

01:17PM  19   JANUARY 15TH AND NO LATER THAN JUNE 30TH OF 2011.

01:17PM  20   Q.   OKAY.  LET'S GO TO THAT JUNE 30TH LANGUAGE.

01:17PM  21        SO THAT'S THE LAST BULLET IN THE SAME SECTION THAT WE WERE

01:17PM  22   LOOKING AT.  AND IT SAYS, "SHOULD THERANOS FAIL TO MEETS ITS

01:18PM  23   REQUIREMENTS UNDER THIS SCHEDULE F PRIOR TO JUNE 30TH, 2011,

01:18PM  24   WALGREENS SHALL HAVE THE OPTION TO TERMINATE THIS AGREEMENT

01:18PM  25   PURSUANT TO SCHEDULE B, SECTION 23(C)."

ER-2205

JHAVERI CROSS BY MR. COOPERSMITH                                3033

01:18PM 1          DO YOU SEE THAT?

01:18PM 2     A.   YES.

01:18PM 3     Q.   AND THE PILOT DIDN'T START BY JUNE 30TH, 2011, DID IT?

01:18PM 4     A.   IT DID NOT.

01:18PM 5     Q.   AND WALGREENS DIDN'T TERMINATE THE AGREEMENT, DID IT?

01:18PM 6     A.   NO, IT DID NOT.

01:18PM 7     Q.   SO IS IT FAIR TO SAY THAT THIS CONTRACT FROM 2010 WAS

01:18PM 8     REALLY THE BEGINNING OF A PARTNERSHIP THAT CONTINUED TO EVOLVE

01:18PM 9     AND DEVELOP AS CIRCUMSTANCES WARRANTED?

01:18PM 10    A.   YES.

01:18PM 11    Q.   AND THAT'S NOT UNUSUAL IN BUSINESS, IS IT?

01:18PM 12    A.   NO.  ANY TYPE OF PARTNERSHIP OR ANY TYPE OF PROGRAM, IT

01:18PM 13    EVOLVES BASED ON WHAT THE MARKET HOLDS OR WHAT THE BUSINESS

01:18PM 14    NEEDS ARE OR ANY OF THOSE THINGS THAT CHANGE.

01:18PM 15    Q.   OKAY.  GOING TO THE NEXT EXHIBIT, WHICH IS TAB 617 IN YOUR

01:18PM 16    BINDER, AND I THINK MR. SCHENK DISCUSSED THIS WITH YOU ON

01:18PM 17    DIRECT AS WELL.

01:19PM 18         SO THIS IS THE AMENDED AGREEMENT THAT WAS DATED JUNE 5TH,

01:19PM 19    2012.

01:19PM 20         DO YOU SEE THAT?

01:19PM 21    A.   YES.

01:19PM 22    Q.   AND THIS WAS ANOTHER STEP IN THAT DEVELOPING RELATIONSHIP

01:19PM 23    BETWEEN WALGREENS AND THERANOS?

01:19PM 24    A.   YES.

01:19PM 25    Q.   AND IF YOU LOOK AT THE LANGUAGE RIGHT ABOVE THE DATE, THE

01:19PM  1      PARAGRAPH ABOVE THE DATE, IT SAYS, "WHEREAS THE PARTIES AGREE

01:19PM  2      THAT BECAUSE OF CERTAIN CHANGES IN CIRCUMSTANCES, IT IS

01:19PM  3      NECESSARY TO TERMINATE THE ORIGINAL AGREEMENT AND REPLACE IT

01:19PM  4      WITH THIS AGREEMENT (AS DEFINED BELOW)."

01:19PM  5          RIGHT?

01:19PM  6      A.   YES.

01:19PM  7      Q.   AND YOU UNDERSTAND THAT THIS AGREEMENT, WHEN IT'S SIGNED,

01:19PM  8      IS NOW THE OPERATIVE AGREEMENT AND THE OLD AGREEMENT IS

01:19PM  9      BASICALLY GONE; IS THAT RIGHT?

01:19PM 10      A.   THAT'S RIGHT.

01:19PM 11      Q.   IN FACT, IT IS GONE?

01:19PM 12      A.   IT IS GONE.

01:19PM 13      Q.   RIGHT.  OKAY.

01:19PM 14          IF WE CAN GO TO -- LET'S JUST START OFF WITH PAGE 6 AND

01:20PM 15      SECTION 5.

01:20PM 16          I WON'T READ IT AGAIN, BUT TAKING A LOOK AT IT YOURSELF,

01:20PM 17      MR. JHAVERI, IT'S THE THERANOS PHARMACEUTICAL CLINICAL TRIALS

01:20PM 18      INFRASTRUCTURE SECTION.

01:20PM 19          DO YOU SEE THAT?

01:20PM 20      A.   YES, I DO.

01:20PM 21      Q.   AND THAT'S THE SAME PROVISION ABOUT HOW PATIENTS COULD GET

01:20PM 22      CLINICAL TRIAL TESTS OR TESTS THAT WERE CONDUCTED FOR PURPOSES

01:20PM 23      OF CLINICAL TRIALS WITH PHARMACEUTICAL COMPANIES AT A WALGREENS

01:20PM 24      STORE; IS THAT RIGHT?

01:20PM 25      A.   YES, THAT'S CORRECT.

JHAVERI CROSS BY MR. COOPERSMITH                    3035

01:20PM  1    Q.   AND SO THE AMENDED CONTRACT IN 2012 ALSO CONTEMPLATED THAT

01:20PM  2    COULD HAPPEN?

01:20PM  3    A.   YES.

01:20PM  4    Q.   OKAY.  LET'S GO BACK TO PAGE 4 OF THE DOCUMENT.

01:20PM  5         NOW, IF YOU LOOK AT SECTION 3, THAT'S THE PHASED

01:20PM  6    DISRUPTION SECTION.

01:20PM  7         DO YOU SEE THAT?

01:20PM  8    A.   YES.

01:20PM  9    Q.   NOW, WE TALKED ABOUT BEFORE HOW THE ORIGINAL CONTRACT

01:21PM  10   CONTEMPLATED THERE COULD BE OR WOULD BE THERANOS DEVICES

01:21PM  11   ACTUALLY PLACED PHYSICALLY AT WALGREENS STORES TO CONDUCT BLOOD

01:21PM  12   TESTING; RIGHT?

01:21PM  13   A.   WOULD YOU ASK THAT QUESTION AGAIN, PLEASE?

01:21PM  14   Q.   OF COURSE.  WE TALKED ABOUT A FEW MINUTES AGO THAT THE

01:21PM  15   ORIGINAL CONTRACT FROM 2010, THE CONCEPT WAS THAT THE THERANOS

01:21PM  16   DEVICES WOULD ACTUALLY BE PHYSICALLY PLACED IN THE WALGREENS

01:21PM  17   STORE TO CONDUCT THE BLOOD TESTING?

01:21PM  18   A.   YES.

01:21PM  19   Q.   BUT THEN THIS IS -- THIS AMENDED AGREEMENT IN 2012, THAT

01:21PM  20   CHANGES THAT; CORRECT?

01:21PM  21   A.   I'M JUST GOING TO READ IT.

01:21PM  22   Q.   PLEASE.

01:21PM  23        (PAUSE IN PROCEEDINGS.)

01:21PM  24            THE WITNESS:  YES, THAT'S CORRECT.

01:22PM  25   BY MR. COOPERSMITH:

01:22PM 1    Q.   AND THEN THERE'S A REFERENCE TO, SORT OF IN THE MIDDLE OF

01:22PM 2    THE PARAGRAPH, "THE CLIA CERTIFIED OFFSITE LABORATORY."

01:22PM 3         DO YOU SEE THAT?

01:22PM 4    A.   YES.

01:22PM 5    Q.   AND YOU UNDERSTAND THAT WOULD BE THE THERANOS LABORATORY

01:22PM 6    THAT WOULD BE THE RECIPIENT OF BLOOD SAMPLES COLLECTED AT

01:22PM 7    WALGREENS STORES THAT WERE TAKING BLOOD SAMPLES?

01:22PM 8    A.   THAT'S RIGHT.

01:22PM 9    Q.   OKAY.  SO THAT'S DIFFERENT THAN THE FIRST AGREEMENT?

01:22PM 10   A.   CORRECT.

01:22PM 11   Q.   AND THERE'S NOTHING WRONG WITH THAT; RIGHT?  THAT'S JUST

01:22PM 12   SOMETIMES HOW BUSINESS PARTNERSHIPS DEVELOP; IS THAT FAIR?

01:22PM 13   A.   THAT'S FAIR.

01:22PM 14   Q.   AND THEN IF YOU GO IN THE SAME EXHIBIT, I THINK THERE'S

01:22PM 15   ALSO A SCHEDULE F ON PAGE 26.

01:23PM 16   A.   YES.

01:23PM 17   Q.   SO THIS LANGUAGE HERE, IT SAYS IN THAT -- NOT THE SET OF

01:23PM 18   FIRST FOUR BULLETS, BUT THE BULLETS RIGHT AFTER THAT, DO YOU

01:23PM 19   SEE THE SECOND ONE SAYS, "THE PILOT FOR STORE LOCATIONS WILL

01:23PM 20   COMMENCE NO SOONER THAN SEPTEMBER 15TH, 2012"?

01:24PM 21   A.   YES.

01:24PM 22   Q.   BECAUSE THAT'S THE EARLIEST DATE THAT THIS CONTRACT

01:24PM 23   CONTEMPLATES THAT THE PILOT COULD COMMENCE; IS THAT RIGHT?

01:24PM 24   A.   THAT'S CORRECT.

01:24PM 25   Q.   AND THEN LATER IN THE LAST BULLET IN THAT SAME SECTION, IT

JHAVERI CROSS BY MR. COOPERSMITH                                      3037

01:24PM   1      SAYS, "SHOULD THERANOS FAIL TO MEET ITS REQUIREMENTS UNDER THIS

01:24PM   2      SCHEDULE F PRIOR TO APRIL 1ST, 2013, WALGREENS COULD

01:24PM   3      TERMINATE."

01:24PM   4          DO YOU SEE THAT?

01:24PM   5      A.   YES.

01:24PM   6      Q.   AND THE PILOT DID NOT START BY APRIL 1ST, 2013, DID IT?

01:24PM   7      A.   NO, IT DID NOT.

01:24PM   8      Q.   AND WALGREENS DID NOT TERMINATE; RIGHT?

01:24PM   9      A.   NO.

01:24PM  10      Q.   AND IT WAS ACTUALLY IN THE FALL OF 2013 WHEN THE PILOT

01:24PM  11      LAUNCHED; RIGHT?

01:24PM  12      A.   THAT'S CORRECT.

01:24PM  13      Q.   AND IS IT FAIR TO SAY DURING THIS TIME THERE WAS A LOT OF

01:24PM  14      ACTIVITY BY WALGREENS AND THERANOS TO TRY TO BE READY FOR THE

01:24PM  15      LAUNCH?

01:24PM  16      A.   YES.

01:24PM  17      Q.   OKAY.  LET'S TAKE A LOOK AT EXHIBIT 1113, WHICH IS ALSO IN

01:24PM  18      EVIDENCE.

01:24PM  19          SO THIS IS A PRESS RELEASE THAT WAS ISSUED JOINTLY BY

01:25PM  20      WALGREENS AND THERANOS?

01:25PM  21      A.   YES, IT IS.

01:25PM  22      Q.   AND IT'S DATED SEPTEMBER 9TH, 2013; CORRECT?

01:25PM  23      A.   YES, SIR.

01:25PM  24      Q.   AND YOU UNDERSTAND THAT THIS DATE, SEPTEMBER 9TH, 2013,

01:25PM  25      WAS A DATE OF WHAT IS SOMETIMES CALLED THE SOFT LAUNCH OF THE

JHAVERI CROSS BY MR. COOPERSMITH                                    3038

01:25PM  1        THERANOS BLOOD TESTING PROGRAM?

01:25PM  2        A.   I DIDN'T KNOW THAT.

01:25PM  3        Q.   DID YOU KNOW THAT THIS WAS -- INITIALLY THE BLOOD TESTS

01:25PM  4        WOULD ONLY BE AVAILABLE TO FRIENDS AND FAMILY OF THERANOS?

01:25PM  5        A.   I DO NOT KNOW THAT.

01:25PM  6        Q.   OKAY.  IN ANY EVENT, LET'S GO TO THE LAST SENTENCE OF THE

01:25PM  7        FIRST PARAGRAPH, AND IT SAYS, "THE SAMPLES ARE EITHER TAKEN

01:25PM  8        FROM A TINY FINGERSTICK OR A MICRO-SAMPLE TAKEN FROM

01:25PM  9        TRADITIONAL METHODS."

01:25PM 10            DO YOU SEE THAT?

01:25PM 11        A.   YES, SIR.

01:25PM 12        Q.   "ELIMINATING THE NEED FOR LARGER NEEDLES AND NUMEROUS

01:26PM 13        VIALS OF BLOOD REQUIRED FOR MOST DIAGNOSTIC LAB TESTING."

01:26PM 14            DO YOU SEE THAT?

01:26PM 15        A.   I DO.

01:26PM 16        Q.   AND YOU UNDERSTOOD THAT TRADITIONAL METHODS MEANT TAKING A

01:26PM 17        DRAW OF BLOOD FROM THE ARM AS OPPOSED TO THE FINGER?

01:26PM 18        A.   IF THAT'S WHAT THEY'RE REFERRING TO, YES.

01:26PM 19        Q.   IN FACT, YOU AT ONE TIME WENT TO A WALGREENS STORE AND HAD

01:26PM 20        A VENOUS DRAW CONDUCTED?

01:26PM 21        A.   I DID.  I HAD BOTH A FINGERSTICK, AS WELL AS A

01:26PM 22        VENOUS DRAW.

01:26PM 23        Q.   OKAY.  AND YOU UNDERSTOOD THAT THE DEVICES THAT WOULD BE

01:26PM 24        USED AT THERANOS TO CONDUCT THE BLOOD TESTING MIGHT BE AN

01:26PM 25        EDISON OR IT MIGHT BE SOMETHING ELSE; RIGHT?

ER-2211

01:26PM  1    A.   WHAT I UNDERSTOOD WAS THAT THE BLOOD SAMPLES WOULD BE

01:26PM  2    TESTED ON A THERANOS DEVICE AND THAT WAS DEVELOPED BY THERANOS.

01:26PM  3    THAT WAS MY UNDERSTANDING OF THE PROGRAM.

01:26PM  4    Q.   OKAY.  BUT THE DEVICE COULD BE SOMETHING DEVELOPED BY

01:26PM  5    THERANOS THAT WASN'T THE EDISON DEVICE; CORRECT?

01:27PM  6    A.   YEAH.  I'M NOT REFERRING TO EDISON.  I'M JUST REFERRING TO

01:27PM  7    A THERANOS DEVELOPED THEIR PROPRIETARY TECHNOLOGY.

01:27PM  8    Q.   OKAY.  SOMETHING THAT WOULD ALLOW THERANOS TO USE A

01:27PM  9    FINGERSTICK TEST AS OPPOSED TO A VENOUS DRAW TEST?

01:27PM  10   A.   THAT'S RIGHT.

01:27PM  11   Q.   OKAY.  THAT THERANOS DEVELOPED FOR THAT PURPOSE?

01:27PM  12   A.   CORRECT.

01:27PM  13   Q.   BUT YOU ALSO UNDERSTOOD, EVEN FROM THE PRESS RELEASE, BUT

01:27PM  14   MAYBE OTHERWISE, THAT IT WAS ALSO CONTEMPLATED THAT PATIENTS

01:27PM  15   COMING INTO WALGREENS MIGHT GET A DRAW FROM THE ARM AS OPPOSED

01:27PM  16   TO THE FINGER; RIGHT?

01:27PM  17   A.   YES.

01:27PM  18   Q.   AND, IN FACT, I THINK YOU TALKED ABOUT THIS WITH

01:27PM  19   MR. SCHENK, OVER THE TIME THAT THE PARTNERSHIP WAS RUNNING, THE

01:27PM  20   AMOUNT OF VEIN DRAWS WAS AROUND 40 PERCENT I THINK YOU SAID;

01:27PM  21   RIGHT?

01:27PM  22   A.   THAT'S CORRECT.

01:27PM  23   Q.   BY THE WAY, LIKE, THAT MEANS THAT THERE ARE 60 PERCENT OF

01:27PM  24   THE PATIENTS WHO ARE GETTING FINGERSTICK DRAWS; RIGHT?

01:27PM  25   A.   60 PERCENT OF THE DRAWS, CORRECT.

JHAVERI CROSS BY MR. COOPERSMITH                          3040

01:27PM  1   Q.   OKAY.  ARE YOU AWARE OF ANY OTHER LAB IN THE WORLD THAT

01:27PM  2   COULD HAVE DONE 60 PERCENT FINGERSTICK DRAWS FOR BLOOD TESTING?

01:28PM  3              MR. SCHENK:  OBJECTION.  RELEVANCE.

01:28PM  4              THE COURT:  SUSTAINED.

01:28PM  5              MR. COOPERSMITH:  I'M JUST ASKING HIS PERSONAL

01:28PM  6   KNOWLEDGE, YOUR HONOR.

01:28PM  7              THE COURT:  SUSTAINED.

01:28PM  8   BY MR. COOPERSMITH:

01:28PM  9   Q.   IF YOU GO TO THE SECOND PAGE OF THE EXHIBIT, YOU SEE THE

01:28PM  10  LAST PARAGRAPH THERE RIGHT BEFORE THE HEADING "ABOUT THERANOS"?

01:28PM  11  A.   YES.

01:28PM  12  Q.   IT SAYS, "AS THE NATION'S LARGEST RETAIL PHARMACY CHAIN

01:28PM  13  WITH MORE THAN 8100 NEIGHBORHOOD PHARMACIES, WALGREENS HAS THE

01:28PM  14  INFRASTRUCTURE TO HELP BRING THERANOS TO CONSUMERS NATIONWIDE."

01:28PM  15       DO YOU SEE THAT?

01:28PM  16  A.   YES.

01:28PM  17  Q.   AND THAT'S A TRUE STATEMENT?

01:28PM  18  A.   YES.

01:28PM  19  Q.   AND.  IN FACT, WE TALKED ABOUT THIS BEFORE, THAT WAS PART

01:28PM  20  OF THE RETAIL EXPERTISE THAT WALGREENS BROUGHT TO THE

01:29PM  21  PARTNERSHIP?

01:29PM  22  A.   THAT'S RIGHT.

01:29PM  23  Q.   IF YOU GO UP TO THE END OF THE PARAGRAPH THAT'S TWO

01:29PM  24  PARAGRAPHS ABOVE THAT, THERE'S A SENTENCE THAT READS,

01:29PM  25  "COLLECTION FOR THERANOS TESTS WILL BE PERFORMED IN THERANOS

ER-2213

JHAVERI CROSS BY MR. COOPERSMITH                              3041

01:29PM   1    WELLNESS CENTERS BY LICENSED PHLEBOTOMISTS OR APPROPRIATELY

01:29PM   2    STATE CERTIFIED PERSONNEL."

01:29PM   3        DO YOU SEE THAT?

01:29PM   4    A.   I DO.

01:29PM   5    Q.   AND I THINK YOU MENTIONED THIS ON DIRECT, TOO, BUT A

01:29PM   6    PHLEBOTOMIST IS A LICENSED PROFESSIONAL WHO IS TRAINED TO TAKE

01:29PM   7    A BLOOD DRAW FROM THE ARM; RIGHT?

01:29PM   8    A.   THAT'S CORRECT.

01:29PM   9    Q.   OR MAYBE EVEN SOME OTHER PART OF THE BODY?

01:29PM  10    A.   IT COULD BE, YES.

01:29PM  11    Q.   RIGHT.  BUT A NORMAL PERSON OFF THE STREET CAN'T JUST DO

01:29PM  12    VEIN DRAWS FROM THE ARM?

01:29PM  13    A.   A VENOUS DRAW, CORRECT.

01:29PM  14    Q.   A VENOUS DRAW?

01:29PM  15    A.   YES.

01:29PM  16    Q.   AND EVEN SOMEONE LIKE A PHARMACY TECHNICIAN WHO IS TRAINED

01:29PM  17    TO BE A PHARMACY TECHNICIAN, THEY COULDN'T DO THAT EITHER

01:29PM  18    UNLESS THEY WERE LICENSED TO BE A PHLEBOTOMIST; RIGHT?

01:29PM  19    A.   THAT'S RIGHT.  THAT'S WHY WE HAD, WHEN WE DESIGNED THE

01:30PM  20    MODEL, WE HAD BOTH TRAINED PHARMACY TECHNICIANS TO DO A

01:30PM  21    FINGERSTICK, AS WELL AS A PHLEBOTOMIST TO DO THE VENOUS DRAW

01:30PM  22    SINCE PHARMACY TECHNICIANS COULD NOT DO THAT IN THEIR SCOPE OF

01:30PM  23    PRACTICE.

01:30PM  24    Q.   RIGHT.  AND WHEN YOU HAD A PHLEBOTOMIST IN THE STORE FOR

01:30PM  25    THAT PURPOSE, THERE WAS A COST TO THAT; RIGHT?

JHAVERI CROSS BY MR. COOPERSMITH                                    3042

01:30PM   1     A.    THERE WAS A COST TO THAT, YES.

01:30PM   2     Q.    AND SOMEBODY HAD TO PAY THE PERSON TO BE THERE; RIGHT?

01:30PM   3     A.    THAT'S CORRECT.

01:30PM   4     Q.    AND SOMETIMES, YOU KNOW, YOU WOULD HAVE TO, YOU KNOW, FIND

01:30PM   5     PEOPLE WHO WERE TRAINED THAT YOU COULD EVEN HIRE FROM AN

01:30PM   6     EMPLOYMENT STANDPOINT; RIGHT?

01:30PM   7     A.    YEAH.  PHLEBOTOMISTS WERE DIFFICULT TO FIND AT THE TIME.

01:30PM   8     Q.    RIGHT.  NOW, INITIALLY WHEN WALGREENS STARTED COLLECTING

01:30PM   9     BLOOD IN ITS STORES IN ARIZONA, AND ONE HERE IN THE BAY AREA,

01:30PM  10     INITIALLY THERANOS PAID FOR THOSE PHLEBOTOMISTS; IS THAT

01:31PM  11     CORRECT?

01:31PM  12     A.    THAT'S CORRECT.

01:31PM  13     Q.    BUT IT WAS ALSO CONTEMPLATED THAT THAT WAS ONLY FOR

01:31PM  14     PURPOSES OF THE INITIAL PHASE OR THE PILOT; CORRECT?

01:31PM  15     A.    CORRECT.

01:31PM  16           THE PHLEBOTOMISTS WERE THERE BECAUSE THE VENOUS DRAWS

01:31PM  17     CONTINUED TO EXIST, SO WE NEEDED TO HAVE A LICENSED

01:31PM  18     PRACTITIONER AS A PHLEBOTOMIST TO ACTUALLY TO DO THAT.  THE

01:31PM  19     PHARMACY TECHNICIAN COULDN'T DO THAT.

01:31PM  20           ONCE THOSE VENOUS DRAWS WOULD DISAPPEAR, THERE WOULD BE NO

01:31PM  21     LONGER NEEDED A PHLEBOTOMIST IN THE STORES.

01:31PM  22     Q.    AND THEREFORE, YOU WOULDN'T HAVE THAT COST TO PAY A

01:31PM  23     PHLEBOTOMIST; RIGHT?

01:31PM  24     A.    THAT'S RIGHT.  THAT'S RIGHT.

01:31PM  25     Q.    BUT MY QUESTION WAS A LITTLE DIFFERENT, AND LET ME SEE IF

JHAVERI CROSS BY MR. COOPERSMITH                    3043

01:31PM  1    I CAN ASK IT CORRECTLY.

01:31PM  2        SO AS LONG AS THERE WERE PHLEBOTOMISTS IN THE STORES,

01:31PM  3    INITIALLY THERANOS WAS PAYING THOSE PHLEBOTOMISTS TO BE THERE

01:31PM  4    IN THE ARIZONA STORES; CORRECT?

01:31PM  5    A.   YES.

01:31PM  6    Q.   BUT YOU UNDERSTOOD THAT EVENTUALLY IF AND WHEN THE

01:31PM  7    PARTNERSHIP EXPANDED TO MORE STORES, THAT COST WOULD BE BORNE

01:32PM  8    BY WALGREENS AS OPPOSED TO THERANOS?

01:32PM  9    A.   I DON'T REMEMBER WHAT THE AGREEMENT WAS, BUT I THINK THAT

01:32PM 10    WAS PART OF THE DISCUSSION.

01:32PM 11    Q.   RIGHT.  AND THIS WAS A CONCERN TO YOU AND YOUR TEAM AT

01:32PM 12    WALGREENS THAT YOU, AS THE STORES EXPANDED, MIGHT HAVE TO TAKE

01:32PM 13    ON THE COST OF PUTTING PHLEBOTOMISTS IN THE STORES; RIGHT?

01:32PM 14    A.   IT WAS A CONCERN TO BOTH THERANOS AND WALGREENS, BECAUSE

01:32PM 15    THE MODEL THAT WE WERE DEVELOPING CONTEMPLATED LOW COST,

01:32PM 16    CONTEMPLATED FINGERSTICK, IT CONTEMPLATED FAST AND QUICK

01:32PM 17    RESULTS, AND SO HAVING A PHLEBOTOMIST AT SITE STARTS TO BREAK

01:32PM 18    DOWN ON A COUPLE OF THOSE POINTS, WHICH IS COST AND

01:32PM 19    FINGERSTICK.

01:32PM 20        SO IT WAS GOOD FOR BOTH THERANOS AND WALGREENS TO NOT HAVE

01:32PM 21    PHLEBOTOMISTS AT THE LOCATIONS.

01:32PM 22    Q.   RIGHT.  BUT IT IS ESPECIALLY A PROBLEM FOR WALGREENS

01:32PM 23    HAVING TO PAY FOR THE PHLEBOTOMISTS?

01:32PM 24    A.   YES.

01:32PM 25            THE COURT:  FOLKS, WHY DON'T YOU STAND AND STRETCH

ER-2216

01:33PM    1    FOR A MINUTE WHILE WE MOVE TO THE NEXT EXHIBIT.

01:33PM    2          (STRETCHING.)

01:33PM    3              THE COURT:  MR. COOPERSMITH.

01:33PM    4              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

01:33PM    5    Q.   MR. JHAVERI, IF YOU CAN GO TO ANOTHER EXHIBIT,

01:33PM    6    EXHIBIT 20432?

01:33PM    7    A.   20432?

01:33PM    8    Q.   YES.

01:33PM    9    A.   IT MIGHT BE IN THE OTHER.

01:34PM   10    Q.   I'M SORRY?

01:34PM   11    A.   IT'S NOT IN THIS BINDER.

01:34PM   12              MR. COOPERSMITH:  MAY I APPROACH, YOUR HONOR?

01:34PM   13              THE COURT:  YES.

01:34PM   14          IT SHOULD BE IN THE BACK.

01:34PM   15              THE WITNESS:  IT'S IN THE BACK, YES.  THANK YOU.

01:34PM   16    BY MR. COOPERSMITH:

01:34PM   17    Q.   OKAY.  MR. JHAVERI, YOU NOW HAVE 20432 IN FRONT OF YOU?

01:34PM   18    A.   YES, I DO.

01:34PM   19    Q.   AND 20432 IS ANOTHER PRESS RELEASE.

01:34PM   20          DO YOU SEE THAT?

01:34PM   21    A.   YES.

01:34PM   22    Q.   AND IT'S ISSUED BY WALGREENS AND THERANOS?

01:34PM   23    A.   YES, IT IS.

01:34PM   24    Q.   AND IT RELATES TO THE PROGRAM TO HAVE BLOOD TESTS

01:34PM   25    COLLECTED IN WALGREENS STORES WITH THERANOS RUNNING THE LAB

ER-2217

01:34PM  1    SERVICES?

01:34PM  2    A.   YES.

01:34PM  3              MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20432.

01:35PM  4              MR. SCHENK:  NO OBJECTION.

01:35PM  5              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:35PM  6         (DEFENDANT'S EXHIBIT 20432 WAS RECEIVED IN EVIDENCE.)

01:35PM  7    BY MR. COOPERSMITH:

01:35PM  8    Q.   MR. JHAVERI, LOOKING AT THIS, THIS IS DATED NOVEMBER 13TH,

01:35PM  9    2013.

01:35PM  10        DO YOU SEE THAT?

01:35PM  11   A.   YES, I DO.

01:35PM  12   Q.   AND IF YOU GO TO THE TOP, YOU SEE IT'S SOURCE

01:35PM  13   WWW.WALGREENS.COM?

01:35PM  14   A.   YES.

01:35PM  15   Q.   IS THAT WALGREENS'S WEBSITE?

01:35PM  16   A.   IT IS.

01:35PM  17   Q.   AND SO WAS THIS POSTED ON WALGREENS'S WEBSITE?

01:35PM  18   A.   YES.

01:35PM  19   Q.   AND THEN IF YOU GO DOWN -- WELL, LET'S JUST START FROM THE

01:35PM  20   FIRST PARAGRAPH JUST TO GET ORIENTED HERE.

01:35PM  21        IT SAYS "PHOENIX, NOVEMBER 13TH, 2013 -- THERANOS, INC.,

01:35PM  22   AND WALGREENS," THEN IT HAS THE STOCK TICKER NUMBERS, LETTERS,

01:35PM  23   "TODAY CELEBRATE THE OPENING OF NEW THERANOS WELLNESS CENTERS

01:35PM  24   LOCATED IN THE WALGREENS STORES IN THE PHOENIX METROPOLITAN

01:35PM  25   AREA."

JHAVERI CROSS BY MR. COOPERSMITH                                 3046

01:35PM   1          DO YOU SEE THAT?

01:35PM   2      A.   YES.

01:35PM   3      Q.   AND SO THIS WAS THE ANNOUNCEMENT OF WHEN THE FIRST OF

01:36PM   4      THOSE EVENTUALLY 40 PHOENIX STORES OPENING?

01:36PM   5      A.   YES, THAT'S RIGHT.

01:36PM   6      Q.   AND IF YOU GO TO THE SECOND PARAGRAPH OF THE EXHIBIT, AND

01:36PM   7      THERE'S A SENTENCE THAT IS THE SECOND SENTENCE OF THE SECOND

01:36PM   8      PARAGRAPH AND IT READS, "THE MICRO-SAMPLES, COLLECTED BY

01:36PM   9      CERTIFIED PHLEBOTOMISTS, OR TRAINED WALGREENS TECHNICIANS, ARE

01:36PM  10      TAKEN FROM EITHER A TINY FINGERSTICK OR TRADITIONAL METHOD,

01:36PM  11      ELIMINATING THE NEED FOR LARGE NEEDLES AND NUMEROUS VIALS OF

01:36PM  12      BLOOD TYPICALLY REQUIRED FOR DIAGNOSTIC LAB TESTING."

01:36PM  13          DO YOU SEE THAT?

01:36PM  14      A.   YES, I DO.

01:36PM  15      Q.   AND THE TRADITIONAL METHODS ARE THE VENOUS DRAWS; RIGHT?

01:36PM  16      A.   THAT'S CORRECT.

01:36PM  17      Q.   AND FOR THIS TO GO ON WALGREENS'S WEBSITE, THIS HAD TO BE

01:36PM  18      APPROVED BY WALGREENS?

01:36PM  19      A.   CORRECT.

01:36PM  20      Q.   NOTHING GOES ON WALGREENS'S WEBSITE WITHOUT PEOPLE AT

01:36PM  21      WALGREENS APPROVING IT; RIGHT?

01:36PM  22      A.   WITH THE APPROPRIATE PEOPLE APPROVING IT, CORRECT.

01:36PM  23      Q.   OKAY.  ONE OF THE GOALS THAT WE, I THINK, MENTIONED

01:37PM  24      EARLIER IS THAT PRICE TRANSPARENCY AND LOWER PRICES WERE PART

01:37PM  25      OF THE PROGRAM THAT YOU WERE WORKING ON WITH THERANOS?

01:37PM  1    A.   YES.

01:37PM  2    Q.   OKAY.  THERE'S AN EXHIBIT THAT IS ALREADY IN EVIDENCE I'D

01:37PM  3    LIKE TO PUBLISH, YOUR HONOR.  IT'S EXHIBIT 3741A?

01:37PM  4              THE COURT:  3741A?

01:37PM  5              MR. COOPERSMITH:  YES, YOUR HONOR.

01:37PM  6              THE COURT:  YES, YOU MAY PUBLISH IT.

01:37PM  7    BY MR. COOPERSMITH:

01:37PM  8    Q.   MR. JHAVERI, THIS IS A PORTION OF THE THERANOS WEBSITE

01:37PM  9    WITH SOME TEST MENUS, AND YOU SEE THAT THERE ARE PRICES LISTED

01:37PM  10   NEXT TO THE VARIOUS ASSAYS ON THE PAGE?

01:37PM  11   A.   I DO.

01:37PM  12   Q.   AND IS THIS THE PART YOU WERE TALKING ABOUT WHERE THE

01:37PM  13   PRICE WOULD BE POSTED SO PEOPLE KNOW WHAT THE PRICES WERE, AND

01:37PM  14   THE HOPE WAS AT LEAST THERE WOULD BE LOWER PRICES?

01:38PM  15   A.   THAT'S RIGHT, FOR THOSE CASH PAYING CUSTOMERS.

01:38PM  16   Q.   RIGHT.

01:38PM  17   A.   RIGHT.

01:38PM  18   Q.   AND YOU UNDERSTOOD THAT WHEN THERANOS WAS ACTUALLY RUNNING

01:38PM  19   THIS PROGRAM WITH WALGREENS, THE PRICES WERE, IN FACT, LOWER

01:38PM  20   THAN TRADITIONAL LABS; IS THAT RIGHT?

01:38PM  21   A.   THAT'S RIGHT.

01:38PM  22   Q.   IF WE CAN TURN TO A NEW EXHIBIT, 10083.

01:38PM  23              THE COURT:  1083?

01:39PM  24              MR. COOPERSMITH:  YES, YOUR HONOR.

01:39PM  25   Q.   MR. JHAVERI, LOOKING AT EXHIBIT 10083 --

01:39PM   1            THE COURT:  1083?

01:39PM   2            MR. COOPERSMITH:  I'M SORRY, YOUR HONOR.  IT'S 1083.

01:39PM   3            THE WITNESS:  LET ME JUST REVIEW IT, IF YOU DON'T

01:39PM   4    MIND, PLEASE.

01:39PM   5         (PAUSE IN PROCEEDINGS.)

01:39PM   6            THE WITNESS:  I DON'T RECALL THE EXACT DOCUMENT.  I

01:39PM   7    DO RECALL SOME OF THE POINTS MADE IN THE DOCUMENT.

01:40PM   8            MR. COOPERSMITH:  OKAY.

01:40PM   9    Q.  IN THAT CASE, I THINK WE CAN JUST MOVE ON TO ANOTHER

01:40PM  10    EXHIBIT.  EXHIBIT 1387, THIS IS ALREADY IN EVIDENCE.

01:40PM  11         THIS IS THE AMENDED AND RESTATED THERANOS MASTER SERVICE

01:40PM  12    AGREEMENT BY LETTER.

01:40PM  13         DO YOU SEE THAT?

01:40PM  14    A.  YES, SIR.

01:40PM  15    Q.  SO THIS WAS ANOTHER AMENDMENT TO THE AGREEMENT BETWEEN

01:40PM  16    WALGREENS AND THERANOS; IS THAT CORRECT?

01:40PM  17    A.  YES.

01:40PM  18    Q.  AND THIS WAS AFTER THE LAUNCH ACTUALLY OCCURRED; IS THAT

01:40PM  19    CORRECT?

01:40PM  20    A.  YES, THAT'S CORRECT.

01:40PM  21    Q.  OKAY.  AND IF YOU LOOK AT THE FIRST -- THE SECOND FULL

01:40PM  22    PARAGRAPH, IT SAYS, "IT IS THE INTENTION OF THE PARTIES TO

01:41PM  23    DEVELOP A MUTUALLY BENEFICIAL STRATEGIC RELATIONSHIP THAT

01:41PM  24    FACILITATES THE SUCCESSFUL DEPLOYMENT OF THERANOS NATIONALLY,

01:41PM  25    ESTABLISHES WALGREENS AS THE NATIONAL PARTNER FOR LABORATORY

01:41PM  1    SERVICES THAT THERANOS IS ABLE TO PROVIDE, AND THERANOS AS

01:41PM  2    WALGREENS NATIONAL PARTNER FOR SUCH THERANOS SERVICES."

01:41PM  3        DO YOU SEE THAT?

01:41PM  4    A.   YES, SIR.

01:41PM  5    Q.   AND THAT WAS THE GOAL, TO DEVELOP A RELATIONSHIP THAT

01:41PM  6    WOULD RESULT IN A NATIONAL ROLLOUT OF A PARTNERSHIP BETWEEN

01:41PM  7    THERANOS AND WALGREENS?

01:41PM  8    A.   YES, THAT WAS THE GOAL.

01:41PM  9    Q.   AND IF YOU GO TO THE NEXT PAGE, PAGE 2, AND THERE'S

01:41PM  10   ACTUALLY A SECTION CALLED NATIONAL ROLLOUT; NEW MARKET ENTRY.

01:41PM  11       DO YOU SEE THAT?

01:41PM  12   A.   YES.

01:41PM  13   Q.   AND IT SAYS, "THE PARTIES SHALL WORK TOGETHER TO DEVELOP A

01:41PM  14   FORECAST THAT DETAILS THE ANTICIPATED ROLLOUT DATES FOR

01:41PM  15   THERANOS SERVICES IN INDIVIDUAL U.S. STATES/TERRITORIES."

01:41PM  16       DO YOU SEE THAT?

01:41PM  17   A.   I DO.

01:41PM  18   Q.   AND IT GOES ON.

01:42PM  19       "THE PARTIES ARE COMMITTED TO TAKING ALL STEPS REASONABLY

01:42PM  20   NECESSARY TO ENSURE A SUCCESSFUL NATIONAL ROLLOUT OF THE

01:42PM  21   THERANOS SERVICES, AND AGREE THAT A QUALITY STORE AND PATIENT

01:42PM  22   EXPERIENCE IS AN IMPORTANT COMPONENT OF THIS SUCCESS AS PATIENT

01:42PM  23   ADOPTION AND ACCEPTANCE OF THERANOS'S LABORATORY SERVICES WILL

01:42PM  24   BE HIGHLY IMPACTED BY THE PATIENT EXPERIENCE."

01:42PM  25       DO YOU SEE THAT?

01:42PM  1      A.   I DO.

01:42PM  2      Q.   AND PART OF THE PATIENT EXPERIENCE WAS THAT RATING YOU

01:42PM  3      DESCRIBED WHEN YOU WERE TALKING TO MR. SCHENK, THAT 1 TO 5

01:42PM  4      RATING, THAT'S PART OF THE PATIENT EXPERIENCE METRIC; IS THAT

01:42PM  5      RIGHT?

01:42PM  6      A.   YES.

01:42PM  7      Q.   AND IN TERMS OF THE GOALS THAT ARE STATED HERE IN THIS

01:42PM  8      CONTRACT, THAT IS WHAT YOU AND YOUR TEAM AT WALGREENS WERE

01:42PM  9      WORKING TOWARDS WHILE YOU WERE ON THIS PROJECT WITH MR. BALWANI

01:42PM  10     AND THERANOS?  YOU WERE TRYING TO DO EVERYTHING YOU COULD TO

01:42PM  11     CREATE A SUCCESSFUL NATIONAL ROLLOUT.  THAT'S WHAT YOUR GOAL

01:42PM  12     WAS; RIGHT?

01:42PM  13     A.   THAT'S CORRECT.

01:42PM  14     Q.   IF YOU GO DOWN TO THE NEXT PARAGRAPH, THERE'S A SECTION

01:42PM  15     CALLED EXCLUSIVITY.

01:43PM  16     A.   YES.

01:43PM  17     Q.   AND THEN THAT SAYS TO START WITH, "AS DETAILED BELOW,

01:43PM  18     WALGREENS IS WILLING TO COMMIT TO A HIGHER LEVEL OF BUILD OUT

01:43PM  19     WITH RESPECT TO ITS STORES IN ORDER TO PROVIDE SERVICES TO

01:43PM  20     THERANOS.  THE PARTIES' EXPECTATION IS THAT THE MAJORITY OF

01:43PM  21     THERANOS SPACE WILL BE GOLD OR SILVER SPACE WITH NO MORE THAN

01:43PM  22     20 PERCENT BRONZE SPACES AND MINIMUM 40 PERCENT GOLD SPACE."

01:43PM  23          DO YOU SEE THAT?

01:43PM  24     A.   I DO.

01:43PM  25     Q.   AND SO YOU RECALL THAT THERE WERE STORES LABELLED BY

JHAVERI CROSS BY MR. COOPERSMITH          3051

01:43PM  1    THERANOS AND WALGREENS AS GOLD AND SILVER AND BRONZE STORES?

01:43PM  2    A.   YES.   THIS WAS PART OF THE DESIGN OF THE STORE, AN

01:43PM  3    EXPERIENCE THAT WE WOULD CREATE.

01:43PM  4         AGAIN, AS I MENTIONED EARLIER, IT WAS PRUDENT FOR BOTH

01:43PM  5    ORGANIZATIONS TO MAKE SURE THAT WE COULD MINIMIZE COSTS,

01:43PM  6    UNNECESSARY COSTS, WE COULD CREATE A GREAT EXPERIENCE ACROSS

01:43PM  7    ALL OF THESE STORES, AND SO WE DIVIDED WHAT POTENTIALLY THE

01:43PM  8    MAKEUP OF THE STORES WOULD LOOK LIKE, 40 PERCENT BEING GOLD,

01:44PM  9    AND SO ON AND SO FORTH.

01:44PM  10        AND THE IDEA HERE WAS THAT THE GOLD STORES WOULD HAVE A

01:44PM  11   LARGER SPACE.   THE SPACE WOULD LOOK A LITTLE DIFFERENT, SORT OF

01:44PM  12   A MORE ADVANCED LOOK, AND IT WOULD BE POTENTIALLY IN A 24-HOUR

01:44PM  13   LOCATION.

01:44PM  14        SO, AGAIN, THE IDEA HERE WAS TO TAKE OUR ENTIRE FLEET OF

01:44PM  15   STORES AND TO MAKE SURE THAT WE HAVE SERVICES THAT WE COULD

01:44PM  16   RENDER THROUGHOUT THAT FLEET, WHILE ALSO MINIMIZING COSTS,

01:44PM  17   WHILE ALSO MINIMIZING DISRUPTION TO THE STORES, AND THEN, OF

01:44PM  18   COURSE, ALSO CONSIDERING THAT NOT ALL STORES ARE EXACTLY THE

01:44PM  19   SAME SIZE.

01:44PM  20        SO THAT WAS THE WHOLE PURPOSE FOR THIS.

01:44PM  21   Q.   OKAY.   THANK YOU.

01:44PM  22        AND THE GOLD STORES, THOUGH, THAT WOULD BE THE HIGHEST

01:44PM  23   LEVEL OF BUILD OUT THAT WOULD BE PART OF THE PROGRAM; IS THAT

01:44PM  24   RIGHT?

01:44PM  25   A.   THAT'S RIGHT.

JHAVERI CROSS BY MR. COOPERSMITH                    3052

01:44PM  1    Q.   OKAY.  AND THE GOLD STORES WOULD HAVE SPACE DEDICATED TO

01:44PM  2    THERANOS LAB SERVICES AND ALSO INCLUDE A BATHROOM; IS THAT

01:45PM  3    RIGHT?

01:45PM  4    A.   THAT'S RIGHT.

01:45PM  5    Q.   AND HAVING A BATHROOM WAS IMPORTANT BECAUSE SOMETIMES

01:45PM  6    PATIENTS GAVE URINE SAMPLES; RIGHT?

01:45PM  7    A.   THAT'S CORRECT.  IT WAS SET UP FOR ANY TYPE OF OTHER

01:45PM  8    SAMPLES, URINE, FECES, SPUTUM, THINGS OF THAT NATURE.

01:45PM  9         SO HAVING A BATHROOM THAT WAS CONNECTED TO THE SPACE WHERE

01:45PM  10   WE WOULD TAKE THE LAB -- THE BLOOD SAMPLE WAS VERY CONVENIENT

01:45PM  11   FOR THE PATIENT, AND IT ALSO EXPANDED THE SERVICES THAT WE WERE

01:45PM  12   ABLE TO PROVIDE, THAT THERANOS WAS ABLE TO PROVIDE IN THAT

01:45PM  13   PARTICULAR STORE.

01:45PM  14   Q.   AND THE GOLD STORE LEVEL, SO THAT WOULD BE TWO DEDICATED

01:45PM  15   ROOMS.  IT WOULD BE A ROOM FOR THE BLOOD COLLECTION ITSELF

01:45PM  16   DEDICATED TO THERANOS, AND ALSO A BATHROOM THAT WOULD HAVE TO

01:45PM  17   BE CONSTRUCTED; RIGHT?

01:45PM  18   A.   YES.

01:45PM  19   Q.   AND THEN OTHER STORES, LIKE THE SILVER AND BRONZE STORES,

01:45PM  20   IT WOULD MAKE USE OF AN EXISTING BATHROOM IN THE STORES, FOR

01:45PM  21   EXAMPLE?

01:45PM  22   A.   THAT'S CORRECT.

01:45PM  23        SO WHAT WE DID IN THOSE PARTICULAR -- THOSE OTHER

01:45PM  24   LOCATIONS IS ALL OF THE STORES HAVE THEIR OWN BATHROOMS FOR

01:45PM  25   EMPLOYEE USE OR CUSTOMER USE OR PATIENT USE.

01:46PM  1           WE WOULD TAKE THOSE EXISTING BATHROOMS AND INCORPORATE

01:46PM  2      THAT INTO THE WORKFLOW FOR THOSE PARTICULAR LOCATIONS, AND

01:46PM  3      THAT'S HOW WE, AGAIN, MINIMIZED COSTS, AT THE SAME TIME STILL

01:46PM  4      CREATING A GOOD EXPERIENCE.

01:46PM  5      Q.   OKAY.  AND THEN THERE WERE OTHER STORES WHERE THE THERANOS

01:46PM  6      BLOOD COLLECTION SITE WOULD BE A SHARED SPACE WITH ANOTHER

01:46PM  7      SERVICE THAT WALGREENS WAS PROVIDING?

01:46PM  8      A.   THAT'S RIGHT.

01:46PM  9      Q.   SO, FOR EXAMPLE, WALGREENS OPERATED STORES THAT WERE KNOWN

01:46PM  10     AS HCC; IS THAT RIGHT?

01:46PM  11     A.   HEALTH CARE CLINICS.

01:46PM  12     Q.   HCC STAND FORWARD HEALTH CARE CLINICS?

01:46PM  13     A.   THAT'S CORRECT.

01:46PM  14     Q.   OKAY.  SO WALGREENS HAD THESE CERTAIN STORES THAT HAD

01:46PM  15     HEALTH CARE CLINICS IN THE STORES?

01:46PM  16     A.   YEAH.  THESE HEALTH CARE CLINICS, JUST TO CLARIFY WHAT

01:46PM  17     THEY ARE, THESE WERE A NURSE PRACTITIONER DRIVEN LOCATIONS

01:46PM  18     WHERE YOU COULD GET YOUR BASIC PRIMARY CARE SERVICES, AND SO

01:46PM  19     THEY WERE CALLED HEALTH CARE CLINICS.

01:46PM  20     Q.   OKAY.  AND THEN WE TALKED EARLIER ABOUT THE WELL

01:46PM  21     EXPERIENCE STORES.  THOSE WERE STORES THAT MIGHT HAVE A ROOM

01:47PM  22     THAT COULD BE USED AS A BLOOD COLLECTION SITE, AMONG OTHER

01:47PM  23     THINGS?

01:47PM  24     A.   THAT'S RIGHT.

01:47PM  25     Q.   OKAY.  BUT THOSE WOULDN'T NECESSARILY BE GOLD STORES;

01:47PM  1    CORRECT?

01:47PM  2    A.   NO.  ANY STORE COULD BE A GOLD STORE.  WE JUST NEEDED TO

01:47PM  3    MAKE SURE THAT IT MET ALL OF THE CRITERIA BOTH FROM A THERANOS

01:47PM  4    PERSPECTIVE AS WELL AS FROM A WALGREENS PERSPECTIVE.

01:47PM  5        AGAIN, THE BIGGEST CRITERIA FOR THE GOLD STORES WAS HAVING

01:47PM  6    THE SPACE TO PUT TWO ROOMS NEXT TO THE PHARMACY.

01:47PM  7        SO IF THE STORE DID NOT HAVE THE ABILITY TO DO THAT, EVEN

01:47PM  8    IF IT WAS A WELL EXPERIENCE STORE, WE WOULD BE UNABLE TO DO

01:47PM  9    THAT.

01:47PM  10       SO IT DOESN'T -- IT'S NOT NECESSARILY THAT ONE STORE OVER

01:47PM  11   ANOTHER IS ALWAYS GOING TO BE -- SO EVERY 24-HOUR STORE IS

01:47PM  12   GOING TO BE A GOLD STORE.  THAT'S NOT THE CASE.

01:47PM  13       WE LOOKED AT THE ENTIRE FLEET AND MADE SURE THAT IT MET

01:47PM  14   THE CRITERIA TO BE A GOLD STORE, A BRONZE STORE, AND THEN

01:47PM  15   SUBSEQUENTLY A SILVER STORE.

01:47PM  16   Q.   OKAY.  WITH THE SPACES THAT WERE BUILT OUT THAT WERE GOLD

01:48PM  17   STORES, SOME OF THOSE WOULD ACTUALLY HAVE THERANOS BRANDING

01:48PM  18   LIKE ON THE LITTLE SPACE INSIDE OF THE WALGREENS STORE THAT WAS

01:48PM  19   THE THERANOS OPERATION; RIGHT?

01:48PM  20   A.   CORRECT.  BECAUSE KEEP IN MIND THE GOLD STORES WERE

01:48PM  21   DEDICATED SPACE, RIGHT?  SO IT WAS A THERANOS SPACE IN THE

01:48PM  22   BATHROOM.  SO IN THOSE PARTICULAR LOCATIONS WE DID PUT

01:48PM  23   BRANDING, THE THERANOS BRANDING RIGHT ON THE OUTSIDE OF THE

01:48PM  24   DOOR.

01:48PM  25   Q.   RIGHT.  SO IF SOMEONE WENT TO THAT PART OF THE WALGREENS

ER-2227

JHAVERI CROSS BY MR. COOPERSMITH                    3055

01:48PM  1    STORE, EVEN THOUGH THEY WERE IN A WALGREENS STORE, THEY WOULD

01:48PM  2    SEE A SIGNAGE THAT SAID THERANOS WELLNESS CENTER OR SOMETHING

01:48PM  3    LIKE THAT?

01:48PM  4    A.   CORRECT, CORRECT.

01:48PM  5    Q.   OKAY.  AND FOR OTHER STORES THAT WERE USING -- YOU KNOW,

01:48PM  6    COLLECTING BLOOD IN A WELL EXPERIENCE STORE OR A HEALTH CARE

01:48PM  7    CLINIC, THEY WOULDN'T NECESSARILY HAVE THAT BRANDING; RIGHT?

01:48PM  8    A.   NO.  ALL OF THE STORES STILL HAD BRANDING THAT SHOWED THAT

01:48PM  9    WE OFFERED THERANOS SERVICES IN THOSE LOCATIONS.

01:48PM  10       AGAIN, IF WE DIDN'T HAVE ANY BRANDING, NO PATIENTS WOULD

01:49PM  11   KNOW THAT WE ACTUALLY OFFERED THAT SERVICE.

01:49PM  12       SO EVERY STORE HAD SOME LEVEL OF BRANDING.  IT MAY NOT BE

01:49PM  13   THE EXACT BRANDING, BUT EVERY STORE HAD SIGNAGE IN THE FRONT OF

01:49PM  14   THE STORE AND SIGNAGE IN THE BACK BY THE PHARMACY, AND IF THE

01:49PM  15   SPACE WAS AVAILABLE, WE WOULD HAVE ADDITIONAL THERANOS BRANDING

01:49PM  16   ON TOP OF THAT.

01:49PM  17   Q.   BUT FOR THOSE NON-GOLD STORES, THERE WOULDN'T BE A

01:49PM  18   DEDICATED SPACE BUILT OUT JUST FOR THERANOS?

01:49PM  19   A.   NO.  THAT WAS THE WHOLE POINT OF THE GOLD, SILVER, AND

01:49PM  20   BRONZE.

01:49PM  21   Q.   OKAY.  LET'S GO TO EXHIBIT 1673 IN YOUR BINDER.

01:49PM  22       THIS IS AN EMAIL FROM APRIL 15TH, 2014, FROM YOURSELF; IS

01:50PM  23   THAT RIGHT?

01:50PM  24   A.   YES.

01:50PM  25   Q.   AND IT'S TO A PRETTY LARGE GROUP OF PEOPLE.

ER-2228

JHAVERI CROSS BY MR. COOPERSMITH                    3056

01:50PM   1            DO YOU SEE THAT?

01:50PM   2    A.    YES.

01:50PM   3    Q.    ONE OF THEM IS SOMEONE NAMED KERMIT CRAWFORD.

01:50PM   4            DO YOU SEE THAT?

01:50PM   5    A.    YES.

01:50PM   6    Q.    AND WHO IS THAT?

01:50PM   7    A.    KERMIT CRAWFORD WAS PRESIDENT AT THE TIME OF THE PHARMACY

01:50PM   8    AREA.

01:50PM   9    Q.    DO YOU RECALL A TIME THAT MR. CRAWFORD GOT A THERANOS

01:50PM   10   BLOOD TEST?

01:50PM   11   A.    I DON'T.

01:50PM   12   Q.    OKAY.  YOU DON'T HAVE A MEMORY?

01:50PM   13   A.    I DON'T REMEMBER HIM GETTING A BLOOD TEST.

01:50PM   14   Q.    OKAY.  ANYWAY, DOES THIS EMAIL RELATE TO THE OPENING OF

01:50PM   15   STORES IN PHOENIX?

01:50PM   16   A.    YES.  IT'S THE ANNOUNCEMENT FOR THE EIGHT ADDITIONAL

01:50PM   17   STORES THAT WE HAD JUST OPENED.

01:50PM   18   Q.    AND WAS THIS AN EMAIL INTERNAL TO WALGREENS?

01:50PM   19   A.    YES, IT WAS.

01:50PM   20   Q.    AND DID YOU USE EMAIL WITHIN WALGREENS TO COMMUNICATE WITH

01:50PM   21   YOUR COLLEAGUES ABOUT DIFFERENT PROGRAMS THAT WALGREENS HAD?

01:50PM   22   A.    YES.

01:50PM   23   Q.    AND INCLUDING THE THERANOS PROGRAM?

01:50PM   24   A.    YES, WE DID.

01:50PM   25   Q.    AND WOULD IT BE NECESSARY FOR YOU AND YOUR COLLEAGUES WHEN

ER-2229

01:51PM   1    YOU COMMUNICATED BY EMAIL TO MAKE SURE THAT YOU WERE

01:51PM   2    COMMUNICATING ACCURATE INFORMATION?

01:51PM   3    A.   YES.

01:51PM   4    Q.   AND WAS THERE A SYSTEM AT WALGREENS TO STORE EMAILS SO

01:51PM   5    THAT IF SOMEONE NEEDED TO REFER BACK TO SOMETHING, THEY COULD

01:51PM   6    DO THAT?

01:51PM   7    A.   YES.  AND I DON'T KNOW THE EXACT POLICY THAT WAS IN PLACE

01:51PM   8    AT THE TIME FOR RETENTION OF EMAILS, BUT, YES.

01:51PM   9    Q.   WHILE THEY WERE RETAINED, SOMEONE COULD REFER BACK TO

01:51PM  10    THEM?

01:51PM  11    A.   CORRECT.

01:51PM  12    Q.   TO GET THE INFORMATION THAT WAS COMMUNICATED IN THE EMAIL?

01:51PM  13    A.   THAT'S CORRECT.

01:51PM  14         MR. COOPERSMITH:  YOUR HONOR, WE OFFER 1673.

01:51PM  15         MR. SCHENK:  YOUR HONOR, I'M NOT SURE -- NO

01:51PM  16    OBJECTION.

01:51PM  17         I'M NOT SURE IT MATTERS, BUT IT GOES BOTH TO MS. HOLMES

01:51PM  18    AND MR. BALWANI.

01:51PM  19         I DON'T THINK IT'S INTERNAL.

01:51PM  20         THE COURT:  I'LL ADMIT IT, AND IT MAY BE PUBLISHED.

01:51PM  21    (GOVERNMENT'S EXHIBIT 1673 WAS RECEIVED IN EVIDENCE.)

01:51PM  22         MR. COOPERSMITH:  AND I THANK MR. SCHENK FOR HIS

01:51PM  23    OBSERVATION, YOUR HONOR.  THAT IS THE CASE.

01:51PM  24    Q.   IF YOU GO TO PAGE 1, IT SAYS, "GOOD AFTERNOON FOLKS.

01:51PM  25         "IN SEPTEMBER 2013, THERANOS AND WALGREENS ANNOUNCED A

ER-2230

01:52PM 1      LONG-TERM PARTNERSHIP TO BRING THERANOS'S NEW LAB TESTING

01:52PM 2      SERVICE TO WALGREENS STORES NATIONWIDE."

01:52PM 3           DO YOU SEE THAT?

01:52PM 4      A.   YES.

01:52PM 5      Q.   AND THEN IT SAYS, "THE FIRST THERANOS WELLNESS CENTER

01:52PM 6      OPENED THAT MONTH AT A WALGREENS IN PALO ALTO, WHERE THERANOS

01:52PM 7      IS HEADQUARTERED."

01:52PM 8           DO YOU SEE THAT?

01:52PM 9      A.   YES, I DO.

01:52PM 10     Q.   AND THEN IT SAYS, "WE THEN OPENED TWO ADDITIONAL LOCATIONS

01:52PM 11     IN THE PHOENIX METROPOLITAN AREA ON NOVEMBER 13TH, 2013."

01:52PM 12          DO YOU SEE THAT?

01:52PM 13     A.   YES.

01:52PM 14     Q.   AND THEN IT SAYS, "TODAY WE CELEBRATE THE EXPANSION OF

01:52PM 15     THERANOS WELLNESS CENTERS IN EIGHT ADDITIONAL STORES IN THE

01:52PM 16     PHOENIX METROPOLITAN AREA."

01:52PM 17          DO YOU SEE THAT?

01:52PM 18     A.   I DO.

01:52PM 19     Q.   AND THEN IT GOES ON, "THIS MARKS THE BEGINNING OF OUR

01:52PM 20     EXPANSION OF THERANOS WELLNESS CENTERS IN ARIZONA."

01:52PM 21          DO YOU SEE THAT?

01:52PM 22     A.   YES.

01:52PM 23     Q.   AND THEN IT GOES ON, "OUR PARTNER, THERANOS, HAS SUPPLIED

01:52PM 24     US WITH PHLEBOTOMISTS TO SUPPORT WALGREENS TECHNICIANS AS THEY

01:52PM 25     PERFORM LAB SERVICES."

01:52PM  1          DO YOU SEE THAT?

01:52PM  2     A.   YES.

01:52PM  3     Q.   AND WE TALKED ABOUT THIS BEFORE, BUT IT THERANOS THAT WAS

01:53PM  4     SUPPLYING THE PHLEBOTOMISTS AT THIS STAGE --

01:53PM  5               THE COURT:  IT WAS THERANOS THAT WAS PROVIDING

01:53PM  6     THE --

01:53PM  7               MR. COOPERSMITH:  YES, THANK YOU, YOUR HONOR.

01:53PM  8     Q.   JUST SO WE'RE CLEAR ON THE RECORD, AT THIS INITIAL STAGE,

01:53PM  9     IT WAS THERANOS THAT WAS PROVIDING THE PHLEBOTOMISTS?

01:53PM  10    A.   THAT'S CORRECT.

01:53PM  11    Q.   BUT THAT WOULD NOT ALWAYS BE THE CASE?

01:53PM  12    A.   THERE WAS DISCUSSION.  THERE WAS NO CONFIRMATION AS TO

01:53PM  13    WHAT WAS GOING TO BE THE GOING FORWARD PLAN.

01:53PM  14    Q.   BUT AFTER THIS INITIAL PHASE, THERANOS WAS NOT GOING TO BE

01:53PM  15    OBLIGATED UNLESS THERE WAS AN AGREEMENT TO PROVIDE

01:53PM  16    PHLEBOTOMISTS; RIGHT?

01:53PM  17    A.   RIGHT.  THE PHLEBOTOMISTS ARE -- AGAIN, JUST TO REITERATE,

01:53PM  18    THE PHLEBOTOMISTS WERE THERE PRIMARILY TO DO THE VENOUS DRAWS.

01:53PM  19    BECAUSE THE VENOUS DRAWS WERE STILL PRESENT IN THOSE LOCATIONS,

01:53PM  20    WE HAD TO HAVE PHLEBOTOMISTS.  THERANOS KNEW THAT.  WE KNEW

01:53PM  21    THAT.  AND THAT'S WHY WE PUT THOSE PHLEBOTOMISTS IN PLACE.

01:53PM  22    Q.   RIGHT.  AND THERE WERE STILL VENOUS DRAWS OR SOME LEVEL OF

01:53PM  23    VENOUS DRAWS, AT SOME POINT, WITHOUT SOME OTHER AGREEMENT WITH

01:54PM  24    THERANOS, WALGREENS MIGHT HAVE TO TAKE ON THAT COST; RIGHT?

01:54PM  25    A.   HYPOTHETICALLY, YES.

JHAVERI CROSS BY MR. COOPERSMITH                              3060

01:54PM  1    Q.   OKAY.  THEN IF YOU GO TO THE SECOND PAGE OF THE EXHIBIT,

01:54PM  2    THE LAST BULLET THERE READS, "FUTURE MARKET EXPANSION PLANS

01:54PM  3    OUTSIDE OUR NORTHERN CALIFORNIA OR PHOENIX MARKET.  ONLY

01:54PM  4    MENTION OUR RELATIONSHIP AND THAT THE COMPANIES PLAN TO OFFER

01:54PM  5    THE SERVICE AT WALGREENS LOCATIONS NATIONWIDE."

01:54PM  6         DO YOU SEE THAT?

01:54PM  7    A.   YES.

01:54PM  8    Q.   AND IT SAYS, "WE LOOK FORWARD TO EXPANDING IN THE PHOENIX

01:54PM  9    MARKET OVER THE NEXT FEW MONTHS AND PLAN TO EXPAND IN

01:54PM  10   ADDITIONAL MARKETS IN THE FUTURE."

01:54PM  11        DO YOU SEE THAT?

01:54PM  12   A.   YES.

01:54PM  13   Q.   AND THAT WAS WHAT YOUR GOAL WAS AT THE TIME YOU WROTE THIS

01:54PM  14   EMAIL?

01:54PM  15   A.   YES, ABSOLUTELY.  THE GOAL WAS TO EXPAND NATIONWIDE AND TO

01:54PM  16   FURTHER EXPAND BEYOND PHOENIX.

01:55PM  17        AGAIN, AS WE WERE MONITORING THE PILOT, WE WERE MONITORING

01:55PM  18   THE RESULTS AND THOSE DECISIONS WERE BEING MADE.

01:55PM  19   Q.   IF YOU GO TO -- THE NEXT EXHIBIT I WANT TO TALK ABOUT WITH

01:55PM  20   YOU IS 1708.  1708.

01:55PM  21        DO YOU SEE THIS IS AN EMAIL EXCHANGE BETWEEN YOU AND

01:55PM  22   MR. BALWANI ON MAY 6TH, 2014?

01:55PM  23   A.   YES, I DO.

01:55PM  24   Q.   AND IT CONCERNS DETAILS ABOUT VP VERSUS FS.

01:55PM  25        DO YOU SEE THAT?

ER-2233

01:55PM  1    A.   YES.

01:55PM  2    Q.   AND VP REFERS TO VENIPUNCTURE?

01:55PM  3    A.   CORRECT.

01:55PM  4    Q.   AND FS FINGERSTICK?

01:55PM  5    A.   YES.

01:55PM  6         MR. COOPERSMITH:  YOUR HONOR, WE OFFER 1708.

01:56PM  7         MR. SCHENK:  NO OBJECTION.

01:56PM  8         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:56PM  9         (GOVERNMENT'S EXHIBIT 1708 WAS RECEIVED IN EVIDENCE.)

01:56PM  10   BY MR. COOPERSMITH:

01:56PM  11   Q.   LET'S LOOK AT THE BOTTOM EMAIL BECAUSE THAT'S THE EARLIEST

01:56PM  12   IN TIME.

01:56PM  13        THIS IS FROM MR. BALWANI.

01:56PM  14        IT SAYS, "NIM,

01:56PM  15        "BEFORE WE COMMUNICATE AROUND VP/FS RATIO AND WHY IS THE

01:56PM  16   PERCENTAGE THE WAY IT IS ET CETERA TO THE FIELD, I WOULD LIKE

01:56PM  17   TO MAKE SURE WE ARE ON THE SAME PAGE ON WHAT TO COMMUNICATE."

01:56PM  18        DO YOU SEE THAT?

01:56PM  19   A.   I DO.

01:56PM  20   Q.   AND THEN IF YOU GO TO THE SECOND PARAGRAPH, IT SAYS, "ONE

01:56PM  21   THING I DIDN'T BRING UN," BUT MAYBE IT'S UP, "ON THE CALL (BUT

01:56PM  22   PERHAPS SHOULD HAVE) IS THAT WE DON'T HEAR DOCS OR PATIENTS

01:56PM  23   COMPLAINING ABOUT OUR VENIPUNCTURE PERCENTAGE BECAUSE THE

01:56PM  24   OVERALL VALUE OF OUR OFFERING IS SO MUCH HIGHER/BETTER THAN

01:56PM  25   ANYTHING IN THE MARKET."

JHAVERI CROSS BY MR. COOPERSMITH                    3062

01:56PM   1          DO YOU SEE THAT?

01:56PM   2     A.   I DO.

01:56PM   3     Q.   AND IT GOES ON, "I KNOW WAG TEAM CARES ABOUT REDUCING THIS

01:57PM   4     NUMBER SO WE CAN SCALE ACROSS THE NATION WITHOUT THE NEED FOR

01:57PM   5     PHLEBOTOMY AND WE AGREE WITH THAT.  HOWEVER, IN OUR OPINION,

01:57PM   6     THE FIELD SHOULD ONLY NEED TO KNOW THAT THIS RATIO VP/FS IS

01:57PM   7     GOING TO GO DOWN RAPIDLY AND NOT HOW."

01:57PM   8          DO YOU SEE THAT?

01:57PM   9     A.   YES, SIR.

01:57PM  10     Q.   AND YOU SEE MR. BALWANI IS TELLING YOU -- WELL, FIRST OF

01:57PM  11     ALL, THIS WAS ONE OF THE DISCUSSIONS YOU WERE HAVING WITH

01:57PM  12     MR. BALWANI ABOUT VENIPUNCTURE?

01:57PM  13     A.   YES.  WE COMMUNICATED OFTEN ABOUT THINGS LIKE THIS.

01:57PM  14     Q.   AND SOMETIMES ORALLY AND SOMETIMES BY EMAIL; CORRECT?

01:57PM  15     A.   CORRECT.

01:57PM  16     Q.   AND THIS HAPPENS TO BE AN EMAIL?

01:57PM  17     A.   THAT'S CORRECT.

01:57PM  18     Q.   AND HERE YOU SEE MR. BALWANI IS TELLING YOU THAT PATIENTS

01:57PM  19     AND DOCTORS ARE NOT COMPLAINING ABOUT VENIPUNCTURE PERCENTAGE.

01:57PM  20          DO YOU SEE THAT?

01:57PM  21     A.   I DO.

01:57PM  22     Q.   AND THEN HE ALSO SAYS THAT, IN HIS VIEW, THE OVERALL VALUE

01:57PM  23     OF OUR OFFERING IS SO MUCH HIGHER THAN ANYTHING IN THE MARKET.

01:57PM  24          DO YOU SEE THAT?

01:57PM  25     A.   YES, I DO.

JHAVERI CROSS BY MR. COOPERSMITH                    3063

01:57PM   1      Q.   YOU WRITE IN THE TOP EMAIL, "COMPLETELY UNDERSTAND AND

01:58PM   2      AGREE."

01:58PM   3      A.   YES.

01:58PM   4      Q.   "WE WILL NOT COMMUNICATE ANYTHING UNLESS YOU AND I BOTH

01:58PM   5      AGREE ON THE WHAT AND HOW OF THE COMMUNICATION.  DO NOT WORRY

01:58PM   6      MY FRIEND.  LET'S TOUCH BASE LATER THIS WEEK TO DEBRIEF ON THE

01:58PM   7      MEETING."

01:58PM   8           DO YOU SEE THAT?

01:58PM   9      A.   YES, I DO.

01:58PM   10     Q.   AND THIS IS THE SAME DAY AS ONE OF THOSE PARTNERSHIP

01:58PM   11     MEETINGS THAT YOU WERE TALKING ABOUT ON DIRECT EXAMINATION?

01:58PM   12     A.   I THINK IT WAS AN EXECUTIVE STEERING COMMITTEE MEETING

01:58PM   13     THAT DAY.

01:58PM   14     Q.   OKAY.  BUT IT'S THAT MEETING THAT IS BEING REFERRED TO?

01:58PM   15     A.   THAT'S RIGHT.

01:58PM   16     Q.   OKAY.  LET'S GO TO EXHIBIT 1711, WHICH IS ALREADY IN

01:59PM   17     EVIDENCE.

01:59PM   18          THIS IS THE MEETING YOU WERE TALKING ABOUT, THE EXECUTIVE

01:59PM   19     STEERING COMMITTEE?

01:59PM   20     A.   YES, IT IS.

01:59PM   21     Q.   AND IT WAS ON MAY 6TH, 2014?

01:59PM   22     A.   YES, SIR.

01:59PM   23     Q.   AND THE FIRST PAGE OF THIS EMAIL, AND IT'S FROM

01:59PM   24     PATTY HAWORTH, AND I THINK YOU TALKED ABOUT HER EARLIER; RIGHT?

01:59PM   25     A.   YES.

01:59PM   1    Q.   AND SHE WROTE, "SEE ATTACHED SLIDE DECK FOR THE DIAGNOSTIC

01:59PM   2    TESTING EXECUTIVE STEERING COMMITTEE MEETING TODAY."

01:59PM   3         DO YOU SEE THAT?

01:59PM   4    A.   YES.

01:59PM   5    Q.   AND MS. HAWORTH IS SOMEONE WORKED FOR WALGREENS?

01:59PM   6    A.   YES.

01:59PM   7    Q.   AND SHE WAS KEEPING THE MINUTES AND NOTES OF THESE

01:59PM   8    MEETINGS; RIGHT?

01:59PM   9    A.   YES, THAT'S CORRECT.

01:59PM  10    Q.   AND YOU KNEW HER TO DO SO ACCURATELY?

01:59PM  11    A.   YES.

01:59PM  12    Q.   AND THAT WAS THE GOAL FOR HER, RIGHT, TO MAKE SURE THE

01:59PM  13    MEETING MINUTES AND NOTES ACCURATELY REFLECTED WHAT ACTUALLY

01:59PM  14    HAPPENED AT THE MEETING; RIGHT?

01:59PM  15    A.   THAT'S CORRECT.

01:59PM  16    Q.   OKAY.  IF YOU GO TO PAGE 9, THIS HAS VARIOUS OPERATIONS

02:00PM  17    METRICS.

02:00PM  18         DO YOU SEE THAT?

02:00PM  19    A.   YES, I DO.

02:00PM  20    Q.   AND FOR -- I THINK YOU SAID ON DIRECT FOR THE AVERAGE

02:00PM  21    PATIENTS PER STORE PER DAY, THIS WAS ACTUALLY A VERY POSITIVE

02:00PM  22    DEVELOPMENT, GOING FROM .8 IN FEBRUARY TO 3.1 IN MAY?

02:00PM  23    A.   YES, THAT'S CORRECT.

02:00PM  24    Q.   AND THE AVERAGE CHECK IN TIME WAS MOVING IN A GOOD

02:00PM  25    DIRECTION?

02:00PM  1    A.   IT WAS.

02:00PM  2    Q.   AND THE AVERAGE CHECKIN TIME IS HOW LONG IT WOULD TAKE A

02:00PM  3    PATIENT TO CHECK IN WITH THE PERSON WHO GREETED WITH THEM AT

02:00PM  4    THE WALGREENS STORE; RIGHT?

02:00PM  5    A.   CORRECT.  JUST TO REEXPLAIN, WHEN A PATIENT WALKS INTO A

02:00PM  6    WALGREENS STORE AND THEY HAVE AN ORDER FOR A LAB TEST, THEY

02:00PM  7    HAVE TO GET CHECKED IN, JUST LIKE YOU GO TO A DOCTOR'S OFFICE

02:00PM  8    AND YOU GET CHECKED IN AND THEY ASK YOU FOR YOUR INSURANCE AND

02:00PM  9    THINGS OF THAT NATURE AND YOUR INFORMATION.

02:00PM  10        AND SO WE WERE MEASURING HOW LONG IT TOOK FOR A PATIENT TO

02:01PM  11   COME IN AND BE REGISTERED, SIGNED IN, AND READY TO BE IN A

02:01PM  12   POSITION TO BE -- TO HAVE THE BLOOD DRAWN.

02:01PM  13   Q.   RIGHT.  IF YOU GO TO PAGE 10, AND YOU TALKED ABOUT THIS

02:01PM  14   PAGE ON DIRECT, AND THIS IS ABOUT VENOUS DRAWS IN PARTICULAR.

02:01PM  15   A.   YES, SIR.

02:01PM  16   Q.   AND THEN THERE'S A SECTION, WHY HIGHER NUMBER OF

02:01PM  17   VENOUS DRAWS NUMBERS SO FAR?

02:01PM  18   A.   YES, SIR.

02:01PM  19   Q.   AND YOU UNDERSTAND THAT IF A PATIENT CAME IN WITH A

02:01PM  20   PHYSICIAN'S ORDER TO GET THEIR BLOOD TESTED AT ONE OF THESE

02:01PM  21   WALGREENS STORES AND THE PATIENT HAD, FOR EXAMPLE, TEN

02:01PM  22   DIFFERENT TESTS HIS PHYSICIAN WANTED, AND THAT NINE OF THEM

02:01PM  23   WERE AVAILABLE ON FINGERSTICK AND ONE OF THEM WAS NOT AVAILABLE

02:01PM  24   ON FINGERSTICK, THAT WOULD MEAN THAT ALL OF THE TESTS WOULD

02:01PM  25   THEN BE DONE ON VENOUS DRAW?

JHAVERI CROSS BY MR. COOPERSMITH                3066

02:01PM  1    A.   THAT'S CORRECT.

02:01PM  2         THE THERANOS TEAM AND THE WALGREENS TEAM, WE HAD DECIDED

02:01PM  3    THAT IN ORDER TO MAKE SURE THE EXPERIENCE FOR THE PATIENT WAS

02:01PM  4    BETTER, THAT RATHER THAN HAVING MULTIPLE PRICKS AND STICKS,

02:02PM  5    SORT OF SAY, THAT WE COULD DO IT ONE WAY, THE WAY THAT WE COULD

02:02PM  6    DO ALL OF THE TESTS.

02:02PM  7         SO YES, IN YOUR EXAMPLE, THAT PATIENT WOULD GET A

02:02PM  8    VENOUS DRAW.

02:02PM  9    Q.   SO IN OTHER WORDS, NO POINT IN DOING A FINGERSTICK IF

02:02PM  10   YOU'RE GOING TO HAVE TO DO A VENOUS DRAW ANYWAY?

02:02PM  11   A.   THAT'S RIGHT.

02:02PM  12   Q.   AND IN MY EXAMPLE, ONLY ONE OF THE TEN TESTS, THAT WOULD

02:02PM  13   BE A VENOUS DRAW; RIGHT?

02:02PM  14   A.   IN THAT EXAMPLE, YES.

02:02PM  15   Q.   SO YOU UNDERSTAND IN THE COURSE OF THE WORK THAT YOU WERE

02:02PM  16   DOING WITH THERANOS, THERE WAS A LOGISTICAL CHALLENGE ON SORT

02:02PM  17   OF OPTIMIZING WHICH TESTS WERE AVAILABLE TO MAKE SURE THAT YOU

02:02PM  18   COULD TRY TO GET THE -- OR TRY AT LEAST TO GET THE FINGERSTICK

02:02PM  19   PERCENTAGE TO BE HIGHER; RIGHT?

02:02PM  20   A.   SAY THAT QUESTION AGAIN.

02:02PM  21   Q.   SURE.  YOU KNOW, IF -- WITHIN THERANOS, YOU UNDERSTOOD

02:02PM  22   THAT THEY WOULD HAVE TO FIGURE OUT WHAT THE MOST COMMONLY

02:02PM  23   ORDERED TESTS WERE AND TRY TO, IF POSSIBLE, MAKE THOSE

02:02PM  24   AVAILABLE ON FINGERSTICK SO THAT THEY COULD AVOID HAVING TO DO

02:02PM  25   VENOUS DRAWS AS MUCH AS THEY COULD; RIGHT?

02:02PM  1              MR. SCHENK:  OBJECTION.  SPECULATION.

02:03PM  2              THE COURT:  SUSTAINED.

02:03PM  3     BY MR. COOPERSMITH:

02:03PM  4     Q.   DO YOU KNOW THAT?  DO YOU HAVE ANY PERSONAL KNOWLEDGE OF

02:03PM  5     HOW THERANOS WENT ABOUT DETERMINING WHICH TESTS IT WOULD USE

02:03PM  6     AND IT WOULD COLLECT WITH A FINGERSTICK COMPARED TO WHICH TESTS

02:03PM  7     IT WOULD COLLECT ON A VENOUS DRAW?

02:03PM  8     A.   WHAT I KNEW -- AND AGAIN, THIS WAS IN MY DISCUSSION WITH

02:03PM  9     MR. BALWANI -- IS THEY WERE CONSTANTLY DETERMINING HOW BEST TO

02:03PM 10     MANAGE THE PATTERNS THAT WERE COMING IN FOR THOSE TESTS, AND

02:03PM 11     BASED ON THOSE PATTERNS, THEY HAVE TO COMPARE THOSE CARTRIDGES

02:03PM 12     TO BE ABLE TO MEET THOSE PATTERNS.

02:03PM 13          AND AS THEY UNDERSTOOD MORE AND AS THEY WERE ABLE TO

02:03PM 14     DETERMINE WHAT THOSE PATTERNS LOOKED LIKE, THE VENOUS DRAW WILL

02:03PM 15     CONTINUE TO DECLINE.

02:03PM 16     Q.   THAT WAS THE GOAL?

02:03PM 17     A.   THAT WAS THE GOAL.

02:03PM 18     Q.   RIGHT.  BUT IT SOUNDS LIKE THEN YOU WERE AWARE, WITHIN

02:03PM 19     THERANOS, THEY HAD SOME WORK TO DO TO FIGURE OUT ORDERING

02:03PM 20     PATTERNS AND HOW TO OPTIMIZE THE AMOUNT OF FINGERSTICKS; RIGHT?

02:03PM 21     A.   CORRECT.  THE ISSUE THAT, AGAIN, I UNDERSTOOD BASED ON MY

02:03PM 22     DISCUSSION WITH MR. BALWANI WAS THAT IT WAS THE ORDERING

02:04PM 23     PATTERNS THAT THEY WERE TRYING TO DETERMINE.

02:04PM 24          CERTAINLY THE TECHNOLOGY WAS READY AND BEING USED, BUT IT

02:04PM 25     IS THE ORDERING PATTERNS AND WHAT PHYSICIANS WERE ORDERING IN

ER-2240

JHAVERI CROSS BY MR. COOPERSMITH                              3068

02:04PM  1    THAT PARTICULAR MARKETPLACE THAT THEY WERE TRYING TO DETERMINE.

02:04PM  2    Q.   OKAY.  AND AT THE TIME I BELIEVE YOU SAID THAT THE AMOUNT

02:04PM  3    OF FINGERSTICK WAS ABOUT 60 PERCENT?

02:04PM  4    A.   IT WAS ABOUT 60 PERCENT, CORRECT.

02:04PM  5    Q.   OKAY.  AND IN THIS PARTICULAR EXHIBIT, EXHIBIT 1711, IT'S

02:04PM  6    WITH 61 PERCENT, TO BE PRECISE, IN MAY; RIGHT?

02:04PM  7    A.   IN MAY, YES, THAT'S CORRECT.

02:04PM  8    Q.   OKAY.  AND IF YOU COULD TURN TO PAGE 13.

02:04PM  9         I THINK YOU LOOKED AT THIS ON DIRECT EXAMINATION AS WELL.

02:04PM 10    AND THIS IS CALLED CREATIVE EXPRESSION.  AND IT READS, "CONCEPT

02:04PM 11    OF WHAT OUT-OF-STORE MARKETING MAY LOOK LIKE STARTING IN

02:05PM 12    PHOENIX IN AUGUST AND SEPTEMBER (FINAL CREATIVE AND TACTICS TO

02:05PM 13    COME)."

02:05PM 14         DO YOU SEE THAT?

02:05PM 15    A.   YES.

02:05PM 16    Q.   AND SO THIS WAS TALKING ABOUT WHAT COULD BE USED FOR

02:05PM 17    MARKETING IN PHOENIX; RIGHT?

02:05PM 18    A.   THAT'S RIGHT.

02:05PM 19    Q.   AND IT WASN'T WHAT WAS ACTUALLY ON THE GROUND IN MAY OF

02:05PM 20    2014?

02:05PM 21    A.   I COULDN'T TELL YOU EXACTLY WHAT WAS ON THE GROUND, BUT

02:05PM 22    THIS IS AN EXAMPLE OF WHAT COULD BE OUR MARKETING TOOLS.

02:05PM 23    Q.   AND YOU DON'T KNOW WHETHER THIS EXACT LAYOUT THAT YOU'RE

02:05PM 24    SEEING ON PAGE 13 WAS ACTUALLY IMPLEMENTED IN PHOENIX?

02:05PM 25    A.   I DON'T REMEMBER.

ER-2241

02:05PM 1    Q.   GOING TO PAGE 15.  WELL, LET'S GO TO 14 ACTUALLY.

02:05PM 2         SO ON 14, IT'S CALLED INFORMATION TECHNOLOGY INTEGRATION?

02:05PM 3    A.   YES, SIR.

02:05PM 4    Q.   AND THIS HAS TO DO WITH COMPUTER SYSTEMS?

02:05PM 5    A.   YES.

02:05PM 6    Q.   AND AS PART OF THE WORK THAT YOU AND YOUR TEAM AT

02:05PM 7    WALGREENS WERE DOING WITH THERANOS, THERE WAS A NEED TO

02:06PM 8    INTEGRATE SYSTEMS TO SOME EXTENT?

02:06PM 9    A.   THAT'S CORRECT.

02:06PM 10   Q.   AND THIS WAS AN ONGOING PROJECT?

02:06PM 11   A.   WHEN YOU SAY "ONGOING PROJECT," WHAT DO YOU MEAN BY THAT?

02:06PM 12   Q.   DURING THE TIME THAT THE WALGREENS PROJECT WAS ACTIVE AND

02:06PM 13   YOU WERE WORKING ON IT, THIS ISSUE OF SYSTEMS INTEGRATION CAME

02:06PM 14   UP REPEATEDLY?

02:06PM 15   A.   CORRECT, CORRECT.

02:06PM 16   Q.   AND FROM YOUR OBSERVATION, DID IT APPEAR THAT THERANOS WAS

02:06PM 17   DILIGENTLY TRYING TO GET THEIR PART OF THAT DONE?

02:06PM 18   A.   YES.

02:06PM 19   Q.   AND FROM THE WALGREENS SIDE, DID THE WALGREENS I.T. TEAM

02:06PM 20   SEEM TO BE DILIGENTLY TRYING TO GET THAT DONE?

02:06PM 21   A.   YES.

02:06PM 22   Q.   AND IS IT FAIR TO SAY THAT THE WALGREENS I.T. TEAM WAS

02:06PM 23   SOMETIMES A LITTLE BIT SLOWER THAN YOU MIGHT HAVE PREFERRED?

02:06PM 24   A.   I WOULDN'T SAY SLOWER.  THE COMPLEXITIES OF WALGREENS'S

02:06PM 25   INFRASTRUCTURE WAS LARGE.  WE WERE DEALING WITH MULTIPLE

02:06PM   1    SYSTEMS, MULTIPLE PLATFORMS, MULTIPLE BUSINESSES, AND SO

02:06PM   2    INTEGRATING INTO A WALGREENS SYSTEM TOOK MORE TIME.  IT WAS

02:06PM   3    MORE COMPLEX.

02:06PM   4         SO I WOULDN'T DESCRIBE IT AS SLOW.  I WOULD SAY IT TAKES

02:07PM   5    TIME TO INCORPORATE INTO A LARGE FORTUNE 30 CORPORATION AND THE

02:07PM   6    SYSTEMS THAT WE HAD.

02:07PM   7         AND SO AT TIMES THAT WAS A LIMITING FACTOR IN HOW FAST WE

02:07PM   8    COULD MOVE.

02:07PM   9    Q.   OKAY.  GOING INTO PAGE 15.  YOU SEE THIS DIAGNOSTIC

02:07PM  10    TESTING TIMELINE?

02:07PM  11    A.   YES.

02:07PM  12    Q.   AND I WON'T TRY TO MAKE YOU READ THE LANGUAGE, IT'S A

02:07PM  13    LITTLE BLURRY, BUT JUST TO SAY THERE'S A LOT OF FACTORS THAT GO

02:07PM  14    INTO THIS PROJECT WITH THERANOS AND A LOT OF WORK HAS TO GET

02:07PM  15    DONE TO OPEN UP 1 STORE, LET ALONE 10 STORES OR 100 STORES?

02:07PM  16    A.   THAT'S ACCURATE.

02:07PM  17    Q.   AND PAGE 15.  YOU SEE PATIENT FEEDBACK?

02:07PM  18    A.   YES.

02:07PM  19    Q.   AND LET'S JUST LOOK AT SOME OF THAT.

02:07PM  20         THE FIRST ONE SAYS, "I USUALLY GO TO LAB EXPRESS TO HAVE

02:07PM  21    MY LAB WORK DONE.  WHEN I GO THERE IT COSTS ME $110," I THINK

02:08PM  22    IS WHAT IT SAYS.  "WITH YOU IT COSTS ME $17."

02:08PM  23    A.   YES.

02:08PM  24    Q.   THAT'S SORT OF THE FAVORABLE PRICING THAT WE WERE TALKING

02:08PM  25    ABOUT BEFORE?

02:08PM   1      A.   THAT'S RIGHT.

02:08PM   2      Q.   AND ANOTHER CUSTOMER AT A DIFFERENT STORE, OR I GUESS IT'S

02:08PM   3      THE SAME STORE, 3464, "I HAVE BEEN PUTTING OFF MY LAB WORK FOR

02:08PM   4      A YEAR BECAUSE ANOTHER LAB QUOTED ME $1,000 FOR THESE TESTS.

02:08PM   5      TODAY'S VISIT COST LESS THAN $100 FOR ME."

02:08PM   6           RIGHT?

02:08PM   7      A.   YES.

02:08PM   8      Q.   AND IT'S FAIR TO SAY THAT SOME OF THE PATIENT FEEDBACK

02:08PM   9      RELATED TO PRICE?

02:08PM  10      A.   YES, ABSOLUTELY.

02:08PM  11      Q.   AND GENERALLY YOU WERE SEEING SOME POSITIVE FEEDBACK FROM

02:08PM  12      PATIENTS ON THE ISSUE OF PRICE?

02:08PM  13      A.   YES.  YEAH.  COULD YOU RE-ASK THE QUESTION?  I'M SORRY.

02:08PM  14      Q.   OH, OF COURSE.

02:08PM  15           SO GENERALLY, IN 2014, LET'S MAKE IT MORE SPECIFIC, THERE

02:09PM  16      WERE PATIENTS WHO COMMENTED FAVORABLY ABOUT THE SERVICE IN

02:09PM  17      TERMS OF THE PRICE ASPECT OF IT?

02:09PM  18      A.   YES, THERE WERE.

02:09PM  19      Q.   AND OTHER ASPECTS OF THE SERVICE AS WELL WERE SUBJECT TO

02:09PM  20      FAVORABLE COMMENTS?

02:09PM  21      A.   WE DID RECEIVE FAVORABLE COMMENTS, AND WE ALSO RECEIVED

02:09PM  22      FAVORABLE NUMBERS FROM THE ASSESSMENT THAT I TALKED ABOUT

02:09PM  23      EARLIER AFTER THE BLOOD DRAW WAS DONE.

02:09PM  24           SO, YES, THE CUSTOMERS AND THE PATIENTS DID REACT

02:09PM  25      POSITIVELY.

02:09PM  1    Q.   AND SOME PEOPLE COMPLAINED FROM TIME TO TIME; RIGHT?

02:09PM  2    A.   SURE, YES.

02:09PM  3    Q.   AND THE COMPLAINTS WERE ABOUT THINGS LIKE THE BATHROOM

02:09PM  4    WASN'T CLEAN ENOUGH, THINGS LIKE THAT; RIGHT?

02:09PM  5    A.   THE BATHROOM WASN'T CLEAN ENOUGH, THE CHECK IN TIME WAS

02:09PM  6    TOO LONG, OR MAYBE THEY WAITED TOO LONG IN THE WAITING AREA.

02:09PM  7         THOSE WERE THE PRIMARY ONES THAT I REMEMBER.

02:09PM  8    Q.   AND YOU TOOK THOSE COMPLAINTS SERIOUSLY; RIGHT?

02:09PM  9    A.   YES, WE DID.

02:09PM  10   Q.   POSITIVE AND NEGATIVE?

02:09PM  11   A.   YES, WE DID.

02:09PM  12   Q.   AND ARE YOU AWARE THAT WHEN PATIENTS FILLED OUT THIS

02:10PM  13   SURVEY, I THINK YOU SAID ON DIRECT IT HAD TO DO WITH A TABLET

02:10PM  14   THAT WOULD BE PROVIDED TO THEM AT THE TIME THAT THEY WERE AT

02:10PM  15   THE WALGREENS STORE?

02:10PM  16   A.   CORRECT.  SO THEY WERE -- EITHER THE PHARMACY TECHNICIAN

02:10PM  17   OR THE PHLEBOTOMIST, DEPENDING ON WHAT THE DRAW WAS, WOULD HAND

02:10PM  18   THE PATIENT A TABLET TO ANSWER A FEW QUESTIONS TO JUST GET

02:10PM  19   THEIR INITIAL FEEDBACK RIGHT AFTER THE DRAW.

02:10PM  20        AND AGAIN, THE SCALE WAS 1 TO 5, 5 BEING A GREAT

02:10PM  21   EXPERIENCE.

02:10PM  22        AND SO WE WOULD GET REPORTS ON WHAT THE PATIENTS WERE

02:10PM  23   SAYING BASED ON THAT.

02:10PM  24   Q.   AND YOU'RE AWARE THAT IF PATIENTS WANTED TO, THEY COULD

02:10PM  25   GIVE THE FEEDBACK LATER AS WELL; RIGHT?

02:10PM   1        A.   YES.

02:10PM   2        Q.   SO THEY DIDN'T HAVE TO DO IT RIGHT IN THE STORE?

02:10PM   3        A.   NO.  BUT AS MOST MARKETING EXPERTS WILL TELL YOU, YOU WANT

02:10PM   4        TO ASSESS THE PATIENT AT THE TIME OF RECEIVING THE SERVICE,

02:10PM   5        THAT'S WHEN IT IS FRESH, IT IS NEW, THEY JUST EXPERIENCED IT,

02:10PM   6        AND YOU'LL GET THE MOST ACCURATE PERCEPTION OF WHAT THEY

02:11PM   7        EXPERIENCED.

02:11PM   8             SO THAT'S WHY WE DID IT AT THAT TIME.

02:11PM   9        Q.   RIGHT.  BUT IF PATIENTS WANTED TO, YOU'RE AWARE THAT THEY

02:11PM  10        COULD HAVE DONE IT LATER AS WELL; RIGHT?

02:11PM  11        A.   YES, ABSOLUTELY.

02:11PM  12        Q.   AND SOME PEOPLE DID THAT?

02:11PM  13        A.   YES.  I DON'T RECALL ANYBODY THAT DID THAT, BUT YES.

02:11PM  14        Q.   OKAY.  CAN WE GO TO EXHIBIT 20234.

02:11PM  15        A.   I'M SORRY, SIR.  WHAT WAS THE NUMBER?

02:11PM  16        Q.   20234.

02:11PM  17             MR. JHAVERI, DO YOU RECOGNIZE THIS AS AN EMAIL STRING

02:11PM  18        AMONG YOU, MR. BALWANI, AND CASEY KOZLOWSKI?

02:11PM  19        A.   YES.

02:11PM  20        Q.   AND WHO IS CASEY KOZLOWSKI?

02:11PM  21        A.   CASEY KOZLOWSKI WAS A DIRECTOR ON MY TEAM THAT REPORTED TO

02:12PM  22        ME WHO WAS DIRECTLY RESPONSIBLE FOR THE PARTNERSHIP.

02:12PM  23        Q.   OKAY.  AND THIS STRING IS DATED MAY 24TH OF 2014?

02:12PM  24        A.   YES.

02:12PM  25             MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20234.

02:12PM   1                    MR. SCHENK:  NO OBJECTION.

02:12PM   2                    THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:12PM   3            (DEFENDANT'S EXHIBIT 20234 WAS RECEIVED IN EVIDENCE.)

02:12PM   4      BY MR. COOPERSMITH:

02:12PM   5      Q.   LET'S START WITH THE EMAIL AT THE BOTTOM OF PAGE 1, AND

02:12PM   6      YOU SEE THERE'S AN EMAIL AT 10:11 P.M. FROM MR. BALWANI, AND IT

02:12PM   7      SAYS "FYI.  YOU HAVE PROBABLY ALREADY SEEN THIS."

02:12PM   8            DO YOU SEE THAT?

02:12PM   9      A.   YES, I DO.

02:12PM  10      Q.   AND IF YOU GO TO THE NEXT PAGE, AND THERE'S ANOTHER EMAIL

02:12PM  11      FROM RYAN KARPEL.

02:12PM  12            DO YOU SEE THAT?

02:12PM  13      A.   I DO.

02:12PM  14      Q.   AND DO YOU KNOW WHO RYAN KARPEL IS?

02:12PM  15      A.   HE WAS ONE OF THE TEAM MEMBERS AT THERANOS.

02:12PM  16      Q.   AND IF YOU GO TO PAGE 3, YOU SEE THAT HE HAS A SIGNATURE

02:12PM  17      BLOCK?

02:12PM  18      A.   YES.

02:12PM  19      Q.   AND DOES THAT HELP YOU?

02:12PM  20      A.   YES.

02:12PM  21      Q.   HE'S A PROGRAM MANAGER AT THERANOS; RIGHT?

02:13PM  22      A.   SIMILAR TO PATTY HAWORTH AT WALGREENS.

02:13PM  23      Q.   OKAY.  SORT OF THE COUNTERPART?

02:13PM  24      A.   CORRECT.

02:13PM  25      Q.   OKAY.  IF YOU GO TO PAGE 2, THAT EMAIL FROM MR. KARPEL

02:13PM  1    SAYS, "MAHESH AND TEAM.

02:13PM  2         "DURING THE PAST WEEK, WE WENT TO ALL OF THE WAVE 3

02:13PM  3    STORES.  BELOW ARE ACTION ITEMS BASED ON OUR FINDINGS FROM THE

02:13PM  4    VISITS THAT WE WANTED TO BRING TO YOUR ATTENTION.  I UNDERSTAND

02:13PM  5    THAT MOST OF THESE WILL LIKELY BE COMPLETE WELL IN ADVANCE OF

02:13PM  6    JUNE 5TH, HOWEVER, WE WANT TO MAKE SURE THAT THIS IS ON

02:13PM  7    EVERYONE'S RADAR."

02:13PM  8         DO YOU SEE THAT?

02:13PM  9    A.   YES.

02:13PM  10   Q.   AND THEN THE LIST BELOW THAT HAS STORE NUMBERS.

02:13PM  11        DO YOU SEE THAT?

02:13PM  12   A.   I DO.

02:13PM  13   Q.   AND SO THOSE WERE DIFFERENT STORES THAT THERANOS WAS

02:13PM  14   OPERATING IN THAT WALGREENS HAD?

02:13PM  15   A.   YES, SIR.

02:13PM  16   Q.   AND IF YOU GO THROUGH THE LIST THERE, IT'S BASICALLY

02:13PM  17   MAKING A BIT OF A PUNCH LIST FOR THINGS THAT MAYBE NEEDED TO BE

02:13PM  18   IMPROVED AT THOSE STORES?

02:13PM  19   A.   THAT'S CORRECT.

02:13PM  20   Q.   IF YOU GO TO THE FIRST PAGE, YOU WROTE, ON MAY 24TH, TO

02:14PM  21   MR. BALWANI WITH A COPY TO MR. KOZLOWSKI, "THIS IS GREAT INFO.

02:14PM  22   WE SHOULD DISCUSS NEXT WEEK ON HOW WE CAN MANAGE THESE BEFORE

02:14PM  23   LAUNCH EVEN NOT EFFECTIVELY."

02:14PM  24        AND IT SAYS, "CASEY -- LET'S THINK THRU A COMBINED

02:14PM  25   CHECKLIST THAT CAN BE USED BY OPERATIONS AS A PRELAUNCH

JHAVERI CROSS BY MR. COOPERSMITH                    3076

02:14PM  1    READINESS CHECKLIST."

02:14PM  2        DO YOU SEE THAT?

02:14PM  3    A.   I DO.

02:14PM  4    Q.   SO AT THE TIME, THIS WAS USEFUL INFORMATION TO YOU TO TRY

02:14PM  5    TO IMPROVE THINGS; RIGHT?

02:14PM  6    A.   YES.

02:14PM  7    Q.   AND THEN IF YOU ABOVE THAT, MR. BALWANI WROTE, "IT WILL BE

02:14PM  8    MOST USEFUL TO HAVE A LOCAL TEAM/INDIVIDUAL WHO CAN WORK WITH

02:14PM  9    MY LOCAL TEAM SO WE HAVE A COMBINED PROJECT PLAN.  CURRENTLY

02:14PM 10    OUR MANAGEMENT TEAM GOES TO STORES ALMOST EVERY DAY AND

02:14PM 11    COMPILES THESE TO DO LISTS AND ISSUES LIST BUT AS THE NUMBER

02:14PM 12    INCREASES, WE WON'T BE ABLE TO DO THIS."

02:14PM 13        DO YOU SEE THAT?

02:14PM 14    A.   YES.

02:14PM 15    Q.   AND SO DO YOU UNDERSTAND THAT WHAT IS BEING COMMUNICATED

02:14PM 16    THERE IS AS THE PROJECT EXPANDS AND THERE ARE MORE STORES, IT

02:15PM 17    WILL BE HARDER TO SEND TEAMS TO DO THIS KIND OF PUNCH LIST FOR

02:15PM 18    EVERY STORE?

02:15PM 19    A.   YES, ABSOLUTELY.  PART OF THE RESOLUTION FOR THIS -- AND

02:15PM 20    MAYBE YOU'RE GETTING TO IT -- IS WE CREATED SOMETHING CALLED

02:15PM 21    BAFT TEAMS, B-A-F-T, TO DO JUST THAT, IS TO GO INTO STORES AND

02:15PM 22    MAKE SURE THAT THE EXPERIENCE WAS RIGHT, TO MAKE SURE THAT

02:15PM 23    THERE WAS NO PUNCH LIST OUTSTANDING ITEMS.

02:15PM 24        AND SO THAT WAS PART OF THE OPERATIONAL PROCEDURES THAT WE

02:15PM 25    PUT INTO PLACE TO ENSURE THAT WE WERE ADDRESSING ANY OF THE

02:15PM 1    ISSUES THAT WE HAD.

02:15PM 2    Q.   OKAY.  GOING ON WITH THIS SAME EXHIBIT, MR. BALWANI WROTE,

02:15PM 3    "MOREOVER, AT 20 STORES NOW AND 30 SOON, WE ARE PAST 'PILOT

02:15PM 4    PHASE.'  IT MAY BE A PILOT FOR WAG IN GENERAL (GIVEN 8,000 PLUS

02:15PM 5    STORES), BUT FROM ARIZONA MARKET PERSPECTIVE, ANYTHING IN 20

02:15PM 6    TO 40 STORES IS A REAL DEAL, SO HAVING A LOCAL TEAM IN FIELD

02:16PM 7    FOCUSSED ON MAKING THERANOS SUCCESSFUL IS CRITICAL IN OUR

02:16PM 8    OPINION."

02:16PM 9        DO YOU SEE THAT?

02:16PM 10   A.   YES.

02:16PM 11   Q.   AND THEN YOU RESPONDED TO MR. BALWANI AT THE TOP?

02:16PM 12   A.   YES.

02:16PM 13   Q.   AND YOU WROTE, "AGREED SUNNY.  WE NEED TO REFRAME OUR

02:16PM 14   THINKING NOW TOWARDS A SCALE PERSPECTIVE -- NOT SIMPLY A

02:16PM 15   PILOT."

02:16PM 16       RIGHT?

02:16PM 17   A.   CORRECT.

02:16PM 18   Q.   AND THAT'S WHAT YOU BELIEVED AT THE TIME?

02:16PM 19   A.   THAT'S RIGHT.

02:16PM 20           THE COURT:  LET'S TAKE A BREAK NOW.  LET'S TAKE

02:16PM 21   ABOUT 20 MINUTES, PLEASE.  LET'S TAKE ABOUT 20 MINUTES.

02:16PM 22           MR. COOPERSMITH:  YES, YOUR HONOR.

02:16PM 23           THE COURT:  ALL RIGHT.  THANK YOU.

02:16PM 24       (RECESS FROM 2:16 P.M. UNTIL 2:38 P.M.)

02:38PM 25           THE COURT:  PLEASE BE SEATED.  WE'RE BACK ON THE

02:38PM   1      RECORD.

02:38PM   2            ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.

02:38PM   3            MR. COOPERSMITH, WOULD YOU LIKE TO CONTINUE.

02:38PM   4              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

02:38PM   5      Q.   MR. JHAVERI, I'D LIKE TO RETURN TO ONE EXHIBIT WE LOOKED

02:38PM   6      AT EARLIER AND I HAD A QUESTION FOR YOU.  IF YOU COULD GO TO

02:38PM   7      EXHIBIT 1113.

02:39PM   8            IT'S THAT SENTENCE THAT WE WERE LOOKING AT EARLIER?

02:39PM   9              THE COURT:  GIVE US JUST A SECOND, MR. COOPERSMITH.

02:39PM  10              MR. COOPERSMITH:  YES, YOUR HONOR.

02:39PM  11              THE COURT:  I KNOW THIS WON'T SURPRISE ANYONE,

02:39PM  12      THERE'S AN ELECTRICAL PROBLEM WITH THE MICROPHONES.

02:39PM  13              THE CLERK:  WE'RE JUST GOING TO RESET.  OKAY.

02:39PM  14              THE COURT:  IT LOOKS LIKE WE'RE GOOD.

02:39PM  15              MR. COOPERSMITH:  GREAT.

02:39PM  16              THE COURT:  THANK YOU.

02:39PM  17      BY MR. COOPERSMITH:

02:39PM  18      Q.   OKAY.  MR. JHAVERI, I'M LOOKING AT THE -- I DON'T SEE

02:39PM  19      ANYTHING ON THE SCREEN.  THERE WE GO.  EVERYONE CAN SEE THEIR

02:39PM  20      SCREENS HOPEFULLY.

02:39PM  21            THE SENTENCE WE WERE LOOKING AT EARLIER, "THE SAMPLES ARE

02:39PM  22      EITHER TAKEN FROM A TINY FINGERSTICK OR A MICRO-SAMPLE TAKEN

02:39PM  23      FROM TRADITIONAL METHODS."

02:39PM  24            DO YOU SEE THAT?

02:39PM  25      A.   YES, SIR.

02:39PM  1    Q.   AND THIS WAS ONE OF THE TWO PRESS RELEASES THAT WE LOOKED

02:39PM  2    AT WHEN THE LAUNCH HAPPENED; RIGHT?

02:39PM  3    A.   THAT'S CORRECT.

02:39PM  4    Q.   OKAY.  AND I JUST WANTED TO MAKE SURE THAT WE UNDERSTAND

02:40PM  5    THIS CONCEPT OF MICRO SAMPLE.

02:40PM  6         SO THERE ARE REALLY THREE TYPES BLOOD DRAWS; IS THAT

02:40PM  7    CORRECT?  ONE IS A FINGERSTICK DRAW; THERE'S A TRADITIONAL

02:40PM  8    VENOUS DRAW; AND THEN THERE'S A MICRO SAMPLE DRAW FROM THE ARM

02:40PM  9    AS WELL; CORRECT?

02:40PM  10   A.   ARE YOU REFERRING TO THE PEDIATRIC DOSE?

02:40PM  11   Q.   YES.  IS THAT SOMETIMES REFERRED TO AS A BUTTERFLY NEEDLE?

02:40PM  12   A.   YES, IT IS.

02:40PM  13   Q.   AND THAT'S THE MICRO SAMPLE TAKEN BY TRADITIONAL METHODS?

02:40PM  14   A.   YES.

02:40PM  15   Q.   AND THAT'S CONSIDERED A VENOUS DRAW AS WELL; RIGHT?

02:40PM  16   A.   IT IS.  SO JUST TO BE SURE, I WAS CATEGORIZING IT AS TWO

02:40PM  17   DRAWS, FINGERSTICK, VENOUS DRAW, AND WITHIN THE VENOUS DRAW,

02:40PM  18   THERE'S A PEDIATRIC AND A TRADITIONAL VENOUS DRAW AS WELL.

02:40PM  19   Q.   ALL RIGHT.  SO THE MICRO SAMPLE TAKEN FROM TRADITIONAL

02:40PM  20   METHODS, THAT WOULD BE THIS BUTTERFLY NEEDLE OR PEDIATRIC DOSE

02:41PM  21   METHOD; RIGHT?

02:41PM  22   A.   THAT'S RIGHT.

02:41PM  23   Q.   AND THAT WOULD ALSO BE FROM THE ARM SO IT'S CONSIDERED A

02:41PM  24   VENOUS DRAW?

02:41PM  25   A.   THAT WOULD BE CONSIDERED A VENOUS DRAW.

JHAVERI CROSS BY MR. COOPERSMITH                    3080

02:41PM  1     Q.   OKAY.  THANK YOU.

02:41PM  2          LET'S GO TO EXHIBIT 1755, WHICH I BELIEVE IS ALREADY IN

02:41PM  3     EVIDENCE.

02:41PM  4          THESE WERE THE PARTNERSHIP MEETING MINUTES FROM THE

02:41PM  5     MAY 2014 MEETING; RIGHT?

02:41PM  6     A.   YES.

02:41PM  7     Q.   AND, AGAIN, MS. HAWORTH SENT THE MINUTES?

02:41PM  8     A.   YES.

02:41PM  9     Q.   AND ON THE FIRST LIST IS THE ACTION ITEMS.

02:41PM 10          DO YOU SEE THAT?

02:41PM 11     A.   YES.

02:41PM 12     Q.   AND ONE OF THEM, I THINK IT'S NUMBER 5, IS "SCHEDULE

02:42PM 13     MEETING WITH MATT, NICOLE, NIMESH, SUZANNE, HEIDI TO DISCUSS

02:42PM 14     HCC/THERANOS ISSUES."

02:42PM 15          DO YOU SEE THAT?

02:42PM 16     A.   YES.

02:42PM 17     Q.   AND WHO IS SUZANNE?

02:42PM 18     A.   SUZANNE HANSEN IS ONE OF THE LEADERS THAT HAD THE

02:42PM 19     OPERATIONS FOR THE HEALTH CARE CLINICS.

02:42PM 20     Q.   AND THAT'S WHAT HCC IS, RIGHT, THE HEALTH CARE CLINICS?

02:42PM 21     A.   RIGHT.

02:42PM 22     Q.   IF YOU GO TO PAGE 6 OF THE EXHIBIT, DO YOU SEE AT THE TOP

02:42PM 23     THERE'S A BOX WITH THE ATTENDEES?

02:42PM 24     A.   YES.

02:42PM 25     Q.   AND ARE THOSE PEOPLE, THE PEOPLE WHO WERE WORKING ON THIS

02:42PM  1    PROJECT?

02:42PM  2    A.   YES, IT'S A MIXTURE.  SO THERE ARE FOLKS THAT ARE DIRECTLY

02:42PM  3    RELATED TO THE PROJECT, AS WELL AS THERE ARE FOLKS HERE THAT

02:42PM  4    WERE IN CHARGE OF STORE OPERATIONS.  SO MATT SESTO,

02:43PM  5    NICOLE LEIDER ARE FOLKS THAT WERE ACTUALLY RUNNING THE STORES

02:43PM  6    OVERALL, AND SINCE WE WERE IMPACTING THEIR STORES, WE INCLUDED

02:43PM  7    THEM TO MAKE SURE THERE WAS TRANSPARENCY.

02:43PM  8    Q.   OKAY.  THANK YOU.

02:43PM  9         LET'S GO TO THE MEETING NOTES SECTION, AND IT SAYS,

02:43PM  10   "NIMESH REMINDED US HOW FAR WE HAVE COME SINCE JANUARY.  WE ARE

02:43PM  11   AT 21 STORES NOW?"

02:43PM  12        DO YOU SEE THAT?

02:43PM  13   A.   YES.

02:43PM  14   Q.   AND THAT'S WHAT YOU THOUGHT AT THE TIME, THAT YOU HAD COME

02:43PM  15   PRETTY FAR SINCE JANUARY; RIGHT?

02:43PM  16   A.   CORRECT.  WE WENT FROM 3 TO 21.

02:43PM  17   Q.   RIGHT.  AND THEN, AS MR. SCHENK POINTED OUT WITH YOU, A

02:43PM  18   PILOT SHOULD NOT BE PERFECT; RIGHT?

02:43PM  19   A.   YES.

02:43PM  20   Q.   IT'S PART OF A LEARNING EXPERIENCE TO UNDERSTAND HOW

02:43PM  21   THINGS WORK SO YOU CAN MOVE FORWARD; RIGHT?

02:43PM  22   A.   THAT'S RIGHT.

02:43PM  23   Q.   BUT IT SAYS, "THE LEARNINGS THAT ARE COMING OUT OF THE

02:43PM  24   FIRST 21 STORES ARE PRETTY GOOD."

02:43PM  25        THAT'S WHAT YOU THOUGHT AT THE TIME?

ER-2254

JHAVERI CROSS BY MR. COOPERSMITH 3082

02:43PM 1    A.   THAT'S CORRECT.

02:43PM 2    Q.   AND THEN IT SAYS ON THE LAST PARAGRAPH, "GREG WASSON IS

02:44PM 3    SUPPORTIVE OF OUR MISSION."

02:44PM 4    A.   THAT'S CORRECT.

02:44PM 5    Q.   AND THAT'S THE CHIEF EXECUTIVE OFFICER OF WALGREENS?

02:44PM 6    A.   YES.

02:44PM 7    Q.   AND THEN IT SAYS, "TEAMS NEED TO BECOME TIGHTER.  IF WE

02:44PM 8    THINK 20 STORES ARE TOUGH, WAIT UNTIL WE GET TO 2500 STORES";

02:44PM 9    RIGHT?

02:44PM 10       AM I RIGHT THAT'S AN ACKNOWLEDGEMENT THAT AS THE

02:44PM 11   PARTNERSHIP EXPANDED AND MORE STORES ARE ROLLED OUT, THAT THE

02:44PM 12   CHALLENGES WOULD ONLY BECOME HARDER, NOT EASIER?

02:44PM 13   A.   THAT'S RIGHT.

02:44PM 14   Q.   AND THEN IF YOU GO TO THE NEXT PAGE, IT SAYS, "PER NIMESH,

02:44PM 15   40 IS IN THE BAG."

02:44PM 16       THAT'S REFERRING TO THE 40 STORES?

02:44PM 17   A.   THAT'S CORRECT.

02:44PM 18   Q.   "WE NEED TO THINK ABOUT SCALE."

02:44PM 19       DO YOU SEE THAT?

02:44PM 20   A.   THAT'S RIGHT.

02:44PM 21   Q.   AND WHAT YOU WERE TRYING TO COMMUNICATE THERE IS YOU HAVE

02:44PM 22   40 STORES THAT ARE OPENED AND ACCEPTING THERANOS BLOOD SAMPLES,

02:45PM 23   BUT NOW YOU NEED TO THINK ABOUT HOW TO SCALE THAT?  THAT'S YOUR

02:45PM 24   COMMENT?

02:45PM 25   A.   YEAH.  MY COMMENT IS, AGAIN, I THINK I MENTIONED THIS

ER-2255

JHAVERI CROSS BY MR. COOPERSMITH                                   3083

02:45PM  1    EARLIER, WE ALWAYS HAVE TO BE PLANNING FORWARD, SO WHATEVER THE

02:45PM  2    NUMBER IS, 10 MORE STORES, 100 MORE STORES, 1,000 MORE STORES,

02:45PM  3    THERE'S NO WAY THAT MR. BALWANI AND I AND OUR TEAMS COULD WAKE

02:45PM  4    UP TOMORROW MORNING AND DROP DOWN 2500 STORES.  WE ALWAYS HAVE

02:45PM  5    TO BE PLANNING FORWARD.

02:45PM  6        SO WHAT I'M REFERRING TO HERE IS THAT 40 STORES ARE OPEN,

02:45PM  7    OR WILL BE OPEN.  AS WE'RE LEARNING, LET'S START TO THINK ABOUT

02:45PM  8    WHAT THE PLANNING PROCESS LOOKS LIKE FOR MORE STORES, WHATEVER

02:45PM  9    THAT NUMBER OF STORES IS.

02:45PM  10       SO WHEN I SAY "WE NEED TO THINK ABOUT SCALE," THAT'S WHAT

02:45PM  11   I'M REFERRING TO.

02:45PM  12   Q.   OKAY.  AND THE TERM "SCALE," THAT REFERS TO LIKE A FURTHER

02:45PM  13   EXPANSION; RIGHT?

02:45PM  14   A.   RIGHT.  THE TERM "SCALE" IS FURTHER IN MORE STORES.

02:45PM  15   Q.   SCALE MEANS LIKE IF I CAN MAKE ONE WIDGET, OR WHATEVER THE

02:46PM  16   OBJECT IS, LIKE SCALE WOULD BE MAKING 1,000 OF THOSE ONCE I

02:46PM  17   MASTER HOW TO MAKE 1; RIGHT?

02:46PM  18   A.   THE DEFINITION IS NOT PERFECT, RIGHT?  THE SCALE COULD BE

02:46PM  19   FROM 1 TO 5, IT COULD BE 1 TO 10.  BUT THE IDEA OF SCALE IS TO

02:46PM  20   GO BEYOND WHAT WE ARE TODAY.

02:46PM  21   Q.   OKAY.  BUT IN THE CASE OF THE WALGREENS-THERANOS

02:46PM  22   PARTNERSHIP, THE IDEA OF SCALE WAS TO WORK, AS YOU SAY, CRAWL,

02:46PM  23   WALK, RUN, BUT THE HOPE WAS TO GET TO A SCALE THAT WAS, YOU

02:46PM  24   KNOW, LARGE, LIKE THOUSANDS OF STORES; RIGHT?

02:46PM  25   A.   THE GOAL WAS TO GET TO 2500 STORES OR A NATIONWIDE

JHAVERI CROSS BY MR. COOPERSMITH                    3084

02:46PM  1    ROLLOUT.  THAT WAS THE HOPE.

02:46PM  2         AND SO WHEN I'M THINKING ABOUT SCALE -- AND, AGAIN, IT'S A

02:46PM  3    BROAD STATEMENT -- BUT I WANT TO BE VERY CLEAR, SCALE COULD BE

02:46PM  4    IN A STATE.  SCALE COULD BE IN A CITY.  SCALE COULD BE

02:46PM  5    NATIONWIDE.

02:46PM  6         SO AS WE ARE THINKING ABOUT -- AT THE TIME WHEN WE WERE

02:46PM  7    THINKING ABOUT WHAT THE NEXT STEPS LOOKED LIKE, THE STATEMENT

02:46PM  8    REFERS TO LET'S DETERMINE WHAT SCALE LOOKS LIKE NOW.  YOU KNOW,

02:47PM  9    IS IT EXPANSION FURTHER INTO ARIZONA?  IS IT FURTHER EXPANSION

02:47PM 10    INTO OTHER STATES?  IS IT EXPANDING INTO OTHER PARTS OF THE

02:47PM 11    COUNTRY?

02:47PM 12         WHATEVER THE CASE IS, THAT IS WHAT I'M SPEAKING ABOUT,

02:47PM 13    THAT WE NEED TO START TO THINK ABOUT WHAT SCALE LOOKS LIKE AND

02:47PM 14    WHAT IS GOING TO BE REQUIRED TO ACTUALLY DO IT.

02:47PM 15    Q.   AND THE IDEA WAS TO WORK WITH THERANOS TO TRY TO TOGETHER

02:47PM 16    FIGURE OUT WHAT MADE SENSE; RIGHT?

02:47PM 17    A.   YES.  THE CAPABILITIES OF BOTH ORGANIZATIONS HAVE TO BE

02:47PM 18    READY, WHETHER IT'S ON THE THERANOS SIDE OR ON THE WALGREENS

02:47PM 19    SIDE.

02:47PM 20         AGAIN, YOU KNOW, IT'S HARD TO CLAP WITH ONE HAND.  YOU

02:47PM 21    HAVE TO CLAP WITH TWO HANDS.

02:47PM 22    Q.   RIGHT.

02:47PM 23    A.   SO WHAT WE WERE TRYING TO DO WAS TO START TO HELP BOTH

02:47PM 24    TEAMS TO UNDERSTAND THAT WE HAVE TO START TO PLAN.

02:47PM 25         AGAIN, WE'RE GOING TO MONITOR THE PILOT, WE'RE GOING TO

ER-2257

02:47PM  1    MONITOR THE RESULTS, WE'RE GOING TO MONITOR THE METRICS THAT WE

02:47PM  2    HAD DEFINED TOGETHER.

02:47PM  3         AS WE SEE SUCCESS, WE WILL THEN DETERMINE WHERE THE NEXT

02:47PM  4    LAUNCHES LOOK LIKE, OR WHAT THE NEXT LAUNCHES WILL BE.

02:48PM  5    Q.   OKAY.  GOING DOWN THE PAGE, YOU SEE THERE'S A, I GUESS --

02:48PM  6    I'LL CALL IT A PARAGRAPH, BUT IT'S REALLY A SENTENCE.  IT SAYS,

02:48PM  7    "PER NIMESH, THE TIMING IS RIGHT BECAUSE THIS IS WHEN WE ARE

02:48PM  8    SELECTING THE WELL EXPERIENCE STORES FOR '15, '16, AND '17";

02:48PM  9    RIGHT?

02:48PM  10   A.   YES.

02:48PM  11   Q.   AND THE CONCEPT THERE WAS TO, AS MUCH AS POSSIBLE, WORK ON

02:48PM  12   THE THERANOS PROJECT IN PARALLEL WITH THE WELL EXPERIENCE

02:48PM  13   STORES?

02:48PM  14   A.   YEAH.  JUST TO REITERATE WHAT I THINK I WAS EXPLAINING

02:48PM  15   BEFORE, THE WELL EXPERIENCE STORES AND THAT ENTIRE PROJECT WAS

02:48PM  16   THE REDESIGNING OF THE WALGREENS STORES, TO MAKE IT MORE

02:48PM  17   CUSTOMER FRIENDLY, TO MAKE IT MORE PATIENT FRIENDLY.

02:48PM  18        AND THE IDEA WAS THAT WE WERE GOING TO DO CONSTRUCTION,

02:48PM  19   AND TO MINIMIZE DISRUPTION TO CUSTOMERS, TO OUR STORES, TO THE

02:48PM  20   TEAM MEMBERS, IF WE CAN COMBINE CONSTRUCTION EFFORTS TOGETHER,

02:48PM  21   EVERYONE WINS.

02:48PM  22        AND THAT WAS THE IDEA HERE, THAT WE WERE SELECTING STORES

02:48PM  23   FOR THE WELL EXPERIENCE PROJECT.

02:48PM  24        IF THERE ARE STORES THAT WILL ALSO HAVE THE THERANOS

02:49PM  25   SERVICE, THEN LET'S START TO LOOK AT WHAT THAT LOOKS LIKE SO WE

ER-2258

JHAVERI CROSS BY MR. COOPERSMITH                    3086

02:49PM  1    CAN PLAN FORWARD.

02:49PM  2    Q.   RIGHT.  GOING TO THE NEXT PAGE OF THIS EXHIBIT, IT'S

02:49PM  3    PAGE 8.

02:49PM  4         DO YOU SEE AT THE VERY TOP IT SAYS, "PER NIMESH, WE SHOULD

02:49PM  5    HAVE A VIEW ON WHAT DOES THERANOS AND HEALTH CARE CLINIC LOOK

02:49PM  6    LIKE AS A BUNDLED SUITE OF SERVICES TOGETHER."

02:49PM  7         DO YOU SEE THAT?

02:49PM  8    A.   YES, I DO.

02:49PM  9    Q.   AND THAT'S WHY YOU HAD INVITED PEOPLE TO PARTICIPATE WHO

02:49PM  10   WERE FROM THE HEALTH CARE CLINIC SIDE OF WALGREENS OPERATIONS;

02:49PM  11   RIGHT?

02:49PM  12   A.   CORRECT.

02:49PM  13   Q.   TO TALK ABOUT HOW THERANOS AND THE HEALTH CARE CLINIC SIDE

02:49PM  14   OF WALGREENS BUSINESS COULD WORK TOGETHER?

02:49PM  15   A.   RIGHT.  AGAIN, JUST TO MAKE SURE EVERYONE UNDERSTANDS, THE

02:49PM  16   HEALTH CARE CLINICS WERE THESE CLINICS THAT WERE RUN BY NURSE

02:49PM  17   PRACTITIONERS AND PROVIDED ACUTE CARE SERVICES, PRIMARY CARE

02:49PM  18   SERVICES INSIDE OF A STORE.

02:49PM  19        THERE WERE ABOUT 400 ACROSS THE NATION FOR WALGREENS, AND

02:50PM  20   IF THERE WERE NEW HEALTH CARE CLINICS THAT NEEDED TO BE BUILT,

02:50PM  21   OR IF THERE WERE SERVICES THAT NEEDED TO BE COMBINED, WE NEEDED

02:50PM  22   TO UNDERSTAND THAT, NOT ONLY FROM A CONSTRUCTION STANDPOINT,

02:50PM  23   BUT FROM A WORK FLOW STANDPOINT.

02:50PM  24        SO, AGAIN, WE CAN'T SNAP OUR FINGERS AND JUST DO THIS.

02:50PM  25   IT'S COMPLEX.  WE NEED TO PLAN FOR IT.

ER-2259

JHAVERI CROSS BY MR. COOPERSMITH                         3087

02:50PM  1          AND THAT'S WHY, WHEN I'M REFERRING TO ALL OF THESE THINGS

02:50PM  2     IS HOW DO WE START TO PLAN A GO FORWARD DIRECTION?

02:50PM  3     Q.   RIGHT.  AND THE NURSE PRACTITIONERS WHO STAFF THE ABOUT

02:50PM  4     400 HEALTH CARE CLINICS, THEY WERE PEOPLE THAT SOMEONE COULD GO

02:50PM  5     TO A WALGREENS STORE TO SEE TO GET SOMETHING TREATED; RIGHT?

02:50PM  6     A.   THAT'S RIGHT.

02:50PM  7     Q.   SO, FOR EXAMPLE, IF I SPRAINED MY ANKLE ON THE BASKETBALL

02:50PM  8     COURT, I COULD GO TO A WALGREENS HEALTH CARE CLINIC AND THEY

02:50PM  9     MIGHT TAPE UP MY ANKLE?

02:50PM  10    A.   RIGHT.  IT'S A LIMITED SCOPE OF SERVICE.  WHATEVER THE

02:50PM  11    SCOPE OF PRACTICE IS FOR A NURSE PRACTITIONER, THEY WOULD

02:50PM  12    PERFORM THOSE DUTIES.

02:50PM  13    Q.   AND IT COULD BE MORE COMPLICATED THAN A SPRAINED ANKLE,

02:51PM  14    RIGHT?  IT IS WHATEVER A NURSE PRACTITIONER COULD DO WITH HIS

02:51PM  15    OR HER LICENSURE; RIGHT?

02:51PM  16    A.   THAT'S RIGHT.  WHATEVER THEIR SCOPE OR PRACTICE ALLOWS

02:51PM  17    THEM TO DO IS WHAT WE OFFERED.

02:51PM  18         NOW, EVEN IN THAT INSTANCE, THERE ARE CERTAIN THINGS THAT

02:51PM  19    ARE WITHIN THE SCOPE OF PRACTICE, BUT WE STILL DID NOT PERFORM

02:51PM  20    THEM IN A RETAIL CLINIC BECAUSE THEY MAY NOT HAVE THE TOOLS OR

02:51PM  21    THEY MAY NOT BE ABLE TO DO THAT IN THAT PARTICULAR LOCATION.

02:51PM  22         SO ALL OF THE SERVICES THAT WE PROVIDED IN THOSE CLINICS

02:51PM  23    ARE WITHIN THE SCOPE OF PRACTICE OF A NURSE PRACTITIONER, BUT,

02:51PM  24    AGAIN, NOT THEIR FULL SCOPE.  IT'S WHATEVER THEY CAN PERFORM AT

02:51PM  25    THE STORE.

ER-2260

02:51PM 1    Q.    OKAY.  AND ONE OF THE THINGS THAT A NURSE PRACTITIONER

02:51PM 2    COULD DO IS TAKE A VENOUS DRAW FROM AN ARM IF HE OR SHE HAD TO?

02:51PM 3    A.    YES.

02:51PM 4    Q.    OKAY.  BECAUSE THEY'RE TRAINED TO DO THAT, JUST LIKE A

02:51PM 5    PHLEBOTOMIST; RIGHT?

02:51PM 6    A.    THEY ARE TRAINED TO DO THAT.

02:51PM 7          AGAIN, NURSE PRACTITIONERS HAVE AN UNDERGRADUATE DEGREE OF

02:51PM 8    BEING A REGISTERED NURSE, AND THEN THEY GO ON TO BECOME A NURSE

02:51PM 9    PRACTITIONER.  A REGISTERED NURSE, OF COURSE WITHIN THEIR SCOPE

02:52PM 10   OF PRACTICE, CAN DO A BLOOD DRAW.

02:52PM 11         BUT AS THEY BECOME A NURSE PRACTITIONER, THE AMOUNT OF

02:52PM 12   BLOOD DRAWS THAT THEY DO MINIMIZE AND IT'S NOT SOMETHING THAT

02:52PM 13   THEY USUALLY DO WITHIN THAT SCOPE.

02:52PM 14         OBVIOUSLY THEY'RE LOOKING AT DIAGNOSING CONDITIONS AND

02:52PM 15   TREATING CONDITIONS RATHER THAN DOING BLOOD DRAWS.

02:52PM 16   Q.    RIGHT.  BUT THESE ARE NURSE PRACTITIONERS WHO WORKED FOR

02:52PM 17   WALGREENS; RIGHT?

02:52PM 18   A.    THEY WORKED FOR A PROFESSIONAL ORGANIZATION.  THEY DIDN'T

02:52PM 19   WORK DIRECTLY FOR WALGREENS.

02:52PM 20   Q.    OKAY.  BUT THEY WERE UNDER THE CONTROL OF WALGREENS IN

02:52PM 21   TERMS OF THE SERVICES THAT THEY WERE PROVIDING FOR WALGREENS;

02:52PM 22   RIGHT?

02:52PM 23   A.    WE DID NOT DICTATE THEIR SCOPE OF PRACTICE.  THAT'S NOT

02:52PM 24   WHAT WALGREENS DOES FOR ANY OF OUR HEALTH CARE PROFESSIONALS.

02:52PM 25   Q.    OKAY.  SO THEY WERE HIRED BY A PROFESSIONAL ORGANIZATION

ER-2261

JHAVERI CROSS BY MR. COOPERSMITH                          3089

02:52PM  1    THAT WALGREENS THEN CONTRACTED WITH?

02:52PM  2    A.   CORRECT.

02:52PM  3    Q.   BUT IF WALGREENS WANTED THAT CONTRACTOR TO PROVIDE THAT

02:52PM  4    THE NURSE PRACTITIONER WOULD CONDUCT VENOUS DRAWS, WALGREENS

02:52PM  5    COULD DO THAT WITH THE PROFESSIONAL ORGANIZATION; RIGHT?

02:52PM  6    A.   WITH THE APPROPRIATE LEADERSHIP AGREEMENT, YES.

02:52PM  7    Q.   RIGHT.   OKAY.   AND THEN IF YOU GO ON IN THE EXHIBIT, IT

02:53PM  8    SAYS THAT "SUNNY BALWANI IS LOOKING FOR A LIMITED LIABILITY FOR

02:53PM  9    DATA."

02:53PM 10         AND BELOW THAT THERE ARE SOME BULLETS, AND IT SAYS, "STORE

02:53PM 11    SELECTION CRITERIA TO BE PROVIDED BY THERANOS."

02:53PM 12         SO THAT HAS TO DO WITH WHICH WALGREENS STORES WOULD BE

02:53PM 13    SELECTED FOR NEW THERANOS LOCATIONS; RIGHT?

02:53PM 14    A.   WELL, THIS IS NOT SELECTING THE STORES, IT'S THE SELECTION

02:53PM 15    CRITERIA.

02:53PM 16         SO WHAT ARE THE THINGS THAT THERANOS IS LOOKING FOR THAT

02:53PM 17    WOULD CONSTITUTE A STORE THAT WE WOULD SELECT FOR THE SITE?

02:53PM 18         SO IT'S NOT A QUESTION OF HERE'S 8,000 STORES, TELL ME

02:53PM 19    WHICH STORES YOU WANT TO BE IN.

02:53PM 20         WHAT WE WERE ASKING FOR FROM THE THERANOS TEAM IS, WHAT

02:53PM 21    ARE THE CRITERIA THAT YOU'RE LOOKING FOR?   IS IT THE NUMBER OF

02:53PM 22    PHYSICIANS AROUND THE AREA?   IS IT A STORE THAT IS 24 HOURS?

02:53PM 23    IS IT A STORE THAT IS HIGH VOLUME?   LOW VOLUME?   IN A RURAL

02:53PM 24    AREA?   URBAN AREA?

02:54PM 25         WHAT WE WERE LOOKING FOR IS CRITERIA, AND THAT CRITERIA

ER-2262

JHAVERI CROSS BY MR. COOPERSMITH                                    3090

02:54PM  1    WOULD THEN BE USED TO COME BACK AND SAY HERE ARE THE STORES

02:54PM  2    THAT MEET THAT CRITERIA, AND THERANOS AND WALGREENS WOULD THEN

02:54PM  3    AGREE UPON THOSE STORES.

02:54PM  4    Q.   OKAY.  AND YOU MENTIONED THE ISSUE OF HIGH VOLUME STORES.

02:54PM  5    SO DIFFERENT WALGREENS STORES HAD DIFFERENT SORT OF CUSTOMER

02:54PM  6    VOLUME; IS THAT FAIR?

02:54PM  7    A.   YES, THAT'S FAIR.

02:54PM  8    Q.   AND THERE WERE SOME STORES MAYBE IN MORE POPULATED AREAS

02:54PM  9    THAT HAD MORE PATIENTS COMING TO THE STORES?

02:54PM  10   A.   YEAH.

02:54PM  11   Q.   OR CUSTOMERS I SHOULD SAY?

02:54PM  12   A.   YEAH, I WOULDN'T MAKE A CORRELATION BETWEEN POPULATION AND

02:54PM  13   VOLUME, BUT I WOULD SAY SIMPLY THAT EACH STORE HAD A DIFFERENT

02:54PM  14   PROFILE AND COULD BE HIGH VOLUME, LOW VOLUME, MEDIUM VOLUME.

02:54PM  15   Q.   OKAY.  AND THE HEALTH CARE CLINICS, YOU KNOW, THE

02:54PM  16   APPROXIMATELY 400 OF THOSE, THAT -- SOME OF THOSE WERE IN HIGH

02:54PM  17   TRAFFIC, HIGH VOLUME AREAS; RIGHT?

02:54PM  18   A.   YEAH.  AGAIN, IT COULD BE.  THE CRITERIA FOR WHERE WE PUT

02:54PM  19   A CLINIC IS NOT ALWAYS VOLUME OR HOURS OF OPERATION.  IT COULD

02:54PM  20   BE BECAUSE THERE'S A LACK OF HEALTH CARE SERVICES IN THAT

02:55PM  21   PARTICULAR COMMUNITY, AND IN THOSE CASES WE WOULD PUT A CLINIC

02:55PM  22   IN TO PROVIDE THOSE SERVICES.

02:55PM  23        SO THERE'S A LOT OF DIFFERENT CRITERIA THAT WE LOOK AT TO

02:55PM  24   PUT THESE TYPES OF SERVICES IN.

02:55PM  25   Q.   OKAY.  LET'S GO TO THE NEXT EXHIBIT, WHICH IS 1861.  AND I

ER-2263

02:55PM 1    DON'T RECALL WHETHER THIS IS ALREADY IN EVIDENCE.

02:55PM 2        IT'S NOT.  SO LET'S LOOK AT IT BEFORE WE DISPLAY IT.

02:55PM 3        1861, DO YOU SEE THIS IS AN EMAIL FROM PATTY HAWORTH AGAIN

02:55PM 4    TO A GROUP OF PEOPLE?

02:55PM 5    A.   YES, SIR.

02:55PM 6    Q.   AND IS THIS THE JULY 10TH WALGREENS-THERANOS PARTNERSHIP

02:55PM 7    MEETING MINUTES AND ACTION ITEMS?

02:55PM 8    A.   YES, SIR.

02:55PM 9    Q.   AND IS THIS MS. HAWORTH TRANSMITTING ANOTHER SET OF

02:55PM 10   MINUTES THAT ARE DESIGNED TO ACCURATELY REFLECT WHAT HAPPENED

02:55PM 11   AT THE MEETING?

02:56PM 12   A.   YES, SIR.

02:56PM 13       MR. COOPERSMITH:  YOUR HONOR, WE OFFER EXHIBIT 1861.

02:56PM 14       MR. SCHENK:  NO OBJECTION.

02:56PM 15       THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

02:56PM 16   (GOVERNMENT'S EXHIBIT 1861 WAS RECEIVED IN EVIDENCE.)

02:56PM 17   BY MR. COOPERSMITH:

02:56PM 18   Q.   OKAY.  LOOKING AT THE FIRST PAGE, YOU SEE THAT'S THE EMAIL

02:56PM 19   FROM MS. HAWORTH, AND THEN IT INCLUDES A GROUP OF PEOPLE,

02:56PM 20   INCLUDING MR. BALWANI AND YOURSELF.

02:56PM 21       DO YOU SEE THAT?

02:56PM 22   A.   YES, SIR.

02:56PM 23   Q.   AND THEN BELOW THAT IT HAS A SECTION CALLED ACTION ITEMS.

02:56PM 24       AND ONE OF THEM, NUMBER 5, IS "PLAN FOR TRANSITION FROM

02:56PM 25   PHLEBOTOMISTS IN STORES BY DECEMBER 31ST."

02:56PM    1      A.    YES.

02:56PM    2      Q.    AND WHAT IS THAT ABOUT?

02:56PM    3      A.    I'D HAVE TO TAKE A LOOK AT EXACTLY WHAT THE DETAILS ARE.

02:56PM    4      I DON'T REMEMBER EXACTLY WHAT THEY'RE REFERRING TO IN THIS.

02:56PM    5      Q.    OKAY.  AND THEN NUMBER 7 SAYS, "DEVELOP SCALEABLE

02:56PM    6      MENTORING PROGRAM OR HAVE WALGREENS HIRE BOTS."

02:57PM    7            DO YOU SEE THAT?

02:57PM    8      A.    YES.

02:57PM    9      Q.    AND ARE BOTS A SHORT FORM OF THE WORD PHLEBOTOMISTS?

02:57PM   10      A.    YES, IT IS.

02:57PM   11      Q.    AND SO DO YOU RECALL AT THIS POINT THERE WAS A DISCUSSION

02:57PM   12      ABOUT WALGREENS HIRING PHLEBOTOMISTS?

02:57PM   13      A.    YES.

02:57PM   14      Q.    IF YOU GO TO PAGE 2, YOU SEE ACTION NUMBER 14, AND IT SAYS

02:57PM   15      "CONFIRM 4 STORE SITE SELECTION FOR SOUTH BAY AREA OUT OF LIST

02:57PM   16      OF 5 CANDIDATE STORES PROVIDED BY MP&R."

02:57PM   17            DO YOU SEE THAT?

02:57PM   18      A.    YES.

02:57PM   19      Q.    WHAT IS MP&R?

02:57PM   20      A.    MARKET PLANNING, AND RESEARCH.

02:57PM   21      Q.    THAT'S ANOTHER PART OF WALGREENS?

02:57PM   22      A.    IT IS.

02:57PM   23      Q.    AND SO THIS IS ABOUT -- THIS ACTION ITEM HAS TO DO WITH

02:57PM   24      CHOOSING SITE SELECTION FOR ADDITIONAL WALGREENS STORES IN THE

02:57PM   25      BAY AREA THAT WOULD HAVE THERANOS BLOOD COLLECTION INSIDE OF

JHAVERI CROSS BY MR. COOPERSMITH                    3093

02:57PM   1    THEM?

02:57PM   2    A.   CORRECT.  SO THIS VALIDATES -- THE POINT THAT I WAS TRYING

02:57PM   3    TO MAKE HERE IS BASED ON THE CRITERIA THAT THERANOS PROVIDED

02:57PM   4    US, WE WOULD PROVIDE A LIST OF STORES.  SO WHAT WE'RE SAYING

02:58PM   5    HERE, NUMBER 14, IS TO CONFIRM A 4 STORE SITE SELECTION BASED

02:58PM   6    ON THE LIST THAT WE ARE PROVIDING MR. BALWANI.

02:58PM   7    Q.   OKAY.  AND THEN IF YOU GO TO NUMBER 15, IT SAYS, "SELECT

02:58PM   8    16 ADDITIONAL STORES IN NORTHERN CALIFORNIA."

02:58PM   9         THAT WAS ALSO AN ACTION ITEM?

02:58PM   10   A.   YES.

02:58PM   11   Q.   AND THEN NUMBER 17 SAYS, "SHARE DATA FOR SITE SELECTION

02:58PM   12   PROCESS WITH DAVE MILLER."

02:58PM   13        DO YOU SEE THAT?

02:58PM   14   A.   I DO.

02:58PM   15   Q.   AND WHO IS DAVE MILLER?

02:58PM   16   A.   DAVE MILLER IS THE HEAD OF MARKET PLANNING AND RESEARCH.

02:58PM   17   WHAT HIS TEAM DOES, THEY ACTUALLY LOOK AT AND DO THE DUE

02:58PM   18   DILIGENCE FOR ANY TYPE OF SITE SELECTION.

02:58PM   19        SO IF WE WANT TO OPEN UP A BRAND NEW WALGREENS STORE, ALL

02:58PM   20   OF THE DUE DILIGENCE, ALL OF THE INFORMATION GATHERING WOULD BE

02:58PM   21   DONE BY HIS DEPARTMENT.  SO WHAT DAVE MILLER AND THE MPR TEAM

02:58PM   22   IS DOING IS PLANNING OUT WHAT SOME OF THESE STORES AND WHAT

02:58PM   23   THOSE SELECTIONS LOOK LIKE BASED, AGAIN, ON THE CRITERIA THAT

02:59PM   24   IS PROVIDED TO US.

02:59PM   25   Q.   OKAY.  LET'S TURN TO PAGE 5 OF THE EXHIBIT.  THIS IS THE

02:59PM  1      PARTNERSHIP MEETING MINUTES THEMSELVES.

02:59PM  2           YOU SEE THERE'S A LIST OF AGENDA ITEMS?

02:59PM  3      A.   YES.

02:59PM  4      Q.   AND AFTER THE KICKOFF AND THE CURRENT STATUS AGENDA ITEMS,

02:59PM  5      THEN THERE'S AN ITEM FOR "2014/15 MARKET EXPANSION ARIZONA,

02:59PM  6      CALIFORNIA, AND TRI-STATE (NEW YORK, NEW JERSEY, CONNECTICUT)."

02:59PM  7           DO YOU SEE THAT?

02:59PM  8      A.   I DO.

02:59PM  9      Q.   AND SOMETIMES PEOPLE REFER TO THE NEW YORK, NEW JERSEY,

02:59PM  10     CONNECTICUT AREA AS THE TRI-STATE AREA; IS THAT RIGHT?

02:59PM  11     A.   THAT'S RIGHT.

02:59PM  12     Q.   AND IF YOU GO DOWN THE PAGE THERE'S MEETING NOTES, AND IT

02:59PM  13     SAYS THAT YOU KICKED OFF THE MEETING; RIGHT?

02:59PM  14     A.   YES.

02:59PM  15     Q.   AND IT SAYS, "INCREASE INPATIENT RAMP SINCE WE LAST MET.

02:59PM  16     WE HIT OUR FIRST 100 PATIENTS/DAY ON JULY 2ND."

03:00PM  17          DO YOU SEE THAT?

03:00PM  18     A.   I DO.

03:00PM  19     Q.   AND SO THE PATIENT TRAFFIC IS INCREASING; RIGHT?

03:00PM  20     A.   YES.

03:00PM  21     Q.   AND THEN IT SAYS, "INTRODUCE DR. PAT CARROLL, CHIEF

03:00PM  22     MEDICAL OFFICER OF THE HEALTH CARE CLINICS."

03:00PM  23          AM I READING THAT RIGHT?

03:00PM  24     A.   THAT'S RIGHT.

03:00PM  25     Q.   AND SO WAS PAT CARROLL, DR. CARROLL, INVITED TO THE

JHAVERI CROSS BY MR. COOPERSMITH                    3095

03:00PM  1    MEETING?

03:00PM  2    A.   I BELIEVE SO.  I DO NOT KNOW THAT FOR A FACT.

03:00PM  3    Q.   AND THAT WAS TO TALK ABOUT -- WELL, IF YOU'RE INTRODUCING

03:00PM  4    HIM, HE WOULD HAVE TO BE THERE; RIGHT?

03:00PM  5    A.   NOT PHYSICALLY.

03:00PM  6    Q.   HE COULD BE THERE ON THE PHONE?

03:00PM  7    A.   ON THE PHONE, YEAH.

03:00PM  8    Q.   OKAY.  BUT HE WAS EITHER THERE IN PERSON OR BY THE PHONE?

03:00PM  9    A.   CORRECT.

03:00PM  10   Q.   OKAY.  AND THE REASON THAT DR. CARROLL WAS THERE WAS TO

03:00PM  11   TALK ABOUT THE CONNECTION BETWEEN THE HEALTH CARE CLINICS AND

03:00PM  12   THERANOS SERVICES?

03:00PM  13   A.   THAT'S RIGHT.  AND WHAT WE WERE PLANNING AT THE TIME WAS,

03:00PM  14   WHAT IS OUR MENU OF SERVICES, NUMBER ONE?  CAN WE INCORPORATE

03:00PM  15   ANY OF THE SERVICES WITHIN THE CLINICS OR WITH THERANOS, AND SO

03:00PM  16   WE WANTED TO MAKE SURE THAT PAT CARROLL WAS THERE TO PROVIDE

03:01PM  17   ANY INPUT INTO THAT.

03:01PM  18   Q.   OKAY.  AND YOU SEE ON THE NEXT PAGE, PAGE 6, THERE ARE

03:01PM  19   SOME MORE BULLETS, AND IF I GO TO THE, I GUESS IT'S THE FIFTH

03:01PM  20   BULLET, IT SAYS, "GOAL IS BY THE END OF THE YEAR FOR THERANOS

03:01PM  21   BOTS TO BE OUT OF THE STORES AND WALGREENS STAFF TO TAKE OVER

03:01PM  22   THIS ROLE."

03:01PM  23        DO YOU SEE THAT?

03:01PM  24   A.   YES, I DO.

03:01PM  25   Q.   AND THAT WAS A GOAL THAT WAS DISCUSSED AT THIS MEETING?

JHAVERI CROSS BY MR. COOPERSMITH                          3096

03:01PM  1     A.   CORRECT.

03:01PM  2     Q.   AND IF WALGREENS TOOK OVER THE ROLE, THAT WOULD, AS LONG

03:01PM  3     AS THERE WAS A NEED FOR PHLEBOTOMISTS, BE AN EXTRA COST ITEM

03:01PM  4     FOR WALGREENS POTENTIALLY?

03:01PM  5     A.   WELL, WHAT WE'RE REFERRING TO HERE IS FOR THERANOS

03:01PM  6     PHLEBOTOMISTS, ALL PHLEBOTOMISTS TO BE OUT OF THE STORES AND

03:01PM  7     FOR WALGREENS STAFF, THE TRAINED TECHNICIANS TO TAKE OVER WHAT

03:01PM  8     IS A FINGERSTICK BLOOD DRAW.

03:01PM  9          SO THAT'S WHAT WE'RE REFERRING TO HERE.

03:01PM 10     Q.   BUT YOU'VE ALWAYS -- YOU UNDERSTOOD THAT THERE WAS ALWAYS

03:02PM 11     GOING TO BE A NEED FOR SOME LEVEL OF VENOUS DRAW; RIGHT?

03:02PM 12     A.   UNDERSTOOD.

03:02PM 13     Q.   AND THAT WOULD TAKE A PHLEBOTOMIST?

03:02PM 14     A.   THAT WOULD.

03:02PM 15     Q.   OR A NURSE PRACTITIONER?

03:02PM 16     A.   OR A NURSE PRACTITIONER.

03:02PM 17     Q.   OKAY.  AND IF WE GO DOWN THE PAGE IT'S IN THE MIDDLE, AND

03:02PM 18     MAYBE YOU CAN LOOK AT THE SCREEN AND WE'LL HIGHLIGHT THE

03:02PM 19     LANGUAGE.

03:02PM 20          IT SAYS, "WE ARE BUILDING OUT PRIVATE HEALTH ROOMS

03:02PM 21     CHAIN-WIDE AND WORKING WITH LEGAL TO GET THE GREEN LIGHT TO USE

03:02PM 22     THE HCC ROOMS; HOPING TO GET FROM AMY SHAPPERT IN THE NEXT

03:02PM 23     2 WEEKS."

03:02PM 24          DO YOU SEE THAT?

03:02PM 25     A.   YES.

JHAVERI CROSS BY MR. COOPERSMITH                                    3097

03:02PM    1      Q.   AND WHO IS AMY SHAPPERT?

03:02PM    2      A.   AMY SHAPPERT WAS OUR COUNSEL FOR THE HEALTH CARE CLINICS.

03:02PM    3      Q.   OKAY.  SO THIS ITEM IS ABOUT BUILDING PRIVATE HEALTH

03:02PM    4      ROOMS; CORRECT?

03:02PM    5      A.   YES.

03:02PM    6      Q.   AND WORKING WITH LEGAL TO USE THE HCC ROOMS FOR THE

03:02PM    7      THERANOS BLOOD TESTING PURPOSES?

03:02PM    8      A.   CORRECT.

03:02PM    9           SO WHAT WE'RE DISCUSSING HERE IS THE SEPARATE ROOMS FOR

03:03PM   10      OTHER SERVICES, LIKE THERANOS SERVICES IS ONE TOPIC.

03:03PM   11           WHAT WE WERE TRYING TO UNDERSTAND IS CAN WE USE THE HEALTH

03:03PM   12      CARE CLINICS ITSELF, WHICH WERE FOR NURSE PRACTITIONERS

03:03PM   13      PROVIDING ACUTE CARE SERVICES, CAN WE USE THOSE ROOMS FOR

03:03PM   14      THERANOS SERVICES AS WELL?

03:03PM   15           AND THERE WERE SOME ISSUES THAT WE WANTED TO MAKE SURE

03:03PM   16      THAT WE CLEARED UP BEFORE MOVING FORWARD WITH IT.

03:03PM   17      Q.   OKAY.  AND IF YOU GO TO NEAR THE BOTTOM OF THE PAGE, THE

03:03PM   18      THIRD BULLET FROM THE BOTTOM, IT SAYS, "PER SUNNY, OFFERING NEW

03:03PM   19      STD PANEL LATER THIS MONTH FOR NUCLEIC ACIDS, HIV, SYPHILIS,

03:03PM   20      GONORRHEA, ET CETERA; 8 TESTS FOR $59."

03:03PM   21           DO YOU SEE THAT?

03:03PM   22      A.   YES.

03:03PM   23      Q.   AND SO THAT WOULD BE A PANEL OF STD TESTS AT THAT PRICE

03:03PM   24      POINT IN TERMS OF WHAT WAS DISCUSSED AT THE MEETING?

03:03PM   25      A.   YES.  WHAT WE DISCUSSED IS THE THERANOS TEAM WERE WORKING

ER-2270

03:04PM  1      ON THE V2 TESTS, AND IN THIS CASE IT WAS AN STD PANEL.

03:04PM  2          WE WERE TRYING TO UNDERSTAND, CAN WE OFFER THOSE TESTS

03:04PM  3      THROUGH OUR CLINICS AS WELL, AND SO THAT'S WHAT THIS IS

03:04PM  4      REFERRING TO.

03:04PM  5      Q.   AND IF THAT WENT FORWARD, THEN THE DEAL WITH WALGREENS IS

03:04PM  6      WALGREENS WOULD CAPTURE A PORTION OF THAT $59 FEE; CORRECT?

03:04PM  7      A.   I DON'T REMEMBER.  I DON'T THINK THAT WAS A COST SHARING

03:04PM  8      ON THAT MODEL.

03:04PM  9      Q.   OKAY.  BUT IN GENERAL, THAT'S HOW WALGREENS WAS HOPING TO

03:04PM  10     MAKE MONEY OUT OF THIS DEAL WITH THERANOS, RIGHT, THAT THEY

03:04PM  11     WOULD CAPTURE A PORTION OF THE FEE THAT WAS PAID FOR THE BLOOD

03:04PM  12     TESTS?

03:04PM  13     A.   NO.  THE AGREEMENT WITH WALGREENS WAS THAT IT WAS A PER

03:04PM  14     PATIENT FEE.  IT WAS NOT A PER TEST OR A PERCENTAGE OF THE

03:04PM  15     TEST.  IT WAS A PER PATIENT FEE.  SO IF IT WAS 100 PATIENTS, IT

03:05PM  16     WOULD BE 100 TIMES WHATEVER THE FEE IS, WHICH WOULD BE WHAT THE

03:05PM  17     REMUNERATION TO WALGREENS WOULD BE.

03:05PM  18     Q.   OKAY.  SO SOME PORTION OF THE PER PATIENT FEE IS HOW

03:05PM  19     WALGREENS WOULD, WOULD HAVE REVENUE FROM THE THERANOS PROGRAM;

03:05PM  20     RIGHT?

03:05PM  21     A.   NO, THERE WAS NO PERCENTAGE.

03:05PM  22          SO I WANT TO BE VERY CLEAR.  THE AGREEMENT WAS THAT EVERY

03:05PM  23     PATIENT THAT COMES INTO A WALGREENS TO RECEIVE THERANOS

03:05PM  24     SERVICES, WALGREENS WOULD BE REIMBURSED A SET FEE AS PART OF

03:05PM  25     THE CONTRACT.

ER-2271

03:05PM   1         THAT'S THE DOLLAR AMOUNT THAT WE WOULD RECEIVE, OR

03:05PM   2    WALGREENS WOULD RECEIVE.

03:05PM   3         SO IF IT'S $59 FOR A TEST, WE'RE NOT RECEIVING $59 OR

03:05PM   4    WE'RE NOT RECEIVING A PERCENTAGE OF THE $59.

03:05PM   5         WHAT WE ARE RECEIVING IS A FEE FOR THAT ONE PATIENT.

03:05PM   6    Q.   OKAY.  AND WAS THE ONE PATIENT, THE FEE PER PATIENT $10?

03:06PM   7    IS THAT WHAT YOU UNDERSTAND?

03:06PM   8    A.   THAT'S CORRECT.

03:06PM   9    Q.   SO IF THAT PATIENT PAID $59 FOR AN STD PANEL, WALGREENS

03:06PM  10    WOULD GET $10?

03:06PM  11    A.   FOR THAT PATIENT.

03:06PM  12    Q.   RIGHT, FOR THAT PATIENT?

03:06PM  13    A.   CORRECT.

03:06PM  14    Q.   OKAY.  THANK YOU.

03:06PM  15         IF YOU GO TO THE NEXT PAGE, DO YOU SEE THERE'S A HEADING

03:06PM  16    THAT'S CALLED 2014/15 MARKET EXPANSION:  ARIZONA, CALIFORNIA,

03:06PM  17    TRI-STATE AREA?

03:06PM  18    A.   I DO.

03:06PM  19    Q.   AND IN THIS PARTNERSHIP MEETING, THE DISCUSSION WAS A

03:06PM  20    POTENTIAL MARKET EXPANSION OF THESE THERANOS-WALGREENS STORES

03:06PM  21    IN THOSE THREE AREAS, ARIZONA, CALIFORNIA, AND THE TRI-STATE

03:06PM  22    AREA?

03:06PM  23    A.   CORRECT.  IN OUR DISCUSSION, AGAIN, BOTH TEAMS DISCUSSING

03:06PM  24    WHERE THE NEXT STATES WOULD BE, AGAIN, I WANT TO UNDERSCORE, WE

03:06PM  25    HAVE TO PLAN.  THERE'S A LOT THAT NEEDS TO GO INTO OPENING UP A

JHAVERI CROSS BY MR. COOPERSMITH                    3100

03:07PM  1    WALGREENS STORE, LET ALONE WALGREENS PLUS A THERANOS STORE.

03:07PM  2         SO WHAT WE'RE LOOKING TO DO HERE IS TO SAY, WHERE IS THE

03:07PM  3    NEXT EXPANSION THAT WE OUGHT TO BE THINKING ABOUT?  IN THIS

03:07PM  4    CASE ARIZONA, CALIFORNIA, NEW YORK, NEW JERSEY, CONNECTICUT.

03:07PM  5         SO AS YOU SEE FROM THE LIST OF THE BULLET POINTS, WE ARE

03:07PM  6    STARTING TO PLAN.

03:07PM  7    Q.   OKAY.  AND SO AS OF THIS DATE, THIS PARTNERSHIP MEETING IN

03:07PM  8    I THINK IT'S JULY 10TH, 2014, THE NEXT EXPANSION AREA

03:07PM  9    POTENTIALLY FOR EXPANSION WAS ADDITIONAL EXPANSION IN ARIZONA,

03:07PM 10    AND CALIFORNIA, AND THEN NEW EXPANSION IN THE TRI-STATE AREA;

03:07PM 11    CORRECT?

03:07PM 12    A.   THAT'S CORRECT.

03:07PM 13    Q.   OKAY.  AND THEN BELOW THAT, THERE'S A HEADING THAT SAYS

03:07PM 14    "ROAD AHEAD FOR ARIZONA IN 2014."

03:07PM 15         DO YOU SEE THAT?

03:07PM 16    A.   YES, I DO.

03:07PM 17    Q.   AND THAT WAS -- THAT AGENDA ITEM WAS RELATING TO

03:07PM 18    SPECIFICALLY WHAT THE PLANS WERE FOR ARIZONA, THAT PARTICULAR

03:07PM 19    MARKET?

03:07PM 20    A.   THAT'S CORRECT.

03:07PM 21    Q.   AND THAT'S A PLACE WHERE THERE WERE ALREADY STORES THAT

03:08PM 22    WERE OPERATING; RIGHT?

03:08PM 23    A.   THAT'S CORRECT.

03:08PM 24    Q.   THEN IF YOU GO TO THE NEXT PAGE, THERE'S A CALIFORNIA NEXT

03:08PM 25    STEPS SECTION.

03:08PM  1          DO YOU SEE THAT?

03:08PM  2     A.   I DO.

03:08PM  3     Q.   AND THE ITEMS DISCUSSED WERE "5 STORES IN BAY

03:08PM  4     AREA/PENINSULA LIVE BY SEPTEMBER 30TH."

03:08PM  5          DO YOU SEE THAT?

03:08PM  6     A.   I DO.

03:08PM  7     Q.   AND THEN "20 STORES BY 12/31."  THAT WAS A GOAL THAT WAS

03:08PM  8     DISCUSSED?

03:08PM  9     A.   IT WAS.

03:08PM  10    Q.   AND THEN THE "STAFF WILL BE WALGREENS PHLEBOTOMISTS"?

03:08PM  11    A.   CORRECT.

03:08PM  12    Q.   AND THAT WOULD MEAN IF THERE WERE WALGREENS PHLEBOTOMISTS,

03:08PM  13    THAT WALGREENS WAS PAYING THOSE PEOPLE?

03:08PM  14    A.   THAT'S THE ASSUMPTION, CORRECT.

03:08PM  15    Q.   RIGHT.

03:08PM  16         OKAY.  AND IF YOU GO TO PAGE 23.

03:09PM  17         DO YOU SEE THERE'S A --

03:09PM  18    A.   PAGE 23?

03:09PM  19    Q.   YEAH, PAGE 23 OF THE EXHIBIT.

03:09PM  20         OH, I SEE WHAT HAPPENED.  ONE SECOND, MR. JHAVERI.

03:09PM  21         ONE MOMENT, YOUR HONOR.

03:10PM  22         (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

03:10PM  23              MR. COOPERSMITH:  THANK YOU FOR THE INDULGENCE,

03:10PM  24    YOUR HONOR.  I APPRECIATE IT.

03:10PM  25    Q.   I THINK I HAVE MY BINDER BACK TOGETHER, MR. JHAVERI.

JHAVERI CROSS BY MR. COOPERSMITH                      3102

03:10PM 1        I THINK THAT'S ALL FOR THAT EXHIBIT, SO WE CAN MOVE ON TO

03:10PM 2    THE NEXT ONE.

03:10PM 3        THE NEXT EXHIBIT IS 20228.

03:11PM 4        DO YOU HAVE 20228?

03:11PM 5    A.   I DO HAVE IT.

03:11PM 6    Q.   OKAY.  THANK YOU.

03:11PM 7        AND YOU RECOGNIZE THIS AS AN EMAIL, THE TOP EMAIL BETWEEN

03:11PM 8    YOU AND MR. BALWANI AND OTHERS?

03:11PM 9    A.   YES.

03:11PM 10   Q.   AND IT'S FROM THE END OF JULY, 2014?

03:11PM 11   A.   YES, FROM JULY 2014.

03:11PM 12           MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20228.

03:11PM 13           MR. SCHENK:  NO OBJECTION.

03:11PM 14           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:11PM 15       (DEFENDANT'S EXHIBIT 20228 WAS RECEIVED IN EVIDENCE.)

03:11PM 16   BY MR. COOPERSMITH:

03:11PM 17   Q.   OKAY.  IF YOU GO TO THE BOTTOM EMAIL, WHICH IS THE

03:12PM 18   EARLIEST IN TIME, MR. BALWANI WRITES ON JULY 28TH, AND THEN THE

03:12PM 19   EMAIL GOES ON TO THE NEXT PAGE, "NIM/CASEY,

03:12PM 20       "HOPE ALL IS WELL.  JUST WANT TO SEND YOU A FEW QUICK

03:12PM 21   UPDATES."

03:12PM 22       DO YOU SEE THAT?

03:12PM 23   A.   YES.

03:12PM 24   Q.   AND AT THE BOTTOM THERE HE WRITES, "SEPARATELY, I HAVEN'T

03:12PM 25   HEARD FROM HCC TEAM ON STI DISCUSSION SINCE I SENT THE

JHAVERI CROSS BY MR. COOPERSMITH                    3103

03:12PM  1    POWERPOINT TO THE TEAM."

03:12PM  2        DO YOU SEE THAT?

03:12PM  3    A.   YES.

03:12PM  4    Q.   OKAY.  AND STI AND STD, THAT MEANS THE SAME THING; RIGHT?

03:12PM  5    A.   INTERCHANGEABLE.

03:12PM  6    Q.   RIGHT.

03:12PM  7        AND THEN IF YOU GO TO THE EMAIL ON PAGE 1 FROM

03:12PM  8    CASEY KOZLOWSKI, HE WRITES:

03:12PM  9        "SUNNY, THANKS FOR THE NOTE -- THIS IS ALL GREAT NEWS.  I

03:12PM 10    ACTUALLY HAD A CALL REGARDING HCC STD TESTING TODAY -- MORE TO

03:12PM 11    COME ON THAT BUT THINGS ARE MOVING FORWARD.  PAT CARROLL WAS ON

03:13PM 12    THE CALL AND WILL BE IN ARIZONA WITH US NEXT WEEK.  WE'D LIKE

03:13PM 13    TO ADD THIS TO THE AGENDA FOR MEETING IF YOU DON'T MIND."

03:13PM 14        AND THEN IT SAYS, "ON AN UNRELATED NOTE, I HAD AN

03:13PM 15    INTERESTING CONVERSATION WITH STATE FARM RECENTLY.  THEY ARE

03:13PM 16    INTERESTED IN DOING LIFE INSURANCE PANELS WITH WALGREENS AND

03:13PM 17    THERANOS.  I'D LIKE TO SET UP SOME TIME WITH YOU LATER THIS

03:13PM 18    WEEK IF POSSIBLE TO GIVE YOU SOME BACKGROUND AND DETAILS ON

03:13PM 19    THEIR ASK."

03:13PM 20        DO YOU SEE THAT?

03:13PM 21    A.   YES.

03:13PM 22    Q.   AND THIS WAS ANOTHER POTENTIAL SOURCE OF PATIENTS WHERE IF

03:13PM 23    STATE FARM WOULD WANT PEOPLE TO COME AND DO BLOOD TESTS TO

03:13PM 24    UNDERWRITE LIFE INSURANCE?  IS THAT WHAT THIS IS ABOUT?

03:13PM 25    A.   THAT'S CORRECT.  AGAIN, WE WERE ALL TRYING TO MAKE THIS

03:13PM  1    SUCCESSFUL, AND SO CASEY KOZLOWSKI HAD A CONTACT AT STATE FARM

03:13PM  2    AND HAD A DISCUSSION ABOUT POTENTIALLY OFFERING THERANOS

03:13PM  3    SERVICES AS PART OF THE INSURANCE PANEL THAT THEY HAD TO HAVE.

03:13PM  4    Q.   AND THEN ABOVE THAT MR. BALWANI WRITES, "WE BROKE THRU 20

03:13PM  5    CUSTOMERS PER DAY THRESHOLD IN OUR PALO ALTO STORE.  22

03:14PM  6    PATIENTS TODAY.  2 COUPONS, 20 PAID CUSTOMERS."

03:14PM  7         DO YOU SEE THAT?

03:14PM  8    A.   YES.

03:14PM  9    Q.   AND THEN YOU WROTE, "THANK YOU SUNNY.  THIS IS TERRIFIC.

03:14PM  10   WE ARE STARTING TO MOVE MOUNTAINS.  CONGRATULATIONS."

03:14PM  11        DO YOU SEE THAT?

03:14PM  12   A.   YES.

03:14PM  13   Q.   AND THAT'S WHAT YOU THOUGHT AT THE TIME WHEN YOU WROTE

03:14PM  14   THAT; RIGHT?

03:14PM  15   A.   I DID.  IN JULY OF 2014, BOTH TEAMS CONTINUED TO WORK VERY

03:14PM  16   HARD TO MAKE THIS A SUCCESSFUL PROJECT, AND TO SEE 20 PATIENTS

03:14PM  17   IN A SINGLE DAY WAS VERY GOOD TO SEE.

03:14PM  18   Q.   OKAY.  LET'S GO TO THE NEXT EXHIBIT.  IT'S 1884, AND

03:14PM  19   THAT'S ALREADY IN EVIDENCE.

03:14PM  20        THIS IS A PARTNERSHIP MEETING FROM THE NEXT MONTH, AUGUST

03:14PM  21   OF 2014, AND PATTY HAWORTH SENT THIS AROUND; IS THAT CORRECT?

03:14PM  22   A.   ONE SECOND.  SORRY.

03:14PM  23   Q.   OF COURSE.

03:15PM  24   A.   OKAY.

03:15PM  25   Q.   MY QUESTION, JUST TO ORIENT US, WAS THIS WAS PARTNERSHIP

03:15PM   1      MEETING MINUTES FROM THE NEXT MONTH, AUGUST 2014; IS THAT

03:15PM   2      CORRECT?

03:15PM   3      A.   YES.

03:15PM   4      Q.   AND THEN IN THE BEGINNING, MS. HAWORTH WRITES, "PLEASE SEE

03:15PM   5      ATTACHED FOR REVISED SLIDE DECK."

03:15PM   6           JUST PAUSE THERE FOR A MINUTE.  I THINK YOU SAID THIS, BUT

03:15PM   7      THERE WERE SOMETIMES SLIDE POWERPOINT PRESENTATIONS THAT WERE

03:15PM   8      PRESENTED AT THESE MEETINGS?

03:15PM   9      A.   SURE, YES.

03:15PM   10     Q.   OKAY.  AND IN THIS CASE, MS. HAWORTH SENT AROUND A REVISED

03:15PM   11     VERSION?

03:15PM   12     A.   THAT'S WHAT IT SEEMS LIKE, YES.

03:15PM   13     Q.   AND THEN THE SMART GOALS, IS THAT A WALGREENS ACRONYM

03:15PM   14     FOR --

03:15PM   15     A.   NO.  SMART IS AN HR ACRONYM, AND I CAN'T -- DON'T ASK ME

03:15PM   16     TO TELL YOU WHAT THOSE WORDS OR LETTERS MEANS.

03:15PM   17          BUT IT'S BASICALLY GOALS THAT ARE SMART, THEY'RE

03:15PM   18     MEASURABLE, THEY'RE SOMETHING THAT YOU CAN TAKE ACTION ON.

03:15PM   19     THAT'S WHAT THAT IS REFERRING TO.

03:15PM   20     Q.   OKAY.  LET'S GO TO THE PARTNERSHIP MEETING MINUTES ITSELF.

03:16PM   21     LET'S START ON PAGE 4 OF THE DOCUMENT, AND THAT'S THE

03:16PM   22     PARTNERSHIP MEETING MINUTES.

03:16PM   23          AGAIN, THERE'S A GROUP OF ATTENDEES FROM THERANOS AND

03:16PM   24     WALGREENS AT THIS MEETING?

03:16PM   25     A.   YES.

JHAVERI CROSS BY MR. COOPERSMITH                3106

03:16PM  1    Q.   AND IF YOU GO TO THE AGENDA ITEMS, YOU SEE PAT CARROLL IS

03:16PM  2    ONE OF THE PRESENTERS?

03:16PM  3    A.   YES.

03:16PM  4    Q.   AND THAT'S DR. CARROLL, THE CMO OF THE HEALTH CARE CLINIC

03:16PM  5    SIDE OF WALGREENS?

03:16PM  6    A.   THAT'S CORRECT.

03:16PM  7    Q.   OKAY.  AND THEN THERE'S A KICKOFF, AND IT SAYS, "SUNNY

03:16PM  8    KICKED OFF THE MEETING."

03:16PM  9         AND IT SAYS, "MOMENTUM IS BUILDING AND PATIENT UPTICK IS

03:16PM  10   OCCURRING."

03:16PM  11        RIGHT?

03:16PM  12   A.   YES.

03:16PM  13   Q.   AND THAT WAS TRUE AT THE TIME; RIGHT?

03:16PM  14   A.   YES.

03:16PM  15   Q.   AND THEN IT SAYS, "MET 3 TIMES IN A ROW (MAY 28TH,

03:16PM  16   JULY 10TH, AUGUST 7TH); NEXT MEETING IS OCTOBER 2ND."

03:17PM  17        RIGHT?

03:17PM  18   A.   THAT'S CORRECT.

03:17PM  19   Q.   AND SO THERE'S A PRETTY FAIR NUMBER OF PEOPLE THAT HAVE TO

03:17PM  20   GET TOGETHER TO HAVE ONE OF THESE MEETINGS; RIGHT?

03:17PM  21   A.   YES.

03:17PM  22   Q.   AND MEETING THAT OFTEN IS A SIGN THAT THERE'S A REAL

03:17PM  23   EFFORT BY THERANOS AND WALGREENS TO MOVE THE PROGRAM FORWARD;

03:17PM  24   RIGHT?

03:17PM  25   A.   YES.

03:17PM 1    Q.   AND THEN IF YOU GO TO THE NEXT BULLET, IT SAYS, "NIM

03:17PM 2    COMMENTED ON A BIG DAY FOR WALGREENS TO FOCUS US EVEN HARDER

03:17PM 3    FOR WHAT IS NEXT TO FOCUS ON INITIATIVES TO DRIVE VALUE TO

03:17PM 4    WALGREENS, OUR PARTNERS, AND U.S. HEALTH SYSTEM."

03:17PM 5         AND "THE BIG DAY," ARE YOU TALKING ABOUT THIS MEET ITSELF?

03:17PM 6    A.   YOU KNOW, I COULDN'T QUITE TELL YOU.  I DON'T REMEMBER

03:17PM 7    EXACTLY WHY I REFER TO IT AS "A BIG DAY."

03:17PM 8    Q.   OKAY.  AND THEN IT SAYS, "THE PROJECT TEAM IS IN THE

03:17PM 9    PROCESS OF PUTTING TOGETHER A CLEARLY ARTICULATED PLAYBOOK,

03:17PM 10   INCLUDING PEOPLE, PREPAREDNESS, MARKETING, OPERATIONS, LAUNCH

03:17PM 11   PLANS, ET CETERA."

03:18PM 12        DO YOU SEE THAT?

03:18PM 13   A.   YES.

03:18PM 14   Q.   AND SO ALL OF THOSE THINGS THAT ARE MENTIONED, AND MORE,

03:18PM 15   WOULD BE NECESSARY TO CONTINUE TO EXPAND THE PROGRAM WITH

03:18PM 16   THERANOS?

03:18PM 17   A.   YES.  IT'S ALL OF THOSE THINGS, MAKING SURE THAT THE PILOT

03:18PM 18   IS SUCCESSFUL, MAKING SURE THAT WE'RE HITTING ON THE METRICS,

03:18PM 19   MAKING SURE THAT BOTH COMPANIES ARE PREPARED AND HAVE THE

03:18PM 20   CAPABILITIES TO EXPAND, IT'S ALL OF THOSE THINGS THAT WE'RE

03:18PM 21   DISCUSSING HERE.  WHEN WE SAY "AN ARTICULATED PLAYBOOK," THAT

03:18PM 22   PLAYBOOK NEEDS TO INCLUDE ALL OF THAT.

03:18PM 23   Q.   RIGHT.  AND THEN IF YOU GO TO THE NEXT PAGE, PAGE 5, IT

03:18PM 24   SAYS, "MATT ECHOED NIM AND MENTIONED THE NEED FOR COST CONTROL;

03:18PM 25   COLLABORATION HAS IMPROVED SIGNIFICANTLY; WE CAN BE BRUTALLY

03:18PM  1    HONEST WITH EACH OTHER INTERNALLY AND HAVE A UNITED FRONT; NEED

03:18PM  2    TO SELL THE THERANOS/WALGREENS VALUE PROP."

03:18PM  3        DO YOU SEE THAT?

03:18PM  4    A.   YES.

03:18PM  5    Q.   AND WHO IS MATT IN THAT?

03:18PM  6    A.   MATT SESTO WAS ONE OF OUR REGIONAL VICE PRESIDENTS AND HE

03:19PM  7    OVERSAW THE STORE OPERATIONS FOR THE ARIZONA MARKET.

03:19PM  8        ALL OF OUR MARKETS THROUGHOUT THE COUNTRY HAVE LEADERS

03:19PM  9    THAT HAVE OVERSIGHT TO ENSURE THAT THE STORES ARE OPERATING

03:19PM  10   APPROPRIATELY, CUSTOMER SERVICE IS AT THE HIGHEST LEVEL, AND

03:19PM  11   ALL OF THE THINGS THAT GO INTO A RETAIL STORE.

03:19PM  12   Q.   OKAY.  AND THEN THE NEXT ITEM IS CURRENT STATUS.

03:19PM  13       DO YOU SEE THAT?

03:19PM  14   A.   YES.

03:19PM  15   Q.   AND AT THAT TIME IN AUGUST OF 2014, THERE WERE 30 STORES

03:19PM  16   LIVE.

03:19PM  17       DO YOU SEE THAT?

03:19PM  18   A.   YES.

03:19PM  19   Q.   AND THERE WERE WAVE 4 LAUNCH DATES FOR ADDITIONAL STORES

03:19PM  20   TO BE DETERMINED.

03:19PM  21       DO YOU SEE THAT?

03:19PM  22   A.   I DO SEE THAT.

03:19PM  23   Q.   AND TOTAL VISITS IN JULY, IS THAT THE TOTAL PATIENT VISITS

03:19PM  24   IN JULY OF 2014?

03:19PM  25   A.   CORRECT.  IT WAS TOTAL VISITS ACROSS ALL OF THOSE STORES

03:19PM  1    THAT WERE ACTIVE.

03:19PM  2         SO IN THIS CASE 2,637 PATIENTS CAME TO 30 STORES.

03:19PM  3    Q.   OKAY.  AND THE FOURTH ITEM THERE IS "27 OUT OF 30 STORES

03:20PM  4    ON DSL."

03:20PM  5         DO YOU KNOW WHAT THAT IS?

03:20PM  6    A.   YES, IT'S AN INTERNET CONNECTION.

03:20PM  7    Q.   SIX IS "MOSTLY IMPROVED PATIENT EXPERIENCE."

03:20PM  8         DO YOU SEE THAT?

03:20PM  9    A.   YES.

03:20PM  10   Q.   AND THEN NUMBER 7, THIS IS PART OF THE PATIENT EXPERIENCE,

03:20PM  11   RIGHT, "THE MEDIAN CHECK IN TIME EQUALS 5 MINUTES WITH A

03:20PM  12   DECREASE OF 1 MINUTE."

03:20PM  13        DO YOU SEE THAT?

03:20PM  14   A.   THAT'S CORRECT.

03:20PM  15   Q.   SO THAT MEANS FROM A PREVIOUS TIME THIS WAS MEASURED,

03:20PM  16   THERE HAD BEEN A DECREASE ON AVERAGE OF 1 MINUTE FOR THE CHECK

03:20PM  17   IN TIME?

03:20PM  18   A.   THAT'S RIGHT.

03:20PM  19   Q.   AND SO THAT WAS MOVING IN THE RIGHT DIRECTION?

03:20PM  20   A.   YES, IT WAS.

03:20PM  21   Q.   AND THEN MEDIAN WAIT TIME, SAME THING, MOVING IN THE RIGHT

03:20PM  22   DIRECTION?  ACTUALLY NOT.  IT'S INCREASED BY 1 MINUTE; RIGHT?

03:20PM  23   A.   THAT'S RIGHT.

03:20PM  24   Q.   OKAY.  AND THEN MEDIAN PERFORM TIME, WHAT IS THAT?

03:20PM  25   A.   THE PERFORM TIME IS THE ACTUAL BLOOD DRAW, AND SO WE WERE

JHAVERI CROSS BY MR. COOPERSMITH                    3110

03:20PM  1    MEASURING THAT AS WELL AND THAT INCREASED BY 2 MINUTES.

03:21PM  2    Q.   OKAY.  BELOW THAT, AFTER 1 THROUGH 10, IT SAYS -- I SPOKE

03:21PM  3    TOO FAST.

03:21PM  4        "MEDICARE/MEDICAID NOW CONSIDERS THERANOS A LARGE LAB WITH

03:21PM  5    40 LOCATIONS."

03:21PM  6        DO YOU SEE THAT?

03:21PM  7    A.   YES, I DO.

03:21PM  8    Q.   AND THEN IF YOU GO A FEW BULLETS DOWN, IT SAYS, "THERANOS

03:21PM  9    EXPERIENCE SURVEY SUMMARY RESULTS ARE OFF THE CHARTS."

03:21PM 10        DO YOU SEE THAT?

03:21PM 11    A.   I DO.

03:21PM 12    Q.   AND THAT WAS TRUE AT THE TIME?

03:21PM 13    A.   AT THE TIME.

03:21PM 14    Q.   AND IT SAYS, "NIM ASKED FOR MONTH-TO-MONTH TRENDING

03:21PM 15    REPORTS."

03:21PM 16        SO IT GOES ON.

03:21PM 17        DO YOU SEE THAT?

03:21PM 18    A.   YES.

03:21PM 19    Q.   AND BELOW THAT, THE NEXT BULLET SAYS, "BASELINE INFO

03:21PM 20    PROVIDED WHERE CUSTOMERS TYPICALLY GET THEIR PRESCRIPTIONS

03:21PM 21    FILLED; THIS IS PATIENT ACQUISITION INFO; NEED TO IDENTIFY

03:21PM 22    SYNERGIES; PER NIM, IMPORTANT TO GET SEGMENT OF 47 PERCENT THAT

03:21PM 23    DON'T USE WALGREENS TO FILL SCRIPTS."

03:21PM 24        DO YOU SEE THAT?

03:21PM 25    A.   I DO.

03:21PM   1   Q.   AND THIS IS REFERRING TO PRESCRIPTIONS; RIGHT?

03:22PM   2   A.   WHAT THIS IS REFERRING TO IS AS PART OF DOING THE ANALYSIS

03:22PM   3   OF WHO IS COMING IN TO GET THERANOS SERVICES, WE ALSO ASKED

03:22PM   4   THEM A QUESTION, WHERE DO YOU HAVE YOUR PRESCRIPTION FILLED?

03:22PM   5        SO AFTER -- IF YOU REMEMBER, ONCE THE BLOOD DRAW IS DONE,

03:22PM   6   WE WOULD HAND THEM A TABLET TO THEN INDICATE WHAT TYPE OF

03:22PM   7   EXPERIENCE THAT THEY HAD, AND ONE OF THE QUESTIONS THAT WE

03:22PM   8   ASKED THEM IS, WHERE DID YOU FILL YOUR PRESCRIPTION, OR WHERE

03:22PM   9   DO YOU FILL YOUR PRESCRIPTION?

03:22PM  10        AND ABOUT 47 PERCENT OF THOSE INDIVIDUALS THAT ACTUALLY

03:22PM  11   RESPONDED SAID THEY DIDN'T USE WALGREENS FOR THEIR

03:22PM  12   PRESCRIPTIONS.

03:22PM  13        AND SO MY COMMENT HERE IS, HOW DO WE ATTRACT THAT

03:22PM  14   47 PERCENT TO WALGREENS PHARMACIES TO HAVE THEIR PRESCRIPTIONS

03:22PM  15   FILLED?

03:22PM  16   Q.   OKAY.  SO IN OTHER WORDS, 47 PERCENT OF THE PEOPLE COMING

03:22PM  17   IN TO GET A THERANOS BLOOD DRAW WERE PEOPLE WHO DON'T

03:22PM  18   ORDINARILY GET PRESCRIPTIONS FILLED AT WALGREENS?

03:22PM  19   A.   CORRECT.  THEY MAY SHOP AT WALGREENS, BUT THEY MAY NOT GET

03:22PM  20   THEIR PRESCRIPTIONS FILLED AT WALGREENS, OR THEY MAY NOT HAVE A

03:22PM  21   PRESCRIPTION TO FILL.

03:22PM  22   Q.   SO THE OPPORTUNITY FOR WALGREENS IS TO HAVE THOSE PEOPLE

03:23PM  23   SWITCH TO GET THEIR PRESCRIPTIONS FILLED AT WALGREENS; RIGHT?

03:23PM  24   A.   CORRECT.  IF THEY HAD A PRESCRIPTION FILLED OR NEEDED A

03:23PM  25   PRESCRIPTION, THAT WE WOULD WANT THEM TO FILL IT AT WALGREENS.

ER-2284

03:23PM  1    Q.   THIS IS ONE OF THE BENEFITS POTENTIALLY OF THE THERANOS

03:23PM  2    PROGRAM FOR WALGREENS; RIGHT?

03:23PM  3    A.   CORRECT.   THESE ARE THE SYNERGIES WHY WE -- WHY THE

03:23PM  4    PARTNERSHIP MADE SENSE.   IT WAS A ONE STOP SHOP FOR CUSTOMERS

03:23PM  5    AND PATIENTS TO GET THEIR SERVICES FROM THE PHARMACY, AS WELL

03:23PM  6    AS IF THEY NEEDED ANY LAB SERVICES, THEY COULD ALSO OBTAIN LAB

03:23PM  7    SERVICES.

03:23PM  8    Q.   AND IF A PERSON CAME IN TO GET A THERANOS BLOOD TEST AND

03:23PM  9    ON THE WAY OUT BOUGHT SOME ITEMS FOR SALE AT WALGREENS, THAT

03:23PM 10    WOULD ALSO BE A BENEFIT TO WALGREENS; RIGHT?

03:23PM 11    A.   IT WOULD BE A BENEFIT.   UNFORTUNATELY, MOST PRESCRIPTION

03:23PM 12    CUSTOMERS DO NOT BUY THINGS ON THE FRONT OF STORE AT THE SAME

03:23PM 13    TRIP.

03:23PM 14    Q.   OKAY.   THAT'S WHAT YOU KNOW IN YOUR EXPERIENCE?

03:23PM 15    A.   WE DO KNOW THAT.

03:23PM 16    Q.   OKAY.   THEN IF YOU GO DOWN A LITTLE BIT, IT SAYS, "NIM AND

03:24PM 17    SUZANNE HANSEN ARE MEETING WITH LEGAL TEAM ON WEDNESDAY TO USE

03:24PM 18    CLINIC ROOMS AGNOSTICALLY FOR ANY SERVICE."

03:24PM 19         DO YOU SEE THAT?

03:24PM 20    A.   I DO.

03:24PM 21    Q.   AND THAT'S FOR -- THE ISSUE THERE IS POTENTIALLY PUTTING

03:24PM 22    BLOOD COLLECTION FOR THERANOS IN THESE HEALTH CARE CLINICS;

03:24PM 23    RIGHT?

03:24PM 24    A.   THAT'S CORRECT.

03:24PM 25    Q.   AND THEN IT SAYS BELOW THAT, "NIM EXPERIENCED BOTH A

JHAVERI CROSS BY MR. COOPERSMITH                    3113

03:24PM  1    VENOUS DRAW AND FINGERSTICK AND IT WENT SEAMLESSLY."

03:24PM  2        DO YOU SEE THAT?

03:24PM  3    A.   YES.

03:24PM  4    Q.   AND THAT'S WHAT WE WERE REFERRING TO BEFORE WHEN YOU WENT

03:24PM  5    AND HAD THOSE TWO TYPES OF BLOOD DRAWS ON YOURSELF?

03:24PM  6    A.   CORRECT.

03:24PM  7    Q.   OKAY.  IF YOU GO TO THE NEXT PAGE, DO YOU SEE THERE'S A

03:24PM  8    SECTION CALLED OPPORTUNITIES?

03:24PM  9    A.   I DO.

03:24PM  10   Q.   AND ONE OPPORTUNITY, THE FIRST ONE IS "SCALEABLE STRATEGY

03:24PM  11   FOR CHECK IN."

03:24PM  12       DO YOU SEE THAT?

03:25PM  13   A.   YES.

03:25PM  14   Q.   AND THAT'S TO MAKE SURE THE CHECK IN PROCESS IS SMOOTH SO

03:25PM  15   AS THE PARTNERSHIP EXPANDS, THE CHECK IN PROCESS WOULD GO

03:25PM  16   SMOOTH WITH THE NEW EXPANDED STORES; RIGHT?

03:25PM  17   A.   YEAH.  IT'S MUCH MORE THAN JUST SMOOTH.  WE NEED TO MAKE

03:25PM  18   SURE THAT IF WE HAD MULTIPLE PATIENTS COMING TO THE COUNTER,

03:25PM  19   THAT WE DON'T HAVE PATIENTS WAITING.  SO IT WASN'T ABOUT ONE

03:25PM  20   WINDOW WHERE A CUSTOMER COULD GO TO GET CHECKED IN.

03:25PM  21       IF THERE WERE MULTIPLE PATIENTS, WE NEEDED TO BE ABLE TO

03:25PM  22   MANAGE THAT FLOW AND MANAGE THAT ENTIRE VOLUME OF PATIENTS

03:25PM  23   COMING IN AND HAVING A GREAT EXPERIENCE.

03:25PM  24       SO, YES, IT WAS TO MAKE SURE IT WAS SMOOTH, BUT IT'S ALSO

03:25PM  25   TO ENSURE THAT WE CAN MANAGE A LARGER NUMBER OF PATIENTS.

JHAVERI CROSS BY MR. COOPERSMITH                      3114

03:25PM 1    Q.   OKAY.  AND THAT'S WHY THAT WAS BEING DISCUSSED AT THE

03:25PM 2    MEETING, TO MAKE SURE THAT AS THE PARTNERSHIP EXPANDED, YOU

03:25PM 3    COULD MANAGE IT CORRECTLY; RIGHT?

03:25PM 4    A.   RIGHT.  THESE WERE ALL PART OF THE METRICS THAT WE HAD

03:25PM 5    LOOKED AT BEFORE THAT WOULD CONSTITUTE SUCCESS OR NOT.

03:25PM 6    Q.   OKAY.  IF YOU GO DOWN THERE, THERE'S NUMBER 6.  DO YOU SEE

03:25PM 7    THAT UNDER OPPORTUNITIES?  AND IT READS, "ASSURANCE THAT

03:26PM 8    40 PERCENT OF STORES WILL BE DEDICATED SPACE (CONTRACTUAL

03:26PM 9    AGREEMENT); SUNNY WILL DISCUSS WITH NIM."

03:26PM 10       THAT'S THAT GOLD STORE ISSUE THAT WE TALKED ABOUT; RIGHT?

03:26PM 11   A.   THAT'S CORRECT.

03:26PM 12   Q.   AND THEN IT SAYS, "PER CASEY, WELL EXPERIENCE HAS BETTER

03:26PM 13   LABOR AND BETTER OUTCOMES, SO RECOMMEND FOLLOWING WELL

03:26PM 14   EXPERIENCE IN THE FUTURE."

03:26PM 15       DO YOU SEE THAT?

03:26PM 16   A.   I DO.

03:26PM 17   Q.   AND IT SAYS, "THIS WILL BE A SHARED SPACE, NOT DEDICATED";

03:26PM 18   RIGHT?

03:26PM 19   A.   THAT'S RIGHT.

03:26PM 20   Q.   AND SO THE WELL EXPERIENCE STORES WOULD BE STORES THAT

03:26PM 21   HAVE A SHARED SPACE FOR THERANOS BLOOD COLLECTION AND OTHER

03:26PM 22   PROGRAMS THAT WELL EXPERIENCE WAS WORKING ON?  IT WOULDN'T BE A

03:26PM 23   DEDICATED THERANOS SPACE; CORRECT?

03:26PM 24   A.   RIGHT.  ALL OF THE WELL EXPERIENCE STORES -- AGAIN, JUST

03:26PM 25   TO REMIND EVERYONE, THE PURPOSE OF THE WELL EXPERIENCE STORES

03:27PM  1      IS TO MAKE THE PHARMACIST MORE ACCESSIBLE.

03:27PM  2          SO WHEN YOU WALK IN, A PATIENT WALKS IN AND HAS A

03:27PM  3      QUESTION, THEY ARE ACCESSIBLE.

03:27PM  4          AND AT THE SAME TIME, ONE OF THE THINGS THAT THAT PATIENT

03:27PM  5      HAS TOLD US IS THAT THEY WOULD -- THEY VALUE PRIVACY WHEN

03:27PM  6      THEY'RE GETTING THE VACCINES OR ARE GETTING CONSULTED ON A

03:27PM  7      MEDICATION.

03:27PM  8          SO EACH OF THE WELL EXPERIENCE STORES, EVERY SINGLE ONE OF

03:27PM  9      THEM, HAD A CONSULTATION ROOM, AND THAT CONSULTATION ROOM WAS

03:27PM 10      PRIMARILY FOR THE USE OF THE PHARMACIST TO HAVE ANY TYPE OF

03:27PM 11      SERVICE OR CONSULTATION WITH THEIR PATIENTS.

03:27PM 12          IN THOSE STORES WHERE THERE WAS NO DEDICATED SPACE, YOU

03:27PM 13      KNOW, WE STILL WANTED TO DO THERANOS SERVICES, THEY WOULD SHARE

03:27PM 14      THE ROOM WITH THE PHARMACIST.

03:27PM 15      Q.   RIGHT.  SO THAT WOULDN'T BE LIKE A SEPARATE BUILD THAT

03:27PM 16      WALGREENS WOULD HAVE TO PAY FOR TO BUILD A DEDICATED THERANOS

03:27PM 17      SPACE WITHIN A WALGREENS STORE?

03:27PM 18      A.   THAT'S RIGHT.

03:27PM 19      Q.   OKAY.  GOING DOWN THE PAGE, IF WE CAN GO TO THE NEXT PAGE,

03:27PM 20      PAGE 7.

03:28PM 21          AT THE BOTTOM IT HAS THIS STD TESTING AGAIN?

03:28PM 22      A.   YES.

03:28PM 23      Q.   AND I DON'T KNOW IF I MENTIONED THIS, BUT STD IS SEXUALLY

03:28PM 24      TRANSPORTED DISEASE?

03:28PM 25      A.   THAT'S CORRECT.

ER-2288

JHAVERI CROSS BY MR. COOPERSMITH                    3116

03:28PM  1    Q.   AND STI ARE SEXUALLY TRANSMITTED INFECTION?

03:28PM  2    A.   THAT'S RIGHT.

03:28PM  3    Q.   AND THOSE ARE INTERCHANGABLE?

03:28PM  4    A.   INTERCHANGEABLE.

03:28PM  5    Q.   UNDER STD TESTING, UNDER THE SECOND BULLET THAT SAYS PAT,

03:28PM  6    THAT'S REFERRING TO DR. CARROLL?

03:28PM  7    A.   YES.

03:28PM  8    Q.   "PAT NEEDS A POINT PERSON FROM THERANOS TO PROVIDE

03:28PM  9    EXPEDITED RESPONSE TO ISSUES.  DANIEL YOUNG WAS ASSIGNED BY

03:28PM  10   SUNNY."

03:28PM  11       DO YOU SEE THAT?

03:28PM  12   A.   I DO.

03:28PM  13   Q.   IF YOU GO TO THE NEXT PAGE OF 1884, PAGE 8.

03:28PM  14       IT SAYS, "HCC IS ROLLING OUT STI PROTOCOL BASED EVALUATION

03:29PM  15   TESTING NATIONWIDE AND WILL USE THERANOS PANEL IN PHOENIX."

03:29PM  16       DO YOU SEE THAT?

03:29PM  17   A.   YES, I DO.

03:29PM  18   Q.   AND THEN GOING DOWN, I THINK WE TALKED ABOUT THIS BEFORE,

03:29PM  19   BUT "NURSES ARE ALREADY TRAINED ON VENOUS DRAWS AND COULD USE

03:29PM  20   PEDIATRIC TUBES WITH BUTTERFLY NEEDLES."

03:29PM  21       DO YOU SEE THAT?

03:29PM  22   A.   YES, I DO.

03:29PM  23   Q.   LET'S GO DOWN TO THE BOTTOM OF THE PAGE, AND THERE'S A

03:29PM  24   PLAN FOR FISCAL YEAR '15.

03:29PM  25       DO YOU SEE THAT?

JHAVERI CROSS BY MR. COOPERSMITH                    3117

03:29PM   1    A.   YES, I DO.

03:29PM   2    Q.   OKAY.  IT SAYS, "NEXT MARKET IS NORTHERN CALIFORNIA (5

03:29PM   3    STORES INITIALLY, THEN EXPAND FOR A TOTAL OF 40)"; RIGHT?

03:29PM   4    A.   CORRECT.

03:29PM   5    Q.   AND THEN ON THE PREVIOUS EXHIBIT, EXHIBIT 1851, WE HAD A

03:29PM   6    CALIFORNIA NEXT STEPS ITEM WHERE THERE WERE GOING TO BE FIVE

03:29PM   7    STORES IN THE BAY AREA LIVE BY SEPTEMBER 30TH, WITH A HOPE OR

03:30PM   8    PLAN FOR 20 STORES BY DECEMBER 31ST OF 2014.

03:30PM   9         DO YOU REMEMBER THAT?

03:30PM  10    A.   I DO.  AND IT ALSO HIGHLIGHTS THE POINT THAT THESE NUMBERS

03:30PM  11    CHANGED BASED ON WHAT WE WERE LEARNING, BASED ON WHAT WAS

03:30PM  12    HAPPENING IN THE BUSINESS AND WHAT WE WERE LEARNING ON THE

03:30PM  13    OPERATING MODEL.

03:30PM  14         SO WHETHER IT WAS 5 STORES, 20 STORES, 40 STORES, WE WERE

03:30PM  15    MAKING DECISIONS AS WE WERE LEARNING MORE.

03:30PM  16    Q.   RIGHT.  AND IN THIS PARTICULAR EXAMPLE, IN THE PREVIOUS

03:30PM  17    MINUTES FROM JULY 10TH, THE GOAL WAS TO HAVE AN EXPANSION OF 5

03:30PM  18    STORES IN THE BAY AREA, AND THEN 20 STORES BY DECEMBER 31ST;

03:30PM  19    RIGHT?

03:30PM  20    A.   CORRECT.

03:30PM  21    Q.   AND IN THE AUGUST 6TH PARTNERSHIP MEETING MINUTES, THAT

03:30PM  22    GOAL CHANGED WHERE THERE WAS GOING TO BE 5 STORES INITIALLY AND

03:30PM  23    THEN EXPAND TO 40 RATHER THAN 20; IS THAT RIGHT?

03:31PM  24    A.   THAT'S RIGHT.

03:31PM  25    Q.   AND SO IN THAT CASE, THERE WAS GOING TO BE AN INCREASE IN

03:31PM  1    THE NUMBER OF STORES, AT LEAST IN TERMS OF WHAT THE GOAL WAS;

03:31PM  2    RIGHT?

03:31PM  3    A.    THAT'S CORRECT.  AGAIN, AS WE'RE LEARNING AND AS THE

03:31PM  4    REQUIREMENTS CONTINUE TO CHANGE AND EVOLVE, WE MADE DECISIONS

03:31PM  5    BASED ON THE NUMBER OF STORES WE NEED TO PLAN FOR.

03:31PM  6    Q.    OKAY.  BUT IN TERMS OF THE PLAN AND WHAT YOU'RE PLANNING

03:31PM  7    FOR, IN THE CASE OF CALIFORNIA STORES GOING FROM 20 TO 40,

03:31PM  8    THAT'S AN EXPANSION, NOT A CONTRACTION; RIGHT?

03:31PM  9    A.    THAT'S CORRECT.

03:31PM  10   Q.    OKAY.  AND THEN THE NEXT BULLET SAYS, "EXPANSION BEYOND

03:31PM  11   THE 5 STORES WILL REQUIRE THERANOS DATA TO OBTAIN STORE

03:31PM  12   SELECTION."

03:31PM  13       DO YOU SEE THAT?

03:31PM  14   A.    I DO.

03:31PM  15   Q.    AND WE TALKED ABOUT THAT BEFORE.  THAT WOULD BE THERANOS

03:31PM  16   INPUT ON WHAT TYPE OF STORES WOULD THEY THINK WOULD BE BEST FOR

03:31PM  17   THEM TO MOVE INTO; RIGHT?

03:31PM  18   A.    RIGHT.  IT'S THE SELECTION CRITERIA THAT THERANOS WAS

03:31PM  19   LOOKING FOR ON WHICH STORES ACTUALLY MEET THOSE CRITERIA.

03:31PM  20   Q.    LET'S GO TO THE NEXT ITEM.  AND JUST TO ORIENT YOU,

03:31PM  21   MR. JHAVERI, IN THE EXHIBIT THAT WE LOOKED AT, WHICH WAS

03:32PM  22   EXHIBIT 1861, FROM JULY 10TH OF 2014, THE DISCUSSION WAS ABOUT

03:32PM  23   EXPANDING INTO -- OR EXPANDING IN CALIFORNIA, ARIZONA, AND THE

03:32PM  24   TRI-STATE AREA.

03:32PM  25       DO YOU REMEMBER THAT?

JHAVERI CROSS BY MR. COOPERSMITH                              3119

03:32PM  1    A.   I DO.

03:32PM  2    Q.   AND IN THIS NEXT SECTION, NOW THERE'S THOSE MARKETS AND

03:32PM  3    OTHER ADDITIONAL MARKETS THAT ARE LISTED IN TERMS OF

03:32PM  4    PRIORITIES.

03:32PM  5         DO YOU SEE THAT?

03:32PM  6    A.   I DO.

03:32PM  7    Q.   AND SO THE FIRST PRIORITY IS THE SAME, THE FIRST THREE AT

03:32PM  8    LEAST OF THESE BULLETS ARE THE SAME AREAS THAT WERE DISCUSSED

03:32PM  9    IN THE PREVIOUS MONTH'S MINUTES, CALIFORNIA, ARIZONA, AND THE

03:32PM  10   TRI-STATE AREA; IS THAT RIGHT?

03:32PM  11   A.   THAT IS RIGHT.

03:32PM  12   Q.   AND THE TRI-STATE AREA IS NEW YORK, NEW JERSEY, AND

03:32PM  13   CONNECTICUT?

03:32PM  14   A.   THAT'S RIGHT.

03:32PM  15   Q.   AND IN THOSE AREAS, DO YOU SEE AFTER THE WORD "CALIFORNIA"

03:32PM  16   THERE'S THE WORD "BLUE"?

03:32PM  17   A.   YES.

03:32PM  18   Q.   AND WHAT DOES THAT REFER TO?

03:32PM  19   A.   I DON'T KNOW.

03:32PM  20   Q.   IS THAT RED STATES, BLUE STATES, LIKE POLITICS?

03:33PM  21   A.   I COULDN'T TELL YOU.  I DON'T REMEMBER.

03:33PM  22   Q.   AND THEN IT HAS APPROXIMATELY 90.  IS THAT WHAT THAT

03:33PM  23   MEANS?

03:33PM  24   A.   THAT'S RIGHT.

03:33PM  25   Q.   AND THE PRIORITY ONE EXPANSION PLAN WOULD BE APPROXIMATELY

03:33PM  1      90 STORES IN CALIFORNIA?

03:33PM  2      A.   THAT IS RIGHT.  THAT IS WHAT THE ESTIMATE COULD BE.

03:33PM  3      Q.   AND THAT IS WHAT WAS DISCUSSED AT THE MEETING?

03:33PM  4      A.   THAT'S RIGHT.

03:33PM  5      Q.   AND THEN FOR ARIZONA, IT IS APPROXIMATELY 20?

03:33PM  6      A.   CORRECT.

03:33PM  7      Q.   AND THEN FOR THE TRI-STATE AREA, NEW YORK, NEW JERSEY,

03:33PM  8      CONNECTICUT, THEY'RE BLUE, I GUESS, BUT THERE ARE APPROXIMATELY

03:33PM  9      90?

03:33PM  10     A.   THAT'S RIGHT.

03:33PM  11     Q.   AND APPARENTLY THOSE STATES HAVE THE TOUGHEST AUDITS

03:33PM  12     ACCORDING TO WHAT WAS DISCUSSED AT THIS MEETING; RIGHT?

03:33PM  13     A.   YEAH, AND I THINK THAT'S A CRITICAL POINT WHY WE HAD TO

03:33PM  14     PLAN FORWARD.

03:33PM  15          SO I TALKED ABOUT ALL OF THE OPERATIONAL THINGS IN THE

03:33PM  16     CONSTRUCTION AND THE PLANNING OF EMPLOYEES AND TRAINING OF

03:33PM  17     EMPLOYEES.

03:34PM  18          THE OTHER PART OF THIS IS MAKING SURE THAT WE ARE WITHIN

03:34PM  19     THE GUIDELINES OF THE REGULATORY ENVIRONMENT FOR THAT STATE,

03:34PM  20     AND SO THERE MIGHT BE INSTANCES WHERE WE HAVE TO ASK FOR

03:34PM  21     WAIVERS OR CLEARANCE, OR APPROVALS FROM THE BODIES IN THAT

03:34PM  22     PARTICULAR STATES, WHICH IS ONE OF THE BIG REASONS WHY WE HAVE

03:34PM  23     TO PLAN FORWARD.

03:34PM  24          AGAIN, I KNOW I SOUND REPETITIVE, BUT YOU CAN'T WAKE UP IN

03:34PM  25     THE MORNING AND SAY I'M GOING TO OPEN UP 50 STORES TODAY.

JHAVERI CROSS BY MR. COOPERSMITH                    3121

03:34PM 1          IT TAKES MONTHS, POTENTIALLY YEARS DEPENDING ON THE STATE.

03:34PM 2    NEW YORK WAS THE ONE OF THE TOUGHEST STATES IN TERMS OF

03:34PM 3    REGULATORY ENVIRONMENT.  CALIFORNIA FOLLOWED VERY QUICKLY RIGHT

03:34PM 4    BEHIND IT IN TERMS OF OPENING A THERANOS SERVICES LAB INSIDE OF

03:34PM 5    A WALGREENS STORE.

03:34PM 6          SO THAT'S WHAT WE'RE TALKING ABOUT HERE IS WHILE

03:34PM 7    CALIFORNIA, 90 STORES, WE'RE HIGHLIGHTING IT HAS SOME OF THE

03:34PM 8    TOUGHEST REGULATIONS.  HOW DO WE PLAN FOR IT?  WHAT DO WE NEED

03:34PM 9    TO DO TO ACTUALLY MAKE THAT FEASIBLE FOR US?

03:34PM 10   Q.   AND THAT WAS THE POINT OF THIS DISCUSSION, TO TALK ABOUT

03:34PM 11   ALL OF THE LOGISTICS THAT WOULD GO INTO OPENING THAT NUMBER OF

03:35PM 12   STORES; RIGHT?

03:35PM 13   A.   THAT'S RIGHT.

03:35PM 14   Q.   AND FOR CALIFORNIA, APPROXIMATELY 90; ARIZONA,

03:35PM 15   APPROXIMATELY 20; AND THE TRI-STATE AREA, APPROXIMATELY 90, IF

03:35PM 16   MY MATH IS RIGHT, 90 PLUS 90 PLUS 20 IS 200; RIGHT?

03:35PM 17   A.   THAT'S CORRECT.

03:35PM 18   Q.   OKAY.  NOW, THE NEXT ITEM IS WYOMING?

03:35PM 19   A.   YES.

03:35PM 20   Q.   AND THERE'S A QUESTION MARK THERE.

03:35PM 21   A.   CORRECT.  WE WERE DISCUSSING, AND I DON'T REMEMBER

03:35PM 22   EXACTLY, BUT I KNOW THE THERANOS TEAM WAS LOOKING AT WYOMING

03:35PM 23   FOR SEVERAL REASONS, AND SO WE HAD PUT THAT DOWN AS A STATE

03:35PM 24   THAT WE SHOULD BE DISCUSSING, THINKING ABOUT IS THIS SOMETHING

03:35PM 25   THAT IS FEASIBLE FOR US.

03:35PM  1    Q.   OKAY.  AND THEN GOING TO THE NEXT GROUP, PRIORITY 2, WHICH

03:35PM  2    IS ON THE TOP OF PAGE 9, IN ADDITION TO THE APPROXIMATELY 200

03:35PM  3    THAT WERE BEING DISCUSSED IN THE AREAS IN PRIORITY 1, NOW WE'VE

03:35PM  4    GOT ADDITIONAL PRIORITY 2 AREAS; RIGHT?

03:35PM  5    A.   CORRECT.

03:36PM  6    Q.   AND THOSE ARE NOT ONES THAT WERE MENTIONED IN THE PREVIOUS

03:36PM  7    MONTH'S PARTNERSHIP MEETING; RIGHT?

03:36PM  8    A.   THAT'S RIGHT.  AGAIN, THIS PRIORITY 1, 2, AND 3.  AS YOU

03:36PM  9    CAN TELL, WE'RE RESETTING THE NUMBERS.

03:36PM 10        FISCAL YEAR '15, IF I REMEMBER CORRECTLY, INITIALLY WE HAD

03:36PM 11    500 STORES THAT WE HAD PLANNED FOR, AND BASED ON WHAT WE WERE

03:36PM 12    LEARNING IN THE PILOT AND WHAT WE WERE SEEING, WE HAD MOVED

03:36PM 13    THAT NUMBER DOWN TO ABOUT 200 FOR FISCAL YEAR '15, ALONG WITH

03:36PM 14    THE WELL EXPERIENCE STORES THAT WE WERE BUILDING.

03:36PM 15        SO WHAT WE WERE TRYING TO DO HERE IS TO UNDERSTAND WHAT

03:36PM 16    ARE OUR PRIORITIES GOING FORWARD FOR FISCAL YEAR '15, AND

03:36PM 17    THAT'S WHAT THIS IS LOOKING LIKE.

03:36PM 18    Q.   OKAY.  BUT JUST TO MAKE SURE THAT I GET MY QUESTION

03:36PM 19    ANSWERED --

03:36PM 20    A.   YES.

03:36PM 21    Q.   -- THERE WERE APPROXIMATELY 200 STORES IN CALIFORNIA,

03:36PM 22    ARIZONA, AND THE TRI-STATE AREA THAT WERE UNDER DISCUSSION AT

03:36PM 23    THIS MEETING; CORRECT?

03:36PM 24    A.   CORRECT, ROUND HIGH LEVEL NUMBERS.

03:37PM 25    Q.   AND WYOMING WAS A QUESTION MARK; RIGHT?

JHAVERI CROSS BY MR. COOPERSMITH                    3123

03:37PM   1    A.   CORRECT.

03:37PM   2    Q.   AND THERE WERE ADDITIONAL AREAS THAT WERE DISCUSSED AS

03:37PM   3    PRIORITY 2 AREAS FOR PLAN FOR FISCAL YEAR '15; CORRECT?

03:37PM   4    A.   YES.

03:37PM   5    Q.   AND THOSE WERE ILLINOIS, TEXAS, AND FLORIDA?

03:37PM   6    A.   THAT'S RIGHT.

03:37PM   7    Q.   AND THOSE ARE THREE VERY BIG STATES; RIGHT?

03:37PM   8    A.   THEY ARE.

03:37PM   9    Q.   FOR EXAMPLE, MUCH BIGGER THAN WYOMING?

03:37PM  10    A.   IT DEPENDS ON HOW YOU SAY IT'S BIG.

03:37PM  11    Q.   WELL, IN POPULATION?

03:37PM  12    A.   YES.

03:37PM  13    Q.   AND THE ILLINOIS, TEXAS, AND FLORIDA, THAT WAS NOT

03:37PM  14    SOMETHING THAT WAS DISCUSSED IN THE PREVIOUS MONTH'S

03:37PM  15    PARTNERSHIP MEETING?

03:37PM  16    A.   I DON'T RECALL.  I'D HAVE TO LOOK.

03:37PM  17    Q.   WELL, LET'S TAKE A LOOK AT EXHIBIT 1861, WHICH WAS THE

03:37PM  18    PREVIOUS MONTH, AND IF YOU LOOK AT PAGE 7 OF THAT EXHIBIT, DO

03:37PM  19    YOU SEE ANY MENTION THEREOF ILLINOIS, TEXAS, AND FLORIDA?

03:38PM  20    A.   NO, I DO NOT.

03:38PM  21    Q.   SO ILLINOIS, TEXAS, AND FLORIDA WERE ADDITIONAL AREAS

03:38PM  22    DISCUSSED IN THE AUGUST 2014 MEETING THAT WERE NOT DISCUSSED IN

03:38PM  23    THE JULY MEETING; CORRECT?

03:38PM  24    A.   CORRECT.

03:38PM  25    Q.   AND THEN IF YOU GO ON, THERE'S EVEN MORE.  THERE'S

03:38PM   1    PRIORITY 3; RIGHT?  THAT'S INDIANA, NEW MEXICO, AND

03:38PM   2    MISSISSIPPI; IS THAT RIGHT?

03:38PM   3    A.    THAT'S RIGHT.

03:38PM   4    Q.    AND EXCLUDED PENNSYLVANIA; IS THAT RIGHT?

03:38PM   5    A.    I DO.

03:38PM   6    Q.    AND THAT'S BECAUSE WALGREENS DIDN'T HAVE AN EXCLUSIVE

03:38PM   7    AGREEMENT WITH THERANOS IN PENNSYLVANIA?

03:38PM   8    A.    I DON'T RECALL ON WHAT THE ISSUE WAS WITH PENNSYLVANIA TO

03:38PM   9    BE QUITE HONEST.

03:38PM  10    Q.    OKAY.  AFTER THOSE PRIORITIES ARE DISCUSSED AS A PLAN FOR

03:38PM  11    FISCAL YEAR '15, THERE'S AN ADDITIONAL BULLET THAT SAYS, "PLAN

03:39PM  12    FOR FISCAL YEAR '15 IS TO FOLLOW THE WELL EXPERIENCE ROLLOUT AS

03:39PM  13    MUCH AS POSSIBLE."

03:39PM  14         DO YOU SEE THAT?

03:39PM  15    A.    YES.

03:39PM  16    Q.    AND WE'VE SEEN THAT BEFORE, THAT CONCEPT; RIGHT?

03:39PM  17    A.    CORRECT.

03:39PM  18    Q.    AND THE NEXT BULLET UNDER THAT IS "KEEPS BUILD-OUT COSTS

03:39PM  19    LOW"; RIGHT?

03:39PM  20    A.    YES.

03:39PM  21    Q.    AND THAT'S BECAUSE IF YOU WERE BUILDING A WELL EXPERIENCE

03:39PM  22    CONSTRUCTION PROJECT ANYWAY THAT WOULD HAVE A CONSULTATION

03:39PM  23    ROOM, YOU WOULDN'T HAVE TO THEN SPEND EVEN MORE TIME AND MONEY

03:39PM  24    BUILDING A DEDICATED THERANOS SPACE; RIGHT?

03:39PM  25    A.    CORRECT.  IT'S LIKE BUILDING YOUR HOME, RIGHT, IF YOU

JHAVERI CROSS BY MR. COOPERSMITH                    3125

03:39PM  1    BUILD ALL THREE FLOORS AND NOW YOU WANT TO ADD ANOTHER FLOOR IN

03:39PM  2    THE MIDDLE OF THAT, IT COSTS A LOT OF MONEY.

03:39PM  3    Q.   AND IT MINIMIZES DISRUPTION TO THE STORE?

03:39PM  4    A.   THAT'S RIGHT.

03:39PM  5    Q.   AND THERE ARE SOME SAFETY CONCERNS ASSOCIATED WITH

03:39PM  6    CONSTRUCTION; RIGHT?

03:39PM  7    A.   THAT'S RIGHT.  THAT'S RIGHT.

03:39PM  8    Q.   AND THEN BELOW THAT IT SAYS, "W.E., OR WELL EXPERIENCE

03:39PM  9    PERSONNEL, ARE OFTEN A GOOD FIT FOR THERANOS SERVICES"; RIGHT?

03:40PM 10    A.   THAT'S CORRECT.

03:40PM 11    Q.   AND THEN IT SAYS INITIAL GOAL FOR FISCAL YEAR '15

03:40PM 12    SEPTEMBER/AUGUST WAS 500 STORES.

03:40PM 13         WE SAW THAT IN A PREVIOUS EXHIBIT; RIGHT?

03:40PM 14    A.   THAT'S RIGHT.

03:40PM 15    Q.   AND THEN IT SAYS, "NEED TO REDEFINE THIS GOAL"; RIGHT?

03:40PM 16    A.   CORRECT.

03:40PM 17    Q.   AND THAT'S WHAT THIS DISCUSSION IS ABOUT, REDEFINING THE

03:40PM 18    GOAL THAT HAD BEEN 500 STORES IN 2015, AND NOW IT'S REDEFINING

03:40PM 19    THAT TO SOMETHING DIFFERENT; RIGHT?

03:40PM 20    A.   CORRECT.  IF YOU LOOK AT THE CHART --

03:40PM 21    Q.   WE'LL LOOK AT THE CHART.  LET'S GO THROUGH THIS STEP BY

03:40PM 22    STEP.

03:40PM 23    A.   I JUST WANT TO BE CLEAR.  SO THE 500 STORES WAS THE

03:40PM 24    INITIAL GOAL.  WE'RE NOW REDEFINING THAT GOAL TO A STORE NUMBER

03:40PM 25    THAT IS LESS THAN THAT BASED ON WHAT WE'RE SEEING IN THE --

03:40PM   1    Q.   AGAIN, I'LL GET TO THE CHART.  BUT I JUST WANT TO HAVE MY

03:40PM   2    QUESTIONS ANSWERED.

03:40PM   3    A.   UNDERSTOOD.

03:40PM   4         THE COURT:  LET HIM FINISH HIS ANSWER.

03:40PM   5         THE WITNESS:  SO WHAT I WAS --

03:40PM   6    BY MR. COOPERSMITH:

03:40PM   7    Q.   WELL, THERE'S NO QUESTION PENDING.  LET ME ASK A QUESTION,

03:40PM   8    OKAY?

03:40PM   9    A.   OKAY.

03:40PM   10   Q.   "THE INITIAL GOAL FOR FISCAL YEAR '15, SEPTEMBER TO

03:40PM   11   AUGUST, WAS 500 STORES.  NEED TO REDEFINE THIS GOAL."

03:41PM   12        DO YOU SEE THAT?

03:41PM   13   A.   I DO.

03:41PM   14   Q.   AND SO MY ONLY QUESTION RIGHT NOW IS, THE DISCUSSION AT

03:41PM   15   THIS MEETING, THIS IS THE AUGUST 2014 MEETING, IS THAT THE GOAL

03:41PM   16   FOR FISCAL YEAR '15 HAD BEEN 500 STORES; RIGHT?  AND WE SAW

03:41PM   17   THAT IN A PREVIOUS EXHIBIT?

03:41PM   18   A.   THAT'S CORRECT.

03:41PM   19   Q.   AND NOW THERE WAS A DISCUSSION ABOUT THE NEED TO REDEFINE

03:41PM   20   THAT GOAL; CORRECT?

03:41PM   21   A.   THAT'S RIGHT.

03:41PM   22   Q.   AND IT WAS TO REDEFINE THAT GOAL TO SOMETHING DIFFERENT,

03:41PM   23   SOMETHING DIFFERENT THAN 500 STORES; RIGHT?

03:41PM   24   A.   THAT'S CORRECT.

03:41PM   25   Q.   OKAY.  AND THE NEXT BULLET POINT RIGHT AFTER THAT, IT

JHAVERI CROSS BY MR. COOPERSMITH                    3127

03:41PM   1      SAYS, "NATIONWIDE EQUALS 2,000 TO 2,500 STORES AND 25 TO 30

03:41PM   2      MSA'S."

03:41PM   3          DO YOU SEE THAT?

03:41PM   4      A.   YES.

03:41PM   5      Q.   AND MSA IS METROPOLITAN STATISTICAL AREA; IS THAT RIGHT?

03:41PM   6      A.   THAT'S RIGHT.

03:41PM   7      Q.   AND, FOR EXAMPLE, THE BAY AREA MIGHT BE AN MSA?

03:42PM   8      A.   THAT'S RIGHT.

03:42PM   9      Q.   OR THE HOUSTON, TEXAS AREA MIGHT BE AN MSA, FOR EXAMPLE?

03:42PM  10      A.   THAT'S CORRECT.

03:42PM  11      Q.   OKAY.  SO IT GOES FURTHER, AND THE NEXT BULLET IS,

03:42PM  12      "ASSUMES LAUNCH IN PARALLEL MARKETS."

03:42PM  13          DO YOU SEE THAT?

03:42PM  14      A.   I DO.

03:42PM  15      Q.   AND THAT TO GET TO THE GOAL, THE PARALLEL MARKETS WOULD BE

03:42PM  16      THE MARKETS THAT WE WERE JUST DISCUSSING, CALIFORNIA, NEW YORK,

03:42PM  17      ARIZONA, POSSIBLY ILLINOIS, TEXAS, AND FLORIDA AND SO FORTH; IS

03:42PM  18      THAT RIGHT?

03:42PM  19      A.   THAT'S RIGHT.

03:42PM  20      Q.   AND IN ORDER TO EXECUTE THE GOAL, WHATEVER IT WAS, THERE

03:42PM  21      WOULD HAVE TO BE EXECUTION OF THE LAUNCH IN MULTIPLE MARKETS AT

03:42PM  22      THE SAME TIME; RIGHT?

03:42PM  23      A.   RIGHT.  WHATEVER THE NUMBER IS, IF WE'RE GOING TO HIT THAT

03:42PM  24      NUMBER BY THE SET DATE, WE COULDN'T DO ONE AFTER THE OTHER.  WE

03:42PM  25      WOULD HAVE TO DO IT IN A CONCURRENT FASHION TO BE ABLE TO HIT

03:42PM  1    THAT GOAL.

03:42PM  2    Q.   AND THAT'S WHAT THE DISCUSSION WAS AT THIS MEETING, RIGHT,

03:42PM  3    TO ASSUME THAT THERE WOULD BE THE ABILITY AND THE EXECUTION OF

03:42PM  4    A LAUNCH IN PARALLEL MARKETS; RIGHT?

03:42PM  5    A.   CORRECT.

03:42PM  6    Q.   MEANING MULTIPLE MARKETS AT THE SAME TIME?

03:43PM  7    A.   THAT'S RIGHT.

03:43PM  8    Q.   OKAY.  AND THEN IT SAYS, "NEED TO FIGURE OUT LAUNCH IN A

03:43PM  9    BOX CONCEPT."

03:43PM  10        DO YOU SEE THAT?

03:43PM  11   A.   YES.

03:43PM  12   Q.   AND LAUNCH IN A BOX MEANS A SET OF ALREADY PREPARED PLAN

03:43PM  13   AND METHOD TO QUICKLY IMPLEMENT THE LAUNCH OF A THERANOS STORE

03:43PM  14   IN ANY WALGREENS STORE THAT THE GROUP DECIDED WOULD BE

03:43PM  15   APPROPRIATE; RIGHT?

03:43PM  16   A.   YEAH.  LET ME EXPLAIN THIS A LITTLE BIT BECAUSE IT'S AN

03:43PM  17   IMPORTANT POINT.

03:43PM  18        AS WE WERE GOING THROUGH THE PILOT, THE DESIGN CHANGED,

03:43PM  19   AND THE MODEL CHANGED BECAUSE IT EVOLVED BASED ON OUR

03:43PM  20   LEARNINGS.

03:43PM  21        AND IN ORDER FOR US TO LAUNCH AND SCALE AT PACE, AT SPEED,

03:43PM  22   YOU HAVE TO HAVE SOMETHING THAT IS, AS WE CALLED IT, LAUNCH IN

03:43PM  23   A BOX, VERY QUICKLY YOU CAN REPLICATE IT OVER AND OVER AND

03:43PM  24   OVER.

03:43PM  25        AND SO WE HAD NOT YET FIGURED OUT WHAT THAT LAUNCH IN A

03:43PM   1    BOX WAS, AND SO IN ORDER FOR US TO START SCALING TO MULTIPLE

03:43PM   2    MARKETS, TO MULTIPLE STORES, TO MULTIPLE AREAS, WE HAD TO HAVE

03:44PM   3    THIS DONE, AND THAT'S WHAT I'M REFERRING TO HERE.

03:44PM   4    Q.   RIGHT.  SO, IN OTHER WORDS, IF I BAKE A CAKE AND I, LIKE,

03:44PM   5    KIND OF DO IT JUST BY EAR AND I'M PUTTING INGREDIENTS IN AND I

03:44PM   6    DON'T KNOW EXACTLY WHAT PROPORTIONS AND I'M TRYING TO FIGURE IT

03:44PM   7    OUT, IT MIGHT TASTE REALLY BAD; RIGHT?

03:44PM   8    A.   IT COULD.

03:44PM   9    Q.   BUT IF I ENDED UP HAVING A CAKE THAT TASTED GOOD AND I

03:44PM   10   WROTE DOWN EXACTLY WHAT I DID, NOW I WOULD HAVE A RECIPE;

03:44PM   11   RIGHT?

03:44PM   12   A.   THAT'S RIGHT.

03:44PM   13   Q.   AND THAT'S KIND OF WHAT LAUNCH IN A BOX IS; CORRECT?

03:44PM   14   A.   THAT'S RIGHT.

03:44PM   15   Q.   AND SO THAT WOULD BE NECESSARY TO SCALE AND TO GROW THE

03:44PM   16   PROGRAM IS TO HAVE SOME READY MADE PLAN THAT YOU COULD QUICKLY

03:44PM   17   IMPLEMENT TO OPEN ANY PARTICULAR NEW STORE; RIGHT?

03:44PM   18   A.   CORRECT.  AND IT, IT -- THAT LAUNCH IN A BOX ALSO HIT ON

03:44PM   19   ALL OF THE, YOU KNOW, THE TIMELINE, THE COST, THE READINESS.

03:44PM   20   ALL OF THOSE THINGS HAD TO BE COMPLETED BEFORE WE CAN DO THAT.

03:44PM   21        WALGREENS AT OUR HEIGHT, WE'RE OPENING A STORE EVERY

03:45PM   22   17 HOURS.  AND THE REASON THAT WE WERE ABLE TO DO THAT WAS

03:45PM   23   BECAUSE WE HAD A SET DESIGN, A CRITERIA, COST STRUCTURE, PLAN

03:45PM   24   TO ACTUALLY EXECUTE THIS, AND THAT'S WHAT WE NEEDED TO DO FOR

03:45PM   25   THIS PARTICULAR SERVICE AS WELL.

03:45PM 1      Q.   OKAY.  UNDERSTOOD.

03:45PM 2           AND THEN IF YOU GO TO THE NEXT BULLET, IT SAYS, "PLAN TO

03:45PM 3      BE IN EVERY HCC," OR HEALTH CARE CLINIC, "LOCATION."

03:45PM 4      A.   THAT'S CORRECT.

03:45PM 5      Q.   AND EVERY LOCATION AT THE TIME WAS AROUND 400; RIGHT?

03:45PM 6      A.   YEAH, IT WAS APPROXIMATELY 400 STORES.

03:45PM 7      Q.   AND IT ACTUALLY HAS A NUMBER BELOW THAT?  IF YOU LOOK AT

03:45PM 8      THE CHART, IT SAYS STD PROGRAM AT HCC, IT SAYS 430 EXISTING;

03:45PM 9      RIGHT?

03:45PM 10     A.   THAT'S CORRECT.

03:45PM 11     Q.   AND WITH 50 NEW HCC'S PLANNED IN 2015?

03:45PM 12     A.   THAT'S CORRECT.

03:45PM 13     Q.   AND SO IF THERANOS WAS IN EVERY HCC LOCATION, THAT WOULD

03:45PM 14     BE 480 STORES?

03:45PM 15     A.   CORRECT.

03:45PM 16     Q.   OKAY.  AND THEN YOU HAVE THE CHART; RIGHT?

03:45PM 17     A.   SIR, IF I COULD CLARIFY?  IT'S THE STD PROGRAM THAT WOULD

03:46PM 18     BE IN EVERY HCC.  IT'S NOT THE FULL SUITE OF THERANOS SERVICES.

03:46PM 19     THIS WOULD BE THE STD PROGRAM THAT WOULD BE IN HEALTH CARE

03:46PM 20     CLINICS.

03:46PM 21          THE ACTUAL THERANOS CLINICS WOULD BE THE LINE ABOVE THAT.

03:46PM 22     Q.   OKAY.  LET'S JUST TALK ABOUT THE BULLET POINTS THEN THAT

03:46PM 23     WE JUST WENT THROUGH.

03:46PM 24          SO THE INITIAL GOAL FOR FISCAL YEAR '15, SEPTEMBER-AUGUST,

03:46PM 25     WAS 500 STORES.  NEED TO REDEFINE THIS GOAL; RIGHT?

03:46PM 1          AND THAT'S REFERRING TO THE THERANOS STORES, THAT WOULD

03:46PM 2    BE -- IN OTHER WORDS, THE WALGREENS STORES WOULD HAVE THERANOS

03:46PM 3    BLOOD COLLECTION SERVICES IN THEM; RIGHT?

03:46PM 4    A.   CORRECT.  WHAT WE'RE REFERRING TO, THE 500 STORES, WAS THE

03:46PM 5    FULL SUITE OF SERVICES THAT WE CAN OFFER WITH THE THERANOS

03:46PM 6    SERVICES.

03:46PM 7    Q.   OKAY.  IN OTHER WORDS, THERANOS BLOOD COLLECTION?

03:46PM 8    A.   CORRECT.

03:46PM 9    Q.   AND WE TALKED ABOUT IN THE PRIOR MONTH IT HAD BEEN 500

03:47PM 10   STORES; RIGHT?  BUT THE REDEFINING OF THE GOAL IS TO REDEFINE

03:47PM 11   THE GOAL FOR HOW MANY OF THESE THERANOS BLOOD COLLECTION SITES

03:47PM 12   THERE WOULD BE IN WALGREENS STORES; RIGHT?

03:47PM 13   A.   THAT'S RIGHT.

03:47PM 14   Q.   IT'S NOT TO TALK ABOUT THE OTHER WALGREENS PROGRAMS, IT'S

03:47PM 15   ABOUT REDEFINING THE GOAL FOR THERANOS; RIGHT?

03:47PM 16   A.   FOR THE THERANOS LOCATIONS, SIMILAR TO THE 40 STORES THAT

03:47PM 17   WE ALREADY HAD IN OPERATION.

03:47PM 18   Q.   RIGHT.

03:47PM 19   A.   SO WHAT WE WERE LOOKING AT IS WE WERE PLANNING FOR 500 OF

03:47PM 20   THOSE STORES, AND WHAT THE STATEMENT IS, IS THAT WE NEED TO

03:47PM 21   REDEFINE THAT GOAL FOR THOSE TYPES OF STORES, AND THAT'S WHAT

03:47PM 22   I'M REFERRING TO HERE.

03:47PM 23        DOES THAT CLARIFY?

03:47PM 24   Q.   WERE THE 40 STORES GOLD STORES?

03:47PM 25   A.   I DON'T REMEMBER ALL OF THEM, HOW THEY WERE.

03:47PM 1    Q.   BUT THEY WERE ALL BUILT OUT LIKE DEDICATED THERANOS

03:47PM 2    SPACES; RIGHT?

03:47PM 3    A.   I BELIEVE SO.

03:47PM 4    Q.   OKAY.  SO THE 500 WAS TO BUILD THESE DEDICATED THERANOS

03:47PM 5    SPACES; RIGHT?

03:47PM 6    A.   500 STORES WAS TO -- I DON'T KNOW IF THIS WAS REFERRING TO

03:48PM 7    DEDICATED STORES, BUT IT WAS 500 THERANOS LOCATIONS.

03:48PM 8    Q.   OKAY.  BUT IN ANY EVENT, THIS SET OF BULLET POINTS THAT

03:48PM 9    WE'RE LOOKING AT WITH THE INITIAL GOAL AND THE REDEFINING OF

03:48PM 10   THE GOALS, THIS HAS TO DO WITH THERANOS IN PARTICULAR; RIGHT?

03:48PM 11   A.   IT HAS TO DO WITH THE THERANOS SERVICES THAT WE ARE

03:48PM 12   PUTTING INTO A WALGREENS STORE.

03:48PM 13   Q.   OKAY.

03:48PM 14   A.   RIGHT.

03:48PM 15   Q.   AND THEN THE SUBBULLETS BELOW THAT INITIAL GOAL BULLET,

03:48PM 16   THOSE ALSO ARE DIFFERENT BULLET POINTS THAT RELATE TO THIS

03:48PM 17   THERANOS PROGRAM; CORRECT?

03:48PM 18   A.   THAT'S RIGHT.

03:48PM 19   Q.   OKAY.  SO THE BULLET POINT THAT SAID, "PLAN TO BE IN EVERY

03:48PM 20   HCC LOCATION," THAT'S REFERRING TO THE THERANOS PROGRAM?

03:48PM 21   A.   IT IS.  BUT WHAT WE ACTUALLY PLANNED FOR IS THE STD

03:48PM 22   PROGRAM TO BE IN THE HEALTH CARE CLINICS.

03:48PM 23   Q.   IF THERANOS WAS IN EVERY HCC LOCATION, IF THAT'S THE PLAN

03:48PM 24   THAT IS BEING DISCUSSED, IF THAT WAS CARRIED OUT, THAT WOULD BE

03:48PM 25   480 STORES IN 2015; CORRECT?

JHAVERI CROSS BY MR. COOPERSMITH                    3133

03:48PM  1    A.   FOR THE FULL SERVICES; CORRECT.

03:49PM  2    Q.   OKAY.  AND THEN THERE IS WELL EXPERIENCE IN THE CHART.

03:49PM  3    THAT'S 2,000 STORES; RIGHT?

03:49PM  4    A.   THAT'S CORRECT.

03:49PM  5    Q.   AND IF THOSE STORES HAD A SHARED SPACE WITH THE WELL

03:49PM  6    EXPERIENCE AND THE THERANOS PROJECT, THOSE COULD BE ADDITIONAL

03:49PM  7    PLACES WHERE THERANOS BLOOD SAMPLES WERE COLLECTED; RIGHT?

03:49PM  8    A.   IT COULD BE.

03:49PM  9         BUT I WANT TO BE VERY CLEAR ABOUT WHAT THIS CHART IS

03:49PM 10    SHOWING.

03:49PM 11         IN FISCAL 2015, WE WERE PLANNING TO LAUNCH 2,000 WELL

03:49PM 12    EXPERIENCE STORES, NOT THERANOS, NOT OTHER SERVICES, JUST THE

03:49PM 13    WELL EXPERIENCE REMODEL.

03:49PM 14         WE WERE NOW PLANNING TO LAUNCH THERANOS FULLY SERVICES,

03:49PM 15    THE PATIENT SERVICES THAT WE TALKED ABOUT, OF 200.  WE WERE

03:49PM 16    HOPING THAT THOSE 200 OVERLAPPED WITH THE 2,000 SO WE'D HAVE

03:49PM 17    ONE CONSTRUCTION PROGRAM.

03:49PM 18         IN ADDITION TO THAT, WE ALSO WANTED TO LAUNCH THE STD

03:49PM 19    PROGRAM IN ALL OF THE HEALTH CARE CLINICS, WHICH IN THIS CASE

03:50PM 20    430 EXISTING, PLUS 50 NEW.  THAT WAS THE PLAN FOR 2015 THAT WE

03:50PM 21    WERE LOOKING TO DO.

03:50PM 22    Q.   OKAY.  DO YOU SEE HOW BELOW THE CHART IT SAYS NEXT STEPS?

03:50PM 23    A.   YES.

03:50PM 24    Q.   AND IT SAYS "CRITERIA ALIGNMENT, EG CLINIC, W.E.," ET

03:50PM 25    CETERA; RIGHT?

JHAVERI CROSS BY MR. COOPERSMITH 3134

03:50PM 1    A.    YES.

03:50PM 2    Q.    AND THAT'S REFERRING TO THE HEALTH CARE CLINIC AND THE

03:50PM 3    WELL EXPERIENCE STORES; RIGHT?

03:50PM 4    A.    YES.

03:50PM 5    Q.    "GET A LIST OF 2,000 STORES WITH PHR'S."

03:50PM 6          DO YOU SEE THAT?

03:50PM 7    A.    YES.

03:50PM 8    Q.    AND IS THAT PRIVATE HEALTH ROOMS?

03:50PM 9    A.    IT IS.

03:50PM 10   Q.    SO ONE OF THE NEXT STEPS WAS TO HAVE A LIST OF ALL 2,000

03:50PM 11   WELL EXPERIENCE STORES THAT HAD PRIVATE HEALTH ROOMS; RIGHT?

03:50PM 12   A.    THAT'S RIGHT.

03:50PM 13   Q.    TO SEE ABOUT PUTTING THERANOS SERVICES IN THOSE?

03:50PM 14   A.    CORRECT.

03:50PM 15         REMEMBER, AGAIN, WE WERE PLANNING TO OPEN UP 200 THERANOS

03:50PM 16   LOCATIONS AS WE INDICATED ON THE CHART.

03:50PM 17         WHAT WE WERE TRYING TO DO WAS TO SAY, GET A LIST OF THE

03:51PM 18   2,000 STORES WHERE WE CAN INCORPORATE THOSE 200 STORES INTO,

03:51PM 19   FOR VARIOUS REASONS, IT MET THE CRITERIA, IT HAS THE SPACE,

03:51PM 20   THAT'S THE LOCATIONS THAT WE WANT TO GO TO, WHATEVER THOSE

03:51PM 21   REASONS WERE, WE WERE -- THEN ONE OF THE NEXT STEPS WAS LET'S

03:51PM 22   GET THE LIST OF 2,000 STORES AND LET'S DETERMINE, BASED ON THE

03:51PM 23   CRITERIA, WHICH OF THOSE 2,000 STORES WOULD BE INCORPORATED

03:51PM 24   WITH THERANOS SERVICES.

03:51PM 25   Q.    OKAY.  LET'S GO DOWN TO THE NEXT ONE.  THERE'S AN ACTION

03:51PM 1      ITEM, OR NEXT STEPS ITEM, "GET LIST OF W.E. STORES WITHIN THOSE

03:51PM 2      STATES."

03:51PM 3          DO YOU SEE THAT?

03:51PM 4      A.   YES.

03:51PM 5      Q.   AND THAT'S THE WELL EXPERIENCE STORES; RIGHT?

03:51PM 6      A.   CORRECT.

03:51PM 7      Q.   AND LET'S GO TO THE KEY ANCHORS DISCUSSION SECTION, WHICH

03:51PM 8      IS THE NEXT SECTION.

03:51PM 9          AND DO YOU SEE THERE'S A BULLET POINT THAT SAYS,

03:51PM 10     "THERANOS, WELL EXPERIENCE, HSRX, AND CLINICS ARE," IT SAYS TO.

03:51PM 11     WOULD THAT BE "TOP PRIORITIES"?

03:51PM 12     A.   ARE PROBABLY TOP PRIORITIES, CORRECT?

03:52PM 13     Q.   "ARE TOP PRIORITIES FOR THE COMPANY; 3 OUT OF THE 4 ARE

03:52PM 14     REPRESENTED ON THE THERANOS INITIATIVE."

03:52PM 15         DO YOU SEE THAT?

03:52PM 16     A.   YES.

03:52PM 17     Q.   AND HSRX, IS THAT A MAIL ORDER PRESCRIPTION PROGRAM THAT

03:52PM 18     WALGREENS HAD?

03:52PM 19     A.   NO.  IT'S JUST OUR HEALTH SYSTEMS PHARMACIES.  SO WE HAD

03:52PM 20     SEVERAL HUNDRED PHARMACIES THAT WERE LOCATED ON A HOSPITAL

03:52PM 21     CAMPUS, SO WHEN A PATIENT LEAVES AFTER THEY RECEIVE A SERVICE

03:52PM 22     AND THEY NEED A PRESCRIPTION FILLED, THEY CAN GO TO A WALGREENS

03:52PM 23     STORE RIGHT ON CAMPUS.

03:52PM 24     Q.   OKAY.  AND THOSE WEREN'T RELATED TO THERANOS; RIGHT?

03:52PM 25     A.   THEY WERE NOT.

ER-2308

03:52PM  1      Q.   TOTALLY DIFFERENT PROGRAM?

03:52PM  2      A.   THAT'S A TOTALLY DIFFERENT PROGRAM.

03:52PM  3      Q.   OKAY.  BUT THE THERANOS WELL EXPERIENCE IN CLINICS, WHEN

03:52PM  4      IT SAYS, "3 OUT OF 4 REPRESENTED ON THE THERANOS INITIATIVE,"

03:52PM  5      DO YOU SEE THAT?

03:52PM  6      A.   YES.

03:52PM  7      Q.   AND THE 3 OUT OF THE 4 ARE THERANOS, WELL EXPERIENCE, AND

03:52PM  8      CLINICS; RIGHT?

03:52PM  9      A.   YES.  WHAT WE WERE TRYING TO DO IS TO UNDERSTAND HOW ALL

03:52PM 10      THREE OF THEM OVERLAP, AND AS WE WERE TOUCHING THE STORES, THAT

03:53PM 11      WE CAN COMBINE SOME OF THESE EFFORTS.

03:53PM 12      Q.   OKAY.  I'M GOING TO COME BACK TO THIS EXHIBIT, BUT BEFORE

03:53PM 13      I DO, I JUST WANT TO SHOW YOU EXHIBIT 1891.

03:53PM 14           DO YOU SEE THIS IS AN EMAIL STRING BETWEEN YOU AND

03:53PM 15      MR. BALWANI ON AUGUST 12TH OF 2014?

03:53PM 16      A.   YES.

03:53PM 17      Q.   AND IT'S JUST THE TWO OF YOU ON THIS EMAIL EXCHANGE?

03:53PM 18      A.   YES, IT IS.

03:53PM 19      Q.   AND THIS RELATED TO THE STORE BUILD OUT ISSUE?

03:53PM 20      A.   THAT'S CORRECT.

03:53PM 21               MR. COOPERSMITH:  YOUR HONOR, WE OFFER 1891.

03:53PM 22               MR. SCHENK:  NO OBJECTION.

03:53PM 23               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:53PM 24           (GOVERNMENT'S EXHIBIT 1891 WAS RECEIVED IN EVIDENCE.)

03:53PM 25      BY MR. COOPERSMITH:

JHAVERI CROSS BY MR. COOPERSMITH                    3137

03:53PM   1    Q.   AND IN 1891, MR. BALWANI WRITES ON AUGUST 12TH, "HEY NIM,

03:54PM   2         "HOPE YOU ARE WELL.

03:54PM   3         "CAN WE TOUCH BASE OVER THE NEXT FEW DAYS TO CHAT ABOUT

03:54PM   4    OUR GOLD, SILVER, AND BRONZE STORE LAYOUTS AND DISTRIBUTION.

03:54PM   5    AS YOU MAY KNOW (MAY NOT KNOW ALSO) THAT IN ARIZONA AND

03:54PM   6    CALIFORNIA, AT LEAST 40 PERCENT OF THE STORES ARE TO BE GOLD

03:54PM   7    (DEDICATED THERANOS ROOMS) SO WANT TO MAKE SURE WE ARE TRACKING

03:54PM   8    THAT."

03:54PM   9         DO YOU SEE THAT?

03:54PM  10    A.   YES.

03:54PM  11    Q.   AND MR. BALWANI WAS REFERRING TO A CONTRACTUAL PROVISION

03:54PM  12    THAT WE LOOKED AT EARLIER ABOUT HOW 40 PERCENT OF THE STORES

03:54PM  13    HAD TO BE THIS GOLD LEVEL STORE; RIGHT?

03:54PM  14    A.   THAT'S RIGHT.

03:54PM  15    Q.   AND THEN YOU RESPONDED THE NEXT DAY.

03:54PM  16         DO YOU SEE THAT?

03:54PM  17    A.   YES.

03:54PM  18    Q.   AND YOU WROTE, "HI SUNNY -- YES, FULLY AWARE OF THE

03:54PM  19    TERMS -- WE ARE DETERMINING THE IMPLICATIONS OF THIS

03:54PM  20    REQUIREMENT.  THE BEST WAY TO MAKE THIS HAPPEN IS TO TRULY

03:54PM  21    DETERMINE THE STORE SELECTION FOR THE ENTIRE CHAIN NOW, BASED

03:54PM  22    ON THE CRITERIA."

03:54PM  23         DO YOU SEE THAT?

03:54PM  24    A.   YES.

03:54PM  25    Q.   AND THEN YOU WRITE, "WE ARE GOING TO TOUCH 2,000 STORES IN

ER-2310

03:55PM  1    2015 AND WOULD LIKE TO MAKE SURE WE PLACE 2 ROOMS IN THE STORES

03:55PM  2    WE WANT TO SELECT FOR GOLD LEVEL."

03:55PM  3        DO YOU SEE THAT?

03:55PM  4    A.  YES.

03:55PM  5    Q.  AND SO YOU'RE SAYING THERE THAT YOU'LL TOUCH 2,000 STORES

03:55PM  6    AND YOU WANT TO MAKE SURE THAT THE ONES THAT ARE SELECTED FOR

03:55PM  7    GOLD LEVEL HAVE THE TWO ROOMS THAT ARE REQUIRED UNDER THE

03:55PM  8    CONTRACT; RIGHT?

03:55PM  9    A.  CORRECT, VERY CONSISTENT WITH WHAT I'VE SAID, WHICH IS

03:55PM  10   TRYING TO MINIMIZE TOUCHES, AND IF WE CAN DETERMINE THE

03:55PM  11   CRITERIA, WHICH STORES ARE GOING TO BE SELECTED FOR THERANOS

03:55PM  12   SERVICES WITHIN THE 2,000 THAT WE'RE ALREADY TOUCHING, IT WOULD

03:55PM  13   MAKE DISRUPTION MUCH, MUCH LESS.

03:55PM  14   Q.  WELL, YOU'RE SAYING THAT THERE'S GOING TO BE A CERTAIN

03:55PM  15   NUMBER OF THE 2,000 STORES THAT ARE GOING TO BE SELECTED FOR

03:55PM  16   GOLD LEVEL BUILDS; RIGHT?

03:55PM  17   A.  RIGHT.  WHAT I'M ASKING MR. BALWANI IS THAT WE NEED TO

03:55PM  18   SELECT THE STORES THAT WILL BE PLACED AS A GOLD LEVEL SO WE CAN

03:55PM  19   PUT IN THOSE TWO ROOMS FOR THE THERANOS SERVICES.

03:56PM  20   Q.  IN THE EMAIL, YOU DON'T SAY THAT YOU'RE GOING TO TOUCH

03:56PM  21   2,000 WELL EXPERIENCE STORES IN SOME UNRELATED PROGRAM TO

03:56PM  22   THERANOS, DO YOU?

03:56PM  23   A.  NO.  THIS IS -- WHAT I'M REFERRING TO ON THE 2,000 STORES

03:56PM  24   IS THE WELL EXPERIENCE PROGRAM.

03:56PM  25   Q.  OKAY.  BUT THAT'S NOT WHAT YOU SAY IN THE EMAIL; RIGHT?

03:56PM 1    A.   I HAVEN'T SPECIFICALLY PUT WELL EXPERIENCE, BUT THAT'S

03:56PM 2    WHAT I'M REFERRING TO.

03:56PM 3    Q.   OKAY.  I HEAR YOU SAYING THAT, BUT WHAT YOU WROTE AT THE

03:56PM 4    TIME WAS "WE'RE GOING TO TOUCH 2,000 STORES IN 2015."  THAT'S

03:56PM 5    WHAT YOU TOLD MR. BALWANI ON AUGUST 13TH; CORRECT?

03:56PM 6    A.   CORRECT.

03:56PM 7    Q.   OKAY.  AND IS IT YOUR TESTIMONY TODAY, MR. JHAVERI, THAT

03:56PM 8    WHEN YOU SAID 2,000, YOU MEANT THESE ARE WELL EXPERIENCE STORES

03:56PM 9    THAT HAD NOTHING TO DO WITH THERANOS?

03:56PM 10   A.   NO.  WHAT I WAS REFERRING TO IS EXACTLY THE PREVIOUS

03:56PM 11   DOCUMENT THAT WE ARE LOOKING AT, WHICH WAS THAT WE'RE GOING TO

03:56PM 12   TOUCH 2,000 STORES FOR WELL EXPERIENCE IN 2015.

03:56PM 13       OF THOSE 2,000 STORES, WE ARE PLANNING FOR 200 THERANOS

03:57PM 14   STORES, OR THERANOS SERVICES WITHIN THOSE STORES.

03:57PM 15       AND SO WHAT WE ARE LOOKING FOR HERE, AND WHAT I'M ASKING

03:57PM 16   MR. BALWANI IS, WHAT ARE THOSE 200 STORES SO WE CAN PLAN FOR

03:57PM 17   WITHIN THOSE 2,000 STORES THAT WE ARE GOING TO BUILD OUT FOR

03:57PM 18   WELL EXPERIENCE IN 2015.

03:57PM 19       I MAY NOT HAVE SAID "WELL EXPERIENCE" IN FRONT OF 2,000,

03:57PM 20   BUT IT'S CONSISTENT WITH THE DOCUMENT THAT WE JUST REVIEWED

03:57PM 21   BEFORE.

03:57PM 22   Q.   OKAY.  MR. JHAVERI, YOU WERE TELLING MR. BALWANI IN THIS

03:57PM 23   EMAIL THAT WE'RE LOOKING AT THAT IF THE METRICS WERE MET AND

03:57PM 24   THE PROGRAM CONTINUED TO GO IN THE RIGHT DIRECTION, THAT THE

03:57PM 25   PLAN WAS TO TOUCH 2,000 THERANOS STORES IN 2015, THERANOS

03:57PM   1     COLLECTION SITES; CORRECT?

03:57PM   2     A.   THE PLAN WAS TO TOUCH 2,000 STORES FOR WELL EXPERIENCE.

03:57PM   3     Q.   THAT HAD THERANOS COLLECTION SITES IN THEM; CORRECT?

03:57PM   4     A.   200.

03:57PM   5     Q.   2,000?

03:57PM   6     A.   NO.  THE CHART SAID 200.

03:58PM   7     Q.   WELL, YOU WROTE 2,000 IN HERE; RIGHT, SIR?

03:58PM   8     A.   "WE ARE GOING TO TOUCH 2,000 STORES IN 2015 AND WE WOULD

03:58PM   9     LIKE TO MAKE SURE WE PLACED 2 ROOMS IN THE STORES THAT WE WANT

03:58PM  10     TO SELECT FOR GOLD LEVEL."

03:58PM  11     Q.   RIGHT.  FOR GOLD LEVEL?

03:58PM  12     A.   RIGHT.

03:58PM  13     Q.   THE GOLD LEVEL STORES WOULD HAVE TWO ROOMS?

03:58PM  14     A.   CORRECT.

03:58PM  15     Q.   AND OTHER STORES THAT WEREN'T GOLD LEVEL WOULDN'T HAVE TWO

03:58PM  16     ROOMS; RIGHT?

03:58PM  17     A.   CORRECT.

03:58PM  18     Q.   OKAY.  MR. JHAVERI, THIS IS NOT THE FIRST TIME THAT YOU'VE

03:58PM  19     TESTIFIED ABOUT MATTERS RELATING TO THERANOS; CORRECT?

03:58PM  20     A.   CORRECT.

03:58PM  21     Q.   IN FACT, YOU'VE TESTIFIED --

03:58PM  22           MR. SCHENK:  OBJECTION.  RELEVANCE.

03:58PM  23           THE COURT:  SUSTAINED.

03:58PM  24           MR. COOPERSMITH:  THIS IS IMPEACHMENT, YOUR HONOR.

03:58PM  25           THE COURT:  THIS IS A GOOD TIME FOR OUR BREAK.

03:58PM 1    MR. COOPERSMITH:  OKAY.  YES, YOUR HONOR.

03:58PM 2    THE COURT:  LADIES AND GENTLEMEN, WE'RE GOING TO

03:58PM 3  TAKE OUR BREAK NOW.  IT'S 4:00 P.M.  I PROMISED YOU WE WOULD

03:59PM 4  BREAK AT 4:00 TODAY, AFTER I TOLD YOU WE WOULD BREAK AT 2:45.

03:59PM 5    SO WE'LL TAKE OUR EVENING BREAK NOW.  LET ME REMIND YOU OF

03:59PM 6  THE ADMONISHMENT.  PLEASE DO NOT READ, LISTEN TO, OR IN ANY WAY

03:59PM 7  LEARN ANYTHING ABOUT THIS CASE DURING OUR BREAK.

03:59PM 8    AND WE'LL SEE YOU TOMORROW, TOMORROW AT 9:00 A.M., AND I

03:59PM 9  BELIEVE WE CAN GO UNTIL 9:00 O'CLOCK -- EXCUSE ME --

03:59PM 10    (LAUGHTER.)

03:59PM 11    THE COURT:  WE MAY GET THERE.

03:59PM 12    LET ME ASK, PLEASE, JUROR NUMBER 8 TO REMAIN FOR A MOMENT.

03:59PM 13    THE REST OF YOU HAVE A GOOD EVENING.

03:59PM 14    AND, SIR, I'LL HAVE TO ASK YOU TO COME BACK TOMORROW AT

03:59PM 15  9:00 A.M., PLEASE.

04:00PM 16    MR. JHAVERI, YOU MAY STAND DOWN.

04:00PM 17    (JURY OUT AT 4:00 P.M.)

04:00PM 18    (JUROR NUMBER 8 PRESENT.)

04:00PM 19    MR. SCHENK:  YOUR HONOR, BRIEFLY ON THAT ISSUE, I

04:00PM 20  INFORMED COUNSEL, AND MAYBE WITH THE COURT WE DISCUSSED THIS

04:00PM 21  LAST WEEK.  I BELIEVE THAT MR. JHAVERI IS UNAVAILABLE THE REST

04:00PM 22  OF THE WEEK, BUT I'VE ASKED COUNSEL FOR MR. JHAVERI TO HAVE A

04:00PM 23  CONVERSATION WITH HIM WHILE WE HANDLE THIS OTHER ISSUE.

04:00PM 24    THE COURT:  OKAY.  SO HE SHOULD NOT LEAVE THEN?

04:00PM 25    MR. SCHENK:  CORRECT.

1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

UNITED STATES OF AMERICA,        )
6                                 )   CR-18-00258-EJD
                PLAINTIFF,        )
7                                 )   SAN JOSE, CALIFORNIA
            VS.                   )
8                                 )   APRIL 20, 2022
RAMESH "SUNNY" BALWANI,           )
9                                 )   VOLUME 20
                DEFENDANT.        )
10    _____ )   PAGES 3163 - 3450
                                      **SEALED PAGES 3222 - 3233**
11

12

                    TRANSCRIPT OF TRIAL PROCEEDINGS
13           BEFORE THE HONORABLE EDWARD J. DAVILA
                  UNITED STATES DISTRICT JUDGE
14

15    A P P E A R A N C E S:

16    FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                             BY:   JOHN C. BOSTIC
17                                 JEFFREY B. SCHENK
                             150 ALMADEN BOULEVARD, SUITE 900
18                           SAN JOSE, CALIFORNIA 95113

19                           BY:   ROBERT S. LEACH
                             1301 CLAY STREET, SUITE 340S
20                           OAKLAND, CALIFORNIA 94612

21          (APPEARANCES CONTINUED ON THE NEXT PAGE.)

22    OFFICIAL COURT REPORTERS:
                             IRENE L. RODRIGUEZ, CSR, RMR, CRR
23                           CERTIFICATE NUMBER 8074
                             LEE-ANNE SHORTRIDGE, CSR, CRR
24                           CERTIFICATE NUMBER 9595

25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED WITH COMPUTER

10:23AM 1      WE WILL GO UNTIL 4:00 TODAY.  WE'LL BE ABLE TO GO TO 4:00

10:23AM 2  NOTWITHSTANDING OUR LATE, LATE START.

10:23AM 3      AND I ALSO WANT TO TELL YOU THAT, BECAUSE OF SCHEDULING

10:23AM 4  ISSUES, WE'RE GOING TO TAKE A WITNESS OUT OF ORDER.  SO

10:23AM 5  MR. JHAVERI WAS TESTIFYING YESTERDAY.  WE'RE GOING TO INTERRUPT

10:23AM 6  HIS TESTIMONY AND CALL A NEW WITNESS TODAY, A DIFFERENT

10:23AM 7  WITNESS, WHO WILL TESTIFY TODAY AND PERHAPS THROUGH THE BALANCE

10:23AM 8  OF THIS WEEK WE HOPE.

10:23AM 9      BUT THESE THINGS, THIS IS VERY COMMON.  AS YOU MIGHT

10:23AM 10  IMAGINE IN A LENGTHY CASE, SCHEDULING ISSUES DO COME UP AND

10:24AM 11  THESE ISSUES DO ARISE SOMETIMES.

10:24AM 12      SO WE'LL BREAK AND WE'LL INTERRUPT MR. JHAVERI'S

10:24AM 13  TESTIMONY.

10:24AM 14      THE GOVERNMENT HAS ANOTHER WITNESS TO CALL?

10:24AM 15          MR. BOSTIC:  YES, YOUR HONOR.

10:24AM 16      THE UNITED STATES CALLS DR. ADAM ROSENDORFF.

10:24AM 17          THE COURT:  ALL RIGHT.  THANK YOU.

10:24AM 18      SIR, IF YOU WOULD JUST STAND THERE FOR A MOMENT AND FACE

10:24AM 19  OUR COURTROOM DEPUTY.

10:24AM 20      **(GOVERNMENT'S WITNESS, ADAM ROSENDORFF, WAS SWORN.)**

10:24AM 21          THE WITNESS:  I DO.

10:24AM 22          THE COURT:  ALL RIGHT.  PLEASE HAVE A SEAT HERE,

10:25AM 23  SIR.  LET ME INVITE YOU TO HAVE A SEAT.

10:25AM 24      MAKE YOURSELF COMFORTABLE.  FEEL FREE TO ADJUST THE

10:25AM 25  MICROPHONE AND THE CHAIR AS YOU NEED.

10:25AM 1        WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

10:25AM 2    AND THEN SPELL IT, PLEASE.

10:25AM 3            THE WITNESS:  MAY I TAKE OFF MY MASK, YOUR HONOR?

10:25AM 4            THE COURT:  YES.

10:25AM 5            THE WITNESS:  MY NAME IS ADAM ROSENDORFF.  A-D-A-M,

10:25AM 6    R-O-S-E-N-D-O-R-F-F.

10:25AM 7            THE COURT:  THANK YOU.

10:25AM 8        COUNSEL.

10:25AM 9            MR. BOSTIC:  THANK YOU, YOUR HONOR.

10:25AM 10                   **DIRECT EXAMINATION**

10:25AM 11   BY MR. BOSTIC:

10:25AM 12   Q.  GOOD MORNING, DR. ROSENDORFF.

10:25AM 13   A.  GOOD MORNING.

10:25AM 14   Q.  I UNDERSTAND THE COURT HAS AUTHORIZED YOU TO REMOVE YOUR

10:25AM 15   MASK, WHICH IS THE RULE IN THIS COURT FOR WITNESSES WHO ARE

10:25AM 16   FULLY VACCINATED.

10:25AM 17       DO YOU UNDERSTAND THAT?

10:25AM 18   A.  YES.

10:25AM 19   Q.  WERE YOU AT ONE TIME EMPLOYED BY A COMPANY CALL THERANOS?

10:25AM 20   A.  YES.

10:25AM 21   Q.  AND WHAT WAS YOUR POSITION WHEN YOU WERE AT THE COMPANY?

10:25AM 22   A.  LABORATORY DIRECTOR.

10:25AM 23   Q.  AND DO YOU REMEMBER THE APPROXIMATE DATES OF YOUR

10:25AM 24   EMPLOYMENT AT THERANOS?

10:25AM 25   A.  I BELIEVE IT WAS APRIL 2013 TO NOVEMBER 2014.

10:26AM   1    Q.   AND WHEN YOU LEFT THE COMPANY IN NOVEMBER 2014, WERE YOU

10:26AM   2    TERMINATED OR WERE YOU LAID OFF OR DID YOU QUIT?

10:26AM   3    A.   I GAVE THE COMPANY 60 DAY NOTICE VIA EMAIL.  I EXPRESSED

10:26AM   4    THANKS FOR THE OPPORTUNITY OF WORKING THERE.

10:26AM   5         TO MY KNOWLEDGE, I QUIT THE COMPANY.

10:26AM   6    Q.   WE'LL GO THROUGH YOUR TIME AT THE COMPANY SOMEWHAT

10:26AM   7    CHRONOLOGICALLY, SO WE'LL TALK MORE ABOUT YOUR DEPARTURE LATER.

10:26AM   8         BUT FOR NOW, CAN YOU JUST TELL US IN A COUPLE OF SENTENCES

10:26AM   9    WHY YOU MADE THE DECISION TO RESIGN FROM THERANOS?

10:26AM  10    A.   I WAS INITIALLY VERY EXCITED TO WORK AT THE COMPANY.  I

10:26AM  11    THOUGHT THERE WAS GREAT PROMISE IN THE FINGERSTICK TECHNOLOGY,

10:26AM  12    ALTHOUGH I WASN'T EXACTLY SURE WHAT THE TECHNOLOGY WAS WHEN I

10:27AM  13    JOINED BECAUSE OF THE SECRECY SURROUNDING THE COMPANY.

10:27AM  14         AS TIME WENT BY, THE FREQUENCY AND SEVERITY OF COMPLAINTS

10:27AM  15    THAT I WAS GETTING FROM CLINICIANS REALLY REACHED A CRESCENDO

10:27AM  16    AND IT GOT TO A POINT WHERE I FELT LIKE MY INTEGRITY AS A

10:27AM  17    PHYSICIAN WAS AT RISK.

10:27AM  18         I WAS ALSO VERY CONCERNED ABOUT THE UNWILLINGNESS OF

10:27AM  19    MANAGEMENT TO CONDUCT PROFICIENCY TESTING AS REQUIRED BY LAW.

10:27AM  20    Q.   WE'LL TALK ABOUT THOSE TOPICS SOME MORE IN DETAIL.

10:27AM  21         BUT FIRST, CAN YOU SUMMARIZE FOR US YOUR EDUCATION,

10:27AM  22    BEGINNING WITH UNDERGRADUATE?

10:27AM  23    A.   YEAH.

10:27AM  24         I ATTENDED UNDERGRADUATE IN SOUTH AFRICA AT THE UNIVERSITY

10:27AM  25    OF, IT'S A LONG WORD, WIWATERSRAND.  I COULD SPELL IT IF WOULD

10:28AM   1        YOU LIKE.  OKAY.

10:28AM   2             I GRADUATED IN '92.

10:28AM   3             I DID PRE-MEDICINE AT COLUMBIA.  IN '95 I STARTED MEDICAL

10:28AM   4        SCHOOL AT MOUNT SINAI.

10:28AM   5             I TOOK FIVE YEARS FOR MEDICAL SCHOOL.  I TOOK A YEAR OFF

10:28AM   6        AS A HOWARD HUGHES FELLOW TO DO BASIC SCIENCE RESEARCH IN A

10:28AM   7        LABORATORY AT THAT TIME.

10:28AM   8             UPON GRADUATION IN 2000, I STARTED WORKING AS A

10:28AM   9        POST-DOCTORAL FELLOW AT HARVARD MEDICAL SCHOOL IN

10:28AM  10        ELLIOTT KIEFF'S LABORATORY.  I DID THAT FOR ABOUT FOUR OR FIVE

10:28AM  11        YEARS.

10:28AM  12             AND AT THE END I DID A RESIDENCY IN CLINICAL PATHOLOGY,

10:28AM  13        OTHERWISE KNOWN AS LABORATORY MEDICINE, FROM 2005 TO 2008.

10:28AM  14        Q.   AND CAN I ASK YOU TO DEFINE WHAT A RESIDENCY IS, PLEASE?

10:28AM  15        A.   SURE.

10:28AM  16             A RESIDENCY IS SPECIALTY TRAINING THAT, AFTER GRADUATING

10:29AM  17        MEDICAL SCHOOL, THE PATH IS ONE DOES A RESIDENCY TO OBTAIN

10:29AM  18        SPECIALTY TRAINING IN A SPECIFIC FIELD SUCH AS PEDIATRICS,

10:29AM  19        SURGERY, MEDICINE, ET CETERA.

10:29AM  20        Q.   AND YOUR RESIDENCY WAS IN CLINICAL PATHOLOGY?

10:29AM  21        A.   YES.

10:29AM  22        Q.   AFTER YOUR EDUCATION AND RESIDENCY, CAN YOU JUST SUMMARIZE

10:29AM  23        FOR US YOUR EMPLOYMENT HISTORY LEADING UP TO THERANOS?

10:29AM  24        A.   IN 2008 I WAS APPOINTED AS AN ASSISTANT PROFESSOR AT THE

10:29AM  25        UNIVERSITY OF PITTSBURGH.  MY JOB WAS THERE WAS TO OVERSEE

ER-2319

10:29AM   1    LABORATORY TESTING AT CHILDREN'S HOSPITAL OF PITTSBURGH, WHICH

10:29AM   2    HAD JUST BEEN BUILT AT THE TIME.

10:29AM   3        I ALSO HAD A SMALL BASIC SCIENCE RESEARCH LAB.

10:29AM   4        AND I WAS THERE UNTIL MY EMPLOYMENT AT THERANOS IN

10:29AM   5    CALIFORNIA IN 2013.

10:29AM   6    Q.   AND I'M SORRY IF YOU SAID THIS, BUT WHAT WAS YOUR JOB

10:29AM   7    TITLE OR THE NAME OF YOUR POSITION AT THE UNIVERSITY OF

10:30AM   8    PITTSBURGH LABORATORY?

10:30AM   9    A.   I WAS THE LABORATORY DIRECTOR THERE.

10:30AM  10    Q.   AND DID THAT LABORATORY AT UNIVERSITY OF PITTSBURGH

10:30AM  11    PERFORM CLINICAL TESTING ON BLOOD SAMPLES FOR PATIENTS?

10:30AM  12    A.   YES.

10:30AM  13    Q.   WE TALKED ABOUT THIS TERM LAB DIRECTOR A COUPLE OF TIMES.

10:30AM  14    COULD YOU TELL US, JUST AT A BASIC LEVEL, WHAT IS A LAB

10:30AM  15    DIRECTOR?

10:30AM  16    A.   A LABORATORY DIRECTOR IS REALLY THE PERSON WHO DIRECTS THE

10:30AM  17    LABORATORY.  THEY'RE RESPONSIBLE FOR A NUMBER OF AREAS IN THE

10:30AM  18    LAB, BUT SUCH AS TRAINING OF LABORATORY TECHNICIANS; SIGNING

10:30AM  19    OFF ON LAB REPORTS, THE LAB DIRECTOR'S NAME IS ON EVERY REPORT;

10:30AM  20    SIGNING OFF ON QC PROFICIENCY TESTING; VALIDATIONS.

10:30AM  21        REALLY A WHOLE NUMBER OF DUTIES WHICH ARE LAID OUT IN THE

10:31AM  22    FEDERAL CLIA REGULATIONS.

10:31AM  23        BUT WHEN I WORK FOR A COMPANY, THERE ARE OTHER

10:31AM  24    RESPONSIBILITIES THAT YOU MIGHT HAVE TO ASSUME AS WELL.

10:31AM  25    Q.   AND TO BE A LAB DIRECTOR LIKE YOU WERE AT THE UNIVERSITY

10:31AM  1    OF PITTSBURGH AND AT THERANOS, ARE THERE SPECIFIC CREDENTIALS

10:31AM  2    OR QUALIFICATIONS THAT ONE HAS TO HAVE?

10:31AM  3    A.   YES.  THERE'S TWO PATHS TO BE A LAB DIRECTOR.

10:31AM  4         FOR A HIGH COMPLEXITY LABORATORY, YOU EITHER HAVE TO BE AN

10:31AM  5    M.D. OR A PH.D., AND I BELIEVE YOU HAVE TO HAVE AT LEAST TWO

10:31AM  6    YEARS OF EXPERIENCE WORKING IN A HIGH COMPLEXITY LAB.

10:31AM  7         FOR A PH.D., YOU HAVE TO BE SPECIALTY BOARDED BY A BOARD

10:31AM  8    THAT IS RECOGNIZED BY CMS.

10:31AM  9    Q.   OKAY.  AND WHAT ABOUT THE RESPONSIBILITIES OF A LAB

10:31AM 10    DIRECTOR?  FOR EXAMPLE, DOES A LAB DIRECTOR HAVE ANY ROLE IN

10:32AM 11    CONNECTION WITH MONITORING THE ACCURACY AND RELIABILITY OF THE

10:32AM 12    LAB TESTS?

10:32AM 13    A.   YES, ABSOLUTELY.

10:32AM 14    Q.   AND IN THAT ROLE, DOES A LAB DIRECTOR CONCERN HIM OR

10:32AM 15    HERSELF WITH ACCURACY AND PRECISION?

10:32AM 16    A.   YES.

10:32AM 17    Q.   AS YOU UNDERSTOOD IT, AS LAB DIRECTOR AT THERANOS, CAN YOU

10:32AM 18    JUST EXPLAIN THE DIFFERENCE BETWEEN THOSE TWO, STARTING WITH

10:32AM 19    ACCURACY.

10:32AM 20         WHAT IS ACCURACY IN THIS CONTEXT?

10:32AM 21    A.   ACCURACY IS FORMALLY DEFINED AS THE CLOSENESS OF A

10:32AM 22    LABORATORY RESULT TO THE TRUE RESULT.

10:32AM 23         PRECISION WAS THE OTHER ONE?

10:32AM 24    Q.   PRECISION WAS THE OTHER ONE.

10:32AM 25         LET ME ASK YOU ONE QUESTION ABOUT ACCURACY, THOUGH.

ROSENDORFF DIRECT BY MR. BOSTIC                    3241

10:32AM  1      IS ACCURACY IMPORTANT IN CLINICAL LAB TESTING?  AND IF SO,

10:32AM  2  WHY?

10:32AM  3  A.  IT'S CRITICAL BECAUSE HEALTH CARE PROVIDERS RELY ON

10:32AM  4  ACCURATE LABORATORY RESULTS TO MAKE MEDICAL DECISIONS.

10:33AM  5  Q.  WE'LL GET INTO MORE DETAIL ON THIS LATER, BUT FOR NOW I

10:33AM  6  WANT TO ASK YOU, DURING YOUR TIME AS LABORATORY DIRECTOR AT

10:33AM  7  THERANOS, DID YOU SEE PROBLEMS WITH THE ACCURACY OF THE

10:33AM  8  THERANOS BLOOD TESTS?

10:33AM  9  A.  YES, I DID.

10:33AM  10  Q.  WE WERE TALKING ABOUT PRECISION ALSO.

10:33AM  11      CAN YOU EXPLAIN WHAT THAT IS AND HOW IT'S DIFFERENT FROM

10:33AM  12  ACCURACY?

10:33AM  13  A.  PRECISION IS A PROPERTY OF A LAB TEST WHERE YOU GET -- YOU

10:33AM  14  DO REPEAT TESTING ON ONE SAMPLE, AND YOU LOOK TO SEE HOW CLOSE

10:33AM  15  THE RESULTS ARE TO EACH OTHER, AND IT REALLY GOES TO THE

10:33AM  16  RELIABILITY OF AN ASSAY.

10:33AM  17      THE PRECISION IS MEASURED BY A VARIABLE CALLED THE CV, OR

10:33AM  18  A COEFFICIENT OF VARIABILITY.  THE LOWER THE CV, THE MORE

10:33AM  19  PRECISE THE ASSAY IS; IN OTHER WORDS, THE MORE REPRODUCIBLE IT

10:34AM  20  IS.  SO PRECISION AND REPRODUCIBILITY ARE THE SAME CONCEPT.

10:34AM  21  Q.  AND WHEN IT COMES TO PRECISION OR REPRODUCIBILITY, YOU

10:34AM  22  TALKED ABOUT THAT CV MEASURE.  IS THAT JUST A POINT OF PRIDE

10:34AM  23  FOR LABS, OR DOES THAT MATTER FOR CLINICAL PATIENT TESTING?

10:34AM  24  A.  NO, IT ABSOLUTELY MATTERS, BECAUSE IF YOU -- THE TOTAL

10:34AM  25  ERROR OF A LABORATORY TEST IS THE SUM OF PRECISION AND

ROSENDORFF DIRECT BY MR. BOSTIC                    3242

10:34AM 1    ACCURACY, AND SO IF A TEST HAS POOR PRECISION, IT WILL INCREASE

10:34AM 2    THE TOTAL ERROR, THE TOTAL ALLOWABLE ERROR, AND CMS ACTUALLY

10:34AM 3    HAS GUIDELINES AS TO WHAT THE TOTAL ALLOWABLE ERROR IS FOR A

10:34AM 4    NUMBER OF ANALYTES.

10:34AM 5    Q.   AND I'LL ASK YOU THE SAME QUESTION THAT I DID FOR

10:34AM 6    ACCURACY, WHICH IS, DURING YOUR TIME AS LABORATORY DIRECTOR AT

10:34AM 7    THERANOS, DID YOU SEE PROBLEMS WITH THE PRECISION OF THE

10:34AM 8    THERANOS TESTS?

10:34AM 9    A.   I DID, YES, ABSOLUTELY.

10:34AM 10   Q.   DOES THE ROLE OF LAB DIRECTOR, IN YOUR EXPERIENCE, INCLUDE

10:35AM 11   RESPONSIBILITY FOR COMMUNICATIONS WITH DOCTORS AND PATIENTS AS

10:35AM 12   WELL?

10:35AM 13   A.   YES, IT DOES.

10:35AM 14   Q.   AND DID YOU DO THAT BOTH AT THERANOS AND UNIVERSITY OF

10:35AM 15   PITTSBURGH?

10:35AM 16   A.   YES.

10:35AM 17   Q.   AND HOW ABOUT RESEARCHING AND DEVELOPING ASSAYS FOR THE

10:35AM 18   LAB TO RUN?  DOES THE LAB DIRECTOR PARTICIPATE IN THAT?

10:35AM 19   A.   HE OR SHE DOES.  IT DEPENDS ON THE LABORATORY.  AT

10:35AM 20   PITTSBURGH BY AND LARGE WE USED FDA APPROVED METHODS.  THERE

10:35AM 21   WERE A COUPLE OF LABORATORY DEVELOPED TESTS IN BIOCHEMICAL

10:35AM 22   GENETICS THAT WERE UP AND RUNNING, BUT THERE WAS NO NEW TEST

10:35AM 23   DEVELOPMENT REALLY WHILE I WAS THERE, SO I WASN'T INVOLVED IN

10:35AM 24   THE R&D AND TEST DEVELOPMENT PROCESS.

10:35AM 25        AT THERANOS I WAS INVOLVED IN THE TEST DEVELOPMENT

ROSENDORFF DIRECT BY MR. BOSTIC                                    3243

| | | |
|---|---|---|
| 10:35AM | 1 | PROCESS. |
| 10:35AM | 2 | Q.   AND GENERALLY, WHAT WAS YOUR INVOLVEMENT IN THE ASSAY |
| 10:36AM | 3 | DEVELOPMENT PROCESS AT THERANOS? |
| 10:36AM | 4 | A.   UM, I HAD TO BASICALLY APPROVE THE TOLERANCES FOR |
| 10:36AM | 5 | VALIDATION, WHAT CV'S WOULD BE ACCEPTABLE, WHAT ACCURACY WOULD |
| 10:36AM | 6 | BE ACCEPTABLE, AND GENERALLY TO LOOK OVER THE METHODOLOGY FOR |
| 10:36AM | 7 | THE VALIDATION. |
| 10:36AM | 8 | Q.   AND YOU USED A TERM, "VALIDATION." |
| 10:36AM | 9 | WHAT IS TEST VALIDATION IN THIS CONTEXT? |
| 10:36AM | 10 | A.   VALIDATION IS REALLY A SERIES OF PROCEDURE IN THE R&D LAB |
| 10:36AM | 11 | WHERE YOU'RE TESTING THE TEST ITSELF FOR -- YOU'RE DETERMINING |
| 10:36AM | 12 | THAT IT MEETS THE CMS CRITERIA FOR A LABORATORY DEVELOPED TEST, |
| 10:36AM | 13 | AND THERE ARE A NUMBER OF CRITERIA THERE, NOT JUST ACCURACY AND |
| 10:36AM | 14 | PRECISION. |
| 10:36AM | 15 | YOU'RE MAKING SURE THAT THE TEST IS APPROPRIATE FOR |
| 10:36AM | 16 | PATIENT USE BEFORE A SINGLE PATIENT GETS TESTED. |
| 10:37AM | 17 | Q.   AND THAT VALIDATION STEP, IF AN ASSAY IS VALIDATED AND |
| 10:37AM | 18 | THEN USED ON PATIENTS, IS THERE ANY NEED TO CONTINUE TO MONITOR |
| 10:37AM | 19 | THE PERFORMANCE AND THE RELIABILITY OF THAT ASSAY GOING |
| 10:37AM | 20 | FORWARD? |
| 10:37AM | 21 | A.   YES, ABSOLUTELY.  VALIDATIONS ARE DONE UNDER IDEAL |
| 10:37AM | 22 | CONDITIONS AND GENERALLY DO NOT TAKE INTO ACCOUNT PREANALYTIC |
| 10:37AM | 23 | FACTORS SUCH AS SPECIMEN COLLECTION OR TRANSPORTATION. |
| 10:37AM | 24 | VALIDATIONS ARE RUN BY R&D SCIENTISTS FOR THE MOST PART |
| 10:37AM | 25 | WHO DO NOT HAVE ANY PROFESSIONAL RESPONSIBILITY TO REPRESENT |

ER-2324

ROSENDORFF DIRECT BY MR. BOSTIC                                      3244

10:37AM  1    DATA ACCURATELY IN THE VALIDATION.

10:37AM  2        SO IT'S ESSENTIAL THAT AFTER THE VALIDATION YOU PERFORM

10:37AM  3    QUALITY CONTROL PROFICIENCY TESTING, YOU KEEP AN EYE OUT FOR

10:37AM  4    WHAT THE DATA IS TELLING YOU, FOR WHAT CLINICIANS ARE TELLING

10:38AM  5    YOU ABOUT DISCREPANCIES, THINGS THAT DON'T MAKE SENSE.

10:38AM  6    Q.   THINKING ABOUT YOUR PREVIOUS EXPERIENCE WITH BLOOD TESTING

10:38AM  7    AT THE UNIVERSITY OF PITTSBURGH, CAN YOU GIVE US A SUMMARY OF

10:38AM  8    THE KINDS OF BLOOD ANALYZERS THAT YOU CAME FAMILIAR WITH IN

10:38AM  9    THAT ROLE?

10:38AM  10   A.   AT THE UNIVERSITY OF PITTSBURGH WE HAD BECKMAN

10:38AM  11   INSTRUMENTS, I BELIEVE DXC 1600, SOMETHING LIKE THAT, BOTH FOR

10:38AM  12   THE GENERAL CHEMISTRY AND THE IMMUNO ANALYZERS.

10:38AM  13   Q.   AND WERE THOSE COMMERCIALLY AVAILABLE, THAT IS, PURCHASED

10:38AM  14   FROM A THIRD PARTY COMPANY?

10:38AM  15   A.   YES.

10:38AM  16   Q.   DID THE LAB AT THE UNIVERSITY OF PITTSBURGH MAKE ANY

10:38AM  17   CHANGES OR MODIFICATIONS TO THE BLOOD TESTS RUN ON THOSE

10:38AM  18   DEVICES?

10:38AM  19   A.   NO, THEY DID NOT.

10:38AM  20   Q.   HOW ABOUT AT THE UNIVERSITY OF PITTSBURGH, CAN YOU

10:38AM  21   ESTIMATE APPROXIMATELY HOW MANY BLOOD TESTS THE LAB DID DURING

10:39AM  22   YOUR TIME AS LABORATORY DIRECTOR?  AND IF IT'S EASIER TO

10:39AM  23   ESTIMATE ON A YEARLY BASIS, YOU CAN DO THAT.

10:39AM  24   A.   IT WAS OVER A MILLION TESTS A YEAR.

10:39AM  25   Q.   AND WHEN YOU WERE AT UNIVERSITY OF PITTSBURGH, WERE YOU

ER-2325

10:39AM  1    INVOLVED IN THE CONDUCTING OF PROFICIENCY TESTING FOR THOSE

10:39AM  2    TESTS?

10:39AM  3    A.   I SIGNED OFF ON THE PROFICIENCY TESTING, YES.

10:39AM  4    Q.   HOW ABOUT QUALITY CONTROL?  WERE YOU SIMILARLY OVERSEEING

10:39AM  5    QUALITY CONTROL FOR THOSE TESTS?

10:39AM  6    A.   YES.

10:39AM  7    Q.   FROM THAT AND FROM OVERSEEING THAT LAB, DID YOU GET A

10:39AM  8    GENERAL SENSE OF HOW THOSE COMMON, COMMERCIALLY AVAILABLE

10:39AM  9    ANALYZERS PERFORMED ON BLOOD TESTS?

10:39AM 10    A.   YES.  THE RATE OF QC FAILURE WAS AT MOST 2 OR 3 PERCENT ON

10:39AM 11    A BAD DAY.

10:39AM 12        GO AHEAD, SORRY.

10:40AM 13    Q.   THANK YOU.

10:40AM 14        LET'S TALK ABOUT THERANOS SPECIFICALLY.  HOW DID YOU FIRST

10:40AM 15    LEARN ABOUT THE COMPANY?

10:40AM 16    A.   I WAS -- AS I DISCUSSED PREVIOUSLY, I HAD READ WALTER

10:40AM 17    ISAACSON'S BIOGRAPHY OF STEVE JOBS AND I GOT REALLY EXCITED

10:40AM 18    ABOUT INNOVATION IN SILICON VALLEY, AND I STARTED LOOKING

10:40AM 19    AROUND FOR JOBS WHERE -- THAT HAD A SIGNIFICANT INNOVATION

10:40AM 20    COMPONENT, AND MOST OF THOSE WERE IN SILICON VALLEY.

10:40AM 21        AND THEN I FOUND A POSITION THAT WAS BEING ADVERTISED ON

10:40AM 22    LINKEDIN AT WALTER -- NOT WALTER.  BARRY HAMORY WAS, I BELIEVE,

10:40AM 23    THE RECRUITER, AND I GOT IN TOUCH WITH HIM AND THAT'S HOW THAT

10:40AM 24    PROCESS STARTED.

10:40AM 25    Q.   AND DID YOU THEN PURSUE THE POSITION AT THERANOS?

ER-2326

ROSENDORFF DIRECT BY MR. BOSTIC                    3246

10:40AM   1    A.   YES.

10:40AM   2    Q.   AND DID YOU INTERVIEW FOR THAT JOB?

10:40AM   3    A.   YES.

10:40AM   4    Q.   WHAT DO YOU REMEMBER ABOUT THE INTERVIEW PROCESS?

10:40AM   5    A.   THEY FLEW ME OUT FROM PITTSBURGH.  I STAYED AT A HOTEL

10:41AM   6    PRETTY CLOSE TO THE AIRPORT.  THEY WANTED ME TO COME TO THE

10:41AM   7    OFFICE AROUND 6:00 P.M. I BELIEVE, WHICH I THOUGHT WAS UNUSUAL

10:41AM   8    THAT THEY WOULD BE HAVING AN INTERVIEW, YOU KNOW, AT 6:00 P.M.,

10:41AM   9    BUT I INTERPRETED THAT AS A SIGN OF DEDICATION OF THE FOLKS

10:41AM  10    THAT WERE THERE THAT WOULD BE WORKING SO LATE.

10:41AM  11    Q.   WITH WHOM WERE YOU INTERVIEWING?

10:41AM  12    A.   SURE.  I INTERVIEWED WITH DANIEL YOUNG, WITH

10:41AM  13    SUNNY BALWANI, AND WITH ELIZABETH HOLMES.

10:41AM  14    Q.   AND IN THOSE INTERVIEWS, DID YOU LEARN ABOUT THE

10:41AM  15    TECHNOLOGY OF THE COMPANY OR WHAT THE COMPANY WAS DOING?

10:41AM  16    A.   NO, NOTHING WAS DISCLOSED TO ME DURING THOSE INTERVIEWS.

10:41AM  17    Q.   WERE YOU EVENTUALLY OFFERED THE JOB AS LABORATORY DIRECTOR

10:41AM  18    AT THERANOS?

10:41AM  19    A.   YES.

10:41AM  20    Q.   WHAT WAS YOUR UNDERSTANDING OF THE WORK AT THE COMPANY

10:42AM  21    WHEN YOU ACCEPTED THE JOB AS LABORATORY DIRECTOR?

10:42AM  22    A.   I HAD READ SOME -- I TRIED TO OBTAIN AS MUCH INFORMATION

10:42AM  23    AS I COULD BEFORE DECIDING TO WORK THERE, AND I HAD READ A

10:42AM  24    NUMBER OF PATENTS THAT SEEMED INTERESTING TO ME INVOLVING

10:42AM  25    ANTIBODY COATED TIPS AND WIRELESS TRANSMISSION OF PATIENT DATA

ER-2327

ROSENDORFF DIRECT BY MR. BOSTIC                                              3247

10:42AM  1    AND MICROFLUIDICS AND ALL KINDS OF PATENTS THAT SEEMED

10:42AM  2    INTERESTING.

10:42AM  3        I BELIEVED AT THE TIME THAT THEY HAD A REALLY CUTTING

10:42AM  4    EDGE, NOVEL TECHNOLOGY THAT WAS GOING TO REVOLUTIONIZE

10:42AM  5    DIAGNOSTICS.

10:42AM  6    Q.   AND AT THAT TIME, WAS YOUR UNDERSTANDING BASED ON THE

10:42AM  7    PUBLICLY AVAILABLE INFORMATION THAT YOU HAD BEEN ABLE TO FIND,

10:42AM  8    OR WAS IT BASED ON WHAT MR. BALWANI AND OTHERS HAD TOLD YOU IN

10:42AM  9    THE INTERVIEW PROCESS?

10:42AM 10    A.   IT WAS BASED ON INFORMATION THAT I GATHERED FROM THE

10:43AM 11    INTERNET AND AN INTERVIEW WITH MS. HOLMES WITH STANFORD SOON

10:43AM 12    AFTER SHE HAD STARTED THE COMPANY.

10:43AM 13    Q.   LET ME ASK YOU A COUPLE OF QUESTIONS ABOUT HOW YOU FIT

10:43AM 14    INTO THE STRUCTURE OF THE COMPANY.

10:43AM 15        FIRST OF ALL, YOUR TITLE WAS LAB DIRECTOR; IS THAT

10:43AM 16    CORRECT?

10:43AM 17    A.   CORRECT.

10:43AM 18    Q.   WAS THERE ANYONE ELSE AT THE COMPANY DURING YOUR TIME

10:43AM 19    THERE THAT HELD A SIMILAR OR EQUIVALENT LAB DIRECTOR ROLE?

10:43AM 20    A.   YES.

10:43AM 21    Q.   AND WHO WAS THAT?

10:43AM 22    A.   MARK PANDORI.

10:43AM 23    Q.   AND HOW DID YOUR JOB OR RESPONSIBILITIES RELATE TO HIS?

10:43AM 24    A.   MARK PANDORI HAD SPECIALTY KNOWLEDGE IN INFECTIOUS DISEASE

10:43AM 25    DIAGNOSTICS.  HE HAD COME FROM A PUBLIC HEALTH LABORATORY WHERE

ER-2328

10:43AM  1    THEY WERE DOING A LOT OF INFECTIOUS DISEASE.

10:43AM  2         AND FROM -- MY UNDERSTANDING WAS THAT MARK WAS GOING TO BE

10:44AM  3    HEADING UP THE MOLECULAR MICROBIOLOGY SECTION OF THERANOS OR

10:44AM  4    EFFORT AT THERANOS, YEAH.

10:44AM  5    Q.   AND BETWEEN YOU AND DR. PANDORI, DID ONE OF YOU OUTRANK

10:44AM  6    THE OTHER?  WERE YOU CO-EQUALS?

10:44AM  7    A.   SO -- WHOA.  I WAS THE LABORATORY OF RECORD ON THE CLIA

10:44AM  8    LICENSE, SO I BELIEVE HIS TITLE WAS CO-LABORATORY DIRECTOR, BUT

10:44AM  9    I DON'T RECALL EXACTLY.

10:44AM  10   Q.   WERE THERE OTHER POSITIONS AT THE COMPANY THAT REPORTED TO

10:44AM  11   YOU AS LABORATORY DIRECTOR?

10:44AM  12   A.   I WAS NOT TOLD WHEN I STARTED WORKING THERE WHO MY DIRECT

10:44AM  13   REPORTS WOULD BE.

10:44AM  14   Q.   THROUGH YOUR WORK AT THE COMPANY, DID YOU COME TO

10:44AM  15   UNDERSTAND WHETHER THERE WAS ANYONE ELSE REPORTING TO YOU AT

10:44AM  16   THE COMPANY.

10:44AM  17   A.   MY UNDERSTANDING WAS THAT THE SUPERVISORS WOULD REPORT TO

10:44AM  18   ME.

10:44AM  19   Q.   AND WHAT SUPERVISORS ARE WE TALKING ABOUT HERE?  I'M NOT

10:45AM  20   ASKING FOR THEIR NAMES, BUT JUST WHAT ROLE DID THEY HAVE IN THE

10:45AM  21   LAB?

10:45AM  22   A.   SO THERE WERE TWO TYPES OF SUPERVISORS, THERE WERE

10:45AM  23   TECHNICAL SUPERVISORS AND A GENERAL SUPERVISOR.

10:45AM  24        AND A TECHNICAL SUPERVISOR REALLY OVERSEES THE TECHNICAL

10:45AM  25   FUNCTIONING OF THE LAB, PROFICIENCY TESTING.

10:45AM 1      A GENERAL SUPERVISOR HAS RESPONSIBILITIES, OPERATIONAL

10:45AM 2   RESPONSIBILITIES, BUT BOTH SUPERVISORS DOCUMENT QUALITY

10:45AM 3   EXCEPTIONS OR ERRORS THAT ARE OCCURRING IN THE LAB, OR ANYTHING

10:45AM 4   THAT DOESN'T FOLLOW AN SOP, THE SUPERVISORS ARE RESPONSIBLE FOR

10:45AM 5   RECORDING THAT, AND ALSO FOR IMPLEMENTING REMEDIAL MEASURES TO

10:45AM 6   ENSURE THAT THEY DO NOT RECUR.

10:45AM 7   Q.   AND AS LABORATORY DIRECTOR, WERE YOU OVER THE STAFF IN THE

10:45AM 8   LAB WHO WERE ACTUALLY CONDUCTING THE THERANOS BLOOD TESTS?

10:45AM 9   A.   I WOULD SAY NO.  THE THERANOS PROPRIETARY BLOOD TESTING

10:46AM 10  WAS CONDUCTED IN A LABORATORY CALLED NORMANDY WHICH WAS DOWN IN

10:46AM 11  THE BASEMENT.

10:46AM 12     NISHIT DOSHI WAS THE SITE LEADER THERE ESSENTIALLY.

10:46AM 13     SUNNY BALWANI WAS VERY INVOLVED IN DIRECTING NORMANDY, AND

10:46AM 14  I DON'T FEEL THAT I WAS GIVEN THE AUTHORITY TO DIRECT WHAT WAS

10:46AM 15  GOING ON IN NORMANDY, NO.

10:46AM 16  Q.   OKAY.  UNDERSTOOD.

10:46AM 17     TECHNICALLY, THOUGH, FROM AN ORGANIZATIONAL CHART

10:46AM 18  PERSPECTIVE, WERE YOU THE LABORATORY DIRECTOR FOR THE LAB,

10:46AM 19  INCLUDING THE NORMANDY PORTION?

10:46AM 20  A.   YES.

10:46AM 21  Q.   SO WERE YOU A SUPERIOR TO THE STAFF WHO WERE RUNNING THE

10:46AM 22  TESTS IN THAT SECTION OF THE BUSINESS?

10:46AM 23  A.   YES.

10:46AM 24  Q.   OKAY.  YOU MENTIONED MR. BALWANI.

10:46AM 25     WHOM DID YOU REPORT TO WHEN YOU WERE LAB DIRECTOR AT

10:47AM 1    THERANOS?

10:47AM 2    A.   MR. BALWANI.

10:47AM 3    Q.   AND WHAT WAS HIS JOB TITLE THERE AT THE TIME, IF YOU

10:47AM 4    RECALL?

10:47AM 5    A.   PRESIDENT, CHIEF OPERATING OFFICER.

10:47AM 6    Q.   YOU MENTIONED THAT YOU OBTAINED AN M.D. DEGREE; IS THAT

10:47AM 7    CORRECT?

10:47AM 8    A.   CORRECT.

10:47AM 9    Q.   DURING YOUR TIME AS LAB DIRECTOR AT THE COMPANY, ARE YOU

10:47AM 10   AWARE OF ANY OTHER MEDICAL DOCTORS WHO WERE WORKING FULL TIME

10:47AM 11   FOR THERANOS?

10:47AM 12   A.   THE ONLY ONE I CAN THINK OF WAS BILL FRISK WHO WAS ON THE

10:47AM 13   BOARD OF DIRECTORS, BUT THAT'S NOT A FULL-TIME POSITION.

10:47AM 14        AND THEN THERE WAS DR. JAIN, I BELIEVE HER NAME WAS, WHO

10:47AM 15   WAS A CONSULTANT, WHO WAS A PHYSICIAN, TOO.  SHE CAME IN

10:47AM 16   OCCASIONALLY.

10:47AM 17   Q.   DID THERE COME A TIME IN 2013 WHEN THERANOS LAUNCHED ITS

10:47AM 18   TESTING SERVICES TO THE GENERAL PUBLIC?

10:47AM 19   A.   YES.

10:47AM 20   Q.   AND DO YOU REMEMBER APPROXIMATELY WHEN THAT WAS?

10:47AM 21   A.   IT WAS EARLY SEPTEMBER.  I BELIEVE IT WAS AROUND

10:48AM 22   SEPTEMBER 9TH.

10:48AM 23   Q.   AND DID THERANOS CONTINUE TO OFFER BLOOD TESTING SERVICES

10:48AM 24   TO THE PUBLIC THROUGHOUT THE REST OF YOUR TIME AT THE COMPANY,

10:48AM 25   THAT IS, THROUGH AT LEAST NOVEMBER OF 2014?

ROSENDORFF DIRECT BY MR. BOSTIC                    3251

10:48AM  1    A.   YES.

10:48AM  2    Q.   SO AS LABORATORY DIRECTOR, LEADING UP TO THE TIME OF THAT

10:48AM  3    SEPTEMBER 2013 LAUNCH, WHAT WORK WERE YOU DOING?

10:48AM  4         AGAIN, THIS IS IN THE WEEKS LEADING UP TO THAT SEPTEMBER

10:48AM  5    LAUNCH.

10:48AM  6    A.   I WAS WORKING WITH DANIEL YOUNG COMING UP WITH CRITERIA

10:48AM  7    AND METHODOLOGY FOR THE VALIDATIONS.  I WAS MAKING SURE THAT

10:48AM  8    SOP'S WERE IN PLACE.  I WAS OVERSEEING THE SUPERVISORS, TRYING

10:48AM  9    TO GET TRAINING SQUARED AWAY.  THAT KIND OF THING.

10:48AM  10   Q.   LET'S TALK ABOUT THE DEVICES THAT WERE USED AT THERANOS

10:48AM  11   FOR BLOOD TESTING.

10:48AM  12        FIRST, ARE YOU FAMILIAR WITH AN ANALYZER CALLED THE

10:49AM  13   EDISON?

10:49AM  14   A.   YES.

10:49AM  15   Q.   AND WHAT WAS THE EDISON?

10:49AM  16   A.   THE EDISON WAS A BLACK BOX ABOUT THE SIZE OF A MACINTOSH

10:49AM  17   COMPUTER.

10:49AM  18        IN ANY EVENT, IT WAS DESIGNED FOR IMMUNOASSAYS.  THESE ARE

10:49AM  19   ASSAYS OF SMALL MOLECULES, PROTEINS, HORMONES, ET CETERA.

10:49AM  20   Q.   AND DURING YOUR TIME AS LAB DIRECTOR, DID THERANOS USE THE

10:49AM  21   EDISON TO RUN CLINICAL PATIENT SAMPLES?

10:49AM  22   A.   YES.

10:49AM  23   Q.   AND WERE THERE OTHER THERANOS MANUFACTURED ANALYZERS THAT

10:49AM  24   YOU KNEW OF BESIDES THE EDISON?

10:49AM  25   A.   I WAS TOLD THAT THERE WAS SOMETHING CALLED THE MINILAB IN

10:49AM   1    DEVELOPMENT, AND THE 4S IN DEVELOPMENT.

10:49AM   2    Q.   AND WERE THOSE DEVICES THAT WERE IN DEVELOPMENT, AS YOU

10:49AM   3    WERE TOLD, EVER ACTUALLY USED IN THE CLINICAL LAB AT THERANOS?

10:50AM   4    A.   NOT TO MY KNOWLEDGE.

10:50AM   5    Q.   WHY NOT?

10:50AM   6    A.   I WAS TOLD BY NUMEROUS PEOPLE THAT THE 4S WAS --

10:50AM   7         MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  THIS IS A

10:50AM   8    HEARSAY ANSWER.

10:50AM   9         THE COURT:  SUSTAINED.

10:50AM  10    BY MR. BOSTIC:

10:50AM  11    Q.   DID MR. BALWANI EVER MAKE ANY STATEMENTS TO YOU ABOUT

10:50AM  12    WHETHER THOSE NEXT GENERATION DEVICES WOULD BE USED FOR

10:50AM  13    CLINICAL PATIENT TESTING?

10:50AM  14    A.   YES, HE DID.

10:50AM  15    Q.   WHAT DID HE SAY TO YOU ABOUT THAT?

10:50AM  16    A.   IT WAS AROUND THE SUMMER OF 2013, I WAS SITTING IN HIS

10:50AM  17    OFFICE WITH KERRY ELENITOBA.  WHO IS A SUPERVISOR, AND SUNNY

10:50AM  18    SAID THAT THERE WOULD BE A WHOLE ROOM FILLED WITH MINILABS

10:50AM  19    RUNNING TESTING DAY IN AND DAY OUT; THAT THE TECHNOLOGY WAS

10:50AM  20    SUPERIOR TO THE FDA APPROVED TESTS.

10:51AM  21    Q.   AND THAT DEVICE THAT MR. BALWANI TOLD YOU WOULD BE RUNNING

10:51AM  22    THOSE TESTS, DID THAT EVER COME TO HAPPEN?  WAS THAT DEVICE

10:51AM  23    EVER USED IN A ROOM THAT WAY FOR RUNNING PATIENT TESTS?

10:51AM  24    A.   NO, IT DID NOT.

10:51AM  25    Q.   YOU MENTIONED THAT YOU WERE INVOLVED IN THE VALIDATION

10:51AM   1     WORK FOR THE THERANOS DERIVED TESTS; IS THAT RIGHT?

10:51AM   2     A.   YES.

10:51AM   3     Q.   AND DID YOU EVER GET ANY VALIDATION SUBMISSIONS FOR THOSE

10:51AM   4     NEXT GENERATION DEVICES?

10:51AM   5     A.   NO, I DID NOT.

10:51AM   6     Q.   DID YOU EVER SEE ONE OF THOSE NEXT GENERATION DEVICES IN

10:51AM   7     PERSON AS FAR AS YOU REMEMBER?

10:51AM   8     A.   NO, I DID NOT.

10:51AM   9     Q.   SO WE'VE COVERED THE IN-HOUSE THERANOS MADE ANALYZERS;

10:51AM  10     CORRECT?

10:51AM  11          DID THERANOS ALSO USE ANALYZERS THAT WERE MADE BY THIRD

10:51AM  12     PARTIES, BY OTHER COMPANIES?

10:51AM  13     A.   YES.

10:51AM  14     Q.   DID THERANOS USE SOME OF THOSE DEVICES FOR FINGERSTICK

10:52AM  15     TESTING?

10:52AM  16     A.   YES.

10:52AM  17     Q.   OKAY.  CAN YOU TELL US ABOUT THAT CATEGORY OF DEVICES?

10:52AM  18     A.   THE CLINICAL CHEMISTRY TESTS RUN ON THE FINGERSTICK WERE

10:52AM  19     RUN ON THE SIEMENS ADVIA INSTRUMENTS THAT HAD BEEN MODIFIED TO

10:52AM  20     RUN SMALL FINGER DROPLETS, SMALL SAMPLES.  IT INVOLVED DILUTION

10:52AM  21     OF THE FINGERSTICK PLASMA OR SERUM AND VARIOUS HARDWARE

10:52AM  22     MODIFICATIONS TO THE EDISON -- I'M SORRY, TO THE SIEMENS

10:52AM  23     INSTRUMENT AND MODIFICATIONS TO THE SOFTWARE AND THE WAY THE

10:52AM  24     INSTRUMENT OPERATED.

10:52AM  25          I WON'T GET INTO THE TECHNICAL DETAILS OF THAT.

10:52AM 1    Q.   THAT PRACTICE OF USING MODIFIED THIRD PARTY DEVICES FOR

10:52AM 2    TESTS -- WELL, LET ME ASK, WAS THAT USED FOR ACTUAL PATIENT

10:52AM 3    TESTING AT THERANOS?

10:52AM 4    A.   YES, IT WAS.

10:52AM 5    Q.   AND WHEN DID THAT PRACTICE START, IF YOU REMEMBER?

10:52AM 6    A.   I RECALL AT THE TIME OF THE LAUNCH.

10:53AM 7    Q.   DID YOU HAVE ANY CONVERSATIONS WITH MR. BALWANI AS TO WHY

10:53AM 8    THE COMPANY WAS USING MODIFIED THIRD PARTY DEVICES FOR PATIENT

10:53AM 9    TESTING?

10:53AM 10   A.   NO, I DID NOT.

10:53AM 11   Q.   DID YOU EVER GET AN EXPLANATION FROM HIM AS TO WHY THAT

10:53AM 12   WAS HAPPENING?

10:53AM 13   A.   NO, I DID NOT.

10:53AM 14   Q.   DO YOU KNOW WHETHER MS. HOLMES AND MR. BALWANI APPROVED

10:53AM 15   THE COMPANY'S USE OF THIRD PARTY DEVICES?

10:53AM 16   A.   YES, THEY DID.

10:53AM 17   Q.   AND WAS THE COMPANY'S USE OF MODIFIED THIRD PARTY DEVICES

10:53AM 18   SOMETHING THAT WAS PUBLIC?  SOMETHING THAT COULD BE SHARED

10:53AM 19   OUTSIDE OF THE COMPANY?  OR WAS IT KEPT SECRET WITHIN THE

10:53AM 20   COMPANY?

10:53AM 21   A.   NO.  IT WAS SUBJECT TO STRICT SECRECY.  EVEN THE SIEMENS

10:53AM 22   TECHNICAL REPS WHO WOULD COME IN TO SERVICE THE INSTRUMENTS

10:53AM 23   WERE NOT ALLOWED TO SEE ANY EVIDENCE OF MODIFICATION.

10:54AM 24   Q.   DID THE COMPANY ALSO USE UNMODIFIED THIRD PARTY DEVICES

10:54AM 25   FOR PATIENT TESTING?

ROSENDORFF DIRECT BY MR. BOSTIC                                      3255

10:54AM   1       A.   YES.

10:54AM   2       Q.   AND WHEN DID THAT START, IF YOU REMEMBER?

10:54AM   3       A.   WHEN I STARTED IN THE LAB, THERANOS WAS DOING TESTING FOR

10:54AM   4       SAFEWAY EMPLOYEES.  I BELIEVE IT WAS VENOUS BLOOD ONLY RUN ON

10:54AM   5       THE SIEMENS INSTRUMENT UNMODIFIED, AND THE IMMULITE, SIEMENS

10:54AM   6       IMMULITE UNMODIFIED.

10:54AM   7       Q.   AND DID THAT TESTING FOR SAFEWAY HAPPEN BEFORE THE

10:54AM   8       COMMERCIAL LAUNCH IN SEPTEMBER OF 2013?

10:54AM   9       A.   YES.

10:54AM  10       Q.   DID THAT TESTING FOR SAFEWAY INVOLVE ANY THERANOS SPECIFIC

10:54AM  11       TESTING ANALYZERS?

10:54AM  12       A.   NO.

10:54AM  13       Q.   DID IT INVOLVE ANY EVEN THERANOS MODIFIED THIRD PARTY

10:54AM  14       ANALYZERS?

10:54AM  15       A.   NO.

10:54AM  16       Q.   DID YOU HAVE ANY CONVERSATIONS WITH MR. BALWANI ABOUT WHY

10:55AM  17       THE COMPANY WAS USING UNMODIFIED THIRD PARTY DEVICES FOR

10:55AM  18       PATIENT TESTING?

10:55AM  19       A.   NO, I DID NOT.

10:55AM  20       Q.   WAS THERANOS ABLE TO RUN ALL OF THE TESTS THAT IT WAS

10:55AM  21       OFFERING SOLELY USING THE EDISON?

10:55AM  22       A.   NO.

10:55AM  23       Q.   WAS THERANOS ABLE TO RUN ALL OF THE TESTS THAT IT WAS

10:55AM  24       OFFERING JUST USING THE EDISON AND THE MODIFIED THIRD PARTY

10:55AM  25       DEVICES?

10:55AM  1    A.   NO.  NO.

10:55AM  2         I CAN EXPLAIN FURTHER, BUT NO.

10:55AM  3    Q.   PLEASE DO.

10:55AM  4    A.   OKAY.  ON -- FREQUENTLY IF TESTS WERE NOT OFFERED BY

10:55AM  5    THERANOS, VENOUS BLOOD WOULD HAVE TO BE DRAWN.  THOSE WOULD BE

10:55AM  6    RUN ON UNMODIFIED FDA APPROVED DEVICES.

10:55AM  7         THERE WERE ALSO SMALLER DEVICES SUCH AS A BLOOD LEAD

10:56AM  8    ANALYZER AND A RUBY -- ABBOTT RUBY HEMATOLOGY ANALYZER THAT WAS

10:56AM  9    USED FOR CBC'S THAT WOULD BE DONE UNMODIFIED.

10:56AM 10    Q.   SO ARE WE TALKING ABOUT OTHER THIRD PARTY ANALYZERS,

10:56AM 11    NON-THERANOS DEVICES, BUT SMALLER THAN THE BIG ONES THAT WE

10:56AM 12    HAVE BEEN TALKING ABOUT?

10:56AM 13    A.   THE ABBOTT INSTRUMENT WAS PRETTY BIG.  IT'S PROBABLY ABOUT

10:56AM 14    THE SAME, MAYBE A LITTLE SMALLER THAN THE SIEMENS ONE.

10:56AM 15    Q.   LEADING UP TO THE COMMERCIAL LAUNCH IN SEPTEMBER OF 2013,

10:56AM 16    TELL US ABOUT THE PACE OF THINGS.

10:56AM 17         WERE THINGS MOVING QUICKLY?  SLOWLY?  WHAT DO YOU REMEMBER

10:56AM 18    ABOUT THAT?

10:56AM 19    A.   IT WAS EXTREMELY RUSHED AND HURRIED.  THERE WAS IMMENSE

10:57AM 20    PRESSURE PUT ON R&D AND THE LAB TECHS AND MYSELF TO GET THINGS

10:57AM 21    VALIDATED AND GENERATE DATA.  THE ADVIA'S WERE RUNNING 24 HOURS

10:57AM 22    A DAY.  THE R&D STAFF WAS EXHAUSTED.

10:57AM 23    Q.   AND WHAT TIME PERIOD ARE WE TALKING ABOUT HERE?  FOR HOW

10:57AM 24    LONG DID YOU FEEL THAT PRESSURE AND DID YOU FEEL LIKE THINGS

10:57AM 25    WERE BEING RUSHED?

10:57AM   1      A.   FOR ABOUT TWO TO THREE MONTHS BEFORE THE LAUNCH.

10:57AM   2      Q.   AND YOU MENTIONED PRESSURE.

10:57AM   3           WHO WAS IMPOSING THAT PRESSURE?  WHERE DID IT COME FROM AT

10:57AM   4      THE COMPANY?

10:57AM   5      A.   MR. BALWANI.

10:57AM   6      Q.   AND YOU MENTIONED PRESSURE FROM MR. BALWANI TO THE R&D

10:57AM   7      GROUP.

10:57AM   8           WHAT WAS MR. BALWANI'S CONNECTION TO THE R&D GROUP, IF

10:57AM   9      THERE WAS ONE?

10:57AM  10      A.   MR. BALWANI WAS REALLY INVOLVED IN OPERATIONS AT ALL

10:58AM  11      LEVELS, BOTH THE CLIA LAB AND R&D.  HE WORKED CLOSELY WITH

10:58AM  12      DANIEL YOUNG IN R&D AND OTHERS.  HE CONTROLLED WHO COULD GO

10:58AM  13      FROM LDT TO THE CLIA LAB, WHO HAD KEY CARD ACCESS, WHERE

10:58AM  14      RESOURCES WERE ASSIGNED, ET CETERA.

10:58AM  15      Q.   HOW ABOUT WHEN IT CAME TO THE CLINICAL LAB?  WAS

10:58AM  16      MR. BALWANI INVOLVED IN THE OPERATIONS OF THE CLINICAL LAB?

10:58AM  17      A.   YES, HE WAS.

10:58AM  18      Q.   HOW SO?

10:58AM  19      A.   HE MADE A NUMBER OF SPUR-OF-THE MOMENT DECISIONS TO FIRE

10:58AM  20      VARIOUS PEOPLE THAT -- WITHOUT CONSULTING ME AS THE LABORATORY

10:58AM  21      DIRECTOR.

10:58AM  22           HE WOULD PUT PEOPLE ON TO WORKING ON THE EDISONS VERSUS

10:58AM  23      WORKING ON R&D.

10:59AM  24           HE KEPT AN EYE ON INVENTORY.  I REMEMBER THERE WAS A HUGE

10:59AM  25      STINK ABOUT INVENTORY THAT RESULTED IN A CLS BEING FIRED.

10:59AM   1           BUT HE WAS INVOLVED ON A DAILY BASIS ON LABORATORY

10:59AM   2   OPERATIONS, YES.

10:59AM   3               MR. BOSTIC:  MAY I APPROACH, YOUR HONOR?

10:59AM   4               THE COURT:  YES.

10:59AM   5               MR. BOSTIC:  (HANDING.)

10:59AM   6               THE WITNESS:  THANK YOU.

10:59AM   7               MR. BOSTIC:  (HANDING.)

10:59AM   8   Q.   DR. ROSENDORFF, I'VE HANDED YOU A BINDER OF DOCUMENTS, AND

10:59AM   9   I'LL ASK YOU TO TURN TO TAB 3231, PLEASE.

10:59AM  10       LET ME KNOW WHEN YOU'RE THERE.

11:00AM  11   A.   I HAVE IT.

11:00AM  12   Q.   OKAY.  AND IS 3231 AN EMAIL BETWEEN YOU AND OTHER

11:00AM  13   INDIVIDUALS AT THERANOS FROM AUGUST 2013?

11:00AM  14   A.   I SEE IT'S FROM NICHOLAS HAASE TO A NUMBER OF INDIVIDUALS.

11:00AM  15       AT LEAST LOOKING AT THE FIRST EMAIL, I'M CC'D ON IT.

11:00AM  16   Q.   OKAY.  AND, GENERALLY SPEAKING, DOES THIS EMAIL DISCUSS

11:00AM  17   THE STATUS OF ASSAY VALIDATION LEADING UP TO THE LAUNCH?

11:00AM  18   A.   YES.

11:00AM  19               MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 3231.

11:00AM  20               MR. COOPERSMITH:  802, YOUR HONOR.  OBJECTION.

11:00AM  21               MR. BOSTIC:  MAY I LAY A FOUNDATION?

11:00AM  22               THE COURT:  YES.

11:00AM  23   BY MR. BOSTIC:

11:00AM  24   Q.   DR. ROSENDORFF, AROUND THIS TIME PERIOD, LET ME ASK YOU,

11:00AM  25   LOOKING AT THE NAMES ON THESE EMAILS, ARE YOU FAMILIAR WITH THE

11:01AM 1    NAMES ON THESE EMAILS?

11:01AM 2    A.   YES, I'M GENERALLY FAMILIAR WITH ALL OF THEM.

11:01AM 3    Q.   AND, GENERALLY SPEAKING, WERE THESE INDIVIDUALS INVOLVED

11:01AM 4    IN THE ASSAY VALIDATION WORK LEADING UP TO THE COMMERCIAL

11:01AM 5    LAUNCH?

11:01AM 6    A.   YES.

11:01AM 7    Q.   AND AROUND THAT TIME PERIOD, DID YOU AND OTHERS AT

11:01AM 8    THERANOS COMMUNICATE BY EMAIL ABOUT THE STATUS OF THINGS WHEN

11:01AM 9    IT CAME TO ASSAY VALIDATION?

11:01AM 10   A.   YES.

11:01AM 11   Q.   AND WERE THOSE EMAILS USED TO KEEP TRACK OF AND COORDINATE

11:01AM 12   THAT PROCESS OF VALIDATION?

11:01AM 13   A.   YES.

11:01AM 14   Q.   IN SENDING THOSE EMAILS, WAS IT IMPORTANT FOR THE SENDERS

11:01AM 15   TO BE ACCURATE IN THE DETAILS THAT THEY INCLUDED?

11:01AM 16   A.   YES, ESSENTIAL.

11:01AM 17   Q.   AND WERE EMAILS LIKE THESE PRESERVED BY THE COMPANY SO

11:01AM 18   THAT THEY COULD BE REFERENCED LATER IF SOMEONE NEEDED TO?

11:01AM 19   A.   TO MY KNOWLEDGE, YES.

11:01AM 20         MR. BOSTIC:  YOUR HONOR, WE OFFER 3231 AS A BUSINESS

11:01AM 21   RECORD.

11:01AM 22         THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

11:02AM 23     (GOVERNMENT'S EXHIBIT 3231 WAS RECEIVED IN EVIDENCE.)

11:02AM 24   BY MR. BOSTIC:

11:02AM 25   Q.   LET'S START ON THE SECOND PAGE AND TOP EMAIL.

11:02AM 1          DO YOU SEE THIS IS A MESSAGE FROM MS. HOLMES ON

11:02AM 2    AUGUST 31ST?

11:02AM 3          CAN YOU REMIND US HOW FAR OUT THAT WAS FROM THE EVENTUAL

11:02AM 4    COMMERCIAL LAUNCH OF THE TESTING?

11:02AM 5    A.   NINE DAYS, I BELIEVE.

11:02AM 6    Q.   OKAY.  NINE DAYS BEFORE THE LAUNCH, MS. HOLMES SENDS AN

11:02AM 7    EMAIL TO SEVERAL INDIVIDUALS AT THERANOS, CC'ING MR. BALWANI.

11:02AM 8          DO YOU SEE THAT?

11:02AM 9    A.   YES, I DO.

11:02AM 10   Q.   AND SHE SAYS, "LET ME KNOW TOTAL NUMBER OF GC MICRO-SAMPLE

11:02AM 11   ASSAYS THAT HAVE COMPLETED VALIDATION AS OF TOMORROW (ADVIA AND

11:02AM 12   OTHER PLATFORMS)."

11:02AM 13         DO YOU SEE THAT?

11:02AM 14   A.   YES, I DO.

11:02AM 15   Q.   AND SHE SAYS "GC-MICRO SAMPLE ASSAYS."  WHAT DOES THAT

11:02AM 16   REFER TO?

11:02AM 17   A.   GC IS SHORT FOR GENERAL CHEMISTRY, AND MICRO-SAMPLES ARE

11:03AM 18   FINGERSTICK AND THOSE WOULD BE RUN ON THE MODIFIED SIEMENS

11:03AM 19   INSTRUMENT.

11:03AM 20   Q.   AND WHAT KINDS OF TESTS ARE INCLUDED IN GENERAL CHEMISTRY?

11:03AM 21   CAN YOU GIVE US EXAMPLES OF THE MOST COMMON ONE?

11:03AM 22   A.   COMPLETE METABOLIC PANEL, WHICH IS VERY, VERY COMMONLY

11:03AM 23   ORDERED IN MEDICAL SETTINGS.

11:03AM 24   Q.   DID YOU SAY COMPLETE METABOLIC PANEL?

11:03AM 25   A.   YEAH, COMPLETE METABOLIC PANEL, OR BASIC METABOLIC PANEL.

ER-2341

ROSENDORFF DIRECT BY MR. BOSTIC                3261

11:03AM  1        I DON'T RECALL THE ANALYTES ON EACH OF THOSE PANELS, BUT

11:03AM  2    REALLY BREAD AND BUTTER THINGS LIKE SODIUM, POTASSIUM,

11:03AM  3    CHLORIDE, GLUCOSE, BICARBONATE.

11:03AM  4    Q.   THANK YOU.  LET'S TOOK AT PAGE 1 OF THIS EMAIL, SO MOVING

11:03AM  5    FORWARD IN TIME, TO SEE THE RESPONSE.

11:03AM  6        LET'S ZOOM IN ON THE MESSAGE FROM ROSE EDMONDS.

11:04AM  7        DO YOU SEE ON THE BOTTOM IT INDICATES THAT ROSE EDMONDS

11:04AM  8    WAS A DEVELOPMENT SCIENTIST AT THERANOS?

11:04AM  9    A.   YES.

11:04AM  10   Q.   AND SHE WRITES BACK TO MS. HOLMES'S QUESTIONS AND SHE

11:04AM  11   SAYS, "AS OF RIGHT NOW, NONE OF OUR ASSAYS ARE COMPLETELY

11:04AM  12   THROUGH VALIDATION INCLUDING CLINICAL SAMPLE TESTING WITH

11:04AM  13   FINGERSTICK."

11:04AM  14       DO YOU SEE THAT?

11:04AM  15   A.   YES.

11:04AM  16   Q.   AND WHAT DID THAT MEAN IN TERMS OF THE READINESS OF THOSE

11:04AM  17   TESTS TO BE USED ON PATIENTS?

11:04AM  18   A.   IT'S A FAIRLY DIRE SITUATION, I WOULD SAY.  IT'S NINE DAYS

11:04AM  19   BEFORE THE LAUNCH AND NONE OF THE ASSAYS INTENDED FOR THE

11:04AM  20   LAUNCH ARE THROUGH VALIDATION.  THAT DOESN'T REALLY ALLOW MUCH

11:04AM  21   TIME FOR TROUBLESHOOTING OR FINE TUNING.

11:04AM  22   Q.   COULD THESE ASSAYS HAVE BEEN USED ON PATIENTS WITHOUT THE

11:04AM  23   DEVELOPMENT PROCESS IN YOUR VIEW?

11:05AM  24   A.   NO.

11:05AM  25   Q.   THE DATE SET FOR THE LAUNCH, WAS THAT SET BY YOU AS

ER-2342

ROSENDORFF DIRECT BY MR. BOSTIC                                    3262

11:05AM  1    LABORATORY DIRECTOR?

11:05AM  2    A.   NO, IT WAS NOT.

11:05AM  3    Q.   WHO SET THE LAUNCH DATE AT THERANOS, IF YOU KNOW?

11:05AM  4    A.   ELIZABETH AND SUNNY.

11:05AM  5    Q.   IF YOU HAD SET THAT TIMETABLE AND THE LAUNCH DATE, WOULD

11:05AM  6    YOU HAVE ALLOWED ADDITIONAL TIME FOR ASSAY VALIDATION?

11:05AM  7    A.   ABSOLUTELY.

11:05AM  8    Q.   GENERALLY SPEAKING, HOW WERE YOU FEELING ABOUT THE

11:05AM  9    COMPANY'S READINESS FOR A COMMERCIAL LAUNCH IN SEPTEMBER OF

11:05AM 10    2013?

11:05AM 11    A.   I WAS UNEASY.

11:05AM 12    Q.   AND WHAT WAS MAKING YOU UNEASY AT THAT TIME?

11:05AM 13    A.   I FELT LIKE R&D WAS BEING PRESSURED TO PRODUCE DATA THAT

11:05AM 14    INDICATED A CERTAIN RESULT.

11:05AM 15         I WASN'T ENTIRELY SURE IF I SHOULD TRUST WHAT I WAS

11:06AM 16    LOOKING AT, BUT I DECIDED TO TRUST.

11:06AM 17         NONE OF THE TESTING REALLY TOOK INTO ACCOUNT THE

11:06AM 18    PREANALYTIC FACTORS THAT I MENTIONED EARLIER IN MY TESTIMONY,

11:06AM 19    THINGS THAT COULD HAPPEN DURING COLLECTION OR WHEN SAMPLES SAT

11:06AM 20    OUT FOR A LONG TIME, SO I DIDN'T FEEL LIKE THE VALIDATION

11:06AM 21    NECESSARILY REFLECTED THE LIFE OF A SAMPLE.

11:06AM 22         AND I ALSO HAD SOME CONCERNS ABOUT USING VENOUS BLOOD FOR

11:06AM 23    THE PRECISION COMPONENT OF THE VALIDATIONS.

11:06AM 24    Q.   AND ON THAT LAST POINT, WHY DID THAT CONCERN YOU?

11:06AM 25    A.   BECAUSE WE WOULD BE COLLECTING BLOOD BY FINGERSTICK, WHICH

11:06AM  1    PROBABLY WAS MORE VARIABLE IN TERMS OF ITS COLLECTION.

11:06AM  2        AND THERE WAS A PRACTICAL PROBLEM THERE, WHICH WAS YOU

11:06AM  3    COULDN'T REALLY DO PRECISION FINGERSTICK.  YOU WOULD HAVE TO

11:07AM  4    STICK ALL OF THE FINGERS AND TOES OF A VOLUNTEER TO DO

11:07AM  5    PRECISION.

11:07AM  6    Q.   YOU TALKED ABOUT PRESSURE TO ACHIEVE CERTAIN RESULTS IN

11:07AM  7    THE VALIDATION WORK.

11:07AM  8        DO YOU RECALL THAT?

11:07AM  9    A.   YES.

11:07AM  10   Q.   AND WHERE WAS THAT PRESSURE COMING FROM AS YOU PERCEIVED

11:07AM  11   IT?

11:07AM  12   A.   FROM SUNNY AND ELIZABETH.

11:07AM  13   Q.   CAN I ASK YOU TO LOOK AT TAB 1049 IN YOUR BINDER, PLEASE.

11:07AM  14   A.   I HAVE.

11:07AM  15   Q.   AND IS 1049 AN EMAIL CHAIN INCLUDING YOU AND MR. BALWANI

11:07AM  16   RELATING TO THE COMPANY'S READINESS FOR LAUNCH?

11:07AM  17   A.   SO THE TOP ONE IS FROM SUNNY TO ELIZABETH.  IT SAYS, "RE:

11:07AM  18   CONCERNS ABOUT THE LAUNCH."

11:07AM  19   Q.   AND EARLIER IN THAT CHAIN, DO YOU SEE THAT IT BEGINS WITH

11:08AM  20   A MESSAGE FROM YOU TO MS. HOLMES AND DANIEL YOUNG?

11:08AM  21   A.   YES.

11:08AM  22           MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1049.

11:08AM  23           MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:08AM  24           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:08AM  25       (GOVERNMENT'S EXHIBIT 1049 WAS RECEIVED IN EVIDENCE.)

11:08AM 1     BY MR. BOSTIC:

11:08AM 2     Q.   LET'S START AT THE BOTTOM OF PAGE 1 AND LOOK AT YOUR

11:08AM 3     EMAIL.

11:08AM 4          SO AGAIN, WE'RE AT AUGUST 29TH, 2013, AND LESS THAN

11:08AM 5     TWO WEEKS TO THE COMMERCIAL LAUNCH; RIGHT?

11:08AM 6     A.   YES.

11:08AM 7     Q.   AND YOU SAY, "HI ELIZABETH,

11:08AM 8          "I HAVE SOME MEDICAL AND OPERATIONAL CONCERNS ABOUT OUR

11:08AM 9     READINESS FOR 9/9."

11:08AM 10    A.   YES.

11:08AM 11    Q.   AND WHAT PROMPTED YOU TO SEND THIS EMAIL TO MS. HOLMES?

11:08AM 12    A.   I DIDN'T FEEL THAT RAISING THESE ISSUES TO MR. BALWANI

11:08AM 13    WOULD HAVE HAD ANY TRACTION, OR I THOUGHT THAT RAISING THESE

11:08AM 14    ISSUES PERHAPS WOULD BE MET WITH HOSTILITY.

11:08AM 15         AND I ALSO FELT THAT ELIZABETH, AS THE CEO OF THE COMPANY,

11:08AM 16    REALLY NEEDED TO KNOW ABOUT THESE ISSUES.

11:09AM 17    Q.   LET'S LOOK AT THE ISSUES THAT YOU RAISED.

11:09AM 18         SO AT THE BOTTOM OF THIS PAGE UNDER GLUCOSE, YOU WRITE,

11:09AM 19    "SIGNIFICANT NEGATIVE BIAS EXISTS FOR GLUCOSE."

11:09AM 20         WHAT DID YOU MEAN BY THAT?

11:09AM 21    A.   IT MEANS THAT THE READINGS WE ARE GETTING ON THE

11:09AM 22    FINGERSTICK ARE SYSTEMATICALLY LOWER THAN YOU WOULD GET ON

11:09AM 23    VENOUS BLOOD THAT RISES TO A LEVEL OF CLINICAL SIGNIFICANCE.

11:09AM 24    Q.   AND WHY WERE YOU CONCERNED ABOUT THAT?  WHY WAS THAT A

11:09AM 25    PROBLEM?

11:09AM   1    A.   IT'S A PROBLEM BECAUSE, FOR INSTANCE, FASTING BLOOD

11:09AM   2    GLUCOSE IS USED TO DIAGNOSE DIABETES.  THERE'S A THRESHOLD OF

11:09AM   3    126 ABOVE WHICH YOU'RE DIAGNOSED WITH DIABETES SO --

11:10AM   4         MR. COOPERSMITH:  YOUR HONOR, I'M GOING TO OBJECT

11:10AM   5    AND MOVE TO STRIKE UNDER 702.

11:10AM   6         THE COURT:  I'LL -- THE LAST PORTION OF THIS

11:10AM   7    TESTIMONY, LADIES AND GENTLEMEN, REGARDING THOSE MEASUREMENTS

11:10AM   8    IS STRICKEN.

11:10AM   9         YOU CAN LAY A FOUNDATION, IF YOU CAN.

11:10AM   10        MR. BOSTIC:  UNDERSTOOD, YOUR HONOR.  THANK YOU.

11:10AM   11   Q.   DR. ROSENDORFF, GENERALLY SPEAKING, WHAT IS A BIAS IN THE

11:10AM   12   CONTEXT OF LABORATORY TESTING?

11:10AM   13   A.   A BIAS IS -- A BIAS IS A MEASURE OF HOW FAR A LABORATORY

11:10AM   14   TEST DEVIATES FROM THE CORRECT VALUE, FROM THE TRUE VALUE.

11:10AM   15   Q.   SO DOES THE EXISTENCE OF A BIAS IN A LABORATORY TEST HAVE

11:10AM   16   ANY EFFECT ON THE ACCURACY OR RELIABILITY OF THAT TEST?

11:10AM   17        MR. COOPERSMITH:  OBJECTION.  702.

11:10AM   18        THE COURT:  CAN YOU LAY A FOUNDATION?

11:10AM   19        MR. BOSTIC:  SURE.

11:11AM   20   Q.   DR. ROSENDORFF, IN YOUR ROLE AS LABORATORY DIRECTOR AT

11:11AM   21   THERANOS, WAS BIAS SOMETHING THAT MATTERED TO YOU?

11:11AM   22   A.   YES.

11:11AM   23   Q.   AND WHY DID BIAS MATTER TO YOU AS THERANOS LABORATORY

11:11AM   24   DIRECTOR?

11:11AM   25   A.   BIAS --

11:11AM  1            MR. COOPERSMITH:  YOUR HONOR, SAME OBJECTION.

11:11AM  2            THE COURT:  OVERRULED.

11:11AM  3       YOU CAN ANSWER THE QUESTION.

11:11AM  4            THE WITNESS:  SO AS I MENTIONED, TOTAL ALLOWABLE

11:11AM  5   ERROR IS THE SUM OF BIAS AND PRECISION.

11:11AM  6       BIAS IS ANOTHER TERM FOR ACCURACY ESSENTIALLY.  IF THERE'S

11:11AM  7   SIGNIFICANT BIAS, THERE'S PROBLEMS WITH ACCURACY.

11:11AM  8   BY MR. BOSTIC:

11:11AM  9   Q.   ALL RIGHT.  LET'S LOOK AT PAGE 2 IN YOUR EMAIL.  ZOOM IN

11:11AM  10  ON THE TOP PARAGRAPH.

11:11AM  11       AND THERE YOU NOTE A DIFFERENCE IN REFERENCE RANGE FOR THE

11:11AM  12  THERANOS CHEMISTRIES VERSUS WHAT YOU WERE SEEING ON THE SIEMENS

11:12AM  13  CHEMISTRIES.

11:12AM  14       DO YOU SEE THAT?

11:12AM  15  A.   YES.

11:12AM  16  Q.   AND CAN YOU EXPLAIN FOR US WHY THAT WAS A CAUSE FOR

11:12AM  17  CONCERN FOR YOU AT THAT TIME?

11:12AM  18            MR. COOPERSMITH:  OBJECTION.  702.

11:12AM  19            THE COURT:  OVERRULED.

11:12AM  20       YOU CAN ANSWER THE QUESTION, SIR.

11:12AM  21  BY MR. BOSTIC:

11:12AM  22  Q.   WOULD YOU LIKE THE QUESTION AGAIN, DR. ROSENDORFF?

11:12AM  23  A.   YES, PLEASE.

11:12AM  24  Q.   THE QUESTION IS, THE DIFFERENCE BETWEEN THE RANGES ON THE

11:12AM  25  THERANOS CHEMISTRIES VERSUS THE SIEMENS CHEMISTRIES, WHY DID

11:12AM  1    THAT MATTER TO YOU AS LABORATORY DIRECTOR?  WHY WERE YOU

11:12AM  2    RAISING IT TO THE CEO?

11:12AM  3    A.   REFERENCE RANGES FOR GLUCOSE ARE EXTREMELY WELL, WELL

11:12AM  4    ESTABLISHED.  SO WHATEVER METHOD IS BEING USED, THOSE REFERENCE

11:12AM  5    RANGES SHOULD CLOSELY MATCH THE PUBLISHED GLUCOSE REFERENCE

11:12AM  6    RANGES.

11:12AM  7         IF THEY ARE SIGNIFICANTLY BELOW IT, AS IS THE CASE HERE,

11:12AM  8    THAT INDICATES A PROBLEM WITH THE ASSAY.

11:13AM  9    Q.   YOU GO ON TO DISCUSS THE RECOMMENDED MAXIMUM BIAS AND THE

11:13AM  10   CB THAT YOU WERE OBSERVING AT THERANOS.

11:13AM  11        DO YOU SEE THAT?

11:13AM  12   A.   YES.

11:13AM  13   Q.   AND YOU SAY, "THE TOTAL ALLOWABLE ERROR (PRECISION PLUS

11:13AM  14   BIAS) IS 10 PERCENT, WHICH MEANS THAT OUR ENTIRE ERROR BUDGET

11:13AM  15   HAS ALREADY BEEN SPENT JUST ON PRECISION."

11:13AM  16        CAN YOU EXPLAIN WHAT YOU MEANT BY THAT?

11:13AM  17   A.   SO TOTAL ALLOWABLE ERROR IS THE SUM OF PRECISION AND BIAS.

11:13AM  18        THE PRECISION IS ALREADY 8 PERCENT, WHICH IS PRETTY CLOSE

11:13AM  19   TO 10 PERCENT.  IT'S NOT THE ENTIRE ERROR BUDGET, BUT IT'S

11:13AM  20   PRETTY CLOSE TO IT.

11:13AM  21        SO WE WOULD HAVE FAILED TOTAL ALLOWABLE ERROR JUST BASED

11:13AM  22   ON PRECISION ALONE.

11:13AM  23   Q.   AT THE END OF THAT PARAGRAPH, YOU ASK A QUESTION OF THE

11:13AM  24   CEO.

11:13AM  25        YOU SAY, "MAYBE WE NEED TO WORK ON OUR CALIBRATORS OR

ER-2348

ROSENDORFF DIRECT BY MR. BOSTIC                3268

11:14AM  1    CHEMISTRY?"

11:14AM  2        DO YOU SEE THAT?

11:14AM  3    A.   YES, I DO.

11:14AM  4    Q.   WHAT WERE YOU SUGGESTING THERE?

11:14AM  5    A.   A BASIC PROBLEM WITH THE CHEMISTRY OF THERANOS METHODS.

11:14AM  6    Q.   IN OTHER WORDS, THIS WOULD BE GOING BACK TO THE DRAWING

11:14AM  7    BOARD IN A SENSE?

11:14AM  8    A.   EXACTLY.

11:14AM  9    Q.   LET'S LOOK FURTHER DOWN THE SAME PAGE UNDER SODIUM.

11:14AM 10        YOU WRITE, "I NOTICED FOR ONE OF THE DEMOS A FEW PATIENTS

11:14AM 11    HAD SODIUM VALUES IN THE 120'S, WHEREAS 99 PERCENT OF HEALTHY

11:14AM 12    PATIENTS SHOULD HAVE HAD SODIUMS BETWEEN 135-145?"

11:14AM 13        DO YOU SEE THAT?

11:14AM 14    A.   YES.

11:14AM 15    Q.   AND CAN YOU EXPLAIN WHAT THIS MEANS AND WHY YOU FELT THIS

11:14AM 16    WAS WORTH RAISING TO MS. HOLMES?

11:14AM 17    A.   IF A PATIENT TRULY HAS SODIUM IN THE 120'S, IT WOULD

11:14AM 18    RESULT IN THEIR BRAIN SWELLING, DELIRIUM.  THAT'S A LIFE

11:14AM 19    THREATENING SITUATION.

11:14AM 20    Q.   YOU SEEM TO BE REFERENCING A RELATIVELY SMALL NUMBER OF

11:15AM 21    RESULTS THAT YOU HAD SEEN IN THE COMPANY; IS THAT CORRECT?

11:15AM 22    A.   OH, YOU'RE REFERRING TO A FEW PATIENTS IN THE DEMOS.

11:15AM 23    Q.   YES.

11:15AM 24    A.   YES.

11:15AM 25    Q.   AS LABORATORY DIRECTOR, CAN INDIVIDUAL PROBLEMATIC RESULTS

11:15AM  1    ALERT YOU TO PROBLEMS ABOUT THE ACCURACY OF A BLOOD ASSAY?

11:15AM  2    A.   YES.

11:15AM  3              MR. COOPERSMITH:  OBJECTION.  702.  MOVE TO STRIKE.

11:15AM  4              THE COURT:  OVERRULED.  THE ANSWER WILL REMAIN.

11:15AM  5    BY MR. BOSTIC:

11:15AM  6    Q.   LET'S LOOK AT HOW YOU END THIS MESSAGE.

11:15AM  7        IN THE BOTTOM PARAGRAPH YOU WRITE, "I WOULD LIKE US TO BE

11:15AM  8    THE BEST THAT WE CAN BE.  A FEW MORE WEEKS TO SORT THROUGH

11:15AM  9    THESE MEDICAL AND LOGISTICAL ISSUES, AND GETTING THE PROPER

11:15AM  10   LEVEL OF TRAINING AND STAFFING WOULD HELP US TREMENDOUSLY."

11:15AM  11       WHAT WERE YOU ASKING FOR HERE?

11:15AM  12   A.   I WAS ASKING FOR MORE TIME TO MAKE SURE THAT THE ASSAYS

11:15AM  13   WERE MEDICALLY -- OF MEDICAL VALUE, AND THAT THERE WAS THE

11:16AM  14   RIGHT LEVEL OF TRAINING AND STAFFING IN THE LABORATORY TO RUN

11:16AM  15   THOSE TESTS.

11:16AM  16   Q.   IN OTHER WORDS, WERE YOU ASKING TO DELAY THE COMMERCIAL

11:16AM  17   LAUNCH OF THE COMPANY'S TESTING?

11:16AM  18   A.   CORRECT.

11:16AM  19   Q.   WAS THAT A REQUEST THAT YOU MADE LIGHTLY?

11:16AM  20   A.   NO, NOT AT ALL.

11:16AM  21   Q.   WHY DID YOU THINK IT WAS NECESSARY TO MAKE THAT REQUEST?

11:16AM  22   A.   IN THE INTEREST OF NOT HARMING PATIENTS.

11:16AM  23   Q.   BETWEEN MS. HOLMES AND MR. BALWANI, DURING YOUR TIME AT

11:16AM  24   THE COMPANY, WHO WAS MOST INVOLVED IN THE RUNNING AND

11:16AM  25   OPERATIONS OF THE CLINICAL LAB?

11:16AM 1     A.   MR. BALWANI.

11:16AM 2     Q.   YOU SENT THIS EMAIL -- WELL, LET'S GO BACK TO PAGE 1 OF

11:16AM 3     THIS EMAIL AND ZOOM IN ON THE HEADER OF YOUR MESSAGE.

11:16AM 4          YOU SENT THIS TO MS. HOLMES AND DANIEL YOUNG.

11:16AM 5          DO YOU SEE THAT?

11:16AM 6     A.   YES, I DID.

11:16AM 7     Q.   WHY DID YOU NOT INCLUDE MR. BALWANI ON THIS EMAIL ABOUT

11:17AM 8     YOUR CONCERNS?

11:17AM 9     A.   WHEN I RAISED CONCERNS TO MR. BALWANI, HE WOULD -- THERE

11:17AM 10    WOULD BE ONE OF TWO RESPONSES.  HE WOULD EITHER CHALLENGE ME

11:17AM 11    THAT THERE WEREN'T REAL CONCERNS, OR HE WOULD DEFLECT TO

11:17AM 12    MR. YOUNG.

11:17AM 13         THERE WAS A THIRD OPTION WHERE HE WOULD SAY THAT HE WOULD

11:17AM 14    ADDRESS THEM, HE WOULD LOOK INTO THEM AND ADDRESS IT.

11:17AM 15    Q.   AND HAD THAT BEEN YOUR EXPERIENCE WITH MR. BALWANI WHEN

11:17AM 16    YOU HAD RAISED CONCERNS PRIOR TO SENDING THIS EMAIL IN LATE

11:17AM 17    AUGUST 2013?

11:17AM 18    A.   YES.

11:17AM 19    Q.   LET'S LOOK AT THE TOP HALF OF THIS PAGE.  A LITTLE FURTHER

11:17AM 20    DOWN, PLEASE.  LET'S JUST INCLUDE THE WHOLE TOP HALF.

11:17AM 21         PERFECT.

11:17AM 22         DR. ROSENDORFF, DO YOU SEE THAT MS. HOLMES THEN FORWARDED

11:17AM 23    YOUR EMAIL TO MR. BALWANI ON THAT SAME DAY?

11:17AM 24    A.   YES.

11:17AM 25    Q.   AND DO YOU SEE THEN MR. BALWANI'S RESPONSE?  HE SAYS, "WE

11:18AM 1    WILL TALK TO HIM."

11:18AM 2    A.   YES.

11:18AM 3    Q.   DO YOU REMEMBER A CONVERSATION WITH MR. BALWANI ABOUT YOUR

11:18AM 4    CONCERNS LEADING UP TO THE LAUNCH?

11:18AM 5    A.   I DO NOT.

11:18AM 6    Q.   MR. BALWANI SAYS, "I ASSUME WE CAN USE SIEMENS CHEMISTRY

11:18AM 7    FOR GLUCOSE AND SODIUM?  IF YES THEN WE SHOULD."

11:18AM 8         DO YOU SEE THAT?

11:18AM 9    A.   YES.

11:18AM 10   Q.   AND DOES THAT MEAN NOT USING THERANOS SPECIFIC TECHNOLOGY?

11:18AM 11   A.   YES.

11:18AM 12   Q.   OKAY.  WE CAN PUT THAT ASIDE.

11:18AM 13        LET ME ASK YOU ABOUT -- WELL, LET ME ASK YOU A SIMPLER

11:18AM 14   QUESTION.

11:18AM 15        WERE YOUR CONCERNS ABOUT THE COMPANY'S READINESS FOR

11:18AM 16   LAUNCH ADDRESSED AND RESOLVED PRIOR TO THE LAUNCH OF TESTING

11:18AM 17   SERVICES AT THERANOS?

11:18AM 18   A.   TO SOME EXTENT, YES.

11:18AM 19   Q.   WERE THEY RESOLVED COMPLETELY?

11:18AM 20   A.   NO.

11:18AM 21   Q.   DID YOU LATER DEVELOP ADDITIONAL CONCERNS ABOUT THE

11:18AM 22   TESTING?

11:18AM 23   A.   YES.

11:18AM 24   Q.   WE SAW A MENTION OF SOME SODIUM RESULTS FROM DEMOS

11:19AM 25   CONDUCTED AT THE COMPANY.

ROSENDORFF DIRECT BY MR. BOSTIC                                     3272

11:19AM  1          DO YOU RECALL THAT?

11:19AM  2     A.  YES.

11:19AM  3     Q.  GENERALLY, DID YOU HAVE A ROLE IN THE TECHNOLOGY

11:19AM  4     DEMONSTRATIONS THAT WERE DONE AT THERANOS?

11:19AM  5     A.  MY ROLE WAS TO REVIEW THE RESULTS WITH DANIEL AFTER THE

11:19AM  6     DEMOS WERE COMPLETED.

11:19AM  7     Q.  AND FOR THESE VIP DEMOS, WERE YOU EVER PRESENT AT

11:19AM  8     PRESENTATIONS THAT MR. BALWANI OR MS. HOLMES MADE TO VIP'S

11:19AM  9     WHERE THEY WERE EXPLAINING WHAT THE THERANOS TECHNOLOGY WAS?

11:19AM 10     A.  I WAS NOT.

11:19AM 11     Q.  OKAY.  CAN I ASK YOU TO TURN TO TAB 1491 IN YOUR BINDER,

11:19AM 12     PLEASE.

11:19AM 13     A.  I'M THERE.

11:19AM 14     Q.  OKAY.  AND IS EXHIBIT 1491 AN EMAIL CHAIN THAT INCLUDES

11:20AM 15     YOU AND OTHERS AT THERANOS RELATING TO ONE OF THESE

11:20AM 16     DEMONSTRATIONS?

11:20AM 17     A.  YES.

11:20AM 18          MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1491.

11:20AM 19          MR. COOPERSMITH:  802, YOUR HONOR.  OBJECTION.

11:20AM 20          MR. BOSTIC:  I BELIEVE THE BUSINESS RECORD

11:20AM 21     FOUNDATION HAS BEEN LAID THROUGH A PREVIOUS WITNESS, BUT I CAN

11:20AM 22     DO IT AGAIN IF NECESSARY.

11:20AM 23          THE COURT:  YOU'RE SEEKING TO ADMIT THIS AS A

11:20AM 24     BUSINESS RECORD?

11:20AM 25          MR. BOSTIC:  YES, YOUR HONOR.

| 11:20AM | 1 | THE COURT: ANY OBJECTION TO THAT, MR. COOPERSMITH? |
| 11:20AM | 2 | MR. COOPERSMITH: WHETHER OR NOT THAT IS THE CASE, I |
| 11:20AM | 3 | DON'T THINK IT'S A BUSINESS RECORD, AND MY OBJECTION STANDS. |
| 11:20AM | 4 | THE COURT: DO YOU -- LET'S DO AN 803(6) FOUNDATION |
| 11:20AM | 5 | IF YOU CAN. |
| 11:20AM | 6 | BY MR. BOSTIC: |
| 11:20AM | 7 | Q. DR. ROSENDORFF, DO YOU RECOGNIZE THE INDIVIDUALS ON THIS |
| 11:20AM | 8 | EMAIL CHAIN? |
| 11:20AM | 9 | A. YES, I DO. |
| 11:20AM | 10 | Q. AND WHEN IT CAME TO THE VIP TESTS AND DEMONSTRATIONS THAT |
| 11:20AM | 11 | WERE RUN AT THERANOS, WAS EMAIL SIMILARLY USED AS A MECHANISM |
| 11:20AM | 12 | FOR COORDINATING AND TRACKING THE PROGRESS OF THOSE TESTS? |
| 11:21AM | 13 | A. YES. APART FROM PHONE CALLS, THAT WAS THE ONLY METHOD, |
| 11:21AM | 14 | AND FACE TO FACE. |
| 11:21AM | 15 | Q. THANK YOU. |
| 11:21AM | 16 | AND IN THOSE EMAILS, WAS IT IMPORTANT FOR THE INDIVIDUALS |
| 11:21AM | 17 | RELAYING INFORMATION TO DO SO ACCURATELY? |
| 11:21AM | 18 | A. ABSOLUTELY. |
| 11:21AM | 19 | Q. AND WERE EMAILS LIKE THESE PRESERVED SO THAT THEY COULD BE |
| 11:21AM | 20 | REFERENCED LATER? |
| 11:21AM | 21 | A. YES, TO MY KNOWLEDGE. |
| 11:21AM | 22 | MR. BOSTIC: YOUR HONOR, WE OFFER 1491. |
| 11:21AM | 23 | THE COURT: THIS IS ADMITTED UNDER 803(6). IT MAY |
| 11:21AM | 24 | BE PUBLISHED. |
| 11:21AM | 25 | (GOVERNMENT'S EXHIBIT 1491 WAS RECEIVED IN EVIDENCE.) |

11:21AM   1    BY MR. BOSTIC:

11:21AM   2    Q.   AND LET'S START WITH THE BOTTOM OF PAGE 2.

11:21AM   3         AND DO YOU SEE, DR. ROSENDORFF, THAT THIS BEGINS -- OR

11:21AM   4    WE'RE LOOKING AT AN EMAIL FROM SOMEONE NAMED MAX FOSQUE TO

11:21AM   5    OTHERS AT THERANOS?

11:21AM   6    A.   YES.

11:21AM   7    Q.   AND HE ASKS FOR A FOLLOW-UP ON WHY BRIAN GROSSMAN HAS NOT

11:21AM   8    BEEN RELEASED YET.

11:21AM   9         DO YOU RECOGNIZE THAT NAME BY ANY CHANCE?

11:22AM  10    A.   I DO RECOGNIZE IT.  I DON'T RECALL EXACTLY WHO

11:22AM  11    BRIAN GROSSMAN IS, OR WAS.

11:22AM  12    Q.   OKAY.  IN MR. FOSQUE'S EMAIL, IN THE LAST SENTENCE HE

11:22AM  13    SAYS, "THIS IS CRITICAL TO GET OUT ASAP."

11:22AM  14         DO YOU SEE THAT?

11:22AM  15    A.   YES.

11:22AM  16    Q.   AND LET'S LOOK AT THE TOP OF PAGE 2, AND HERE DO YOU SEE A

11:22AM  17    FOLLOW-UP MESSAGE FROM MR. FOSQUE TO YOU AND MARK PANDORI?

11:22AM  18    A.   YES.

11:22AM  19    Q.   AND HE SAYS, "THIS PATIENT (BRIAN GROSSMAN) IS A VIP,

11:22AM  20    WOULD YOU MIND LOOKING INTO THE SLOW DOWN HERE?"

11:22AM  21         DO YOU SEE THAT?

11:22AM  22    A.   YES.

11:22AM  23    Q.   HE THEN SAYS, "I BELIEVE H.PYLORI IS RUN ON PREDICATE,

11:22AM  24    PERHAPS THERE IS SOME ISSUE WITH THE MACHINE?  LET US KNOW."

11:22AM  25         DO YOU SEE THAT?

11:22AM  1    A.   YES.

11:22AM  2    Q.   AND WHAT DOES THAT MEAN?  WHAT IS H.PYLORI, AND WHAT DOES

11:22AM  3    PREDICATE MEAN IN THIS CONTEXT?

11:22AM  4    A.   H.PYLORI IS A BACTERIA THAT IS PRESENT IN THE STOMACH WITH

11:22AM  5    INDIVIDUALS WITH PEPTIC ULCER DISEASE.

11:23AM  6         THE TREATMENT FOR PEPTIC ULCER DISEASE IS TO FIND OUT IF

11:23AM  7    H.PYLORI IS THERE, AND IF IT IS, YOU GIVE ANTIBIOTICS TO GET

11:23AM  8    RID OF IT.

11:23AM  9    Q.   AND HOW ABOUT THE MENTION OF THE PREDICATE?  IT SAYS "THAT

11:23AM 10    TEST IS RUN ON THE PREDICATE."  WHAT DOES THAT MEAN?

11:23AM 11    A.   PREDICATE WOULD BE THE FDA APPROVED UNMODIFIED DEVICE.

11:23AM 12    Q.   IN OTHER WORDS, A NON-THERANOS DEVICE?

11:23AM 13    A.   CORRECT.

11:23AM 14    Q.   AND LET'S GO TO THE TOP OF PAGE 1, PLEASE.  LET'S LOOK AT

11:23AM 15    THE TOP TWO MESSAGES THERE.

11:23AM 16         DO YOU SEE HERE THAT MR. FOSQUE ASKS IN THE BOTTOM OF THAT

11:23AM 17    EMAIL, "THIS IS ON THE IMMULITE, CORRECT?"

11:23AM 18    A.   YES.

11:23AM 19    Q.   AND THEN DR. PANDORI RESPONDS AND CONFIRMS THAT YES, IT

11:23AM 20    WAS.

11:23AM 21         DO YOU SEE THAT?

11:23AM 22    A.   YES.

11:23AM 23    Q.   SO IN OTHER WORDS, THIS VIP'S TEST WAS BEING CONDUCTED NOT

11:23AM 24    ON A THERANOS ANALYZER, BUT ON A THIRD PARTY ANALYZER?

11:24AM 25    A.   YES.

11:24AM  1      Q.   OKAY.  THANK YOU.  YOU CAN SET THAT ASIDE.

11:24AM  2           WE TALKED A FEW MINUTES AGO ABOUT THE IMPORTANCE OF

11:24AM  3      ACCURACY IN THE CONTEXT OF CLINICAL LAB TESTING.

11:24AM  4           DO YOU REMEMBER THAT?

11:24AM  5      A.   YES.

11:24AM  6      Q.   AND IS QC, OR QUALITY CONTROL, PART OF ENSURING ACCURACY

11:24AM  7      FOR LAB TESTING?

11:24AM  8      A.   YES.

11:24AM  9      Q.   HOW DID QUALITY CONTROL WORK AT THERANOS?  WHAT WAS THE

11:24AM 10      STANDARD PRACTICE?

11:24AM 11      A.   QUALITY CONTROL ON THE EDISONS WAS RUN USING BIORADS,

11:24AM 12      COMMERCIALLY AVAILABLE VIALS OF QUALITY CONTROLLED MATERIAL.

11:24AM 13           THE FIRST THING WE DID WAS TO RUN THAT MATERIAL MULTIPLE

11:24AM 14      TIMES TO ESTABLISH A QC RANGE, A LOW, A MEDIUM, AND A HIGH QC

11:24AM 15      RANGE.

11:24AM 16           AND THEN EVERY TIME -- I'M SORRY, BEFORE EVERY SHIFT WHEN

11:25AM 17      A PARTICULAR EDISON WAS BEING USED, IT HAD TO PASS QUALITY

11:25AM 18      CONTROL TO BE USED.

11:25AM 19      Q.   AND IN PLAIN ENGLISH, WHAT ARE YOU DOING WHEN YOU'RE

11:25AM 20      RUNNING THOSE SAMPLES ON THE EDISON MACHINES FOR QC PURPOSES?

11:25AM 21      A.   YOU'RE ENSURING THAT THE MACHINE RETURNS A RESULT THAT IS

11:25AM 22      ACCURATE.

11:25AM 23      Q.   AND HOW DOES RUNNING THOSE QC SAMPLES LET YOU CONFIRM

11:25AM 24      THAT?

11:25AM 25      A.   THE RESULT YOU GET HAS TO BE WITHIN A PREDEFINED RANGE, A

ER-2357

11:25AM   1    NARROW ENOUGH RANGE THAT YOU'RE REASSURED THAT WHEN YOU GO AND

11:25AM   2    TEST PATIENT SAMPLES, THAT THAT RESULT IS GOING TO BE ACCURATE.

11:25AM   3    Q.   AND IS THE CORRECT RESULT FOR THOSE SAMPLES KNOWN PRIOR TO

11:25AM   4    RUNNING THE TEST?

11:25AM   5    A.   THERE ARE RANGES THAT ARE SUPPLIED BY THE MANUFACTURER,

11:25AM   6    AND THEN AS I MENTIONED, WE ESTABLISHED OUR OWN RANGES.

11:25AM   7    Q.   WHAT WOULD HAPPEN IF, DURING THE QUALITY CONTROL CHECK, AN

11:26AM   8    ANALYZER FAILED TO RETURN THE CORRECT ANSWER FOR A SAMPLE?

11:26AM   9    A.   THE FIRST -- SO ALL LEVELS HAVE TO PASS.  THE FIRST STEP

11:26AM   10   IS YOU RUN THE QC MATERIAL AGAIN.

11:26AM   11       IF IT FAILS AGAIN, YOU HAVE TO RECALIBRATE THE INSTRUMENT

11:26AM   12   AND THEN RUN THE QC AGAIN.

11:26AM   13   Q.   OKAY.  WAS THE QUALITY CONTROL PERFORMANCE OF ANALYZERS AT

11:26AM   14   THERANOS A FREQUENT TOPIC OF DISCUSSION DURING YOUR TIME AT THE

11:26AM   15   COMPANY?

11:26AM   16   A.   YES.

11:26AM   17   Q.   AND DID THAT INCLUDE CONVERSATIONS WITH BOTH MR. BALWANI

11:26AM   18   AND MS. HOLMES?

11:26AM   19   A.   I RECALL CONVERSATIONS WITH MS. HOLMES ABOUT QUALITY

11:26AM   20   CONTROL.

11:26AM   21       I DON'T SPECIFICALLY RECALL TALKING TO MR. BALWANI ABOUT

11:26AM   22   QUALITY CONTROL.

11:26AM   23   Q.   OKAY.  WE'LL LOOK AT SOME DOCUMENTS SHORTLY THAT MIGHT

11:26AM   24   REFRESH YOUR RECOLLECTION ON THAT.

11:26AM   25   A.   OKAY.

ER-2358

11:26AM 1    Q.   FOR NOW, IF I COULD ASK YOU TO TURN TO TAB 1432 IN YOUR

11:26AM 2    BINDER.

11:27AM 3    A.   I HAVE IT.

11:27AM 4    Q.   AND IS 1432 AN EMAIL CHAIN BETWEEN YOU AND OTHERS AT THE

11:27AM 5    COMPANY DISCUSSING THIS TOPIC, QUALITY CONTROL FOR THE

11:27AM 6    ANALYZER?

11:27AM 7    A.   I BELIEVE SO, YES.

11:27AM 8    Q.   AND DURING YOUR TIME AT THE COMPANY, WAS EMAIL REGULARLY

11:27AM 9    USED TO COORDINATE AND TRACK QUALITY CONTROL?

11:27AM 10   A.   YES.

11:27AM 11           MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1432.

11:27AM 12           MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:27AM 13           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:27AM 14       (GOVERNMENT'S EXHIBIT 1432 WAS RECEIVED IN EVIDENCE.)

11:27AM 15   BY MR. BOSTIC:

11:27AM 16   Q.   AND ON 1432, LET'S START WITH PAGE 6.  AND IF WE CAN ZOOM

11:28AM 17   IN ON YOUR MESSAGE TO MS. CHEUNG IN THE MIDDLE OF THE PAGE?

11:28AM 18   A.   YES.

11:28AM 19   Q.   THE SUBJECT HERE IS QC FOR EDISONS.

11:28AM 20       IS THAT QUALITY CONTROL FOR EDISONS?

11:28AM 21   A.   YES.

11:28AM 22   Q.   AND YOU ASK ERIKA CHEUNG IF SHE HAPPENS TO HAVE THE

11:28AM 23   VITAMIN D RANGES.

11:28AM 24       DO YOU SEE THAT?

11:28AM 25   A.   YES.

11:28AM   1    Q.   AND LET'S GO TO PAGE 5 AND LET'S LOOK AT YOUR RESPONSE

11:28AM   2    FROM THE INFORMATION THAT YOU RECEIVED AT THE BOTTOM OF THE

11:28AM   3    PAGE.

11:28AM   4         YOU WRITE, "ERIKA,

11:28AM   5         "THE CV AT 18-NANOGRAMS PER MILLILITER IS WAY TOO HIGH."

11:28AM   6         DO YOU SEE THAT?

11:28AM   7    A.   YES.

11:28AM   8    Q.   YOU SAY, "ACCORDING TO OUR VALIDATIONS IT SHOULD BE AROUND

11:28AM   9    20 PERCENT."

11:28AM  10         CAN YOU EXPLAIN WHAT YOUR REFERENCING THERE MEANS?

11:28AM  11    A.   SO FOR THIS PARTICULAR ANALYTE, AND I CAN'T SEE FROM THE

11:29AM  12    EMAILS WHAT THAT ANALYTE IS, BUT WE RAN TWO LEVELS, LEVEL 1 AND

11:29AM  13    LEVEL 2, THAT'S IN THE BOX IN THE MIDDLE OF THE EMAIL, AND THE

11:29AM  14    COEFFICIENT OF VARIATION FOR LEVEL 1 IS 33 PERCENT, THAT'S WHEN

11:29AM  15    YOU MEASURE THIS ANALYTE AT 17.7, AND IT'S BASICALLY WAY HIGHER

11:29AM  16    THAN WHAT WE SAW DURING VALIDATION.

11:29AM  17    Q.   AND AS LABORATORY DIRECTOR, WHY WAS A HIGH CV CONCERNING

11:29AM  18    TO YOU?

11:29AM  19    A.   IT GOES DIRECTLY TO THE RELIABILITY OF THE ASSAY.

11:29AM  20    Q.   DOES A HIGH CV MAKE IT MORE OR LESS RELIABLE?

11:29AM  21    A.   LESS.

11:29AM  22    Q.   AND YOU KNOW THAT ACCORDING TO VALIDATIONS IT SHOULD BE

11:29AM  23    AROUND 20 PERCENT.

11:29AM  24         WAS THIS A UNIQUE SITUATION DURING YOUR TIME AT THERANOS,

11:30AM  25    SEEING THE PERFORMANCE OF AN ASSAY GET WORSE AT THE VALIDATION

ER-2360

ROSENDORFF DIRECT BY MR. BOSTIC                    3280

11:30AM 1    STAGE?

11:30AM 2    A.   YES.

11:30AM 3    Q.   AND THIS WAS UNIQUE OR SOMETHING THAT YOU SAW MULTIPLE

11:30AM 4    TIMES?

11:30AM 5    A.   ROUTINE.

11:30AM 6    Q.   OKAY.  AND WAS THAT A PROBLEM, THE EXPERIENCE OF AN ASSAY

11:30AM 7    PERFORMING WORSE AFTER THE VALIDATION STAGE?

11:30AM 8    A.   ABSOLUTELY.

11:30AM 9    Q.   AND WHY WAS THAT A PROBLEM?

11:30AM 10   A.   IT BASICALLY INDICATED TO ME THAT THE VALIDATION DATA WAS

11:30AM 11   NOT A REASONABLE OR TRUE REPRESENTATION OF HOW THE TEST

11:30AM 12   ACTUALLY RAN ON REAL PATIENT SAMPLES OR IN PRODUCTION REALLY.

11:30AM 13   Q.   LET'S GO TO PAGE 3 IN THIS EMAIL CHAIN.  AND LET'S ZOOM IN

11:30AM 14   ON THE BOTTOM OF THE PAGE.

11:30AM 15       WE SEE HERE THAT YOU'RE RECEIVING AN EMAIL HERE THAT SAYS,

11:31AM 16   "THE CV'S ARE HIGH BETWEEN DEVICES."

11:31AM 17       DO YOU SEE THAT?

11:31AM 18   A.   YES.

11:31AM 19   Q.   AND THEN IT SAYS, "SINCE WE ARE ALLOWED TO REMOVE 2 DATA

11:31AM 20   POINTS FROM 6, I HAVE ATTEMPTED TO DO THAT WITH BOTH THE LEVEL

11:31AM 21   1 AND 2 DATA AND IT IMPROVES THINGS."

11:31AM 22       DO YOU SEE THAT?

11:31AM 23   A.   YES.

11:31AM 24   Q.   AND COULD YOU TELL US WHAT THIS IS REFERRING TO?

11:31AM 25   A.   SO AT THIS POINT IN TIME, THREE INSTRUMENTS, THREE EDISONS

ROSENDORFF DIRECT BY MR. BOSTIC                          3281

11:31AM   1    WOULD BE USED TO DO A SINGLE TEST.  THAT WOULD INVOLVE THREE

11:31AM   2    CARTRIDGES, AND EACH CARTRIDGE HAS TWO DATA POINTS, SO YOU GET

11:31AM   3    SIX DATA POINTS.  AND THE PRACTICE AT THE TIME WAS TO ALLOW TWO

11:31AM   4    DATA POINTS TO BE REMOVED OUT OF THE SIX.

11:32AM   5         HOWEVER, THERE WAS NO ALGORITHM FOR IT AND THERE WASN'T

11:32AM   6    ANY SOP.

11:32AM   7    Q.   OKAY.  WHEN YOU TALK ABOUT THREE DEVICES BEING USED TO RUN

11:32AM   8    ONE TEST, DOES THAT MEAN THAT IF A PATIENT NEEDED MULTIPLE

11:32AM   9    ASSAYS RUN BY THE EDISON, THEN MULTIPLE GROUPS OF THREE DEVICES

11:32AM  10    WOULD BE NEEDED TO SERVICE THAT ONE PATIENT'S TEST?

11:32AM  11    A.   CORRECT.

11:32AM  12    Q.   LET'S LOOK UP AT THE TOP OF PAGE 3.

11:32AM  13         AND YOU ASK A QUESTION HERE.  YOU ASK, "IN CONSIDERING

11:32AM  14    QC" -- I'M SORRY, THIS IS AT THE BOTTOM OF THE EMAIL, "IF THE

11:32AM  15    CV'S ARE VERY HIGH OR THE RANGES OVERLAP, WHICH 2 DATA POINTS

11:33AM  16    (WHICH 1 OUT OF 3 CARTRIDGES) SHOULD WE REMOVE FROM THE DATA

11:33AM  17    SET FOR QC GOING FORWARD?  IS THERE A PROTOCOL FOR THIS?"

11:33AM  18         DO YOU SEE THAT?

11:33AM  19    A.   YES.

11:33AM  20    Q.   AND LET'S LOOK AT PAGE 2 AND ZOOM IN ON THE TEXT OF THE

11:33AM  21    EMAIL THERE WHERE SHARADA TELLS YOU, "I BELIEVE AN ALGORITHM

11:33AM  22    FOR OUTLIER REMOVAL HAS BEEN INCORPORATED IN THE SOFTWARE APP

11:33AM  23    PROCESS."

11:33AM  24         DO YOU SEE THAT?

11:33AM  25    A.   YES.

ER-2362

ROSENDORFF DIRECT BY MR. BOSTIC                                    3282

11:33AM  1     Q.   AND LET'S GO TO PAGE 1 AND ZOOM IN ON THE TEXT IN THE

11:33AM  2     MIDDLE OF THE PAGE.

11:33AM  3          DO YOU SEE THERE WHERE MS. SIVARAMAN SAYS, "AT THIS TIME

11:33AM  4     OUR OUTLIER REMOVAL PROCEDURE IS MANUAL"?

11:33AM  5     A.   YES.

11:33AM  6     Q.   AS LABORATORY DIRECTOR, WERE YOU AWARE OF ANY STATISTICAL

11:33AM  7     OR MATHEMATICAL PROCESS THAT THERANOS USED TO REMOVE AND

11:34AM  8     IDENTIFY OUTLIERS?

11:34AM  9     A.   NO.  I REPEATEDLY ASKED DANIEL YOUNG ABOUT THIS, BUT I

11:34AM 10     WASN'T AWARE OF A STATISTICAL METHOD THAT WAS BEING USED, NO.

11:34AM 11     Q.   YOU TESTIFIED EARLIER ABOUT THE OTHER KINDS OF BLOOD

11:34AM 12     ANALYZERS THAT YOU WORKED WITH.

11:34AM 13          DO YOU REMEMBER THAT?

11:34AM 14     A.   YES.

11:34AM 15     Q.   AND YOU ALSO WORKED WITH THIRD PARTY BLOOD ANALYZERS; IS

11:34AM 16     THAT RIGHT?

11:34AM 17     A.   YES.

11:34AM 18     Q.   FOR THOSE OTHER DEVICES, DO YOU KNOW OF ANY THAT ARE

11:34AM 19     REQUIRED TO BE OPERATED IN GROUPS WHERE MULTIPLE ANALYZERS ARE

11:34AM 20     REQUIRED TO RUN A SINGLE TEST?

11:34AM 21     A.   NO.

11:34AM 22          I JUST WANT TO ADD THAT ONE OF THE JUSTIFICATIONS THAT I

11:34AM 23     WAS GIVEN FOR REMOVING THESE OUTLIERS WAS THAT THERE WOULD BE

11:34AM 24     SO-CALLED DARK, D-A-R-K, COUNTS, WHICH IS WHERE A TIP BASICALLY

11:35AM 25     DOESN'T WORK.  YOU GET A VERY, VERY LOW VALUE.

ER-2363

ROSENDORFF DIRECT BY MR. BOSTIC                                    3283

11:35AM 1    Q.   AND IN YOUR EXPERIENCE, THOUGH, WAS THIS PRACTICE OF

11:35AM 2    IGNORING DATA, REMOVING OUTLIERS, LIMITED ONLY TO CASES WHERE

11:35AM 3    THERE WERE DARK COUNTS?

11:35AM 4    A.   NO.

11:35AM 5    Q.   LET'S LOOK AT THE TOP MESSAGE ON THIS PAGE TO WRAP UP THIS

11:35AM 6    EXHIBIT.

11:35AM 7         YOU RESPOND TO SHARADA SIVARAMAN AND YOU SAID, "YES, I

11:35AM 8    AGREE THE WITHIN-INSTRUMENT PRECISION IS GOOD BUT THE BETWEEN

11:35AM 9    INSTRUMENT PRECISION IS NOT."

11:35AM 10        WHAT DOES THAT MEAN IN PLAIN LANGUAGE?

11:35AM 11   A.   IT MEANS THAT IF YOU DO REPEAT MEASUREMENTS ON ONE

11:35AM 12   INSTRUMENT, WITHIN ONE INSTRUMENT, THE PRECISION IS MUCH BETTER

11:36AM 13   THAN WHEN YOU COMPARE THE RESULTS YOU GET ACROSS TWO OR MORE

11:36AM 14   INSTRUMENTS.

11:36AM 15   Q.   AND WHEN YOU SAY "TWO OR MORE INSTRUMENTS," ARE WE TALKING

11:36AM 16   ABOUT MULTIPLE EDISONS?

11:36AM 17   A.   YES.

11:36AM 18   Q.   SO THE EDISONS WERE DISAGREEING WITH EACH OTHER; IS THAT

11:36AM 19   RIGHT?

11:36AM 20   A.   YES.

11:36AM 21   Q.   AND YOU SAY IN YOUR EMAIL, "THIS MIGHT BE A MANUFACTURING

11:36AM 22   ISSUE."

11:36AM 23        DO YOU SEE THAT?

11:36AM 24   A.   YES.

11:36AM 25   Q.   AND WHO IS MANUFACTURING THESE DEVICES AND REAGENTS?

11:36AM   1        A.    THERANOS IN THE NEWARK FACILITY.

11:36AM   2        Q.    OKAY.  WE CAN PUT THAT ASIDE.

11:36AM   3              YOUR HONOR, I'D LIKE TO SHOW EXHIBIT 1633.  I BELIEVE IT'S

11:36AM   4        PRE-ADMITTED.

11:36AM   5              MAY WE PUBLISH?

11:36AM   6                   THE COURT:  CERTAINLY.

11:36AM   7              AND, LADIES AND GENTLEMEN, WHILE WE DO THAT, WHY DON'T WE

11:36AM   8        TAKE A STANDING BREAK AND STRETCH IF YOU WOULD LIKE FOR JUST A

11:36AM   9        MOMENT.

11:36AM  10              (STRETCHING.)

11:37AM  11                   THE COURT:  YOU TOO, DOCTOR.  FEEL FREE.

11:37AM  12              (STRETCHING.)

11:37AM  13                   THE COURT:  ALL RIGHT.  THANK YOU.

11:37AM  14              AND IT'S 1633?

11:37AM  15                   MR. BOSTIC:  1633.

11:37AM  16                   THE COURT:  THANK YOU.

11:37AM  17        BY MR. BOSTIC:

11:37AM  18        Q.    OKAY.  DR. ROSENDORFF, DO YOU SEE WHAT HAS BEEN MARKED AS

11:37AM  19        1633 ON THE SCREEN IN FRONT OF YOU?

11:37AM  20        A.    YES.

11:37AM  21        Q.    AND DO YOU SEE THAT THIS IS AN EMAIL FROM LANGLY GEE TO

11:37AM  22        YOU, MARK PANDORI, AND OTHERS AT THERANOS WITH THE SUBJECT LINE

11:37AM  23        FAILED QC?

11:37AM  24        A.    YES.

11:37AM  25        Q.    AND HE WRITES TO MARK AND SAYS, "THE OTHER DAY YOU ASKED

11:37AM  1    FOR A NUMBER OF FAILED QC ELISA RUNS.  FOR MARCH, 26 PERCENT

11:37AM  2    RUNS FAILED."

11:38AM  3         DO YOU SEE THAT?

11:38AM  4    A.   YES.

11:38AM  5    Q.   AND LET'S LOOK AT THE NEXT PAGE AND ACTUALLY LOOK AT THAT

11:38AM  6    DATA.

11:38AM  7         AND, DR. ROSENDORFF, CAN YOU EXPLAIN JUST AT A HIGH LEVEL

11:38AM  8    WHAT WE'RE LOOKING AT IN THIS TABLE?

11:38AM  9    A.   THIS TABLE REFERS TO QC FAILURES FOR THE EDISON FOR THE

11:38AM  10   MONTH OF MARCH.

11:38AM  11        TWO LEVELS FOR EACH ASSAY ARE REFERENCED, THE LOW LEVEL

11:38AM  12   AND THE HIGH LEVEL.

11:38AM  13        THE TABLE SHOWS THE NUMBER OF QC FAILURES FOR EACH LEVEL

11:38AM  14   BY ASSAY GOING FROM VITAMIN D AT THE TOP TO TST AT THE BOTTOM.

11:38AM  15        THE PERCENTAGE OF FAILURES AS A PERCENTAGE OF ALL OF THE

11:38AM  16   QC RUN FOR THAT ASSAY IS SHOWN IN THE RIGHT COLUMN.

11:38AM  17        AND THEN THE BOTTOM RIGHT YOU'VE GOT AN AVERAGE OF THOSE

11:39AM  18   PERCENTAGE FAILURES ACROSS ALL OF THE ASSAYS.

11:39AM  19   Q.   OKAY.  AND LET'S LOOK AT A COUPLE OF THOSE.

11:39AM  20        FOR EXAMPLE, FOR VITAMIN D, DO YOU SEE AN 18 PERCENT

11:39AM  21   FAILURE RATE FOR QUALITY CONTROL?

11:39AM  22   A.   YES.

11:39AM  23   Q.   FOR PSA OR TPSA, THERE'S A 29 PERCENT FAILURE RATE.

11:39AM  24        DO YOU SEE THAT?

11:39AM  25   A.   YES.

11:39AM  1    Q.   AND WHAT WAS THE TPSA TEST?

11:39AM  2    A.   PROSTATE SPECIFIC ANTIGEN.  A "T" MEANS TOTAL.

11:39AM  3    Q.   AND WHAT IS THAT TEST USED FOR CLINICALLY, IF YOU KNOW

11:39AM  4    FROM BEING A LAB DIRECTOR?

11:39AM  5    A.   IT IS A SCREENING TEST FOR PROSTATE CANCER.

11:39AM  6    Q.   HOW ABOUT TST?  FOR THAT ASSAY WE SEE A FAILURE RATE OF

11:39AM  7    45 PERCENT.

11:39AM  8         DO YOU SEE THAT?

11:39AM  9    A.   YES.

11:39AM  10   Q.   AND WHAT IS THE TST?

11:39AM  11   A.   TESTOSTERONE.

11:39AM  12   Q.   AND HOW IS THAT USED CLINICALLY?

11:39AM  13   A.   TESTOSTERONE IS REALLY ONE OF THESE VOGUE-ISH ANALYTES.

11:40AM  14   IT'S IN VOGUE AT THE MOMENT.  MEN WHO FEEL DECREASED LIBIDO,

11:40AM  15   ENERGY, LIKE TO HAVE THEIR TESTOSTERONE MEASURED SO THEY CAN

11:40AM  16   SUPPLEMENT THAT.

11:40AM  17   Q.   IS IT RELEVANT TO SOME MEDICAL CONDITIONS EXPERIENCED BY

11:40AM  18   FEMALE PATIENTS?

11:40AM  19   A.   YES, I BELIEVE THERE ARE A NUMBER OF ENDOCRINE

11:40AM  20   ABNORMALITIES WHERE A FEMALE PATIENT COULD HAVE A HIGH

11:40AM  21   TESTOSTERONE, YES.

11:40AM  22   Q.   AND HOW ABOUT TT3?  WHAT IS THE TT3 ASSAY?

11:40AM  23   A.   TOTAL T3, OR TRIIODOTHYRONINE, IT'S A MEASURE OF THYROID

11:40AM  24   FUNCTION.

11:40AM  25   Q.   AND FOR THAT ONE, THE QUALITY CONTROL FAILURE RATE AT

11:40AM  1    THERANOS WAS 51 PERCENT.

11:41AM  2        DO YOU SEE THAT?

11:41AM  3    A.   YES.

11:41AM  4    Q.   AS LABORATORY DIRECTOR, WERE QUALITY CONTROL FAILURE RATES

11:41AM  5    LIKE THESE CONCERNING TO YOU?

11:41AM  6    A.   YES.

11:41AM  7    Q.   WHY?

11:41AM  8    A.   WELL, TAKE, FOR INSTANCE, TT3.  IF QC IS FAILING HALF OF

11:41AM  9    THE TIME, OR 50 PERCENT OF THE TIME, IT INDICATES THAT THE

11:41AM  10   PATIENT RESULT WOULD BE INACCURATE HALF OF THE TIME.

11:41AM  11   Q.   YOU TESTIFIED BEFORE THAT IF THE MACHINE FAILED QUALITY

11:41AM  12   CONTROL, THEN IT WOULD NOT BE USED IMMEDIATELY FOR PATIENT

11:41AM  13   TESTING; IS THAT RIGHT?

11:41AM  14   A.   CORRECT.

11:41AM  15   Q.   DOES FOLLOWING THAT RULE REMOVE YOUR CONCERN ABOUT

11:41AM  16   INACCURATE RESULTS GOING OUT TO PATIENTS WHEN QC RATES LOOK

11:41AM  17   LIKE THIS?

11:41AM  18   A.   NO.

11:41AM  19   Q.   WHY NOT?

11:41AM  20   A.   BECAUSE EVEN A BROKEN CLOCK IS CORRECT TWICE A DAY.

11:41AM  21   Q.   CAN YOU EXPLAIN WHAT YOU MEAN BY THAT?

11:42AM  22   A.   WELL, YOU COULD JUST KEEP TESTING THE QC MATERIAL UNTIL IT

11:42AM  23   HAPPENS TO PASS, BUT THAT DOESN'T MEAN THAT YOUR ASSAY IS

11:42AM  24   RELIABLE BY ANY MEANS.

11:42AM  25   Q.   UM --

ER-2368

11:42AM  1    A.   YOU ONLY GET ONE SHOT WITH A PATIENT SAMPLE.

11:42AM  2    Q.   AND WITH A PATIENT SAMPLE -- LET ME BACK UP.

11:42AM  3         WITH THESE QUALITY CONTROL SAMPLES, WHEN THE TEST WAS RUN,

11:42AM  4    WAS THERE A WAY OF KNOWING RIGHT AWAY WHETHER THE RESULT WAS

11:42AM  5    ACCURATE OR INACCURATE?

11:42AM  6    A.   IF IT FELL OUT OF THE RANGE, THEN IT WOULD BE DEEMED

11:42AM  7    INACCURATE.

11:42AM  8    Q.   HOW ABOUT FOR A PATIENT SAMPLE?  WHEN YOU RUN A PATIENT

11:42AM  9    SAMPLE, IS THERE A WAY OF KNOWING RIGHT AWAY WHETHER THE RESULT

11:42AM  10   IS ACCURATE OR INACCURATE?

11:42AM  11   A.   THERE'S NO WAY.

11:42AM  12   Q.   OKAY.  WE'RE LOOKING AT DATA FROM MARCH OF 2014 AND THE

11:42AM  13   QUALITY CONTROL FAILURES FOR THAT MONTH; CORRECT?

11:42AM  14   A.   YES.

11:42AM  15   Q.   DO YOU REMEMBER MARCH BEING AN ESPECIALLY BAD MONTH FOR

11:43AM  16   QUALITY CONTROL AT THERANOS, OR IS THIS PERFORMANCE TYPICAL OF

11:43AM  17   WHAT YOU SAW FROM THE THERANOS DEVICES AS LAB DIRECTOR?

11:43AM  18   A.   TYPICAL.

11:43AM  19   Q.   OKAY.  WE CAN PUT THAT ASIDE.

11:43AM  20        DID THE POOR QUALITY CONTROL PERFORMANCE OF THE THERANOS

11:43AM  21   DEVICES CAUSE OPERATIONAL PROBLEMS IN THE LAB?

11:43AM  22   A.   YES, ABSOLUTELY.

11:43AM  23        FOR INSTANCE, IF AN INSTRUMENT HAD TO BE TAKEN OUT OF

11:43AM  24   PRODUCTION FOR RECALIBRATION, THAT WOULD TAKE SEVERAL HOURS.

11:43AM  25   THAT INSTRUMENT WOULD NOT BE AVAILABLE FOR TESTING.  IT RESULTS

ER-2369

11:43AM  1    IN SHORTAGES OF INSTRUMENTS.

11:43AM  2    Q.   AND WERE QUALITY CONTROL FAILURES SO COMMON THAT THOSE

11:43AM  3    SHORTAGES ACTUALLY CAME ABOUT?

11:43AM  4    A.   YES.

11:43AM  5    Q.   CAN I ASK YOU TO LOOK AT TAB 1772 IN YOUR BINDER.

11:44AM  6    A.   I HAVE IT.

11:44AM  7    Q.   IS THAT AN EMAIL CHAIN BETWEEN YOU, MR. BALWANI, AND

11:44AM  8    OTHERS AT THE COMPANY RELATING TO THIS ISSUE OF QC PERFORMANCE

11:44AM  9    AND OPERATIONAL PROBLEMS?

11:44AM 10    A.   YES.

11:44AM 11             MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1772.

11:44AM 12             MR. COOPERSMITH:  OBJECTION.  401, YOUR HONOR.

11:44AM 13             THE COURT:  MR. BOSTIC, WHAT IS THE RELEVANCE OF

11:44AM 14    THIS?

11:44AM 15             MR. BOSTIC:  SO, YOUR HONOR, THIS IS THE WITNESS

11:44AM 16    INFORMING MR. BALWANI OF POOR QUALITY CONTROL PERFORMANCE WITH

11:44AM 17    THE THERANOS ANALYZERS THAT ACTUALLY RISES TO A LEVEL THAT

11:44AM 18    CREATES A BACKLOG OF EDISON TESTS.  THE FACT THAT THE DEFENDANT

11:44AM 19    WAS PUT ON NOTICE HERE IS RELEVANT.

11:45AM 20             THE COURT:  THANK YOU.

11:45AM 21        THE OBJECTION IS OVERRULED.  IT'S ADMITTED, AND IT MAY BE

11:45AM 22    PUBLISHED.

11:45AM 23        (GOVERNMENT'S EXHIBIT 1772 WAS RECEIVED IN EVIDENCE.)

11:45AM 24    BY MR. BOSTIC:

11:45AM 25    Q.   AND LET'S START ON 1772 ON PAGE 3.

ER-2370

11:45AM   1        AND DO YOU SEE AN EMAIL THEREFROM ROMINA RIENER TO YOU ON

11:45AM   2   JANUARY 11TH, 2014?

11:45AM   3   A.   YES.

11:45AM   4   Q.   AND CAN YOU REMIND US HOW MANY MONTHS INTO THERANOS

11:45AM   5   OFFERING PATIENT TESTING IS THIS?

11:45AM   6   A.   I THINK THAT'S TEN MONTHS IF MY MATH IS CORRECT.

11:45AM   7   Q.   APPROXIMATELY?

11:45AM   8   A.   YEAH.

11:45AM   9   Q.   AND IN HER EMAIL SHE SAYS, "ADAM,

11:45AM  10        "HERE IS AN UPDATE ON WHERE WE ARE TODAY WITH SAMPLES AND

11:45AM  11   QC'S."

11:45AM  12        DO YOU SEE THAT?

11:45AM  13   A.   YES.

11:45AM  14   Q.   AND LET'S LOOK AT A COUPLE OF EXAMPLES, AND IF WE ZOOM IN

11:45AM  15   ON THAT FIRST TABLE, WE SEE THAT FOR TPSA -- DID YOU SAY THAT

11:45AM  16   WAS PROSTATE SPECIFIC ANTIGEN?

11:45AM  17   A.   YES.

11:45AM  18   Q.   AND FOR THAT ONE, OUT OF THREE READERS, ONLY ONE PASSED

11:46AM  19   BOTH QC.

11:46AM  20        DO YOU SEE THAT?

11:46AM  21   A.   YES.

11:46AM  22   Q.   AND UNDER NOTES, IT SAYS RERUNNING QC; CORRECT?

11:46AM  23   A.   YES.

11:46AM  24   Q.   DOWN AT THE BOTTOM FOR VITAMIN D, IT SAYS OUT OF FOUR

11:46AM  25   READERS, NOT ONE PASSED BOTH QUALITY CONTROLS.

ROSENDORFF DIRECT BY MR. BOSTIC                                        3291

11:46AM  1            DO YOU SEE THAT?

11:46AM  2    A.    YES.

11:46AM  3    Q.    AND UNDER THE NOTES THERE, AGAIN IT SAYS RERUNNING QC.

11:46AM  4            DO YOU SEE THAT?

11:46AM  5    A.    YES.

11:46AM  6    Q.    AND LET'S GO TO PAGE 2 AND ZOOM IN ON THE TOP TABLE.  SO

11:46AM  7    MOVING FORWARD IN TIME.

11:46AM  8            AND WE GET AN UPDATE ON THESE NUMBERS; IS THAT RIGHT?

11:46AM  9    A.    YES.

11:46AM 10    Q.    SO AFTER THOSE RERUNS, FOR PSA, THE NUMBERS ARE STILL THE

11:46AM 11    SAME; CORRECT?

11:46AM 12    A.    YES, ONE OUT OF THREE.

11:46AM 13    Q.    AND OUT OF THREE RUNS, ONLY ONE PASSED.

11:46AM 14            AND THEN IT SAYS RERAN QC, FAILED AGAIN.

11:46AM 15            DO YOU SEE THAT?

11:46AM 16    A.    YES.

11:46AM 17    Q.    AND FOR VITAMIN D, TWO PASSED.

11:46AM 18            DO YOU SEE THAT?

11:46AM 19    A.    YES.

11:46AM 20    Q.    AND IT SAYS RERAN QC, ONLY TWO PASSED.

11:47AM 21            LET'S GO TO PAGE 1 AND ZOOM IN ON YOUR MESSAGE IN THE

11:47AM 22    MIDDLE OF THE PAGE.

11:47AM 23            THIS CAUSED YOU TO SEND AN EMAIL TO MR. BALWANI WITH THE

11:47AM 24    SUBJECT LINE EDISON BACKLOGS.

11:47AM 25            DO YOU SEE THAT?

| | | |
|---|---|---|
| 11:47AM | 1 | A.   YES. |
| 11:47AM | 2 | Q.   AND YOU MARKED IT HIGH IMPORTANCE? |
| 11:47AM | 3 | A.   YES. |
| 11:47AM | 4 | Q.   AND YOU SAY "HI SUNNY, |
| 11:47AM | 5 | "IT LOOKS LIKE THERE IS QUITE A BACKLOG OF EDISON TESTS. |
| 11:47AM | 6 | FOR INSTANCE, FOR TSH, THERE ARE 4 EDISONS THAT ARE AVAILABLE |
| 11:47AM | 7 | AND PASSED QC, AND 23 PENDING TESTS TO BE RUN." |
| 11:47AM | 8 | WHAT PROMPTED YOU TO SEND THIS INFORMATION TO MR. BALWANI? |
| 11:47AM | 9 | A.   I WAS ACTUALLY REALLY IRRITATED WITH MR. BALWANI BECAUSE I |
| 11:47AM | 10 | HAD HEARD IN A LAB MEETING FROM BRIAN MARTIN THAT MR. BALWANI |
| 11:47AM | 11 | HAD INSTRUCTED -- |
| 11:47AM | 12 | MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  THIS IS |
| 11:47AM | 13 | HEARSAY.  MOVE TO STRIKE. |
| 11:47AM | 14 | MR. BOSTIC:  I THINK IF HE'S ABOUT TO RELAY |
| 11:48AM | 15 | MR. BALWANI'S STATEMENTS, THAT'S NOT HEARSAY, YOUR HONOR. |
| 11:48AM | 16 | MR. COOPERSMITH:  HE WAS RELAYING A DIFFERENT |
| 11:48AM | 17 | PERSON'S STATEMENT. |
| 11:48AM | 18 | THE COURT:  I'M SORRY? |
| 11:48AM | 19 | MR. COOPERSMITH:  YOUR HONOR, HE WAS RELAYING |
| 11:48AM | 20 | SOMEONE ELSE'S STATEMENTS. |
| 11:48AM | 21 | THE COURT:  WELL, MR. BOSTIC, IF YOU CAN INQUIRE AS |
| 11:48AM | 22 | TO THE SOURCE OF THE STATEMENT. |
| 11:48AM | 23 | BY MR. BOSTIC: |
| 11:48AM | 24 | Q.   SO, DR. ROSENDORFF, I HAD ASKED YOU, I HAD ASKED YOU WHAT |
| 11:48AM | 25 | CAUSED YOU TO SEND THIS EMAIL TO MR. BALWANI. |

ROSENDORFF DIRECT BY MR. BOSTIC                                    3293

11:48AM   1          AND RATHER THAN ANSWER IN TERMS OF WHAT YOU HEARD, CAN YOU

11:48AM   2   JUST DESCRIBE FOR US WHY YOU THOUGHT THIS ISSUE DESERVED

11:48AM   3   MR. BALWANI'S ATTENTION?

11:48AM   4          MR. COOPERSMITH:  SAME OBJECTION.  IT'S ALREADY

11:48AM   5   BASED ON WHAT HE HEARD FROM A PERSON OTHER THAN MR. BALWANI.

11:48AM   6          THE COURT:  OVERRULED.

11:48AM   7      YOU CAN ANSWER THE QUESTION.

11:48AM   8          THE WITNESS:  MR. BALWANI HAD INSTRUCTED THE

11:48AM   9   LABORATORY STAFF TO ALIQUOT BLOOD FROM VACUTAINERS TO CTN'S AND

11:48AM  10   THEN RUN THEM ON THE EDISONS.

11:48AM  11          WE ALREADY WERE EXPERIENCING A BACKLOG ON THE EDISONS, AND

11:49AM  12   THIS PRACTICE MADE NO SENSE TO ME.  IT MADE NO SENSE ON ANY

11:49AM  13   LEVEL WHATSOEVER, AND IT WAS AN EXAMPLE OF HOW MR. BALWANI

11:49AM  14   WOULD MAKE DECISIONS WITHOUT CONSULTING ME.

11:49AM  15   BY MR. BOSTIC:

11:49AM  16   Q.   SO WE UNDERSTAND, WHAT ARE WE TALKING ABOUT WHEN WE'RE

11:49AM  17   TALKING ABOUT ALIQUOTING SAMPLES FROM A VACUTAINER TO A CTN?

11:49AM  18   WHAT DOES THAT MEAN?

11:49AM  19   A.   SO THE VENOUS BLOOD GOES INTO THE VACUTAINER, IT'S A

11:49AM  20   PLASTIC TUBE, A COUPLE MILS OF BLOOD.

11:49AM  21          AND THE PRACTICE HERE WAS TO TAKE A PIPET AND TRANSFER

11:49AM  22   THAT BLOOD FROM THE VACUTAINER INTO A CTN, WHICH IS THE DEVICE

11:49AM  23   THAT WAS USED TO COLLECT THE FINGERSTICK SAMPLES.

11:49AM  24   Q.   AND BECAUSE IT WAS A VENOUS SAMPLE AND A VACUTAINER, COULD

11:49AM  25   THAT SAMPLE HAVE BEEN RUN ON A STANDARD FDA APPROVED DEVICE?

ER-2374

11:50AM  1    A.   ABSOLUTELY, AND SHOULD HAVE.

11:50AM  2    Q.   AND WHY DID YOU OBJECT TO THE PRACTICE OF TAKING A VENOUS

11:50AM  3    SAMPLE FROM A VACUTAINER AND RUNNING IT ON A THERANOS ANALYZER?

11:50AM  4    A.   THAT WOULD INVOLVE SOMEBODY GOING INTO A TUBE AND

11:50AM  5    MANIPULATING THE TUBE, AND SO THERE'S THE POSSIBILITY OF

11:50AM  6    CONTAMINATION THERE, OR MIXUPS IN THE ALIQUOT PROCESS.

11:50AM  7         IT WOULD SEEM TO BE AN EFFORT TO REPRESENT THAT THAT

11:50AM  8    FINGERSTICK BLOOD HAD BEEN COLLECTED RATHER THAN VENOUS BLOOD.

11:50AM  9         AND IT WAS ALSO CAUSING OPERATIONAL PROBLEMS AND BACKLOGS.

11:50AM  10   Q.   AND WERE THOSE BACKLOGS CAUSED BY NOT HAVING ENOUGH

11:50AM  11   EDISONS AVAILABLE TO RUN THE TESTS THAT WERE ON DECK?

11:51AM  12   A.   CORRECT.

11:51AM  13   Q.   AND DID THE QC FAILURES HAVE ANY EFFECT ON THAT BACKLOG?

11:51AM  14   A.   YES.

11:51AM  15   Q.   HOW SO?

11:51AM  16   A.   AS I MENTIONED, A QC FAILURE WOULD NECESSITATE RERUNNING

11:51AM  17   THE QC, AND THEN IF FAILS AGAIN, YOU WOULD HAVE TO RECALIBRATE.

11:51AM  18   SO IT WOULD REALLY ADD HOURS ON TO THE TURN-AROUND TIME OF THE

11:51AM  19   LABORATORY TESTS.  DAYS MAYBE.

11:51AM  20   Q.   LET'S -- THANK YOU.  LET'S LOOK AT THE TOP OF THIS PAGE,

11:51AM  21   PAGE 1, AND SEE MR. BALWANI'S RESPONSE.

11:51AM  22        FIRST, HE INCLUDES OTHERS ON THIS EMAIL, INCLUDING

11:51AM  23   MS. HOLMES AND DANIEL YOUNG.

11:51AM  24        DO YOU SEE THAT?

11:51AM  25   A.   YES.

11:51AM  1    Q.  HE SAYS, "WE NEED THIS MESS RESOLVED ASAP."

11:51AM  2         DO YOU SEE THAT?

11:51AM  3    A.  YES.

11:51AM  4    Q.  AND HE NOTES THAT HE HAS BEEN ASKING FOR MORE READERS FOR

11:51AM  5    OVER TWO WEEKS NOW, AND HE NOTES THE TOTAL NUMBER OF WORKING

11:52AM  6    READY CALIBRATED EDISONS.

11:52AM  7         DO YOU SEE THAT?

11:52AM  8    A.  YES.

11:52AM  9    Q.  AND MR. BALWANI'S SOLUTION TO THE PROBLEM WAS MORE

11:52AM 10    EDISONS; IS THAT RIGHT?

11:52AM 11    A.  YES, HE SAYS MORE READERS, CORRECT.

11:52AM 12    Q.  OKAY.  WE CAN PUT THAT ASIDE.

11:52AM 13         AND IF I CAN ASK YOU TO TURN TO TAB 2188.

11:52AM 14    A.  I HAVE IT.

11:52AM 15    Q.  AND IS 2188 AN EMAIL BETWEEN YOU AND MR. BALWANI RELATING

11:52AM 16    TO QUALITY CONTROL FAILURES WITH THERANOS TESTS?

11:52AM 17    A.  YES.

11:52AM 18            MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 2188.

11:52AM 19            MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:52AM 20            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:53AM 21         (GOVERNMENT'S EXHIBIT 2188 WAS RECEIVED IN EVIDENCE.)

11:53AM 22    BY MR. BOSTIC:

11:53AM 23    Q.  OKAY.  LET'S START WITH THE ORIGINAL MESSAGE ON PAGE 2 AT

11:53AM 24    THE BOTTOM.

11:53AM 25         SO FIRST, DR. ROSENDORFF, LET'S SEE HOW THIS CONVERSATION

11:53AM  1   BEGAN.  WE'RE LOOKING AT AN EMAIL FROM YOU TO MS. HOLMES AND

11:53AM  2   MR. BALWANI; IS THAT RIGHT?

11:53AM  3   A.   YES.

11:53AM  4   Q.   AND THIS IS NOVEMBER 3RD, 2014; IS THAT CORRECT?

11:53AM  5   A.   YES.

11:53AM  6   Q.   CAN YOU REMIND US WHAT MONTH YOU LEFT THE COMPANY?

11:53AM  7   A.   NOVEMBER 2014.

11:53AM  8   Q.   WAS THIS MORE THAN A YEAR AFTER THERANOS BEGAN PATIENT

11:53AM  9   TESTING?

11:53AM  10  A.   CORRECT.

11:53AM  11  Q.   IN YOUR EMAIL YOU SAY, "I WOULD PREFER IF ALL THERANOS

11:53AM  12  TESTS SHOWED REFERENCE RANGES THAT WERE SPECIFIC TO THE SAMPLE

11:53AM  13  TYPE AND METHOD BEING USED."

11:53AM  14       CAN YOU EXPLAIN WHAT YOU WERE ASKING FOR HERE AND WHY?

11:53AM  15  A.   REALLY THERE WAS A LACK OF LITERATURE ABOUT WHAT REFERENCE

11:53AM  16  RANGES WERE IN FINGERSTICK BLOOD VERSUS VERY WELL ESTABLISHED

11:53AM  17  REFERENCE RANGES FOR VENOUS BLOOD.

11:54AM  18       I DIDN'T THINK THAT VENOUS BLOOD AND CAPILLARY BLOOD AND

11:54AM  19  FINGERSTICK BLOOD WERE EQUIVALENT NECESSARILY, SO IT WAS BETTER

11:54AM  20  PRACTICE, MORE CAUTIOUS PRACTICE TO HAVE SEPARATE REFERENCE

11:54AM  21  RANGES FOR CAPILLARY VERSUS VENOUS BLOOD.

11:54AM  22  Q.   YOU LAY OUT THREE KINDS OF TESTING SCENARIOS IN YOUR

11:54AM  23  EMAIL.

11:54AM  24       DO YOU SEE THAT?

11:54AM  25  A.   YES.

ER-2377

11:54AM   1    Q.   AND THE FIRST ONE IS TESTING CAPILLARY BLOOD USING A

11:54AM   2    THERANOS TEST; IS THAT RIGHT?

11:54AM   3    A.   YES.

11:54AM   4    Q.   AND THE THIRD ONE IS TESTING VENOUS BLOOD ON A PREDICATE

11:54AM   5    TEST; IS THAT RIGHT?

11:54AM   6    A.   YES.

11:54AM   7    Q.   AND THAT WOULD MEAN A NON-THERANOS FDA APPROVED DEVICE?

11:54AM   8    A.   CORRECT.

11:54AM   9    Q.   AND SCENARIO 2 INVOLVES USING VENOUS BLOOD ON A THERANOS

11:54AM   10   TEST; IS THAT CORRECT?

11:54AM   11   A.   YES.

11:54AM   12   Q.   AND YOU SAY IN YOUR EMAIL IN TERMS OF NUMBER 2, "WE SHOULD

11:54AM   13   DISCONTINUE THIS PRACTICE."

11:54AM   14       DO YOU SEE THAT?

11:54AM   15   A.   YES.

11:54AM   16   Q.   AND WHY DID YOU RECOMMEND DISCONTINUING THAT PRACTICE?

11:54AM   17   A.   IT RELATES BACK TO THE PREVIOUS EMAIL THAT WE DISCUSSED

11:55AM   18   WHERE CONTAMINATION BACKLOGS AND LACK OF TRANSPARENCY ABOUT

11:55AM   19   WHAT SAMPLE'S ACTUALLY BEING RUN.

11:55AM   20   Q.   AND AT ANY POINT DURING YOUR EMPLOYMENT AT THE COMPANY,

11:55AM   21   DID MR. BALWANI AGREE TO DISCONTINUE THE TESTING OF VENOUS

11:55AM   22   BLOOD ON THE THERANOS ANALYZER?

11:55AM   23   A.   I DON'T BELIEVE HE CONCEDED THE POINT IN THIS EXCHANGE.

11:55AM   24       I DON'T RECALL FURTHER CONVERSATIONS ON IT.

11:55AM   25   Q.   OKAY.  LET'S GO TO PAGE 1 AND LOOK AT THE TOP HALF.

11:55AM  1          AND YOU'RE HAVING A ONE-ON-ONE EMAIL EXCHANGE WITH

11:55AM  2     MR. BALWANI; CORRECT?

11:55AM  3     A.   YES.

11:55AM  4     Q.   AND AT THE BOTTOM OF THIS EMAIL SELECTION IT SAYS,

11:55AM  5     "FINALLY (AND THERE IS OBJECTIVE DATA ON THIS), THE RATE OF QC

11:56AM  6     FAILURE IS LOWER ON PREDICATE DEVICES THAN IT IS ON EDISONS, AS

11:56AM  7     IS THE THROUGHPUT OF PREDICATE DEVICES."

11:56AM  8          FIRST OF ALL, WHEN YOU SAY, "THE RATE OF QC FAILURE IS

11:56AM  9     LOWER ON PREDICATE DEVICES THAN IT IS ON EDISONS," WHAT DID YOU

11:56AM  10    MEAN BY THAT?

11:56AM  11    A.   IT MEANS THAT THE FDA APPROVED INSTRUMENTS FAILED QC MUCH

11:56AM  12    MORE RARELY THAN DID THE EDISONS.

11:56AM  13    Q.   AND YOU SAY THAT "THERE IS OBJECTIVE DATA ON THIS."

11:56AM  14         HOW DID YOU KNOW THAT TO BE ABLE TO TELL MR. BALWANI?

11:56AM  15    A.   WE HAD OBJECTIVE DATA ON OUR QC PERFORMANCE FOR EACH

11:56AM  16    MONTH.

11:56AM  17    Q.   SO THIS WAS ALL, OR AT LEAST PARTLY, BASED ON DATA

11:56AM  18    GENERATED WITHIN THERANOS ITSELF?

11:56AM  19    A.   YES.

11:56AM  20    Q.   BY THE WAY, YOU SAY IN THAT SAME EMAIL, "AS IS THE

11:56AM  21    THROUGHPUT OF PREDICATE DEVICES."  HOW DID THE THROUGHPUT OF

11:56AM  22    PREDICATE DEVICES COMPARE TO THE THROUGHPUT OF THE EDISON

11:57AM  23    DEVICES?

11:57AM  24    A.   MUCH HIGHER THROUGHPUT ON PREDICATE DEVICES.

11:57AM  25    Q.   DOES THAT MEAN THAT THEY COULD HANDLE MORE TESTS IN LESS

ER-2379

11:57AM 1      TIME?

11:57AM 2      A.   YES.

11:57AM 3      Q.   MR. BALWANI RESPONDS TO YOUR EMAIL.  HE SAYS, "ADAM,"

11:57AM 4      PERIOD, "THIS IS NOT THE CASE."

11:57AM 5           DO YOU SEE THAT?

11:57AM 6      A.   YES.

11:57AM 7      Q.   DID MR. BALWANI EVER PROVIDE YOU WITH ANY EVIDENCE

11:57AM 8      SUPPORTING HIS DISAGREEMENT WITH WHAT YOU SAID ABOUT THE

11:57AM 9      EDISONS DOING WORSE ON QC?

11:57AM 10     A.   NO.  IT'S JUST A FLAT REBUTTAL.

11:57AM 11     Q.   HE SAYS ALSO, "WHEN A DEVICE FAILS, WE ALWAYS TAKE THE

11:57AM 12     RIGHT CORRECTIVE ACTION AND MAKE SURE IT DOESN'T IMPACT THE

11:57AM 13     QUALITY OF RESULTS."

11:57AM 14          DO YOU SEE THAT?

11:57AM 15     A.   YES.

11:57AM 16     Q.   DOES THAT POINT RESOLVE, OR DID THAT POINT RESOLVE YOUR

11:57AM 17     CONCERNS ABOUT THE RELIABILITY OF THERANOS'S TESTS IN LIGHT OF

11:58AM 18     THE QC PERFORMANCE?

11:58AM 19     A.   NO.

11:58AM 20     Q.   WHY NOT?

11:58AM 21     A.   AS I MENTIONED, THE CORRECTIVE ACTION FOR QC FAILURES IS

11:58AM 22     TO RERUN THE QC.  IF IT HAPPENS TO PASS AGAIN -- I'M SORRY.

11:58AM 23               THE COURT:  IS THERE AN ISSUE WITH THE MACHINE?

11:58AM 24          THE SCREEN IS OUT.  I SEE.

11:58AM 25          GIVE ME JUST A SECOND, MR. BOSTIC.

11:58AM   1          IT LOOKS LIKE ONE OF OUR SCREENS IN THE JURY BOX IS OUT.

11:58AM   2    CAN YOU JUST MAYBE SEE IF THE WIRES ARE ATTACHED.

11:58AM   3          THE CLERK:  I CAN, BUT I HAVE TO GET BACK IN THERE.

11:58AM   4          MR. BOSTIC:  YOUR HONOR, THIS WAS MY LAST QUESTION

11:58AM   5    BEFORE CHANGING TOPICS, SO IF THE COURT NEEDED TO TAKE A BREAK?

11:58AM   6          THE COURT:  WELL, WE CAN DO THAT NOW.

11:58AM   7          WHY DON'T YOU -- CAN THE JURORS SEE THE OTHER MONITORS?

11:58AM   8    I'M SEEING THUMBS UP.  YES.  OKAY.  SO LET'S PROCEED FOR JUST A

11:58AM   9    MOMENT.

11:58AM  10          THANK YOU, MR. BOSTIC.

11:58AM  11    BY MR. BOSTIC:

11:58AM  12    Q.  SO, DR. ROSENDORFF, I THINK THE QUESTION PENDING WAS

11:59AM  13    MR. BALWANI'S POINT ABOUT TAKING CORRECTIVE ACTION WHEN A

11:59AM  14    DEVICE FAILED QC, DID THAT ADDRESS YOUR CONCERNS ABOUT THE

11:59AM  15    QUALITY OF THERANOS'S TEST RESULTS?

11:59AM  16    A.  NO.

11:59AM  17    Q.  AND WHY NOT?

11:59AM  18    A.  FOR INSTANCE, WHEN QC FAILS HALF OF THE TIME, IF IT FAILS

11:59AM  19    ONCE, YOU RERUN THE QC.  IT'S NOW GOT A 50 PERCENT CHANCE OF

11:59AM  20    WORKING.

11:59AM  21          IF IT HAPPENS TO WORK, YOU GO AHEAD AND RUN YOUR SAMPLES,

11:59AM  22    YOUR PATIENT SAMPLES.

11:59AM  23          WHAT THAT MEANS, IN ESSENCE, IS THAT THERE'S A 50 PERCENT

11:59AM  24    CHANCE OF THE PATIENT RESULTS BEING ACCURATE.

11:59AM  25    Q.  OKAY.  THANK YOU.

11:59AM 1            WE CAN SET THAT EXHIBIT ASIDE.

11:59AM 2            I'M ABOUT TO SHIFT GEARS, YOUR HONOR.

11:59AM 3                THE COURT:  DO YOU HAVE OTHER EXHIBITS?

11:59AM 4                MR. BOSTIC:  YES.

11:59AM 5                THE COURT:  OKAY.  LET'S TAKE OUR BREAK NOW, LADIES

11:59AM 6     AND GENTLEMEN.  LET'S TAKE OUR BREAK.  WE'LL TAKE 30 MINUTES,

11:59AM 7     AND THEN WE'LL RESUME.

12:00PM 8            YOU CAN STAND DOWN, DOCTOR.  THANK YOU.

12:00PM 9            (JURY OUT AT 12:00 P.M.)

12:00PM 10               THE COURT:  THE RECORD SHOULD REFLECT THAT THE JURY

12:00PM 11    HAS LEFT FOR THEIR BREAK.

12:00PM 12           WE'LL TRY TO CORRECT THIS MONITOR SITUATION.

12:00PM 13           ANYTHING BEFORE WE BREAK, COUNSEL?

12:01PM 14               MR. BOSTIC:  NO, YOUR HONOR.

12:01PM 15               MR. COOPERSMITH:  NO, YOUR HONOR.

12:01PM 16           (RECESS FROM 12:01 P.M. UNTIL 12:40 P.M.)

12:41PM 17           (JURY IN AT 12:41 P.M.)

12:41PM 18               THE COURT:  PLEASE BE SEATED.  THANK YOU.

12:41PM 19           ALL RIGHT.  THANK YOU.

12:41PM 20           WE'RE BACK ON THE RECORD.  ALL PARTIES PREVIOUSLY PRESENT

12:41PM 21    ARE PRESENT ONCE AGAIN.

12:41PM 22           OUR JURY IS PRESENT.

12:41PM 23           MR. BOSTIC, YOU'D LIKE TO CONTINUE?

12:41PM 24               MR. BOSTIC:  YES, YOUR HONOR.  THANK YOU.

12:41PM 25    Q.  DR. ROSENDORFF, WELCOME BACK.

12:41PM  1    A.   THANK YOU.

12:41PM  2    Q.   I WANT TO FOLLOW UP ON ONE TOPIC THAT WE DISCUSSED BEFORE

12:41PM  3    THE BREAK, WHICH IS THE TIME PERIOD AROUND THE COMMERCIAL

12:41PM  4    LAUNCH OF THE TESTING SERVICES.

12:41PM  5         DO YOU REMEMBER THAT TIME PERIOD?

12:41PM  6    A.   YES.

12:41PM  7    Q.   AND AROUND THAT TIME PERIOD, WE LOOKED AT AN EMAIL THAT

12:41PM  8    YOU SENT TO MS. HOLMES REQUESTING THAT THE LAUNCH BE DELAYED.

12:41PM  9         DO YOU REMEMBER THAT?

12:41PM 10    A.   YES.

12:41PM 11    Q.   BESIDES THAT EMAIL, DID YOU HAVE ANY CONVERSATIONS WITH

12:42PM 12    EITHER MS. HOLMES OR MR. BALWANI ABOUT THAT TOPIC, WHETHER THE

12:42PM 13    LAUNCH COULD BE DELAYED OR NOT?

12:42PM 14    A.   YES, I HAD A CONVERSATION WITH MS. HOLMES ABOUT IT.

12:42PM 15    Q.   AND WHEN DID THAT TAKE PLACE?  WAS IT BEFORE THE LAUNCH

12:42PM 16    DATE?

12:42PM 17    A.   IT WAS A COUPLE OF DAYS BEFORE THE LAUNCH, YES.

12:42PM 18    Q.   AND WHAT DO YOU REMEMBER ABOUT THAT CONVERSATION?

12:42PM 19         MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  HEARSAY.

12:42PM 20         THE COURT:  OVERRULED.

12:42PM 21    YOU CAN ANSWER THE QUESTION, SIR.

12:42PM 22         THE WITNESS:  I WAS FEELING VERY UNCOMFORTABLE ABOUT

12:42PM 23    THE READINESS OF THE LAB FOR THE LAUNCH.  I -- ELIZABETH HAD

12:42PM 24    PAPERS STUCK TO HER WINDOW, THERE WAS A COUNTDOWN CLOCK FOR THE

12:42PM 25    LAUNCH.

12:42PM 1          I WENT INTO HER OFFICE.  I TOLD HER THAT I HAD SERIOUS,

12:42PM 2     GRAVE CONCERNS ABOUT SODIUM, POTASSIUM, GLUCOSE VALUES.

12:42PM 3          SHE WAS VERY NERVOUS.  SHE WASN'T HER UNUSUAL SELF, THIS

12:43PM 4     CONFIDENT, ASSURED CEO.

12:43PM 5          SHE SEEMED SCARED, FRANKLY.  HER KNEE WAS TAPPING.

12:43PM 6          AND SHE SAID THAT THE WORST CASE SCENARIO, THE LABORATORY

12:43PM 7     COULD REVERT TO VENOUS DRAWS FOR THESE TESTS THAT I WAS WORRIED

12:43PM 8     ABOUT.

12:43PM 9     BY MR. BOSTIC:

12:43PM 10    Q.   DURING THAT CONVERSATION, WAS MS. HOLMES RECEPTIVE TO THE

12:43PM 11    IDEA OF PUSHING BACK THE LAUNCH DATE?

12:43PM 12    A.   NO, SHE WAS NOT.

12:43PM 13    Q.   DO YOU RECALL HER SAYING ANYTHING SPECIFIC ABOUT THAT?

12:43PM 14    A.   NO.  IT WAS NEVER -- SHE NEVER OFFERED THAT AS A SOLUTION.

12:43PM 15    Q.   YOU SAID THAT MS. HOLMES SAID THAT, WORST CASE SCENARIO,

12:43PM 16    THE COMPANY COULD USE NON-THERANOS TECHNOLOGY; IS THAT RIGHT?

12:43PM 17    A.   CORRECT.

12:43PM 18    Q.   GOING FORWARD, DID YOU HAVE FURTHER DISCUSSIONS WITH

12:44PM 19    MR. BALWANI AND MS. HOLMES ABOUT WHETHER THERANOS SHOULD USE

12:44PM 20    NON-THERANOS TECHNOLOGY FOR SOME TESTS?

12:44PM 21    A.   THERE WAS AN EMAIL EXCHANGE SPECIFICALLY REGARDING HCG

12:44PM 22    TESTING THAT I BELIEVE MR. BALWANI WAS ON WHERE I ORDERED THE

12:44PM 23    LAB TO DISCONTINUE THE EDISON TESTING FOR HCG.

12:44PM 24         I SUGGESTED AT ONE POINT TO RUN POTASSIUM NEAT.  I

12:44PM 25    SUGGESTED IT TO DANIEL.  I THINK SUNNY WAS ON THAT EMAIL CHAIN,

ROSENDORFF DIRECT BY MR. BOSTIC                                    3304

12:44PM   1        TOO.

12:44PM   2        Q.   AND I THINK WE'LL LOOK AT ONE OR TWO OF THOSE.

12:44PM   3        A.   YEAH.

12:44PM   4        Q.   AND I GUESS WHAT I'M ASKING NOW IS, GENERALLY SPEAKING,

12:44PM   5        WERE MR. HOLMES -- MR. BALWANI AND MS. HOLMES RECEPTIVE TO THAT

12:44PM   6        IDEA OF DISCONTINUING USE OF THE THERANOS TECHNOLOGY AND USING

12:44PM   7        THIRD PARTY DEVICES INSTEAD?

12:44PM   8        A.   NOT AT ALL.  IT WAS TABOO TO SUGGEST THAT, YEAH.

12:45PM   9        Q.   AND WHAT GAVE YOU THAT IMPRESSION?  WAS IT THE SPECIFIC

12:45PM  10        INSTANCES THAT YOU'RE REFERENCING?

12:45PM  11        A.   YES.

12:45PM  12        Q.   I'D LIKE TO TALK TO YOU NEXT ABOUT PROFICIENCY TESTING AT

12:45PM  13        THERANOS.

12:45PM  14        A.   YES.

12:45PM  15        Q.   FIRST, CAN YOU TELL US WHAT PROFICIENCY TESTING IS AT A

12:45PM  16        LAB AND HOW IT FITS IN WITH QUALITY CONTROL?

12:45PM  17        A.    IN ORDER FOR A LAB TO OPERATE, IT NEEDS TO CONDUCT

12:45PM  18        PROFICIENCY TESTING AT LEAST TWICE A YEAR FOR ALL, FOR ALL OF

12:45PM  19        THE CMS LISTED ANALYTES THAT REQUIRE PROFICIENCY TESTING.

12:45PM  20             GOOD LABORATORY PRACTICE, YOU WOULD DO PROFICIENCY TESTING

12:45PM  21        FOR ALL OF THE ANALYTES.

12:45PM  22             YOU SIGN UP WITH AN ORGANIZATION LIKE COLLEGE OF AMERICAN

12:45PM  23        PATHOLOGISTS, CAP, OR NEW YORK STATE, OR AMERICAN PROFICIENCY

12:45PM  24        INSTITUTE.  TWICE A YEAR THEY SEND YOU VIALS WITH MATERIAL IN

12:46PM  25        IT THAT MIMICS A HUMAN SAMPLE.

ROSENDORFF DIRECT BY MR. BOSTIC                                    3305

12:46PM   1        YOU THEN RUN THESE SAMPLES.  YOU GET A NUMBER, YOU GET A

12:46PM   2   RESULT, YOU WRITE IT DOWN ONLINE OR ON A PIECE OF PAPER, SEND

12:46PM   3   IT BACK TO THESE COMPANIES, OR ORGANIZATIONS, AND THEN A FEW

12:46PM   4   WEEKS LATER THEY'LL LET YOU KNOW HOW YOU DID.

12:46PM   5        AND ONE KEY ASPECT TO PROFICIENCY TESTING IS THAT YOU'RE

12:46PM   6   COMPARED TO YOUR PEERS, SO THE RESULT THAT YOU GET IS COMPARED

12:46PM   7   TO ALL OF THE OTHER USERS OF THE SAME METHOD.

12:46PM   8   Q.   AND WHEN WE'RE TALKING ABOUT THE SAME METHOD, DO YOU MEAN

12:46PM   9   THE SAME CHEMISTRY RUN ON THE SAME DEVICE?

12:46PM  10   A.   YES.

12:46PM  11   Q.   HOW DOES PROFICIENCY TESTING WORK THEN IN THE CONTEXT OF

12:46PM  12   DEVICES THAT ARE ONLY USED IN ONE PLACE, LIKE THE THERANOS

12:46PM  13   EDISONS?

12:46PM  14   A.   FOR LDT'S THE STANDARD PRACTICE IS YOU DO ALTERNATIVE

12:46PM  15   PROFICIENCY.

12:46PM  16   Q.   AND WHAT IS THAT?  HOW IS THAT DIFFERENT FROM NORMAL PT?

12:47PM  17   A.   THERE ARE DIFFERENT APPROACHES TO THIS.  ONE IS TO

12:47PM  18   BASICALLY CONTRIVE SPECIMENS WITH DIFFERENT LEVELS OF ANALYTES

12:47PM  19   IN THEM AND HAND THEM OFF TO THE LAB AND HAVE THEM TESTED.

12:47PM  20        YOU TRY NOT TO HAVE THESE TWO GROUPS COMMUNICATE TO EACH

12:47PM  21   OTHER TO BLIND THE PROCESS SOMEWHAT.

12:47PM  22        ANOTHER APPROACH IS YOU SPLIT THE SAMPLES AND YOU TEST

12:47PM  23   SOME AT YOUR OWN LAB AND YOU SEND THE OTHERS OUT TO BE TESTED

12:47PM  24   AT A DIFFERENT LAB AND YOU COMPARE THE RESULTS.

12:47PM  25        OR IN THERANOS'S CASE, YOU COULD COMPARE THE RESULTS THAT

ER-2386

12:47PM  1    YOU WOULD GET BY FINGERSTICK TO THE RESULTS YOU WOULD GET

12:47PM  2    USING, YOU KNOW, ON THE PREDICATE DEVICES.  SO YOU WOULD

12:47PM  3    COMPARE THE LDT TO THE PREDICATE DEVICE.

12:47PM  4    Q.   AND WHAT IS THE POINT OF DOING THIS KIND OF PROFICIENCY

12:47PM  5    TESTING?

12:47PM  6        WE'VE TALKED ALREADY TODAY ABOUT VALIDATION OF ASSAYS, AND

12:47PM  7    ON GOING QUALITY CONTROL.

12:47PM  8        WHY, AS A LAB DIRECTOR, DO YOU WANT TO SEE PROFICIENCY

12:48PM  9    TESTING AS WELL?

12:48PM 10    A.   WELL, ONE ASPECT -- MAYBE I HAVEN'T SPOKEN ABOUT IT

12:48PM 11    BEFORE -- IS THAT YOU CAN HAVE QC DRIFT WHERE YOUR QC RANGES

12:48PM 12    CAN DRIFT OVER TIME.  SO YOU MIGHT STILL BE IN WITH YOUR QC,

12:48PM 13    BUT YOU ACTUALLY, YOU'RE STARTING TO GET INTO A ZONE WHERE

12:48PM 14    YOU'RE REPORTING INACCURATE TESTS.

12:48PM 15        IT'S A FURTHER CHECK OF ACCURACY, I WOULD SAY.

12:48PM 16        IT ALSO ALLOWS YOU TO MAKE SURE THAT YOUR METHOD IS

12:48PM 17    COMPARABLE TO -- WHAT YOU'RE GETTING IS THE SAME AS WHAT OTHERS

12:48PM 18    ARE GETTING IN THE COMMUNITY FOR TEST VALUE.

12:48PM 19    Q.   SO LET'S TALK ABOUT PROFICIENCY TESTING AT THERANOS

12:48PM 20    SPECIFICALLY.

12:48PM 21        WHAT DO YOU RECALL ABOUT HOW PT WORKED AT THE COMPANY?

12:48PM 22    A.   WHEN I ARRIVED AT THE COMPANY, PT WAS BEING RUN ON THE

12:48PM 23    PREDICATE DEVICES USING API, AMERICAN PROFICIENCY INSTITUTE, OR

12:49PM 24    NEW YORK STATE SAMPLES.

12:49PM 25        OVER TIME, THE LABORATORY WAS DOING MOSTLY FINGERSTICK AND

ER-2387

12:49PM 1    MOSTLY LDT'S, AND BECAUSE THE REGULATIONS SAY YOU HAVE TO DO

12:49PM 2    PROFICIENCY WITH YOUR PRIMARY METHOD, IN MY MIND, THESE LDT'S

12:49PM 3    HAD BECOME THE PRIMARY METHOD.

12:49PM 4         SO, FOR INSTANCE, ON THE BLOOD ANALYZER WE WOULD DO

12:49PM 5    PROFICIENCY TESTING ON THE FDA APPROVED BLOOD ANALYZER, BUT WE

12:49PM 6    WEREN'T USING THAT AT ALL AFTER A WHILE FOR CBC'S, WE WERE

12:49PM 7    USING FLOW CYTOMETRY FOR CBC'S.

12:49PM 8    Q.   AND IS CBC COMPLETE BLOOD COUNT?

12:49PM 9    A.   YES.

12:49PM 10   Q.   AND WHY IS THAT A PROBLEM, IF IT IS, THE MISMATCH BETWEEN

12:49PM 11   WHAT DEVICES ARE USED FOR PROFICIENCY VERSUS DIFFERENT DEVICES

12:50PM 12   USED FOR PATIENT TESTING?

12:50PM 13   A.   WELL, FIRST OF ALL, JUST UPPER -- YOU KNOW IN TERMS OF

12:50PM 14   GOOD LABORATORY PRACTICE, IT DOESN'T TELL YOU HOW YOUR LDT IS

12:50PM 15   WORKING, WHETHER IT'S WORKING WELL OR BADLY, AND LEGALLY IT'S A

12:50PM 16   FORM OF CHEATING.

12:50PM 17   Q.   AT THERANOS, DID YOU RAISE -- WELL, LET ME JUST ASK --

12:50PM 18        MR. COOPERSMITH:  I MOVE TO STRIKE THE LAST ANSWER.

12:50PM 19   IT CALLS FOR AN IMPROPER LEGAL CONCLUSION.

12:50PM 20        THE COURT:  THE WORD "CHEATING"?

12:50PM 21        MR. COOPERSMITH:  YES, YOUR HONOR.

12:50PM 22        THE COURT:  OVERRULED.

12:50PM 23   BY MR. BOSTIC:

12:50PM 24   Q.   DR. ROSENDORFF, DURING YOUR TIME AT THE COMPANY, DID YOU

12:50PM 25   HAVE CONCERNS ABOUT THE WAY THE COMPANY WAS DOING OR NOT DOING

ER-2388

12:50PM  1      PROFICIENCY TESTING?

12:50PM  2      A.   YES.

12:50PM  3      Q.   DID YOU RAISE THOSE CONCERNS TO MANAGEMENT ABOVE YOU?

12:50PM  4      A.   REPEATEDLY, YES.

12:50PM  5      Q.   DID THAT INCLUDE CONVERSATIONS WITH MR. BALWANI?

12:50PM  6      A.   YES.

12:50PM  7      Q.   WHAT DO YOU REMEMBER ABOUT THOSE CONVERSATIONS AND

12:51PM  8      MR. BALWANI'S ATTITUDE ABOUT YOUR CONCERNS?

12:51PM  9      A.   I REMEMBER AN INCIDENT WHERE WE DECIDED TO RUN LEFTOVER PT

12:51PM  10     SAMPLE ON THE EDISONS WHERE MR. BALWANI -- WHERE THE RESULTS OF

12:51PM  11     THOSE SHOWED THAT WE WERE FAILING -- WE WEREN'T ACCURATELY

12:51PM  12     REPORTING THOSE VALUES, AND I WROTE A LONG EMAIL CHAIN WHERE HE

12:51PM  13     BASICALLY SAID THERE'S A PROBLEM WITH THE PT SPECIMENS, THAT

12:51PM  14     THERE ISN'T A PROBLEM WITH THE MACHINES, IT'S THESE SPECIMENS

12:51PM  15     THAT ARE OFF.

12:51PM  16     Q.   DID YOU HAVE CONVERSATIONS WITH MR. BALWANI ABOUT THE NEED

12:51PM  17     FOR THE ALTERNATIVE ASSESSMENT OF PROFICIENCY THAT YOU WERE

12:51PM  18     MENTIONING A MOMENT AGO?

12:51PM  19     A.   YES.

12:51PM  20     Q.   AND HOW DID HE REACT TO THOSE CONVERSATIONS?  WAS THE

12:52PM  21     SITUATION RESOLVED AT THERANOS?

12:52PM  22     A.   SO I MET WITH DANIEL IN 2013 AND WE DISCUSSED ALTERNATIVE

12:52PM  23     PROFICIENCY.  THERE WAS AN SOP THAT WAS PUT TOGETHER THAT I

12:52PM  24     SIGNED.

12:52PM  25          THERE WAS NO DOCUMENT CONTROL AT THERANOS, SO IF I SIGNED

12:52PM 1    SOMETHING, THE CONTENT COULD HAVE BEEN CHANGED COMPLETELY AND

12:52PM 2    MY SIGNATURE WOULD STILL BE APPENDED TO THAT DOCUMENT.

12:52PM 3        THE -- I WAS KIND OF LOSING TRACK OF YOUR QUESTION.  CAN

12:52PM 4    YOU REPEAT YOUR QUESTION?

12:52PM 5    Q.   SURE.  I CAN TRY TO ASK A MORE DIRECT QUESTION.

12:52PM 6        YOU SAID YOU DISCUSSED WITH MR. BALWANI THE NEED FOR

12:52PM 7    ALTERNATIVE PROFICIENCY; CORRECT?

12:52PM 8    A.   YES.

12:52PM 9    Q.   AND DID THERANOS EVER IMPLEMENT ALTERNATIVE PROFICIENCY

12:52PM 10   TESTING IN A WAY THAT SATISFIED YOUR CONCERNS?

12:52PM 11   A.   NO.  I RECALL SPECIFICALLY MR. BALWANI SAYING THAT WE WERE

12:53PM 12   DOING TOO MANY QUALITY EXERCISES AND SO, FOR INSTANCE, R&D

12:53PM 13   WOULD DO QUALITY EXERCISES TO CHECK ACCURACY INDEPENDENTLY OF

12:53PM 14   ANY SOP.

12:53PM 15       AND MR. BALWANI WAS AWARE OF THOSE EXERCISES.

12:53PM 16   Q.   SO IT MAY BE THAT YOU JUST ANSWERED MY NEXT QUESTION, BUT

12:53PM 17   I'LL ASK IT ANYHOW, WHICH IS, AS THE LAB DIRECTOR, WHY DIDN'T

12:53PM 18   YOU JUST CAUSE THERANOS TO DO ALTERNATIVE PROFICIENCY THE RIGHT

12:53PM 19   WAY?  WHAT, IF ANYTHING, WAS STOPPING YOU FROM FIXING THIS

12:53PM 20   PROBLEM YOURSELF?

12:53PM 21   A.   I WASN'T DIRECTING INDIVIDUALS TO DO THINGS OR ASSIGNING

12:53PM 22   RESOURCES FOR SPECIFIC PROJECTS.

12:53PM 23   Q.   AND WHY WAS THAT?

12:53PM 24   A.   I WAS NOT GIVEN THAT AUTHORITY AT THERANOS.

12:53PM 25   Q.   WHO DID HAVE THAT ROLE AT THERANOS OF ASSIGNING PEOPLE AND

12:53PM   1        ALLOCATING RESOURCES?

12:53PM   2        A.   SUNNY.

12:53PM   3        Q.   CAN I ASK YOU TO LOOK AT TAB 1724 IN YOUR BINDER, PLEASE.

12:54PM   4             AND DO YOU SEE --

12:54PM   5        A.   I'M SORRY.  GIVE ME A SEC.

12:54PM   6        Q.   OF COURSE.  TAKE YOUR TIME.

12:54PM   7        A.   I HAVE IT.

12:54PM   8        Q.   DO YOU SEE AT 1724 AN EMAIL FROM YOU TO CHINMAY PANGARKAR

12:54PM   9        IN MAY OF 2014 ABOUT PROFICIENCY TESTING FOR EDISONS?

12:54PM  10        A.   YES.

12:54PM  11             MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1724.

12:54PM  12             MR. COOPERSMITH:  OBJECTION, 802.

12:54PM  13             MR. BOSTIC:  YOUR HONOR, THE SOLE CONTENT OF THIS

12:54PM  14        EMAIL IS A QUESTION, SO I THINK BY DEFINITION IT'S NOT COMING

12:54PM  15        IN FOR ITS TRUTH.

12:54PM  16             THE COURT:  OBJECTION IS OVERRULED.  THIS IS

12:54PM  17        ADMISSIBLE.

12:54PM  18          THIS IS FROM MR. ROSENDORFF?

12:55PM  19             MR. BOSTIC:  YES, YOUR HONOR.

12:55PM  20             THE COURT:  IT'S ADMISSIBLE, AND IT MAY BE

12:55PM  21        PUBLISHED.

12:55PM  22          (GOVERNMENT'S EXHIBIT 1724 WAS RECEIVED IN EVIDENCE.)

12:55PM  23             MR. BOSTIC:  THANK YOU, YOUR HONOR.

12:55PM  24        Q.   LET'S LOOK AT 1724 AND ZOOM IN ON THE CONTENT.

12:55PM  25             DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM YOU TO

ROSENDORFF DIRECT BY MR. BOSTIC                                3311

12:55PM   1    CHINMAY PANGARKAR ON MAY 13TH, 2014?

12:55PM   2    A.   YES.

12:55PM   3    Q.   AND THE SUBJECT IS PT TESTING FOR EDISONS; IS THAT RIGHT?

12:55PM   4    A.   YES.

12:55PM   5    Q.   AND DOES THIS RELATE TO PROFICIENCY TESTING FOR THE

12:55PM   6    THERANOS ANALYZER?

12:55PM   7    A.   YES, IT DOES.

12:55PM   8    Q.   AND IN THE EMAIL YOU ASK FOR AN UPDATE OR ANY UPDATES ON

12:55PM   9    PLANS FOR PROFICIENCY TESTING FOR THE EDISON ASSAYS.

12:55PM   10       DO YOU SEE THAT?

12:55PM   11   A.   YES.

12:55PM   12   Q.   AND WHY WERE YOU ASKING CHINMAY PANGARKAR THIS QUESTION AT

12:55PM   13   THIS TIME?

12:55PM   14   A.   BECAUSE DESPITE AN SOP AND AGREEMENT, OSTENSIVE AGREEMENT

12:55PM   15   THAT THIS SHOULD BE DONE, IT WASN'T BEING DONE.  SO I WAS

12:55PM   16   TRYING TO EXERT SOME AUTHORITY.

12:55PM   17   Q.   AND WHO WAS CHINMAY PANGARKAR SUCH THAT YOU THOUGHT IT WAS

12:55PM   18   THE RIGHT THING TO DO TO SEND HIM THIS EMAIL?

12:56PM   19   A.   HE WAS AN INDIVIDUAL WHO INITIALLY HAD DEVELOPED THE CBC

12:56PM   20   ASSAY USING FLOW CYTOMETRY, AND THEN HE WAS PUT ON TO THE

12:56PM   21   EDISONS.  I THINK IT WAS AFTER SUREKHA LEFT OR SHARADA LEFT,

12:56PM   22   BUT I DON'T RECALL EXACTLY.

12:56PM   23   Q.   LET ME ASK A DIFFERENT WAY.  WHY EMAIL CHINMAY INSTEAD OF

12:56PM   24   MR. BALWANI?

12:56PM   25   A.   I DIDN'T TRUST THAT MR. BALWANI WOULD INSTRUCT CHINMAY TO

ER-2392

12:56PM  1    PERFORM PROFICIENCY TESTING.

12:56PM  2    Q.   AND WAS THAT BASED ON YOUR PREVIOUS INTERACTIONS WITH HIM

12:56PM  3    ON THAT TOPIC?

12:56PM  4    A.   YES.

12:56PM  5    Q.   ONE MORE THING.

12:56PM  6         IN THE HEADER OF THIS EMAIL, DO YOU SEE A BCC FIELD?

12:57PM  7    A.   YES.

12:57PM  8    Q.   AND YOU BCC THIS EMAIL TO A GMAIL ADDRESS.

12:57PM  9         DO YOU SEE THAT?

12:57PM  10   A.   YES.

12:57PM  11   Q.   AND CAN YOU EXPLAIN WHAT IS HAPPENING THERE AND WHY THAT

12:57PM  12   IS THERE?

12:57PM  13   A.   THAT'S MY PERSONAL GMAIL ADDRESS.

12:57PM  14        I HAD BECOME SO FRUSTRATED WITH MY INSTRUCTIONS NOT BEING

12:57PM  15   FOLLOWED, AND WAS ALSO STARTING TO REALIZE THAT IN THE EYES OF

12:57PM  16   THE LAW I WOULD BE HELD RESPONSIBLE, THAT I DECIDED TO FORWARD

12:57PM  17   RELEVANT EMAILS TO MY GMAIL IN THE EVENT OF A GOVERNMENT

12:57PM  18   INVESTIGATION.

12:57PM  19   Q.   AND THIS WAS HAPPENING AT LEAST AS EARLY AS MAY OF 2014?

12:57PM  20   A.   YES.

12:57PM  21   Q.   AND YOU LEFT THE COMPANY APPROXIMATELY SIX MONTHS LATER?

12:57PM  22   A.   YES.

12:57PM  23   Q.   OKAY.  WE CAN PUT THAT ASIDE.

12:57PM  24        AND IF I COULD ASK YOU TO TURN TO 2099.

12:58PM  25   A.   I HAVE IT.

12:58PM  1    Q.   OKAY.  AND IS 2099 ANOTHER EMAIL BETWEEN YOU AND SOMEONE

12:58PM  2    AT THERANOS RELATING TO PROFICIENCY TESTING AND CMS REPORTING?

12:58PM  3    A.   YES.

12:58PM  4            MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 2099.

12:58PM  5            MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

12:58PM  6            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:58PM  7        (GOVERNMENT'S EXHIBIT 2099 WAS RECEIVED IN EVIDENCE.)

12:58PM  8    BY MR. BOSTIC:

12:58PM  9    Q.   OKAY.  IF WE CAN JUST ZOOM IN ON THE TOP THIRD OF THE PAGE

12:58PM 10    OR SO.

12:58PM 11        DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM YOU TO

12:58PM 12    DANIEL YOUNG AND SOMEONE NAMED BRAD ARINGTON?

12:58PM 13    A.   YES, I DO.

12:58PM 14    Q.   AND WHO WAS BRAD ARINGTON AT THERANOS?

12:58PM 15    A.   HE WAS THE IN-HOUSE COUNSEL, CHIEF COUNSEL.

12:58PM 16    Q.   AND YOU WRITE IN THIS EMAIL -- OCTOBER 16TH, 2014; IS THAT

12:59PM 17    RIGHT?

12:59PM 18    A.   YES.

12:59PM 19    Q.   YOU SAY, "BRAD,

12:59PM 20        "I WOULD LIKE TO DE-ENROLL IN CMS REPORTING FOR THE

12:59PM 21    FOLLOWING ANALYTES BASED ON THE FACT THAT THEY ARE NO LONGER

12:59PM 22    RUN ON METHODS FOR WHICH THERE IS A PEER-GROUP (THERANOS LDT

12:59PM 23    METHODS), AND BASED ON THE FACT THAT THEY ARE NO LONGER RUN ON

12:59PM 24    PREDICATE METHODS PRIMARILY."

12:59PM 25        DO YOU SEE THAT?

12:59PM   1    A.   YES.

12:59PM   2    Q.   AND CAN YOU EXPLAIN WHAT THAT MEANS AND WHY YOU WERE

12:59PM   3    SENDING THIS EMAIL?

12:59PM   4    A.   WHEN YOU SIGN UP WITH AMERICAN PROFICIENCY INSTITUTE OR

12:59PM   5    NEW YORK STATE, CAP, TO DO PROFICIENCY TESTING, THOSE GROUPS

12:59PM   6    REPORT THOSE RESULTS TO CMS FOR THE CMS REPORTING METHODS,

12:59PM   7    WHICH ARE LISTED LOWER DOWN IN THE EMAIL.

12:59PM   8        IN ADDITION, THE STATUTE, THE CFR CLIA STATUTE, CLEARLY

12:59PM   9    SAYS THAT YOU SHOULD RUN PROFICIENCY TESTING FOR YOUR PRIMARY

01:00PM  10    METHOD, THAT'S THE METHOD THAT YOU USE MOST OFTEN.

01:00PM  11        THIS WAS NOT THE CASE.  THERANOS WAS RUNNING PROFICIENCY

01:00PM  12    TESTING ON THE PREDICATE INSTRUMENTS.

01:00PM  13    Q.   AND HOW WOULD THIS EMAIL ADDRESS THAT PROBLEM?

01:00PM  14    A.   WE WOULD NOT BE LEADING CMS TO BELIEVE THAT THOSE ANALYTES

01:00PM  15    WERE THE PRIMARY METHOD.  IT WOULD BE MISLEADING TO CMS TO

01:00PM  16    CONTINUE TO REPORT PROFICIENCY ON THOSE ANALYTES WHEN THEY WERE

01:00PM  17    NO LONGER OUR PRIMARY METHODS.

01:00PM  18    Q.   THIS IS OCTOBER 2014, ABOUT A MONTH BEFORE YOU LEFT THE

01:00PM  19    COMPANY; IS THAT RIGHT?

01:00PM  20    A.   YES.

01:00PM  21    Q.   IN LATE 2014, WERE THERE ANY IN-PERSON MEETINGS WITH

01:00PM  22    THERANOS MANAGEMENT ON THIS TOPIC, PROFICIENCY TESTING?

01:00PM  23    A.   YES, THERE WAS A LARGE MEETING IN THE TRI-QUARTER

01:01PM  24    CONFERENCE ROOM.

01:01PM  25    Q.   AND WHAT WAS THE CONTENT AND OUTCOME OF THAT MEETING?

ER-2395

01:01PM  1     A.    IT WAS AN ATTEMPT ON MY PART TO IMPLEMENT THE ALTERNATIVE

01:01PM  2     PROFICIENCY THAT WE HAD BEEN DISCUSSING FOR MONTHS.

01:01PM  3          I LEFT THE MEETING.  VARIOUS -- SUNNY SAID TO ELIZABETH,

01:01PM  4     IT'S UP TO YOU.  WE CAN DE-ENROLL IN THE CMS REPORTING OR NOT.

01:01PM  5          I DIDN'T COME OUT OF THE MEETING WITH A CLEAR -- WITH

01:01PM  6     ASSIGNED TASKS LIKE YOU'RE SUPPOSED TO COME OUT OF THE MEETING

01:01PM  7     WITH ASSIGNED TASKS TO VARIOUS PEOPLE, OR A PLAN, OR JUST WITH

01:01PM  8     THE GENERAL FEELING THAT THIS WOULD EVEN BE DONE.

01:01PM  9          I FELT IT WAS LIP SERVICE.

01:02PM 10     Q.    YOU SAID MR. BALWANI SAID SOMETHING ABOUT DE-ENROLLING

01:02PM 11     DURING THAT MEETING; IS THAT RIGHT?

01:02PM 12     A.    YES, YES.

01:02PM 13     Q.    AND WHEN HE SAID IT WAS UP TO YOU, TO WHOM WAS HE

01:02PM 14     SPEAKING?

01:02PM 15     A.    TO ELIZABETH.

01:02PM 16     Q.    AND FOLLOWING THAT MEETING, DID YOU SENSE ANY PROGRESS

01:02PM 17     BEING MADE IN THE RIGHT DIRECTION ON GETTING ALTERNATIVE

01:02PM 18     PROFICIENCY TESTING IMPLEMENTED AT THERANOS?

01:02PM 19     A.    NO, NONE AT ALL.

01:02PM 20     Q.    IN THIS EMAIL, WE SEE THAT FOUR DAYS AFTER YOU EMAILED

01:02PM 21     BRAD ARINGTON AND DANIEL YOUNG, YOU FORWARDED THAT CHAIN TO

01:02PM 22     YOUR GMAIL ADDRESS.

01:02PM 23          DO YOU SEE THAT?

01:02PM 24     A.    YES.

01:02PM 25     Q.    AND WAS THIS FOR THE SAME REASON THAT YOU PREVIOUSLY

01:02PM  1    DISCUSSED?

01:02PM  2    A.   YES.

01:02PM  3    Q.   HAD THAT PRACTICE CONTINUED THROUGHOUT THE SECOND HALF OF

01:02PM  4    2014?

01:02PM  5    A.   YES.

01:02PM  6    Q.   OKAY.  WE CAN PUT THAT ASIDE.

01:02PM  7         AS LABORATORY DIRECTOR AT THERANOS, DID YOU HAVE ANY ROLE

01:02PM  8    IN RESPONDING TO OR MONITORING COMPLAINTS OR QUESTIONS THAT

01:03PM  9    CAME IN FROM DOCTORS AND PATIENTS?

01:03PM  10   A.   YES, I DID.

01:03PM  11   Q.   HOW DID YOU FIT INTO THAT PROCESS?

01:03PM  12   A.   IF THE COMPLAINT HAD TO DO WITH A MEDICAL ISSUE OR IT WAS

01:03PM  13   A RESULT THAT DIDN'T MAKE SENSE, IT WOULD BE ESCALATED TO ME,

01:03PM  14   AND I WOULD BE ASKED TO TALK TO THE CLINICIAN.

01:03PM  15   Q.   WHO ELSE WAS INVOLVED IN THAT ASPECT OF THERANOS'S

01:03PM  16   BUSINESS?  AND I'M TALKING SPECIFICALLY ABOUT RESPONDING TO

01:03PM  17   DOCTORS AND PATIENTS WHO MIGHT HAVE CONCERNS OR QUESTIONS ABOUT

01:03PM  18   THE THERANOS TEST RESULTS.

01:03PM  19   A.   THE FIRST POINT OF CONTACT WOULD BE A CUSTOMER SERVICE

01:03PM  20   REP.  I THINK HER NAME WAS ANNA.

01:03PM  21        ELIZABETH'S BROTHER, CHRISTIAN, WAS REALLY THE ONE WHO

01:03PM  22   BROKERED THOSE CONVERSATIONS.

01:03PM  23   Q.   AND WHAT WAS CHRISTIAN HOLMES'S JOB OR POSITION AT THE

01:04PM  24   COMPANY, IF YOU RECALL?

01:04PM  25   A.   HE INITIALLY WAS INVOLVED WITH THE ARIZONA ROLLOUTS, AND

ROSENDORFF DIRECT BY MR. BOSTIC                                    3317

01:04PM  1    THEN HE GOT PUT ON TO THIS CUSTOMER COMPLAINT ROLE.

01:04PM  2    Q.   AND DID CHRISTIAN HOLMES HAVE A POSITION WITHIN THE

01:04PM  3    THERANOS CLINICAL LAB?

01:04PM  4    A.   NO, HE DID NOT.

01:04PM  5    Q.   AND DID CHRISTIAN HOLMES HAVE A SCIENCE OR MEDICAL

01:04PM  6    BACKGROUND AS YOU UNDERSTOOD IT?

01:04PM  7    A.   NO, HE DID NOT.

01:04PM  8    Q.   AND WHAT WAS CHRISTIAN HOLMES'S ROLE IN HANDLING

01:04PM  9    COMPLAINTS FROM DOCTORS AND PATIENTS?

01:04PM 10    A.   HE WOULD DECIDE WHAT HAD TO BE ESCALATED TO ME, AND HE

01:04PM 11    WOULD COMMUNICATE THESE QUERIES OR COMPLAINTS TO ME, AND HE

01:04PM 12    WOULD ALSO MAKE SURE THAT THEY HAD BEEN ADDRESSED.

01:04PM 13    Q.   AND ONCE HE HANDED AN ISSUE OFF TO YOU, DID HE THEN STAND

01:04PM 14    BACK AND LET YOU MAKE THE DECISIONS YOU THOUGHT WERE

01:04PM 15    APPROPRIATE, OR DID HE HAVE SOME INFLUENCE IN HOW THOSE ISSUES

01:04PM 16    WERE HANDLED?

01:04PM 17    A.   WELL, MY JOB WAS BASICALLY TO TRY TO EXPLAIN AWAY LAB

01:05PM 18    RESULTS THAT DIDN'T MAKE SENSE USING, WHAT MEDICATIONS WAS THE

01:05PM 19    PATIENT ON?  WHAT WAS THE METHOD THAT WAS USED?  MAYBE THERE

01:05PM 20    WAS A DIFFERENT METHOD.

01:05PM 21        I WAS PRESSURED TO COME UP WITH OTHER EXPLANATIONS ABOUT

01:05PM 22    WHY LAB TESTS DIDN'T MAKE SENSE.

01:05PM 23        AND AT ONE POINT I REFUSED TO TRY TO DO THE SPIN AND SAID

01:05PM 24    I WOULDN'T BE TALKING TO THE DOCTOR ANYMORE.

01:05PM 25        AND THEN HE ESCALATED THAT TO HIS SISTER, ELIZABETH.

01:05PM  1      Q.   OKAY.  WHEN YOU SAY THAT YOUR JOB WAS TO EXPLAIN AWAY TEST

01:05PM  2      RESULTS, DO YOU MEAN THAT THAT'S A NORMAL, APPROPRIATE PART OF

01:05PM  3      THE JOB OF THE LAB DIRECTOR?

01:05PM  4      A.   NO.  THE NORMAL JOB OF THE LAB DIRECTOR IS TO TAKE THESE

01:05PM  5      COMPLAINTS VERY SERIOUSLY.

01:05PM  6           IT'S NOT JUST THAT I WOULD EXPLAIN THEM AWAY.  I WOULD

01:05PM  7      ALSO DO A THOROUGH TECHNICAL REVIEW TO SEE IF ANYTHING HAD GONE

01:06PM  8      WRONG IN THE PROCESS OF TESTING THESE SAMPLE.

01:06PM  9      Q.   YOU TALKED ABOUT FEELING PRESSURE TO ENGAGE IN THAT

01:06PM  10     EXPLAINING AWAY.

01:06PM  11          WHERE DID THAT PRESSURE COME FROM?

01:06PM  12     A.   FROM SUNNY AND ELIZABETH.

01:06PM  13     Q.   YOU TESTIFIED THAT YOU WERE ALSO A LABORATORY DIRECTOR AT

01:06PM  14     UNIVERSITY OF PITTSBURGH BEFORE COMING TO THERANOS; IS THAT

01:06PM  15     RIGHT?

01:06PM  16     A.   YES.

01:06PM  17     Q.   AND HOW DID THIS PART OF THE JOB COMPARE BETWEEN THOSE TWO

01:06PM  18     PLACES?  FOR EXAMPLE, IN TERMS OF FREQUENCY OF COMPLAINTS FROM

01:06PM  19     DOCTORS AND PATIENTS ABOUT RESULTS, DID YOU SEE THAT HAPPENING

01:06PM  20     MORE COMMONLY AT THERANOS OR LESS COMMONLY AS COMPARED TO THE

01:06PM  21     PITTSBURGH LAB?

01:06PM  22     A.   MUCH MORE COMMONLY AT THERANOS.

01:06PM  23          ALSO WITH A MUCH LOWER TESTING VOLUME.

01:06PM  24     Q.   AND HOW DOES THE TESTING VOLUME PLAY INTO HOW CONCERNING

01:07PM  25     THIS WAS FOR YOU?

ROSENDORFF DIRECT BY MR. BOSTIC                                    3319

01:07PM  1    A.   WELL, THE MORE TESTS YOU RUN, THE MORE COMPLAINTS YOU'RE

01:07PM  2    GOING TO GET.  IT'S JUST THAT'S HOW THE NUMBERS WORK.

01:07PM  3         IF 3 PERCENT OF TESTS HAVE PROBLEMS, THE MORE TESTS YOU

01:07PM  4    RUN, THAT 3 PERCENT IS A LARGER NUMBER.

01:07PM  5         AT PITTSBURGH WE RAN MANY MORE TESTS AND HAD FAR FEWER

01:07PM  6    COMPLAINTS.

01:07PM  7    Q.   HOW ABOUT IN TERMS OF RESPONDING TO THOSE COMPLAINTS?  DID

01:07PM  8    THINGS WORK DIFFERENTLY AT THERANOS VERSUS UNIVERSITY OF

01:07PM  9    PITTSBURGH AS FAR AS YOUR FREEDOM TO COMMUNICATE WITH DOCTORS

01:07PM  10   AND PATIENTS AND WHAT YOU SAID TO THEM?

01:07PM  11   A.   YES.  MY COMMUNICATION WITH THE DOCTORS WAS NOT MONITORED,

01:07PM  12   POLICED, ENFORCED, ET CETERA, AT PITTSBURGH.  I WAS FREE TO

01:07PM  13   MEET WITH THE DOCTORS IN MY OFFICE ONE ON ONE.

01:08PM  14   Q.   LET'S LOOK AT SOME EXAMPLES OF SPECIFIC PATIENT RESULTS

01:08PM  15   THAT YOU REVIEWED WHILE YOU WERE AT THERANOS.

01:08PM  16        I'D LIKE TO START BY TALKING ABOUT THE HCG ASSAY.  WHAT IS

01:08PM  17   THE HCG ASSAY AND WHAT IS ITS CLINICAL USE?

01:08PM  18   A.   HCG STANDS FOR HUMAN CHORIONIC GONADOTROPIN.

01:08PM  19        IT'S THE PREGNANCY HORMONE.  IT'S USED TO DETECT

01:08PM  20   PREGNANCIES.

01:08PM  21   Q.   AND DID THERANOS OFFER AN HCG TEST DURING YOUR TIME AS LAB

01:08PM  22   DIRECTOR?

01:08PM  23   A.   YES.

01:08PM  24   Q.   AND DO YOU RECALL WHAT DEVICE THERANOS USED TO PERFORM THE

01:08PM  25   HCG TEST?

ER-2400

01:08PM   1    A.   IT STARTED OFF ON THE IMMULITE AND THEN WENT OVER TO THE

01:08PM   2    EDISON.

01:08PM   3    Q.   DURING YOUR TIME AT THERANOS, DID YOU SEE PROBLEMS WITH

01:08PM   4    THE ACCURACY OF THE HCG TESTS ON THE EDISON?

01:08PM   5    A.   YES, I DID.

01:08PM   6    Q.   CAN I ASK YOU TO LOOK AT TAB 4836, PLEASE.

01:09PM   7    A.   I HAVE IT.  I HAVE IT.

01:09PM   8    Q.   OKAY.  AND LET'S START ON, LET'S SEE, PAGE 6, PLEASE.

01:09PM   9         AND, FIRST OF ALL, IS THIS AN EMAIL CHAIN BETWEEN YOU AND

01:09PM  10    OTHER INDIVIDUALS AT THERANOS ABOUT PRECISION OF THE HCG ASSAY?

01:09PM  11    A.   JUST GIVE ME A SECOND SO I CAN SCROLL BACK TO THE

01:09PM  12    BEGINNING.

01:09PM  13    Q.   OF COURSE.

01:09PM  14    A.   WHOOPS.

01:09PM  15         YES, THE SUBJECT IS HCG PRECISION.

01:09PM  16    Q.   AND DO YOU SEE THAT BOTH MR. BALWANI AND MS. HOLMES ARE ON

01:09PM  17    THIS EMAIL CHAIN?

01:09PM  18    A.   YES.

01:09PM  19              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4836.

01:09PM  20              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

01:10PM  21              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:10PM  22         (GOVERNMENT'S EXHIBIT 4836 WAS RECEIVED IN EVIDENCE.)

01:10PM  23    BY MR. BOSTIC:

01:10PM  24    Q.   AND LET'S GO TO PAGE 6 TO THE ORIGINAL EMAIL ON THIS

01:10PM  25    CHAIN.

ROSENDORFF DIRECT BY MR. BOSTIC                3321

01:10PM  1          DO YOU SEE THIS BEGINS WITH AN EMAIL THAT YOU'RE NOT ON TO

01:10PM  2     DANIEL YOUNG AND TO KARTHIK JAYASURYA.

01:10PM  3          AND SHARADA SIVARAMAN WRITES, "DID YOU HAVE A CHANCE TO GO

01:10PM  4     OVER HCG PRECISION DATA?"

01:10PM  5          AND THEN IT SAYS, "I AM CONCERNED ABOUT THE PROGRESSIVE

01:10PM  6     JUMP IN SIGNAL THAT WE SAW AND WANTED TO KNOW AHEAD OF TIME IF

01:10PM  7     A REPEAT EXERCISE IS REQUIRED."

01:10PM  8          DO YOU SEE THAT?

01:10PM  9     A.   YES.

01:10PM 10     Q.   LET'S LOOK AT PAGE 5, AND THE BOTTOM OF THE PAGE TO

01:10PM 11     CAPTURE THAT BOTTOM MESSAGE.

01:10PM 12          WE SEE HERE KARTHIK WRITES BACK, "ACCORDING TO DOCUMENT

01:11PM 13     SENT BY ADAM, DECISION LEVELS ARE AS FOLLOWS?"

01:11PM 14          DO YOU SEE THAT?

01:11PM 15     A.   YES.

01:11PM 16     Q.   AND CAN YOU ORIENT US HERE, WHAT STAGE IN THE PROCESS WAS

01:11PM 17     THIS, AND DO YOU RECALL WHAT KIND OF INFORMATION YOU WOULD HAVE

01:11PM 18     BEEN PROVIDING AT THIS STAGE?

01:11PM 19     A.   YEAH, ABSOLUTELY.

01:11PM 20          THIS IS DURING PRE-VALIDATION WHERE MY ROLE IS TO SAY WHAT

01:11PM 21     LEVELS OF THIS PREGNANCY HORMONE ARE CLINICALLY SIGNIFICANT OR

01:11PM 22     ARE USED AS TRIGGERS TO MAKE A CLINICAL DECISION?

01:11PM 23          AND ONE LEVEL THAT IS REALLY IMPORTANT IS THAT LEVEL OF 5,

01:11PM 24     BECAUSE ABOVE THAT LEVEL A WOMAN IS PREGNANT.

01:11PM 25     Q.   OKAY.  LET'S LOOK AT PAGE 4.  SO WE'RE MOVING FORWARD IN

01:11PM  1    TIME, AND WE SEE SOME EMAILS FROM YOU IN THIS EMAIL CHAIN.

01:11PM  2         AND DO YOU SEE GENERALLY THERE IS DISCUSSION ABOUT THOSE

01:11PM  3    DECISION LEVELS, WHAT ARE THE IMPORTANT CONCENTRATIONS FOR THIS

01:12PM  4    ANALYTE?

01:12PM  5    A.   YES.

01:12PM  6    Q.   OKAY.  AND DO YOU SEE THAT DANIEL YOUNG ASKS YOU ABOUT

01:12PM  7    ALLOWABLE ERRORS AT EACH OF THOSE LEVELS?

01:12PM  8    A.   YES.

01:12PM  9    Q.   AND WHAT DOES THAT MEAN?

01:12PM  10   A.   THE ALLOWABLE ERROR IS THE -- HOW MUCH ERROR OR INACCURACY

01:12PM  11   IN THE TEST IS GOING TO BE ALLOWED, AND IT'S THE SUM OF THE CV

01:12PM  12   OF PRECISION AND THE ACCURACY OR THE BIAS AS I'VE DISCUSSED

01:12PM  13   PREVIOUS.

01:12PM  14   Q.   OKAY.  LET'S LOOK AT THE TOP OF PAGE 3 IN THIS CHAIN.

01:12PM  15        AND DO YOU SEE THERE'S AN EMAIL FROM KARTHIK JAYASURYA TO

01:12PM  16   YOU AND OTHERS WHERE HE ASKS YOU, "IS THERE A WAY WE CAN RELAX

01:12PM  17   THE TAE CRITERIA AT THIS 50 LEVEL CONCENTRATION?"

01:12PM  18        DO YOU SEE THAT?

01:12PM  19   A.   YES.

01:12PM  20   Q.   AND IT SAYS, "CURRENTLY, OUR PRECISION STANDS AT

01:13PM  21   23 PERCENT WHICH IS MUCH MORE THAN TAE (15 PERCENT)."

01:13PM  22   A.   YES.

01:13PM  23   Q.   CAN YOU EXPLAIN WHAT THIS MEANS?

01:13PM  24   A.   SO TAE IS THE SUM OF THE PRECISION AND ACCURACY.

01:13PM  25        HERE THE PRECISION IS ALREADY 23 PERCENT, WHICH IS HIGHER

01:13PM  1    THAN THE TOTAL ERROR THAT IS ALLOWABLE, SO AT THIS DECISION

01:13PM  2    LEVEL, THE VALIDATION IS FAILING.

01:13PM  3    Q.   OKAY.  LET'S LOOK AT YOUR RESPONSE ON PAGE 2.

01:13PM  4         AND YOU WRITE IN YOUR EMAIL BACK AT THE BOTTOM OF THE

01:13PM  5    FIRST PARAGRAPH THERE, "MY CONCERN WITH RELAXING THE TOTAL

01:13PM  6    ALLOWABLE ERROR AROUND OR NEAR A DECISION POINT IS MAKING THE

01:13PM  7    WRONG CALL FOR A PATIENT."

01:13PM  8         DO YOU SEE THAT?

01:13PM  9    A.   YES.

01:13PM  10   Q.   AND THEN BELOW THAT YOU INCLUDE THE CV'S FOR THE IMMULITE

01:13PM  11   ASSAY; IS THAT CORRECT?

01:13PM  12   A.   YES.

01:13PM  13   Q.   OKAY.  AND IF WE JUST LOOK AT THAT TABLE BRIEFLY.

01:13PM  14        DO YOU SEE FOR THE IMMULITE ASSAY, THE CV NUMBERS WERE

01:14PM  15   SIGNIFICANTLY LOWER THAN WHAT THERANOS WAS SEEING FOR ITS HCG

01:14PM  16   ASSAY AT THIS TIME?

01:14PM  17   A.   YES.

01:14PM  18   Q.   LET'S GO TO PAGE 1.  LET'S LOOK AT THE BOTTOM OF THAT

01:14PM  19   PAGE.

01:14PM  20        AND SHARADA SIVARAMAN EMAILS MR. BALWANI INDIVIDUALLY

01:14PM  21   ABOUT THIS ON OCTOBER 30TH, 2013.

01:14PM  22        DO YOU SEE THAT?

01:14PM  23   A.   YES.

01:14PM  24   Q.   AND THE SUBJECT LINE IS HCG PRECISION.

01:14PM  25        AND SHE WRITES TO TELL HIM, "THE REPEAT EXERCISE OF ENTIRE

01:14PM  1      PRECISION WAS COMPLETED ON TUESDAY AND THE DATA WAS SENT OUT TO

01:14PM  2      DANIEL AND KARTHIK."

01:14PM  3          SHE THEN SAYS, "WE STILL DO NOT PASS AT THE THIRD

01:14PM  4      PRECISION LEVEL BECAUSE OUR PRECISION AT THAT LEVEL IS

01:14PM  5      23 PERCENT BUT WE ARE ONLY ALLOWED TAE OF 15 PERCENT."

01:15PM  6          DO YOU SEE MR. BALWANI BEING INFORMED OF THAT?

01:15PM  7      A.   YES, I SEE THAT.

01:15PM  8      Q.   ABOVE THAT MESSAGE, HE THEN EMAILS DANIEL YOUNG,

01:15PM  9      SAMARTHA ANEKAL, AND ELIZABETH HOLMES, NOTING THAT THE

01:15PM  10     PRECISION HAD BEEN RUN TWICE AT THAT POINT.

01:15PM  11         DO YOU SEE THAT?

01:15PM  12     A.   YES.

01:15PM  13     Q.   AND HE ASKS OTHERS TO LOOK INTO IT AND FIGURE OUT WHY THE

01:15PM  14     COMPANY IS MISSING THAT.

01:15PM  15         DO YOU SEE THAT?

01:15PM  16     A.   YES.

01:15PM  17     Q.   LET'S CONTINUE TO TRACK SOME ISSUES WITH THE HCG ASSAY.

01:15PM  18         LET'S GO TO TAB 4145 IN YOUR BINDER NEXT.

01:15PM  19     A.   I HAVE IT.

01:15PM  20     Q.   AND AT 4145, DO YOU SEE AN EMAIL CHAIN INCLUDING

01:16PM  21     INDIVIDUALS AT THERANOS AND INCLUDING MR. BALWANI AND

01:16PM  22     MS. HOLMES RELATING TO HCG RESULTS?

01:16PM  23     A.   YES.

01:16PM  24             MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4145.

01:16PM  25             MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

01:16PM 1          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:16PM 2          (GOVERNMENT'S EXHIBIT 4145 WAS RECEIVED IN EVIDENCE.)

01:16PM 3     BY MR. BOSTIC:

01:16PM 4     Q.   LET'S START AT THE BOTTOM HALF OF PAGE 3.

01:16PM 5          DO YOU SEE THAT THIS BEGINS WITH AN EMAIL FROM SOMEONE

01:16PM 6     NAMED AMELIA AGUIRRE TO CLS@THERANOS.COM?

01:16PM 7     A.   YES.

01:16PM 8     Q.   AND DO YOU KNOW WHAT CLS STANDS FOR AT THE COMPANY?

01:16PM 9     A.   CLS IS CLINICAL LABORATORY SCIENTISTS.  THESE ARE PEOPLE

01:16PM 10    WITH TRAINING AND CERTIFICATION TO RELEASE PATIENT RESULTS.

01:16PM 11    Q.   OKAY.  AND THIS EMAIL SAYS, "PHYSICIAN IS CALLING ABOUT

01:17PM 12    RESULTS FOR HCG.  NOTES IN LIS INDICATE HCG RESULTS ARE OORL,

01:17PM 13    DO NOT RELEASE UNTIL FURTHER NOTICE."

01:17PM 14         DO YOU SEE THAT?

01:17PM 15    A.   YES.

01:17PM 16    Q.   AND WHAT WAS HAPPENING HERE?  AND WHAT DOES OORL MEAN?

01:17PM 17    A.   OORL IS OUT OF REFERENCE RANGE LOW.

01:17PM 18    Q.   AND WHAT WOULD THE SIGNIFICANCE OF THAT BE IN CONNECTION

01:17PM 19    WITH THIS KIND OF HCG TEST?

01:17PM 20    A.   CORRECTION.  OORL IS OUT OF REPORTABLE RANGE LOW.

01:17PM 21         THE SIGNIFICANCE WAS THAT THE LABORATORY INFORMATION

01:17PM 22    SYSTEM HAD FLAGGED THIS RESULT AND THAT THE CLS HAD CAUGHT

01:17PM 23    THIS, AND SHE'S SAYING, YOU KNOW, DON'T RELEASE THIS UNTIL

01:17PM 24    FURTHER NOTICE.

01:17PM 25    Q.   OKAY.  LET'S LOOK AT THE TOP OF PAGE 3.

ROSENDORFF DIRECT BY MR. BOSTIC                                3326

01:17PM  1          AND WE SEE SOME MORE DETAILS REPORTED ABOUT THIS HCG

01:18PM  2   RESULT; CORRECT?

01:18PM  3   A.   YES.

01:18PM  4   Q.   AND IT READS, "IN ESSENCE, THE HCG VALUE FOR THIS PATIENT

01:18PM  5   WAS HIGH ON MAY 21ST (INDICATING PREGNANCY) AND THEN DROPPED

01:18PM  6   VERY VERY LOW ON MAY 23RD, POSSIBLY INDICATING A MISCARRIAGE OR

01:18PM  7   ABORTION."

01:18PM  8          DO YOU SEE THAT?

01:18PM  9   A.   YES.

01:18PM 10   Q.   AND IT SAYS, "SO WE WANT TO BE CAREFUL WITH THIS ONE."

01:18PM 11          DID I READ THAT CORRECTLY?

01:18PM 12   A.   YES.

01:18PM 13   Q.   OKAY.  LET'S GO TO PAGE 2 AND ZOOM IN ON THE TOP

01:18PM 14   TWO-THIRDS OF THE PAGE.

01:18PM 15          DO YOU SEE THERE'S A MESSAGE FROM MR. BALWANI TO

01:18PM 16   DANIEL YOUNG ABOUT THIS RESULT?

01:18PM 17          HE SAYS, "PLEASE KEEP ME IN LOOP ON THIS.  I ASSUME THIS

01:18PM 18   WAS RUN ON EDISONS?"

01:18PM 19          DO YOU SEE THAT?

01:18PM 20   A.   YES.

01:18PM 21   Q.   AND AROUND THIS TIME, WAS THERANOS OFFERING AN HCG TEST ON

01:18PM 22   ITS EDISON ANALYZER?

01:19PM 23   A.   YES.

01:19PM 24   Q.   AND LET'S LOOK AT THE TOP OF THIS PAGE.  ACTUALLY, WE'RE

01:19PM 25   THERE ALREADY.

01:19PM  1          WE SEE THERE'S A RESPONSE TO MR. BALWANI INDICATING, YES,

01:19PM  2     THE TEST WAS RUN ON EDISONS.

01:19PM  3          DO YOU SEE THAT?

01:19PM  4     A.   YES.

01:19PM  5     Q.   LET'S GO TO PAGE 1 AND LOOK AT THE TOP HALF.

01:19PM  6          DO YOU SEE HERE THAT DANIEL YOUNG GIVES MR. BALWANI SOME

01:19PM  7     MORE INFORMATION ABOUT THIS HCG RESULT AND HE SAYS, "PHYSICIAN

01:19PM  8     NOTED THAT IT WOULD BE SURPRISING TO SEE THE COUNT DROP SO

01:19PM  9     MUCH, EVEN WITH A MISCARRIAGE.  HENCE THE AGREEMENT TO COLLECT

01:19PM  10    ANOTHER SAMPLE."

01:19PM  11         DO YOU SEE THAT?

01:19PM  12    A.   YES.

01:19PM  13    Q.   AND THEN AT THE TOP OF THE PAGE MS. HOLMES WRITES TO

01:19PM  14    MR. BALWANI INDIVIDUALLY, AND SHE SAYS, "I'VE DONE MANY

01:19PM  15    MEETINGS ON THIS TODAY."

01:19PM  16         DO YOU SEE THAT?

01:19PM  17    A.   YES.

01:19PM  18    Q.   OKAY.  WE CAN PUT THAT ASIDE.

01:20PM  19         LET'S LOOK AT 4147.

01:20PM  20    A.   OKAY.

01:20PM  21    Q.   AROUND THIS TIME PERIOD, SO IN MAY OF 2014, DID YOU HAVE

01:20PM  22    CONCERNS AS LABORATORY DIRECTOR ABOUT THE ACCURACY AND

01:20PM  23    RELIABILITY OF THERANOS'S HCG ASSAY?

01:20PM  24    A.   YES, I DID.

01:20PM  25    Q.   AND WHAT WERE THOSE CONCERNS BASED ON?

01:20PM  1    A.   MY CONCERNS WERE BASED ON WILDLY FLUCTUATING HCG LEVELS ON

01:20PM  2    ORIGINAL TESTING AND RETESTING EVEN ON THE SAME SAMPLE, AND

01:20PM  3    ALSO ON CONSECUTIVE SAMPLES.

01:20PM  4    Q.   AT 4147, ARE WE LOOKING AT AN EMAIL FROM YOU TO OTHERS AT

01:20PM  5    THERANOS RELAYING A DECISION BASED ON THOSE CONCERNS?

01:20PM  6    A.   YES.

01:20PM  7              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4147.

01:20PM  8              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

01:20PM  9              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:21PM 10        (GOVERNMENT'S EXHIBIT 4147 WAS RECEIVED IN EVIDENCE.)

01:21PM 11    BY MR. BOSTIC:

01:21PM 12    Q.   OKAY.  AND LET'S ZOOM IN ON YOUR FIRST EMAIL ON THE BOTTOM

01:21PM 13    OF THE PAGE.

01:21PM 14        YOU SENT AN EMAIL ON FRIDAY, MAY 30TH, 2014, AND IT SAYS

01:21PM 15    TO CLS.

01:21PM 16        WAS THIS TO ONE PERSON OR MORE THAN ONE?

01:21PM 17    A.   IT WAS TO THE CLS GROUP EMAIL.

01:21PM 18    Q.   AND THE SUBJECT IS HCG TESTING, AND YOU MARK IT HIGH

01:21PM 19    IMPORTANCE.

01:21PM 20        DO YOU SEE THAT?

01:21PM 21    A.   YES.

01:21PM 22    Q.   AND YOU WRITE IN ALL CAPS, "NUMBER 1, ALL FURTHER HCG

01:21PM 23    TESTING (CTN OR VACUTAINER) IS TO BE RUN ON THE IMMULITE."

01:21PM 24        DO YOU SEE THAT?

01:21PM 25    A.   YES.

ROSENDORFF DIRECT BY MR. BOSTIC                              3329

01:21PM   1    Q.   AND NUMBER 2 SAYS, "HOLD ALL EDISON CTN RESULTS -- DO NOT

01:21PM   2    RELEASE."

01:21PM   3         DO YOU SEE THAT?

01:21PM   4    A.   YES.

01:21PM   5    Q.   AND WHAT DECISION WERE YOU MAKING HERE, AND WHY?

01:21PM   6    A.   I WAS MAKING THE DECISION TO DISCONTINUE HCG TESTING ON

01:21PM   7    THE EDISON BECAUSE I DIDN'T TRUST IT, AND TO MOVE IT ON TO THE

01:22PM   8    IMMULITE, BACK ON TO THE IMMULITE.

01:22PM   9    Q.   AND WAS THIS SOMETHING THAT YOU DID LIGHTLY OR IMPULSIVELY

01:22PM  10    AT THERANOS AS LAB DIRECTOR?

01:22PM  11    A.   NO.  I KNEW IT WAS GOING TO BE A VERY, VERY UNPOPULAR

01:22PM  12    DECISION.

01:22PM  13    Q.   WHAT MADE YOU THINK THAT THIS WAS GOING TO BE AN UNPOPULAR

01:22PM  14    DECISION, AND WHO DID YOU THINK IT WAS GOING TO BE UNPOPULAR

01:22PM  15    WITH?

01:22PM  16    A.   WITH SUNNY AND ELIZABETH.  THEY WERE REALLY PUSHING FOR

01:22PM  17    MORE AND MORE TESTS TO BE RUN ON THE EDISONS.

01:22PM  18    Q.   SO DESPITE KNOWING THAT IT WAS GOING TO BE UNPOPULAR WITH

01:22PM  19    YOUR BOSSES, WHY DID YOU DECIDE TO MAKE THIS DECISION AND SEND

01:22PM  20    THIS EMAIL?

01:22PM  21    A.   TO PROTECT WOMEN.

01:22PM  22    Q.   ARE YOU TALKING ABOUT THE PATIENTS WHO WERE RELYING ON

01:22PM  23    THERANOS?

01:22PM  24    A.   THE PATIENTS, YES.

01:22PM  25    Q.   LET'S ZOOM OUT AND LOOK AT THE TOP PORTION OF THIS PAGE.

ER-2410

ROSENDORFF DIRECT BY MR. BOSTIC                    3330

01:22PM  1          AND DO YOU SEE AT THE TOP MR. BALWANI FORWARDS THE EMAIL

01:23PM  2   THAT YOU SENT TO CLS TO MS. HOLMES INDIVIDUALLY?

01:23PM  3          DO YOU SEE THAT?

01:23PM  4   A.   YES.

01:23PM  5   Q.   DO YOU KNOW WHETHER MR. BALWANI WAS PART OF THE CLS EMAIL

01:23PM  6   GROUP?

01:23PM  7   A.   I DO NOT RECALL.

01:23PM  8   Q.   DID MR. BALWANI HAVE A POSITION WITHIN THE THERANOS

01:23PM  9   CLINICAL LAB?

01:23PM 10   A.   NO, HE DID NOT.

01:23PM 11   Q.   TO BE A CLS --

01:23PM 12   A.   JUST A CLARIFICATION.  HE DID NOT HAVE A -- HE WAS NOT ON

01:23PM 13   THE ROSTER, THE LIST OF PERSONNEL THAT WE SENT TO CMS.

01:23PM 14   Q.   WHAT DOES CLS STAND FOR?

01:23PM 15   A.   CMS?  I'M SORRY?

01:23PM 16   Q.   CLS.

01:23PM 17   A.   OH, CLS.  CLINICAL LABORATORY SCIENTIST.

01:23PM 18   Q.   AND DOES A CLINICAL LABORATORY SCIENTIST HAVE TO HAVE

01:23PM 19   CERTAIN CREDENTIALS OR QUALIFICATIONS?

01:23PM 20   A.   YES.

01:23PM 21   Q.   AND WHAT ARE THOSE?

01:23PM 22   A.   THEY HAVE TO HAVE COMPLETED TRAINING IN A -- CLS IS A

01:24PM 23   CALIFORNIA SPECIFIC QUALIFICATION.  IT'S RECOGNIZED BY

01:24PM 24   LABORATORY FIELD SERVICES, PART OF CALIFORNIA DEPARTMENT OF

01:24PM 25   PUBLIC HEALTH.

ER-2411

01:24PM   1           THOSE FOLKS HAVE TO GO THROUGH A TRAINING PROGRAM, THEY

01:24PM   2   HAVE TO TAKE AN EXAM.

01:24PM   3   Q.   DID MR. BALWANI HAVE THOSE QUALIFICATIONS AS YOU

01:24PM   4   UNDERSTOOD IT?

01:24PM   5   A.   NO, HE DID NOT.

01:24PM   6   Q.   WAS MR. BALWANI A CLINICAL LAB SCIENTIST AT THERANOS AS

01:24PM   7   FAR AS YOU KNEW?

01:24PM   8   A.   NO, HE WAS NOT.

01:24PM   9   Q.   OKAY.  WE CAN PUT THAT ASIDE.

01:24PM  10           AND LET'S GO TO 4840.

01:24PM  11           LET ME ASK, AS YOU TURN THERE, DO YOU REMEMBER ANY

01:24PM  12   IN-PERSON CONVERSATIONS WITH MR. BALWANI OR MS. HOLMES AROUND

01:24PM  13   THIS TIME PERIOD ABOUT HCG TESTING?

01:24PM  14   A.   YES.

01:25PM  15   Q.   WHAT DO YOU REMEMBER ABOUT THOSE CONVERSATIONS?

01:25PM  16   A.   I REMEMBER ENCOUNTERING ELIZABETH IN THE FRONT SECTION OF

01:25PM  17   THE OFFICE IN PALO ALTO AND HER ASKING ME HOW THINGS ARE GOING

01:25PM  18   AND ME SAYING THAT I WAS FREAKING OUT.

01:25PM  19   Q.   AND DID YOU EXPLAIN WHAT YOU WERE FREAKING OUT ABOUT WHEN

01:25PM  20   MS. HOLMES ASKED YOU?

01:25PM  21   A.   YES.

01:25PM  22   Q.   AND WHAT DID YOU TELL HER?

01:25PM  23   A.   I TOLD HER THAT OUR HCG TESTING WAS CAUSING HARM.

01:25PM  24   Q.   AND HOW DID MS. HOLMES REACT TO HEARING FROM HER LAB

01:25PM  25   DIRECTOR THAT THE THERANOS HCG TEST WAS CAUSING HARM?

01:25PM 1    A.   SHE SEEMED FAIRLY COMPOSED, THAT IT WAS JUST ANOTHER

01:25PM 2    PROBLEM TO SOLVE.

01:25PM 3    Q.   AND GOING FORWARD, FOLLOWING YOUR EMAIL WHERE YOU DECIDED

01:26PM 4    TO STOP USING THE THERANOS ANALYZER FOR HCG TESTING --

01:26PM 5    A.   YES.

01:26PM 6    Q.   -- DID THERANOS, IN FACT, CEASE ALL USE OF THE EDISON FOR

01:26PM 7    HCG?

01:26PM 8    A.   MY UNDERSTANDING WAS NO, THAT IT WENT BACK ON THE IMMULITE

01:26PM 9    WITHOUT MY KNOWLEDGE.

01:26PM 10   Q.   YOU SAID IT WENT BACK ON THE IMMULITE --

01:26PM 11   A.   I'M SORRY.  IT WENT BACK ON THE EDISON WITHOUT MY

01:26PM 12   KNOWLEDGE.

01:26PM 13   Q.   OKAY.  LET'S LOOK AT 4840.

01:26PM 14        DO YOU HAVE THAT IN FRONT OF YOU?

01:26PM 15   A.   YES.

01:26PM 16   Q.   AND IS THIS ANOTHER EMAIL CHAIN INTERNALLY AT THERANOS,

01:26PM 17   INCLUDING MR. BALWANI, AND RELATING TO THE STATUS OF SOME HCG

01:26PM 18   RESULTS?

01:26PM 19   A.   YES.

01:26PM 20        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4840.

01:26PM 21        MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

01:27PM 22        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:27PM 23        (GOVERNMENT'S EXHIBIT 4840 WAS RECEIVED IN EVIDENCE.)

01:27PM 24   BY MR. BOSTIC:

01:27PM 25   Q.   OKAY.  AND WE'VE REDACTED SOME PATIENT INFORMATION HERE,

ROSENDORFF DIRECT BY MR. BOSTIC                                    3333

01:27PM  1    DR. ROSENDORFF, SO I'LL ASK YOU NOT TO READ OUT LOUD THAT

01:27PM  2    PORTION OF IT.

01:27PM  3        BUT LOOKING AT PAGE 3, DO YOU SEE THAT THERE IS AN EMAIL

01:27PM  4    FROM AMELIA AGUIRRE ABOUT A PHYSICIAN LOOKING FOR RESULTS FOR A

01:27PM  5    PATIENT WITH AN HCG TEST?

01:27PM  6    A.   YES.

01:27PM  7    Q.   OKAY.  AND LET'S LOOK ABOVE THAT AT THE RESPONSE FROM

01:27PM  8    ROMINA RIENER.

01:27PM  9        DO YOU SEE THAT SHE WRITES, "WE RAN THAT SAMPLE YESTERDAY

01:27PM  10   BUT THE RESULTS CAME OUT INVALID (FAILED RUN).  IT IS STILL

01:27PM  11   PENDING A RERUN."

01:27PM  12       DO YOU SEE THAT?

01:27PM  13   A.   YES.

01:27PM  14   Q.   AND WHAT WAS A FAILED RUN OR AN INVALID RESULT ON AN

01:27PM  15   EDISON?

01:27PM  16   A.   IT BASICALLY MEANS THAT THE EDISON EITHER ABORTED BEFORE

01:28PM  17   IT COULD COMPLETE THE RUN, OR IT DIDN'T PRODUCE ACCEPTABLE DATA

01:28PM  18   WITHIN THE INSTRUMENT.

01:28PM  19   Q.   OKAY.  LET'S KEEP FOLLOWING THIS CHAIN AND GO TO PAGE 2,

01:28PM  20   SO MOVING FORWARD IN TIME.

01:28PM  21       AND LET'S ZOOM IN ON THE BOTTOM THIRD OF THE PAGE.

01:28PM  22       DO YOU SEE AN EMAIL FROM MAX FOSQUE THAT SAYS "I BELIEVE

01:28PM  23   TINA JUST BROUGHT THIS UPSTAIRS, WE CAN RUN NEAT ON THE

01:28PM  24   IMMULITE."

01:28PM  25       DO YOU SEE THAT?

ER-2414

ROSENDORFF DIRECT BY MR. BOSTIC                    3334

01:28PM  1    A.   YES.

01:28PM  2    Q.   AND CAN YOU REMIND US WHAT PARTS OF THE LAB WERE UPSTAIRS

01:28PM  3    VERSUS DOWNSTAIRS?

01:28PM  4    A.   UPSTAIRS SUNNY CALLED IT JURASSIC PARK.  IT WAS THE FDA

01:28PM  5    APPROVED INSTRUMENTS, FDA APPROVED INSTRUMENTS.

01:28PM  6    Q.   IN OTHER WORDS, THE NON-THERANOS COMMERCIALLY AVAILABLE

01:28PM  7    DEVICES?

01:28PM  8    A.   RIGHT.

01:28PM  9    Q.   AND WAS THE IMMULITE ONE OF THOSE?

01:28PM  10   A.   YES.

01:28PM  11   Q.   TINA LIN REPORTS SHE BROUGHT THE SAMPLE UPSTAIRS, BUT HODA

01:29PM  12   SAID THEY CAN'T RUN IT.

01:29PM  13        DO YOU SEE THAT?

01:29PM  14   A.   YES.

01:29PM  15   Q.   AND LET'S KEEP SCROLLING UP.  AND THERE'S ANOTHER MESSAGE

01:29PM  16   FROM TINA LIN JUST ON THAT SAME PAGE, STILL ON 2, WHERE MS. LIN

01:29PM  17   SAYS, "WE'RE MINUTES AWAY FROM FINDING OUT WHETHER HCG ON

01:29PM  18   EITHER OF THE EDISON DEVICES HAVE PASSED."

01:29PM  19        DO YOU SEE THAT?

01:29PM  20   A.   YES.

01:29PM  21   Q.   AND WHAT IS THAT REFERRING TO?

01:29PM  22   A.   IT'S REFERRING TO RUNNING QC ON EITHER OF THE EDISON

01:29PM  23   DEVICES, WHICH I TAKE TO MEAN THAT THERE WERE ONLY TWO THAT

01:29PM  24   WERE BEING USED FOR HCG, AND THAT THEY WERE CLOSE TO

01:29PM  25   DETERMINING WHETHER THE QC PASSED.

ER-2415

ROSENDORFF DIRECT BY MR. BOSTIC                          3335

01:29PM  1   Q.   SO, IN OTHER WORDS, WHETHER THOSE EDISON DEVICES WOULD BE

01:29PM  2   AVAILABLE TO EVEN RUN THIS SAMPLE; CORRECT?

01:29PM  3   A.   YES.

01:29PM  4   Q.   LET'S LOOK AT PAGE 1, SO AGAIN MOVING FORWARD IN TIME.

01:29PM  5   ZOOM IN ON THE BOTTOM.

01:30PM  6        AND DO YOU SEE THAT MS. LIN FOLLOWS UP AND REPORTS, "LEVEL

01:30PM  7   2 FOR HCG JUST BARELY FAILED ON BOTH READERS, SORRY."

01:30PM  8        DO YOU SEE THAT?

01:30PM  9   A.   YES.

01:30PM 10   Q.   AND DOES IT MEAN THAT THOSE READERS, ACCORDING TO QUALITY

01:30PM 11   CONTROL, COULDN'T BE COUNTED ON TO RUN THE HCG SAMPLE THAT DAY?

01:30PM 12   A.   CORRECT.

01:30PM 13   Q.   AND LET'S SCROLL UP FROM THERE.

01:30PM 14        AND DO YOU SEE A MESSAGE FROM CHRISTIAN HOLMES TO HIS

01:30PM 15   SISTER, ELIZABETH HOLMES?

01:30PM 16   A.   YES, AND TO SUNNY.

01:30PM 17   Q.   AND LET'S LOOK AT THE FIRST ONE, JUST TO MS. HOLMES FIRST,

01:30PM 18   WHERE CHRISTIAN SAYS, "JUST FYI -- HCG RIGHT NOW CAUSING SOME

01:30PM 19   SERIOUS ISSUES AND PATIENT COMPLAINT."

01:30PM 20        DO YOU SEE THAT?

01:30PM 21   A.   YES.

01:30PM 22   Q.   AND ABOVE THAT HE WRITES, "WE ALSO HAVE A CAPACITY ISSUE

01:30PM 23   RIGHT NOW."

01:30PM 24        DO YOU SEE THAT REPORT?

01:30PM 25   A.   YES.

01:31PM   1    Q.   ABOVE THAT DO YOU SEE THAT MS. HOLMES RESPONDS TO

01:31PM   2    CHRISTIAN HOLMES AND INCLUDES MR. BALWANI?

01:31PM   3    A.   YES.

01:31PM   4    Q.   OKAY.  SHE SAYS, "WE'LL CONNECT IN DETAIL ON THIS AS SOON

01:31PM   5    AS I'M OUT."

01:31PM   6         SHE SAYS, "SUNNY, THIS IS ALREADY HANDLED -- JUST FYI."

01:31PM   7         DO YOU SEE THAT?

01:31PM   8    A.   YES.

01:31PM   9    Q.   AND LET'S LOOK AT THE FINAL EMAIL IN THIS CHAIN ON THE TOP

01:31PM  10    OF PAGE 1, AND DO YOU SEE CHRISTIAN HOLMES WRITES TO MS. HOLMES

01:31PM  11    AND MR. BALWANI, AND IN THE SECOND PARAGRAPH, HE SAYS, "AS FOR

01:31PM  12    CURRENT STATUS OF HCG, WE ARE WORKING IN PARALLEL TO RUN SAMPLE

01:31PM  13    ON EDISON AS WELL AS IMMULITE.  BUT FOUND OUT THIS MORNING THAT

01:31PM  14    REAGENTS FOR IMMULITE ARE ON ORDER AND BACK ORDERED."

01:31PM  15         DO YOU SEE THAT?

01:31PM  16    A.   YES.

01:31PM  17    Q.   AND CAN YOU DESCRIBE WHAT THE PROBLEM WAS HERE?

01:31PM  18    A.   THE PROBLEM WAS THAT THERE WERE NOT ENOUGH REAGENTS TO RUN

01:32PM  19    THE HCG ON THE IMMULITE OF THE FDA APPROVED INSTRUMENT.

01:32PM  20    Q.   AND WOULD THAT HAVE BEEN A PROBLEM IF THE EDISON DEVICES

01:32PM  21    COULD HAVE BEEN COUNTED ON THAT DAY TO RUN THE HCG SAMPLE?

01:32PM  22    A.   SORRY.  DID YOU SAY COULDN'T BE COUNTED ON?

01:32PM  23    Q.   WOULD THAT HAVE STILL BEEN A PROBLEM IF THE EDISONS COULD

01:32PM  24    HAVE BEEN USED TO RUN THE HCG?

01:32PM  25    A.   OH, IT WOULDN'T HAVE BEEN A PROBLEM IF YOU COULD HAVE USED

ER-2417

ROSENDORFF DIRECT BY MR. BOSTIC                    3337

01:32PM  1    THE EDISONS, YES.

01:32PM  2    Q.   OKAY.  IF WE CAN PUT THAT ASIDE AND PLEASE TURN TO 4222.

01:32PM  3         BY THE WAY, WE JUST LOOKED AT AN EXHIBIT FROM JUNE 13TH

01:32PM  4    ABOUT -- LESS THAN TWO WEEKS AFTER YOU HAD DECIDED TO TAKE HCG

01:32PM  5    TESTING OFF THE EDISON; CORRECT?

01:32PM  6    A.   YES.

01:32PM  7    Q.   AS FAR AS YOU RECALL, DID YOU EVER GO BACK ON THAT

01:32PM  8    DECISION AND AUTHORIZE THERANOS TO USE THE EDISON TO TEST HCG?

01:33PM  9    A.   I DID NOT.

01:33PM 10    Q.   DO YOU HAVE 4222 IN FRONT OF YOU?

01:33PM 11    A.   YES.

01:33PM 12    Q.   AND AT 4222, DO YOU SEE AN EMAIL CHAIN, AGAIN INTERNAL AT

01:33PM 13    THERANOS, INCLUDING MR. BALWANI AND MS. HOLMES RELATING TO AN

01:33PM 14    HCG ISSUE?

01:33PM 15    A.   YES.

01:33PM 16         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4222.

01:33PM 17         MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

01:33PM 18         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:33PM 19    (GOVERNMENT'S EXHIBIT 4222 WAS RECEIVED IN EVIDENCE.)

01:33PM 20    BY MR. BOSTIC:

01:33PM 21    Q.   LET'S START AT THE VERY BOTTOM OF PAGE 1, AND DO YOU SEE,

01:33PM 22    DR. ROSENDORFF, THAT WE'RE ABOUT TO LOOK AT AN EMAIL FROM

01:34PM 23    ALLISON MARTIN TO SOMEONE NAMED ERIC NELSON, AND THE SUBJECT IS

01:34PM 24    RE LABS?

01:34PM 25    A.   YES.

ROSENDORFF DIRECT BY MR. BOSTIC                                3338

01:34PM 1    Q.   AND LET'S LOOK AT THE CONTENT OF THAT ON THE NEXT PAGE.

01:34PM 2         AND DO YOU SEE THAT ALLISON MARTIN IS WORKING AT AN M.D.

01:34PM 3    OFFICE?

01:34PM 4    A.   YES.

01:34PM 5    Q.   AND SHE EMAILS, AND IN THE SECOND PARAGRAPH SHE SAYS, "WE

01:34PM 6    SENT A PATIENT OF OURS IN FOR HER 48-HOUR REPEAT ON HER QBHCG."

01:34PM 7         DO YOU SEE THAT?

01:34PM 8    A.   YES.

01:34PM 9    Q.   SHE SAYS, "HER INITIAL TEST CAME BACK AT 160 (RUN AT A

01:34PM 10   DIFFERENT LAB) AND WHEN WE SENT HER BACK IN FOR HER REPEAT WITH

01:34PM 11   YOUR LAB, THE RESULTS CAME BACK AT LESS THAN 7.82."

01:34PM 12        DO YOU SEE THAT?

01:34PM 13   A.   YES.

01:34PM 14   Q.   AND THE PERSON FROM THE DOCTOR'S OFFICE WRITES, "BECAUSE

01:34PM 15   HER TEST CAME BACK NEGATIVE, WE HAD HER DISCONTINUE HER CURRENT

01:34PM 16   MEDICATIONS AND BEGAN GETTING HER READY FOR HER NEXT CYCLE."

01:34PM 17        DO YOU SEE THAT?

01:35PM 18   A.   YES.

01:35PM 19   Q.   AND THE EMAIL CONTINUES.  "A FEW WEEKS LATER SHE WENT BACK

01:35PM 20   IN FOR ANOTHER QBHCG AND IT CAME BACK AT OVER 2,000.  WE

01:35PM 21   BROUGHT HER IN AND I SCANNED HER AND THERE WAS IN FACT A BABY

01:35PM 22   AND A HEARTBEAT.

01:35PM 23        "OUR CONCERN IS THAT YOUR LAB TOLD US SHE HAD A NEGATIVE

01:35PM 24   PREGNANCY, WE RELAYED THAT TO OUR PATIENT AND CONTINUED OUR

01:35PM 25   PROTOCOL AS SHE WASN'T PREGNANT."

ER-2419

01:35PM  1        DO YOU SEE THAT INFORMATION?

01:35PM  2   A.   YES.

01:35PM  3   Q.   LET'S GO TO PAGE 1 IN THIS EMAIL.  LET'S ZOOM IN ON THE

01:35PM  4   MIDDLE OF THE PAGE.

01:35PM  5        AND DO YOU SEE THERE'S AN EMAIL FROM KIMBERLY ALPHONSO

01:35PM  6   FORWARDING THIS INFORMATION TO CHRISTIAN HOLMES AND

01:35PM  7   SUNNY BALWANI?

01:36PM  8   A.   YES.

01:36PM  9   Q.   AND MR. BALWANI IN TURN SENDS IT TO ELIZABETH HOLMES

01:36PM 10   INDIVIDUALLY WITH THE NOTE "PLEASE SEE BELOW."

01:36PM 11        DO YOU SEE THAT?

01:36PM 12   A.   YES.

01:36PM 13   Q.   AND AT THE TOP OF THIS PAGE, MS. HOLMES ASKS MR. BALWANI,

01:36PM 14   "HOW DID THAT HAPPEN?"

01:36PM 15        AND HE RESPONDS "FINDING OUT."

01:36PM 16        DO YOU SEE THAT?

01:36PM 17   A.   YES.

01:36PM 18   Q.   AND IS THIS ANOTHER EXAMPLE OF PROBLEMS WITH THE THERANOS

01:36PM 19   HCG ASSAY CONTINUING INTO SEPTEMBER 2014?

01:36PM 20   A.   YES.

01:36PM 21   Q.   DURING YOUR TIME AT THE COMPANY, WERE THE ISSUES WITH THE

01:36PM 22   THERANOS HCG ASSAY EVER RESOLVED TO YOUR SATISFACTION?

01:36PM 23   A.   NO.

01:36PM 24   Q.   LET'S TALK ABOUT A DIFFERENT TEST.  AND IF I COULD ASK YOU

01:37PM 25   TO TURN TO EXHIBIT 1555, PLEASE, IN YOUR BINDER.

01:37PM  1    A.   I HAVE IT.

01:37PM  2    Q.   AND AT 1555, DO YOU SEE AN EMAIL CHAIN, INCLUDING YOURSELF

01:37PM  3    AND MR. BALWANI AND OTHERS AT THERANOS, CONCERNING HDL VALUES

01:37PM  4    AT THERANOS?

01:37PM  5    A.   YES.

01:37PM  6         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1555.

01:37PM  7         MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

01:37PM  8         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:37PM  9         (GOVERNMENT'S EXHIBIT 1555 WAS RECEIVED IN EVIDENCE.)

01:37PM  10   BY MR. BOSTIC:

01:37PM  11   Q.   AND LET'S LOOK AT PAGE 4.

01:37PM  12        ON THE FIRST EMAIL IN THIS CHAIN, DO YOU SEE YOU WRITE TO

01:37PM  13   MR. BALWANI AND DANIEL YOUNG, CC'ING ELIZABETH HOLMES, ON

01:37PM  14   FEBRUARY 20TH, 2014?

01:37PM  15   A.   YES.

01:37PM  16   Q.   AND IN YOUR MESSAGE WITH THE SUBJECT LINE HDL VALUES --

01:38PM  17   FIRST OF ALL, WHAT WAS THE HDL TEST AT THERANOS?

01:38PM  18   A.   SO HDL IS HIGH DENSITY LIPO PROTEIN.  IT'S A FORM OF GOOD

01:38PM  19   CHOLESTEROL.

01:38PM  20   Q.   AND WHAT DEVICE DID THERANOS USE TO TEST HDL?

01:38PM  21   A.   THE SIEMENS ADVIA MODIFIED.

01:38PM  22   Q.   OKAY.  SO A THIRD PARTY DEVICE MODIFIED TO RUN IN A

01:38PM  23   THERANOS SPECIFIC WAY?

01:38PM  24   A.   YES.

01:38PM  25   Q.   LOOKING AT PAGE 4 OF YOUR EMAIL, YOU SAY "I WOULD LIKE TO

01:38PM  1    DISCONTINUE P-HDL TESTING, AND REVERT TO LIHEP VACUTAINER

01:38PM  2    SAMPLES FOR HDL, UNTIL WE HAVE FOUND OUT WHAT THE ROOT CAUSE IS

01:38PM  3    FOR THE LOW HDL VALUES, AND CORRECTED THE PROBLEM."

01:38PM  4         DO YOU SEE THAT?

01:38PM  5    A.   YES.

01:38PM  6    Q.   YOU SAY, "I DO NOT FEEL THAT REPORTING THIS HDL IN LIGHT

01:39PM  7    OF THE SPATE OF LOW HDL'S THAT WE HAVE BEEN HAVING IS GOOD

01:39PM  8    MEDICAL PRACTICE."

01:39PM  9         CAN YOU EXPLAIN WHAT YOU WERE SEEING AROUND THIS TIME AND

01:39PM  10   WHY YOU THOUGHT IT WAS NECESSARY TO CEASE THERANOS SPECIFIC

01:39PM  11   TESTING FOR THIS ASSAY?

01:39PM  12   A.   I WAS SEEING, WITH REFERENCE TO THE PREVIOUS EMAIL, THAT

01:39PM  13   THE MEAN HDL HAD DROPPED SIGNIFICANTLY.

01:39PM  14        I WAS ALSO SEEING HDL'S COME OUT OF THE ANALYZERS WITH THE

01:39PM  15   PRETTY LOW VALUES, AND I DIDN'T FEEL THAT IT WAS A GOOD IDEA TO

01:39PM  16   CONTINUE USING THE THERANOS TEST FOR HDL.

01:39PM  17   Q.   LET'S GO FORWARD IN THIS EMAIL CHAIN AND SEE THE

01:39PM  18   RESPONSES.

01:39PM  19        FIRST, LET'S LOOK AT PAGE 2 AT THE TOP.

01:39PM  20   A.   YES, I HAVE IT.

01:39PM  21   Q.   AND DO YOU SEE THERE'S A MESSAGE FROM SUNNY BALWANI TO

01:40PM  22   YOU, DANIEL YOUNG, AND ELIZABETH HOLMES ON THIS TOPIC?

01:40PM  23   A.   YES.

01:40PM  24   Q.   AND HE SAYS, "WE MUST RESOLVE THIS ASAP.

01:40PM  25        "DANIEL, PUT EVERYONE NEEDED ON THIS PROJECT, INCLUDING