No. 22-10338

# In The
# United States Court of Appeals for the Ninth Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

*v.*

RAMESH "SUNNY" BALWANI,

*Defendant-Appellant*.

On Appeal from United States District Court
for the Northern District of California
No. 5:18-cr-00258-EJD-2, Hon. Edward J. Davila

## APPELLANT'S EXCERPTS OF RECORD
## VOLUME 10 OF 26 (PAGES ER-2423 – ER-2717)

Jeffrey B. Coopersmith
Amy Walsh
Stephen A. Cazares
Aaron P. Brecher
Sachi Schuricht
Amari L. Hammonds
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105

Mark S. Davies
James Anglin Flynn
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005
(202) 339-8400

*Counsel for Appellant*

01:40PM 1    SAM AND EREZ, NISHIT AND TINA."

01:40PM 2        AND HE SAYS, "WE CAN'T NOT REVERT BACK TO VENIPUNCTURE FOR

01:40PM 3    HDL."

01:40PM 4        DO YOU SEE THAT?

01:40PM 5    A.   I THINK WHAT HE MEANS IS THAT WE CAN'T -- WELL, I DON'T

01:40PM 6    WANT TO PUT WORDS IN HIS MOUTH, BUT PERHAPS HE MEANS WE CAN'T

01:40PM 7    REVERT BACK TO VENIPUNCTURE FOR HDL.

01:40PM 8    Q.   SO THERE'S EITHER A DOUBLE NEGATIVE OR A TYPO HAPPENING

01:40PM 9    HERE?

01:40PM 10   A.   YES.

01:40PM 11   Q.   AND LET ME ASK YOU, BASED ON YOUR CONVERSATIONS WITH

01:40PM 12   MR. BALWANI AROUND THIS TIME, WAS HE SUPPORTIVE OF THE IDEA OF

01:40PM 13   DISCONTINUING THERANOS TESTING AND USING COMMERCIALLY AVAILABLE

01:40PM 14   MACHINES INSTEAD?

01:40PM 15   A.   NO, HE WAS NOT.

01:40PM 16   Q.   OKAY.  WE CAN PUT THAT ASIDE.

01:41PM 17       AND LET'S GO TO 4116.

01:41PM 18   A.   OKAY.

01:41PM 19   Q.   AND AT 4116, DO YOU SEE AN EMAIL CHAIN INCLUDING A

01:41PM 20   DISCUSSION BETWEEN YOU, MR. BALWANI, AND OTHERS ABOUT A

01:41PM 21   BICARBONATE TEST?

01:41PM 22   A.   YES.

01:41PM 23           MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4116.

01:41PM 24           MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

01:41PM 25           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

ER-2424

01:41PM 1        (GOVERNMENT'S EXHIBIT 4116 WAS RECEIVED IN EVIDENCE.)

01:41PM 2    BY MR. BOSTIC:

01:41PM 3    Q.   AND, DR. ROSENDORFF, WAS BICARBONATE, OR CO2, YET ANOTHER

01:41PM 4    TEST OFFERED BY THERANOS DURING THIS TIME PERIOD?

01:41PM 5    A.   YES.

01:41PM 6    Q.   WHAT WAS BICARBONATE?  WHAT WAS ITS CLINICAL SIGNIFICANCE?

01:41PM 7    A.   BICARBONATE GOES UP IN PATIENTS WITH OBSTRUCTIVE LUNG

01:42PM 8    DISEASE.  IT BASICALLY TRAPS CO2 AND IT CHANGES THE ACID BASE

01:42PM 9    IN THE BLOOD.

01:42PM 10   Q.   OKAY.  AND LOOKING AT THIS EMAIL, AND ZOOMING IN ON YOUR

01:42PM 11   MESSAGE TO MR. BALWANI AND MARK PANDORI, THIS IS MARCH 31ST,

01:42PM 12   2014; CORRECT?

01:42PM 13   A.   YES.

01:42PM 14   Q.   AND YOU WRITE, "HI SUNNY,

01:42PM 15       "AT LEAST 2/3 OF OUR PATIENTS ARE READING BELOW THE NORMAL

01:42PM 16   RANGE FOR BICARBONATE."

01:42PM 17       YOU THEN SAY, "I DO NOT EXPECT OUTPATIENTS TO HAVE

01:42PM 18   ABNORMAL BICARB VALUES."

01:42PM 19       DO YOU SEE THAT?

01:42PM 20   A.   YES.

01:42PM 21   Q.   AND YOU THEN REFERENCE A "STUDY WITH SIX DAYS OF DATA THAT

01:42PM 22   ALSO SHOWS THAT BICARB IS READING ABOUT 30 PERCENT LOWER THAN

01:42PM 23   MATCHED VENOUS, EVEN AFTER THE CORRECTION OF THE VALUE FOR

01:42PM 24   BIAS."

01:42PM 25   A.   YES.

ROSENDORFF DIRECT BY MR. BOSTIC                                    3344

01:42PM  1    Q.   CAN YOU PUT THAT IN PLAIN LANGUAGE FOR US?  WHAT PROBLEM

01:42PM  2    WERE YOU SEEING WITH BICARBONATE TESTING AT THIS TIME?

01:43PM  3    A.   SO THE BICARB RESULTS WE WERE GETTING IN THE LAB WERE

01:43PM  4    GENERALLY VERY LOW.

01:43PM  5         AS I SAY IN THIS EMAIL, TWO-THIRDS OF THE PATIENTS WERE

01:43PM  6    READING BELOW THE NORMAL RANGE FOR BICARB, WHICH I WOULDN'T

01:43PM  7    EXPECT AT ALL WITH HEALTHY PATIENTS WALKING INTO WALGREENS.

01:43PM  8    Q.   AND DID THAT CAUSE YOU TO HAVE CONCERNS ABOUT THE

01:43PM  9    DEPENDABILITY OR THE ACCURACY OF THE TEST?

01:43PM 10    A.   YES, AND THE ABILITY OF THE CONTAINER TO HOLD THE BICARB,

01:43PM 11    HOLD THE C02, BECAUSE MY EXPLANATION WAS THAT THE C02 WAS

01:43PM 12    ESCAPING RAPIDLY FROM THE CONTAINERS.

01:43PM 13    Q.   AND WHEN YOU SAY THE CONTAINERS, WHAT CONTAINERS ARE WE

01:43PM 14    TALKING ABOUT?

01:43PM 15    A.   THE CAPILLARY TUBE AND NANOTAINER, THE CTN CONTAINER.

01:43PM 16    Q.   AND THAT WAS A THERANOS-SPECIFIC DEVICE?

01:44PM 17    A.   YES.

01:44PM 18    Q.   IN SEEING THESE RESULTS AND THEORIZING ABOUT THE LOSS OF

01:44PM 19    BICARBONATE FROM THE SAMPLES, WERE YOU LOOKING AT AN ISSUE THAT

01:44PM 20    YOU DIDN'T SEE COME UP IN CONVENTIONAL TESTING FOR BICARBONATE?

01:44PM 21    A.   YES.

01:44PM 22    Q.   AND THIS WAS SOMETHING THAT WAS UNIQUE TO THERANOS?

01:44PM 23    A.   YES.

01:44PM 24    Q.   LET'S LOOK AT TAB 4189 NEXT.  IT'S 4189.

01:44PM 25    A.   I HAVE IT.

ER-2426

01:44PM 1    Q.   OKAY.  AND AT 4189, DO YOU SEE ANOTHER EMAIL INCLUDING YOU

01:44PM 2    AND MR. BALWANI RELATING TO BICARBONATE RESULTS?

01:45PM 3    A.   YES.

01:45PM 4            MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4189.

01:45PM 5            MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

01:45PM 6            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:45PM 7        (GOVERNMENT'S EXHIBIT 4189 WAS RECEIVED IN EVIDENCE.)

01:45PM 8    BY MR. BOSTIC:

01:45PM 9    Q.   AND LET'S START WITH THE EMAIL AT THE BOTTOM HERE FROM

01:45PM 10   MAX FOSQUE.

01:45PM 11   A.   YES.

01:45PM 12   Q.   AND IT READS, "PER ELIZABETH'S REQUEST, IN THE SHORT TERM,

01:45PM 13   PLEASE DO NOT PUT ANY COMMENT/NOTE ON THE RESULT REPORT IF CO2

01:45PM 14   VALUES ARE VOIDED."

01:45PM 15       DO YOU SEE THAT?

01:45PM 16   A.   YES.

01:45PM 17   Q.   IT SAYS, "IF DOCTORS CALL TO INQUIRE, WE HAVE PROVIDED THE

01:45PM 18   FOLLOWING MESSAGING TO THE CUSTOMER SERVICE TEAM."

01:45PM 19       FIRST OF ALL, WHAT WOULD IT MEAN IF CO2 VALUES WERE VOIDED

01:45PM 20   AT THERANOS, AND WAS THAT SOMETHING THAT YOU WERE SEEING AROUND

01:45PM 21   THIS TIME?

01:45PM 22   A.   YES.  I INSTRUCTED ALL OF THE CO2 VALUES AT THIS TIME TO

01:46PM 23   BE VOIDED.

01:46PM 24       WHAT WOULD IT MEAN?  IT WOULD MEAN THAT THE TESTS THAT THE

01:46PM 25   DOCTORS WERE ORDERING THAT THEY THOUGHT THEY WOULD GET, THEY

ROSENDORFF DIRECT BY MR. BOSTIC                            3346

01:46PM  1    WEREN'T GETTING CONSISTENTLY, AND THE PATIENTS.

01:46PM  2    Q.   THE MESSAGING PROVIDED TO THE CUSTOMER SERVICE TEAM THAT

01:46PM  3    WOULD BE GIVEN TO DOCTORS READS, "CO2 RESULTS WERE NOT REPORTED

01:46PM  4    DUE TO TEMPORARY UNAVAILABILITY OF THIS TEST FOR THIS SAMPLE."

01:46PM  5         DO YOU SEE THAT?

01:46PM  6    A.   YES.

01:46PM  7    Q.   AND LET'S LOOK UP YOUR RESPONSE TO THIS.  AND WE SEE AN

01:46PM  8    EMAIL FROM YOU TO MR. BALWANI INDIVIDUALLY; CORRECT?

01:46PM  9    A.   YES.

01:46PM  10   Q.   THIS IS LATE AUGUST, 2014.

01:46PM  11        AND YOU WRITE, "SUNNY,

01:46PM  12        "I AM THINKING THAT SINCE WE VOID ALL ABNORMAL BICARBONATE

01:46PM  13   RESULTS, THE TEST HAS LOST ANY DIAGNOSTIC VALUE, AND PROBABLY

01:46PM  14   ALSO RELIABILITY WHEN RESULTS ARE REPORTED IN THE NORMAL

01:46PM  15   RANGE."

01:46PM  16        DO YOU SEE THAT?

01:46PM  17   A.   YES.

01:46PM  18   Q.   AND CAN YOU EXPLAIN WHAT YOU WERE REFERENCING HERE?  WHAT

01:47PM  19   DOES THAT MEAN?

01:47PM  20   A.   WHAT I'M REFERENCING HERE IS A PATIENT WHO HAS A HIGH

01:47PM  21   BICARBONATE VALUE AND THEN THE CO2 ESCAPES FROM THE CTN.  BY

01:47PM  22   THE TIME WE TEST IT IN THE LAB, THE RESULTS ARE NORMAL,

01:47PM  23   QUOTE-UNQUOTE.  BUT THAT DOESN'T REALLY REFLECT WHAT IS GOING

01:47PM  24   ON IN THE PATIENT.

01:47PM  25   Q.   AND THAT EMAIL FROM YOU TO MR. BALWANI REFERENCES THE

ER-2428

01:47PM  1    VOIDING OF "ALL ABNORMAL BICARBONATE RESULTS."

01:47PM  2        DO YOU SEE THAT?

01:47PM  3    A.   YES.

01:47PM  4    Q.   AND CAN YOU EXPLAIN WHAT THAT MEANS?

01:47PM  5    A.   ANY BICARBONATE VALUE THAT WAS ABOVE OR BELOW THE

01:47PM  6    REFERENCE RANGE LIMITS WOULD BE VOIDED.

01:47PM  7    Q.   AND DOES THAT MEAN IT WOULD NOT BE REPORTED TO THE

01:47PM  8    PATIENT?

01:47PM  9    A.   CORRECT.

01:47PM  10   Q.   SO IN THAT CASE, ARE WE TALKING ABOUT A SAMPLE THAT WAS

01:47PM  11   ACTUALLY RUN, BUT BECAUSE OF THE RESULT, IT IS NOT REPORTED TO

01:47PM  12   THE PATIENT?

01:47PM  13   A.   CORRECT.

01:47PM  14   Q.   SO LOOKING BACK AT THE MESSAGE THAT WAS TO BE GIVEN TO

01:48PM  15   DOCTORS IN THAT SITUATION, LET'S GO BACK TO THAT TOWARDS THE

01:48PM  16   BOTTOM OF THE PAGE, DO YOU SEE WHERE IT SAYS, "C02 RESULTS WERE

01:48PM  17   NOT REPORTED DUE TO TEMPORARY UNAVAILABILITY OF THIS TEST"?

01:48PM  18   A.   YES.

01:48PM  19   Q.   IS THAT AN ACCURATE DESCRIPTION OF WHAT WAS HAPPENING

01:48PM  20   HERE?  WAS TEST ACTUALLY UNAVAILABLE?

01:48PM  21   A.   UNAVAILABLE.

01:48PM  22   Q.   AND WAS THE TEST UNAVAILABLE, OR WERE THE SAMPLES ACTUALLY

01:48PM  23   BEING TESTED?

01:48PM  24   A.   THE SAMPLES WERE BEING TESTED, AND THE RESULTS THAT WERE

01:48PM  25   OUT OF RANGE WERE BEING VOIDED.

01:48PM  1     Q.   OKAY.

01:48PM  2     A.   BUT MY RECOLLECTION IS THAT AT ONE POINT WE JUST STOPPED

01:48PM  3     REPORTING C02 COMPLETELY.

01:48PM  4     Q.   I SEE.  OKAY.  THANK YOU.

01:48PM  5          LOOKING AT THE TOP OF THIS EMAIL, DO YOU SEE THAT

01:48PM  6     MR. BALWANI FORWARDS THIS EMAIL CHAIN TO MS. HOLMES?

01:48PM  7     A.   YES.

01:48PM  8     Q.   DID MR. BALWANI EVER CHANGE THAT POLICY ABOUT HOW TO

01:48PM  9     MESSAGE TO DOCTORS, OR DO YOU REMEMBER ANY CONVERSATIONS WITH

01:49PM  10    HIM AFTERWARDS?

01:49PM  11    A.   NO.

01:49PM  12    Q.   OKAY.  IF YOU COULD PUT THAT ASIDE.

01:49PM  13         I'D LIKE TO TALK TO YOU ABOUT ONE MORE ASSAY, OR ONE MORE

01:49PM  14    CATEGORY OF ASSAYS, AND THAT'S THE ISE ASSAY.

01:49PM  15         ARE YOU FAMILIAR WITH THAT ABBREVIATION?

01:49PM  16    A.   YES.

01:49PM  17    Q.   AND WHAT DOES ISE STAND FOR?

01:49PM  18    A.   ION SELECTIVE ELECTRODE.

01:49PM  19    Q.   AND WHAT KINDS OF ASSAYS ARE INCLUDED IN THAT CATEGORY?

01:49PM  20    A.   SODIUM, POTASSIUM, CHLORIDE.

01:49PM  21    Q.   AND DID THERANOS OFFER THOSE ASSAYS TO PATIENTS DURING

01:49PM  22    YOUR TIME AS LAB DIRECTOR?

01:49PM  23    A.   YES.

01:49PM  24    Q.   AND WHAT DEVICE, OR WHAT KIND OF DEVICE, DID THE COMPANY

01:49PM  25    USE TO DO ISE ASSAYS?

ER-2430

01:49PM   1     A.   MODIFIED SIEMENS.

01:49PM   2     Q.   SO, AGAIN, WE'RE TALKING ABOUT NON-THERANOS THIRD PARTY

01:49PM   3     DEVICES RUNNING IN A THERANOS UNIQUE WAY?

01:49PM   4     A.   YES.

01:49PM   5     Q.   CAN I ASK YOU TO TURN TO TAB 1214 IN YOUR BINDER.

01:50PM   6     A.   1214?

01:50PM   7     Q.   1214.

01:50PM   8     A.   OKAY.  GOT IT.

01:50PM   9     Q.   AND AT THE OUTSET, LET ME ASK, DURING YOUR TIME AT

01:50PM   10    THERANOS, DID THE COMPANY HAVE REPEATED PROBLEMS WITH ITS ISE

01:50PM   11    TEST?

01:50PM   12    A.   YES.

01:50PM   13    Q.   AND AT 1214, DO WE SEE AN EMAIL CHAIN INCLUDING

01:50PM   14    MR. BALWANI, AND YOU FURTHER DOWN THE CHAIN, RELATING TO SOME

01:50PM   15    OF THOSE ISSUES?

01:50PM   16    A.   I'M NOT SEEING A 1214.  I'M SORRY.

01:50PM   17    Q.   OH.  DO YOU NOT HAVE 1214 IN YOUR BINDER?

01:51PM   18    A.   OH, IT'S EXHIBIT 1214?

01:51PM   19    Q.   YES.

01:51PM   20    A.   I'M SORRY.  AND YOU'RE ASKING ME ABOUT?

01:51PM   21    Q.   FOR NOW, WHETHER THIS IS AN EMAIL CHAIN INCLUDING YOU AND

01:51PM   22    MR. BALWANI ADDRESSING GENERAL CHEMISTRY TESTS AND ISE

01:51PM   23    PROBLEMS?

01:51PM   24    A.   YES.

01:51PM   25         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1214.

01:51PM   1            MR. COOPERSMITH:  NO OBJECTION.

01:51PM   2            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:51PM   3            (GOVERNMENT'S EXHIBIT 1214 WAS RECEIVED IN EVIDENCE.)

01:51PM   4       BY MR. BOSTIC:

01:51PM   5       Q.   AND LET'S START AT THE BOTTOM OF PAGE 2 AND LET'S LOOK AT

01:51PM   6       THE HEADER THERE.

01:51PM   7            DO YOU SEE WE'RE ABOUT TO LOOK AT AN EMAIL FROM

01:51PM   8       MR. BALWANI TO YOU AND OTHERS AT THE COMPANY?

01:51PM   9       A.   YES.

01:51PM   10      Q.   OKAY.  LET'S LOOK AT THE TEXT OF THAT EMAIL ON THE

01:51PM   11      FOLLOWING PAGE.

01:51PM   12           IF WE ZOOM IN AT THE TOP, MR. BALWANI WRITES, "I WOULD

01:51PM   13      LIKE THE 2 ADVIA'S ON NORMANDY TO BE 100 PERCENT DEDICATED TO

01:51PM   14      CLIA MICRO SAMPLES STARTING THIS WEEK (OR NEXT WEEKEND AT THE

01:51PM   15      LATEST)."

01:51PM   16           DO YOU SEE THAT?

01:51PM   17      A.   YES.

01:51PM   18      Q.   AND HE SAYS, "I WOULD LIKE 1 ADVIA SET UP TO PROCESS ONLY

01:52PM   19      OUR FINGERSTICK/MICRO SAMPLES FOR GC AND THE OTHER SET UP FOR

01:52PM   20      OUR IMMUNOASSAYS."

01:52PM   21           DO YOU SEE THAT?

01:52PM   22      A.   YES.

01:52PM   23      Q.   AND WHAT DID GC STAND FOR?

01:52PM   24      A.   GENERAL CHEMISTRIES.

01:52PM   25      Q.   AND DID THAT INCLUDE THE ISE ASSAYS THAT WE ARE TALKING

01:52PM  1      ABOUT NOW?

01:52PM  2      A.   YES.

01:52PM  3      Q.   AND LET'S GO TO PAGE 1 AND LOOK AT THE BOTTOM, AND DO YOU

01:52PM  4      SEE THAT WE'RE LOOKING AT A RESPONSE FROM ROSE EDMONDS TO

01:52PM  5      MR. BALWANI?

01:52PM  6      A.   YES.

01:52PM  7      Q.   AND SHE SAYS SHE'S SOMEWHAT CONCERNED WITH THE FEASIBILITY

01:52PM  8      OF MAKING THIS CHANGE SO QUICKLY.

01:52PM  9           DO YOU SEE THAT?

01:52PM  10     A.   YES.

01:52PM  11     Q.   IT SAYS, "TODAY WE WERE GOING TO START AN EXPERIMENT TO

01:52PM  12     TRY TO TROUBLESHOOT THE ISE VARIABILITY."

01:52PM  13          DO YOU REMEMBER ISE VARIABILITY BEING A PROBLEM AT

01:52PM  14     THERANOS AT THIS TIME?

01:52PM  15     A.   YES, ABSOLUTELY.

01:52PM  16     Q.   CAN YOU DESCRIBE WHAT THAT MEANS?

01:52PM  17     A.   FREQUENTLY THE POTASSIUM VALUES WERE EXTREMELY HIGH.  BUT

01:53PM  18     IT WASN'T JUST POTASSIUM.  WE HAD PROBLEMS WITH SODIUM, TOO,

01:53PM  19     AND CHLORIDE.

01:53PM  20     Q.   WAS THAT AN ONGOING PROBLEM WITH TESTING AT THERANOS?

01:53PM  21     A.   YES.

01:53PM  22     Q.   LET'S LOOK AT MR. BALWANI'S RESPONSE TO THIS.

01:53PM  23          AND AGAIN, LET'S ORIENT OURSELVES IN TIME.  THIS IS

01:53PM  24     NOVEMBER 4TH, 2013; CORRECT?

01:53PM  25     A.   YES.

01:53PM   1    Q.   LESS THAN TWO MONTHS AFTER THE COMPANY BEGAN PATIENT

01:53PM   2    TESTING?

01:53PM   3    A.   YES.

01:53PM   4    Q.   IT SAYS, "THE ADVIA/GC SCENARIO CONTINUES TO BE A MESS."

01:53PM   5         DO YOU SEE THAT?

01:53PM   6    A.   YES.

01:53PM   7    Q.   OKAY.  WE CAN PUT THAT ASIDE AND LET'S GO TO 4124 NEXT.

01:54PM   8         OKAY.  DO YOU HAVE 4124?

01:54PM   9    A.   YES.

01:54PM  10    Q.   AND IS THAT ANOTHER EMAIL CHAIN, INCLUDING YOU AND

01:54PM  11    MR. BALWANI, RELATING TO SOME PROBLEMATIC RESULTS FOR

01:54PM  12    POTASSIUM?

01:54PM  13    A.   YES.

01:54PM  14              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4124.

01:54PM  15              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

01:54PM  16              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:54PM  17         (GOVERNMENT'S EXHIBIT 4124 WAS RECEIVED IN EVIDENCE.)

01:54PM  18    BY MR. BOSTIC:

01:54PM  19    Q.   FIRST, DR. ROSENDORFF, WHAT IS THE POTASSIUM TEST USED FOR

01:54PM  20    CLINICALLY?

01:54PM  21    A.   IT'S USED TO MEASURE KIDNEY FUNCTION, AND IT'S ALSO

01:54PM  22    MONITORED BECAUSE IT CAUSES HEART RHYTHM PROBLEMS WHICH COULD

01:54PM  23    BE LETHAL IF THE POTASSIUM IS VERY HIGH.

01:54PM  24    Q.   LET'S GO TO PAGE 2 AND LOOK AT THE BEGINNING OF THIS EMAIL

01:54PM  25    CHAIN, AND LET'S ZOOM IN ON THAT INITIAL EMAIL MESSAGE.

ROSENDORFF DIRECT BY MR. BOSTIC                                    3353

01:55PM  1              AND DO YOU SEE THAT THERE'S A MESSAGE THAT READS, "HERE IS

01:55PM  2      SOME FEEDBACK FROM KARI REEDY IN THE FIELD TODAY," FROM A

01:55PM  3      PARTICULAR DOCTOR'S OFFICE.

01:55PM  4              DO YOU SEE THAT?

01:55PM  5      A.   YES.

01:55PM  6      Q.   AND IT SAYS, "THIS DOCTOR LIKES OUR LAB AND HAS SENT 3

01:55PM  7      PATIENTS.  HE DOES NOT TRUST OUR POTASSIUM TEST, HOWEVER."

01:55PM  8      A.   YES.

01:55PM  9      Q.   AND THEN IT GOES INTO DETAIL, "HE WAS CALLED LATE AT NIGHT

01:55PM  10     REGARDING A PATIENT THAT HAD ABNORMALLY HIGH LEVELS OF

01:55PM  11     POTASSIUM.  THE PATIENT WAS IN NYC AT THE TIME OF THE CALL, SO

01:55PM  12     THE DOCTOR HAD TO CONTACT THEM WHILE THEY WERE OUT OF TOWN.

01:55PM  13     THEY DID A RETEST IN NEW YORK AND THE RESULTS CAME BACK

01:55PM  14     COMPLETELY NORMAL."

01:55PM  15             DO YOU SEE THAT?

01:55PM  16     A.   YES.

01:55PM  17     Q.   "DR. STAMP SAID THAT K PLUS" -- AND I ASKED, IS THAT

01:55PM  18     POTASSIUM?

01:55PM  19     A.   YES, IT IS.

01:55PM  20     Q.   "THAT POTASSIUM IS A TRICKY ONE TO COLLECT BECAUSE OF

01:55PM  21     CLOTTING AND SUCH."

01:56PM  22             AND HE SAID HE ALSO MENTIONED THAT HE WAS WILLING TO SHARE

01:56PM  23     MORE INFORMATION.

01:56PM  24             DO YOU SEE THAT?

01:56PM  25     A.   YES.

ER-2435

01:56PM  1    Q.   LET'S GO TO PAGE 1 IN THE SAME CHAIN.  LET'S LOOK AT THE

01:56PM  2    EMAIL FROM DANIEL YOUNG IN THE MIDDLE.

01:56PM  3         HE SAYS, "I'M NOT SURE THAT THIS DOCTOR WAS ASKING ABOUT

01:56PM  4    THE CRITICAL VALUE FOR POTASSIUM."

01:56PM  5         DO YOU SEE THAT?

01:56PM  6    A.   YES.

01:56PM  7    Q.   AND ABOVE THAT MESSAGE, MR. BALWANI WRITES, "BUT DO WE

01:56PM  8    KNOW IF THIS RESULT WAS ACCURATE GIVEN THAT THIS IS AN ISE

01:56PM  9    ASSAYS.  THAT'S WHAT I WAS REFERRING TO."

01:56PM 10         DO YOU SEE THAT?

01:56PM 11    A.   YES, I DO.

01:56PM 12    Q.   AND AROUND THIS TIME PERIOD, APRIL 2014, WAS MR. BALWANI

01:56PM 13    AWARE OF PROBLEMS THAT THERANOS HAD BEEN HAVING WITH ITS ISE

01:57PM 14    ASSAYS?

01:57PM 15    A.   YES, HE WAS.

01:57PM 16    Q.   AND HOW DO YOU KNOW THAT?

01:57PM 17    A.   FROM THIS EMAIL, CONVERSATIONS, AND OTHER EMAILS.

01:57PM 18    Q.   OKAY.  ABOVE THAT MESSAGE FROM MR. BALWANI, WE SEE

01:57PM 19    DANIEL YOUNG WRITES BACK TO MR. BALWANI, AND YOU ARE NO LONGER

01:57PM 20    ON THE EMAIL CHAIN AT THIS POINT; IS THAT CORRECT?

01:57PM 21    A.   CORRECT.

01:57PM 22    Q.   AND DANIEL YOUNG SAYS, "SOME POTASSIUM RESULTS CAN RUN

01:57PM 23    HIGH WITH SLIGHT SAMPLE HEMOLYSIS."

01:57PM 24         DO YOU SEE THAT?

01:57PM 25    A.   YES.

01:57PM   1     Q.    AND WHAT IS HEMOLYSIS?

01:57PM   2     A.    HEMOLYSIS IS THE BURSTING OF RED BLOOD CELLS.  IT CAN

01:57PM   3     EITHER OCCUR IN THE BODY IN CERTAIN DISEASES, OR IT CAN HAPPEN

01:57PM   4     WHEN YOU COLLECT THE BLOOD.

01:58PM   5     Q.    AND DANIEL YOUNG GOES ON TO SAY, "WE REVIEW THE IMAGES FOR

01:58PM   6     ALL SAMPLES WITH HIGH K RESULTS AND THEN CLIA DETERMINES IF A

01:58PM   7     RERUN IS NEEDED OR NOT."

01:58PM   8          DO YOU SEE THAT?

01:58PM   9     A.    YES.

01:58PM  10     Q.    CAN YOU EXPLAIN WHAT WAS HAPPENING HERE, THIS VISUAL

01:58PM  11     REVIEW AS YOU UNDERSTAND IT?

01:58PM  12     A.    THIS INVOLVES LOOKING AT AN IMAGE OF THE CTN, AND AROUND

01:58PM  13     THAT TIME, SOMEWHAT OF A COTTAGE INDUSTRY HAD SPRUNG UP

01:58PM  14     REGARDING WHAT R&D THOUGHT WOULD RESULT IN HIGH POTASSIUM IF

01:58PM  15     THEY SAW A FIBRIN STRAND OR A CLOT, OR IF THE SAMPLE LOOKED

01:58PM  16     PINK TO THE EYE, THEY TRIED TO COME UP WITH A CATALOG OF IMAGES

01:58PM  17     THAT COULD ALERT THE OPERATOR TO A HEMOLYSIS PROBLEM OR A

01:58PM  18     CLOTTING PROBLEM, FOR INSTANCE.

01:59PM  19     Q.    FROM YOUR TIME AS LAB DIRECTOR AT THERANOS, DID YOU HAVE

01:59PM  20     AN UNDERSTANDING AS TO WHETHER THIS HEMOLYSIS PROBLEM WAS MORE

01:59PM  21     OR LESS COMMON IN THE THERANOS FINGERSTICK SAMPLES VERSUS

01:59PM  22     STANDARD VEIN SAMPLES?

01:59PM  23     A.    MUCH MORE COMMON.

01:59PM  24     Q.    MUCH MORE COMMON IN WHICH?

01:59PM  25     A.    IN THE THERANOS SAMPLES, THE FINGERSTICKS.

ER-2437

01:59PM   1    Q.   FINALLY, IN THIS EMAIL CHAIN, LET'S LOOK AT THE TOP OF

01:59PM   2    PAGE 1.  AND WE SEE HERE A MESSAGE FROM MR. BALWANI TO THE CEO,

01:59PM   3    MS. HOLMES, ON APRIL 17TH, 2014; CORRECT?

01:59PM   4    A.   YES.

01:59PM   5    Q.   AND REFERENCING THAT VISUAL INSPECTION, MR. BALWANI

01:59PM   6    WRITES, "SEE BELOW.  THIS IS WHAT WE ARE DOING TODAY WITH OUR

01:59PM   7    LIMITED RESOURCES.  THIS IS WHAT DANIEL HAS TO DO MANUALLY."

01:59PM   8         AND THEN HE WRITES, "NOT SCALEABLE."

01:59PM   9         DO YOU SEE THAT?

01:59PM  10    A.   YES, I DO.

01:59PM  11    Q.   THE STEP OF HAVING TO VISUALLY INSPECT A HIGH POTASSIUM

01:59PM  12    SAMPLE FOR HEMOLYSIS, WOULD THAT ADD TIME TO THE TESTING

02:00PM  13    PROCESS?

02:00PM  14    A.   ABSOLUTELY.

02:00PM  15    Q.   AND WAS THERANOS STRUGGLING AROUND THIS TIME WITH

02:00PM  16    LABORATORY BACKLOGS DUE TO FACTORS INCLUDING EQUIPMENT

02:00PM  17    RELIABILITY?

02:00PM  18    A.   YES.

02:00PM  19    Q.   OKAY.  WE CAN SET THAT ONE ASIDE.

02:00PM  20         LET'S GO TO 4014.

02:00PM  21    A.   I HAVE IT.

02:00PM  22    Q.   OKAY.  YOU BEAT ME THERE.

02:00PM  23         OKAY.  AND AT 4014, DO YOU SEE ADDITIONAL COMMUNICATIONS,

02:00PM  24    INCLUDING MR. BALWANI, RELATING TO ISE PROBLEMS?

02:00PM  25    A.   YES.

02:00PM    1                    MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4014.

02:01PM    2                    MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

02:01PM    3                    THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:01PM    4          (GOVERNMENT'S EXHIBIT 4014 WAS RECEIVED IN EVIDENCE.)

02:01PM    5     BY MR. BOSTIC:

02:01PM    6     Q.   AND LET'S LOOK FIRST AT THE BOTTOM OF PAGE 1.

02:01PM    7     A.   YES.

02:01PM    8     Q.   AND DO YOU SEE THAT THIS IS DANIEL YOUNG WRITING WITH A

02:01PM    9     FEW UPDATES RELATED TO CLIA OPERATIONS?

02:01PM   10     A.   YES.

02:01PM   11     Q.   OKAY.  AND HE'S WRITING TO MR. BALWANI AND MS. HOLMES;

02:01PM   12     CORRECT?

02:01PM   13     A.   YES.

02:01PM   14     Q.   LET'S LOOK AT PAGE 2.

02:01PM   15          AND ZOOM IN ON ITEM 3 IN THE LIST.

02:01PM   16          THIS IS OCTOBER 2013.

02:01PM   17          AND DR. YOUNG WRITES REGARDING ELECTROLYTES/ISE:

02:01PM   18          "OUR NA, K, CL TEST RESULTS ARE STILL NOT AS RELIABLE AS I

02:01PM   19     WOULD LIKE."

02:01PM   20          DO YOU SEE THAT?

02:01PM   21     A.   YES, I DO.

02:01PM   22     Q.   IS THAT SODIUM, POTASSIUM, AND CHLORIDE RESPECTIVELY?

02:02PM   23     A.   YES, IT IS.

02:02PM   24     Q.   DR. YOUNG THEN SAYS, "I'VE ASKED NICK HAASE TO RUN SOME

02:02PM   25     ADDITIONAL TESTS TO SEE IF WE CAN USE CALIBRATORS INSTEAD OF

02:02PM  1    CONTROLS."

02:02PM  2         DO YOU SEE THAT?

02:02PM  3    A.   YES.

02:02PM  4    Q.   AND LET'S GO TO PAGE 1.  LET'S LOOK AT A FOLLOW-UP MESSAGE

02:02PM  5    FROM DANIEL YOUNG TO MR. BALWANI ON OCTOBER 21ST.

02:02PM  6         HE SAYS, "JUST A QUICK UPDATE, WE ARE STILL HAVING ISE

02:02PM  7    CHALLENGES."

02:02PM  8         DO YOU SEE THAT?

02:02PM  9    A.   YES.

02:02PM 10    Q.   AND HE SAYS, "THERE ARE SEVERAL RESULTS RECENTLY THAT ARE

02:02PM 11    OUT OF RANGE NORMAL THAT I DO NOT BELIEVE.  SO AS A RESULT WE

02:02PM 12    ARE NOT REPORTING THESE RESULTS."

02:02PM 13         DO YOU SEE THAT?

02:02PM 14    A.   YES.

02:02PM 15    Q.   OKAY.  AND LET'S LOOK AT THE VERY TOP OF PAGE 1.  AND WE

02:02PM 16    SEE SOME MORE EXPLANATION FROM DANIEL YOUNG TO MR. BALWANI AND

02:02PM 17    MS. HOLMES SAYING, "THERE HAVE BEEN RESULTS FOR WHICH ALL ISE

02:03PM 18    RESULTS ARE OUT OF RANGE.  FOR EXAMPLE, POTASSIUM IS HIGH, AND

02:03PM 19    CHLORIDE AND SODIUM ARE LOW RELATIVE TO THE REFERENCE RANGE."

02:03PM 20         DO YOU SEE THAT?

02:03PM 21    A.   YES.

02:03PM 22    Q.   AND HE THEN REFERENCES SOME MORE IN-HOUSE STUDIES TO TRY

02:03PM 23    AND RESOLVE THE PROBLEM.

02:03PM 24         DO YOU SEE THAT?

02:03PM 25    A.   YES.

ER-2440

ROSENDORFF DIRECT BY MR. BOSTIC                                    3359

02:03PM  1    Q.   AND LET'S GO NEXT TO 1717.

02:03PM  2    A.   I HAVE IT.

02:03PM  3    Q.   OKAY.  SO WE'RE MOVING FORWARD IN TIME.

02:03PM  4         DO YOU SEE THAT THIS IS AN EMAIL CHAIN FROM MAY OF 2014,

02:03PM  5    INCLUDING MR. BALWANI, AND RELATING TO ISE PROBLEMS?

02:03PM  6    A.   YES.

02:03PM  7              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1717.

02:03PM  8              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

02:03PM  9              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:03PM 10         (GOVERNMENT'S EXHIBIT 1717 WAS RECEIVED IN EVIDENCE.)

02:03PM 11    BY MR. BOSTIC:

02:03PM 12    Q.   AND LET'S START ON PAGE 2 AT THE BOTTOM.

02:04PM 13         AND DO YOU SEE THAT MONTHS LATER YOU RECEIVE AN EMAIL

02:04PM 14    INDICATING "ALMOST EVERY ISE SAMPLE NEEDS A RE-RUN SINCE THEY

02:04PM 15    ARE HIGH."

02:04PM 16         DO YOU SEE THAT?

02:04PM 17    A.   YES.

02:04PM 18    Q.   YOU ARE ALSO TOLD THAT, "MOST OF THE TIME THE RE-RUN VALUE

02:04PM 19    IS ALSO HIGH OR THE SAME."

02:04PM 20    A.   YES.

02:04PM 21    Q.   "IS THERE A WAY WE CAN HAVE LIMIT ON RE-RUNS?"

02:04PM 22         DO YOU SEE THAT?

02:04PM 23    A.   YES.

02:04PM 24    Q.   AND LET'S SEE HOW YOU RESPONDED.  GO UP ONE EMAIL.

02:04PM 25         AND YOU, IN RESPONSE, FORWARDED THIS INFORMATION TO

02:04PM  1    MR. BALWANI DIRECTLY; CORRECT?

02:04PM  2    A.   YES, I DID.

02:04PM  3    Q.   AND IN MAY OF 2014 YOU TELL HIM, "SUNNY,

02:04PM  4        "SORRY TO BOTHER YOU.  I'D LIKE TO CORRECT OUR ISE

02:04PM  5    PROBLEM."

02:04PM  6        AND THEN YOU REFERENCE HIM -- YOU REFERENCE FOR HIM THE

02:04PM  7    MESSAGE BELOW; CORRECT?

02:04PM  8    A.   YES.

02:04PM  9    Q.   YOU SAY YOU BELIEVE "THAT SODIUM, POTASSIUM, AND CHLORIDE

02:04PM  10   SHOULD HAVE A DEDICATED CTN AND BE RUN NEAT ON THE ADVIA."

02:04PM  11       DO YOU SEE THAT?

02:05PM  12   A.   YES.

02:05PM  13   Q.   AND WAS THE ADVIA A THERANOS DEVICE?

02:05PM  14   A.   NO.  IT WAS A SIEMENS DEVICE.

02:05PM  15   Q.   OKAY.  WE CAN SET THAT ASIDE.

02:05PM  16       AND LET'S LOOK AT 4292.

02:05PM  17   A.   I HAVE IT.

02:05PM  18   Q.   AND AT 4292, THAT EXHIBIT, DO YOU SEE AN EMAIL FROM

02:05PM  19   OCTOBER 2014 INCLUDING MR. BALWANI AND REFERENCING ISE ISSUES?

02:05PM  20   A.   YES.

02:05PM  21            MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4292.

02:05PM  22            MR. COOPERSMITH:  NO OBJECTION.

02:06PM  23            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:06PM  24       (GOVERNMENT'S EXHIBIT 4292 WAS RECEIVED IN EVIDENCE.)

02:06PM  25   BY MR. BOSTIC:

ER-2442

ROSENDORFF DIRECT BY MR. BOSTIC                              3361

02:06PM 1    Q.   OKAY.  LET'S GO TO THE BOTTOM OF PAGE 2.

02:06PM 2         DO YOU SEE HERE THAT THIS BEGINS WITH AN EMAIL ABOUT, "A

02:06PM 3    PHYSICIAN CALLED TODAY ASKING WHY ISE'S WEREN'T INCLUDED ON A

02:06PM 4    FINAL REPORT"?

02:06PM 5    A.   YES.

02:06PM 6    Q.   AND DO YOU NOTE THAT IT SAYS THE LADY THAT THIS PERSON

02:06PM 7    SPOKE TO MENTIONED THAT THEY REALLY NEEDED THE SODIUM RESULT

02:06PM 8    BECAUSE THIS PATIENT HAD LOW SODIUM LEVELS AND THAT'S WHAT THEY

02:06PM 9    WERE CHECKING.

02:06PM 10        DO YOU SEE THAT?

02:06PM 11   A.   YES.

02:06PM 12   Q.   AND THEN IT SAYS, "I NOTICED THE SODIUM RESULTS WERE

02:06PM 13   CRITICAL LOW, SO I ASSUME THAT'S WHY WE AVOIDED IT."

02:06PM 14        DO YOU SEE THAT?

02:06PM 15   A.   YES.

02:06PM 16   Q.   AND EXPLAIN WHAT THAT MEANS IN TERMS OF THERANOS'S

02:06PM 17   PRACTICES AROUND THIS TIME.

02:06PM 18   A.   AROUND THIS TIME, IF THE SODIUM VALUE WAS CRITICALLY LOW

02:06PM 19   OR BELOW REFERENCE RANGE, IT WOULD BE VOIDED.  IT WOULD NOT BE

02:07PM 20   REPORTED.

02:07PM 21        HOWEVER, AS THIS EMAIL INDICATES, THAT LOW RESULT COULD

02:07PM 22   ACTUALLY BE THE TRUE RESULTS.  YOU WOULDN'T KNOW EITHER WAY.

02:07PM 23   Q.   OKAY.  LET'S LOOK AT YOUR RESPONSE TO THIS ON THAT SAME

02:07PM 24   PAGE, PAGE 2.  LET'S ZOOM IN ON YOUR MESSAGE.

02:07PM 25        AND YOU FORWARD THIS INFORMATION TO MR. BALWANI AND

ER-2443

ROSENDORFF DIRECT BY MR. BOSTIC                                    3362

02:07PM  1    MS. HOLMES DIRECTLY; RIGHT?

02:07PM  2    A.   YES.

02:07PM  3    Q.   AND YOU WRITE, "I WANTED TO BRING THIS IMPORTANT ISSUE TO

02:07PM  4    YOUR ATTENTION," AND YOU DISCUSS THE LAB'S PRACTICE OF VOIDING

02:07PM  5    THE RESULT IF THE SODIUM IS OUTSIDE OF A CERTAIN RANGE.

02:07PM  6         DO YOU SEE THAT?

02:07PM  7    A.   YES.

02:07PM  8    Q.   YOU WRITE, "BECAUSE WE HAVE NO WAY OF KNOWING FOR SURE

02:07PM  9    WHETHER THE RESULT IS TRULY ABNORMAL OR ARTIFACTUAL TO THE

02:07PM  10   ASSAY, OR RELATED TO A SPECIMEN INTEGRITY ISSUE."

02:07PM  11        DO YOU SEE THAT?

02:07PM  12   A.   YES.

02:07PM  13   Q.   IF THE THERANOS ASSAY HAD BEEN WORKING RELIABLY AND

02:08PM  14   ACCURATELY DURING THIS TIME PERIOD, WOULD YOU HAVE FELT THAT

02:08PM  15   UNCERTAINTY ABOUT THE VALIDITY THE RESULTS THAT YOU WERE

02:08PM  16   SEEING?

02:08PM  17   A.   NO.

02:08PM  18   Q.   IN THE THIRD PARAGRAPH OF YOUR EMAIL, IN THE MIDDLE YOU

02:08PM  19   WRITE "I AM NOT SURE OF THE CLINICAL VALUE OF THE SODIUM ASSAY

02:08PM  20   IN WHICH THE ONLY TIME WE CAN REPORT IT IS WHEN IT IS NOT

02:08PM  21   CRITICAL, AND THE VERY SITUATIONS THAT REQUIRE ACCURATE

02:08PM  22   MEASUREMENT AND REPORTING OF ABNORMAL OF SODIUM RESULTS ARE

02:08PM  23   VOIDED."

02:08PM  24        EXPLAIN WHAT YOU MEAN BY THAT.

02:08PM  25   A.   SINCE WE ARE ONLY REPORTING RESULTS FOR SODIUM IN THIS

ER-2444

02:08PM  1    CASE THAT WERE NOT IN THE CRITICAL RANGE, EVERY RESULT WE PUT

02:08PM  2    OUT -- EVERY RESULT THAT THE LAB PUTS OUT FOR SODIUM SHOWS THAT

02:08PM  3    THE RESULT IS NORMAL.  IF IT'S NOT NORMAL, THEN WE VOID IT.

02:08PM  4        SO IF A PATIENT HAD AN ABNORMAL SODIUM, THEY WOULD NEVER

02:08PM  5    KNOW.

02:08PM  6        SO, YOU KNOW, THERE ARE MEDICAL CONDITIONS THAT RESULT IN

02:09PM  7    SODIUM GOING CRITICAL THAT I WASN'T CONFIDENT IN REPORTING.

02:09PM  8    Q.  AT THE END OF YOUR EMAIL YOU ASK, "HOW IS THE 4S SODIUM

02:09PM  9    DOING?  MAYBE WE CAN USE THE 4S FOR ISE'S?"

02:09PM  10       DO YOU SEE THAT?

02:09PM  11   A.  YES.

02:09PM  12   Q.  IS THAT REFERENCING THE NEXT GENERATION THERANOS ANALYZER?

02:09PM  13   A.  YES.

02:09PM  14   Q.  AND REMIND US WHETHER YOU EVER SAW ONE OF THOSE NEXT

02:09PM  15   GENERATION THERANOS DEVICES IN PERSON?

02:09PM  16   A.  I NEVER DID.

02:09PM  17   Q.  WERE YOU EVER ABLE TO USE THE 4S DEVICE OR SOMETHING

02:09PM  18   SIMILAR TO SOLVE THIS ISE PROBLEM?

02:09PM  19   A.  I WAS NOT.

02:09PM  20   Q.  OKAY.  YOU CAN SET THAT ASIDE.

02:10PM  21       ONE MORE EMAIL CHAIN ABOUT ISE'S.  LET'S LOOK AT 4182.

02:10PM  22   A.  I HAVE IT.

02:10PM  23   Q.  AT 4182, DO YOU SEE AN EMAIL CHAIN FROM AUGUST OF 2013

02:10PM  24   RELATING TO A COLLECTION OF LABORATORY ISSUES?

02:10PM  25   A.  YES.

02:10PM   1                    MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4182.

02:10PM   2                    MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

02:10PM   3                    THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:10PM   4             (GOVERNMENT'S EXHIBIT 4182 WAS RECEIVED IN EVIDENCE.)

02:10PM   5       BY MR. BOSTIC:

02:10PM   6       Q.   OKAY, LET'S GO TO THE BOTTOM OF PAGE 3.

02:10PM   7             DO YOU SEE THAT WE'RE -- AT THE VERY BOTTOM OF THE PAGE,

02:10PM   8       WE'RE ABOUT TO LOOK AT AN EMAIL FROM TRACY MASSON?

02:11PM   9       A.   OH, YES, RIGHT AT THE BOTTOM, UH-HUH.

02:11PM  10       Q.   OKAY.  LET'S LOOK AT THAT EMAIL ON PAGE 4.

02:11PM  11             OKAY.  IN THIS EMAIL, THERE'S A REQUEST, "COULD YOU PLEASE

02:11PM  12       CHECK ON THESE RESULTS?"

02:11PM  13             AND IT'S SENT TO MR. BALWANI AND OTHERS AND THE SUBJECT IS

02:11PM  14       BOT EXPERIENCE.

02:11PM  15             DO YOU SEE THAT?

02:11PM  16       A.   YES.

02:11PM  17       Q.   IS BOT SHORT FOR PHLEBOTOMIST EXPERIENCE?

02:11PM  18       A.   YES.

02:11PM  19       Q.   "THESE ARE FOR," AND THEN WE'VE REDACTED THE NAME, ONE OF

02:11PM  20       OUR PHLEBOTOMISTS.

02:11PM  21             DO YOU SEE THAT?

02:11PM  22       A.   YES, I SEE IT.

02:11PM  23       Q.   AND THE TEXT IN BOLD SAYS, "I HAVE BEEN ON ANTICOAGULANT

02:11PM  24       FOR ABOUT 14 YEARS NOW.  I HAVE BEEN WITHIN RECOMMENDED PT INR

02:11PM  25       RANGE FOR ABOUT 13 YEARS, PROMPTING THE SAME DOSAGE FOR OVER A

ROSENDORFF DIRECT BY MR. BOSTIC                                    3365

02:12PM   1    DECADE."

02:12PM   2         DO YOU SEE THAT?

02:12PM   3    A.   YES.

02:12PM   4    Q.   "I RECENTLY HAD MY STANDING ORDER SWITCHED TO THERANOS FOR

02:12PM   5    MY PT INR MONITORING."

02:12PM   6         DO YOU SEE THAT?

02:12PM   7    A.   YES.

02:12PM   8    Q.   AND IT SAYS, "FOR THE FIRST TIME I HAD A CTN DRAW FOR MY

02:12PM   9    PT INR."

02:12PM  10         DO YOU SEE THAT?

02:12PM  11    A.   YES.

02:12PM  12    Q.   "I WAS SURPRISED WHEN THE RESULTS CAME OUT OF RANGE TOO

02:12PM  13    LOW."

02:12PM  14         THERE'S THEN A MENTION OF A SECOND CTN RESULT THAT WAS

02:12PM  15    ALSO EXTREMELY LOW.

02:12PM  16         DO YOU SEE THAT?

02:12PM  17    A.   YES.

02:12PM  18    Q.   FIRST OF ALL, THE PT INR TEST, THIS IS NOT AN ISE TEST;

02:12PM  19    CORRECT?

02:12PM  20    A.   IT IS NOT.

02:12PM  21    Q.   IS THIS ANOTHER TYPE OF TEST THAT THERANOS OFFERED

02:12PM  22    PATIENTS?

02:12PM  23    A.   YES.

02:12PM  24    Q.   AND DESCRIBE FOR US WHAT PT INR IS AND WHY IT MATTERS.

02:12PM  25    A.   SO PT STANDS FOR PROTHROMBIN, AND INR IS -- I THINK IT'S

ER-2447

02:12PM  1    INTERNATIONAL NOMALIZATION RATIO.  IN ANY EVENT, THAT'S NOT

02:12PM  2    IMPORTANT.

02:12PM  3        WHAT THE ASSAY IS USED FOR IS TO MONITOR THE EFFECTIVENESS

02:13PM  4    OF THE ANTICOAGULANT COUMADIN.

02:13PM  5    Q.   OKAY.  IN THIS CASE THE PATIENT CONTINUES TO REPORT THAT

02:13PM  6    AFTER THE SECOND CTN RESULT FROM THERANOS WAS ALSO EXTREMELY

02:13PM  7    LOW, HER DOCTOR INCREASED HER COUMADIN FOR ONE DOSE.

02:13PM  8        DO YOU SEE THAT?

02:13PM  9    A.   YES.

02:13PM  10   Q.   AND SHE REPORTS THAT SHE HAS NOT FELT RIGHT SINCE THE ONE

02:13PM  11   INCREASED DOSE, AND SHE HAS ALSO EXPERIENCED OTHER PROBLEMATIC

02:13PM  12   SYMPTOMS.

02:13PM  13       DO YOU SEE THAT?

02:13PM  14   A.   YES.

02:13PM  15   Q.   AND SHE ALSO SAYS THAT SHE ASKED FOR ANOTHER STANDING

02:13PM  16   ORDER DRAW AT THE END OF HER SHIFT YESTERDAY.

02:13PM  17       THIS TIME SHE WANTED THE DRAW SWITCHED FROM CTN TO A

02:13PM  18   VENOUS DRAW.

02:13PM  19       DO YOU SEE THAT?

02:13PM  20   A.   YES.

02:13PM  21   Q.   AND WHAT WOULD THAT MEAN IN TERMS OF WHAT DEVICE WAS BEING

02:13PM  22   USED TO RUN THE TEST?

02:13PM  23   A.   THE PT INR WAS BEING RUN USING AN LDT AT THIS POINT.

02:14PM  24   Q.   DOES THAT MEAN A THERANOS SPECIFIC METHOD?

02:14PM  25   A.   YES.

ER-2448

ROSENDORFF DIRECT BY MR. BOSTIC                                    3367

02:14PM   1    Q.   AND WOULD SWITCHING TO A VENOUS DRAW MEAN THAT IT WAS NO

02:14PM   2    LONGER RUN ON A THERANOS SPECIFIC METHOD?

02:14PM   3    A.   YES.

02:14PM   4    Q.   LOOKING DOWN AT THE BOTTOM OF THIS PAGE, WE SEE THAT AFTER

02:14PM   5    THE VEIN DRAW IN THAT TEST, THE PATIENT SAYS, "MY DOCTOR JUST

02:14PM   6    CALLED ME BECAUSE MY PT INR RESULTS NOW SHOW THAT IT IS VERY

02:14PM   7    HIGH."

02:14PM   8         DO YOU SEE THAT?

02:14PM   9    A.   YES.

02:14PM  10    Q.   AND SO IT'S GONE FROM VERY LOW TO VERY HIGH AFTER

02:14PM  11    SWITCHING THE METHOD; CORRECT?

02:14PM  12    A.   YES.

02:14PM  13    Q.   LET'S LOOK AT PAGE 5 OF THIS EXHIBIT.

02:14PM  14         AND THIS PATIENT'S -- THE PHLEBOTOMIST'S EMAIL CONTINUES.

02:14PM  15         "FOR TESTING ACCURACY, I WILL BE GETTING BOTH A

02:14PM  16    VENIPUNCTURE AND A CTN DRAW ON MONDAY TO COMPARE RESULTS, AS

02:14PM  17    THIS INFORMATION WOULD BE OF UTMOST IMPORTANCE TO THERANOS AND

02:14PM  18    ULTIMATELY TO THE WELL-BEING OF OUR PATIENTS."

02:15PM  19         DO YOU SEE THAT?

02:15PM  20    A.   YES.

02:15PM  21    Q.   OKAY.  LET'S GO TO PAGE 1 OF THIS EXHIBIT.

02:15PM  22         AND AT THE BOTTOM OF THE PAGE THERE'S A MESSAGE FROM

02:15PM  23    MR. BALWANI TO DANIEL YOUNG.

02:15PM  24         DO YOU SEE HE SAYS, "DANIEL.  THE NET NET OF THIS SEEMS TO

02:15PM  25    SUGGEST THAT OUR PT WAS REPORTING RESULTS TOO LOW."

UNITED STATES COURT REPORTERS

ROSENDORFF DIRECT BY MR. BOSTIC                                    3368

```
02:15PM   1              DO YOU SAY THAT?

02:15PM   2      A.   YES.

02:15PM   3      Q.   AND DO YOU AGREE THAT THAT SCENARIO INDICATED PROBLEMS

02:15PM   4      WITH THE REPORTING OF THE THERANOS PT TEST?

02:15PM   5      A.   YES, ABSOLUTELY.

02:15PM   6      Q.   ABOVE MR. BALWANI'S MESSAGE, DANIEL YOUNG WRITES, "AS I

02:15PM   7      MENTIONED, I HAD SOME CONCERNS A FEW WEEKS BACK ABOUT SAMPLE

02:15PM   8      STABILITY FOR PT INR."

02:15PM   9              DO YOU SEE THAT?

02:15PM  10      A.   YES.

02:15PM  11      Q.   ABOVE THAT MESSAGE, MR. BALWANI WRITES, ARE THERE ANY

02:16PM  12      OTHER ASSAYS THAT DR. YOUNG HAS CONCERNS WITH?

02:16PM  13              DO YOU SEE THAT?

02:16PM  14      A.   YES.

02:16PM  15      Q.   AND LET'S ZOOM IN ON DR. YOUNG'S RESPONSE.  AND DO YOU SEE

02:16PM  16      THERE A LIST OF MULTIPLE THERANOS ASSAYS THAT DR. YOUNG WAS

02:16PM  17      TELLING MR. BALWANI THAT HE WAS CONCERNED ABOUT?

02:16PM  18      A.   YES.

02:16PM  19      Q.   AND THIS IS IN AUGUST 2014; CORRECT?

02:16PM  20      A.   YES.

02:16PM  21      Q.   APPROXIMATELY FOR HOW MANY MONTHS HAD THERANOS BEEN

02:16PM  22      OFFERING PATIENT TESTING AT THIS POINT?

02:16PM  23      A.   ABOUT 11 MONTHS.

02:16PM  24      Q.   LET'S LOOK AT 4181.

02:16PM  25              THE COURT:  SHOULD WE TAKE OUR BREAK NOW?  I THOUGHT
```

ER-2450

ROSENDORFF DIRECT BY MR. BOSTIC                                        3369

02:16PM  1    WE WOULD HAVE ONE LAST BREAK.

02:16PM  2         LET'S TAKE ABOUT 20 MINUTES, FOLKS, ABOUT 20 MINUTES.

02:16PM  3              MR. BOSTIC:  YOUR HONOR, NOT TO DELAY IT, BUT AFTER

02:16PM  4    THIS LAST TWO MINUTE EXHIBIT, I'M SHIFTING GEARS.

02:17PM  5              THE COURT:  OH, I DON'T WANT TO BREAK YOUR RHYTHM.

02:17PM  6              MR. BOSTIC:  JUST TWO MORE MINUTES, YOUR HONOR.

02:17PM  7    THANK YOU.

02:17PM  8              THE COURT:  LET'S DO THAT.

02:17PM  9    BY MR. BOSTIC:

02:17PM 10    Q.   DR. ROSENDORFF, DO YOU HAVE 4181 IN FRONT OF YOU?

02:17PM 11    A.   YES, I DO.

02:17PM 12    Q.   AND IS THAT A CONTINUATION OF THE SAME EMAIL CHAIN THAT WE

02:17PM 13    WERE JUST LOOKING AT?

02:17PM 14    A.   YES.

02:17PM 15              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4181.

02:17PM 16              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

02:17PM 17              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

02:17PM 18         (GOVERNMENT'S EXHIBIT 4181 WAS RECEIVED IN EVIDENCE.)

02:17PM 19    BY MR. BOSTIC:

02:17PM 20    Q.   LET'S ZOOM IN ON THE TOP HALF OF PAGE 1.

02:17PM 21         DO YOU SEE THAT WE'RE LOOKING AT THAT SAME EMAIL MESSAGE

02:17PM 22    FROM DANIEL YOUNG TO MR. BALWANI ABOUT HIS CONCERNS ABOUT A

02:17PM 23    THERANOS TEST?

02:17PM 24    A.   YES.

02:17PM 25    Q.   AND HE MENTIONS A STUDY PLAN TO EVALUATE THE PROBLEM;

02:17PM  1    CORRECT?

02:17PM  2    A.    YES.

02:17PM  3    Q.    MR. BALWANI RESPONDS BY SENDING AN INDIVIDUAL MESSAGE TO

02:17PM  4    MS. HOLMES AT THE TOP OF THE PAGE.

02:17PM  5         DO YOU SEE THAT?

02:17PM  6    A.    YES.

02:17PM  7    Q.    AND HE WRITES, "ALWAYS ANOTHER STUDY AFTER THE FACT."

02:18PM  8         DO YOU SEE THAT LANGUAGE?

02:18PM  9    A.    YES.

02:18PM  10   Q.    WHEN YOU WERE LABORATORY DIRECTOR AT THERANOS, WERE YOU

02:18PM  11   AWARE OF A SERIES OF INTERNAL STUDIES THAT THE COMPANY WOULD DO

02:18PM  12   TO TRY TO FIGURE OUT WHY IT WAS HAVING PROBLEMS WITH TESTS?

02:18PM  13   A.    YES, CONSTANTLY.

02:18PM  14   Q.    GENERALLY SPEAKING, DID YOU DRAW ANY COMFORT FROM THE

02:18PM  15   RESULTS OF THOSE STUDIES?

02:18PM  16        LET ME ASK IT A DIFFERENT WAY.  DID THE STUDIES CONDUCTED

02:18PM  17   INTERNALLY AT THERANOS RESOLVE YOUR CONCERNS ABOUT THE ACCURACY

02:18PM  18   AND RELIABILITY OF THE THERANOS TESTS?

02:18PM  19   A.    THE FIRST FEW TIMES IT HAPPENED, I WOULD SAY YES.  I WOULD

02:18PM  20   LOOK AT THE STUDY DATA AND THINGS SEEMED TO BE CORRECTED.

02:18PM  21        BUT AS TIME WENT ON, BY AND LARGE, NO, THEY DID NOT.

02:18PM  22   Q.    GENERALLY SPEAKING, DID THOSE STUDIES RESULT IN PERMANENT

02:18PM  23   FIXES TO THE ACCURACY PROBLEMS THAT YOU WERE SEEING?

02:18PM  24   A.    THEY DID NOT.

02:19PM  25             MR. BOSTIC:  THIS MIGHT BE A GOOD TIME FOR A BREAK,

02:19PM  1    YOUR HONOR.  THANK YOU.

02:19PM  2            THE COURT:  ALL RIGHT.  LET'S TAKE 20 MINUTES.

02:19PM  3    THANK YOU.

02:43PM  4        (RECESS FROM 2:19 P.M. UNTIL 2:43 P.M.)

02:43PM  5            THE COURT:  ALL RIGHT.  WE'RE BACK ON THE RECORD.

02:43PM  6        ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT AGAIN.

02:44PM  7        OUR JURY IS PRESENT.

02:44PM  8        MR. BOSTIC.

02:44PM  9            MR. BOSTIC:  THANK YOU, YOUR HONOR.

02:44PM 10    Q.   DR. ROSENDORFF, BEFORE THE BREAK WE WERE TALKING ABOUT

02:44PM 11    SOME INSTANCES INVOLVING THERANOS TEST RESULTS AND QUESTIONS

02:44PM 12    AND COMPLAINTS FROM PATIENTS AND DOCTORS; CORRECT?

02:44PM 13    A.   YES.

02:44PM 14    Q.   AND DO YOU RECALL SEEING INSTANCES OF THOSE WHERE THOSE

02:44PM 15    REPORTS FROM OUTSIDE OF THERANOS WERE FORWARDED ALONG TO

02:44PM 16    MR. BALWANI?

02:44PM 17    A.   YES.

02:44PM 18    Q.   CAN I ASK YOU TO TURN TO TAB 4520 IN YOUR BINDER, PLEASE.

02:44PM 19    4520.

02:44PM 20    A.   YES.

02:44PM 21    Q.   AND AT 4520, DO YOU SEE AN EMAIL FROM MAX FOSQUE TO

02:44PM 22    MR. BALWANI IN SEPTEMBER OF 2015?

02:44PM 23    A.   YES.

02:44PM 24    Q.   AND I'LL ASK YOU TO LOOK AT THE FIRST ATTACHMENT TO THAT

02:44PM 25    EMAIL, WHICH IS ON PAGE 2 OF THE EXHIBIT.

02:44PM   1    A.   YES.

02:44PM   2    Q.   AND -- WELL, LET ME ASK YOU, HAVE YOU REVIEWED THIS

02:45PM   3    DOCUMENT PRIOR TO THIS MOMENT?

02:45PM   4    A.   YES, I HAVE.

02:45PM   5    Q.   OKAY.  ARE YOU FAMILIAR, GENERALLY, WITH THE CONTENTS OF

02:45PM   6    THIS DOCUMENT?

02:45PM   7    A.   YES.

02:45PM   8    Q.   DOES IT CONTAIN A WRITE-UP OF COMPLAINTS THAT YOU WERE

02:45PM   9    FAMILIAR WITH DURING YOUR TIME AT THE COMPANY?

02:45PM  10    A.   SOME OF THEM I RECALL, AND SOME OF THEM I DON'T RECALL.

02:45PM  11              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4520.

02:45PM  12              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

02:45PM  13              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:45PM  14         (GOVERNMENT'S EXHIBIT 4520 WAS RECEIVED IN EVIDENCE.)

02:45PM  15              MR. BOSTIC:  AND, YOUR HONOR, 4520 HAS TWO

02:45PM  16    ATTACHMENTS.  MY PLAN IS -- BOTH ATTACHMENTS HAVE PERSONALLY

02:45PM  17    IDENTIFIABLE INFORMATION OF PATIENTS.

02:45PM  18         WE WON'T PUBLISH THOSE.  WE HAVE A REDACTED VERSION OF THE

02:45PM  19    FIRST ATTACHMENT, AND WE WON'T PUBLISH THE SECOND ATTACHMENT

02:45PM  20    FOR TODAY.

02:45PM  21              THE COURT:  ALL RIGHT.  THANK YOU.

02:45PM  22    BY MR. BOSTIC:

02:45PM  23    Q.   SO, DR. ROSENDORFF, LOOKING AT THE EMAIL ITSELF, THIS IS

02:46PM  24    DATED SEPTEMBER 14TH, 2015.

02:46PM  25         DO YOU SEE THAT?

02:46PM  1    A.   YES.

02:46PM  2    Q.   AND CAN YOU REMIND US WHEN YOU LEFT THE COMPANY?

02:46PM  3    A.   I LEFT IN NOVEMBER OF 2014.

02:46PM  4    Q.   OKAY.

02:46PM  5    A.   THIS WOULD BE ALMOST A YEAR AFTER I LEFT.

02:46PM  6    Q.   OKAY.  MR. FOSQUE WRITES MR. BALWANI, HE SAYS, "SEE MY

02:46PM  7    UPDATES ATTACHED."

02:46PM  8         AND THEN THERE ARE TWO DOCUMENTS ATTACHED, ONE IS

02:46PM  9    APPENDIX B, AND THEN THERE'S AN ATTACHMENT FINAL LOG OF

02:46PM 10    COMPLAINTS AND IRQ'S.

02:46PM 11         DO YOU SEE THAT?

02:46PM 12    A.   YES.

02:46PM 13    Q.   LET'S GO TO PAGE 2 OF THIS EXHIBIT AND LOOK AT SOME OF THE

02:46PM 14    CONTENT IN THAT FIRST ATTACHMENT.

02:46PM 15         FIRST OF ALL, DO YOU SEE THAT THE TITLE OF THIS DOCUMENT

02:46PM 16    IS PATIENTS MENTIONED IN ROSENDORFF'S EMAILS?

02:46PM 17    A.   YES.

02:46PM 18    Q.   AND SO, FOR EXAMPLE, JUST HIGHLIGHTING A FEW OF THESE

02:46PM 19    EXAMPLES, DO YOU SEE THAT UNDER ITEM 1, ABOUT HALFWAY DOWN THIS

02:46PM 20    PAGE, IT SAYS, "ROSENDORFF NOTED THAT A REVIEW OF DATA SHOWED

02:47PM 21    THAT CALCIUM DATA WAS RUNNING HIGH?"

02:47PM 22    A.   YES, I SEE THAT.

02:47PM 23    Q.   AND DO YOU RECALL PROBLEMS WITH CALCIUM RESULTS DURING

02:47PM 24    YOUR TIME AT THERANOS?

02:47PM 25    A.   YES, I DO.

ROSENDORFF DIRECT BY MR. BOSTIC                                    3374

02:47PM  1     Q.   AND LET'S LOOK BRIEFLY AT PAGE 4 OF THIS EXHIBIT.

02:47PM  2          DO YOU SEE A HEADING IN THIS MEMO TO MR. BALWANI THAT

02:47PM  3     READS ISE AND POTASSIUM RESULTS AROUND MARCH 2014?

02:47PM  4     A.   YES.

02:47PM  5     Q.   AND HALFWAY DOWN THAT FIRST PARAGRAPH, DO YOU SEE LANGUAGE

02:47PM  6     THAT SAYS, "DANIEL YOUNG NOTED THAT THE DATA LOOKED 'VERY BAD'

02:47PM  7     FOR A TABLE OF CHLORIDE, POTASSIUM, AND SODIUM RESULTS AND THE

02:47PM  8     RERUN RESULTS WERE NOT GOOD (VERY HIGH)."

02:47PM  9          DO YOU SEE THAT LANGUAGE?

02:47PM  10    A.   YES.

02:47PM  11    Q.   AND DO YOU RECALL PROBLEMS AT THERANOS WITH THESE ASSAYS

02:48PM  12    IN MARCH OF 2014?

02:48PM  13    A.   YES, I DO.

02:48PM  14    Q.   FURTHER DOWN, DO YOU SEE THERE'S REFERENCE TO, IN THE

02:48PM  15    SECOND PARAGRAPH THERE, THERANOS MEASURING A CERTAIN NUMBER OF

02:48PM  16    POTASSIUMS AND AN OBSERVATION ABOUT HOW MANY WERE OUT OF RANGE

02:48PM  17    HIGH?

02:48PM  18    A.   YES.

02:48PM  19    Q.   AND DO YOU REMEMBER WHETHER YOU VIEWED THAT AS A SIGN OF

02:48PM  20    PROBLEMS WITH THE RELIABILITY OF THE THERANOS ASSAY?

02:48PM  21    A.   ABSOLUTELY.

02:48PM  22    Q.   AND THE LAST PARAGRAPH THERE, OR THE THIRD PARAGRAPH, IT

02:48PM  23    SAYS, "ON APRIL 22ND, 2014, ROSENDORFF WROTE TO SUNNY BALWANI,

02:48PM  24    'I WANTED TO ALERT YOU TO A PROBLEM WITH THE ISE RESULTS.'"

02:48PM  25          WE JUST DISCUSSED THIS, BUT DO YOU RECALL THERANOS

ER-2456

02:48PM  1      EXPERIENCING NUMEROUS PROBLEMS WITH ISE RESULTS DURING THIS

02:48PM  2      TIME PERIOD?

02:49PM  3      A.   YES, I DO.

02:49PM  4      Q.   LET'S LOOK AT PAGE 9 OF THIS EXHIBIT.

02:49PM  5           AND AT THE BOTTOM OF THAT PAGE YOU'LL SEE THERE'S A

02:49PM  6      HEADING ABOUT VITAMIN D RESULTS IN OCTOBER AND NOVEMBER OF

02:49PM  7      2014.

02:49PM  8           DO YOU SEE THAT?

02:49PM  9      A.   YES, I SEE IT.

02:49PM  10     Q.   AND DO YOU SEE SOME DISCUSSION THERE ABOUT CONCERNS ABOUT

02:49PM  11     THE REPRODUCIBILITY OF THE ASSAY?

02:49PM  12     A.   YES.  YES.

02:49PM  13     Q.   DO YOU RECALL --

02:49PM  14     A.   THIS IS FROM MR. MORIN.  THESE ARE HIS WORDS, I BELIEVE.

02:49PM  15     Q.   YES.  THANK YOU.

02:49PM  16          DO YOU RECALL IN OCTOBER AND NOVEMBER OF 2014 THERANOS

02:50PM  17     HAVING PROBLEMS WITH ITS VITAMIN D ASSAY?

02:50PM  18     A.   YES.

02:50PM  19               MR. BOSTIC:  MAY I APPROACH, YOUR HONOR?

02:50PM  20               THE COURT:  YES.

02:50PM  21               MR. BOSTIC:  (HANDING.)

02:50PM  22          SO I'VE JUST HANDED THE WITNESS A VERSION OF THE SECOND

02:50PM  23     ATTACHMENT TO THIS EMAIL, AND THIS ATTACHMENT IS PRESENT IN THE

02:50PM  24     BINDERS THAT WERE GIVEN TO THE COURT AND COUNSEL.

02:50PM  25               THE COURT:  OKAY.

ROSENDORFF DIRECT BY MR. BOSTIC                    3376

02:50PM 1    BY MR. BOSTIC:

02:50PM 2    Q.  DR. ROSENDORFF, DO YOU HAVE IN FRONT OF YOU A PRINTOUT OF

02:50PM 3    AN EXCEL TABLE?

02:50PM 4    A.  YES, I DO.

02:50PM 5    Q.  AND I WON'T ASK YOU TO READ ANY OF THE CONTENT, OR TO READ

02:50PM 6    OUT LOUD ANY OF THE CONTENT, BUT DO YOU SEE THAT THAT TABLE

02:50PM 7    CONTAINS WRITE-UPS OF NUMEROUS COMPLAINTS AND QUESTIONS SENT IN

02:50PM 8    TO THERANOS ABOUT ITS TEST RESULTS?

02:50PM 9    A.  YES, IT DOES.

02:50PM 10   Q.  OKAY.  THANK YOU.  YOU CAN SET THAT ASIDE.

02:51PM 11       DR. ROSENDORFF, DURING YOUR TIME AT THE COMPANY, DID YOU

02:51PM 12   HAVE ANY REACTIONS TO PUBLIC INFORMATION THAT YOU SAW ABOUT THE

02:51PM 13   COMPANY'S TECHNOLOGY OR WHAT IT COULD DO?

02:51PM 14   A.  YES, I DID.

02:51PM 15   Q.  WHAT DO YOU REMEMBER IN THAT REGARD?

02:51PM 16   A.  I REMEMBER A "FORTUNE" ARTICLE BY ROGER PARLOFF.

02:51PM 17   BASICALLY IT WAS, IT WAS AN INTERVIEW WITH ELIZABETH, AND IT

02:51PM 18   MADE A NUMBER OF CLAIMS REGARDING THERANOS TECHNOLOGY THAT WERE

02:51PM 19   JUST NOT TRUE.

02:51PM 20   Q.  DO YOU REMEMBER SEEING THAT ARTICLE AROUND THE TIME THAT

02:51PM 21   IT CAME OUT?

02:51PM 22   A.  YES.  YES.

02:51PM 23   Q.  HOW DID THAT -- HOW DID SEEING THAT ARTICLE MAKE YOU FEEL

02:52PM 24   ABOUT YOUR EMPLOYMENT WITH THE COMPANY?

02:52PM 25       MR. COOPERSMITH:  OBJECTION.  RELEVANCE.

02:52PM   1                    THE COURT:  SUSTAINED.

02:52PM   2        BY MR. BOSTIC:

02:52PM   3        Q.   DID YOU HAVE ANY CONVERSATIONS WITH ANYONE AT THERANOS

02:52PM   4        ABOUT WHAT YOU HAD SEEN IN THAT "FORTUNE" ARTICLE?

02:52PM   5        A.   NO, I DID NOT.

02:52PM   6        Q.   WHY DID YOU NOT RAISE THE FALSE STATEMENTS YOU SAW IN THAT

02:52PM   7        ARTICLE TO MR. BALWANI, FOR EXAMPLE?

02:52PM   8                    MR. COOPERSMITH:  OBJECTION.  RELEVANCE.

02:52PM   9                    THE COURT:  I'M SORRY?

02:52PM  10                    MR. COOPERSMITH:  OBJECTION.  RELEVANCE.

02:52PM  11                    THE COURT:  OVERRULED.

02:52PM  12                    THE WITNESS:  I DIDN'T THINK IT WAS MY PLACE TO, TO

02:52PM  13        MONITOR THE COMPANY'S COMMUNICATION TO JOURNALISTS.

02:52PM  14             MY JOB WAS TO TRY TO MAINTAIN THE QUALITY OF LABORATORY

02:52PM  15        TESTING.

02:52PM  16        BY MR. BOSTIC:

02:52PM  17        Q.   CAN I ASK YOU TO TURN TO 4047 IN YOUR BINDER.

02:53PM  18        A.   I HAVE IT.

02:53PM  19        Q.   OKAY.  IN 4047, DO YOU SEE AN EMAIL CHAIN INCLUDING

02:53PM  20        YOURSELF, MR. BALWANI, AND MS. HOLMES RELATING TO AN UPCOMING

02:53PM  21        INSPECTION OF THERANOS?

02:53PM  22        A.   YES, I DO.

02:53PM  23                    MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4047.

02:53PM  24                    MR. COOPERSMITH:  I'M SORRY, YOUR HONOR.  THERE'S A

02:53PM  25        GLITCH IN MY BINDER THAT DOESN'T HAVE THE EXHIBIT.

```
02:53PM    1              MR. BOSTIC:  WE CAN PROVIDE AN EXTRA.

02:53PM    2          (PAUSE IN PROCEEDINGS.)

02:54PM    3              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

02:54PM    4              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:54PM    5          (GOVERNMENT'S EXHIBIT 4047 WAS RECEIVED IN EVIDENCE.)

02:54PM    6      BY MR. BOSTIC:

02:54PM    7      Q.   DR. ROSENDORFF, WE'RE LOOKING AT AN EMAIL FROM

02:54PM    8      NOVEMBER 2013; CORRECT?

02:54PM    9      A.   YES.

02:54PM   10      Q.   AROUND THIS TIME, WAS THERE AN INSPECTION OF THERANOS BY

02:54PM   11      AUDITORS?

02:54PM   12      A.   YES, THERE WAS.

02:54PM   13      Q.   AND CAN YOU EXPLAIN WHAT THAT MEANS?

02:54PM   14      A.   ANY CLIA LABORATORY IS INSPECTED ONCE WHEN IT OPENS UP,

02:54PM   15      AND THEN THE INSPECTORS COME ON SITE AGAIN SHORTLY THEREAFTER,

02:54PM   16      AND THEN AFTER THAT THEY COME ONCE EVERY TWO YEARS TO INSPECT.

02:54PM   17          SO THESE WOULD BE FOLKS FROM LABORATORY FIELD SERVICES

02:55PM   18      THAT WOULD BE ENFORCING THE CMS REGULATIONS, CLIA REGULATIONS.

02:55PM   19      Q.   LOOKING AT THIS EMAIL, LET'S ZOOM IN ON THE TEXT OF

02:55PM   20      MS. HOLMES'S EMAIL.

02:55PM   21          AND SHE WRITES TO DANIEL YOUNG, YOU, AND OTHERS AT

02:55PM   22      THERANOS, CC'ING MR. BALWANI; CORRECT?

02:55PM   23      A.   YES.

02:55PM   24      Q.   AND SHE SAYS, "LET ME KNOW IF THE PATH FOR WALKING THE

02:55PM   25      AUDITORS IN AND DOWNSTAIRS HAS BEEN CEMENTED SO WE AVOID AREAS
```

02:55PM 1  THAT CANNOT BE ACCESSED, AND WHAT THAT PATH IS."

02:55PM 2       DO YOU SEE THAT?

02:55PM 3  A.   YES.

02:55PM 4  Q.   AND THEN LET'S LOOK AT THE FOLLOW-UP MESSAGE FROM

02:55PM 5  MS. HOLMES.

02:55PM 6       SHE SAYS, "(KERRY PLEASE DELINEATE THIS BASED ON WHAT WE

02:55PM 7  DID WITH THE NEW YORK INSPECTOR RECENTLY AND SEND THAT OUT)."

02:55PM 8       DO YOU SEE THAT?

02:55PM 9  A.   YES, I DO.

02:55PM 10 Q.   AROUND THIS TIME, DO YOU RECALL OTHER DISCUSSION ABOUT

02:56PM 11 AREAS OF THE THERANOS FACILITY THAT SHOULD OR SHOULD NOT BE

02:56PM 12 ACCESSED DURING THIS INSPECTION?

02:56PM 13 A.   YES.  MR. BALWANI WAS VERY CLEAR THAT THE INSPECTORS

02:56PM 14 SHOULDN'T GO INTO THE R&D AREAS; THAT THE INSPECTORS SHOULDN'T

02:56PM 15 GO INTO THE NORMANDY LAB.

02:56PM 16 Q.   AND ARE YOU DESCRIBING A CONVERSATION THAT YOU HAD WITH

02:56PM 17 MR. BALWANI IN PERSON OR OVER THE PHONE?

02:56PM 18 A.   IT'S, IT'S MY RECOLLECTION.  I CAN'T POINT TO A SPECIFIC

02:56PM 19 CONVERSATION THAT I HAD WITH HIM.

02:56PM 20 Q.   THE DIRECTION THAT MR. BALWANI GAVE AS TO ACCESSING THE

02:56PM 21 NORMANDY LAB.

02:56PM 22      FIRST OF ALL, WHAT WAS THE NORMANDY LAB?

02:56PM 23           MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  HE DOESN'T

02:56PM 24 REMEMBER THE CONVERSATION, SO --

02:56PM 25           THE COURT:  WELL, I THINK THE QUESTION WAS, WHAT WAS

ROSENDORFF DIRECT BY MR. BOSTIC                                    3380

02:56PM   1    THE NORMANDY LAB?

02:56PM   2              MR. COOPERSMITH:  WELL, HE CAN ANSWER THAT ONE, YES,

02:57PM   3    YOUR HONOR.

02:57PM   4              THE COURT:  I THINK SO TOO.

02:57PM   5         YOU CAN ANSWER THE QUESTION, SIR.

02:57PM   6              THE WITNESS:  THE NORMANDY LAB WAS THE DOWNSTAIRS

02:57PM   7    LAB IN THE BASEMENT ESSENTIALLY OF THE BUILDING WHERE ALL OF

02:57PM   8    THE THERANOS TESTS WERE BEING RUN.

02:57PM   9    BY MR. BOSTIC:

02:57PM   10   Q.   AND I UNDERSTAND YOU CAN'T PLACE A SPECIFIC CONVERSATION

02:57PM   11   IN TIME IN YOUR MIND, BUT WHAT DIRECTION DO YOU REMEMBER, IF

02:57PM   12   ANY, GETTING FROM MR. BALWANI ABOUT ACCESS TO THE NORMANDY LAB

02:57PM   13   DURING THIS INSPECTION?

02:57PM   14   A.   THAT FOLKS SHOULD NOT BE GOING IN AND OUT OF THE LAB

02:57PM   15   DURING THE PERIOD OF THE INSPECTION.

02:57PM   16   Q.   DID YOU ALSO HAVE DISCUSSIONS WITH DANIEL YOUNG ABOUT THE

02:57PM   17   NORMANDY LAB AND THE INSPECTORS WHO WOULD BE CONDUCTING THIS

02:57PM   18   INSPECTION?

02:57PM   19   A.   WHEN THE INSPECTORS CAME ON SITE, WE WENT INTO A

02:57PM   20   CONFERENCE ROOM, AND WE WERE SHOWING THEM THE VALIDATION

02:57PM   21   REPORTS FOR THE EDISON AND FOR THE THERANOS GENERAL CHEMISTRY

02:57PM   22   TESTS, AND I EMAILED DR. YOUNG AND SAID, ESSENTIALLY, YOU KNOW,

02:58PM   23   SHOULD WE MENTION THE NORMANDY LAB TO THEM?  AND HE RESPONDED,

02:58PM   24   NOT UNLESS THEY EXPLICITLY ASK US.

02:58PM   25   Q.   AND WERE YOU WITH THE INSPECTORS FOR SOME OR ALL OF THE

ER-2462

02:58PM 1      INSPECTION THAT THEY CONDUCTED AT THIS TIME?

02:58PM 2      A.   SOME OF IT.  NOT ALL OF IT.

02:58PM 3      Q.   TO YOUR KNOWLEDGE, DID THOSE INSPECTORS EVER ACTUALLY TOUR

02:58PM 4      THE NORMANDY SECTION OF THE LAB?

02:58PM 5      A.   NOT TO MY KNOWLEDGE.

02:58PM 6      Q.   TO YOUR KNOWLEDGE, DID THOSE INSPECTORS EVER SEE AN EDISON

02:58PM 7      DEVICE?

02:58PM 8      A.   NOT TO MY KNOWLEDGE.

02:58PM 9      Q.   OKAY.  WE CAN SET THOSE ASIDE.

02:58PM 10         LET'S LOOK AT 4323, AND I WANT TO START TO TALK ABOUT THE

02:58PM 11     CIRCUMSTANCES OF YOUR DEPARTURE FROM THE COMPANY.

02:58PM 12     A.   YES.

02:58PM 13     Q.   SO TAB 4323.

02:59PM 14     A.   OKAY.  I HAVE IT.

02:59PM 15     Q.   OKAY.  IS THAT AN EMAIL CHAIN INCLUDING MR. BALWANI, AND

02:59PM 16     FURTHER DOWN YOU, FROM NOVEMBER OF 2014?

02:59PM 17     A.   YES.

02:59PM 18              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4323.

02:59PM 19              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

02:59PM 20              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:59PM 21         (GOVERNMENT'S EXHIBIT 4323 WAS RECEIVED IN EVIDENCE.)

02:59PM 22     BY MR. BOSTIC:

02:59PM 23     Q.   OKAY.  LET'S START WITH THE FIRST EMAIL, WHICH IS ON

02:59PM 24     PAGE 4.

02:59PM 25         AND DO YOU SEE THIS BEGINS WITH AN EMAIL TO

ER-2463

02:59PM  1    CHRISTIAN HOLMES ABOUT AN ESCALATED CALL FROM A DOCTOR, OR A

02:59PM  2    DOCTOR'S OFFICE?

02:59PM  3    A.   OH.  THIS EMAIL IS FROM MEGAN TO CHRISTIAN.

02:59PM  4    Q.   OKAY.  AND DO YOU SEE THAT IT RELATES TO A CALL FROM A

02:59PM  5    MEDICAL PRACTICE?

02:59PM  6    A.   YES.

02:59PM  7    Q.   OKAY. AND IT SAYS THAT THE DOCTOR AT THIS PRACTICE IS

03:00PM  8    CONCERNED ABOUT THE HDL AND LDL RESULTS IN THE LIPID PANEL FOR

03:00PM  9    A GIVEN PATIENT.

03:00PM 10       DO YOU SEE THAT?

03:00PM 11    A.   YES.

03:00PM 12    Q.   AND IT'S REPORTED THAT THE HDL AND LDL ARE NOT ADDING UP,

03:00PM 13    AND SO THE THOUGHT IS THAT THE LDL IS A FALSE READING.

03:00PM 14       DO YOU SEE THAT?

03:00PM 15    A.   YES.

03:00PM 16    Q.   CAN YOU EXPLAIN WHAT THAT MEANS?  AND START BY TELLING US

03:00PM 17    ABOUT THE RELATIONSHIP BETWEEN HDL AND LDL.

03:00PM 18    A.   WELL, THEY'RE BOTH FORMS OF CHOLESTEROL.

03:00PM 19       LDL IS THE BAD CHOLESTEROL, AND HDL IS THE GOOD ONE.

03:00PM 20       THESE CHOLESTEROL METABOLIZE IN THE LIVER AND CONVERT INTO

03:00PM 21    THESE DIFFERENT FORMS, AND THE RELATIONSHIP BETWEEN THE TWO IS

03:00PM 22    THAT THERE'S AN EQUATION WHERE YOU ADD UP THE HDL AND LDL AND

03:00PM 23    DO A FEW OTHER THINGS AND THEN YOU GET TO WHAT THE TOTAL

03:01PM 24    CHOLESTEROL SHOULD BE.

03:01PM 25    Q.   AND LET'S GO TO PAGE 3 OF THIS EXHIBIT AND WE'LL SEE SOME

03:01PM  1      MORE ABOUT THAT.

03:01PM  2           AND LOOK AT YOUR EMAIL AT THE BOTTOM OF THIS PAGE.

03:01PM  3           AND, FIRST OF ALL, YOU REPORT THAT YOU HAVE SPOKEN TO THE

03:01PM  4      DOCTOR'S PRACTICE AND INDICATED THAT THERANOS WOULD ATTEMPT TO

03:01PM  5      RERUN THE SAMPLE.

03:01PM  6           DO YOU SEE THAT?

03:01PM  7      A.   YES.

03:01PM  8      Q.   AND THEN YOU EXPLAIN THAT THE PROBLEM IS THAT THE SUM OF

03:01PM  9      THE LDL AND THE HDL ARE GREATER THAN THE TOTAL CHOLESTEROL

03:01PM 10      MEASUREMENT?

03:01PM 11      A.   YES.

03:01PM 12      Q.   SO YOU SAY ONE OR MORE OF THESE MEASUREMENTS MUST BE

03:01PM 13      INCORRECT.

03:01PM 14           DO YOU SEE THAT?

03:01PM 15      A.   YES.

03:01PM 16      Q.   AND YOU THEN SAY, "THERE ARE NO PATIENT FACTORS THAT CAN

03:01PM 17      EXPLAIN THIS."

03:01PM 18           WHAT DID YOU MEAN BY THAT?

03:01PM 19      A.   THERE'S NO -- THERE'S NOTHING THAT THE PATIENT HAD EATEN,

03:01PM 20      THERE'S NO DRUG THAT THE PATIENT MIGHT HAVE BEEN TAKING,

03:01PM 21      THERE'S NO DISEASE THAT THE PATIENT MIGHT HAVE HAD THAT WOULD

03:01PM 22      EXPLAIN THIS DISCREPANCY BETWEEN THE CALCULATED TOTAL

03:02PM 23      CHOLESTEROL, WHICH IS AT LEAST 230, AND WHAT WAS MEASURED,

03:02PM 24      WHICH WAS 221.

03:02PM 25      Q.   OKAY.  LET'S LOOK AT PAGE 2, AND THE BOTTOM HALF OF THAT

ROSENDORFF DIRECT BY MR. BOSTIC                                    3384

03:02PM  1    PAGE.

03:02PM  2         AND FIRST, DO YOU SEE AN EMAIL FROM CHRISTIAN HOLMES TO

03:02PM  3    YOU AND OTHERS WHERE HE OFFERS A RESPONSE EXPLAINING THAT

03:02PM  4    DISCREPANCY?

03:02PM  5    A.   YES.

03:02PM  6    Q.   AND HE GOES INTO THE MARGINS OF ERROR UNDER CLIA.

03:02PM  7         DO YOU SEE THAT?

03:02PM  8    A.   YES.

03:02PM  9    Q.   AND AN OFFERED EXPLANATION, IN OTHER WORDS; IS THAT

03:02PM  10   CORRECT?

03:02PM  11   A.   YES.

03:02PM  12   Q.   AND YOUR EMAIL ABOVE SAYS, "I'M GOING TO PASS ON THIS

03:02PM  13   ONE."

03:02PM  14        DO YOU SEE THAT?

03:02PM  15   A.   YES.

03:02PM  16   Q.   AND WHAT DID YOU MEAN BY THAT?

03:02PM  17   A.   I HAD HAD ENOUGH.  I WAS TIRED OF RUNNING INTERFERENCE FOR

03:03PM  18   THERANOS, COMING UP WITH JUSTIFICATIONS OR EXPLANATIONS FOR

03:03PM  19   THINGS THAT DIDN'T MAKE SENSE.

03:03PM  20        I DIDN'T FEEL THAT I WAS BEING RESPONSIBLE AS A PHYSICIAN

03:03PM  21   TALKING TO OTHER PHYSICIANS.

03:03PM  22   Q.   SO PARTICULARLY IN THIS CASE, WHAT WERE YOU UNWILLING TO

03:03PM  23   DO?

03:03PM  24   A.   TO EXPLAIN AWAY THE DISCREPANCY OR TO JUSTIFY IT SAYING

03:03PM  25   THAT, YOU KNOW, THAT THERE'S A 10 PERCENT ERROR, WHICH WOULD

03:03PM 1     MAKE IT ACCEPTABLE.

03:03PM 2     Q.   OKAY.  LET'S LOOK AT YOUR RESPONSE.

03:03PM 3          CHRISTIAN HOLMES ASKS YOU TO CLARIFY WHAT YOU MEAN, AND

03:03PM 4     ABOVE THAT LET'S LOOK AT WHAT YOU SAY.

03:03PM 5          YOU SAY ON NOVEMBER 14TH, 2014, ABOUT THESE HDL AND LDL

03:03PM 6     RESULTS, "IF YOU'RE ASKING ME TO DEFEND THESE VALUES, THEN THE

03:03PM 7     ANSWER IS NO."

03:03PM 8          DO YOU SEE THAT?

03:03PM 9     A.   YES.

03:03PM 10    Q.   AND IS THAT FOR THE REASON THAT YOU JUST DESCRIBED?

03:03PM 11    A.   YES.

03:03PM 12    Q.   AND LET'S LOOK AT PAGE 1.  AND AT THE BOTTOM OF THE PAGE,

03:04PM 13    CHRISTIAN HOLMES, MS. HOLMES'S BROTHER, WRITES BACK TO YOU AND

03:04PM 14    SAID, "ADAM, IF YOU ARE GOING TO REFUSE TO SPEAK WITH A

03:04PM 15    CLINICIAN WHO IS ASKING TO SPEAK WITH OUR LAB DIRECTOR ABOUT

03:04PM 16    INTERPRETING A PATIENT'S RESULTS, THEN SO BE IT, BUT SIMPLY

03:04PM 17    PASSING ON GETTING BACK TO THIS DOC IS NOT AN OPTION."

03:04PM 18         DO YOU SEE THAT?

03:04PM 19    A.   YES.

03:04PM 20    Q.   AND HE THEN INCLUDES DANIEL YOUNG.

03:04PM 21         DO YOU SEE THAT?

03:04PM 22    A.   YES.

03:04PM 23    Q.   AND LET'S GO UP IN THIS CHAIN.  IF WE CAN CAPTURE THE TOP

03:04PM 24    HALF OF THE PAGE.

03:04PM 25         OKAY.  FIRST, DO YOU SEE CHRISTIAN HOLMES THEN EMAILS

03:04PM  1    SUNNY BALWANI AND ELIZABETH HOLMES ABOUT THIS?

03:04PM  2    A.   YES.

03:04PM  3    Q.   AND ESSENTIALLY HE IS COMPLAINING ABOUT YOUR REFUSAL TO

03:04PM  4    SPEAK TO THIS DOCTOR AND JUSTIFY THE RESULTS; CORRECT?

03:04PM  5    A.   YES, HE IS.

03:04PM  6    Q.   MS. HOLMES WRITES BACK TO HER BROTHER, "YOU HANDLED THIS

03:04PM  7    EXCELLENTLY.  THE LAST NOTE TO ADAM BELOW, ESPECIALLY THE

03:05PM  8    SECOND SENTENCE, WAS EXACTLY RIGHT."

03:05PM  9         DO YOU SEE THAT?

03:05PM 10    A.   YES.

03:05PM 11    Q.   AND MR. BALWANI IS INCLUDED ON THAT EMAIL?

03:05PM 12    A.   YES, HE IS.

03:05PM 13    Q.   LET'S LOOK AT 4314.

03:05PM 14    A.   I HAVE IT.

03:05PM 15    Q.   OKAY.  AND IS THIS A CONTINUATION OF THAT SAME EMAIL

03:05PM 16    CHAIN?

03:05PM 17    A.   YES.

03:05PM 18         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4314.

03:05PM 19         MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

03:05PM 20         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:05PM 21    (GOVERNMENT'S EXHIBIT 4314 WAS RECEIVED IN EVIDENCE.)

03:05PM 22    BY MR. BOSTIC:

03:05PM 23    Q.   AND LET'S GO TO PAGE 2 AND ZOOM IN ON THE TOP THIRD OR SO.

03:05PM 24         OKAY.  SO DO YOU SEE HERE YOUR RESPONSE TO

03:05PM 25    CHRISTIAN HOLMES'S EMAIL ABOUT YOUR REFUSAL TO JUSTIFY THE

03:05PM 1    RESULTS?

03:05PM 2    A.   YES.

03:05PM 3    Q.   AND YOU WRITE, "I WILL HAPPILY SPEAK TO THE CLINICIAN BUT

03:06PM 4    I WILL NOT DEFEND THE RESULTS.  I THINK THIS IS WHAT YOU ARE

03:06PM 5    LOOKING FOR NO?"

03:06PM 6        DO YOU SEE THAT?

03:06PM 7    A.   YES.

03:06PM 8    Q.   AND LET'S GO TO PAGE 1 AND ZOOM IN ON THE BOTTOM OF THE

03:06PM 9    PAGE.

03:06PM 10       YOU SEND A FOLLOW-UP EMAIL WITHOUT GETTING A RESPONSE

03:06PM 11   BACK.

03:06PM 12       DO YOU SEE THAT?

03:06PM 13   A.   YES.

03:06PM 14   Q.   AND YOU SAY, "TO CLARIFY:

03:06PM 15       "NUMBER 1, THIS IS NOT A QUESTION OF INTERPRETING RESULTS,

03:06PM 16   THIS IS A QUESTION OF THE RELIABILITY AND ACCURACY OF THE

03:06PM 17   RESULTS."

03:06PM 18       DO YOU SEE THAT?

03:06PM 19   A.   YES.

03:06PM 20   Q.   AND YOU THEN SAY, "THE MOST CONSTRUCTIVE THING AT THIS

03:06PM 21   POINT IS TO OFFER RELIABLE AND ROBUST ASSAYS, NOT TO SPIN."

03:06PM 22       DO YOU SEE THAT?

03:06PM 23   A.   YES.

03:06PM 24   Q.   AND WHICH OF THOSE DID YOU FEEL LIKE THERANOS WAS DOING AT

03:06PM 25   THE TIME THIS WAS HAPPENING?

ROSENDORFF DIRECT BY MR. BOSTIC                                    3388

03:06PM   1    A.   I'M SORRY.  COULD YOU SAY AGAIN?

03:06PM   2    Q.   SURE.  YOU'RE SETTING UP A DISTINCTION BETWEEN OFFERING

03:06PM   3    RELIABLE AND ROBUST ASSAYS AS OPPOSED TO SPINNING.

03:06PM   4         WHICH ONE OF THOSE DID YOU FEEL LIKE THERANOS WAS DOING

03:07PM   5    AROUND THIS TIME?

03:07PM   6    A.   SPINNING.

03:07PM   7    Q.   YOU SAY, "FURTHER, 100 PERCENT HONESTY AND TRANSPARENCY TO

03:07PM   8    THE PATIENT IS ESSENTIAL."

03:07PM   9         DO YOU SEE THAT?

03:07PM  10    A.   YES, I DO.

03:07PM  11    Q.   AND YOU SAY, "MY FIRST DUTY IS NOT TO THERANOS, BUT TO THE

03:07PM  12    PATIENT AS PER MY HIPPOCRATIC OATH," PRIMUM NON -- AND I WON'T

03:07PM  13    TRY TO PRONOUNCE THAT LATIN WORD.

03:07PM  14         DO YOU SEE THAT?

03:07PM  15    A.   YES, I DO.

03:07PM  16    Q.   AND FINALLY, YOU CLARIFY THAT YOU NEVER SAID THAT YOU

03:07PM  17    WOULDN'T TALK TO THE DOCTOR; IS THAT RIGHT?

03:07PM  18    A.   YES.

03:07PM  19    Q.   AND AFTER A RESPONSE ABOVE THAT FROM CHRISTIAN HOLMES, HE

03:07PM  20    AGAIN FORWARDS THE CHAIN TO ELIZABETH HOLMES AND SUNNY BALWANI

03:07PM  21    AT THE TOP OF THE PAGE.

03:07PM  22         DO YOU SEE THAT?

03:07PM  23    A.   YES.

03:07PM  24    Q.   AND CHRISTIAN HOLMES WRITES TO LET MS. HOLMES AND

03:07PM  25    MR. BALWANI KNOW, HE SAYS, "HIS RESPONSE TO THIS WAS TO DO A

ER-2470

03:07PM   1    VACUTAINER REDRAW AND I ENDED THE CONVERSATION AT THAT POINT."

03:08PM   2        DO YOU SEE THAT?

03:08PM   3    A.   YES, I DO.

03:08PM   4    Q.   AND WHEN IT SAYS, "HIS RESPONSE," IS THAT REFERRING TO

03:08PM   5    YOUR RESPONSE TO CHRISTIAN HOLMES?

03:08PM   6    A.   YES, IT DOES.

03:08PM   7    Q.   AND WHEN YOU SUGGESTED DOING A VACUTAINER REDRAW, WHAT DID

03:08PM   8    THAT MEAN AND WHY WOULD IT SOLVE THE PROBLEM IN YOUR MIND?

03:08PM   9    A.   IT MEANS THAT THE CHOLESTEROL PANEL WOULD BE RUN ON THE

03:08PM  10    ADVIA FDA APPROVED PREDICATE INSTRUMENT, AVOIDING THE ACCURACY

03:08PM  11    PROBLEMS.

03:08PM  12    Q.   AVOIDING THE ACCURACY PROBLEM BY NOT USING THERANOS

03:08PM  13    SPECIFIC TECHNOLOGY?

03:08PM  14    A.   CORRECT.

03:08PM  15    Q.   OKAY.  WE CAN SET THAT ASIDE.

03:08PM  16        LET'S LOOK AT 4330, PLEASE.

03:08PM  17        AND AT 4330, DO YOU SEE AN EMAIL CHAIN INCLUDING YOU,

03:09PM  18    MR. BALWANI, AND MS. HOLMES RELATING TO YOUR CONCERNS ABOUT THE

03:09PM  19    COMPANY?

03:09PM  20    A.   YES, I DO.

03:09PM  21            MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4330.

03:09PM  22            MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

03:09PM  23            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:09PM  24        (GOVERNMENT'S EXHIBIT 4330 WAS RECEIVED IN EVIDENCE.)

03:09PM  25    BY MR. BOSTIC:

ROSENDORFF DIRECT BY MR. BOSTIC                                    3390

03:09PM   1    Q.   AND LET'S GO TO PAGE 3.

03:09PM   2         DO YOU SEE HERE, DR. ROSENDORFF, THAT YOU'RE EMAILING

03:09PM   3    MR. BALWANI AND CC'ING MS. HOLMES ON NOVEMBER 14TH, 2014,

03:09PM   4    ASKING ABOUT WHETHER THERANOS INTENDS TO TEST SAMPLES TO RULE

03:09PM   5    OUT OR DIAGNOSE EBOLA AT THE 7373 -- EXCUSE ME, AT THE 7373

03:09PM   6    GATEWAY ADDRESS?

03:09PM   7    A.   YES, I DO.

03:09PM   8    Q.   AND YOU SAY, IF THAT IS CORRECT, YOU ARE WONDERING WHY, AS

03:10PM   9    LAB DIRECTOR, YOU WERE NOT INVOLVED IN THE DECISION.

03:10PM  10         DO YOU SEE THAT?

03:10PM  11    A.   YES, I DO.

03:10PM  12    Q.   LET'S GO TO PAGE 2.  MS. HOLMES DENIED THAT THAT WAS GOING

03:10PM  13    TO HAPPEN; CORRECT?

03:10PM  14    A.   YES, SHE DOES.

03:10PM  15    Q.   LET'S LOOK AT THE TOP OF PAGE 2 AND LOOK AT ANOTHER

03:10PM  16    MESSAGE FROM YOU.

03:10PM  17         THIS LEADS TO A MESSAGE FROM YOU THAT SAYS, "ELIZABETH,

03:10PM  18         "I FEEL REALLY UNCOMFORTABLE WITH WHAT IS HAPPENING RIGHT

03:10PM  19    NOW IN THIS COMPANY."

03:10PM  20         DO YOU SEE THAT?

03:10PM  21    A.   YES.

03:10PM  22    Q.   YOU SAY, "IS THERE ANY WAY YOU CAN GET SPENCER BACK ON THE

03:10PM  23    CLIA LICENSE AND TAKE ME OFF?"

03:10PM  24    A.   YES.

03:10PM  25    Q.   "I AM FEELING PRESSURED TO VOUCH FOR RESULTS THAT I CANNOT

03:10PM 1    BE CONFIDENT IN, AND ALSO IN A NUMBER OF CASES WHERE I GET

03:10PM 2    QUESTIONS ABOUT ASSAYS, I DO NOT KNOW WHAT METHOD IS BEING

03:10PM 3    USED, IE VACUTAINERS ALIQUOTTED INTO CTN'S, ET CETERA."

03:10PM 4        DO YOU SEE THAT?

03:10PM 5    A.   YES.

03:10PM 6    Q.   AND DID THIS BECOME -- DID YOUR MESSAGE REFER TO SOMETHING

03:11PM 7    BEYOND THE TESTING OF EBOLA?

03:11PM 8    A.   YES.  IT REALLY WENT TO MY SENSE THAT I WAS BEING LIED TO,

03:11PM 9    I WASN'T BEING KEPT IN THE LOOP, THAT I HAD NO WAY OF OPERATING

03:11PM 10   EFFICIENTLY AS LAB DIRECTOR IF I DIDN'T EVEN KNOW WHAT SAMPLE

03:11PM 11   WAS BEING PROCESSED, VENOUS VERSUS CAPILLARY.

03:11PM 12       IT WAS JUST IMPOSSIBLE TO FUNCTION IN THAT KIND OF

03:11PM 13   CULTURE.

03:11PM 14   Q.   AND YOUR REQUEST TO GET SPENCER BACK ON THE CLIA LICENSE

03:11PM 15   AND TAKE YOU OFF, WHAT WOULD THAT MEAN IN TERMS OF YOUR ROLE

03:11PM 16   WITH THE COMPANY?

03:11PM 17   A.   SINCE I HAD BEEN HIRED TO BE THE LABORATORY DIRECTOR, I

03:11PM 18   WOULD NOT BE THE LABORATORY DIRECTOR ANYMORE, YEAH.

03:11PM 19   Q.   LET'S GO TO PAGE 1 AND LOOK AT MS. HOLMES'S RESPONSE.

03:12PM 20       SHE WRITES, "ADAM:

03:12PM 21       "HOW SAD AND DISAPPOINTING TO SEE THIS FROM YOU."

03:12PM 22       SHE WRITES, "OUTSIDE OF THE FACT YOU'VE NEVER EMAILED ME

03:12PM 23   ON ANY CONCERNS YOU ALLUDE TO THERE BEFORE BUT NOW EMAIL THIS,

03:12PM 24   YOU KNOW FROM EVERY CONVERSATION WE'VE EVER HAD TOGETHER HOW

03:12PM 25   FUNDAMENTAL IT IS TO ALL OF US FOR YOU OR ANY EMPLOYEE NEVER TO

03:12PM    1    DO ANYTHING YOU'RE NOT COMPLETELY CONFIDENT IN."

03:12PM    2        DO YOU SEE THAT?

03:12PM    3    A.   YES, I DO.

03:12PM    4    Q.   DID THOSE WORDS RING TRUE TO YOU FROM MS. HOLMES IN

03:12PM    5    NOVEMBER OF 2014?

03:12PM    6    A.   NO, THEY DID NOT.

03:12PM    7    Q.   WHY NOT?

03:12PM    8    A.   IT FELT LIKE A, IT FELT LIKE THIS EMAIL HAD BEEN CRAFTED

03:12PM    9    BY HER LAWYERS.

03:12PM   10        I KNOW SO MANY INSTANCES WHERE EMPLOYEES WERE PRESSURED TO

03:12PM   11    DO THINGS THAT THEY WEREN'T COMFORTABLE DOING, INCLUDING

03:12PM   12    MYSELF, AND IT JUST SEEMED COMPLETELY DISINGENUOUS TO ME.

03:12PM   13    Q.   AND BY THIS TIME IN NOVEMBER OF 2014, HAD YOU HAD

03:13PM   14    CONVERSATIONS AND COMMUNICATIONS WITH MS. HOLMES WHERE YOU HAD

03:13PM   15    RAISED YOUR CONCERNS ABOUT THINGS AT THE COMPANY?

03:13PM   16    A.   YES.

03:13PM   17    Q.   AND HAD YOU HAD SIMILAR CONVERSATIONS WITH MR. BALWANI?

03:13PM   18    A.   YES.

03:13PM   19    Q.   LET'S LOOK AT THE TOP OF PAGE 1.

03:13PM   20        DO YOU SEE THERE THAT MS. HOLMES FORWARDS THIS EMAIL CHAIN

03:13PM   21    TO MR. BALWANI?

03:13PM   22    A.   YES, I SEE THAT.

03:13PM   23    Q.   LET'S GO TO EXHIBIT 2228, PLEASE.

03:13PM   24    A.   OKAY.

03:13PM   25    Q.   OKAY.  AND AT 2228, DO YOU SEE ANOTHER EMAIL EXCHANGE,

03:13PM  1    INCLUDING MR. BALWANI AND YOURSELF, LEADING UP TO THE END OF

03:13PM  2    YOUR TIME AT THE COMPANY?

03:13PM  3    A.   YES, I DO.

03:13PM  4         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 2228.

03:14PM  5         MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

03:14PM  6         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:14PM  7         (GOVERNMENT'S EXHIBIT 2228 WAS RECEIVED IN EVIDENCE.)

03:14PM  8    BY MR. BOSTIC:

03:14PM  9    Q.   OKAY.  LET'S START AT THE BOTTOM OF PAGE 2.

03:14PM 10         AND DO YOU SEE HERE THIS IS AN EMAIL DISCUSSING A REDRAW?

03:14PM 11    A.   YES.

03:14PM 12    Q.   AND IT SAYS, "THE CHLORIDE WAS CRITICAL HIGH AND THE

03:14PM 13    COLLECTED CTN WAS QNS FOR RERUN."

03:14PM 14         DO YOU SEE THAT?

03:14PM 15    A.   YES.

03:14PM 16    Q.   AND WHAT DOES "QNS FOR RERUN" MEAN?

03:14PM 17    A.   IT MEANS THERE WASN'T ENOUGH TO RUN IT AGAIN.

03:14PM 18    Q.   SO, IN OTHER WORDS, THERE WAS A PROBLEM WITH THE TEST AND

03:14PM 19    THERE WAS NOT ENOUGH SAMPLE TO TEST IT AGAIN?

03:14PM 20    A.   CORRECT.

03:14PM 21    Q.   LET'S LOOK AT THE TOP OF PAGE 2 AT THE MESSAGE FROM YOU TO

03:14PM 22    MS. HOLMES AND MR. BALWANI.

03:14PM 23         AND YOU WRITE, "ELIZABETH/SUNNY,

03:14PM 24         "WE ARE STILL VOIDING CRITICAL ISE RESULTS AND ASKING FOR

03:14PM 25    REDRAW.  THIS MEANS WE WOULD MISS A TRULY CRITICAL ISE RESULT.

ER-2475

03:15PM   1    BY THE SAME TOKEN IT CALLS INTO QUESTION THE ACCURACY OF EVEN

03:15PM   2    THE NORMAL ISE RESULTS."

03:15PM   3        DO YOU SEE THAT?

03:15PM   4    A.   YES, I DO.

03:15PM   5    Q.   AND YOU ASK THEM, "ARE YOU BOTH COMFORTABLE WITH THIS?"

03:15PM   6        IS THAT RIGHT?

03:15PM   7    A.   YES.

03:15PM   8    Q.   AND THIS PRACTICE OF VOIDING CRITICAL ISE RESULTS, WOULD

03:15PM   9    THAT HAVE BEEN NECESSARY IN YOUR VIEW HAD THERANOS NOT HAD

03:15PM  10    ACCURACY PROBLEMS WITH ITS ISE TESTS?

03:15PM  11    A.   NO, IT WOULD NOT HAVE BEEN NECESSARY.

03:15PM  12    Q.   LET'S GO TO PAGE 1 AND LOOK AT MR. BALWANI'S RESPONSE.

03:15PM  13        AT THE BOTTOM OF THE PAGE THERE HE SAYS, "ADAM.  SEE

03:15PM  14    ATTACHED.

03:15PM  15        "MICHAEL JUMPED THE GUN IN REQUESTING THIS REDRAW.  AND SO

03:15PM  16    DID YOU IN JUMPING TO CONCLUSION WITHOUT UNDERSTANDING THE

03:15PM  17    PROCESS."

03:15PM  18        AND HE SAYS, "WE HAVE VERY HIGH CONFIDENCE IN EVERY RESULT

03:15PM  19    WE ARE RELEASING."

03:15PM  20        DO YOU SEE THAT LANGUAGE?

03:15PM  21    A.   YES.

03:15PM  22    Q.   AT THIS TIME, AS THERANOS LABORATORY DIRECTOR, DID YOU

03:15PM  23    HAVE VERY HIGH CONFIDENCE IN EVERY RESULT THE LAB WAS

03:16PM  24    RELEASING?

03:16PM  25    A.   NO, I DID NOT.

03:16PM  1    Q.   LET'S SEE YOUR RESPONSE.   LET'S GO ONE EMAIL UP.

03:16PM  2         AND YOU SENT AN EMAIL TO ELIZABETH HOLMES INDIVIDUALLY.

03:16PM  3         DO YOU SEE THAT?

03:16PM  4    A.   YES, I DO.

03:16PM  5    Q.   AND YOU SAY, "ELIZABETH,

03:16PM  6         "I FIND SUNNY'S RESPONSE OFFENSIVE AND DISINGENUOUS.

03:16PM  7         "HE SHOULD APOLOGIZE."

03:16PM  8         DO YOU SEE THAT REQUEST?

03:16PM  9    A.   YES, I DO.

03:16PM 10    Q.   AND LET'S LOOK AT THE TOP PORTION OF THIS PAGE.

03:16PM 11         AND DO YOU SEE THAT MS. HOLMES FORWARDS THIS WITHOUT

03:16PM 12    COMMENT TO MR. BALWANI?

03:16PM 13    A.   YES.

03:16PM 14    Q.   AND HIS RESPONSE IS, "WE NEED TO RESPOND TO HIM NOW AND

03:16PM 15    CUT HIM MONDAY."

03:16PM 16         DO YOU SEE THAT?

03:16PM 17    A.   YES.

03:16PM 18    Q.   WHEN I ASKED YOU EARLIER WHAT THE CIRCUMSTANCES WERE OF

03:16PM 19    YOUR LEAVING THE COMPANY, YOU STATED THAT YOU QUIT; IS THAT

03:16PM 20    CORRECT?

03:16PM 21    A.   YES.

03:16PM 22    Q.   DID MR. BALWANI OR MS. HOLMES EVER TERMINATE YOUR

03:16PM 23    EMPLOYMENT?

03:16PM 24    A.   NO, NOT TO MY KNOWLEDGE, NO.

03:17PM 25    Q.   OKAY.  AROUND THIS TIME, DID YOU MAKE THE DECISION TO END

03:17PM  1    YOUR EMPLOYMENT WITH THE COMPANY?

03:17PM  2    A.   I AGREED WITH SUNNY TO SHOW UP TO THE THERANOS OFFICES,

03:17PM  3    THE NEW OFFICES IN PALO ALTO TO ESSENTIALLY SIGN DOCUMENTS THAT

03:17PM  4    WOULD TAKE ME OFF THE LICENSE.

03:17PM  5    Q.   OKAY.

03:17PM  6    A.   SO I SHOWED UP AT THE TIME I SAID I WOULD.

03:17PM  7    Q.   OKAY.  UNDERSTOOD.

03:17PM  8    A.   YEAH.

03:17PM  9    Q.   WE CAN TAKE THAT DOWN.

03:17PM  10        YOUR HONOR, I WOULD LIKE TO SHOW PORTIONS OF 5387H, WHICH

03:17PM  11   IS ALREADY IN EVIDENCE?

03:17PM  12            THE COURT:  YES.

03:17PM  13   BY MR. BOSTIC:

03:17PM  14   Q.   AND LET'S GO TO PAGE 30 OF THAT EXHIBIT, MS. WACHS.

03:18PM  15        AND IF WE CAN ZOOM IN ON THAT CONTENT.

03:18PM  16        DR. ROSENDORFF, DO YOU SEE ON THE SCREEN IN FRONT OF YOU

03:18PM  17   TEXT MESSAGES BETWEEN MS. HOLMES AND MR. BALWANI IN NOVEMBER OF

03:18PM  18   2014?

03:18PM  19   A.   YES, I DO.

03:18PM  20   Q.   AND THIS IS AROUND THE TIME OF THE CONVERSATION THAT WE

03:18PM  21   WERE JUST LOOKING AT; CORRECT?

03:18PM  22   A.   YES, IT IS.

03:18PM  23   Q.   AND AROUND THE TIME THAT YOU WERE DECIDING TO LEAVE THE

03:18PM  24   COMPANY?

03:18PM  25   A.   I HAD ALREADY GIVEN NOTICE TWO MONTHS PRIOR.

03:18PM   1    Q.   OKAY.  UNDERSTOOD.

03:18PM   2         THIS WAS THE TIME OF YOUR ACTUAL DEPARTURE?

03:18PM   3    A.   CORRECT.  CORRECT.

03:18PM   4    Q.   DO YOU SEE THAT MS. HOLMES AND MR. BALWANI ARE TEXTING.

03:18PM   5    FOR EXAMPLE, MS. HOLMES SAYS, "JUST FINISHED CALLS.

03:18PM   6    ALICE WALTON IN FOR 50.  CONFIRMED 100 GREG."

03:18PM   7         DO YOU SEE THAT?

03:18PM   8    A.   YES, I DO.

03:18PM   9    Q.   MR. BALWANI SAYS, "AWESOME.  I WAS THINKING TODAY.  THEY

03:18PM  10    ARE NOT INVESTING IN OUR COMPANY THEY ARE INVESTING IN OUR

03:18PM  11    DESTINY."

03:18PM  12         DO YOU SEE THAT?

03:18PM  13    A.   YES.

03:18PM  14    Q.   AND THERE'S A DISCUSSION OF THE TOTAL AMOUNT BEING 100 OR

03:18PM  15    150.

03:18PM  16         DO YOU SEE THAT?

03:18PM  17    A.   YES.

03:18PM  18    Q.   AND IT SAYS, "RUPERT OVER 100."

03:19PM  19         DO YOU SEE THAT?

03:19PM  20    A.   YES.

03:19PM  21    Q.   AND WERE YOU AWARE DURING THE TIME THAT YOU WERE

03:19PM  22    DISCUSSING YOUR CONCERNS WITH MR. BALWANI AND MS. HOLMES THAT

03:19PM  23    THEY WERE RAISING TENS OF MILLIONS OF DOLLARS FROM INVESTORS?

03:19PM  24    A.   I WAS NOT.

03:19PM  25    Q.   LET'S LOOK AT PAGE 35 OF THIS EXHIBIT.

ER-2479

03:19PM   1           AND DO YOU SEE ON THE SCREEN NOW TEXT MESSAGES BETWEEN

03:19PM   2   MR. BALWANI AND MS. HOLMES FROM LATE DECEMBER 2014?

03:19PM   3   A.   YES, I SEE.

03:19PM   4   Q.   WAS THIS AFTER YOUR DEPARTURE FROM THE COMPANY?

03:19PM   5   A.   YES, IT IS.

03:19PM   6   Q.   MS. HOLMES SENDS THE TEXT AT THE TOP THAT SAYS, "THIS YEAR

03:19PM   7   IS OUR YEAR."

03:19PM   8        DO YOU SEE THAT?

03:19PM   9   A.   YES.

03:19PM  10   Q.   AND SHE SAYS, "WE CAN NEVER FORGET THIS TIGER."

03:19PM  11        MR. BALWANI SAYS, "I KNOW.  I AM FOCUSSED ON IT.

03:19PM  12        "WE WILL EXECUTE THIS YEAR."

03:19PM  13        DO YOU SEE THAT?

03:19PM  14   A.   YES, I DO.

03:19PM  15   Q.   MS. HOLMES SAYS, "I KNOW.  I'M FOCUSSED ON TOO.

03:20PM  16        "AND FOR OUR KIDS NEVER FORGET WHO WE ARE."

03:20PM  17        DO YOU SEE THAT?

03:20PM  18   A.   YES.

03:20PM  19   Q.   AND MR. BALWANI'S COMMENT, "WE WILL EXECUTE THIS YEAR," DO

03:20PM  20   YOU REMEMBER WHEN THERANOS BEGAN OFFERING ITS TESTS TO

03:20PM  21   PATIENTS?

03:20PM  22   A.   EARLY SEPTEMBER 2013.

03:20PM  23   Q.   WE CAN TAKE THAT DOWN.  THANK YOU, MS. WACHS.

03:20PM  24        DR. ROSENDORFF, YOUR DECISION TO LEAVE THE COMPANY, DID

03:20PM  25   YOU MAKE IT LIGHTLY?

03:20PM   1    A.   NO, I DID NOT.

03:20PM   2    Q.   WHEN YOU INITIALLY JOINED THE COMPANY, YOU MENTIONED THAT

03:20PM   3    YOU WERE EXCITED ABOUT WORKING THERE; IS THAT CORRECT?

03:20PM   4    A.   YES.

03:20PM   5    Q.   AT A HIGH LEVEL, GENERALLY SPEAKING, WHAT MOTIVATED YOU TO

03:20PM   6    TURN YOUR BACK ON THAT AND TO LEAVE THE COMPANY IN LATE 2014?

03:20PM   7    A.   I BECAME PROGRESSIVELY DISILLUSIONED AND CAME TO REALIZE

03:20PM   8    THAT THE COMPANY REALLY DIDN'T HAVE ANY GROUNDBREAKING

03:20PM   9    TECHNOLOGY THAT WAS BEING USED FOR PATIENT TESTING.

03:21PM  10         I WAS ALSO INCREDIBLY UNCOMFORTABLE WITH MY CONNECTION

03:21PM  11    WITH THE COMPANY AS A PHYSICIAN, AND ESSENTIALLY MALPRACTICE I

03:21PM  12    FELT THAT WAS BEING COMMITTED AT THE COMPANY.

03:21PM  13         IT WAS MY FIRST CORPORATE JOB OUT OF ACADEMIA.  I DIDN'T

03:21PM  14    KNOW HOW COMPANIES WERE SUPPOSED TO FUNCTION, BUT I SETTLED

03:21PM  15    WITH MY -- IT WAS A MORALE ISSUE FOR ME, AN ETHICAL ISSUE, AND

03:21PM  16    I DECIDED TO LEAVE.

03:21PM  17    Q.   THANK YOU, DR. ROSENDORFF.

03:21PM  18         NO FURTHER QUESTIONS AT THIS TIME.

03:21PM  19              THE COURT:  CROSS-EXAMINATION?

03:21PM  20              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.  JUST A

03:21PM  21    MOMENT TO SET UP.

03:21PM  22              THE COURT:  SURE.

03:21PM  23              MR. COOPERSMITH:  THANK YOU.

03:21PM  24              THE COURT:  FOLKS, YOU CAN STAND AND STRETCH IF YOU

03:21PM  25    WOULD LIKE WHILE THINGS GET ORGANIZED.

ER-2481

03:23PM  1            (STRETCHING.)

03:23PM  2         (PAUSE IN PROCEEDINGS.)

03:23PM  3            THE COURT:  OKAY.  THANK YOU.

03:23PM  4            MR. COOPERSMITH:  YOUR HONOR, MAY I APPROACH?

03:23PM  5            THE COURT:  YES.

03:23PM  6            MR. COOPERSMITH:  (HANDING.)

03:23PM  7         (PAUSE IN PROCEEDINGS.)

03:24PM  8            MR. COOPERSMITH:  AND MAY I APPROACH AGAIN,

03:24PM  9    YOUR HONOR?

03:24PM 10         (HANDING.)

03:24PM 11            THE WITNESS:  THANKS.

03:24PM 12            THE COURT:  MR. COOPERSMITH.

03:24PM 13            MR. COOPERSMITH:  THANK YOU, YOUR HONOR.  AND THANK

03:24PM 14    YOU FOR THE COURT'S INDULGENCE WHILE I ASSEMBLED THE DIFFERENT

03:25PM 15    BINDERS.  I APPRECIATE THAT.

03:25PM 16            THE COURT:  OF COURSE.

03:25PM 17                    **CROSS-EXAMINATION**

03:25PM 18    BY MR. COOPERSMITH:

03:25PM 19    Q.   DR. ROSENDORFF, GOOD AFTERNOON.  I'M JEFF COOPERSMITH AND

03:25PM 20    I REPRESENT SUNNY BALWANI.

03:25PM 21    A.   GOOD AFTERNOON.

03:25PM 22    Q.   AND I'LL BE ASKING YOU QUESTIONS FOR THE COURSE OF THE

03:25PM 23    DAY, AND THEN I THINK WE'LL PROBABLY BE CONTINUING ON FRIDAY.

03:25PM 24    OKAY?

03:25PM 25    A.   YEAH.

03:25PM 1      Q.   OKAY.  SO LET'S JUST START FROM THE BEGINNING.

03:25PM 2           I THINK YOU SAID ON DIRECT THAT YOU HAD BEEN INTERESTED IN

03:25PM 3      A JOB IN SILICON VALLEY?

03:25PM 4      A.   YES.

03:25PM 5      Q.   AND THAT YOU HAD FOUND THERANOS THROUGH A POST ON LINKEDIN

03:25PM 6      I THINK YOU SAID?

03:25PM 7      A.   YES.

03:25PM 8      Q.   AND THEN YOU CAME OUT TO THE BAY AREA TO DO AN INTERVIEW?

03:25PM 9      A.   YES.

03:25PM 10     Q.   AND I THINK YOU SAID THE INTERVIEW WAS AT 6:00 P.M.?

03:25PM 11     A.   IT WAS IN, IT WAS IN THE EARLY EVENING, YES.

03:25PM 12     Q.   AND WAS YOUR INTERVIEWING CONTINUING TO THE NEXT DAY, OR

03:25PM 13     WAS THAT IT?  YOU HAD AN EVENING INTERVIEW?

03:25PM 14     A.   THAT WAS IT.

03:25PM 15     Q.   AND HOW LATE INTO THE EVENING DID YOU STAY AT THERANOS FOR

03:25PM 16     THE INTERVIEW?

03:25PM 17     A.   I DON'T RECALL.

03:25PM 18     Q.   OKAY.  BUT YOU BELIEVED AT THE TIME THAT THE HOUR OF THE

03:26PM 19     INTERVIEW WAS A REFLECTION OF THE DEDICATION OF THE PEOPLE WHO

03:26PM 20     WORKED AT THERANOS?

03:26PM 21     A.   YES.  I WAS THINKING POSITIVELY, YES.

03:26PM 22     Q.   OKAY.  AND THEN I THINK YOU SAID ALSO THAT BEFORE YOU

03:26PM 23     JOINED THE COMPANY, YOU HAD DONE SOME OF YOUR OWN RESEARCH,

03:26PM 24     SUCH AS YOU COULD, ON THE INTERNET AND SO FORTH?

03:26PM 25     A.   YES.

ROSENDORFF CROSS BY MR. COOPERSMITH    3402

03:26PM  1    Q.   AND YOU FOUND THAT THE COMPANY HAD OBTAINED PATENTS FOR A

03:26PM  2    NUMBER OF INVENTIONS THAT THE COMPANY HAD?

03:26PM  3    A.   YES.

03:26PM  4    Q.   AND THAT GAVE YOU CONFIDENCE IN JOINING THE COMPANY?

03:26PM  5    A.   YES.

03:26PM  6    Q.   OKAY.  NOW, WHEN YOU FIRST JOINED, IT WAS IN APRIL OF

03:26PM  7    2013; IS THAT CORRECT?

03:26PM  8    A.   I BELIEVE SO.

03:26PM  9    Q.   AND AT THAT POINT THE COMPANY WAS NOT CONDUCTING PATIENT

03:26PM  10   TESTING AT -- THROUGH THE WALGREENS PROGRAM?

03:26PM  11   A.   CORRECT.

03:26PM  12   Q.   BUT I THINK YOU SAID THAT THEY WERE CONDUCTING SOME

03:26PM  13   TESTING FOR EMPLOYEES OF SAFEWAY; IS THAT RIGHT?

03:26PM  14   A.   CORRECT.

03:26PM  15   Q.   AND THE SAFEWAY EMPLOYEES TESTING, THAT WAS THROUGH FDA

03:27PM  16   APPROVED PREDICATE DEVICES; IS THAT RIGHT?

03:27PM  17   A.   YES.

03:27PM  18   Q.   OKAY.  WAS THERE A LAB DIRECTOR THERE WHEN YOU FIRST

03:27PM  19   JOINED THERANOS?

03:27PM  20   A.   THE PREVIOUS LAB DIRECTOR, ARNE GELB, HAD QUIT IN DISGUST,

03:27PM  21   AND THERE WAS A PART-TIME INTERIM LAB DIRECTOR, SPENCER HIRAKI,

03:27PM  22   AT THAT TIME.  HE WAS THE LAB DIRECTOR AS I RECALL AT THAT

03:27PM  23   TIME.

03:27PM  24   Q.   SO THE LAB DIRECTOR ON THE CLIA LICENSE AT THE TIME THAT

03:27PM  25   YOU JOINED THERANOS WAS SPENCER HIRAKI?

03:27PM 1     A.   CORRECT.

03:27PM 2     Q.   AND DR. GELB, I THINK YOU SAID HE QUIT?

03:27PM 3     A.   CORRECT.

03:27PM 4     Q.   BUT YOU NONETHELESS STAYED ON AT THERANOS?

03:27PM 5     A.   I DIDN'T KNOW THE CIRCUMSTANCES OF HIS DEPARTURE WHEN I

03:27PM 6     JOINED.

03:27PM 7     Q.   OKAY.  BUT THEN AFTER YOU JOINED, YOU LEARNED SOMETHING

03:27PM 8     ABOUT DR. GELB?

03:27PM 9     A.   AT SOME POINT, YES.

03:27PM 10    Q.   AND THEN YOU STAYED ON NONETHELESS?

03:28PM 11    A.   YES.

03:28PM 12    Q.   OKAY.  SO IN ORDER TO RUN A CLINICAL LAB, THERE NEEDS TO

03:28PM 13    BE A CERTIFICATION FROM, OR A LICENSE RATHER FROM CMS; IS THAT

03:28PM 14    CORRECT?

03:28PM 15    A.   CORRECT.

03:28PM 16    Q.   AND CMS IS THE CENTER FOR MEDICARE AND MEDICAID SERVICES?

03:28PM 17    A.   CORRECT.

03:28PM 18    Q.   AND ONE OF THE RESPONSIBILITIES OF THAT GOVERNMENT AGENCY

03:28PM 19    IS TO REGULATE CLINICAL LABS IN THE UNITED STATES?

03:28PM 20    A.   CORRECT.

03:28PM 21    Q.   AND TO, IN SOME CASES, INSPECT LABS?

03:28PM 22    A.   CORRECT.

03:28PM 23    Q.   AND SOMETIMES THEY USE STATE PARTNERS TO ALSO DO

03:28PM 24    INSPECTIONS OF LABS; IS THAT RIGHT?

03:28PM 25    A.   USUALLY THEY USE STATE PARTNERS, YES.

03:28PM  1    Q.   AND ONE SUCH STATE DEPARTMENT WOULD BE THE CALIFORNIA

03:28PM  2    DEPARTMENT OF HEALTH LABORATORY FIELD SERVICES?

03:28PM  3    A.   CORRECT.

03:28PM  4    Q.   OKAY.  AND IN ADDITION TO DOING THAT, YOU WERE AWARE THAT

03:28PM  5    CMS ALSO ISSUES REGULATIONS THAT GOVERN THE OPERATION OF

03:28PM  6    CLINICAL LABS; IS THAT RIGHT?

03:28PM  7    A.   YES.

03:28PM  8    Q.   AND YOU, AS A LAB DIRECTOR, ONCE YOU WERE A LAB DIRECTOR,

03:28PM  9    YOU WERE BOUND BY THOSE REGULATIONS?

03:28PM  10   A.   YES, AS IS THE OPERATOR OF THE LABORATORY.

03:29PM  11   Q.   RIGHT.  WE'LL TALK ABOUT THAT IN A MINUTE.

03:29PM  12        NOW, I WANT TO JUST SHOW YOU AN EXHIBIT, WHICH I KNOW IT'S

03:29PM  13   GOING TO BE A LITTLE BIT DIFFICULT TO FIND IN THE NUMEROUS

03:29PM  14   BINDERS I'VE GIVEN YOU, BUT IF YOU COULD TRY TO FIND 20304.

03:29PM  15            THE COURT:  ANY IDEA WHAT BINDER IT WOULD BE IN?

03:29PM  16            MR. COOPERSMITH:  IT SHOULD BE IN THE SECOND OF THE

03:29PM  17   TWO EXHIBIT BINDERS, YOUR HONOR.

03:29PM  18        AND THE SAME FOR DR. ROSENDORFF.

03:30PM  19            THE WITNESS:  I HAVE IT.

03:30PM  20   BY MR. COOPERSMITH:

03:30PM  21   Q.   OKAY.  AND DO YOU SEE THAT EXHIBIT 20304 IS AN EMAIL

03:30PM  22   STRING FROM AROUND NOVEMBER 18TH OR 19TH OF 2013?

03:30PM  23   A.   YES.

03:30PM  24   Q.   AND THIS RELATES TO HIRING A CERTAIN GENTLEMAN NAMED

03:30PM  25   LANGLY GEE; IS THAT CORRECT?

03:30PM  1      A.   YES.

03:30PM  2      Q.   OKAY.  AND YOU SEE YOUR OWN NAME ON THE EMAIL STRING?

03:30PM  3      A.   YES.

03:30PM  4           MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20304.

03:30PM  5           MR. BOSTIC:  HEARSAY.

03:30PM  6           THE COURT:  DO YOU WANT TO -- THE OBJECTION IS

03:30PM  7      HEARSAY.

03:30PM  8         DO YOU WANT TO LAY A FOUNDATION?

03:30PM  9           MR. COOPERSMITH:  IF THE COURT REQUIRES, YES.

03:30PM  10          THE COURT:  I THINK WE'VE BEEN DOING THAT.

03:30PM  11          MR. COOPERSMITH:  OKAY.

03:30PM  12     Q.   DR. ROSENDORFF, WHILE YOU WERE AT THERANOS, DID YOU

03:31PM  13     COMMUNICATE WITH OTHER PEOPLE AT THERANOS THROUGH EMAIL?

03:31PM  14     A.   YES, I DID.

03:31PM  15     Q.   AND DID YOU SEND AND RECEIVE A LOT OF EMAILS WHEN YOU WERE

03:31PM  16     AT THERANOS?

03:31PM  17     A.   YES, I DID.

03:31PM  18     Q.   AND WAS THAT, IN FACT, A PRIMARY MEANS OF COMMUNICATION?

03:31PM  19     A.   YES, IT WAS.

03:31PM  20     Q.   AND WHEN YOU COMMUNICATED INFORMATION TO PEOPLE, INCLUDING

03:31PM  21     THE RECRUITING DEPARTMENT AT THERANOS, WERE YOU TRYING TO BE AS

03:31PM  22     ACCURATE AS POSSIBLE?

03:31PM  23     A.   YES.

03:31PM  24     Q.   AND WAS IT NECESSARY TO BE ACCURATE SO THAT THE COMPANY

03:31PM  25     HAD ACCURATE INFORMATION ABOUT WHO WAS BEING HIRED AND WHAT THE

03:31PM   1      RECRUITING SITUATION WAS?

03:31PM   2      A.   YES.

03:31PM   3      Q.   AND DID YOU -- WERE THESE EMAILS RETAINED AT THERANOS SO

03:31PM   4      THAT PEOPLE COULD REFER BACK TO THEM IF THAT WAS EVER

03:31PM   5      NECESSARY?

03:31PM   6      A.   YES.

03:31PM   7            MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20304.

03:31PM   8            THE COURT:  AS A BUSINESS RECORD?

03:31PM   9            MR. COOPERSMITH:  YES, YOUR HONOR.

03:31PM  10            THE COURT:  ALL RIGHT.  IT'S ADMITTED UNDER 803(6).

03:31PM  11      THANK YOU.

03:31PM  12          (DEFENDANT'S EXHIBIT 20304 WAS RECEIVED IN EVIDENCE.)

03:31PM  13      BY MR. COOPERSMITH:

03:31PM  14      Q.   OKAY.  LET'S GO TO THE SECOND AND THIRD PAGES.  I THINK

03:32PM  15      THAT'S THE EARLIEST IN TIME EMAIL, DR. ROSENDORFF.

03:32PM  16      A.   OKAY.

03:32PM  17      Q.   AND THIS IS AN EMAIL FROM STEPHANIE POLIS.

03:32PM  18          DO YOU SEE THAT?

03:32PM  19      A.   YES.

03:32PM  20      Q.   AND IT'S TO A NUMBER OF PEOPLE, INCLUDING YOURSELF, AND

03:32PM  21      DR. YOUNG AND OTHERS.

03:32PM  22          DO YOU SEE THAT?

03:32PM  23      A.   YES.

03:32PM  24      Q.   AND THE SUBJECT IS AN INTERVIEW OF LANGLY GEE?

03:32PM  25      A.   YES.

03:32PM  1    Q.   AND THEN IT SAYS CLIA QA/QC MANAGER OR LABORATORY GENERAL

03:32PM  2    SUPERVISOR.

03:32PM  3         DO YOU SEE THAT?

03:32PM  4    A.   YES.

03:32PM  5    Q.   AND SO AT THIS TIME, WAS MR. GEE BEING CONSIDERED FOR ONE

03:32PM  6    OF THOSE POSITIONS, EITHER QA/QC MANAGER OR LABORATORY GENERAL

03:32PM  7    SUPERVISOR?

03:32PM  8    A.   I RECALL THAT THE QA/QC PART.  I DON'T INDEPENDENTLY

03:32PM  9    RECALL THE LAB GENERAL SUPERVISOR PART.

03:32PM  10   Q.   OKAY.  YOU REMEMBER THAT HE WAS BEING CONSIDERED FOR THE

03:32PM  11   QA/QC MANAGER POSITION?

03:32PM  12   A.   YES.

03:32PM  13   Q.   AND IS THAT QUALITY ASSURANCE, QUALITY CONTROL?

03:32PM  14   A.   YES.

03:32PM  15   Q.   AND SO IS THE IDEA THAT HE WOULD BE HIRED TO SUPERVISE

03:33PM  16   THAT PROCESS AT THERANOS, THE QUALITY CONTROL AND QUALITY

03:33PM  17   ASSURANCE?

03:33PM  18   A.   YES.

03:33PM  19   Q.   OKAY.  AND THEN YOU -- IT LOOKS LIKE, IF YOU GO TO THE

03:33PM  20   BOTTOM OF PAGE 2 AND THEN ON TO PAGE 3, THESE ARE YOUR COMMENTS

03:33PM  21   ABOUT MR. GEE AFTER YOU INTERVIEWED HIM; IS THAT RIGHT?

03:33PM  22   A.   YES.

03:33PM  23   Q.   AND YOU WROTE, "WELL SPOKEN, INTELLIGENT, TONS OF QA/QC

03:33PM  24   EXPERIENCE AT TETHYS, WHERE HE HAS BEEN ENSURING CLIA

03:33PM  25   COMPLIANCE FOR THE LAST YEAR - COMPANY IS CLOSING."

03:33PM   1          DO YOU SEE THAT?

03:33PM   2     A.   YES.

03:33PM   3     Q.   AND YOU WROTE THOSE WORDS, SIR?

03:33PM   4     A.   YES.

03:33PM   5     Q.   AND THEN IT GOES ON TO SAY, "EXPERIENCE WITH CAP

03:33PM   6     INSPECTIONS, I.T., DOCUMENT CONTROL, AND NEW YORK STATE AND

03:33PM   7     CLIA COMPLIANCE, AND CAPA DOCUMENTATION."

03:33PM   8          DO YOU SEE THAT?

03:33PM   9     A.   YES.

03:33PM   10    Q.   AND THEN IT GOES ON, "HAS EXPERIENCE WITH PROTOCOLS

03:33PM   11    DEALING WITH WHOLE BLOOD DILUTION FOR A TEST PANEL TO PREDICT

03:34PM   12    DIABETES RISK."

03:34PM   13         DO YOU SEE THAT?

03:34PM   14    A.   YES.

03:34PM   15    Q.   AND YOU THOUGHT THOSE WERE POSITIVE ATTRIBUTES FOR SOMEONE

03:34PM   16    WHO WAS BEING CONSIDERED AS THE QA/QC MANAGER?

03:34PM   17    A.   I THOUGHT THEY WERE RELEVANT TO THE JOB, YES.

03:34PM   18    Q.   AND THEN IT SAYS, "PRIOR TO THIS HE WAS AT BIORAD FOR OVER

03:34PM   19    10 YEARS WITH EXPERIENCE IN MANUFACTURING, MEETING ISO

03:34PM   20    STANDARDS AND GMP."

03:34PM   21         DO YOU SEE THAT?

03:34PM   22    A.   YES.

03:34PM   23    Q.   AND GMP MEANS GOOD MANUFACTURING PRACTICES?

03:34PM   24    A.   YES.

03:34PM   25    Q.   AND THAT'S A SYSTEM OF QUALITY FOR MANUFACTURING AS

ER-2490

03:34PM  1    OPPOSED TO LABORATORY TESTING; IS THAT RIGHT?

03:34PM  2    A.   PARDON ME?

03:34PM  3    Q.   I'M SORRY.  GMP, GOOD MANUFACTURING PRACTICE, THAT'S A

03:34PM  4    SYSTEM OF QUALITY FOR MANUFACTURING; IS THAT RIGHT?

03:34PM  5    A.   CORRECT.

03:34PM  6    Q.   AND THEN IT SAYS -- OH, AND BIORAD, THAT'S THE SAME

03:34PM  7    COMPANY THAT MADE THE QUALITY CONTROL MATERIAL THAT THERANOS

03:34PM  8    USED; IS THAT RIGHT?

03:34PM  9    A.   CORRECT.

03:34PM  10   Q.   AND THEN THE QUESTION IS, "DO YOU THINK WE SHOULD HIRE

03:35PM  11   THIS CANDIDATE?"

03:35PM  12        AND YOU WROTE YES; IS THAT CORRECT?

03:35PM  13   A.   YES.

03:35PM  14   Q.   SO YOU SUPPORTED HIRING MR. GEE?

03:35PM  15   A.   YES.

03:35PM  16   Q.   AND THE COMPANY IN GENERAL SUPPORTED HIRING MR. GEE?

03:35PM  17   A.   YES.

03:35PM  18   Q.   AND MR. BALWANI SUPPORTED HIRING MR. GEE?

03:35PM  19   A.   I ASSUME SO.

03:35PM  20   Q.   AND THEN IF YOU GO TO PAGE 1, AND THEN IT GOES ON TO

03:35PM  21   PAGE 2, AND YOU WROTE EXCELLENT CANDIDATE.

03:35PM  22        DO YOU SEE THAT?

03:35PM  23   A.   YES.

03:35PM  24   Q.   AND THEN I WON'T READ THE PART ON TOP OF PAGE 2, BUT IT'S

03:35PM  25   BASICALLY THE SAME SENTIMENT THAT YOU EXPRESSED IN YOUR

ER-2491

03:35PM   1    INTERVIEW COMMENTS; IS THAT RIGHT?

03:35PM   2    A.   YES.

03:35PM   3    Q.   AND THEN IF WE CAN PUT PAGE 2 ON THE TOP ON THE SCREEN SO

03:35PM   4    THE JURY CAN SEE THAT.

03:35PM   5         OKAY.   LEAVE THAT UP FOR A MINUTE.

03:35PM   6         OKAY.   GOING TO THE FIRST PAGE, DR. ROSENDORFF, THEN

03:36PM   7    LEANNE PELUFFO --

03:36PM   8         DO YOU SEE THAT?

03:36PM   9    A.   YES.

03:36PM  10    Q.   -- WHO WAS A RECRUITING COORDINATOR AT THERANOS?

03:36PM  11    A.   YES.

03:36PM  12    Q.   AND SHE WROTE, "THANK YOU FOR THE FEEDBACK, ADAM.  WOULD

03:36PM  13    YOU SAY HE IS BETTER FIT FOR THE CLIA QA/QC MANAGER OR LAB

03:36PM  14    GENERAL SUPERVISOR?"

03:36PM  15         RIGHT?

03:36PM  16    A.   YES.

03:36PM  17    Q.   AND YOU WROTE, "PROBABLY A BETTER QA/QC BUT WOULD MAKE AN

03:36PM  18    EXCELLENT GS," OR GENERAL SUPERVISOR, "AS WELL."

03:36PM  19         DO YOU SEE THAT?

03:36PM  20    A.   I SEE THAT.

03:36PM  21    Q.   THAT WAS YOUR VIEW OF MR. GEE AT THE TIME?

03:36PM  22    A.   I DON'T HAVE AN INDEPENDENT RECOLLECTION OTHER THAN WHAT

03:36PM  23    I'M READING IN FRONT OF ME, SIR.

03:36PM  24    Q.   BUT WHEN YOU WROTE THOSE WORDS, YOU WERE TRYING TO BE

03:36PM  25    ACCURATE AND CORRECT AT THE TIME; IS THAT RIGHT?

ROSENDORFF CROSS BY MR. COOPERSMITH                           3411

03:36PM  1    A.    YES.

03:36PM  2    Q.    OKAY.  SO YOU BELIEVED MR. GEE WOULD BE HELPFUL TO YOU TO

03:36PM  3    HELP SUPERVISE THE QUALITY CONTROL AREA OF THE COMPANY?

03:36PM  4    A.    YES.

03:36PM  5    Q.    AND HE FROM TIME TO TIME PERFORMED QUALITY CONTROL TASKS,

03:36PM  6    IN FACT, HE SUPERVISED THOSE TASKS; IS THAT RIGHT.

03:36PM  7    A.    NO, I DON'T THINK THAT'S ACCURATE.

03:36PM  8    Q.    WELL, YOU RELIED ON MR. GEE TO WORK ON QUALITY CONTROL

03:37PM  9    ISSUES AT THERANOS?

03:37PM  10   A.    HE RECORDED THE QUALITY CONTROL PERFORMANCE.

03:37PM  11   Q.    THANK YOU, DR. ROSENDORFF.

03:37PM  12         AND FROM TIME TO TIME, HE PRESENTED TO YOU AND OTHERS

03:37PM  13   ABOUT THE QUALITY CONTROL PERFORMANCE THAT HE HAD BEEN

03:37PM  14   RECORDING; IS THAT CORRECT?

03:37PM  15   A.    YES.

03:37PM  16   Q.    OKAY.  I'D LIKE TO HAVE YOU LOOK AT ANOTHER EXHIBIT, AND

03:37PM  17   IT SHOULD BE IN THE SAME BINDER, JUST A FEW TABS UP AT 20305.

03:37PM  18   A.    UH-HUH.

03:37PM  19   Q.    OKAY.  DO YOU HAVE 20305 IN FRONT OF YOU?

03:37PM  20   A.    YES.

03:37PM  21   Q.    OKAY.  AND THIS IS A DOCUMENT THAT IS HEADED CLINICAL

03:37PM  22   LABORATORY IMPROVEMENT AMENDMENTS, CLIA APPLICATION FOR

03:37PM  23   CERTIFICATION?

03:38PM  24   A.    YES.

03:38PM  25   Q.    AND IF YOU WANT TO FLIP THROUGH THE DOCUMENT, YOU KNOW,

03:38PM  1      PLEASE GO RIGHT AHEAD.

03:38PM  2           BUT THIS IS THE APPLICATION FOR CERTIFICATION BY CMS TO

03:38PM  3      OPERATE A CLINICAL LABORATORY AT THERANOS; CORRECT?

03:38PM  4      A.   YES.

03:38PM  5      Q.   AND YOU WERE LISTED AS THE LAB DIRECTOR ON IT?

03:38PM  6      A.   YES.

03:38PM  7      Q.   AND YOU PARTICIPATED IN FILLING OUT THIS FORM SO IT COULD

03:38PM  8      BE SUBMITTED TO THAT GOVERNMENT AGENCY, CMS?

03:38PM  9      A.   YES.

03:38PM 10      Q.   AND YOU SIGNED THE DOCUMENT?

03:38PM 11      A.   YES.

03:38PM 12      Q.   AND YOU WERE TRYING TO BE AS ACCURATE AS YOU COULD BE WHEN

03:38PM 13      YOU SUBMITTED THIS TO THE GOVERNMENT?

03:38PM 14      A.   YES.

03:38PM 15              MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20305?

03:38PM 16              MR. BOSTIC:  NO OBJECTION.

03:38PM 17              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:38PM 18         (DEFENDANT'S EXHIBIT 20305 WAS RECEIVED IN EVIDENCE.)

03:38PM 19      BY MR. COOPERSMITH:

03:38PM 20      Q.   SO LOOKING AT THE FIRST PAGE, THERE IS THE TITLE, THIS IS

03:38PM 21      THE APPLICATION FOR CERTIFICATION.

03:38PM 22           AND THE DATE OF THE DOCUMENT, JUST TO SORT OF ORIENT US,

03:38PM 23      IF YOU GO TO PAGE 4 OF THE DOCUMENT?

03:39PM 24      A.   YES.

03:39PM 25      Q.   AND IS THAT YOUR SIGNATURE THERE, DR. ROSENDORFF?

03:39PM 1     A.   YES.

03:39PM 2     Q.   AND THEN THE DATE IS NOVEMBER 25TH, 2013.

03:39PM 3          AM I READING THAT RIGHT?

03:39PM 4     A.   YES.

03:39PM 5     Q.   OKAY.  IS THAT WHEN YOU SUBMITTED THE DOCUMENT?

03:39PM 6     A.   YES.

03:39PM 7     Q.   AND THAT WAS ACTUALLY A FEW WEEKS BEFORE OR SHORTLY BEFORE

03:39PM 8     THE INSPECTION THAT YOU TALKED ABOUT WITH MR. BOSTIC ON DIRECT

03:39PM 9     EXAMINATION?

03:39PM 10    A.   I DON'T RECALL THE EXACT DATE OF THE INSPECTION.

03:39PM 11    Q.   OKAY.

03:39PM 12    A.   IT WAS AROUND THEN.

03:39PM 13    Q.   AROUND THEN.  OKAY.

03:39PM 14         AND THEN IF YOU GO TO THE FIRST PAGE, YOU SEE THE NAME OF

03:39PM 15    THE DIRECTOR IS ROSENDORFF ADAM, OR ADAM ROSENDORFF.

03:39PM 16         DO YOU SEE THAT?

03:39PM 17    A.   YES.

03:39PM 18    Q.   BECAUSE YOU WERE THE LABORATORY DIRECTOR?

03:39PM 19    A.   CORRECT.

03:39PM 20    Q.   AND BY THIS TIME YOU WERE ON THE CLIA LICENSE, OR WERE YOU

03:39PM 21    APPLYING TO BE ON THE CLIA LICENSE?

03:39PM 22    A.   I DON'T RECALL EXACTLY.

03:39PM 23    Q.   OKAY.  BUT YOU DID END UP ON THE CLIA LICENSE; IS THAT

03:40PM 24    CORRECT?

03:40PM 25    A.   YES.

ER-2495

03:40PM  1    Q.    OKAY.  AND IF YOU GO TO THE PAGE 3 OF THE DOCUMENT?

03:40PM  2    A.    YES.

03:40PM  3    Q.    DO YOU SEE THERE'S A SECTION CALLED WAIVED TESTING?

03:40PM  4    A.    YES.

03:40PM  5    Q.    AND IT SAYS -- IT INDICATES THAT "THE ESTIMATED TOTAL

03:40PM  6    ANNUAL TEST VOLUME FOR ALL WAIVED TESTS PERFORMED."

03:40PM  7          DO YOU SEE THAT?

03:40PM  8    A.    YES.

03:40PM  9    Q.    AND IS THE NUMBER 200 THERE?

03:40PM  10   A.    YES.

03:40PM  11   Q.    AND IS THAT YOUR HANDWRITING?

03:40PM  12   A.    I DON'T KNOW ACTUALLY TO BE HONEST.

03:40PM  13   Q.    OKAY.  BUT NONETHELESS, THAT'S WHAT THE NUMBER IS, AM I

03:40PM  14   READING IT RIGHT, 200?

03:40PM  15   A.    YES.

03:40PM  16   Q.    AND CAN YOU TELL US WHAT A WAIVED TEST IS?

03:40PM  17   A.    IT'S A CATEGORY OF TESTING THAT REQUIRES MINIMAL SKILLS

03:40PM  18   AND IT'S SUBJECT TO A LOWER LEVEL OF REGULATION THAN HIGH

03:40PM  19   COMPLEXITY TESTING.

03:41PM  20   Q.    OKAY.  SO IF THERE'S A WAIVED TEST, THE TEST WOULD BE

03:41PM  21   SOMETHING THAT SOMEONE WITH MINIMAL OR LOWER SKILLS COULD

03:41PM  22   CONDUCT?

03:41PM  23   A.    YES.

03:41PM  24   Q.    AS OPPOSED TO LIKE SOMEONE LIKE A CLINICAL LAB SCIENTIST?

03:41PM  25   A.    CORRECT.

03:41PM 1    Q.   OKAY.  AND ARE YOU AWARE THAT WITH WAIVED TESTING, THAT

03:41PM 2    SOMETIMES THOSE DEVICES COULD BE PLACED IN THE FIELD?

03:41PM 3    A.   I'M SORRY, WHAT DO YOU MEAN BY "IN THE FIELD"?

03:41PM 4    Q.   LIKE IN A PHYSICIAN'S OFFICE OR A HOSPITAL OR --

03:41PM 5    A.   YES, YES.

03:41PM 6    Q.   OKAY.  THANK YOU.

03:41PM 7         AND THEN IF YOU GO TO PAGE 5 OF THE DOCUMENT, YOU SEE

03:41PM 8    THERE'S A LABORATORY TESTING DECLARATION THERE?

03:41PM 9    A.   YES.

03:41PM 10   Q.   AND THEN THERE'S HANDWRITING THAT FILLS IN A NUMBER OF THE

03:42PM 11   INFORMATION FOR THE VARIOUS ASSAYS.

03:42PM 12        DO YOU SEE THAT?

03:42PM 13   A.   YES.

03:42PM 14   Q.   AND IS THAT YOUR HANDWRITING?

03:42PM 15   A.   I BELIEVE SO, YES.

03:42PM 16   Q.   OKAY.  THEN IF YOU GO TO THE NEXT PAGE, PAGE 6, DO YOU SEE

03:42PM 17   THERE'S A SECTION CALLED HIV --

03:42PM 18   A.   THAT IS NOT -- I'M SORRY.  GO AHEAD.

03:42PM 19   Q.   I'M SORRY.  I'LL FINISH MY QUESTION.

03:42PM 20   A.   YEAH, PLEASE DO.

03:42PM 21   Q.   THE SECTION IS CALLED "LIST ALL OTHER TESTS PERFORMED AND

03:42PM 22   ANNUAL TEST VOLUME."

03:42PM 23        DO YOU SEE THAT?

03:42PM 24   A.   YES.

03:42PM 25   Q.   OKAY.  AND THEN THERE'S A -- THE FIRST ONE LISTED IS HIV

03:42PM  1    RNA" I BELIEVE IT SAYS AVANT, "REALTIME PCR."

03:42PM  2         DO YOU SEE THAT?

03:42PM  3    A.   YES.

03:42PM  4    Q.   OKAY.  AND THAT'S A MOLECULAR TEST FOR HIV; IS THAT

03:42PM  5    CORRECT?

03:42PM  6    A.   YES.

03:42PM  7    Q.   AND THERANOS OFFERED THAT ON FDA PREDICATE MACHINES?

03:42PM  8    A.   CORRECT.

03:42PM  9    Q.   AT ALL TIMES THAT YOU WERE THERE; CORRECT?

03:43PM 10    A.   NO.  I THINK FOR A SHORT TIME HEPATITIS C WAS OFFERED ON

03:43PM 11    THE EDISON.

03:43PM 12    Q.   OKAY.  THANK YOU.

03:43PM 13         BUT JUST TALKING ABOUT HIV?

03:43PM 14    A.   YES, TO MY KNOWLEDGE.

03:43PM 15    Q.   AND ALL OF THE TIME YOU WERE AT THERANOS, THE HIV TEST WAS

03:43PM 16    OFFERED ON AN UNMODIFIED FDA APPROVED PREDICATE MACHINE;

03:43PM 17    CORRECT?

03:43PM 18    A.   YES.

03:43PM 19    Q.   OKAY.

03:43PM 20    A.   THAT'S NOT MY HANDWRITING, BY THE WAY.

03:43PM 21    Q.   OKAY.  IF YOU GO TO THE NEXT, PAGE 7?

03:43PM 22    A.   UH-HUH.

03:43PM 23    Q.   DO YOU SEE THERE'S SOMETHING CALLED DIRECTOR'S

03:43PM 24    ATTESTATION?

03:43PM 25    A.   YES.

ER-2498

03:43PM  1    Q.   AND THIS IS A FORM THAT YOU FILLED OUT AND SIGNED; IS THAT

03:43PM  2    CORRECT?

03:43PM  3    A.   YES.

03:43PM  4    Q.   AND THAT YOU SAID, EFFECTIVE AUGUST 6TH, 2013, I AM THE

03:43PM  5    LABORATORY DIRECTOR.

03:43PM  6         DO YOU SEE THAT?

03:43PM  7    A.   YES.

03:43PM  8    Q.   AND DOES THAT REFRESH YOUR MEMORY THAT YOU WERE THE

03:44PM  9    LABORATORY DIRECTOR AT THERANOS AS OF AUGUST 6TH, 2013?

03:44PM 10    A.   IT DOESN'T REFRESH MY MEMORY.  I'M JUST READING IT, AS YOU

03:44PM 11    ARE TODAY.

03:44PM 12    Q.   OKAY.  DO YOU HAVE ANY REASON TO DOUBT THAT THAT DATE THAT

03:44PM 13    YOU WROTE DOWN IS CORRECT?

03:44PM 14    A.   NO.  IT SOUNDS ABOUT RIGHT.

03:44PM 15    Q.   OKAY.  AND NOW, BELOW THAT IT HAS THE ADDRESS OF THERANOS;

03:44PM 16    RIGHT?

03:44PM 17    A.   YES.

03:44PM 18    Q.   AND THERE'S A CLIA NUMBER.

03:44PM 19         DO YOU SEE THAT?

03:44PM 20    A.   YES.

03:44PM 21    Q.   AND WHAT IS A CLIA NUMBER?

03:44PM 22    A.   UM, IT'S A, IT'S A NUMBER THAT LFS GIVES TO A LAB.  SO

03:44PM 23    THIS WOULD HAVE BEEN THE NUMBER THAT WAS GIVEN TO THE LAB WHEN

03:44PM 24    IT FIRST OPENED, SO THAT'S REFERENCED IN ALL COMMUNICATIONS

03:44PM 25    WITH LFS.

03:44PM  1    Q.   YOU MEAN LABORATORY FIELD SERVICES?

03:44PM  2    A.   CORRECT.

03:44PM  3    Q.   OKAY.  AND THEN BELOW THAT IT SAYS, "AS THE DIRECTOR OR

03:44PM  4    CO-DIRECTOR, I ASSUME ALL DIRECTORSHIP RESPONSIBILITIES FOR

03:44PM  5    CLIA AND STATE OF CALIFORNIA PURPOSES."

03:44PM  6         DO YOU SEE THAT?

03:45PM  7    A.   YES.

03:45PM  8    Q.   AND THEN IT GOES ON, "I UNDERSTAND THAT AS A DIRECTOR OF

03:45PM  9    THIS LABORATORY, I AM RESPONSIBLE FOR THE ACCURACY AND

03:45PM 10    RELIABILITY OF ALL TESTING PERFORMED BY THE LABORATORY AND FOR

03:45PM 11    ENSURING THAT THE LABORATORY MEETS ALL APPLICABLE CLIA AND

03:45PM 12    STATE REQUIREMENTS AS STIPULATED IN BOTH FEDERAL AND CALIFORNIA

03:45PM 13    LAWS," AND IT HAS CITATIONS TO VARIOUS REGULATIONS.

03:45PM 14         DO YOU SEE THAT?

03:45PM 15    A.   YES.

03:45PM 16    Q.   OKAY.  AND THAT WAS WHAT YOU WERE ATTESTING TO, ONE OF THE

03:45PM 17    THINGS YOU WERE ATTESTING TO WHEN YOU SIGNED THIS DOCUMENT; IS

03:45PM 18    THAT CORRECT?

03:45PM 19    A.   YES.

03:45PM 20    Q.   AND, IN FACT, AS THE LABORATORY DIRECTOR ON THE CLIA

03:45PM 21    LICENSE, YOU WERE, IN FACT, RESPONSIBLE FOR THE ACCURACY AND

03:45PM 22    RELIABILITY OF ALL TESTING; IS THAT CORRECT?

03:45PM 23    A.   SO AS I SAID, THE LABORATORY OWNER IS JOINTLY RESPONSIBLE

03:45PM 24    WITH THE DIRECTOR FOR ANY DEFICIENCIES, AND IF THE LABORATORY

03:45PM 25    SANCTIONED, BOTH THE OWNER AND THE LABORATORY DIRECTOR ARE

ER-2500

03:45PM   1    SANCTIONED.

03:45PM   2    Q.   RIGHT.   SO THAT'S WHAT IS DISCUSSED IN THAT SECOND

03:46PM   3    PARAGRAPH RIGHT BELOW THAT; RIGHT?

03:46PM   4    A.   YES.

03:46PM   5    Q.   AND YOU'RE ALSO ATTESTING THAT YOU UNDERSTAND THAT YOU

03:46PM   6    WOULD -- "WILL BE HELD JOINTLY AND SEVERALLY RESPONSIBLE WITH

03:46PM   7    THE LABORATORY OWNERS FOR ANY VIOLATIONS OF LAW BY THE CLINICAL

03:46PM   8    LABORATORY."

03:46PM   9         DO YOU SEE THAT?

03:46PM  10    A.   YES.

03:46PM  11    Q.   AND SO THE OWNER COULD BE RESPONSIBLE FOR PROBLEMS, ALONG

03:46PM  12    WITH YOURSELF?

03:46PM  13    A.   YES.

03:46PM  14    Q.   OKAY.   BUT YOU ARE ATTESTING THAT YOU ARE RESPONSIBLE FOR

03:46PM  15    THE ACCURACY AND RELIABILITY OF ALL TESTING PERFORMED BY THE

03:46PM  16    LABORATORY; CORRECT?

03:46PM  17    A.   YES.

03:46PM  18    Q.   AND IF YOU GO TO THE NEXT PAGE, THIS IS PAGE 8, DO YOU SEE

03:46PM  19    THERE'S ANOTHER FORM CALLED LABORATORY PERSONNEL REPORT?

03:46PM  20    A.   YES.

03:46PM  21    Q.   AND SO THIS IS WHERE YOU WROTE DOWN THE PEOPLE WHO WORKED

03:46PM  22    IN THE CLIA LABORATORY -- OR I'M SORRY.   LET ME BE MORE

03:46PM  23    ACCURATE.

03:46PM  24         THERE'S A LIST HERE OF THE PEOPLE WHO WORKED IN THE CLIA

03:46PM  25    LABORATORY AS OF THE TIME THIS FORM WAS FILLED OUT; IS THAT

03:47PM   1      RIGHT?

03:47PM   2      A.   YES.

03:47PM   3      Q.   OKAY.  AND ONE OF THEM -- THE FIRST ONE IS YOURSELF,

03:47PM   4      ADAM ROSENDORFF.

03:47PM   5           DO YOU SEE THAT?

03:47PM   6      A.   YES, I DO.

03:47PM   7      Q.   AND THE NEXT PERSON LISTED IS HODA ALAMDAR.

03:47PM   8           DO YOU SEE THAT?

03:47PM   9      A.   IT'S ALAMDAR.

03:47PM  10      Q.   OKAY.  AND SHE WAS A CLINICAL LAB SCIENTIST; CORRECT?

03:47PM  11      A.   YES.

03:47PM  12      Q.   ACTUALLY, IT MIGHT BE EASIER TO GO TO PAGE 9.  THERE'S A

03:47PM  13      SIMILAR LIST ON PAGE 9.

03:47PM  14           DO YOU SEE THAT?

03:47PM  15      A.   YES.

03:47PM  16      Q.   AND THIS HAS THE EMPLOYEE NAME AND THE FUNCTION OF THE

03:47PM  17      VARIOUS PEOPLE ON THE RIGHT-HAND COLUMN?

03:47PM  18      A.   YES.

03:47PM  19      Q.   OKAY.  AND SO GOING BACK TO THE LIST, MS. ALAMDAR, I'LL

03:47PM  20      PRONOUNCE HER NAME RIGHT HOPEFULLY, THAT WAS -- SHE WAS A CLS;

03:47PM  21      RIGHT?

03:47PM  22      A.   YES.

03:47PM  23      Q.   AND THEN THERE'S CHI NGUYEN.

03:47PM  24           DO YOU SEE THAT?

03:47PM  25      A.   YES.

03:47PM 1    Q.   ALSO A CLS?

03:47PM 2    A.   YES.

03:47PM 3    Q.   AND SARAH CABAYAN, ALSO A CLS?

03:48PM 4    A.   YES.

03:48PM 5    Q.   AND THEN KERRY ELENITOBA-JOHNSON, SHE'S A TECHNICAL

03:48PM 6    SUPERVISOR; IS THAT RIGHT?

03:48PM 7    A.   CORRECT.

03:48PM 8    Q.   AND A TECHNICAL SUPERVISOR IS ACTUALLY SOMETHING THAT IS

03:48PM 9    REQUIRED BY THE CMS REGULATIONS; IS THAT RIGHT?

03:48PM 10   A.   YEAH.  I'M NOT SURE EXACTLY, BUT I THINK A LAB NEEDS AT

03:48PM 11   LEAST ONE TS, ONE GS, AND A DIRECTOR.

03:48PM 12   Q.   ONE TECHNICAL SUPERVISOR AND ONE GENERAL SUPERVISOR, ALONG

03:48PM 13   WITH THE LAB DIRECTOR; RIGHT?

03:48PM 14   A.   YEAH.

03:48PM 15   Q.   AND THE TECHNICAL SUPERVISOR ROLE, THAT'S ACTUALLY

03:48PM 16   SOMETHING REQUIRED BY THE CMS GOVERNMENT REGULATIONS?

03:48PM 17   A.   YES.

03:48PM 18   Q.   AND THE SAME WITH THE GENERAL SUPERVISOR?

03:48PM 19   A.   YES.

03:48PM 20   Q.   OKAY.  AND THEN THE GENERAL SUPERVISOR LISTED HERE IS

03:48PM 21   LI DING-CHIANG.

03:48PM 22       DO YOU SEE THAT?

03:48PM 23   A.   YES.

03:48PM 24   Q.   AND THEN THERE ARE OTHER PEOPLE LISTED HERE AS LABORATORY

03:48PM 25   TECHNICIANS.

03:49PM   1            DO YOU SEE THAT?

03:49PM   2        A.   YES.

03:49PM   3        Q.   AND ONE OF THEM WAS SURAJ SAKSENA.

03:49PM   4            DO YOU SEE THAT?

03:49PM   5        A.   YES.

03:49PM   6        Q.   AND YOU KNEW DR. SAKSENA; RIGHT?

03:49PM   7        A.   YES.

03:49PM   8        Q.   AND HE WAS A PH.D. WHO WORKED AT THERANOS?

03:49PM   9        A.   I DON'T RECALL HIS DEGREE.

03:49PM   10       Q.   OKAY.  AND THEN ANOTHER LABORATORY TECHNICIAN LISTED HERE

03:49PM   11       IS NISHIT DOSHI.

03:49PM   12            DO YOU SEE THAT?

03:49PM   13       A.   YES.

03:49PM   14       Q.   AND ALSO A PERSON WHO HAD A PH.D.?

03:49PM   15       A.   I DON'T REMEMBER.

03:49PM   16       Q.   OKAY.  AND THEN IF YOU GO TO THE NEXT PAGE, WHICH IS

03:49PM   17       PAGE 10 --

03:49PM   18       A.   YES.

03:49PM   19       Q.   -- AND THIS IS A FORM THAT THE STATE FILLS OUT; IS THAT

03:49PM   20       CORRECT?

03:49PM   21       A.   THIS IS THE FIRST TIME THAT I'VE SEEN THIS FORM.

03:49PM   22       Q.   OKAY.  AND HAVE YOU EVER SEEN THIS TYPE OF FORM BEFORE?

03:49PM   23       A.   NO.

03:49PM   24       Q.   OKAY.  BUT DO YOU SEE THAT THE SIGNATURE AT THE BOTTOM

03:50PM   25       DATED JANUARY 21ST, 2014, IS NOT YOUR SIGNATURE; RIGHT?

03:50PM  1    A.   CORRECT.

03:50PM  2    Q.   AND THE PERSON WHO IS THE INSPECTOR LISTED AT THE TOP IS

03:50PM  3    EILEEN NORKIN.

03:50PM  4         DO YOU SEE THAT?

03:50PM  5    A.   YES.

03:50PM  6    Q.   AND IT SAYS DATE OF INSPECTION, DECEMBER 3RD, 2013.

03:50PM  7         DO YOU SEE THAT?

03:50PM  8    A.   YES.

03:50PM  9    Q.   AND THAT'S THE INSPECTION THAT YOU WERE TALKING ABOUT WITH

03:50PM  10   MR. BOSTIC; IS THAT RIGHT?

03:50PM  11   A.   I BELIEVE SO, YES.

03:50PM  12   Q.   AND DO YOU REMEMBER MEETING MS. NORKIN DURING THAT

03:50PM  13   INSPECTION?

03:50PM  14   A.   I REMEMBER MEETING THE INSPECTOR, YES.

03:50PM  15   Q.   OKAY.  IF YOU COULD GO TO ANOTHER EXHIBIT, WHICH IS GOING

03:50PM  16   TO BE I BELIEVE IN THE FIRST OF YOUR BINDERS, AND IT'S

03:50PM  17   EXHIBIT 7386.

03:51PM  18   A.   I'VE GOT IT.

03:51PM  19   Q.   THANK YOU.

03:51PM  20        AND DO YOU RECOGNIZE THIS AS THE CERTIFICATE OF COMPLIANCE

03:51PM  21   ISSUED BY CMS?

03:51PM  22   A.   YES.

03:51PM  23   Q.   FOR THERANOS?

03:51PM  24   A.   YES.

03:51PM  25   Q.   AND DO YOU SEE YOUR NAME ON IT AS LABORATORY DIRECTOR?

03:51PM  1    A.   YES.

03:51PM  2              MR. COOPERSMITH:  YOUR HONOR, WE OFFER 7386.

03:51PM  3              MR. BOSTIC:  NO OBJECTION.

03:51PM  4              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:51PM  5         (DEFENDANT'S EXHIBIT 7386 WAS RECEIVED IN EVIDENCE.)

03:51PM  6    BY MR. COOPERSMITH:

03:51PM  7    Q.   OKAY.  THIS IS THE RESULT, BASICALLY, OF THE APPLICATION

03:51PM  8    THAT WE WERE JUST LOOKING AT; IS THAT RIGHT?

03:51PM  9    A.   YES.

03:51PM 10    Q.   AND THE EFFECTIVE DATE IS JANUARY 9TH, 2014.

03:51PM 11         DO YOU SEE THAT?

03:51PM 12    A.   YES.

03:51PM 13    Q.   AND THEN IT EXPIRES IN JANUARY 2016.

03:51PM 14         DO YOU SEE THAT?

03:51PM 15    A.   YES.

03:51PM 16    Q.   AND THEN IT'S LISTED YOURSELF AS THE LABORATORY DIRECTOR?

03:51PM 17    A.   YES.

03:51PM 18    Q.   OKAY.  AND THEN DO YOU SEE BELOW THAT, AT THE BOTTOM OF

03:52PM 19    THE PAGE, IT HAS LAB CERTIFICATION CODE AND EFFECTIVE DATES?

03:52PM 20    A.   YES.

03:52PM 21    Q.   OKAY.  AND THERE ARE SOME EFFECTIVE DATES THAT ARE EARLIER

03:52PM 22    THAN DECEMBER OF 2013.

03:52PM 23         DO YOU SEE THAT?

03:52PM 24    A.   YES.

03:52PM 25    Q.   AND IS THAT BECAUSE THE THERANOS LAB HAD BEEN IN

03:52PM  1    OPERATION, YOU KNOW, EARLIER FOR SOME PURPOSES?

03:52PM  2    A.   I DON'T KNOW.

03:52PM  3    Q.   OKAY.  BUT YOU SEE THE DATES ON THE PAGE AT LEAST?

03:52PM  4    A.   YES, I DO.

03:52PM  5    Q.   OKAY.  DR. ROSENDORFF, I'D LIKE YOU TO TAKE A LOOK AT, IT

03:52PM  6    SHOULD BE IN THE SAME BINDER, IT'S EXHIBIT 7603, AND THEN DD,

03:52PM  7    LIKE DAVID DAVID.

03:53PM  8    A.   I HAVE IT.

03:53PM  9    Q.   OKAY.  AND DO YOU SEE THAT THIS IS REGULATIONS RELATING TO

03:53PM  10   THE DUTIES OF A LABORATORY DIRECTOR FOR LABORATORIES CONDUCTING

03:53PM  11   HIGH COMPLEXITY TESTING?

03:53PM  12   A.   YES.

03:53PM  13   Q.   AND THERE ARE SEVERAL REGULATIONS HERE WHICH ARE NUMBERED

03:53PM  14   IN ORDER.

03:53PM  15        DO YOU SEE THAT?

03:53PM  16   A.   YES.

03:53PM  17   Q.   AND THE FIRST ONE DEALS WITH THE NEED FOR A LABORATORY

03:53PM  18   DIRECTOR; CORRECT?

03:53PM  19   A.   PARDON ME, SIR.

03:53PM  20   Q.   I'M SORRY, DR. ROSENDORFF.  THE FIRST -- WELL, LET ME STEP

03:53PM  21   BACK.

03:53PM  22        YOUR HONOR, WE OFFER 7603DD, WHICH IS A REGULATIONS

03:53PM  23   PROMULGATED BY CMS, FOR THE RECORD.

03:53PM  24             MR. BOSTIC:  401 AND 403, YOUR HONOR.

03:53PM  25             THE COURT:  CAN YOU ESTABLISH -- MAYBE YOU WANT TO

03:54PM   1      LAY SOME MORE FOUNDATIONAL ISSUES REGARDING THAT.

03:54PM   2               MR. COOPERSMITH:  SURE, YOUR HONOR.  I WILL DO THAT.

03:54PM   3      Q.   DR. ROSENDORFF, AS WE DISCUSSED BEFORE, THERE'S A SET OF

03:54PM   4      REGULATIONS THAT GOVERN THE OPERATION OF CLIA LABS IN THE

03:54PM   5      UNITED STATES?

03:54PM   6      A.   CORRECT.

03:54PM   7      Q.   AND THOSE REGULATIONS ARE ISSUED BY CMS?

03:54PM   8      A.   YES.

03:54PM   9      Q.   AND SOME OF THE REGULATIONS DEAL WITH THE DUTY OF A LAB

03:54PM  10      DIRECTOR; IS THAT RIGHT?

03:54PM  11      A.   CORRECT.

03:54PM  12      Q.   AND WHEN YOU WERE AT THERANOS, THOSE REGULATIONS GOVERNED

03:54PM  13      YOUR CONDUCT AS WELL?

03:54PM  14      A.   GOVERNED MY?

03:54PM  15      Q.   YOUR CONDUCT.

03:54PM  16      A.   YES.

03:54PM  17      Q.   AND THAT YOU WERE FAMILIAR WITH THE REGULATIONS WHILE YOU

03:54PM  18      WORKED AT THERANOS?

03:54PM  19      A.   YES.

03:54PM  20      Q.   AND YOU DID YOUR BEST TO ABIDE BY THEM?

03:54PM  21      A.   YES, I DID.

03:54PM  22      Q.   AND YOU WANTED TO MAKE SURE YOU WERE IN COMPLIANCE AS BEST

03:54PM  23      YOU COULD; RIGHT?

03:54PM  24      A.   AS BEST I COULD BE ALLOWED UNDER THE CIRCUMSTANCES, YES.

03:54PM  25      Q.   OKAY.  BUT YOU TOOK THAT RESPONSIBILITY SERIOUSLY?

03:54PM   1        A.   ABSOLUTELY.

03:54PM   2             MR. COOPERSMITH:  OKAY.  YOUR HONOR, WE OFFER

03:54PM   3        7603DD.

03:55PM   4             MR. BOSTIC:  SAME OBJECTION AS TO ADMITTING THE

03:55PM   5        REGULATIONS.

03:55PM   6             THE COURT:  I'D LIKE TO TALK YOU ABOUT THIS, BUT CAN

03:55PM   7        YOU ASK SOME MORE QUESTIONS ABOUT SOMETHING ELSE IN THE LAST

03:55PM   8        FIVE MINUTES?

03:55PM   9             MR. COOPERSMITH:  YES, YOUR HONOR.

03:55PM  10             THE COURT:  LET'S DO THAT.

03:55PM  11        BY MR. COOPERSMITH:

03:55PM  12        Q.   SO NOT TALKING ABOUT THIS PARTICULAR DOCUMENT,

03:55PM  13        DR. ROSENDORFF, BUT JUST STICKING WITH THE SUBJECT OF

03:55PM  14        REGULATIONS.

03:55PM  15             A LAB DIRECTOR FOR A CLINICAL LAB DOESN'T HAVE TO BE AT

03:55PM  16        THE LAB FULL TIME; CORRECT?

03:55PM  17        A.   CORRECT.

03:55PM  18        Q.   AND, IN FACT, A LAB DIRECTOR COULD BE A LAB DIRECTOR WITH

03:55PM  19        AS MANY AS FIVE LABS ALL AT THE SAME TIME; RIGHT?

03:55PM  20        A.   CORRECT.  I DON'T KNOW IF THAT'S A CLIA REG OR A STATE

03:55PM  21        REG, BUT, YES, THAT'S MY UNDERSTANDING.

03:55PM  22        Q.   OKAY.  MAYBE WE'LL LOOK AT THAT LATER.

03:55PM  23             BUT WHETHER IT'S CLIA OR STATE, YOU'RE FAMILIAR WITH THE

03:55PM  24        REQUIREMENT, OR THE REGULATION THAT ALLOWS A LAB DIRECTOR TO BE

03:55PM  25        A LAB DIRECTOR FOR AS MANY AS FIVE LABS; RIGHT?

03:56PM   1     A.   CORRECT.

03:56PM   2     Q.   AND AT TIMES IN YOUR CAREER, YOU YOURSELF HAVE BEEN THE

03:56PM   3     LAB DIRECTOR OF MORE THAN ONE LABORATORY AT THE SAME TIME?

03:56PM   4     A.   CORRECT.

03:56PM   5     Q.   AND THAT'S NOT UNUSUAL IN THE LAB INDUSTRY?

03:56PM   6     A.   NO, IT IS NOT.

03:56PM   7     Q.   BUT WHEN YOU WERE AT THERANOS, YOU WERE THE FULL TIME LAB

03:56PM   8     DIRECTOR?

03:56PM   9     A.   CORRECT.

03:56PM   10    Q.   YOU DIDN'T HAVE ANOTHER JOB?

03:56PM   11    A.   I DID NOT.

03:56PM   12    Q.   YOU COULD HAVE PERHAPS SUPERVISED A DIFFERENT LABORATORY,

03:56PM   13    BUT YOU DIDN'T DO THAT; RIGHT?

03:56PM   14    A.   I REALLY -- THE MAGNITUDE OF PROBLEMS THERE WERE SUCH THAT

03:56PM   15    I WOULDN'T HAVE BEEN ABLE TO DO THAT.

03:56PM   16    Q.   YOU BELIEVED THAT THERANOS REQUIRED YOUR FULL-TIME

03:56PM   17    ATTENTION?

03:56PM   18    A.   CORRECT.

03:56PM   19    Q.   AND WHILE YOU WERE AT THERANOS, ONE OF THE

03:56PM   20    RESPONSIBILITIES THAT YOU HAD WAS TO SIGN OFF ON STANDARD

03:56PM   21    OPERATING PROCEDURES?

03:56PM   22    A.   YES.

03:56PM   23    Q.   AND THOSE WERE KNOWN AS SOP'S?

03:56PM   24    A.   CORRECT.

03:56PM   25    Q.   AND YOU WOULD AGREE THAT HAVING SOP'S IN PLACE IN A

03:56PM   1      LABORATORY WAS IMPORTANT?

03:56PM   2      A.   YES.

03:56PM   3      Q.   AND THAT FOLLOWING THOSE SOP'S WAS IMPORTANT?

03:56PM   4      A.   YES.

03:56PM   5      Q.   AND YOU HAD ASSISTANCE IN DEVELOPING SOP'S?

03:57PM   6      A.   YES.

03:57PM   7      Q.   YOU DIDN'T WRITE ALL OF THEM YOURSELF; RIGHT?

03:57PM   8      A.   NO.

03:57PM   9      Q.   BUT SOMETIMES YOU AUTHORED SOME OF THE SOP'S?

03:57PM  10      A.   I DON'T RECALL.

03:57PM  11      Q.   BUT IN ORDER FOR AN SOP TO BE IN PLACE IN THE THERANOS

03:57PM  12      LAB, YOU WOULD HAVE TO SIGN OFF ON IT?

03:57PM  13      A.   CORRECT.

03:57PM  14      Q.   AND IF THERE WASN'T AN SOP, THEN THERE WASN'T ANYTHING

03:57PM  15      GUIDING THE PRACTICES OF THE LAB; RIGHT?

03:57PM  16      A.   THAT'S CORRECT.

03:57PM  17      Q.   AND THAT WOULDN'T BE ACCEPTABLE; RIGHT?

03:57PM  18      A.   CORRECT.

03:57PM  19      Q.   AND IF THERE WAS AN SOP, PEOPLE WERE NOT FREE TO DO

03:57PM  20      SOMETHING DIFFERENT FROM WHAT THE SOP REQUIRED; RIGHT?

03:57PM  21      A.   CORRECT.

03:57PM  22      Q.   UNLESS YOU, AND IN CONSULTATION WITH OTHERS, DECIDED TO

03:57PM  23      CHANGE THE SOP?

03:57PM  24      A.   CORRECT.

03:57PM  25      Q.   OKAY.

ER-2511

03:57PM 1              YOUR HONOR, I'M GOING TO GO TO A DIFFERENT TOPIC, BUT

03:57PM 2     MAYBE THIS IS A GOOD TIME TO TAKE OUR BREAK.

03:57PM 3              THE COURT:  SURE.  LET'S BREAK AND TAKE OUR EVENING

03:57PM 4     RECESS, LADIES AND GENTLEMEN.

03:57PM 5         PLEASE RECALL THAT WE ARE NOT IN SESSION TOMORROW,

03:57PM 6     THURSDAY, BUT WE WILL BE IN SESSION FRIDAY, FRIDAY NEXT, NOT

03:58PM 7     TOMORROW, BUT FRIDAY AT 9:00 A.M. WE WILL BEGIN.

03:58PM 8         AND I BELIEVE WE FINISH, IS IT AT 3:00 O'CLOCK,

03:58PM 9     MS. ROBINSON?

03:58PM 10             THE CLERK:  YES.

03:58PM 11             THE COURT:  PROBABLY ABOUT 2:45 AGAIN, A LITTLE

03:58PM 12    BEFORE 3:00.

03:58PM 13        LET ME REMIND YOU OF THE ADMONITION.  PLEASE DO NOT DO ANY

03:58PM 14    INVESTIGATION, DISCUSS, WATCH, OR DO ANYTHING TO LEARN ANYTHING

03:58PM 15    ABOUT THIS CASE DURING THE BREAK.

03:58PM 16        HAVE A GOOD EVENING, AND WE'LL SEE YOU FRIDAY.  THANK YOU.

03:59PM 17        (JURY OUT AT 3:59 P.M.)

03:59PM 18             THE COURT:  DR. ROSENDORFF, YOU CAN LEAVE NOW.

03:59PM 19    WE'LL SEE YOU FRIDAY.

03:59PM 20        PLEASE BE SEATED.

03:59PM 21             THE WITNESS:  THANK YOU, YOUR HONOR.

03:59PM 22             THE COURT:  THE RECORD SHOULD REFLECT THAT OUR JURY

03:59PM 23    HAS LEFT FOR THE DAY.

03:59PM 24        DR. ROSENDORFF HAS LEFT THE COURTROOM.

03:59PM 25        ALL COUNSEL AND MR. BALWANI REMAIN.

1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                         SAN JOSE DIVISION

5

       UNITED STATES OF AMERICA,        )
6                                        )  CR-18-00258-EJD
                        PLAINTIFF,       )
7                                        )  SAN JOSE, CALIFORNIA
                VS.                      )
8                                        )  APRIL 22, 2022
       RAMESH "SUNNY" BALWANI,           )
9                                        )  VOLUME 21
                        DEFENDANT.       )
10     _____  )  PAGES 3451 - 3696

11

12                  TRANSCRIPT OF TRIAL PROCEEDINGS
                 BEFORE THE HONORABLE EDWARD J. DAVILA
13                   UNITED STATES DISTRICT JUDGE

14     A P P E A R A N C E S:

15     FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                              BY:   JOHN C. BOSTIC
16                                  JEFFREY B. SCHENK
                              150 ALMADEN BOULEVARD, SUITE 900
17                            SAN JOSE, CALIFORNIA 95113

18                            BY:   ROBERT S. LEACH
                              1301 CLAY STREET, SUITE 340S
19                            OAKLAND, CALIFORNIA 94612

20          (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21     OFFICIAL COURT REPORTERS:
                              IRENE L. RODRIGUEZ, CSR, RMR, CRR
22                            CERTIFICATE NUMBER 8074
                              LEE-ANNE SHORTRIDGE, CSR, CRR
23                            CERTIFICATE NUMBER 9595

24          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED WITH COMPUTER
25

09:38AM  1      EXHIBIT 20458 AND DISCUSSED DURING DR. PANDORI'S TESTIMONY WAS

09:39AM  2      PUBLISHED BY "WIRED" MAGAZINE ONLINE ON FEBRUARY 18TH, 2014.

09:39AM  3          DID I READ THAT STIPULATION ACCURATELY, MR. COOPERSMITH?

09:39AM  4              MR. COOPERSMITH:  YES, YOUR HONOR.

09:39AM  5              MR. BOSTIC:  YES, YOUR HONOR.  THANK YOU.

09:39AM  6              THE COURT:  ALL RIGHT.  THANK YOU.

09:39AM  7          LADIES AND GENTLEMEN, THE PARTIES HAVE AGREED TO THESE

09:39AM  8      FACTS AS I'VE JUST READ THEM TO YOU.  THOSE FACTS ARE NOW

09:39AM  9      CONCLUSIVELY ESTABLISHED AND THEY'RE PART OF THE RECORD IN THIS

09:39AM 10      MATTER.

09:39AM 11          THANK YOU.

09:39AM 12          MR. COOPERSMITH, ANYTHING FURTHER ON THIS?

09:39AM 13              MR. COOPERSMITH:  NO, YOUR HONOR.  THANK YOU.

09:39AM 14              THE COURT:  MR. BOSTIC?

09:39AM 15              MR. BOSTIC:  NO, YOUR HONOR.  THANK YOU.

09:39AM 16              THE COURT:  DO YOU HAVE QUESTIONS?

09:39AM 17              MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU.

09:39AM 18          **(GOVERNMENT'S WITNESS, ADAM ROSENDORFF, PREVIOUSLY WAS**

09:39AM 19      **SWORN.)**

09:39AM 20                      **CROSS-EXAMINATION (RESUMED)**

09:39AM 21      BY MR. COOPERSMITH:

09:39AM 22      Q.  GOOD MORNING, AND WELCOME BACK, DR. ROSENDORFF.

09:39AM 23      A.  GOOD MORNING.

09:39AM 24      Q.  I JUST WANT TO BEGIN WHERE WE LEFT OFF ON WEDNESDAY, AND

09:39AM 25      THAT'S WITH THE RESPONSIBILITIES OF THE LAB DIRECTOR.

09:39AM  1        SO JUST TO REFRESH, YOU WERE THE LAB DIRECTOR AT THERANOS

09:39AM  2   DURING THE TIME THAT YOU WORKED THERE ONCE YOU BECAME THE LAB

09:40AM  3   DIRECTOR ON THE CLIA LICENSE; IS THAT CORRECT?

09:40AM  4   A.   CORRECT.

09:40AM  5   Q.   OKAY.  AND YOU UNDERSTAND THAT AS LAB DIRECTOR, YOU HAD

09:40AM  6   CERTAIN DUTIES THAT WERE REQUIRED OF YOU AS LAB DIRECTOR; IS

09:40AM  7   THAT RIGHT?

09:40AM  8   A.   UNDER THE CLIA REGULATIONS, YES.

09:40AM  9   Q.   RIGHT.  AND I JUST WANT TO GO THROUGH A FEW OF THOSE.

09:40AM 10        SO YOU UNDERSTAND THAT A LABORATORY THAT IS -- WELL, LET

09:40AM 11   ME STEP BACK FOR A MINUTE.

09:40AM 12        THE LABORATORY THAT YOU WERE RUNNING FROM THE FALL OF 2013

09:40AM 13   AND UNTIL YOU LEFT THERANOS, THAT WAS WHAT IS KNOWN AS A HIGH

09:40AM 14   COMPLEXITY LAB; IS THAT RIGHT?

09:40AM 15   A.   CORRECT, CORRECT.

09:40AM 16   Q.   AND A HIGH COMPLEXITY LAB IS WHERE THE LABORATORY CAN, IN

09:40AM 17   ADDITION TO RUNNING FDA APPROVED EQUIPMENT TO TEST BLOOD, ALSO

09:40AM 18   COULD RUN LABORATORY DEVELOPED TESTS?

09:40AM 19   A.   CORRECT.

09:40AM 20   Q.   AND THOSE ARE OFTEN CALLED LDT'S?

09:40AM 21   A.   YES.

09:40AM 22   Q.   AND LABORATORIES THAT YOU WERE FAMILIAR WITH, EVEN APART

09:40AM 23   FROM THERANOS, RUN LDT'S IN THEIR LAB; IS THAT RIGHT?

09:41AM 24   A.   MANY DO, YES.

09:41AM 25   Q.   AND THERE ARE CERTAIN PROCEDURES IF A LAB IS GOING TO RUN

09:41AM  1    LDT'S?

09:41AM  2    A.   CORRECT.

09:41AM  3    Q.   AND ONE SUCH PROCEDURE IS THAT THE LAB HAS TO BE LICENSED

09:41AM  4    AS A HIGH COMPLEXITY LAB?

09:41AM  5    A.   CORRECT.

09:41AM  6    Q.   SO IF A LAB IS A MODERATE COMPLEXITY LAB, IT COULDN'T RUN

09:41AM  7    LDT'S; IS THAT RIGHT?

09:41AM  8    A.   I'M NOT SURE ON THAT POINT.

09:41AM  9    Q.   OKAY.  BUT AT LEAST YOU KNOW THAT IF A LAB WANTS -- GO

09:41AM 10    AHEAD, I'M SORRY.

09:41AM 11    A.   IF YOU RUN EVEN ONE LDT, I THINK YOU IMMEDIATELY BECOME A

09:41AM 12    HIGH COMPLEXITY LABORATORY.

09:41AM 13    Q.   RIGHT.  AND THEN THE REGULATIONS ALSO REQUIRE THAT THE

09:41AM 14    LABORATORY DIRECTOR OF A HIGH COMPLEX LAB HAVE CERTAIN

09:41AM 15    QUALIFICATIONS; IS THAT RIGHT?

09:41AM 16    A.   YES, YES.

09:41AM 17    Q.   AND YOU MET THOSE QUALIFICATIONS?

09:41AM 18    A.   YES.

09:41AM 19    Q.   AND WHEN YOU STARTED WORKING AT THERANOS, YOU WERE

09:41AM 20    ACTUALLY MOVING FROM PENNSYLVANIA TO CALIFORNIA; RIGHT?

09:41AM 21    A.   CORRECT.

09:41AM 22    Q.   AND SO YOU HAD TO OBTAIN LICENSURE IN CALIFORNIA AS WELL?

09:41AM 23    A.   MEDICAL LICENSURE, CORRECT.

09:41AM 24    Q.   BECAUSE YOU WERE NEW TO THE STATE OF CALIFORNIA?

09:41AM 25    A.   CORRECT.

ER-2516

09:41AM  1    Q.   OKAY.  SO IN ADDITION TO THE NEED TO HAVE A LABORATORY

09:42AM  2    DIRECTOR QUALIFIED TO RUN A HIGH COMPLEXITY LAB, IS IT THE CASE

09:42AM  3    THAT THE LABORATORY DIRECTOR HAS TO BE QUALIFIED TO MANAGE AND

09:42AM  4    DIRECT LABORATORY PERSONNEL WHO ARE ACTUALLY RUNNING THE HIGH

09:42AM  5    COMPLEXITY TESTS?

09:42AM  6    A.   THE LABORATORY DIRECTOR IS RESPONSIBLE FOR ENSURING THAT

09:42AM  7    SUFFICIENTLY TRAINED PERSONNEL ARE WORKING IN THE LAB AND THAT

09:42AM  8    THEIR TRAINING AND COMPETENCY IS DOCUMENTED.

09:42AM  9    Q.   OKAY.  AND THAT'S THE LABORATORY DIRECTOR'S JOB?

09:42AM  10   A.   IT FALLS UNDER THE LABORATORY DIRECTOR, BUT THEY WILL

09:42AM  11   DELEGATE THIS, PARTICULARLY IN A LARGE LAB, THEY WILL DELEGATE

09:42AM  12   THIS TO SUPERVISORS.

09:42AM  13   Q.   AND YOU CAN RELY ON GENERAL SUPERVISORS AND TECHNICAL

09:43AM  14   SUPERVISORS TO PERFORM SOME OF THOSE TASKS?

09:43AM  15   A.   IDEALLY, YES.

09:43AM  16   Q.   RIGHT.  SUCH AS TRAINING TASKS?

09:43AM  17   A.   CORRECT.

09:43AM  18   Q.   BUT ULTIMATELY THE LAB DIRECTOR HAS TO OVERSEE THAT

09:43AM  19   PROCESS; IS THAT RIGHT?

09:43AM  20   A.   WELL, UNDER THE LAW, A LABORATORY DIRECTOR IS RESPONSIBLE

09:43AM  21   FOR ABSOLUTELY EVERYTHING.

09:43AM  22   Q.   RIGHT.

09:43AM  23   A.   BUT IN ANY EVENT.

09:43AM  24   Q.   DR. ROSENDORFF, THE LABORATORY DIRECTOR IS ALSO

09:43AM  25   RESPONSIBLE FOR MAKING SURE THAT THE TESTS PERFORMED BY THE

ER-2517

09:43AM  1    LABORATORY, ARE PERFORMED ACCURATELY AND CORRECTLY; IS THAT

09:43AM  2    RIGHT?

09:43AM  3    A.   I DON'T KNOW EXACTLY WHAT STATUTE YOU'RE REFERRING TO.  IF

09:43AM  4    YOU COULD POINT ME TO THE STATUTE.

09:43AM  5    Q.   CERTAINLY.  AND IF IT WOULD HELP TO REFRESH, I CAN HAND UP

09:43AM  6    SOMETHING TO YOU.

09:43AM  7         MAY I APPROACH, YOUR HONOR?

09:43AM  8             THE COURT:  YES.

09:43AM  9             MR. COOPERSMITH:  (HANDING.)

09:44AM 10    Q.   DR. ROSENDORFF, I'VE HANDED YOU SOME EXCERPTS AND JUST TO

09:44AM 11    GO THROUGH THOSE.  THEY'RE NUMBERED AT THE TOP.  AND THE ONE

09:44AM 12    THAT I WAS REFERRING TO IN THE LAST QUESTION WAS ON PAGE 3 OF

09:44AM 13    THE DOCUMENT THAT I'VE HANDED YOU.

09:44AM 14    A.   YES, YES.

09:44AM 15    Q.   AND COULD YOU SEE THAT IS NUMBERED 493.1145?

09:44AM 16    A.   YES.

09:44AM 17    Q.   AND LOOKING AT THAT, DOES THAT REFRESH YOUR MEMORY THAT

09:44AM 18    ONE OF THE LAB DIRECTOR'S RESPONSIBILITIES IS TO RECORD AND

09:44AM 19    REPORT TEST RESULTS PROMPTLY, ACCURATELY, AND PROFICIENTLY, AND

09:44AM 20    FOR ENSURING COMPLIANCE WITH APPLICABLE REGULATIONS?

09:44AM 21    A.   THIS MEANS THAT THE REPORTING TESTS IS CONCORDANT WITH

09:44AM 22    WHAT THE LABORATORY IS PUTTING OUT AS THE RESULT.  THAT'S ALL

09:44AM 23    THAT MEANS.

09:44AM 24    Q.   OKAY.  BUT IT ALSO -- AM I RIGHT, THAT ONE OF THE LAB

09:45AM 25    DIRECTOR'S RESPONSIBILITIES IS TO, IN THE COURSE OF OVERSEEING

ER-2518

09:45AM  1    THE LAB, TO MAKE SURE THE TESTS THAT ARE BEING CONDUCTED ARE

09:45AM  2    PERFORMED ACCURATELY?

09:45AM  3    A.   SO, AS I SAID YESTERDAY, IF THE LABORATORY IS IN VIOLATION

09:45AM  4    OF ANY CMS REG SUCH THAT IT RESULTS IN JEOPARDY AND CLOSURE OF

09:45AM  5    THE LAB, THE LABORATORY DIRECTOR AND OWNER ARE HELD JOINTLY

09:45AM  6    LIABLE.

09:45AM  7    Q.   YES.  BUT IN TERMS OF THE RESPONSIBILITY BEFORE A

09:45AM  8    VIOLATION OCCURS, IF ONE DOES, THE LABORATORY DIRECTOR HAS

09:45AM  9    TO -- AS ONE OF THE DUTIES, HAS TO ENSURE THAT THE LABORATORY

09:45AM 10    IS TESTING IN AN ACCURATE MANNER?

09:45AM 11    A.   DOESN'T THE INDICATED SANCTIONS APPROVE WHO IS ULTIMATELY

09:45AM 12    RESPONSIBLE IN THAT REGARD?

09:45AM 13    Q.   FROM -- YOU GET TO A LABORATORY'S LAB DIRECTOR,

09:45AM 14    DR. ROSENDORFF, AND FROM DAY ONE THAT YOU ARE LAB DIRECTOR,

09:46AM 15    BEFORE ANYTHING HAPPENS, YOU KNOW THAT GOING IN THAT ONE OF

09:46AM 16    YOUR JOBS IS TO DO EVERYTHING THAT YOU CAN TO MAKE SURE THE

09:46AM 17    TESTS ARE ACCURATE; IS THAT CORRECT?

09:46AM 18    A.   AND I DID.

09:46AM 19    Q.   OKAY.  YOU CAN PUT THAT ASIDE, DR. ROSENDORFF.

09:46AM 20        I'D LIKE TO SWITCH TOPICS AND TALK ABOUT THE ASSAY

09:46AM 21    DEVELOPMENT PROCESS AT THERANOS.  OKAY?

09:46AM 22    A.   SURE.

09:46AM 23    Q.   SO YOU UNDERSTAND THAT PRIOR TO THE TIME THAT THERANOS

09:46AM 24    STARTED TESTING PATIENT BLOOD BY COLLECTING SAMPLES AT

09:46AM 25    WALGREENS, THERE HAD BEEN RESEARCH AND DEVELOPMENT WORK ON

09:46AM  1    THESE SMALL BLOOD SAMPLE ASSAYS?

09:46AM  2    A.   I BELIEVE SO, YES.

09:46AM  3    Q.   AND THERE WAS AN R&D DEPARTMENT AT THERANOS WHO WAS

09:46AM  4    RESPONSIBLE FOR CONDUCTING THAT RESEARCH; IS THAT RIGHT?

09:46AM  5    A.   YES.

09:46AM  6    Q.   AND THE -- THAT HAD GONE ON FOR SOME TIME PRIOR TO EVEN

09:47AM  7    YOUR ARRIVAL AT THERANOS AS I UNDERSTAND IT; RIGHT?

09:47AM  8    A.   YES.

09:47AM  9    Q.   AND THE RESEARCH AND DEVELOPMENT PROCESS WAS TO ACTUALLY

09:47AM  10   DEVELOP THE NOVEL TECHNOLOGY THAT THERANOS WAS TRYING TO OFFER;

09:47AM  11   IS THAT RIGHT?

09:47AM  12   A.   YES, THERANOS CONSIDERED THE TECHNOLOGY NOVEL, YES.

09:47AM  13   Q.   RIGHT.  AND THE NOVELTY, AT LEAST ACCORDING TO THE

09:47AM  14   COMPANY, WAS TO DEVELOP A LOT OF ASSAYS THAT COULD USE VERY

09:47AM  15   SMALL BLOOD SAMPLES SUCH AS A CAPILLARY TUBE SAMPLE FROM A

09:47AM  16   FINGER?

09:47AM  17   A.   YES.

09:47AM  18   Q.   OKAY.  AND THAT AT THE TIME THAT THE -- YOU WORKED ON A

09:47AM  19   VALIDATION OF ASSAYS FOR THE CLINICAL LAB, A LOT OF THAT WORK

09:47AM  20   ON DEVELOPING ASSAYS HAD ALREADY OCCURRED IN THE RESEARCH AND

09:47AM  21   DEVELOPMENT SECTION; RIGHT?

09:47AM  22   A.   MY UNDERSTANDING WAS THAT IT WAS MORE IN LINE WITH

09:48AM  23   PRE-VALIDATION.

09:48AM  24        I WAS INVOLVED IN THE -- THE PRE-VALIDATION IS R&D

09:48AM  25   EXPERIMENTS AND WORK THAT OCCUR TO PROOF OF PRINCIPLE AND MAKE

ER-2520

09:48AM  1    SURE -- IT'S NOT VALIDATION WORK PER SE.

09:48AM  2        VALIDATION INVOLVES A PLAN THAT IS APPROVED BY A LAB

09:48AM  3    DIRECTOR, AND THEN YOU EXECUTE THE VALIDATION, ET CETERA.

09:48AM  4    Q.   RIGHT.

09:48AM  5        SO THE RESEARCH AND DEVELOPMENT WORK THAT IS DONE IS NOT

09:48AM  6    THE SAME AS THE CLIA VALIDATION WORK THAT HAS TO BE DONE BEFORE

09:48AM  7    A LAB HAS TO TEST PATIENTS; CORRECT?

09:48AM  8    A.   THE VALIDATION HAS TO FOLLOW THE PLAN, AND IT'S USUALLY

09:48AM  9    CONDUCTED BY R&D.

09:48AM  10   Q.   RIGHT.

09:48AM  11       AND JUST SO MY QUESTION IS CLEAR, I'LL TRY TO ASK IT IN A

09:48AM  12   BETTER WAY.  THERE'S -- ONE THING IS ASSAY DEVELOPMENT WORK

09:48AM  13   THAT THE R&D DEPARTMENT DOES BEFORE ANYONE TRIES TO VALIDATE IT

09:49AM  14   FOR THE CLIA LAB?

09:49AM  15   A.   CORRECT, CORRECT.

09:49AM  16   Q.   OKAY.  BUT AT SOME POINT A LABORATORY COULD TAKE THAT WORK

09:49AM  17   AND THEN GO THROUGH THE STEPS NECESSARY TO VALIDATE IT FOR THE

09:49AM  18   CLIA LAB; CORRECT?

09:49AM  19   A.   CORRECT.

09:49AM  20   Q.   OKAY.  AND BEFORE THAT HAPPENS, THE ASSAY CAN'T BE USED TO

09:49AM  21   TEST PATIENTS; CORRECT?

09:49AM  22   A.   CORRECT.

09:49AM  23   Q.   OKAY.  BUT WHEN YOU STARTED WORKING ON THESE ASSAY

09:49AM  24   VALIDATIONS, OBVIOUSLY WITH THE RESEARCH AND DEVELOPMENT PEOPLE

09:49AM  25   AS WELL, THE COMPANY WASN'T STARTING FROM SCRATCH IN TERMS OF

09:49AM  1    DEVELOPING SMALL BLOOD SAMPLE ASSAYS?

09:49AM  2    A.   I'M NOT VERY FAMILIAR WITH THE WORK THAT OCCURRED IN R&D

09:49AM  3    PRIOR TO STARTING IN THE LABORATORY.

09:49AM  4    Q.   OKAY.  I MIGHT HAVE SOME THINGS THAT MIGHT HELP REFRESH

09:49AM  5    YOUR RECOLLECTION.

09:49AM  6         BUT FOR NOW CAN WE LOOK AT EXHIBIT 9921, AND THAT IS IN, I

09:49AM  7    BELIEVE, THE SECOND VOLUME OF YOUR BINDERS.

09:50AM  8              THE WITNESS:  YOUR HONOR, MAY I ASK A PROCEDURAL

09:50AM  9    QUESTION?

09:50AM  10             THE COURT:  YES.

09:50AM  11             THE WITNESS:  I'M WONDERING IN THE INTEREST OF TIME,

09:50AM  12   WHETHER THE EXHIBIT CAN JUST BE SHOWN ON THE SCREEN RATHER THAN

09:50AM  13   HUNTING FOR IT IN THE BINDERS, BUT I DON'T KNOW WHAT THE

09:50AM  14   COURT'S PROCEDURE IS.

09:50AM  15             MR. COOPERSMITH:  I THINK DR. ROSENDORFF MAKES AN

09:50AM  16   EXCELLENT SUGGESTION, IT MIGHT SAVE US SOME TIME.

09:50AM  17             THE COURT:  WELL, IF YOU HAVE THE ABILITY -- THANK

09:50AM  18   YOU, DR. ROSENDORFF.

09:50AM  19        IF YOU HAVE THE ABILITY AND THE DESIRE TO SHOW THE EXHIBIT

09:50AM  20   ONLY TO THE WITNESS AND THE LAWYERS PRIOR TO ITS ADMISSION, AND

09:50AM  21   THEN MAKE WHATEVER MOTIONS YOU WOULD LIKE AS TO ITS

09:50AM  22   ADMISSIBILITY, THAT WOULD BE FINE AND WE CAN SEE HOW IT GOES.

09:50AM  23        ANY OBJECTION TO THAT, MR. BOSTIC?

09:50AM  24             MR. BOSTIC:  NO, YOUR HONOR.

09:51AM  25             MR. COOPERSMITH:  I UNDERSTAND THAT MS. ROBINSON HAS

09:51AM   1    THE ABILITY TO DISPLAY IT TO JUST THE COURT AND COUNSEL AND THE

09:51AM   2    WITNESS AND NOT TO THE JURY UNTIL IT HAS BEEN --

09:51AM   3         THE COURT:  THAT'S MY UNDERSTANDING.  AND I HAVE

09:51AM   4    CONTINUED HIGH CONFIDENCE IN OUR ELECTRICAL AV SYSTEM AS WE GO

09:51AM   5    FORWARD.

09:51AM   6         (LAUGHTER.)

09:51AM   7         THE CLERK:  WE MIGHT WANT TO TURN OFF THAT MONITOR

09:51AM   8    AT THAT DESK WHERE NO ONE IS SITTING IN FRONT OF YOU HAVE AT

09:51AM   9    DEFENSE TABLE.

09:52AM  10         (DISCUSSION OFF THE RECORD.)

09:52AM  11         THE COURT:  AS LONG AS THE PRECAUTIONS HAVE BEEN

09:52AM  12    TAKEN THAT ALL OF THE MONITORS THAT ARE FACING THE PUBLIC ARE

09:52AM  13    NOT ADMISSIBLE PRIOR TO THE INTRODUCTION OF EVIDENCE.  AND

09:52AM  14    WE'VE HAD THOSE COME UP DURING TRIAL.  AND IF THOSE PRECAUTIONS

09:52AM  15    ARE TAKEN, THEN WE CAN FOLLOW THIS PROTOCOL.

09:52AM  16         MR. COOPERSMITH:  I THINK IT WOULD BE POSSIBLE TO

09:52AM  17    TURN OFF THE MONITORS.

09:52AM  18         THE COURT:  I THINK THAT'S BEEN DONE.  I THINK

09:52AM  19    THAT'S BEEN ACCOMPLISHED.

09:52AM  20         MR. COOPERSMITHD:  GREAT.

09:52AM  21         THE COURT:  SO 9921?

09:52AM  22         MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU.

09:52AM  23    Q.   AND, DR. ROSENDORFF, IF FOR ANY REASON YOU NEED TO SEE THE

09:52AM  24    PAPER COPY, THEN OBVIOUSLY JUST LET ME KNOW AND WE CAN DO THAT.

09:52AM  25         OKAY?

09:52AM  1    A.   THANK YOU.

09:52AM  2    Q.   OKAY.  SO LOOKING AT EXHIBIT 9921, WHICH YOU SEE ON YOUR

09:52AM  3    SCREEN, YOU SEE THAT THIS IS A THERANOS DOCUMENT, AND IT'S A

09:52AM  4    MASTER VALIDATION PLAN FOR ELISA ASSAYS ON THERANOS DEVICES.

09:52AM  5         DO YOU SEE THAT?

09:52AM  6    A.   YES.

09:52AM  7    Q.   AND DO YOU SEE THAT THIS WAS SIGNED BY SEVERAL

09:52AM  8    INDIVIDUALS?

09:52AM  9    A.   YES.

09:52AM  10   Q.   AND ONE OF THEM IS SUREKHA GANGAKHEDKAR.

09:53AM  11        DO YOU SEE THAT?

09:53AM  12   A.   I THINK YOU MANGLED HER LAST NAME.

09:53AM  13   Q.   I'M SURE I DID.  DO YOU HAVE A BETTER PRONUNCIATION?

09:53AM  14   A.   I DO NOT, NO.

09:53AM  15   Q.   OKAY.  WELL, WE'LL CALL HER SUREKHA FOR THE MOMENT.

09:53AM  16   A.   OKAY.  OKAY.

09:53AM  17   Q.   AND YOU'RE FAMILIAR WITH THAT PERSON; RIGHT?

09:53AM  18   A.   YES, I AM.

09:53AM  19   Q.   AND SHE WAS SOMEONE WHO WORKED IN THE RESEARCH AND

09:53AM  20   DEVELOPMENT LAB AT THERANOS?

09:53AM  21   A.   YES.

09:53AM  22   Q.   AND SHE WORKED ON ELISA ASSAYS IN PARTICULAR?

09:53AM  23   A.   YES.

09:53AM  24   Q.   AND IS ANOTHER WORD FOR ELISA ASSAYS, IMMUNOASSAYS?

09:53AM  25   A.   YES.

09:53AM   1       Q.   AND THAT'S THE TYPE ASSAY THAT THE EDISON 3 SERIES COULD

09:53AM   2       RUN?

09:53AM   3       A.   YES.

09:53AM   4       Q.   AND YOU RECOGNIZE HER ON THE DOCUMENT?

09:53AM   5       A.   YES, I SEE HER NAME.

09:53AM   6       Q.   AND THIS IS A PROCEDURE THAT WAS ACTUALLY PRE-DATING YOUR

09:53AM   7       TIME AT THERANOS ON A MASTER VALIDATION PLAN; IS THAT CORRECT?

09:53AM   8       A.   IT APPEARS TO BE.

09:53AM   9                 MR. COOPERSMITH:   YES.   YOUR HONOR, WE OFFER

09:54AM  10       EXHIBIT 9921.

09:54AM  11                 MR. BOSTIC:   YOUR HONOR, AUTHENTICATION.

09:54AM  12                 MR. COOPERSMITH:   YOUR HONOR, I THINK AUTHENTICATION

09:54AM  13       WOULD BE ACCOMPLISHED BY ATTRIBUTES OF THE DOCUMENT.   HE

09:54AM  14       RECOGNIZED SUREKHA'S NAME, AND SHE SIGNED THE DOCUMENT.

09:54AM  15           IT ACTUALLY HAS A CMS BATES NUMBER INDICATING IT CAME FROM

09:54AM  16       CMS.

09:54AM  17           I DON'T THINK THERE'S AN AUTHENTICATION DOCUMENT -- AN

09:54AM  18       AUTHENTICATION ISSUE BASED ON THE FEATURES OF THE DOCUMENT,

09:54AM  19       WHICH IS ONE OF THE WAYS THAT THE DOCUMENT CAN BE

09:54AM  20       AUTHENTICATED.

09:54AM  21                 THE COURT:   CAN YOU JUST ASK A COUPLE OF MORE

09:54AM  22       FOUNDATIONAL QUESTIONS, PLEASE.

09:54AM  23                 MR. COOPERSMITH:   YES, YOUR HONOR.

09:54AM  24       Q.   DR. ROSENDORFF, YOU ALSO SEE ARNOLD GELB, M.D., ON THE

09:54AM  25       DOCUMENT?

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)                3505

09:54AM  1    A.   YES, I DO.

09:54AM  2    Q.   AND THAT WAS THE PERSON WHO WAS THE LAB DIRECTOR PRIOR TO

09:54AM  3    YOUR ARRIVAL?

09:54AM  4    A.   NO.  THE LABORATORY DIRECTOR OF RECORD WAS SPENCER HIRAKI.

09:55AM  5    Q.   RIGHT.  BUT YOU KNOW WHO DR. GELB WAS; RIGHT?

09:55AM  6    A.   I BELIEVE HE WAS THE CLIA LABORATORY DIRECTOR BEFORE

09:55AM  7    DR. HIRAKI WENT ON TO THE LICENSE.

09:55AM  8    Q.   OKAY.  BUT YOU RECOGNIZE HIS NAME ON THE DOCUMENT?

09:55AM  9    A.   YES, I RECOGNIZE HIS NAME.

09:55AM  10   Q.   AND DR. GELB, AT THE TIME HE WAS LABORATORY DIRECTOR

09:55AM  11   BEFORE DR. HIRAKI, WOULD HAVE BEEN IN A POSITION TO SIGN AND

09:55AM  12   APPROVE SOP'S JUST LIKE ANY OTHER LAB DIRECTOR, AS FAR AS YOU

09:55AM  13   KNOW; RIGHT?

09:55AM  14   A.   I'M NOT SURE WHAT YOU'RE ASKING, I'M SORRY.

09:55AM  15   Q.   OKAY.  I'LL ASK A DIFFERENT QUESTION.

09:55AM  16        SO YOU SEE THE DOCUMENT IS A STANDARD OPERATING PROCEDURE

09:55AM  17   THAT IT SAYS AT THE TOP?

09:55AM  18   A.   YES.

09:55AM  19   Q.   AND IT HAS A THERANOS LOGO AS IT EXISTED AT THE TIME ON

09:55AM  20   IT.

09:55AM  21        DO YOU SEE THAT?

09:55AM  22   A.   YES.  I WASN'T THERE SO I DON'T KNOW WHAT THE LOGO WAS.

09:55AM  23   Q.   OKAY.  BUT DO YOU SEE THE NAME THERANOS AND IT'S A LOGO;

09:55AM  24   RIGHT?

09:55AM  25   A.   YES.

09:55AM  1      Q.   OKAY.  AND THIS FORM, WHERE YOU HAVE A BOX AT THE TOP THAT

09:55AM  2      INDICATES WHAT THE DOCUMENT IS, AND THEN IT HAS SPACES FOR THE

09:56AM  3      AUTHOR, AND THE REVIEWER, AND THE APPROVER, THAT'S A FORM THAT

09:56AM  4      YOU HAVE SEEN BEFORE ON LOTS OF OTHER STANDARD OPERATING

09:56AM  5      PROCEDURES AT THERANOS; CORRECT?

09:56AM  6      A.   I'M A LITTLE CONFUSED WITH THIS DOCUMENT BECAUSE AT THE

09:56AM  7      TOP IT SAYS STANDARD OPERATING PROCEDURE AND THEN TWO LINES

09:56AM  8      DOWN IT SAYS MASTER VALIDATION PLAN.

09:56AM  9           SO A VALIDATION PLAN IS NOT AN OPERATING PROCEDURE.

09:56AM 10           AN OPERATING PROCEDURE IS SOMETHING THAT THE LAB DOES ONCE

09:56AM 11      YOU GO INTO PRODUCTION.

09:56AM 12      Q.   YES, DR. ROSENDORFF.

09:56AM 13           BUT MY QUESTION IS DIFFERENT.  I'M SIMPLY ASKING WHETHER

09:56AM 14      THE FORM OF THE DOCUMENT, WHERE IT SAYS STANDARD OPERATING

09:56AM 15      PROCEDURE AT THE TOP, AND IT HAS A SPACE FOR AUTHORS, AND

09:56AM 16      REVIEWERS, AND APPROVERS JUST LIKE THIS DOCUMENT DOES, THAT'S A

09:56AM 17      FORM THAT YOU'VE SEEN AT THERANOS MANY TIMES IN ALL SORTS OF

09:56AM 18      DIFFERENT SOP'S AND VALIDATION REPORTS; CORRECT?

09:56AM 19      A.   YES.

09:56AM 20      Q.   AND THIS DOCUMENT LOOKS JUST LIKE THAT DOCUMENT IN TERMS

09:57AM 21      OF THE FORM OF THE DOCUMENT; CORRECT?

09:57AM 22      A.   YES, I BELIEVE SO.

09:57AM 23      Q.   OKAY.  AND IF YOU JUST, WITHOUT READING IT OUT LOUD TO THE

09:57AM 24      JURY, YOU SEE THAT IN THE BODY OF THE DOCUMENT, EVEN IF YOU

09:57AM 25      TURN TO THE SECOND PAGE IN THE TABLE OF CONTENTS, IT HAS, LIKE,

09:57AM  1      VARIOUS SECTIONS REGARDING DIFFERENT ASPECTS OF VALIDATION THAT

09:57AM  2      HAVE TO OCCUR.

09:57AM  3           DO YOU SEE THAT?

09:57AM  4      A.   YES.

09:57AM  5      Q.   AND, FOR EXAMPLE, ACCURACY AND PRECISION AND SENSITIVITY

09:57AM  6      AND SO FORTH.

09:57AM  7           DO YOU SEE THAT?

09:57AM  8      A.   YES.

09:57AM  9                MR. COOPERSMITH:  YOUR HONOR, WE OFFER EXHIBIT 9921.

09:57AM  10               THE COURT:  I'LL ADMIT IT, AND IT MAY BE PUBLISHED.

09:57AM  11          (DEFENDANT'S EXHIBIT 9921 WAS RECEIVED IN EVIDENCE.)

09:57AM  12     BY MR. COOPERSMITH:

09:57AM  13     Q.   DR. ROSENDORFF, DO YOU SEE THE FIRST PAGE?  AND THIS IS,

09:57AM  14     AGAIN, SOMETHING THAT EXISTED BEFORE YOUR TIME AT THERANOS;

09:57AM  15     CORRECT?

09:57AM  16     A.   YES.

09:57AM  17     Q.   AND IT'S AS YOU SAID, THE MASTER VALIDATION PLAN FOR ELISA

09:58AM  18     ASSAYS ON THERANOS DEVICES?

09:58AM  19     A.   YES.

09:58AM  20     Q.   AND IF YOU TURN TO THE SECOND PAGE THAT HAS THE TABLE OF

09:58AM  21     CONTENT, YOU SEE THERE'S A LIST OF DIFFERENT SECTIONS?

09:58AM  22     A.   YES.

09:58AM  23     Q.   AND, FOR EXAMPLE, JUST TO DISCUSS A FEW, SECTION 12 IS

09:58AM  24     QUALITY CONTROL?

09:58AM  25     A.   YES.

09:58AM   1      Q.   AND SECTION 13 IS PRECISION?

09:58AM   2      A.   YES.

09:58AM   3      Q.   AND SECTION 14 IS ANALYTICAL SENSITIVITY?

09:58AM   4      A.   YES.

09:58AM   5      Q.   OKAY.  AND 16 IS ACCURACY/TRUENESS/AND COMPARABILITY?

09:58AM   6      A.   YES.

09:58AM   7      Q.   AND TO PICK OUT ONE MORE.  SECTION 20 IS STABILITY?

09:58AM   8      A.   YES.

09:58AM   9      Q.   SO THESE THINGS ARE, AS YOU UNDERSTAND IT AS LAB DIRECTOR,

09:58AM  10      ARE THINGS THAT ARE REQUIRED TO DO WHEN YOU VALIDATE AN ASSAY

09:58AM  11      IN A CLIA LAB; CORRECT?

09:58AM  12      A.   THIS IS A LARGER SET OF ITEMS THAN WOULD BE REQUIRED UNDER

09:59AM  13      CLIA.

09:59AM  14      Q.   OKAY.  SO THERE'S MORE SECTIONS HERE THAN WHAT IS ACTUALLY

09:59AM  15      REQUIRED UNDER CLIA; IS THAT RIGHT?

09:59AM  16      A.   YES.

09:59AM  17      Q.   OKAY.  AND THAT'S WHAT'S THE TABLE OF CONTENTS.

09:59AM  18           IF YOU GO TO THE PAGE 5 OF THE DOCUMENT.  AND I'M

09:59AM  19      REFERRING TO THE PAGE NUMBERS IN THE LITTLE BOX AT THE BOTTOM.

09:59AM  20      YOU CAN SEE THEM ON YOUR SCREEN.  THIS IS PAGE 5 OF 17.

09:59AM  21           DO YOU SEE THAT?

09:59AM  22      A.   YES, SIR.

09:59AM  23      Q.   AND IF YOU GO TO SECTION 4, "RESPONSIBILITIES."

09:59AM  24           DO YOU SEE SECTION 4.1, "IT IS THE RESPONSIBILITY OF THE

09:59AM  25      LABORATORY DIRECTOR TO ENSURE THAT THE ELISA ASSAYS INDICATED

09:59AM  1    IN ATTACHMENT," AND THERE'S A NUMBER, "ARE QUALIFIED AND

09:59AM  2    VALIDATED ON THE THERANOS SYSTEMS IN ACCORDANCE WITH THE

09:59AM  3    QUALIFICATION PLAN SPECIFIED IN THIS DOCUMENT."

09:59AM  4        DO YOU SEE THAT?

09:59AM  5    A.   YES, I DO.

09:59AM  6    Q.   AND THAT IS, IN FACT, THE DUTY OF THE LAB DIRECTOR TO SO

09:59AM  7    ENSURE; IS THAT CORRECT?

09:59AM  8    A.   YES.

09:59AM  9    Q.   IF YOU GO TO PAGE 7 OF 17 OF THE DOCUMENT.

10:00AM  10       DO YOU SEE THERE'S A SECTION 12 ON QUALITY CONTROL?

10:00AM  11   A.   YES.

10:00AM  12   Q.   AND IT SAYS, SECTION 12.1, "TWO TO FOUR LEVEL QUALITY

10:00AM  13   CONTROL SAMPLES (E.G. LLOQ, QC LOW, QC MEDIAN AND QC HIGH) AS

10:00AM  14   APPROPRIATE TO THE ASSAY WILL BE ANALYZED AND EACH RUN ON EACH

10:00AM  15   INSTRUMENT FOR EACH EXPERIMENT."

10:00AM  16       DO YOU SEE THAT?

10:00AM  17   A.   YES.

10:00AM  18   Q.   AND IF YOU GO TO SECTION -- I'M SORRY, PAGE 14 OF 17.

10:00AM  19       DO YOU SEE THERE'S SECTION 22 THERE?

10:00AM  20   A.   YES.

10:00AM  21   Q.   AND THAT'S TITLED ALTERNATIVE ASSESSMENT PROCEDURE?

10:00AM  22   A.   YES.

10:00AM  23   Q.   AND THEN 22.1 SAYS, "BECAUSE OF THE UNIQUE FEATURES OF THE

10:00AM  24   THERANOS SYSTEMS, TRADITIONAL PROFICIENCY TESTING PROGRAMS ARE

10:00AM  25   NOT EXPECTED TO BE APPLICABLE."

10:00AM  1          DO YOU SEE THAT?

10:00AM  2     A.   YES.

10:00AM  3     Q.   AND THEN SECTION 22.2 READS, "INSTEAD, AN ALTERNATIVE

10:01AM  4     ASSESSMENT PROGRAM (AAP) WILL BE DEVELOPED AS DESCRIBED IN CLSI

10:01AM  5     GUIDELINES GP 29-A 2."

10:01AM  6          DO YOU SEE THAT?

10:01AM  7     A.   YES.

10:01AM  8     Q.   AND CLSI, CAN YOU TELL US WHAT THAT IS?

10:01AM  9     A.   CLINICAL LABORATORY STANDARDS INSTITUTE.

10:01AM 10     Q.   AND THAT'S A GROUP, I THINK THEY'RE BASED IN PENNSYLVANIA?

10:01AM 11     A.   CORRECT.

10:01AM 12     Q.   WHO ISSUE GUIDELINES FOR CLINICAL LABS?

10:01AM 13     A.   CORRECT.

10:01AM 14     Q.   AND THEIR VIEWS ARE OFTEN CONSIDERED BY LABORATORIES?

10:01AM 15     A.   YES.

10:01AM 16     Q.   AND USED TO IMPLEMENT PROCEDURES BECAUSE THEY'RE

10:01AM 17     CONSIDERED TO BE AUTHORITATIVE?

10:01AM 18     A.   YES.

10:01AM 19     Q.   OKAY.  AND AT TIMES YOU WOULD REFER TO CLSI MATERIALS TO

10:01AM 20     DO YOUR JOB AS LAB DIRECTOR?

10:01AM 21     A.   YES.

10:01AM 22     Q.   OKAY.  AND, IN FACT, THERE ARE CLSI MATERIALS THAT

10:01AM 23     SPECIFICALLY RELATE TO ALTERNATIVE ASSESSMENT PROCEDURES; IS

10:01AM 24     THAT RIGHT?

10:01AM 25     A.   I -- THAT'S MY UNDERSTANDING FROM READING THIS GP 29, I

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)                    3511

10:02AM  1      GUESS, THAT'S THE ONE THAT HANDLES IT.

10:02AM  2      Q.   OKAY.  WE'LL LOOK AT A THING OR TWO IN A FEW MINUTES THAT

10:02AM  3      DEAL WITH THAT.

10:02AM  4      A.   OKAY.

10:02AM  5      Q.   AND THEN LET'S JUST GO -- I THINK THAT'S ALL ON THAT

10:02AM  6      DOCUMENT.  YOU CAN PUT THAT ASIDE.

10:02AM  7           OKAY.  WE WERE TALKING A FEW MINUTES AGO ABOUT THE WORK

10:02AM  8      THAT GOES INTO DEVELOPING AN ASSAY ON THE RESEARCH SIDE BEFORE

10:02AM  9      IT GETS TO THE POINT OF TRYING TO BE -- TRYING TO VALIDATE IT

10:02AM 10      FOR THE CLIA LAB.

10:02AM 11           DO YOU REMEMBER THAT?

10:02AM 12      A.   YES.

10:02AM 13      Q.   OKAY.  AND I'D LIKE TO SHOW YOU AN EXHIBIT, WHICH IS 1031,

10:02AM 14      AND WE CAN JUST SHOW IT ON THE SCREENS.

10:03AM 15           OKAY.  DO YOU SEE EXHIBIT 1031, DR. ROSENDORFF?

10:03AM 16      A.   YES.

10:03AM 17      Q.   AND THIS IS AN EMAIL FROM THE SAME PERSON WHOSE NAME I

10:03AM 18      WON'T EVEN ATTEMPT THIS TIME, SUREKHA?

10:03AM 19      A.   GANGAKHEDKAR.  I THINK THAT'S HOW YOU PRONOUNCE IT.

10:03AM 20      Q.   OKAY.  THANK YOU, DR. ROSENDORFF.  I APPRECIATE IT.

10:03AM 21      A.   UH-HUH.

10:03AM 22      Q.   IT'S AN EMAIL FROM HER TO A GROUP OF PEOPLE, INCLUDING

10:03AM 23      DR. DANIEL YOUNG, YOURSELF, ELIZABETH HOLMES, AND IT HAS A COPY

10:03AM 24      TO SHARADA SIVARAMAN.

10:03AM 25           DO YOU SEE THAT?

10:03AM  1    A.    YES.

10:03AM  2    Q.    AND DR. SIVARAMAN WAS ALSO A SCIENTIST WHO WORKED IN THE

10:03AM  3    RESEARCH AND DEVELOPMENT SECTION AT THERANOS?

10:03AM  4    A.    YES.

10:03AM  5    Q.    OKAY.  AND SAME WITH DR. YOUNG; RIGHT?

10:03AM  6    A.    HE WAS THE VP OF THERANOS SYSTEMS AND THAT WAS HIS TITLE,

10:03AM  7    AND HE HAD A HAND IN EVERYTHING REALLY.

10:03AM  8    Q.    I'M SORRY, I DIDN'T HEAR YOU.

10:03AM  9    A.    HE HAD A HAND IN EVERYTHING.

10:03AM  10   Q.    RIGHT.  DR. YOUNG HAD A HAND IN EVERYTHING?

10:03AM  11   A.    YEAH.

10:03AM  12   Q.    AND TO FIX PROBLEMS IF THEY AROSE AND DEAL WITH ASSAYS IN

10:04AM  13   GENERAL?

10:04AM  14   A.    YES.

10:04AM  15   Q.    AND MR. BALWANI RELIED ON DR. YOUNG FOR THOSE PURPOSES; IS

10:04AM  16   THAT RIGHT?

10:04AM  17         MR. BOSTIC:  OBJECTION.  IT CALLS FOR SPECULATION

10:04AM  18   AND LACKS FOUNDATION.

10:04AM  19         THE COURT:  DO YOU WANT TO LAY A FOUNDATION?

10:04AM  20         MR. COOPERSMITH:  SURE, YOUR HONOR.

10:04AM  21   Q.    YOU HAD AN OPPORTUNITY WHILE YOU WERE AT THERANOS TO

10:04AM  22   OBSERVE DR. YOUNG PERFORMING HIS JOB; IS THAT RIGHT?

10:04AM  23   A.    YES.

10:04AM  24   Q.    AND YOU HAD AN OPPORTUNITY TO OBSERVE MR. BALWANI

10:04AM  25   INTERACTING WITH DR. YOUNG?

10:04AM   1      A.   YES.

10:04AM   2      Q.   AND YOU UNDERSTOOD FROM THAT OBSERVATION THAT MR. BALWANI

10:04AM   3      WAS RELYING ON DR. YOUNG FOR A LOT OF ISSUES THAT CAME UP WITH

10:04AM   4      ASSAYS AT THERANOS?

10:04AM   5               MR. BOSTIC:  SPECULATION.  ALSO VAGUE.

10:04AM   6               THE COURT:  MAYBE YOU SHOULD DEVELOP THAT A LITTLE

10:04AM   7      MORE.

10:04AM   8      BY MR. COOPERSMITH:

10:04AM   9      Q.   WELL, DO YOU HAVE AN UNDERSTANDING OF THAT,

10:04AM  10      DR. ROSENDORFF?

10:04AM  11      A.   THAT MR. BALWANI RELIED ON DR. YOUNG?

10:04AM  12      Q.   YES.

10:04AM  13      A.   TO --

10:04AM  14               MR. BOSTIC:  SAME OBJECTION, YOUR HONOR.  CALLS FOR

10:05AM  15      SPECULATION.

10:05AM  16               THE COURT:  CAN YOU ASK FOUNDATIONAL QUESTIONS FOR

10:05AM  17      THAT.

10:05AM  18               MR. COOPERSMITH:  YES, YOUR HONOR, I'LL CERTAINLY

10:05AM  19      TRY.

10:05AM  20      Q.   DR. ROSENDORFF, WERE YOU PRIVY TO CONVERSATIONS BETWEEN

10:05AM  21      MR. BALWANI AND DR. YOUNG ABOUT ASSAYS AND ISSUES THAT AROSE

10:05AM  22      OVER TIME?

10:05AM  23      A.   NO, I WAS NOT PRIVY TO IN-PERSON CONVERSATIONS BETWEEN THE

10:05AM  24      TWO OF THEM.

10:05AM  25      Q.   WERE YOU PRIVY TO EMAILS THAT WERE CIRCULATED BETWEEN THE

10:05AM  1    TWO OF THEM?

10:05AM  2    A.   YES, I WAS.

10:05AM  3    Q.   AND FROM THE EMAILS, DO YOU HAVE AN UNDERSTANDING OF THE

10:05AM  4    RELIANCE -- WHETHER MR. BALWANI RELIED ON DR. YOUNG FOR ISSUES

10:05AM  5    THAT AROSE IN CONNECTION WITH ASSAYS?

10:05AM  6    A.   I GUESS SO.  I MEAN, I'M NOT SURE WHO DANIEL REPORTED TO.

10:05AM  7         I MEAN, MY SENSE WAS THAT SUNNY WAS HOLDING HIM

10:05AM  8    ACCOUNTABLE FOR THE TECHNICAL PERFORMANCE OF THE ASSAYS, YEAH.

10:06AM  9    Q.   OKAY.

10:06AM  10   A.   YEAH.  I DON'T KNOW, I'M JUST TRYING TO ANSWER YOUR

10:06AM  11   QUESTION AS BEST AS I CAN.

10:06AM  12   Q.   AND THAT'S ALL I CAN ASK, DR. ROSENDORFF.  SO THANK YOU.

10:06AM  13   A.   YEAH.

10:06AM  14   Q.   ACTUALLY, LOOKING AT EXHIBIT 1031 YOU SEE, AGAIN, THIS IS

10:06AM  15   AN EMAIL AS I DESCRIBED, AND IT'S DATED AUGUST 24TH, 2013.

10:06AM  16        DO YOU SEE THAT?

10:06AM  17   A.   YES, YES.

10:06AM  18   Q.   AND THIS WAS PRIOR TO THE LAUNCH OF THERANOS BLOOD TESTING

10:06AM  19   SERVICES AT WALGREENS; IS THAT CORRECT?

10:06AM  20   A.   YES.

10:06AM  21   Q.   AND DO YOU SEE THAT THE DOCUMENT REFERS TO CERTAIN

10:06AM  22   DEVELOPMENT REPORTS?

10:06AM  23   A.   YES.

10:06AM  24        MR. COOPERSMITH:  YOUR HONOR, WE OFFER EXHIBIT 1031.

10:06AM  25        MR. BOSTIC:  NO OBJECTION.

10:06AM 1          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:06AM 2          (GOVERNMENT'S EXHIBIT 1031 WAS RECEIVED IN EVIDENCE.)

10:06AM 3     BY MR. COOPERSMITH:

10:06AM 4     Q.   OKAY.  SO LOOKING AT --

10:07AM 5          THE COURT:  WE NEED TO TURN THE JUROR'S MONITORS ON.

10:07AM 6          THE CLERK:  I TURNED THEM ON.

10:07AM 7          THE COURT:  OH.  THERE WE GO.  THANK YOU.

10:07AM 8          MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

10:07AM 9     Q.   SO YOU SEE THAT THIS IS AN EMAIL AND THERE'S ACTUALLY SOME

10:07AM 10    ATTACHMENTS LISTED AT THE TOP?

10:07AM 11    A.   YES.

10:07AM 12    Q.   AND ONE OF THEM IS TSH MASTER VALIDATION PLAN FOR ELISA

10:07AM 13    ASSAYS.

10:07AM 14         DO YOU SEE THAT?

10:07AM 15    A.   YES.

10:07AM 16    Q.   AND THEN THERE ARE TWO OTHER ATTACHMENTS.

10:07AM 17         DO YOU SEE THAT?

10:07AM 18    A.   YES.

10:07AM 19    Q.   AND ONE OF THEM IS THERANOS TSH ASSAY DEVELOPMENT REPORT?

10:07AM 20    A.   YES.

10:07AM 21    Q.   AND SO AN ASSAY DEVELOPMENT REPORT IS SOMETHING DIFFERENT

10:07AM 22    FROM A CLIA ASSAY REPORT?

10:07AM 23    A.   YES.

10:07AM 24    Q.   AN ASSAY DEVELOPMENT REPORT IS SOMETHING THAT THE RESEARCH

10:07AM 25    AND DEVELOPMENT SECTION AT THERANOS PUT OUT ON THEIR OWN; IS

10:07AM  1    THAT RIGHT?

10:07AM  2    A.    CORRECT.

10:07AM  3    Q.    OKAY.  AND IT WOULD NOT BE SUFFICIENT TO ACTUALLY RUN THE

10:07AM  4    ASSAY IN THE CLIA LAB; RIGHT?

10:07AM  5    A.    IT WOULD BE NECESSARY, BUT NOT SUFFICIENT.

10:07AM  6    Q.    OKAY.  AND SO IT JUST WORKED THAT THE CLIA LAB COULD LATER

10:07AM  7    BUILD ON TO TRY TO APPROVE AN ASSAY OR VALIDATE AN ASSAY IN THE

10:07AM  8    CLIA LAB?

10:07AM  9    A.    YES.

10:07AM  10    Q.    OKAY.  AND THEN THE EMAIL SAYS, "HI DANIEL & ADAM,

10:08AM  11         "ATTACHED ARE THE DEVELOPMENT REPORTS FOR TSH AND TPSA AND

10:08AM  12    THE VALIDATION PLAN FOR TSH."

10:08AM  13         DO YOU SEE THAT?

10:08AM  14    A.    I CAN EXPLAIN A LITTLE BIT WHAT THE DIFFERENCE IS BETWEEN

10:08AM  15    THE DEVELOPMENT REPORTS AND A PLAN IF THAT'S HELPFUL.

10:08AM  16    Q.    PLEASE DO.

10:08AM  17    A.    WELL, SO BY THE TIME YOU GET TO DOING THE ACTUAL

10:08AM  18    VALIDATION, THE METHOD HAS TO BE LOCKED DOWN AND RECEIVED IN

10:08AM  19    GRANULAR DETAIL EXACTLY WHAT INSTRUMENT YOU'RE USING, WHAT

10:08AM  20    REAGENTS, SOFTWARE, WHO IS PERFORMING IT, ET CETERA.

10:08AM  21         SO YOU CAN'T CHANGE THE ASSAY AFTER THE VALIDATION IS

10:08AM  22    SIGNED WITHOUT A NEW VALIDATION.

10:08AM  23    Q.    RIGHT.

10:08AM  24    A.    THAT JUST HAPPENED CONSTANTLY AT THERANOS THAT THE ASSAY

10:08AM  25    WAS CHANGING ALL OF THE TIME AND THE QA DEPARTMENT HAD TO TRY

10:08AM  1    TO KEEP AN EYE ON IT TO FIND OUT IF THINGS WERE BEING

10:08AM  2    REVALIDATED OR NOT.  IT WAS IMPOSSIBLE FOR ME TO JUST KEEP

10:09AM  3    TRACK OF WHAT THE ACTUAL ASSAY WAS.

10:09AM  4            MR. COOPERSMITH:  OKAY.  YOUR HONOR, I'M GOING TO

10:09AM  5    MOVE TO STRIKE THAT ANSWER AS NONRESPONSIVE TO THE QUESTION.

10:09AM  6            THE COURT:  WELL, YOU ASKED HIM TO EXPLAIN.

10:09AM  7            MR. COOPERSMITH:  WELL, I THINK HE EXPLAINED

10:09AM  8    SOMETHING DIFFERENT.

10:09AM  9            MR. BOSTIC:  YOUR HONOR, THAT WAS RESPONSIVE TO A

10:09AM 10    QUITE OPEN ENDED QUESTION FROM THE DEFENSE COUNSEL.

10:09AM 11        (PAUSE IN PROCEEDINGS.)

10:09AM 12            THE COURT:  I WILL STRIKE THE LAST SENTENCE ABOUT

10:09AM 13    "IMPOSSIBLE FOR ME TO JUST KEEP TRACK OF WHAT THE ASSAY WAS,"

10:09AM 14    THAT'S STRICKEN.

10:09AM 15            MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

10:09AM 16    Q.   DR. ROSENDORFF, GOING BACK TO THE EMAIL THAT WE HAVE ON

10:09AM 17    THE SCREEN, THESE WERE ASSAY DEVELOPMENT REPORTS THAT WERE

10:09AM 18    BEING SENT TO YOU AND DR. YOUNG IN PREPARATION FOR DOING THE

10:10AM 19    CLIA VALIDATION WORK; CORRECT?

10:10AM 20    A.   I DON'T KNOW EXACTLY WHAT THE INTENT IS OF THIS EMAIL.

10:10AM 21    Q.   OKAY.  GOING BACK TO SOMETHING YOU SAID BEFORE.  YOU SAID

10:10AM 22    THAT BY THE TIME YOU DO THE CLIA VALIDATION, THE ASSAY AND WHAT

10:10AM 23    IS GOING TO GO INTO RUNNING THAT SIEMENS ADVIA HAVE TO BE

10:10AM 24    LOCKED DOWN.

10:10AM 25            I THINK THOSE WERE YOUR WORDS?

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)          3518

10:10AM  1    A.   YES.

10:10AM  2    Q.   ALL RIGHT.  BUT ALL OF THAT HAS TO BE DONE IN THE RESEARCH

10:10AM  3    AND DEVELOPMENT SECTION BEFORE THE ASSAY GETS TO THE POINT OF

10:10AM  4    CLIA VALIDATION?

10:10AM  5    A.   CORRECT.

10:10AM  6    Q.   OKAY.  AND THAT WORK, YOU UNDERSTAND, WAS BEING DONE BY

10:10AM  7    SCIENTISTS SUCH AS SUREKHA GANGAKHEDKAR?

10:10AM  8         I'M TAKING A RISK WITH HER NAME AGAIN.

10:10AM  9         BUT THAT'S THE WORK THAT HAS TO BE DONE WITH SCIENTISTS

10:10AM 10    LIKE THAT; RIGHT?

10:10AM 11    A.   YES.

10:10AM 12    Q.   IF YOU TURN TO THE -- WELL, BEFORE WE GET TO THAT, LET'S

10:11AM 13    JUST GO TO THE SECOND PARAGRAPH BECAUSE I THINK IT MAY ANSWER

10:11AM 14    SOMETHING THAT YOU JUST DISCUSSED.

10:11AM 15         "AS DISCUSSED IN A MEETING WITH ELIZABETH, PLEASE REVIEW

10:11AM 16    THE DATA IN THE DEVELOPMENT REPORTS FOR USABILITY TOWARDS

10:11AM 17    VALIDATION AND PROPOSE WHAT WILL BE NEEDED FOR VERIFICATION FOR

10:11AM 18    THE 3.5 SYSTEM WITH THE PRE-DILUTIONS."

10:11AM 19         DO YOU SEE THAT?

10:11AM 20    A.   YES.

10:11AM 21    Q.   SO THAT HELPS YOU UNDERSTAND THE PURPOSE OF THE EMAIL;

10:11AM 22    RIGHT?  IT'S TO REVIEW THE DATA IN THE DEVELOPMENT REPORTS FOR

10:11AM 23    USABILITY TOWARDS THE CLIA VALIDATION.

10:11AM 24         DO YOU SEE THAT?

10:11AM 25    A.   RIGHT.  SO WHAT THIS IS SAYING IS, HEY, CAN WE USE THE

10:11AM  1    DATA IN THE PRE-VALIDATION FOR THE VALIDATION.

10:11AM  2        I THINK THAT'S WHAT THIS IS ASKING.

10:11AM  3    Q.   OKAY.  IF YOU GO TO THE SECOND PAGE OF THE DOCUMENT, YOU

10:11AM  4    SEE THAT THAT IS AN UNSIGNED VERSION OF SOMETHING CALLED A

10:11AM  5    MASTER VALIDATION PLAN FOR ELISA ASSAYS ON THERANOS DEVICES?

10:12AM  6    A.   YES.

10:12AM  7    Q.   AND THE EFFECTIVE DATE OF THE DOCUMENT IS 8/23/13?

10:12AM  8    A.   YES.

10:12AM  9    Q.   AND ABOVE THAT YOU SEE IT HAS DOCUMENT NUMBER

10:12AM  10   REVISION:  A?

10:12AM  11   A.   YES.

10:12AM  12   Q.   OKAY.  AND THEN THIS IS ACTUALLY THE SAME TITLE OF THE

10:12AM  13   DOCUMENT THAT WE SAW BEFORE IN A SIGNED VERSION BY DR. GELB AND

10:12AM  14   OTHERS; RIGHT?

10:12AM  15   A.   YES.  SO MY CONFUSION HERE IS WHY THERE'S AN EFFECTIVE

10:12AM  16   DATE WITH NO SIGNATURES.

10:12AM  17   Q.   OKAY.  BUT YOU RECEIVED THIS ON AUGUST 24TH, 2013; RIGHT?

10:12AM  18   A.   OH, THIS IS THE ATTACHMENT?  THIS IS THE CONTENTS?

10:12AM  19   Q.   YES.

10:12AM  20   A.   OKAY.

10:12AM  21   Q.   AND YOU CAN SEE IF YOU TURN TO THE -- IT HAS PAGE NUMBERS

10:12AM  22   AT THE VERY BOTTOM IN THE MIDDLE, AND IF YOU TURN TO PAGE 15 OF

10:13AM  23   THE DOCUMENT, OR I GUESS IT WILL BE TURNED FOR YOU.

10:13AM  24       YOU SEE THAT THERE'S -- THAT THAT SECTION ON ALTERNATIVE

10:13AM  25   ASSESSMENT PROCEDURE?

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)          3520

10:13AM  1      A.   YES.

10:13AM  2      Q.   AND THAT HAS THAT LANGUAGE 22.1, "BECAUSE OF UNIQUE

10:13AM  3      FEATURES OF THE THERANOS SYSTEMS, TRADITIONAL PROFICIENCY

10:13AM  4      TESTING PROGRAMS ARE NOT EXPECTED TO BE APPLICABLE."

10:13AM  5           DO YOU SEE THAT?

10:13AM  6      A.   YES, YES.

10:13AM  7      Q.   OKAY.  YOU CAN PUT THAT ASIDE, DR. ROSENDORFF.

10:13AM  8           I GUESS IT WILL BE PUT ASIDE FOR YOU IF YOU'RE LOOKING AT

10:13AM  9      THE SCREEN.

10:13AM  10     A.   GOOD POINT.  GOOD POINT.

10:13AM  11     Q.   OKAY.  IN THE EMAIL THAT WE JUST LOOKED AT, AND IF WE NEED

10:14AM  12     TO LOOK AT IT AGAIN I SUPPOSE WE CAN, THERE'S A TRANSMISSION ON

10:14AM  13     THE EMAIL.  IT STATED THERE'S A TRANSMISSION OF AN ASSAY

10:14AM  14     DEVELOPMENT REPORT FOR PSA AND TSH.

10:14AM  15          DO YOU RECALL THAT?

10:14AM  16     A.   YES.

10:14AM  17     Q.   OKAY.  IF YOU COULD TAKE A LOOK AT EXHIBIT 9379.

10:14AM  18          AND YOU SEE THAT'S THE TOTAL PROSTATE SPECIFIC ANTIGEN,

10:14AM  19     TPSA, ASSAY DEVELOPMENT REPORT?

10:14AM  20     A.   YES.

10:14AM  21     Q.   AND IT'S A DOCUMENT THAT GOES THROUGH FROM PAGE 1 TO

10:15AM  22     PAGE 14?

10:15AM  23     A.   OH, YES, THE LAST PAGE IS 14, UH-HUH.

10:15AM  24     Q.   AND THIS IS AN ASSAY DEVELOPMENT REPORT THAT WAS

10:15AM  25     TRANSMITTED TO YOU ALONG WITH THE EMAIL THAT WE LOOKED AT IN

10:15AM  1    EXHIBIT 1031?

10:15AM  2    A.   YES.

10:15AM  3            MR. COOPERSMITH:  YOUR HONOR, WE OFFER EXHIBIT 9379.

10:15AM  4            MR. BOSTIC:  NO OBJECTION.

10:15AM  5            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:15AM  6        (DEFENDANT'S EXHIBIT 9379 WAS RECEIVED IN EVIDENCE.)

10:15AM  7    BY MR. COOPERSMITH:

10:15AM  8    Q.   AND YOU SEE THE TITLE AS I JUST READ IT, DR. ROSENDORFF?

10:15AM  9    A.   YES.

10:15AM  10   Q.   AND THEN IF YOU GO TO THE LAST PAGE, THERE'S A CONCLUSION.

10:15AM  11        DO YOU SEE THAT?

10:15AM  12   A.   YES.

10:15AM  13   Q.   AND IT READS, "WE HAVE SUCCESSFULLY DEVELOPED AN

10:15AM  14   IMMUNOASSAY TO DETECT TOTAL PROSTATE-SPECIFIC ANTIGEN (PSA) IN

10:15AM  15   HUMAN SERUM AND PLASMA."

10:16AM  16        DO YOU SEE THAT?

10:16AM  17   A.   YES, I SEE THAT.

10:16AM  18   Q.   AND THE "WE" THERE YOU UNDERSTAND REFERS TO THE RESEARCH

10:16AM  19   AND DEVELOPMENT PART OF THERANOS?

10:16AM  20   A.   YES.

10:16AM  21   Q.   AND NOT THE CLIA VALIDATION GROUP?

10:16AM  22   A.   CORRECT.

10:16AM  23   Q.   AND SO TO DO THE CLIA VALIDATION OF THAT SAME ASSAY, THERE

10:16AM  24   WOULD HAVE TO BE THIS ADDITIONAL WORK THAT IS REQUIRED TO PUT

10:16AM  25   THIS ASSAY ONLINE IN THE CLINICAL LAB; IS THAT RIGHT?

10:16AM   1     A.    CORRECT.

10:16AM   2     Q.    AND THAT WOULD BE TRUE OF ANY OTHER ASSAY DEVELOPMENT

10:16AM   3     REPORT THAT EXISTED; RIGHT?

10:16AM   4     A.    YES.

10:16AM   5     Q.    AND THERE WERE A LOT OF ASSAY DEVELOPMENT REPORTS AT

10:16AM   6     THERANOS; RIGHT?

10:16AM   7     A.    YES.

10:16AM   8     Q.    THERE WERE -- WOULD IT SURPRISE YOU TO LEARN, MAYBE I

10:16AM   9     COULD SAVE MYSELF FROM LIFTING DOCUMENTS, BUT WOULD IT SURPRISE

10:16AM   10    YOU TO LEARN THAT IF WE PUT THEM IN BINDERS, THERE WOULD BE SIX

10:16AM   11    ASSAY DEVELOPMENT REPORTS THAT THERANOS DEVELOPED?

10:16AM   12    A.    NO, IT WOULDN'T SURPRISE ME, NO.

10:16AM   13    Q.    OKAY.  THAT'S CONSISTENT WITH YOUR MEMORY OF BEING AT

10:17AM   14    THERANOS THAT THERE WAS A LOT OF THAT WORK DONE?

10:17AM   15    A.    YES.

10:17AM   16    Q.    OKAY.  THERE'S ANOTHER EXHIBIT, BUT I THINK YOU CAN SEE IT

10:17AM   17    ON YOUR SCREEN.  IT'S EXHIBIT 1305.

10:17AM   18    A.    OH, NOTHING IS SHOWING UP ON MY SCREEN.

10:17AM   19    Q.    OKAY.  LET'S SEE IF WE CAN GET THAT UP THERE.

10:17AM   20    A.    OH, THERE IT IS.

10:17AM   21    Q.    OKAY.  AND DO YOU SEE EXHIBIT 1305 IS AN EMAIL STRING WITH

10:17AM   22    A NUMBER OF PEOPLE ON IT?

10:17AM   23          AND THEN IF YOU LOOK AT THE SECOND EMAIL ON THE FIRST

10:17AM   24    PAGE, YOU SEE THAT THERE'S AN EMAIL FROM A PRANAV PATEL.

10:18AM   25          DO YOU SEE THAT?

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)                    3523

10:18AM   1    A.   YES.

10:18AM   2    Q.   AND IT'S TO A GROUP OF PEOPLE INCLUDING MR. BALWANI,

10:18AM   3    DR. YOUNG, DR. ANEKAL, AND YOURSELF.

10:18AM   4         DO YOU SEE THAT?

10:18AM   5    A.   YES.

10:18AM   6    Q.   AND IT RELATES TO, IN TERMS OF THE SUBJECT, TNAA UPDATE

10:18AM   7    AND VALIDATION PLANS?

10:18AM   8    A.   YES.

10:18AM   9    Q.   AND TNAA, DOES THAT REFER TO THERANOS NUCLEIC ACID

10:18AM  10    AMPLIFICATION?

10:18AM  11    A.   YES.

10:18AM  12    Q.   AND THAT'S A MOLECULAR TEST THAT THERANOS, YOU UNDERSTAND,

10:18AM  13    WAS DEVELOPING AT ONE POINT?

10:18AM  14    A.   YES, YOU'VE DONE YOUR HOMEWORK.

10:18AM  15    Q.   OKAY.  THANK YOU, DR. ROSENDORFF.

10:18AM  16    A.   SURE.

10:18AM  17    Q.   AND THEN IF YOU GO TO THE EMAIL, IT ACTUALLY TALKS ABOUT

10:18AM  18    SOME ASSAY DEVELOPMENT ISSUES; IS THAT RIGHT?

10:18AM  19    A.   YES.

10:18AM  20    Q.   AND YOU RECEIVED THIS EMAIL AT THE TIME THAT YOU WORKED AT

10:18AM  21    THERANOS?

10:18AM  22    A.   YES.

10:18AM  23              MR. COOPERSMITH:  YOUR HONOR, WE OFFER 1305.

10:18AM  24              MR. BOSTIC:  NO OBJECTION.

10:18AM  25              THE COURT:  IS THIS IN THE BINDERS?

10:18AM   1              MR. COOPERSMITH:  YOU KNOW, I THINK WE MIGHT HAVE A

10:18AM   2      HANDOUT, YOUR HONOR, NOW THAT I THINK OF IT.

10:19AM   3          MAY I APPROACH?

10:19AM   4              THE COURT:  YES.  THANK YOU.

10:19AM   5              MR. COOPERSMITH:  (HANDING.)

10:19AM   6              THE COURT:  OKAY.

10:19AM   7              MR. COOPERSMITH:

10:19AM   8      Q.  OKAY.  LOOKING AT --

10:19AM   9              THE COURT:  I HAVEN'T ADMITTED IT.  PARDON ME.

10:19AM  10      YOU'RE AHEAD OF ME.

10:19AM  11          IT'S ADMITTED, AND IT MAY BE PUBLISHED.

10:19AM  12              MR. COOPERSMITH:  THANK YOU.

10:19AM  13          (GOVERNMENT'S EXHIBIT 1305 WAS RECEIVED IN EVIDENCE.)

10:19AM  14      BY MR. COOPERSMITH:

10:19AM  15      Q.  SO WE'RE LOOKING AT THE SECOND EMAIL ON THE FIRST PAGE.

10:19AM  16      IF WE CAN ZOOM IN ON THAT EMAIL.

10:19AM  17      A.  YES.

10:19AM  18      Q.  AND DO YOU REMEMBER PRANAV PATEL?

10:19AM  19      A.  I DO REMEMBER HIM.

10:19AM  20      Q.  ANOTHER RESEARCH AND DEVELOPMENT SCIENTIST WHO WORKED AT

10:19AM  21      THERANOS?

10:19AM  22      A.  YES.

10:19AM  23      Q.  AND WE TALKED ABOUT THESE OTHER PEOPLE, BUT

10:20AM  24      SAMARTHA ANEKAL, DO YOU RECALL HIM?

10:20AM  25      A.  YES.

10:20AM 1    Q.   AND HE'S ANOTHER SCIENTIST WHO WORKED AT THERANOS?

10:20AM 2    A.   I HONESTLY DON'T KNOW WHAT HIS PORTFOLIO OR ROLE WAS TO BE

10:20AM 3    HONEST.

10:20AM 4    Q.   WAS HE INVOLVED IN MANUFACTURING?

10:20AM 5    A.   I JUST DON'T KNOW.

10:20AM 6    Q.   OKAY.  BUT YOU DO REMEMBER THE NAME?

10:20AM 7    A.   YEAH, I REMEMBER IT.

10:20AM 8    Q.   OKAY.  AND IN THE SECOND EMAIL DR. PATEL WRITES, "HI,

10:20AM 9         "BRIEF UPDATE TOWARDS JANUARY 31ST GOAL (DETAILED IN

10:20AM 10   ATTACHED SPREADSHEET)."

10:20AM 11        AND THEN, "ASSAYS DEVELOPMENT 76 ASSAYS ARE COMPLETE AND

10:20AM 12   16 IN PROGRESS.  5 OF THE (60 IN PROGRESS ARE 90 PERCENT

10:20AM 13   COMPLETE."

10:20AM 14        DO YOU SEE THAT?

10:20AM 15   A.   YES.

10:20AM 16   Q.   AND THEN IT SAYS, "ASSAY VALIDATION" -- AND JUST TO PAUSE

10:20AM 17   THERE FOR A MINUTE.  YOU UNDERSTAND THAT'S RESEARCH AND

10:20AM 18   DEVELOPMENT?

10:20AM 19   A.   ASSAYS DEV, YES.

10:20AM 20   Q.   YES.  THE SECOND BULLET DR. ROSENDORFF SAYS, "ASSAY

10:20AM 21   VALIDATION (WITHOUT CLINICAL SAMPLES:  20 ASSAYS VALIDATED WITH

10:21AM 22   FURTHER 33 IN PROGRESS."

10:21AM 23   A.   YES.

10:21AM 24   Q.   AND THEN, "LDT VALIDATION" IT SAYS, "13 ASSAYS LDT

10:21AM 25   VALIDATED WITH FURTHER 4 -- 90 PERCENT DONE."

10:21AM  1          DO YOU SEE THAT?

10:21AM  2     A.   YES.

10:21AM  3     Q.   AND THEN, "WE EXPECT THEM TO BE FINISHED BY END OF NEXT

10:21AM  4     WEEK WITH FINAL REPORTS."

10:21AM  5          DO YOU SEE THAT?

10:21AM  6     A.   YES.

10:21AM  7     Q.   AND THEN IT SAYS, "FOLLOWING ASSAYS ARE LDT VALIDATED AS

10:21AM  8     OF TODAY."

10:21AM  9          AND THEN IT HAS A LIST OF ASSAYS GOING ON TO THE NEXT

10:21AM 10     PAGE.

10:21AM 11          DO YOU SEE THAT?

10:21AM 12     A.   YES.

10:21AM 13     Q.   AND THIS WAS ALL WORK THAT WAS BEING DONE AT THERANOS TO

10:21AM 14     TRY TO MOVE TOWARDS VALIDATION OF THESE LABS THAT COULD

10:21AM 15     EVENTUALLY BE USED; RIGHT?

10:21AM 16     A.   I'M SORRY, COULD YOU --

10:21AM 17     Q.   OF COURSE.  YOU UNDERSTAND THIS WAS ALL WORK AT THERANOS

10:21AM 18     TO VALIDATE THESE -- YOU KNOW WHAT, I'M GOING TO WITHDRAW THE

10:21AM 19     QUESTION.  I'M NOT EVEN GOING TO ATTEMPT IT.

10:21AM 20          THE COURT:  MR. COOPERSMITH, MAYBE THE DECAF.

10:22AM 21          MR. COOPERSMITH:  YOU KNOW, THAT'S A GREAT

10:22AM 22     SUGGESTION, YOUR HONOR.  I WILL WORK ON THAT.

10:22AM 23          THE WITNESS:  THAT'S REALLY FUNNY.

10:22AM 24        (LAUGHTER.)

10:22AM 25          THE COURT:  WELL, IT'S ABOUT TIME, RIGHT?

10:22AM  1          GO AHEAD, MR. COOPERSMITH.

10:22AM  2              MR. COOPERSMITH:  RIGHT.  I HAD ONE MORE CUP OF

10:22AM  3     COFFEE THAN I PROBABLY SHOULD HAVE THIS MORNING.

10:22AM  4          OKAY.

10:22AM  5     Q.   SO, DR. ROSENDORFF, LET'S JUST MOVE TO THE ISSUE OF

10:22AM  6     VALIDATION IN THE CLINICAL LAB AS OPPOSED TO THE RESEARCH AND

10:22AM  7     DEVELOPMENT WORK.  OKAY?

10:22AM  8     A.   SURE.  YEAH.

10:22AM  9     Q.   AND THAT YOU UNDERSTAND THAT THERE HAD TO BE A DECISION

10:22AM  10    MADE BY SOMEONE AT THERANOS AS TO WHICH ASSAYS WOULD BE

10:22AM  11    VALIDATED FROM ALL OF THE RESEARCH AND DEVELOPMENT WORK THAT

10:22AM  12    WAS DONE, SOMEONE HAD TO JUST MAKE A DECISION WHICH ONES ARE WE

10:22AM  13    GOING TO ACTUALLY MOVE TO VALIDATE IN THE CLIA LAB; RIGHT?

10:22AM  14    A.   YEAH, FOR SURE.

10:22AM  15    Q.   AND THERE WAS -- THE DECISION WAS AT LEAST IN PART A

10:23AM  16    BUSINESS DECISION?

10:23AM  17    A.   CORRECT.

10:23AM  18    Q.   AND IN PART IT WAS ALSO A DECISION ABOUT WHICH ASSAYS WERE

10:23AM  19    READY FOR THAT PROCESS; RIGHT?

10:23AM  20    A.   CORRECT, CORRECT.

10:23AM  21    Q.   AND IN THAT REGARD, YOU UNDERSTAND THAT THE GOAL THAT

10:23AM  22    THERANOS HAD AT THE TIME OF THE WALGREENS LAUNCH FOR BLOOD

10:23AM  23    TESTING WAS TO TRY TO VALIDATE ASSAYS THAT WOULD BE AMONG THE

10:23AM  24    MOST COMMONLY ORDERED TESTS?

10:23AM  25              MR. BOSTIC:  FOUNDATION.  SPECULATION.

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)                    3528

10:23AM   1              THE COURT:  YOU'RE ASKING IF THAT'S HIS PERSONAL

10:23AM   2     KNOWLEDGE?

10:23AM   3              MR. COOPERSMITH:  YES, YOUR HONOR.  YES.

10:23AM   4              THE COURT:  YES.  YOU CAN ANSWER THE QUESTION,

10:23AM   5     WITHIN YOUR PERSONAL KNOWLEDGE.

10:23AM   6              THE WITNESS:  I DO RECALL AN EFFORT EARLY IN 2013

10:23AM   7     TO -- THAT BASICALLY SAID THAT ELIZABETH AND SUNNY'S GOAL WAS

10:23AM   8     THAT THERANOS WOULD BE ABLE TO RUN 99 PERCENT OF LABORATORY

10:23AM   9     TESTS OFFERED.  SO THAT'S MY RECOLLECTION.

10:24AM  10         I'LL JUST STOP THERE.

10:24AM  11     BY MR. COOPERSMITH:

10:24AM  12     Q.   OKAY.  AND, DR. ROSENDORFF, YOU UNDERSTAND THAT OF ALL OF

10:24AM  13     THE ASSAYS THAT A LAB COULD POTENTIALLY RUN, THAT THERE ARE

10:24AM  14     SOME THAT ARE VERY COMMON?

10:24AM  15     A.   YES.

10:24AM  16     Q.   THAT DOCTORS ORDER ALL OF THE TIME?

10:24AM  17     A.   YES.

10:24AM  18     Q.   AND THEN THERE ARE OTHER ASSAYS THAT ARE, YOU KNOW, MORE

10:24AM  19     OBSCURE; RIGHT?

10:24AM  20     A.   YES.

10:24AM  21     Q.   AND IT'S MORE RARE THAT A DOCTOR WOULD ORDER THAT

10:24AM  22     PARTICULAR TEST; RIGHT?

10:24AM  23     A.   YES.

10:24AM  24     Q.   SO IF A LABORATORY WERE TO DEVELOP AN ASSAY THAT WAS ONE

10:24AM  25     OF THOSE MORE RARE ONES, IT MIGHT DO A LOT OF WORK IN

ER-2549

10:24AM    1    DEVELOPING AN ASSAY, BUT AS IT TURNS OUT THEY WOULDN'T GET MANY

10:24AM    2    ORDERS FOR IT; RIGHT?

10:24AM    3    A.   YES.

10:24AM    4    Q.   BUT THERE ARE OTHERS WHERE IT'S -- I THINK YOU SAID THE

10:24AM    5    OTHER DAY IN YOUR TESTIMONY LIKE BREAD AND BUTTER TYPE ASSAYS;

10:24AM    6    RIGHT?

10:24AM    7    A.   YES.

10:24AM    8    Q.   OKAY.  AND YOU UNDERSTAND OR DO YOU UNDERSTAND THAT AT

10:24AM    9    THERANOS THERE WAS AT LEAST A GOAL TO TRY TO PUT ONLINE IN THE

10:24AM   10    CLIA LAB THE FINGERSTICK ASSAYS THAT WERE MOST COMMONLY

10:24AM   11    ORDERED?

10:24AM   12    A.   YES, THAT WAS THE INITIAL PLAN, YES.

10:24AM   13    Q.   OKAY.  AND YOU UNDERSTAND THAT ONE OF THE FACTORS THAT

10:25AM   14    ACTUALLY WENT INTO WHICH ASSAYS TO ACTUALLY BRING ONLINE;

10:25AM   15    RIGHT?

10:25AM   16    A.   YES.

10:25AM   17    Q.   OKAY.  NOW, ONCE YOU GET TO THE CLIA VALIDATION PROCESS,

10:25AM   18    NOW THE LAB DIRECTOR HAS TO BE SATISFIED THAT THE CRITERIA ARE

10:25AM   19    MET TO ACTUALLY USE THE ASSAY FOR PATIENT TESTING; RIGHT?

10:25AM   20    A.   YES.

10:25AM   21    Q.   AND IN ORDER TO MAKE SURE THAT IS PERFORMED AND

10:25AM   22    DOCUMENTED, THERE'S A VALIDATION REPORT THAT IS PREPARED FOR

10:25AM   23    THAT PURPOSE?

10:25AM   24    A.   YES.

10:25AM   25    Q.   AND THE VALIDATION REPORTS ARE SOMETHING THAT THE

10:25AM   1    LABORATORY DIRECTOR HAS TO SIGN OFF ON?

10:25AM   2    A.   CORRECT.

10:25AM   3    Q.   AND YOU, AS LABORATORY DIRECTOR, WOULD HAVE TO SIGN OFF ON

10:25AM   4    THOSE VALIDATION REPORTS; CORRECT?

10:25AM   5    A.   YES.

10:25AM   6    Q.   AND ULTIMATELY YOU SIGNED QUITE A FEW OF THOSE VALIDATION

10:25AM   7    REPORTS?

10:25AM   8    A.   YES.

10:25AM   9    Q.   AND I'D LIKE TO SHOW YOU A BINDER -- I THINK I MAY HAVE TO

10:26AM  10    HAND IT UP.

10:26AM  11           MR. COOPERSMITH:  YOUR HONOR, MAY I APPROACH?

10:26AM  12           THE COURT:  YES.

10:26AM  13           MR. COOPERSMITH:  THANK YOU.  (HANDING.)

10:27AM  14    Q.   OKAY.  DR. ROSENDORFF, I'VE HANDED YOU A BINDER, AND THE

10:27AM  15    BINDER HAS SIGNED VALIDATION REPORTS.

10:27AM  16       YOUR HONOR, WE MOVE TO ADMIT ALL OF THESE ASSAY

10:27AM  17    DEVELOPMENT -- I'M SORRY, CLIA VALIDATION REPORTS SIGNED BY

10:27AM  18    DR. ROSENDORFF PURSUANT TO THE STIPULATION OF THE PARTIES.

10:27AM  19           MR. BOSTIC:  YOUR HONOR, WE HAVE STIPULATED.  I

10:27AM  20    WONDER IF THE EXHIBIT NUMBERS SHOULD BE READ OUT FOR THE

10:27AM  21    RECORD?

10:27AM  22           MR. COOPERSMITH:  AND I BELIEVE WE HAVE A WRITTEN

10:27AM  23    STIPULATION THAT WE CAN USE FOR THAT.

10:27AM  24       WITH YOUR PERMISSION, YOUR HONOR, I'LL READ THE NUMBERS,

10:27AM  25    AND THEN I CAN HAND UP THE STIPULATION AS WELL.

10:27AM  1          THE COURT:  SURE.  THAT'S FINE.

10:27AM  2          MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

10:27AM  3          THE COURT:  SO, LADIES AND GENTLEMEN, AS I TOLD YOU

10:27AM  4   EARLIER THIS MORNING, THE PARTIES HAVE MET AND CONFERRED AND

10:27AM  5   AGREED, AGREED UPON -- IT SOUNDS LIKE THEY HAVE AGREED UPON

10:27AM  6   CERTAIN DOCUMENTS, AND THEY HAVE STIPULATED TO THE ADMISSION OF

10:27AM  7   THESE DOCUMENTS.

10:28AM  8       MR. COOPERSMITH IS GOING TO READ THE STIPULATION THAT

10:28AM  9   IDENTIFIED EACH OF THE DOCUMENTS FOR US NOW, MR. COOPERSMITH?

10:28AM 10          MR. COOPERSMITH:  YES, YOUR HONOR.

10:28AM 11          THE COURT:  ALL RIGHT.  THANK YOU.  SO PLEASE DO PAY

10:28AM 12   ATTENTION AS THIS STIPULATION IS READ.

10:28AM 13       MR. COOPERSMITH.

10:28AM 14          MR. COOPERSMITH:  YES, YOUR HONOR.

10:28AM 15       THE PARTIES STIPULATE AND AGREE TO THE ADMISSION OF THE

10:28AM 16   FOLLOWING EXHIBITS INTO EVIDENCE:  9004, 9007, 9013, 9016,

10:28AM 17   9020, 9026, 9031, 9042, 9046, 9048, 9052, 9057, 9082, 9086,

10:28AM 18   9098, 9099, 9102, 9105, 9111, 9113, 9123, 9126, 9129, 9137,

10:29AM 19   9158, 9162, 9166, 9167, 9196, 9201, 9204, 9243, 9245, 9252,

10:29AM 20   9260, 9264, 9268, 9276, 9279, 9284, 9315, 9319, 9323, 9326,

10:29AM 21   9341, 9352, 9368, 9372, 9375, 9378, 9381, 9382, 9384, 9387,

10:30AM 22   9393, 9409, AND 9412.

10:30AM 23          THE COURT:  DO YOU AGREE WITH THAT, MR. BOSTIC?

10:30AM 24          MR. BOSTIC:  YES, YOUR HONOR, THE GOVERNMENT

10:30AM 25   STIPULATES TO THE ADMISSION OF THOSE DOCUMENTS.

10:30AM  1          THE COURT:  ALL RIGHT.  LADIES AND GENTLEMEN, AS I

10:30AM  2   MENTIONED EARLIER THIS MORNING AS TO ANOTHER DOCUMENT, THE

10:30AM  3   PARTIES HAVE AGREED TO THESE FACTS THAT HAVE BEEN READ TO YOU

10:30AM  4   BY MR. COOPERSMITH.

10:30AM  5          THE COURT WILL ADMIT THOSE EXHIBITS, AND THOSE FACTS ARE

10:30AM  6   NOW CONCLUSIVELY ESTABLISHED FOR YOU.  THANK YOU.

10:30AM  7          (DEFENDANT'S EXHIBITS 9004, 9007, 9013, 9016, 9020, 9026,

10:28AM  8   9031, 9042, 9046, 9048, 9052, 9057, 9082, 9086, 9098, 9099,

10:28AM  9   9102, 9105, 9111, 9113, 9123, 9126, 9129, 9137, 9158, 9162,

10:29AM 10   9166, 9167, 9196, 9201, 9204, 9243, 9245, 9252, 9260, 9264,

10:29AM 11   9268, 9276, 9279, 9284, 9315, 9319, 9323, 9326, 9341, 9352,

10:29AM 12   9368, 9372, 9375, 9378, 9381, 9382, 9384, 9387, 9393, 9409, AND

10:30AM 13   9412 WERE RECEIVED IN EVIDENCE.)

10:31AM 14          MR. COOPERSMITH:  YES, YOUR HONOR.  WE HAVE A SIGNED

10:31AM 15   VERSION OF IT, AND WE WILL FILE IT IN THE RECORD ONCE WE HAVE A

10:31AM 16   CHANCE TO DO SO.

10:31AM 17          THE COURT:  THAT'S FINE.  THANK YOU.

10:31AM 18          MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

10:31AM 19   Q.   OKAY.  DR. ROSENDORFF, I'VE HANDED YOU A BINDER, AND I'M

10:31AM 20   NOT GOING TO GO THROUGH EVERY ONE OF THESE, BUT IF YOU WANT TO

10:31AM 21   JUST FAMILIARIZE YOURSELF WITH IT.

10:31AM 22          THESE ARE THE ASSAY DEVELOPMENT -- I'M SORRY, ASSAY CLIA

10:31AM 23   VALIDATION REPORTS THAT YOU SIGNED WHILE YOU WERE THE LAB

10:31AM 24   DIRECTOR AT THERANOS?

10:31AM 25   A.   YES.

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)                    3533

10:31AM  1    Q.   OKAY.  AND THESE ARE VALIDATION REPORTS FOR BOTH THE

10:31AM  2    EDISON DEVICES AND THE MODIFIED PREDICATE DEVICES; CORRECT?

10:31AM  3    A.   YES.

10:31AM  4    Q.   AND JUST TO STEP BACK FOR A MINUTE, WHEN A LABORATORY

10:31AM  5    PURCHASES AND RUNS FDA PREDICATE APPROVED EQUIPMENT UNMODIFIED,

10:31AM  6    YOU DON'T HAVE TO DO THE VALIDATION REPORTS; RIGHT?

10:32AM  7    A.   YOU DO WHAT IS CALLED A VERIFICATION.  IT'S AN ABRIDGED --

10:32AM  8    YOU RUN SAMPLES TO MAKE SURE THAT THE METHOD IS PERFORMING

10:32AM  9    CORRECTLY, BUT IT'S NOT AS INVOLVED AS A VALIDATION.

10:32AM  10   Q.   RIGHT.

10:32AM  11   A.   YEAH.

10:32AM  12   Q.   BUT FOR THOSE UNMODIFIED PREDICATE MACHINES, THERE'S STILL

10:32AM  13   SOME REQUIREMENT THAT YOU RUN TESTS TO MAKE SURE THAT THE

10:32AM  14   MACHINE IS OPERATING AS DESIGNED IN THE LABORATORY; RIGHT?

10:32AM  15   A.   YES.

10:32AM  16   Q.   BUT FOR THE LABORATORY DEVELOPED TESTS, THE LDT'S, THERE

10:32AM  17   HAS TO BE A MORE EXTENSIVE VALIDATION PROCESS?

10:32AM  18   A.   YES, YES.

10:32AM  19   Q.   AND THAT VALIDATION PROCESS IS ACTUALLY REQUIRED BY

10:32AM  20   REGULATION?

10:32AM  21   A.   YES, IT IS.

10:32AM  22   Q.   AND THAT'S THE WORK THAT IS REPRESENTED BY THE REPORTS

10:32AM  23   THAT I'VE JUST HANDED YOU IN THAT BINDER?

10:32AM  24   A.   YES, THAT'S CORRECT.

10:32AM  25   Q.   OKAY.  LET'S JUST LOOK AT A FEW OF THEM JUST TO ORIENT

ER-2554

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)                3534

10:33AM  1    OURSELVES.

10:33AM  2         SO, FOR EXAMPLE, IF YOU LOOK AT EXHIBIT 9412.  AND THEY

10:33AM  3    SHOULD BE IN ORDER.

10:33AM  4         AND YOU CAN SEE IT ON THE SCREEN AS WELL?

10:33AM  5    A.   YES.

10:33AM  6    Q.   9412 IS THE ASSAY VALIDATION REPORT ON EDISON 3.X THERANOS

10:33AM  7    SYSTEMS SPECIFICALLY FOR VITAMIN D.

10:33AM  8         DO YOU SEE THAT?

10:33AM  9    A.   YES.

10:33AM 10    Q.   AND THAT WAS SIGNED BY YOU ON SEPTEMBER 30TH OF 2013; IS

10:33AM 11    THAT CORRECT?

10:33AM 12    A.   YES.

10:33AM 13    Q.   AND THEN IF YOU GO TO ANOTHER ONE, EXHIBIT 9196, THIS IS

10:34AM 14    THE VALIDATION REPORT YOU SIGNED FOR THE ASSAY HCG?

10:34AM 15    A.   YES.

10:34AM 16    Q.   AND I THINK YOU DESCRIBED IT ON DIRECT WITH MR. BOSTIC,

10:34AM 17    BUT THAT IS AN ASSAY THAT IS USED TO TEST TO SEE IF A WOMAN IS

10:34AM 18    PREGNANT?

10:34AM 19    A.   YES.

10:34AM 20    Q.   AND YOU SIGNED THAT ON MARCH 9TH, 2014; IS THAT CORRECT?

10:34AM 21    A.   YES.

10:34AM 22    Q.   AND THEN IF YOU GO TO EXHIBIT 9409.  THAT'S THE

10:34AM 23    VITAMIN B12 ASSAY VALIDATION REPORT; RIGHT?

10:35AM 24    A.   YES.

10:35AM 25    Q.   AND THEN YOU SIGNED THAT DOCUMENT ON AUGUST 5TH, 2014?

ER-2555

10:35AM   1     A.   YES.

10:35AM   2     Q.   OKAY.  AND THEN LET'S GO TO ONE MORE.  9155.

10:35AM   3          THIS IS THE ASSAY VALIDATION REPORT -- I'M SORRY?

10:35AM   4               MR. BOSTIC:  APOLOGIES.  THAT ONE IS NOT IN

10:35AM   5     EVIDENCE.

10:35AM   6               MR. COOPERSMITH:  OKAY.  LET'S NOT GO TO 9155 IN

10:35AM   7     THAT CASE.

10:35AM   8          LET'S GO TO 9158.

10:35AM   9     Q.   9158 IS THE ELISA ASSAY VALIDATION REPORT FOR ESTRADIOL ON

10:35AM  10     THE EDISON 3.5.

10:35AM  11          DO YOU SEE THAT?

10:35AM  12     A.   YES.

10:35AM  13     Q.   AND YOU SIGNED THAT ON SEPTEMBER 18TH, 2014?

10:35AM  14     A.   YES.

10:35AM  15     Q.   AND IN ORDER FOR AN ASSAY TO BE RUN IN THE LAB, I THINK WE

10:35AM  16     DISCUSSED THIS, YOUR SIGNATURE IS NECESSARY ON THE DOCUMENT; IS

10:35AM  17     THAT RIGHT?

10:35AM  18     A.   YES.

10:35AM  19     Q.   NOW, WHEN YOU SIGNED THESE VALIDATION REPORTS, IT WAS ALSO

10:36AM  20     NECESSARY FOR YOU TO REVIEW THE DATA THAT WAS PREPARED FOR THE

10:36AM  21     PURPOSE OF VALIDATION?

10:36AM  22     A.   YES.

10:36AM  23     Q.   AND THAT DATA WOULD INCLUDE TESTS TO DETERMINE WHETHER THE

10:36AM  24     DEVICE WAS ACCURATE, THE ASSAY WAS ACCURATE?

10:36AM  25     A.   YES.

10:36AM 1     Q.    AND WHETHER IT WAS PRECISE?

10:36AM 2     A.    YES.

10:36AM 3     Q.    AND WHETHER THERE WAS APPROPRIATE SENSITIVITY?

10:36AM 4     A.    YES.

10:36AM 5     Q.    AND IS SENSITIVITY WHERE YOU'RE TRYING TO MAKE SURE THAT

10:36AM 6     THE ASSAY DETECTING THE PARTICULAR ANALYTE THAT YOU'RE

10:36AM 7     INTERESTED IS NOT SOME OTHER ANALYTE?

10:36AM 8     A.    YEAH.  I MEAN, I DON'T WANT TO GET TOO TECHNICAL, BUT

10:36AM 9     SENSITIVITY IS UNDERSTOOD IN TWO DIFFERENT WAYS.

10:36AM 10        FOR A QUANTITATIVE ASSAY, SENSITIVITY CAN ALSO REFER TO

10:36AM 11    HOW LOW YOU CAN GO.

10:36AM 12        AND THEN THERE'S A LABORATORY CONCEPT OF SENSITIVITY,

10:36AM 13    WHICH IS IF YOU TAKE 100 PEOPLE WITH DISEASE, AND YOU DO THE

10:37AM 14    TEST, HOW MANY OF THOSE TESTS WILL COME UP POSITIVE.

10:37AM 15    Q.    OKAY.  AND THERE'S ANOTHER ASPECT THAT HAS TO BE TESTED

10:37AM 16    CALLED SPECIFICITY; IS THAT RIGHT?

10:37AM 17    A.    CORRECT, CORRECT.

10:37AM 18    Q.    AND SPECIFICITY MAY BE THE ONE I WAS THINKING OF.  THAT'S

10:37AM 19    WHERE YOU'RE TRYING TO MAKE SURE THAT THE TESTS DETECT THE

10:37AM 20    ANALYTE YOU'RE INTERESTED IN AND NOT SOMETHING ELSE; RIGHT?

10:37AM 21    A.    YEAH.  AGAIN, SPECIFICITY IS UNDERSTOOD IN SOME CONTEXTS

10:37AM 22    TO MEAN INTERFERING SUBSTANCES, WHICH MEANS YOU'RE PICKING UP

10:37AM 23    WHAT YOU THINK YOU ARE, BUT IT'S FORMALLY DEFINED AS IF YOU

10:37AM 24    HAVE 100 PEOPLE WHO DON'T HAVE A DISEASE, HOW MANY OF THOSE ARE

10:37AM 25    NEGATIVE.

10:37AM  1    Q.   OKAY.  BUT IN ANY EVENT, THESE DIFFERENT ATTRIBUTES HAVE

10:37AM  2    TO BE PART OF THE WORK GOING INTO CLIA VALIDATION; RIGHT?

10:37AM  3    A.   YES.

10:37AM  4    Q.   AND YOU HAVE TO BE SATISFIED THAT ALL OF THOSE ARE MET TO

10:37AM  5    PUT YOUR SIGNATURE ON THE DOCUMENT?

10:37AM  6    A.   YES.

10:37AM  7    Q.   AND THAT IN THE CASE OF THERANOS, YOU SIGNED THE

10:38AM  8    VALIDATION REPORTS BECAUSE YOU THOUGHT THEY WERE VALID; RIGHT?

10:38AM  9    A.   I SIGNED THEM TRUSTING THAT THE DATA THAT WAS BEING SHOWN

10:38AM 10    TO ME WAS TRUTHFUL.

10:38AM 11    Q.   AND THE DATA WAS BEING PREPARED BY RESEARCH AND

10:38AM 12    DEVELOPMENT SCIENTISTS AT THERANOS?

10:38AM 13    A.   CORRECT.

10:38AM 14    Q.   AND YOU HAVE NO EVIDENCE OR REASON TO THINK THAT THE DATA

10:38AM 15    THAT THEY WERE PRESENTING TO YOU WAS NOT TRUTHFUL?

10:38AM 16    A.   I DIDN'T AT THE TIME.  I DO NOW.

10:38AM 17    Q.   OKAY.  BUT AT THE TIME --

10:38AM 18    A.   I TRUSTED IT AT THE TIME, YEAH.

10:38AM 19    Q.   OKAY.  AND YOU TRUSTED IT AT THE TIME.  BUT YOU DIDN'T

10:38AM 20    BELIEVE THAT THE PEOPLE WHO WERE PROVIDING THE DATA WERE

10:38AM 21    SOMEHOW DISHONEST OR GIVING YOU DATA THAT WAS FALSE, DID YOU?

10:38AM 22    A.   NO.  I OPERATED ON THE BASIS OF TRUST.

10:38AM 23    Q.   BECAUSE THEY WERE LIKE FELLOW SCIENTISTS WHO WORKED IN THE

10:38AM 24    RESEARCH AND DEVELOPMENT LAB; RIGHT?

10:38AM 25    A.   EXACTLY.

ER-2558

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)          3538

10:38AM   1    Q.   SUNNY BALWANI DIDN'T GIVE YOU THE DATA FOR THE ASSAY

10:38AM   2    DEVELOPMENT REPORTS?

10:39AM   3    A.   OF COURSE NOT.

10:39AM   4    Q.   AND YOU SIGNED THEM BECAUSE, AGAIN, YOU THOUGHT THEY WERE

10:39AM   5    VALID?

10:39AM   6    A.   YES.

10:39AM   7    Q.   AND YOU SIGNED THEM -- YOU DIDN'T SIGN THEM BECAUSE OF

10:39AM   8    SOME PRESSURE THAT WAS PUT ON YOU, DID YOU?

10:39AM   9    A.   THERE WAS AN IMMENSE AMOUNT OF PRESSURE TO GET VALIDATIONS

10:39AM  10    DONE, AND I DIDN'T HAVE AS MUCH TIME AS I WOULD HAVE LIKED TO

10:39AM  11    READ THEM OVER AND APPROVE THEM AND REVIEW THE DATA.

10:39AM  12    Q.   SO THE PRESSURE CAME FROM THE FACT THAT THE COMPANY WAS

10:39AM  13    PLANNING TO LAUNCH WITH THE WALGREENS STORES; CORRECT?

10:39AM  14    A.   YES.

10:39AM  15    Q.   AND THAT YOU UNDERSTOOD MANAGEMENT WAS VERY EAGER TO GET

10:39AM  16    THAT PROGRAM GOING; RIGHT?

10:39AM  17    A.   YES.

10:39AM  18    Q.   AND ONE OF THE THINGS THAT WERE NECESSARY TO DO THAT WOULD

10:39AM  19    BE ASSAY VALIDATION; RIGHT?

10:39AM  20    A.   YES.

10:39AM  21    Q.   BUT IN ANY EVENT, YOU SIGNED THEM BECAUSE THEY WERE VALID,

10:39AM  22    NOT BECAUSE OF ANY PRESSURE THAT WAS PUT ON YOU; CORRECT?

10:39AM  23    A.   CORRECT.

10:39AM  24    Q.   OKAY.  LET'S JUST TALK ABOUT THE MODIFIED PREDICATE

10:40AM  25    DEVICES FOR A MINUTE.

10:40AM  1        THOSE WERE ALSO PART OF THE WORK THAT WAS DONE IN THE

10:40AM  2   RUN-UP TO THE WALGREENS LAUNCH; RIGHT?

10:40AM  3   A.   YES.

10:40AM  4   Q.   AND A MODIFIED PREDICATE DEVICE, AND I THINK YOU DESCRIBED

10:40AM  5   THIS EARLIER, IS AN FDA APPROVED DEVICE THAT THERANOS

10:40AM  6   PURCHASED; RIGHT?

10:40AM  7   A.   YES.

10:40AM  8   Q.   AND THEN HAD TO MAKE CERTAIN MODIFICATIONS TO ENABLE IT TO

10:40AM  9   RUN SMALL BLOOD SAMPLES; RIGHT?

10:40AM 10   A.   YES.

10:40AM 11   Q.   AND THAT WOULD INCLUDE SOME CHANGES TO THE SOFTWARE?

10:40AM 12   A.   YES.

10:40AM 13   Q.   AND THE HARDWARE?

10:40AM 14   A.   YES.

10:40AM 15   Q.   AND THERE WERE ALSO -- THERE WAS A NEED TO WORK OUT THE

10:40AM 16   DILUTION STEPS; RIGHT?

10:40AM 17   A.   YES.

10:40AM 18   Q.   AND DILUTION IS SIMPLY TAKING THE BLOOD SAMPLES AND ADDING

10:41AM 19   SOME OTHER LIQUID TO IT TO MAKE THE VOLUME LARGER; RIGHT?

10:41AM 20   A.   YOU TAKE THE BLOOD, YOU SPIN IT DOWN, YOU TAKE OUT THE

10:41AM 21   CLEAR PORTION, AND THEN YOU ADD EITHER SALINE OR WATER TO IT,

10:41AM 22   YEAH.

10:41AM 23   Q.   OKAY.  AND DILUTION IN THE LAB INDUSTRY IS NOT SOMETHING

10:41AM 24   THAT IS UNCOMMON; RIGHT?

10:41AM 25   A.   I COULD DESCRIBE THE CONTEXT WHERE IT'S CUSTOMARILY

ER-2560

10:41AM  1    PERFORMED.

10:41AM  2    Q.   I THINK I WILL ASK THE QUESTIONS OF YOU, DR. ROSENDORFF.

10:41AM  3    AND THE QUESTION I HAVE, IN FDA APPROVED DEVICES, THERE ARE

10:41AM  4    DILUTION STEPS THAT TAKE PLACE INSIDE OF THE EQUIPMENT?

10:41AM  5    A.   I, I -- I'M NOT ON THE EQUIPMENT DEVELOPMENT SIDE, SO I'M

10:41AM  6    NOT SURE I CAN COMMENT ON THAT.

10:41AM  7    Q.   LET ME SEE IF I CAN HELP YOU.  IF WE CAN TAKE A LOOK AT AN

10:41AM  8    EXHIBIT.

10:42AM  9        AND I THINK YOU CAN SEE IT ON THE SCREEN.

10:42AM  10       BUT LET'S NOT PUBLISH IT YET, MR. ALLEN.

10:42AM  11       AND DO YOU SEE THAT EXHIBIT 204 IS THE OPERATOR GUIDE FOR

10:42AM  12   THE ADVIA 1800 CHEMISTRY SYSTEM?

10:42AM  13   A.   YES.

10:42AM  14   Q.   AND THAT'S THE MANUFACTURER'S OPERATOR'S GUIDE DOCUMENT;

10:42AM  15   RIGHT?

10:42AM  16   A.   YES.

10:42AM  17   Q.   AND THERANOS HAD ADVIA 1800 MACHINES THAT IT USED; RIGHT?

10:42AM  18   A.   YES.

10:42AM  19   Q.   AND SO THIS WOULD BE NECESSARY TO HAVE IN POSSESSION AT

10:42AM  20   THERANOS TO RUN THAT EQUIPMENT; RIGHT?

10:42AM  21   A.   YES.

10:42AM  22   Q.   AND YOU'RE FAMILIAR WITH THE ADVIA 1800 OPERATOR'S GUIDE;

10:42AM  23   RIGHT?

10:42AM  24   A.   NO, NOT REALLY.

10:42AM  25   Q.   BUT YOU'VE SEEN IT BEFORE?

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)          3541

10:42AM   1     A.   I THINK SO.

10:42AM   2     Q.   OKAY.  BUT JUST ON THE SUBJECT OF DILUTION, IF YOU COULD

10:42AM   3     TURN TO PAGE 25.

10:43AM   4          AND YOU SEE IT HAS SOME DISCUSSION OF DILUTION THERE?

10:43AM   5     A.   OH, IT SAYS -- I'M JUST READING THE SECOND TO THE LAST

10:43AM   6     PARAGRAPH.

10:43AM   7     Q.   DR. ROSENDORFF, DON'T READ FROM THE DOCUMENT BECAUSE IT'S

10:43AM   8     NOT IN EVIDENCE YET.

10:43AM   9     A.   OH, I'M SORRY.  I APOLOGIZE.

10:43AM  10     Q.   THANK YOU.  AND WHAT I'M JUST POINTING YOU TO IS THAT

10:43AM  11     THERE ARE SECTIONS IN THE DOCUMENT ABOUT SAMPLE DILUTION.

10:43AM  12          DO YOU SEE THAT?

10:43AM  13     A.   YES.

10:43AM  14     Q.   OKAY.  AND THIS WAS A DOCUMENT THAT WAS PUT OUT BY THE

10:43AM  15     SIEMENS COMPANY; RIGHT?

10:43AM  16     A.   YES.

10:43AM  17     Q.   NOT THERANOS?

10:43AM  18     A.   CORRECT.

10:43AM  19     Q.   OKAY.  YOU CAN PUT THAT ASIDE.

10:43AM  20          AND JUST TO TALK A LITTLE BIT MORE ABOUT MODIFIED

10:43AM  21     PREDICATES, IF YOU COULD TURN TO 9098, AND THAT'S ONE OF THE

10:43AM  22     EXHIBITS IN EVIDENCE FROM THE CLIA ASSAY BINDER THAT WE GAVE

10:44AM  23     YOU A FEW MINUTES AGO.

10:44AM  24     A.   UH-HUH.

10:44AM  25     Q.   AND THIS DOCUMENT HAS TO DO WITH THE ASSAY CALLED

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)            3542

10:44AM 1     CHLORIDE.

10:44AM 2          DO YOU SEE THAT?

10:44AM 3     A.   YES.

10:44AM 4     Q.   AND THAT'S ONE OF THE ISE ASSAYS; RIGHT?

10:44AM 5     A.   YES.

10:44AM 6     Q.   ALONG WITH SODIUM AND POTASSIUM?

10:44AM 7     A.   CORRECT.

10:44AM 8     Q.   AND THE DOCUMENT READS VALIDATION OF MODIFIED SIEMENS

10:44AM 9     CHLORIDE ASSAY.

10:44AM 10         DO YOU SEE THAT?

10:44AM 11    A.   YES.

10:44AM 12    Q.   AND SO FOR ONE OF THOSE ASSAYS TO BE PRODUCED AT THERANOS,

10:44AM 13    THAT SAME PROCESS OF ASSAY VALIDATION HAD TO BE USED; RIGHT?

10:44AM 14    A.   YES.

10:44AM 15    Q.   OKAY.  AND THAT'S YOUR SIGNATURE ON THE DOCUMENT IN THIS

10:44AM 16    CASE?

10:44AM 17    A.   YES.

10:44AM 18    Q.   OKAY.  AND I THINK ON YOUR DIRECT EXAMINATION YOU TALKED

10:44AM 19    ABOUT SOME ISSUES WITH THE PARTICULAR ASSAY CALLED POTASSIUM.

10:44AM 20         DO YOU REMEMBER THAT?

10:44AM 21    A.   YES.

10:44AM 22    Q.   OKAY.  AND WE'LL GET TO THAT LATER ON.

10:45AM 23         BUT FOR THE MOMENT, YOU BELIEVED, WHILE YOU WERE WORKING

10:45AM 24    AT THERANOS, THAT THE THERANOS PROTOCOLS RUNNING ON ADVIAS, THE

10:45AM 25    MODIFIED PREDICATES, WORKED REMARKABLY WELL, EXCEPT FOR

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)    3543

10:45AM  1    POTASSIUM; RIGHT?

10:45AM  2    A.   AT THE TIME OF VALIDATION I THOUGHT THEY WERE WORKING

10:45AM  3    WELL.

10:45AM  4         AS WE WENT INTO PRODUCTION, AND AS TIME WENT ON I KNEW

10:45AM  5    THEY WEREN'T.

10:45AM  6    Q.   BUT YOU BELIEVED, EVEN WHEN YOU LEFT THERANOS, THAT THE

10:45AM  7    MODIFIED PREDICATES WORKED REMARKABLY WELL, WITH THE EXCEPTION

10:45AM  8    OF THE POTASSIUM THAT WE'LL DISCUSS LATER?

10:45AM  9    A.   THAT'S NOT MY BELIEF, SIR, NO.

10:45AM  10   Q.   OKAY.  I'D LIKE YOU TO TURN TO EXHIBIT 28403.  I'M SORRY.

10:46AM  11   28324.

10:46AM  12           MR. BOSTIC:  COUNSEL, WHAT BINDER IS THAT IN?

10:46AM  13           MR. COOPERSMITH:  I'M TRYING TO DETERMINE THAT

10:46AM  14   MYSELF.

10:46AM  15        COULD WE SHOW 28324 ON THE SCREEN, WITHOUT PUBLISHING IT

10:46AM  16   OBVIOUSLY.

10:46AM  17           THE COURT:  VOLUME 3, I BELIEVE.

10:46AM  18           MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

10:47AM  19        (PAUSE IN PROCEEDINGS.)

10:47AM  20   BY MR. COOPERSMITH:

10:47AM  21   Q.   OKAY.  WELL, LOOKING AT IT ON THE SCREEN, IF YOU COULD

10:47AM  22   TURN TO PAGE 5, OR IT WILL BE TURNED FOR YOU ON THE SCREEN.

10:47AM  23        AND PRIOR TO YOUR TESTIMONY IN COURT, DR. ROSENDORFF, YOU

10:47AM  24   MET WITH THE GOVERNMENT ON MANY OCCASIONS?

10:47AM  25   A.   CORRECT.

10:47AM  1    Q.   AND YOU PROVIDED THEM INFORMATION ABOUT WHAT YOU RECALLED

10:47AM  2    ABOUT YOUR TIME AT THERANOS?

10:47AM  3    A.   CORRECT.

10:47AM  4    Q.   AND THOSE INTERVIEWS WERE ATTENDED BY FEDERAL AGENTS; IS

10:47AM  5    THAT RIGHT?

10:47AM  6    A.   CORRECT.

10:47AM  7    Q.   AND THEY WERE ATTENDED BY PROSECUTORS?

10:47AM  8    A.   CORRECT.

10:47AM  9    Q.   AND INCLUDING SOME OF THE PROSECUTORS WHO ARE SITTING AT

10:48AM  10   THE TABLE TODAY?

10:48AM  11   A.   SO I RECALL MR. LEACH WAS PRESENT DURING THE S.E.C.

10:48AM  12   INTERVIEW.

10:48AM  13   Q.   OKAY.  AND IF WE CAN TURN TO THE FIRST PAGE OF THE

10:48AM  14   DOCUMENT.

10:48AM  15       SOMETIMES THERE WERE OTHER AGENCIES INVOLVED WITH THE

10:48AM  16   INTERVIEWS, TOO?

10:48AM  17   A.   CORRECT.

10:48AM  18   Q.   AND THERE WAS A PARTICULAR INTERVIEW ON JUNE 7TH OF 2017?

10:48AM  19   A.   I DON'T INDEPENDENTLY RECALL THAT.  I'M JUST READING THE

10:48AM  20   DATE.

10:48AM  21   Q.   OKAY.  DO YOU HAVE ANY DOUBT THAT YOU HAD AN INTERVIEW ON

10:48AM  22   JUNE 7TH, 2017?

10:48AM  23   A.   NO, I HAVE NO REASON TO DOUBT IT.

10:48AM  24   Q.   OKAY.  AND THAT WAS AFTER YOU LEFT THERANOS?

10:48AM  25   A.   CORRECT.

10:48AM   1      Q.   AND IT WAS ABOUT FIVE YEARS AGO; RIGHT?

10:48AM   2      A.   YES.

10:48AM   3      Q.   AND AT THE TIME, YOU WERE PROVIDING INFORMATION ABOUT

10:48AM   4      THERANOS AND WHAT YOU RECALLED; IS THAT RIGHT?

10:48AM   5      A.   YES.

10:48AM   6      Q.   AND YOU KNEW THAT IT WAS IMPORTANT THAT YOU TOLD THE

10:48AM   7      TRUTH?

10:49AM   8      A.   YES.

10:49AM   9      Q.   AND YOU DID YOUR BEST TO TELL THE TRUTH?

10:49AM   10     A.   YES.

10:49AM   11     Q.   AND YOU KNEW THAT IF YOU DIDN'T TELL THE TRUTH, THERE

10:49AM   12     COULD BE CONSEQUENCES; RIGHT?

10:49AM   13     A.   YES.

10:49AM   14     Q.   BECAUSE YOU WERE TALKING TO FEDERAL AGENTS AND

10:49AM   15     PROSECUTORS?

10:49AM   16     A.   YES.

10:49AM   17     Q.   OKAY.  AND DURING THE INTERVIEW -- IF YOU FLIP TO PAGE 5,

10:49AM   18     MR. ALLEN -- YOU TOLD THE GOVERNMENT THAT YOU BELIEVED THE T

10:49AM   19     PROTOCOL AND FINGERSTICK DRAW WORKED REMARKABLY WELL FOR MOST

10:49AM   20     ANALYTES OTHER THAN POTASSIUM, YOU HAD NO OTHER CONCERNS ABOUT

10:49AM   21     THERANOS ASSAYS.

10:49AM   22          THAT'S WHAT YOU TOLD THE GOVERNMENT?

10:49AM   23     A.   I BELIEVE SO, YES.

10:49AM   24     Q.   OKAY.  DR. ROSENDORFF, LET'S JUST TALK ABOUT THERANOS

10:50AM   25     TECHNOLOGY IN GENERAL FOR A MINUTE?

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)          3546

10:50AM   1      A.   SURE.

10:50AM   2      Q.   IF YOU COULD TURN TO -- OR IT WILL BE ON THE SCREEN, I

10:50AM   3      KEEP FORGETTING -- EXHIBIT 7462.

10:50AM   4           EXHIBIT 7462 DO YOU SEE IS AN EMAIL STRING BETWEEN YOU AND

10:50AM   5      MR. BALWANI BASED ON THE FEW TOP EMAILS?

10:50AM   6      A.   YES.

10:50AM   7      Q.   AND THEN THERE WERE OTHER PEOPLE WHO WORKED AT THERANOS

10:50AM   8      WHO WERE COPIED OR SENDERS ON THE OTHER EMAILS; RIGHT?

10:50AM   9      A.   YES.

10:50AM  10      Q.   AND IT'S DATED IN JULY, JULY 18TH AND 19TH, 2014?

10:50AM  11      A.   YES.

10:50AM  12      Q.   IS THAT RIGHT?

10:51AM  13           AND THIS IS A DOCUMENT THAT YOU SENT OR RECEIVED AS THE

10:51AM  14      EMAIL -- AS THE CASE MIGHT BE FOR PURPOSES OF CONDUCTING THE

10:51AM  15      BUSINESS AT THERANOS AT THE TIME?

10:51AM  16      A.   YES.

10:51AM  17      Q.   AND YOU USED EMAILS AT THERANOS FREQUENTLY TO COMMUNICATE

10:51AM  18      ISSUES AND THINGS THAT WERE GOING ON?

10:51AM  19      A.   YES.

10:51AM  20      Q.   AND YOU WERE REPORTING ON EVENTS THAT OCCURRED THAT YOU

10:51AM  21      LEARNED WHILE YOU WERE ON THE JOB; IS THAT RIGHT?

10:51AM  22      A.   YES.

10:51AM  23      Q.   AND YOU KNEW THAT IT WAS IMPORTANT TO BE ACCURATE WHEN YOU

10:51AM  24      COMMUNICATED THOSE THINGS SO THAT THE COMPANY WOULD BE ABLE TO

10:51AM  25      TAKE ACTION ACCORDINGLY?

ER-2567

10:51AM   1    A.   YES.

10:51AM   2    Q.   AND YOU KNEW THAT THERANOS HAD A SYSTEM TO STORE THESE

10:51AM   3    EMAILS SO THAT IF THERE WAS ANY NEED TO REFER BACK TO THEM,

10:51AM   4    THEY COULD DO THAT?

10:51AM   5    A.   YES.

10:51AM   6              MR. COOPERSMITH:  YOUR HONOR, WE OFFER 7462.

10:51AM   7              MR. BOSTIC:  NO OBJECTION.

10:51AM   8              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:51AM   9         (DEFENDANT'S EXHIBIT 7462 WAS RECEIVED IN EVIDENCE.)

10:51AM  10    BY MR. COOPERSMITH:

10:51AM  11    Q.   OKAY.  LET'S GO TO THE EARLIEST EMAIL IN TIME, WHICH IS ON

10:51AM  12    PAGE -- THE SECOND TO THE LAST PAGE.

10:52AM  13         AND DO YOU SEE THERE'S AN EMAIL FROM AMELIA AGUIRRE?

10:52AM  14    A.   YES.

10:52AM  15    Q.   AND SHE WAS SOMEONE WHO WORKED AT THERANOS?

10:52AM  16    A.   YES.

10:52AM  17    Q.   WAS SHE A CUSTOMER SERVICE REPRESENTATIVE?

10:52AM  18    A.   I THINK SO, YEAH, YEAH.

10:52AM  19    Q.   OKAY.  AND SHE SENDS IT TO YOU, THIS PARTICULAR EMAIL, AND

10:52AM  20    NICHOLAS MENCHEL.

10:52AM  21         DO YOU SEE THAT?

10:52AM  22    A.   YES.

10:52AM  23    Q.   AND MR. MENCHEL WAS A PROJECT MANAGER?

10:52AM  24    A.   YES.

10:52AM  25    Q.   AND IT SAYS "HI ADAM,

10:52AM  1        "DR. PHILIP CHEN WOULD LIKE TO BE CALLED ABOUT LIPID PANEL

10:52AM  2    RESULTS."

10:52AM  3        AND IT HAS A CERTAIN PATIENT, BUT THE NAME IS REDACTED.

10:52AM  4        DO YOU SEE THAT?

10:52AM  5    A.   YES.

10:52AM  6    Q.   AND IT SAYS, "DR. CHEN INDICATED THE RESULTS ARE NOT

10:52AM  7    CONSISTENT WITH PATIENT'S HISTORY.  THIS IS THE ONLY PATIENT

10:52AM  8    THAT DR. CHEN HAS SENT TO THERANOS AND THE PATIENT HAS ONLY

10:52AM  9    COME IN ONCE."

10:52AM  10        DO YOU SEE THAT?

10:52AM  11   A.   YES.

10:52AM  12   Q.   AND THIS WAS AN INQUIRY THAT YOU LEARNED ABOUT FROM A

10:52AM  13   PHYSICIAN NAME DR. CHEN.

10:53AM  14        DO YOU SEE THAT?

10:53AM  15   A.   YES.

10:53AM  16   Q.   OKAY.  AND THEN THE ISSUE HAS TO DO WITH A LIPID PANEL;

10:53AM  17   RIGHT?

10:53AM  18   A.   YES.

10:53AM  19   Q.   AND THAT'S LIKE HDL AND LDL?

10:53AM  20   A.   CORRECT.

10:53AM  21   Q.   IF YOU GO TO THE PAGE, AND WE'LL JUST USE THE BATES NUMBER

10:53AM  22   BECAUSE THERE'S NO PAGE NUMBERS, IT'S ENDING IN 586.

10:53AM  23        YOU SEE THERE'S AN EMAIL FROM YOU AT THE VERY BOTTOM,

10:53AM  24   "SPOKE TO PHYSICIAN, DR. PHILIP CHEN -- HE WOULD LIKE A RERUN.

10:53AM  25   IF THIS IS NOT POSSIBLE, WE WILL DO A REDRAW."

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)                3549

10:53AM   1          DO YOU SEE THAT?

10:53AM   2     A.   YES.

10:53AM   3     Q.   AND THEN YOUR EMAIL GOES ON TO THE NEXT PAGE, AND THEN YOU

10:53AM   4     WROTE DOWN SOME DETAILS IN FOUR BULLET POINTS.

10:53AM   5          DO YOU SEE THAT?

10:53AM   6     A.   YES.

10:53AM   7     Q.   AND THE FIRST BULLET POINT IS ABOUT CHOLESTEROL AND LDL

10:53AM   8     AND THEY'RE RUNNING 30 PERCENT HIGHER THAN THE PATIENT'S

10:53AM   9     BASELINE.

10:53AM  10          DO YOU SEE THAT?

10:53AM  11     A.   YES.

10:53AM  12     Q.   AND THEN THE SECOND BULLET SAYS THE PHYSICIAN EXPRESSED

10:53AM  13     DOUBTS REGARDING THE TECHNOLOGY?

10:53AM  14     A.   YES.

10:53AM  15     Q.   AND REPEATEDLY ASKED YOU ABOUT WHAT OUR METHOD IS AND HOW

10:54AM  16     WE ENSURE ACCURACY.

10:54AM  17          DO YOU SEE THAT?

10:54AM  18     A.   YES.

10:54AM  19     Q.   AND THEN YOU REPORT THERE, "I REPLIED THAT THERANOS

10:54AM  20     METHODS HAVE BEEN EXTENSIVELY VALIDATED AGAINST FDA APPROVED

10:54AM  21     PREDICATE METHODS -- I DIDN'T DESCRIBE THE THERANOS METHOD PER

10:54AM  22     COMPANY'S NONDISCLOSURE AND CONFIDENTIALITY RULES."

10:54AM  23          DO YOU SEE THAT?

10:54AM  24     A.   YES.

10:54AM  25     Q.   AND THOSE ARE YOUR WORDS, SIR?

10:54AM  1    A.   I BELIEVE SO.  I MEAN, THEY'RE APPENDED TO AN EMAIL THAT

10:54AM  2    CAME FROM ME, SO, YEAH.

10:54AM  3    Q.   OKAY.  AND THEN THE NEXT BULLET POINT YOU WROTE,

10:54AM  4    "PHYSICIAN ASKED IF HE IS THE ONLY M.D. QUERYING LIPID

10:54AM  5    RESULTS."

10:54AM  6         DO YOU SEE THAT?

10:54AM  7    A.   YES.

10:54AM  8    Q.   AND YOU SAID, AS YOU REPORTED IN THIS EMAIL, "I ANSWERED

10:54AM  9    THAT THE RATE OF PHYSICIAN QUERIES IS NOT HIGHER THAN MIGHT BE

10:54AM  10   EXPECTED, AND IS NOT HIGHER THAN IN MY PREVIOUS JOB AT

10:54AM  11   UNIVERSITY OF PITTSBURGH."

10:54AM  12        DO YOU SEE THAT?

10:54AM  13   A.   YES.

10:54AM  14   Q.   AND THAT'S WHAT YOU REPORTED TO THE PHYSICIAN WHEN HE

10:54AM  15   ASKED YOU THAT QUESTION; RIGHT?

10:54AM  16   A.   YES.

10:54AM  17   Q.   AND THEN YOU REPORTED THAT IN TURN TO OTHER PEOPLE AT

10:54AM  18   THERANOS?

10:54AM  19   A.   YES.

10:54AM  20   Q.   OKAY.  LET'S GO TO THE EMAIL ABOVE THAT ONE.

10:55AM  21        AND THEN YOU SENT AN EMAIL TO AGAIN MR. MENCHEL AND

10:55AM  22   MS. AGUIRRE, AND THEN YOU COPIED TINA LIN AND NISHIT DOSHI AND

10:55AM  23   DR. YOUNG; RIGHT?

10:55AM  24   A.   YES.

10:55AM  25   Q.   AND BECAUSE, UNLIKE MR. MENCHEL AND AGUIRRE, THE OTHER

ER-2571

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)          3551

10:55AM  1     PEOPLE WERE PEOPLE WHO WORKED IN THE RESEARCH AND DEVELOPMENT

10:55AM  2     OR THE CLIA LAB; RIGHT?

10:55AM  3     A.   YES.

10:55AM  4     Q.   OKAY.  AND THERE YOU WROTE, "TINA/NISHIT/DANIEL,

10:55AM  5         "CAN WE PLEASE REVIEW THE CTN IMAGE FOR THE FOLLOWING

10:55AM  6     PATIENT, BASED ON THE QUERY BELOW?"

10:55AM  7         DO YOU SEE THAT?

10:55AM  8     A.   YES.

10:55AM  9     Q.   AND SO THE CTN IMAGE IS BASICALLY LIKE A PHOTO OF THE CTN;

10:55AM  10    RIGHT?

10:55AM  11    A.   YES.

10:55AM  12    Q.   AND THE CTN IS THE CAPILLARY TUBE AND NANOTAINER?

10:55AM  13    A.   YES.

10:55AM  14    Q.   AND THAT'S THE DEVICE THAT ACTUALLY COLLECT THE BLOOD FROM

10:56AM  15    THE FINGER; RIGHT?

10:56AM  16    A.   CORRECT.

10:56AM  17    Q.   AND LOOKING AT THE IMAGE MIGHT HELP YOU UNDERSTAND IF

10:56AM  18    THERE WAS SOME PROBLEM WITH THE WAY THE SAMPLE WAS COLLECTED;

10:56AM  19    RIGHT?

10:56AM  20    A.   WELL, THAT WAS THE THEORY, YEAH.

10:56AM  21    Q.   OKAY.  WELL, THAT'S WHAT YOU ASKED FOR?

10:56AM  22    A.   YES.

10:56AM  23    Q.   OKAY.  AND THEN IF YOU GO UP THE CHAIN HERE, THERE'S AN

10:56AM  24    EMAIL AT THE BOTTOM OF THE PAGE ENDING WITH 584, AND WE'LL JUST

10:56AM  25    LOOK AT THE VERY TOP PART OF THAT FROM NISHIT DOSHI.

ER-2572

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)                    3552

10:56AM   1          DO YOU SEE THAT?

10:56AM   2     A.   YES.

10:56AM   3     Q.   AND DR. DOSHI WAS SOMEONE WHO WORKED IN THE NORMANDY LAB;

10:56AM   4     CORRECT?

10:56AM   5     A.   YES.

10:56AM   6     Q.   AND IT SAYS, IF YOU GO TO THE NEXT PAGE AND LOOK AT THE

10:56AM   7     EMAIL, IT SAYS, "HI SUNNY,

10:56AM   8          "I AM NOT SURE IF YOU READ THIS ALREADY.

10:56AM   9          "WE ARE CONFIDENT ABOUT OUR LIPID PANEL RESULTS BASED ON

10:57AM  10     THE DAILY RUNS WHERE WE COMPARE FINGERSTICK SAMPLES TO NEAT

10:57AM  11     VENOUS (PREDICATE)."

10:57AM  12          RIGHT?

10:57AM  13     A.   YES.

10:57AM  14     Q.   AND ABOVE THAT SUNNY BALWANI WRITES TO YOU, AND HE SAYS,

10:57AM  15     "ADAM,

10:57AM  16          "WE NEED TO CALL THIS DOCTOR AND BE A BIT MORE FIRM ABOUT

10:57AM  17     OUR PERFORMANCE.  WE CAN DO A REDRAW BUT HIS IGNORANT COMMENTS

10:57AM  18     ARE NOT OK.  YOU CAN EXPLAIN TO HIM WE RUN THOUSANDS OF SAMPLES

10:57AM  19     AND OUR SAMPLE TRACKING IS VERY TIGHT."

10:57AM  20          DO YOU SEE THAT?

10:57AM  21     A.   YES.

10:57AM  22     Q.   AND THEN HE SAYS, "WE CAN DO REDRAW FOR NO CHARGE TO THE

10:57AM  23     PATIENT, NO PROBLEMS."

10:57AM  24          DO YOU SEE THAT?

10:57AM  25     A.   YES.

10:57AM 1    Q.   AND DOCTOR -- MR. BALWANI WROTE THAT JUST TEN MINUTES

10:57AM 2    AFTER HE GOT THE EMAIL FROM MR. DOSHI.

10:57AM 3         DO YOU SEE THAT?

10:57AM 4    A.   YES.

10:57AM 5    Q.   AND THEN YOU WROTE IN RESPONSE, A LITTLE BIT LATER IN THE

10:57AM 6    AFTERNOON, "SUNNY,

10:57AM 7         "I WAS EMPHATIC WITH DR. CHEN REGARDING OUR RIGOROUS

10:57AM 8    VALIDATION AND QUALITY PROCESS.  I DO NOT AGREE WITH ANY OF

10:58AM 9    DR. CHEN'S INSINUATIONS.  IN MY EXPERIENCE, THERE ARE ALWAYS A

10:58AM 10   HANDFUL OF M.D.'S WHO REFUSE TO ACKNOWLEDGE SCIENTIFIC DATA

10:58AM 11   ABOUT THEIR PATIENTS.  WE HAVE NOW REVIEWED THE CTN IMAGINE AND

10:58AM 12   ALL QC IS IN ORDER."

10:58AM 13        DO YOU SEE THAT?

10:58AM 14   A.   YES.

10:58AM 15   Q.   AND THEN YOU WROTE, "IF THERE IS FURTHER MESSAGING I

10:58AM 16   SHOULD BE RELAYING, PLEASE LET ME KNOW."

10:58AM 17        RIGHT?

10:58AM 18   A.   YES.

10:58AM 19   Q.   AND THEN MR. BALWANI RESPONDED, "THAT'S AWESOME, ADAM.  I

10:58AM 20   APPRECIATE IT.  I THINK YOU ARE RIGHT, SOME WILL ALWAYS BE

10:58AM 21   DOUBTERS -- HAPPENS WITH EVERY NEW TECHNOLOGY.  THANKS."

10:58AM 22        DO YOU SEE THAT?

10:58AM 23   A.   YES.

10:58AM 24   Q.   AND THAT'S WHAT YOUR EXCHANGE WITH MR. BALWANI WAS AT THAT

10:58AM 25   TIME; RIGHT?

10:58AM   1      A.   YES.

10:58AM   2      Q.   OKAY.  YOU CAN PUT THAT ASIDE, OR WE WILL PUT THAT ASIDE.

10:58AM   3           AND, DR. ROSENDORFF, WHEN YOU WERE AT THERANOS, YOU NEVER

10:59AM   4      OFFERED TESTS THAT YOU THOUGHT WERE INACCURATE AND UNRELIABLE

10:59AM   5      WHILE YOU WERE SERVING AS LAB DIRECTOR?

10:59AM   6      A.   SO THAT'S A BIT OF A LEADING QUESTION, I THINK.

10:59AM   7      Q.   I'M ALLOWED TO ASK THOSE.

10:59AM   8           (LAUGHTER.)

10:59AM   9           THE WITNESS:  ONE DOESN'T KNOW AT THE TIME THAT A

10:59AM  10      RESULT IS INACCURATE.  IT OFTEN COMES TO LIGHT AFTER THE FACT

10:59AM  11      WHERE A PHYSICIAN QUERIES RESULTS OR QC STARTS TO FAIL OR YOU

10:59AM  12      SEE A RASH OF ABNORMAL VALUES THAT ARE NOT EXPECTED TO OCCUR

10:59AM  13      STATISTICALLY.  SO --

10:59AM  14      BY MR. COOPERSMITH:

10:59AM  15      Q.   THANK YOU, DR. ROSENDORFF.  BUT LET ME ASK THE QUESTION AS

10:59AM  16      PRECISELY AS I CAN,

10:59AM  17      A.   UH-HUH.

10:59AM  18      Q.   WHILE YOU WERE THE LAB DIRECTOR AT THERANOS, YOU NEVER

10:59AM  19      THOUGHT THAT TESTS THAT YOU WERE OFFERING AND RELEASING WERE

10:59AM  20      INACCURATE OR UNRELIABLE; CORRECT?

11:00AM  21      A.   I CAME TO DOUBT THE ACCURACY OF THE TESTING, AND WHEN

11:00AM  22      THOSE DOUBTS REACHED A CERTAIN THRESHOLD, I LEFT THE COMPANY.

11:00AM  23      Q.   OKAY.  BUT WHILE YOU WERE AT THERANOS, YOU DID NOT RELEASE

11:00AM  24      OR AUTHORIZE THE RELEASE OF ANY RESULT THAT YOU THOUGHT WAS

11:00AM  25      INACCURATE OR UNRELIABLE?  YOU WOULDN'T DO THAT; RIGHT?

11:00AM  1   A.   WELL, HOW AM I SUPPOSED TO KNOW AT THE TIME WHETHER

11:00AM  2   RESULTS ARE INACCURATE?

11:00AM  3   Q.   WELL, WHEN YOU WERE AT THERANOS, RESULTS WERE OBTAINED

11:00AM  4   FROM THE BLOOD TESTS THAT WERE CONDUCTED ON PATIENTS; RIGHT?

11:00AM  5   A.   YES.

11:00AM  6   Q.   AND IF THE LAB BELIEVED THOSE WERE APPROPRIATE, THOSE WERE

11:00AM  7   RELEASED TO PATIENTS; RIGHT?

11:00AM  8   A.   YES.

11:00AM  9   Q.   AND YOU NEVER RELEASED RESULTS, OR ALLOWED THAT TO HAPPEN,

11:00AM  10  IF YOU HAD A DOUBT AS TO WHETHER THE RESULT WAS ACCURATE;

11:00AM  11  RIGHT?

11:00AM  12  A.   IF QC PASSES AND IF PROCEDURES ARE FOLLOWED AND THERE'S NO

11:00AM  13  DEVIATION FROM SOP, THE PROCEDURE IS TO RELEASE THE RESULTS.

11:00AM  14  Q.   AND THAT'S WHAT YOU WOULD DO?

11:01AM  15  A.   YES.

11:01AM  16  Q.   AND WHEN YOU DID THAT, YOU WERE NOT ALLOWING RESULTS TO BE

11:01AM  17  RELEASED WITH THE BELIEF THAT THEY WERE INACCURATE OR

11:01AM  18  UNRELIABLE; RIGHT?

11:01AM  19  A.   IT'S NOT REALLY A QUESTION OF BELIEF.

11:01AM  20      IT'S A QUESTION OF FOLLOWING ESTABLISHED QUALITY

11:01AM  21  PROTOCOLS.

11:01AM  22  Q.   OKAY.  AND YOU NEVER PROVIDED PATIENT RESULTS THAT YOU

11:01AM  23  KNEW WERE INACCURATE OR UNRELIABLE AT THE TIME YOU PROVIDED

11:01AM  24  THEM; CORRECT?

11:01AM  25  A.   CORRECT.

11:01AM   1    Q.   AND YOU WERE NEVER TOLD BY MR. BALWANI TO REPORT AN

11:01AM   2    INACCURATE REPORT?

11:01AM   3    A.   NO.

11:01AM   4    Q.   AND YOU WERE NEVER TOLD BY MS. HOLMES TO REPORT AN

11:01AM   5    INACCURATE REPORT?

11:01AM   6    A.   NO.

11:01AM   7    Q.   OKAY.  DR. ROSENDORFF, LET'S SWITCH TO ANOTHER TOPIC,

11:01AM   8    WHICH IS THE LAUNCH OF THE TESTING SERVICES AT WALGREENS.

11:02AM   9         OKAY?

11:02AM  10    A.   UH-HUH.

11:02AM  11             THE COURT:  LET'S HAVE -- FOLKS, STAND AND STRETCH

11:02AM  12    IF YOU WOULD LIKE FOR JUST A MOMENT WHILE WE LOOK AT THAT.

11:02AM  13         WE'LL BREAK IN ABOUT AN HOUR.

11:02AM  14             MR. COOPERSMITH:  I'M SORRY?

11:02AM  15             THE COURT:  WE'LL BREAK AT NOON.

11:02AM  16             MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

11:02AM  17         (STRETCHING.)

11:02AM  18             THE COURT:  MR. COOPERSMITH.

11:02AM  19             MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

11:02AM  20    Q.   TO START OFF ON THIS TOP, DR. ROSENDORFF, CAN YOU TAKE A

11:02AM  21    LOOK AT EXHIBIT 7314.

11:03AM  22         AND DO YOU SEE THIS IS AN EMAIL AMONG MR. BALWANI,

11:03AM  23    MS. HOLMES, AND DR. YOUNG?

11:03AM  24    A.   YES.

11:03AM  25    Q.   AND YOU'RE NOT ON THIS PARTICULAR EMAIL; RIGHT?

11:03AM  1     A.    NO.

11:03AM  2     Q.    BUT WHILE YOU WERE AT THERANOS, YOU KNEW THERE WERE A LOT

11:03AM  3     OF EMAILS GOING BACK AND FORTH AMONG VARIOUS PEOPLE THAT YOU

11:03AM  4     WERE NOT NECESSARILY ON THE EMAIL; RIGHT?

11:03AM  5     A.    YEAH.   THERE WERE A LOT OF EMAILS THAT I SHOULD HAVE BEEN

11:03AM  6     ON THAT I WASN'T.

11:03AM  7     Q.    OKAY.   BUT THERE WERE SOME, EVEN IF YOU SHOULD OR

11:03AM  8     SHOULDN'T HAVE BEEN ON THEM, YOU KNEW THAT THERE WERE OTHER

11:03AM  9     EMAILS BEING SENT WHERE YOU WERE NOT ON THE EMAILS; RIGHT?

11:03AM 10     A.    ARE YOU ASKING ME IF I WAS CC'D ON EVERY EMAIL

11:03AM 11     COMMUNICATION IN THE COMPANY?

11:03AM 12     Q.    RIGHT.   AND OF COURSE YOU WEREN'T; RIGHT?

11:03AM 13     A.    NO.

11:03AM 14     Q.    AND SOMETIMES YOU SENT EMAILS AND YOU DIDN'T COPY

11:03AM 15     EVERYONE?

11:03AM 16     A.    NO, NO.

11:03AM 17     Q.    OKAY.   AND -- BUT YOU UNDERSTOOD THAT IN THERANOS, AS WE

11:04AM 18     DISCUSSED BEFORE, EMAILS WERE THE SYSTEM USED TO TRANSMIT

11:04AM 19     INFORMATION; RIGHT?

11:04AM 20     A.    YES.

11:04AM 21     Q.    AND PEOPLE LIKE DR. YOUNG WERE TRANSMITTING INFORMATION

11:04AM 22     FOR THE PURPOSE OF TRYING TO GET THERANOS'S WORK DONE?

11:04AM 23              MR. BOSTIC:   FOUNDATION.

11:04AM 24              THE COURT:   YOU'RE DOING THAT NOW?

11:04AM 25              MR. COOPERSMITH:   I AM TRYING, YOUR HONOR.

11:04AM   1    Q.   SO, DR. ROSENDORFF, YOU RECEIVED A LOT OF EMAILS FROM

11:04AM   2    DR. YOUNG; RIGHT?

11:04AM   3    A.   YES.

11:04AM   4    Q.   AND YOU SENT A LOT OF EMAILS TO DR. YOUNG?

11:04AM   5    A.   YES.

11:04AM   6    Q.   AND WHEN DR. YOUNG COMMUNICATED WITH YOU BY EMAIL, HE WAS

11:04AM   7    TRYING TO PROVIDE INFORMATION TO YOU THAT WOULD BE USED IN THE

11:04AM   8    COURSE OF THE WORK AT THERANOS; RIGHT?

11:04AM   9    A.   YES.

11:04AM   10   Q.   AND THAT SOMETIMES IT WOULD HAVE INFORMATION ABOUT THE

11:04AM   11   STATUS OF ASSAYS AND THINGS LIKE THAT?

11:04AM   12   A.   YES.

11:04AM   13   Q.   AND THAT YOU UNDERSTOOD THAT WAS NECESSARY TO TAKE FURTHER

11:04AM   14   ACTION IF APPROPRIATE; RIGHT?

11:04AM   15   A.   YES.

11:04AM   16   Q.   AND THAT WHEN THAT HAPPENED, THERE WOULD BE A NEED TO HAVE

11:04AM   17   THE INFORMATION BE ACCURATE SO THE ACTION COULD BE BASED ON

11:05AM   18   ACCURATE INFORMATION; CORRECT?

11:05AM   19   A.   YES.

11:05AM   20   Q.   AND THERANOS HAD A SYSTEM OF STORING EMAILS SO IF SOMEONE

11:05AM   21   NEEDED TO REFER TO THEM LATER, THAT COULD HAPPEN; RIGHT?

11:05AM   22   A.   YES, I BELIEVE SO.

11:05AM   23   Q.   AND IF YOU LOOK AT 7314, EVEN THOUGH YOU'RE NOT ON IT,

11:05AM   24   THIS IS ONE OF THOSE EMAILS WHERE DR. YOUNG IS TRANSMITTING

11:05AM   25   INFORMATION ABOUT THE STATUS OF CERTAIN ASSAYS PRIOR TO THE

11:05AM  1    LAUNCH OF WALGREENS; RIGHT?

11:05AM  2    A.   YES, IT APPEARS SO.

11:05AM  3              MR. COOPERSMITH:  YOUR HONOR, WE OFFER 7314

11:05AM  4    AUTHENTIC PURSUANT TO THE PARTIES' STIPULATION, ON BATES

11:05AM  5    NUMBERS, AND IT'S A BUSINESS RECORD.

11:05AM  6              MR. BOSTIC:  HEARSAY, YOUR HONOR.

11:05AM  7              THE COURT:  ARE YOU INTENDING TO INCLUDE THE

11:05AM  8    ATTACHMENT?

11:05AM  9              MR. COOPERSMITH:  I DON'T NEED THE ATTACHMENT,

11:05AM  10   YOUR HONOR.  IT'S REALLY JUST THE TWO PAGE EMAIL.

11:05AM  11             THE COURT:  ALL RIGHT.

11:05AM  12             MR. BOSTIC:  SAME OBJECTION, YOUR HONOR.  HEARSAY

11:05AM  13   GIVEN THAT THIS WITNESS IS NOT ON THE --

11:05AM  14             THE COURT:  IS THIS BEING OFFERED AS A BUSINESS

11:06AM  15   RECORD?

11:06AM  16             MR. COOPERSMITH:  YES, YOUR HONOR.

11:06AM  17             THE COURT:  I'LL ADMIT IT AS A BUSINESS RECORD UNDER

11:06AM  18   803(6).  THE FOUNDATION HAS BEEN LAID, AND IT MAY BE PUBLISHED.

11:06AM  19   NOT THE ATTACHMENT.

11:06AM  20        (DEFENDANT'S EXHIBIT 7314 WAS RECEIVED IN EVIDENCE.)

11:06AM  21             MR. COOPERSMITH:  YES, YOUR HONOR.

11:06AM  22        MR. ALLEN, JUST THE EMAIL ITSELF AND NOT THE ATTACHMENT.

11:06AM  23   Q.   OKAY.  LOOKING AT THE EMAIL, IS EXHIBIT 7314, YOU SEE THIS

11:06AM  24   IS AN EMAIL FROM DR. YOUNG AND TO MS. HOLMES AND MR. BALWANI?

11:06AM  25   A.   YES.

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)                    3560

11:06AM  1    Q.   AND IT'S DATED AUGUST 19TH, 2013?

11:06AM  2    A.   YES.

11:06AM  3    Q.   AND THE SUBJECT IS TEST LAUNCH LIST.

11:06AM  4         DO YOU SEE THAT?

11:06AM  5    A.   YES.

11:06AM  6    Q.   OKAY.  AND IT SAYS, "THE CURRENT LAUNCH LIST COVERS 200

11:06AM  7    TESTS, IN BOTH BLOOD AND URINE SAMPLES."

11:06AM  8    A.   YES.

11:06AM  9    Q.   "THE COLLECTION OF THESE REPORTABLES COVERS MORE THAN

11:06AM 10    97 PERCENT OF TEST FREQUENCY FOR THESE TWO MATRICES."

11:06AM 11         DO YOU SEE THAT?

11:06AM 12    A.   YES.

11:06AM 13    Q.   AND THEN IT SAYS, "BLOOD TESTS FOR LAUNCH INCLUDE GENERAL

11:06AM 14    CHEMISTRY, ELISA, AND CYTOMETRY."

11:07AM 15    A.   YES.

11:07AM 16    Q.   AND THEN IT DESCRIBES A TOTAL OF 158 TESTS/REPORTABLES"?

11:07AM 17    A.   YES.

11:07AM 18    Q.   AND THEN ON -- GOING DOWN A FEW MORE BULLETS DOWN, IT

11:07AM 19    SAYS, "92 ARE ELISA."

11:07AM 20    A.   YES.

11:07AM 21    Q.   AND THOSE ARE THE IMMUNOASSAYS?

11:07AM 22    A.   YES.

11:07AM 23    Q.   AND THEN IT SAYS 62 ON EDISON?

11:07AM 24    A.   YES.

11:07AM 25    Q.   AND THEN 30 ON ADVIA WITH SIEMENS CHEMISTRY; RIGHT?

ER-2581

11:07AM  1    A.   YES.

11:07AM  2    Q.   AND STICKING TO THE 62 ON EDISON NUMBER, WHEN THERANOS

11:07AM  3    LAUNCHED WITH WALGREENS, THERE WERE NOT 62 ASSAYS ON EDISON

11:07AM  4    ACTUALLY PUT IN OPERATION; RIGHT?

11:07AM  5    A.   CAN YOU JUST REMIND ME OF THE DATE OF THIS EMAIL?

11:07AM  6    Q.   SURE.  IT'S AUGUST 19TH, 2013.

11:07AM  7    A.   OH, UM -- YEAH, NO.  MY RECOLLECTION IS IT WAS JUST ONE OR

11:07AM  8    TWO THAT WERE VALIDATED ON THE EDISON AT THAT TIME.

11:07AM  9    Q.   AT THAT TIME?

11:07AM 10    A.   CORRECT.

11:07AM 11    Q.   AND THEN EVEN GOING FORWARD DURING THE REST OF YOUR TIME

11:08AM 12    AT THERANOS, ULTIMATELY THERANOS I THINK PUT A TOTAL OF ABOUT

11:08AM 13    12 ON EDISONS; IS THAT RIGHT?

11:08AM 14    A.   IT SOUNDS ABOUT RIGHT.

11:08AM 15    Q.   OKAY.  AND NOT 62; RIGHT?

11:08AM 16    A.   NO.

11:08AM 17    Q.   BUT DR. YOUNG SAYS HERE THAT 62 ON EDISON IS AT LEAST PART

11:08AM 18    OF THE LAUNCH LIST AT THIS TIME AS FAR AS THIS EMAIL IS

11:08AM 19    CONCERNED?

11:08AM 20    A.   YES, THAT'S WHAT HE'S REPRESENTING TO MR. BALWANI AND

11:08AM 21    MS. HOLMES.

11:08AM 22    Q.   YES.  THANK YOU.

11:08AM 23    A.   YES.

11:08AM 24    Q.   AND, AND I THINK YOU TALKED ABOUT THIS IN YOUR DIRECT

11:08AM 25    EXAMINATION WHEN MR. BOSTIC WAS QUESTIONING YOU, BUT AN EDISON

11:08AM 1    DEVICE, IT CAN RUN A SAMPLE, BUT IT CAN'T RUN, YOU KNOW,

11:08AM 2    MULTIPLE PATIENT SAMPLES AT ONCE; RIGHT?

11:08AM 3    A.   NO, IT CANNOT.

11:08AM 4    Q.   RIGHT.  BUT A SIEMENS ADVIA CAN RUN MULTIPLE PATIENT

11:08AM 5    SAMPLES AT ONCE; RIGHT?

11:08AM 6    A.   NO, IT CANNOT.

11:08AM 7    Q.   OKAY.  IT CAN'T DO THAT EITHER?

11:08AM 8    A.   NO.

11:08AM 9    Q.   BUT IN TERMS OF, LIKE, TAKING AN HOUR OF TIME, A

11:08AM 10   SIEMENS ADVIA CAN RUN MANY MORE SAMPLES IN AN HOUR THAN A

11:09AM 11   THERANOS MACHINE COULD?

11:09AM 12   A.   CORRECT.

11:09AM 13   Q.   AND THAT'S WHAT A SIEMENS ADVIA OR OTHER COMMERCIAL

11:09AM 14   EQUIPMENT LIKE THAT IS DESIGNED TO DO; RIGHT?

11:09AM 15   A.   YES.

11:09AM 16   Q.   AND IT'S FOR HIGH VOLUME OPERATION; RIGHT?

11:09AM 17   A.   CORRECT.

11:09AM 18   Q.   AND YOU UNDERSTAND THAT THE EDISON, AS DESIGNED, WAS NOT

11:09AM 19   REALLY DESIGNED TO RUN IN A CENTRAL LAB THAT WAS GETTING

11:09AM 20   HUNDREDS OF THOUSANDS OF SAMPLES A DAY; RIGHT?

11:09AM 21   A.   I WOULD BE SPECULATING ON THE INTENT OF THAT INSTRUMENT.

11:09AM 22   Q.   OKAY.  BUT YOU, IN ANY EVENT, UNDERSTOOD THAT THE SIEMENS

11:09AM 23   DEVICE OR OTHER COMMERCIAL DEVICES THAT WERE MEANT FOR HIGH

11:09AM 24   VOLUME COULD RUN MANY MORE SAMPLES PER HOUR; RIGHT?

11:09AM 25   A.   THAT WAS THE REALITY, YEAH.

11:09AM   1    Q.   AND SOMETIMES THAT TOPIC IS REFERRED TO AS HIGH

11:09AM   2    THROUGHPUT; RIGHT?

11:09AM   3    A.   YES, YES.

11:09AM   4    Q.   AND IF YOU'RE COLLECTING A LOT OF SAMPLES IN VARIOUS

11:09AM   5    LOCATIONS SUCH AS WALGREENS STORES, IT MIGHT BE ADVANTAGEOUS TO

11:09AM   6    HAVE A HIGH THROUGHPUT WAY OF RUNNING THE SAMPLES; RIGHT?

11:09AM   7    A.   THERE'S DIFFERENT MODELS DEPENDING ON SAMPLE VOLUME,

11:10AM   8    CLINICAL SETTING.

11:10AM   9    Q.   OKAY.  BUT IN ANY EVENT, IF THERANOS WAS COLLECTING

11:10AM  10    SAMPLES AT WALGREENS STORES AND SHIPPING THOSE ALL TO A CENTRAL

11:10AM  11    LABORATORY IT WAS RUNNING, IT COULD RUN THOSE FASTER ON SIEMENS

11:10AM  12    MACHINES COMPARED TO AN EDISON DEVICE; RIGHT?

11:10AM  13    A.   I'M NOT SURE WHY YOU'RE COMPARING THE SIEMENS DEVICE TO

11:10AM  14    THE EDISON, BECAUSE THE EDISON IS IMMUNOASSAY AND THE IMMULITE

11:10AM  15    WAS THE IMMUNOASSAY, AND SO THAT'S MORE OF AN APPLES TO APPLES

11:10AM  16    COMPARISON.

11:10AM  17    Q.   OKAY.  FAIR ENOUGH.

11:10AM  18         SO LET'S TALK ABOUT THE IMMULITE IN THIS CASE; RIGHT?

11:10AM  19    A.   YEAH.

11:10AM  20    Q.   THE IMMULITE COULD ALSO RUN MORE SAMPLES PER HOUR THAN THE

11:10AM  21    EDISON DEVICE?

11:10AM  22    A.   YES.

11:10AM  23    Q.   OKAY.  AND THAT IF THERANOS WAS COLLECTING SAMPLES FROM

11:10AM  24    WALGREENS STORES AND SHIPPING THEM TO A CENTRAL LABORATORY, IT

11:10AM  25    COULD RUN MANY MORE OF THOSE SAMPLES PER HOUR ON AN IMMULITE

ER-2584

11:11AM   1    COMPARED TO AN EDISON?

11:11AM   2    A.   CORRECT.

11:11AM   3    Q.   OKAY.  AND THAT'S TRUE IF YOU WERE RUNNING A MODIFIED

11:11AM   4    IMMULITE; RIGHT?

11:11AM   5    A.   CORRECT.

11:11AM   6    Q.   SO THE SAME THROUGHPUT ISSUE, JUST DIFFERENT SAMPLE SIZE;

11:11AM   7    RIGHT?

11:11AM   8    A.   SO YOU'RE ASKING IF THE MODIFIED IMMULITE HAS THE SAME

11:11AM   9    THROUGHPUT CAPABILITY AS AN UNMODIFIED IMMULITE ASSAY?

11:11AM  10    Q.   RIGHT.  AND IT DOES; RIGHT?

11:11AM  11    A.   I DON'T KNOW.

11:11AM  12    Q.   BUT IN ANY EVENT, THE IMMULITE --

11:11AM  13    A.   I MEAN, I WOULD SAY NO BECAUSE YOU'VE GOT TO DILUTE THE

11:11AM  14    SAMPLE FIRST TO RUN IT --

11:11AM  15    Q.   OKAY.

11:11AM  16    A.   -- MODIFIED ON THE IMMULITE.  SO I WOULD SAY NO.  YEAH, IT

11:11AM  17    TAKES LONGER.

11:11AM  18    Q.   BECAUSE YOU HAVE THAT STEP OF PREDILUTION?

11:11AM  19    A.   YEAH, YEAH.

11:11AM  20    Q.   AS OPPOSED TO WHEN YOU'RE RUNNING IT MODIFIED, WHATEVER

11:11AM  21    DILUTION IT WAS DOING IT WOULD BE INTERNAL TO THE MACHINE?

11:11AM  22    A.   I DON'T KNOW ABOUT INTERNAL DILUTIONS IN THE IMMULITES.

11:11AM  23    Q.   OKAY.  WE MAY LOOK AT THAT AT SOME POINT.

11:11AM  24    A.   OKAY.

11:11AM  25    Q.   BUT IN ANY EVENT, THE MODIFIED IMMULITE COULD RUN MORE

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)          3565

11:12AM   1    SAMPLES PER HOUR COMPARED TO AN EDISON; RIGHT?

11:12AM   2    A.   YES.

11:12AM   3    Q.   OKAY.  AND YOU WERE, I TAKE IT, NOT INVOLVED IN THE

11:12AM   4    BUSINESS OPERATIONS OF THERANOS?

11:12AM   5    A.   NOT AT ALL, NO.

11:12AM   6    Q.   OR IN THE DISCUSSIONS THAT THERANOS HAD WITH WALGREENS?

11:12AM   7    A.   NO, NOT AT ALL.

11:12AM   8    Q.   OR ABOUT WHAT MADE SENSE FOR, YOU KNOW, DOING BUSINESS

11:12AM   9    WITH WALGREENS AND COLLECTING SAMPLES?

11:12AM   10   A.   NO.  THAT WASN'T MY JOB.

11:12AM   11   Q.   AND YOU DON'T KNOW ANYTHING ABOUT THE CONTRACTS BETWEEN

11:12AM   12   THERANOS AND WALGREENS?

11:12AM   13   A.   NO, DEFINITELY NOT, NO.

11:12AM   14   Q.   AND WHAT THOSE SAMPLES WOULD SAY ABOUT HOW SAMPLES ARE

11:12AM   15   COLLECTED?

11:12AM   16   A.   NO.

11:12AM   17   Q.   OKAY.  LEADING UP TO THE LAUNCH, THERE WERE QUITE A FEW

11:12AM   18   TESTS THAT HAD TO BE ACCOMPLISHED IN ORDER TO ACTUALLY GO LIVE

11:12AM   19   WITH WALGREENS, SO TO SPEAK; RIGHT?

11:13AM   20   A.   YES.

11:13AM   21   Q.   AND WE TALKED ABOUT ASSAY VALIDATION; RIGHT?

11:13AM   22   A.   YES.

11:13AM   23   Q.   AND THERE WERE ALSO A LOT OF LOGISTICAL TASKS THAT HAD TO

11:13AM   24   BE COMPLETED; CORRECT?

11:13AM   25   A.   YES.

11:13AM   1    Q.   AND THERE HAD TO BE A FUNCTIONING LABORATORY INFORMATION

11:13AM   2    SYSTEM?

11:13AM   3    A.   CORRECT.

11:13AM   4    Q.   IN ORDER TO START THE PROGRAM WITH WALGREENS?

11:13AM   5    A.   CORRECT.

11:13AM   6    Q.   OKAY.  LET'S TAKE A LOOK AT EXHIBIT 1049, WHICH I BELIEVE

11:13AM   7    IS ALREADY IN EVIDENCE FROM YOUR DIRECT EXAMINATION.

11:13AM   8        EXHIBIT 1049 IS AN EMAIL FROM AUGUST 29TH, 2013.

11:14AM   9        DO YOU SEE THAT?

11:14AM  10    A.   YES.

11:14AM  11    Q.   AND THEN IN THE BOTTOM YOU ARE INFORMING MS. HOLMES AND

11:14AM  12    DR. YOUNG THAT YOU HAVE SOME MEDICAL AND OPERATIONAL CONCERNS

11:14AM  13    ABOUT OUR READINESS FOR SEPTEMBER 9TH.

11:14AM  14        DO YOU SEE THAT?

11:14AM  15    A.   YES.

11:14AM  16    Q.   AND YOU HAVE TWO CATEGORIES OF CONCERN.  THE FIRST IS

11:14AM  17    MEDICAL.

11:14AM  18        DO YOU SEE THAT?

11:14AM  19    A.   YES.

11:14AM  20    Q.   AND THE FIRST HEADING UNDER MEDICAL IS GLUCOSE?

11:14AM  21    A.   YES.

11:14AM  22    Q.   AND YOU DISCUSS SIGNIFICANT NEGATIVE BIAS; RIGHT?

11:14AM  23    A.   YES.

11:14AM  24    Q.   OKAY.  IF YOU WOULD GO TO THE NEXT PAGE AND GO DOWN THE

11:14AM  25    EMAIL.

11:14AM  1      THEN YOUR SECOND HEADING FOR MEDICAL CONCERNS IS SODIUM?

11:14AM  2    A.   YES.

11:14AM  3    Q.   AND THEN THE OTHER SET OF CONCERNS YOU HAD TO DO WITH WERE

11:14AM  4    OPERATIONAL CONCERNS; RIGHT?

11:14AM  5    A.   YES.

11:14AM  6    Q.   AND THEN IT HAD TO DO WITH TRAINING ON THE NEW PROTOCOLS

11:14AM  7    AND ISSUES WITH OTHER THINGS; RIGHT?

11:14AM  8    A.   YES.

11:14AM  9    Q.   AND THEN IF YOU GO TO THE TOP OF THE FIRST PAGE OR THE TOP

11:15AM  10   EMAIL, AND THEN YOU SEE MS. HOLMES FORWARDS THAT TO

11:15AM  11   MR. BALWANI?

11:15AM  12   A.   YES.

11:15AM  13   Q.   AND THAT MR. BALWANI WRITES AT THE TOP, "I ASSUME WE CAN

11:15AM  14   USE SIEMENS CHEMISTRY FOR GLUCOSE AND SODIUM?  IF YES THEN WE

11:15AM  15   SHOULD."

11:15AM  16      RIGHT?

11:15AM  17   A.   IS THAT WHAT YOU'RE ASKING ME IF THAT'S WHAT THE TEXT ON

11:15AM  18   THE SCREEN SAYS?

11:15AM  19   Q.   THAT'S ALL I'M ASKING YOU FOR THE MOMENT.

11:15AM  20   A.   YES.

11:15AM  21   Q.   OKAY.

11:15AM  22   A.   YES.

11:15AM  23   Q.   AND IT HAS ANOTHER DISCUSSION ABOUT OPERATIONAL, "WE

11:15AM  24   SHOULD TELL HIM WE WILL LIMIT NUMBER OF SAMPLES."

11:15AM  25      AND IF THERE WERE FEWER SAMPLES COMING IN, IT WOULD BE

11:15AM 1    EASIER TO DEAL WITH LOGISTICS AND OPERATIONS IF YOU HAD

11:15AM 2    RELATIVELY FEW SAMPLES COMING IN AS OPPOSED TO MANY SAMPLES?

11:15AM 3    A.   TRUE.

11:15AM 4    Q.   OKAY.  BUT ON THE CHEMISTRY ISSUE, MR. BALWANI SAYS, "I

11:15AM 5    ASSUME WE CAN USE SIEMENS CHEMISTRY FOR GLUCOSE AND SODIUM?"

11:15AM 6       RIGHT?

11:15AM 7    A.   YES.

11:15AM 8    Q.   AND THAT WOULD BE LIKE USING THE FDA APPROVED SIEMENS

11:16AM 9    MACHINE AS OPPOSED TO ANYTHING THAT THERANOS DEVELOPED; RIGHT?

11:16AM 10   A.   WELL, THE SIEMENS MACHINE WAS USED IN BOTH CASES, SO I'M

11:16AM 11   NOT SURE WHAT MR. BALWANI MEANS BY THIS.

11:16AM 12   Q.   RIGHT.

11:16AM 13      BUT YOU UNDERSTAND SIEMENS CHEMISTRY REFERS TO THE SIEMENS

11:16AM 14   CHEMISTRY AS OPPOSED TO THE THERANOS ASSAY; RIGHT?

11:16AM 15   A.   SO SOME OF THE THERANOS TESTS USED SIEMENS CHEMISTRY AND

11:16AM 16   SOME OF THEM USED THERANOS DEVELOPED CHEMISTRIES.

11:16AM 17   Q.   OKAY.  BUT MR. BALWANI WAS -- WELL, YOU UNDERSTAND THAT IF

11:16AM 18   MR. BALWANI WAS COMMUNICATING THAT UNMODIFIED PREDICATE SHOULD

11:16AM 19   BE USED, HE WAS ACTUALLY AGREEING THAT IF YOU HAD CONCERNS

11:16AM 20   ABOUT GLUCOSE AND SODIUM ON THERANOS DEVICES, THAT SHOULDN'T BE

11:16AM 21   IMPLEMENTED UNTIL THOSE CONCERNS WERE RESOLVED; RIGHT?

11:16AM 22   A.   I CAN'T SPECULATE ON MR. BALWANI'S INTENT OR MEANING HERE.

11:17AM 23   IT'S JUST VERY UNCLEAR TO ME WHAT HE MEANS BY THIS, I'M SORRY.

11:17AM 24   Q.   OKAY.  DR. ROSENDORFF, IN FACT, YOU EXPRESSED THESE

11:17AM 25   CONCERNS ABOUT THESE TWO ASSAYS, SODIUM AND GLUCOSE, ON

ER-2589

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)          3569

11:17AM   1    AUGUST 29TH, PRIOR TO THE WALGREENS LAUNCH; RIGHT?

11:17AM   2    A.   IN THIS EMAIL YOU MEAN?

11:17AM   3    Q.   YES.

11:17AM   4    A.   YES, YES.

11:17AM   5    Q.   OKAY.  AND YOU WOULD NOT HAVE WANTED THOSE ASSAYS TO GO

11:17AM   6    ONLINE ON THERANOS ASSAYS IF YOU WERE NOT SATISFIED THAT THEY

11:17AM   7    WERE APPROPRIATE; RIGHT?

11:17AM   8    A.   CORRECT.

11:17AM   9    Q.   AND IF YOU COULD TAKE A LOOK AT EXHIBIT 9352.

11:17AM  10         9352 IS IN EVIDENCE AND IT'S A VALIDATION REPORT FOR

11:18AM  11    MODIFIED SIEMENS ASSAY OF SODIUM.

11:18AM  12         DO YOU SEE THAT?

11:18AM  13    A.   YES.

11:18AM  14    Q.   AND THAT'S SIGNED BY YOU ON MARCH 24TH, 2014; RIGHT?

11:18AM  15    A.   SOMETHING DOESN'T MAKE SENSE HERE BECAUSE AT THE DATE AT

11:18AM  16    THE TOP IS SEPTEMBER 26TH, 2013, AND MY SIGNATURE SAYS

11:18AM  17    MARCH 24, 2014.

11:18AM  18    Q.   WELL, YOU WROTE THAT DATE RIGHT NEXT TO YOUR SIGNATURE

11:18AM  19    BLOCK; RIGHT?

11:18AM  20    A.   YES.

11:18AM  21    Q.   AND SO YOU DATED THE DOCUMENT MARCH 24TH, 2014; RIGHT?

11:18AM  22    A.   IT APPEARS THAT'S WHEN IT WAS PRESENTED TO ME BUT --

11:18AM  23    Q.   SO EVEN IF THE DOCUMENT WAS PREPARED BY SOMEONE ON

11:18AM  24    SEPTEMBER 26TH, 2014, YOU DIDN'T SIGN IT UNTIL MARCH 24TH,

11:18AM  25    2014; RIGHT?

11:18AM  1          DR. ROSENDORFF, EVEN IF THE DOCUMENT WAS PREPARED AT THE

11:18AM  2     END OF SEPTEMBER 2013, YOU DIDN'T SIGN IT UNTIL MARCH 24TH,

11:19AM  3     2014; RIGHT?

11:19AM  4     A.   WELL, THAT'S WHAT IT LOOKS LIKE.

11:19AM  5          BUT AS I SAID BEFORE, THERE WAS NO DOCUMENT CONTROL AT

11:19AM  6     THERANOS.  SO THAT DATE OF SEPTEMBER 26TH, 2013 IS -- REALLY,

11:19AM  7     REALLY CAN'T BE TRUSTED.  WE KNOW THESE DOCUMENTS OR REVISIONS

11:19AM  8     WERE PROTECTED OR WERE NOT RECORDED IN A CONTROLLED WAY IN A

11:19AM  9     SOFTWARE SYSTEM.

11:19AM 10          GO AHEAD, SORRY.

11:19AM 11     Q.   THAT'S OKAY.

11:19AM 12          I HEAR YOU SAYING THAT.  BUT THE DOCUMENT CONTROL ISSUES

11:19AM 13     YOU'RE NOW REFERRING TO, THAT DIDN'T AFFECT THE DATE THAT YOU

11:19AM 14     PUT NEXT TO YOUR SIGNATURE, DOES IT?

11:19AM 15     A.   IT AFFECTS THE RELEVANCE OF THAT DATE VERSUS WHAT IS AT

11:19AM 16     THE TOP OF THE DOCUMENT.

11:19AM 17     Q.   OKAY.

11:19AM 18     A.   OR EVEN THE TITLE OF THE DOCUMENT.  I MEAN, YES, THAT'S MY

11:19AM 19     HANDWRITING, AND THAT'S THE DATE I PUT DOWN.

11:19AM 20          BUT WHAT AM I CERTIFYING TO THERE?

11:19AM 21     Q.   IT SAYS APPROVER.

11:20AM 22          DO YOU SEE THAT?

11:20AM 23     A.   YES.

11:20AM 24     Q.   AND THEN YOU SIGNED YOUR SIGNATURE OVER THE

11:20AM 25     ADAM ROSENDORFF, M.D.

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)        3571

11:20AM  1        DO YOU SEE THAT?

11:20AM  2    A.   YES.

11:20AM  3    Q.   AND THEN IT HAS DATE, AND IT HAS THE TITLE LABORATORY

11:20AM  4    DIRECTOR; RIGHT?

11:20AM  5    A.   YES.

11:20AM  6    Q.   AND THEN YOU DATED IT MARCH 24TH, '14; RIGHT?

11:20AM  7    A.   BUT HOW DOES THAT RELATE TO THE REST OF THIS EXHIBIT, SIR?

11:20AM  8    Q.   OKAY.  I DON'T INTEND TO ANSWER YOUR QUESTION, BUT I'M

11:20AM  9    ASKING ANOTHER QUESTION TO SEE IF WE CAN CLARIFY THIS.

11:20AM 10        SO, DR. ROSENDORFF, MARCH 24TH, 2014, IS MANY MONTHS AFTER

11:20AM 11    THE PREVIOUS EXHIBIT WE SAW AND WE EXPRESSED CONCERNS ABOUT

11:20AM 12    SODIUM; RIGHT?

11:20AM 13    A.   CORRECT.

11:20AM 14    Q.   AND, IN FACT, IT'S GOING FROM AUGUST ALL OF THE WAY UNTIL

11:20AM 15    MARCH.  SO IT'S ABOUT SEVEN MONTHS; RIGHT?

11:20AM 16    A.   YES.

11:20AM 17    Q.   TURNING TO THE OTHER CONCERN YOU HAD --

11:20AM 18    A.   ARE YOU ASSERTING THAT MY SIGNATURE APPLIES TO THIS

11:21AM 19    DOCUMENT?

11:21AM 20    Q.   SIR, YOU PUT YOUR SIGNATURE ON VALIDATION REPORTS?

11:21AM 21    A.   CORRECT.

11:21AM 22    Q.   THIS IS ONE OF THEM?

11:21AM 23    A.   WELL, AS I'VE SAID, THERE'S NO, THERE WAS NO DOCUMENT

11:21AM 24    CONTROL AT THERANOS, SO I CAN'T VOUCH FOR THE FACT THAT THE

11:21AM 25    SIGNATURE RELATES TO THIS DOCUMENT.

11:21AM   1    Q.   OKAY.  SO -- WELL, LET'S EXPLORE THAT SINCE YOU SAY THAT.

11:21AM   2         IF YOU LOOK AT THE BODY OF THE DOCUMENT, YOU SEE -- AND

11:21AM   3    WE'RE TALKING ABOUT EXHIBIT 9352, AND IF YOU GO TO PAGE 2 OF

11:21AM   4    THE DOCUMENT --

11:21AM   5    A.   YES.

11:21AM   6    Q.   -- YOU SEE THERE'S THE SODIUM PLASMA ASSAY?

11:21AM   7    A.   YES.

11:21AM   8    Q.   AND THEN THERE IS DIFFERENT SECTIONS OF THE DOCUMENT THAT

11:21AM   9    ARE LISTED THERE?

11:21AM   10   A.   YES.

11:21AM   11   Q.   AND THOSE ARE THE VALIDATION REQUIREMENTS THAT HAVE TO BE

11:21AM   12   DONE FOR AN ASSAY; RIGHT?

11:21AM   13   A.   YES.

11:21AM   14   Q.   AND THEN THE REST OF THE DOCUMENT ACTUALLY GOES THROUGH

11:21AM   15   THE PAGES OF THE DOCUMENT TO GO THROUGH THE DATA AND WHAT

11:22AM   16   HAPPENED WITH THE VALIDATION; RIGHT?

11:22AM   17   A.   YES.

11:22AM   18   Q.   AND YOU PUT YOUR SIGNATURE ON THE COVER PAGE ON

11:22AM   19   MARCH 24TH, 2014; RIGHT?

11:22AM   20   A.   IT APPEARS SO.

11:22AM   21   Q.   OKAY.  AND YOU DON'T HAVE ANY EVIDENCE AS YOU SIT HERE

11:22AM   22   TODAY THAT THIS DOCUMENTS IS NOT WHAT YOU SIGNED; CORRECT?

11:22AM   23   A.   I WOULD NOT HAVE SIGNED A DOCUMENT IN MARCH OF 2014 IF THE

11:22AM   24   ASSAY HAD GONE LIVE IN EARLY 2013.  I WOULD NOT HAVE DONE THAT.

11:22AM   25   Q.   THANK YOU, DR. ROSENDORFF.

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)        3573

11:22AM  1        BUT YOU WOULD HAVE SIGNED IT IF IT DIDN'T GO LIVE; RIGHT?

11:22AM  2    A.   CORRECT.

11:22AM  3    Q.   RIGHT.  SO IF THE ASSAY DIDN'T GO LIVE IN 2013, YOU COULD

11:22AM  4    HAVE SIGNED IT IN MARCH OF 2014 WHEN YOU DEEMED IT APPROPRIATE

11:22AM  5    TO DO SO; RIGHT?

11:22AM  6    A.   CORRECT.

11:22AM  7    Q.   OKAY.  LET'S GO TO EXHIBIT 9184.

11:23AM  8        AND CAN YOU SEE IT ON YOUR SCREEN, DR. ROSENDORFF?

11:23AM  9    A.   YES.

11:23AM 10    Q.   AND THIS IS NOT IN EVIDENCE.  IT'S TITLED VALIDATION OF

11:23AM 11    MODIFIED THERANOS GLUCOSE ASSAY.

11:23AM 12        DO YOU SEE THAT?

11:23AM 13    A.   YES.

11:23AM 14    Q.   AND, IN FACT, YOUR SIGNATURE DOESN'T APPEAR ON THIS

11:23AM 15    DOCUMENT AT ALL; RIGHT?

11:23AM 16    A.   IT DOES NOT.

11:23AM 17    Q.   AND YOU HAVE NO RECOLLECTION OF EVER SIGNING A GLUCOSE

11:23AM 18    VALIDATION REPORT AT THERANOS; RIGHT?

11:23AM 19    A.   I BELIEVE I DID ACTUALLY.

11:23AM 20    Q.   OKAY.  WELL, IF THAT EXISTS, I'M SURE WE'LL SEE THAT AT

11:23AM 21    SOME POINT.

11:23AM 22    A.   OKAY.

11:23AM 23    Q.   OKAY.  LET'S GO TO EXHIBIT 7324.  IT'S ALWAYS THE LAST

11:24AM 24    PLACE YOU LOOK.

11:24AM 25        OKAY.  TURNING TO EXHIBIT 7324.  DO YOU SEE THIS IS AN

11:24AM 1    EMAIL STRING AMONG YOU, DR. YOUNG, AND DR. GANGAKHEDKAR?

11:24AM 2        DO YOU SEE THAT?

11:24AM 3    A.   I'M SORRY.  THERE'S NOTHING THAT IS APPEARING ON MY SCREEN

11:24AM 4    RIGHT NOW.

11:24AM 5        OH THERE IT IS.  THERE IT IS.  UH-HUH.

11:24AM 6    Q.   GREAT.  DO YOU SEE THE EMAIL HEADER THERE?

11:25AM 7    A.   YES.

11:25AM 8    Q.   AND THEN THIS IS AROUND SEPTEMBER 7TH, 2013?

11:25AM 9    A.   YES.

11:25AM 10   Q.   AND IT RELATES TO CERTAIN ASSAYS THAT WERE -- THE COMPANY

11:25AM 11   WAS WORKING ON IN CONNECTION WITH THE WALGREENS LAUNCH?

11:25AM 12   A.   YES.

11:25AM 13   Q.   AND THIS IS ANOTHER ONE OF THOSE EMAILS THAT WAS

11:25AM 14   TRANSMITTED AMONG THERANOS PERSONNEL TO DO THE WORK THAT WAS

11:25AM 15   GOING ON AT THE TIME?

11:25AM 16   A.   YES.

11:25AM 17   Q.   AND THE PURPOSE OF THIS WAS TO TRANSMIT INFORMATION

11:25AM 18   ACCURATELY SO THAT PEOPLE COULD TAKE APPROPRIATE ACTION?

11:25AM 19   A.   I'M SORRY TO BE A PAIN, BUT IT JUST SEEMS LIKE EVERY

11:25AM 20   EXHIBIT THAT GETS SHOWN, YOU ASK THE SAME LIST OF QUESTIONS.

11:25AM 21       I DON'T KNOW IF THAT'S STANDARD PROCEDURE IN THESE KINDS

11:25AM 22   OF CASES, BUT IT JUST SEEMS REALLY REPETITIVE.

11:25AM 23           THE COURT:  SIR, THERE ARE RULES OF EVIDENCE THAT

11:25AM 24   HAVE TO BE FOLLOWED.

11:25AM 25           THE WITNESS:  OKAY.

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)        3575

| | |
|---|---|
| 11:25AM | 1 |
| 11:26AM | 2 |
| 11:26AM | 3 |

THE COURT:  SO WE APPRECIATE YOUR PATIENCE.

THE WITNESS:  OKAY.  THANK YOU, YOUR HONOR.

BY MR. COOPERSMITH:

Q.   YEAH.  I'M SORRY, I'M NOT TRYING TO WASTE YOUR TIME,

DR. ROSENDORFF.  BUT AS JUDGE DAVILA SAID, SOMETIMES THIS IS

REQUIRED.

     BUT YOU KNOW WHAT, I'M GOING TO OFFER 7324.

          MR. BOSTIC:  NO OBJECTION.

          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

     (DEFENDANT'S EXHIBIT 7324 WAS RECEIVED IN EVIDENCE.)

BY MR. COOPERSMITH:

Q.   OKAY.  SO LET'S GO TO PAGE 3 OF THE DOCUMENT, AND THAT'S

AN EMAIL FROM DR. SIVARAMAN.

     DO YOU SEE THAT AT THE BOTTOM?

A.   YES.

Q.   AND IT'S AN EMAIL DATED SEPTEMBER 7TH, 2013, TO YOU,

DR. YOUNG, COPIED TO ELIZABETH HOLMES AND SUREKHA.

     DO YOU SEE THAT?

A.   YES.

Q.   AND IT SAYS, "PLEASE FIND ATTACHED VALIDATION DATA SUMMARY

FILES FOR TPSA, VITAMIN D, AND TSH."

     DO YOU SEE THAT?

A.   YES.

Q.   AND THOSE WERE THREE OF THE ASSAYS THAT THERANOS WAS

WORKING ON IN PREPARATION FOR THE WALGREENS LAUNCH?

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)          3576

11:27AM   1    A.   YES.

11:27AM   2    Q.   IF YOU GO UP THE CHAIN TO THE NEXT EMAIL, THIS IS AN EMAIL

11:27AM   3    FROM DANIEL YOUNG TO YOU AND OTHERS.

11:27AM   4         AND HE WRITES, "THANKS... REVIEWING THE DATA.  MAYBE WE

11:27AM   5    CAN MEET AT 3:00 P.M. TOGETHER TO DISCUSS?"

11:27AM   6         RIGHT?

11:27AM   7    A.   YES.

11:27AM   8    Q.   AND IT HAS A TIMELINE OF WHAT DANIEL YOUNG THINKS SHOULD

11:27AM   9    HAPPEN TO CONTINUE WORKING ON THESE ASSAYS.

11:27AM  10         DO YOU SEE THAT?

11:27AM  11    A.   YES.

11:27AM  12    Q.   AND THEN ABOVE THAT THERE'S AN EMAIL FROM YOU, AND IT'S

11:27AM  13    FROM YOU TO DANIEL YOUNG, SHARADA SIVARAMAN, AGAIN COPIED TO

11:27AM  14    ELIZABETH HOLMES AND SUREKHA.

11:27AM  15         DO YOU SEE THAT?

11:27AM  16    A.   YES.

11:27AM  17    Q.   AND MR. BALWANI IS NOT ON THIS EMAIL; RIGHT?

11:27AM  18    A.   NO.

11:27AM  19    Q.   AND THEN IT SAYS, "SHARADA,

11:27AM  20         "THANKS -- THE DATA LOOKS GREAT."

11:27AM  21         DO YOU SEE THAT?

11:27AM  22    A.   YES.

11:27AM  23    Q.   AND THAT'S WHAT YOU TOLD DR. SIVARAMAN; RIGHT?

11:28AM  24    A.   YES.

11:28AM  25    Q.   AND IT SAYS, "THE ACCURACY/BIAS PLOTS COMPARING THE EDISON

ER-2597

| | | |
|---|---|---|
| 11:28AM | 1 | 3.5 WITH PREDICATE (VITAMIN D, TSH) ARE EXCELLENT LIKE THE |
| 11:28AM | 2 | CURRENT REFERENCE RANGES COULD EASILY BE ADJUSTED BASED ON THE |
| 11:28AM | 3 | REGRESSION FORMULA." |
| 11:28AM | 4 | DO YOU SEE THAT? |
| 11:28AM | 5 | A.   YES. |
| 11:28AM | 6 | Q.   AND THEN IT GOES ON. |
| 11:28AM | 7 | DO YOU SEE THAT? |
| 11:28AM | 8 | A.   YES. |
| 11:28AM | 9 | Q.   LET'S PUT THAT ASIDE. |
| 11:28AM | 10 | NOW, LET'S TALK ABOUT THE LAUNCH ITSELF.  IF YOU COULD |
| 11:28AM | 11 | REFER -- AND I GUESS WE COULD DO IT ON THE SCREEN -- TO |
| 11:28AM | 12 | EXHIBIT 28466. |
| 11:28AM | 13 | MR. ALLEN, IF WE COULD SHOW DR. ROSENDORFF PAGE 3250 AT |
| 11:28AM | 14 | LINE 17. |
| 11:29AM | 15 | DO YOU HAVE THAT IN FRONT OF YOU? |
| 11:29AM | 16 | A.   YES. |
| 11:29AM | 17 | Q.   OKAY.  I JUST WANT TO MAKE SURE THAT WE'RE ALL CLEAR ON |
| 11:29AM | 18 | THE TESTIMONY HERE. |
| 11:29AM | 19 | DO YOU REMEMBER ON WEDNESDAY MR. BOSTIC ASKED YOU A |
| 11:29AM | 20 | QUESTION ABOUT WHETHER THERE CAME A TIME IN 2013 WHEN THERANOS |
| 11:29AM | 21 | LAUNCHED ITS TESTING SERVICES TO THE GENERAL PUBLIC? |
| 11:29AM | 22 | DO YOU SEE THAT? |
| 11:29AM | 23 | A.   YES. |
| 11:29AM | 24 | Q.   AND YOU RESPONDED YES, AND THAT IT WAS THE LAUNCH TO THE |
| 11:29AM | 25 | GENERAL PUBLIC IN EARLY SEPTEMBER, AROUND SEPTEMBER 9TH? |

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)　　3578

11:29AM 1　　A.　YES.

11:29AM 2　　Q.　OKAY.　AND YOUR TESTIMONY ON WEDNESDAY THEN WAS THAT

11:29AM 3　　SEPTEMBER 9TH WAS A LAUNCH TO THE, QUOTE, GENERAL PUBLIC?

11:29AM 4　　A.　YES.

11:29AM 5　　Q.　OKAY.　LET'S TAKE A LOOK AT EXHIBIT 13880.

11:30AM 6　　　　OKAY.　DO YOU SEE THAT EXHIBIT 13880 IS AN EMAIL FROM

11:30AM 7　　THERANOS HUMAN RESOURCES TO ALL THERANOS EMPLOYEES?

11:30AM 8　　　　DO YOU SEE THAT?

11:30AM 9　　A.　YES.

11:30AM 10　　Q.　AND THAT WAS -- YOU WERE AN EMPLOYEE OF THERANOS AT THE

11:30AM 11　　TIME; RIGHT?

11:30AM 12　　A.　CORRECT.

11:30AM 13　　Q.　AND SO YOU WERE INCLUDED ON EMAIL LISTS OF ALL THERANOS

11:30AM 14　　EMPLOYEE AT THE TIME?

11:30AM 15　　A.　CORRECT.

11:30AM 16　　Q.　AND THIS EMAIL RELATES TO THE -- IT'S DATED

11:30AM 17　　SEPTEMBER 11TH; CORRECT?

11:30AM 18　　A.　YES.

11:30AM 19　　Q.　OF 2013?

11:30AM 20　　A.　YES.

11:30AM 21　　Q.　AND IT RELATES TO THE INITIAL BLOOD TESTING THAT WAS GOING

11:31AM 22　　ON AT THE PALO ALTO WALGREENS; RIGHT?

11:31AM 23　　A.　YES.

11:31AM 24　　Q.　OKAY.

11:31AM 25　　　　YOUR HONOR, WE OFFER EXHIBIT 13880.

ER-2599

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)          3579

11:31AM   1                    MR. BOSTIC:  NO OBJECTION.

11:31AM   2                    THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:31AM   3              (DEFENDANT'S EXHIBIT 13880 WAS RECEIVED IN EVIDENCE.)

11:31AM   4     BY MR. COOPERSMITH:

11:31AM   5     Q.   OKAY.  LET'S TAKE A LOOK AT IT.

11:31AM   6              IT SAYS, "ALL,

11:31AM   7              "AS MENTIONED IN OUR ALL EMPLOYEE MEETING, WE ARE NOW

11:31AM   8     OFFERING FREE SCREENINGS TO ALL THERANOS EMPLOYEES, FRIENDS AND

11:31AM   9     FAMILY."

11:31AM  10              DO YOU SEE THAT?

11:31AM  11     A.   YES.

11:31AM  12     Q.   AND IT SAYS, "WE HAVE AN INDEPENDENT PHYSICIAN,

11:31AM  13     DR. ARJALI JAIN" --

11:31AM  14     A.   YES.

11:31AM  15     Q.   -- "WHO WE ARE COLLABORATING WITH TO MAKE THESE SERVICES

11:31AM  16     AVAILABLE TO YOU.  DR. JAIN RECEIVED HER M.D. FROM

11:31AM  17     JOHNS HOPKINS," AND IT GOES ON.

11:31AM  18              DO YOU SEE THAT?

11:31AM  19     A.   YES.

11:31AM  20     Q.   AND THEN IT GOES ON, "STARTING TODAY, ALL EMPLOYEES,

11:31AM  21     FRIENDS, AND FAMILY WILL BE ABLE TO GO TO OUR WELLNESS CENTER

11:32AM  22     AT DOWNTOWN PALO ALTO WALGREENS LOCATION AND RECEIVE A VARIETY

11:32AM  23     OF TESTS SO EVERYONE GETS TO SEE OUR FIRST STORE."

11:32AM  24              DO YOU SEE THAT?

11:32AM  25     A.   YES.

11:32AM    1    Q.   AND SO THIS BLOOD TESTING AS INITIALLY CONCEIVED WAS FOR

11:32AM    2    EMPLOYEES, FRIENDS, AND FAMILY?

11:32AM    3    A.   CORRECT.

11:32AM    4    Q.   AND THEN IT GOES ON TO SAY, "THE FIRST PANEL WE ARE

11:32AM    5    OFFERING IS A COMPLETE BLOOD COUNT WITH HBA1C TEST."

11:32AM    6         DO YOU SEE THAT?

11:32AM    7    A.   YES.

11:32AM    8    Q.   AND HBA1C IS A TEST THAT IS DONE TO MONITOR DIABETES?

11:32AM    9    A.   CORRECT.

11:32AM   10    Q.   AND COMPLETE BLOOD COUNT IS A CYTOMETRY TEST?

11:32AM   11    A.   YES.

11:32AM   12    Q.   AND THOSE WERE THE INITIAL TESTS THAT WERE BEING OFFERED

11:32AM   13    DURING THIS FRIENDS AND FAMILY OPENING.

11:32AM   14         DO YOU SEE THAT?

11:32AM   15    A.   I DON'T RECALL THAT OTHER THAN READING IT HERE TODAY.

11:32AM   16    Q.   OKAY.  AND THEN IT GOES ON, IF YOU GO DOWN THE PAGE A

11:32AM   17    LITTLE BIT, THERE'S A HEADING, TO GET STARTED, PLEASE FOLLOW

11:32AM   18    THESE SIMPLE STEPS.

11:32AM   19         DO YOU SEE THAT?

11:32AM   20    A.   YES.

11:32AM   21    Q.   AND IT SAYS "EMPLOYEES:  ALL EMPLOYEES WILL BE

11:33AM   22    PRE-AUTHORIZED BY DR. JAIN FOR THESE TESTS.  PLEASE CLICK ON

11:33AM   23    THIS LINK TO SCHEDULE A TIME SLOT THAT IS CONVENIENT FOR YOU."

11:33AM   24         DO YOU SEE THAT?

11:33AM   25    A.   YES.

11:33AM  1    Q.   AND THAT'S BECAUSE IN CALIFORNIA, TO GO GET A LAB TEST,

11:33AM  2    YOU HAVE TO HAVE A DOCTOR PRESCRIBING THAT; RIGHT?

11:33AM  3    A.   CORRECT.

11:33AM  4    Q.   AND DR. JAIN WAS ON THE SCENE IN ORDER TO PRESCRIBE THOSE

11:33AM  5    TESTS; RIGHT?

11:33AM  6    A.   CORRECT.

11:33AM  7    Q.   RIGHT.  SHE WAS MADE AVAILABLE FOR THAT PURPOSE?

11:33AM  8    A.   CORRECT.

11:33AM  9    Q.   AND IF YOU GO TO THE NEXT SECTION THERE, IT SAYS YOUR

11:33AM  10   FRIENDS AND FAMILY.  SO THE FRIENDS AND FAMILY OF THE

11:33AM  11   EMPLOYEES, THEY'RE INSTRUCTED TO USE THE SAME LINK ABOVE TO

11:33AM  12   SCHEDULE THEIR TIME SLOT.

11:33AM  13        DO YOU SEE THAT?

11:33AM  14   A.   YES.

11:33AM  15   Q.   LET'S LOOK AT 20351.

11:34AM  16        DO YOU HAVE 20351, SIR?

11:34AM  17   A.   NOT YET, SIR.

11:34AM  18   Q.   OKAY.  NOW YOU SEE IT?

11:34AM  19   A.   YES.

11:34AM  20   Q.   AND YOU RECOGNIZE THIS AS A FLYER THAT WAS AVAILABLE FOR

11:34AM  21   THOSE INITIAL TESTS THAT WERE BEING DONE AT THE PALO ALTO

11:34AM  22   WALGREENS?

11:34AM  23   A.   YES.

11:34AM  24   Q.   AND IT RELATES TO THAT SAME BLOOD TESTING THAT WE WERE

11:34AM  25   JUST TALKING ABOUT IN THE PREVIOUS EXHIBIT?

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)                    3582

11:34AM   1    A.   YES.

11:34AM   2              MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20351.

11:35AM   3              MR. BOSTIC:  NO OBJECTION.

11:35AM   4              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

11:35AM   5         (DEFENDANT'S EXHIBIT 20351 WAS RECEIVED IN EVIDENCE.)

11:35AM   6    BY MR. COOPERSMITH:

11:35AM   7    Q.   OKAY.  SO LOOKING AT THE FLYER, IT SAYS FREE HEALTH

11:35AM   8    SCREENING OFFERED FROM A TINY FINGERSTICK; RIGHT?

11:35AM   9    A.   YES.

11:35AM  10    Q.   AND THIS SAYS, "COMPLETE BLOOD COUNT AND DIABETES

11:35AM  11    SCREENING TESTS FOR ALL THERANOS EMPLOYEES, FAMILY AND

11:35AM  12    FRIENDS."

11:35AM  13         DO YOU SEE THAT?

11:35AM  14    A.   YES.

11:35AM  15    Q.   AND SO THAT WAS WHAT WAS GOING ON ON SEPTEMBER 9TH; RIGHT?

11:35AM  16    A.   YES.

11:35AM  17    Q.   OKAY.  LET'S JUMP AHEAD.

11:35AM  18         DO YOU REMEMBER THAT YOU WERE TALKING ABOUT, DURING YOUR

11:35AM  19    DIRECT EXAMINATION, THAT RIGHT BEFORE THAT SEPTEMBER 9TH

11:35AM  20    INITIAL BLOOD TEST OFFERING AT WALGREENS IN PALO ALTO, THAT YOU

11:35AM  21    NEEDED MORE TIME TO WORK ON THE ASSAYS; RIGHT?

11:35AM  22    A.   YES.

11:35AM  23    Q.   AND YOU WERE ASKED QUESTIONS ON DIRECT ABOUT THAT SUBJECT

11:36AM  24    AND HOW THERE WASN'T ENOUGH TIME BEFORE THE LAUNCH WAS COMING

11:36AM  25    ON SEPTEMBER 9TH?

ER-2603

11:36AM  1    A.   YES.

11:36AM  2    Q.   OKAY.  WE'VE JUST SEEN WHAT ACTUALLY HAPPENED ON

11:36AM  3    SEPTEMBER 9TH; RIGHT?

11:36AM  4    A.   YES.

11:36AM  5    Q.   NOW, LET'S GO A FEW MONTHS, OR A COUPLE OF MONTHS AHEAD,

11:36AM  6    OR ONE MONTH AHEAD AND LOOK AT EXHIBIT 12464.

11:36AM  7         OKAY.  DO YOU SEE THIS IS AN EMAIL STRING AMONG YOU AND

11:36AM  8    MR. BALWANI?

11:36AM  9    A.   YES.

11:36AM  10   Q.   AND IT'S DATED NOVEMBER 7TH AND NOVEMBER 8TH, 2013?

11:37AM  11   A.   YES.

11:37AM  12   Q.   AND IT RELATES TO, AGAIN, THE LAUNCH OF WALGREENS?

11:37AM  13   A.   IT LOOKS LIKE THIS WAS AFTER THE LAUNCH.

11:37AM  14   Q.   WELL, IT WAS NOVEMBER 8TH?

11:37AM  15   A.   YES.

11:37AM  16   Q.   AND SO IT RELATES TO THE WALGREENS BLOOD TESTING?

11:37AM  17   A.   YES.

11:37AM  18        MR. COOPERSMITH:  OKAY, YOUR HONOR, WE OFFER

11:37AM  19   EXHIBIT 12464.

11:37AM  20        MR. BOSTIC:  NO OBJECTION.

11:37AM  21        THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

11:37AM  22        (DEFENDANT'S EXHIBIT 12464 WAS RECEIVED IN EVIDENCE.)

11:37AM  23   BY MR. COOPERSMITH:

11:37AM  24   Q.   OKAY.  LET'S LOOK AT THE BOTTOM EMAIL, FIRST IN TIME.

11:37AM  25        AND MR. BALWANI WRITES ON NOVEMBER 7TH, 2013, "ADAM,

11:37AM  1        "WE WOULD LIKE TO OPEN OUR 300 UNIVERSITY AVENUE STORE TO

11:37AM  2    PUBLIC THIS COMING MONDAY."

11:37AM  3        DO YOU SEE THAT?

11:37AM  4    A.   YES.

11:37AM  5    Q.   "WE FEEL CONFIDENT THAT WE CAN HANDLE 30 SAMPLES PER DAY

11:37AM  6    FROM THIS LOCATION AT THIS POINT.  AND IT HAS BEEN 2 MONTHS

11:37AM  7    SINCE WE HAVE BEEN OUT IN WAG.  IT'S TIME TO GO LIVE."

11:38AM  8        DO YOU SEE THAT?

11:38AM  9    A.   YES.

11:38AM  10   Q.   AND IT SAYS, WE WILL BE ALSO OPENING OUR FIRST PHOENIX

11:38AM  11   LOCATION NEXT WEEK.

11:38AM  12       DO YOU SEE THAT?

11:38AM  13   A.   YES.

11:38AM  14   Q.   AND THEN IF YOU GO TO THE NEXT PAGE, MR. BALWANI WRITES,

11:38AM  15   "THE KEY IS TO HAVE PERFECT DISCIPLINE AND SOP'S," STANDARD

11:38AM  16   OPERATING PROCEDURES, "IN PLACE TO MAKE SURE WE HAVE A PLAN FOR

11:38AM  17   EVERYTHING AND EVERYONE IN THE CHAIN KNOWS WHAT NEEDS TO BE

11:38AM  18   DONE.  WE WILL WORK ON THIS FROM NOW THRU NEXT 5 DAYS AND I

11:38AM  19   KNOW WE WILL GET THIS DONE."

11:38AM  20       DO YOU SEE THAT?

11:38AM  21   A.   YES.

11:38AM  22   Q.   AND THEN HE WRITES, "I WOULD LIKE TO ASK AT THIS TIME IF

11:38AM  23   YOU HAVE A REASON TO THINK WE NEED MORE TIME OR TEST OUT

11:38AM  24   SOMETHING THAT WE HAVEN'T THOUGHT ABOUT.  WE WILL BE PICKING UP

11:38AM  25   SAMPLES EVERY HOUR OR SO DURING NOVEMBER FROM THE

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.) 3585

11:38AM 1    300 UNIVERSITY AVENUE LOCATION SO I THINK AT A POINT WE WILL

11:38AM 2    NEVER HAVE TOO MANY SAMPLES TO DEAL WITH AT ONE POINT."

11:38AM 3        DO YOU SEE THAT?

11:38AM 4    A.   YES.

11:38AM 5    Q.   SO MR. BALWANI IS ASKING YOU TO PROVIDE ANY REASON IF YOU

11:38AM 6    NEED MORE TIME OR ANYTHING ELSE THAT YOU THINK NEEDS TO BE

11:38AM 7    DONE; RIGHT?

11:38AM 8    A.   YES.

11:38AM 9    Q.   AND THEN YOU RESPONDED IN THE EMAIL ON THE FIRST PAGE;

11:39AM 10   CORRECT?

11:39AM 11   A.   YES.

11:39AM 12   Q.   AND YOU WROTE, "SUNNY,

11:39AM 13       "THIS IS VERY EXCITING THAT WE ARE BROADENING OUR TESTING

11:39AM 14   TO A WIDER BASE."

11:39AM 15       DO YOU SEE THAT?

11:39AM 16   A.   YES.

11:39AM 17   Q.   AND THEN YOU SAY, "THERE ARE A FEW ISSUES THAT NEED TO BE

11:39AM 18   ADDRESSED."

11:39AM 19       RIGHT?

11:39AM 20   A.   YES.

11:39AM 21   Q.   AND THEN YOU HAVE OPERATIONAL ISSUES; RIGHT?

11:39AM 22   A.   YES.

11:39AM 23   Q.   AND THEN YOU HAVE MEDICAL/SCIENTIFIC ISSUES; RIGHT?

11:39AM 24   A.   YES.

11:39AM 25   Q.   AND THE MEDICAL/SCIENTIFIC ISSUES ARE WHAT YOU ARE

ER-2606

11:39AM 1      POINTING OUT THAT YOU THINK WOULD GO TO THE ABILITY OF THE

11:39AM 2      ASSAYS TO FUNCTION PROPERLY; RIGHT?

11:39AM 3      A.   YES.

11:39AM 4      Q.   AND IN THIS CASE YOU'RE IDENTIFYING AS AN ISSUE

11:39AM 5      SENSITIVITY OF VITAMIN D, TSH, AND POSSIBLY CTNI.

11:39AM 6          DO YOU SEE THAT?

11:39AM 7      A.   SO IT'S NOT JUST THE MEDICAL/SCIENTIFIC ISSUES THAT ARE

11:39AM 8      IMPORTANT FOR GOOD LABORATORY PRACTICE AND ACCURATE RESULTS.

11:39AM 9      IT'S ALSO THE CHAIN OF COMMAND.

11:39AM 10     Q.   I'M GOING TO INTERRUPT YOU BECAUSE I JUST WANT MY QUESTION

11:39AM 11     ANSWERED, OKAY?

11:39AM 12     A.   YEAH.

11:39AM 13     Q.   SO IN THIS EMAIL YOU WERE JUST POINTING OUT THE

11:39AM 14     MEDICAL/SCIENTIFIC ISSUES THAT I JUST READ, CORRECT, IN THIS

11:40AM 15     EMAIL?

11:40AM 16     A.   NO.

11:40AM 17     Q.   WELL, THAT'S WHAT YOU'RE SAYING IN THIS EMAIL; RIGHT?

11:40AM 18     A.   OPERATIONAL -- THERE'S OPERATIONAL AT THE TOP.

11:40AM 19     Q.   CORRECT.  YOU'RE POINTING OUT SOME OPERATIONAL ISSUES;

11:40AM 20     CORRECT?

11:40AM 21     A.   UH-HUH, UH-HUH.

11:40AM 22     Q.   AND THEN YOU'RE ALSO POINTING OUT SOME MEDICAL AND

11:40AM 23     SCIENTIFIC ISSUES?

11:40AM 24     A.   CORRECT.

11:40AM 25     Q.   AND THEN YOU SPECIFICALLY WRITE WHAT YOUR MEDICAL AND

11:40AM   1    SCIENTIFIC ISSUES WERE AT THE TIME; RIGHT?

11:40AM   2    A.   YES.

11:40AM   3    Q.   AND THAT WAS IN RESPONSE TO MR. BALWANI'S EMAIL WHERE HE

11:40AM   4    ASKED YOU FOR ANYTHING THAT YOU HAD TO SAY AT THAT POINT;

11:40AM   5    RIGHT?

11:40AM   6    A.   YES.

11:40AM   7    Q.   OKAY.  AND THEN YOU POINTED OUT SPECIFICALLY SENSITIVITY

11:40AM   8    ISSUES SURROUNDING VITAMIN D, TSH, AND POSSIBLY CTNI; RIGHT?

11:40AM   9    A.   YES.

11:40AM  10    Q.   AND THEN YOU GO ON TO EXPLAIN WHAT YOUR CONCERN WAS;

11:40AM  11    RIGHT?

11:40AM  12    A.   YES.

11:40AM  13    Q.   OKAY.  SO LET'S TALK ABOUT THAT.

11:40AM  14         FIRST OF ALL, ON THE ISSUE OF VITAMIN D, YOU HAD ACTUALLY

11:41AM  15    SIGNED THAT VALIDATION REPORT ON SEPTEMBER 30TH, 2013; CORRECT?

11:41AM  16    A.   I DO NOT RECALL.

11:41AM  17    Q.   OKAY.  LET'S JUST TAKE A QUICK LOOK AT EXHIBIT 9412 THAT

11:41AM  18    IS IN THAT VALIDATION REPORT BINDER THAT I HANDED YOU, OR MAYBE

11:41AM  19    YOU CAN SEE IT ON THE SCREEN AND YOU CAN SEE THE DATE

11:41AM  20    SEPTEMBER 30TH, 2013?

11:41AM  21    A.   YES.

11:41AM  22    Q.   AND THAT'S THE VITAMIN D VALIDATION REPORT; CORRECT?

11:41AM  23    A.   YES.

11:41AM  24    Q.   AND THEN IF YOU GO TO EXHIBIT 20424, WHICH IS NOT YET IN

11:41AM  25    EVIDENCE.

ER-2608

| | | |
|---|---|---|
| 11:41AM | 1 | DO YOU SEE 20424? |
| 11:41AM | 2 | A.   YES. |
| 11:41AM | 3 | Q.   AND THIS IS DR. SIVARAMAN SENDING YOU AN EMAIL ON |
| 11:41AM | 4 | NOVEMBER 20TH, 2013? |
| 11:41AM | 5 | A.   YES. |
| 11:41AM | 6 | Q.   TO YOU AND TO DR. YOUNG? |
| 11:41AM | 7 | A.   YES. |
| 11:41AM | 8 | Q.   AND ALSO A COPY TO RAN HU, H-U? |
| 11:41AM | 9 | A.   YES. |
| 11:41AM | 10 | Q.   OKAY.  AND THEN THERE'S CERTAIN ATTACHMENTS. |
| 11:42AM | 11 | DO YOU SEE THAT? |
| 11:42AM | 12 | A.   YES. |
| 11:42AM | 13 | Q.   AND THIS RELATES TO VITAMIN D AND TSH; RIGHT? |
| 11:42AM | 14 | A.   YES. |
| 11:42AM | 15 | Q.   OKAY. |
| 11:42AM | 16 | YOUR HONOR, WE OFFER EXHIBIT -- |
| 11:42AM | 17 | THE COURT:  20424. |
| 11:42AM | 18 | MR. COOPERSMITH:  -- 20424, YES, THANK YOU. |
| 11:42AM | 19 | MR. BOSTIC:  NO OBJECTION. |
| 11:42AM | 20 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 11:42AM | 21 | (DEFENDANT'S EXHIBIT 20424 WAS RECEIVED IN EVIDENCE.) |
| 11:42AM | 22 | BY MR. COOPERSMITH: |
| 11:42AM | 23 | Q.   OKAY, LOOKING AT THE EMAIL, IT SAYS DR. SIVARAMAN IS |
| 11:42AM | 24 | SENDING YOU THE UPDATED REVISED VITAMIN D AND TSH REPORTS WITH |
| 11:42AM | 25 | THE REPEAT OF THE ANALYTICAL SENSITIVITY EXPERIMENTS, THE DATA |

11:42AM   1   OF WHICH WAS SHARED WITH YOU IN THE LAST MEETING.

11:42AM   2       DO YOU SEE THAT?

11:42AM   3   A.   YES.

11:42AM   4   Q.   BECAUSE SHE WAS RESPONDING TO THE ISSUES THAT YOU WERE

11:42AM   5   RAISING ABOUT SENSITIVITY ON THESE TWO ASSAYS; CORRECT?

11:42AM   6   A.   YES.

11:42AM   7   Q.   AND THEN IT GOES ON TO SAY, "PLEASE LET ME KNOW HOW YOU

11:42AM   8   WOULD LIKE THE REVISIONS TO BE INCORPORATED.  DO WE KEEP OR

11:42AM   9   REMOVE THE ORIGINAL SECTION AND ALSO IF YOU NEED TO SIGN THESE

11:42AM  10   TWO REPORTS AGAIN."

11:42AM  11       DO YOU SEE THAT?

11:43AM  12   A.   YES.

11:43AM  13   Q.   AND SO AFTER YOU RAISED THESE CONCERNS ABOUT THESE

11:43AM  14   PARTICULAR ASSAYS, ADDITIONAL WORK WAS DONE IN THE RESEARCH AND

11:43AM  15   DEVELOPMENT LAB TO SOLVE FOR THE SENSITIVITY ISSUES; RIGHT?

11:43AM  16   A.   THAT'S WHAT IT LOOKS LIKE, YEAH, YEAH.

11:43AM  17   Q.   OKAY.  AND MR. BALWANI WAS NOT ON THESE EMAILS; RIGHT?

11:43AM  18   A.   NO, HE'S NOT.

11:43AM  19   Q.   AND IF YOU GO TO THE NEXT EXHIBIT, 20423.

11:43AM  20       DO YOU SEE THAT YET?

11:43AM  21       OKAY.  DO YOU SEE IT ON YOUR SCREEN?

11:43AM  22   A.   YES.

11:43AM  23   Q.   AND DO YOU SEE AT THE BOTTOM THERE'S THE SAME EMAIL THAT

11:43AM  24   WE JUST LOOKED AT FROM DR. SIVARAMAN?

11:43AM  25   A.   YES.

11:43AM 1    Q.  AND THEN THIS IS A DIFFERENT EMAIL CHAIN, SO IT HAS A

11:43AM 2    RESPONSE FROM YOU; CORRECT?

11:43AM 3    A.  YES.

11:43AM 4    Q.  AND THEN YOU WERE JUST RESPONDING TO DR. SIVARAMAN AFTER

11:43AM 5    SHE SENT YOU THOSE REVISED REPORTS THAT DEALT WITH SENSITIVITY?

11:44AM 6    A.  YES.

11:44AM 7    Q.  OKAY.

11:44AM 8        YOUR HONOR, WE OFFER 20423.

11:44AM 9            MR. BOSTIC:  NO OBJECTION.

11:44AM 10           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:44AM 11       (DEFENDANT'S EXHIBIT 20423 WAS RECEIVED IN EVIDENCE.)

11:44AM 12   BY MR. COOPERSMITH:

11:44AM 13   Q.  OKAY.  NOW THAT WE'RE ALL SEEING IT, YOU SEE IT'S FROM YOU

11:44AM 14   TO DR. SIVARAMAN AND THE SUBJECT IS REVISED TSH AND VITAMIN D

11:44AM 15   REPORTS?

11:44AM 16   A.  YES.

11:44AM 17   Q.  AND AGAIN, MR. BALWANI IS NOT ON THIS EMAIL; RIGHT?

11:44AM 18   A.  YES.

11:44AM 19   Q.  IT SAYS, "HI, SHARADA,

11:44AM 20       "THE NEW VITAMIN D REPORT LOOKS GOOD -- 2 MINOR POINTS."

11:44AM 21       DO YOU SEE THAT?

11:44AM 22   A.  YES.

11:44AM 23   Q.  AND THEN YOU GO ON AND EXPLAIN SOMETHING THAT YOU WOULD

11:44AM 24   LIKE DELETED IN CONNECTION WITH THE REFERENCE RANGE; RIGHT?

11:44AM 25   A.  YES.

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)          3591

11:44AM   1    Q.   YOU CAN TAKE THAT DOWN, MR. ALLEN.

11:44AM   2         NOW, VITAMIN D IN PARTICULAR, AT TIME IT'S A DIFFICULT

11:44AM   3    ASSAY; RIGHT?

11:45AM   4    A.   I'M NOT SURE.

11:45AM   5    Q.   OKAY.  LET'S TAKE A LOOK AT AN EXHIBIT ALREADY IN

11:45AM   6    EVIDENCE, 20046.

11:45AM   7         AND DO YOU SEE THIS IS AN EMAIL STRING WITH A NUMBER OF

11:45AM   8    PEOPLE, INCLUDING YOURSELF?

11:45AM   9         BUT THE ONE I WANT TO FOCUS ON WAS THE EMAIL FROM

11:45AM   10   DR. PANDORI TO MR. BALWANI, MR. GEE, YOURSELF, AND

11:45AM   11   DANIEL YOUNG, WITH COPIES TO OTHERS.

11:45AM   12        DO YOU SEE THAT?

11:45AM   13   A.   YES.

11:45AM   14   Q.   AND THEN DR. PANDORI WRITES, "OK.

11:45AM   15        LANGLY, NOTE.

11:45AM   16        "ALSO, ALL,

11:45AM   17        "ATTACHED IS AN INTERESTING PAPER I'VE FOUND ON THE TOPIC

11:45AM   18   OF VARIABILITY OF VITAMIN D ASSAYS ON VARIOUS

11:45AM   19   METHODS/EQUIPMENT.  IT MAY BE USEFUL IN REGARDS TO OUR EFFORT

11:46AM   20   TO ESTABLISH FAIR RANGES OF ACCEPTABILITY FOR AAP THIS ANALYTE,

11:46AM   21   WHICH SEEMS NOTORIOUS FOR VARIABILITY ON EVEN FDA APPROVED

11:46AM   22   TESTS."

11:46AM   23        RIGHT?

11:46AM   24   A.   YES.

11:46AM   25   Q.   AND YOU AGREE WITH DR. PANDORI THAT VITAMIN D IS NOTORIOUS

ER-2612

11:46AM  1    FOR VARIABILITY?

11:46AM  2    A.   WELL, I DON'T WANT TO GET TOO TECHNICAL, BUT THERE'S 25

11:46AM  3    OH, OR 25 HYDROXY VITAMIN D, THERE'S 1,25 HYDROXY VITAMIN D.

11:46AM  4        THE ASSAYS TO DETECT TOTAL VITAMIN D, MY SENSE IS THAT

11:46AM  5    THEY'RE BETTER THAN THE ONES THAT CLAIM TO DETECT THE 25

11:46AM  6    HYDROXY VITAMIN D.

11:46AM  7        I MEAN, I'M JUST SAYING THERE'S MORE NUANCE TO THIS THAN

11:46AM  8    WHAT YOU'RE SAYING.

11:46AM  9    Q.   I'M SURE THAT'S THE CASE, BUT I'M SIMPLY ASKING HERE

11:46AM  10   WHETHER YOU AGREE WITH DR. PANDORI IN TERMS OF WHAT HE'S SAYING

11:47AM  11   IN THIS EMAIL?

11:47AM  12   A.   I'M NOT SURE WHAT HE'S SAYING, BECAUSE HE'S JUST SAYING

11:47AM  13   VITAMIN D, YOU KNOW, PERIOD.

11:47AM  14   Q.   OKAY.  DID YOU READ THE PAPER THAT HE ATTACHED?

11:47AM  15   A.   I DON'T RECALL.

11:47AM  16   Q.   OKAY.  AND WAS THAT YOUR USUAL PRACTICE?  IF DR. PANDORI

11:47AM  17   OR SOMEONE ELSE IN THE SCIENTIFIC TEAM SENT THE PAPER, WOULD

11:47AM  18   YOU TRY TO READ IT?

11:47AM  19   A.   I WOULD TRY TO, YES.

11:47AM  20   Q.   OKAY.  LET'S TAKE A LOOK AT EXHIBIT 20303.

11:47AM  21       OKAY.  DO YOU HAVE THAT ON YOUR SCREEN?

11:47AM  22   A.   YES.

11:47AM  23   Q.   AND IS THIS AN EMAIL STRING BETWEEN YOU AND MR. BALWANI

11:47AM  24   DATED NOVEMBER 11TH, 2013?

11:47AM  25   A.   YES.

11:47AM  1    Q.   AND IT RELATES TO PHOENIX?

11:47AM  2    A.   YES.

11:47AM  3    Q.   AND YOU UNDERSTOOD THAT THERANOS WAS PLANNING TO OPEN

11:48AM  4    STORES IN PHOENIX?

11:48AM  5    A.   YES.

11:48AM  6         MR. COOPERSMITH:  AND I OFFER 20303.

11:48AM  7         MR. BOSTIC:  NO OBJECTION.

11:48AM  8         THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

11:48AM  9         (DEFENDANT'S EXHIBIT 20303 WAS RECEIVED IN EVIDENCE.)

11:48AM 10    BY MR. COOPERSMITH:

11:48AM 11    Q.   DR. ROSENDORFF, DO YOU SEE IN THE BOTTOM EMAIL MR. BALWANI

11:48AM 12    IS WRITING TO YOU WITH A SUBJECT PHX, WHICH IS PHOENIX?

11:48AM 13    A.   YES.

11:48AM 14    Q.   AND THEN HE SAYS "ADAM,

11:48AM 15         "PLEASE NOTE THAT SINCE THE LOCAL MARKET NOW ALREADY KNOWS

11:48AM 16    THAT WE ARE IN ARIZONA, WE ARE ANNOUNCING PRESENCE IN 2 STORES

11:48AM 17    IN PHOENIX TOMORROW."

11:48AM 18         DO YOU SEE THAT?

11:48AM 19    A.   YES.

11:48AM 20    Q.   "WE WILL STILL CONTINUE TO MODULATE THE NUMBER OF SAMPLES

11:48AM 21    FROM THERE SO THAT THE TOTAL NUMBER OF SAMPLES THIS MONTH STILL

11:48AM 22    STAYS BELOW 100 PER DAY."

11:48AM 23         DO YOU SEE THAT?

11:48AM 24    A.   YES.

11:48AM 25    Q.   AND THAT WAS THAT OPERATIONAL ISSUE THAT WE DISCUSSED

11:48AM  1    EARLIER WHERE IT WOULD BE EASIER TO DEAL WITH A LOWER NUMBER OF

11:48AM  2    SAMPLES?

11:48AM  3    A.   YOU STILL HAVE TO -- WELL, I CAN'T ANSWER THAT YES OR NO.

11:49AM  4    Q.   OKAY.  AND THEN YOUR RESPONSE TO MR. BALWANI'S MESSAGE IS

11:49AM  5    "EXCELLENT"?

11:49AM  6    A.   YES.

11:49AM  7    Q.   "THANK YOU."

11:49AM  8    A.   YES.

11:49AM  9    Q.   NOTHING ELSE?

11:49AM  10   A.   YES.

11:49AM  11   Q.   DR. ROSENDORFF, DO YOU REMEMBER ON DIRECT WHEN YOU WERE

11:49AM  12   TALKING TO MR. BOSTIC YOU DISCUSSED AN INSPECTION THAT HAD

11:49AM  13   OCCURRED IN SEPTEMBER OF 2013?

11:49AM  14   A.   YES.

11:49AM  15   Q.   AND I THINK ON TUESDAY WHEN I STARTED ASKING YOU

11:49AM  16   QUESTIONS, WE SAW THAT THE INSPECTOR WAS AN EILEEN NORKIN.

11:49AM  17       DO YOU REMEMBER THAT?

11:49AM  18   A.   FROM YESTERDAY, YES.

11:49AM  19   Q.   OR I THINK IT MIGHT HAVE BEEN WEDNESDAY.

11:49AM  20   A.   OH, I'M SORRY.  CORRECT.  I'M SORRY, YEAH.

11:49AM  21   Q.   OKAY.  AND, IN FACT, THIS WAS A ROUTINE INSPECTION THAT

11:50AM  22   WAS PLANNED; IS THAT RIGHT?

11:50AM  23   A.   CORRECT.

11:50AM  24   Q.   AND THIS INSPECTOR CAME AND LOOKED AT THE THERANOS LAB;

11:50AM  25   RIGHT?

ER-2615

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)      3595

11:50AM  1    A.   CORRECT.

11:50AM  2    Q.   AND I THINK THAT, JUST TO MAKE SURE WE'RE CLEAR, HER JOB

11:50AM  3    AS YOU UNDERSTOOD IT WAS TO INSPECT THE THERANOS CLINICAL LAB;

11:50AM  4    RIGHT?

11:50AM  5    A.   CORRECT.

11:50AM  6    Q.   IT WAS NOT TO INSPECT THE RESEARCH AND DEVELOPMENT LAB?

11:50AM  7    A.   CORRECT.

11:50AM  8    Q.   AND YOU SAID ON WEDNESDAY THAT MR. BALWANI HAD -- HE

11:50AM  9    DIDN'T WANT PEOPLE TO LOOK AT THE RESEARCH AND DEVELOPMENT LAB;

11:50AM  10   RIGHT?

11:50AM  11   A.   CORRECT.

11:50AM  12   Q.   AND THERE WAS NO REASON THAT MS. NORKIN NEEDED TO INSPECT

11:50AM  13   THAT LAB; RIGHT?

11:50AM  14   A.   NO.

11:50AM  15   Q.   BECAUSE HER ONLY JOB WAS TO MAKE SURE THAT THAT LAB WAS

11:50AM  16   OPERATING PROPERLY ON THE CLINICAL LAB SIDE; RIGHT?

11:50AM  17   A.   CORRECT.

11:50AM  18   Q.   AND THE RESEARCH AND DEVELOPMENT LAB IS WHERE THERANOS IS

11:50AM  19   WORKING ON NEW ASSAYS AND NEW THINGS; RIGHT?

11:50AM  20   A.   CORRECT.

11:50AM  21   Q.   AND THERE WAS NO -- MS. NORKIN NEVER REQUESTED TO INSPECT

11:51AM  22   THE RESEARCH AND DEVELOPMENT LAB; RIGHT?

11:51AM  23   A.   I WAS NEVER WITH HER -- I WASN'T WITH HER THE WHOLE TIME

11:51AM  24   SHE WAS THERE THAT DAY, SO I COULDN'T REALLY SAY.

11:51AM  25   Q.   AND AS FAR AS THE TIME THAT YOU SPENT WITH HER, SHE DIDN'T

ER-2616

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)        3596

11:51AM    1    ASK YOU ABOUT THAT?

11:51AM    2    A.   NO.

11:51AM    3    Q.   AND THEN YOU ALSO SAID IN YOUR DIRECT EXAMINATION THAT YOU

11:51AM    4    SHOWED HER VALIDATION REPORTS.

11:51AM    5    A.   YES.

11:51AM    6    Q.   AND THE VALIDATION REPORTS WERE FOR THE EDISON DEVICE?

11:51AM    7    A.   I BELIEVE SO, YES.

11:51AM    8    Q.   AND ALSO FOR THE MODIFIED PREDICATE DEVICE?

11:51AM    9    A.   YES.

11:51AM   10    Q.   AND SO BECAUSE YOU SHOWED THOSE TO HER, YOU WERE INFORMING

11:51AM   11    HER THAT THERANOS WAS RUNNING THOSE PIECES OF EQUIPMENT IN THE

11:51AM   12    LAB; RIGHT?

11:51AM   13    A.   I WAS INFORMING HER OF THE LDT'S THAT WE WERE RUNNING.

11:51AM   14    Q.   RIGHT.  AND THE LDT'S WERE THE EDISON AND THE MODIFIED

11:51AM   15    PREDICATE; RIGHT?

11:51AM   16    A.   CORRECT.

11:51AM   17    Q.   AND SO AFTER THAT, IF SHE HAD REQUESTED TO SEE THE ACTUAL

11:51AM   18    DEVICES IN THE NORMANDY LAB, YOU WOULD HAVE ALLOWED HER TO DO

11:51AM   19    THAT; RIGHT?

11:51AM   20    A.   YES.

11:51AM   21    Q.   YOU WOULDN'T HAVE REFUSED?

11:52AM   22    A.   NO, I WOULD NOT.

11:52AM   23    Q.   YOU WEREN'T TRYING TO HIDE ANYTHING FROM MS. NORKIN, WERE

11:52AM   24    YOU?

11:52AM   25    A.   I WAS NOT.

ER-2617

11:52AM  1      Q.   AND, IN FACT, PART OF NOT HIDING ANYTHING FROM HER WAS

11:52AM  2      SHOWING HER THESE VALIDATION REPORTS?

11:52AM  3      A.   CORRECT.

11:52AM  4      Q.   AND SO IF SHE HAD ANY OTHER QUESTIONS ABOUT THE OPERATION

11:52AM  5      OF ANY DEVICE THAT WAS RUNNING BLOOD TESTS IN THE CLINICAL LAB,

11:52AM  6      YOU WOULD HAVE HAD TO PROVIDE THAT INFORMATION?

11:52AM  7      A.   YES.

11:52AM  8      Q.   AND YOU WOULD HAVE DONE THAT?

11:52AM  9      A.   YES.

11:52AM  10     Q.   OKAY.

11:52AM  11          YOUR HONOR, I'M GOING TO GO TO ANOTHER TOPIC.  I KNOW IT'S

11:52AM  12     A LITTLE BEFORE 12:00.  WOULD THIS BE A GOOD TIME FOR A BREAK?

11:52AM  13              THE COURT:  YOU'RE NOT GOING TO FINISH IT IN SEVEN

11:52AM  14     MINUTES?

11:52AM  15              MR. COOPERSMITH:  NO, YOUR HONOR.

11:52AM  16              THE COURT:  ALL RIGHT.

11:52AM  17          LET'S TAKE OUR LUNCH BREAK NOW, LADIES AND GENTLEMEN.

11:52AM  18     LET'S TAKE 30 MINUTES, AND THEN WE'LL COME BACK.

11:52AM  19              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

11:52AM  20              THE COURT:  YOU'RE WELCOME.

11:52AM  21          (LUNCH RECESS TAKEN AT 11:52 A.M.)

         22

         23

         24

         25

| | | |
|---|---|---|
| 11:53AM | 1 | **AFTERNOON SESSION** |
| 12:35PM | 2 | (JURY IN AT 12:35 P.M.) |
| 12:35PM | 3 | THE COURT:  THANK YOU.  WE ARE BACK ON THE RECORD. |
| 12:35PM | 4 | ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT AGAIN. |
| 12:35PM | 5 | DR. ROSENDORFF IS STILL ON THE STAND. |
| 12:35PM | 6 | I'LL REMIND YOU, DR. ROSENDORFF, YOU'RE STILL UNDER OATH. |
| 12:35PM | 7 | I JUST WANTED TO REMIND YOU, FOLKS, WE ARE GOING TO BREAK |
| 12:35PM | 8 | TODAY AT 2:45, 2:45 TODAY. |
| 12:35PM | 9 | THANK YOU. |
| 12:35PM | 10 | MR. COOPERSMITH. |
| 12:35PM | 11 | MR. COOPERSMITH:  THANK YOU, YOUR HONOR. |
| 12:35PM | 12 | Q.  GOOD AFTERNOON, DR. ROSENDORFF. |
| 12:35PM | 13 | A.  GOOD AFTERNOON. |
| 12:36PM | 14 | Q.  SO LET'S SWITCH TO A DIFFERENT SUBJECT, AND I WANT TO TALK |
| 12:36PM | 15 | TO YOU ABOUT THE LABORATORY INFORMATION SYSTEM AT THERANOS. |
| 12:36PM | 16 | OKAY? |
| 12:36PM | 17 | A.  UH-HUH. |
| 12:36PM | 18 | Q.  AND YOU REMEMBER THERE WAS -- I THINK WE MENTIONED IT |
| 12:36PM | 19 | EARLIER, THERE WAS A LABORATORY INFORMATION SYSTEM? |
| 12:36PM | 20 | A.  YES. |
| 12:36PM | 21 | Q.  AND IT NEEDED TO BE UP AND RUNNING BEFORE THE WALGREENS |
| 12:36PM | 22 | TESTING BEGAN? |
| 12:36PM | 23 | A.  YES. |
| 12:36PM | 24 | Q.  AND THE LABORATORY INFORMATION SYSTEM WAS A DATABASE |
| 12:36PM | 25 | ESSENTIALLY; CORRECT? |

12:36PM  1      A.   YES.

12:36PM  2      Q.   AND IN THE LABORATORY INFORMATION SYSTEM, LIKE, ALL OF THE

12:36PM  3      PATIENT RESULTS WERE HOUSED; RIGHT?

12:36PM  4      A.   CORRECT.

12:36PM  5      Q.   SO IF YOU WANTED TO LOOK UP ANY PATIENT RESULT, YOU COULD

12:36PM  6      DO THAT FROM LIS?

12:36PM  7      A.   CORRECT, CORRECT.

12:36PM  8      Q.   AND IF YOU WANTED TO KNOW ALL OF THE, FOR EXAMPLE, HCG

12:36PM  9      TESTS DONE IN A CERTAIN MONTH, YOU COULD DO THAT WITH LIS;

12:36PM  10     RIGHT?

12:36PM  11     A.   CORRECT.

12:36PM  12     Q.   AND I THINK YOU MENTIONED IN THE DIRECT EXAMINATION ON

12:36PM  13     WEDNESDAY THAT YOU WOULD, IN CONNECTION WITH INQUIRIES FROM

12:37PM  14     PHYSICIANS, YOU WOULD DO A TECHNICAL REVIEW TO SEE IF THINGS

12:37PM  15     HAD GONE WRONG AND TRY TO UNDERSTAND WHAT HAPPENED; RIGHT?

12:37PM  16     A.   YES.

12:37PM  17     Q.   NOW, WHEN AN ISSUE AROSE, YOU YOURSELF OR SOMEBODY ELSE

12:37PM  18     WOULD PULL INFORMATION FROM LIS TO PROVIDE DATA TO ADDRESS THE

12:37PM  19     SITUATION; CORRECT?

12:37PM  20     A.   YES.

12:37PM  21     Q.   AND THAT THE TYPE OF DATA COULD INCLUDE THE SPECIFIC ASSAY

12:37PM  22     THAT WAS USED?

12:37PM  23     A.   YES.

12:37PM  24     Q.   AND THE MACHINE THAT IT WAS RUN ON?

12:37PM  25     A.   YES.

ER-2620

12:37PM   1    Q.   AND THE REFERENCE RANGE?

12:37PM   2    A.   CAN WE REWIND A LITTLE BIT?

12:37PM   3         SO I DON'T THINK THAT THE SPECIFIC MACHINES WERE RECORDED

12:37PM   4    IN THE LIS AT THERANOS.  THEY'RE SUPPOSED TO BE.  I MEAN,

12:37PM   5    THAT'S GOOD LIS THAT YOU KNOW EXACTLY WHAT INSTRUMENT SOMETHING

12:37PM   6    WAS RUN ON, YEAH.

12:37PM   7    Q.   OKAY.  IF I COULD REFER YOU -- AND I'VE HANDED YOU SOME

12:37PM   8    BINDERS, PROBABLY ON WEDNESDAY, THAT HAVE SOME PRIOR TESTIMONY

12:37PM   9    IN THEM.

12:38PM  10    A.   UH-HUH.

12:38PM  11    Q.   AND YOU SHOULD HAVE THEM.  I'M SORRY TO REFER YOU BACK TO

12:38PM  12    BINDERS, BUT IT'S -- IF YOU COULD FIND EXHIBIT 28400.

12:38PM  13    A.   OKAY.  DO YOU KNOW WHICH BINDER IT IS IN?

12:38PM  14    Q.   YES.  IT WOULD BE IN VOLUME 4.  IT SHOULD BE LABELLED.

12:38PM  15    A.   OKAY.  GOT IT.

12:38PM  16    Q.   OKAY.  AND IF YOU COULD TURN TO PAGE 2090?

12:38PM  17    A.   I'M SORRY, PAGE 20 -- OH, YOU'RE REFERENCING THE TOP RIGHT

12:38PM  18    HAND?

12:38PM  19    Q.   YES, PLEASE.  THANK YOU.  THANK YOU.

12:38PM  20    A.   OKAY.  GOT IT.

12:39PM  21    Q.   OKAY.  AND IF YOU TAKE A LOOK AT LINE 9?

12:39PM  22    A.   YES.

12:39PM  23    Q.   AND LINE 10?

12:39PM  24    A.   YES, I'M SEEING IT.

12:39PM  25    Q.   OKAY.  DOES THAT REFRESH YOUR MEMORY THAT THE --

12:39PM  1      A.   WELL, I MEAN, TO CLARIFY --

12:39PM  2      Q.   WELL, CAN I JUST FINISH MY QUESTION?

12:39PM  3      A.   I'M SORRY.  I INTERRUPTED YOU.

12:39PM  4      Q.   THAT'S OKAY.  THANK YOU.

12:39PM  5           DOES THAT REFRESH YOUR MEMORY THAT THE LIS COULD HAVE

12:39PM  6      INCLUDED THE MACHINE THAT IT WAS RUN ON?

12:39PM  7      A.   THE LIS WOULD TELL YOU IF IT WAS RUN ON AN EDISON VERSUS

12:39PM  8      AN IMMULITE VERSUS AN -- IT WOULDN'T TELL YOU THE ACTUAL

12:39PM  9      MACHINE.  SO THE SERIAL NUMBER OF -- FOR INSTANCE, YOU KNOW,

12:39PM 10      THERE ARE MULTIPLE EDISONS, SO IT COULDN'T TELL YOU WHICH

12:39PM 11      PARTICULAR EDISON WAS BEING USED.

12:39PM 12      Q.   OKAY.  YOU DON'T REMEMBER THAT THAT WAS THE CASE, THAT IT

12:39PM 13      COULD TELL YOU A SPECIFIC EDISON BY SERIAL NUMBER?

12:40PM 14      A.   I DON'T BELIEVE IT COULD.

12:40PM 15      Q.   OKAY.  BUT IT WOULD TELL YOU WHETHER IT WAS AN EDISON OR

12:40PM 16      IMMULITE OR SOME OTHER --

12:40PM 17      A.   YES, YES.  I BELIEVE SO, YES.

12:40PM 18      Q.   AND YOU UNDERSTAND THAT IT WOULD ALSO TELL YOU THE

12:40PM 19      REFERENCE RANGE FOR THAT PARTICULAR TEST?

12:40PM 20      A.   YES.

12:40PM 21      Q.   THE TIME OF ARRIVAL IN THE LAB OF THE SAMPLE; CORRECT?

12:40PM 22      A.   YES.

12:40PM 23      Q.   AND THE TIME THAT THE REPORT WAS RELEASED?

12:40PM 24      A.   YES.

12:40PM 25      Q.   AND, OF COURSE, THE ACTUAL RESULTS; RIGHT?

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)                    3602

12:40PM  1    A.   YES.

12:40PM  2    Q.   AND ALSO QUALITY CONTROL INFORMATION?

12:40PM  3    A.   YES.

12:40PM  4    Q.   AND YOU YOURSELF, YOU WERE ABLE TO LOG IN, AND YOU DID LOG

12:40PM  5    INTO THE LIS SYSTEM TO REVIEW DATA ON YOUR OWN; CORRECT?

12:40PM  6    A.   YES, I DID.

12:40PM  7    Q.   OKAY.  AND WHEN INQUIRIES CAME IN FROM PHYSICIANS, YOU

12:40PM  8    WOULD GO TO LIS TO SEE HOW THERANOS RESULTS WERE TRENDING;

12:41PM  9    CORRECT?

12:41PM  10   A.   I DON'T RECALL.

12:41PM  11   Q.   OKAY.  TAKE A LOOK AT, IT SHOULD BE IN THE SAME BINDER,

12:41PM  12   EXHIBIT 28404.

12:41PM  13   A.   OKAY.

12:41PM  14   Q.   AND I'M GOING TO REFER YOU SPECIFICALLY TO PAGE 2908.

12:41PM  15   A.   OH, GOT IT.

12:41PM  16   Q.   THANK YOU.

12:41PM  17        AND I'M GOING TO REFER YOU IN PARTICULAR TO LINES 24 AND

12:42PM  18   25?

12:42PM  19   A.   OKAY.

12:42PM  20   Q.   AND DOES THAT REFRESH YOUR MEMORY THAT WHEN INQUIRIES CAME

12:42PM  21   IN, YOU COULD GO TO LIS AND SEE HOW THE THERANOS RESULTS HAD

12:42PM  22   BEEN TRENDING?

12:42PM  23   A.   YES, IT DOES.

12:42PM  24   Q.   OKAY.  AND THAT IS, IN FACT, WHAT HAPPENED; RIGHT?

12:42PM  25   A.   YES.

12:42PM  1    Q.   AND THEN YOU COULD ALSO SEE HOW MANY RESULTS ARE OUT OF

12:42PM  2    REFERENCE RANGE WHEN YOU WERE DOING THIS WORK; RIGHT?

12:42PM  3    A.   YES.

12:42PM  4    Q.   AND ESSENTIALLY, WHEN AN INQUIRY CAME IN, YOU WOULD USE

12:42PM  5    LIS TO DO AN INVESTIGATION; RIGHT?

12:42PM  6    A.   YES.

12:42PM  7    Q.   AND THAT'S THE WAY YOU RESOLVED, AT LEAST ONE OF THE TOOLS

12:42PM  8    YOU USED TO RESOLVE, WHEN A PHYSICIAN INQUIRY CAME IN, WHAT WAS

12:42PM  9    GOING ON AND HOW YOU MIGHT RESPOND TO THE PHYSICIAN?

12:42PM 10    A.   CORRECT.

12:42PM 11    Q.   AND ULTIMATELY DETERMINE WHETHER YOU COULD TELL THE

12:42PM 12    PHYSICIAN THE TEST IS VALID OR, YOU KNOW, SOMETHING ELSE SHOULD

12:42PM 13    BE DONE OR THAT SORT OF THING?

12:42PM 14    A.   CORRECT.

12:43PM 15    Q.   ALL RIGHT.  NOW, WITH RESPECT TO LIS, YOU TOLD THE

12:43PM 16    GOVERNMENT ABOUT LIS AS EARLY AS JUNE 2017; CORRECT?

12:43PM 17    A.   I DON'T RECALL.

12:43PM 18    Q.   OKAY.  TAKE A LOOK AT EXHIBIT 28324.

12:43PM 19           MR. BOSTIC:  I HAVE A RELEVANCE OBJECTION TO THIS

12:43PM 20    LINE.

12:43PM 21           THE COURT:  THERE WAS A RELEVANCE OBJECTION.

12:43PM 22           MR. COOPERSMITH:  YOUR HONOR, I THINK WE'VE

12:43PM 23    DISCUSSED THIS PRETTY EXTENSIVELY.  THIS IS PART OF THE

12:43PM 24    DEFENSE.

12:43PM 25           THE COURT HAS ALREADY RULED THAT THE QUALITY AND NATURE OF

ER-2624

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)                    3604

12:43PM 1    THE GOVERNMENT'S INVESTIGATION IS AT ISSUE AND IT'S FAIR GAME,

12:43PM 2    AND THAT'S WHAT THE RELEVANCE IS.

12:43PM 3              THE COURT:  WELL, THANK YOU.

12:43PM 4         LET'S HEAR WHAT YOUR QUESTION IS IN REGARDS TO 28324, IS

12:44PM 5    IT?

12:44PM 6              MR. COOPERSMITH:  YES.

12:44PM 7    Q.   SO, DR. ROSENDORFF, I'M JUST HAVING YOU LOOK AT

12:44PM 8    EXHIBIT 28324.

12:44PM 9         DO YOU SEE THAT?

12:44PM 10   A.   YES.

12:44PM 11   Q.   AND THAT'S REFLECTING THE INTERVIEW OF YOU ON JUNE 7TH,

12:44PM 12   2017?

12:44PM 13   A.   YES.

12:44PM 14   Q.   AND I THINK I REFERRED TO THIS EARLIER, BUT THIS IS ONE OF

12:44PM 15   THOSE INTERVIEWS WHERE YOU'RE TALKING TO A GROUP OF AGENTS AND

12:44PM 16   OTHERS, AND PROSECUTORS?

12:44PM 17   A.   YES.

12:44PM 18   Q.   AND ONE OF THOSE TIMES WHEN YOU KNEW YOU HAD TO BE

12:44PM 19   TRUTHFUL?

12:44PM 20   A.   YES.

12:44PM 21   Q.   AND YOU WERE TRYING TO DO THAT; RIGHT?

12:44PM 22   A.   YES.

12:44PM 23   Q.   AND IN THAT SESSION, IF I CAN REFER YOU TO PAGE 5, PLEASE,

12:44PM 24   SIR.

12:44PM 25   A.   I HAVE IT.

12:44PM   1     Q.   IF YOU LOOK AT THE MIDDLE OF THE PAGE, THERE'S A PARAGRAPH

12:44PM   2     THAT STARTS WITH "INFORMATION."

12:44PM   3     A.   OKAY.  I HAVE IT NOW.

12:44PM   4     Q.   IN THAT PARAGRAPH, YOU IN THIS INTERVIEW, IN FACT,

12:44PM   5     INFORMED THE GOVERNMENT THAT THERE WAS A SYSTEM CALLED LIS;

12:45PM   6     CORRECT?

12:45PM   7     A.   YES.

12:45PM   8     Q.   AND THAT THE SYSTEM WAS PUT INTO USE RIGHT AROUND THE TIME

12:45PM   9     OF THE WALGREENS LAUNCH?

12:45PM  10     A.   YES.

12:45PM  11     Q.   AND THAT IT COULD SEARCH TEST RESULTS BY ANALYTE, ANALYTE

12:45PM  12     VALUES IN PATIENTS?

12:45PM  13     A.   YES.

12:45PM  14     Q.   AND THAT DOCUMENTS WERE AUTO SIGNED THROUGH THE LIS

12:45PM  15     SYSTEM; RIGHT?

12:45PM  16           THE COURT:  IS THIS IN REGARDS TO A 613 ISSUE OR --

12:45PM  17           MR. COOPERSMITH:  NO, YOUR HONOR.  I'M SIMPLY

12:45PM  18     POINTING OUT THAT HE INFORMED THE GOVERNMENT ABOUT THE LIS

12:45PM  19     SYSTEM IN JUNE OF 2017, AND I THINK I'M DONE WITH THAT TOPIC.

12:45PM  20           THE COURT:  OKAY.  AS OPPOSED TO -- YOU WERE READING

12:45PM  21     A DOCUMENT.

12:45PM  22       ANYHOW, WHY DON'T YOU FINISH YOUR QUESTION?  GO AHEAD AND

12:45PM  23     FINISH YOUR QUESTION.

12:45PM  24           MR. COOPERSMITH:  I DON'T HAVE ANY FURTHER QUESTIONS

12:45PM  25     ABOUT THIS DOCUMENT.

12:45PM 1          THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

12:46PM 2     BY MR. COOPERSMITH:

12:46PM 3     Q.   I'D LIKE TO MOVE TO A DIFFERENT TOPIC, DR. ROSENDORFF.

12:46PM 4          AND DURING THE DIRECT EXAMINATION FROM WEDNESDAY, YOU

12:46PM 5     TALKED ABOUT QUALITY CONTROL PROCEDURES AT THERANOS; RIGHT?

12:46PM 6     A.   YES, I DID.

12:46PM 7     Q.   OKAY.  AND THAT WAS SOMETHING THAT WAS DONE IN THE CLIA

12:46PM 8     LAB; CORRECT?

12:46PM 9     A.   CORRECT.

12:46PM 10    Q.   AND IT WAS DONE FOR EDISON DEVICES THAT WERE RUNNING BLOOD

12:46PM 11    TESTS?

12:46PM 12    A.   CORRECT.

12:46PM 13    Q.   AND ALSO MODIFIED PREDICATES?

12:46PM 14    A.   CORRECT.

12:46PM 15    Q.   AND ALSO UNMODIFIED PREDICATES?

12:46PM 16    A.   CORRECT.

12:46PM 17    Q.   AND ANY LAB HAS TO DO QUALITY CONTROL IN ORDER TO MAKE

12:46PM 18    SURE THAT THE TESTING INSTRUMENTS ARE PERFORMING IN A WAY THAT

12:46PM 19    IS APPROPRIATE FOR TESTING HUMAN BLOOD SAMPLES; RIGHT?

12:46PM 20    A.   CORRECT.

12:46PM 21    Q.   AND AT THERANOS, IN FACT, THE QUALITY CONTROL ON ALL THOSE

12:46PM 22    DEVICES WAS DONE ON A DAILY BASIS?

12:46PM 23    A.   WELL, SOMETIMES MORE.  I MEAN, SOMETIMES MORE FREQUENTLY

12:47PM 24    THAN THAT.

12:47PM 25    Q.   OKAY.  SO AT LEAST DAILY, BUT SOMETIMES MORE FREQUENTLY?

12:47PM 1    A.   YEAH, YEAH.

12:47PM 2    Q.   AND THE PROTOCOL WAS THAT IF A DEVICE DIDN'T PASS QUALITY

12:47PM 3    CONTROL, THEN IT WOULDN'T BE USED FOR PATIENT TESTING?

12:47PM 4    A.   CORRECT.

12:47PM 5    Q.   UNTIL FURTHER STEPS WERE TAKEN?

12:47PM 6    A.   CORRECT.

12:47PM 7    Q.   AND THAT COULD INVOLVE RECALIBRATION; RIGHT?

12:47PM 8    A.   CORRECT.

12:47PM 9    Q.   AND THAT WAS TRUE FOR ANY DEVICE, INCLUDING PREDICATES?

12:47PM 10   A.   CORRECT.

12:47PM 11   Q.   OR MODIFIED PREDICATES?

12:47PM 12   A.   CORRECT.

12:47PM 13   Q.   OR EDISON DEVICES?

12:47PM 14   A.   CORRECT.

12:47PM 15   Q.   AND YOU YOURSELF DIDN'T RUN THE SAMPLES IN THAT MACHINE;

12:47PM 16   RIGHT?

12:47PM 17   A.   UM, I THINK I RAN A FEW AFTER I JOINED THE COMPANY.

12:47PM 18   Q.   OKAY.

12:47PM 19   A.   I WANTED TO LEARN HOW IT WAS DONE, SO I HAD SOME OF THE

12:47PM 20   CLS'S TRAIN ME.

12:47PM 21   Q.   OKAY.  THAT MAKES SENSE.

12:47PM 22        BUT GOING -- YOU KNOW, ON A ROUTINE BASIS, IT WAS LAB

12:47PM 23   ASSOCIATES AND OTHER PEOPLE LIKE THAT; RIGHT?

12:47PM 24   A.   CORRECT.

12:47PM 25   Q.   OKAY.  BUT YOU WERE OVERSEEING THAT PROCESS AS LAB

12:47PM   1    DIRECTOR?

12:47PM   2    A.   CORRECT.

12:47PM   3    Q.   OKAY.  I'D LIKE TO TAKE A LOOK AT AN EXHIBIT WITH YOU, AND

12:48PM   4    I BELIEVE IT'S 1430.

12:48PM   5         I BELIEVE IT IS ALREADY IN EVIDENCE, YOUR HONOR.

12:48PM   6         OKAY.  DO YOU SEE THAT EXHIBIT 1430 IS AN EMAIL FROM YOU

12:48PM   7    TO THE ENTIRE CLIA LAB --

12:48PM   8    A.   YES.

12:48PM   9    Q.   -- EMAIL ADDRESS?

12:48PM   10        AND THAT WOULD HAVE INCLUDED ALL OF THE PEOPLE WHO WORKED

12:48PM   11   IN THE CLIA LAB; RIGHT?

12:48PM   12   A.   CORRECT.

12:48PM   13   Q.   AND MAYBE OTHERS?

12:48PM   14   A.   CORRECT.

12:48PM   15   Q.   AND IN THAT EMAIL YOU'RE SAYING, "DEAR CLIA,

12:48PM   16        "PLEASE REFER TO THE FOLLOWING QC POLICIES."

12:48PM   17        RIGHT?

12:48PM   18   A.   YES.

12:48PM   19   Q.   AND THIS IS ON JANUARY 16TH, 2014?

12:48PM   20   A.   CORRECT.

12:48PM   21   Q.   AND YOU'RE COMMUNICATING TO THE CLIA LAB EMPLOYEES THAT

12:48PM   22   THESE ARE QC POLICIES THAT YOU WANT THEM TO FOLLOW; RIGHT?

12:48PM   23   A.   YES.

12:49PM   24   Q.   OKAY.  AND THEN IF YOU GO TO THE NEXT PAGE, EVEN THOUGH

12:49PM   25   THERE'S AN EMAIL WITH YOUR -- FROM YOU, THERE'S NOT A

12:49PM   1      SIGNATURE, OR THERE WAS NO SIGNATURES ON THIS PAGE.

12:49PM   2          DO YOU SEE THAT?

12:49PM   3      A.   YES.

12:49PM   4      Q.   AND YOU PROBABLY CAN'T REMEMBER WHY THAT IS; RIGHT?

12:49PM   5      A.   I DON'T RECALL.

12:49PM   6      Q.   OKAY.  BUT THEN LET'S GO TO THE NEXT PAGE.

12:49PM   7          AND THEN THERE'S A DAILY QC SECTION.

12:49PM   8          DO YOU SEE THAT?

12:49PM   9      A.   YES.

12:49PM  10      Q.   AND THAT SAYS, "RUN AT LEAST 2 AND PREFERABLY 3 CONTROLS"?

12:49PM  11      A.   YES.

12:49PM  12      Q.   AND THEN IF YOU GO ON, THERE'S A CONTINUOUS QC SECTION?

12:49PM  13      A.   YES.

12:49PM  14      Q.   AND THAT CONTINUOUS QC IS SOMETHING DIFFERENT THAN DAILY

12:49PM  15      QC; RIGHT?

12:49PM  16      A.   CORRECT.

12:49PM  17      Q.   AND IT'S A PROCESS WHERE OVER TIME YOU LOOK AT THE TRENDS

12:49PM  18      OF THE QC; RIGHT?

12:49PM  19      A.   CORRECT.  A QC -- A QC RESULT CAN BE ASSESSED RELATIVE TO

12:49PM  20      OTHER HISTORICAL QC RESULTS AND RESULT IN A FAILURE, IF THAT

12:50PM  21      MAKES SENSE.

12:50PM  22          FOR INSTANCE, 2.7, "TEN CONSECUTIVE OBSERVATIONS ON THE

12:50PM  23      SAME SIDE OF THE MEAN LINE," YOU KNOW, NONE OF THOSE QC RESULTS

12:50PM  24      IN AND OF THEMSELVES WOULD BE A FAILURE.

12:50PM  25          BUT WHEN YOU GET TEN ON THE SAME SIDE OF THE LINE, YOU

12:50PM   1    KNOW, ONE DAY YOU GET THE TENTH AND THEN YOU FAIL ACCORDING TO

12:50PM   2    THE WESTGARD RULES.

12:50PM   3    Q.   RIGHT.  AND UNDER THE CONTINUOUS QC RULES, LABS LOOK AT

12:50PM   4    THAT WITH REFERENCE TO SOMETHING CALLED THE WESTGARD RULES?

12:50PM   5    A.   YES.

12:50PM   6    Q.   AND IS THERE SOMETHING CALLED LEVEY-JENNINGS CHARTS THAT

12:50PM   7    GO INTO THAT?

12:50PM   8    A.   CORRECT.

12:50PM   9    Q.   OKAY.  AND THIS IS REALLY JUST LOOKING AT QC OVER TIME AS

12:50PM   10   OPPOSED TO LIKE ON A DAILY BASIS; RIGHT?

12:50PM   11   A.   CORRECT.

12:50PM   12   Q.   AND THE POLICY IS THAT EVEN IF QC WERE TO PASS ON A GIVEN

12:50PM   13   INSTRUMENT EVERY DAY, YOU WOULD STILL PULL THE INSTRUMENT IF IT

12:50PM   14   WAS -- IF THE TRENDING OVER TIME WAS NOT UP TO SNUFF; RIGHT?

12:51PM   15   A.   CORRECT.

12:51PM   16   Q.   OKAY.  AND THAT WAS THE POLICY?

12:51PM   17   A.   CORRECT.

12:51PM   18   Q.   OKAY.  IF YOU GO TO PAGE 4 OF THE DOCUMENT.

12:51PM   19        AND THIS PAGE REFERENCES EDISON QC IN PARTICULAR; RIGHT?

12:51PM   20   A.   YES.

12:51PM   21   Q.   AND I THINK YOU TESTIFIED ON DIRECT ABOUT THE NEED TO

12:51PM   22   ESTABLISH QC RANGES?

12:51PM   23   A.   YES.

12:51PM   24   Q.   AND THAT'S REFLECTED IN SECTION 3.1?

12:51PM   25   A.   YES.

12:51PM   1    Q.   AND THEN IT TALKS ABOUT THE ACCEPTABLE LOW AND HIGH QC

12:51PM   2    RANGES WITH REFERENCE TO TWO STANDARD DEVIATIONS.

12:51PM   3         DO YOU SEE THAT?

12:51PM   4    A.   YES.

12:51PM   5    Q.   AND STANDARD DEVIATIONS, THESE ARE JUST A REFERENCE TO HOW

12:51PM   6    FAR AWAY FROM A GIVEN VALUE IT CAN BE AND STILL BE ABLE TO

12:51PM   7    PASS; RIGHT?

12:51PM   8    A.   WELL, YEAH, STANDARD DEVIATION IS STATISTICAL.  SO WHEN

12:51PM   9    YOU MINUS 2 SD'S -- I DON'T WANT TO GET TOO TECHNICAL.  IT'S

12:52PM  10    PROBABLY NOT NECESSARY.

12:52PM  11    Q.   IT'S PROBABLY NOT.

12:52PM  12    A.   YEAH.

12:52PM  13    Q.   BUT I WILL JUST ASK YOU THIS, THIS -- FROM YOUR EXPERIENCE

12:52PM  14    AS A LAB DIRECTOR, YOU KNOW, USING THESE STANDARD DEVIATION

12:52PM  15    MEASURES WITH QUALITY CONTROL, THAT'S A TYPICAL LAB PRACTICE;

12:52PM  16    RIGHT?

12:52PM  17    A.   YES, IT IS.

12:52PM  18    Q.   YOU WEREN'T DOING ANYTHING UNUSUAL OR DIFFERENT?

12:52PM  19    A.   NO, I WAS NOT.

12:52PM  20    Q.   OKAY.  AND THE REASON WHY YOU LOOK AT STANDARD DEVIATIONS

12:52PM  21    IS BECAUSE YOU'RE REALLY NOT EXPECTING, IF YOU RUN A PARTICULAR

12:52PM  22    SAMPLE, OR EVEN A BIORAD SAMPLE FOR QC, YOU'RE NOT EXPECTING TO

12:52PM  23    GET EXACTLY THE SAME VALUE EVERY TIME YOU RUN THAT; RIGHT?

12:52PM  24    A.   THE CLOSER THOSE VALUES ARE, THE BETTER THE TEST.

12:52PM  25    Q.   OF COURSE.  BUT YOU'RE NOT EXPECTING AN IDENTICAL TEST;

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)          3612

12:52PM   1    RIGHT?

12:52PM   2    A.   IF YOU STEP ON A SCALE TWICE YOU'RE GOING TO GET A

12:53PM   3    DIFFERENT READING.

12:53PM   4    Q.   AND IF, FOR EXAMPLE, SOMEONE WERE TO TAKE A BLOOD SAMPLE

12:53PM   5    FROM ME AND RUN IT ON ANY BLOOD TESTING INSTRUMENT TWO TIMES,

12:53PM   6    FIVE TIMES, TEN TIMES, YOU WOULD NOT EXPECT THE IDENTICAL

12:53PM   7    NUMBER?

12:53PM   8    A.   NO.

12:53PM   9    Q.   AND THAT WOULD BE REALLY RARE?

12:53PM  10    A.   YES, IT WOULD BE RARE.

12:53PM  11    Q.   OKAY.  BUT YOU'RE HOPING, IF THE INSTRUMENT IS FUNCTIONING

12:53PM  12    PROPERLY, THAT IF IT'S CLOSE ENOUGH, THAT YOU COULD

12:53PM  13    STATISTICALLY DECIDE THAT IT'S APPROPRIATE, IT'S GOING TO PASS;

12:53PM  14    RIGHT?

12:53PM  15    A.   YES.

12:53PM  16    Q.   OKAY.  AND THAT'S WHAT THIS REALLY IS DOING, THE STANDARD

12:53PM  17    DEVIATION METHODOLOGY; RIGHT?

12:53PM  18    A.   YES.

12:53PM  19    Q.   AND IF YOU GO TO THE EDISON DAILY QC SECTION OF THIS.

12:53PM  20        THIS IS THE SECTION THAT DEALS WITH THE DAILY QUALITY ON

12:53PM  21    THE EDISON MACHINE; RIGHT?

12:53PM  22    A.   YES.

12:53PM  23    Q.   SO LET'S JUST GO THROUGH THAT.  IT SAYS 3.2.1, "RUN AT

12:53PM  24    LEAST 2 AND PREFERABLY LEVELS.  ENSURE QC MATERIAL IS NOT

12:53PM  25    OUTDATED/EXPIRED."

ER-2633

12:54PM   1          DO YOU SEE THAT?

12:54PM   2      A.   YES.

12:54PM   3      Q.   AND SO AS A STARTING POINT, THE PERSON WHO IS DOING THIS

12:54PM   4      TEST HAS TO MAKE SURE THE REAGENT IS NOT EXPIRED; RIGHT?

12:54PM   5      A.   CORRECT.

12:54PM   6      Q.   BECAUSE THAT COULD AFFECT THE RESULTS?

12:54PM   7      A.   CORRECT.

12:54PM   8      Q.   BUT THEN IN ADDITION, THE QC RUN HAS TO BE AT LEAST TWO,

12:54PM   9      AND IT DOESN'T -- THERE'S, LIKE, A WORD MISSING?

12:54PM  10      A.   YEAH, I THINK, I THINK IT -- I THINK I MEANT THREE JUST

12:54PM  11      BASED ON LOOKING AT A PREVIOUS DOCUMENT.  TWO AND PREFERABLY

12:54PM  12      THREE IS WHAT I MEANT TO SAY.

12:54PM  13      Q.   OKAY.  TWO, AND PREFERABLY THREE?

12:54PM  14      A.   YEAH.

12:54PM  15      Q.   AND SO THAT MEANS THAT IN ORDER FOR A MACHINE, AN EDISON

12:54PM  16      DEVICE IN THIS INSTANCE, TO PASS QC, IT HAS TO PASS AT LEAST

12:54PM  17      TWO AND MAYBE THREE LEVELS; RIGHT?

12:54PM  18      A.   CORRECT.

12:54PM  19      Q.   AND SO IT'S NOT LIKE A ONE AND DONE, SO TO SPEAK?

12:54PM  20      A.   NO.

12:54PM  21      Q.   AND SO IF EVERYTHING PASSES REFERRING TO 3.2.2, REFERRING

12:54PM  22      TO THE DOCUMENT, THEN THE MACHINE IS PASSING QC AND IT CAN RUN

12:54PM  23      PATIENT TESTS; RIGHT?

12:54PM  24      A.   RIGHT.

12:54PM  25      Q.   BUT IF IT FAILS, THEN YOU HAVE TO REDO THE QC?

12:55PM   1    A.   YES.

12:55PM   2    Q.   AND FAILURE IS DEFINED AS A FAILURE OF ONE OR MORE LEVELS;

12:55PM   3    RIGHT?

12:55PM   4    A.   CORRECT.

12:55PM   5    Q.   AND SO IF IT PASSES ONE LEVEL AND NOT BOTH, THEN THE

12:55PM   6    MACHINE FAILS QC?

12:55PM   7    A.   CORRECT.

12:55PM   8    Q.   AND IT WOULD NOT BE USED FOR PATIENT TESTING AT THAT

12:55PM   9    POINT?

12:55PM  10    A.   CORRECT.

12:55PM  11    Q.   OKAY.  AND THEN IF YOU REPEAT QC ON 3.2.4, IF THE QUALITY

12:55PM  12    CONTROL STILL FAILS, THEN YOU HAVE TO RECALIBRATE THE

12:55PM  13    INSTRUMENT?

12:55PM  14    A.   RIGHT.

12:55PM  15    Q.   AND THAT'S A MORE LENGTHY PROCESS?

12:55PM  16    A.   CORRECT.

12:55PM  17    Q.   AND THEN ON 3.2.5, THE POLICY IS IF THE QC PASSES AFTER

12:55PM  18    RECALIBRATION, THEN YOU RUN PATIENT SPECIMENS; RIGHT?

12:55PM  19    A.   YES.

12:55PM  20    Q.   BUT IF IT STILL FAILS, THEN THERE'S, IN CAPITAL LETTERS,

12:55PM  21    STOP; RIGHT?

12:55PM  22    A.   YES.

12:55PM  23    Q.   AND THAT'S WHEN THE POLICY SAYS YOU HAVE TO CONSULT WITH

12:56PM  24    THE THERANOS TECHNICAL SUPPORT; RIGHT?

12:56PM  25    A.   YES.

12:56PM  1    Q.   BECAUSE NOW YOU HAVE TO LOOK MORE DEEPLY INTO THE PROBLEM

12:56PM  2    AND TRY TO FIGURE OUT WHAT IS GOING ON?

12:56PM  3    A.   YES.

12:56PM  4    Q.   OKAY.  AND THIS WAS YOUR POLICY?

12:56PM  5    A.   YES, IT WAS.

12:56PM  6    Q.   OKAY.  NOW, THIS MAY SOUND LIKE A BASIC QUESTION, BUT

12:56PM  7    THESE QC TESTS, I THINK WE ESTABLISHED THE OTHER DAY THAT THIS

12:56PM  8    IS USING, IN THE CASE OF EDISON, SOMETHING -- A PRODUCT FROM A

12:56PM  9    COMPANY CALLED BIORAD?

12:56PM  10   A.   CORRECT.

12:56PM  11   Q.   AND IT'S NOT ACTUALLY HUMAN BLOOD; RIGHT?

12:56PM  12   A.   THIS IS, UM -- IT'S CONSTITUTED TO RESEMBLE SERUM AND

12:56PM  13   PLASMA.  IT'S GOT -- YOU KNOW, I DON'T WANT TO GO INTO IT TOO

12:56PM  14   CLOSELY, BUT IT'S THE CLOSEST YOU CAN GET TO HUMAN BLOOD.

12:56PM  15        IT ALSO NEEDS TO BE PRETTY STABLE TO BE ABLE TO RUN IT FOR

12:56PM  16   A PERIOD OF TIME.  IT NEEDS TO WITHSTAND TRANSPORTATION.  IT

12:56PM  17   HAS DETERGENTS, BUFFERS IN IT AND WHATNOT, PROTEINS.

12:57PM  18   Q.   RIGHT.  THAT'S WHAT IS NEEDED TO LIKE MANUFACTURE AND

12:57PM  19   TRANSPORT THESE TYPE OF QC MATERIALS?

12:57PM  20   A.   YEAH, AND THEY'RE COMMONLY USED FOR QC BLOOD TESTS.

12:57PM  21   Q.   RIGHT.  BUT EVEN THOUGH THEY'RE MADE TO MIMIC HUMAN BLOOD,

12:57PM  22   THEY'RE NOT ACTUALLY HUMAN BLOOD?

12:57PM  23   A.   CORRECT, CORRECT.

12:57PM  24   Q.   AGAIN, IT SOUNDS LIKE A BASIC QUESTION, BUT WHEN ONE OF

12:57PM  25   THE LABORATORY RUNS PERSONNEL RUN ONE OF THESE QC TESTS AND

12:57PM  1    THEY GET A RESULT, NOTHING IS BEING REPORTED TO A PATIENT AT

12:57PM  2    THAT POINT; RIGHT?

12:57PM  3    A.   CORRECT.  CORRECT, YES.

12:57PM  4    Q.   OKAY.  SO LET'S TALK ABOUT AN ISSUE THAT CAME UP ON

12:57PM  5    DIRECT.

12:57PM  6         AND AT THERANOS, DO YOU RECALL THERE WAS A PROCEDURE WHERE

12:57PM  7    THERE WERE ACTUALLY SIX DATA POINTS THAT WERE YIELDED FROM THE

12:57PM  8    EDISON?

12:57PM  9    A.   YES.

12:57PM  10   Q.   RIGHT?

12:57PM  11        AND THAT WAS BECAUSE TO RUN A BLOOD TEST, THERE WOULD

12:57PM  12   ACTUALLY BE THREE EDISON MACHINES USED?

12:58PM  13   A.   THREE AT ONE POINT, AND THEN WHEN THE SIXTH TIP CAME

12:58PM  14   ABOUT, IT WAS JUST THE ONE INSTRUMENT.

12:58PM  15   Q.   SO ORIGINALLY THERE WERE THREE EDISONS RUNNING A TEST, AND

12:58PM  16   EACH EDISON HAD TWO TIPS; RIGHT?

12:58PM  17   A.   CORRECT, CORRECT.

12:58PM  18   Q.   BUT THEN YOU REMEMBER ANOTHER POINT IN TIME WHERE THAT WAS

12:58PM  19   MODIFIED SO THAT THE EDISON WOULD HAVE THREE TIPS?

12:58PM  20   A.   SIX.

12:58PM  21   Q.   OR ALL SIX; RIGHT?

12:58PM  22   A.   CORRECT.

12:58PM  23   Q.   AND SO THAT MEANT THAT YOU ONLY NEEDED ONE EDISON?

12:58PM  24   A.   CORRECT.

12:58PM  25   Q.   AND SO THERE WAS, LIKE, I GUESS A MANUFACTURING CHANGE IN

12:58PM  1    HOW THE EDISONS WERE MANUFACTURED?

12:58PM  2    A.   CORRECT.

12:58PM  3    Q.   AND SO AT SOME POINT IN TIME YOU NODE LONGER NEEDED THE

12:58PM  4    THREE EDISONS, AND YOU COULD DO THE TESTS WITH ONE EDISON?

12:58PM  5    A.   CORRECT.

12:58PM  6    Q.   AND BECAUSE YOUR SIX DATA POINTS CAME RIGHT FROM THE ONE

12:58PM  7    MACHINE?

12:58PM  8    A.   CORRECT.

12:58PM  9    Q.   AND YOU DIDN'T NEED THREE ANYMORE?

12:58PM  10   A.   CORRECT.

12:58PM  11   Q.   BUT EITHER WAY, IN THE PREVIOUS INCARNATION OR THE LATER

12:58PM  12   INCARNATION, YOU'RE STILL GETTING SIX DATA POINTS; RIGHT?

12:58PM  13   A.   YES.

12:58PM  14   Q.   THEY'RE CALLED TIPS, BUT THEY'RE ESSENTIALLY SIX DATA

12:59PM  15   POINTS?

12:59PM  16   A.   CORRECT.

12:59PM  17   Q.   AND THE TIPS JUST REFERS TO, LIKE, AN ACTUAL PHYSICAL

12:59PM  18   MECHANISM WITHIN THE DEVICE; RIGHT?

12:59PM  19   A.   THE TIP IS -- BASICALLY IT'S A PIECE OF PLASTIC THAT FITS

12:59PM  20   OVER A PROBE, TO MY KNOWLEDGE, AND IT'S COATED WITH ANTIBODIES.

12:59PM  21   I MEAN, EACH OF THOSE TIPS IS INVOLVED IN PRODUCING A SINGLE

12:59PM  22   OBSERVATION, YEAH.

12:59PM  23   Q.   OKAY.  AND YOU REMEMBER YOU TALKED TO US ON DIRECT THERE

12:59PM  24   WAS A PROCEDURE AT THERANOS WHERE EVEN THOUGH THERE WERE SIX

12:59PM  25   DATA POINTS, THE FINAL ANSWER OR RESULT COULD BE BASED ON FOUR

12:59PM  1     OF THE SIX?

12:59PM  2     A.   CORRECT.

12:59PM  3     Q.   AND THAT'S SOMETIMES KNOWN AS THE PROCESS OF OUTLIER

12:59PM  4     REMOVAL?

12:59PM  5     A.   CORRECT.

12:59PM  6     Q.   AND LET'S LOOK AT EXHIBIT 1525, WHICH YOU CAN SEE ON YOUR

12:59PM  7     SCREEN, I THINK.

01:00PM  8          AND EXHIBIT 1525 HAS BEEN PREVIOUSLY ADMITTED, SO WITH

01:00PM  9     YOUR PERMISSION, WE WOULD LIKE TO PUBLISH IT, YOUR HONOR.

01:00PM  10              THE COURT:  YES.

01:00PM  11              MR. COOPERSMITH:  THANK YOU.

01:00PM  12    Q.   LET'S GO TO THE EARLIEST EMAIL IN TIME.

01:00PM  13         AND THIS IS FROM ERIKA CHEUNG.

01:00PM  14         DO YOU SEE THAT?

01:00PM  15    A.   YES.

01:00PM  16    Q.   AND SHE WAS ONE OF THE LAB ASSOCIATES?

01:00PM  17    A.   YES.

01:00PM  18    Q.   AND ON FEBRUARY 10TH, 2014, SHE WROTE TO YOU AND JAMIE LIU

01:00PM  19    AND DR. PANDORI?

01:00PM  20    A.   YES.

01:00PM  21    Q.   AND SHE SAID "I RERAN THE LEVEL 1 QC FOR TSH, IT FAILED

01:00PM  22    AGAIN."

01:00PM  23    A.   YES.

01:00PM  24    Q.   AND THE DATA IS IN THE -- THERE'S A NUMBER AND IT GOES ON?

01:00PM  25    A.   YES.

01:00PM   1    Q.   AND SHE GOES ON TO TALK ABOUT RECALIBRATING AND SO FORTH.

01:00PM   2         DO YOU SEE THAT?

01:00PM   3    A.   YES.

01:00PM   4    Q.   AND THEN LET'S GO TO THE EMAIL AT THE TOP OF PAGE 3.

01:01PM   5         IT SAYS, "HI ADAM,

01:01PM   6         "USED A NEW BSA BUFFER... STILL FAILED.  IF I DELETE TO

01:01PM   7    POINT THAT COULD PROBABLY CONSIDERED OUTLIERS ON MY RERUN, THE

01:01PM   8    QC WOULD PASS.  I ATTACHED THE DATA SHOWING WHAT I'M TALKING

01:01PM   9    ABOUT.  OTHERWISE, I'M NOT SURE WHAT TO DO NOW EXCEPT WAIT

01:01PM  10    UNTIL THE CAPSYS QC'S ARE COMPLETED."

01:01PM  11         RIGHT?

01:01PM  12    A.   YES.

01:01PM  13    Q.   AND THE CAPSYS, CAPSYS REFERS TO A TYPE OF CARTRIDGE THAT

01:01PM  14    THERANOS WAS MANUFACTURING?

01:01PM  15    A.   YES.

01:01PM  16    Q.   OKAY.  AND THEN IF YOU GO TO THE NEXT PAGE, THEN YOU

01:01PM  17    RESPONDED TO MS. CHEUNG.

01:01PM  18         DO YOU SEE THAT?

01:01PM  19    A.   YES.

01:01PM  20    Q.   AND YOU WROTE, "HI ERIKA,

01:01PM  21         "YES WE CAN DELETE AS MANY AS 2 OF THE 6 DATA POINTS."

01:01PM  22         RIGHT?

01:01PM  23    A.   CORRECT.

01:01PM  24    Q.   AND MR. BALWANI IS NOT ON THE EMAIL; RIGHT?

01:01PM  25    A.   CORRECT.

01:01PM  1     Q.   AND THEN ABOVE THAT, DR. PANDORI SAYS, "IS THIS SOMETHING

01:01PM  2     THAT CLIA CAN STAND ON AS A POLICY, OR DO YOU WANT THEM TO

01:02PM  3     CHECK WITH US FIRST BEFORE DOING THIS?"

01:02PM  4          RIGHT?

01:02PM  5     A.   YES.

01:02PM  6     Q.   AND SO DR. PANDORI IS ASKING YOU A QUESTION; CORRECT?

01:02PM  7     A.   YES.

01:02PM  8     Q.   AND NOBODY ELSE?

01:02PM  9     A.   CORRECT.

01:02PM 10     Q.   AND THEN YOU RESPOND, "THIS RULE WILL BE PART OF THE

01:02PM 11     ALGORITHM WHEN THE EDISON 3.5 CALCULATIONS ARE AUTOMATED."

01:02PM 12          RIGHT?

01:02PM 13     A.   YES.

01:02PM 14     Q.   AND THAT ALGORITHM WAS SOMETHING THAT DR. YOUNG WAS

01:02PM 15     WORKING ON?

01:02PM 16     A.   UM, I DON'T KNOW -- WELL, THAT'S SOMETHING THAT DR. YOUNG

01:02PM 17     TOLD ME, YES, YES.

01:02PM 18     Q.   OKAY.  THAT HE WAS WORKING ON THIS ALGORITHM; RIGHT?

01:02PM 19     A.   YES.

01:02PM 20     Q.   OKAY.  BECAUSE HE'S AN EXPERT IN BIOSTATISTICS; RIGHT?

01:02PM 21     A.   I THINK SO, YES, YEAH.

01:02PM 22     Q.   AND THEN DR. PANDORI WROTE ON THE BOTTOM, "SO IT IS OK FOR

01:02PM 23     THE CLA TO DO THIS AUTOMATICALLY UNTIL THEN I ASSUME."

01:02PM 24     A.   YES.

01:02PM 25     Q.   AND THE CLA IS THE CLINICAL LAB ASSOCIATE?

01:02PM  1    A.   YES.

01:02PM  2    Q.   AND THAT IS SOMEONE LIKE ERIKA CHEUNG?

01:02PM  3    A.   YES.

01:02PM  4    Q.   AND THEN ABOVE THAT YOU WROTE, "YES -- IT'S OK IF THEY DO

01:03PM  5    IT -- THAT IS WHY WE ARE RUNNING 3 EDISONS -- TO GET ENOUGH

01:03PM  6    DATA POINTS AND AVERAGE OUT VARIABILITY."

01:03PM  7         RIGHT?

01:03PM  8    A.   YES.

01:03PM  9    Q.   AND SO YOU'RE APPROVING OF THE PROCESS?

01:03PM  10   A.   YES.

01:03PM  11   Q.   AND MR. BALWANI IS NOT ON THAT EMAIL EITHER?

01:03PM  12   A.   NO.

01:03PM  13   Q.   OKAY.  LET'S TAKE A LOOK AT EXHIBIT 13809.

01:04PM  14        ACTUALLY, EVEN BEFORE THAT, LET'S JUST SET THAT UP BY

01:04PM  15   LOOKING AT EXHIBIT 20570, MR. ALLEN.

01:04PM  16        DO YOU SEE 20570 IN FRONT OF YOU?

01:04PM  17   A.   YES.

01:04PM  18   Q.   AND THIS IS AN EMAIL OR INVITATION MEETING FROM MR. GEE.

01:04PM  19        DO YOU SEE THAT?

01:04PM  20   A.   YES.

01:04PM  21   Q.   AND IT'S FROM JULY 10TH, 2014?

01:04PM  22   A.   YES.

01:04PM  23   Q.   AND REQUIRED ATTENDEES INCLUDE ADAM ROSENDORFF; RIGHT?

01:04PM  24   A.   CORRECT.

01:04PM  25   Q.   AND IS IT ABOUT REVIEWING AND DISCUSSING QUARTER 1 AND

ER-2642

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)          3622

01:04PM   1    QUARTER 2 QUALITY?

01:04PM   2    A.   YES.

01:04PM   3    Q.   AND THAT WAS -- I THINK WE TALKED ABOUT THIS ON WEDNESDAY,

01:04PM   4    BUT MR. GEE IS THE QUALITY CONTROL MANAGER AND FROM TIME TO

01:04PM   5    TIME PRESENTED DATA ON QUALITY CONTROL PERFORMANCE AT THERANOS;

01:04PM   6    RIGHT?

01:04PM   7    A.   YES.

01:04PM   8    Q.   AND THIS WAS ONE OF THOSE MEETINGS TO TRY TO DO THAT KIND

01:04PM   9    OF PRESENTATION?

01:04PM  10    A.   YES.

01:04PM  11    Q.   OKAY.  AND IF YOU GO TO 20571, THE NEXT EXHIBIT.

01:05PM  12         OH, I'M SORRY, YOUR HONOR.  I OFFER 20570.

01:05PM  13              MR. BOSTIC:  NO OBJECTION.

01:05PM  14              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:05PM  15    (DEFENDANT'S EXHIBIT 20570 WAS RECEIVED IN EVIDENCE.)

01:05PM  16              MR. COOPERSMITH:  THANK YOU.

01:05PM  17    Q.   AND THEN LET'S GO TO 20571.

01:05PM  18         AND DO YOU SEE THAT ON YOUR SCREEN?

01:05PM  19    A.   YES.

01:05PM  20    Q.   AND THIS IS WHERE YOU ACCEPTED THE MEETING INVITATION?

01:05PM  21    A.   YES.

01:05PM  22    Q.   BECAUSE YOU WANTED TO GO TO THE MEETING TO LEARN ABOUT

01:05PM  23    QUALITY CONTROL PERFORMANCE?

01:05PM  24    A.   YES.

01:05PM  25    Q.   OKAY.  NOW LET'S LOOK AT 13809.

01:05PM  1          OKAY.  LOOKING AT 13809, THIS IS ACTUALLY THE PRESENTATION

01:05PM  2   THAT MR. GEE MADE AT THAT MEETING; CORRECT?

01:05PM  3   A.   I BELIEVE SO.

01:05PM  4   Q.   OKAY.  AND IT'S THE SAME DATE, RIGHT, JULY 10TH, 2014?

01:06PM  5   A.   YES.

01:06PM  6   Q.   AND IT'S TITLED QUALITY SYSTEMS PRESENTATION Q1/Q2, 2014

01:06PM  7   REVIEW.

01:06PM  8          DO YOU SEE THAT?

01:06PM  9   A.   YES.

01:06PM 10   Q.   AND YOU RECALL AT THESE MEETINGS, MR. GEE WOULD MAKE A

01:06PM 11   PRESENTATION ABOUT WHAT HE SAW IN THE QUALITY CONTROL

01:06PM 12   PERFORMANCE?

01:06PM 13   A.   YES.

01:06PM 14   Q.   AND THAT WAS SO YOU COULD GET THAT INFORMATION?

01:06PM 15   A.   USUALLY HE WOULD PRINT THINGS OUT ON A PIECE OF PAPER AND

01:06PM 16   WE WOULD LOOK AT THE PIECE OF PAPER TOGETHER.

01:06PM 17   Q.   BUT THEN SOMETIMES HE WOULD SHOW SLIDES?

01:06PM 18   A.   I THINK SO.

01:06PM 19   Q.   AND THIS IS ONE OF THE OCCASIONS WHERE HE SHOWED SLIDES?

01:06PM 20   A.   I THINK SO.

01:06PM 21          MR. COOPERSMITH:  OKAY.  YOUR HONOR, WE OFFER

01:06PM 22   EXHIBIT 13809.

01:06PM 23          MR. BOSTIC:  NO OBJECTION.

01:06PM 24          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:06PM 25          (DEFENDANT'S EXHIBIT 13809 WAS RECEIVED IN EVIDENCE.)

01:06PM  1     BY MR. COOPERSMITH:

01:06PM  2     Q.   LET'S GO TO THE FIRST PAGE.  THAT'S WHAT I READ TO YOU,

01:06PM  3     DR. ROSENDORFF?

01:06PM  4     A.   YES.

01:06PM  5     Q.   AND IT HAS AN AGENDA ON THE SECOND PAGE?

01:06PM  6     A.   YES.

01:06PM  7     Q.   AND THAT'S GOING THROUGH THE DIFFERENT THINGS THAT MR. GEE

01:06PM  8     WANTED TO PRESENT; RIGHT?

01:06PM  9     A.   YES.

01:07PM  10    Q.   OKAY.  AND THEN THE NEXT PAGE HAS A MISSION AND CORE

01:07PM  11    STATEMENT.

01:07PM  12         DO YOU SEE THAT?

01:07PM  13    A.   YES.

01:07PM  14    Q.   IF YOU GO TO PAGE -- I GUESS IT'S THE NEXT PAGE AFTER

01:07PM  15    THAT.

01:07PM  16         DO YOU SEE IT HAS THERANOS LABORATORY LICENSURES?

01:07PM  17    A.   YES.

01:07PM  18    Q.   AND HERE MR. GEE IS JUST REVIEWING WHICH STATES LICENSED

01:07PM  19    THERANOS FOR OPERATING VARIOUS FACILITIES; IS THAT RIGHT?

01:07PM  20    A.   YES.

01:07PM  21    Q.   AND THEN THERE'S A REFERENCE, LABORATORY LICENSURES.

01:07PM  22         DO YOU SEE THAT?

01:07PM  23    A.   YES.

01:07PM  24    Q.   AND THOSE WERE OUTSIDE LABORATORIES THAT THERANOS COULD

01:07PM  25    SEND SAMPLES TO IF THEY WANTED TO; RIGHT?

01:07PM  1   A.   YES.

01:07PM  2   Q.   AND ONE OF THEM WAS ARUP?

01:07PM  3   A.   CORRECT.

01:07PM  4   Q.   AND ONE OF THEM WAS UCSF?

01:07PM  5   A.   YES.

01:07PM  6   Q.   AND THAT WAS -- OKAY.  SORRY.  LET ME START AGAIN.

01:08PM  7        THE OUTSIDE LABORATORIES, THOSE WERE THERE SO THAT IF

01:08PM  8   THERANOS DIDN'T HAVE A TEST, IT COULD SEND THOSE TO ANOTHER LAB

01:08PM  9   TO DO?

01:08PM  10  A.   CORRECT.

01:08PM  11  Q.   AND WHEN A PATIENT GOT A RESULT FROM ONE OF THOSE OUTSIDE

01:08PM  12  LABORATORIES, IT SAID RIGHT ON THE REPORT THAT IT WAS FROM ARUP

01:08PM  13  OR SAN FRANCISCO; RIGHT?

01:08PM  14  A.   I BELIEVE SO.  I MEAN, THAT'S REQUIRED UNDER CLIA, YEAH.

01:08PM  15  YEAH.

01:08PM  16  Q.   OKAY.  SO THEN MOVING FORWARD THROUGH THE EXHIBIT.

01:08PM  17       IF YOU GO TO NOT THE NEXT PAGE, BUT THE PAGE AFTER THAT,

01:08PM  18  THIS IS CALLED WALGREENS/THERANOS SAMPLES BY STORE; RIGHT?

01:08PM  19  A.   YES.

01:08PM  20  Q.   AND THIS GOES THROUGH, IN A BAR GRAPH FORM, EACH MONTH AND

01:08PM  21  HOW MANY SAMPLES ARE COMING FROM WALGREENS; IS THAT RIGHT?

01:08PM  22  A.   YEAH.  I MEAN, IT LOOKS LIKE THERE'S FOUR DIFFERENT

01:09PM  23  LOCATIONS, FOUR DIFFERENT STORES, TESTING --

01:09PM  24  Q.   RIGHT.

01:09PM  25  A.   -- JOINING OR WHATEVER YOU WANT TO -- TESTING LOCATIONS,

01:09PM  1    YEAH.

01:09PM  2    Q.   RIGHT.  SO BY STORE, AND AT THE BOTTOM YOU UNDERSTAND THAT

01:09PM  3    THOSE NUMBERS -- IF YOU CAN HIGHLIGHT THE VERY BOTTOM -- THOSE

01:09PM  4    ARE JUST, YOU KNOW, PARTICULAR WALGREENS STORES; RIGHT?

01:09PM  5    A.   YES.

01:09PM  6    Q.   AND THEN IT'S -- EACH OF THE BARS RELATE TO A PARTICULAR

01:09PM  7    STORE?

01:09PM  8    A.   YES.

01:09PM  9    Q.   AND THEN IT JUST SHOWS OVER THIS TIME THAT THE SAMPLE

01:09PM 10    VOLUME BY STORE IS GOING UP?

01:09PM 11    A.   YES.

01:09PM 12    Q.   AND THEN THE NEXT PAGE HAS AN AVERAGE WAIT TIME AT

01:09PM 13    WALGREENS STORES FOR THERANOS TESTING.

01:09PM 14        DO YOU SEE THAT?

01:09PM 15    A.   YES.

01:09PM 16    Q.   OKAY.  THEN IF YOU GO TO THE NEXT PAGE, IT HAS A SECTION

01:09PM 17    ABOUT REDRAWS BY STORE LOCATION.

01:10PM 18        DO YOU SEE THAT?

01:10PM 19    A.   YES.

01:10PM 20    Q.   AND SO MR. GEE IS TRACKING THIS INFORMATION?

01:10PM 21    A.   YES.

01:10PM 22    Q.   AND THEN IT HAS, IF YOU GO TO TWO MORE PAGES AFTER THAT,

01:10PM 23    CLIA TRAINING.

01:10PM 24        DO YOU SEE THAT?

01:10PM 25    A.   YES.

01:10PM 1     Q.   AND THESE ARE JUST VARIOUS TRAINING EXERCISES THAT HAD

01:10PM 2     GONE ON AT THERANOS?

01:10PM 3     A.   YES.

01:10PM 4     Q.   OKAY.  AND THEN IF YOU GO TO PAGE -- THE NEXT PAGE, YOU

01:10PM 5     SEE THERE'S A PROCESS IMPROVEMENT SECTION?

01:10PM 6     A.   YES.

01:10PM 7     Q.   AND THAT WAS SOMETHING THAT MR. GEE AND EVERYONE WAS

01:10PM 8     INTERESTED IN, TO CONTINUE TO IMPROVE THE PROCESS; RIGHT?

01:10PM 9     A.   YES.

01:10PM 10    Q.   AND THAT WAS TRUE OF ALL ORGANIZATIONS THAT YOU'VE BEEN A

01:10PM 11    PART OF; RIGHT?

01:10PM 12    A.   CONTINUOUS QUALITY IMPROVEMENT, YES.

01:10PM 13    Q.   AND THAT'S ACTUALLY A CONCEPT THAT YOU EMBRACE AS A LAB

01:10PM 14    DIRECTOR?

01:10PM 15    A.   YES, I DO.

01:10PM 16    Q.   OKAY.  AND THEN IF YOU SEE THE FIRST BULLET THERE, THAT'S

01:10PM 17    "IMPROVEMENTS TO LIS."

01:11PM 18         THAT WAS ONE OF THE BULLETS THAT MR. GEE DISCUSSED?

01:11PM 19    A.   YES.

01:11PM 20    Q.   "PENDING LAB REVIEW, FAX CAPABILITY FROM LIS, AND CRITICAL

01:11PM 21    REVIEW SCREEN."

01:11PM 22         DO YOU SEE THAT?

01:11PM 23    A.   YES.

01:11PM 24    Q.   AND SO THESE WERE SOME OF THE THINGS BEING WORKED ON;

01:11PM 25    RIGHT?

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)     3628

01:11PM   1        A.   YES.

01:11PM   2        Q.   AND THEN IF YOU GO TO THE NEXT PAGE, YOU SEE THAT THERE'S

01:11PM   3        A QUALITY CONTROL SECTION?

01:11PM   4        A.   YES.

01:11PM   5        Q.   AND THAT THIS HAS, IN THE LEFT-HAND COLUMN, QUARTER 4.

01:11PM   6             DO YOU SEE THAT?

01:11PM   7        A.   YES.

01:11PM   8        Q.   AND THAT WOULD BE QUARTER 4 OF 2013; RIGHT?

01:11PM   9        A.   YES.

01:11PM  10        Q.   SO ROUGHLY THE -- WELL, NOT EVEN ROUGHLY, PRECISELY THE

01:11PM  11        LAST THREE MONTHS OF 2013; RIGHT?

01:11PM  12        A.   CORRECT.

01:11PM  13        Q.   AND IT SAYS HERE THERE'S 172 ASSAYS PERFORMED.

01:11PM  14             DO YOU SEE THAT?

01:11PM  15        A.   YES.

01:11PM  16        Q.   AND 10,192 CONTROLS WERE ANALYZED; RIGHT?

01:11PM  17        A.   YES.

01:11PM  18        Q.   AND .14 PERCENT CONTROLS FAILED.

01:11PM  19             DO YOU SEE THAT?

01:11PM  20        A.   YES.

01:11PM  21        Q.   AND THEN IF YOU GO TO Q1, PREDICATE, THE NEXT SECTION,

01:12PM  22        THEN IT SAYS -- THIS IS PREDICATE MACHINES; RIGHT?

01:12PM  23        A.   YES.

01:12PM  24        Q.   SO UNMODIFIED PREDICATE MACHINES?

01:12PM  25        A.   CORRECT.

01:12PM   1     Q.   AND THERE WERE 132 ASSAYS PERFORMED; CORRECT?

01:12PM   2     A.   YES.

01:12PM   3     Q.   AND 8,458 CONTROLS WERE ANALYZED; RIGHT?

01:12PM   4     A.   CORRECT.

01:12PM   5     Q.   AND .75 PERCENT CONTROLS FAILED; RIGHT?

01:12PM   6     A.   YES.

01:12PM   7     Q.   AND YOU SAID IN YOUR DIRECT TESTIMONY ON WEDNESDAY THAT ON

01:12PM   8     A BAD DAY, I THINK YOU SAID, A PREDICATE MACHINE, UNMODIFIED

01:12PM   9     PREDICATE MACHINE WOULD FAIL 2 TO 3 PERCENT OF THE TIME?

01:12PM  10     A.   YES.

01:12PM  11     Q.   AND SO APPARENTLY THEY'RE DOING A LITTLE BIT BETTER THAN

01:12PM  12     THAT; RIGHT?

01:12PM  13     A.   YES.

01:12PM  14     Q.   AND THEN FOR Q1 THERANOS, DO YOU SEE THAT?

01:12PM  15     A.   YES.

01:12PM  16     Q.   IT SAYS THERE ARE 52 ASSAYS PERFORMED?

01:12PM  17     A.   YES.

01:12PM  18     Q.   AND 3,879 CONTROLS ARE ANALYZED?

01:12PM  19     A.   YES.

01:12PM  20     Q.   AND 2.9 PERCENT CONTROLS FAILED?

01:12PM  21     A.   I'M JUST READING ALONG WITH YOU, YEAH.

01:12PM  22     Q.   RIGHT.  WELL, THAT'S WHAT MR. GEE REPORTED?

01:13PM  23     A.   I'M SORRY?

01:13PM  24     Q.   WELL, YOU DIDN'T WRITE THIS PRESENTATION?

01:13PM  25     A.   NO, NO.

01:13PM  1    Q.   MR. GEE PRESENTED THE MATERIAL; RIGHT?

01:13PM  2    A.   YES, YES.

01:13PM  3    Q.   NOT MR. BALWANI?

01:13PM  4    A.   NO.

01:13PM  5    Q.   AND MR. GEE PRESENTED THIS INFORMATION; RIGHT?

01:13PM  6    A.   YES.

01:13PM  7    Q.   OKAY.  LET'S MOVE TO A DIFFERENT TOPIC, AND THAT'S

01:13PM  8    PROFICIENCY TESTING.  ALL RIGHT?

01:13PM  9    A.   UH-HUH.

01:13PM  10   Q.   AND YOU DISCUSSED THAT AT LENGTH IN YOUR TESTIMONY.

01:13PM  11   A.   YES.

01:13PM  12   Q.   OKAY.  SO YOU DIDN'T -- YOU WEREN'T, I DON'T THINK, SHOWN

01:13PM  13   A DOCUMENT ON DIRECT, BUT YOU REFERRED TO A TIME WHEN SOME

01:14PM  14   PROFICIENCY TESTING MATERIAL WAS RUN ON EDISON DEVICES?

01:14PM  15   A.   YES.

01:14PM  16   Q.   AND I THINK YOU DESCRIBED IT AS LEFTOVER PROFICIENCY

01:14PM  17   TESTING MATERIAL?

01:14PM  18   A.   YES.

01:14PM  19   Q.   OKAY.  AND YOU RECALL THAT WAS AN INSTANCE WHERE SOME

01:14PM  20   LEFTOVER PROFICIENCY TESTING MATERIAL THAT CAME FROM NEW YORK

01:14PM  21   STATE WAS RUN ON EDISONS; RIGHT?

01:14PM  22   A.   AND API AS WELL, YES.

01:14PM  23   Q.   OKAY.  API AND NEW YORK STATE?

01:14PM  24   A.   YES.

01:14PM  25   Q.   AND THOSE WERE THE TWO OUTSIDE ORGANIZATIONS THAT SUPPLY

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)                 3631

01:14PM 1     PROFICIENCY TESTING MATERIAL?

01:14PM 2     A.   YES.

01:14PM 3     Q.   RIGHT.  AND I THINK YOU ALSO SAID ON DIRECT THAT FOR

01:14PM 4     TRADITIONAL PROFICIENCY TESTING, A LAB RUNS THE PROFICIENCY

01:14PM 5     TESTING SAMPLES; RIGHT?

01:14PM 6     A.   YES.

01:14PM 7     Q.   AND THEN GETS THE RESULTS, AND THEN THEY SEND THE RESULTS

01:14PM 8     OFF TO THE TESTING AGENCY; RIGHT?

01:14PM 9     A.   CORRECT.

01:14PM 10    Q.   SO IT COULD HAVE BEEN NEW YORK STATE OR API?

01:14PM 11    A.   CORRECT.

01:14PM 12    Q.   OR OTHERS; RIGHT?

01:14PM 13    A.   CORRECT.

01:14PM 14    Q.   OKAY.  AND THERE'S -- THE JOB IN TRADITIONAL PROFICIENCY

01:15PM 15    TESTING OF THE TESTING AGENCY IS TO BASICALLY COMPARE THE

01:15PM 16    PROFICIENCY TEST RESULTS TO OTHER RESULTS THAT THEY GET FROM

01:15PM 17    OTHER LABORATORIES AROUND THE COUNTRY THAT ARE RUNNING THE SAME

01:15PM 18    INSTRUMENT; RIGHT?

01:15PM 19    A.   CORRECT.

01:15PM 20    Q.   SO IT HAS TO BE LIKE AN APPLE-TO-APPLE TYPE OF COMPARISON;

01:15PM 21    RIGHT?

01:15PM 22    A.   CORRECT.

01:15PM 23    Q.   AND SO IF YOU'RE RUNNING A SIEMENS IMMULITE AND YOU DO

01:15PM 24    PROFICIENCY TESTING ON THAT INSTRUMENT, THEN THE TESTING AGENCY

01:15PM 25    WOULD COMPARE THE RESULTS THAT YOU PROVIDE WITH OTHER LABS THAT

01:15PM  1    RUN THE SAME TYPE OF MATERIAL ON IMMULITES; RIGHT?

01:15PM  2    A.   CORRECT.

01:15PM  3    Q.   AND THAT'S SOMETIMES CALLED THE PEER GROUP; RIGHT?

01:15PM  4    A.   CORRECT.

01:15PM  5    Q.   BUT IN OTHER SITUATIONS THERE IS NOT A PEER GROUP; RIGHT?

01:15PM  6    A.   CORRECT.

01:15PM  7    Q.   BECAUSE THERE'S SOME TYPE OF NOVEL TECHNOLOGY AT WORK;

01:15PM  8    RIGHT?

01:15PM  9    A.   SO I THINK FOR CAP, IF THERE ARE TEN OR FEWER USERS, THEY

01:16PM  10   WON'T COMPARE YOU AGAINST THOSE PEERS BECAUSE THERE'S JUST NOT

01:16PM  11   ENOUGH PEOPLE.

01:16PM  12   Q.   RIGHT.  AND IN THE CASE OF EDISON DEVICES, THERE WERE NO

01:16PM  13   OTHER LABS AS YOU UNDERSTOOD; RIGHT?

01:16PM  14   A.   CORRECT.

01:16PM  15   Q.   AND IN THE CASE OF MODIFIED PREDICATES, THERE WERE NO

01:16PM  16   OTHER LABS; RIGHT?

01:16PM  17   A.   CORRECT.

01:16PM  18   Q.   AND THE -- I THINK YOU SAID THIS ON DIRECT, BUT THE

01:16PM  19   SOLUTION TO THAT LACK OF PEER GROUP ISSUE IS TO DO A DIFFERENT

01:16PM  20   FORM OF PROFICIENCY TESTING CALLED AAP; RIGHT?

01:16PM  21   A.   CORRECT.

01:16PM  22   Q.   AND THAT STANDS FOR ALTERNATIVE ASSESSMENT PROCEDURE;

01:16PM  23   RIGHT?

01:16PM  24   A.   CORRECT.

01:16PM  25   Q.   OKAY.  AND YOU RECOGNIZED THAT THAT WAS THE CORRECT WAY TO

01:16PM 1    DO THINGS FOR SOMETHING LIKE AN EDISON THAT DIDN'T HAVE A PEER

01:16PM 2    GROUP; RIGHT?

01:16PM 3    A.   YES.

01:16PM 4    Q.   AND IT DOESN'T MEAN THAT YOU CAN'T RUN THE INSTRUMENT, IT

01:16PM 5    JUST MEANS YOU HAVE TO DO A DIFFERENT TYPE OF PROFICIENCY

01:16PM 6    TESTING?

01:16PM 7    A.   CORRECT.

01:16PM 8    Q.   OKAY.  AND THIS WAS SOMETHING THAT WAS RECOGNIZED PRETTY

01:16PM 9    EARLY ON AT THERANOS?

01:16PM 10   A.   YES.

01:16PM 11   Q.   IN FACT, I THINK WE SAW IN AN EXHIBIT THAT WAS DATED

01:16PM 12   BEFORE YOUR TIME, IN 2011, WHERE THERE WAS A SECTION ON THE

01:17PM 13   NEED TO DO AAP; RIGHT?

01:17PM 14   A.   YES.

01:17PM 15   Q.   OKAY.  AND THE AAP THAT WAS AT LEAST IN THE STANDARD

01:17PM 16   OPERATING PROCEDURE AT THERANOS, AND WE'LL GET TO THAT, BUT

01:17PM 17   IT'S NOT COMPARING THERANOS RESULTS TO A PEER GROUP OF OTHER

01:17PM 18   LABORATORIES; RIGHT?

01:17PM 19   A.   NO, IT IS NOT.

01:17PM 20   Q.   IT IS ACTUALLY TAKING HUMAN BLOOD SAMPLES THAT ARE

01:17PM 21   OBTAINED FROM EMPLOYEES AT THERANOS AND COMPARING THE RESULTS

01:17PM 22   OF THE ACTUAL HUMAN BLOOD SAMPLES ON EDISON RUNS VERSUS

01:17PM 23   PREDICATE UNMODIFIED RUNS; RIGHT?

01:17PM 24   A.   YES, THAT WOULD HAVE BEEN ONE WAY TO DO THE AAP.  I'D HAVE

01:17PM 25   TO REFRESH MY MEMORY AS TO EXACTLY WHAT THE DOCUMENT SAID, BUT

01:17PM  1    I THINK THAT'S CORRECT.

01:17PM  2    Q.   OKAY.  AND I'LL SHOW IT TO YOU IN A FEW MINUTES,

01:17PM  3    DR. ROSENDORFF.  THANK YOU.

01:17PM  4    A.   YEAH.

01:17PM  5    Q.   BUT LET'S JUST GO BACK TO THE SUMMER OF 2013 AND SHOW YOU

01:17PM  6    EXHIBIT 13905.

01:18PM  7         AND DO YOU HAVE THAT IN FRONT OF YOU?

01:18PM  8    A.   YES.

01:18PM  9    Q.   AND THIS IS AN EMAIL FROM SYLVIA CHANG.

01:18PM 10         DO YOU SEE THAT?

01:18PM 11    A.   MAY I BE EXCUSED FOR A FEW MINUTES TO GO TO THE RESTROOM?

01:18PM 12            THE COURT:  YES.  OF COURSE.  LET'S TAKE A BRIEF

01:18PM 13    BREAK, LADIES AND GENTLEMEN, ABOUT SEVEN MINUTES, PLEASE.

01:18PM 14       (RECESS FROM 1:18 P.M. UNTIL 1:29 P.M.)

01:29PM 15            THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

01:29PM 16         ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT AGAIN.

01:29PM 17         MR. COOPERSMITH.

01:29PM 18            MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

01:29PM 19    Q.   OKAY.  SO BEFORE THE BREAK, DR. ROSENDORFF, WE WERE

01:29PM 20    TALKING ABOUT PROFICIENCY TESTING.

01:29PM 21    A.   YES.

01:29PM 22    Q.   AND A FORM OF PROFICIENCY TESTING CALLED AAP; RIGHT?

01:29PM 23    A.   YES.

01:29PM 24    Q.   OKAY.  SO WE WERE ABOUT TO GO OVER EXHIBIT 13905.

01:29PM 25         DO YOU STILL SEE THAT?

01:29PM  1      A.   YES.

01:30PM  2      Q.   AND THAT IS AN EMAIL FROM A SYLVIA CHANG TO MR. BALWANI

01:30PM  3      WITH A COPY TO YOURSELF AND KERRY ELENITOBA-JOHNSON.

01:30PM  4           DO YOU SEE THAT?

01:30PM  5      A.   YES.

01:30PM  6      Q.   AND ALSO HODA ALAMDAR; RIGHT?

01:30PM  7      A.   YES.

01:30PM  8      Q.   AND SYLVIA CHANG WAS A LAB SCIENTIST AT THERANOS?

01:30PM  9      A.   YES.

01:30PM 10      Q.   AND IN THIS CASE SHE WAS SENDING AN EMAIL ABOUT THE

01:30PM 11      HANDLING AND SCHEDULING AND SUBMITTING OF THE PROFICIENCY

01:30PM 12      SAMPLES?

01:30PM 13      A.   YES.

01:30PM 14      Q.   AND THIS WAS ON JULY 27TH, 2013?

01:30PM 15      A.   YES.

01:30PM 16      Q.   AND THIS WAS PRIOR TO THE WALGREENS LAUNCH; CORRECT?

01:30PM 17      A.   CORRECT.

01:30PM 18              MR. COOPERSMITH:  YOUR HONOR, WE OFFER 13905.

01:30PM 19              MR. BOSTIC:  NO OBJECTION.

01:30PM 20              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:30PM 21           (DEFENDANT'S EXHIBIT 13905 WAS RECEIVED IN EVIDENCE.)

01:30PM 22      BY MR. COOPERSMITH:

01:30PM 23      Q.   SO LOOKING AT THE DOCUMENT, DR. ROSENDORFF, AND IT HAS THE

01:30PM 24      DATE THAT I'VE DESCRIBED, BUT YOU SEE IT SAYS, "SUNNY," THIS IS

01:30PM 25      MS. CHANG WRITING, "PER YOUR REQUEST, HERE ARE THE DETAIL FOR

ER-2656

01:30PM   1    HANDLING, SCHEDULING AND SUBMITTING PROFICIENCY SAMPLES."

01:30PM   2        DO YOU SEE THAT?

01:31PM   3    A.   YES.

01:31PM   4    Q.   SO SHE SEEMS TO BE RESPONDING TO MR. BALWANI; CORRECT?

01:31PM   5    A.   YES.

01:31PM   6    Q.   AND THEN SHE SAYS SHE'S ATTACHING A STANDARD OPERATING

01:31PM   7    PROCEDURE FOR REFERENCE.

01:31PM   8        DO YOU SEE THAT?

01:31PM   9    A.   YES.

01:31PM  10    Q.   AND THEN ATTACHED TO THE EXHIBIT, TO THE EMAIL, THERE'S

01:31PM  11    SEVERAL PAGES OF THE DRAFT STANDARD OPERATING PROCEDURE?

01:31PM  12    A.   YES.

01:31PM  13    Q.   AND THIS WAS FOR YOUR REVIEW; CORRECT?

01:31PM  14    A.   YES.

01:31PM  15    Q.   AND IT LOOKS LIKE THE DOCUMENT THAT WAS SENT HAS A

01:31PM  16    DOCUMENT NUMBER AT THE TOP.

01:31PM  17        DO YOU SEE THAT?

01:31PM  18    A.   YES.

01:31PM  19    Q.   AND IT HAS A REVISION:  C?

01:31PM  20    A.   YES.

01:31PM  21    Q.   AND THEN BELOW THAT THERE'S AN EFFECTIVE DATE; RIGHT?

01:31PM  22    A.   YES.

01:31PM  23    Q.   AND THE EFFECTIVE DATE PRINTED ON THIS DRAFT DOCUMENT IS

01:31PM  24    ACTUALLY BEFORE YOUR TIME AT THERANOS; RIGHT?

01:31PM  25    A.   CORRECT.

01:31PM  1      Q.   OKAY.  AND IT DOESN'T EVEN HAVE A SPACE FOR A SIGNATURE

01:31PM  2      BECAUSE YOU WEREN'T THERE AT THE TIME; RIGHT?

01:31PM  3      A.   CORRECT.

01:31PM  4      Q.   BUT THEN IF YOU GO TO THE NEXT -- I'M SORRY.  IT'S PAGE 3

01:31PM  5      OF 6, AND IT HAS A SECTION ON RESPONSIBILITIES.

01:32PM  6           DO YOU SEE THAT?

01:32PM  7      A.   YES.

01:32PM  8      Q.   AND IT SAYS, "LABORATORY TESTING PERSONNEL ARE RESPONSIBLE

01:32PM  9      FOR THE FOLLOWING," AND THEN THERE'S THREE SUBSECTIONS.

01:32PM  10          "RECEIVING AND PROCESSING THE PROFICIENCY TESTING

01:32PM  11     SAMPLES."

01:32PM  12     A.   YES.

01:32PM  13     Q.   "REPORTING THE RESULTS TO THE TS OR DESIGNEE FOR

01:32PM  14     EVALUATION."

01:32PM  15          RIGHT?

01:32PM  16     A.   YES.

01:32PM  17     Q.   AND THEN, "COMPLETING APPLICABLE FIELDS ON A PARTICULAR

01:32PM  18     FORM."

01:32PM  19          RIGHT?

01:32PM  20     A.   YES.

01:32PM  21     Q.   AND THEN IF YOU GO TO PAGE 4 OF 6.

01:32PM  22          THEN THERE'S A SECTION ON PROFICIENCY TESTING FOR

01:32PM  23     COMMERCIAL PT; RIGHT?

01:32PM  24     A.   YES.

01:32PM  25     Q.   AND SO THIS WOULD BE FOR THE UNMODIFIED PREDICATES; RIGHT?

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)          3638

01:32PM   1    A.   CORRECT.

01:32PM   2    Q.   AND THEN IF YOU GO TO THE NEXT PAGE, 5.3 -- SECTION 5.3.

01:32PM   3         THERE'S A SECTION ABOUT ALTERNATIVE ASSESSMENT PROCEDURE?

01:32PM   4    A.   YES.

01:32PM   5    Q.   AND THAT WOULD APPLY "FOR NON-CMS REGULATED TESTS OR THOSE

01:33PM   6    WHICH LACK FDA CLEARANCE, COMMERCIAL OR EXTERNAL PT PROGRAMS

01:33PM   7    MAY NOT BE AVAILABLE."

01:33PM   8         DO YOU SEE THAT?

01:33PM   9    A.   YES.

01:33PM  10    Q.   AND THAT'S THE SAME THING THAT WE WERE JUST TALKING ABOUT

01:33PM  11    WITH AAP; RIGHT?

01:33PM  12    A.   YES.

01:33PM  13    Q.   OKAY.  LET'S PUT THAT ASIDE AND GO TO EXHIBIT 9939.

01:33PM  14         AND THIS HAS BEEN PREVIOUSLY ADMITTED, YOUR HONOR.

01:33PM  15              THE COURT:  THANK YOU.

01:33PM  16    BY MR. COOPERSMITH:

01:33PM  17    Q.   YOU SEE THIS IS A STANDARD OPERATING PROCEDURE, AND THIS

01:33PM  18    ONE ACTUALLY HAS YOUR NAME ON IT?

01:33PM  19    A.   YES.

01:33PM  20    Q.   AND THE DATE IS DECEMBER 2ND, 2013?

01:33PM  21    A.   YES.

01:33PM  22    Q.   AND ACCORDING TO THE TOP, IT'S PROFICIENCY TESTING FOR

01:33PM  23    THERANOS LAB-DEVELOPED TESTS FOR EDISON 3.5?

01:33PM  24    A.   YES.

01:33PM  25    Q.   OKAY.  SO THIS IS THE PROCEDURE THAT YOU ACTUALLY PUT IN

01:33PM  1      PLACE IN EARLY DECEMBER OF 2013 FOR PROFICIENCY TESTING ON THE

01:33PM  2      ACTUAL THERANOS EDISON DEVICE; RIGHT?

01:34PM  3      A.   YES.

01:34PM  4      Q.   OKAY.   IF WE GO TO --

01:34PM  5           SORRY ABOUT THAT.   GO TO PAGE 3 OF 8.   YOU SEE IT HAS THE

01:34PM  6      PURPOSE AT THE TOP?

01:34PM  7      A.   YES.

01:34PM  8      Q.   AND THE PURPOSE OF THIS PROPOSAL IS "TO DEVISE AN

01:34PM  9      ALTERNATIVE ASSESSMENT PROPOSED (AAP) FOR LABORATORY DEVELOPED

01:34PM  10     TESTS ON THE EDISON 3.5 IMMUNOASSAY INSTRUMENT."

01:35PM  11     A.   YES.

01:35PM  12     Q.   AND THEN IF YOU GO DOWN UNDER RESPONSIBILITIES, YOU SEE IT

01:35PM  13     SAYS, "IT IS THE RESPONSIBILITY OF THE TECHNICAL SUPERVISOR TO

01:35PM  14     ENSURE THAT THE ALTERNATIVE ASSESSMENT PROCEDURE IS CONDUCTED

01:35PM  15     AT LEAST" TWICE A -- "TWICE TIMES A YEAR FOR ALL 4 ANALYTES."

01:35PM  16          DO YOU SEE THAT?

01:35PM  17     A.   YES.

01:35PM  18     Q.   AND THEN AT 3.3, THE FIRST SUBSECTION THERE, 3.3.1, IT

01:35PM  19     SAYS, "THE TECHNICAL SUPERVISOR IS RESPONSIBLE FOR MAKING SURE

01:35PM  20     THAT PROFICIENCY TESTING SAMPLES ARE IDENTIFIED AND PREPARED

01:35PM  21     FOR THE LABORATORY."

01:35PM  22          AND THEN IT GOES ON, IF YOU GO TO THE NEXT PAGE, TO DEFINE

01:35PM  23     WHAT THE RESPONSIBILITIES OF THE TECHNICAL SUPERVISOR ARE;

01:35PM  24     RIGHT?

01:35PM  25     A.   YES.

01:35PM  1      Q.   AND THEN ON 3.4 IT SAYS, "THE LABORATORY DIRECTOR IS

01:35PM  2      RESPONSIBLE FOR THE FOLLOWING:

01:35PM  3           "REVIEWING AND APPROVING EACH PT TESTING EVENT

01:35PM  4      DOCUMENTATION."

01:35PM  5           DO YOU SEE THAT?

01:35PM  6      A.   YES.

01:35PM  7      Q.   AND THIS IS THE PROCEDURE THAT YOU PUT IN PLACE?

01:35PM  8      A.   YES.

01:35PM  9      Q.   AND YOU ACTUALLY DEFINED YOUR OWN RESPONSIBILITIES THERE

01:35PM  10     IN 3.4?

01:35PM  11     A.   YES.

01:35PM  12     Q.   OKAY.  NOBODY ELSE WAS RESPONSIBLE FOR THAT 3.4.1 ITEM?

01:36PM  13     A.   NO.

01:36PM  14     Q.   OKAY.  AND THEN IF YOU GO TO PAGE 5, I THINK I MAY HAVE

01:36PM  15     REFERENCED THIS BEFORE, BUT DO YOU SEE THAT THERE'S A

01:36PM  16     PROCEDURE?

01:36PM  17     A.   YES.

01:36PM  18     Q.   AND THIS DEFINES ACTUALLY HOW THE AAP PROCEDURE WOULD

01:36PM  19     WORK; RIGHT?

01:36PM  20     A.   YES.

01:36PM  21     Q.   AND IT'S "OBTAINED 5 VENOUS CLINICAL SAMPLES FROM AN

01:36PM  22     IN-HOUSE COLLECTION."

01:36PM  23     A.   RIGHT.

01:36PM  24     Q.   THAT MEANS FROM EMPLOYEE?

01:36PM  25     A.   YES.

01:36PM  1    Q.   AND THAT MEANS YOU'RE COLLECTING REALLY HUMAN BLOOD;

01:36PM  2    RIGHT?

01:36PM  3    A.   YES.

01:36PM  4    Q.   AND NOT USING PROFICIENCY TESTING MATERIAL THAT IS

01:36PM  5    SUPPLIED BY AN OUTSIDE TESTING LAB; RIGHT?

01:36PM  6    A.   CORRECT.

01:36PM  7    Q.   AND THAT'S BECAUSE THERE WAS AT LEAST A CONCERN THAT USING

01:36PM  8    THE PT MATERIAL FROM OUTSIDE TESTING SERVICES WOULD CREATE

01:36PM  9    SOMETHING CALLED A MATRIX EFFECT.

01:36PM 10        DO YOU REMEMBER THAT?

01:36PM 11    A.   I THINK DANIEL YOUNG MENTIONED THAT IN ONE OF HIS EMAILS.

01:36PM 12    Q.   OKAY.  DANIEL YOUNG BELIEVED -- WELL, DO YOU RECALL

01:36PM 13    DANIEL YOUNG INFORMED YOU THAT HE THOUGHT THERE WAS SOMETHING

01:37PM 14    CALLED THE MATRIX EFFECT; RIGHT?

01:37PM 15    A.   I THINK SO, YES.

01:37PM 16    Q.   AND THAT WOULD PRECLUDE THE USE OF OUTSIDE TESTING

01:37PM 17    MATERIAL ON THERANOS INSTRUMENTS; RIGHT?

01:37PM 18    A.   THAT WAS HIS POSITION, YES.

01:37PM 19    Q.   RIGHT.  BUT YOU INSTITUTED A PROCEDURE, WHICH WE'RE NOW

01:37PM 20    LOOKING AT, THAT ACTUALLY PUT IN PLACE A PROCEDURE THAT ADOPTED

01:37PM 21    DANIEL YOUNG'S VIEW OF THAT SITUATION; RIGHT?

01:37PM 22    A.   I'M JUST NOT SURE WHEN DANIEL'S EMAIL CAME THROUGH VERSUS

01:37PM 23    THE DATE OF THIS SOP, BUT I RECALL DANIEL SENDING AN EMAIL

01:37PM 24    TALKING ABOUT THE MATRIX EFFECT.

01:37PM 25    Q.   OKAY.

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)                     3642

01:37PM  1    A.   AND THEN I DON'T KNOW WHERE THAT STANDS IN RELATION TO

01:37PM  2    THIS SOP.

01:37PM  3    Q.   BUT DANIEL YOUNG'S RECOMMENDATION ABOUT THE MATRIX EFFECT

01:37PM  4    WAS, BECAUSE OF THAT, THAT THIS COMPANY SHOULD DO THIS AAP

01:37PM  5    PROCEDURE; RIGHT?

01:37PM  6    A.   THAT WAS HIS POSITION, YES.

01:38PM  7    Q.   AND THEN YOU SIGNED THE PROCEDURE WE'RE NOW LOOKING AT

01:38PM  8    THAT IMPLEMENTED THAT EXACT RECOMMENDATION; RIGHT?

01:38PM  9    A.   YES.

01:38PM  10   Q.   OKAY.  NOW, IF YOU GO TO THE BOTTOM -- WELL, STICK WITH

01:38PM  11   THAT SAME SECTION.

01:38PM  12       DO YOU SEE 4.6?

01:38PM  13   A.   YES.

01:38PM  14   Q.   IT SAYS, "CALCULATE THE AVERAGE BIAS OF THE THERANOS LDT

01:38PM  15   TEST AS FOLLOWS," AND THEN IT HAS AN EQUATION AFTER THAT?

01:38PM  16   A.   YES.

01:38PM  17   Q.   AND AVERAGE BIAS MEANS THAT THERE MIGHT BE A DIFFERENCE

01:38PM  18   BETWEEN THE VALUE THAT THE PREDICATE MACHINE OBTAINS VERSUS THE

01:38PM  19   THERANOS DEVICE; RIGHT?

01:38PM  20   A.   SORRY, SAY AGAIN.

01:38PM  21   Q.   AVERAGE BIAS, THAT REFERS TO HOW THERE MIGHT BE A

01:38PM  22   DIFFERENCE IN THE VALUE ACHIEVED OR THE RESULT IN THE

01:38PM  23   PROFICIENCY TESTING EXPERIMENT FROM THE PREDICATE DEVICE VERSUS

01:38PM  24   THE THERANOS DEVICE; RIGHT?

01:38PM  25   A.   YES.

01:38PM  1      Q.   AND THAT IF THAT BIAS IS A CONSISTENT BIAS, IT MIGHT BE

01:38PM  2      POSSIBLE TO APPLY SOMETHING CALLED A BIAS CORRECTION; RIGHT?

01:39PM  3      A.   YES.

01:39PM  4      Q.   AND THAT WOULD ADJUST FOR THAT ISSUE; RIGHT?

01:39PM  5      A.   YES.

01:39PM  6      Q.   OKAY.  AND THAT WAS SOMETHING THAT DANIEL YOUNG WORKED A

01:39PM  7      LOT AND SPENT A LOT OF TIME ON?

01:39PM  8      A.   THE BIAS CORRECTION WAS DONE ON THE IMMULITE WITH DILUTED

01:39PM  9      BLOOD SAMPLES TO TRY TO REDUCE THE, YOU KNOW, THE BIAS BETWEEN

01:39PM  10     THE TWO METHODS, YEAH.

01:39PM  11     Q.   OKAY.

01:39PM  12     A.   BUT IT DOESN'T REALLY PERTAIN TO PROFICIENCY TESTING.

01:39PM  13     Q.   WELL, IN THE SECTION THAT WE'RE LOOKING AT, ONE OF THE

01:39PM  14     THINGS THAT HAS TO BE DONE AS A STEP IN THE AAP PROCEDURE IS TO

01:39PM  15     CALCULATE THE AVERAGE BIAS OF THE THERANOS --

01:39PM  16     A.   CORRECT.  CORRECT.

01:39PM  17     Q.   AND JUST TO STEP BACK TO MAYBE A MORE BASIC POINT, DO YOU

01:39PM  18     SEE 4.3 AND 4.4?

01:39PM  19     A.   YES.

01:39PM  20     Q.   AND THIS IS ACTUALLY WHAT IS DEFINING THE AAP TEST; RIGHT?

01:39PM  21     YOU'RE SPLITTING THE SAMPLES INTO TWO DIFFERENT CONTAINERS;

01:39PM  22     RIGHT?

01:39PM  23     A.   YES.

01:39PM  24     Q.   AND THOSE ARE CALLED ALIQUOTS; RIGHT?

01:39PM  25     A.   CORRECT.

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)                    3644

01:39PM   1    Q.   AND THOSE TWO DIFFERENT ALIQUOTS OR CONTAINERS, ONE IS RUN

01:40PM   2    ON A PREDICATE AND ONE IS RUN ON A THERANOS DEVICE; RIGHT?

01:40PM   3    A.   CORRECT.

01:40PM   4    Q.   AND THE IDEA IS TO COMPARE THE RESULTS?

01:40PM   5    A.   CORRECT.

01:40PM   6    Q.   AND YOU SEE BELOW THAT, THERE'S ACCEPTANCE CRITERIA IN THE

01:40PM   7    NEXT SECTION?

01:40PM   8    A.   YES.

01:40PM   9    Q.   AND THIS DEFINES WHAT IS REQUIRED FOR THE EXPERIMENT TO BE

01:40PM  10    DEEMED -- TO PASS; RIGHT?

01:40PM  11    A.   YES.

01:40PM  12    Q.   OKAY.  AND THEN ON 5.3, "IF AN ANALYTE FAILS A PROFICIENCY

01:40PM  13    EVENT, CORRECTIVE ACTIONS WILL BE IMPLEMENTED, ACCORDING TO

01:40PM  14    ANOTHER PROCEDURE."

01:40PM  15         DO YOU SEE THAT?

01:40PM  16    A.   YES.

01:40PM  17    Q.   AND NOW, IF YOU GO TO THE NEXT PAGE, PAGE 6, YOU SEE THAT

01:40PM  18    THERE'S A SECTION CALLED REFERENCES?

01:40PM  19    A.   YES.

01:40PM  20    Q.   AND ONE OF THE REFERENCES -- WELL, THE FIRST REFERENCE ON

01:40PM  21    7.1 IS TO A PARTICULAR CMS REGULATION; RIGHT?

01:40PM  22    A.   YES.

01:40PM  23    Q.   AND THEN THERE ARE OTHER REFERENCES TO CMS REGULATIONS;

01:41PM  24    RIGHT?

01:41PM  25    A.   YES.

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)                3645

01:41PM   1     Q.   AND THOSE ARE THE ONES THAT ARE CALLED CFR'S; RIGHT?

01:41PM   2     A.   CORRECT.

01:41PM   3     Q.   AND CODE OF FEDERAL REGULATION?

01:41PM   4     A.   CORRECT.

01:41PM   5     Q.   AND THEN THERE'S TWO OTHER REFERENCES TO CLSI; RIGHT?

01:41PM   6     A.   YES.

01:41PM   7     Q.   AND WE TALKED ABOUT THAT EARLIER?

01:41PM   8     A.   YES.

01:41PM   9     Q.   AND IS THAT THAT AUTHORITATIVE GROUP IN PENNSYLVANIA THAT

01:41PM  10     ISSUES GUIDANCE FOR LABORATORIES; RIGHT?

01:41PM  11     A.   YES.

01:41PM  12     Q.   IN THIS CASE WHEN YOU WERE MAKING THIS PROCEDURE, YOU

01:41PM  13     ACTUALLY REFERENCED THE CLSI, OR TWO OF THE CLSI GUIDELINES;

01:41PM  14     RIGHT?

01:41PM  15     A.   YES.

01:41PM  16     Q.   AND LET'S LOOK AT ONE OF THEM, AND THAT'S GP 29.  AND IF

01:41PM  17     WE CAN TURN -- OR JUST LOOK AT THE SCREEN, EXHIBIT 20418.

01:41PM  18          OKAY.  DO YOU SEE THAT 20418 IS THE PARTICULAR CLSI

01:42PM  19     GUIDELINE THAT WAS REFERENCED IN YOUR PROTOCOL?

01:42PM  20     A.   YES.

01:42PM  21     Q.   AND YOU REVIEW THIS IN ORDER TO DEVISE THE POLICY; RIGHT?

01:42PM  22     A.   YES.

01:42PM  23     Q.   AND SO THIS WAS ONE OF THE CASES WHERE YOU WERE RELYING ON

01:42PM  24     THE CLSI MATERIAL TO INFORM WHAT THE PROCEDURE SHOULD BE AT

01:42PM  25     THERANOS?

01:42PM 1      A.   YES.

01:42PM 2              MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20418.

01:42PM 3              MR. BOSTIC:  YOUR HONOR, 401, 403.

01:42PM 4              THE COURT:  I'LL SUSTAIN THE OBJECTION WITHOUT

01:42PM 5      ANYTHING FURTHER.

01:42PM 6          I DO THINK THE PROBATIVE VALUE IS OUTWEIGHED BY

01:42PM 7      SUBSTANTIAL PREJUDICE, SO I'LL SUSTAIN THE OBJECTION.

01:42PM 8      BY MR. COOPERSMITH:

01:42PM 9      Q.   OKAY.  WITHOUT SHOWING IT TO THE JURY, DR. ROSENDORFF,

01:42PM 10     I'LL ASK YOU SOME QUESTIONS ABOUT THIS, AND WE'LL SEE WHAT YOU

01:42PM 11     REMEMBER.

01:42PM 12         SO AS I WAS ASKING YOU, CLSI WAS THIS GROUP THAT PROVIDED

01:42PM 13     GUIDANCE; RIGHT?

01:42PM 14     A.   YES.

01:43PM 15     Q.   AND IN THIS CASE THEY PROVIDED GUIDANCE ON THE ALTERNATIVE

01:43PM 16     ASSESSMENT PROCEDURE; RIGHT?

01:43PM 17     A.   YES.

01:43PM 18     Q.   AND THAT YOU REVIEWED THIS TO HELP YOU DEVISE YOUR

01:43PM 19     PROTOCOL; RIGHT?

01:43PM 20     A.   YES.

01:43PM 21     Q.   AND DO YOU REMEMBER GENERALLY THAT THE CLSI GUIDANCE THAT

01:43PM 22     YOU REFERENCED ACTUALLY DID HAVE INFORMATION ABOUT HOW AAP

01:43PM 23     COULD BE IMPLEMENTED AND SO FORTH?

01:43PM 24     A.   I, I REALLY DON'T REMEMBER MUCH ABOUT THIS PARTICULAR

01:43PM 25     DOCUMENT, SIR.

01:43PM   1    Q.   OKAY.  BUT AT THE TIME -- IT'S NOW SEVERAL YEARS AGO?

01:43PM   2    A.   YEAH.

01:43PM   3    Q.   AT THE TIME, THAT'S SOMETHING THAT YOU REFERRED TO AS A

01:43PM   4    DOCUMENT TO HELP INFORM WHAT YOU DID; RIGHT?

01:43PM   5    A.   YES, IT APPEARS.

01:43PM   6    Q.   OKAY.  IF YOU COULD TAKE A LOOK AT EXHIBIT 9940.

01:44PM   7         THIS ONE IS NOT ADMITTED YET, BUT YOU CAN TAKE A LOOK AT

01:44PM   8    IT.

01:44PM   9         THIS IS A STANDARD OPERATING PROCEDURE AT THERANOS FOR

01:44PM  10    PROFICIENCY TESTING FOR THERANOS LAB DEVELOPED TESTS.

01:44PM  11         DO YOU SEE THAT?

01:44PM  12    A.   YES.

01:44PM  13    Q.   AND AGAIN, IT HAS YOUR SIGNATURE ON IT?

01:44PM  14    A.   YES.

01:44PM  15    Q.   AND THAT'S DECEMBER 2ND, 2013?

01:44PM  16    A.   YES.

01:44PM  17    Q.   THAT'S THE SAME DATE AS THE OTHER PROCEDURE THAT WE JUST

01:44PM  18    LOOKED AT?

01:44PM  19    A.   YES.

01:44PM  20    Q.   AND THIS PROCEDURE DEALS WITH DOING PROFICIENCY TESTING ON

01:44PM  21    MODIFIED PREDICATES; RIGHT?

01:44PM  22    A.   YES, IT APPEARS.

01:44PM  23         JUST TO BE -- JUST TO CLARIFY, YOU KNOW, NOT ALL OF THE

01:44PM  24    THERANOS LDT'S WERE ON MODIFIED FDA APPROVED DEVICES.

01:44PM  25    Q.   WELL, SOME OF THEM ARE ON EDISON; RIGHT?

01:44PM   1    A.   WELL, YEAH, SOME OF THE EDISON.  THE CBC'S WERE DONE ON

01:45PM   2    BECTON DICKINSON FLOW CYTOMETRY.

01:45PM   3    Q.   FOR SOME TIME THAT YOU WERE THERE?

01:45PM   4    A.   YES.

01:45PM   5    Q.   AND IF YOU GO TO PAGE 3 OF THE DOCUMENT.  YOU SEE THERE'S

01:45PM   6    A PURPOSE.

01:45PM   7        AND WITHOUT READING IT TO THE JURY, DO YOU SEE WHAT

01:45PM   8    SECTION 1.1 SAYS?

01:45PM   9    A.   YES.

01:45PM   10   Q.   AND THAT CLARIFIES WHAT THIS PROTOCOL WAS?

01:45PM   11   A.   YES.

01:45PM   12        MR. COOPERSMITH:  OKAY.  YOUR HONOR, WE OFFER

01:45PM   13   EXHIBIT 9940.

01:45PM   14        MR. BOSTIC:  NO OBJECTION.

01:45PM   15        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:45PM   16      (DEFENDANT'S EXHIBIT 9940 WAS RECEIVED IN EVIDENCE.)

01:45PM   17   BY MR. COOPERSMITH:

01:45PM   18   Q.   AND LET'S JUST GO LOOK AT THAT SAME THING THAT I

01:45PM   19   MENTIONED, SECTION 1.1.

01:45PM   20        SO THE PURPOSE HERE IS TO DEVISE AN ALTERNATIVE ASSESSMENT

01:45PM   21   PROTOCOL FOR LABORATORY DEVELOPED TESTS ON THE ADVIA-1800

01:45PM   22   CHEMISTRY ANALYZER; RIGHT?

01:45PM   23   A.   YES.

01:45PM   24   Q.   AND SO SPECIFIC TO THAT PARTICULAR DEVICE; RIGHT?

01:45PM   25   A.   YES.

01:45PM   1        Q.   THAT THERANOS MODIFIED?

01:45PM   2        A.   YES.

01:45PM   3        Q.   AND THIS WAS NECESSARY BECAUSE THERANOS HAD MODIFIED IT;

01:46PM   4   RIGHT?

01:46PM   5        A.   CORRECT.

01:46PM   6        Q.   AND SO WITHOUT GOING THROUGH THE REST OF THE DOCUMENT,

01:46PM   7   THIS IS BASICALLY THE COUNTERPART OF THE PROCEDURE THAT WE SAW

01:46PM   8   ON THE EDISON; RIGHT?

01:46PM   9        A.   YES.

01:46PM  10        Q.   AND IT DOCUMENTS THE SAME PROCEDURE THAT IS NECESSARY FOR

01:46PM  11   A MODIFIED PREDICATE AS OPPOSED TO AN EDISON; RIGHT?

01:46PM  12        A.   I DON'T REMEMBER IF THE PROCEDURE IS THE SAME OR NOT.

01:46PM  13        Q.   OKAY.  WELL, LET'S JUST LOOK AT ONE THING --

01:46PM  14        A.   OKAY.

01:46PM  15        Q.   AND IT'S PAGE 5, SECTION 4, PROCEDURE.

01:46PM  16        A.   I SEE.

01:46PM  17        Q.   DO YOU SEE THERE'S THE SAME PROCEDURE THERE?

01:46PM  18        A.   YES.

01:46PM  19        Q.   OKAY.  OKAY.  DR. ROSENDORFF, LET'S GO BACK TO THAT

01:47PM  20   PROFICIENCY TESTING EXPERIMENT THAT WE DISCUSSED, AND I KNOW

01:47PM  21   YOU DISCUSSED IT WITH MR. BOSTIC AS WELL.

01:47PM  22        AND THAT'S THE EXPERIMENT WITH THE NEW YORK STATE AND API

01:47PM  23   SAMPLES THAT WERE DONE ON EDISON; RIGHT?

01:47PM  24        A.   YES.

01:47PM  25        Q.   AND THOSE WERE THE OUTSIDE PROFICIENCY TESTING MATERIALS?

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)    3650

01:47PM 1    A.   YES.

01:47PM 2    Q.   AND SO THOSE WERE NOT -- RUNNING THOSE ON EDISON WAS NOT

01:47PM 3    ACCORDING TO THE PROTOCOLS AND PROCEDURE THAT YOU PUT IN PLACE

01:47PM 4    THAT WE JUST LOOKED AT?

01:47PM 5    A.   NO.

01:47PM 6    Q.   AND IT WAS SOMETHING OUTSIDE OF ANY SOP THAT THE COMPANY

01:47PM 7    HAD?

01:47PM 8    A.   CORRECT.

01:47PM 9    Q.   AND IT WAS SOMETHING THAT THE COMPANY HAD DECIDED NOT TO

01:47PM 10   DO; RIGHT?

01:47PM 11   A.   CORRECT.

01:47PM 12   Q.   AND THE EXPERIMENT THAT WAS RUN WITH THOSE SAMPLES,

01:47PM 13   BECAUSE IT WASN'T IN THE PROTOCOL, WOULD YOU AGREE WITH ME THAT

01:47PM 14   THAT EXPERIMENT RUNNING EDISON -- RUNNING PROFICIENCY TESTING

01:47PM 15   SAMPLES FROM NEW YORK STATE AND API ON EDISON, THE RESULTS

01:47PM 16   CANNOT BE DEEMED A FAILURE OF PROFICIENCY TESTING ON EDISON;

01:48PM 17   CORRECT?

01:48PM 18   A.   NOT ACCORDING TO THE SOP, NO.

01:48PM 19   Q.   OKAY.  AND, IN FACT, BECAUSE IT WASN'T THE ACCEPTED

01:48PM 20   PROTOCOL FOR RUNNING PROFICIENCY ON EDISON, IT IS NOT THE CASE

01:48PM 21   THAT IT FAILED PT; CORRECT?

01:48PM 22   A.   FORMALLY, NO.  CORRECT.

01:48PM 23   Q.   OKAY.  AND THAT'S SOMETHING THAT -- WELL, I'LL WITHDRAW

01:48PM 24   THAT.

01:48PM 25        LET'S MOVE TO A DIFFERENT EXHIBIT.

01:48PM   1          AT ONE POINT DR. PANDORI DEVELOPED A POWERPOINT, RIGHT,

01:48PM   2    THAT EXPLAINED WHAT AAP WAS ABOUT AND WHAT SHOULD HAPPEN;

01:48PM   3    RIGHT?

01:48PM   4    A.   I REMEMBER IT FROM THE HOLMES TRIAL, YEAH.

01:48PM   5    Q.   OKAY.  BUT YOU REMEMBER IT FROM THE TIME THAT IT HAPPENED

01:48PM   6    AS WELL; RIGHT?

01:48PM   7    A.   I THINK SO, YES, YEAH.

01:49PM   8    Q.   OKAY.  LET ME SEE IF I CAN FIND THAT.

01:49PM   9          LET'S LOOK AT EXHIBIT 7440.

01:49PM  10          THIS IS ALREADY IN EVIDENCE, YOUR HONOR.  I THINK IT MAY

01:49PM  11    BE UP ALREADY, BUT IF NOT, CAN WE PUBLISH IT?

01:49PM  12              THE COURT:  YES, IT MAY BE PUBLISHED.

01:50PM  13              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

01:50PM  14    Q.   SO, DR. ROSENDORFF, WE'RE LOOKING AT EXHIBIT 7440, AND YOU

01:50PM  15    SEE THERE'S AN EMAIL FROM DR. PANDORI TO MR. BALWANI AND TO

01:50PM  16    YOURSELF.

01:50PM  17          DO YOU SEE THAT?

01:50PM  18    A.   YES.

01:50PM  19    Q.   AND HE'S ATTACHING A SLIDE SHOW HE PUT TOGETHER ABOUT AAP?

01:50PM  20    A.   YES.

01:50PM  21    Q.   AND YOU -- NOW THAT YOU'RE LOOKING AT -- IF YOU WANT TO

01:50PM  22    FLIP THROUGH THE DOCUMENT, OR MAYBE WE CAN SCROLL THROUGH IT AT

01:50PM  23    LEAST STARTING WITH THE THIRD PAGE.

01:50PM  24          YOU RECOGNIZE THIS AS THE POWERPOINT THAT DR. PANDORI PUT

01:50PM  25    TOGETHER?

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)                3652

01:50PM  1    A.   I DON'T -- I DON'T KNOW WHAT YOU'RE ASKING.  I DON'T KNOW

01:50PM  2    WHAT THE QUESTION IS.

01:50PM  3    Q.   YOU KNOW WHAT?  LET'S ASK A BETTER QUESTION.

01:50PM  4    A.   OKAY.

01:50PM  5    Q.   THERE'S A PAGE, AND I'M NOT SURE OF THE PAGE NUMBERS, BUT

01:50PM  6    THE HEADING AT THE TOP SAYS THERANOS TESTS HAVE NO PEER GROUPS?

01:50PM  7    A.   YES.

01:50PM  8    Q.   THAT'S THE PAGE.

01:50PM  9    A.   YES.

01:50PM 10    Q.   AND YOU SEE IT SAYS, "NORMAL OF PT IS THEREFORE NOT

01:51PM 11    APPROPRIATE."

01:51PM 12         DO YOU SEE THAT?

01:51PM 13    A.   YES.

01:51PM 14    Q.   AND THAT'S WHAT DR. PANDORI SAID IN HIS POWERPOINT?

01:51PM 15    A.   YES.

01:51PM 16    Q.   AND IT SAYS, "ADDITIONALLY, SYNTHETIC MATRIX OF MANY

01:51PM 17    COMMERCIALLY AVAILABLE PT SAMPLES IS NOT AN APPROPRIATE ONE FOR

01:51PM 18    MANY THERANOS TESTS."

01:51PM 19         RIGHT?

01:51PM 20    A.   YES.

01:51PM 21    Q.   AND THAT'S WHAT YOU WERE SAYING BEFORE THAT DR. YOUNG

01:51PM 22    THOUGHT; RIGHT?

01:51PM 23    A.   THAT WAS HIS POSITION, YES.

01:51PM 24    Q.   AND DR. PANDORI PUT THAT IN HIS POWERPOINT?

01:51PM 25    A.   YES, HE DID.

01:51PM   1      Q.   OKAY.  WE CAN PUT THAT ASIDE.

01:51PM   2           WELL, LET'S TAKE A LOOK AT EXHIBIT 12846, WHICH IS NOT IN

01:51PM   3      EVIDENCE.

01:52PM   4           LOOKING AT EXHIBIT 12846, DO YOU SEE THAT THIS IS AN EMAIL

01:52PM   5      STRING AMONG YOU AND CHRISTIAN HOLMES AND ALSO ANAM KHAN?

01:52PM   6           DO YOU SEE THAT?

01:52PM   7      A.   YES.

01:52PM   8      Q.   AND THIS IS FROM BASICALLY MID-OCTOBER OF 2014?

01:52PM   9      A.   YES.

01:52PM  10      Q.   OKAY.  AND IT RELATES TO A PARTICULAR INQUIRY FROM A

01:52PM  11      PHYSICIAN; IS THAT RIGHT?

01:52PM  12      A.   YES.

01:52PM  13      Q.   AND THAT WAS A DR. KRAL?

01:52PM  14      A.   YES.

01:52PM  15      Q.   AND YOU WERE CORRESPONDING WITH ANAM KHAN AND

01:52PM  16      CHRISTIAN HOLMES TO MAKE SURE THAT YOU GET THE INFORMATION TO

01:52PM  17      RESPOND TO THE INFORMATION?

01:52PM  18      A.   YES.

01:52PM  19      Q.   OKAY.

01:52PM  20           YOUR HONOR, WE OFFER 12846.

01:53PM  21               MR. BOSTIC:  NO OBJECTION.

01:53PM  22               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:53PM  23           (DEFENDANT'S EXHIBIT 12846 WAS RECEIVED IN EVIDENCE.)

01:53PM  24      BY MR. COOPERSMITH:

01:53PM  25      Q.   AND IF YOU GO TO THE EARLIEST EMAIL IN TIME, THAT'S AN

01:53PM  1    EMAIL FROM ANAM, ANAM KHAN.

01:53PM  2         DO YOU SEE THAT?  AND THAT'S THE INQUIRY THAT I MENTIONED

01:53PM  3    FROM DR. KRAL?

01:53PM  4              MR. BOSTIC:  YOUR HONOR, I BELIEVE THERE'S SOME

01:53PM  5    PATIENT INFORMATION ON THE SCREEN.

01:53PM  6              MR. COOPERSMITH:  OH, YES.  LET'S TAKE THAT DOWN.

01:53PM  7              THE COURT:  LET'S TAKE THAT DOWN.

01:53PM  8              MR. COOPERSMITH:  AND ARE YOU ABLE TO REDACT THAT,

01:53PM  9    MR. ALLEN?

01:53PM  10   BY MR. COOPERSMITH:

01:53PM  11   Q.   THANK YOU.

01:53PM  12        DR. ROSENDORFF, WE HAVE THE EMAIL UP, BUT WITHOUT THE

01:53PM  13   PATIENT INFORMATION.

01:53PM  14        THAT'S THE EMAIL THAT I WAS REFERRING TO ABOUT DR. KRAL;

01:54PM  15   RIGHT?

01:54PM  16   A.   YES.

01:54PM  17   Q.   AND YOU -- IF YOU GO TO THE SECOND PAGE OF THE EXHIBIT.

01:54PM  18   YOU'RE EVENTUALLY GOING TO CALL THE PHYSICIAN; RIGHT?

01:54PM  19   A.   YES.

01:54PM  20   Q.   AND SO YOU ASKED FOR THE PHONE NUMBER?

01:54PM  21   A.   YES.

01:54PM  22   Q.   AND THEN ON THE EMAIL ON THE FIRST PAGE, THE SECOND EMAIL,

01:54PM  23   THEN YOU WROTE BACK TO ANAM KHAN, "REPORTING ON YOUR CALL WITH

01:54PM  24   DR. KRAL."

01:54PM  25        RIGHT?

01:54PM  1    A.   YES.

01:54PM  2    Q.   AND IT SAYS, "ANAM,

01:54PM  3         "THANKS -- I JUST GOT OFF THE PHONE WITH DR. KRAL.  SHE IS

01:54PM  4    PUZZLED WITH LOW FT4 RESULTS," AND SHE HAS MORE INFORMATION.

01:54PM  5         AND THEN SHE SAYS, "AT STANFORD, ON BOTH RESULTS CAME BACK

01:54PM  6    AS NORMAL."

01:54PM  7         DO YOU SEE THAT?

01:54PM  8    A.   YES.

01:54PM  9    Q.   AND THEN IT'S REPORTING ON YOUR CALL WITH DR. KRAL; RIGHT?

01:55PM  10   A.   YES.

01:55PM  11   Q.   AND THEN IT SAYS, "THE M.D. IS EXTREMELY POSITIVE AND

01:55PM  12   EXCITED BY THERANOS AND WANTS US TO CRUSH QUEST DIAGNOSTICS."

01:55PM  13        RIGHT?

01:55PM  14   A.   YES.

01:55PM  15   Q.   AND WHAT IS QUEST DIAGNOSTICS?

01:55PM  16   A.   IT'S AN INTERNATIONAL DIAGNOSTICS COMPANY.

01:55PM  17   Q.   ANOTHER TESTING LAB?

01:55PM  18   A.   YES.

01:55PM  19   Q.   MUCH LARGER THAN THERANOS?

01:55PM  20   A.   YES.

01:55PM  21   Q.   OKAY.  AND THEN AFTER THAT THERE'S A NOTE IN YOUR EMAIL.

01:55PM  22        DO YOU SEE THAT?

01:55PM  23   A.   YES.

01:55PM  24   Q.   AND YOU WROTE, "AAP PERFORMED ON 4/18/2014 INDICATES THAT

01:55PM  25   THE THERANOS METHOD IS, ON AVERAGE, 10 PERCENT LOWER THAN THE

01:55PM   1    PREDICATE (IMMULITE) METHOD," AND THEN YOU HAVE SOME DATA, AND

01:55PM   2    THEN YOU SAY, "WHICH IS ACCEPTABLE."

01:55PM   3         DO YOU SEE THAT?

01:55PM   4    A.   YES.

01:55PM   5    Q.   AND THAT'S WHAT YOU REFERRING TO, TO ANSWER THE DOCTOR'S

01:55PM   6    INQUIRY?

01:55PM   7    A.   YES.

01:55PM   8    Q.   OKAY.  OKAY.  LET'S GO TO A DIFFERENT TOPIC.

01:56PM   9         AND I THINK WE MENTIONED THIS BEFORE, BUT ONE OF THE

01:56PM  10    ASSAYS THAT WE'VE DISCUSSED DURING THE COURSE OF YOUR

01:56PM  11    TESTIMONY, AND ALSO WAS AN ISSUE AT THE TIME, IS THE ASSAY

01:56PM  12    POTASSIUM; RIGHT?

01:56PM  13    A.   YES.

01:56PM  14    Q.   OKAY.  SO LET'S LOOK AT THE POTASSIUM ISSUE.

01:56PM  15         SO STARTING WITH EXHIBIT 9313.  LOOKING AT THAT DOCUMENT,

01:56PM  16    AND WE CAN MAYBE GO TO OTHER PAGES IF NECESSARY, BUT THIS IS

01:57PM  17    THE POTASSIUM ASSAY DEVELOPMENT REPORT FOR POTASSIUM; IS THAT

01:57PM  18    RIGHT?

01:57PM  19    A.   YES.

01:57PM  20    Q.   AND THAT'S, AS WE DISCUSSED BEFORE, SOMETHING THAT IS IN

01:57PM  21    THE RESEARCH AND DEVELOPMENT LAB?

01:57PM  22    A.   YES.

01:57PM  23    Q.   AND THAT'S ALL THE PRELUDE TO EVENTUALLY PUTTING AN ASSAY

01:57PM  24    INTO THE CLIA LAB; RIGHT?

01:57PM  25    A.   YES.

01:57PM  1     Q.   AND YOU RECOGNIZE THIS AS THE POTASSIUM DEVELOPMENT REPORT

01:57PM  2     FROM RESEARCH AND DEVELOPMENT AT THERANOS?

01:57PM  3     A.   I'M JUST READING THE TITLE OF IT.

01:57PM  4     Q.   OKAY.  YOU DON'T HAVE ANY SEPARATE RECOLLECTION OF THE

01:57PM  5     DOCUMENT?

01:57PM  6     A.   NO.

01:57PM  7     Q.   BUT YOU KNOW THAT THERE WERE A LOT OF ASSAY DEVELOPMENT

01:57PM  8     REPORTS DONE FOR VARIOUS ASSAYS; RIGHT?

01:57PM  9     A.   YES.

01:57PM  10    Q.   AND IT DOESN'T SURPRISE YOU THAT THIS ONE IS FOR

01:57PM  11    POTASSIUM?

01:57PM  12    A.   NO.

01:57PM  13    Q.   OKAY.  LET'S LOOK AT EXHIBIT 20302.

01:58PM  14         AND EXHIBIT 20302 IS THE STANDARD OPERATING PROCEDURE FOR

01:58PM  15    PROVIDING POTASSIUM ON A MODIFIED SIEMENS ASSAY?

01:58PM  16    A.   YES.

01:58PM  17    Q.   OKAY.  AND THIS WAS A DOCUMENT THAT YOU SIGNED ON

01:58PM  18    NOVEMBER 19TH, 2013?

01:58PM  19    A.   20TH, YEAH.

01:58PM  20    Q.   OKAY.  ON NOVEMBER 20TH?

01:58PM  21    A.   YES, SIR.

01:58PM  22    Q.   OF 2013?

01:58PM  23    A.   YES.

01:58PM  24         MR. COOPERSMITH:  OKAY.  YOUR HONOR, WE OFFER 20302.

01:58PM  25         MR. BOSTIC:  NO OBJECTION.

01:58PM   1            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:58PM   2            (DEFENDANT'S EXHIBIT 20302 WAS RECEIVED IN EVIDENCE.)

01:58PM   3   BY MR. COOPERSMITH:

01:58PM   4   Q.   SO THIS IS NOT A VALIDATION REPORT, THIS IS ACTUALLY THE

01:58PM   5   ACTUAL PROCEDURE FOR RUNNING POTASSIUM; RIGHT?

01:58PM   6   A.   YES.

01:58PM   7   Q.   AND SO IN ADDITION TO THE VALIDATION REPORTS, THERE ALSO

01:58PM   8   HAS TO BE A PROCEDURE FOR HOW THE LAB PERSONNEL HAVE TO

01:58PM   9   ACTUALLY GO ABOUT RUNNING THE TESTS; RIGHT?

01:59PM  10   A.   CORRECT.

01:59PM  11   Q.   AND THEY'RE SUPPOSED TO FOLLOW THAT OPERATING PROCEDURE;

01:59PM  12   RIGHT?

01:59PM  13   A.   CORRECT.

01:59PM  14   Q.   AND THAT'S SO THEY DON'T MAKE MISTAKES; RIGHT?

01:59PM  15   A.   CORRECT.

01:59PM  16   Q.   BUT SOMETIMES THEY DO?

01:59PM  17   A.   YES.

01:59PM  18   Q.   AND THERE ARE A VARIETY OF MISTAKES THAT COULD BE MADE;

01:59PM  19   RIGHT?

01:59PM  20   A.   SURE.

01:59PM  21   Q.   AND SO WITH REGARD TO POTASSIUM, THERE IS WHAT IS CALLED

01:59PM  22   PREANALYTIC MISTAKES, OR ERRORS; RIGHT?

01:59PM  23   A.   YES.

01:59PM  24   Q.   AND THE PREANALYTIC ERRORS ARE BEFORE THE SAMPLE EVEN GETS

01:59PM  25   TO THE LAB TO TEST; RIGHT?

01:59PM 1    A.   SO THIS SOP WOULD NOT COVER THE PREANALYTIC PROCEDURES

01:59PM 2    SUCH AS THE BLOOD COLLECTION ITSELF.

01:59PM 3    Q.   RIGHT.  BUT -- THANK YOU.

01:59PM 4         BUT APART FROM THE PROCEDURE THEN, THERE IS SOMETHING

01:59PM 5    KNOWN AS PREANALYTIC ERROR?

01:59PM 6    A.   YES.

01:59PM 7    Q.   AND THAT COULD INVOLVE SOMETHING LIKE THE METHOD OF BLOOD

01:59PM 8    COLLECTION; RIGHT?

01:59PM 9    A.   CORRECT.

01:59PM 10   Q.   SO WHEN BLOOD IS COLLECTED, THERE COULD BE A PROBLEM WITH

01:59PM 11   THE WAY THAT THE SAMPLE IS COLLECTED; RIGHT?

01:59PM 12   A.   CORRECT.

01:59PM 13   Q.   AND THAT WOULDN'T NECESSARILY BE A PROBLEM WITH THE

02:00PM 14   TECHNOLOGY, IT MIGHT BE A PROBLEM WITH THE WAY THAT THE PERSON

02:00PM 15   WHO COLLECTED THE SAMPLE WENT ABOUT DOING THAT; RIGHT?

02:00PM 16   A.   YES.  IT COULD ALSO BE THE FUNCTIONING OF THE CTN.

02:00PM 17   Q.   A VARIETY OF THINGS?

02:00PM 18   A.   A VARIETY OF THINGS, YEAH.

02:00PM 19   Q.   AND ONE THING THAT COULD HAPPEN WITH REGARD TO POTASSIUM

02:00PM 20   IN PARTICULAR IS SOMETHING CALLED HEMOLYSIS?

02:00PM 21   A.   CORRECT.

02:00PM 22   Q.   AND THAT WOULD BE WHERE THE ACTUAL PROCESS OF COLLECTING

02:00PM 23   THE SAMPLE RESULTS IN RED BLOOD CELLS BASICALLY BURSTING?

02:00PM 24   A.   CORRECT.

02:00PM 25   Q.   AND THAT CREATES KIND OF ARTIFACTS THAT DON'T MAKE THE

ER-2680

02:00PM   1    TEST WORK AS DESIGNED; CORRECT?

02:00PM   2    A.   CORRECT.

02:00PM   3    Q.   AND THAT'S SOMETHING THAT HAPPENED AT THERANOS FROM TIME

02:00PM   4    TO TIME; RIGHT?

02:00PM   5    A.   FREQUENTLY.

02:00PM   6    Q.   AND THAT HAPPENS IN OTHER LABS, TOO?

02:00PM   7    A.   YES.

02:00PM   8    Q.   AND, IN FACT, ALL LABS MAKE ERRORS; RIGHT?

02:00PM   9    A.   YES.

02:00PM  10    Q.   AND IN YOUR EXPERIENCE WORKING AS OTHER LABS, INCLUDING

02:00PM  11    THE UNIVERSITY OF PITTSBURGH, WHICH I KNOW YOU DISCUSSED ON

02:00PM  12    DIRECT, THERE WERE ERRORS THAT WERE OCCASIONALLY MADE; RIGHT?

02:01PM  13    A.   YES.

02:01PM  14    Q.   AND YOU DID YOUR BEST TO CORRECT THEM?

02:01PM  15    A.   YES.

02:01PM  16    Q.   OKAY.  LET'S GO TO THE NEXT EXHIBIT, WHICH IS 9315.

02:01PM  17         AND 9315 I THINK SHOULD ALREADY BE IN EVIDENCE UNDER THE

02:01PM  18    STIPULATION.

02:01PM  19         DO YOU SEE THAT IN FRONT OF YOU, DR. ROSENDORFF?

02:01PM  20    A.   YES.

02:01PM  21    Q.   AND THIS IS THE VALIDATION OF MODIFIED SIEMENS POTASSIUM

02:01PM  22    ASSAY; RIGHT?

02:01PM  23    A.   YES.

02:01PM  24    Q.   AND SO THIS WAS POTASSIUM RUNNING ON ONE OF THOSE MODIFIED

02:01PM  25    PREDICATE DEVICES; RIGHT?

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)    3661

02:01PM  1    A.   YES.

02:01PM  2    Q.   AND YOU SIGNED THE DOCUMENT ON MARCH 24TH OF 2014?

02:01PM  3    A.   YES.

02:01PM  4    Q.   AND THIS IS ACTUALLY THE VALIDATION REPORT; RIGHT?

02:02PM  5    A.   YES.

02:02PM  6    Q.   OKAY.  AND YOU SIGNED THAT BECAUSE AT THE TIME YOU WERE

02:02PM  7    SATISFIED THAT THE ASSAY WAS APPROPRIATE FOR CLINICAL USE?

02:02PM  8    A.   YES.

02:02PM  9    Q.   LET'S GO TO EXHIBIT 4037.

02:02PM 10         EXHIBIT 4037, DO YOU SEE IT'S AN EMAIL STRING INCLUDING

02:02PM 11    YOURSELF AND A VARIETY OF OTHER PEOPLE AT THERANOS; IS THAT

02:03PM 12    RIGHT?

02:03PM 13    A.   YES.

02:03PM 14    Q.   AND IT'S FROM MID-NOVEMBER, '13?

02:03PM 15    A.   YES.

02:03PM 16    Q.   AND IT'S ABOUT, IT'S ABOUT SOME DEMOS; IS THAT RIGHT?

02:03PM 17    A.   IT'S FROM DAN EDLIN, YES, IT'S ABOUT DEMOS.

02:03PM 18    Q.   OKAY.  AND THIS IS.

02:03PM 19         YOUR HONOR, WE MOVE 4037 INTO EVIDENCE.

02:03PM 20              THE COURT:  4037.

02:03PM 21              MR. COOPERSMITH:  4037.

02:03PM 22              MR. BOSTIC:  NO OBJECTION.

02:03PM 23              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:03PM 24         (GOVERNMENT'S EXHIBIT 4037 WAS RECEIVED IN EVIDENCE.)

02:03PM 25    BY MR. COOPERSMITH:

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)                    3662

02:03PM  1    Q.   IF YOU GO TO THE EMAIL THAT IS EARLIEST IN TIME, THAT'S

02:03PM  2    NOVEMBER 15TH, FROM MR. EDLIN?

02:03PM  3    A.   YES.

02:03PM  4    Q.   AND HE SAYS, "HI ALL,

02:03PM  5         "THIS AFTERNOON AT 3:30 P.M. WE WILL HAVE TWO PATIENTS AT

02:03PM  6    WAG FOR A FINGERSTICK.  THESE ARE DEMO PATIENTS, BUT THE

02:04PM  7    COLLECTION WILL TAKE PLACE AT WAG."

02:04PM  8         RIGHT?

02:04PM  9    A.   YES.

02:04PM  10   Q.   AND SO EVEN THOUGH THIS WAS A DEMONSTRATION, THE

02:04PM  11   COLLECTION IN THIS CASE WOULD TAKE PLACE AT A WALGREENS STORE?

02:04PM  12   A.   YES.

02:04PM  13   Q.   THAT'S WHAT WAG IS?

02:04PM  14   A.   YES.

02:04PM  15   Q.   WHEN YOU TALK ABOUT ISE ASSAYS, WHAT ARE THE ISE ASSAYS?

02:04PM  16   A.   SODIUM, POTASSIUM, AND CHLORIDE.

02:04PM  17   Q.   SO POTASSIUM IS ONE OF THE ISE ASSAYS?

02:04PM  18   A.   YES.

02:04PM  19   Q.   OKAY.  AND IF YOU GO TO SORT OF THE MIDDLE EMAIL ON PAGE 2

02:04PM  20   OF THE EXHIBIT, THAT SAYS, "DANIEL, THE RESULTS FOR THE WAG

02:04PM  21   DEMO ARE ATTACHED.  THE ISE ASSAYS WERE RUN WITH A 1:1

02:04PM  22   DILUTION, AND THE DILUTION FACTOR WAS ENTERED IN THE ADVIA, SO

02:04PM  23   IT CORRECTED FOR THE DILUTION."

02:04PM  24        DO YOU SEE THAT?

02:04PM  25   A.   YES.

02:04PM  1    Q.   AND SO WE'RE TALKING ABOUT, IN THIS EMAIL, ISE ASSAYS THAT

02:05PM  2    WERE RUN AS A DEMO; RIGHT?

02:05PM  3    A.   YES.

02:05PM  4    Q.   AND THEN IF YOU GO TO THE NEXT PAGE, THERE'S AN EMAIL ON

02:05PM  5    THE FIRST PAGE ON THE VERY BOTTOM FROM SOMEONE NAMED LINDA LY.

02:05PM  6         DO YOU SEE THAT?

02:05PM  7    A.   YES.

02:05PM  8    Q.   AND MS. LY WRITES TO A GROUP OF PEOPLE "UNLESS EREZ NEEDS

02:05PM  9    TO CORRECT USING THE MQ'S WHICH WERE RUN WITH THE SAMPLE AND

02:05PM 10    ALSO DILUTED 1:1 (SHOULD BE INCLUDED IN THE ASSAY RESULT DATA

02:05PM 11    FILE FOR THE ISE'S).  IS THERE NO CORRECTION FOR THAT?

02:05PM 12         DO YOU SEE THAT?

02:05PM 13    A.   YES.

02:05PM 14    Q.   AND THEN ANOTHER THERANOS PERSON NAMED SARAH CABAYAN.

02:05PM 15         DO YOU SEE THAT?

02:05PM 16    A.   YES.

02:05PM 17    Q.   SHE SAYS, "I DON'T KNOW IF ANYBODY HAS EXPLAINED WHERE

02:05PM 18    THIS CORRECTION COMES FROM, I DON'T THINK THE RESULTS SHOULD BE

02:05PM 19    ADJUSTED."

02:05PM 20         RIGHT?

02:05PM 21    A.   YES, I SEE THAT.

02:05PM 22    Q.   AND THAT WAS MS. CABAYAN'S OPINION; RIGHT?

02:06PM 23    A.   YES.

02:06PM 24    Q.   AND SHE WAS A LAB ASSOCIATE?

02:06PM 25    A.   SHE WAS A CLS.

02:06PM  1    Q.  ONE OF THE CLS'S?

02:06PM  2    A.  YEAH.

02:06PM  3    Q.  AND THAT WAS THE VIEW THAT SHE EXPRESSED; RIGHT?

02:06PM  4    A.  YES.

02:06PM  5    Q.  AND IN THE NEXT EMAIL, JUST ABOUT FOUR MINUTES LATER, FROM

02:06PM  6    DANIEL YOUNG SAYS, "OK TO RELEASE FROM MY POINT OF VIEW."

02:06PM  7    A.  YES.

02:06PM  8    Q.  AND THEN A MINUTE LATER YOU WROTE, "APPROVED"; RIGHT?

02:06PM  9    A.  YES.

02:06PM  10   Q.  SO YOU DISAGREED WITH MS. CABAYAN?

02:06PM  11   A.  I THINK WHAT I WAS APPROVING WERE THE RESULTS.  I DON'T

02:06PM  12   KNOW IF I WAS EXPRESSLY TALKING ABOUT BIAS -- WHAT WAS IT

02:06PM  13   CALLED?  THE CORRECTION?

02:06PM  14   Q.  IT DOESN'T EXPLAIN IT.  IT JUST SAYS CORRECTION,

02:06PM  15   DR. ROSENDORFF.

02:06PM  16       SO APPARENTLY MS. CABAYAN HAD A VIEW THAT SHE DIDN'T THINK

02:06PM  17   THE RESULTS SHOULD BE ADJUSTED.

02:06PM  18       DO YOU SEE THAT?

02:06PM  19   A.  YES.

02:06PM  20   Q.  AND DANIEL YOUNG, NOTWITHSTANDING THAT, HE SAYS FOUR

02:07PM  21   MINUTES LATER, "OK TO RELEASE FROM MY POINT OF VIEW."

02:07PM  22       RIGHT?

02:07PM  23   A.  I DON'T KNOW IF THE RESULTS WERE CORRECTED OR NOT --

02:07PM  24   Q.  DR. ROSENDORFF, IN ANY EVENT, WITHIN A SPAN OF ABOUT FIVE

02:07PM  25   MINUTES, MS. CABAYAN EXPRESSED HER VIEW?

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)                3665

02:07PM 1     A.   YES.

02:07PM 2     Q.   AND DANIEL YOUNG SAID, "OK TO RELEASE"; RIGHT?

02:07PM 3     A.   YES.

02:07PM 4     Q.   AND THEN YOU SAID "APPROVED"?

02:07PM 5     A.   YES.

02:07PM 6     Q.   OKAY.  AND MR. EDLIN AT THE VERY TOP, JUST TO CLOSE THE

02:07PM 7     LOOP, SAYS, "GREAT, THANKS"; RIGHT?

02:07PM 8     A.   YES.

02:07PM 9     Q.   ALL RIGHT.

02:08PM 10         LET'S TAKE A LOOK AT 20317.

02:08PM 11         OKAY.  THIS IS AN EMAIL STRING FROM APRIL OF 2014?

02:08PM 12    A.   YES.

02:08PM 13    Q.   DO YOU SEE THAT?

02:08PM 14         AND IT'S RELATING TO A CERTAIN CTN THAT WAS COLLECTED?

02:08PM 15    A.   YES.

02:08PM 16    Q.   AND AT THE TOP OF THE EMAIL IT'S FROM HODA ALAMDAR TO

02:08PM 17    YOURSELF AND OTHERS?

02:08PM 18    A.   YES.

02:08PM 19    Q.   OKAY.

02:08PM 20         YOUR HONOR, WE OFFER 20317.

02:08PM 21              MR. BOSTIC:  NO OBJECTION.

02:08PM 22              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:08PM 23         (DEFENDANT'S EXHIBIT 20317 WAS RECEIVED IN EVIDENCE.)

02:08PM 24    BY MR. COOPERSMITH:

02:08PM 25    Q.   OKAY.  JUST TO ORIENT OURSELVES, GOING TO THE EARLIEST

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)                    3666

02:08PM  1      EMAIL IN TIME, THERE'S AN EMAIL FROM TINA LIN ON PAGE 5 AND SHE

02:09PM  2      WRITES TO MS. ALAMDAR AND OTHERS, "NO, LET ME GO ADD A NOTE ON

02:09PM  3      ALL OF THE ISE'S TONIGHT.  THEY ARE NOT YET READY FOR CLIA

02:09PM  4      REVIEW."

02:09PM  5          DO YOU SEE THAT?

02:09PM  6      A.  YES.

02:09PM  7      Q.  OKAY.  AND THEN IF YOU GO TO PAGE 2 OF THE DOCUMENT,

02:09PM  8      THERE'S AN EMAIL FROM TINA LIN TO A GROUP OF PEOPLE, INCLUDING

02:09PM  9      YOURSELF.

02:09PM  10         DO YOU SEE THAT?

02:09PM  11     A.  YES.

02:09PM  12     Q.  AND IT SAYS "HI HODA,

02:09PM  13         "THE RERUN RESULTS WERE NOT GOOD.  WE WILL HAVE TO GO WITH

02:09PM  14     THE RESULTS FROM LAST NIGHT.  NOTE THAT THERE WAS NOT ENOUGH

02:09PM  15     SAMPLE TO RERUN 19016."

02:09PM  16         DO YOU SEE THAT?

02:09PM  17     A.  YES.

02:09PM  18     Q.  AND THE NEXT EMAIL WAS FROM MS. ALAMDAR AGAIN.

02:09PM  19         SHE WRITES, "HI ADAM,

02:09PM  20         "JUST TO CONFIRM, WE CAN RELEASE ALL ISE'S INCLUDING THE

02:09PM  21     CRITICAL RESULTS FOR 52136, FOR K," THAT'S POTASSIUM?

02:09PM  22     A.  YES.

02:09PM  23     Q.  "SEE BELOW EMAIL FROM TINA"; RIGHT?

02:10PM  24     A.  YES.

02:10PM  25     Q.  SO THAT WAS AN EMAIL DIRECTLY TO YOU; RIGHT?

ER-2687

02:10PM  1     A.   YES.

02:10PM  2     Q.   AND THEN YOU RESPONDED ON APRIL 23RD AT 4:57 P.M.?

02:10PM  3     A.   YES.

02:10PM  4     Q.   "HODA, PLEASE MEASURE THE LDH ON CTN WITH THE K OF 7.4"?

02:10PM  5     A.   YES.

02:10PM  6     Q.   AND YOU'RE GIVING HER SPECIFIC INSTRUCTIONS?

02:10PM  7     A.   YES.

02:10PM  8     Q.   AND BY THE WAY, MR. BALWANI IS NOT ON THE EMAIL; RIGHT?

02:10PM  9     A.   YES.

02:10PM  10    Q.   AND THEN YOU RESPOND AGAIN AT 5:21 P.M., "HODA, I'M

02:10PM  11    ASSUMING YOU HAVE CONFIRMED WITH TINA LIN AND DANIEL YOUNG THAT

02:10PM  12    THE CTN WAS NOT COMPROMISED IN ANY WAY.  IF THIS IS THE CASE,

02:10PM  13    THEN PLEASE CALL IT CRITICAL FOR THIS PATIENT."

02:10PM  14         RIGHT?

02:10PM  15    A.   YES.

02:10PM  16    Q.   AND COMPROMISED MEANS IT COULD BE THAT HEMOLYSIS ISSUE

02:10PM  17    THAT WE TALKED ABOUT BEFORE; RIGHT?

02:10PM  18    A.   YEAH, AND IF THE HDL IS VERY HIGH, IT WOULD INDICATE

02:10PM  19    HEMOLYSIS AS WELL.

02:10PM  20    Q.   RIGHT.  SO YOU WERE ASKING HER TO CHECK FOR THAT?

02:10PM  21    A.   YES.

02:10PM  22    Q.   AND SHE REPORTED, "HI ADAM,

02:10PM  23         "I LOOKED AT THE CTN IMAGE FOR 19016.  THE CTN IS NOT

02:11PM  24    HEMOLYZED.  WE ARE GOING TO RELEASE ALL OF THE ISE'S INCLUDING

02:11PM  25    THE CRITICAL K"; RIGHT?

02:11PM  1     A.   YES.

02:11PM  2     Q.   AND THIS WAS AN INSTANCE WHERE YOU AGREED TO RELEASE A

02:11PM  3     CRITICAL POTASSIUM AFTER YOU WERE SATISFIED THAT IT WASN'T

02:11PM  4     HEMOLYZED AND EVERYTHING ELSE CHECKED OUT?

02:11PM  5     A.   HEMOLYZED, YES.

02:11PM  6     Q.   HEMOLYZED.  THANK YOU.

02:12PM  7          LET'S GO TO 20316.

02:12PM  8          20316, DR. ROSENDORFF, IS AN EMAIL STRING AMONG YOURSELF

02:12PM  9     AND OTHER LAB PERSONNEL AT THERANOS?

02:12PM 10     A.   YES.

02:12PM 11     Q.   AND IT RELATES TO GENERAL CHEMISTRY RESULTS?

02:12PM 12     A.   YES.

02:12PM 13     Q.   AND IT'S APRIL 2014; IS THAT RIGHT?

02:12PM 14     A.   YES.

02:12PM 15     Q.   AND, YOUR HONOR, WE OFFER 20316.

02:12PM 16          MR. BOSTIC:  NO OBJECTION.

02:12PM 17          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:12PM 18      (DEFENDANT'S EXHIBIT 20316 WAS RECEIVED IN EVIDENCE.)

02:12PM 19     BY MR. COOPERSMITH:

02:12PM 20     Q.   LET'S GO TO THE EARLIEST EMAIL IN TIME, AND THIS IS FROM

02:12PM 21     ELLEN SANG.

02:12PM 22          DO YOU SEE THAT?

02:12PM 23     A.   YES.

02:12PM 24     Q.   AND IT SAYS "HI GUYS,

02:12PM 25          "MORE GC RESULTS HAS BEEN UPLOADED TO LIS."

02:12PM   1          DO YOU SEE THAT?

02:12PM   2     A.   YES.

02:12PM   3     Q.   AND IT SAYS, "PLEASE NOTE THAT CTN 7720 IS SHORT VOLUME

02:12PM   4     AND WE HAD TO HAND DILUTE ISE AND RAN MULTIQUALS ON EVOWARE."

02:12PM   5          DO YOU SEE THAT?

02:12PM   6     A.   YES.

02:12PM   7     Q.   AND SO THAT'S AN INITIAL TOPIC.

02:13PM   8          BUT THEN IF YOU GO TO THE EMAIL ON PAGE 1 FROM

02:13PM   9     STELLA HOWARD, THAT'S TO YOU WITH A COPY TO MS. ALAMDAR.

02:13PM  10          DO YOU SEE THAT?

02:13PM  11     A.   YES.

02:13PM  12     Q.   SHE SAYS, "ADAM,

02:13PM  13          "SHOULD I RELEASE THE 5.8 POTASSIUM RESULT WITH A NOTE

02:13PM  14     SAYING STATING THAT IT'S HEMOLYZED THEN...?  I'M SORRY, I GUESS

02:13PM  15     I AM NOT UNDERSTANDING THE ACCEPTABLE WORKFLOW FROM ISE'S THAT

02:13PM  16     ARE COMING OUT LOW/HIGH."

02:13PM  17     A.   YES.

02:13PM  18     Q.   AND THEN SHE GOES ON, "SO IN THE FUTURE WE WILL RELEASE

02:13PM  19     RESULTS IF THEY ARE READY FOR CLIA REVIEW, WITHOUT CHECKING

02:13PM  20     WITH YOU ADAM, REGARDLESS IF THEY ARE LOW/HIGH.  WE SHOULD ONLY

02:13PM  21     CHECK WITH YOU IF THEY ARE CRITICAL."

02:13PM  22          THAT'S WHAT SHE IS STATING AND ASKING YOU TO GIVE HER SOME

02:13PM  23     GUIDANCE; RIGHT?

02:13PM  24     A.   YES.

02:13PM  25     Q.   AND THEN YOU DID ON THE EMAIL AT THE TOP.  YOU RESPONDED

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)    3670

02:13PM 1     AND YOU WROTE, "HI STELLA,

02:13PM 2         "IF THE SAMPLE APPEARS HEMOLYZED TO THE CLS, THEN IT IS

02:14PM 3     THE CLS DISCRETION TO ACCEPT THE RESULTS, USING THE HEMOLYSIS

02:14PM 4     VISUAL CHART IN NORMANDY, SINCE WE DON'T HAVE AN AUTOMATED

02:14PM 5     HEMOLYSIS METHOD YET."

02:14PM 6         DO YOU SEE THAT?

02:14PM 7     A.   YES.

02:14PM 8     Q.   AND THEN YOU SAY, "IN SUMMARY, THE RESULTS CAN BE RELEASED

02:14PM 9     WHEN R&D SIGNS OFF ON THE CTN."

02:14PM 10         THAT'S ONE WAY RESULTS CAN BE RELEASED; RIGHT?

02:14PM 11     A.   YES.

02:14PM 12     Q.   OR TWO, "CLS SIGNS OFF THAT THE CTN WAS NOT HEMOLYZED."

02:14PM 13     A.   YES.

02:14PM 14     Q.   OR THREE, "ISE'S ARE NOT CRITICAL."

02:14PM 15         RIGHT?

02:14PM 16     A.   YES.

02:14PM 17     Q.   SO THIS IS A POLICY YOU'RE PUTTING IN PLACE?

02:14PM 18     A.   YES.

02:14PM 19     Q.   AND YOU SAY, "RESULTS SHOULD COME TO ME," AS LAB DIRECTOR

02:14PM 20     I GUESS, "AND WHEN CRITICAL, OR SOME OTHER QUESTION THAT IS NOT

02:14PM 21     COVERED IN THESE POINTS."

02:14PM 22         SO YOU WANTED TO REVIEW THE CRITICAL RESULTS; RIGHT?

02:14PM 23     A.   YES.

02:14PM 24     Q.   BECAUSE THAT'S IMPORTANT; RIGHT?  IF YOU'RE GOING TO REACH

02:14PM 25     A CRITICAL RESULT, BEFORE YOU TELL A PATIENT YOU HAVE CRITICAL

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)          3671

02:14PM   1    POTASSIUM OR ANYTHING, YOU WOULD WANT TO MAKE SURE AS BEST YOU

02:15PM   2    COULD THAT THAT WAS CORRECT; RIGHT?

02:15PM   3    A.   YES.

02:15PM   4    Q.   NOW, YOU UNDERSTAND, AND I THINK YOU TESTIFIED, THAT THERE

02:15PM   5    WERE ISSUES THAT WERE OF SOME CONCERN TO YOU ABOUT POTASSIUM;

02:15PM   6    RIGHT?

02:15PM   7    A.   YES.

02:15PM   8    Q.   AND THAT -- BUT THE COMPANY DIDN'T JUST THROW UP ITS HANDS

02:15PM   9    AND RELEASE THE RESULTS ANYWAY, THEY ACTUALLY TRIED TO WORK ON

02:15PM  10    THE PROBLEM; RIGHT?

02:15PM  11    A.   THEY DID.

02:15PM  12    Q.   AND LET'S TAKE A LOOK AT 13893.

02:15PM  13         13893 YOU SEE IS AN EMAIL STRING AMONG YOU, MR. BALWANI,

02:16PM  14    AND OTHERS FROM MAY OF 2014?

02:16PM  15    A.   YES.

02:16PM  16         MR. COOPERSMITH:  YOUR HONOR, WE OFFER 13893.

02:16PM  17         MR. BOSTIC:  NO OBJECTION.

02:16PM  18         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:16PM  19    (DEFENDANT'S EXHIBIT 13893 WAS RECEIVED IN EVIDENCE.)

02:16PM  20    BY MR. COOPERSMITH:

02:16PM  21    Q.   OKAY.  LET'S LOOK AT THE EARLIEST EMAIL IN TIME, AND

02:16PM  22    THAT'S AN EMAIL FROM DANIEL YOUNG; RIGHT?

02:16PM  23    A.   YES.

02:16PM  24    Q.   AND IT'S RELATING TO ISE STUDIES?

02:16PM  25    A.   YES.

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)        3672

02:16PM   1    Q.   WHICH, AS WE DISCUSSED, INCLUDES POTASSIUM?

02:16PM   2    A.   YES.

02:16PM   3    Q.   AND IT SAYS, "I WANTED TO UPDATE YOU ON THE ISE STUDIES IN

02:16PM   4    PREPARATION FOR SWITCHING BACK TO THE DILUTED ISE PROTOCOLS ON

02:16PM   5    TUESDAY."

02:16PM   6         DO YOU SEE THAT?

02:16PM   7    A.   YES.

02:16PM   8    Q.   AND DR. YOUNG WRITES, "WITH OUR NEW APPROACH, WE HAVE NOW

02:16PM   9    SHOWN THAT WE CAN PROCESS AND RUN ISE'S WITH DILUTED VENOUS

02:16PM  10    SAMPLES WITH GREAT ACCURACY AND PRECISION (SHOWN NOW OVER

02:16PM  11    10 DAYS AND 48 SUBJECTS)."

02:17PM  12         DO YOU SEE THAT?

02:17PM  13    A.   YES.

02:17PM  14    Q.   AND THAT WAS WHAT DR. YOUNG WAS WRITING?

02:17PM  15    A.   YES.

02:17PM  16    Q.   AND MR. BALWANI WROTE BACK ON MAY 24TH, 12:03 P.M. HE

02:17PM  17    WRITES, "DANIEL,

02:17PM  18         "THIS IS TRULY GREAT PROGRESS AND A BIG COMPETITIVE

02:17PM  19    ADVANTAGE FOR US.

02:17PM  20         "WE NEED TO KEEP THIS PROJECT, THE CODE, CALIBRATION, AND

02:17PM  21    EVERYTHING WE LEARNED HERE AS THERANOS TRADE SECRET.  EVERYONE

02:17PM  22    WHO WAS WORKING ON THIS NEEDS TO UNDERSTAND THIS.  THIS ALSO

02:17PM  23    SHOULD NOT BE COMMUNICATED TO ANYONE IN CLIA WHO DOESN'T NEED

02:17PM  24    TO KNOW HOW WE DO THIS CALIBRATION AND HOW WE GOT WHERE WE ARE

02:17PM  25    ON THIS PROJECT.  BESIDES ADAM, NO ONE IN CLIA NEEDS TO KNOW

02:17PM   1    ABOUT OUR SECRET SAUCE AND IF ADAM THINKS ANYONE ELSE NEEDS TO

02:17PM   2    KNOW THIS THEN WE NEED TO GET THEM UNDER SAME AGREEMENT AROUND

02:17PM   3    OUR TRADE SECRET.  THERE IS NO ONE ON THE INDUSTRY CAPABLE OF

02:17PM   4    DOING WHAT WE HAVE ACCOMPLISHED HERE BECAUSE OF THE MASSIVE

02:17PM   5    LEARNINGS AND TRIAL AND ERRORS.  WE NEED TO PROTECT THIS."

02:17PM   6        DO YOU SEE THAT?

02:17PM   7    A.   YES.

02:17PM   8    Q.   OKAY.  AND IN RESPONSE TO MR. BALWANI, DANIEL YOUNG WROTE,

02:17PM   9    "SOUNDS GOOD.  I WILL GET TOGETHER WITH MONA AND DRAFT THE

02:18PM  10    STRATEGY."

02:18PM  11        RIGHT?

02:18PM  12    A.   YES.

02:18PM  13    Q.   AND MONA WAS A HUMAN RESOURCES PERSON?

02:18PM  14    A.   YEAH, SHE WAS A LAWYER, HR, HEAD OF HR THERE.

02:18PM  15    Q.   AND SHE WAS A LAWYER AND ALSO THE HEAD OF HR?

02:18PM  16    A.   CORRECT.

02:18PM  17    Q.   AND THEN ABOVE THAT IS AN EMAIL FROM YOU TO DR. YOUNG

02:18PM  18    COPYING MR. BALWANI, MS. HOLMES, AND MONA RAMAMURTHY.

02:18PM  19        AND YOU SAY "DANIEL,

02:18PM  20        "CONGRATULATIONS ON CRACKING THIS.

02:18PM  21        "REGARDS,

02:18PM  22        "ADAM."

02:18PM  23        RIGHT?

02:18PM  24    A.   YES.

02:18PM  25    Q.   AND THAT'S WITH RESPECT TO THE ISE'S?

02:18PM  1    A.   YES.

02:18PM  2    Q.   NOW, AFTER THAT, THOUGH, THERE WERE STILL SOME ISSUES THAT

02:18PM  3    SURFACED EVEN THOUGH AT THE TIME DR. YOUNG AND OTHERS HAD

02:18PM  4    THOUGHT THEY HAD SOLVED ALL OF THE PROBLEMS; RIGHT?

02:18PM  5    A.   CORRECT.

02:18PM  6    Q.   AND LET'S GO TO EXHIBIT 20342.

02:19PM  7         THIS IS AN EMAIL STRING FROM OCTOBER -- I'M SORRY.

02:19PM  8         PUTTING ASIDE THE TOP EMAIL, THERE'S AN EMAIL FROM JUNE OF

02:19PM  9    '14, AN EMAIL STRING; RIGHT?

02:19PM 10    A.   YES.

02:19PM 11    Q.   AND THIS RELATES TO PATIENT RESULTS SINCE MAY 24TH FOR

02:19PM 12    POTASSIUM?

02:19PM 13    A.   YES.

02:19PM 14    Q.   AND WHAT YOU AND OTHERS WERE SEEING WAS THAT SOME OF THE

02:19PM 15    POTASSIUMS WERE FLAGGING HIGH OR LOW; RIGHT?

02:20PM 16         LET ME WITHDRAW THAT AND ASK A BETTER QUESTION.

02:20PM 17         YOU WERE SEEING SOME RESULTS THAT YOU THOUGHT IT WAS

02:20PM 18    IMPORTANT TO RAISE BECAUSE YOU WERE STILL SEEING SOME ISSUES

02:20PM 19    EVEN AFTER THE EMAIL THAT WE PREVIOUSLY SAW; RIGHT?

02:20PM 20    A.   YES.

02:20PM 21    Q.   OKAY.  AND ON -- IF YOU LOOK AT -- WELL, LET ME JUST SEE

02:20PM 22    IF I CAN DO THIS FIRST.

02:20PM 23         CAN WE, YOUR HONOR -- YOUR HONOR, WE OFFER 20342.

02:20PM 24              MR. BOSTIC:  NO OBJECTION.

02:20PM 25              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:20PM  1              (DEFENDANT'S EXHIBIT 20342 WAS RECEIVED IN EVIDENCE.)

02:20PM  2      BY MR. COOPERSMITH:

02:20PM  3      Q.   OKAY.  AND I WANTED TO SHOW YOU THE EMAIL THAT STARTS ON

02:20PM  4      THE BOTTOM OF PAGE 1.  THIS IS ON JUNE 28TH, 2014.

02:20PM  5           DO YOU SEE THAT?

02:20PM  6      A.   YES.

02:20PM  7      Q.   DR. YOUNG WRITES, "I WANTED TO PROVIDE A BRIEF UPDATE ON

02:20PM  8      OUR REVIEW OF POTASSIUM DATA AND OUR REFINED FOCUS TO ADDRESS

02:21PM  9      THAT."

02:21PM  10          DO YOU SEE THAT?

02:21PM  11     A.   YES.

02:21PM  12     Q.   AND HE SAYS, "FIRST, I WAS NOTICING THAT OUR POTASSIUM

02:21PM  13     DATA FROM OUR IN-HOUSE SAMPLES HAS LESS ISSUES THAN OUR WAG

02:21PM  14     POTASSIUM SAMPLES."

02:21PM  15          SO HE DID SOME ANALYSIS, AND HERE'S A SUMMARY; RIGHT?

02:21PM  16     A.   YES.

02:21PM  17     Q.   AND THEN THERE'S A SUMMARY CHART THAT INDICATES WHAT HE'S

02:21PM  18     TALKING ABOUT; RIGHT?

02:21PM  19     A.   YES.

02:21PM  20     Q.   AND THEN HE SAYS, "AS THIS SHOWS, SAMPLES FROM PHOENIX ARE

02:21PM  21     SHOWING HIGHER POTASSIUM RESULTS THAN WAG SAMPLES FROM

02:21PM  22     PALO ALTO AND SAMPLES COLLECTED IN-HOUSE."

02:21PM  23          DO YOU SEE THAT?

02:21PM  24     A.   YES.

02:21PM  25     Q.   AND HE SAYS, "I BELIEVE THIS IS LIKELY DUE TO THREE

02:21PM   1    COMBINED EFFECTS."

02:21PM   2         AND THE FIRST IS "SAMPLE STORAGE TIME."

02:21PM   3         DO YOU SEE THAT?

02:21PM   4    A.   YES.

02:21PM   5    Q.   AND THE SECOND IS "IN FIELD AND NORMANDY SAMPLE PROCESSING

02:21PM   6    PROCEDURES (NAMELY, CENTRIFUGE PROCEDURES)."

02:21PM   7         DO YOU SEE THAT?

02:21PM   8    A.   YES.

02:21PM   9    Q.   AND THEN THREE, "POSSIBLE SAMPLE COLLECTION TECHNIQUE

02:21PM  10    DIFFERENCES."

02:21PM  11         DO YOU SEE THAT?

02:21PM  12    A.   YES.

02:21PM  13    Q.   AND THEN HE SAYS, "WE HAVE PLANNED A STUDY TO UNDERSTAND

02:22PM  14    THESE FACTORS."

02:22PM  15    A.   YES.

02:22PM  16    Q.   AND THEN MR. BALWANI RESPONDS ON JUNE 28TH AND SAYS, "I

02:22PM  17    AGREE WITH THIS BUT WOULD LIKE TO MOVE RAPIDLY SO WE CAN HAVE

02:22PM  18    THE RIGHT PERFECT SOLUTION IN PLACE ASAP."

02:22PM  19         RIGHT?

02:22PM  20    A.   YES.

02:22PM  21    Q.   AND THEN DR. YOUNG REPORTS ON JUNE 28TH AT 3:46 P.M.

02:22PM  22         "INITIAL STUDY WAS RUN AND ANALYZED TODAY -- SHOWING

02:22PM  23    IMPROVEMENTS AND SUPPORTS HYPOTHESIS."

02:22PM  24         RIGHT?

02:22PM  25    A.   YES.

02:22PM  1    Q.   AND THEN HE SAYS, "WE ARE INITIATING MORE EXTENSIVE STUDY

02:22PM  2    ACROSS TWO DAYS."

02:22PM  3         DO YOU SEE THAT?

02:22PM  4    A.   YES.

02:22PM  5    Q.   AND HE SAYS, "THE GOAL OF THE STUDY IS TO ESTABLISH AND

02:22PM  6    DEMONSTRATE OPTIMAL PROCEDURES FOR SAMPLE PROCESSING TO ENSURE

02:22PM  7    RELIABLE TEST RESULTS."

02:22PM  8    A.   MY SCREEN JUST WENT BLANK.  I THINK IT'S REBOOTING.

02:22PM  9    Q.   OKAY.  DO YOU HAVE IT ON THE SCREEN?

02:22PM  10   A.   NO.

02:22PM  11   Q.   OKAY.

02:22PM  12        THE COURT:  IS IT ON THE JUROR'S SCREEN?

02:22PM  13        YES.

02:22PM  14        MR. COOPERSMITH:  I THINK WE CAN HAVE YOU PULL THE

02:22PM  15   HARD COPY DOCUMENT.

02:23PM  16        THE WITNESS:  IT SHOULD BE COMING UP.

02:23PM  17        OH, THERE IT IS.

02:23PM  18   BY MR. COOPERSMITH:

02:23PM  19   Q.   I'M JUST POINTING YOU TO THE EMAIL.  I DON'T NEED TO READ

02:23PM  20   IT AGAIN.

02:23PM  21        BUT DO YOU SEE DANIEL RESPONDED?

02:23PM  22   A.   YES.

02:23PM  23   Q.   OKAY.  LET'S TAKE A LOOK, DR. ROSENDORFF, AT

02:24PM  24   EXHIBIT 20431.

02:24PM  25        THIS IS ANOTHER EMAIL STRING AMONG YOU AND MR. BALWANI AND

02:24PM  1      DANIEL YOUNG.

02:24PM  2          DO YOU SEE THAT?

02:24PM  3      A.   YES.

02:24PM  4      Q.   AND MS. HOLMES?

02:24PM  5      A.   YES.

02:24PM  6      Q.   OKAY.  AND THIS ALSO RELATES TO POTASSIUM?

02:24PM  7      A.   YES.

02:24PM  8      Q.   AND IT'S FROM JULY OF 2014?

02:24PM  9      A.   YES.

02:24PM 10              MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20431.

02:25PM 11              MR. BOSTIC:  NO OBJECTION.

02:25PM 12              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:25PM 13          (DEFENDANT'S EXHIBIT 20431 WAS RECEIVED IN EVIDENCE.)

02:25PM 14      BY MR. COOPERSMITH:

02:25PM 15      Q.   AND IN THIS EXHIBIT, IF YOU LOOK AT THE FIRST PAGE,

02:25PM 16      DR. YOUNG WRITES TO YOU, AND MR. BALWANI, AND MS. HOLMES,

02:25PM 17      POTASSIUM STATUS.

02:25PM 18          DO YOU SEE THAT?

02:25PM 19      A.   YES.

02:25PM 20      Q.   "IN PREPARATION FOR OUR DISCUSSION, I WANTED TO SEND OUT A

02:25PM 21      FEW UPDATES THAT WE CAN DISCUSS IN MORE DETAIL TOGETHER."

02:25PM 22          THERE'S A HEADING POTASSIUM ASSAY (P-PROTOCOL ON ADVIA)

02:25PM 23      RIGHT?

02:25PM 24      A.   YES.

02:25PM 25      Q.   HE WRITES, "DILUTED PROTOCOL VERSUS NEAT/PREDICATE

02:25PM   1     PROTOCOL CONTINUES TO PERFORM WELL."

02:25PM   2         DO YOU SEE THAT?

02:25PM   3     A.   YES.

02:25PM   4     Q.   "RUNNING FINGERSTICK SAMPLES NEAT COMPARE WELL TO RUNNING

02:25PM   5     FINGERSTICK SAMPLES DILUTED."

02:25PM   6         DO YOU SEE THAT?

02:25PM   7     A.   YES.

02:25PM   8     Q.   "RUNNING VENOUS SAMPLES DILUTED COMPARE WELL TO RUNNING

02:26PM   9     VENOUS SAMPLES NEAT."

02:26PM  10         RIGHT?

02:26PM  11     A.   YES.

02:26PM  12     Q.   THAT'S WHAT DR. YOUNG IS SAYING?

02:26PM  13     A.   THAT'S WHAT HE'S SAYING.

02:26PM  14     Q.   SO HE'S TRYING TO WORK ON THE ISSUES THAT WERE OF CONCERN;

02:26PM  15     IS THAT RIGHT?

02:26PM  16     A.   YES.

02:26PM  17     Q.   NOW, IF YOU GO BELOW THAT, DO YOU SEE AFTER THE CHART HE

02:26PM  18     WRITES, "BASED ON THIS, I DO NOT RECOMMEND ESTABLISHING A NEW

02:26PM  19     POTASSIUM REFERENCE RANGE AT THIS TIME FOR FINGERSTICK

02:26PM  20     SAMPLES."

02:26PM  21         DO YOU SEE THAT?

02:26PM  22     A.   YES.

02:26PM  23     Q.   AND THAT WAS A SUBJECT THAT YOU DISAGREED WITH DR. YOUNG

02:26PM  24     ABOUT; RIGHT?

02:26PM  25     A.   YES.

02:26PM   1    Q.   HE BELIEVED THAT THE REFERENCE RANGE SHOULD BE THE SAME

02:26PM   2    FOR FINGERSTICK SAMPLES AND VENOUS SAMPLES; RIGHT?

02:26PM   3    A.   CORRECT.

02:26PM   4    Q.   AND YOU THOUGHT THAT THERE SHOULD BE A DIFFERENT REFERENCE

02:26PM   5    RANGE?

02:26PM   6    A.   CORRECT.

02:26PM   7    Q.   AND SO IT WAS A SUBJECT THAT YOU AND DR. YOUNG DISAGREED

02:26PM   8    WITH?

02:26PM   9    A.   CORRECT.

02:26PM   10   Q.   AND -- WELL, LET'S GO TO ANOTHER EXHIBIT, 20335.

02:27PM   11        AND DO YOU SEE 20335 IS AN EMAIL WITH THE SUBJECT OF

02:27PM   12   MEETING MINUTES?

02:27PM   13   A.   YES.

02:27PM   14   Q.   ABOUT CRITICAL REPORTING AND CTN RELEASING?

02:27PM   15   A.   YES.

02:27PM   16   Q.   AND THIS WAS FROM MONETTE ROCKEYMORE?

02:27PM   17   A.   YES.

02:27PM   18   Q.   AND SHE WAS ANOTHER EMPLOYEE WHO WORKED IN THE LAB?

02:27PM   19   A.   YES.

02:27PM   20   Q.   AND IT WAS TO YOU AND OTHERS ABOUT THIS SUBJECT OF

02:28PM   21   CRITICAL REPORTING?

02:28PM   22   A.   YES.

02:28PM   23          MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20335.

02:28PM   24          MR. BOSTIC:  NO OBJECTION.

02:28PM   25          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:28PM 1        (DEFENDANT'S EXHIBIT 20335 WAS RECEIVED IN EVIDENCE.)

02:28PM 2    BY MR. COOPERSMITH:

02:28PM 3    Q.   IT SAYS, "HI ADAM,

02:28PM 4        "PLEASE SEE ATTACHED FOR THE MINUTES OF THE MEETING.  TO

02:28PM 5    MAKE IT MORE CONVENIENT FOR EVERYONE, I HAVE ALSO INCLUDED

02:28PM 6    SCREENSHOT OF THE DISCUSSION WE HAD TODAY."

02:28PM 7        DO YOU SEE THAT?

02:28PM 8    A.   YES.

02:28PM 9    Q.   AND THIS IS A SCREENSHOT CAPTURING A DISCUSSION THAT WAS

02:28PM 10   HAD AT THIS PARTICULAR MEETING?

02:28PM 11   A.   YES.

02:28PM 12   Q.   AND THIS WAS AMONG LAB STAFF; RIGHT?

02:28PM 13   A.   I'M SORRY.

02:28PM 14   Q.   THIS WAS AMONG THE LAB STAFF, THIS MEETING?

02:28PM 15   A.   I DON'T RECALL.

02:28PM 16   Q.   OKAY.  BUT AT LEAST THAT'S WHO IS ON THE EMAIL; RIGHT?

02:28PM 17   A.   YES.

02:28PM 18   Q.   AND IF YOU GO TO THE CHART --

02:28PM 19   A.   OH, JUST THE EMAIL IS FROM HER TO ME.

02:28PM 20   Q.   YES.

02:28PM 21   A.   YES, THAT'S IT.

02:28PM 22   Q.   SHE'S GIVING YOU THE MINUTES OF THE MEETING; RIGHT?

02:28PM 23   A.   YES.

02:29PM 24   Q.   FOR YOUR REVIEW.

02:29PM 25       AND ON THE CHART, IF YOU FOLLOW THE FLOW CHART, ON THE

02:29PM   1       UPPER LEFT OF THE FIRST BOX IT SAYS LIHEP CTN?

02:29PM   2       A.   YES.

02:29PM   3       Q.   AND THAT'S A TYPE OF CTN; RIGHT?

02:29PM   4       A.   YES.

02:29PM   5       Q.   AND SO IT'S A BLOOD COLLECTION DEVICE?

02:29PM   6       A.   YES.

02:29PM   7       Q.   AND LIHEP IS LITHIUM HEPARIN?

02:29PM   8       A.   YES.

02:29PM   9       Q.   AND THERE'S DIFFERENT TYPES OF CTN'S, BUT THAT'S ONE OF

02:29PM  10       THEM?

02:29PM  11       A.   CORRECT.

02:29PM  12       Q.   AND THEN THE LIHEP CTN, IF THERE ARE NORMAL RESULTS FOR

02:29PM  13       NAK OR CI, THAT'S SODIUM CHLORIDE OR POTASSIUM?

02:29PM  14       A.   YES.

02:29PM  15       Q.   AND THEN CHECK THE CTN IMAGE; RIGHT?

02:29PM  16       A.   YES.

02:29PM  17       Q.   BRIDGE OR INTERFACE -- IF IT'S BRIDGE OR INTERFACE OR

02:29PM  18       COMPROMISED, THEN YOU GO YES VOID ABNORMAL AND CRITICAL

02:29PM  19       RESULTS; RIGHT?

02:29PM  20       A.   YES.

02:29PM  21       Q.   BUT IF IT'S NOT BRIDGE OR INTERFERENCE OR COMPROMISED,

02:29PM  22       THEN RELEASE RESULTS.

02:29PM  23            THAT'S THE FLOW CHART; RIGHT?

02:29PM  24       A.   YES.

02:29PM  25       Q.   AND THEN ON THE BOX BELOW THE PROCEDURE IS LIHEP CTN, IF

02:30PM  1    IT'S NORMAL, GOOD TO RELEASE; RIGHT?

02:30PM  2    A.   YES.

02:30PM  3    Q.   AND THEN THERE'S A FURTHER PROCEDURE OF WHAT TO DO IF IT'S

02:30PM  4    ABNORMAL; RIGHT?

02:30PM  5    A.   YES.

02:30PM  6    Q.   AND THEN, YOU KNOW, I WON'T READ IT ALL, BUT THAT'S WHAT

02:30PM  7    THE FLOW CHART IS; RIGHT?

02:30PM  8    A.   YES.

02:30PM  9    Q.   OKAY.  NOW, YOU, AS A BASIS, AS WELL FROM THE MEETING, YOU

02:30PM  10   IMPLEMENTED THAT PROCEDURE; RIGHT?

02:30PM  11   A.   I DON'T RECALL.

02:30PM  12   Q.   LET'S TAKE A LOOK AT 20336.

02:30PM  13        AND THIS IS ANOTHER EMAIL FROM YOU TO THE ENTIRE CLIA LAB

02:30PM  14   EMAIL GROUP?

02:30PM  15   A.   YES.

02:30PM  16   Q.   AND IT RELATES TO THE SAME TOPIC, CTN INTEGRITY AND

02:30PM  17   CRITICAL VALUES?

02:30PM  18   A.   YES.

02:30PM  19   Q.   AND IT SAYS -- WELL, I WON'T READ IT YET.

02:30PM  20        BUT IT'S AN EMAIL THAT YOU WROTE IN THE NORMAL COURSE OF

02:31PM  21   BUSINESS AT THERANOS; RIGHT?

02:31PM  22   A.   YES.

02:31PM  23            MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20336.

02:31PM  24            MR. BOSTIC:  NO OBJECTION.

02:31PM  25            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:31PM  1          (DEFENDANT'S EXHIBIT 20336 WAS RECEIVED IN EVIDENCE.)

02:31PM  2     BY MR. COOPERSMITH:

02:31PM  3     Q.   AND THEN IT SAYS, "CLIA,

02:31PM  4          "PLEASE REVIEW THE FOLLOWING SOP REGARDING CTN INTEGRITY

02:31PM  5     AND CRITICAL VALUES."

02:31PM  6          RIGHT?

02:31PM  7     A.   YES.

02:31PM  8     Q.   AND THIS IS A PROCEDURE THAT YOU'RE IMPLEMENTING?

02:31PM  9     A.   YES.

02:31PM 10     Q.   AND IF YOU GO TO PAGE 3 OF THE DOCUMENT, YOU SEE IT'S THE

02:31PM 11     SAME FLOW CHART THAT WE JUST REVIEWED?

02:31PM 12     A.   YES.

02:31PM 13     Q.   AND SO BASICALLY WHAT CAME OUT OF THE MEETING WAS A COUPLE

02:31PM 14     OF FLOW CHARTS AND THEN YOU IMPLEMENT THAT AS A PROCEDURE;

02:31PM 15     RIGHT?

02:31PM 16     A.   YES.

02:31PM 17     Q.   OKAY.  AND IT HAD TO DO WITH REPORTING CRITICAL VALUES FOR

02:31PM 18     ASSAYS, INCLUDING POTASSIUM?

02:31PM 19     A.   YES.

02:31PM 20     Q.   OKAY.  LET'S GO TO 7490.

02:32PM 21          EXHIBIT 7490 IS AN EMAIL STRING -- THE TOP ONE IS BETWEEN

02:32PM 22     YOU AND MR. BALWANI AND OTHERS, AND THEN THERE ARE OTHER EMAILS

02:32PM 23     GOING ON THE PAGE WITH OTHERS.

02:32PM 24          DO YOU SEE THAT?

02:32PM 25     A.   YES.

02:32PM   1    Q.   AND IT'S AN EMAIL THAT WAS SENT REGARDING CRITICAL ISE'S?

02:32PM   2    A.   YES.

02:32PM   3    Q.   AND THIS WAS ON OCTOBER 27TH, 2014?

02:32PM   4    A.   YES.

02:32PM   5    Q.   AND IT RELATED TO THE SAME TOPIC WE HAVE BEEN DISCUSSING,

02:32PM   6    THE USE OF CRITICAL ISE'S, WHICH INCLUDED POTASSIUM?

02:32PM   7    A.   YES.

02:32PM   8         MR. COOPERSMITH:  YOUR HONOR, WE OFFER EXHIBIT 7490.

02:32PM   9         MR. BOSTIC:  YOUR HONOR, HEARSAY OBJECTION AS TO THE

02:32PM  10    EMAIL FROM THE DEFENDANT.

02:33PM  11         (PAUSE IN PROCEEDINGS.)

02:33PM  12         THE COURT:  MR. COOPERSMITH, IT LOOKS LIKE IT'S THE

02:33PM  13    TOP TWO EMAILS ON THAT FIRST PAGE.

02:33PM  14         MR. COOPERSMITH:  I ASSUME MR. BOSTIC WAS OBJECTING

02:33PM  15    TO THE TOP EMAIL FROM MR. BALWANI TO DR. ROSENDORFF AND OTHERS.

02:33PM  16         MR. BOSTIC:  CORRECT, YOUR HONOR.

02:33PM  17         THE COURT:  THERE'S TWO, I THINK, TWO EMAILS.

02:33PM  18    THAT'S RIGHT.

02:33PM  19         MR. COOPERSMITH:  WELL, MR. BOSTIC CAN CLARIFY.  I

02:33PM  20    ASSUMED HIS OBJECTION WAS ONLY TO THE TOP EMAIL.

02:33PM  21         MR. BOSTIC:  SO, YOUR HONOR, I THINK THE SAME ISSUE

02:33PM  22    DOES APPLY NOT TO THE TOP TWO ON THAT PAGE, BUT THE TWO

02:33PM  23    MESSAGES FROM THE DEFENDANT ON THAT PAGE.

02:33PM  24         THE COURT:  ALL RIGHT.  I'LL SUSTAIN IT UNLESS YOU

02:33PM  25    HAVE ANOTHER EXPLANATION OR USE.

02:33PM   1                  MR. COOPERSMITH:  SURE.  WHY DON'T WE REDACT THOSE

02:33PM   2      TWO EMAILS, AND IF THERE'S NO FURTHER OBJECTION, I WOULD OFFER

02:33PM   3      IT THAT WAY.

02:33PM   4                  THE COURT:  OKAY.  THAT'S FINE.

02:34PM   5          WITH THOSE REDACTIONS THEN, IT WOULD BE ADMITTED, AND IT

02:34PM   6      MAY BE PUBLISHED.

02:34PM   7          (DEFENDANT'S EXHIBIT 7490 WAS RECEIVED IN EVIDENCE.)

02:34PM   8      BY MR. COOPERSMITH:

02:34PM   9      Q.  AND I'M JUST REALLY GOING TO REFER YOU TO A PARTICULAR

02:34PM  10      EMAIL YOU SENT ON OCTOBER 27TH, 2014, AT 3:28 P.M.

02:34PM  11          DO YOU SEE THAT IN THE MIDDLE OF THE PAGE?

02:34PM  12      A.  YES.

02:34PM  13      Q.  AND IT SAYS, REGARDING CRITICAL ISE'S, "WE HAD A MEETING

02:34PM  14      WITH TINA, NISHIT, AND THE CLIA LEADERSHIP ABOUT 6 WEEKS AGO TO

02:34PM  15      COME UP WITH A CONSISTENT PRACTICE."

02:34PM  16          RIGHT?

02:34PM  17      A.  YES.

02:34PM  18      Q.  AND THAT WAS REGARDING HOW TO HANDLE CRITICAL ISE'S;

02:34PM  19      RIGHT?

02:34PM  20      A.  YES.

02:34PM  21      Q.  AND THAT WAS A MEETING THAT YOU CONDUCTED WITHOUT

02:34PM  22      MR. BALWANI; RIGHT?

02:34PM  23      A.  I DON'T REMEMBER IF MR. BALWANI WAS AT THE MEETING OR NOT.

02:35PM  24      SORRY.

02:35PM  25      Q.  OKAY.  BUT IN ANY EVENT, YOU'RE REPORTING IN THIS EMAIL

ER-2707

ROSENDORFF CROSS BY MR. COOPERSMITH (RES.)        3687

02:35PM   1    THAT YOU'RE REPORTING TO MR. BALWANI THAT YOU HAD HAD AN

02:35PM   2    EARLIER MEETING?

02:35PM   3    A.   YES.

02:35PM   4    Q.   RIGHT?

02:35PM   5         OKAY.  LET'S TAKE A LOOK AT EXHIBIT 7503.

02:35PM   6         DO YOU SEE THIS IS ANOTHER EMAIL STRING AMONG YOU,

02:35PM   7    MR. BALWANI, AND DR. DOSHI, AND ELIZABETH HOLMES AND OTHERS.

02:36PM   8         DO YOU SEE THAT?

02:36PM   9    A.   YES.

02:36PM  10         I DON'T SEE MY NAME ANYWHERE HERE.  I'M SORRY.

02:36PM  11    Q.   OKAY.

02:36PM  12    A.   I'M JUST LOOKING IT OVER, AND YOU SAID AMONG YOU, AND I

02:36PM  13    DON'T MEAN MY NAME.

02:36PM  14    Q.   OKAY.  LET'S PUT THAT ONE ASIDE AND RESERVE THAT.

02:36PM  15         OKAY.  LET'S GO TO A DIFFERENT SUBJECT IN THE TIME WE HAVE

02:36PM  16    REMAINING TODAY, AND THAT'S THE SUBJECT OF HCG.

02:36PM  17         DO YOU REMEMBER TALKING ABOUT THAT ON DIRECT EXAM?

02:36PM  18    A.   YES.

02:37PM  19    Q.   SO IF YOU PUT UP EXHIBIT 9196, MR. ALLEN, WHICH IS ALREADY

02:37PM  20    IN EVIDENCE, THAT'S THE VALIDATION REPORT FOR HCG ON EDISON?

02:37PM  21    A.   YES.

02:37PM  22    Q.   AND THAT'S FROM MARCH 2014.

02:37PM  23         DO YOU SEE THAT?

02:37PM  24    A.   YES.

02:37PM  25    Q.   SO TO THE EXTENT THAT THERE ARE -- WELL, I WITHDRAW THAT.

02:37PM   1          BUT AS WE DISCUSSED BEFORE, THE PREREQUISITE FOR RUNNING

02:37PM   2     AN ASSAY IN THE CLIA LAB WOULD BE FOR ONE OF THESE VALIDATION

02:37PM   3     REPORTS TO BE SIGNED; RIGHT?

02:37PM   4     A.   CORRECT.

02:37PM   5     Q.   LET'S GO TO EXHIBIT 20371.

02:38PM   6          DO YOU SEE THIS IS AN EMAIL STRING ABOUT HAVING A MEETING

02:38PM   7     ON MAY 30TH, 2014?

02:38PM   8     A.   YES.

02:38PM   9     Q.   AND IT'S WITH SEASON FLORES, WHO IS THE EXECUTIVE

02:38PM  10     ASSISTANT TO ELIZABETH HOLMES?

02:38PM  11     A.   YES.

02:38PM  12     Q.   AND IT'S REGARDING -- WELL, IT'S ABOUT A SUBJECT PERTINENT

02:38PM  13     TO THE CLIA LAB; RIGHT?

02:38PM  14     A.   YEAH.  I DON'T KNOW WHAT THE EXACT TOPIC IS, BUT IT SAYS

02:38PM  15     CLIA MEETING, IMPORTANCE HIGH, YEAH.

02:38PM  16     Q.   OKAY.  AND THE MEETING INVITE IS IT 3:34 P.M. ON MAY 30TH?

02:38PM  17     A.   YES.

02:38PM  18     Q.   AND THE REQUEST IS FOR THE MEETING AT 4:00 P.M.; RIGHT?

02:39PM  19     A.   YES.

02:39PM  20     Q.   SO PRETTY QUICKLY AFTER THE EMAIL?

02:39PM  21     A.   YEP.

02:39PM  22          MR. COOPERSMITH:  YOUR HONOR, WE OFFER

02:39PM  23     EXHIBIT 20371.

02:39PM  24          MR. BOSTIC:  NO OBJECTION.

02:39PM  25          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:39PM  1          (DEFENDANT'S EXHIBIT 20371 WAS RECEIVED IN EVIDENCE.)

02:39PM  2              THE COURT:  MR. COOPERSMITH.

02:39PM  3              MR. COOPERSMITH:  YES, OF COURSE, YOUR HONOR.

02:39PM  4      Q.  DO YOU SEE, DR. ROSENDORFF, THERE'S AN EMAIL REFERRED TO

02:39PM  5      FROM MS. FLORES, "ELIZABETH HAS ASKED ME TO COORDINATE A CLIA

02:39PM  6      MEETING THIS AFTERNOON FOR 4:00 P.M."

02:39PM  7          DO YOU SEE THAT?

02:39PM  8      A.  YES.

02:39PM  9      Q.  AND AGAIN, THAT'S AT 3:34 P.M.; RIGHT?

02:39PM 10      A.  YES.

02:39PM 11      Q.  AND SHE ASKS YOU FOR A LIST OF ATTENDEE; RIGHT?

02:39PM 12      A.  YES.

02:39PM 13      Q.  AND YOU RESPOND, "SEASON,

02:39PM 14          IF IT'S THE WHOLE CLIA, THEN CLIA SHOULD BE INVITED (THERE

02:39PM 15      IS A DIRECTORY).  IF IT IS JUST CURRENT CLIA LEADERSHIP, THEN

02:39PM 16      THE FOLLOWING PEOPLE SHOULD BE INVITED."

02:39PM 17          AND THEN YOU ARE IDENTIFYING THE PEOPLE WHO YOU THOUGHT

02:40PM 18      SHOULD ATTEND; RIGHT?

02:40PM 19      A.  YES.

02:40PM 20      Q.  AND THAT INCLUDES MS. ALAMDAR; RIGHT?

02:40PM 21      A.  YES.

02:40PM 22      Q.  AND MR. GEE?

02:40PM 23      A.  YES.

02:40PM 24      Q.  AND OTHERS; RIGHT?

02:40PM 25      A.  YES.

02:40PM   1    Q.   OKAY.  LET'S GO TO EXHIBIT 4145.

02:41PM   2         OKAY.  I THINK THIS IS ALREADY IN EVIDENCE, SO IF WE CAN

02:41PM   3    PUBLISH IT, YOUR HONOR.

02:41PM   4              THE COURT:  YES.

02:41PM   5    BY MR. COOPERSMITH:

02:41PM   6    Q.   AND THIS IS ON THE SAME DAY AS THE LAST EXHIBIT THAT WE

02:41PM   7    LOOKED AT; RIGHT?

02:41PM   8    A.   YES.

02:41PM   9    Q.   AND ELIZABETH HOLMES SAYS, "I'VE DONE MANY MEETINGS ON

02:41PM  10    THIS TODAY"; RIGHT?

02:41PM  11    A.   YES.

02:41PM  12    Q.   REGARDING HCG?

02:41PM  13    A.   YES.

02:41PM  14    Q.   NOW, YOU ON DIRECT WERE ASKED -- LET'S JUST GO TO 28466.

02:41PM  15         IF WE CAN SHOW THAT ON DR. ROSENDORFF'S SCREEN, PLEASE.

02:41PM  16    EXHIBIT 28466, AND PARTICULARLY PAGE 7.  IF YOU COULD REFER TO

02:42PM  17    THAT PAGE?

02:42PM  18              MR. BOSTIC:  YOUR HONOR, RELEVANCE TO DISPLAYING

02:42PM  19    THIS TO THE WITNESS AT THIS POINT.

02:42PM  20              THE COURT:  DO YOU WANT TO -- WHY DON'T YOU ASK A

02:42PM  21    QUESTION.

02:42PM  22              MR. COOPERSMITH:  SURE.

02:42PM  23    Q.   DR. ROSENDORFF, DO YOU REMEMBER TESTIFYING ON WEDNESDAY

02:42PM  24    ABOUT HCG?

02:42PM  25    A.   YES.

02:42PM  1    Q.   AND DO YOU REMEMBER TESTIFYING THAT YOU MADE A DECISION IN

02:42PM  2    AN EMAIL THAT USE OF EDISON FOR HCG TESTING NEEDED TO STOP?

02:42PM  3    A.   YES.

02:42PM  4    Q.   AND THAT WAS ON MAY 30TH?

02:42PM  5    A.   I DON'T RECALL THE DATE, SIR.

02:42PM  6    Q.   OKAY.  WE CAN LOOK AT THAT.

02:42PM  7         BUT IN ANY EVENT, YOU RECALL THAT EMAIL; RIGHT?

02:42PM  8    A.   YES.

02:42PM  9    Q.   AND THAT YOU WERE ASKED A QUESTION, YOU REMEMBER, ABOUT

02:42PM  10   DID YOU EVER GO BACK ON THE DECISION AND AUTHORIZE THERANOS TO

02:42PM  11   USE THE EDISON?

02:42PM  12        AND YOU SAID YOU DID NOT; RIGHT?

02:42PM  13   A.   YES.

02:42PM  14   Q.   THAT'S YOUR TESTIMONY, SIR?

02:42PM  15   A.   YES.

02:42PM  16   Q.   OKAY.  LET'S TAKE A LOOK AT 20564.

02:43PM  17        YOUR HONOR, THESE NEXT TWO EMAILS WILL BE THE LAST EMAILS

02:43PM  18   I THINK BEFORE WE HAVE TO BREAK AT 2:45, IF THAT'S OKAY.

02:43PM  19             THE COURT:  OF COURSE.

02:43PM  20   BY MR. COOPERSMITH:

02:43PM  21   Q.   206 -- I'M SORRY, 20564.

02:43PM  22        DO YOU HAVE THAT IN FRONT OF YOU?

02:43PM  23   A.   YES.

02:43PM  24   Q.   AND THIS IS AN EMAIL STRING AMONG YOURSELF AND MS. ALAMDAR

02:43PM  25   AND CHINMAY PANGARKAR.

ER-2712

02:43PM 1           DO YOU SEE THAT?

02:43PM 2    A.   YES.

02:43PM 3    Q.   AND THERE ARE OTHERS ON THE EMAIL STRING AS WELL; RIGHT?

02:43PM 4    A.   YES.

02:43PM 5    Q.   AND THIS RELATES TO HCG?

02:43PM 6    A.   YES.

02:43PM 7    Q.   AND THIS WAS FROM JUNE 5TH AND 6TH OF 2014?

02:43PM 8    A.   YES.

02:43PM 9    Q.   SO IF THE EMAIL THAT YOU SENT TO STOP TESTING ON EDISON

02:44PM 10   WAS ON MAY 30TH, THIS WOULD JUST BE A FEW DAYS AFTER THAT;

02:44PM 11   RIGHT?

02:44PM 12   A.   YES.

02:44PM 13   Q.   OKAY.  AND THEN IF YOU GO TO THE EMAIL ON THE BOTTOM OF

02:44PM 14   PAGE 1, AND IT CONTINUES TO PAGE 2, IT'S FROM HODA ALAMDAR AT

02:44PM 15   1:20 P.M. TO YOU, DR. ROSENDORFF.

02:44PM 16   A.   YES.

02:44PM 17   Q.   IT SAYS, WITH REGARD TO A PARTICULAR SAMPLE, "TO CONFIRM,

02:44PM 18   I CAN RELEASE" --

02:44PM 19           MR. BOSTIC:  YOUR HONOR, THIS IS NOT IN EVIDENCE.

02:44PM 20           MR. COOPERSMITH:  OH, IT ISN'T.

02:44PM 21        I OFFER THESE IN THAT CASE.

02:44PM 22           MR. BOSTIC:  901.

02:44PM 23           MR. COOPERSMITH:  YOUR HONOR, HE'S IDENTIFIED IT AS

02:44PM 24   AN EMAIL THAT HE'S FAMILIAR WITH AND SENT AND RECEIVED.

02:44PM 25           THE COURT:  WHAT IS IT THAT -- ARE YOU SEEKING TO

02:44PM  1      INTRODUCE THE ENTIRETY OF THIS DOCUMENT, ALL OF THE PAGES HERE,

02:44PM  2      OR WHAT?

02:45PM  3              MR. COOPERSMITH:  YOUR HONOR, I'M INTENDING TO

02:45PM  4      INTRODUCE THIS AS AN EMAIL STRING.

02:45PM  5              THE COURT:  ALL OF THIS?

02:45PM  6              MR. COOPERSMITH:  YES, YOUR HONOR.

02:45PM  7              THE COURT:  I'LL ALLOW IT.  IT CAN BE ADMITTED AND

02:45PM  8      PUBLISHED.

02:45PM  9          (DEFENDANT'S EXHIBIT 20564 WAS RECEIVED IN EVIDENCE.)

02:45PM 10              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

02:45PM 11      Q.  IF YOU GO TO THE BOTTOM EMAIL, YOU SEE IT SAYS FROM

02:45PM 12      HODA ALAMDAR TO DR. ROSENDORFF, AND HER QUESTION, "TO CONFIRM,

02:45PM 13      I CAN RELEASE THE HCG RESULT?"

02:45PM 14          DO YOU SEE THAT?

02:45PM 15      A.  YES.

02:45PM 16      Q.  AND THEN YOU WRITE BACK RIGHT AFTER THAT, "PLEASE HOLD THE

02:45PM 17      RESULT UNTIL CHINMAY IS DONE WITH HIS RLU STUDY TODAY -- WE CAN

02:45PM 18      RUN CTN HCG BUT NEED TO HOLD RESULTS UNTIL WE KNOW WHAT THE

02:45PM 19      INVALID CUTOFF IS."

02:45PM 20          DO YOU SEE THAT?

02:45PM 21      A.  YES.

02:45PM 22      Q.  AND SO YOU WANTED TO HOLD EVERYTHING UNTIL CHINMAY WAS

02:45PM 23      DONE WITH HIS STUDY?

02:45PM 24      A.  YES.

02:45PM 25      Q.  AND THEN MS. ALAMDAR WRITES, "ADAM/CHINMAY,

02:45PM  1          "ANY UPDATES ON THE HCG?  WE HAVE MULTIPLE PATIENTS

02:45PM  2     PENDING TO BE RELEASED."

02:46PM  3          RIGHT?

02:46PM  4     A.   YES.

02:46PM  5     Q.   AND THEN YOU WRITE, "HODA,

02:46PM  6          "CHINMAY WILL BE IMPLEMENTING A SCRIPT SHORTLY TO

02:46PM  7     REQUALIFY VALID VERSUS INVALID HCG VALUES.  STAY TUNED."

02:46PM  8          RIGHT?

02:46PM  9     A.   YES.

02:46PM  10    Q.   YOU'RE STILL WAITING FOR DR. PANGARKAR'S STUDY; RIGHT?

02:46PM  11    A.   YES.

02:46PM  12    Q.   AND THEN HE SAYS, "WE ARE WORKING ON AND WILL LET YOU KNOW

02:46PM  13    WHEN IT IS READY."

02:46PM  14         DO YOU SEE THAT?

02:46PM  15    A.   YES.

02:46PM  16    Q.   AND THEN ABOVE THAT DR. PANGARKAR SENDS AN EMAIL TO YOU

02:46PM  17    AND HE WRITES, "HI HODA," WITH REGARDS TO THE SAMPLES, "ARE

02:46PM  18    READY TO BE RELEASED.  THE LATEST RESULTS THAT YOU CAN RELEASE

02:46PM  19    ARE IN."

02:46PM  20         AND HE GIVES AN S DRIVE LOCATION; RIGHT?

02:46PM  21    A.   YES.

02:46PM  22    Q.   AND SO HE INFORMS YOU THAT HE IS RELEASING THE RESULTS?

02:46PM  23    A.   YES.

02:46PM  24    Q.   AND YOU HAD TOLD HIM THAT WHEN THE STUDY WAS COMPLETED,

02:46PM  25    THAT'S WHAT COULD HAPPEN; RIGHT?

02:46PM  1    A.  YES.

02:46PM  2              MR. COOPERSMITH:  OKAY.  NO FURTHER QUESTIONS FOR

02:46PM  3    TODAY, YOUR HONOR.

02:46PM  4              THE COURT:  ALL RIGHT.  THANK YOU.  LADIES AND

02:46PM  5    GENTLEMEN, WE'LL TAKE OUR WEEKEND BREAK NOW.

02:46PM  6         AND, YES, YOU CAN --

02:46PM  7              THE WITNESS:  I'M SORRY.

02:46PM  8              THE COURT:  RESTRAIN YOUR ENTHUSIASM, DOCTOR.

02:46PM  9         (LAUGHTER.)

02:47PM  10             THE COURT:  WE'LL BE BACK TUESDAY, TUESDAY NEXT AT

02:47PM  11   9:00 A.M.

02:47PM  12        WHEN WE COME BACK, I THINK WHAT WE'RE GOING TO DO, MUCH

02:47PM  13   LIKE IN HOCKEY, WE'LL DO A LINE CHANGE AND THE FRONT SEATS WILL

02:47PM  14   MOVE TO THE BACK AND THE BACK TO THE FRONT, AND WE MAY HAVE

02:47PM  15   SOME OTHER ADJUSTMENTS TO MAKE, BUT WE'LL DO THAT.

02:47PM  16        LET ME REMIND YOU OF THE ADMONITION.  DURING YOUR WEEKEND

02:47PM  17   AND MONDAY OFF, PLEASE DO NOT DO ANY INVESTIGATION, DO NOT

02:47PM  18   DISCUSS, READ, LISTEN TO OR IN ANY WAY TRY TO LEARN ANYTHING

02:47PM  19   ABOUT THIS CASE.

02:47PM  20        HAVE A LOVELY WEEKEND.  I HOPE THE RAIN CONTINUES.  WE

02:47PM  21   NEED IT.

02:47PM  22        ENJOY.  AND WE'LL SEE YOU NEXT TUESDAY.

02:47PM  23        THANK YOU.

02:47PM  24        AND, DR. ROSENDORFF, WE'LL SEE YOU TUESDAY AS WELL.  THANK

02:47PM  25   YOU.

ER-2716

3696

02:47PM  1              THE WITNESS:  THANK YOU, YOUR HONOR.

02:48PM  2         (JURY OUT AT 2:48 P.M.)

02:48PM  3              THE COURT:  PLEASE BE SEATED.  THANK YOU.

02:48PM  4         THE RECORD SHOULD REFLECT THAT OUR JURY HAS LEFT FOR THEIR

02:48PM  5    WEEKEND, AND DR. ROSENDORFF HAS LEFT THE COURTROOM.

02:48PM  6         ANYTHING BEFORE WE BREAK, COUNSEL?

02:48PM  7              MR. COOPERSMITH:  NO, YOUR HONOR.

02:48PM  8              MR. BOSTIC:  NO, YOUR HONOR.

02:48PM  9              THE COURT:  ALL RIGHT.  GREAT.  HAVE A GREAT

02:48PM 10    WEEKEND.  WE'LL SEE YOU NEXT WEEK.  THANK YOU.

02:48PM 11         (COURT ADJOURNED AT 2:48 P.M.)

        12

        13

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

ER-2717