No. 22-10338

IN THE

# United States Court of Appeals for the Ninth Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

*v.*

RAMESH "SUNNY" BALWANI,

*Defendant-Appellant*.

On Appeal from United States District Court
for the Northern District of California
No. 5:18-cr-00258-EJD-2, Hon. Edward J. Davila

## APPELLANT'S EXCERPTS OF RECORD
## VOLUME 13 OF 26 (PAGES ER-3318 – ER-3617)

Jeffrey B. Coopersmith
Amy Walsh
Stephen A. Cazares
Aaron P. Brecher
Sachi Schuricht
Amari L. Hammonds
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105

Mark S. Davies
James Anglin Flynn
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005
(202) 339-8400

*Counsel for Appellant*

BENNETT DIRECT BY MR. LEACH                                          4634

12:56PM  1    A.   I DO.

12:56PM  2    Q.   AND WHO IS SHE?

12:56PM  3    A.   SHE WAS AN ATTORNEY WHO WAS PRESENT AT THE SURVEY.

12:56PM  4    Q.   LET ME DRAW YOUR ATTENTION TO PAGE 2.

12:56PM  5         DO YOU SEE THE HEADING THERANOS CLIA LABORATORY OVERVIEW,

12:56PM  6    9-22-15?

12:56PM  7    A.   I DO.

12:56PM  8    Q.   OKAY.  LET'S GO TO PAGE 3, PLEASE.

12:56PM  9         DO YOU SEE THE HEADING NEWARK, CA, CLIA LABORATORY?

12:56PM 10    A.   I DO.

12:56PM 11    Q.   AND THIS SAYS, "THERANOS'S NEWARK CLIA LABORATORY

12:56PM 12    PROCESSES AN AVERAGE OF" 2,000 "PATIENT SAMPLES PER DAY."

12:56PM 13         IS THAT CONSISTENT WITH STATEMENTS THAT MR. BALWANI MADE

12:57PM 14    TO YOU DURING THE INSPECTION?

12:57PM 15    A.   I SEE 200.

12:57PM 16    Q.   200, EXCUSE ME.  I MISSPOKE.

12:57PM 17         IS THE 200 PATIENT SAMPLES PER DAY CONSISTENT WITH WHAT

12:57PM 18    MR. BALWANI TOLD YOU DURING THE INSPECTION?

12:57PM 19    A.   I WOULD SAY, YES, IT'S IN THE POWERPOINT.  THAT'S HOW IT

12:57PM 20    WAS PRESENTED.

12:57PM 21    Q.   OKAY.  TO THE RIGHT THERE'S A COPY OF A STATE OF

12:57PM 22    CALIFORNIA DEPARTMENT OF PUBLIC HEALTH CLINICAL LABORATORY

12:57PM 23    LICENSE.

12:57PM 24         DO YOU SEE THAT?

12:57PM 25    A.   I DO.

12:57PM 1      Q.   AND THERE'S TWO DIRECTORS LISTED, SUNIL DHAWAN AND

12:57PM 2      LYNETTE SAWYER.

12:57PM 3           DO YOU SEE THAT?

12:57PM 4      A.   I DO.

12:57PM 5      Q.   AND HAVE YOU EVER MET LYNETTE SAWYER?

12:57PM 6      A.   I HAVE NOT.

12:57PM 7      Q.   AND WAS SUNIL DHAWAN PRESENT FOR THE SURVEY?

12:57PM 8      A.   FOR A SHORT PERIOD OF TIME.

12:57PM 9      Q.   WHAT DO YOU MEAN, "A SHORT PERIOD OF TIME"?

12:57PM 10     A.   HE WAS THERE I WOULD SAY AN HOUR OR TWO ONE OF THE DAYS.

12:57PM 11     Q.   OKAY.  DID HE SAY ANYTHING?

12:57PM 12     A.   NO.

12:57PM 13     Q.   OKAY.  LET'S LOOK AT THE NEXT PAGE, PLEASE.

12:58PM 14          DO YOU SEE THE HEADING CLIA LABORATORY -- NEWARK, CA?

12:58PM 15     A.   I DO.

12:58PM 16     Q.   AND IN THE LAST TWO BULLET POINTS IT SAYS, "HIGH

12:58PM 17     COMPLEXITY LABORATORY.

12:58PM 18          "ALL TESTS PROCESSED ON FDA-CLEARED AND APPROVED ANALYZERS

12:58PM 19     AND VALIDATED LDT'S."

12:58PM 20          DO YOU SEE THAT LANGUAGE?

12:58PM 21     A.   I DO.

12:58PM 22     Q.   AND WHAT DID YOU UNDERSTAND THAT TO MEAN?

12:58PM 23     A.   I UNDERSTOOD THAT TO MEAN THAT THE LABORATORY WAS USING

12:58PM 24     ANY -- THE TESTS THAT THEY WERE USING WERE BEING USED ON

12:58PM 25     COMMERCIAL INSTRUMENTS, AND THAT THEY ALSO HAD LDT'S.

BENNETT DIRECT BY MR. LEACH                                    4636

12:58PM   1    Q.   AND THE REFERENCE TO "HIGH COMPLEXITY LABORATORY," DID YOU

12:58PM   2    UNDERSTAND THAT THE NEWARK LABORATORY WAS PERFORMING LDT'S?

12:58PM   3    A.   I DID.

12:58PM   4    Q.   OKAY.  WERE YOU ALSO AWARE THAT THERANOS HAD ANOTHER

12:58PM   5    LABORATORY IN ARIZONA?

12:59PM   6    A.   I WAS.

12:59PM   7    Q.   OKAY.  AND WAS THAT LABORATORY HIGH COMPLEXITY?  MODERATE

12:59PM   8    COMPLEXITY?  OR SOMETHING ELSE?

12:59PM   9    A.   MY UNDERSTANDING WAS THAT THEY ONLY PERFORMED UP TO

12:59PM  10    MODERATE COMPLEXITY TESTS, NO HIGH COMPLEXITY TESTS.

12:59PM  11    Q.   AND WHAT DOES THAT MEAN?

12:59PM  12    A.   THAT MEANS THAT THEY WERE PERFORMING NON-WAIVED TESTS THAT

12:59PM  13    WERE MODERATE COMPLEXITY AND WAIVED TESTS.

12:59PM  14    Q.   OKAY.  DID YOU HAVE AN UNDERSTANDING THAT LDT'S WERE BEING

12:59PM  15    PERFORMED IN THE ARIZONA LAB?

12:59PM  16    A.   I DID NOT.

12:59PM  17    Q.   AND AN LDT IS IF YOU'RE USING YOUR OWN NON-FDA APPROVED

12:59PM  18    DEVICE, LIKE THE EDISON, OR MODIFYING AN FDA APPROVED DEVICE,

12:59PM  19    LIKE A SIEMENS ANALYZER?

12:59PM  20    A.   YES.

12:59PM  21    Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO PAGE 10.

01:00PM  22         DO YOU SEE THE HEAD CLIA LABORATORY -- NEWARK, CALIFORNIA.

01:00PM  23         "ANALYZERS WE USE"?

01:00PM  24    A.   YES.

01:00PM  25    Q.   OKAY.  AND ARE YOU GENERALLY FAMILIAR WITH THE ANALYZERS

01:00PM 1    THAT ARE LISTED ON THIS PAGE?

01:00PM 2    A.   YES.

01:00PM 3    Q.   ARE THESE ANALYZERS THAT ARE APPROVED BY THE FDA?

01:00PM 4    A.   YES.

01:00PM 5    Q.   AND DO YOU SEE ANY REFERENCE TO THE EDISON OR A DEVICE

01:00PM 6    MANUFACTURED BY THERANOS?

01:00PM 7    A.   I DO NOT.

01:00PM 8    Q.   LET ME DRAW YOUR ATTENTION TO PAGE 20.

01:00PM 9        DO YOU SEE THE NAME LANGLY GEE WITH A TITLE TO THE LEFT

01:00PM 10   AND A DESCRIPTION TO THE RIGHT?

01:00PM 11   A.   I DO.

01:00PM 12   Q.   AND MR. GEE, THAT'S SOMEONE THAT YOU INTERACTED WITH

01:01PM 13   DURING THE SURVEY?

01:01PM 14   A.   YES.

01:01PM 15   Q.   YOU HAD A NUMBER OF REQUESTS OF DOCUMENTS FOR HIM?

01:01PM 16   A.   YES, I DID.

01:01PM 17   Q.   WAS IT EASY TO GET INFORMATION FROM MR. GEE?

01:01PM 18   A.   IT WAS NOT.

01:01PM 19   Q.   WHAT DO YOU MEAN BY THAT?

01:01PM 20   A.   MR. GEE DID NOT APPEAR TO BE ABLE TO ANSWER THE QUESTIONS

01:01PM 21   THAT I ASKED.  HE WAS NOT ABLE TO BRING US DOCUMENTS IN A

01:01PM 22   TIMELY MANNER.  AND WHEN THE DOCUMENTS WERE GIVEN TO US, OFTEN

01:01PM 23   THEY WERE NOT WHAT WE HAD REQUESTED.

01:01PM 24   Q.   OKAY.  AND IF WE COULD GO TO THE NEXT PAGE, PLEASE,

01:01PM 25   THERE'S A BIOGRAPHY FOR MR. BALWANI.

BENNETT DIRECT BY MR. LEACH                                    4638

01:01PM  1              DO YOU SEE THAT?

01:01PM  2      A.   IS I DO.

01:01PM  3      Q.   AND DO YOU SEE THAT HE'S LISTED AS PRESIDENT AND COO OF

01:01PM  4      THERANOS, INC.?

01:01PM  5      A.   I DO.

01:01PM  6      Q.   AND DO YOU SEE IN THE UPPER RIGHT-HAND CORNER WHERE IT

01:01PM  7      SAYS, "RESPONSIBLE FOR ALL CLIA LAB BUSINESS OPERATIONS."

01:02PM  8              DO YOU SEE THAT?

01:02PM  9      A.   I DO.

01:02PM  10     Q.   AND WHAT DID YOU UNDERSTAND THAT TO MEAN?

01:02PM  11     A.   I UNDERSTOOD THAT TO MEAN THAT MR. BALWANI WAS RESPONSIBLE

01:02PM  12     FOR ALL OF THE BUSINESS THAT THE -- THAT THERANOS DID,

01:02PM  13     INCLUDING THE LABORATORY.

01:02PM  14     Q.   AND WAS THAT CONSISTENT WITH THE ROLE THAT MR. BALWANI WAS

01:02PM  15     PLAYING IN THIS ENTRANCE INTERVIEW THAT YOU WERE PARTICIPATING

01:02PM  16     IN?

01:02PM  17     A.   IT WAS.

01:02PM  18     Q.   OKAY.  AND LET'S ALSO LOOK BRIEFLY AT PAGE 12.

01:02PM  19              DOES THIS APPEAR TO BE AN ORG CHART FOR THE CLIA

01:02PM  20     LABORATORIES?

01:02PM  21     A.   YES.

01:02PM  22     Q.   AND DO YOU SEE MR. BALWANI AS PRESIDENT AND COO AT THE TOP

01:02PM  23     ON THE RIGHT?

01:02PM  24     A.   I DO.

01:02PM  25     Q.   OKAY.  AND THEN BENEATH HIM IS DR. DHAWAN?

01:02PM   1    A.   YES.

01:02PM   2    Q.   AND THEN TO THE RIGHT DO YOU SEE LANGLY GEE'S NAME?

01:02PM   3    A.   YES.

01:02PM   4    Q.   AND THERE'S A BOX FOR CLINICAL LABORATORY ASSISTANTS, BUT

01:03PM   5    THERE'S -- NOBODY'S NAME IS LISTED THERE.

01:03PM   6         DO YOU SEE THAT?

01:03PM   7    A.   YES.

01:03PM   8    Q.   LET ME NEXT DRAW YOUR ATTENTION TO EXHIBIT 5450.

01:03PM   9         DO YOU RECOGNIZE THIS DOCUMENT?

01:03PM   10   A.   YES.

01:03PM   11   Q.   AND WHAT IS THIS?

01:03PM   12   A.   THIS IS A FORM CMS 116, WHICH IS THE CLIA APPLICATION.

01:03PM   13   Q.   AND HOW DID YOU GET THIS?

01:03PM   14   A.   EVERY TIME A SURVEYOR GOES ON AN INSPECTION, THE

01:03PM   15   LABORATORY NEEDS TO FILL OUT THIS DOCUMENT SO THAT WE HAVE

01:03PM   16   UPDATED INFORMATION FOR THE LABORATORY.

01:03PM   17   Q.   OKAY.  SO IS THIS SOMETHING THAT YOU RECEIVED AT OR AROUND

01:03PM   18   THE TIME OF THE INSPECTION?

01:03PM   19   A.   YES.

01:03PM   20   Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO PAGE 7.

01:04PM   21        DO YOU SEE A SIGNATURE IN THE LINE FOR SIGNATURE OF

01:04PM   22   OWNER/DIRECTOR OF LABORATORY?

01:04PM   23   A.   I DO.

01:04PM   24   Q.   AND DO YOU SEE A DATE OF SEPTEMBER 22ND, 2015?

01:04PM   25   A.   YES.

01:04PM 1    Q.   AND YOU BELIEVE THIS WAS PROVIDED TO YOU AT OR AROUND THE

01:04PM 2    START OF THE INSPECTION?

01:04PM 3    A.   YES.

01:04PM 4    Q.   OKAY.

01:04PM 5         YOUR HONOR, THE GOVERNMENT --

01:04PM 6         AND IS THIS SOMETHING THAT YOU CONSIDERED IN THE COURSE OF

01:04PM 7    YOUR INSPECTION?

01:04PM 8    A.   YES.

01:04PM 9         MR. LEACH:   YOUR HONOR, THE GOVERNMENT OFFERS

01:04PM 10   EXHIBIT 5450.

01:04PM 11        MR. CAZARES:   NO OBJECTION.

01:04PM 12        THE COURT:   IT'S ADMITTED.   IT MAY BE PUBLISHED.

01:04PM 13        (GOVERNMENT'S EXHIBIT 5450 WAS RECEIVED IN EVIDENCE.)

01:04PM 14   BY MR. LEACH:

01:04PM 15   Q.   IF WE COULD PLEASE ZOOM IN ON THE TOP HALF, MS. WACHS.

01:04PM 16        DO YOU SEE THE HEADING CLINICAL LABORATORY IMPROVEMENT

01:04PM 17   AMENDMENTS APPLICATION FOR CERTIFICATION?

01:04PM 18   A.   YES.

01:04PM 19   Q.   AND NUMBER 1, GENERAL INFORMATION, THERE'S A NUMBER OF

01:05PM 20   BOXES:   INITIAL APPLICATION, SURVEY, CHANGE INSERT TYPE.

01:05PM 21        WHAT IS THIS FORM GETTING AT THERE?

01:05PM 22   A.   THIS FORM INDICATES THAT THIS WAS FILLED -- THAT THIS

01:05PM 23   PARTICULAR APPLICATION WAS FILLED OUT AS A RESULT OF A SURVEY.

01:05PM 24   Q.   AS OPPOSED TO THE INITIAL APPLICATION TO BE A LABORATORY?

01:05PM 25   A.   YES.

BENNETT DIRECT BY MR. LEACH                                          4641

01:05PM  1     Q.    OKAY.  AND IF WE COULD ZOOM DOWN.

01:05PM  2           DO YOU SEE THE NAME OF THE DIRECTOR AS SUNIL DHAWAN?

01:05PM  3     A.    I DO.

01:05PM  4     Q.    OKAY.  IF WE CAN GO DOWN FURTHER TO THE TYPE OF

01:05PM  5     CERTIFICATE REQUESTED.

01:05PM  6           DO YOU SEE THERE'S FOUR BOXES, BEGINNING CERTIFICATE OF

01:05PM  7     WAIVER AND ENDING INSERT OF ACCREDITATION?

01:05PM  8     A.    YES.

01:05PM  9     Q.    AND THOSE ARE THE CERTIFICATES THAT YOU TALKED ABOUT

01:05PM  10    EARLIER?

01:05PM  11    A.    YES.

01:05PM  12    Q.    OKAY.  AND IN THIS CASE THERANOS WAS APPLYING, OR

01:05PM  13    RECERTIFYING A CERTIFICATE OF COMPLIANCE?

01:05PM  14    A.    CORRECT.

01:05PM  15    Q.    OKAY.  LET'S GO TO PAGE 5.

01:06PM  16          UP AT THE TOP THERE'S A PROVISION FOR WAIVED TESTING.

01:06PM  17          DO YOU SEE THAT?

01:06PM  18    A.    I DO.

01:06PM  19    Q.    AND IF WE COULD -- ACTUALLY, MS. WACHS, IF WE CAN CAPTURE

01:06PM  20    THE WHOLE PART OF SECTION 6.  PERFECT.  THANK YOU.

01:06PM  21          WHAT IS WAIVED TESTING?

01:06PM  22    A.    THOSE WAIVED TESTS ARE TESTS THAT ARE EASY TO PERFORM AND

01:06PM  23    THERE'S A LOW RISK, IF THERE'S AN ERRONEOUS RESULT, IN PATIENT

01:06PM  24    HARM.

01:06PM  25    Q.    AND THERE'S AN EXAMPLE, ACME HOME GLUCOSE METER.

BENNETT DIRECT BY MR. LEACH                                    4642

01:06PM   1              DO YOU SEE THAT?

01:06PM   2      A.   YES.

01:06PM   3      Q.   AND IS THAT INDICATIVE OF WHAT A WAIVED TEST IS?

01:06PM   4      A.   YES.

01:06PM   5      Q.   AND THERE'S A LINE, "INDICATE THE ESTIMATED TOTAL ANNUAL

01:06PM   6      TEST VOLUME OF ALL WAIVED TESTS PERFORMED."

01:06PM   7              THERE'S THE NUMBER 776.

01:06PM   8              DO YOU SEE THAT?

01:06PM   9      A.   I DO.

01:06PM  10      Q.   AND WHAT DID YOU UNDERSTAND THAT TO MEAN?

01:07PM  11      A.   THAT THERANOS WAS PERFORMING 776 TOTAL TEST VOLUME OF ALL

01:07PM  12      WAIVED TESTS.

01:07PM  13      Q.   IF WE CAN NOW PLEASE ZOOM DOWN TO SECTION 8, THERE'S A

01:07PM  14      HEADING, NON-WAIVED TESTING.  IF WE CAN GET THE ENTIRE PORTION

01:07PM  15      DOWN TO THE BOTTOM.

01:07PM  16              AND IT SAYS -- WHAT IS A NON-WAIVED TEST?

01:07PM  17      A.   IT'S A TEST THAT IS EITHER MODERATE OR HIGH COMPLEXITY.

01:07PM  18      IT IS NOT WAIVED.

01:07PM  19      Q.   OKAY.  AND THERE ARE SOME NUMBERS LISTED ON THIS CHART.

01:07PM  20      17,170 FOR MICROBIOLOGY; 280,763 DIAGNOSTIC IMMUNOLOGY; 683,939

01:07PM  21      FOR CHEMISTRY.

01:07PM  22              DO YOU SEE THOSE NUMBERS?

01:07PM  23      A.   I DO.

01:07PM  24      Q.   AND WHAT DO YOU UNDERSTAND THOSE TO REPRESENT?

01:07PM  25      A.   THAT IS THE NUMBER THAT IS THE LABORATORY'S ANNUAL TEST

01:08PM 1    VOLUME.

01:08PM 2         SO THEY'RE PERFORMING -- IF YOU LOOK AT MICROBIOLOGY,

01:08PM 3    THEIR ANNUAL TEST VOLUME FOR MICROBIOLOGY IS 17,170 TESTS.

01:08PM 4         IF YOU LOOK AT MICROBIOLOGY, THE TOTAL TEST VOLUME, NUMBER

01:08PM 5    OF MICROBIOLOGY TESTS THAT THEY PERFORM IN A YEAR IS 17,170.

01:08PM 6    THAT'S A SELF-REPORTED NUMBER.

01:08PM 7    Q.   SO THAT'S A NUMBER THAT THERANOS GIVES YOU?

01:08PM 8    A.   YES.

01:08PM 9    Q.   OKAY.  AND IF WE LOOK IN THE BOTTOM RIGHT CORNER, IT SAYS,

01:08PM 10   "TOTAL ESTIMATE ANNUAL TEST VOLUME," AND THERE'S A NUMBER

01:08PM 11   894,782.

01:08PM 12        DO YOU SEE THAT NUMBER?

01:08PM 13   A.   I DO.

01:08PM 14   Q.   AND WHAT DID YOU UNDERSTAND THAT TO BE?

01:08PM 15   A.   THAT IS THE TOTAL NUMBER OF TESTS ACROSS ALL OF THE

01:08PM 16   SPECIALTIES AND SUBSPECIALTIES THAT THERANOS PERFORMED IN A

01:09PM 17   YEAR, ONE YEAR.

01:09PM 18   Q.   LET ME NEXT DRAW YOUR ATTENTION TO EXHIBIT 5451.

01:09PM 19        ARE YOU FAMILIAR WITH THIS DOCUMENT?

01:09PM 20   A.   YES.

01:09PM 21   Q.   AND WHAT IS THIS?

01:09PM 22   A.   THIS IS A LIST OF THE TESTS THAT THERANOS PERFORMED AND

01:09PM 23   THE NAME OF THE INSTRUMENT OR DEVICE -- "INSTRUMENT" AND

01:09PM 24   "DEVICE" WE USE INTERCHANGEABLY -- ON WHICH THEY PERFORM THOSE

01:09PM 25   TESTS.

01:09PM  1   Q.   AND IS THIS SOMETHING THAT WAS PROVIDED TO YOU DURING THE

01:09PM  2   INSPECTION?

01:09PM  3   A.   YES.

01:09PM  4   Q.   OKAY.  AND WAS THIS SOMETHING THAT YOU RELIED ON IN THE

01:09PM  5   COURSE OF CONDUCTING YOUR WORK?

01:09PM  6   A.   WE DID.

01:09PM  7   Q.   OKAY.

01:09PM  8        YOUR HONOR, THE GOVERNMENT OFFERS EXHIBIT 5451.

01:09PM  9            MR. CAZARES:  NO OBJECTION.

01:09PM 10            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:09PM 11        (GOVERNMENT'S EXHIBIT 5451 WAS RECEIVED IN EVIDENCE.)

01:10PM 12   BY MR. LEACH:

01:10PM 13   Q.   MS. BENNETT, I DRAW YOUR ATTENTION TO THE LEFT COLUMN.

01:10PM 14   THERE'S A HEADING DEVICE NAMES.

01:10PM 15        DO YOU SEE THAT?

01:10PM 16   A.   I DO.

01:10PM 17   Q.   AND TO THE RIGHT THERE'S A COLUMN ASSAY NAME.

01:10PM 18        DO YOU SEE THAT?

01:10PM 19   A.   YES.

01:10PM 20   Q.   AND UNDER THE COLUMN DEVICE NAMES, THERE'S SOMETHING

01:10PM 21   CALLED ABBOTT M2000, CARDTEST, EVOLVIS, VITEK MASS SPEC,

01:10PM 22   SIEMENS ADVIA XPT.

01:10PM 23        DO YOU SEE THAT?

01:10PM 24   A.   YES.

01:10PM 25   Q.   ARE THOSE FDA APPROVED DEVICES?

01:10PM   1    A.   YES, THOSE ARE COMMERCIAL DEVICES.

01:10PM   2    Q.   LET ME DRAW YOUR ATTENTION TO PAGE 3.

01:10PM   3         THERE'S AN ADDITIONAL LISTING OF SIEMENS ADVIA AND BCSXP

01:10PM   4    DEVICES.

01:10PM   5         DO YOU SEE THAT?

01:10PM   6    A.   I DO, THE BCSXP.

01:10PM   7    Q.   OKAY.  ARE THOSE COMMERCIALLY AVAILABLE DEVICES?

01:10PM   8    A.   YES.

01:10PM   9    Q.   AND LET'S LOOK AT PAGE 5, PLEASE.

01:11PM  10         DO YOU SEE AN ADDITIONAL LISTING OF COMMERCIALLY AVAILABLE

01:11PM  11    DEVICES IN THE LEFT-HAND CORNER UNDER DEVICE NAME?

01:11PM  12    A.   YES.

01:11PM  13    Q.   AND SAME QUESTION ON PAGE 7.

01:11PM  14    A.   YES.

01:11PM  15    Q.   SAME QUESTION ON PAGE 9.

01:11PM  16    A.   YES.

01:11PM  17    Q.   THANK YOU.  WE CAN TAKE THAT DOWN, MS. WACHS.

01:11PM  18         AND LET ME DRAW YOUR ATTENTION TO EXHIBIT 5453.

01:11PM  19         ARE YOU FAMILIAR WITH THIS DOCUMENT?

01:11PM  20    A.   YES.

01:11PM  21    Q.   AND WHAT IS IT?

01:11PM  22    A.   THIS IS ALSO A LIST OF TESTS THAT WERE PROVIDED TO US AT

01:12PM  23    THE SURVEY OF THE LAB, TESTS THAT THERANOS WAS PERFORMING AS OF

01:12PM  24    JUNE 12TH, 2015.

01:12PM  25    Q.   AND WAS THIS SOMETHING THAT WAS PROVIDED TO YOU DURING THE

BENNETT DIRECT BY MR. LEACH                                    4646

01:12PM   1      INSPECTION?

01:12PM   2      A.   YES.

01:12PM   3      Q.   IS IT SOMETHING THAT YOU RELIED ON?

01:12PM   4      A.   YES.

01:12PM   5            MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

01:12PM   6      EXHIBIT 5453.

01:12PM   7            MR. CAZARES:  NO OBJECTION.

01:12PM   8            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:12PM   9         (GOVERNMENT'S EXHIBIT 5453 WAS RECEIVED IN EVIDENCE.)

01:12PM  10      BY MR. LEACH:

01:12PM  11      Q.   MS. BENNETT, DO YOU SEE THE HEADING THERANOS CLINICAL LAB

01:12PM  12      TESTS AS OF JUNE 12TH, 2015?

01:12PM  13      A.   YES.

01:12PM  14      Q.   OKAY.  AND THIS WAS SOMETHING THAT THERANOS PROVIDED --

01:12PM  15      PREPARED AND PROVIDED TO YOU; CORRECT?

01:12PM  16      A.   YES.

01:12PM  17      Q.   OKAY.  AND THERE'S A COLUMN CALLED ASSAY NAME.

01:12PM  18           DO YOU SEE THAT?

01:12PM  19      A.   I DO.

01:12PM  20      Q.   AND DO YOU HAVE HIGH LEVEL FAMILIARITY WITH THE ASSAYS

01:12PM  21      THAT ARE LISTED HERE?

01:12PM  22      A.   THE MAJORITY OF THEM, YES.

01:12PM  23      Q.   AND TO THE RIGHT THERE'S A COLUMN TEST CLASSIFICATION.

01:12PM  24           DO YOU SEE THAT?

01:12PM  25      A.   I DO.

BENNETT DIRECT BY MR. LEACH                                    4647

01:12PM 1    Q.   AND THE FIRST FOUR LINES, OR THREE LINES, SAY FDA CLEARED

01:12PM 2    OR APPROVED.

01:12PM 3         DO YOU SEE THAT?

01:13PM 4    A.   I DO.

01:13PM 5    Q.   AND WHAT DID YOU UNDERSTAND THAT TO MEAN?

01:13PM 6    A.   I UNDERSTOOD THAT TO MEAN THAT THESE WERE BEING PERFORMED

01:13PM 7    ON COMMERCIALLY AVAILABLE DEVICES.

01:13PM 8    Q.   THAT HAD NO MODIFICATIONS?

01:13PM 9    A.   NO MODIFICATIONS.

01:13PM 10   Q.   OKAY.  THAT WERE BEING RUN THE WAY THE MANUFACTURER HAD

01:13PM 11   PROVIDED FOR?

01:13PM 12   A.   YES, THAT THE LABORATORY WAS FOLLOWING THE MANUFACTURER'S

01:13PM 13   INSTRUCTIONS.

01:13PM 14   Q.   OKAY.  IN THE FOURTH ROW TO THE RIGHT OF ALANINE AMINO, IT

01:13PM 15   SAYS LDT.

01:13PM 16        DO YOU SEE THAT?

01:13PM 17   A.   I DO.

01:13PM 18   Q.   AND WHAT DID YOU UNDERSTAND THAT TO MEAN?

01:13PM 19   A.   I UNDERSTOOD THAT TO MEAN THAT IF THEY WERE USING AN FDA

01:13PM 20   CLEARED OR APPROVED DEVICE, THAT IT HAD BEEN MODIFIED.

01:13PM 21   Q.   AND IF WE COUNT UP THE NUMBER OF LDT'S IN THE ROWS, BY MY

01:13PM 22   COUNT I GET ABOUT EIGHT.  AM I COUNTING THOSE RIGHT?

01:13PM 23   A.   I GET EIGHT AS WELL.

01:13PM 24   Q.   OKAY.  AND THE MAJORITY ON THIS PAGE ARE FDA CLEARED OR

01:14PM 25   APPROVED TESTS?

ER-3332

01:14PM 1    A.   YES.

01:14PM 2    Q.   OKAY.  LET'S LOOK AT THE NEXT PAGE, PLEASE.  THIS IS

01:14PM 3    PAGE 2.

01:14PM 4         DO YOU SEE ADDITIONAL LISTING OF TESTS TO THE LEFT AND THE

01:14PM 5    FDA CLEARED OR APPROVED LDT ON THE RIGHT?

01:14PM 6    A.   YES.

01:14PM 7    Q.   AND IF I COUNT THE NUMBER OF LDT'S, I'M ALSO GETTING EIGHT

01:14PM 8    ON THIS PAGE.

01:14PM 9         AM I COUNTING THAT CORRECTLY?

01:14PM 10   A.   YES.

01:14PM 11   Q.   SO A TOTAL OF 16 SO FAR?

01:14PM 12   A.   YES.

01:14PM 13   Q.   AND THE MAJORITY OF THE TESTS ON THIS PAGE ARE BEING

01:14PM 14   LISTED AS BEING FDA CLEARED OR APPROVED; IS THAT CORRECT?

01:14PM 15   A.   YES.

01:14PM 16   Q.   LET'S LOOK AT PAGE 3, PLEASE.  DO YOU SEE THAT THERE ARE

01:14PM 17   TWO LDT'S ON THIS PAGE?

01:14PM 18   A.   I DO.

01:14PM 19   Q.   AND SO NOW WE'RE UP TO 18 TOTAL ON THE THREE PAGES?

01:14PM 20   A.   YES.

01:14PM 21   Q.   AND THE MAJORITY ON THIS PAGE ARE LISTED AS BEING FDA

01:15PM 22   CLEARED OR APPROVED TESTS?

01:15PM 23   A.   YES.

01:15PM 24   Q.   IF WE CAN LOOK AT PAGE 4.

01:15PM 25        DO YOU SEE AN ADDITIONAL LISTING OF ASSAYS AND A COLUMN

01:15PM  1     FOR FDA CLEARED OR APPROVED FOR LDT'S?

01:15PM  2     A.   YES.

01:15PM  3     Q.   AND BY MY COUNT I HAVE 12 LDT'S ON THIS PAGE.

01:15PM  4     A.   YES.

01:15PM  5     Q.   AND ARE THE MAJORITY ON THIS PAGE FDA CLEARED OR APPROVED

01:15PM  6     ASSAYS?

01:15PM  7     A.   YES.

01:15PM  8     Q.   AND BY MY COUNT WE'RE UP TO 28.

01:16PM  9     A.   YES.

01:16PM  10    Q.   LET'S LOOK AT PAGE 5, PLEASE.

01:16PM  11         DO YOU SEE SEVEN LDT'S LISTED ON THIS PAGE?

01:16PM  12    A.   I DO.

01:16PM  13    Q.   AND ARE THE MAJORITY FDA CLEARED OR APPROVED ASSAYS?

01:16PM  14    A.   YES.

01:16PM  15    Q.   AND ARE WE UP TO 35 LDT'S?

01:16PM  16    A.   YES.

01:16PM  17    Q.   LET'S LOOK AT PAGE 6.

01:16PM  18         DO YOU SEE FOUR ADDITIONAL LDT'S?

01:16PM  19    A.   I DO.

01:16PM  20    Q.   AND THE MAJORITY ON THIS PAGE ARE FDA CLEARED OR APPROVED

01:16PM  21    ASSAYS?

01:16PM  22    A.   YES.

01:16PM  23    Q.   AND SO NOW WE'RE UP TO 39 LDT'S AS OF JUNE 12TH, 2015?

01:16PM  24    A.   YES.

01:16PM  25    Q.   THANK YOU.  WE CAN TAKE THAT DOWN, MS. WACHS.

01:21PM   1        IN YOUR ENTRANCE INTERVIEW WITH MR. BALWANI, DID YOU ASK

01:21PM   2    QUESTIONS AROUND OR DID MR. BALWANI MAKE STATEMENTS ABOUT WHAT

01:21PM   3    ASSAYS THERANOS WAS PERFORMING IN ITS LAB?

01:21PM   4    A.   I DON'T RECALL IF HE MADE A SPECIFIC STATEMENT.

01:21PM   5    Q.   OKAY.  AT THE START OF THE ENTRANCE EXAM, DID MR. BALWANI

01:21PM   6    VOLUNTEER THE FACT THAT THERANOS HAD BEEN USING AN FDA APPROVED

01:21PM   7    DEVICE THAT IT HAD MANUFACTURED?

01:21PM   8    A.   YES.

01:21PM   9    Q.   AND HOW DID THAT COME UP?

01:21PM  10    A.   AS A RESULT OF ONE OF THE COMPLAINTS, IT WAS RELATED TO

01:21PM  11    THE EDISON DEVICE, AND SO I ASKED FOR A LIST OF THE TESTS THAT

01:21PM  12    WERE BEING RUN ON THE EDISON DEVICE.

01:21PM  13    Q.   OKAY.  WAS THAT SOMETHING THAT YOU SPECIFICALLY HAD TO ASK

01:21PM  14    MR. BALWANI FOR?

01:21PM  15    A.   YES.

01:21PM  16    Q.   AND WHAT DO YOU MEAN BY THAT?  LIKE HOW DID IT COME ABOUT?

01:21PM  17    A.   AS A RESULT OF THE COMPLAINT, WE HAD TO LOOK INTO TESTING

01:21PM  18    ON THE EDISON AND WHETHER IT WAS ACCURATE OR RELIABLE.

01:21PM  19        SO I ASKED FOR A LIST, AND MR. BALWANI TOLD ME THAT THEY

01:21PM  20    WERE NO LONGER USING THE EDISON DEVICE.

01:21PM  21    Q.   AND WAS THAT EXPLANATION SATISFACTORY TO YOU?

01:21PM  22    A.   NO.

01:21PM  23    Q.   WHY NOT?

01:21PM  24    A.   I NEEDED TO KNOW, BECAUSE OF THE COMPLAINT, WHEN THEY

01:21PM  25    STARTED USING THE EDISON DEVICE AND WHEN THEY STOPPED USING THE

01:21PM  1    EDISON DEVICE, SO I REQUESTED THAT INFORMATION.

01:21PM  2    Q.   AND DID MR. BALWANI ULTIMATELY PROVIDE YOU A LIST OF WHAT

01:21PM  3    HAD BEEN TESTED ON THE EDISON DEVICE?

01:21PM  4    A.   HE DID.

01:21PM  5    Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO EXHIBIT 4533.

01:21PM  6         DO YOU RECOGNIZE THIS DOCUMENT?

01:21PM  7    A.   I DO.

01:21PM  8    Q.   AND WHAT IS THIS?

01:21PM  9    A.   THIS IS THE DOCUMENT THAT MR. BALWANI PROVIDED ME AS A

01:21PM  10   RESULT OF MY REQUEST.

01:21PM  11   Q.   AND THERE'S A DATE, SEPTEMBER 23RD, 2015.

01:21PM  12        DO YOU SEE THAT?

01:21PM  13   A.   I DO.

01:21PM  14   Q.   WAS THAT THE SECOND DAY OF YOUR SURVEY?

01:21PM  15   A.   IT WAS.

01:21PM  16   Q.   AND WAS THIS SOMETHING THAT YOU HAD TO SPECIFICALLY ASK

01:21PM  17   FOR?

01:21PM  18   A.   YES.

01:21PM  19   Q.   OKAY.

01:21PM  20        MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

01:21PM  21   EXHIBIT 4533.

01:21PM  22        MR. CAZARES:  NO OBJECTION.

01:21PM  23        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:21PM  24   (GOVERNMENT'S EXHIBIT 4533 WAS RECEIVED IN EVIDENCE.)

01:21PM  25        MR. LEACH:  IF WE COULD PLEASE ZOOM IN ON THE TOP

01:21PM 1    HALF OF THIS, MS. WACHS.

01:21PM 2    Q.   DO YOU SEE THE DATE SEPTEMBER 23RD, 2015?

01:21PM 3    A.   YES.

01:21PM 4    Q.   AND THIS SAYS "TO WHOM IT MAY CONCERN"?

01:21PM 5    A.   YES.

01:21PM 6    Q.   "YOU REQUESTED A CURRENT LIST OF THE PLATFORMS ON WHICH

01:21PM 7    ALL OF OUR TESTS ARE RUNNING AS OF SEPTEMBER 22ND, 2015.  WE

01:21PM 8    ARE PROVIDING THAT INFORMATION TO YOU UNDER SEPARATE COVER."

01:21PM 9        HAD YOU ASKED FOR A CURRENT LIST OF ALL OF THE PLATFORMS

01:21PM 10   UNDER WHICH TESTS WERE BEING RUN?

01:21PM 11   A.   YES.

01:21PM 12   Q.   AND YOU ALSO SPECIFICALLY ASKED FOR HISTORICAL INFORMATION

01:21PM 13   ABOUT THE EDISON?

01:21PM 14   A.   YES.

01:21PM 15   Q.   OKAY.  BECAUSE THAT WAS INFORMATION THAT WASN'T

01:21PM 16   VOLUNTEERED TO YOU?

01:21PM 17   A.   CORRECT.

01:21PM 18   Q.   IT THEN READS, "ADDITIONALLY, THE FOLLOWING IS THE LIST OF

01:21PM 19   LABORATORY DEVELOPED TESTS (LDT'S) THAT THERANOS TESTED ON

01:21PM 20   THERANOS DEVICES, ALSO CALLED THERANOS SAMPLE PROCESSING UNITS,

01:21PM 21   (TSPU'S) ALONG WITH THE TIME PERIODS WHEN THOSE TESTS WERE

01:21PM 22   RUN."

01:21PM 23       DO YOU SEE THAT LANGUAGE?

01:21PM 24   A.   I DO.

01:21PM 25   Q.   AND IT THEN SAYS, "THERANOS RECENTLY RECEIVED FDA

01:21PM  1    CLEARANCE FOR ITS THERANOS SYSTEM -- INCLUDING THE DEVICE, THE

01:21PM  2    THERANOS SAMPLE COLLECTION DEVICE (INCLUDING THE NANOTAINERS)

01:21PM  3    AND OTHER COMPONENTS OF THE SYSTEM."

01:21PM  4        DID YOU HAVE AN UNDERSTANDING OF WHAT THAT WAS REFERRING

01:21PM  5    TO?

01:21PM  6    A.   YES.

01:21PM  7    Q.   AND WHAT WAS YOUR UNDERSTANDING?

01:21PM  8    A.   SO THEY HAD A SEPARATE DEVICE THAT THEY ACTUALLY COLLECTED

01:21PM  9    THE FINGERSTICK SPECIMEN IN.  IT WAS PART OF THE WHOLE TEST

01:21PM  10   SYSTEM.

01:21PM  11   Q.   BUT THE FDA CLEARANCE THAT WAS BEING REFERRED TO THERE,

01:21PM  12   WERE YOU FAMILIAR WITH THAT?

01:21PM  13   A.   I WAS FAMILIAR THAT THE FDA HAD CLEARED, I BELIEVE, A

01:21PM  14   STREP TEST, I BELIEVE IT WAS STREP, BUT I WAS NOT SURE IF THE

01:21PM  15   COLLECTION DEVICE HAD ALSO BEEN CLEARED.

01:21PM  16   Q.   OKAY.  DID YOU HAVE AN UNDERSTANDING WHETHER IT WAS

01:21PM  17   CLEARED FOR ONE ASSAY OR MORE THAN ONE ASSAY?

01:21PM  18            MR. CAZARES:  OBJECTION.  LEADING.

01:21PM  19            THE COURT:  WHY DON'T YOU ASK IT IN A DIFFERENT

01:21PM  20   FORM?

01:21PM  21   BY MR. LEACH:

01:21PM  22   Q.   DID YOU HAVE AN UNDERSTANDING OF HOW MANY ASSAYS THE FDA

01:21PM  23   CLEARANCE RELATED TO?

01:21PM  24   A.   YES.  ONE.

01:21PM  25   Q.   LET'S ZOOM OUT, PLEASE.

BENNETT DIRECT BY MR. LEACH                    4654

01:21PM   1          THERE'S A TABLE AT THE BOTTOM OF THIS WITH THREE COLUMNS:

01:21PM   2   TEST, INITIAL, AND END.

01:21PM   3          DO YOU SEE THAT?

01:21PM   4   A.   I DO.

01:21PM   5   Q.   AND THERE ARE 12 ASSAYS HERE, BEGINNING WITH VIT D AND

01:21PM   6   ENDING WITH PROLACTIN.

01:21PM   7          DO YOU SEE THAT?

01:21PM   8   A.   I DO.

01:21PM   9   Q.   AND WHAT DO YOU UNDERSTAND THOSE TO BE?

01:21PM  10   A.   THOSE WERE THE TESTS THAT THERANOS USED THE EDISON TO

01:22PM  11   PERFORM.

01:22PM  12          FOR EXAMPLE, THE VITAMIN D, THEY STARTED USING THE EDISON

01:22PM  13   DEVICE TO TEST VITAMIN D ON NOVEMBER 6TH, 2013, AND STOPPED

01:22PM  14   USING IT ON MARCH 10TH, 2015.

01:22PM  15   Q.   AND DOES IT APPEAR FROM THIS LISTING THAT MR. BALWANI

01:22PM  16   PROVIDED YOU THAT THE LAST EDISON TEST FOR ANY OF THESE ASSAYS

01:22PM  17   WAS JUNE 25TH, 2015?

01:22PM  18          AND I DRAW YOUR ATTENTION TO TPSA AND HCG.

01:22PM  19   A.   YES.

01:22PM  20   Q.   AND WITH RESPECT TO ESTRADIOL AND PROLACTIN, DO YOU SEE

01:22PM  21   THAT AT THE BOTTOM?

01:22PM  22   A.   I DO.

01:22PM  23   Q.   AND DOES IT APPEAR THAT THOSE ASSAYS WERE IN USE ON THE

01:22PM  24   THERANOS DEVICE FOR A COUPLE OF MONTHS BETWEEN SEPTEMBER OF

01:22PM  25   2014 AND DECEMBER OF 2014?

BENNETT DIRECT BY MR. LEACH                                     4655

01:22PM   1     A.   YES.

01:23PM   2     Q.   OKAY.  DURING YOUR SURVEY, DID YOU MAKE DOCUMENT

01:23PM   3     REQUESTS -- FIRST OF ALL, LET ME BACK UP.

01:23PM   4          FOR THE ENTRANCE INTERVIEW THAT MR. BALWANI WAS LEADING,

01:23PM   5     DID THAT EVOLVE INTO YOU ACTUALLY REVIEWING DOCUMENTS AND

01:23PM   6     CONDUCTING THE SURVEY?

01:23PM   7     A.   YES.

01:23PM   8     Q.   AND WHERE DID THAT TAKE PLACE?

01:23PM   9     A.   IT WAS IN A CONFERENCE ROOM OFF THE MAIN LOBBY.

01:23PM  10     Q.   WHO WAS IN THAT CONFERENCE ROOM?

01:23PM  11     A.   GARY AND I WERE IN THERE, VARIOUS OTHER STAFF, MR. GEE WAS

01:23PM  12     THERE, SUNNY WAS THERE, MR. BALWANI WAS THERE, THE TECHNICAL

01:23PM  13     CONSULTANTS, TECHNICAL SUPERVISORS, HEATHER KING, AND ANOTHER

01:23PM  14     ATTORNEY.

01:23PM  15     Q.   AND DURING THE COURSE OF YOUR SURVEY, DID YOU REQUEST

01:24PM  16     DOCUMENTS OF MR. BALWANI AND MR. GEE AND OTHERS?

01:24PM  17     A.   YES.

01:24PM  18     Q.   AND WAS IT EASY TO GET DOCUMENTS DURING THE SURVEY?

01:24PM  19     A.   IT WAS NOT.

01:24PM  20     Q.   WHY DO YOU SAY THAT?

01:24PM  21     A.   WE WOULD REQUEST DOCUMENTS AND THEY WOULD GO AND TRY -- OR

01:24PM  22     GO LOOK FOR THE DOCUMENTS OR FIND THE DOCUMENTS, AND IT WOULD

01:24PM  23     BE SEVERAL HOURS BEFORE WE WOULD GET THE DOCUMENTS, OR WE WOULD

01:24PM  24     NEVER GET THE DOCUMENTS BECAUSE THEY COULDN'T FIND THEM, OR

01:24PM  25     THEY WOULD BRING DOCUMENTS BACK THAT WERE NOT WHAT WE ASKED

ER-3340

BENNETT DIRECT BY MR. LEACH                                    4656

01:24PM  1    FOR.

01:24PM  2    Q.   OKAY.  WERE THERE ALSO OCCASIONS WHERE YOU REQUESTED

01:24PM  3    INTERVIEWS OF EMPLOYEES?

01:24PM  4    A.   YES.

01:24PM  5    Q.   AND DID YOU REQUEST TO INTERVIEW EMPLOYEES CONFIDENTIALLY?

01:24PM  6    A.   YES.

01:24PM  7    Q.   AND WHAT HAPPENED WHEN YOU DID THAT?

01:24PM  8    A.   I WAS TOLD THAT I COULD NOT CONFIDENTIALLY INTERVIEW

01:24PM  9    STAFF, THAT THERE HAD TO BE AN ATTORNEY PRESENT.

01:24PM 10         AND WHEN I SAID THAT I COULD INTERVIEW STAFF

01:25PM 11    CONFIDENTIALLY, I WAS PUT INTO A ROOM TO WAIT UNTIL THEY WORKED

01:25PM 12    OUT THE LOGISTICS OF THAT.

01:25PM 13         AND THEY CAME AND GOT ME SOME TIME LATER AND BROUGHT ME UP

01:25PM 14    TO AN OFFICE WHERE THIS EMPLOYEE WAS, AND BOTH ATTORNEYS WERE

01:25PM 15    IN THE ROOM, AND BEFORE I COULD GET STARTED, THE EMPLOYEE SAID

01:25PM 16    THAT SHE WANTED THE ATTORNEYS PRESENT.

01:25PM 17    Q.   HOW LONG WERE YOU WAITING BEFORE YOU GOT TO MEET WITH THE

01:25PM 18    EMPLOYEE?

01:25PM 19    A.   I WOULD SAY PROBABLY AN HOUR OR TWO.

01:25PM 20    Q.   AND WHERE WERE YOU WAITING?

01:25PM 21    A.   I WAS IN A SMALL ROOM WITH NO WINDOWS.

01:25PM 22    Q.   YOU MENTIONED THAT HEATHER KING WAS INVOLVED IN RESPONDING

01:25PM 23    TO SOME INFORMATION IN THE SURVEY.

01:25PM 24    A.   SHE WAS.

01:25PM 25    Q.   AND SHE'S A LAWYER?

ER-3341

01:25PM  1    A.   YES.

01:25PM  2    Q.   OKAY.  AND IN YOUR EXPERIENCE THROUGH SURVEYS, HOW DO YOU

01:25PM  3    COMPARE THE LEVEL OF LAWYER INVOLVEMENT IN THIS SURVEY?

01:26PM  4            MR. CAZARES:  OBJECTION.  RELEVANCE.

01:26PM  5            THE COURT:  OVERRULED.

01:26PM  6            THE WITNESS:  THE AMOUNT AND INTERACTION WITH

01:26PM  7    ATTORNEYS ON THEIR SURVEY WAS VERY UNUSUAL.  I HAD NEVER

01:26PM  8    EXPERIENCED IT BEFORE.

01:26PM  9    BY MR. LEACH:

01:26PM  10   Q.   DURING THE FIRST PART OF -- HOW LONG DID THE SURVEY LAST

01:26PM  11   IN SEPTEMBER?

01:26PM  12   A.   I BELIEVE WE WERE THERE FOR THREE DAYS.

01:26PM  13   Q.   OKAY.  AND WHAT TYPES OF DOCUMENTS DID YOU REQUEST AND

01:26PM  14   REVIEW?

01:26PM  15   A.   PROFICIENCY TESTING DOCUMENTATION, DOCUMENT RELATED TO

01:26PM  16   COAGULATION TESTING, PT INR, WHICH IS THE COAGULATION TEST.

01:26PM  17        I BELIEVE I ALSO ASKED FOR PERSONNEL FOLDERS, BUT I'M NOT

01:27PM  18   SURE IF THAT WAS SEPTEMBER OR NOVEMBER.

01:27PM  19   Q.   YOU SAY YOU'RE NOT SURE WHETHER IT WAS SEPTEMBER OR

01:27PM  20   NOVEMBER.

01:27PM  21        WERE YOU ABLE TO FINISH YOUR SURVEY IN SEPTEMBER?

01:27PM  22   A.   WE WERE NOT.

01:27PM  23   Q.   WHY WERE YOU UNABLE TO FINISH?

01:27PM  24   A.   ONCE WE STARTED THE SURVEY, WE REALIZED THAT WE WERE GOING

01:27PM  25   TO NEED MORE THAN THE ALLOTTED THREE DAYS, AND THE DELAY IN

BENNETT DIRECT BY MR. LEACH                                          4658

01:27PM  1    GETTING US THE DOCUMENTATION THAT WE ASKED FOR CREATED PROBLEMS

01:27PM  2    FOR US TO BE ABLE TO COMPLETE THE SURVEY.

01:27PM  3    Q.   AND DID YOU ULTIMATELY COME BACK IN NOVEMBER?

01:27PM  4    A.   WE DID.

01:27PM  5    Q.   AND HOW MANY DAYS -- AND YOU WERE OUT HERE IN CALIFORNIA

01:27PM  6    FOR THAT?

01:27PM  7    A.   YES.

01:27PM  8    Q.   AND AT A HIGH LEVEL, DESCRIBE FOR US WHAT YOU DID IN

01:27PM  9    CONNECTION WITH YOUR SURVEY.

01:27PM 10    A.   WE CONTINUED THE SURVEY, INVESTIGATING THE COMPLAINTS, AND

01:28PM 11    PERFORMING THE RECERTIFICATION SURVEY.

01:28PM 12         WE LOOKED AT THE EDISON INFORMATION, OR REQUESTED THE

01:28PM 13    EDISON INFORMATION.

01:28PM 14    Q.   WHEN YOU SAY YOU REQUESTED THE EDISON INFORMATION, WHAT DO

01:28PM 15    YOU MEAN?

01:28PM 16    A.   THE QUALITY CONTROL INFORMATION AND THE VALIDATION OF THE

01:28PM 17    TESTS.

01:28PM 18    Q.   WHY WERE YOU ASKED FOR QUALITY CONTROL INFORMATION?

01:28PM 19    A.   WELL, WE WOULD NORMALLY ASK FOR QUALITY CONTROL

01:28PM 20    INFORMATION.

01:28PM 21         IN THIS PARTICULAR CASE, IT WAS PART OF A SPECIFIC -- IT

01:28PM 22    WAS A SPECIFIC AREA THAT WE HAD RECEIVED A COMPLAINT ABOUT.

01:28PM 23    Q.   OKAY.  AND WHY DID YOU ASK FOR VALIDATION REPORTS?

01:28PM 24    A.   WE RECEIVED THE SAME -- IT WAS PART OF THE SAME COMPLAINT,

01:28PM 25    BUT WE ALSO ALWAYS LOOK AT THOSE, THAT TYPE OF INFORMATION WHEN

ER-3343

01:28PM   1      WE SURVEY LABORATORIES.

01:28PM   2      Q.   AT THE END OF NOVEMBER OF 2015, AT THE END OF YOUR ONSITE

01:28PM   3      SURVEY, DID MS. HOLMES AND MR. BALWANI REQUEST TO MEET WITH

01:29PM   4      YOU?

01:29PM   5      A.   THEY DID.

01:29PM   6      Q.   OKAY.  DID THEY ASK TO DO THAT EVERY DAY OF THE

01:29PM   7      INSPECTION?

01:29PM   8      A.   THEY DID.

01:29PM   9      Q.   AND WOULD YOU DESCRIBE TO THEM WHAT YOU WERE FINDING IN

01:29PM  10      TERMS OF YOUR INSPECTION?

01:29PM  11      A.   YES.  MR. BALWANI REQUESTED THAT WE MEET WITH THEM EVERY

01:29PM  12      DAY AT THE END OF THE SURVEY FOR THAT PARTICULAR DAY SO WE

01:29PM  13      COULD LET THEM KNOW WHAT KIND OF DEFICIENT PRACTICES THAT WE

01:29PM  14      HAD FOUND, SO WE DID THAT EVERY SINGLE DAY.

01:29PM  15      Q.   I WANT TO DRAW YOUR ATTENTION TO THE END OF THE ONSITE

01:29PM  16      SURVEY IN NOVEMBER OF 2015.

01:29PM  17           WHAT DID YOU TELL MS. HOLMES AND MR. BALWANI?

01:29PM  18      A.   WE SUMMARIZED OUR FINDINGS FROM BOTH SEPTEMBER AND

01:29PM  19      NOVEMBER, AND SO THEY WERE AWARE OF THE DEFICIENCIES THAT WE

01:29PM  20      HAD FOUND.

01:29PM  21           WE TOLD THEM WHAT WOULD COME NEXT, THAT THEY WOULD BE

01:29PM  22      RECEIVING A LETTER AND A STATEMENT OF DEFICIENCIES THAT THEY

01:29PM  23      WOULD HAVE TO RESPOND TO.

01:29PM  24           WE TOLD THEM AT THE TIME THAT WE WERE CONSIDERING

01:30PM  25      IMMEDIATE JEOPARDY, BUT WE HADN'T MADE A DECISION ABOUT THAT

ER-3344

01:30PM  1      YET.

01:30PM  2          BUT WE WANTED TO MAKE SURE THAT THEY WERE AWARE THAT THAT

01:30PM  3      COULD HAPPEN.

01:30PM  4          AND THEN WHAT THEY WOULD NEED TO DO SPECIFICALLY TO

01:30PM  5      RESPOND TO THE DEFICIENCIES.

01:30PM  6      Q.   AND WHAT DO YOU MEAN BY "IMMEDIATE JEOPARDY"?

01:30PM  7      A.   IMMEDIATE JEOPARDY IS A SITUATION WHERE THE LAB PRACTICES

01:30PM  8      HAVE THE POTENTIAL TO CAUSE HARM, OR HAVE CAUSED HARM, OR COULD

01:30PM  9      CAUSE DEATH TO PATIENTS.

01:30PM  10     Q.   AND DID MS. HOLMES OR MR. BALWANI ATTEMPT TO DISSUADE YOU

01:30PM  11     FROM MAKING THAT FINDING?

01:30PM  12     A.   THEY DID.

01:30PM  13     Q.   AND TELL US WHAT WAS SAID.

01:30PM  14     A.   THEY WERE TRYING TO CONVINCE US THAT, YOU KNOW, PERHAPS WE

01:30PM  15     DIDN'T NEED TO CITE THIS, OR COULD WE DO THIS ANOTHER WAY SO

01:31PM  16     THAT IT DIDN'T LOOK QUITE SO BAD.  BUT WE CITE WHAT WE SEE THE

01:31PM  17     WAY WE SEE IT.

01:31PM  18     Q.   AND AT SOME POINT IN TIME, DID YOU DELIVER A 2567

01:31PM  19     STATEMENT OF DEFICIENCIES TO THERANOS SUMMARIZING THE RESULTS

01:31PM  20     OF YOUR SURVEY?

01:31PM  21     A.   WE DID.

01:31PM  22     Q.   LET ME DRAW YOUR ATTENTION TO WHAT HAS BEEN MARKED AS

01:31PM  23     EXHIBIT 4621.

01:31PM  24          DO YOU RECOGNIZE THIS DOCUMENT?

01:31PM  25     A.   YES.

01:31PM  1      Q.   THE FIRST FOUR PAGES OF EXHIBIT 4621 APPEAR TO BE A LETTER

01:31PM  2      DATED JANUARY 25TH, 2006.

01:31PM  3           DO YOU SEE THAT?

01:31PM  4      A.   I DO.

01:31PM  5      Q.   AND DID YOU HAVE A HAND IN DRAFTING THIS LETTER?

01:31PM  6      A.   I REVIEWED IT.

01:31PM  7      Q.   YOU REVIEWED IT.

01:32PM  8           AND BEGINNING ON PAGE 5 THERE IS A FORM WITH THE NUMBER

01:32PM  9      FORM 2567 DOWN IN THE BOTTOM LEFT.

01:32PM 10           DO YOU SEE THAT?

01:32PM 11      A.   I DO.

01:32PM 12      Q.   AND DO YOU SEE TO THE RIGHT THAT THIS IS 121 PAGES?

01:32PM 13      A.   YES.

01:32PM 14      Q.   WITH RESPECT TO THE FORM BEGINNING ON PAGE 5 AND

01:32PM 15      CONTINUING TO PAGE 125 OF THE TRIAL EXHIBIT, IS THIS SOMETHING

01:32PM 16      THAT YOU HAD A HAND IN PREPARING?

01:32PM 17      A.   YES.

01:32PM 18      Q.   AND WHAT WAS YOUR ROLE IN PREPARING THIS?

01:32PM 19      A.   MY ROLE WAS TO WRITE UP THE CITATIONS BASED ON THE AREAS

01:32PM 20      THAT I HAD LOOKED AT AND FOUND DEFICIENT PRACTICES.

01:32PM 21      Q.   OKAY.  AND IS THIS A REPORT OF MATTERS THAT YOU AND

01:32PM 22      MR. YAMAMOTO OBSERVED WHILE UNDER A LEGAL DUTY TO REPORT?

01:33PM 23      A.   YES.

01:33PM 24      Q.   DOES IT ACCURATELY DESCRIBE THE OBSERVATIONS YOU AND

01:33PM 25      MR. YAMAMOTO MADE DURING THE INSPECTION?

BENNETT DIRECT BY MR. LEACH                                                4662

01:33PM  1      A.   YES, IT DOES.

01:33PM  2      Q.   WAS THIS PREPARED IN THE ORDINARY COURSE OF CMS'S

01:33PM  3   BUSINESS?

01:33PM  4      A.   YES.

01:33PM  5      Q.   OKAY.  AND WAS IT PREPARED AT OR AROUND THE TIME OF THE

01:33PM  6   MATTERS THAT YOU INSPECTED?

01:33PM  7      A.   YES.

01:33PM  8      Q.   AND WITH RESPECT TO THE LETTER, IS THE PURPOSE OF THIS

01:33PM  9   LETTER TO PROVIDE NOTICE TO THERANOS OF WHAT YOU HAVE FOUND?

01:33PM 10      A.   YES.

01:33PM 11      Q.   OKAY.

01:33PM 12           YOUR HONOR, THE GOVERNMENT OFFERS EXHIBIT 4621.

01:33PM 13                MR. CAZARES:  OBJECTION, YOUR HONOR.  HEARSAY, 403,

01:33PM 14   702, AND I REFERENCE OUR MOTIONS IN LIMINE.

01:33PM 15                THE COURT:  ALL RIGHT.  THANK YOU.

01:33PM 16           ANYTHING FURTHER ON THIS, MR. LEACH?

01:33PM 17                MR. LEACH:  NO, YOUR HONOR.

01:33PM 18                THE COURT:  ALL RIGHT.  THANK YOU.

01:33PM 19           THE OBJECTION IS OVERRULED.  THIS WILL BE ADMITTED, AND IT

01:33PM 20   MAY BE PUBLISHED.

01:33PM 21           (GOVERNMENT'S EXHIBIT 4621 WAS RECEIVED IN EVIDENCE.)

01:34PM 22   BY MR. LEACH:

01:34PM 23      Q.   MR. BALWANI, I WANT TO DRAW YOUR ATTENTION TO THE TOP

01:34PM 24   PORTION OF THE LETTER.

01:34PM 25           DO YOU SEE THE DATE JANUARY 25TH, 2016?

ER-3347

BENNETT DIRECT BY MR. LEACH                                    4663

01:34PM 1    A.   YES.

01:34PM 2    Q.   AND THIS IS ADDRESSED TO SUNIL DHAWAN, M.D., DIRECTOR.

01:34PM 3         DO YOU SEE THAT?

01:34PM 4    A.   I DO.

01:34PM 5    Q.   WHY IS THIS ADDRESSED TO DR. DHAWAN?

01:34PM 6    A.   IT'S USUALLY -- THESE ENFORCEMENT LETTERS ARE USUALLY SENT

01:34PM 7    TO THE LABORATORY DIRECTOR.

01:34PM 8    Q.   THE SUBJECT LINE IS RE:  CONDITION LEVEL DEFICIENCIES --

01:34PM 9    IMMEDIATE JEOPARDY.

01:34PM 10        DO YOU SEE THAT?

01:34PM 11   A.   I DO.

01:34PM 12   Q.   AND IS THAT A REFERENCE TO THE TERMINOLOGY THAT YOU WERE

01:34PM 13   EXPRESSING TO MS. HOLMES AND MR. BALWANI IN THE EXIT INTERVIEW?

01:34PM 14   A.   YES.

01:34PM 15   Q.   LET'S LOOK AT THE FIRST PARAGRAPH.

01:34PM 16        THE LAST SENTENCE SAYS, "FEDERAL REGULATIONS REQUIRE

01:34PM 17   ONSITE SURVEYS TO DETERMINE WHETHER OR NOT A LABORATORY IS IN

01:34PM 18   COMPLIANCE WITH THE APPLICABLE REGULATIONS.  COMPLIANCE WITH

01:34PM 19   THESE REGULATIONS IS A CONDITION OF CERTIFICATION OF THE CLIA

01:34PM 20   PROGRAM."

01:34PM 21        DO YOU SEE THAT?

01:34PM 22   A.   I DO.

01:34PM 23   Q.   AND IS THAT A FAIR SUMMARY OF WHAT YOU DID IN YOUR WORK AS

01:35PM 24   A SURVEYOR?

01:35PM 25   A.   IT IS.

BENNETT DIRECT BY MR. LEACH                                    4664

01:35PM   1    Q.   OKAY.  THIS SAYS, "THE" -- IN THE NEXT PARAGRAPH IT SAYS,

01:35PM   2    "THE CENTERS FOR MEDICARE AND MEDICAID SERVICE (CMS) CONDUCTED

01:35PM   3    A CLIA RECERTIFICATION AND COMPLAINT SURVEY OF THE LABORATORY."

01:35PM   4         IS THAT ACCURATE?

01:35PM   5    A.   YES.

01:35PM   6    Q.   "THE ONSITE SURVEY WAS COMPLETED ON NOVEMBER 20TH, 2015."

01:35PM   7         IS THAT CORRECT?

01:35PM   8    A.   YES.

01:35PM   9    Q.   AND IT THEN SAYS, "AS A RESULT OF THE SURVEY, IT WAS

01:35PM  10    DETERMINED THAT YOUR FACILITY IS NOT IN COMPLIANCE WITH ALL OF

01:35PM  11    THE CONDITIONS REQUIRED FOR CERTIFICATION IN THE CLIA PROGRAM."

01:35PM  12         DO YOU SEE THAT?

01:35PM  13    A.   I DO.

01:35PM  14    Q.   AND CONDITIONS IS CAPITALIZED THERE.  IS THAT A TERM OF

01:35PM  15    ART?

01:35PM  16    A.   YES.

01:35PM  17    Q.   OKAY.  WHAT IS A CONDITION?

01:35PM  18    A.   CLIA REQUIREMENTS ARE DIVIDED INTO TWO LEVELS, STANDARD

01:35PM  19    LEVEL AND CONDITION LEVEL.

01:35PM  20         CONDITION LEVEL NONCOMPLIANCE IS MORE SERIOUS THAN A

01:36PM  21    DEFICIENCY FOUND AT THE STANDARD LEVEL.

01:36PM  22    Q.   OKAY.  AND THIS SAYS, "IN ADDITION, BASED ON THE

01:36PM  23    CONDITION-LEVEL REQUIREMENT, HEMATOLOGY, IT WAS DETERMINED THAT

01:36PM  24    THE DEFICIENT PRACTICES OF THE LABORATORY POSE IMMEDIATE

01:36PM  25    JEOPARDY TO PATIENT HEALTH AND SAFETY."

BENNETT DIRECT BY MR. LEACH                                              4665

01:36PM   1           DO YOU SEE THAT LANGUAGE?

01:36PM   2      A.   I DO.

01:36PM   3      Q.   AND THAT'S WHAT YOU WERE EXPRESSING TO MS. HOLMES AND

01:36PM   4      MR. BALWANI IN YOUR NOVEMBER EXIT INTERVIEW?

01:36PM   5      A.   YES.

01:36PM   6      Q.   OKAY.  LET'S GO TO PAGE 2, PLEASE.

01:36PM   7           DO YOU SEE AT THE TOP WHERE IT SAYS, "ENCLOSED IS FORM

01:36PM   8      CMS-2567, STATEMENT OF DEFICIENCIES, LISTING ALL DEFICIENCIES

01:36PM   9      FOUND DURING THE SURVEY"?

01:36PM  10      A.   YES.

01:36PM  11      Q.   AND THAT'S THE FORM THAT IS ATTACHED TO THIS DOCUMENT?

01:36PM  12      A.   YES.

01:36PM  13      Q.   OKAY.  LET'S LOOK AT THE FORM, PLEASE, PAGE 5.

01:37PM  14           AND IF WE CAN ZOOM IN ON THE TOP, MS. WACHS, ALL OF THE

01:37PM  15      WAY TO THE LINE WHERE IT SAYS, "THIS STANDARD IS NOT MET."

01:37PM  16           THANK YOU.

01:37PM  17           I JUST WANT TO ORIENT US ON THE FORM, MS. BENNETT.  DO YOU

01:37PM  18      SEE THERE'S A BOX FOR A PROVIDER NUMBER AND IT BEGINS 05D?

01:37PM  19      A.   YES.

01:37PM  20      Q.   IS THAT THE PROVIDER NUMBER THAT IS ASSIGNED TO THERANOS?

01:37PM  21      A.   YES, THAT'S THE CLIA NUMBER.

01:37PM  22      Q.   OKAY.  AND THEN TO THE FAR RIGHT DO YOU LIST THE DATE THAT

01:37PM  23      THE SURVEY WAS COMPLETED?

01:37PM  24      A.   YES.

01:37PM  25      Q.   AND THEN THERE'S AN ADDRESS 7333 GATEWAY BOULEVARD.

BENNETT DIRECT BY MR. LEACH                                    4666

01:37PM   1          IS THAT WHERE THE LAB WAS LOCATED?

01:37PM   2   A.   YES.

01:37PM   3   Q.   AND THEN YOU MENTION THAT THERE'S -- BELOW THAT TO THE

01:37PM   4   LEFT THERE'S D2094.

01:37PM   5          DO YOU SEE THAT?

01:37PM   6   A.   I DO.

01:37PM   7   Q.   AND YOU MENTIONED SOMETHING CALLED D-TAGS EARLIER?

01:38PM   8   A.   WE CALL THEM D-TAGS, DEFICIENCY TAGS.

01:38PM   9   Q.   OKAY.  AND IT THEN HAS SOME LANGUAGE RELATING TO ROUTINE

01:38PM  10   CHEMISTRY, 1, 2.

01:38PM  11          DO YOU SEE THAT?

01:38PM  12   A.   I DO.

01:38PM  13   Q.   IS THAT A DESCRIPTION OF THE STANDARD OR THE CONDITION

01:38PM  14   THAT YOU'RE CONSIDERING WHEN DOING THE SURVEY?

01:38PM  15   A.   NO.  THAT IS THE ACTUAL REGULATORY LANGUAGE.

01:38PM  16   Q.   OKAY.  AND THEN IT SAYS, "THIS STANDARD IS NOT MET AS

01:38PM  17   EVIDENCED BY."

01:38PM  18          AND DOES IT LIST WHAT YOU SAW IN THE SURVEY?

01:38PM  19   A.   IT DOES.

01:38PM  20   Q.   AND DO YOU USE THIS FORMAT THROUGHOUT 2567?

01:38PM  21   A.   YES.

01:38PM  22   Q.   AND THEN THERE'S SPACE FOR THE RIGHT.

01:38PM  23          DO YOU SEE WHERE IT SAYS PROVIDER'S PLAN OF CORRECTION?

01:38PM  24   A.   YES.

01:38PM  25   Q.   AND IS THIS THE SPACE THAT THE LABORATORY IS SUPPOSED TO

01:39PM 1    USE TO DESCRIBE TO YOU WHAT IT'S DOING TO ADDRESS THE

01:39PM 2    DEFICIENCIES?

01:39PM 3    A.   THEY CAN PUT IT IN THAT RIGHT-HAND COLUMN OR THEY CAN

01:39PM 4    ATTACH DOCUMENTS.

01:39PM 5    Q.   OKAY.

01:39PM 6         LET ME PLEASE DRAW YOUR ATTENTION TO PAGE 47 -- OR EXCUSE

01:39PM 7    ME, 51 OF THE TRIAL EXHIBIT.

01:39PM 8         DO YOU HAVE PAGE 51 IN FRONT OF YOU?

01:39PM 9    A.   I DO.

01:39PM 10   Q.   AND ARE YOU ABLE TO SEE IT ON THE SCREEN AS WELL?

01:40PM 11   A.   YES.

01:40PM 12   Q.   OKAY.  DOWN TOWARDS THE BOTTOM THERE'S THE NUMBER D5791.

01:40PM 13        DO YOU SEE THAT?

01:40PM 14   A.   I DO.

01:40PM 15   Q.   IS THAT A REFERENCE TO A PARTICULAR DEFICIENCY RELATING TO

01:40PM 16   ANALYTICAL SYSTEMS QUALITY ASSESSMENT?

01:40PM 17   A.   IT IS.

01:40PM 18   Q.   AND WHAT IS ANALYTICAL SYSTEMS QUALITY ASSESSMENT?

01:40PM 19   A.   SO TESTING IS DIVIDED INTO THREE AREAS:  PRE-ANALYTIC,

01:40PM 20   WHICH IS WHEN YOU RECEIVE THE SPECIMEN AND YOU'RE LOOKING AT

01:40PM 21   THE SPECIMEN BEFORE YOU BEGIN TESTING; THE ANALYTIC PORTION IS

01:40PM 22   THE ACTUAL TESTING OF THE SPECIMEN; AND THEN POST-ANALYTIC IS

01:40PM 23   WHERE YOU'RE ACTUALLY REPORTING OUT THE PATIENT RESULT.

01:40PM 24   Q.   SO ANALYTIC SYSTEMS QUALITY WOULD RELATE TO THE ACTUAL

01:40PM 25   PERFORMANCE OF THE DEVICE?

01:40PM 1    A.   YES.

01:40PM 2    Q.   OKAY.  AND YOU FOUND THAT THIS STANDARD WAS NOT BEING MET;

01:41PM 3    IS THAT CORRECT?

01:41PM 4    A.   YES.

01:41PM 5    Q.   AND LET ME LOOK AT SOME OF YOUR OBSERVATIONS BEGINNING ON

01:41PM 6    PAGE 53.

01:41PM 7       DO YOU SEE AT THE BOTTOM NUMBER 2, "BASED ON REVIEW OF

01:41PM 8    QUALITY CONTROL (QC) DATA AND MONTHLY QC REPORTS, THE

01:41PM 9    LABORATORY FAILED TO HAVE A QUALITY ASSESSMENT (QA) PROCEDURE

01:41PM 10   TO IDENTIFY AND CORRECT PROBLEM WITH THE QC VALUES FOR THE

01:41PM 11   THERANOS PROPRIETARY SYSTEM (TPS) WHEN PRECISION DID NOT MEET

01:41PM 12   THE LABORATORY'S REQUIREMENT FOR PRECISION."

01:41PM 13      DO YOU SEE THAT LANGUAGE?

01:41PM 14   A.   I DO.

01:41PM 15   Q.   AND WHAT DID YOU MEAN BY THAT?

01:41PM 16   A.   WHAT I MEANT WAS THAT THERANOS HAD A PROCEDURE THAT THEY

01:41PM 17   WERE SUPPOSED TO BE FOLLOWING.

01:41PM 18      ACTUALLY, THEY DIDN'T HAVE A PROCEDURE, I APOLOGIZE, TO

01:42PM 19   IDENTIFY AND CORRECT PROBLEMS THAT I HAD OBSERVED THAT THE

01:42PM 20   PRECISION FOR THE THERANOS PROPRIETARY SYSTEM OR EDISON DID NOT

01:42PM 21   MEET WHAT THEY HAD SAID HOW PRECISE IT SHOULD BE.

01:42PM 22   Q.   AND WHAT IS PRECISION?

01:42PM 23   A.   PRECISION IS THE ABILITY TO TEST THE SAME SPECIMEN FROM

01:42PM 24   WITHIN ONE TEST, TESTING TIME, AND AS WELL AS ON DIFFERENT RUNS

01:42PM 25   OF THE TESTS, AS WELL AS FROM DIFFERENT DAYS AND DIFFERENT

01:42PM  1    OPERATORS, AND YOU SHOULD BE ABLE TO RUN THE SPECIMEN AND GET

01:42PM  2    THE SAME RESULT EVERY SINGLE TIME, OR WITHIN A CERTAIN

01:42PM  3    PERCENTAGE YOU SHOULD BE ABLE TO DO THAT.

01:42PM  4    Q.   OKAY.  AND THEN FURTHER BELOW IN -- BENEATH 2, YOU WROTE

01:42PM  5    A, "CL PLN-14003 REVISION A:  MASTER VALIDATION PLAN FOR

01:42PM  6    ROUTINE CHEMISTRY ASSAYS FOR THERANOS."

01:43PM  7         AND THEN IT CONTINUES ON THE NEXT PAGE.

01:43PM  8         "DEVICES IN SECTION 13.4.5 REQUIRES THE PERCENTAGE CV OF

01:43PM  9    THE REPLICATES TO BE NOT MORE THAN 15 PERCENT (20 PERCENT AT

01:43PM  10   THE LOWER AND UPPER LIMITS OF DETECTION)."

01:43PM  11        WHAT WERE YOU GETTING AT THERE?

01:43PM  12   A.   THE SMALL -- A COEFFICIENT OF VARIATION IS A RELATIONSHIP

01:43PM  13   BETWEEN THE MEAN, THE KNOWN MEAN, AND HOW FAR A STANDARD

01:43PM  14   DEVIATION FOR THAT MEAN IS.  AND IT'S A WAY TO EVALUATE THE

01:43PM  15   ACCURACY AND PRECISION OF A TEST.  YOU WANT A LOWER -- IN MOST

01:43PM  16   CASES YOU WANT A LOWER CV.  IT MEANS THE TEST IS MORE ACCURATE

01:43PM  17   AND PRECISE.

01:43PM  18   Q.   AND IS THIS SAYING THAT THERANOS'S MASTER VALIDATION PLAN

01:43PM  19   REQUIRED THAT THE PERCENTAGE OF CV'S BE NOT MORE THAN

01:43PM  20   15 PERCENT FOR CERTAIN ASSAYS?

01:44PM  21   A.   THAT'S CORRECT.

01:44PM  22   Q.   AND DID YOU OBSERVE THROUGH YOUR REVIEW OF DOCUMENTS THAT

01:44PM  23   IT WAS GREATER THAN THAT IN CERTAIN CIRCUMSTANCES?

01:44PM  24   A.   I DID.

01:44PM  25   Q.   LET'S ZOOM OUT, MS. WACHS, AND IF WE CAN CAPTURE B

BENNETT DIRECT BY MR. LEACH                                        4670

01:44PM  1      THROUGH E.

01:44PM  2           YOU WROTE, "QC RESULTS WERE REVIEWED FROM JUNE 2014

01:44PM  3      THROUGH NOVEMBER 2014 AND JANUARY THROUGH FEBRUARY 2015 FOR

01:44PM  4      VITAMIN B12, VITAMIN D, AND SEX HORMONE BINDING GLOBULIN, WHICH

01:44PM  5      WERE USED FOR PATIENT TESTING ON TPS DEVICES."

01:44PM  6           DO YOU SEE THAT?

01:44PM  7      A.   I DO.

01:44PM  8      Q.   AND SO YOU UNDERSTOOD THOSE TO BE EDISON DEVICES?

01:44PM  9      A.   YES.

01:44PM  10     Q.   AND HOW DID YOU GO ABOUT PICKING THESE TIME PERIODS FOR

01:44PM  11     REVIEWING QC RESULTS?

01:44PM  12     A.   IT WAS JUST A RANDOM SELECTION, EXCEPT FOR THE VITAMIN D

01:44PM  13     WHICH WAS TARGETED BECAUSE OF A COMPLAINT.

01:44PM  14     Q.   SO THIS IS A SUMMARY OF THE QC RESULTS THAT YOU WERE

01:45PM  15     REVIEWING?

01:45PM  16     A.   YES.

01:45PM  17     Q.   AND COMPARING THOSE AGAINST THE VALIDATION PLAN?

01:45PM  18     A.   YES.

01:45PM  19     Q.   YOU THEN WRITE IN C, "VB12 QC LEVEL 1 AND LEVEL 3."

01:45PM  20          WHAT ARE LEVEL 1 AND LEVEL 3?

01:45PM  21     A.   QUALITY CONTROL HAS DIFFERENT LEVELS.  IT COULD BE

01:45PM  22     LEVEL 1, LEVEL 2, LEVEL 3.

01:45PM  23          IN THIS PARTICULAR CASE THEY WERE USING LEVEL 1 AND

01:45PM  24     LEVEL 3.

01:45PM  25     Q.   ON DEVICE E00110, IS THAT A REFERENCE TO A PARTICULAR

01:45PM 1    EDISON DEVICE?

01:45PM 2    A.   IT IS.

01:45PM 3    Q.   THAT WAS BEING USED IN THE CLIA LAB?

01:45PM 4    A.   IT IS.

01:45PM 5    Q.   "REVEALED THE FOLLOWING PERCENTAGE CV (COEFFICIENT OF

01:45PM 6    VARIATION):  34.3 PERCENT AND 48.5 PERCENT RESPECTIVELY FROM

01:46PM 7    JANUARY 5TH, 2015 THROUGH JANUARY 30TH, 2015."

01:46PM 8         DO YOU SEE THAT LANGUAGE?

01:46PM 9    A.   I DO.

01:46PM 10   Q.   AND THAT WAS OUTSIDE OF WHAT WAS PROVIDED FOR IN THE

01:46PM 11   VALIDATION REPORT?  WHY DO YOU HIGHLIGHT THOSE NUMBERS?

01:46PM 12   A.   BECAUSE THEY WERE MORE THAN THE 15 AND THE 20 PERCENT.

01:46PM 13   Q.   OKAY.  ARE THOSE DESIRABLE RESULTS FOR A LABORATORY?

01:46PM 14   A.   THEY ARE NOT.

01:46PM 15   Q.   THERE'S AN ADDITIONAL ENTRY IN D FOR "VITAMIN B12 QC 1 AND

01:46PM 16   QC 3 ON DEVICE E001085."

01:46PM 17        DO YOU SEE THAT?

01:46PM 18   A.   YES.

01:46PM 19   Q.   AND IS THAT ANOTHER EDISON DEVICE?

01:46PM 20   A.   IT IS.

01:46PM 21   Q.   AND "REVEALED FOLLOWING CV'S:  52.5 PERCENT AND

01:46PM 22   35.2 PERCENT."

01:46PM 23        DO YOU SEE THAT?

01:46PM 24   A.   I DO.

01:46PM 25   Q.   AND ARE THOSE DESIRABLE CV'S?

BENNETT DIRECT BY MR. LEACH                              4672

01:46PM   1     A.    THEY ARE NOT.

01:46PM   2     Q.    AND WHY ARE YOU CALLING OUT THE INFORMATION?

01:46PM   3     A.    I AM CALLING OUT THE INFORMATION BECAUSE IT DID NOT MEET

01:46PM   4     THEIR APPROVED PROCEDURE OF 15 PERCENT AND 20 PERCENT AT THE

01:47PM   5     HIGH/LOW END.

01:47PM   6     Q.    THERE'S AN ADDITIONAL ENTRY IN E FOR "VITAMIN B12 QC 1 AND

01:47PM   7     QC 3 ON DEVICE E001102."

01:47PM   8           DO YOU SEE THAT?

01:47PM   9     A.    I DO.

01:47PM  10     Q.    IS THAT A REFERENCE TO ANOTHER EDISON DEVICE?

01:47PM  11     A.    YES.

01:47PM  12     Q.    AND THIS IS DESCRIBING PERCENTAGE CV'S OF 39 PERCENT AND

01:47PM  13     20 PERCENT FOR A TIME PERIOD IN FEBRUARY OF 2015.

01:47PM  14           DO YOU SEE THAT?

01:47PM  15     A.    I DO.

01:47PM  16     Q.    ARE THOSE DESIRABLE CV'S FOR A LAB?

01:47PM  17     A.    THEY ARE NOT.

01:47PM  18     Q.    OKAY.  WE CAN ZOOM OUT, MS. WACHS.

01:48PM  19           COULD WE GO TO THE BOTTOM PORTION FOR F, G, H AND I.

01:48PM  20           DOES THIS RELATE TO CV'S RELATING TO VITAMIN B12 AND

01:48PM  21     VITAMIN D?

01:48PM  22     A.    YES.

01:48PM  23     Q.    AND ARE THESE DESIRABLE CV'S OR UNDESIRABLE CV'S?

01:48PM  24     A.    THEY ARE UNDESIRABLE.

01:48PM  25     Q.    LET'S ZOOM OUT, MS. WACHS, AND GO TO PAGE 55.

ER-3357

01:48PM   1           AND IF WE CAN ZOOM OUT TO THE TOP PORTION UNTIL NUMBER 3.

01:48PM   2           WHAT IS BEING SUMMARIZED HERE ON J, K, AND L, MS. BENNETT?

01:48PM   3       A.   I'M POINTING OUT THAT THEY -- THE CV'S ARE HIGHER THAN ARE

01:49PM   4       ACCEPTABLE FOR THESE TESTS ON THESE DEVICES.

01:49PM   5       Q.   OKAY.  AND THESE ASSAYS ARE VITAMIN D AND SHBG?

01:49PM   6       A.   YES.

01:49PM   7       Q.   AND THOSE ARE ASSAYS RUN ON EDISON?

01:49PM   8       A.   YES.

01:49PM   9       Q.   AND THIS IS INFORMATION FOR THE TIME PERIOD JUNE 2014 TO

01:49PM  10       JULY 2015, SEPTEMBER 30TH THROUGH NOVEMBER 2014, AND JULY

01:49PM  11       THROUGH AUGUST OF 2014?

01:49PM  12       A.   WITH THE EXCEPTION OF THE FIRST ONE, IT WAS JUNE OF '14

01:49PM  13       THROUGH JULY OF 2014.

01:49PM  14       Q.   THANK YOU.  MY APOLOGIZE.

01:49PM  15           LET'S ZOOM OUT, MS. WACHS.

01:49PM  16           THOSE CV'S THAT WE WERE LOOKING AT, WERE THOSE DESIRABLE

01:49PM  17       OR UNDESIRABLE?

01:49PM  18       A.   UNDESIRABLE.

01:49PM  19       Q.   LET'S ZOOM IN ON NUMBER 3.

01:49PM  20           YOU WROTE IN 3, "BASED ON REVIEW OF QUALITY ASSESSMENT

01:50PM  21       (QA) DOCUMENTATION AND QA PROCEDURES, THE LABORATORY FAILED TO

01:50PM  22       HAVE A QUALITY ASSESSMENT (QA) PROCEDURE ESTABLISHED TO

01:50PM  23       IDENTIFY AND CORRECT PROBLEMS WITH THE QUALITY CONTROL PROGRAM

01:50PM  24       FOR THE THERANOS PROPRIETARY SYSTEM (TPS)."

01:50PM  25           DO YOU SEE THAT?

01:50PM  1    A.    I DO.

01:50PM  2    Q.    AND WHEN YOU'RE USING TPS, IS THAT A REFERENCE TO THE

01:50PM  3    EDISON?

01:50PM  4    A.    IT IS.

01:50PM  5    Q.    OR THE TSPU?

01:50PM  6    A.    WE CALLED -- IN OUR SURVEY REPORT, WE CALLED THE EDISON

01:50PM  7    THE TPS.

01:50PM  8    Q.    OKAY.  AND THIS SAYS -- WHAT IS A QUALITY ASSESSMENT

01:50PM  9    PROCEDURE?

01:50PM 10    A.    QUALITY ASSESSMENT PROCEDURE DESCRIBES HOW THE LABORATORY

01:50PM 11    LOOKS AT THE OVERALL FUNCTIONING OF THE LABORATORY TO IDENTIFY

01:50PM 12    ANY ISSUES WITH TESTING, AND THEN THEY HAVE TO CORRECT, FIND --

01:50PM 13    THEY HAVE TO BE ABLE TO IDENTIFY AND CORRECT PROBLEMS WITH THE

01:51PM 14    TESTING SO THAT IT DOESN'T KEEP GOING ON AND ON AND ON.

01:51PM 15    Q.    BENEATH THE 3 YOU WROTE, "MONTHLY QC REPORTS WERE REVIEWED

01:51PM 16    FOR JULY 2014, OCTOBER 2014, AND FEBRUARY THROUGH JUNE OF

01:51PM 17    2015."

01:51PM 18         DO YOU SEE THAT?

01:51PM 19    A.    I DO.

01:51PM 20    Q.    AND WHAT ARE MONTHLY QC REPORTS?

01:51PM 21    A.    THOSE WERE REPORTS THAT THERANOS PROVIDED US THAT

01:51PM 22    SHOWED -- THAT THEY WERE LIKE SUMMARY REPORTS OF THE QUALITY

01:51PM 23    CONTROL WHERE YOU COULD SEE IF THEY MET THEIR CV'S THAT THEY

01:51PM 24    WERE SUPPOSED TO.  IT INCLUDED ALL OF THEIR STATISTICS ABOUT

01:51PM 25    THE TESTING.

BENNETT DIRECT BY MR. LEACH                    4675

01:51PM  1    Q.   AND IN PARAGRAPH C YOU WROTE, "THE TOTAL PERCENTAGE OF QC

01:51PM  2    VALUES GREATER THAN 2 STANDARD DEVIATIONS (SD'S) WAS REVIEWED

01:51PM  3    BY THE SURVEYOR."

01:51PM  4        DO YOU SEE THAT?

01:51PM  5    A.   I DO.

01:51PM  6    Q.   AND WHY WERE YOU LOOKING FOR THAT INFORMATION?

01:52PM  7    A.   I WAS LOOKING FOR THAT INFORMATION BECAUSE THE PROCEDURE

01:52PM  8    TALKED ABOUT USING TWO STANDARD DEVIATIONS -- PART OF THEIR

01:52PM  9    PROCEDURE TALKED ABOUT USING TWO STANDARD DEVIATIONS AS A WAY

01:52PM 10    TO EVALUATE WHETHER THE QUALITY CONTROL WAS ACCEPTABLE OR NOT.

01:52PM 11    IT WAS ONE OF THE MEASURES THAT THEY USED.

01:52PM 12    Q.   AND THAT WAS THERANOS'S OWN METRIC?  THAT WAS THERANOS'S

01:52PM 13    OWN METRIC?

01:52PM 14    A.   YES.

01:52PM 15    Q.   OKAY.  AND WHAT IS A STANDARD DEVIATION?

01:52PM 16    A.   THAT EVERY TEST HAS A MEAN, WHICH IS THE AVERAGE NUMBER,

01:52PM 17    AVERAGE VALUE OF THAT TEST.

01:52PM 18        AND THEN BASED ON THE RESULTS THAT YOU GET FROM RUNNING

01:52PM 19    THE QUALITY CONTROL, YOU HAVE TO DETERMINE HOW FAR YOU DEVIATE

01:52PM 20    FROM THE MEAN.

01:52PM 21        SO ONE DEVIATION, THE STATISTICS OF ONE DEVIATION WOULD BE

01:53PM 22    THAT WHATEVER VALUE DETERMINED IT CAN BE AWAY FROM THE MEAN,

01:53PM 23    ONE IS ONE STANDARD DEVIATION, TWO IS JUST ONE STANDARD

01:53PM 24    DEVIATION DOUBLED.

01:53PM 25    Q.   SO YOU'RE LOOKING FOR INFORMATION OUTSIDE OF TWO STANDARD

01:53PM   1    DEVIATIONS?

01:53PM   2    A.   YES.

01:53PM   3    Q.   OKAY.  AND THAT WAS THE STANDARD THAT THERANOS WAS

01:53PM   4    EMPLOYING?

01:53PM   5    A.   YES.

01:53PM   6    Q.   LET'S GO TO THE NEXT PAGE, PAGE 56.

01:53PM   7         YOU WROTE IN -- AND IF WE CAN ZOOM IN ON E AND F,

01:53PM   8    MS. WACHS.

01:53PM   9         YOU WROTE, "IN JULY 2014, THE DATA REVEALED THE FOLLOWING

01:53PM  10    TESTS SHOWED PERCENTAGE OF QC SAMPLES WITH MORE THAN 15 PERCENT

01:53PM  11    OF VALUES GREATER THAN 2 SD."

01:53PM  12         AND THEN YOU LIST NUMBERS FOR TESTOSTERONE, TOTAL T4, AND

01:53PM  13    VITAMIN D.

01:53PM  14         DO YOU SEE THAT?

01:53PM  15    A.   I DO.

01:53PM  16    Q.   AND THOSE WERE ASSAYS RUN ON THE EDISON?

01:54PM  17    A.   YES.

01:54PM  18    Q.   AND ARE THESE NUMBERS DESIRABLE OR UNDESIRABLE?

01:54PM  19    A.   THEY ARE UNDESIRABLE.

01:54PM  20    Q.   "OVERALL 16 PERCENT OF QC SAMPLES ON ALL TESTS ON ALL

01:54PM  21    DEVICES HAD VALUES GREATER THAN 2 SD'S."

01:54PM  22         WHY ARE YOU CALLING THAT INFORMATION OUT?

01:54PM  23    A.   I CALLED THAT INFORMATION OUT BECAUSE I GAVE SOME SPECIFIC

01:54PM  24    EXAMPLES WITH TESTOSTERONE, TOTAL T4, AND VITAMIN D TO SHOW

01:54PM  25    THAT THEY WERE OVER THE 15 PERCENT.

BENNETT DIRECT BY MR. LEACH                                           4677

01:54PM   1          BUT I ALSO INCLUDED THIS INFORMATION SO THERANOS WOULD

01:54PM   2     KNOW THAT EVEN THOUGH I HAD SAMPLED SOME TESTS, I WAS REFERRING

01:54PM   3     TO ALL OF THE TESTS AS WELL.

01:54PM   4     Q.   IN F YOU WROTE, "IN OCTOBER 2014, THE DATA REVEALED THE

01:54PM   5     FOLLOWING TESTS SHOWED PERCENTAGE OF QC SAMPLES WITH MORE THAN

01:54PM   6     15 PERCENT OF VALUES GREATER THAN 2 SD."

01:55PM   7          AND YOU LIST "ESTRADIOL, FREE T4, PROLACTIN, SHBG, TSH,

01:55PM   8     TST, TOTAL T3, TT4, AND VITAMIN D, AND VITAMIN B12."

01:55PM   9          DO YOU SEE THAT?

01:55PM  10     A.   I DO.

01:55PM  11     Q.   ARE THESE NUMBERS DESIRABLE OR UNDESIRABLE?

01:55PM  12     A.   THEY ARE UNDESIRABLE.

01:55PM  13     Q.   YOU THEN WROTE, "OVERALL 29 PERCENT OF QC SAMPLES ON ALL

01:55PM  14     TESTS ON ALL DEVICES HAD VALUES GREATER THAN 2 SD'S."

01:55PM  15          DO YOU SEE THAT LANGUAGE?

01:55PM  16     A.   I DO.

01:55PM  17     Q.   AND THAT WAS BASED ON YOUR REVIEW OF THERANOS'S OWN

01:55PM  18     DOCUMENTS?

01:55PM  19     A.   YES.

01:55PM  20     Q.   AND WHY WERE YOU CALLING OUT THIS 29 PERCENT FIGURE?

01:55PM  21     A.   FOR THE SAME REASON I DID IN E.  IT'S JUST A DIFFERENT

01:55PM  22     TIMEFRAME.  ONE WAS JULY OF 2014 AND THE OTHER IS OCTOBER OF

01:55PM  23     2014.

01:55PM  24          SO IT SHOWS THAT THE QUALITY ASSURANCE PROGRAM WAS NOT

01:55PM  25     IDENTIFYING THE ISSUES AND THE ISSUES CONTINUED TO EXIST.

ER-3362

BENNETT DIRECT BY MR. LEACH                                    4678

01:56PM  1    Q.   THE ISSUES THAT YOU OBSERVED, WERE THEY ISOLATED?

01:56PM  2    A.   THEY WERE NOT.

01:56PM  3    Q.   OKAY.  WERE THEY SYSTEMIC?

01:56PM  4    A.   THEY WERE SYSTEMIC ISSUES.

01:56PM  5    Q.   AND IF WE CAN ZOOM OUT, MS. WACHS, AND LOOK AT G

01:56PM  6    THROUGH I.

01:56PM  7        ARE THESE ADDITIONAL EXAMPLES WHERE YOU'RE SUMMARIZING QC

01:56PM  8    DATA FOR DIFFERENT PERIODS RELATING TO EDISON ASSAYS WHERE THE

01:56PM  9    STANDARD DEVIATION IS MORE THAN 15 PERCENT?

01:56PM  10   A.   YES.

01:56PM  11   Q.   AND IT APPEARS THAT THIS IS CONTINUED -- OR YOUR

01:56PM  12   OBSERVATIONS CONTINUE THROUGH APRIL OF 2015 ON THIS PAGE?

01:56PM  13   A.   YES.

01:56PM  14   Q.   OKAY.  LET'S GO TO THE NEXT PAGE, PLEASE.

01:56PM  15       THEN IF WE CAN ZOOM IN ON EVERYTHING DOWN THROUGH K.

01:57PM  16       ARE YOU REPORTING HERE QC SAMPLING FOR MAY AND JUNE OF

01:57PM  17   2015 FOR PARTICULAR EDISON ASSAYS?

01:57PM  18   A.   YES.

01:57PM  19   Q.   AND IS THIS SIMILAR DATA TO WHAT WE SAW IN THE PRIOR PAGE?

01:57PM  20   A.   IT IS.

01:57PM  21   Q.   OKAY.  LET ME NEXT -- I WANT TO MOVE TO A DIFFERENT

01:57PM  22   PORTION OF THE 2567.

01:57PM  23       AND IF I COULD DRAW YOUR ATTENTION, PLEASE, TO PAGE 58.

01:57PM  24       DO YOU SEE THAT THERE'S A D-TAG, D5793?

01:57PM  25   A.   YES.

BENNETT DIRECT BY MR. LEACH                                          4679

01:57PM   1    Q.   AND DOES THIS D-TAG RELATE TO ANALYTICAL SYSTEMS QUALITY

01:57PM   2    ASSESSMENT?

01:57PM   3    A.   YES.

01:57PM   4    Q.   AND WHAT DOES ANALYTICAL SYSTEMS QUALITY ASSESSMENT MEAN?

01:58PM   5    A.   ANALYTIC SYSTEMS IS THE PORTION OF THE TESTING WHERE THE

01:58PM   6    TESTING IS ACTUALLY BEING PERFORMED.

01:58PM   7         QUALITY ASSESSMENT, THEY'RE REQUIRED TO, IF THEY HAVE

01:58PM   8    IDENTIFIED AN ISSUE AND PUT INTO PLACE CORRECTIVE ACTION, THEY

01:58PM   9    HAVE TO MAKE SURE THAT THE CORRECTIVE ACTION IS WORKING SO THAT

01:58PM   10   THE ISSUE DOES NOT CONTINUE.

01:58PM   11   Q.   AND YOUR FINDING WAS THIS STANDARD RELATING TO ANALYTIC

01:58PM   12   SYSTEMS QUALITY WAS NOT BEING MET BASED ON THE EVIDENCE THAT

01:58PM   13   YOU WERE REVIEWING?

01:58PM   14   A.   THAT'S CORRECT.

01:58PM   15   Q.   LET ME DRAW YOUR ATTENTION TO PAGE 67, AND KEEP THAT D-TAG

01:58PM   16   5793 IN MIND.

01:58PM   17        DO YOU SEE --

01:59PM   18        AND IF WE CAN ZOOM IN, MS. WACHS, ON NUMBER 7.  I'M SORRY,

01:59PM   19   ALL OF THE WAY DOWN TO THE BOTTOM.

01:59PM   20        DOES THIS -- IN NUMBER 7 IT SAYS, "BASED ON LABORATORY

01:59PM   21   PERSONNEL INTERVIEWS AND THE LABORATORY'S ALTERNATIVE

01:59PM   22   ASSESSMENT PROGRAM RECORD REVIEW ON NOVEMBER 20TH, THE

01:59PM   23   LABORATORY FAILED TO HAVE AN ANALYTIC SYSTEMS QUALITY

01:59PM   24   ASSESSMENT MECHANISM THAT INCLUDED THE TIMELY REVIEW OF THE

01:59PM   25   EFFECTIVENESS OF ACTIONS TAKEN."

ER-3364

BENNETT DIRECT BY MR. LEACH                                         4680

01:59PM 1          DO YOU SEE THAT?

01:59PM 2    A.    I DO.

01:59PM 3    Q.    AND WHAT IS THAT GETTING AT?

01:59PM 4    A.    THE LABORATORY DID NOT HAVE A MECHANISM IN THEIR QUALITY

01:59PM 5    ASSESSMENT PROGRAM THAT ALLOWED THEM TO IDENTIFY ISSUES IN A

01:59PM 6    TIMELY MANNER, AND THEY COULD NOT THEN IDENTIFY THOSE ISSUES IN

01:59PM 7    A TIMELY MANNER SO THAT THEY COULD NOT CORRECT THEM IN A TIMELY

02:00PM 8    MANNER.

02:00PM 9    Q.    OKAY.  WHAT IS MEANT BY ALTERNATIVE ASSESSMENT PROGRAM?

02:00PM 10   A.    SO FOR PROFICIENCY TESTING, WE HAVE A SECTION IN OUR

02:00PM 11   REGULATIONS THAT, WITH CERTAIN ANALYTES, THAT THE LABORATORY

02:00PM 12   HAS TO ENROLL AND PARTICIPATE IN PROFICIENCY TESTING.

02:00PM 13          IF THE ANALYTE OR THE TEST IS NOT IN THAT SECTION, THEN

02:00PM 14   THEY HAVE TO DO SOMETHING CALLED ALTERNATIVE PT, PROFICIENCY

02:00PM 15   TESTING, WHERE THEY HAVE TO EVALUATE THE ACCURACY OF TESTS

02:00PM 16   TWICE A YEAR.

02:00PM 17          IT'S COMMONLY KNOWN AS ALTERNATIVE PT.

02:00PM 18   Q.    AND DID CMS REVIEW THERANOS'S ALTERNATIVE PT RECORDS?

02:00PM 19   A.    YES.  MR. YAMAMOTO DID THOSE FOR THE CHEMISTRY AND I DID

02:00PM 20   THEM FOR THE EDISON.

02:00PM 21   Q.    AND WHAT DID YOU OBSERVE WITH RESPECT TO THE EDISON?

02:00PM 22   A.    I OBSERVED THAT THEY HAD NOT DONE THEM ACCORDING TO THEIR

02:01PM 23   PROCEDURE.  THEY HAD NOT DONE THEM IN THE INTERVAL THAT THEY

02:01PM 24   SAID THEY WOULD DO THEM, THAT THEY HAD IN SOME CASES NOT BEEN

02:01PM 25   REVIEWED, AND IN OTHER CASES THEY HAD BEEN REVIEWED RIGHT

ER-3365

02:01PM  1    BEFORE WE GOT THERE IN SEPTEMBER, EVEN THOUGH SOME OF THE

02:01PM  2    TESTING WAS DONE MONTHS TO A YEAR BEFORE WE WERE THERE.

02:01PM  3    Q.   AND THAT WAS BASED ON YOUR REVIEW OF RECORDS PROVIDED BY

02:01PM  4    THERANOS?

02:01PM  5    A.   YES.

02:01PM  6    Q.   LET ME DRAW YOUR ATTENTION TO PAGE 79.

02:02PM  7         IF WE CAN ZOOM IN ON THE D-TAG, D6085, ALL OF THE WAY AT

02:02PM  8    THE BOTTOM.

02:02PM  9         THIS IS A D-TAG RELATING TO LABORATORY DIRECTOR

02:02PM  10   RESPONSIBILITIES.

02:02PM  11        DO YOU SEE THAT?

02:02PM  12   A.   I DO.

02:02PM  13   Q.   AND DO YOU SEE THE PARAGRAPH WHERE IT SAYS, "BASED ON

02:02PM  14   REVIEW OF VALIDATION DOCUMENTS ON THE THERANOS PROPRIETARY

02:02PM  15   SYSTEM, THE LABORATORY DIRECTOR FAILED TO ENSURE THAT THE

02:02PM  16   QUALITY OF RESULTS ON THE TPS; FAILED TO ENSURE THE

02:02PM  17   ESTABLISHMENT OF PERFORMANCE SPECIFICATIONS FOLLOWED THE

02:02PM  18   LABORATORY'S PROCEDURES TO ESTABLISH ACCURACY, PRECISION,

02:02PM  19   REPORTABLE RANGE AND/OR REFERENCE RANGE."

02:02PM  20        DO YOU SEE THAT?

02:02PM  21   A.   I DO.

02:02PM  22   Q.   WHAT DID YOU MEAN BY THAT?

02:02PM  23   A.   WHAT I HAD MEANT BY THAT IS THAT THE LABORATORY DIRECTOR

02:02PM  24   DID NOT FULFILL HIS RESPONSIBILITIES TO ENSURE THAT THE RESULTS

02:03PM  25   ON THE EDISON WERE ACCURATE AND RELIABLE.

BENNETT DIRECT BY MR. LEACH                          4682

02:03PM   1        THE LABORATORY DIRECTOR DID NOT ENSURE THAT THE

02:03PM   2   PERFORMANCE SPECIFICATIONS WERE -- THE ESTABLISHMENT OF THE

02:03PM   3   PERFORMANCE SPECIFICATIONS, THEY DID NOT FOLLOW THE

02:03PM   4   LABORATORY'S PROCEDURE ON HOW TO DO THAT FOR ALL OF THE AREAS

02:03PM   5   THAT THEY HAD TO ESTABLISH THOSE PERFORMANCE SPECIFICATIONS

02:03PM   6   FOR.

02:03PM   7   Q.   WHEN YOU SAY "ESTABLISHMENT OF PERFORMANCE

02:03PM   8   SPECIFICATIONS," WHAT DOES THAT MEAN?

02:03PM   9   A.   SO LABORATORIES THAT PERFORM NON-WAIVED TESTING, MODERATE

02:03PM  10   OR HIGH COMPLEXITY TESTING, EITHER HAVE TO VERIFY THEIR

02:03PM  11   PERFORMANCE SPECIFICATIONS OR THEY HAVE TO ESTABLISH

02:03PM  12   PERFORMANCE SPECIFICATIONS.

02:03PM  13        SO IF A TEST IS FDA CLEARED OR APPROVED, THE MANUFACTURER

02:03PM  14   PROVIDES VALUES FOR ACCURACY AND PRECISION OF THE TESTS, THE

02:04PM  15   REPORTABLE RANGE, WHICH IS THE HIGHEST NUMBER THAT THE TEST CAN

02:04PM  16   MEASURE, AND THE LOWEST NUMBER.

02:04PM  17        THESE ARE ALL INFORMATION THAT ARE PUBLISHED IN AND

02:04PM  18   APPROVED BY THE FDA.

02:04PM  19        SO THE LABORATORY SIMPLY HAS TO VERIFY THE NUMBERS THAT

02:04PM  20   THE MANUFACTURER PROVIDES.

02:04PM  21        BUT IF YOU HAVE A TEST THAT IS NOT APPROVED OR CLEARED BY

02:04PM  22   THE FDA, OR IT'S A LABORATORY DEVELOPED TEST BECAUSE THERE'S NO

02:04PM  23   MANUFACTURER GIVING YOU THESE VALUES, THEN THE LABORATORY HAS

02:04PM  24   TO ESTABLISH THEIR OWN.  THEY HAVE TO SHOW THAT THE TEST IS

02:04PM  25   ACCURATE, PRECISE, THE HIGHEST AND LOWEST NUMBER THAT THEY CAN

BENNETT DIRECT BY MR. LEACH                                    4683

02:04PM   1      REPORT OUT FOR THAT TEST, WHAT THE NORMAL VALUE IS, THE

02:04PM   2      REFERENCE RANGE.

02:04PM   3          AND THEY ALSO HAVE TO DO TWO ADDITIONAL STEPS IN

02:05PM   4      ESTABLISHING.  THEY HAVE TO DO -- DETERMINE THE ANALYTIC

02:05PM   5      SENSITIVITY AND THE ANALYTIC SPECIFICITY.

02:05PM   6          AND WHAT THE SENSITIVITY IS, IS BASICALLY HOW LOW CAN YOU

02:05PM   7      GO.  HOW -- WHAT IS THE LOWEST AMOUNT THAT YOU CAN FIND OF WHAT

02:05PM   8      YOU'RE LOOKING FOR.

02:05PM   9          THE ANALYTIC SPECIFICITY IS, IS THE TEST ACTUALLY

02:05PM  10      MEASURING WHAT YOU'RE LOOKING FOR AND IS THERE ANYTHING THAT IS

02:05PM  11      GOING TO INTERFERE WITH THAT?  IN OTHER WORDS, IF AN INDIVIDUAL

02:05PM  12      IS TAKING A SPECIFIC MEDICATION, IS THE MEDICATION GOING TO

02:05PM  13      INTERFERE WITH THE RESULTS AND MAKE THE RESULT APPEARING HIGHER

02:05PM  14      OR LOWER?

02:05PM  15      Q.   ARE YOU FAMILIAR WITH THE TERM "VALIDATION REPORT"?

02:05PM  16      A.   YES.

02:05PM  17      Q.   AND HOW DOES ESTABLISHMENT OF PERFORMANCE SPECIFICATIONS

02:05PM  18      RELATE TO A VALIDATION REPORT?

02:05PM  19      A.   WHEN WE'RE TALKING ABOUT VERIFYING OR ESTABLISHING

02:06PM  20      PERFORMANCE SPECIFICATIONS, THAT'S WHAT MOST PEOPLE CALL THE

02:06PM  21      VALIDATION, SO IT'S KIND OF AN INTERCHANGEABLE TERM.

02:06PM  22          AGAIN, VALIDATION IS NOT REALLY A CLIA TERM.  WE TALK

02:06PM  23      ABOUT PERFORMANCE SPECIFICATIONS.

02:06PM  24      Q.   OKAY.  AND IN A IT SAYS, "VALIDATIONS REPORTS FOR

02:06PM  25      VITAMIN D, TOTAL T3, HUMAN CHORIONIC GONADOTROPIN, AND SEX

02:06PM  1    HORMONE BINDING GLOBULIN WERE REVIEWED."

02:06PM  2        DO YOU SEE THAT LANGUAGE?

02:06PM  3    A.   I DO.

02:06PM  4    Q.   AND THOSE ARE VALIDATION REPORTS THAT YOU REVIEWED?

02:06PM  5    A.   I DID.

02:06PM  6    Q.   AND THEN IN D, DOES THIS REFLECT THAT YOU ALSO REVIEWED

02:06PM  7    THE MASTER VALIDATION PLAN FOR ROUTINE CHEMISTRY ASSAY?

02:06PM  8    A.   I DID.

02:06PM  9    Q.   AND IF WE CAN CONTINUE, MS. WACHS, ON TO PAGE 80.

02:06PM  10       DO YOU SEE WHERE IT SAYS, "ACCURACY FOR VITAMIN D, TT3,

02:06PM  11   HCG, AND SHBG WAS NOT DETERMINED FOLLOWING CL PLN-14003."

02:07PM  12       DO YOU SEE THAT LANGUAGE?

02:07PM  13   A.   I DO.

02:07PM  14   Q.   AND THERE'S PRECISION AND REPORTABLE RANGE.

02:07PM  15       WHAT ARE YOU GETTING AT HERE?

02:07PM  16   A.   WHAT I'M REPORTING HERE IS THAT THE LABORATORY HAD A

02:07PM  17   PROCEDURE THAT THEY WERE SUPPOSED TO FOLLOW, AND THEY DID NOT.

02:07PM  18   Q.   OKAY.  DOES MORE DETAIL ABOUT THIS DEFICIENCY CONTINUE IN

02:07PM  19   ANOTHER D-TAG -- IF WE CAN ZOOM OUT, MS. WACHS -- IT SAYS

02:07PM  20   D60 -- LET ME START OVER.

02:07PM  21       IT SAYS REFER TO D6115.

02:07PM  22       IS THAT A REFERENCE TO ANOTHER DEFICIENCY TAG?

02:07PM  23   A.   YES.

02:07PM  24   Q.   DURING YOUR SURVEY, DID YOU ALSO OBSERVE INSTANCES WHERE

02:08PM  25   THERANOS REPORTED PATIENT RESULTS AFTER FAILING QUALITY

02:08PM  1    CONTROL?

02:08PM  2    A.   YES, I DID.

02:08PM  3    Q.   WHAT DID YOU OBSERVE?

02:08PM  4    A.   BASED ON THE INFORMATION AND THE PRINTOUTS THAT THEY GAVE

02:08PM  5    ME FOR QUALITY CONTROL, THERE WERE -- AFTER QUALITY CONTROL ON

02:08PM  6    ONE DEVICE FAILED, THEY, PERHAPS THE NEXT DAY OR A DAY LATER,

02:08PM  7    RAN IT ON THAT SAME DEVICE, AND THE CONTROL WAS IN, BUT IN

02:08PM  8    BETWEEN THAT TIME, THERE WERE PATIENTS RUNNING REPORTED AFTER

02:08PM  9    THE QUALITY CONTROL WAS UNACCEPTABLE AND BEFORE THE QUALITY

02:08PM  10   CONTROL WAS ACCEPTABLE.

02:08PM  11        IN OTHER INSTANCES THEY WOULD -- IF THE QUALITY CONTROL

02:08PM  12   WAS NOT ACCEPTABLE ON ONE DEVICE, THEY WOULD SIMPLY RUN IT ON

02:08PM  13   ANOTHER DEVICE.

02:08PM  14   Q.   AND WAS THAT AN ISSUE?

02:08PM  15   A.   IT WAS AN ISSUE, YES.

02:08PM  16   Q.   WHY?

02:09PM  17   A.   QUALITY CONTROL IS REQUIRED TO BE ACCEPTABLE BEFORE YOU

02:09PM  18   REPORT PATIENT TEST RESULTS.

02:09PM  19   Q.   DID YOU ALSO OBSERVE ISSUES WITH THERANOS'S TESTING OF

02:09PM  20   SOMETHING CALLED PT INR?

02:09PM  21   A.   YES.

02:09PM  22   Q.   AND WHAT IS PT INR?

02:09PM  23   A.   PT INR IS A TEST THAT IS USED FOR COAGULATION.  IT'S

02:09PM  24   USUALLY USED ON PATIENTS WHO ARE ON WARFARIN, AND WARFARIN IS

02:09PM  25   ALSO KNOWN AS COUMADIN THERAPY, WHICH IS A BLOOD THINNER.

BENNETT DIRECT BY MR. LEACH                          4686

02:09PM  1    Q.   AND WHAT DID YOU OBSERVE IN YOUR SURVEY?

02:09PM  2    A.   WHEN I WENT TO LOOK AT THE REAGENTS, THERE WERE SEVERAL

02:09PM  3    THINGS.  IN THE REAGENT BOX WHERE ALL OF THE CHEMICALS ARE TO

02:09PM  4    PERFORM THE TESTS, THERE WAS A PINK STUFFER.

02:09PM  5         NORMALLY THE PACKAGE INSERTS ARE WHITE, AND IN THIS

02:10PM  6    PARTICULAR CASE, THE LOT NUMBER THAT I WAS LOOKING AT THAT THEY

02:10PM  7    WERE USING WAS PINK, AND THERE WAS A NOTIFICATION FROM THE

02:10PM  8    MANUFACTURER THAT THE STABILITY OF THE REAGENT, INSTEAD OF

02:10PM  9    BEING TEN DAYS, WAS TWO DAYS.

02:10PM  10        THEY -- THEIR PROCEDURE REQUIRED THAT THEY LOOK FOR THIS.

02:10PM  11        THEY DID NOT LOOK FOR THIS.  THEY DID NOT FIND IT.

02:10PM  12        AND THEY WERE DATING THE REAGENT FOR FIVE DAYS, SO WHEN IT

02:10PM  13   ONLY SHOULD HAVE BEEN USED IT FOR TWO, THEY WERE USING IT FOR

02:10PM  14   FIVE.

02:10PM  15        THE OTHER ISSUE, WHEN YOU'RE RUNNING PT INR, YOU HAVE TO

02:10PM  16   HAVE -- IN ORDER TO CALCULATE THE INR, YOU HAVE TO MAKE SURE

02:10PM  17   THAT ALL OF THE NUMBERS USED TO CALCULATE IT ARE ACCURATE, AND

02:11PM  18   ACCURATE FOR A SPECIFIC LOT NUMBER OF REAGENT.

02:11PM  19   Q.   DID YOU ALERT MR. BALWANI TO THE PROBLEMS WITH PT INR IN

02:11PM  20   THE SEPTEMBER PORTION OF THE EXAM?

02:11PM  21   A.   YES.

02:11PM  22   Q.   AND WHEN YOU CAME BACK IN NOVEMBER, WHAT HAD HAPPENED?

02:11PM  23   A.   NOTHING.

02:11PM  24        WELL, THEY HAD NOTIFIED -- EVEN THOUGH WE HAD NOTIFIED

02:11PM  25   THEM THAT THERE WAS A PROBLEM WITH THE PT INR, THEY HAD WAITED

ER-3371

BENNETT DIRECT BY MR. LEACH                                    4687

02:11PM 1    TO NOTIFY PATIENTS OF CORRECTED RESULTS UNTIL RIGHT BEFORE WHEN

02:11PM 2    WE RETURNED IN NOVEMBER.

02:11PM 3    Q.   DID YOU ALSO OBSERVE INSTANCES IN YOUR SURVEY WHERE

02:11PM 4    THERANOS FAILED TO HAVE A QUALITY CONTROL PROCEDURE AT ALL

02:11PM 5    PRIOR TO A PARTICULAR DATE THAT YOU WERE LOOKING FOR?

02:11PM 6    A.   YES.

02:11PM 7    Q.   IS THAT AN ISSUE?

02:11PM 8    A.   THAT'S AN ISSUE, YES.

02:11PM 9    Q.   HOW SO?

02:11PM 10   A.   THE PEOPLE WHO ARE PERFORMING THE TESTING NEED TO KNOW

02:12PM 11   WHAT THE PROCEDURE IS THAT HAS BEEN APPROVED BY THE LABORATORY

02:12PM 12   DIRECTOR SO THEY CAN PERFORM THE TEST.

02:12PM 13       THEY NEED TO BE ABLE TO KNOW WHAT AN ACCEPTABLE QUALITY

02:12PM 14   CONTROL VALUE IS TO MAKE A DETERMINATION WHETHER THE PARTICULAR

02:12PM 15   RUN OF PATIENT TESTING IS ACCEPTABLE OR NOT BEFORE THEY REPORT

02:12PM 16   OUT PATIENT RESULTS.

02:12PM 17   Q.   MS. BENNETT, THE DATE OF THE STATEMENT OF DEFICIENCIES,

02:12PM 18   THE FORM 2567, IS JANUARY 25TH, 2016.  WAS THERANOS EVER ABLE

02:12PM 19   TO RESOLVE THE DEFICIENCIES TO YOUR SATISFACTION?

02:12PM 20   A.   THEY WERE NOT.

02:12PM 21   Q.   DO YOU KNOW WHETHER THE NEWARK LAB ULTIMATELY CLOSED?

02:12PM 22   A.   THEY DID.

02:12PM 23   Q.   I'D LIKE TO DRAW YOUR ATTENTION, PLEASE, TO WHAT IS

02:12PM 24   ALREADY AS EXHIBIT 5387H.

02:12PM 25       MAY WE DISPLAY, YOUR HONOR?

BENNETT DIRECT BY MR. LEACH                           4688

02:12PM   1                    THE COURT:  YES.

02:13PM   2       BY MR. LEACH:

02:13PM   3       Q.   AND I'M DISPLAYING, MS. BENNETT, A SERIES OF TEXT MESSAGES

02:13PM   4       BETWEEN ELIZABETH HOLMES AND SUNNY BALWANI.

02:13PM   5            PLEASE DON'T TRY TO READ THIS PAGE QUITE YET.

02:13PM   6            BUT YOU'VE NEVER SEEN THESE BEFORE; CORRECT?

02:13PM   7       A.   I HAVE NOT.

02:13PM   8       Q.   OKAY.  I'D LIKE TO GO TO PAGE 26, PLEASE.

02:13PM   9            ONE MOMENT, YOUR HONOR.

02:13PM  10            IF WE CAN PLEASE ZOOM IN ON THE TOP HALF ALL OF THE WAY

02:13PM  11       DOWN TO THE TEXT READING "NEED PROFESSIONALS ACROSS THE BOARD,"

02:14PM  12       MS. WACHS.

02:14PM  13            I'M SORRY, ARE WE ON PAGE 26?  YEAH.  OKAY.  MY APOLOGIES.

02:14PM  14            ALL OF THE WAY DOWN TO "WE CAN'T SCALE WITH WAG."

02:14PM  15            DO YOU SEE THE DATE OF THESE MESSAGES, MS. BENNETT,

02:14PM  16       NOVEMBER 19TH, 2014, IN THE LEFT COLUMN?

02:14PM  17       A.   I DO.

02:14PM  18       Q.   OKAY.  THAT'S ALMOST -- YOUR SURVEY WAS IN SEPTEMBER OF

02:15PM  19       2015?

02:15PM  20       A.   YES.

02:15PM  21       Q.   OKAY.  SO A NUMBER OF MONTHS AFTER THESE TEXT EXCHANGES?

02:15PM  22       A.   YES.

02:15PM  23       Q.   OKAY.  AND DO YOU SEE WHERE MR. BALWANI WROTE,

02:15PM  24       "FUNDAMENTALLY, WE NEED TO STOP FIGHTING FIRES BY NOT CREATING

02:15PM  25       THEM"?

ER-3373

02:15PM    1    A.   I DO.

02:15PM    2    Q.   OKAY.  DO YOU SEE FURTHER DOWN HE WROTE, "REBUILD"?

02:15PM    3    A.   YES.

02:15PM    4    Q.   DO YOU SEE WHERE HE WROTE, "NEW LAB DIRS"?

02:15PM    5    A.   YES.

02:15PM    6    Q.   AND DO YOU SEE WHERE MS. HOLMES WROTE, "NEED TO FIX ROOT

02:15PM    7    CAUSE HERE"?

02:15PM    8    A.   YES.

02:15PM    9    Q.   AND THEN IT ENDS WITH, "WE CAN'T SCALE WITH WAG"?

02:15PM   10    A.   YES.

02:15PM   11    Q.   IN THE COURSE OF YOUR INSPECTION, DID YOU EVER SPEAK TO

02:15PM   12    ANYBODY FROM WALGREENS?

02:15PM   13    A.   NO.

02:15PM   14    Q.   OKAY.  THAT WASN'T PART OF YOUR RESPONSIBILITIES?

02:15PM   15    A.   NO.

02:15PM   16    Q.   OKAY.  LET'S GO TO PAGE 31.

02:16PM   17         DO YOU SEE THE DATE OF NOVEMBER 28TH, 2014 --

02:16PM   18    A.   I DO.

02:16PM   19    Q.   -- FOR THESE MESSAGES?

02:16PM   20    A.   I DO.

02:16PM   21    Q.   AND DO YOU SEE THE TOP TEXT SAYS, "NORMANDY LAB IS A," AND

02:16PM   22    THEN THERE'S AN EXPLETIVE.  "GLAD I CAME HERE.  WILL WORK ON

02:16PM   23    FIXING THIS."

02:16PM   24         DO YOU SEE THAT?

02:16PM   25    A.   I DO.

02:16PM  1    Q.   DO YOU KNOW WHAT NORMANDY IS?

02:16PM  2    A.   I'M TRYING TO REMEMBER.  THE LABS HAD DIFFERENT NAMES

02:16PM  3    DEPENDING ON WHAT TYPE OF TESTING WAS BEING DONE.  I'M

02:16PM  4    TRYING -- I DON'T REMEMBER IF NORMANDY WAS ONE OF THE NAMES.

02:16PM  5    Q.   OKAY.  THAT'S NOT A TERM THAT MR. BALWANI USED WITH YOU?

02:16PM  6    A.   HE DID USE THE NAMES OF THE LABS, THE DIFFERENT LABS, BUT

02:17PM  7    I DON'T REMEMBER WHAT THEY ARE.

02:17PM  8    Q.   WAS IT SOMETHING WITHIN NEWARK OR WAS IT SOMETHING

02:17PM  9    ELSEWHERE?

02:17PM 10    A.   NEWARK.

02:17PM 11    Q.   AND THIS IS FROM NOVEMBER 28TH, 2014, SEVERAL MONTHS

02:17PM 12    BEFORE YOUR INSPECTION?

02:17PM 13    A.   YES.

02:17PM 14    Q.   OKAY.  IF WE CAN PLEASE GO TO PAGE 106.

02:17PM 15         AND IF WE CAN ZOOM IN ON THE TOP HALF, MS. WACHS, ALL OF

02:17PM 16    THE WAY DOWN TO THE TEXT, "WE CAN DEFINITELY RUN CIRCLES."

02:17PM 17         DO YOU SEE UP AT THE TOP THERE'S A DATE SEPTEMBER 2ND,

02:17PM 18    2015?

02:17PM 19    A.   YES.

02:17PM 20    Q.   AND THIS IS A FEW WEEKS BEFORE THE CMS INSPECTION?

02:17PM 21    A.   YES.

02:17PM 22    Q.   WHEN YOU CONDUCTED THE CMS INSPECTION, WERE YOU AWARE THAT

02:18PM 23    THE FDA HAD CONDUCTED AN INSPECTION OF THERANOS?

02:18PM 24    A.   I WAS.

02:18PM 25    Q.   OKAY.  AND THAT WAS BEFORE YOUR INSPECTION?

BENNETT DIRECT BY MR. LEACH                                    4691

02:18PM   1      A.   YES.

02:18PM   2      Q.   AND DO YOU SEE DOWN TOWARDS THE BOTTOM MR. BALWANI WROTE,

02:18PM   3      "WE CAN BUILD THIS BUSINESS THEY SOFTWARE AND JP AND RUN

02:18PM   4      CIRCLES AROUND OTHERS AND FDA BY MANIPULATING THEIR GAME"?

02:18PM   5           DO YOU SEE THAT LANGUAGE?

02:18PM   6      A.   I DO.

02:18PM   7      Q.   AND DO YOU SEE WHERE MS. HOLMES RESPONDS, "WE CAN

02:18PM   8      DEFINITELY RUN CIRCLES"?

02:18PM   9      A.   I DO.

02:18PM  10      Q.   AND LAST, IF WE COULD PLEASE LOOK AT PAGE 111.

02:18PM  11           DO YOU SEE THE DATE SEPTEMBER 22ND, 2015?

02:18PM  12      A.   I DO.

02:18PM  13      Q.   THAT'S THE DATE THAT YOUR SURVEY STARTED?

02:18PM  14      A.   YES.

02:18PM  15      Q.   AND MR. BALWANI WROTE, "VERY HOSTILE SO FAR.  THEY HAVE

02:19PM  16      COMPLAINTS"?

02:19PM  17      A.   YES.

02:19PM  18      Q.   WERE YOU BEING HOSTILE?

02:19PM  19      A.   NO, I WOULDN'T HAVE CHARACTERIZED IT AS HOSTILE.

02:19PM  20      Q.   YOU WERE DOING YOUR JOB?

02:19PM  21      A.   I WAS DOING MY JOB.  I DIDN'T THINK THE OVERALL WHOLE

02:19PM  22      PROCESS WAS HOSTILE.

02:19PM  23      Q.   AND THEN FURTHER DOWN MS. HOLMES WRITES -- THERE'S A

02:19PM  24      REFERENCE BY MS. HOLMES, "JC HIMSELF PLAYING LITERALLY OFF LAB

02:19PM  25      COMMENTS IS LIKELY THE OTHER."

BENNETT DIRECT BY MR. LEACH                                    4692

02:19PM  1           DO YOU SEE THAT?

02:19PM  2     A.   I DO.

02:19PM  3     Q.   AND ARE YOU FAMILIAR WITH SOMEONE NAMED JOHN CARREYROU?

02:19PM  4     A.   I AM.

02:19PM  5     Q.   AND WHO IS?

02:19PM  6     A.   HE'S A REPORTER FROM "THE WALL STREET JOURNAL."

02:19PM  7     Q.   AND THEN DO YOU SEE MS. HOLMES, "PRAYING LITERALLY

02:19PM  8     NONSTOP"?

02:19PM  9     A.   I DO.

02:19PM 10           MR. LEACH:  MAY I HAVE A MOMENT, YOUR HONOR?

02:19PM 11           THE COURT:  YES.

02:20PM 12     (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

02:20PM 13           MR. LEACH:  MS. WACHS, IF WE CAN PLEASE GO TO PAGE

02:20PM 14     65.

02:21PM 15     I'M SORRY, PAGE 61.  MY APOLOGIES.

02:21PM 16     Q.   DO YOU SEE SOME ADDITIONAL TEXTS, MS. BENNETT, FROM THE

02:21PM 17     TIME PERIOD APRIL 28TH, 2015?

02:21PM 18     A.   YES.

02:21PM 19     Q.   AND DO YOU SEE MR. BALWANI WRITING, "IT IS MOST MADDENING

02:21PM 20     THERE IS NO FOCUS IN ANY CHEM TEAMS AND NO PRODUCT COMING OUT"?

02:21PM 21     A.   I DO.

02:21PM 22     Q.   AND DO YOU SEE AT THE BOTTOM HE WROTE, "MOST DISAPPOINTING

02:21PM 23     HOW BAD THESE PEOPLE ARE"?

02:21PM 24     A.   I DO.

02:21PM 25           MR. LEACH:  THANK YOU, YOUR HONOR.

02:21PM  1        I HAVE NO FURTHER QUESTIONS.

02:21PM  2        THANK YOU, MS. BENNETT.

02:21PM  3            THE COURT:  WILL THERE BE CROSS-EXAMINATION?

02:21PM  4            MR. CAZARES:  THERE WILL BE, YOUR HONOR.

02:21PM  5            THE COURT:  ALL RIGHT.  LET'S TAKE OUR BREAK RIGHT

02:21PM  6   NOW, LADIES AND GENTLEMEN.  WE'LL TAKE ABOUT 25 MINUTES, AND

02:22PM  7   THEN WE'LL DO CROSS-EXAMINATION.

02:22PM  8        (RECESS FROM 2:22 P.M. UNTIL 2:49 P.M.)

02:50PM  9            THE COURT:  ALL RIGHT.  WE'RE BACK ON THE RECORD.

02:50PM 10        ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT AGAIN.

02:50PM 11        AND COUNSEL, DO YOU HAVE CROSS-EXAMINATION?

02:50PM 12            MR. CAZARES:  YES, YOUR HONOR.  THANK YOU,

02:50PM 13   YOUR HONOR.

02:50PM 14        YOUR HONOR, MAY I REMOVE MY MASK?

02:50PM 15            THE COURT:  YES.  YES.

02:50PM 16                    **CROSS-EXAMINATION**

02:50PM 17   BY MR. CAZARES:

02:50PM 18   Q.  GOOD AFTERNOON, MS. BENNETT.

02:50PM 19   A.  GOOD AFTERNOON.

02:50PM 20   Q.  I'M STEVE CAZARES, AND I REPRESENT MR. BALWANI IN THIS

02:50PM 21   CASE.  I HAVE A FEW QUESTIONS ABOUT YOUR TESTIMONY TODAY.

02:50PM 22        WOULD THAT BE OKAY?

02:50PM 23   A.  SURE.

02:50PM 24   Q.  OKAY.  SO I WANTED TO START BACK IN THIS LATE 2013 TIME

02:50PM 25   PERIOD, IT SOUNDS LIKE, WHEN YOU MAY HAVE INITIALLY BECOME

BENNETT CROSS BY MR. CAZARES                                    4694

02:51PM    1    FAMILIAR WITH THERANOS.

02:51PM    2         AND I THINK YOU TESTIFIED THAT THERE WERE SOME MEETINGS IN

02:51PM    3    LATE '13 AND EARLY '14 BETWEEN AND AMONGST THERANOS, CMS, AND

02:51PM    4    THE FDA; IS THAT RIGHT?

02:51PM    5    A.   I CAN SAY THAT I WAS INVOLVED IN JANUARY 2014.  I WASN'T

02:51PM    6    AWARE OF ANY OTHER MEETINGS THAT OCCURRED.

02:51PM    7    Q.   OKAY.  SO YOU DIDN'T ATTEND AN EARLIER MEETING --

02:51PM    8    A.   I DID NOT.

02:51PM    9    Q.   -- PRIOR TO JANUARY 2014?

02:51PM   10         BUT YOU DID PARTICIPATE IN THE JANUARY 2014 MEETING; IS

02:51PM   11    THAT RIGHT?

02:51PM   12    A.   I ATTENDED IT, YES.

02:51PM   13    Q.   IF YOU COULD TAKE A LOOK -- OH, ACTUALLY, I HAVE BINDERS

02:51PM   14    FIRST.

02:51PM   15         YOUR HONOR, MAY I HAVE A MOMENT?  I HAVE BINDERS.

02:51PM   16              THE COURT:  YES.

02:51PM   17              MR. CAZARES:  (HANDING.)

02:52PM   18    Q.   MS. BENNETT, I'VE JUST HANDED YOU A BINDER, AND I WOULD

02:52PM   19    ASK IF YOU COULD TAKE A LOOK AT THE TAB MARKED 7350, 7350.

02:52PM   20         ARE YOU THERE AT 7350?

02:52PM   21    A.   I AM, YES.

02:52PM   22    Q.   OKAY.  AND 7350 APPEARS TO BE AN EMAIL CHAIN, THE LATTER

02:52PM   23    OF WHICH AT THE TOP OF THE FIRST PAGE LOOKS TO BE FROM A

02:53PM   24    PENNY KELLER TO YOURSELF, SOME OTHER INDIVIDUALS, ON

02:53PM   25    OCTOBER 25, 2013.

BENNETT CROSS BY MR. CAZARES                                  4695

02:53PM  1           DO YOU SEE THAT?

02:53PM  2     A.   I SEE THE DATE, YES.

02:53PM  3     Q.   AND THERE'S A REFERENCE TO BACKGROUND INFORMATION AND

02:53PM  4     DISCUSSION REGARDING THERANOS.

02:53PM  5           DO YOU SEE THAT AS WELL?

02:53PM  6     A.   YEAH, THAT'S THE ATTACHMENT, YEP, AND THE SUBJECT.

02:53PM  7     Q.   OKAY.  AND THEN BENEATH THAT LAST MESSAGE, THERE'S A TWO

02:53PM  8     EMAIL CHAIN STARTING WITH SOME INDIVIDUALS FROM THE FDA, AND

02:53PM  9     THEN A MESSAGE FROM FDA TO A PENNY KELLER AT CMS.

02:53PM 10           DO YOU SEE THAT?

02:53PM 11     A.   I DO.

02:53PM 12     Q.   AND THEN MS. KELLER APPEARS TO HAVE FORWARDED THE MESSAGE

02:53PM 13     AND DOCUMENTS TO YOURSELF; CORRECT?

02:53PM 14     A.   YES, I APPEAR TO BE ON THE TO LINE.

02:53PM 15     Q.   OKAY.  AND I THINK YOU DESCRIBED PREVIOUSLY THAT IN THE

02:53PM 16     COURSE OF YOUR WORK AND IN RELATION TO THERANOS, IT WAS -- YOU

02:54PM 17     KNOW, EMAIL WAS USED TO COMMUNICATE AMONGST YOURSELVES AT CMS,

02:54PM 18     AS WELL AS COMMUNICATION WITH FDA PERSONNEL; CORRECT?

02:54PM 19     A.   I DON'T BELIEVE I SAID THAT, BUT EMAIL WAS ONE OF THE

02:54PM 20     MECHANISMS THAT WE USED, YES.

02:54PM 21     Q.   OKAY.  WITHIN CMS?

02:54PM 22     A.   WITHIN CMS.

02:54PM 23     Q.   AND WHEN YOU USED EMAIL TO COMMUNICATE ABOUT BUSINESS

02:54PM 24     MATTERS, YOU MAKE WHATEVER EFFORTS YOU CAN TO BE ACCURATE AND

02:54PM 25     PRECISE IN YOUR EXCHANGES; CORRECT?

02:54PM   1    A.   WE DO.

02:54PM   2    Q.   AND IT WAS THE PRACTICE AT CMS TO PRESERVE THOSE MESSAGES;

02:54PM   3    CORRECT?

02:54PM   4    A.   YES.  AS LONG AS THEY WERE CONSIDERED RECORDS, THEY ARE

02:54PM   5    PRESERVED, YES.

02:54PM   6    Q.   BECAUSE THERE ARE CERTAIN REQUIREMENTS TO MAINTAIN RECORDS

02:54PM   7    AT CMS; RIGHT?

02:54PM   8    A.   YES.  WE HAVE RECORDS RETENTION REQUIREMENTS.

02:54PM   9    Q.   AND IT WAS YOUR REGULAR PRACTICE TO REVIEW EMAIL MESSAGES

02:54PM  10    RECEIVED WHEN THE MESSAGES CONCERN CMS BUSINESS; CORRECT?

02:55PM  11    A.   IF THE EMAIL WAS ADDRESSED TO ME, YES.

02:55PM  12         MR. CAZARES:  YOUR HONOR, MOVE TO ADMIT 7350.

02:55PM  13         THE COURT:  INCLUDING THE ATTACHMENT?

02:55PM  14         MR. CAZARES:  YES, YOUR HONOR.

02:55PM  15         MR. LEACH:  YOUR HONOR, HEARSAY AS TO THE

02:55PM  16    ATTACHMENTS.

02:55PM  17        IF THE PROFFER FOR THE EMAIL ITSELF IS 803(6), I HAVE NO

02:55PM  18    OBJECTION TO THAT.

02:55PM  19         THE COURT:  IS THE ATTACHMENT BEING OFFERED FOR A

02:55PM  20    PURPOSE OTHER THAN ITS TRUTH?

02:55PM  21         MR. CAZARES:  NO.  I THINK IT'S BACKGROUND FOR THIS

02:55PM  22    INDIVIDUAL WHO HAS ALREADY NOW TESTIFIED ABOUT A SERIES OF

02:55PM  23    ENGAGEMENTS IN THE ULTIMATE INSPECTION OF THERANOS.

02:55PM  24        SO IT'S NOTICE TO THIS WITNESS OF THERANOS MATTERS,

02:55PM  25    CORRECT.

02:55PM  1          THE COURT:  TO MS. BENNETT.

02:55PM  2          MR. CAZARES:  CORRECT.

02:56PM  3          THE COURT:  ALL RIGHT.  I WILL ADMIT THE EMAIL CHAIN

02:56PM  4    PURSUANT TO 803(6).

02:56PM  5      THE ATTACHMENTS WILL BE ADMITTED NOT FOR THE TRUTH OF THE

02:56PM  6    MATTER ASSERTED IN THE ATTACHMENTS THAT YOU'LL SEE, LADIES AND

02:56PM  7    GENTLEMEN, BUT THEY WILL BE ADMITTED ONLY AS TO NOTICE AND

02:56PM  8    BACKGROUND FOR THIS WITNESS'S PARTICIPATION, IF ANY, IN REGARDS

02:56PM  9    TO THE ATTACHMENTS AND HER WORK DONE.

02:56PM 10      SO FOR THAT LIMITED PURPOSE, THEY'RE ADMITTED AND MAY BE

02:56PM 11    PUBLISHED.

02:56PM 12          MR. CAZARES:  THANK YOU, YOUR HONOR.

02:56PM 13      (DEFENDANT'S EXHIBIT 7350 WAS RECEIVED IN EVIDENCE.)

02:56PM 14          MR. CAZARES:  IF WE CAN PUBLISH THE BOTTOM HALF OF

02:56PM 15    THE EMAIL FOR NOW AND THE LOWER HALF OF THE MESSAGE.

02:56PM 16    Q.  MS. BENNETT, DO YOU SEE UP ON THE SCREEN THERE'S THE LOWER

02:56PM 17    HALF OF EXHIBIT 7350.

02:56PM 18      DO YOU SEE THAT?

02:56PM 19    A.  I DO.

02:56PM 20    Q.  AND IT APPEARS TO BE A MESSAGE FROM JOHN HOBSON TO

02:56PM 21    JUDITH YOST, ALBERTO GUTIERREZ, WITH A COPY TO A SALLY HOJVAT.

02:57PM 22      DO YOU SEE THAT?

02:57PM 23    A.  I DO.

02:57PM 24    Q.  AND ARE YOU FAMILIAR WITH MR. HOBSON?

02:57PM 25    A.  NO.

BENNETT CROSS BY MR. CAZARES                    4698

02:57PM  1    Q.   AND HOW ABOUT MS. YOST AND MR. GUTIERREZ?

02:57PM  2    A.   JUDY YOST IN 2013 WAS THE DIRECTOR OF THE CLIA PROGRAM AND

02:57PM  3    ALBERT GUTIERREZ WAS HER COUNTERPART AT THE FDA.

02:57PM  4    Q.   SO THESE WERE PEOPLE WHO YOU INTERACTED WITH IN YOUR

02:57PM  5    PROFESSIONAL CAPACITY?

02:57PM  6    A.   YES.

02:57PM  7    Q.   AND HOW ABOUT MS. HOJVAT?

02:57PM  8    A.   I DON'T KNOW HER.

02:57PM  9    Q.   OKAY.  AND MS. YOST'S POSITION AT THAT TIME, WAS SHE --

02:57PM  10   WHERE WAS SHE IN THE CMS HIERARCHY RELATIVE TO YOU?

02:57PM  11   A.   SHE WAS THE DIRECTOR OF THE CLIA PROGRAM, AND I WAS A

02:57PM  12   TECHNOLOGIST IN THE CLIA PROGRAM.

02:57PM  13   Q.   OKAY.  AND SO MR. HOBSON IS SENDING TO MS. YOST A MESSAGE

02:57PM  14   AND HE WRITES, "ATTACHED TO THIS EMAIL ARE DOCUMENTS THAT

02:57PM  15   OUTLINE THE PROPOSED BUSINESS MODEL OF THERANOS."

02:57PM  16        DO YOU SEE THAT?

02:57PM  17   A.   I DO.

02:57PM  18   Q.   AND THEN HE CONTINUES.

02:57PM  19        "PLEASE FIND A SET OF SLIDES DEPICTING THE PROPOSED

02:57PM  20   PHASE I AND PHASE II PROPOSALS AS WELL AS A DESCRIPTION OF THE

02:58PM  21   TSPU AND THE TLAS?"

02:58PM  22        DID I READ THAT RIGHT?

02:58PM  23   A.   YES.

02:58PM  24   Q.   OKAY.  AND THEN HE CONTINUES.

02:58PM  25        "IN ADDITION THERE IS A SHORT NARRATIVE DESCRIBING THE

BENNETT CROSS BY MR. CAZARES                                        4699

02:58PM  1    PROPOSED PHASES.  IN PREPARATION FOR THE MEETING ON

02:58PM  2    NOVEMBER 4TH, I WOULD LIKE TO REQUEST A BRIEF TELECONFERENCE

02:58PM  3    WITH YOU AND ALBERTO TO GO OVER THE SALIENT POINTS OF THE

02:58PM  4    SUBMISSION, ANSWER ANY QUESTIONS THAT YOU MAY HAVE, AS WELL AS

02:58PM  5    GET YOUR FEEDBACK REGARDING THE THERANOS PHASE II MODEL?"

02:58PM  6        DO YOU SEE THAT?

02:58PM  7    A.   I DO.

02:58PM  8    Q.   AND THEN MR. HOBSON CONTINUES.

02:58PM  9        "SPECIFICALLY WHAT ARE ANY OF THE CONCERNS OR REGULATORY

02:58PM 10    HURDLES WITH REGARD TO PLACING AN INSTRUMENT INTO PATIENT

02:58PM 11    SERVICE CENTER."

02:58PM 12        DO YOU SEE THAT?

02:58PM 13    A.   I DO.

02:58PM 14    Q.   AND THEN THE MESSAGE GETS FORWARDED FROM MR. GUTIERREZ TO

02:58PM 15    MS. KELLER AND THEN FROM MS. KELLER TO YOURSELF IN THE LATTER

02:58PM 16    THREE MESSAGES.

02:58PM 17        DO YOU SEE THAT?

02:58PM 18    A.   I DO.

02:58PM 19    Q.   NOW, IF WE CAN TURN TO THE NEXT PAGE OF THE EXHIBIT.  IT'S

02:58PM 20    ACTUALLY 7357A, THE ATTACHMENT, PAGE 1 OF THE ATTACHMENT.

02:59PM 21        AT THE TOP IT APPEARS TO BE A TYPEWRITTEN KIND OF SUMMARY.

02:59PM 22        DO YOU SEE THAT?

02:59PM 23    A.   I DO.

02:59PM 24    Q.   AND THEN IT DESCRIBES THERANOS BACKGROUND.

02:59PM 25        AGAIN, WOULD IT HAVE BEEN YOUR PRACTICE AT THE TIME TO

ER-3384

BENNETT CROSS BY MR. CAZARES                                        4700

02:59PM   1    REVIEW THE MESSAGE AND THE ATTACHMENTS?

02:59PM   2    A.   I MAY HAVE.  I DON'T REMEMBER IN THIS PARTICULAR CASE OR

02:59PM   3    NOT.

02:59PM   4    Q.   OKAY.  WHEN YOU HAD THE MEETING IN JANUARY OF 2014, WOULD

02:59PM   5    YOU HAVE DONE A LITTLE BIT OF DUE DILIGENCE OR INVESTIGATION TO

02:59PM   6    PREP FOR THE MEETING?

02:59PM   7    A.   IF ANY DOCUMENTS HAD BEEN GIVEN TO ME TO PREPARE FOR THE

02:59PM   8    MEETING, I WOULD HAVE LOOKED AT THOSE DOCUMENTS, YES.

02:59PM   9    Q.   FAIR ENOUGH.  THANK YOU.

02:59PM   10       NOW, GETTING BACK TO THIS 7350A AT THE TOP.  THE DOCUMENT

02:59PM   11   STARTS, "PHASE I: CURRENT MODEL.

02:59PM   12       "THERANOS IS CURRENTLY OPERATING A CLIA CERTIFIED HIGH

03:00PM   13   COMPLEXITY LABORATORY IN PALO ALTO, CALIFORNIA AND IS USING FDA

03:00PM   14   CLEARED/APPROVED COMMERCIAL PLATFORMS, AND A THERANOS DEVELOPED

03:00PM   15   DIAGNOSTIC SYSTEM THAT INCLUDES A UNIT TO PROCESS THE SPECIMEN

03:00PM   16   AND GENERATE THE TEST SIGNALS."

03:00PM   17       DO YOU SEE THAT?

03:00PM   18   A.   I DO.

03:00PM   19   Q.   AND DO YOU UNDERSTAND THAT LATTER REFERENCE TO BE TO

03:00PM   20   THERANOS'S PROPRIETARY ANALYZER, SOME OF WHICH YOU REVIEWED

03:00PM   21   DOCUMENTATION FOR IN YOUR 2013 SURVEY OF THERANOS?

03:00PM   22   A.   I DO.

03:00PM   23   Q.   AND THEN, OF COURSE, YOU AND MR. YAMAMOTO REVIEWED RECORDS

03:00PM   24   RELATING TO THERANOS'S USE OF FDA CLEARED MACHINES IN 2015 AS

03:00PM   25   WELL; CORRECT?

03:00PM  1    A.   YES.

03:00PM  2    Q.   OKAY.  WE WON'T REVIEW THIS WHOLE THING BUT CONTINUING

03:00PM  3    TOWARD THE BOTTOM QUARTILE OF THAT PARAGRAPH BEGINNING,

03:00PM  4    "THERANOS HAS EXPRESSED."

03:00PM  5        THE SUMMARY CONTINUES, "THERANOS HAS EXPRESSED ITS

03:01PM  6    INTENTION TO PURSUE FDA REGULATORY APPROVAL OR CLEARANCE OF ALL

03:01PM  7    ASSAYS RUN AT THE THERANOS CLIA CERTIFIED LABORATORY ON THE

03:01PM  8    THERANOS DEVICE SYSTEM AND HAS SENT IN THEIR FIRST

03:01PM  9    PRE-SUBMISSION FOR REVIEW OF THEIR TSPU/TLAS PLUS A PANEL OF

03:01PM 10    MOLECULAR AND SEROLOGICAL INFLUENZA ASSAYS."

03:01PM 11        DO YOU SEE THAT?

03:01PM 12    A.   I DO.

03:01PM 13    Q.   NOW, THAT ISSUE OF OBTAINING FDA REGULATORY APPROVAL OR

03:01PM 14    CLEARANCE FOR ALL ASSAYS, WOULD THERANOS REQUIRE OR NEED FDA

03:01PM 15    APPROVAL OR CLEARANCE OF ITS TECHNOLOGY TO USE THE DEVICE IN

03:01PM 16    ITS CLIA LAB?

03:01PM 17    A.   FROM A CLIA PERSPECTIVE, NO.

03:01PM 18    Q.   OKAY.  SO LONG AS THEY PERFORM THIS VALIDATION WORK AND

03:01PM 19    STUDIES I THINK THAT YOU DISCUSSED ALREADY A LITTLE BIT TODAY;

03:02PM 20    CORRECT?

03:02PM 21    A.   AS LONG AS THEY MEET THE REQUIREMENTS FOR THOSE TYPES OF

03:02PM 22    TESTS LIKE VALIDATION AND APPROPRIATE PERSONNEL.

03:02PM 23    Q.   OKAY.  NOW, THE DOCUMENT CONTINUES.

03:02PM 24        "IN PHASE I THERANOS IS USING EITHER THEIR OWN

03:02PM 25    MANUFACTURED CAPILLARY COLLECTION TUBES OR OTHERS THAT ARE

BENNETT CROSS BY MR. CAZARES                                    4702

```
03:02PM   1      COMMERCIALLY AVAILABLE."

03:02PM   2          AND THEN THERE'S A DESCRIPTION OF THE BLOOD COLLECTION

03:02PM   3      PROCESS.

03:02PM   4          DO YOU SEE THAT?

03:02PM   5      A.   I DO.

03:02PM   6      Q.   AND AT THIS TIME PERIOD IN LATE 2013, EARLY 2014, YOU AT

03:02PM   7      LEAST CAME TO LEARN BY JANUARY OF 2014 THAT THERANOS HAD A CLIA

03:02PM   8      CERTIFIED LAB IN CALIFORNIA; CORRECT?

03:02PM   9      A.   CERTAINLY BY JANUARY OF 2014, YES.

03:02PM  10      Q.   OKAY.  AND BY THAT TIME THEY WERE RUNNING OR USING FDA

03:02PM  11      APPROVED MACHINES AS WELL AS SOME OF THEIR PROPRIETARY

03:02PM  12      EQUIPMENT; CORRECT?

03:02PM  13      A.   I WAS AWARE THAT THEY HAD A LABORATORY.  I WAS NOT AWARE

03:03PM  14      OF THE SPECIFICS OF EXACTLY WHAT TESTING THEY WERE DOING.

03:03PM  15      Q.   NOW, THE SUMMARY, THE BACKGROUND SUMMARY THAT YOU RECEIVED

03:03PM  16      CONTINUES AT THE BOTTOM OF PAGE 1.

03:03PM  17          IT SAYS, "PHASE II:  PROPOSED MODEL AFTER 510(K)

03:03PM  18      CLEARANCE."

03:03PM  19          DO YOU SEE THAT?

03:03PM  20      A.   I DO.

03:03PM  21      Q.   AND 510(K) CLEARANCE IS ONE OF THE METHODS TO OBTAIN SOME

03:03PM  22      SORT OF FDA APPROVAL OF YOUR TECHNOLOGY; IS THAT RIGHT?

03:03PM  23      A.   NOT OF MY TECHNOLOGY, BUT OF DEVICES.

03:03PM  24      Q.   OF A MANUFACTURER'S TECHNOLOGY?

03:03PM  25      A.   YES.
```

BENNETT CROSS BY MR. CAZARES                                    4703

03:03PM  1    Q.   510(K) IS ONE PATH?

03:03PM  2    A.   YES.

03:03PM  3    Q.   THERE'S ANOTHER PATH AS WELL?

03:03PM  4    A.   YES.

03:03PM  5    Q.   OKAY.  NOW, AT THE TOP OF PAGE 2 OF 7350A, THE BACKGROUND

03:03PM  6    SUMMARY CONTINUES.

03:03PM  7         "THE THERANOS PROPOSED MODEL IS BASED ON PLACING TSPU IN

03:04PM  8    DEDICATED SPACES IN CONVENIENT SERVICE CENTERS (SUCH AS

03:04PM  9    SELECTED WALGREENS), WHICH THERANOS HAS CALLED WELLNESS CENTERS

03:04PM 10    OR PATIENT SERVICE CENTERS, WITH TESTING OPERATED UNDER THE

03:04PM 11    DIRECT OVERSIGHT OF THE PALO ALTO LABORATORY."

03:04PM 12         DO YOU SEE THAT?

03:04PM 13    A.   I DO.

03:04PM 14    Q.   AND THEN IT DESCRIBES, "ONE OF THESE SITES HAS ALREADY

03:04PM 15    BEEN SET UP AS A SPECIMEN COLLECTION CENTER WITH SAMPLES BEING

03:04PM 16    SENT BACK TO THE CLIA CERTIFIED THERANOS LABORATORY."

03:04PM 17         DO YOU SEE THAT AS WELL?

03:04PM 18    A.   I DO.

03:04PM 19    Q.   SO IT WOULD BE FAIR TO SAY THAT AT LEAST BY THIS TIME, AND

03:04PM 20    I UNDERSTAND YOU DON'T RECALL NECESSARILY REVIEWING THIS

03:04PM 21    BACKGROUND SUMMARY IN OCTOBER OF 2013, BUT THERE WERE OTHER CMS

03:04PM 22    COLLEAGUES ON THE EXCHANGE, MS. KELLER.

03:04PM 23         SO AT LEAST SOME INFORMATION RELATING TO THERANOS'S USE OF

03:04PM 24    ITS PROPRIETARY EQUIPMENT, AS WELL AS FDA APPROVED EQUIPMENT,

03:04PM 25    HAD BEEN SOMEHOW REPORTED TO THE FDA AND CMS; CORRECT?

ER-3388

BENNETT CROSS BY MR. CAZARES                                    4704

03:04PM  1    A.   I CAN ONLY SPEAK TO WHAT I LOOKED AT.  I CAN'T SPEAK TO

03:05PM  2    WHETHER THEY LOOKED AT THE INFORMATION AND WHAT THEY DID WITH

03:05PM  3    THAT INFORMATION.

03:05PM  4    Q.   OKAY.  BUT THE DOCUMENT 7350 REFLECTS A BACKGROUND

03:05PM  5    MATERIAL PROVIDED TO YOU BY YOUR COLLEAGUE AT CMS; CORRECT?

03:05PM  6    A.   IT DOES.

03:05PM  7    Q.   OKAY.  AND PAGE 2 ALSO CONTINUES IN THE MIDDLE OF THAT TOP

03:05PM  8    PARAGRAPH.

03:05PM  9         "UPON REGULATORY CLEARANCE OR APPROVAL OF THEIR DEVICE,

03:05PM  10   AND ASSAYS, THERANOS WOULD LIKE TO PLACE THE DEVICE IN THE

03:05PM  11   WELLNESS CENTERS FOR DIAGNOSTIC USE.  THIS SETTING COULD ALSO

03:05PM  12   BE USED TO CONDUCT CLINICAL STUDIES OF THEIR INVESTIGATIONAL

03:05PM  13   USE ONLY LABELLED DEVICES."

03:05PM  14        DO YOU SEE THAT?

03:05PM  15   A.   I DO.

03:05PM  16   Q.   AND I THINK YOU TOUCHED UPON THIS A LITTLE BIT.

03:05PM  17        IN ORDER TO USE THERANOS'S PROPRIETARY TECHNOLOGY, FOR

03:05PM  18   EXAMPLE, AT A WALGREENS PHARMACY OF SOME SORT, SOME SORT OF

03:05PM  19   REGULATORY APPROVAL OF THE USE OF THE DEVICE AT THAT LOCATION

03:05PM  20   WAS REQUIRED; CORRECT?

03:06PM  21   A.   WE DON'T GIVE PERMISSION FOR REGULATORY USE OF A DEVICE.

03:06PM  22        WHAT WE DO IS WE DETERMINE WHETHER CLIA IS APPLICABLE FOR

03:06PM  23   A CERTAIN FACILITY AND IF IT IS APPLICABLE, IF THE CLIA

03:06PM  24   REGULATIONS COVER WHAT THAT TESTING IS BEING USED FOR, THEN

03:06PM  25   THEY WOULD BE REQUIRED TO HAVE A CLIA CERTIFICATE.

03:06PM 1    Q.   AND YOU TOUCHED UPON THAT A LITTLE BIT, ABOUT THAT

03:06PM 2    JANUARY 2014 MEETING.

03:06PM 3    A.   YES, I DID.

03:06PM 4    Q.   I APOLOGIZE.  I WON'T TALK OVER YOUR WORDS.

03:06PM 5    A.   SORRY.

03:06PM 6    Q.   YOU TOUCHED UPON THAT ISSUE OF NEEDING A CLIA CERTIFICATE

03:06PM 7    TO USE THE THERANOS TECHNOLOGY IN SOME SORT OF DISTRIBUTED

03:06PM 8    ENVIRONMENT, FOR EXAMPLE, IN A WALGREENS STORE?

03:06PM 9    A.   YES.  IF THE DEVICES WERE GOING TO BE USED IN A FACILITY,

03:06PM 10   THEY NEEDED TO HAVE A CLIA CERTIFICATE.

03:06PM 11   Q.   OKAY.  HOWEVER, IF THE DEVICE WAS FDA APPROVED, WHETHER

03:06PM 12   510(K) OR PREMARKET APPROVAL, THE DEVICE COULD ALSO BE USED IN

03:07PM 13   A WALGREENS STORE FOR WHATEVER THE APPROVED TEST OR ASSAY WAS;

03:07PM 14   CORRECT?

03:07PM 15   A.   YES.  BUT FDA APPROVAL IS NOT REQUIRED UNDER CLIA.

03:07PM 16        SO REGARDLESS OF WHETHER IT WAS FDA APPROVED OR CLEARED,

03:07PM 17   OR NOT, THEY WOULD HAVE REQUIRED TO HAVE A CLIA CERTIFICATE.

03:07PM 18   Q.   AND WHAT IF AN FDA CLEARANCE -- OR AN FDA WAIVER WAS

03:07PM 19   OBTAINED?

03:07PM 20   A.   I'M NOT FAMILIAR WITH WHAT YOU'RE TALKING ABOUT AN "FDA

03:07PM 21   WAIVER."

03:07PM 22   Q.   ARE YOU FAMILIAR WITH THE FACT THAT SOMETIMES TESTS IN

03:07PM 23   MEDICAL DEVICES CAN BE WAIVED BY THE FDA?

03:07PM 24   A.   I NEED YOU TO CLARIFY BECAUSE THEY CATEGORIZE TESTS AS

03:07PM 25   WAIVED FOR CLIA PURPOSES.

BENNETT CROSS BY MR. CAZARES                                    4706

03:07PM  1          ARE YOU TALKING ABOUT A DIFFERENT PROCESS?

03:07PM  2     Q.   NO.  I'M TALKING ABOUT WAIVED FOR CLIA PURPOSES.

03:07PM  3     A.   OKAY.  YES, THE FDA IS RESPONSIBLE FOR CATEGORIZING THE

03:07PM  4     TEST AS WAIVED, MODERATE OR HIGH COMPLEXITY.

03:08PM  5     Q.   AND A WAIVED TEST COULD BE USED OUTSIDE OF A CLIA LAB;

03:08PM  6     CORRECT?

03:08PM  7     A.   NO, IT CANNOT.

03:08PM  8          IF THE TEST -- IF A TEST IS DETERMINED BY THE FDA TO BE A

03:08PM  9     WAIVED TEST, AND THE FACILITY THAT IS PERFORMING THE TEST MEETS

03:08PM  10    THE DEFINITION OF A LABORATORY UNDER CLIA, THEN THEY'RE

03:08PM  11    REQUIRED TO HAVE A CLIA CERTIFICATE.

03:08PM  12    Q.   OKAY.  YOU CAN RETURN BACK TO 7350A.

03:08PM  13         NOW, WITHIN -- ACTUALLY, LET'S GO TO 7350C, THE DECK.  IT

03:08PM  14    STARTS OFF, "THERANOS OVERVIEW OF SAMPLE PROCESSING WORKFLOW

03:08PM  15    PREPARED FOR FDA:

03:08PM  16         "PHASE I AND PHASE II OF THERANOS BUSINESS OPERATIONS."

03:08PM  17         DO YOU SEE THAT?

03:08PM  18    A.   I DO.

03:08PM  19    Q.   AND THEN PAGE 2 AND 3 KIND OF DESCRIBE WORKFLOW FOR THE

03:09PM  20    PROPOSED BUSINESS MODEL.

03:09PM  21         DO YOU SEE THAT?

03:09PM  22    A.   I DO.

03:09PM  23    Q.   AND THE PHASE I WITH A THERANOS SITE OPERATED BY THERANOS

03:09PM  24    CLIA LAB.  A THERANOS PSC OPERATED BY THERANOS'S CLIA LAB.

03:09PM  25         DO YOU SEE THAT?

03:09PM  1    A.   I DO.

03:09PM  2    Q.   AND THEN WITH SAMPLES BEING COURIERED TO THE HIGH

03:09PM  3    COMPLEXITY LAB FOR PROCESSING.

03:09PM  4         DO YOU SEE THAT?

03:09PM  5    A.   YEAH, I SEE THAT.

03:09PM  6    Q.   OKAY.  AND THEN THE PHASE II THAT WAS AT LEAST DESCRIBED

03:09PM  7    IN THE BACKGROUND MATERIAL SHARED WITH YOU DESCRIBES THERANOS

03:09PM  8    PSC, THERANOS SITE OPERATED BY THERANOS CLIA LAB.

03:10PM  9         "WITH SAMPLE COLLECTION PERFORMED IN A DEDICATED THERANOS

03:10PM  10   PATIENT SERVICE CENTER."

03:10PM  11        DO YOU SEE THAT?

03:10PM  12   A.   YES.

03:10PM  13   Q.   "AND COLLECTION AND PROCESSING PERFORMED BY THERANOS

03:10PM  14   LICENSED PHLEBOTOMISTS."

03:10PM  15        DO YOU SEE THAT?

03:10PM  16   A.   YEAH.

03:10PM  17   Q.   AND THEN AGAIN, THERE'S A DESCRIPTION OF THERANOS COURIER

03:10PM  18   PHYSICALLY TRANSPORTS SAMPLE TO THE LAB FOR ANALYSIS.

03:10PM  19        DO YOU SEE THAT?

03:10PM  20   A.   I DO.

03:10PM  21   Q.   OKAY.  AND THIS IS ASSUMING A POST-FDA CLEARANCE.

03:10PM  22        DO YOU SEE THAT?

03:10PM  23   A.   YES.

03:10PM  24   Q.   YOU CAN SET THAT ASIDE.

03:10PM  25        SO THE MEETING THAT TOOK PLACE IN JANUARY OF 2014,

03:10PM    1         MR. BALWANI WAS PRESENT?

03:10PM    2         A.   YES.

03:10PM    3         Q.   AND MS. HOLMES WAS PRESENT?

03:10PM    4         A.   YES.

03:10PM    5         Q.   AND YOU DESCRIBED YOU WERE THERE?

03:10PM    6         A.   I WAS.

03:10PM    7         Q.   THE FDA WAS ON THE PHONE?

03:11PM    8         A.   I BELIEVE SO.

03:11PM    9         Q.   OKAY.  TO THE BEST OF YOUR RECOLLECTION?

03:11PM   10         A.   TO THE BEST OF MY RECOLLECTION, YES.

03:11PM   11         Q.   AND WAS MS. KELLER OR YOST THERE?

03:11PM   12         A.   I BELIEVE THAT THEY WERE BOTH THERE.

03:11PM   13         Q.   AND THEN MS. DYER?

03:11PM   14         A.   YES, TO THE BEST OF MY RECOLLECTION, YES.

03:11PM   15         Q.   NOW, THIS MEETING WAS REQUESTED BY THERANOS; CORRECT?

03:11PM   16         A.   THAT'S MY UNDERSTANDING.

03:11PM   17         Q.   OKAY.  AND THAT'S UNUSUAL THAT A SMALL CLINICAL LABORATORY

03:11PM   18    AT THE TIME WOULD REQUEST A MEETING WITH CMS TO DISCUSS ITS

03:11PM   19    BUSINESS MODEL; CORRECT?

03:11PM   20         A.   IT IS NOT UNUSUAL.

03:11PM   21         Q.   IT'S NOT UNUSUAL?

03:11PM   22         A.   IT IS NOT.

03:11PM   23         Q.   YOU HAVE EXPERIENCED THAT BEFORE IN YOUR CAREER?

03:11PM   24         A.   WE HAVE.

03:11PM   25         Q.   AND WHAT ABOUT WITH A MANUFACTURER OF A TESTING DEVICE,

BENNETT CROSS BY MR. CAZARES                           4709

03:11PM   1    WAS IT UNUSUAL FOR A MANUFACTURER TO BE REQUESTING MEETINGS

03:11PM   2    WITH CMS?

03:11PM   3    A.   I DON'T KNOW IF IT'S UNUSUAL, BUT WE HAVE HAD OTHER

03:11PM   4    MEETINGS WITH OTHER MANUFACTURERS OF NEW TECHNOLOGY.

03:12PM   5    Q.   OKAY.  AND THEN YOU HAD ONE WITH THERANOS; CORRECT?

03:12PM   6    A.   WE DID.

03:12PM   7    Q.   NOW, AT SOME POINT IN TIME YOU DESCRIBED LEARNING THAT --

03:12PM   8    WELL, NOT LEARNING -- YOU WERE REQUESTED BY MS. DYER TO

03:12PM   9    PARTICIPATE IN THE THERANOS SURVEY THAT TOOK PLACE IN 2013;

03:12PM   10   CORRECT?

03:12PM   11   A.   I WAS.

03:12PM   12   Q.   OKAY.  BUT THAT WASN'T THE NORMAL PROCESS.

03:12PM   13        THE NORMAL PROCESS WAS FOR STATE REGULATORS TO PERFORM

03:12PM   14   THESE TWICE OR BIANNUAL RECERTIFICATION SURVEYS; CORRECT?

03:12PM   15   A.   IN A LOT OF CASES THE STATE DOES THEM.

03:12PM   16        BUT DEPENDING ON THE ACTUAL SPECIFICS OR THE RESOURCES

03:12PM   17   THAT THE STATE HAVE, WE MAY PERFORM THE SURVEYS, CMS MAY

03:13PM   18   PERFORM THEM IN CONJUNCTION WITH THE STATE OR BY JUST THE

03:13PM   19   FEDERAL SURVEYORS.

03:13PM   20   Q.   OKAY.  AND PRIOR TO 2015, THERANOS HAD BEEN SURVEYED BY

03:13PM   21   STATE REGULATORS ON AT LEAST TWO OCCASIONS; CORRECT?

03:13PM   22   A.   I KNOW THEY HAD BEEN INSPECTED IN 2013.

03:13PM   23        I DON'T KNOW IF THEY HAD BEEN OFFICIALLY INSPECTED PRIOR

03:13PM   24   TO 2013.

03:13PM   25   Q.   OKAY.  BUT IN ORDER TO OBTAIN THE CERTIFICATE THAT THEY

03:13PM  1    OBTAINED, THEY WOULD HAVE HAD TO HAVE BEEN INSPECTED AT SOME

03:13PM  2    POINT IN TIME?

03:13PM  3    A.   YES.  BUT THE CLIA CERTIFICATE IS ISSUED BEFORE WE INSPECT

03:13PM  4    THE LABORATORY.

03:13PM  5    Q.   UNDERSTOOD.

03:13PM  6         WOULD YOU TAKE A LOOK AT WITHIN THE GOVERNMENT'S EXHIBIT

03:14PM  7    BINDER THAT I THINK YOU STILL HAVE, ALTHOUGH IT IS ALSO IN

03:14PM  8    EVIDENCE.

03:14PM  9         IF WE CAN PUT UP ON THE SCREEN, EXHIBIT 5831.

03:14PM 10         AND YOU'LL RECALL THAT 5831, YOU WERE ASKED SOME QUESTIONS

03:14PM 11    ABOUT THE BACKGROUND, THE DOCUMENTS BEHIND THE EMAIL THAT IS

03:14PM 12    DATED 6-13-2015 FROM LANGLY GEE TO MR. BALWANI AND OTHERS

03:14PM 13    RELATING TO SUBJECT AUDIT REPORTS.

03:14PM 14         DO YOU SEE THAT?

03:14PM 15    A.   I DO.

03:14PM 16    Q.   OKAY.  AND MR. GEE WAS THE QUALITY ASSURANCE/QUALITY

03:14PM 17    CONTROL MANAGER AT THERANOS THAT YOU ENGAGED WITH AND MENTIONED

03:14PM 18    IN YOUR TESTIMONY ALREADY TODAY; CORRECT?

03:14PM 19    A.   HE WAS.

03:14PM 20    Q.   OKAY.  AND AT PAGE 2 OF THE EXHIBIT IS THAT COVER LETTER

03:14PM 21    THAT YOU WERE ASKED SOME QUESTIONS ABOUT BY MR. LEACH DATED

03:15PM 22    DECEMBER 10TH, 2013 ADDRESSED TO DR. ROSENDORFF REGARDING

03:15PM 23    STANDARD-LEVEL DEFICIENCIES.

03:15PM 24         DO YOU SEE THAT?

03:15PM 25    A.   I DO.

03:15PM    1    Q.   AND THIS IS -- ATTACHED IS A LETTER AND A SURVEY REPORT

03:15PM    2    FROM THE CALIFORNIA DEPARTMENT OF PUBLIC HEALTH; IS THAT RIGHT?

03:15PM    3    A.   YES.  THIS IS THE COVER LETTER THAT GOES WITH THE SURVEY

03:15PM    4    THAT WAS PERFORMED IN DECEMBER OF 2013.

03:15PM    5    Q.   AND I THINK YOU DESCRIBED IN YOUR TESTIMONY THAT UNDER

03:15PM    6    CLIA, THERE ARE DIFFERENT LEVELS OF DEFICIENCIES.

03:15PM    7         STANDARD IS ONE AND CONDITION IS ANOTHER; CORRECT?

03:15PM    8    A.   YES.

03:15PM    9    Q.   AND STANDARD IS A LESS SERIOUS LEVEL OF DEFICIENCY, AND

03:15PM   10    CONDITION LEVEL IS A MORE SERIOUS DEFICIENCY?

03:15PM   11    A.   THAT'S CORRECT.

03:15PM   12    Q.   OKAY.  AND IS IT ACCURATE THAT SOMETIMES AN ACCUMULATION

03:15PM   13    OF MULTIPLE STANDARD LEVEL DEFICIENCIES CAN CONTRIBUTE OR

03:15PM   14    SUPPORT A CONDITION LEVEL DEFICIENCY?

03:15PM   15    A.   YES.  BUT THE NUMBER OF STANDARDS, THERE DOES NOT HAVE TO

03:16PM   16    BE A LEVEL OF STANDARD IN ORDER TO CALL IT A CONDITION LEVEL.

03:16PM   17    Q.   AND JUST SO I UNDERSTAND THAT RIGHT, JUST BECAUSE THERE

03:16PM   18    MAY BE, LET'S SAY HYPOTHETICALLY, NUMEROUS STANDARD LEVEL

03:16PM   19    DEFICIENCIES, WOULDN'T NECESSARILY MEAN THAT THAT WOULD RISE TO

03:16PM   20    THE LEVEL OF CONDITION LEVEL DEFICIENCIES; IS THAT RIGHT?

03:16PM   21    A.   THAT'S CORRECT.

03:16PM   22         BUT THAT ALSO MEANS THAT YOU COULD HAVE ONE STANDARD THAT

03:16PM   23    WOULD RISE TO THE CONDITION LEVEL AS WELL.

03:16PM   24    Q.   BECAUSE IT MAY BE A REALLY SERIOUS SPECIFIC STANDARD?

03:16PM   25    A.   YES.

03:16PM 1    Q.   OKAY.  OR THE FINDINGS THAT SUPPORT THE STANDARD LEVEL

03:16PM 2    VIOLATION MAY BE SERIOUS?

03:16PM 3    A.   YES.

03:16PM 4    Q.   OKAY.  AND IF WE CAN TAKE A LOOK AT PAGE 2 OF THE COVER

03:16PM 5    LETTER ANYWAY.  NEAR THE BOTTOM THERE'S A PARAGRAPH THAT SAYS

03:16PM 6    "PLEASE NOTE."

03:16PM 7         AT PAGE 2, SORRY.

03:17PM 8         AND THE LETTER READS, "PLEASE NOTE THAT THE ROUTINE SURVEY

03:17PM 9    TAKES AN OVERVIEW OF THE LABORATORY THROUGH RANDOM SAMPLING.

03:17PM 10   BY ITS NATURE, THE ROUTINE SURVEY MAY NOT FIND EVERY VIOLATION

03:17PM 11   THAT THE LABORATORY MAY HAVE COMMITTED.  IT REMAINS THE

03:17PM 12   RESPONSIBILITY OF THE LABORATORY AND ITS DIRECTOR TO ENSURE

03:17PM 13   THAT THE LABORATORY IS AT ALL TIMES FOLLOWING ALL CLIA

03:17PM 14   REQUIREMENTS."

03:17PM 15        DO YOU SEE THAT?

03:17PM 16   A.   I DO.

03:17PM 17   Q.   OKAY.  AND THE DESCRIPTION OF "RANDOM SAMPLING," THAT'S

03:17PM 18   ESSENTIALLY THE METHODS SURVEYORS USE IN ORDER TO TEST

03:17PM 19   COMPLIANCE IN A CLIA LABORATORY; CORRECT?

03:17PM 20   A.   WE USE RANDOM SAMPLING, BUT WE ALSO -- THE OVERARCHING WAY

03:17PM 21   THAT WE SURVEY IS THE OUTCOME ORIENTED SURVEY PROCESS.

03:17PM 22   Q.   OKAY.  AND PART OF THE REASON THAT YOU USE THESE PROCESSES

03:17PM 23   IS BECAUSE YOU CAN'T LOOK AT EVERYTHING; IS THAT FAIR?

03:18PM 24   A.   THAT DEPENDS ON THE LABORATORY.

03:18PM 25   Q.   OKAY.

03:18PM  1    A.   HOW MUCH WE ARE ABLE TO REVIEW.

03:18PM  2    Q.   OKAY.  AND BY ITS NATURE, THOUGH, TYPICALLY SURVEYS ARE

03:18PM  3    CONDUCTED ON THIS SAMPLING METHOD; CORRECT?

03:18PM  4    A.   AGAIN, IT DEPENDS ON THE LABORATORY, HOW BIG THE

03:18PM  5    LABORATORY IS, AND HOW MUCH TESTING THEY'RE DOING.

03:18PM  6    Q.   OKAY.  AND YOUR SURVEY -- IN YOUR SURVEY OF THERANOS'S

03:18PM  7    LABORATORY, YOU USED BOTH A SAMPLING METHOD AND THIS OUTCOME

03:18PM  8    METHOD?

03:18PM  9    A.   YES.

03:18PM 10    Q.   OKAY.  AND THEN THE LETTER THAT WAS SENT TO DR. ROSENDORFF

03:18PM 11    IN 2013 REFERENCED THE FACT THAT "IT IS THE RESPONSIBILITY OF

03:18PM 12    THE LABORATORY AND ITS DIRECTOR TO ENSURE THAT THE LABORATORY

03:18PM 13    IS IT AT ALL TIMES FOLLOWING ALL CLIA REQUIREMENTS."

03:18PM 14         DO YOU SEE THAT?

03:18PM 15    A.   I DO.

03:18PM 16    Q.   AND THAT IS ACCURATE; CORRECT?

03:18PM 17    A.   THAT IS ACCURATE.

03:19PM 18    Q.   NOW, CONTINUING WITH THIS EXHIBIT, YOU WERE SHOWN IT

03:19PM 19    BRIEFLY, BUT I DON'T THINK YOU DISCUSSED ANY DETAILS AT 5831.

03:19PM 20         AND I WANTED TO ASK YOU A FEW QUESTIONS ABOUT WHAT IS

03:19PM 21    REFLECTED IN THE SURVEY REPORT HERE.

03:19PM 22         SO TURNING TO PAGE 5 OF 5831, YOU WERE ASKED SOME

03:19PM 23    QUESTIONS ABOUT THE FIRST D-TAG.  I THINK YOU CALLED IT D5215.

03:19PM 24         DO YOU SEE THAT?

03:19PM 25    A.   I DO.

BENNETT CROSS BY MR. CAZARES                                    4714

```
03:19PM   1     Q.   AND DO I HAVE THAT RIGHT, IT'S A D-TAG?

03:19PM   2     A.   YES.

03:19PM   3     Q.   IS THAT HOW YOU RELATE OR REFER TO IT?

03:19PM   4     A.   YES.

03:19PM   5     Q.   SO I'LL USE THAT PHRASE.  SO D-TAG D5215, IN THIS SURVEY

03:19PM   6     REPORT FROM DECEMBER 3RD, 2013, CONCERNS EVALUATION OF

03:19PM   7     PROFICIENCY TESTING PERFORMANCE.

03:19PM   8          DID I GET THAT RIGHT?

03:19PM   9     A.   YOU DID.

03:19PM  10     Q.   OKAY.  AND THEN YOU DESCRIBE THERE'S A DESCRIPTION OF THE

03:19PM  11     REGULATION?

03:19PM  12     A.   YES.

03:19PM  13     Q.   OKAY.  AND THEN BELOW THAT IS THE KIND OF SURVEYOR'S

03:19PM  14     FINDINGS.

03:20PM  15          IS THAT FAIR?

03:20PM  16     A.   YES.

03:20PM  17     Q.   OKAY.  AND THEN HERE THE SURVEYOR WROTE, "THIS STANDARD IS

03:20PM  18     NOT MET AS EVIDENCED BY," AND THEN, "BASED ON REVIEW OF

03:20PM  19     AMERICAN PROFICIENCY INSTITUTE PROFICIENCY TESTING DOCUMENTS

03:20PM  20     (FROM THE 2ND TESTING EVENT OF 2013 TO THE 3RD TESTING EVENT OF

03:20PM  21     2013), LACK OF CORRECTIVE ACTION DOCUMENTS, AND INTERVIEW WITH

03:20PM  22     THE LABORATORY DIRECTOR, IT WAS DETERMINED THAT THE LABORATORY

03:20PM  23     DIRECTOR FAILED TO ENSURE THAT CORRECTIVE ACTIONS WERE

03:20PM  24     PERFORMED WHEN THE LABORATORY RECEIVED UNGRADED PROFICIENCY

03:20PM  25     TESTING RESULTS."
```

BENNETT CROSS BY MR. CAZARES                                          4715

03:20PM  1          AND THEN THERE'S A DESCRIPTION OF SOME FINDINGS.

03:20PM  2          DID I READ THAT RIGHT?

03:20PM  3     A.   YOU DID.

03:20PM  4     Q.   NOW, "UNGRADED PROFICIENCY TESTING RESULTS," THAT MEANS

03:20PM  5     THAT THE RESULT THAT THE LAB REPORTED TO, IN THIS CASE IT WAS

03:20PM  6     API, WASN'T INACCURATE OR INCONSISTENT WITH PEERS, IT SIMPLY

03:20PM  7     WASN'T GRADED OR IT WASN'T SCORED; IS THAT RIGHT?

03:21PM  8     A.   WHEN THE LABORATORY SUBMITTED THEIR RESULTS, AND THEN THE

03:21PM  9     RESULTS WERE SUBMITTED TO THE LABORATORY, THE PROFICIENCY

03:21PM 10     TESTING PROGRAM HAD NOT GRADED THE RESULTS BECAUSE THEY WERE

03:21PM 11     UNABLE TO DO SO.

03:21PM 12     Q.   OKAY.  AND THAT CAN HAPPEN WHEN THERE ARE NOT ENOUGH PEER

03:21PM 13     PARTICIPANTS IN A PROFICIENCY TESTING CHALLENGE; CORRECT?

03:21PM 14     A.   IT CAN.

03:21PM 15     Q.   OKAY.  SO RESULTS GO OUT TO THE API, API MAY NOT BE IN A

03:21PM 16     SITUATION WHERE THEY DON'T HAVE ENOUGH COMPARATIVE LABS, SO

03:21PM 17     THEY SEND THE RESULT BACK UNGRADED TO THE LAB.

03:21PM 18          AT THAT POINT THE LAB ISN'T BEING TOLD THAT THE RESULT IS

03:21PM 19     WRONG.

03:21PM 20          IS THAT FAIR?

03:21PM 21     A.   THEY'RE NOT BEING TOLD WHETHER IT'S RIGHT OR WRONG.

03:21PM 22     Q.   OKAY.  BUT AT THAT POINT THE LAB HAS SOME RESPONSIBILITIES

03:21PM 23     TO DO SOME FOLLOW-UP?

03:21PM 24     A.   THEY DO.

03:21PM 25     Q.   OKAY.  AND IS THAT WHAT THE DEFICIENCY IS HERE, THAT THE

BENNETT CROSS BY MR. CAZARES                                            4716

03:22PM  1    LAB DIRECTOR FAILED TO ENSURE THAT THE LAB FOLLOWED UP ON THIS

03:22PM  2    UNGRADED EVENT?

03:22PM  3    A.   WELL, I DID NOT WRITE THIS, THIS SURVEY REPORT.  IT

03:22PM  4    APPEARS THAT THEY DID NOT MEET THE REQUIREMENT TO EVALUATE

03:22PM  5    THEIR UNGRADED RESULTS.

03:22PM  6    Q.   OKAY.  OKAY.  AND EVALUATING AN UNGRADED RESULT WOULD

03:22PM  7    INVOLVE DOING SOME INVESTIGATIVE WORK IN ORDER TO REACH SOME

03:22PM  8    ASSURANCE OR DEMONSTRATE THAT THE RESULTS THAT WERE ARRIVED AT

03:22PM  9    WERE ACCURATE; CORRECT?

03:22PM  10   A.   THE LABORATORY HAS TO DETERMINE HOW THEY'RE GOING TO

03:22PM  11   FIGURE OUT THE UNGRADED RESULTS ARE ACCEPTABLE OR ACCURATE.

03:22PM  12   Q.   AND IT'S UP TO THE LABORATORY TO MAKE THAT DECISION?

03:22PM  13   A.   IT IS.

03:22PM  14   Q.   ALL RIGHT.

03:22PM  15   A.   AND THEY HAVE TO SHOW THE DOCUMENTATION OF HOW THEY DID

03:22PM  16   THAT AND HOW THEY DETERMINED THAT IT WAS AN ACCURATE RESULT.

03:22PM  17   Q.   AND SOME OF THE DOCUMENTATION A LAB OR A LABORATORY

03:23PM  18   DIRECTOR MAY LOOK TO IN ORDER TO PERFORM THIS CORRECTIVE ACTION

03:23PM  19   MAY BE TO LOOK AT QUALITY CONTROL RECORDS?

03:23PM  20   A.   IN MY EXPERIENCE, THAT'S ONE OF THE THINGS THAT THE

03:23PM  21   LABORATORY CAN LOOK AT WHEN THEY GET UNGRADED RESULTS TO ENSURE

03:23PM  22   THAT THE QUALITY CONTROL WAS OKAY THAT DAY.

03:23PM  23   Q.   A LAB COULD ALSO LOOK AT MAYBE HISTORICAL PROFICIENCY

03:23PM  24   TESTING RESULTS?  WOULD THAT HELP?

03:23PM  25   A.   WE DON'T HAVE ANY REQUIREMENTS IN CLIA OF WHAT THEY HAVE

BENNETT CROSS BY MR. CAZARES                                    4717

03:23PM  1      TO LOOK AT.

03:23PM  2          THEY HAVE TO LOOK AT WHAT THEY NEED, THE DOCUMENTATION AND

03:23PM  3      THE INFORMATION, TO DETERMINE IF THE UNGRADED RESULT MEETS THE

03:23PM  4      REQUIREMENTS.

03:23PM  5      Q.   FAIR ENOUGH.

03:23PM  6          BUT YOU DO HAVE EXPERIENCE IN EVALUATING -- YOU DO HAVE

03:23PM  7      SOME EXPERIENCE IN REVIEWING AND EVALUATING CORRECTIVE ACTION,

03:24PM  8      RECORDS OR DOCUMENTS THAT LABS PRESENT TO CMS TO TRY TO SATISFY

03:24PM  9      THEIR OBLIGATIONS; CORRECT?

03:24PM 10      A.   YES.

03:24PM 11      Q.   OKAY.  AND SO SOMETIMES THEY LOOK AT QC RECORDS?

03:24PM 12      A.   UH-HUH, YES.

03:24PM 13      Q.   AND SOMETIMES THEY MIGHT LOOK AT MAYBE QC AND PATIENT

03:24PM 14      RECORDS TOGETHER TO FIGURE OUT WHETHER THERE MIGHT BE SOME

03:24PM 15      INDICATIONS OF SOME ISSUES?

03:24PM 16      A.   THEY CAN LOOK AT BOTH QC AND PATIENT RECORDS.

03:24PM 17      Q.   AND WHAT OTHER TYPES OF RECORDS ARE YOU AWARE OF OR ARE

03:24PM 18      YOU FAMILIAR WITH THAT LABS MIGHT HAVE PRESENTED IN PRIOR

03:24PM 19      SURVEYS THAT YOU'VE DONE TO SATISFY THIS DOCUMENTATION ISSUE

03:24PM 20      REGARDING UNGRADED PROFICIENCY TESTING EVENTS?

03:24PM 21      A.   LIKE YOU SAID, THEY WILL LOOK AT QUALITY CONTROL RECORDS,

03:24PM 22      THEY WILL LOOK AT PATIENT RECORDS, THEY WOULD -- THEY COULD

03:24PM 23      CHECK TO SEE IF THERE WERE ANY QUALITY ASSESSMENT ISSUES DURING

03:24PM 24      THAT TIME, IF THEY HAD ANY ISSUES WITH THE TEST.  THEY CAN

03:24PM 25      REACH OUT TO THE MANUFACTURER TO SEE IF THERE WERE ANY PROBLEMS

03:25PM   1    WITH THE TESTING, THE REAGENTS.

03:25PM   2         THEY CAN ALSO REACH OUT TO THE PROFICIENCY TESTING PROGRAM

03:25PM   3    TO SEE IF THEY HAD IDENTIFIED ANY ISSUES WITH THE PT SAMPLES.

03:25PM   4    Q.   THANK YOU.

03:25PM   5         NOW, CONTINUING WITH THIS SURVEY REPORT FROM 2016 TO THE

03:25PM   6    SECOND -- I'M SORRY, PAGE 6.  PAGE 2 OF 8 OF THE REPORT ITSELF.

03:25PM   7         AND CONTINUING ON THIS DEFICIENCY OF FAILURES TO TAKE

03:25PM   8    CORRECTIVE ACTION REGARDING THIS PROFICIENCY TESTING

03:25PM   9    CHALLENGES.

03:25PM  10         DO I HAVE IT RIGHT, THAT ON PAGE 6, EACH OF THE ISSUES

03:25PM  11    RAISED BETWEEN D, E, F, G, H, AND I, THEY'RE ALL OF THESE

03:25PM  12    SIMILARLY UNGRADED PROFICIENCY TESTING CHALLENGES; CORRECT?

03:26PM  13    A.   IT WOULD APPEAR THAT THE SURVEYOR CITED THERANOS FOR NOT

03:26PM  14    TAKING ANY CORRECTIVE ACTIONS WHEN THERE WERE UNGRADED RESULTS.

03:26PM  15    Q.   ALTHOUGH IF WE GO TO PAGE 7, IT LOOKS LIKE AT ITEM K IT

03:26PM  16    READS, "THERE WAS NO CORRECTIVE ACTION DOCUMENTED FOR THE

03:26PM  17    UNACCEPTABLE FOLATE PROFICIENCY TEST RESULT FOR 1 OF 2

03:26PM  18    PROFICIENCY TEST CHALLENGES FOR THE API 3RD TESTING EVENT OF

03:26PM  19    2013."

03:26PM  20         DO YOU SEE THAT?

03:26PM  21    A.   I DO.

03:26PM  22    Q.   SO IT SEEMS LIKE WHEN THERE'S AN UNACCEPTABLE SCORE

03:26PM  23    RETURNED TO THE LAB, THE LAB NEEDS TO TAKE CORRECTIVE ACTION

03:26PM  24    AND INVESTIGATE WHAT HAPPENED AND DEMONSTRATE THAT THEY HAVE

03:26PM  25    SOLVED WHATEVER ISSUE MAY HAVE ARISEN?

03:27PM 1    A.   THAT'S TRUE.

03:27PM 2    Q.   OKAY.  AND THEN CONTINUING ON THAT SAME PAGE 7.  I CAN'T

03:27PM 3    READ -- I THINK IT'S LETTER L.  "ON 12/3/13 THE LABORATORY

03:27PM 4    DIRECTOR AFFIRMED THAT NO INVESTIGATION WAS PERFORMED TO

03:27PM 5    DETERMINE IF RESULTS SUCCESSFULLY DEMONSTRATED TEST ACCURACY

03:27PM 6    USING LABORATORY QC DATA AND RESULTS DISTRIBUTION DATA SUPPLIED

03:27PM 7    BY THE PT ORGANIZATION, AS PER THE LABORATORY'S POLICY."

03:27PM 8         DO YOU SEE THAT?

03:27PM 9    A.   I DO.

03:27PM 10   Q.   AND SO IT LOOKS LIKE THE LABORATORY DIRECTOR KIND OF

03:27PM 11   ADMITTED THAT THEY DIDN'T DO WHAT THEY WERE SUPPOSED TO DO AND

03:27PM 12   FOLLOWED THE LAB'S OWN PROCEDURE; CORRECT?

03:27PM 13             MR. LEACH:  YOUR HONOR, OBJECTION.  THIS DOCUMENT IS

03:27PM 14   IN FOR A LIMITED PURPOSE, NOT A HEARSAY PURPOSE.

03:27PM 15        IF THE DEFENSE WANTS IT IN FOR ITS TRUTH, WE CAN DO THAT,

03:27PM 16   TOO.

03:27PM 17             THE COURT:  COUNSEL, THIS WAS IN NOT FOR THE TRUTH

03:28PM 18   OF THE MATTER ASSERTED BUT TO INFORM AS TO ANY ACTION TAKEN.

03:28PM 19             MR. CAZARES:  I UNDERSTOOD THAT, YOUR HONOR, TO

03:28PM 20   MR. BALWANI.

03:28PM 21        I'M ASKING THE WITNESS QUESTIONS ABOUT WHAT ACTUALLY DOES

03:28PM 22   THIS MEAN, THAT MR. BALWANI IS RECEIVING NOTICE OF, AND WHO IS

03:28PM 23   INVOLVED IN IT, BECAUSE THE GOVERNMENT THREW THIS IN THE RECORD

03:28PM 24   AND KIND OF DIDN'T ASK ANY QUESTIONS ABOUT IT, AND SO I THINK

03:28PM 25   THE JURY NEEDS TO SEE SOME DETAIL.

BENNETT CROSS BY MR. CAZARES                                    4720

03:28PM   1                THE COURT:  WELL, IT'S OFFERED FOR THE TRUTH OF WHAT

03:28PM   2    IS IN HERE.  THIS IS BACKGROUND FOR HER CONDUCT.

03:28PM   3                MR. CAZARES:  YES, YOUR HONOR.  UNDERSTOOD,

03:28PM   4    YOUR HONOR.

03:28PM   5                THE COURT:  YOU CAN GO THAT WAY.

03:28PM   6                MR. CAZARES:  OKAY.

03:28PM   7    Q.   AND THEN -- I WON'T BELABOR THIS TOO MUCH, BUT LOOK AT THE

03:28PM   8    NEXT D-TAG D5217.

03:28PM   9         DO YOU SEE THAT --

03:28PM  10    A.   I DO.

03:28PM  11    Q.   ON PAGE 7?

03:28PM  12         AND THIS IS TITLED EVALUATION OF PROFICIENCY PERFORMANCE?

03:28PM  13         DO YOU SEE THAT?

03:28PM  14    A.   I DO.

03:28PM  15    Q.   AND THEN THE REQUIREMENT READS, "AT LEAST TWICE ANNUALLY,

03:29PM  16    THE LABORATORY MUST VERIFY THE ACCURACY OF ANY TEST OR

03:29PM  17    PROCEDURE IT PERFORMS THAT IS NOT INCLUDED IN SUBPART I OF THIS

03:29PM  18    PART."

03:29PM  19         DO YOU SEE THAT?

03:29PM  20    A.   I DO.

03:29PM  21    Q.   AND NOW THIS REFERENCE TO "SUBPART I OF THIS PART," THAT

03:29PM  22    IS RELATING TO CLIA; CORRECT?

03:29PM  23    A.   IT IS.

03:29PM  24    Q.   OKAY.  AND THEN CONTINUING.

03:29PM  25                THE REPORT READS, "THIS STANDARD IS NOT MET AS EVIDENCED

BENNETT CROSS BY MR. CAZARES                    4721

03:29PM   1        BY:

03:29PM   2            "BASED INTERVIEW WITH THE LABORATORY DIRECTOR AND TESTING

03:29PM   3        PERSONNEL, LACK OF VERIFICATION OF ACCURACY DOCUMENTATION FOR

03:29PM   4        AMMONIA (NH3), AND REVIEW OF TESTING LOGS.  IT WAS DETERMINED

03:29PM   5        THAT FROM 2012 TO 2013 THE LABORATORY FAILED TO VERIFY THE

03:29PM   6        ACCURACY OF NH3 TESTING AT LEAST TWICE ANNUALLY."

03:30PM   7            DO YOU SEE THAT?

03:30PM   8        A.   I DO.

03:30PM   9        Q.   AND SO SEPARATE AND ASIDE FROM THIS VALIDATION OF TESTS OR

03:30PM  10        VERIFICATION OF FDA APPROVED TESTS USED IN THE LAB, IT SOUNDS

03:30PM  11        LIKE THE LAB NEEDS TO TWICE ANNUALLY PERFORM THIS ADDITIONAL

03:30PM  12        ASSURANCE PROTOCOL?

03:30PM  13        A.   YES.  THIS IS WHAT I WAS TALKING ABOUT WHEN I SPOKE

03:30PM  14        EARLIER TO WHAT WE WOULD CALL ALTERNATIVE PT.

03:30PM  15            SUBPART I IS A LIST OF ANALYTES THAT LABORATORIES ARE

03:30PM  16        REQUIRED TO ENROLL AND PARTICIPATE FOR PROFICIENCY TESTING.

03:30PM  17            SO IF THEY ARE NOT IN SUBPART I OR IT'S AN ADDITIONAL

03:30PM  18        METHOD OF THE SAME, THEN THEY HAVE TO DO THIS TWICE ANNUAL

03:30PM  19        VERIFICATION.

03:30PM  20            IT'S NOT VALIDATION, IT'S NOT PERFORMING VERIFICATION OF

03:30PM  21        PERFORMANCE SPECIFICATIONS.  IT'S COMPLETELY A SEPARATE

03:31PM  22        REQUIREMENT FROM THAT.

03:31PM  23        Q.   IT'S A SEPARATE REQUIREMENT AND IN LIEU OF COMMERCIAL

03:31PM  24        PROFICIENCY TESTING; IS THAT RIGHT?

03:31PM  25        A.   THEY MAY ENROLL IN PROFICIENCY TESTING FOR THESE, BUT

BENNETT CROSS BY MR. CAZARES                                  4722

03:31PM  1      THEY'RE NOT REQUIRED TO DO IT.

03:31PM  2          I'M NOT SURE IT WOULD REALLY BE IN LIEU OF.  YOU KNOW,

03:31PM  3      THEY'RE REQUIRED TO ENROLL AND PARTICIPATE FOR THOSE TESTS IN

03:31PM  4      SUBPART I, AND THEY CAN EITHER ENROLL OR DO THE TWICE ANNUAL

03:31PM  5      ACCURACY INSTEAD OF ENROLLING.

03:31PM  6      Q.   FAIR ENOUGH.

03:31PM  7          AND THEN CONTINUING ON WITH THE EXHIBIT ON 5831 ON

03:31PM  8      PAGE 11, THERE'S A DESCRIPTION OF A PLAN OF CORRECTION.

03:31PM  9          DO YOU SEE THAT?

03:31PM 10      A.   I DO.

03:31PM 11      Q.   AND THEN THERE'S A DESCRIPTION FOR SURVEY OF THERANOS

03:32PM 12      COMPLETED 12-3-2013.

03:32PM 13          DID I GET THAT RIGHT?

03:32PM 14      A.   YOU DID.

03:32PM 15      Q.   AND THEN THERE'S A DESCRIPTION OF RESPONSE AND PLAN TO

03:32PM 16      D-TAG 5215; 310B.

03:32PM 17          DID I GET THAT RIGHT?

03:32PM 18      A.   YES.

03:32PM 19      Q.   OKAY.  AND THEN THE RESPONSE AND PLAN READS, "WE HAVE

03:32PM 20      COMPARED OUR REPORTED RESULT TO THAT PART OF OUR PEER GROUP

03:32PM 21      (DIASORIN, 4 PEERS) FOR THAT EVENT AND FOR THAT SPECIMEN.  OUR

03:32PM 22      RESULT (POSITIVE) MATCHED THAT OF OUR ENTIRE PEER GROUP FOR

03:32PM 23      THAT CHALLENGE.  COMPLETION DATE COMPLETED 12-19."

03:32PM 24          DO YOU SEE THAT?

03:32PM 25      A.   I DO.

03:32PM   1        Q.   NOW -- SO THE ISSUE HERE WAS THE RESULT MATCHED THE PEERS,

03:32PM   2   THAT'S GREAT, BUT THEY SHOULD HAVE DONE THE WORK BEFORE; IS

03:32PM   3   THAT FAIR?

03:32PM   4        A.   THAT'S CORRECT.

03:32PM   5             MR. LEACH:   OBJECTION, YOUR HONOR.   CALLS FOR

03:32PM   6   HEARSAY.

03:33PM   7             THE COURT:   THIS IS NOT IN FOR THE TRUTH OF THE

03:33PM   8   MATTER ASSERTED.

03:33PM   9             MR. CAZARES:   NOTICE TO MR. BALWANI WHO THIS IS

03:33PM  10   BEING SENT TO.

03:33PM  11             THE COURT:   THAT'S CORRECT.

03:33PM  12        SO YOU CAN ASK HER WHAT CONDUCT SHE ENGAGED IN.   WHAT DID

03:33PM  13   SHE DO?   WHAT IS HER RESPONSE TO THIS?   WHAT DID SHE DO?

03:33PM  14        BUT THE DOCUMENT ITSELF IS NOT OFFERED FOR THE TRUTH OF

03:33PM  15   THE MATTER ASSERTED.

03:33PM  16             MR. CAZARES:   I BELIEVE IT WAS BEING OFFERED FOR

03:33PM  17   NOTICE TO MR. BALWANI.

03:33PM  18             THE COURT:   YES.

03:33PM  19             MR. CAZARES:   AND I'M ASKING HER TO DESCRIBE OR

03:33PM  20   EXPLAIN WHAT THIS MEANS THAT MR. BALWANI IS RECEIVING REGARDING

03:33PM  21   THE OUTCOME OF THE INVESTIGATION.

03:33PM  22             THE COURT:   WELL, I THINK YOU CAN ASK HER WHAT DOES

03:33PM  23   THIS MEAN TO HER.

03:33PM  24             MR. CAZARES:   FAIR ENOUGH, YOUR HONOR.   I APOLOGIZE.

03:33PM  25   I DIDN'T QUITE UNDERSTAND.

ER-3408

BENNETT CROSS BY MR. CAZARES                                    4724

03:33PM   1    Q.   SO, MS. BENNETT, LOOKING AT ITEM 1, "WE HAVE COMPARED OUR

03:33PM   2    REPORTED RESULT TO THAT OF OUR PEER GROUP FOR THAT EVENT AND

03:33PM   3    FOR THAT SPECIMEN.  OUR RESULT (POSITIVE) MATCHED THAT OF OUR

03:34PM   4    ENTIRE PEER GROUP FOR THAT CHALLENGE."

03:34PM   5         AND THEN THERE'S A COMPLETION DATE.

03:34PM   6         DO YOU SEE THAT?

03:34PM   7    A.   I DO.

03:34PM   8    Q.   OKAY.  AND IS THAT THE TYPE OF INVESTIGATIVE WORK THAT YOU

03:34PM   9    WOULD EXPECT TO SEE RELATED TO PROFICIENCY TESTING UNGRADED

03:34PM  10    CHALLENGES?

03:34PM  11    A.   I WOULD EXPECT THAT TO BE PART, BUT NOT THE TOTALITY OF

03:34PM  12    WHAT THEY WOULD DO.

03:34PM  13    Q.   OKAY.  WHAT ELSE WOULD YOU EXPECT THEM TO DO?

03:34PM  14    A.   I WOULD EXPECT THEM TO SHOW THAT THE RESULTS THAT THEY

03:34PM  15    ACTUALLY GOT WERE ACCURATE BY GIVING -- BY SUBMITTING

03:34PM  16    DOCUMENTATION TO SUPPORT THAT INVESTIGATION.

03:34PM  17    Q.   SO JUST CAN -- AND JUST SO I UNDERSTAND IT, AND JUST

03:34PM  18    REPORTING A RESULT THAT MATCHED PEER GROUPS, THAT'S NOT ENOUGH?

03:35PM  19    A.   IT IS NOT.

03:35PM  20    Q.   OKAY.  SO THE FACT THAT THERANOS'S RESULT MATCHED OTHER

03:35PM  21    LABS USING, FOR EXAMPLE, DIASORIN EQUIPMENT, IN YOUR MIND AND

03:35PM  22    EXPERIENCE, THAT'S INSUFFICIENT, YOU NEED TO DO MORE WORK?

03:35PM  23    A.   I WOULD EXPECT TO SEE MORE, YES.

03:35PM  24    Q.   OKAY.  AND IF WE CAN TURN TO PAGE 12, THERE'S A RESPONSE

03:35PM  25    TO THE DEFICIENCY.

BENNETT CROSS BY MR. CAZARES                                    4725

03:35PM  1        "THERE WAS NO CORRECTIVE ACTION DOCUMENTED FOR THE

03:35PM  2     UNGRADED ANTI-RNP," I CAN'T SEE IF THAT IS AN S OR 5N,

03:35PM  3     "PROFICIENCY TEST RESULT FOR 1 OF 5 PROFICIENCY TEST CHALLENGES

03:35PM  4     FOR THE 2ND TESTING EVENT FOR 2013."

03:35PM  5        DO YOU SEE THAT?

03:35PM  6     A.   I DO.  AND IT'S SN.

03:35PM  7     Q.   AND THEN THE RESPONSE AND PLAN STARTS, "WE HAVE COMPARED

03:36PM  8     OUR REPORTED RESULT TO THAT OF OUR PEER GROUP FOR THAT EVENT

03:36PM  9     AND FOR THAT SPECIMEN (DIASORIN, 3 PEERS).  OUR RESULT

03:36PM 10     (NEGATIVE) MATCHED THAT OF OUR ENTIRE PEER GROUP FOR THAT

03:36PM 11     CHALLENGE.  COMPLETION DATE 12-19."

03:36PM 12        DO YOU SEE THAT?

03:36PM 13     A.   I DO.

03:36PM 14     Q.   AND THE RESPONSE AND PLAN CONTINUES.

03:36PM 15        ITEM 2, "WE HAVE REVIEWED THE QC DATA FROM THE

03:36PM 16     INSTRUMENTATION?"

03:36PM 17        THAT IS SOMETHING THAT YOU WOULD EXPECT THE LAB TO DO?

03:36PM 18     A.   I WOULD EXPECT THEM TO DO THAT, YES.

03:36PM 19     Q.   OKAY.  AND THEN ITEM 3 THERE'S A DESCRIPTION OF, "WE HAVE

03:36PM 20     REVIEWED THE FAILURE OF THE FOLLOW-UP OF THE UNGRADED RESULT

03:36PM 21     WITH SUPERVISORIAL STAFF TO REINFORCE THE NEED TO FOLLOW THE

03:36PM 22     PROTOCOL WHICH INCLUDES TO EVALUATE ALL UNGRADED PT RESULTS."

03:36PM 23        DO YOU SEE THAT?

03:36PM 24     A.   I DO.

03:36PM 25     Q.   AND IS THAT SOMETHING THAT YOU WOULD HAVE EXPECTED THE LAB

BENNETT CROSS BY MR. CAZARES                          4726

03:36PM   1    TO DO IN THE FIRST PLACE?

03:36PM   2    A.   I WOULD HAVE EXPECTED THEM TO DO THAT, BUT I WOULD HAVE

03:37PM   3    ALSO EXPECTED THEM TO SHOW DOCUMENTATION THAT THAT HAD

03:37PM   4    OCCURRED.

03:37PM   5    Q.   OKAY.  LASTLY, ON ITEM 4 IN RESPONSE TO THIS DEFICIENCY

03:37PM   6    THE DOCUMENT READS, "THE LABORATORY HAS HIRED A QA/QC DIRECTOR

03:37PM   7    WHOSE RESPONSIBILITIES INCLUDE REVIEWING ALL PT EVENTS AND

03:37PM   8    GENERATING REMINDERS TO LABORATORY STAFF TO FOLLOW UP ON ALL

03:37PM   9    UNGRADED PT RESPONSES."

03:37PM  10       DO YOU SEE THAT?

03:37PM  11    A.   I DO.

03:37PM  12    Q.   AND WOULD YOU, AS A CLIA SURVEYOR, REQUIRE SOME SORT OF

03:37PM  13    DOCUMENTATION OF THAT IN ORDER TO SATISFY THIS KIND OF UNGRADED

03:37PM  14    PT CHALLENGE?

03:37PM  15       IS JUST REPORTING THAT THE LAB HAS HIRED SOMEBODY TO

03:37PM  16    OVERSEE QUALITY CONTROL ENOUGH OR WOULD YOU REQUIRE SOME SORT

03:37PM  17    OF DOCUMENTATION?

03:37PM  18    A.   I PROBABLY WOULD HAVE EXPECTED THE STATEMENT AND THEN

03:37PM  19    CHECKED IT ON THE NEXT SURVEY.

03:38PM  20    Q.   FAIR ENOUGH.

03:38PM  21       AND PRIOR TO THE 2015 SURVEY OF THERANOS, YOU REVIEWED AND

03:38PM  22    LOOKED BACK AT THE SURVEY REPORT THAT WE JUST LOOKED AT FROM

03:38PM  23    2013; CORRECT?

03:38PM  24    A.   I DID.

03:38PM  25    Q.   AND DID YOU LOOK AT THE PLAN OF CORRECTION SUBMITTED BY

ER-3411

03:38PM   1    THE LAB?

03:38PM   2    A.   I DID.

03:38PM   3    Q.   AND ULTIMATELY THAT PLAN OF CORRECTION WAS ACCEPTED AND

03:38PM   4    THE CERTIFICATE WAS REISSUED; CORRECT?

03:38PM   5    A.   ARE YOU ASKING ABOUT THE 23 --

03:38PM   6    Q.   THE 2013.

03:38PM   7    A.   THE 2013?

03:38PM   8    Q.   YES.

03:38PM   9    A.   I CAN'T SPEAK TO CALIFORNIA, BUT IT APPEARS TO ME THAT IT

03:38PM  10    WAS ACCEPTED OR THERE WOULD HAVE BEEN NO NEED FOR A 2015

03:38PM  11    SURVEY, RECERTIFICATION SURVEY.

03:38PM  12    Q.   BECAUSE THEY WOULDN'T HAVE HAD A LICENSE; CORRECT?

03:38PM  13    A.   YES.

03:38PM  14    Q.   IS THAT RIGHT?

03:38PM  15    A.   YES.

03:38PM  16    Q.   OKAY.

03:39PM  17        YOUR HONOR, IF I COULD PUT UP ON THE SCREEN, I BELIEVE

03:39PM  18    IT'S ALREADY IN EVIDENCE, EXHIBIT 7386, 7386?

03:39PM  19             THE COURT:  ALL RIGHT.

03:39PM  20    BY MR. CAZARES:

03:39PM  21    Q.   DO YOU SEE UP ON THE SCREEN, MS. BENNETT, 7386 APPEARS TO

03:39PM  22    BE CENTERS FOR MEDICARE AND MEDICAID SERVICES CLINICAL

03:39PM  23    LABORATORY IMPROVEMENT AMENDMENTS, CERTIFICATE OF COMPLIANCE.

03:39PM  24        DO YOU SEE THAT?

03:39PM  25    A.   I DO.

03:39PM  1      Q.   AND YOU'RE FAMILIAR WITH THE DOCUMENT?

03:39PM  2      A.   I AM.

03:39PM  3      Q.   AND IT IS DATED JANUARY 9, 2014.

03:39PM  4           DO YOU SEE THAT?

03:39PM  5      A.   YES, THAT'S THE EFFECTIVE DATE OF THE CERTIFICATE.

03:39PM  6      Q.   AFTER THE LAB RESPONDED TO THE DEFICIENCIES CITED IN THE

03:39PM  7      REPORT THAT WE JUST TALKED ABOUT; CORRECT?

03:39PM  8      A.   AFTER THE LAB IS DETERMINED TO BE IN COMPLIANCE, THEN A

03:40PM  9      NEW CERTIFICATE IS GENERATED ONCE THE LABORATORY PAYS THE

03:40PM 10      CERTIFICATE FEE.

03:40PM 11      Q.   FAIR ENOUGH.

03:40PM 12           THANK YOU.  YOU CAN TAKE THAT DOWN.

03:40PM 13           NOW, IN THE LEAD UP TO THE 2015 SURVEY YOU DESCRIBED

03:40PM 14      PREPARATION OR SOME WORK DONE PRIOR TO ACTUALLY GOING ON SITE

03:40PM 15      AND BEGINNING THE SURVEY; CORRECT?

03:40PM 16      A.   YES.

03:40PM 17      Q.   YOU REQUESTED SOME DOCUMENTS TO REVIEW SO YOU COULD BECOME

03:40PM 18      FAMILIAR WITH THE TEST MENU AND WHAT TESTING THERANOS WAS

03:40PM 19      OFFERING AT THE TIME?

03:40PM 20      A.   I DON'T KNOW IF I REQUESTED THE TEST MENU, BUT I REQUESTED

03:40PM 21      THE SURVEY REPORT AND THE PLAN CORRECTION.

03:40PM 22      Q.   FAIR ENOUGH.

03:40PM 23           IF YOU COULD TAKE A LOOK AT 5450.  I THINK IT IS ALREADY

03:40PM 24      IN EVIDENCE.  AND IT WAS USED ON DIRECT, SO YOU CAN PUT IT UP

03:41PM 25      ON THE SCREEN.

BENNETT CROSS BY MR. CAZARES                                     4729

03:41PM  1        AND YOU SEE UP ON THE SCREEN IS THE CLINICAL LABORATORY

03:41PM  2   IMPROVEMENT AMENDMENTS APPLICATION FOR CERTIFICATION?

03:41PM  3        DO YOU SEE THAT?

03:41PM  4   A.   I DO.

03:41PM  5   Q.   AND IT'S FOR THERANOS FOR THE RECERTIFICATION SURVEY THAT

03:41PM  6   YOU ULTIMATELY PARTICIPATED IN; CORRECT?

03:41PM  7   A.   YES.

03:41PM  8   Q.   OKAY.  AND YOU DESCRIBED PREVIOUSLY THAT THIS IS MANDATORY

03:41PM  9   EACH TIME THESE RECERTIFICATION SURVEYS COME UP?

03:41PM 10   A.   THAT'S CORRECT.

03:41PM 11   Q.   AND A LAB IS KIND OF TRUTHFULLY REQUIRED TO DISCLOSE ITS

03:41PM 12   TESTING DETAILS AS REQUESTED IN THE APPLICATION; IS THAT RIGHT?

03:41PM 13   A.   THE INFORMATION THAT IS PUT ON THIS MUST BE ACCURATE AND

03:41PM 14   CORRECT.

03:42PM 15   Q.   ON PAGE 5 OF THE APPLICATION FOR THERANOS FOR 2015 THERE'S

03:42PM 16   A DESCRIPTION AT THE KIND OF LOWER HALF OF THE PAGE OF THE

03:42PM 17   NON-WAIVED TESTING, AND THEN THERE IS IDENTIFICATION OF TESTING

03:42PM 18   THAT THE LAB ENGAGES IN.

03:42PM 19        DO YOU SEE THAT?

03:42PM 20   A.   I DO.

03:42PM 21   Q.   OKAY.  AND YOU WENT OVER SOME OF THIS WITH THE GOVERNMENT,

03:42PM 22   BUT THERE'S A DESCRIPTION OF MICROBIOLOGY, DIAGNOSTIC

03:42PM 23   IMMUNOLOGY.

03:42PM 24        DO YOU SEE THAT?

03:42PM 25   A.   YES.

ER-3414

BENNETT CROSS BY MR. CAZARES                                    4730

03:42PM  1    Q.   AND THERE'S A NUMBER OF TESTS THAT THE LAB PERFORMS UNDER

03:42PM  2    THOSE.

03:42PM  3         DO YOU SEE THAT?

03:42PM  4    A.   YES.

03:42PM  5    Q.   AND THEN THE TOTAL ESTIMATED ANNUAL TEST VOLUME AT THE

03:42PM  6    TIME WAS ESTIMATED AT 894,782 TESTS.

03:42PM  7         DO YOU SEE THAT?

03:42PM  8    A.   I DO.

03:42PM  9    Q.   NOW, THAT NUMBER, 894,000 TESTS, THAT'S LIKE A TEST WOULD

03:43PM  10   BE A COMPLETE BLOOD COUNT.

03:43PM  11        WOULD THAT BE AN EXAMPLE OF A TEST?

03:43PM  12   A.   NO.  A COMPLETE BLOOD COUNT ACTUALLY HAS FIVE TESTS WITHIN

03:43PM  13   IT.

03:43PM  14   Q.   OKAY.

03:43PM  15   A.   A CHEMISTRY PROFILE MAY HAVE 8, 12, 24 WITHIN IT.  SO EACH

03:43PM  16   OF THOSE TESTS IS COUNTED INDIVIDUALLY.

03:43PM  17   Q.   SO WOULD IT BE FAIR TO CALL IT COMPLETE BLOOD COUNT, THE

03:43PM  18   PANEL?

03:43PM  19   A.   I GUESS IF YOU WANT TO CALL IT A PANEL, YES.

03:43PM  20        WE DON'T CALL IT A PANEL, BUT THE LABORATORY CERTAINLY

03:43PM  21   CAN.

03:43PM  22   Q.   FAIR ENOUGH.  FAIR ENOUGH.

03:43PM  23        AND WHEN YOU REQUEST THIS INFORMATION REGARDING THE

03:43PM  24   TESTING PROFILE OF THE LAB, WHAT DO YOU USE THAT FOR?

03:43PM  25   A.   THE TOTAL TEST VOLUME IS USED TO DETERMINE THE COST FOR

```
03:43PM   1        THE LABORATORY FOR THEIR, FOR THEIR COMPLIANCE FEE, HOW MUCH

03:44PM   2        IT'S GOING TO COST TO PERFORM THE SURVEY.

03:44PM   3        Q.   SO THE LARGER THE LAB, THE MORE HIGHER THE TESTING, THE

03:44PM   4        HIGHER THE PRICE?

03:44PM   5        A.   THAT'S CORRECT.

03:44PM   6        Q.   OKAY.  IF WE CAN TAKE A LOOK AT EXHIBIT 5453.

03:44PM   7             AND 5453 IS UP ON THE SCREEN.

03:44PM   8             AND YOU WERE ASKED SOME QUESTIONS ON DIRECT ABOUT THIS

03:44PM   9        TEST LIST THAT WAS DATED AS OF JUNE 12, 2015.

03:44PM  10             DO YOU SEE THAT?

03:44PM  11        A.   I DO.

03:44PM  12        Q.   AND WAS THIS LIST REQUESTED OF THERANOS AT THE TIME THAT

03:44PM  13        THE SURVEY WAS SCHEDULED?

03:44PM  14        A.   YES, IT WAS.

03:44PM  15        Q.   OKAY.  AND SO THIS INFORMATION WAS DISCLOSED BY THERANOS

03:44PM  16        TO THE REQUESTOR AT CMS?

03:44PM  17        A.   YES.

03:44PM  18        Q.   OKAY.  WAS THAT MR. YAMAMOTO?

03:44PM  19        A.   I DON'T KNOW IF HE OR I REQUESTED IT.  I DON'T RECALL.

03:45PM  20        Q.   FAIR ENOUGH.

03:45PM  21             AND THEN YOU REVIEWED SOME OF THE LISTS AND THE NUMBER OF

03:45PM  22        FDA APPROVED, CLEARED OR APPROVED TESTS AND LDT'S.

03:45PM  23             DO YOU SEE THAT?

03:45PM  24        A.   I SEE THAT.

03:45PM  25        Q.   OKAY.  NOW, FOR SOME OF THESE TESTS, FOR EXAMPLE, ON
```

BENNETT CROSS BY MR. CAZARES                                    4732

03:45PM   1      PAGE 1 YOU'LL LOOK AT AND YOU'LL SEE AT THE TOP 10 OR 15

03:45PM   2      ASSAYS, ALBUMIN.

03:45PM   3          DO YOU SEE THAT?

03:45PM   4      A.   I DO.

03:45PM   5      Q.   AND ALBUMIN IS LISTED WITH TWO METHODS, THERE'S AN FDA

03:45PM   6      CLEARED OR APPROVED AND AS WELL AS AN LDT?

03:45PM   7      A.   YES.

03:45PM   8      Q.   AND THERE'S NOTHING UNUSUAL ABOUT THAT, A LAB USING TWO

03:45PM   9      DIFFERENT METHODS?

03:45PM  10      A.   IT'S NOT UNUSUAL FOR A LABORATORY TO USE TWO DIFFERENT

03:45PM  11      METHODS.

03:45PM  12          WE TYPICALLY DON'T SEE ONE ON AN FDA APPROVED DEVICE AND

03:45PM  13      AN LDT.

03:45PM  14      Q.   OKAY.  BUT THE FACT THAT A LAB USES TWO DIFFERENT METHODS

03:45PM  15      FOR THE SAME TESTS ON ITS OWN IS NOT UNUSUAL?

03:45PM  16      A.   IT DEPENDS ON THE SIZE OF THE LAB AND THE TESTING THAT THE

03:46PM  17      LAB IS DOING.

03:46PM  18      Q.   FAIR ENOUGH.

03:46PM  19          AND THEN YOU SEE ON THE SAME FIRST PAGE, AUTOMATED

03:46PM  20      PLATELET COUNT.

03:46PM  21          DO YOU SEE THAT?

03:46PM  22      A.   YES.

03:46PM  23      Q.   AND SIMILARLY, THERANOS USED BOTH AN LDT METHOD AS WELL AS

03:46PM  24      AN FDA APPROVED METHOD?

03:46PM  25      A.   YES.

ER-3417

BENNETT CROSS BY MR. CAZARES                                           4733

03:46PM   1      Q.   AND THEN YOU WERE ASKED QUESTIONS BY MR. LEACH IDENTIFYING

03:46PM   2      THE NUMBER OF LDT'S ON THE PAGES AND OBVIOUSLY JUST BY LOOKING

03:46PM   3      AT THE PAGES, YOU CAN SEE THE NUMBER OF LDT'S IS FAR LESS THAN

03:46PM   4      THE NUMBER OF FDA APPROVED TESTS AT THE TIME; CORRECT?

03:46PM   5      A.   ACCORDING TO THIS DOCUMENT, YES.

03:46PM   6      Q.   OKAY.  HOWEVER, SOME OF THE LDT'S -- FOR EXAMPLE, CALCIUM,

03:46PM   7      AT THE BOTTOM OF PAGE 1, CALCIUM WAS A RELATIVELY COMMONLY USED

03:46PM   8      TEST; CORRECT?

03:46PM   9      A.   IT IS.

03:46PM   10     Q.   SO THERE MIGHT BE A LOT OF CALCIUM TESTS ORDERED IN THE

03:46PM   11     LAB RELATIVE TO SOME OF THE OTHER TESTS IDENTIFIED IN THE LIST

03:46PM   12     THAT MAY BE LESS COMMONLY USED; IS THAT FAIR?

03:46PM   13     A.   YES.

03:47PM   14     Q.   OKAY.  AGAIN, I WON'T BELABOR THEM ALL, BUT ON PAGE 2, FOR

03:47PM   15     EXAMPLE, CHLORIDE IS IDENTIFIED AS BEING FDA APPROVED AS WELL

03:47PM   16     AS LDT.

03:47PM   17          DO YOU SEE THAT?

03:47PM   18     A.   YES.

03:47PM   19     Q.   AND CHLORIDE IS ANOTHER RELATIVELY COMMONLY USED TEST;

03:47PM   20     CORRECT?

03:47PM   21     A.   YES.  NOT TYPICALLY AN LDT.

03:47PM   22     Q.   BUT HERE IT WAS AN LDT?

03:47PM   23     A.   IT WAS IDENTIFIED ON THIS LIST AS AN LDT.

03:47PM   24     Q.   FOR EXAMPLE, ON PAGE 3 OF THE LIST AGAIN, HEMOGLOBIN IN

03:47PM   25     THE MIDDLE OF THE PAGE, BOTH LDT AND FDA APPROVED.

BENNETT CROSS BY MR. CAZARES                                        4734

03:47PM 1          DO YOU SEE THAT?

03:47PM 2     A.   YES.

03:47PM 3     Q.   WHEREAS THERE WERE SOME TESTS THAT THERANOS DID NOT HAVE

03:47PM 4     LDT'S FOR.  FOR EXAMPLE, HIV, ABOUT TWO-THIRDS OF THE WAY DOWN,

03:47PM 5     DO YOU SEE THOSE ARE ALL FDA APPROVED?

03:48PM 6     A.   I DO.

03:48PM 7     Q.   AND TOP OF PAGE 4, AGAIN, FEWER LDT'S.

03:48PM 8          BUT HDL AND LDL TESTS, THOSE ARE COMMONLY USED TESTS;

03:48PM 9     CORRECT?

03:48PM 10    A.   THEY ARE COMMON TESTS, YES.

03:48PM 11    Q.   OKAY.  YOU CAN SET THAT ASIDE.

03:48PM 12         IF WE COULD TAKE A LOOK AT EXHIBIT 5830.  YOU WERE ALSO

03:48PM 13    ASKED SOME QUESTIONS ABOUT THAT BY MR. LEACH.

03:48PM 14         5830 IS AN EMAIL FROM HEATHER KING TO MR. BALWANI BEING

03:49PM 15    ASKED A QUESTION ABOUT THE POWERPOINT PRESENTATION.

03:49PM 16         DO YOU REMEMBER BEING ASKED QUESTIONS ABOUT THAT?

03:49PM 17    A.   ABOUT THE POWERPOINT?  YES.

03:49PM 18    Q.   AND THEN AGAIN, TURNING TO PAGE 3 OF THE EXHIBIT LOOKING

03:49PM 19    AT THE PRESENTATION, YOU WERE ASKED SOME QUESTIONS BY MR. LEACH

03:49PM 20    ABOUT THE NUMBER OF PATIENT SAMPLES PER DAY THAT WAS

03:49PM 21    REPRESENTED TO YOU AT THE OPENING OF THE SURVEY.

03:49PM 22         DO YOU REMEMBER THAT?

03:49PM 23    A.   I DO.

03:49PM 24    Q.   AND THE NUMBER WAS REPRESENTED ABOUT 200 SAMPLES A DAY AT

03:49PM 25    THE TIME ANYWAY.

BENNETT CROSS BY MR. CAZARES                    4735

03:49PM  1        DO YOU SEE THAT?

03:49PM  2    A.   I DO.

03:49PM  3    Q.   AND NOW NEXT TO THAT IS THE -- IT LOOKS LIKE TO BE AN

03:49PM  4    IMAGE OF THE CLINICAL LABORATORY LICENSE FOR THERANOS.

03:49PM  5        DO YOU SEE THAT?

03:49PM  6    A.   I DO.

03:49PM  7    Q.   AND MR. LEACH POINTED OUT THERE WERE TWO DIRECTORS

03:49PM  8    IDENTIFIED IN THE LICENSE.

03:49PM  9        DO YOU SEE THAT?

03:49PM  10   A.   I DO.

03:49PM  11   Q.   AND THERE WAS NOTHING WRONG WITH THAT; CORRECT?

03:49PM  12   A.   THAT'S A CALIFORNIA STATE LICENSE.

03:49PM  13        A CLIA CERTIFICATE IS ONLY ALLOWED TO HAVE ONE DIRECTOR.

03:50PM  14   Q.   OKAY.  SO UNDER STATE LAW THEY WERE ALLOWED TO HAVE TWO,

03:50PM  15   BUT FOR PURPOSES OF THE CLIA CERTIFICATE, THERE IS ONE

03:50PM  16   LABORATORY DIRECTOR WHO IS RESPONSIBLE?

03:50PM  17   A.   I CAN'T REALLY SPEAK TO THE STATE REQUIREMENTS, BUT I CAN

03:50PM  18   TELL YOU FOR CLIA THEY'RE ALLOWED TO HAVE ONE DESIGNATED

03:50PM  19   LABORATORY DIRECTOR.

03:50PM  20   Q.   AND THAT PERSON IS THE ULTIMATE RESPONSIBLE PERSON AT THE

03:50PM  21   LAB; CORRECT?

03:50PM  22   A.   THAT PERSON IS RESPONSIBLE FOR THE OVERALL ADMINISTRATION

03:50PM  23   AND OPERATION OF THE LABORATORY.

03:50PM  24   Q.   I'M SORRY.  WE'RE BOTH DRIFTING FROM OUR MICROPHONES.

03:50PM  25   I'LL TRY TO DO BETTER MYSELF.  I'M SORRY.

03:50PM   1              IF WE CAN GO TO PAGE 14 OF THE DECK.

03:50PM   2          SO YOU MENTIONED INDIVIDUALS WHO WERE PRESENT ON THAT

03:51PM   3    FIRST DAY OF THE SURVEY.

03:51PM   4          DO YOU HAVE A RECOLLECTION OF THAT?

03:51PM   5    A.   YES.

03:51PM   6    Q.   AND I THINK YOU DESCRIBED MR. BALWANI WAS PRESENT AT THE

03:51PM   7    TIME?

03:51PM   8    A.   YES.

03:51PM   9    Q.   DR. DANIEL YOUNG WAS PRESENT?

03:51PM  10    A.   YES.

03:51PM  11    Q.   DR. SURAJ SAKSENA WAS PRESENT?

03:51PM  12    A.   YES.

03:51PM  13    Q.   LANGLY GEE WAS PRESENT?

03:51PM  14    A.   YES.

03:51PM  15    Q.   YOU DESCRIBED GURBIR SIDHU, ONE OF THE -- THE GENERAL

03:51PM  16    SUPERVISOR OR A TECHNICAL SUPERVISOR?

03:51PM  17    A.   GURBIR SIDHU WAS THERE, YES.

03:51PM  18    Q.   OKAY.  AND MS. ALAMDAR, HODA ALAMDAR --

03:51PM  19    A.   YES.

03:51PM  20    Q.   -- WAS ALSO PRESENT?

03:51PM  21          AND AT THE TIME, YOU RECALL IT WAS REPRESENTED TO YOU,

03:51PM  22    THAT MR. SAKSENA WAS EXPECTED TO BECOME THE NEXT LAB DIRECTOR

03:51PM  23    AT THERANOS; CORRECT?

03:51PM  24    A.   I DON'T RECALL THAT.

03:51PM  25    Q.   YOU DON'T RECALL THAT BEING MENTIONED?

BENNETT CROSS BY MR. CAZARES                    4737

03:51PM  1    A.   I DON'T.

03:51PM  2    Q.   OKAY.  BUT YOU DO RECALL ENGAGING WITH DR. SAKSENA DURING

03:51PM  3    THE COURSE OF THE LABORATORY -- THE SURVEY AND THE TWO VISITS

03:51PM  4    IN SEPTEMBER AND NOVEMBER OF 2015?

03:51PM  5    A.   I DEFINITELY REMEMBER SEPTEMBER, YES.

03:52PM  6    Q.   NOW, YOU DESCRIBED FRUSTRATION THAT YOU HAD A BIT IN THE

03:52PM  7    SURVEY, KIND OF -- I'LL SPEAK LARGELY, I GUESS, AND TRY TO GET

03:52PM  8    IT CORRECT -- THAT YOU WERE REQUESTING DOCUMENTATION AS YOU

03:52PM  9    NORMALLY WOULD FOR THE SURVEY, AND THERANOS'S STAFF,

03:52PM  10   PARTICULARLY MR. GEE, WERE NOT AS RESPONSIVE AS YOU WOULD HAVE

03:52PM  11   EXPECTED?

03:52PM  12        IS THAT FAIR?

03:52PM  13   A.   I WOULD SAY IT WAS VERY FRUSTRATING WHEN WE WOULD REQUEST

03:52PM  14   DOCUMENTS AND THERE WOULD BE A LONG DELAY BEFORE WE GOT THEM,

03:52PM  15   IF WE GOT THEM AT ALL.

03:52PM  16   Q.   AND MR. GEE WAS ONE OF THE LAB STAFF OR PERSONNEL WHO WERE

03:52PM  17   ENGAGED OR INVOLVED IN THIS, LET'S SAY NOT ALWAYS SUCCESSFUL

03:52PM  18   EFFORT, TO OBTAIN THE DOCUMENTATION THAT YOU WERE REQUESTING;

03:52PM  19   IS THAT RIGHT?

03:52PM  20   A.   YES.

03:52PM  21   Q.   OKAY.  BUT YOU DESCRIBED TODAY THAT MR. BALWANI WAS

03:53PM  22   TELLING HIS STAFF, TELLING THE TEAM TO GET THE DOCUMENTS THAT

03:53PM  23   YOU WERE REQUESTING; IS THAT RIGHT?

03:53PM  24   A.   YES.

03:53PM  25   Q.   BECAUSE YOU DESCRIBED MR. BALWANI AS, YOU KNOW, SOMEWHAT

ER-3422

03:53PM 1    BEING THE LEAD AND BEING IN CHARGE; IS THAT FAIR?

03:53PM 2    A.   I WOULD SAY THAT HE APPEARED TO BE THE ONE WHO WAS IN

03:53PM 3    CHARGE, YES.

03:53PM 4    Q.   OKAY.  AND HE WAS TELLING HIS TEAM TO GET MS. BENNETT THE

03:53PM 5    DOCUMENTS THAT SHE'S ASKING FOR; RIGHT?

03:53PM 6    A.   CORRECT.

03:53PM 7         MR. CAZARES:  YOUR HONOR, THIS MIGHT BE A GOOD PLACE

03:53PM 8    BECAUSE I'LL BE SHIFTING INTO SOME PRETTY DENSE MATERIAL.

03:53PM 9         THE COURT:  OKAY.  WE'RE NOT GOING TO FINISH THIS

03:53PM 10   WITNESS TODAY.

03:53PM 11        DO YOU ANTICIPATE ANOTHER LENGTHY PERIOD OF TIME DO YOU

03:53PM 12   THINK?

03:53PM 13        MR. CAZARES:  I EXPECT TO FINISH MS. BENNETT

03:53PM 14   TOMORROW.  I CAN'T PROMISE BECAUSE I DON'T KNOW HOW LONG THE

03:53PM 15   FIRST WITNESS TOMORROW IS GOING TO GO, BUT I WILL DO EVERYTHING

03:53PM 16   I CAN.

03:53PM 17        THE COURT:  NO, NO.  I'M JUST MAKING AN INQUIRY.

03:53PM 18        SO, LADIES AND GENTLEMEN, LET'S TAKE OUR RECESS NOW.

03:53PM 19        I SHOULD TELL YOU, TOMORROW, AS I UNDERSTAND IT, WE'RE

03:53PM 20   GOING TO RESUME WITH MR. JHAVERI'S TESTIMONY IN THE MORNING,

03:54PM 21   AND YOU'LL SEE -- PLEASE RECALL THAT MR. JHAVERI'S TESTIMONY

03:54PM 22   WAS INTERRUPTED BECAUSE OF SCHEDULING, SO MS. BENNETT WILL HAVE

03:54PM 23   TO WAIT UNTIL THAT WITNESS'S TESTIMONY IS FINISHED.

03:54PM 24        AND THEN, MS. BENNETT, YOU'LL BE RECALLED TO COMPLETE YOUR

03:54PM 25   TESTIMONY.  I'M SURE YOU CAN OCCUPY YOUR TIME IN THE MEANTIME.

4739

03:54PM 1          SO LET'S TAKE OUR BREAK, LADIES AND GENTLEMEN.  I'LL

03:54PM 2     REMIND YOU OF THE ADMONITION.  DO NOT DO ANY INDEPENDENT

03:54PM 3     RESEARCH, DISCUSS, READ, LISTEN TO, OR IN ANY WAY LEARN

03:54PM 4     ANYTHING ABOUT THIS CASE.

03:54PM 5          9:00 O'CLOCK IS OUR ANTICIPATED START TIME TOMORROW

03:54PM 6     MORNING.  I'M SURE WE'LL BE ABLE TO KEEP TO THAT.

03:54PM 7          HAVE A GOOD EVENING.  WE'LL SEE YOU TOMORROW.

03:54PM 8          MS. BENNETT, YOU CAN JUST BE ON STANDBY.  YOU WILL BE ON

03:54PM 9     THE STAND TOMORROW.  I'M QUITE CONFIDENT OF THAT.  THANK YOU.

03:55PM 10         (JURY OUT AT 3:55 P.M.)

03:55PM 11          THE COURT:  THE RECORD SHOULD REFLECT THAT OUR JURY

03:55PM 12    HAS LEFT FOR THE DAY.

03:55PM 13         MS. BENNETT HAS LEFT THE COURTROOM.

03:55PM 14         ALL COUNSEL AND MR. BALWANI REMAIN.

03:55PM 15         SO JUST SCHEDULING TOMORROW?  MR. BOSTIC AND

03:55PM 16    MR. COOPERSMITH?

03:55PM 17          MR. BOSTIC:  YES, YOUR HONOR.  THANK YOU.

03:55PM 18         I THINK IT IS A GOOD IDEA TO TOUCH BASE BRIEFLY JUST ON

03:56PM 19    SCHEDULING TOMORROW.

03:56PM 20         WE'RE BEGINNING WITH MR. JHAVERI AND THEN WE CAN CONTINUE

03:56PM 21    WITH THE CROSS-EXAMINATION OF MS. BENNETT.

03:56PM 22         AFTER THAT, THE GOVERNMENT WILL HAVE DR. SAWYER READY TO

03:56PM 23    TESTIFY, IF NECESSARY.  I UNDERSTAND THAT HER DIRECT

03:56PM 24    EXAMINATION WILL BE SIGNIFICANTLY LESS THAN HALF AN HOUR,

03:56PM 25    15 MINUTES TO HALF AN HOUR.

4740

```
03:56PM   1          THE GOVERNMENT IS TRYING TO DECIDE WHETHER TO FLY IN AN
03:56PM   2     ADDITIONAL WITNESS FOR TOMORROW.  WE'RE AT THE POINT NOW IN THE
03:56PM   3     TRIAL WHERE THE MAJORITY OF OUR REMAINING WITNESSES, ALMOST ALL
03:56PM   4     OF THEM, ARE OUT-OF-TOWN WITNESSES.  AND WE REALLY DO WANT TO
03:56PM   5     MINIMIZE OCCASIONS WHERE THE JURY IS HERE AND WE DON'T HAVE A
03:56PM   6     WITNESS TO PUT ON AT THE END OF THE DAY.  WE'RE TRYING TO
03:56PM   7     BALANCE THAT AGAINST NOT INCONVENIENCING WITNESSES AND HAVING
03:56PM   8     THEM FLY OUT UNNECESSARILY.
03:56PM   9          THE COURT:  SURE.
03:56PM  10          MR. BOSTIC:  SO IT WOULD BE HELPFUL TO GET SOME
03:56PM  11     GUIDANCE FROM THE COURT AND THE DEFENSE ON WHAT THE SCHEDULE
03:56PM  12     TOMORROW LOOKS LIKE AND WHAT THE COURT'S PREFERENCE IS IN THAT
03:56PM  13     REGARD.
03:56PM  14          THE COURT:  SURE.  WELL, LET ME SAY WE'RE --
03:57PM  15     TOMORROW IS OUR LAST DAY FOR THE WEEK AS I RECALL.
03:57PM  16        SO I -- MY SENSE IS THAT IF WE GET THROUGH MR. JHAVERI AND
03:57PM  17     MS. BENNETT, I THINK WE'LL BE FORTUNATE, TOMORROW.  JUST BASED
03:57PM  18     ON WHAT I'M TOLD --
03:57PM  19          MR. COOPERSMITH:  YES, YOUR HONOR, I THINK THAT'S
03:57PM  20     ACCURATE.
03:57PM  21        WE CONFERRED WITH THE GOVERNMENT AND GAVE THEM THE REST
03:57PM  22     FOR MR. JHAVERI WOULD BE TWO AND A HALF TO THREE HOURS, AND
03:57PM  23     OBVIOUSLY I DON'T KNOW WHAT THE REDIRECT WOULD BE, IF ANY.
03:57PM  24        AS YOU JUST HEARD MR. CAZARES, HE EXPECTS TO HAVE TO SPEND
03:57PM  25     SOME TIME WITH MS. BENNETT.
```

ER-3425

4741

03:57PM 1        SO I WOULD, FRANKLY, BE SURPRISED IF, AS THE COURT JUST

03:57PM 2    SAID, WE EVEN HAD TIME FOR ANOTHER WITNESS BEYOND THOSE TWO.

03:57PM 3        OBVIOUSLY THINGS COULD GO REALLY, YOU KNOW, SMOOTHLY AND

03:57PM 4    MAYBE THAT WOULD HAPPEN.

03:57PM 5        BUT IT SOUNDS LIKE THE GOVERNMENT HAS ONE ADDITIONAL

03:57PM 6    WITNESS AND THEY'RE, IF I'M RIGHT, IF I HEARD MR. BOSTIC RIGHT,

03:57PM 7    HIS QUESTION WAS WHETHER THEY WOULD EVEN HAVE A FOURTH WITNESS

03:58PM 8    FOR TOMORROW?

03:58PM 9        IS THAT --

03:58PM 10        MR. BOSTIC:  THAT'S RIGHT.

03:58PM 11        DR. SAWYER IS LOCAL, SO SHE CAN BE AVAILABLE.  THE OTHER

03:58PM 12    WITNESS WE WOULD NEED TO FLY IN THIS EVENING.

03:58PM 13        THE COURT:  MAY I JUST SAY AND MAKE AN OBSERVATION,

03:58PM 14    I DON'T THINK WE SHOULD FLY IN THE WITNESS THIS EVENING.

03:58PM 15        DO YOU JOIN IN THAT?  DO YOU WANT TO TALK TO YOUR TEAM

03:58PM 16    ABOUT THAT?

03:58PM 17        MR. COOPERSMITH:  NO.  I THINK THAT SOUNDS RIGHT,

03:58PM 18    YOUR HONOR.

03:58PM 19        THE COURT:  YES.

03:58PM 20        MR. COOPERSMITH:  AND, LOOK, I THINK OUR GOAL, ALL

03:58PM 21    OF OUR GOALS IS TO FILL ALL OF THE TIME THAT IS AVAILABLE.

03:58PM 22        THE COURT:  SURE.

03:58PM 23        MR. COOPERSMITH:  BUT IF IT WERE 15 OR 20 MINUTES,

03:58PM 24    I'M NOT SURE THAT WOULD JUSTIFY FLYING THE WITNESS IN FOR THAT.

03:58PM 25        THE COURT:  RIGHT.  I JUST DON'T SEE THE VALUE IN

ER-3426

4742

03:58PM 1    HAVING A WITNESS COME OUT, SIT ALL DAY WAITING, AND THEN

03:58PM 2    PERHAPS HAVE HIS OR HER TESTIMONY, HAVE TO FLY BACK TO COMPLETE

03:58PM 3    LATER TESTIMONY.  THAT'S JUST -- IF WE HAVE TO BURN 30 MINUTES,

03:58PM 4    SO BE IT.  THERE ARE A LOT OF THINGS THAT WE CAN TALK ABOUT IN

03:58PM 5    THAT REGARD.

03:58PM 6        SO I WOULD -- I CAN'T DIRECT YOU WHAT TO DO WITH YOUR

03:58PM 7    CASE, BUT AS FAR AS AN ADDITIONAL WITNESS, OUT-OF-TOWN WITNESS,

03:59PM 8    I DON'T THINK THAT WE'LL GET TO THEM TOMORROW.

03:59PM 9        AND IF WE RUN OUT OF TIME AND YOU DON'T FLY THIS WITNESS

03:59PM 10   IN, YOU ARE NOT GOING TO INCUR THE WRATH OF THIS COURT -- THIS

03:59PM 11   COURT DOESN'T HAVE WRATH -- BUT I'M NOT GOING TO GET UPSET WITH

03:59PM 12   YOU ABOUT ANYTHING.

03:59PM 13       AND I THINK, MR. COOPERSMITH, YOU'RE NOT GOING TO ASK THAT

03:59PM 14   THE CASE BE DISMISSED BECAUSE THEY CAN'T GO FORWARD.  FOR OTHER

03:59PM 15   REASONS YOU MIGHT, BUT NOT FOR THAT REASON.

03:59PM 16           MR. COOPERSMITH:  IF THAT'S WHAT HAPPENS TOMORROW, I

03:59PM 17   WON'T ASK FOR IT ON THAT BASIS.

03:59PM 18           THE COURT:  ALL RIGHT.

03:59PM 19           MR. BOSTIC:  THANK YOU, YOUR HONOR.  THAT'S HELPFUL.

03:59PM 20       BASED ON THE DEFENSE'S PREDICTIONS AND THE COURT'S

03:59PM 21   EXPECTATIONS, WE'LL HOLD OFF ON FLYING THAT WITNESS OUT.

03:59PM 22           THE COURT:  GREAT.  OKAY.  ALL RIGHT.

03:59PM 23       AND THEN I THINK OUR GOAL SHOULD BE FOCUSSED, IF WE CAN,

03:59PM 24   WE CAN, BUT IF WE CAN'T, WE CAN'T, TO FINISH THE TWO WITNESSES,

03:59PM 25   THAT IS, MR. JHAVERI AND MS. BENNETT.  SHE'S FROM OUT OF TOWN.

ER-3427

4743

| | | |
|---|---|---|
| 03:59PM | 1 | MR. BOSTIC:  YES, YOUR HONOR. |
| 03:59PM | 2 | THE COURT:  WELL, THEY BOTH ARE, AREN'T THEY? |
| 03:59PM | 3 | MR. BOSTIC:  YES, YOUR HONOR. |
| 03:59PM | 4 | THE COURT:  IT WOULD BE NICE TO GET THEM ON PLANES |
| 03:59PM | 5 | TOMORROW IF WE CAN.  AND, OF COURSE, THE DEFENSE HAS TO DO WHAT |
| 04:00PM | 6 | YOU HAVE TO DO. |
| 04:00PM | 7 | MR. COOPERSMITH:  I APPRECIATE THAT, YOUR HONOR. |
| 04:00PM | 8 | OBVIOUSLY WE WILL DO THAT, BUT IF AT THE SAME TIME WE CAN |
| 04:00PM | 9 | GET THE WITNESSES OUT OF HERE, THEN THAT'S ALSO FINE. |
| 04:00PM | 10 | THE COURT:  RIGHT. |
| 04:00PM | 11 | MR. COOPERSMITH:  RIGHT. |
| 04:00PM | 12 | MR. BOSTIC:  YOUR HONOR, JUST ONE VERY BRIEF |
| 04:00PM | 13 | HOUSEKEEPING MATTER. |
| 04:00PM | 14 | DURING THE DIRECT EXAM OF MR. MENDENHALL, I PUBLISHED TO |
| 04:00PM | 15 | THE JURY EXHIBIT 1776.  MY MISTAKE, IT TURNS OUT THAT HAD NOT |
| 04:00PM | 16 | BEEN ADMITTED.  IT WAS A DIFFERENT VERSION OF THE |
| 04:00PM | 17 | "FORTUNE" ARTICLE FROM JUNE 2014. |
| 04:00PM | 18 | THE ARTICLE HAD BEEN ADMITTED AS AN ATTACHMENT TO AN EMAIL |
| 04:00PM | 19 | UNDER A DIFFERENT EXHIBIT NUMBER. |
| 04:00PM | 20 | 1776 IS THE SAME CONTENT, IT'S THE SAME ARTICLE, JUST |
| 04:00PM | 21 | UNDER A DIFFERENT EXHIBIT NUMBER. |
| 04:00PM | 22 | A COUPLE OF WAYS WE CAN HANDLE THIS.  I PROPOSE THAT THE |
| 04:00PM | 23 | PARTIES STIPULATE TO THE ADMISSION OF 1776, BUT I JUST WANTED |
| 04:00PM | 24 | TO RAISE IT WITH THE COURT.  I'LL GIVE MR. COOPERSMITH A CHANCE |
| 04:00PM | 25 | TO RESPOND, OR WE CAN COME BACK AND TAKE CARE OF THAT -- |

ER-3428

| | | |
|---|---|---|
| 04:00PM | 1 | THE COURT:  AND I JUST -- |
| 04:00PM | 2 | MR. BOSTIC:  -- OR TOMORROW MORNING. |
| 04:00PM | 3 | THE COURT:  I JUST TOLD MR. COOPERSMITH, THERE WILL |
| 04:01PM | 4 | BE ANOTHER GROUNDS FOR HIM TO ASK FOR DISMISSAL AND PERHAPS |
| 04:01PM | 5 | THIS IS IT. |
| 04:01PM | 6 | MR. COOPERSMITH:  I'M NOT SURE THAT'S GOING TO BE IT |
| 04:01PM | 7 | EITHER, YOUR HONOR. |
| 04:01PM | 8 | BUT I DID NOTICE THAT, AND I AM AWARE THAT THIS IS THE |
| 04:01PM | 9 | ROGER PARLOFF ARTICLE IN "FORTUNE." |
| 04:01PM | 10 | THE COURT:  RIGHT. |
| 04:01PM | 11 | MR. COOPERSMITH:  IT WAS, AS MR. BOSTIC SAID, IT WAS |
| 04:01PM | 12 | ADMITTED AS AN ATTACHMENT.  EXHIBIT 1776 IS THE SAME ARTICLE. |
| 04:01PM | 13 | WE HAD OBJECTIONS TO THE FIRST ONE.  I DON'T HAVE THE |
| 04:01PM | 14 | EXHIBIT NUMBER OF THE FIRST ONE HANDY.  MAYBE MR. BOSTIC HAS |
| 04:01PM | 15 | IT. |
| 04:01PM | 16 | MR. BOSTIC:  I DON'T HAVE IT HANDY. |
| 04:01PM | 17 | MR. COOPERSMITH:  YOU DON'T?  OKAY.  BUT THE FIRST |
| 04:01PM | 18 | ONE THAT WAS ACTUALLY ADMITTED, THAT WAS ADMITTED OVER THE |
| 04:01PM | 19 | DEFENSE OBJECTION. |
| 04:01PM | 20 | SO WE HAVE THE SAME OBJECTIONS TO 1776. |
| 04:01PM | 21 | THE COURT:  SURE. |
| 04:01PM | 22 | MR. COOPERSMITH:  BUT GIVEN THE COURT'S RULING -- |
| 04:01PM | 23 | THE COURT:  PARDON ME FOR INTERRUPTING YOU. |
| 04:01PM | 24 | I DON'T WANT YOU TO HAVE TO STIPULATE TO SOMETHING THAT |
| 04:01PM | 25 | YOU OBJECTED TO.  I'M NOT GOING TO HAVE YOU DO THAT -- |

4745

| | | |
|---|---|---|
| 04:01PM | 1 | MR. COOPERSMITH: RIGHT. |
| 04:01PM | 2 | THE COURT: -- IF YOU DON'T WANT TO DO THAT OR IF |
| 04:01PM | 3 | IT'S AWKWARD FOR YOU TO DO THAT, AND IT MIGHT BE FOR THE RECORD |
| 04:01PM | 4 | CANDIDLY, AND SO I'M NOT GOING TO ASK YOU TO DO THAT. |
| 04:01PM | 5 | BUT I CAN MAKE A STATEMENT TO THE JURY THAT INDICATES THAT |
| 04:02PM | 6 | THIS -- WE'LL GET THE NUMBERS, AND I CAN TELL THEM TOMORROW, |
| 04:02PM | 7 | YOU KNOW, WHEN I INVITE YOU TO SUGGEST LANGUAGE, AND 1776 WAS |
| 04:02PM | 8 | THE SAME DOCUMENT, IT WAS ALSO ADMITTED, AND I CAN INDICATE |
| 04:02PM | 9 | THAT THE DEFENSE OBJECTED IF YOU WANT ME TO, OR NOT. |
| 04:02PM | 10 | MR. COOPERSMITH: THANK YOU, YOUR HONOR. |
| 04:02PM | 11 | I THINK THAT IS FINE. I WOULD ASK THE COURT, IT'S NOT |
| 04:02PM | 12 | NECESSARY TO TELL THE JURY "AND THE DEFENSE ALSO OBJECTS TO |
| 04:02PM | 13 | 1776" AS LONG AS THE COURT NOTES THAT THAT IS THE DEFENSE |
| 04:02PM | 14 | OBJECTION FOR THE RECORD. |
| 04:02PM | 15 | THE COURT: I SAID THAT PROPHYLACTICALLY. IF YOU |
| 04:02PM | 16 | WANT ME TO PUT THAT ON THE RECORD IN FRONT OF THE JURY, I WILL |
| 04:02PM | 17 | DO THAT. |
| 04:02PM | 18 | IF YOU DON'T, I CAN UNDERSTAND WHY YOU WOULDN'T, I WON'T. |
| 04:02PM | 19 | AND YOUR OBJECTION WILL REMAIN FOR BOTH ITERATIONS OF THE |
| 04:02PM | 20 | DOCUMENT. |
| 04:02PM | 21 | MR. COOPERSMITH: THAT SOUNDS EXACTLY RIGHT, |
| 04:02PM | 22 | YOUR HONOR. THANK YOU. |
| 04:02PM | 23 | THE COURT: RIGHT. |
| 04:02PM | 24 | MR. BOSTIC: SO ARE WE ADMITTING 1776 BUT WITH THE |
| 04:02PM | 25 | UNDERSTANDING THAT THE DEFENSE PRESERVES ITS OBJECTION, OR DO |

ER-3430

4746

| | |
|---|---|
| 04:03PM | 1 |
| 04:03PM | 2 |
| 04:03PM | 3 |
| 04:03PM | 4 |
| 04:03PM | 5 |

WE PLAN TO -- OR WILL THE COURT INSTRUCT THE JURY THAT WHAT WAS

PUBLISHED AS 1776 WAS ADMITTED UNDER A DIFFERENT EXHIBIT

NUMBER?

     EITHER IS FINE FOR THE GOVERNMENT, YOUR HONOR.

        THE COURT:  WELL, IT WAS ADMITTED, AND I THINK IT

SHOULD, AT THE RISK OF BEING DUPLICATIVE, IT'S ADMITTED.  AND

SO I SHOULD TELL THEM THAT 1776 IS THE SAME AS WHATEVER THE

OTHER NUMBER IS.  IT WAS ADMITTED IN A DIFFERENT -- 1994 --

1944, EXCUSE ME.

    1944 WAS ADMITTED AS AN EMAIL.  1776 -- THE ARTICLE

IDENTIFIED IN 1776 WAS AN ATTACHMENT.  THAT WAS --

        MR. BOSTIC:  YES, YOUR HONOR, THE SAME ARTICLE WAS

ATTACHED TO THE EMAIL.

        THE COURT:  RIGHT.  SO 1776 WAS ALSO ADMITTED.  IT'S

THE ATTACHMENT TO 1944, LADIES AND GENTLEMEN.  I JUST TELL YOU

THAT FOR YOUR INFORMATION.

        MR. COOPERSMITH:  AND OUR OBJECTION IS NOTED FOR

BOTH AND THAT SOUNDS JUST FINE, YOUR HONOR.

        THE COURT:  ALL RIGHT.  I'LL DO THAT TOMORROW

MORNING.

        MR. BOSTIC:  THANK YOU, YOUR HONOR.  I APOLOGIZE FOR

THE CONFUSION.

        THE COURT:  NO.  I'M SORRY I LET THAT SLIP.

    OKAY.  RIGHT.  AND THEN TOMORROW IS OUR LAST DAY FOR THE

WEEK.  WE'LL SEE IF WE CAN -- I EXPECT IF WE'RE CLOSE TO

ER-3431

04:04PM 1    FINISHING, THIS JURY IS NOT GOING TO OBJECT TO US GOING OVER

04:04PM 2    4:00 O'CLOCK A LITTLE BIT TOMORROW.

04:04PM 3              MR. COOPERSMITH:  OKAY, YOUR HONOR.  FINE.

04:04PM 4              THE COURT:  THEY SEEM TO BE ENGAGED.

04:04PM 5         THANK YOU.  HAVE A GOOD EVENING.

04:04PM 6              MR. BOSTIC:  THANK YOU, YOUR HONOR.

04:04PM 7              THE CLERK:  COURT IS ADJOURNED.

04:04PM 8         (COURT ADJOURNED AT 4:04 P.M.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


UNITED STATES OF AMERICA,           )
                                    )  CR-18-00258-EJD
                PLAINTIFF,          )
                                    )  SAN JOSE, CALIFORNIA
        VS.                         )
                                    )  MAY 4, 2022
RAMESH "SUNNY" BALWANI,             )
                                    )  VOLUME 26
                DEFENDANT.          )
_____    )  PAGES 4748 - 5022



                TRANSCRIPT OF TRIAL PROCEEDINGS
              BEFORE THE HONORABLE EDWARD J. DAVILA
                  UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                       BY:   JOHN C. BOSTIC
                             JEFFREY B. SCHENK
                       150 ALMADEN BOULEVARD, SUITE 900
                       SAN JOSE, CALIFORNIA 95113

                       BY:   ROBERT S. LEACH
                             KELLY VOLKAR
                       1301 CLAY STREET, SUITE 340S
                       OAKLAND, CALIFORNIA 94612

        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

OFFICIAL COURT REPORTERS:
                       IRENE L. RODRIGUEZ, CSR, RMR, CRR
                       CERTIFICATE NUMBER 8074
                       LEE-ANNE SHORTRIDGE, CSR, CRR
                       CERTIFICATE NUMBER 9595

        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
            TRANSCRIPT PRODUCED WITH COMPUTER

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4754

```
09:10AM   1              MR. BOSTIC:  NO, YOUR HONOR.  THANK YOU.

09:10AM   2              MR. COOPERSMITH:  NO, YOUR HONOR.  THANK YOU.

09:10AM   3              THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

09:10AM   4          SHOULD WE ASK THE WITNESS TO RETURN THEN?

09:10AM   5              MR. COOPERSMITH:  YES, YOUR HONOR.

09:10AM   6              THE COURT:  OKAY.  LET'S DO THAT.  THANK YOU.

09:10AM   7          SIR, IF YOU WOULD RESUME THE STAND.  AGAIN, MAKE YOURSELF

09:10AM   8      COMFORTABLE.  ADJUST THE CHAIR AND THE MICROPHONE AS YOU NEED.

09:10AM   9          I'LL REMIND YOU THAT YOU'RE STILL UNDER OATH.

09:10AM  10          WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

09:10AM  11      AGAIN, PLEASE.

09:10AM  12              THE WITNESS:  NIMESH JHAVERI.  N-I-M-E-S-H, LAST

09:10AM  13      NAME JHAVERI, J-H-A-V-E-R-I.

09:11AM  14              THE COURT:  THANK YOU.  COUNSEL.

09:11AM  15          **(GOVERNMENT'S WITNESS, NIMESH JHAVERI, PREVIOUSLY WAS**

09:11AM  16      **SWORN.)**

09:11AM  17              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

09:11AM  18                      **CROSS-EXAMINATION (RESUMED)**

09:11AM  19      BY MR. COOPERSMITH:

09:11AM  20      Q.   AND, MR. JHAVERI, I THINK LAST TIME YOU CONFIRMED YOU WERE

09:11AM  21      FULLY VACCINATED, AND SO IF YOU'RE COMFORTABLE TAKING OFF YOUR

09:11AM  22      MASK, THAT WOULD BE FINE.

09:11AM  23      A.   THANK YOU.

09:11AM  24      Q.   AND I'LL DO THE SAME.

09:11AM  25          AND, OF COURSE, WELCOME BACK TO SAN JOSE.
```

ER-3434

09:11AM   1    A.   THANK YOU.

09:11AM   2    Q.   YOU'RE WELCOME.

09:11AM   3         SO, MR. JHAVERI, I KNOW IT'S BEEN A COUPLE OF WEEKS, SO

09:11AM   4    JUST TO GET ORIENTED AGAIN AND CONTINUE WHERE WE LEFT OFF, I

09:11AM   5    JUST WANT TO GO BACK TO AN EXHIBIT THAT WE WERE TALKING ABOUT

09:11AM   6    THE LAST TIME.  OKAY?

09:11AM   7         I THINK YOU CAN SEE IT ON YOUR SCREEN.

09:11AM   8         YOU SHOULD HAVE BINDERS UP THERE.  AM I RIGHT ABOUT THAT?

09:11AM   9    YOU ALSO HAVE PAPER BINDERS?

09:11AM  10    A.   YES.  THERE'S NOTHING ON MY SCREEN.

09:11AM  11    Q.   YES.  IT WILL BE IN A SECOND.  I JUST HAVE TO TELL MY

09:11AM  12    ASSISTANT THE NUMBER.

09:11AM  13         SO IT'S EXHIBIT 1891.  YOU REMEMBER THIS WAS AN EMAIL

09:11AM  14    STRING THAT YOU EXCHANGED WITH MR. BALWANI ON AUGUST 12TH AND

09:12AM  15    13TH OF 2014?

09:12AM  16    A.   YES, SIR.

09:12AM  17    Q.   OKAY.  MY INITIAL QUESTION IS THERE'S A REFERENCE -- AND I

09:12AM  18    KNOW WE DISCUSSED THIS THE LAST TIME THAT WE MET -- THERE'S A

09:12AM  19    REFERENCE TO GOLD STORES.

09:12AM  20         DO YOU SEE THAT?

09:12AM  21         OR GOLD LEVEL STORES?

09:12AM  22    A.   YES, SIR.

09:12AM  23    Q.   AND WE TALKED ABOUT WHAT THAT WAS; RIGHT?

09:12AM  24    A.   CORRECT.

09:12AM  25    Q.   AND IT IS THE THERANOS STORES THAT HAVE A -- BASICALLY TWO

09:12AM  1    ROOMS?

09:12AM  2    A.   THAT'S CORRECT.

09:12AM  3    Q.   A ROOM FOR THE BLOOD DRAW?

09:12AM  4    A.   A ROOM FOR THE BLOOD DRAW, AND ALSO A SEPARATE BATHROOM.

09:12AM  5    Q.   THE BATHROOM IS THE SECOND ROOM?

09:12AM  6    A.   THAT'S CORRECT.

09:12AM  7    Q.   AND DO YOU REMEMBER THERE WAS SOME DIALOGUE BETWEEN YOU

09:12AM  8    AND MR. BALWANI ABOUT HOW, IN ONE OF THE CONTRACTS THAT WE

09:12AM  9    LOOKED AT LAST TIME, THERE WAS A REQUIREMENT THAT 40 PERCENT OF

09:12AM 10    THE STORES BE GOLD STORES; RIGHT?

09:12AM 11    A.   THAT'S CORRECT.

09:12AM 12    Q.   OKAY.  AND YOU REFERENCE THAT IN THIS EMAIL; RIGHT?

09:12AM 13    A.   YES.

09:12AM 14    Q.   AND I JUST WANT TO MAKE SURE WE'RE ALL LOOKING AT THE SAME

09:13AM 15    THING, AND I JUST WANT TO SHOW YOU SOME PHOTOS OF WHAT A GOLD

09:13AM 16    STORE LOOKS LIKE, BUT YOU CAN CONFIRM.

09:13AM 17         THE FIRST EXHIBIT I WOULD LIKE TO SHOW IS AN EXHIBIT

09:13AM 18    ALREADY IN EVIDENCE, AND THAT'S EXHIBIT 4858.

09:13AM 19         MR. ALLEN, IF YOU COULD PUT UP PAGE 43 OF EXHIBIT 4858.

09:13AM 20    AGAIN, IT'S ALREADY IN EVIDENCE.

09:13AM 21         AND YOU'LL SEE IT ON THE SCREEN, MR. JHAVERI.

09:13AM 22         OKAY.  DO YOU SEE THE ROOM THAT IS PICTURED IN

09:13AM 23    EXHIBIT 4858?

09:13AM 24    A.   I DO.

09:13AM 25    Q.   AND THAT'S THE INSIDE OF WHAT A GOLD STORE IS SUPPOSED TO

ER-3436

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4757

09:13AM  1    LOOK LIKE; CORRECT?

09:13AM  2    A.   YES.  THIS IS SIMILAR.  THIS IS ACTUALLY A PICTURE OF THE

09:13AM  3    PALO ALTO STORE.

09:13AM  4    Q.   RIGHT.

09:13AM  5    A.   SO IT WOULD BE SIMILAR TO THIS TYPE OF A SET UP.

09:13AM  6    Q.   OKAY.  THE OTHER STORES WOULD FOLLOW THIS SAME FORMAT?

09:13AM  7    A.   THAT'S CORRECT.

09:13AM  8    Q.   OKAY.  AND IF YOU COULD GO TO PAGE 44, MR. ALLEN.

09:13AM  9         JUST MORE PICTURES OF THE PALO ALTO STORE; CORRECT?

09:14AM  10   A.   THAT'S CORRECT.

09:14AM  11   Q.   AND IT'S THE THERANOS SPACE WITHIN THE PALO ALTO STORE;

09:14AM  12   CORRECT?

09:14AM  13   A.   THAT'S RIGHT.  THIS IS A SEPARATE AREA WITHIN THE STORE

09:14AM  14   NEXT TO THE PHARMACY THAT IS WHAT WE CALL THERANOS WELLNESS

09:14AM  15   CENTERS, ONLY FOR THERANOS SERVICES.

09:14AM  16   Q.   THANK YOU.

09:14AM  17        AND THEN ONE MORE PICTURE ON THIS EXHIBIT, PAGE 45.  THANK

09:14AM  18   YOU.

09:14AM  19        AND THEN THIS IS A PICTURE OF THE SEPARATE BATHROOM;

09:14AM  20   CORRECT?

09:14AM  21   A.   THAT'S CORRECT.

09:14AM  22   Q.   OKAY.  AND IN ORDER TO HAVE THIS TYPE OF STORE SUCH AS IT

09:14AM  23   EXISTED IN PALO ALTO THAT YOU'VE JUST CONFIRMED, THAT WOULD BE

09:14AM  24   THE CONSTRUCTION THAT WOULD HAVE TO OCCUR IN THE STORE TO

09:14AM  25   ACCOMPLISH THIS FORMAT; RIGHT?

ER-3437

09:14AM   1    A.   YES.  WE WOULD HAVE TO HAVE EXTENSIVE CONSTRUCTION TO HAVE

09:14AM   2    THIS TYPE OF A SEPARATE ROOM PLUS BATHROOM.

09:14AM   3    Q.   RIGHT.  OKAY.

09:14AM   4         AND WE TALKED ABOUT THE CONSTRUCTION ISSUES I THINK THE

09:14AM   5    LAST TIME THAT WE MET.

09:14AM   6         DO YOU REMEMBER THAT?

09:14AM   7    A.   I DO.

09:14AM   8         MR. COOPERSMITH:  OKAY.  YOUR HONOR, I HAVE ANOTHER

09:14AM   9    EXHIBIT THAT I DON'T THINK IS IN THE BINDER, BUT I CAN HAND IT

09:14AM  10    UP.

09:14AM  11         IF I CAN APPROACH THE WITNESS?

09:15AM  12         THE COURT:  SURE.

09:15AM  13         MR. COOPERSMITH:  AND I'LL GIVE THE COURT A COPY

09:15AM  14    (HANDING.)

09:15AM  15         THANK YOU.

09:15AM  16    Q.   SO, MR. JHAVERI, I'VE SHOWN YOU EXHIBIT 20631.

09:15AM  17         DO YOU HAVE THAT IN FRONT OF YOU?

09:15AM  18    A.   I DO.

09:15AM  19    Q.   AND THAT'S A PHOTO OF THE OUTSIDE OF THE THERANOS SPACE

09:15AM  20    WITHIN THE PALO ALTO STORE; CORRECT?

09:15AM  21    A.   THAT'S CORRECT.

09:15AM  22    Q.   OKAY.

09:15AM  23         AND, YOUR HONOR, IF WE -- I WOULD OFFER 20631.

09:15AM  24         MR. SCHENK:  NO OBJECTION.

09:15AM  25         THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

| | | |
|---|---|---|
| 09:15AM | 1 | (DEFENDANT'S EXHIBIT 20631 WAS RECEIVED IN EVIDENCE.) |
| 09:15AM | 2 | BY MR. COOPERSMITH: |
| 09:15AM | 3 | Q.   OKAY.  AND SO WHAT WE'RE SEEING HERE IS THE WALGREENS |
| 09:15AM | 4 | STORE, AND IN FACT, THE COSMETICS SECTION THERE ON THE RIGHT, |
| 09:15AM | 5 | THAT'S JUST PART OF THE REGULAR WALGREENS STORE; RIGHT? |
| 09:15AM | 6 | A.   THAT'S CORRECT. |
| 09:15AM | 7 | Q.   AND THEN THIS IS THE ENTRANCE TO THE THERANOS GOLD STORE; |
| 09:16AM | 8 | CORRECT? |
| 09:16AM | 9 | A.   THAT'S RIGHT. |
| 09:16AM | 10 | Q.   AND THEN IT HAS THE THERANOS BRAND THERE AT THE TOP; |
| 09:16AM | 11 | RIGHT? |
| 09:16AM | 12 | A.   THAT'S CORRECT. |
| 09:16AM | 13 | Q.   OKAY.  YOU CAN PUT THAT ASIDE, MR. JHAVERI.  THANKS. |
| 09:16AM | 14 | OKAY.  LET'S GO BACK TO EXHIBIT 1891.  THAT'S THAT EMAIL |
| 09:16AM | 15 | STRING. |
| 09:16AM | 16 | A.   YES. |
| 09:16AM | 17 | Q.   AND I JUST WANT TO MAKE SURE I UNDERSTAND YOUR TESTIMONY, |
| 09:16AM | 18 | MR. JHAVERI.  IN THE DOCUMENT YOU SAY, "WE ARE GOING TO TOUCH |
| 09:16AM | 19 | 2,000 STORES IN 2015 AND WOULD LIKE TO MAKE SURE WE PLACE 2 |
| 09:16AM | 20 | ROOMS IN THE STORES THAT WE WANT TO SELECT FOR GOLD LEVEL." |
| 09:16AM | 21 | DO YOU SEE THAT? |
| 09:16AM | 22 | A.   YES, I DO. |
| 09:16AM | 23 | Q.   AND IF I UNDERSTAND YOUR TESTIMONY FROM A COUPLE OF WEEKS |
| 09:16AM | 24 | AGO, YOU'RE SAYING THAT YOUR REFERENCE TO THE 2,000 STORES IN |
| 09:16AM | 25 | THE EMAIL IS A REFERENCE TO THE WALGREENS WELL EXPERIENCE |

ER-3439

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4760

```
09:16AM   1    STORES; IS THAT YOUR TESTIMONY, SIR?

09:16AM   2    A.   THAT'S CORRECT.

09:16AM   3    Q.   OKAY.

09:16AM   4         YOUR HONOR, I WOULD LIKE TO --

09:17AM   5         WELL, LET ME JUST SHOW YOU ANOTHER EXHIBIT FIRST, IT'S

09:17AM   6    28033, WHICH SHOULD BE IN YOUR BINDER.

09:17AM   7              THE COURT:  IS THERE A PAGE?

09:17AM   8              MR. COOPERSMITH:  YES, YOUR HONOR.  IT'S PAGE 174,

09:17AM   9    AND SPECIFICALLY PAGE 174, LINE 19, THROUGH PAGE 176, LINE 6.

09:17AM  10              THE WITNESS:  WOULD YOU SAY THE NUMBER AGAIN,

09:17AM  11    PLEASE?

09:17AM  12    BY MR. COOPERSMITH:

09:17AM  13    Q.   SURE.  IT'S EXHIBIT 28033.

09:17AM  14    A.   OKAY.  I HAVE IT.

09:18AM  15    Q.   THANK YOU.  AND IF YOU COULD GO TO PAGE 174.

09:18AM  16    A.   YES, SIR.

09:18AM  17    Q.   THIS IS TESTIMONY THAT YOU GAVE UNDER OATH IN A PRIOR

09:18AM  18    PROCEEDING?

09:18AM  19    A.   YES, THAT'S WHAT IT LOOKS LIKE.

09:18AM  20    Q.   RIGHT.  AND IN THAT PROCEEDING, YOU REMEMBER RAISING YOUR

09:18AM  21    RIGHT HAND AND TAKING AN OATH TO TELL THE TRUTH, JUST LIKE YOU

09:18AM  22    DID IN COURT --

09:18AM  23    A.   YES, SIR.

09:18AM  24    Q.   -- HERE; RIGHT?

09:18AM  25         AND YOU WERE TELLING THE TRUTH; RIGHT?
```

09:18AM  1    A.   YES.

09:18AM  2    Q.   BECAUSE YOU KNEW THAT WAS IMPORTANT?

09:18AM  3    A.   YES.

09:18AM  4    Q.   RIGHT.  YOU WERE ASKED QUESTIONS ABOUT THIS VERY SAME

09:18AM  5    EMAIL ON PAGE 174, STARTING ON LINE 19?

09:19AM  6    A.   THAT'S CORRECT.

09:19AM  7              MR. COOPERSMITH:  YOUR HONOR, I'D LIKE TO PLAY A

09:19AM  8    VIDEOTAPE FOR THE JURY OF MR. JHAVERI'S TESTIMONY THAT IS GOING

09:19AM  9    TO COVER PAGE 174, LINE 19, THROUGH 176, LINE 6.

09:19AM  10             THE COURT:  COUNSEL?

09:19AM  11             MR. SCHENK:  NO OBJECTION.

09:19AM  12             THE COURT:  DO YOU HAVE THIS MARKED OUT ALREADY?

09:19AM  13             MR. COOPERSMITH:  THERE'S A VIDEO CLIP OF EXACTLY

09:19AM  14   THAT TESTIMONY THAT I JUST REFERENCED.

09:19AM  15             THE COURT:  OKAY.

09:19AM  16             MR. COOPERSMITH:  AND, MR. ALLEN, IF YOU COULD PLAY

09:19AM  17   THE -- ONE MOMENT, YOUR HONOR.

09:19AM  18       (VIDEOTAPE DEPOSITION OF MR. JHAVERI PLAYED IN OPEN COURT

09:20AM  19   OFF THE RECORD.)

09:21AM  20   BY MR. COOPERSMITH:

09:21AM  21   Q.   OKAY.  AND, MR. JHAVERI, IN THAT VIDEO CLIP THAT WE JUST

09:21AM  22   LISTENED TO, YOU NEVER TALK ABOUT WELL EXPERIENCE; CORRECT?

09:21AM  23   A.   THAT'S CORRECT.  WHAT --

09:21AM  24   Q.   THAT'S MY QUESTION, SIR.

09:21AM  25   A.   YES, THAT'S CORRECT.

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4762

09:21AM   1    Q.   YOU DON'T MENTION WELL EXPERIENCE?

09:21AM   2    A.   I DO NOT.

09:21AM   3    Q.   OKAY.  LET'S GO BACK TO AN EXHIBIT THAT WE WERE LOOKING AT

09:21AM   4    LAST TIME, WHICH IS EXHIBIT 1884.  AND THIS IS THE DOCUMENT

09:21AM   5    THAT WE WERE LOOKING AT THE LAST TIME, WHICH IS A PARTNERSHIP

09:21AM   6    MEETING MINUTES AND POWERPOINT FROM AUGUST 11TH, 2014.

09:22AM   7         DO YOU SEE THE FIRST PAGE OF IT ON THE SCREEN?

09:22AM   8    A.   I DO.

09:22AM   9    Q.   AND JUST TO REORIENT HERE, THIS WAS, IN THE COVER EMAIL,

09:22AM  10    AN EMAIL FROM PATTY HAWORTH.

09:22AM  11         DO YOU SEE THAT?

09:22AM  12    A.   YES, I DO.

09:22AM  13    Q.   AND SHE WORKS FOR WALGREENS?

09:22AM  14    A.   CORRECT.

09:22AM  15    Q.   AND SHE SENT THE PARTNERSHIP MEETING MINUTES AND THE SLIDE

09:22AM  16    DECK TO THE GROUP WHO WERE INVOLVED WITH THE PARTNERSHIP AT

09:22AM  17    THERANOS AND WALGREENS; IS THAT CORRECT?

09:22AM  18    A.   THAT'S CORRECT.

09:22AM  19    Q.   AND I THINK WE DISCUSSED QUITE A LOT OF THIS, BUT I WANT

09:22AM  20    TO MOVE TO THE POWERPOINT.  WE'VE LOOKED AT THE MINUTES LAST

09:22AM  21    TIME.

09:22AM  22         IN PARTICULAR, IF YOU COULD TURN TO, IT'S RIGHT AFTER

09:22AM  23    PAGE 16, MR. ALLEN.  I DON'T KNOW IF THE PAGES ARE NUMBERED,

09:22AM  24    BUT THEY START WITH THE POWERPOINT DECK RIGHT AFTER PAGE 16.

09:23AM  25         IT WOULD BE THE NEXT PAGE.  ONE MORE PAGE, MR. ALLEN.

09:23AM  1           RIGHT.  THANK YOU.

09:23AM  2           AND THIS IS I GUESS NUMBERED PAGE 17.

09:23AM  3           DO YOU SEE THAT IS THE FIRST PAGE OF THIS EXHIBIT THAT IS

09:23AM  4       THE BEGINNING OF THE POWERPOINT SLIDE DECK?

09:23AM  5       A.   I DO.

09:23AM  6       Q.   SO WITH THESE MEETINGS, IN ADDITION TO MS. HAWORTH KEEPING

09:23AM  7       THE MINUTES, THERE WAS ALSO A POWERPOINT PREPARED; RIGHT?

09:23AM  8       A.   NOT ALL OF THE TIME, BUT WHENEVER WE NEEDED TO DISCUSS ANY

09:23AM  9       DETAILS, THINGS OF THAT NATURE.

09:23AM 10           SO WHETHER IT WAS THE WALGREENS TEAM, THE THERANOS TEAM,

09:23AM 11       OR IN COLLABORATION WITH EACH OTHER, WE WOULD PRESENT SOME

09:23AM 12       SLIDES ON SOME DETAILS.

09:23AM 13       Q.   OKAY.  AND IN THIS CASE THAT HAPPENED AT THE AUGUST

09:23AM 14       MEETING; RIGHT?

09:23AM 15       A.   YES.

09:23AM 16       Q.   AND MS. HAWORTH SENT THE POWERPOINT SLIDE DECK AFTER THE

09:23AM 17       MEETING?

09:23AM 18       A.   THAT'S CORRECT.

09:23AM 19       Q.   SO WE'RE SEEING THE FIRST PAGE.

09:23AM 20           IF YOU COULD GO TO PAGE 20, MR. ALLEN.

09:24AM 21       A.   YES.

09:24AM 22       Q.   OKAY.  AND THIS HAS THE THERANOS EXPERIENCE SURVEY

09:24AM 23       SUMMARY.

09:24AM 24           DO YOU SEE THAT?

09:24AM 25       A.   THAT'S CORRECT.

ER-3443

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4764

09:24AM  1    Q.   AND IT SAYS THERE WERE 650 UNIQUE RESPONDENTS; RIGHT?

09:24AM  2    A.   THAT'S CORRECT.

09:24AM  3    Q.   AND THOSE WERE THE PEOPLE WHO WERE GETTING THEIR BLOOD

09:24AM  4    COLLECTED AT WALGREENS STORES; CORRECT?

09:24AM  5    A.   THAT'S CORRECT.

09:24AM  6    Q.   IN PALO ALTO AND ARIZONA?

09:24AM  7    A.   YEAH.  I DON'T KNOW WHICH STORES WERE INVOLVED IN THIS,

09:24AM  8    BUT, YES, THESE WERE THE 650 RESPONDENTS THAT RECEIVED THEIR

09:24AM  9    BLOOD DRAW THROUGH A THERANOS SERVICE AND THEN THEY WERE GIVEN

09:24AM  10   THAT IPAD THAT I SPOKE ABOUT A COUPLE WEEKS AGO.

09:24AM  11   Q.   RIGHT.  AND THAT WAS FOR A PERIOD OF JULY 2ND THROUGH

09:24AM  12   AUGUST 4TH; RIGHT?

09:24AM  13   A.   THAT'S CORRECT.

09:24AM  14   Q.   BECAUSE THAT WAS THE PERIOD JUST PRIOR TO THE PARTNERSHIP

09:24AM  15   MEETING?

09:24AM  16   A.   THAT'S CORRECT.

09:24AM  17   Q.   RIGHT.  AND AS I SAID, 650 UNIQUE RESPONDENTS, AND THEN IT

09:24AM  18   HAS THE AVERAGE QUALITY/EXPERIENCE SCORES.

09:24AM  19        DO YOU SEE THAT?

09:24AM  20   A.   I DO.

09:24AM  21   Q.   AND THEY'RE ALL REALLY GOOD; RIGHT?

09:24AM  22   A.   THEY ARE.

09:24AM  23   Q.   AND THEN IF YOU GO TO THE NEXT PAGE, PAGE 21, THEN THERE

09:25AM  24   ARE SOME BAR GRAPHS, YOU KNOW, THAT FURTHER BREAK THAT DOWN;

09:25AM  25   RIGHT?

ER-3444

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4765

09:25AM   1    A.   YES.

09:25AM   2    Q.   AND THE OVERALL EXPERIENCE, THE BAR GRAPH SHOWS THERE WERE

09:25AM   3    MANY MORE 5'S THAN PEOPLE WHO RATED THE OVERALL EXPERIENCE 1,

09:25AM   4    2, 3 OR 4.

09:25AM   5         DO YOU SEE THAT?

09:25AM   6    A.   THAT'S CORRECT.

09:25AM   7    Q.   AND IN FACT, NO ONE RATED THE EXPERIENCE 0; RIGHT?

09:25AM   8    A.   IT WAS ONE PERSON IT LOOKS LIKE.

09:25AM   9    Q.   ONE PERSON RATED THE EXPERIENCE 0; RIGHT?

09:25AM  10    A.   CORRECT.

09:25AM  11    Q.   SO THAT 1 PERSON OUT OF 650 MUST HAVE HAD A BAD

09:25AM  12    EXPERIENCE; RIGHT?

09:25AM  13    A.   YEAH.  I DON'T KNOW.

09:25AM  14    Q.   AND 556 PEOPLE RATED IT A 5; RIGHT?

09:25AM  15    A.   THAT'S RIGHT.

09:25AM  16    Q.   OKAY.  AND JUST TO BE CLEAR, 5 IS THE BEST THAT THEY COULD

09:25AM  17    RATE THE EXPERIENCE; RIGHT?

09:25AM  18    A.   THAT'S CORRECT.  0 TO 5 IS THE SCALE, 5 BEING THE BEST

09:26AM  19    ACROSS ALL OF THESE DIMENSIONS THAT WE ASKED QUESTIONS OF.

09:26AM  20    Q.   THANK YOU.  AND THEN THERE ARE OTHER METRICS.  CHECK IN

09:26AM  21    PROCESS, PEOPLE RATED THAT, FOR THE MOST PART, 5'S, OR MORE

09:26AM  22    PEOPLE RATED THAT 5; RIGHT?

09:26AM  23    A.   THAT'S CORRECT.

09:26AM  24    Q.   AND SAME WITH LOCATING THERANOS; RIGHT?

09:26AM  25    A.   CORRECT.

ER-3445

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4766

09:26AM   1    Q.   AND THEN FACILITIES.

09:26AM   2         DO YOU SEE THAT?

09:26AM   3    A.   THAT'S RIGHT.

09:26AM   4    Q.   AND IF YOU GO TO THE NEXT PAGE, PAGE 22, SAMPLE COLLECTION

09:26AM   5    PROCESS, 558 PEOPLE OF THE 650 GAVE IT A 5; RIGHT?

09:26AM   6    A.   THAT'S CORRECT.

09:26AM   7    Q.   AND THIS WAS AT A TIME WHEN THERE WERE APPROXIMATELY

09:26AM   8    40 PERCENT VENIPUNCTURE, AROUND 60 PERCENT FINGERSTICK; RIGHT?

09:26AM   9    A.   APPROXIMATELY, CORRECT.

09:26AM  10    Q.   OKAY.  THEN SKILLED TECHNICIAN, DO YOU SEE THAT?

09:26AM  11    A.   YES.

09:26AM  12    Q.   OKAY.  LET'S GO TO THE NEXT PAGE, PAGE 23.

09:26AM  13         AND THIS IS A PIE CHART.  AND THE QUESTION IS, "WHERE DO

09:27AM  14    YOU TYPICALLY GET YOUR PRESCRIPTIONS FILLED?"

09:27AM  15         DO YOU SEE THAT?

09:27AM  16    A.   YES.

09:27AM  17    Q.   AND THE GREEN, 53 PERCENT, IS WALGREENS; RIGHT?

09:27AM  18    A.   THAT'S CORRECT.

09:27AM  19    Q.   AND THEN I GUESS IT WOULD BE THE REMAINING 47 PERCENT ARE

09:27AM  20    AT THESE OTHER COMPETITORS OF WALGREENS; RIGHT?

09:27AM  21    A.   THAT'S CORRECT.

09:27AM  22    Q.   LIKE CVS?

09:27AM  23    A.   YES.

09:27AM  24    Q.   AND WAL-MART?

09:27AM  25    A.   YES.

ER-3446

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                4767

09:27AM   1       Q.   OR COSTCO; RIGHT?

09:27AM   2       A.   YES.

09:27AM   3       Q.   AND SO FORTH?

09:27AM   4       A.   YES.

09:27AM   5       Q.   OKAY.  AND THEN THE NEXT GRAPH OR PIE CHART ON PAGE 24, IT

09:27AM   6       SAYS, "BASED ON YOUR RECENT VISIT, WHAT IS THE LIKELIHOOD THAT

09:27AM   7       YOU WILL RETURN TO A THERANOS WELLNESS CENTER?"

09:27AM   8            DO YOU SEE THAT?

09:27AM   9       A.   I DO.

09:27AM  10       Q.   AND THERE ARE 82 PERCENT IN THIS PIE CHART WHO SAID THEY

09:27AM  11       WOULD DEFINITELY COME BACK; RIGHT?

09:27AM  12       A.   THAT'S RIGHT.

09:27AM  13       Q.   AND THEN 17 PERCENT SAID THEY WOULD LIKELY -- THEY WERE

09:27AM  14       LIKELY TO RETURN; RIGHT?

09:27AM  15       A.   THAT'S CORRECT.

09:27AM  16       Q.   AND THEN ONLY 1 PERCENT SAID THAT THEY ARE NOT SURE IF

09:28AM  17       THEY WILL RETURN; RIGHT?

09:28AM  18       A.   THAT'S RIGHT.

09:28AM  19       Q.   AND THAT'S REALLY GOOD?

09:28AM  20       A.   YES, THAT'S GOOD.

09:28AM  21       Q.   OKAY.  AND THEN IF YOU GO TO THE NEXT PAGE, YOU SEE THAT

09:28AM  22       THERE'S A -- I WON'T READ ALL OF THESE, BUT THERE'S A SECTION

09:28AM  23       ON SOME COMMENTS THAT PEOPLE HAD ABOUT THEIR EXPERIENCE AT THE

09:28AM  24       THERANOS COLLECTION CENTER AT WALGREENS.

09:28AM  25            DO YOU SEE THAT?

ER-3447

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                4768

09:28AM  1    A.   YES, SIR.

09:28AM  2    Q.   AND THEN THAT'S PAGE 25.

09:28AM  3         NOW, IF WE FLIP TO PAGE 41 OF THE SLIDE DECK.

09:28AM  4         THIS IS A SECTION OF THE POWERPOINT SLIDES THAT SAY

09:28AM  5    "DIAGNOSTIC TESTING -- THERANOS PARTNERSHIP PROGRAM MEASURES OF

09:28AM  6    SUCCESS (SMART GOALS)."

09:29AM  7         DO YOU SEE THAT?

09:29AM  8    A.   YES.

09:29AM  9    Q.   AND THEN IF YOU GO TO THE NEXT PAGE, IT ACTUALLY DEFINES

09:29AM  10   WHAT SMART GOALS ARE; RIGHT?

09:29AM  11   A.   CORRECT.

09:29AM  12   Q.   I THINK WE WERE BOTH HAVING TROUBLE REMEMBERING WHAT THAT

09:29AM  13   WAS, BUT NOW WE SEE IT; RIGHT?

09:29AM  14   A.   YES.

09:29AM  15   Q.   AND THIS IS -- I THINK YOU SAID THIS IS NOT SOMETHING THAT

09:29AM  16   JUST EXISTS IN WALGREENS, BUT IT IS A COMMON BUSINESS -- A

09:29AM  17   COMMON WAY IN BUSINESS TO SORT OF MEASURE METRICS; IS THAT

09:29AM  18   CORRECT?

09:29AM  19   A.   IT'S A -- YES, IT'S A GUIDELINE OF HOW WE LOOK AT GOALS

09:29AM  20   FOR BUSINESS OR FOR HR OR DETERMINING ANYTHING THAT WE'RE

09:29AM  21   TRYING TO ACHIEVE.

09:29AM  22   Q.   OKAY.  SO IF YOU GO TO THE NEXT PAGE, WHICH IS 43, NOW

09:29AM  23   WE'RE -- THERE'S THE BEGINNING OF THE DIFFERENT CATEGORIES AND

09:29AM  24   SOME COMMENTS ABOUT THEM.

09:29AM  25        DO YOU SEE THAT?

ER-3448

JHAVERI CROSS BY MR. COOPERSMITH (RES.)          4769

09:29AM   1      A.   I DO.

09:29AM   2      Q.   AND THEN THE FIRST ONE IS OPERATIONAL?

09:29AM   3      A.   YES.

09:29AM   4      Q.   AND IT SAYS, "ACHIEVE ACCEPTABLE LABOR MODEL," AND THEN

09:30AM   5      THE SUCCESS CRITERIA IS "20 STORES WITH WALGREENS EMPLOYED

09:30AM   6      PHLEBOTOMIST/HEALTH GUIDE BY 3/31/15."

09:30AM   7           RIGHT?

09:30AM   8      A.   THAT'S RIGHT.

09:30AM   9      Q.   SO THAT DATE OF 3/31/15, THAT WOULD BE SEVEN MONTHS LATER

09:30AM   10     COMPARED TO THE TIME THAT THIS IS BEING PRESENTED AT THE

09:30AM   11     MEETING IN AUGUST '14?

09:30AM   12     A.   THAT'S RIGHT.

09:30AM   13     Q.   OKAY.  AND THAT'S WHERE WALGREENS WOULD START EMPLOYING

09:30AM   14     THE PHLEBOTOMIST, AT LEAST FOR THE 20 STORES MENTIONED THERE?

09:30AM   15     A.   THAT'S RIGHT.

09:30AM   16     Q.   OKAY.  AND THEN IT HAS ANOTHER CATEGORY OF PATIENT

09:30AM   17     EXPERIENCE.

09:30AM   18          DO YOU SEE THAT?

09:30AM   19     A.   YES, I DO.

09:30AM   20     Q.   AND THE GOAL IS "LIKELIHOOD TO COME BACK BY 8/31/15."

09:30AM   21          AND THE GOAL IS GREATER THAN 90 PERCENT?

09:30AM   22     A.   THAT'S CORRECT.

09:30AM   23     Q.   AND ACTUALLY, FROM THE PIE CHARTS THAT WE ALREADY LOOKED

09:31AM   24     AT, THE PROGRAM WAS ALREADY THERE FOR THE STORES THAT WERE

09:31AM   25     OPENED AT THAT TIME; RIGHT?

UNITED STATES COURT REPORTERS

ER-3449

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4770

09:31AM   1    A.   YEAH, I THINK WE WERE 82 OR 83 ALREADY LIKELY TO COME

09:31AM   2    BACK -- OR I DON'T REMEMBER.  SORRY.

09:31AM   3         98 PERCENT.

09:31AM   4    Q.   98 PERCENT; RIGHT?

09:31AM   5         SO THAT GOAL HAD ALREADY BEEN MET AS OF AUGUST OF '14;

09:31AM   6    RIGHT?

09:31AM   7    A.   THAT'S RIGHT.

09:31AM   8    Q.   EVEN THOUGH THE DEADLINE WAS AUGUST 31ST, '15?

09:31AM   9    A.   CORRECT.

09:31AM  10    Q.   OKAY.  AND THEN IT HAS -- I WON'T READ ALL OF THESE, BUT

09:31AM  11    IT HAS THE OTHER GOALS UNDER PATIENT EXPERIENCE.

09:31AM  12         DO YOU SEE THAT?

09:31AM  13    A.   YES, I DO.

09:31AM  14    Q.   OKAY.  IF YOU GO TO THE NEXT PAGE, THERE'S A GOAL UNDER

09:31AM  15    THE FINANCIAL SECTION TO ACHIEVE 15 PATIENTS PER STORE PER DAY

09:31AM  16    FOR A STORE THAT HAS BEEN OPENED AT LEAST THREE MONTHS BY AT

09:31AM  17    LEAST AUGUST 31ST, '15.

09:31AM  18         DO YOU SEE THAT?

09:31AM  19    A.   YES.

09:31AM  20    Q.   I THINK WE LOOKED AT IT LAST TIME AND I THINK WE'LL SEE,

09:32AM  21    BUT THE PATIENT NUMBERS HAD ACTUALLY BEEN GROWING; RIGHT?

09:32AM  22    A.   YES, THE PATIENT NUMBERS HAD BEEN GROWING, AND THE STORE

09:32AM  23    COUNT HAD ALSO BEEN GROWING, SO THAT WAS A GOOD THING.

09:32AM  24         WE WERE SEEING GROWTH NOT JUST ON THE TOTAL NUMBER OF

09:32AM  25    PATIENTS, BUT PER AVERAGE PER STORE PER DAY, WHICH IS GOOD AS

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4771

09:32AM   1    WELL.

09:32AM   2    Q.   OKAY.  AND THEN ON THE SAME PAGE THERE'S A GOAL TO DEAL

09:32AM   3    WITH SOME I.T. ISSUES.

09:32AM   4         DO YOU SEE THAT?

09:32AM   5    A.   YES, I DO.

09:32AM   6    Q.   AND YOU REMEMBER THAT THE I.T. ISSUES, THE INTEGRATION

09:32AM   7    BETWEEN THERANOS AND WALGREENS, THIS WAS, YOU KNOW, SOMETHING

09:32AM   8    THAT MAYBE WAS HARDER THAN IT FIRST APPEARED; IS THAT FAIR?

09:32AM   9    A.   IT WAS.  THERE WAS CERTAIN THINGS THAT WE NEEDED TO DO.

09:32AM  10         WE WANTED TO MAKE SURE THAT THERE WAS AN INTERNET

09:32AM  11    CONNECTION, DSL AS IT REFERS TO, THAT WAS PRIVATE, THAT WE CAN

09:32AM  12    HAVE UNINTERRUPTED.  SO THAT WAS ONE.

09:32AM  13         OTHER THINGS THAT WE HAD TO DO WAS TO INTEGRATE INTO OUR

09:32AM  14    WALGREENS PLATFORM SO THAT THEY COULD ACCESS THE THERANOS CHECK

09:33AM  15    IN PROCESS.

09:33AM  16         SO THERE WERE THINGS THAT WE WERE DOING FROM BOTH A

09:33AM  17    WALGREENS STANDPOINT, AS WELL AS FROM A THERANOS STANDPOINT

09:33AM  18    THAT WE HAD TO GET COMPLETED, JUST TO MAKE SURE THE EXPERIENCE

09:33AM  19    WAS CORRECT AND THAT WE HAD, AS BEST AS POSSIBLE, A GROUP

09:33AM  20    INTEGRATION, A SEAMLESS PROCESS.

09:33AM  21    Q.   AND THERE WERE A LOT OF PEOPLE WORKING ON THAT PARTICULAR

09:33AM  22    PROJECT; RIGHT?

09:33AM  23    A.   ON BOTH SIDES.

09:33AM  24    Q.   ON BOTH SIDES.  IS THIS A SILICON VALLEY MEETS CHICAGO

09:33AM  25    TYPE OF THING?

ER-3451

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4772

09:33AM  1     A.   I CAN'T ANSWER THAT.

09:33AM  2          BUT I WILL TELL YOU THAT WE HAD FOLKS ON BOTH SIDES THAT

09:33AM  3     WERE CONTINUING TO WORK ON FIGURING OUT THE TECHNOLOGY.

09:33AM  4     Q.   OKAY.  LET'S GO A LITTLE FURTHER INTO THE SLIDE DECK.

09:33AM  5          AND THEN IF YOU GO TO PAGE 46, YOU SEE THERE'S A PATIENT

09:33AM  6     EXPERIENCE SECTION?

09:33AM  7     A.   YES, SIR.

09:33AM  8     Q.   AND THAT DEALS WITH THINGS LIKE CHECK IN TIME; RIGHT?

09:33AM  9     A.   THAT'S CORRECT.

09:33AM  10    Q.   AND THE OTHER CATEGORIES OR GOALS THAT WERE MENTIONED

09:34AM  11    THERE, THOSE ARE ALSO PART OF THE PATIENT EXPERIENCE; RIGHT?

09:34AM  12    A.   THAT'S RIGHT.

09:34AM  13    Q.   OKAY.  AND THEN THE NEXT PAGE IS PATIENT (NON-EXPERIENCE),

09:34AM  14    AND THAT'S PAGE 47.

09:34AM  15         DO YOU SEE THAT?

09:34AM  16    A.   YES.

09:34AM  17    Q.   AND SO THE PATIENT VOLUME AND THE PERCENTAGE OF VENOUS

09:34AM  18    DRAWS THAT ARE LISTED THERE, NET NEW VERSUS EXISTING PATIENTS,

09:34AM  19    THESE ARE IN THE CATEGORY OF PATIENTS, BUT NOT PART OF THE

09:34AM  20    PATIENT EXPERIENCE; IS THAT CORRECT?

09:34AM  21    A.   YES, THAT'S HOW WE CATEGORIZED IT AT THE TIME, YES.

09:34AM  22    Q.   OKAY.  AND THEN DO YOU SEE WHERE IT SAYS PERCENT VENOUS

09:34AM  23    DRAWS?

09:34AM  24    A.   YES.

09:34AM  25    Q.   AND THE GOAL IS -- I'M SORRY.  THE GOAL IS PERCENT VENOUS

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4773

09:34AM  1    DRAWS.

09:34AM  2         AND THEN THE SUCCESS CRITERIA IS LESS THAN OR EQUAL

09:34AM  3    10 PERCENT VENOUS DRAWS BY AUGUST 31ST, 2015.

09:34AM  4         AM I READING THAT RIGHT?

09:35AM  5    A.   THAT'S CORRECT.

09:35AM  6    Q.   OKAY.  YOU CAN PUT THAT EXHIBIT ASIDE, MR. JHAVERI.  THANK

09:35AM  7    YOU.

09:35AM  8         OKAY.  IF YOU COULD PULL UP, MR. ALLEN, JUST FOR

09:35AM  9    MR. JHAVERI, EXHIBIT 20229.

09:36AM 10    A.   I HAVE IT.

09:36AM 11    Q.   OKAY.  AND DO YOU SEE THIS IS AN EMAIL STRING WHERE IN THE

09:36AM 12    BOTTOM EMAIL MR. BALWANI SENT AN EMAIL TO YOU AND OTHERS ON

09:36AM 13    AUGUST 14TH, AND THEN YOU RESPOND WITHIN WALGREENS ON

09:36AM 14    AUGUST 15TH, 2014.

09:36AM 15         DO YOU SEE THAT?

09:36AM 16    A.   I DO.

09:36AM 17    Q.   AND THIS WAS IN CONNECTION WITH THE PARTNERSHIP BETWEEN

09:36AM 18    WALGREENS AND THERANOS; RIGHT?

09:36AM 19    A.   YES.

09:36AM 20    Q.   AND THAT YOU WERE CONVEYING INFORMATION TO YOUR COLLEAGUES

09:36AM 21    AT WALGREENS TO TELL THEM SOME INFORMATION ABOUT THE

09:36AM 22    PARTNERSHIP; RIGHT?

09:36AM 23    A.   THAT'S CORRECT.

09:36AM 24    Q.   AND YOU WERE TRYING TO CONVEY THAT INFORMATION ACCURATELY?

09:36AM 25    A.   YES.

09:36AM   1    Q.   AND YOU WERE DOING THAT ON AN EMAIL IN THIS CASE; CORRECT?

09:36AM   2    A.   CORRECT.

09:36AM   3    Q.   AND THIS WAS A COMMON WAY THAT YOU COMMUNICATED

09:36AM   4    INFORMATION TO YOUR COLLEAGUES WITHIN WALGREENS; CORRECT?

09:36AM   5    A.   YES.

09:36AM   6    Q.   AND YOU -- WHEN YOU SENT AN EMAIL SUCH AS THIS, IF YOU

09:36AM   7    EVER NEEDED TO REFER BACK TO IT, WALGREENS HAD A SYSTEM WHERE

09:36AM   8    YOU COULD GO BACK AND DO THAT TO REVIEW THE INFORMATION IF YOU

09:37AM   9    WANTED TO; IS THAT RIGHT?

09:37AM   10   A.   THAT'S CORRECT.

09:37AM   11        MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20229.

09:37AM   12        MR. SCHENK:  NO OBJECTION.

09:37AM   13        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:37AM   14     (DEFENDANT'S EXHIBIT 20229 WAS RECEIVED IN EVIDENCE.)

09:37AM   15   BY MR. COOPERSMITH:

09:37AM   16   Q.   OKAY.  MR. JHAVERI, JUST TO GO TO THE BOTTOM EMAIL FROM

09:37AM   17   MR. BALWANI.  HE WROTE, "TODAY'S DATA.  I THOUGHT I WOULD SHARE

09:37AM   18   TODAY'S DATA WITH YOU.  THESE VISITS ARE FOR PAYING CUSTOMERS

09:37AM   19   (NO COUPONS OR OTHER FREE VISITS)."

09:37AM   20        DO YOU SEE THAT?

09:37AM   21   A.   I DO.

09:37AM   22   Q.   AND THEN ABOVE THAT YOU THEN SENT THIS EMAIL TO

09:37AM   23   BRAD FLUEGEL AND BRAD WASSON; IS THAT RIGHT?

09:37AM   24   A.   YES, THAT'S CORRECT.

09:37AM   25   Q.   OKAY.  AND CAN YOU JUST REMIND US, WHO ARE MR. FLUEGEL AND

09:37AM   1      MR. WASSON LISTED ON THIS EMAIL AT THE TIME?

09:37AM   2      A.   AT THE TIME STEWART WASSON, OR ALSO KNOWN AS BRAD WASSON,

09:37AM   3   WAS MY DIRECT MANAGER; AND THEN BRADLEY FLUEGEL WAS HIS DIRECT

09:38AM   4   MANAGER.

09:38AM   5      Q.   OKAY.  AND DO YOU KNOW WHO BRAD FLUEGEL REPORTED TO?

09:38AM   6      A.   BRAD FLUEGEL REPORTED TO ALEX GOURLAY, WHO WAS THE ACTING,

09:38AM   7   OR THE CO-COO OF WALGREENS BOOTS ALLIANCE.

09:38AM   8      Q.   SO WHEN YOU GET TO THE LEVEL OF BRAD FLUEGEL, YOU'RE

09:38AM   9   GETTING INTO THE UPPER ECHELONS OF WALGREENS MANAGEMENT; IS

09:38AM  10   THAT CORRECT?

09:38AM  11      A.   THAT'S CORRECT.

09:38AM  12      Q.   AT THE NATIONAL LEVEL?

09:38AM  13      A.   THAT'S CORRECT.

09:38AM  14      Q.   SO LET'S JUST LOOK AT WHAT YOU SAID.  YOU WROTE IN THE TOP

09:38AM  15   EMAIL, "HI BRAD -- JUST WANTED YOU TO KNOW THE REAL PROGRESS WE

09:38AM  16   HAVE MADE WITH THERANOS.  THERE IS STILL MUCH WORK TO BE

09:38AM  17   DONE... HOWEVER, ATTACHED ARE THE NUMBERS FROM WEDNESDAY -- 142

09:38AM  18   PATIENTS TOTAL FOR ONE DAY -- ALMOST 5 PATIENTS PER STORE.

09:38AM  19   SINCE WE LAST PRESENTED TO YOU AND THE EXEC TEAM IN MARCH, HERE

09:38AM  20   ARE SOME HIGHLIGHTS FOR YOU."

09:38AM  21      DO YOU SEE THAT?

09:38AM  22      A.   YES.

09:38AM  23      Q.   AND THEN -- SO YOU'RE REPORTING THE PROGRESS; RIGHT?

09:38AM  24      A.   THAT'S RIGHT.

09:38AM  25      Q.   AND THEN YOUR -- IN THE DATA, YOU'RE SHOWING THAT BETWEEN

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4776

```
09:39AM   1    FEBRUARY AND JULY, THE NUMBER OF STORES WENT FROM 3 TO 31;

09:39AM   2    RIGHT?

09:39AM   3    A.   THAT'S CORRECT.

09:39AM   4    Q.   AND THE AVERAGE PATIENTS PER STORE WENT FROM .8 TO 3.05;

09:39AM   5    RIGHT?

09:39AM   6    A.   THAT'S CORRECT.

09:39AM   7    Q.   AND THE CHECK IN TIME WAS GOING DOWN; RIGHT?

09:39AM   8    A.   CORRECT.

09:39AM   9    Q.   WAIT TIME WAS GOING DOWN?

09:39AM  10    A.   CORRECT.

09:39AM  11    Q.   VENOUS DRAWS WERE GOING DOWN; RIGHT?

09:39AM  12    A.   THAT'S CORRECT.

09:39AM  13    Q.   AND THAT WAS GOOD?

09:39AM  14    A.   ALL OF IT IS GOOD SO FAR.

09:39AM  15    Q.   OKAY.  AND THEN IT HAS OTHER INFORMATION ABOUT TRAINING

09:39AM  16    DAYS AND SKILL OF TECHNICIAN.

09:39AM  17         DO YOU SEE THAT?

09:39AM  18    A.   YES.

09:39AM  19    Q.   OKAY.  YOU CAN PUT THAT ASIDE.

09:39AM  20         LET'S GO TO THE NEXT EXHIBIT, WHICH IS 20231.

09:39AM  21         AND DO YOU SEE THAT IN THE BOTTOM HALF OF THE EMAIL ON

09:39AM  22    EXHIBIT 20231 IS THE SAME EMAIL THAT WE JUST LOOKED AT; RIGHT?

09:39AM  23    A.   YES, SIR.

09:40AM  24    Q.   AND THEN THERE'S A RESPONSE FROM BRAD, OR STEWART,

09:40AM  25    WASSON -- ACTUALLY TWO RESPONSES FROM HIM.
```

ER-3456

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4777

```
09:40AM   1              DO YOU SEE THAT?

09:40AM   2      A.   YES.

09:40AM   3      Q.   AND THAT'S ON AUGUST 15TH OF 2014 AS WELL?

09:40AM   4      A.   YES.

09:40AM   5              MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20231.

09:40AM   6              MR. SCHENK:  NO OBJECTION.

09:40AM   7              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:40AM   8         (DEFENDANT'S EXHIBIT 20231 WAS RECEIVED IN EVIDENCE.)

09:40AM   9      BY MR. COOPERSMITH:

09:40AM  10      Q.   OKAY.  JUST TO GET STARTED.

09:40AM  11              DO YOU SEE IN THE BOTTOM THAT'S THE SAME EMAIL THAT WE

09:40AM  12      JUST LOOKED AT THAT WE READ; CORRECT?

09:40AM  13      A.   YES.

09:40AM  14      Q.   WITH THE SAME DATA; CORRECT?

09:40AM  15      A.   CORRECT.

09:40AM  16      Q.   AND THEN MR. WASSON, BRAD WASSON -- GOES BY BRAD, I

09:40AM  17      GUESS -- IT SAYS, "NICE NICE NICE WORK EVERYONE.  THANKS,

09:40AM  18      BRAD."

09:40AM  19              DO YOU SEE THAT?

09:40AM  20      A.   YES.

09:40AM  21      Q.   SO HE WAS PLEASED?

09:40AM  22      A.   CORRECT.

09:40AM  23      Q.   AND THEN ABOVE THAT IT SAYS, "FYI" -- HE SENDS ANOTHER

09:41AM  24      RESPONSE.

09:41AM  25              DO YOU SEE THAT?
```

ER-3457

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4778

09:41AM  1     A.   YES.

09:41AM  2     Q.   AND I GUESS HE INCLUDES MORE PEOPLE ON THIS RESPONSE.

09:41AM  3          DO YOU SEE THAT?

09:41AM  4     A.   YES.

09:41AM  5     Q.   AND THEN IN THAT RESPONSE HE SAYS, "FYI NICE JOB AND

09:41AM  6     SENDING AS AN FYI -- I LIKE THESE KINDS OF SUMMARIES EQUALS IT

09:41AM  7     ARMS MY BRAIN WITH THE CORRECT STUFF SO I CAN GO TO WAR IF I

09:41AM  8     HAVE TOO."

09:41AM  9          DO YOU SEE THAT?

09:41AM 10     A.   YES.

09:41AM 11     Q.   AND I JUST WANT TO TALK ABOUT THE WAR REFERENCE.  I'M NOT

09:41AM 12     SURE YOU KNOW, BUT AT THIS TIME WALGREENS WAS GOING THROUGH A

09:41AM 13     MERGER WITH THIS EUROPEAN COMPANY.

09:41AM 14          DO YOU REMEMBER THAT?

09:41AM 15     A.   CORRECT.

09:41AM 16     Q.   AND THAT'S THE BOOTS ALLIANCE?

09:41AM 17     A.   THAT'S RIGHT.

09:41AM 18     Q.   AND WE TALKED ABOUT IT LAST TIME YOU WERE HERE?

09:41AM 19     A.   WE DID.

09:41AM 20     Q.   OKAY.  SO THE NEW PEOPLE WHO WERE KIND OF JOINING THE TEAM

09:41AM 21     FROM EUROPE, THEY WERE GOING TO HAVE TO UNDERSTAND THIS PROGRAM

09:41AM 22     AS WELL; RIGHT?

09:41AM 23     A.   YES.  IF I CAN JUST CLARIFY -- I SHOULDN'T SAY CLARIFY --

09:42AM 24     JUST DIVE IN A LITTLE DEEPER AS TO WHO BRAD WAS SENDING THIS

09:42AM 25     EMAIL TO.

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4779

09:42AM  1          HE WAS SENDING IT TO HIS DIRECT REPORTS, SO ALL OF THOSE

09:42AM  2    FOLKS THAT YOU SEE ON THAT TO ARE MY PEERS THAT REPORTED TO

09:42AM  3    BRAD.

09:42AM  4          AND WHAT HE IS BASICALLY STATING IS THAT HE LIKES THESE

09:42AM  5    TYPES OF SUMMARIES ON PROJECTS THAT WE'RE WORKING ON, SO IF HE

09:42AM  6    HAS TO GO AND EXPLAIN IT ON THE PROGRESS OF THOSE PROJECTS, HE

09:42AM  7    CAN DO SO TO ANY TYPE OF AUDIENCE, AND THAT'S WHAT HE'S TALKING

09:42AM  8    ABOUT HERE.

09:42AM  9    Q.   OKAY.  THANK YOU, MR. JHAVERI.

09:42AM  10   A.   YOU BET.

09:42AM  11   Q.   IF YOU CAN GO TO THE NEXT EXHIBIT, WHICH IS 20235.

09:42AM  12        AND YOU SEE THIS IS ANOTHER EMAIL INTERNAL TO WALGREENS;

09:42AM  13   CORRECT?

09:42AM  14   A.   YES, SIR.

09:42AM  15   Q.   AND THIS IS AN EMAIL STRING BETWEEN YOU AND WADE MIQUELON;

09:42AM  16   CORRECT?

09:42AM  17   A.   THAT'S CORRECT.

09:43AM  18   Q.   AND I THINK WE TALKED ABOUT HIM LAST TIME.  HE'S THE CHIEF

09:43AM  19   FINANCIAL OFFICER?

09:43AM  20   A.   THAT'S CORRECT.

09:43AM  21   Q.   SO ANOTHER PERSON AT THE TOP ECHELONS OF THE WALGREENS

09:43AM  22   LEADERSHIP; RIGHT?

09:43AM  23   A.   YES.

09:43AM  24   Q.   OKAY.  AND THIS IS ON AUGUST 14TH, 2015 AS WELL?

09:43AM  25   A.   YES, IT WAS.

09:43AM   1      Q.   AND YOU'RE ALSO CONVEYING THE SAME DATA IN THIS CASE TO

09:43AM   2      MR. MIQUELON?

09:43AM   3      A.   YES.

09:43AM   4              MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20235.

09:43AM   5              MR. SCHENK:  NO OBJECTION.

09:43AM   6              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:43AM   7          (DEFENDANT'S EXHIBIT 20235 WAS RECEIVED IN EVIDENCE.)

09:43AM   8      BY MR. COOPERSMITH:

09:43AM   9      Q.   OKAY.  LET'S GO TO THE BOTTOM EMAIL.

09:43AM  10          SO ON AUGUST 14TH YOU WROTE, "HI WADE -- I HEARD THE NEWS

09:43AM  11      OF YOU LEAVING AND WANTED TO REACH OUT TO YOU JUST TO SAY THANK

09:43AM  12      YOU.  YOUR HELP AND GUIDANCE OVER THE YEARS WAS MUCH

09:43AM  13      APPRECIATED AND I CANNOT THANK YOU ENOUGH.

09:43AM  14          "I HOPE OUR PATHS CROSS AGAIN -- TAKE CARE AND ALL THE

09:43AM  15      BEST SIR."

09:43AM  16          DO YOU SEE THAT?

09:43AM  17      A.   YES.

09:43AM  18      Q.   AND SO ALL OF THE BEST TO MR. MIQUELON --

09:44AM  19      A.   YES.

09:44AM  20      Q.   -- WHO WAS LEAVING?

09:44AM  21      A.   YES.

09:44AM  22      Q.   DO YOU KNOW WHY HE WAS LEAVING?

09:44AM  23              MR. SCHENK:  OBJECTION.  RELEVANCE.

09:44AM  24              THE COURT:  SUSTAINED.

09:44AM  25      BY MR. COOPERSMITH:

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4781

09:44AM  1      Q.   BUT HE WAS LEAVING?

09:44AM  2      A.   HE WAS LEAVING.

09:44AM  3      Q.   AND IF YOU GO UP THE CHAIN HERE, YOU THEN WROTE ON

09:44AM  4      AUGUST 14TH AT 9:02 P.M., "THANK YOU AND ABSOLUTELY WILL STAY

09:44AM  5      IN TOUCH.  ALSO, WANTED TO LET YOU KNOW WHAT WE ARE DOING WITH

09:44AM  6      THERANOS.  THE PROGRESS HAS BEEN GREAT SINCE WE PRESENTED TO

09:44AM  7      YOU IN MARCH.  I PROMISED YOU WE WILL GET THIS DONE.  SEE

09:44AM  8      BELOW."

09:44AM  9           DO YOU SEE THAT?

09:44AM  10     A.   YES.

09:44AM  11     Q.   AND THEN YOU ATTACH THAT SAME DATA THAT WE WERE LOOKING AT

09:44AM  12     BEFORE; RIGHT?

09:44AM  13     A.   YES, SIR.

09:44AM  14     Q.   AND THEN MR. MIQUELON, HE WAS WORKING ON -- LET ME STEP

09:44AM  15     BACK.

09:44AM  16          HE WAS WORKING ON THIS PROJECT FOR A WHILE; RIGHT?

09:44AM  17     A.   PRIOR TO ME EVEN GETTING INVOLVED.

09:44AM  18     Q.   RIGHT.  IN FACT, YEARS PRIOR TO YOU GETTING INVOLVED;

09:44AM  19     RIGHT?

09:44AM  20     A.   THAT'S CORRECT.

09:44AM  21     Q.   BECAUSE HE HAD BEEN THE CFO?

09:45AM  22     A.   THAT'S RIGHT.

09:45AM  23     Q.   AND SO YOU WERE SENDING THIS TO HIM BECAUSE YOU KNEW HE

09:45AM  24     MIGHT BE INTERESTED IN THE STATUS OF THE THERANOS-WALGREENS

09:45AM  25     RELATIONSHIP?

ER-3461

09:45AM   1      A.   YES.  HE ASKED ME TO KEEP HIM IN THE LOOP AS TO WHAT WAS

09:45AM   2      GOING ON AND THE PROGRESS THAT WE WERE MAKING.

09:45AM   3      Q.   AND THAT'S WHAT YOU WERE DOING?

09:45AM   4      A.   THAT'S WHAT I WAS DOING.

09:45AM   5      Q.   AND THEN YOU DID THAT IN PART BY SENDING HIM THIS DATA;

09:45AM   6      RIGHT?

09:45AM   7      A.   YES, SIR.

09:45AM   8      Q.   AND THEN HE RESPONDED, IF YOU LOOK AT THE TOP EMAIL, HE

09:45AM   9      SAYS, "WOW!!!!"

09:45AM  10           MAYBE I SHOULD YELL THE WORD "WOW."  THERE ARE SEVERAL

09:45AM  11      EXCLAMATION POINTS.

09:45AM  12           DO YOU SEE THAT?

09:45AM  13      A.   I DO.

09:45AM  14      Q.   AND THEN HE SAYS, "KEEP ROCKIN IT.  WADE."

09:45AM  15           DO YOU SEE THAT?

09:45AM  16      A.   YES.

09:45AM  17      Q.   AND THAT'S WHAT MR. WADE TOLD YOU IN RESPONSE TO YOUR

09:45AM  18      TRANSMISSION OF THIS DATA; RIGHT?

09:45AM  19      A.   THAT'S RIGHT.

09:45AM  20      Q.   LET'S GO TO THE NEXT EXHIBIT, 2214.

09:46AM  21           AND, YOUR HONOR, THIS IS ALREADY IN EVIDENCE, SO IF WE CAN

09:46AM  22      PUT IT UP ON THE SCREEN WITH YOUR PERMISSION?

09:46AM  23              THE COURT:  ALL RIGHT.

09:46AM  24      BY MR. COOPERSMITH:

09:46AM  25      Q.   SO LOOKING AT EXHIBIT 2214, THIS IS ANOTHER EMAIL FROM

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4783

```
09:46AM   1        PATTY HAWORTH TRANSMITTING AN AGENDA AND SLIDE DECK FOR A
09:46AM   2    PARTNERSHIP MEETING WITH THERANOS; CORRECT?
09:46AM   3    A.   YES, SIR.
09:46AM   4    Q.   AND THAT'S ON NOVEMBER 18TH, 2014?
09:46AM   5    A.   YES.
09:46AM   6    Q.   SO THIS IS NOW A FEW MONTHS AFTER THE LAST PARTNERSHIP
09:46AM   7    MEETING THAT WE LOOKED AT, WHICH WAS IN MID-AUGUST; CORRECT?
09:46AM   8    A.   THAT'S CORRECT.
09:46AM   9    Q.   OKAY.  AND IF WE GO TO PAGE 8 FOR STARTERS.
09:47AM  10        THIS IS THAT SAME TYPE OF CHART FOR THERANOS EXPERIENCE
09:47AM  11    SURVEY SUMMARY.
09:47AM  12        DO YOU SEE THAT?
09:47AM  13    A.   YES, I DO.
09:47AM  14    Q.   BUT THIS TIME IT'S FOR A DIFFERENT TIME PERIOD.  IN THIS
09:47AM  15    CASE IT'S OCTOBER OF '14; CORRECT?
09:47AM  16    A.   CORRECT.
09:47AM  17    Q.   OKAY.  AND THEN THE NUMBERS ARE STILL REALLY GOOD; RIGHT?
09:47AM  18    A.   YES, THE NUMBERS ARE GOOD.
09:47AM  19    Q.   AND THEN IF YOU GO TO THE NEXT PAGE, PAGE 9, THAT HAS THAT
09:47AM  20    BREAKDOWN THAT WE WERE TALKING ABOUT WITH THE OTHER EXHIBIT,
09:47AM  21    BUT AGAIN IN THIS CASE FOR THE OCTOBER 2014 TIME PERIOD; RIGHT?
09:47AM  22    A.   CORRECT.
09:47AM  23    Q.   AND WE'RE STILL SEEING, LIKE, FAR AND AWAY PEOPLE ARE
09:47AM  24    GIVING THIS SERVICE A 5 COMPARED TO ANY OTHER NUMBER; RIGHT?
09:47AM  25    A.   YES.
```

ER-3463

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4784

09:47AM  1    Q.   OKAY.  GO TO THE NEXT PAGE, 10.  SAME THING WITH SAMPLE

09:47AM  2    COLLECTION AND SKILL OF TECHNICIAN?

09:47AM  3    A.   YES.

09:47AM  4    Q.   AND THE SAMPLE COLLECTION METRIC THAT WE ARE LOOKING AT

09:48AM  5    HERE, THAT WAS AT A TIME WHEN THE VENOUS DRAW PERCENTAGE WAS

09:48AM  6    STILL AROUND 40 PERCENT; RIGHT?

09:48AM  7    A.   THAT'S CORRECT.

09:48AM  8    Q.   AND IF YOU GO TO THE NEXT PAGE, PAGE 11, YOU SEE THE PIE

09:48AM  9    CHART THAT HAS THAT INFORMATION THAT WE LOOKED AT BEFORE ABOUT

09:48AM  10   WHERE THE PEOPLE GOT THEIR PRESCRIPTIONS FILLED.

09:48AM  11        DO YOU SEE THAT?

09:48AM  12   A.   YES.

09:48AM  13   Q.   AND THE NEXT PAGE IS LIKELIHOOD OF RETURNING ON PAGE 12,

09:48AM  14   AND THAT'S STILL REALLY GOOD; RIGHT?

09:48AM  15   A.   YES.

09:48AM  16   Q.   AND THEN WE HAVE AFTER THAT, IF YOU QUICKLY GO THROUGH

09:48AM  17   THESE WITHOUT READING THEM, YOU SEE -- I'M SORRY, MR. ALLEN.

09:48AM  18   STARTING ON PAGE 14.

09:48AM  19        IT HAS WHAT PEOPLE ARE SAYING.  SO THERE'S POSITIVE

09:48AM  20   COMMENTS FROM CERTAIN PEOPLE WHO RESPONDED ON THE IPAD?

09:48AM  21   A.   YES.

09:48AM  22   Q.   AND THEN ALSO ON PAGE 16, THERE'S AN INCLUSION OF WHAT

09:49AM  23   PEOPLE ARE COMPLAINING ABOUT; RIGHT?

09:49AM  24   A.   YES, THAT'S CORRECT.

09:49AM  25   Q.   AND SO, FOR EXAMPLE, THE FIRST ONE, THE PERSON WANTED

09:49AM  1    BETTER DIRECTIONS ABOUT WHERE TO CHECK IN; RIGHT?

09:49AM  2    A.   YES.

09:49AM  3    Q.   AND WAS SAYING THAT THERE SHOULD BE SOME BATHROOM REPAIRS;

09:49AM  4    RIGHT?

09:49AM  5    A.   THAT'S CORRECT.

09:49AM  6    Q.   AND THEN OTHER PEOPLE WERE COMPLAINING THAT THEY HAD TO

09:49AM  7    WAIT TOO LONG; RIGHT?

09:49AM  8    A.   THAT'S CORRECT.

09:49AM  9    Q.   OKAY.  AND THEN PAGE 17 HAS SOME ADDITIONAL COMPLAINTS; IS

09:49AM 10    THAT RIGHT?

09:49AM 11    A.   YES.

09:49AM 12    Q.   SO, FOR EXAMPLE, IN THE MIDDLE OF THAT PAGE, SOMEONE

09:49AM 13    COMPLAINED ABOUT WANTING TO HAVE A MORE PRIVATE AREA TO WAIT.

09:49AM 14        DO YOU SEE THAT?

09:49AM 15    A.   THAT'S CORRECT.

09:49AM 16    Q.   AND SO THESE ARE THE KINDS OF THINGS THAT WALGREENS AND

09:49AM 17    THERANOS WOULD HAVE TO TAKE INTO ACCOUNT IN ORDER TO CONTINUE

09:49AM 18    TO IMPROVE THE PROGRAM; RIGHT?

09:49AM 19    A.   CORRECT.  WE WOULD EVALUATE ALL OF THE COMPLIMENTS, AS

09:49AM 20    WELL AS THE COMPLAINTS, COLLABORATIVELY IN A PARTNERSHIP AND

09:50AM 21    DETERMINE WHICH WERE ACTUALLY NECESSARY, AND THAT'S WHAT WE

09:50AM 22    WOULD USE THIS FOR.

09:50AM 23    Q.   OKAY.  IF YOU GO TO PAGE 20, MR. JHAVERI.

09:50AM 24        THIS PAGE TALKS ABOUT HCC THERANOS INTEGRATION.

09:50AM 25        DO YOU SEE THAT?

ER-3465

JHAVERI CROSS BY MR. COOPERSMITH (RES.)          4786

09:50AM  1    A.  I'M SORRY, WHAT WAS IT?

09:50AM  2    Q.  IT'S PAGE 20 OF THE EXHIBIT.

09:50AM  3    A.  I HAVE IT.

09:50AM  4    Q.  OKAY.  THANK YOU.

09:50AM  5        DO YOU SEE IT HAS A HEADING HCC-THERANOS INTEGRATION?

09:50AM  6    A.  YES.

09:50AM  7    Q.  AND THAT'S THOSE HEALTH CARE CLINICS THAT WE TALKED ABOUT

09:50AM  8    LAST TIME YOU WERE HERE; RIGHT?

09:50AM  9    A.  CORRECT.

09:50AM 10    Q.  AND ALSO THE PHARMACY THERANOS INTEGRATION?

09:50AM 11        DO YOU SEE THAT?

09:50AM 12    A.  THAT'S RIGHT.

09:50AM 13    Q.  AND PART OF THAT IS I.T. INTEGRATION?

09:50AM 14    A.  CORRECT.  THIS ENTIRE SLIDE IS FOR I.T. OVERVIEW.

09:50AM 15    Q.  RIGHT.

09:50AM 16    A.  RIGHT.

09:50AM 17    Q.  AND THEN IF YOU GO TO THE NEXT PAGE, PAGE 21, THERE'S AN

09:50AM 18    ISSUE THAT IS BEING WORKED ON CALLED THE VENDOR SECURITY

09:51AM 19    AGREEMENT?

09:51AM 20    A.  YES.

09:51AM 21    Q.  AND CAN YOU JUST BRIEFLY TELL US WHAT THE VENDOR SECURITY

09:51AM 22    AGREEMENT WAS?

09:51AM 23    A.  THE VENDOR SECURITY ASSESSMENT WAS ALL OF THE VENDORS THAT

09:51AM 24    WE USE TO DELIVER LET'S SAY INTERNET SERVICE OR THINGS OF THAT

09:51AM 25    NATURE ARE GOING THROUGH A SECURITY ASSESSMENT BY OUR I.T.

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4787

09:51AM  1    DEPARTMENT, MAKE SURE IT'S PRIVATE, MAKE SURE THERE AREN'T ANY

09:51AM  2    HOLES IN WHAT THEY'RE DELIVERING TO US.

09:51AM  3        AND SO THAT'S WHAT THIS IS REFERRING TO.

09:51AM  4    Q.   OKAY.  SO THAT WAS AN ONGOING PROJECT AT THIS TIME?

09:51AM  5    A.   WE DO THIS FOR EVERY VENDOR.

09:51AM  6    Q.   OKAY.  IF WE GO A FEW PAGES MORE, THEN WE HAVE ON 25, DO

09:51AM  7    YOU SEE WE HAVE A SLIDE THAT STARTS THE SECTION CALLED

09:51AM  8    DIAGNOSTIC TESTING -- PRIVATE HEALTH ROOM ALIGNMENT?

09:51AM  9    A.   YES.

09:51AM  10   Q.   AND SOMETIMES THAT'S REFERRED TO AS PHR'S?

09:51AM  11   A.   YES.

09:51AM  12   Q.   AND THAT'S THE ROOM THAT COULD BE USED FOR THERANOS BLOOD

09:51AM  13   TESTS; RIGHT?

09:51AM  14   A.   CORRECT.  THIS IS THE ROOM THAT I REFERENCED THE LAST

09:52AM  15   TIME, THE MULTI-USE ROOM.  PHARMACISTS CAN USE IT FOR

09:52AM  16   CONSULTATION, YOU MAY GET YOUR VACCINES THERE, OR YOU CAN DO

09:52AM  17   ANOTHER SERVICE SUCH AS THERANOS.

09:52AM  18   Q.   OKAY.  IF YOU GO TO THE NEXT PAGE, PAGE 26, THERE'S A

09:52AM  19   SLIDE CALLED PHR (PRIVATE HEALTH ROOM) PRIOR TO REDESIGN;

09:52AM  20   RIGHT?

09:52AM  21   A.   YES.

09:52AM  22   Q.   AND SO THERE'S A DISCUSSION AT THIS MEETING IN NOVEMBER OF

09:52AM  23   2014 ABOUT REDESIGN OF THE PRIVATE HEALTH ROOMS; CORRECT?

09:52AM  24   A.   CORRECT.

09:52AM  25       AND JUST TO RECALL, THIS WAS ALL PART OF THE REDESIGN OF

ER-3467

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                4788

09:52AM  1   OUR STORES, THE WELLNESS EXPERIENCE PROJECT, AND SO WE ARE

09:52AM  2   ALWAYS LOOKING AT WHAT CAN WE IMPROVE.

09:52AM  3       WHAT YOU'RE SEEING IS LEARNINGS THAT WE WERE TAKING INTO

09:52AM  4   CONSIDERATION TO MAKE IT BETTER, TO MAKE THE DESIGN A LITTLE

09:52AM  5   BIT MORE USABLE.

09:52AM  6   Q.   OKAY.  THE NEXT PAGE HAS -- IT'S A LITTLE HARD TO SEE, BUT

09:52AM  7   YOU CAN SEE IT'S A PHR (PRIVATE HEALTH ROOM), AND IT HAS A

09:52AM  8   DRAWING OF WHAT THE ROOM WOULD LOOK LIKE PRIOR TO REDESIGN;

09:53AM  9   RIGHT?

09:53AM  10  A.   YES.

09:53AM  11  Q.   AND THEN IF YOU GO TO THE NEXT PAGE IT HAS PHR (PRIVATE

09:53AM  12  HEALTH ROOM) REDESIGNED; RIGHT?

09:53AM  13  A.   YES.

09:53AM  14  Q.   AND THEN THE NEXT PAGE IS A DRAWING OF WHAT THAT WOULD

09:53AM  15  LOOK LIKE; RIGHT?

09:53AM  16  A.   THAT'S CORRECT.

09:53AM  17  Q.   OKAY.  AND THEN IF YOU GO TO THE NEXT PAGE, WHICH IS

09:53AM  18  PAGE 30 OF THIS EXHIBIT, IT HAS PHR (PRIVATE HEALTH ROOM)

09:53AM  19  SHARED SERVICES; RIGHT?

09:53AM  20  A.   THAT'S CORRECT.

09:53AM  21  Q.   AND THEN THERE'S A DRAWING ON PAGE 31 OF WHAT THAT PHR

09:53AM  22  WOULD LOOK LIKE WITH THE SHARED SERVICES; RIGHT?

09:53AM  23  A.   THAT'S CORRECT.

09:53AM  24  Q.   AND THEN ONE ADDITION TO THAT REDESIGN IS IF YOU GO TO THE

09:53AM  25  BOTTOM, IT SAYS THERE WOULD BE A CENTRIFUGE ON COUNTER; IS THAT

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                4789

09:53AM   1      RIGHT?

09:53AM   2      A.   YES.  WHAT WE WERE MAKING SURE THAT WE HAD ACCOUNTED FOR

09:53AM   3      WAS ANY TYPE OF EQUIPMENT THAT WAS NECESSARY BECAUSE IT WOULD

09:53AM   4      DETERMINE WHAT KIND OF DESIGN, WHAT KIND OF TABLES, WHAT KIND

09:53AM   5      OF TABLE TOPS THAT WE WOULD NEED, AND SO WE NEEDED TO MAKE SURE

09:54AM   6      IF THERE WAS A CENTRIFUGE IN THIS CASE INVOLVED IN THAT SHARED

09:54AM   7      SERVICES, THAT WE ACCOUNTED FOR IT.

09:54AM   8      Q.   AND A CENTRIFUGE IS SOMETHING THAT IS USED IN THE PROCESS

09:54AM   9      OF COLLECTING BLOOD; CORRECT?

09:54AM  10      A.   CORRECT, RIGHT AFTER THE COLLECTION.

09:54AM  11      Q.   RIGHT.

09:54AM  12           YOU CAN SET THAT ASIDE.

09:54AM  13           IF YOU CAN GO TO EXHIBIT 2275, WHICH IS ALREADY IN

09:54AM  14      EVIDENCE.

09:54AM  15           MR. JHAVERI, THIS IS AN EMAIL FROM YOU TO MR. BALWANI WITH

09:54AM  16      A COPY TO OTHER PEOPLE AT WALGREENS ON DECEMBER 8TH, 2014;

09:54AM  17      CORRECT?

09:54AM  18      A.   YES, SIR.

09:54AM  19      Q.   AND I JUST WANT TO START WITH ITEM 1, AND THAT SAYS

09:54AM  20      CONTRACT.

09:54AM  21           DO YOU SEE THAT?

09:54AM  22      A.   YES.

09:55AM  23      Q.   AND IT SAYS, "I HAVE ATTACHED A HIGH LEVEL ONE SLIDE

09:55AM  24      POWERPOINT ON THE TOPICS OF DISCUSSION."

09:55AM  25           DO YOU SEE THAT?

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                4790

09:55AM  1     A.   YES, SIR.

09:55AM  2     Q.   "THE EXECUTIVE TEAM AT WALGREENS IS IN THE LOOP AND HAVE

09:55AM  3     ENDORSED THE POINTS."

09:55AM  4          DO YOU SEE THAT?

09:55AM  5     A.   I DO.

09:55AM  6     Q.   AND SO AT THIS TIME THERE WAS DISCUSSION BETWEEN THE

09:55AM  7     WALGREENS TEAM AND THE THERANOS TEAM ABOUT MODIFYING THE

09:55AM  8     CONTRACT?

09:55AM  9     A.   THAT'S CORRECT.

09:55AM 10     Q.   AND AS WE DISCUSSED LAST TIME YOU WERE HERE, THERE HAD

09:55AM 11     BEEN OTHER MODIFICATIONS DURING THE LIFE OF THE

09:55AM 12     THERANOS-WALGREENS PARTNERSHIP; RIGHT?

09:55AM 13     A.   YES.

09:55AM 14     Q.   AND THE RELATIONSHIP HAD BEEN EVOLVING, ACTUALLY, SINCE

09:55AM 15     2010?

09:55AM 16     A.   THAT'S CORRECT.

09:55AM 17     Q.   AND THIS WAS ANOTHER DISCUSSION ABOUT AMENDING OR

09:55AM 18     MODIFYING THE CONTRACT; RIGHT?

09:55AM 19     A.   THAT'S CORRECT.

09:55AM 20     Q.   OKAY.  AND THEN ON THE SECOND PAGE OF THE EXHIBIT, IF WE

09:55AM 21     CAN JUST QUICKLY GO TO THAT, THAT'S THE ONE SLIDE POWERPOINT;

09:55AM 22     RIGHT?

09:55AM 23     A.   CORRECT.

09:55AM 24     Q.   AND WALGREENS'S PROPOSAL IS THAT THE SERVICE FEE FOR

09:56AM 25     WALGREENS WOULD BE A LITTLE HIGHER; RIGHT?

ER-3470

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                4791

```
09:56AM   1      A.   THAT'S CORRECT.

09:56AM   2      Q.   AND THAT WOULD HELP WALGREENS OFFSET SOME OF THE COSTS OF

09:56AM   3      THE PROGRAM; RIGHT?

09:56AM   4      A.   CORRECT.

09:56AM   5           AT THIS POINT THE COST THAT WE'RE PUTTING IN WAS GREATER

09:56AM   6      THAN WHAT WE WERE BEING REIMBURSED FOR THE TEST, SO WE WERE

09:56AM   7      TRYING TO MAKE SURE THAT WE WERE ABLE TO ACCOMMODATE ALL OF THE

09:56AM   8      COSTS THAT WE WERE INCURRING.

09:56AM   9      Q.   AND THAT WOULD BE ONE WAY TO DO IT IS TO RECOVER SOME

09:56AM  10      COSTS BY RAISING THE AMOUNT OF MONEY THAT THERANOS WOULD GET;

09:56AM  11      RIGHT?

09:56AM  12      A.   FROM THERANOS, RIGHT.

09:56AM  13      Q.   RIGHT.

09:56AM  14      A.   CORRECT.

09:56AM  15      Q.   ANOTHER WAY TO DO IT WOULD BE TO SHIFT SOME COSTS TO

09:56AM  16      THERANOS; RIGHT?

09:56AM  17      A.   OR TO REDUCE THE OVERALL COSTS.

09:56AM  18      Q.   RIGHT.  THOSE THREE WAYS ARE WAYS THAT YOU COULD DEAL WITH

09:56AM  19      THAT COST ISSUE; RIGHT?

09:56AM  20      A.   CORRECT.

09:56AM  21      Q.   AND BUSINESSES LIKE WALGREENS, AND YOU AS AN EXECUTIVE AT

09:56AM  22      WALGREENS AT THE TIME, YOU'RE ALWAYS THINKING ABOUT HOW TO DEAL

09:56AM  23      WITH COST ISSUES AND HOW TO PROVIDE GOOD SERVICE, BUT STILL AT

09:56AM  24      A COST THAT YOU COULD -- THAT MAKES SENSE FOR THE BUSINESS;

09:56AM  25      RIGHT?
```

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4792

09:56AM  1    A.    ABSOLUTELY.

09:56AM  2    Q.    AND THAT'S WHAT YOU ARE DOING HERE?

09:57AM  3    A.    YES.

09:57AM  4    Q.    OKAY.  AND THIS WAS, LIKE, STARTED A DISCUSSION THAT WENT

09:57AM  5    ON FOR MANY MONTHS ABOUT HOW THE CONTRACT BETWEEN WALGREENS AND

09:57AM  6    THERANOS MIGHT BE AMENDED; RIGHT?

09:57AM  7    A.    CORRECT.

09:57AM  8          SO IF I COULD JUST TOUCH ON THESE FOUR BUCKETS HERE, THE

09:57AM  9    SERVICE FEE; THE BUILD OUT MIX WAS THE TYPE OF BUILD OUT; AND

09:57AM  10   THE TRAINING, OF COURSE WHO WAS BEING TRAINED AND HOW; AND THEN

09:57AM  11   THE SLA'S WERE SERVICE LEVEL AGREEMENTS, SO METRICS THAT WE

09:57AM  12   WOULD CLEARLY DEFINE AS PART OF THE CONTRACT SO THERE WAS NO

09:57AM  13   AMBIGUITY AS TO WHAT WE WERE TRYING TO DRIVE TOWARDS.

09:57AM  14   Q.    OKAY.  AND SLA'S ARE SERVICE LEVEL AGREEMENTS?

09:57AM  15   A.    YES, SIR.

09:57AM  16   Q.    AND IN THE CONTRACT THAT EXISTED AT THE TIME, THERE WAS NO

09:57AM  17   SLA; CORRECT?

09:57AM  18   A.    CORRECT.

09:57AM  19   Q.    LET'S GO BACK TO THE EMAIL ON THE FIRST PAGE.

09:58AM  20         IN THE FIRST SENTENCE AFTER YOU SAY "HELLO SUNNY," YOU

09:58AM  21   WROTE, "FIRST, THANK YOU AGAIN FOR HANDLING THE GENENTECH

09:58AM  22   MEETING LAST WEEK -- MUCH APPRECIATED.  AS PROMISED, THE

09:58AM  23   FOLLOWING ARE THE ITEMS WE SHOULD CONTINUE TO DISCUSS TODAY."

09:58AM  24         DO YOU SEE THAT?

09:58AM  25   A.    YES, SIR.

09:58AM 1    Q.   AND GENENTECH IS A PHARMACEUTICAL COMPANY?

09:58AM 2    A.   CORRECT.

09:58AM 3    Q.   AND WALGREENS WAS IN DISCUSSION WITH GENENTECH ABOUT A

09:58AM 4    PROGRAM WITH GENENTECH; RIGHT?

09:58AM 5    A.   I DON'T REMEMBER THE SPECIFIC OF THE GENENTECH

09:58AM 6    DISCUSSIONS.

09:58AM 7    Q.   OKAY.  LET'S GO TO EXHIBIT 20566.

09:59AM 8         LET ME KNOW WHEN YOU GET THERE, MR. JHAVERI.

09:59AM 9    A.   YES.

09:59AM 10   Q.   THANK YOU.

09:59AM 11        DO YOU SEE ON THE FIRST PAGE OF EXHIBIT 20566 THERE'S AN

09:59AM 12   EMAIL FROM YOU TO MR. BALWANI?

09:59AM 13   A.   YES, SIR.

09:59AM 14   Q.   ON OCTOBER 21ST, 2014?

09:59AM 15   A.   YES.

09:59AM 16   Q.   AND THEN ON THE BOTTOM EMAIL IS AN EMAIL TO YOU FROM

09:59AM 17   ANOTHER COLLEAGUE AT WALGREENS NAMED JENNIFER LAPKIN; CORRECT?

09:59AM 18   A.   YES.

09:59AM 19        MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20566.

09:59AM 20        MR. SCHENK:  YOUR HONOR, RELEVANCE.

09:59AM 21        THE COURT:  ARE YOU OFFERING -- IT LOOKS LIKE IT'S

09:59AM 22   NINE PAGES.

09:59AM 23        MR. COOPERSMITH:  YES, YOUR HONOR.

10:00AM 24        (PAUSE IN PROCEEDINGS.)

10:00AM 25        THE COURT:  IS THIS RELATED TO RELATIONSHIPS WITH

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4794

| | | |
|---|---|---|
| 10:01AM | 1 | OTHER LABORATORIES? |
| 10:01AM | 2 | MR. COOPERSMITH:  NOT LABORATORIES, YOUR HONOR. |
| 10:01AM | 3 | THE GOVERNMENT HAS PUT THE ISSUE OF PHARMACEUTICAL WORK |
| 10:01AM | 4 | THAT WALGREENS MIGHT DO DIRECTLY AT ISSUE, AND THIS GOES TO |
| 10:01AM | 5 | DISCUSSIONS AMONG THE VARIOUS BUSINESS PARTIES ABOUT MOVING |
| 10:01AM | 6 | FORWARD WITH THE PHARMACEUTICAL PROGRAM. |
| 10:01AM | 7 | THE COURT:  YOU WANT THAT IN? |
| 10:01AM | 8 | MR. COOPERSMITH:  YES, YOUR HONOR. |
| 10:01AM | 9 | THE COURT:  OKAY.  I'LL ADMIT IT. |
| 10:01AM | 10 | MR. COOPERSMITH:  THANK YOU. |
| 10:01AM | 11 | (DEFENDANT'S EXHIBIT 20566 WAS RECEIVED IN EVIDENCE.) |
| 10:01AM | 12 | BY MR. COOPERSMITH: |
| 10:01AM | 13 | Q.   OKAY.  MR. JHAVERI, NOW THAT WE HAVE THE EXHIBIT, LET'S |
| 10:01AM | 14 | TAKE A LOOK AT IT. |
| 10:01AM | 15 | SO IF WE GO TO PAGE 9, AND I THINK EVERYONE CAN SEE IT |
| 10:01AM | 16 | NOW -- ACTUALLY LET'S START WITH PAGE 8, THE EARLIEST EMAIL IN |
| 10:01AM | 17 | TIME. |
| 10:01AM | 18 | THIS IS FROM SOMEBODY NAMED STEM KOMATHI. |
| 10:01AM | 19 | DO YOU SEE THAT? |
| 10:01AM | 20 | A.   I DO. |
| 10:01AM | 21 | Q.   AND THIS WAS A PERSON AT GENENTECH; RIGHT? |
| 10:01AM | 22 | A.   I DON'T KNOW. |
| 10:01AM | 23 | Q.   YOU SEE THAT SHE HAS THIS GENE.COM EMAIL? |
| 10:02AM | 24 | A.   CORRECT. |
| 10:02AM | 25 | Q.   AND THEN SHE WRITES TO JENNIFER LAPKIN, "HI JENNIFER. |

10:02AM   1        "I HOPE YOU ARE DOING WELL.  I AM BACK FROM SABBATICAL, I

10:02AM   2   WANT TO PICK UP ON OUR CONVERSATION ON HOW GENENTECH/ROCHE AND

10:02AM   3   WALGREENS CAN COLLABORATE ON THE CLINICAL TRIAL SPACE.  DO YOU

10:02AM   4   THINK WE SHOULD JUST PLAN AN EXPLORATORY WORKSHOP WHERE WE

10:02AM   5   BRING OUR TEAMS TOGETHER TO DISCUSS POSSIBILITIES?  OR MAYBE A

10:02AM   6   FIELD TRIP TO YOUR WALGREENS CLINIC IN PALO ALTO?"

10:02AM   7        AND IT GOES ON, "ON ANOTHER NOTE, WOULD YOU BE ABLE TO GET

10:02AM   8   MYSELF AND SEVERAL OTHER SENIOR LEADERS FROM GENENTECH AN INTRO

10:02AM   9   TO ELIZABETH HOLMES AND A VISIT TO THERANOS?"

10:02AM  10        DO YOU SEE THAT?

10:02AM  11   A.   YES, I DO.

10:02AM  12   Q.   AND RIGHT ABOVE THAT EMAIL MS. LAPKIN RESPONDS; RIGHT?

10:02AM  13   AND SHE TALKS ABOUT SPENDING THE MORNING POTENTIALLY IN

10:03AM  14   PALO ALTO AT THE FACILITY THAT SUPPORTS THERANOS; RIGHT?

10:03AM  15   A.   YES.

10:03AM  16   Q.   AND THAT WOULD BE THE PALO ALTO STORE THAT WE LOOKED AT A

10:03AM  17   FEW MINUTES AGO?

10:03AM  18   A.   CORRECT.

10:03AM  19   Q.   OKAY.  IF YOU GO TO PAGE 6 OF THE EXHIBIT, THERE'S AN

10:03AM  20   EMAIL FROM GERALD GLEESON ON AUGUST 26TH, 2014; RIGHT?

10:03AM  21   A.   YES.

10:03AM  22   Q.   DO YOU SEE THAT?

10:03AM  23   A.   YES.

10:03AM  24   Q.   AND HE HAS A SIGNATURE LINE; RIGHT?  AND IF YOU GO DOWN,

10:03AM  25   IT SAYS HE'S THE GROUP VICE PRESIDENT -- BIOPHARMACEUTICAL

10:03AM  1    DEVELOPMENT AND PAYER STRATEGY.

10:03AM  2         DO YOU SEE THAT?

10:03AM  3    A.   YES.

10:03AM  4    Q.   AND MR. GLEESON WROTE IN HIS EMAIL, "BRAD -- I KNOW YOU

10:03AM  5    AND NIM ARE PRIMARY IN THE OPERATING RELATIONSHIP WITH THERANOS

10:03AM  6    AND ELIZABETH HOLMES, TO THAT END ROCHE/GENENTECH IS VERY

10:04AM  7    INTERESTED IN WORKING WITH US TO COLLABORATE ON EXPLORING

10:04AM  8    POTENTIAL BUSINESS OPPORTUNITIES."

10:04AM  9         DO YOU SEE THAT?

10:04AM  10   A.   YES.

10:04AM  11   Q.   AND THEN THERE ARE VARIOUS SCHEDULING EMAILS BACK AND

10:04AM  12   FORTH.

10:04AM  13        THEN IF YOU GO TO THE TOP OF PAGE 2, YOU WROTE AN EMAIL TO

10:04AM  14   MS. LAPKIN.

10:04AM  15        DO YOU SEE THAT?

10:04AM  16   A.   YES, I DO.

10:04AM  17   Q.   AND YOU WROTE, "HI JENNIFER,

10:04AM  18        "WE HAVE AN EXECUTIVE MEETING IN ARIZONA ON OCTOBER 23/24.

10:04AM  19   LET ME SPEAK WITH SUNNY BALWANI, THEIR COO.  IT MAY BE

10:04AM  20   DIFFICULT TO MEET WITH ELIZABETH AS SHE IS ON THE ROAD QUITE A

10:04AM  21   BIT."

10:04AM  22        DO YOU SEE THAT?

10:04AM  23   A.   YES.

10:04AM  24   Q.   AND THEN IF YOU GO TO THE FIRST PAGE, YOU SEE THERE'S A

10:04AM  25   RESPONSE FROM MS. LAPKIN TO YOU?

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                4797

10:04AM  1    A.   YES, SIR.

10:04AM  2    Q.   AND SHE WRITES, "HOPE ALL IS WELL.  AFTER MUCH NIGHTMARE

10:04AM  3    SCHEDULING CONFLICTS WE FINALLY HAVE A DATE FOR A TRIP OUT TO

10:05AM  4    GENENTECH."

10:05AM  5         DO YOU SEE THAT?

10:05AM  6    A.   YES.

10:05AM  7    Q.   AND GOING DOWN TO THE SECOND ONE.  "WE HAVEN'T LAID OUT

10:05AM  8    THE AGENDA YET BUT HOWIE WILL BE GIVING A CLINICAL TRIALS

10:05AM  9    OVERVIEW AND THEN WE'D LIKE TO SEE THE PALO ALTO STORE WITH

10:05AM 10    THERANOS.  CURIOUS, IS THIS STORE A W.E. FORMAT AS WELL?"

10:05AM 11         DO YOU SEE THAT?

10:05AM 12    A.   YES.

10:05AM 13    Q.   AND IT GOES ON.

10:05AM 14         DO YOU SEE THAT?

10:05AM 15    A.   YES.

10:05AM 16    Q.   AND THEN DO YOU REMEMBER THE LAST TIME WE MET,

10:05AM 17    MR. JHAVERI, WE LOOKED AT THE CONTRACT BETWEEN WALGREENS AND

10:05AM 18    THERANOS?

10:05AM 19    A.   YEAH, WE LOOKED AT SEVERAL.

10:05AM 20    Q.   WE LOOKED AT SEVERAL?

10:05AM 21    A.   YEAH.

10:05AM 22    Q.   AND IN THOSE CONTRACTS, IT HAD A CLAUSE THAT ONE THING

10:05AM 23    THAT COULD HAPPEN IN THE FUTURE WAS THAT PATIENTS INVOLVED WITH

10:05AM 24    CLINICAL TRIALS AT PHARMACEUTICAL COMPANIES COULD GO TO A

10:05AM 25    WALGREENS STORE AND GET THEIR BLOOD TESTED FOR WHATEVER TEST

ER-3477

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4798

```
10:05AM   1    THEY NEEDED AS PART OF THE CLINICAL TRIAL.

10:05AM   2         DO YOU REMEMBER THAT?

10:05AM   3    A.   YES.

10:05AM   4    Q.   OKAY.  AND THEN JUST TO FINISH THIS EMAIL, AT THE VERY

10:05AM   5    TOP, YOU SAY, "HI SUNNY -- WOULD YOU BE AVAILABLE DECEMBER 4TH?

10:06AM   6    THIS IS AN IMPORTANT MEETING WITH GENENTECH."

10:06AM   7         RIGHT?

10:06AM   8    A.   YES.

10:06AM   9    Q.   OKAY.  LET'S GO TO THE NEXT EXHIBIT, 20567.

10:06AM  10         AND LOOKING AT THAT EXHIBIT -- WELL, I'LL WAIT UNTIL YOU

10:06AM  11    GET THERE, MR. JHAVERI.

10:06AM  12    A.   YES, I HAVE IT.

10:06AM  13    Q.   OKAY.  AND YOU SEE THIS IS ANOTHER EMAIL STRING FROM EARLY

10:06AM  14    JANUARY 2015?

10:06AM  15    A.   YES.

10:06AM  16    Q.   AND IT'S AN EMAIL INTERNAL TO WALGREENS; RIGHT?

10:06AM  17    A.   YES, IT IS.

10:06AM  18    Q.   AND IT IS -- THE SUBJECT IS ABOUT THE GNE CLINICAL TRIALS

10:07AM  19    FOLLOW UP?

10:07AM  20    A.   YES.

10:07AM  21    Q.   AND SO WE'RE TALKING ABOUT THE SAME SUBJECT THAT WE JUST

10:07AM  22    DISCUSSED IN THE LAST EXHIBIT; RIGHT?

10:07AM  23    A.   THAT'S CORRECT.

10:07AM  24    Q.   OKAY.  AND YOU'RE DISCUSSING HOW TO GO ABOUT THIS WITH

10:07AM  25    SOME OF YOUR COLLEAGUES WITHIN WALGREENS; RIGHT?
```

ER-3478

10:07AM   1    A.   YES, SIR.

10:07AM   2            JUROR:   CAN WE TAKE A BREAK?

10:07AM   3            THE COURT:   TAKE A BREAK?

10:07AM   4            JUROR:   YES.

10:07AM   5            THE COURT:   YES, LET'S DO THAT.   LET'S TAKE A BREAK

10:07AM   6    OF ABOUT TEN MINUTES, PLEASE.

10:07AM   7            MR. COOPERSMITH:   YES, YOUR HONOR.

10:18AM   8        (RECESS FROM 10:17 A.M. UNTIL 10:22 A.M.)

10:22AM   9            THE COURT:   WE'RE BACK ON THE RECORD.   THE JURY IS

10:22AM   10    PRESENT.   THE WITNESS IS PRESENT.

10:22AM   11       ALL COUNSEL AND MR. BALWANI ARE PRESENT.

10:22AM   12       MR. COOPERSMITH.

10:22AM   13            MR. COOPERSMITH:   THANK YOU, YOUR HONOR.

10:22AM   14    Q.   OKAY.   MR. JHAVERI, BEFORE THE BREAK WE WERE TALKING ABOUT

10:22AM   15    EXHIBIT 20567.

10:22AM   16       DO YOU STILL HAVE THAT?

10:22AM   17    A.   I DO.

10:22AM   18    Q.   THANK YOU.

10:22AM   19       AND THIS IS ON THE SUBJECT OF GENENTECH?

10:22AM   20    A.   THAT'S CORRECT.

10:22AM   21    Q.   THE PHARMACEUTICAL COMPANY?

10:22AM   22    A.   YES.

10:22AM   23    Q.   AND THIS IS AN EMAIL STRING THAT YOU EXCHANGED WITH

10:22AM   24    COLLEAGUES INSIDE OF WALGREENS ABOUT CLINICAL TRIAL WORK WITH

10:23AM   25    THAT COMPANY?

10:23AM 1    A.    THAT'S CORRECT.

10:23AM 2    Q.    AND INVOLVING THERANOS AS WELL POTENTIALLY?

10:23AM 3    A.    YES, SIR.

10:23AM 4    Q.    OKAY.  AND AGAIN, THIS IS EARLY JANUARY 2015?

10:23AM 5    A.    YES.

10:23AM 6            MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20567.

10:23AM 7            MR. SCHENK:  NO OBJECTION.

10:23AM 8            THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

10:23AM 9        (DEFENDANT'S EXHIBIT 20567 WAS RECEIVED IN EVIDENCE.)

10:23AM 10   BY MR. COOPERSMITH:

10:23AM 11   Q.    OKAY.  MR. JHAVERI, LET'S START FROM THE EARLIEST ONE ON

10:23AM 12   PAGE 2.

10:23AM 13       THIS IS JENNIFER GREEN WRITING TO A GROUP OF PEOPLE,

10:23AM 14   COPYING YOURSELF.

10:23AM 15       DO YOU SEE THAT?

10:23AM 16   A.    YES, SIR.

10:23AM 17   Q.    AND JENNIFER GREEN IS THE WALGREENS DIRECTOR OF NATIONAL

10:23AM 18   ACCOUNTS; IS THAT RIGHT?

10:23AM 19   A.    YES.

10:23AM 20   Q.    AND SHE WROTE, "TEAM,

10:23AM 21       "HOPE EVERYONE IS HAVING A WONDERFUL HOLIDAY WITH FAMILY

10:23AM 22   AND FRIENDS.  I WANTED TO SHARE A ROUGH DOCUMENT DAVID ZHANG

10:23AM 23   AND I HAVE BEEN WORKING ON OUTLINING THE MEETING AND OUR NEXT

10:23AM 24   STEPS FOR 2015."

10:23AM 25       DO YOU SEE THAT?

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4801

10:23AM  1    A.   YES.

10:24AM  2    Q.   AND SHE SAYS, "DAVID AND I WILL BE SETTING UP A CALL."

10:24AM  3         AND THEN THERE'S A RESPONSE FROM HOWARD GOLUB.  AM I

10:24AM  4    SAYING THAT RIGHT?

10:24AM  5    A.   GOLUB.

10:24AM  6    Q.   AND HE WRITES ON PAGE 1 ON JANUARY 2ND, "JEN,

10:24AM  7         "PLEASE FIND MY EDITS/COMMENTS.  I THINK THE ULTIMATE

10:24AM  8    OUTCOME OF THAT MEETING THAT BENEFITS US THE MOST SHOULD BE

10:24AM  9    THAT THEY SEND US REAL STUDY PROTOCOLS THAT ARE A GOOD MATCH

10:24AM 10    FOR US, AND FOR WHICH WE WOULD THEN SEND THEM BACK PROTOCOLS."

10:24AM 11         DO YOU SEE THAT?

10:24AM 12    A.   YES, SIR.

10:24AM 13    Q.   AND IF YOU GO TO THE NEXT PAGE, DR. GOLUB WRITES, "ANOTHER

10:24AM 14    ISSUE IS WHETHER THEY CAN WORK WITH THERANOS DIRECTLY WITHOUT

10:24AM 15    WAG?  I DON'T BELIEVE I GOT A GOOD ANSWER FOR THIS.  AS WE

10:24AM 16    DISCUSSED, IT WAS MY IMPRESSION THAT THEY WERE CONSIDERING THIS

10:24AM 17    DURING THE VISIT TO OUR STORE."

10:24AM 18         DO YOU SEE THAT?

10:24AM 19    A.   YES, SIR.

10:24AM 20    Q.   AND SO DO YOU UNDERSTAND THAT DR. GOLUB IS TALKING ABOUT

10:24AM 21    HOW GENENTECH, WHETHER THEY SHOULD BE WORKING DIRECTLY WITH

10:25AM 22    THERANOS OR INCLUDING WALGREENS AS WELL; CORRECT?

10:25AM 23    A.   CORRECT.

10:25AM 24    Q.   AND THEN YOU RESPONDED TO THAT EMAIL ALSO ON JANUARY 2ND.

10:25AM 25         DO YOU SEE THAT?

ER-3481

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4802

10:25AM  1    A.   YES.

10:25AM  2    Q.   AND YOU WROTE, "THANKS HOWARD.  WE SHOULD NOT HAVE

10:25AM  3    THERANOS AND GNE WORK WITHOUT US.  THERE IS A REVENUE STREAM

10:25AM  4    THAT WE WILL LOSE IF THE PATIENTS ARE NOT COMING TO THE STORES

10:25AM  5    FOR THE THERANOS SERVICE."

10:25AM  6         RIGHT?

10:25AM  7    A.   YES.

10:25AM  8    Q.   AND THEN MS. GREEN RESPONDS ABOVE THAT AND SAYS, "NIM --

10:25AM  9    CASEY SENT A GREAT EMAIL TO THE THERANOS TEAM INDICATING WE

10:25AM 10    NEEDED TO BE INCLUDED IN ANY DISCUSSIONS RIGHT AFTER THE

10:25AM 11    MEETING IN DECEMBER.  I ALSO HAVEN'T GIVEN THE GNE TEAM AND

10:25AM 12    DIRECT CONTACT INFORMATION FOR THERANOS."

10:25AM 13         DO YOU SEE THAT?

10:25AM 14    A.   YES, SIR.

10:25AM 15    Q.   SO WALGREENS WANTS TO MAKE SURE THAT IF THIS CLINICAL

10:25AM 16    TRIAL WORK FOR THIS COMPANY, GENENTECH, GOES FORWARD, THAT

10:26AM 17    WALGREENS IS NOT GOING TO BE SOMEHOW CUT OUT OF THE LOOP;

10:26AM 18    RIGHT?

10:26AM 19    A.   CORRECT.

10:26AM 20    Q.   AND THAT IF THERE'S A REVENUE STREAM FROM THE CLINICAL

10:26AM 21    TRIAL PATIENTS GETTING THEIR BLOOD TESTS, WALGREENS WAS GOING

10:26AM 22    TO CAPTURE SOME OF THAT FEE?

10:26AM 23    A.   THAT'S CORRECT.

10:26AM 24    Q.   OKAY.  AND THAT'S IN EARLY JANUARY '15; RIGHT?

10:26AM 25    A.   THAT IS.

ER-3482

10:26AM   1    Q.   OKAY.  AND LET'S CONTINUE ON THE SUBJECT OF PHARMACEUTICAL

10:26AM   2    COMPANIES.  LET'S GO TO 20568.

10:26AM   3         AND YOU SEE 20568 IS AN EMAIL BETWEEN CASEY KOZLOWSKI AND

10:26AM   4    JEFF BLICKMAN.

10:26AM   5         DO YOU SEE THAT?

10:26AM   6    A.   YES, SIR.

10:26AM   7    Q.   AND IT'S REGARDING A MEETING WITH ABBOTT?

10:26AM   8    A.   YES.

10:26AM   9    Q.   AND DO YOU UNDERSTAND THAT ABBOTT IS ANOTHER

10:26AM   10   PHARMACEUTICAL COMPANY?

10:26AM   11   A.   YES.

10:26AM   12   Q.   AND WE TALKED ABOUT MR. KOZLOWSKI THE LAST TIME WE WERE

10:26AM   13   HERE?

10:26AM   14   A.   MS. KOZLOWSKI.

10:26AM   15   Q.   MS. KOZLOWSKI, I'M SORRY.

10:27AM   16        WELL, WE TALKED ABOUT HER THE LAST TIME; RIGHT?

10:27AM   17        AND SHE WAS SOMEONE WHO WORKED FOR YOU ON THE

10:27AM   18   THERANOS-WALGREENS PROJECT; RIGHT?

10:27AM   19   A.   CORRECT.  SHE REPORTED TO ME AND WAS DIRECTLY RESPONSIBLE

10:27AM   20   FOR THE OPERATIONS OF THERANOS.

10:27AM   21   Q.   OKAY.  AND IN THIS CASE SHE'S SENDING AN EMAIL TO

10:27AM   22   MR. BLICKMAN; RIGHT?

10:27AM   23   A.   YES, SIR.

10:27AM   24   Q.   AND DURING THIS TIME, THERE WERE LOTS OF EMAILS EXCHANGED

10:27AM   25   BETWEEN PEOPLE WHO WORKED FOR YOU, LIKE CASEY KOZLOWSKI, AND

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4804

10:27AM    1    PEOPLE AT THERANOS, LIKE MR. BLICKMAN; RIGHT?

10:27AM    2    A.   CORRECT.

10:27AM    3    Q.   AND AT THE TIME THERE WAS THIS ONGOING RELATIONSHIP ON

10:27AM    4    BUILDING OUT STORES; RIGHT?

10:27AM    5    A.   CORRECT.  AT THIS POINT IN TIME WE, YOU KNOW, HAD HAD A

10:27AM    6    PARTNERSHIP THAT WE WERE CONTINUING TO BUILD OUT AND THE ENTIRE

10:27AM    7    THERANOS OPERATION.

10:27AM    8    Q.   OKAY.

10:27AM    9         YOUR HONOR, WE OFFER EXHIBIT 20568.

10:27AM   10             MR. SCHENK:  NO OBJECTION.

10:27AM   11             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:27AM   12         (DEFENDANT'S EXHIBIT 20568 WAS RECEIVED IN EVIDENCE.)

10:27AM   13    BY MR. COOPERSMITH:

10:27AM   14    Q.   AND THIS EMAIL FROM MS. KOZLOWSKI TO MR. BLICKMAN IS

10:28AM   15    JANUARY 30TH, 2015.

10:28AM   16         DO YOU SEE THAT?

10:28AM   17    A.   YES, SIR.

10:28AM   18    Q.   AND AGAIN THE SUBJECT IS MEETING WITH ABBOTT.

10:28AM   19         AND SHE WROTE, "HI JEFF,

10:28AM   20         "I KNOW YOU PARTICIPATED IN THE GENENTECH MEETING A WHILE

10:28AM   21    BACK.  THERE'S ANOTHER ONE COMING UP (DATE TO BE DETERMINED),

10:28AM   22    AS WELL AS ONE WITH ABBOTT ON FEBRUARY 13TH TO TALK ABOUT USING

10:28AM   23    THERANOS STORES FOR A TEST TRIAL."

10:28AM   24         DO YOU SEE THAT?

10:28AM   25    A.   YES.

10:28AM   1    Q.   "WOULD THOSE BE MEETINGS YOU WOULD LIKE TO ATTEND OR WOULD

10:28AM   2    IT BE SOMEONE ELSE FROM THE THERANOS TEAM?"

10:28AM   3         DO YOU SEE THAT?

10:28AM   4    A.   YES.

10:28AM   5    Q.   AND SO THIS IS TRYING TO GET ANOTHER MEETING GOING WITH

10:28AM   6    REGARD TO MORE CLINICAL TRIAL WORK, THIS TIME WITH A DIFFERENT

10:28AM   7    COMPANY CALLED ABBOTT; CORRECT?

10:28AM   8    A.   JUST TO HELP EVERYONE UNDERSTAND, AT WALGREENS WE'RE

10:28AM   9    CONTINUALLY WORKING WITH MANUFACTURERS, PHARMA COMPANIES, AND

10:28AM  10    NOT ONLY BECAUSE WE PURCHASE MEDICATION FROM THEM, BUT ALSO

10:28AM  11    WE'RE TRYING TO FIGURE OUT HOW WE CAN WORK MORE CLOSELY WITH

10:28AM  12    THEM IN PARTNERSHIP FOR BETTER PATIENT CARE.

10:28AM  13         SO IN THIS PARTICULAR INSTANCE, IT'S WITH ABBOTT, AND THE

10:29AM  14    TEAM THAT OVERSEES THIS IS THAT BIOPHARMACEUTICAL TEAM THAT WE

10:29AM  15    REFERRED TO BEFORE.

10:29AM  16         BUT THESE WERE DISCUSSIONS THAT WERE ONGOING WITH

10:29AM  17    DIFFERENT MANUFACTURERS, AND IN THIS CASE GENENTECH, ABBOTT,

10:29AM  18    AND IN THOSE DISCUSSIONS THE THERANOS PROJECT HAS BEEN

10:29AM  19    DISCUSSED.

10:29AM  20    Q.   OKAY.  THANK YOU.

10:29AM  21         YOUR HONOR, I HAVE ANOTHER EXHIBIT AGAIN ON THE SAME

10:29AM  22    TOPIC, BUT I DON'T KNOW IF IT'S IN THE BINDERS, SO CAN I HAND

10:29AM  23    IT UP AND ALSO APPROACH THE WITNESS?

10:29AM  24              THE COURT:  SURE.

10:29AM  25         WHAT NUMBER IS IT?

10:29AM   1                    MR. COOPERSMITH:  OH, SORRY, YOUR HONOR.  IT'S

10:29AM   2       20542.

10:29AM   3            (HANDING.)

10:30AM   4       Q.   OKAY.  MR. JHAVERI, LOOKING AT THE EXHIBIT THAT I'VE JUST

10:30AM   5       HANDED YOU, EXHIBIT 20542, DO YOU SEE THIS IS AN EMAIL STRING

10:30AM   6       FROM FEBRUARY OF 2015?

10:30AM   7       A.   YES.

10:30AM   8       Q.   AND AT THE VERY FIRST EMAIL ON THE FIRST PAGE, THE EMAIL

10:30AM   9       IS ACTUALLY A MEETING INVITE, AND IT GOES TO SOMEONE NAMED

10:30AM  10       CHRISTIAN HOLMES.

10:30AM  11            DO YOU SEE THAT?

10:30AM  12       A.   YES, I DO.

10:30AM  13       Q.   AND YOU KNOW WHO MR. HOLMES WAS; RIGHT?

10:30AM  14       A.   YES.

10:30AM  15       Q.   HE WORKED AT THERANOS?

10:30AM  16       A.   CORRECT.

10:30AM  17       Q.   AND HE WAS INVOLVED, ALONG WITH OTHERS, IN THE

10:30AM  18       THERANOS-WALGREENS RELATIONSHIP; RIGHT?

10:30AM  19       A.   YES.

10:30AM  20       Q.   AND THEN IF WE GO TO THE EMAIL BELOW THAT, WE SEE

10:30AM  21       MR. BLICKMAN AGAIN; RIGHT?

10:30AM  22       A.   YES, I DO.

10:30AM  23       Q.   AND ANOTHER PERSON WHO WE DISCUSSED WAS INVOLVED IN THAT

10:31AM  24       SAME RELATIONSHIP; RIGHT?

10:31AM  25       A.   I'M SORRY.  WHO ARE YOU REFERRING TO?

10:31AM 1    Q.  OH, IT'S THE SECOND EMAIL ON THE FIRST PAGE, MR. JHAVERI.

10:31AM 2    A.  OKAY.

10:31AM 3    Q.  DO YOU SEE MR. BLICKMAN'S NAME THERE?

10:31AM 4    A.  YES, I DO.

10:31AM 5    Q.  AND THAT'S ANOTHER PERSON WHO YOU UNDERSTAND WORKED AT

10:31AM 6    THERANOS AND WAS INVOLVED WITH THIS RELATIONSHIP; RIGHT?

10:31AM 7    A.  YES.

10:31AM 8    Q.  AND THEN THERE'S OTHER PEOPLE FROM WALGREENS SUCH AS

10:31AM 9    ANTHONY BROGNO.

10:31AM 10       DO YOU SEE THAT?

10:31AM 11   A.  YES, I DO.

10:31AM 12   Q.  AND MR. BROGNO WAS A CLINICAL RESEARCH MANAGER AT

10:31AM 13   WALGREENS?

10:31AM 14   A.  YES.

10:31AM 15   Q.  AND THIS RELATES TO ANOTHER OPPORTUNITY INVOLVING PFIZER;

10:31AM 16   CORRECT?

10:31AM 17   A.  YES, IT DOES.

10:31AM 18           MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20542.

10:31AM 19           MR. SCHENK:  YOUR HONOR, OBJECTION.  HEARSAY.

10:31AM 20       I DON'T THINK THIS IS A BUSINESS RECORD, AND THE

10:31AM 21   FEBRUARY 9TH EMAIL, THE BOTTOM ONE ON THE FIRST PAGE CONTAINS

10:31AM 22   ADDITIONAL HEARSAY.

10:31AM 23           THE COURT:  DID YOU WANT TO REDACT THIS OR --

10:32AM 24           MR. COOPERSMITH:  WELL, YOUR HONOR, I'D LIKE TO

10:32AM 25   OFFER IT AS AN 803(6) BUSINESS RECORD.  IT GOES AMONG PEOPLE

10:32AM  1    INVOLVED IN THIS PARTNERSHIP.

10:32AM  2              THE COURT:  WELL, WHY DON'T YOU LAY A FOUNDATION IF

10:32AM  3    YOU CAN.

10:32AM  4              MR. COOPERSMITH:  I CAN DO THAT, YOUR HONOR.  I'LL

10:32AM  5    TRY.  THANK YOU.

10:32AM  6    Q.   OKAY.  SO, MR. JHAVERI, AS WE'VE DISCUSSED, IN THIS TIME

10:32AM  7    PERIOD, IN THIS CASE FEBRUARY 2015, THERE'S AN ONGOING

10:32AM  8    PARTNERSHIP BETWEEN WALGREENS AND THERANOS; CORRECT?

10:32AM  9    A.   YES.

10:32AM 10    Q.   AND IN THE COURSE OF THAT PARTNERSHIP, THERE WERE A LOT OF

10:32AM 11    EMAILS EXCHANGED AMONG DIFFERENT PEOPLE TO TRY TO MOVE THE

10:32AM 12    PROJECT FORWARD; CORRECT?

10:32AM 13    A.   YES.

10:32AM 14    Q.   AND WHEN OPPORTUNITIES AROSE IN CONNECTION WITH THINGS

10:32AM 15    RELEVANT TO THE PARTNERSHIP, INFORMATION ABOUT THAT OPPORTUNITY

10:32AM 16    MIGHT BE TRANSMITTED BY EMAIL; CORRECT?

10:32AM 17    A.   YES.

10:32AM 18    Q.   AND IN THIS CASE THAT'S WHAT WAS GOING ON; RIGHT?

10:32AM 19    A.   YES.

10:32AM 20    Q.   AND IN THOSE DISCUSSIONS FROM -- WELL, IN THOSE

10:32AM 21    DISCUSSIONS, IT WAS IMPORTANT, AS YOU UNDERSTOOD IT, FOR

10:33AM 22    EVERYONE TO BE ACCURATE AS THEY COULD BE, TO CONVEY INFORMATION

10:33AM 23    SO THAT PEOPLE COULD ACT ON IT IF APPROPRIATE?

10:33AM 24    A.   THAT'S CORRECT.

10:33AM 25    Q.   AND THE EMAILS WERE STORED IN THE NORMAL COURSE SO THAT IF

10:33AM   1    ANYONE NEEDED TO REFER TO SOMETHING THAT WAS INCLUDED IN AN

10:33AM   2    EMAIL, SUCH AS THE ONE THAT WE'RE LOOKING AT, THAT COULD BE

10:33AM   3    DONE; CORRECT?

10:33AM   4    A.   YES.

10:33AM   5              MR. COOPERSMITH:  YOUR HONOR, AGAIN, WE OFFER 20542.

10:33AM   6              MR. SCHENK:  YOUR HONOR, SAME OBJECTION.

10:33AM   7         THERE'S A THIRD PARTY ON THIS CHAIN AND THERE ARE

10:33AM   8    REPRESENTATIONS ABOUT THE THIRD PARTY ON THIS CHAIN.  THAT IS

10:33AM   9    NOT PART OF THE BUSINESS RECORDS FOUNDATION THAT MR. JHAVERI

10:33AM  10    CAN LAY.

10:33AM  11              MR. COOPERSMITH:  YOUR HONOR, THERE'S BEEN NUMEROUS,

10:33AM  12    NUMEROUS EXHIBITS ADMITTED DURING THIS TRIAL WITH THIRD

10:33AM  13    PARTIES, OVER OBJECTION OR WITHOUT OBJECTION.

10:33AM  14         I'M NOT SURE I UNDERSTAND THAT OBJECTION AT ALL, AND WE

10:33AM  15    WOULD --

10:33AM  16              THE COURT:  WELL, LET ME ASK THIS QUESTION:  YOU

10:33AM  17    ASKED THIS WITNESS REGARDING THE COMMUNICATIONS BETWEEN

10:33AM  18    THERANOS AND WALGREENS, AND THIS IS NOT RELATED TO THAT

10:34AM  19    RELATIONSHIP, IS IT?

10:34AM  20              MR. COOPERSMITH:  I CAN ASK HIM THAT QUESTION,

10:34AM  21    YOUR HONOR, IF THAT WOULD HELP.

10:34AM  22         I THINK IT IS.

10:34AM  23              THE COURT:  WELL, IN YOUR PREFACE, YOU SAID -- YOU

10:34AM  24    TALKED WITH THE WITNESS ABOUT THE ONGOING RELATIONSHIP.

10:34AM  25         THIS SEEMS TO SPEAK OF A RELATIONSHIP WITH ANOTHER

10:34AM  1    COMPANY.

10:34AM  2            MR. COOPERSMITH:  YOUR HONOR, I THINK IT'S NO

10:34AM  3    DIFFERENT THAN THE ABBOTT AND GENENTECH SITUATIONS, BUT I THINK

10:34AM  4    I CAN ASK A FEW MORE QUESTIONS.

10:34AM  5            THE COURT:  SURE.  WHY DON'T YOU?  WHY DON'T YOU?

10:34AM  6            MR. COOPERSMITH:  SURE, YOUR HONOR.  I'M HAPPY TO.

10:34AM  7    Q.   MR. JHAVERI, I THINK WE TALKED EARLIER, AND EVEN THE LAST

10:34AM  8    TIME WE MET TWO WEEKS AGO, ABOUT THE CONTRACTS BETWEEN

10:34AM  9    WALGREENS AND THERANOS; RIGHT?

10:34AM  10   A.   YES.

10:34AM  11   Q.   AND ONE OF THE THINGS IN THE CONTRACT, AS WE'VE DISCUSSED,

10:34AM  12   WAS THIS POSSIBILITY THAT CLINICAL TRIAL PATIENTS COULD HAVE

10:34AM  13   THEIR BLOOD TESTED AT THERANOS STORES THAT WERE -- OR WALGREENS

10:34AM  14   STORES THAT HAD THERANOS COLLECTION SITES; RIGHT?

10:35AM  15   A.   CORRECT.

10:35AM  16   Q.   AND THAT WAS ANOTHER, AS WE SAW IN THE EXHIBIT THAT WAS

10:35AM  17   PREVIOUSLY ADMITTED, THAT WAS ANOTHER POTENTIAL REVENUE

10:35AM  18   OPPORTUNITY; CORRECT?

10:35AM  19   A.   YES.

10:35AM  20   Q.   FOR WALGREENS?

10:35AM  21   A.   YES.

10:35AM  22   Q.   AND FOR THERANOS?

10:35AM  23   A.   CORRECT.

10:35AM  24   Q.   AND THAT WHEN OPPORTUNITIES AROSE WITH COMPANIES LIKE

10:35AM  25   PFIZER THAT MIGHT NEED TO DO CLINICAL TRIAL WORK USING THIS

ER-3490

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4811

10:35AM  1    SERVICE, THAT WOULD BE OF INTEREST TO THE PARTNERSHIP; RIGHT?

10:35AM  2    A.   YES.  IF WE HAD DISCUSSIONS WITH A PHARMACEUTICAL COMPANY,

10:35AM  3    OR ANY PARTNER FOR THAT MATTER, OTHER THAN THERANOS, AND THERE

10:35AM  4    WAS AN OPPORTUNITY FOR ALL OF US TO WORK TOGETHER, WHATEVER

10:35AM  5    THAT COULD BE, IN THIS CASE CLINICAL TRIAL, CERTAINLY WE WOULD

10:35AM  6    MAKE THAT INTRODUCTION AND HAVE THAT DISCUSSION TO SEE IF

10:35AM  7    THERE'S AN OPPORTUNITY.

10:35AM  8    Q.   RIGHT.  AND IN THIS CASE, LOOKING AT EXHIBIT 20542, THIS

10:35AM  9    IS ONE OF THOSE OPPORTUNITIES, IT HAPPENS TO BE WITH PFIZER,

10:35AM  10   WHERE WALGREENS IS BRINGING THIS TO THE ATTENTION OF THERANOS

10:35AM  11   TO SEE THERE IS AN OPPORTUNITY FOR THERANOS AND WALGREENS TO

10:35AM  12   GET INVOLVED WITH A PFIZER PROJECT; CORRECT?

10:35AM  13   A.   CORRECT.  WHAT THIS IS IN REFERENCE TO IS, YOU KNOW, IS

10:36AM  14   THERE A POSSIBILITY FOR PFIZER, THERANOS, AND WALGREENS

10:36AM  15   REPRESENTATIVES TO WHITE BOARD, TO BRAINSTORM, SEE IF THERE WAS

10:36AM  16   AN IDEA THAT POTENTIALLY WE CAN DO TOGETHER, AND THAT'S WHAT

10:36AM  17   THIS IS IN REFERENCE TO.

10:36AM  18   Q.   OKAY.  AND PART OF THE EMAIL THAT WE'RE LOOKING AT, 20542,

10:36AM  19   IS IF THERE WAS INFORMATION COMING FROM PFIZER IN THE COURSE OF

10:36AM  20   THE BUSINESS RELATIONSHIP WITH THERANOS, WALGREENS WOULD WANT

10:36AM  21   TO PASS THAT INFORMATION ON TO THERANOS SO THAT WALGREENS AND

10:36AM  22   THERANOS COULD DISCUSS HOW BEST TO PROCEED, IF AT ALL; RIGHT?

10:36AM  23   A.   YES.

10:36AM  24        JUST, AGAIN, TO REEXPLAIN.

10:36AM  25        ANTHONY BROGNO WAS PART OF THE PHARMACEUTICAL,

ER-3491

10:36AM  1        BIOPHARMACEUTICAL TEAM THAT INTERACTS WITH PHARMACEUTICAL

10:36AM  2        COMPANIES ON A DAILY BASIS.

10:36AM  3             AND IN THOSE DISCUSSIONS, IF THERE WAS AN OPPORTUNITY TO

10:36AM  4        WORK WITH OTHER PARTS OF WALGREENS WITH OTHER PARTNERS THAT WE

10:36AM  5        HAVE, THEY WOULD BRING IT TO THE APPROPRIATE INDIVIDUAL'S

10:36AM  6        ATTENTION.

10:36AM  7             AND SO THAT'S WHAT THIS IS IN REFERENCE TO.

10:37AM  8        Q.   OKAY.  THANK YOU.

10:37AM  9             AND YOU KNOW MR. BROGNO, IN THE COURSE OF HIS DUTIES, HE

10:37AM  10       WOULD HAVE TO INTERACT FREQUENTLY WITH PHARMACEUTICAL

10:37AM  11       COMPANIES; CORRECT?

10:37AM  12       A.   WHATEVER IS IN HIS RESPONSIBILITIES, CORRECT.

10:37AM  13       Q.   RIGHT.  AND JUST LIKE PERHAPS EVERYONE ELSE IN THE MODERN

10:37AM  14       WORLD, HE WOULD DO THAT OFTEN BY EMAIL; RIGHT?

10:37AM  15       A.   YES.

10:37AM  16       Q.   AND THIS IS ONE EXAMPLE OF HIM SENDING AN EMAIL; RIGHT?

10:37AM  17       A.   CORRECT.

10:37AM  18       Q.   AND THAT IT'S ALSO -- WHEN -- YOU UNDERSTAND THAT WHEN

10:37AM  19       ANYBODY AT WALGREENS WHO HAS A JOB TO DO, IN THIS CASE

10:37AM  20       MR. BROGNO INTERACTING WITH PHARMACEUTICAL COMPANIES, THEY

10:37AM  21       WOULD NEED TO BE AS ACCURATE AS THEY CAN BE IN THEIR BUSINESS

10:37AM  22       DEALINGS SO THAT THEY COULD MAKE SURE THAT PEOPLE ACT ON

10:37AM  23       ACCURATE INFORMATION AS OPPOSED TO SOMETHING ELSE; RIGHT?

10:37AM  24       A.   I WOULD CERTAINLY HOPE SO, YES.

10:37AM  25       Q.   AND THESE RECORDS ARE MAINTAINED AT WALGREENS SO THAT

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4813

10:37AM  1    PEOPLE CAN REFER BACK TO IT IF NECESSARY; RIGHT?

10:38AM  2    A.   IN REFERENCE TO THE EMAILS, CORRECT.

10:38AM  3         MR. COOPERSMITH:  YOUR HONOR, AGAIN, WE OFFER 20542.

10:38AM  4         MR. SCHENK:  SAME HEARSAY OBJECTION.

10:38AM  5         THE COURT:  I'LL ALLOW THIS TO COME IN OVER

10:38AM  6    OBJECTION.

10:38AM  7         IT'S ADMITTED, AND IT MAY BE PUBLISHED.

10:38AM  8         (DEFENDANT'S EXHIBIT 20542 WAS RECEIVED IN EVIDENCE.)

10:38AM  9    BY MR. COOPERSMITH:

10:38AM 10    Q.   OKAY.  MR. JHAVERI, LET'S START WITH THE EARLIEST ONE IN

10:38AM 11    TIME, WHICH I THINK APPEARS ON PAGE 2.

10:38AM 12         YOU SEE THAT THIS IS AN EMAIL FROM MAYA HARDIGAN AT

10:38AM 13    PFIZER; IS THAT RIGHT?

10:38AM 14    A.   YES.

10:38AM 15    Q.   AND IT'S DATED JANUARY 22ND, 2015; RIGHT?

10:38AM 16    A.   YES.

10:38AM 17    Q.   AND SHE INCLUDES A NUMBER OF PEOPLE ON THE EMAIL, AND ONE

10:38AM 18    OF THEM, I THINK IT'S THE LAST PERSON ON THE TO LINE, IS

10:38AM 19    CASEY KOZLOWSKI.

10:38AM 20         DO YOU SEE THAT?

10:38AM 21    A.   YES, I DO.

10:38AM 22    Q.   AND THAT'S THE PERSON THAT WORKED FOR YOU THAT WE

10:38AM 23    DISCUSSED EARLIER; RIGHT?

10:39AM 24    A.   YES.

10:39AM 25    Q.   AND THEN IF YOU GO -- DO YOU SEE THE NAME CRAIG LIPSET?

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4814

10:39AM   1    A.   YES.

10:39AM   2    Q.   AND DO YOU SEE ANYWHERE ON THIS EMAIL THE NAME

10:39AM   3    SHANE WEBER?

10:39AM   4    A.   ONE SECOND.  I'M JUST REVIEWING IT.

10:39AM   5    Q.   SURE.

10:39AM   6         (PAUSE IN PROCEEDINGS.)

10:39AM   7              THE WITNESS:  I DO NOT.

10:39AM   8    BY MR. COOPERSMITH:

10:39AM   9    Q.   OKAY.  IF YOU GO TO THE SUBJECT OF THE EMAIL, THE SUBJECT

10:39AM  10    IS WALGREENS/PFIZER WHITE BOARD SESSION.

10:39AM  11         DO YOU SEE THAT?

10:39AM  12    A.   YES, I DO.

10:39AM  13    Q.   AND WHAT WE'RE LOOKING AT IS ONE OF THESE CALENDAR NOTICES

10:39AM  14    OR MEETING NOTICES; RIGHT?

10:39AM  15    A.   YES, CORRECT.

10:39AM  16    Q.   AND IT SAYS, "DEAR ALL,

10:39AM  17         "I AM HOLDING THIS TIME FOR A PFIZER/WALGREENS/THERANOS

10:40AM  18    WHITE BOARD SESSION, TO FOCUS ON THE FOLLOWING TOPICS."

10:40AM  19         DO YOU SEE THAT?

10:40AM  20    A.   I DO.

10:40AM  21    Q.   AND THIS IS COMING FROM MS. HARDIGAN, WHO IS SOMEONE WHO

10:40AM  22    WORKS FOR PFIZER; CORRECT?

10:40AM  23    A.   CORRECT, AT THAT TIME.

10:40AM  24    Q.   RIGHT.  AND SHE HAS SOME BULLET POINTS UNDER THAT, AND THE

10:40AM  25    FIRST ONE SAYS, "REVIEWING PFIZER'S PROPOSED SCOPE AND MODEL

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4815

10:40AM   1    FOR THE WALGREENS PILOT."

10:40AM   2         DO YOU SEE THAT?

10:40AM   3    A.   YES.

10:40AM   4    Q.   "MAPPING A PATIENT FLOW AGAINST THE PILOT STRUCTURE."

10:40AM   5         AND THEN, "FURTHER UNDERSTANDING WALGREENS'S CAPABILITIES

10:40AM   6    AGAINST DESIRED PATIENT FLOW (EG, WHAT ABILITY DOES WALGREENS

10:40AM   7    HAVE TO PULL BACK PATIENT MEDICAL HISTORIES TO VALIDATE

10:40AM   8    INCLUSION CRITERIA," AND THEN IT GOES ON.

10:40AM   9         DO YOU SEE THAT?

10:40AM  10    A.   YES, I DO.

10:40AM  11    Q.   AND THEN THE LAST ONE IS, "BRAINSTORM OF KEY METRICS TO BE

10:40AM  12    CAPTURED AND MEASURED -- AS A BASIS FOR COMPARISON TO OUR

10:40AM  13    TRADITIONAL CLINIC-BASED STUDY APPROACH."

10:41AM  14         DO YOU SEE THAT?

10:41AM  15    A.   YES, I DO.

10:41AM  16    Q.   AND SO THIS IS A MEETING NOTICE.  IT DISCUSSES THE IDEA OF

10:41AM  17    DOING SOME CLINICAL TRIAL STUDY WORK USING THE

10:41AM  18    THERANOS-WALGREENS SERVICES; RIGHT?

10:41AM  19    A.   THAT'S WHAT IT SEEMS LIKE, YES.

10:41AM  20    Q.   RIGHT.  AND IF YOU GO TO THE FIRST PAGE, YOU SEE THAT

10:41AM  21    THERE'S A -- I'M SORRY.

10:41AM  22         I JUST WANT TO CORRECT SOMETHING BECAUSE I MISREAD IT.  I

10:41AM  23    DON'T WANT TO BE INACCURATE IN ANY WAY.

10:41AM  24         DO YOU SEE ON PAGE 2, GOING BACK TO THAT, DO YOU SEE THAT

10:41AM  25    MS. HARDIGAN, MAYA HARDIGAN, DO YOU SEE THAT?

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                4816

10:41AM   1      A.   YES.

10:41AM   2      Q.   AND SHE HAS AN EMAIL ADDRESS THAT SAYS MAIL TO:

10:41AM   3      MAYADHARDIGAN@PFIZER.COM?

10:41AM   4      A.   YES.

10:41AM   5      Q.   OKAY.  AND IF YOU GO TO THE FIRST PAGE, IT SAYS FROM

10:42AM   6      ANTHONYBROGNO@WALGREENS.COM; RIGHT?

10:42AM   7      A.   THAT'S CORRECT.

10:42AM   8      Q.   OKAY.  AND THEN IT SAYS, THOUGH, ON BEHALF OF HARDIGAN,

10:42AM   9      MAYA; RIGHT?

10:42AM  10      A.   CORRECT.

10:42AM  11      Q.   AND MAYBE THERE'S NO EXPLANATION HERE, BUT MR. BROGNO

10:42AM  12      WORKS AT WALGREENS; RIGHT?

10:42AM  13      A.   YES.

10:42AM  14      Q.   BUT MS. HARDIGAN WORKS AT PFIZER?

10:42AM  15      A.   THAT'S CORRECT.

10:42AM  16      Q.   OKAY.

10:42AM  17      A.   THIS IS ACTUALLY, JUST TO CLARIFY, IT'S A FORWARD OF THE

10:42AM  18      INVITE, WHICH IS WHY IT READS THAT WAY.

10:42AM  19      Q.   I SEE.  OKAY.  THANK YOU FOR CLARIFYING THAT.

10:42AM  20           AND THEN YOU GO DOWN BELOW THAT AND MR. BROGNO WRITES, "HI

10:42AM  21      JEFF,

10:42AM  22           "ALLOW ME TO INTRODUCE MYSELF.  MY NAME IS ANTHONY BROGNO,

10:42AM  23      I AM A CLINICAL RESEARCH MANAGER WITH WALGREENS.  I'VE WORKED

10:42AM  24      CLOSELY WITH CASEY KOZLOWSKI WHILE IMPLEMENTING CLINICAL TRIALS

10:42AM  25      WITHIN OUR STORES.  FRIDAY, FEBRUARY 13TH, WALGREENS AND PFIZER

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4817

10:42AM  1    ARE MEETING FACE-TO-FACE TO DISCUSS POTENTIAL OPPORTUNITIES TO

10:43AM  2    COLLABORATE AND BRING CLINICAL TRIALS TO OUR STORES."

10:43AM  3        DO YOU SEE THAT?

10:43AM  4    A.   YES, SIR.

10:43AM  5    Q.   AND THEN IF YOU GO ON TO THE NEXT PARAGRAPH, THE SECOND

10:43AM  6    SENTENCE READS, "THEY" MEANING PFIZER "ARE VERY INTERESTED IN

10:43AM  7    THE THERANOS TECHNOLOGY AND WOULD LIKE FOR YOU TO JOIN TO

10:43AM  8    PROVIDE SOME INSIGHT TO THE TECHNOLOGY/ABILITY TO UTILIZE THE

10:43AM  9    TECHNOLOGY FOR THIS TRIAL."

10:43AM 10        DO YOU SEE THAT?

10:43AM 11    A.   YES.

10:43AM 12    Q.   AND THAT'S MR. BROGNO REPORTING TO THERANOS ABOUT PFIZER'S

10:43AM 13    INTEREST; CORRECT?

10:43AM 14    A.   YES.

10:43AM 15    Q.   OKAY.  OKAY.  LET'S RETURN TO THE EXHIBIT WHERE WE

10:43AM 16    STARTED, WHICH IS 2275, GOING BACK TO THE ONGOING PARTNERSHIP

10:43AM 17    WITH THERANOS AND WALGREENS.

10:44AM 18        OKAY.  I THINK WE'RE ABOUT DONE WITH THIS EXHIBIT, BUT I

10:44AM 19    JUST WANT TO NOTE THAT THE REFERENCE TO GENENTECH IN THE FIRST

10:44AM 20    SENTENCE, THAT HAS TO DO WITH THE DISCUSSION THAT WE HAVE JUST

10:44AM 21    GONE THROUGH ABOUT THESE PHARMACEUTICAL TRIALS; RIGHT?

10:44AM 22    A.   YES.

10:44AM 23    Q.   AND THIS WAS AN EMAIL THAT YOU WERE SENDING TO MR. BALWANI

10:44AM 24    IN DECEMBER OF 2014; RIGHT?

10:44AM 25    A.   YES.

ER-3497

10:44AM 1    Q.   OKAY.  LET'S GO TO ANOTHER ISSUE THAT WE TALKED ABOUT

10:44AM 2    EARLIER, AND THAT WAS -- THERE WAS, AS WE DISCUSSED, IN THIS

10:44AM 3    FALL OF 2014 TIME PERIOD, A DISCUSSION THAT WAS BEGINNING TO

10:44AM 4    CHANGE THE BUSINESS MODEL TO SOME EXTENT BETWEEN WALGREENS AND

10:44AM 5    THERANOS; RIGHT?

10:44AM 6    A.   AROUND WHICH TIMEFRAME?

10:44AM 7    Q.   AROUND THE FALL OF '14.

10:44AM 8    A.   AROUND THE FALL OF '14, YES.

10:44AM 9         AGAIN, AS WE WERE LEARNING MORE AND WE WERE CONTINUING TO

10:44AM 10   LEARN MORE THROUGHOUT THIS PILOT, WE PIVOTED, WE CHANGED, WE

10:45AM 11   IMPROVED, AND THAT'S WHAT WE WERE DOING, WE WERE CONSTANTLY

10:45AM 12   DOING THAT.

10:45AM 13   Q.   RIGHT.  AND DO YOU REMEMBER WE LOOKED AT A DOCUMENT

10:45AM 14   EARLIER WHERE ONE WAY THAT WALGREENS HAD PROPOSED TO DEAL WITH

10:45AM 15   A COST ISSUE WAS TO RAISE THE FEE THAT WALGREENS WOULD GET FROM

10:45AM 16   $10 TO $15; RIGHT?

10:45AM 17   A.   RIGHT.  SO I JUST WANT TO BE CLEAR ABOUT RAISING THE FEE.

10:45AM 18   THAT WAS PART OF THE CONTRACT WITH THERANOS.

10:45AM 19        AND SO THE RAISING OF THE FEE WOULD BE WHAT WE WOULD GET

10:45AM 20   REMUNERATED FROM THERANOS PER PATIENT.

10:45AM 21   Q.   RIGHT.  SO, FOR EXAMPLE, IF SOMEONE CAME IN TO THERANOS

10:45AM 22   AND GOT BLOOD DRAWS AND IT COST $50, UNDER THE EXISTING

10:45AM 23   CONTRACT, WALGREENS WOULD GET $10 PER PATIENT; RIGHT?

10:45AM 24   A.   CORRECT.

10:45AM 25   Q.   AND UNDER THE PROPOSAL WE LOOKED AT EARLIER, WALGREENS

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4819

10:45AM   1    WOULD GET $15 INSTEAD OF $10; RIGHT?

10:45AM   2    A.    THAT'S RIGHT.

10:45AM   3    Q.    BUT WE TALKED ABOUT THERE ARE OTHER WAYS TO DEAL WITH THAT

10:45AM   4    COST ISSUE; RIGHT?

10:45AM   5    A.    RIGHT.  WHAT WE WERE DEALING WITH WAS -- COST WAS A

10:46AM   6    VARIABLE, AND WHAT WE WERE DEALING WITH WAS TO MAKE SURE THAT

10:46AM   7    THIS PARTICULAR PROJECT IS PROFITABLE, OR AT LEAST BREAK EVEN,

10:46AM   8    FOR BOTH ORGANIZATIONS.

10:46AM   9         AND SO COST WAS ONE OF THOSE DRIVERS.

10:46AM  10         OF COURSE REVENUE WAS ANOTHER DRIVER.

10:46AM  11         SO WE WERE TRYING TO MANAGE ALL OF THAT.

10:46AM  12    Q.    OKAY.  AND THEN THERE WERE SOME MEETINGS WITHIN WALGREENS

10:46AM  13    AT A VERY HIGH LEVEL TO DISCUSS THE NEW, POTENTIAL NEW BUSINESS

10:46AM  14    MODEL WITH THERANOS; RIGHT?

10:46AM  15    A.    YES.

10:46AM  16    Q.    AND IF YOU TAKE A LOOK AT EXHIBIT 2280, THAT'S A MEETING

10:46AM  17    NOTICE THAT YOU RECEIVED ON DECEMBER 10TH, 2014; RIGHT?

10:46AM  18    A.    YES, SIR.

10:46AM  19    Q.    AND IT'S A MEETING NOTICE THAT INCLUDES A NUMBER OF PEOPLE

10:46AM  20    IN LEADERSHIP AT WALGREENS?

10:46AM  21    A.    YES.

10:46AM  22    Q.    AND ALSO AT THERANOS?

10:46AM  23    A.    THAT'S CORRECT.

10:46AM  24    Q.    AND THAT INCLUDES MR. FLUEGEL; RIGHT?

10:47AM  25    A.    YES.

10:47AM   1     Q.   AND BRAD WASSON?

10:47AM   2     A.   YES, SIR.

10:47AM   3     Q.   AND YOURSELF?

10:47AM   4     A.   CORRECT.

10:47AM   5     Q.   AND ALEX GOURLAY?

10:47AM   6     A.   YES.

10:47AM   7     Q.   AND ALSO MR. BALWANI AND MS. HOLMES?

10:47AM   8     A.   YES.

10:47AM   9     Q.   OKAY.

10:47AM  10          YOUR HONOR, WE OFFER 2280.

10:47AM  11              MR. SCHENK:  NO OBJECTION.

10:47AM  12              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:47AM  13          (GOVERNMENT'S EXHIBIT 2280 WAS RECEIVED IN EVIDENCE.)

10:47AM  14     BY MR. COOPERSMITH:

10:47AM  15     Q.   DO YOU SEE THAT THE SUBJECT IS COPY:  8:00 A.M. PT --

10:47AM  16     WALGREENS/THERANOS MEETING?

10:47AM  17     A.   YES.

10:47AM  18     Q.   AND DO YOU SEE SOME OF THE PEOPLE WHO WE JUST TALKED ABOUT

10:47AM  19     WHO ARE ON THE TO LINE AND SO FORTH?

10:47AM  20     A.   YES.

10:47AM  21     Q.   OKAY.  AND THEN YOU SEE YOUR NAME THERE, TOO; RIGHT?

10:47AM  22     A.   YES.

10:47AM  23     Q.   I'M SORRY?

10:47AM  24     A.   YES.

10:47AM  25     Q.   THANK YOU.

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                4821

10:47AM   1        AND THEN THERE ARE PEOPLE WHO ARE REQUIRED; RIGHT?  AND

10:47AM   2    THAT'S STEWART WASSON, OR BRAD WASSON; CORRECT?

10:47AM   3    A.   YES.

10:47AM   4    Q.   AND YOURSELF?

10:48AM   5    A.   CORRECT.

10:48AM   6    Q.   AND THEN RICHARD ASHWORTH; RIGHT?

10:48AM   7    A.   CORRECT.

10:48AM   8    Q.   ALEX GOURLAY?

10:48AM   9    A.   YES.

10:48AM  10    Q.   AND THEN MR. BALWANI?

10:48AM  11    A.   YES.

10:48AM  12    Q.   AND MS. HOLMES?

10:48AM  13    A.   CORRECT.

10:48AM  14    Q.   OKAY.  AND THEN THIS IS A MEETING THAT YOU ATTENDED;

10:48AM  15    RIGHT?

10:48AM  16    A.   YES.

10:48AM  17    Q.   AND THE MEETING WAS TO DISCUSS POTENTIAL NEW

10:48AM  18    RELATIONSHIP -- A NEW WAY TO HAVE A CONTRACT RELATIONSHIP

10:48AM  19    BETWEEN THERANOS AND WALGREENS; RIGHT?

10:48AM  20    A.   CORRECT.  WE WERE DISCUSSING, YOU KNOW, WHAT THE NEW

10:48AM  21    CONTRACT WOULD LOOK LIKE, WHAT ARE THE SPECIFICS OF THE

10:48AM  22    CONTRACT, AND OF COURSE WHAT THE MODEL WOULD LOOK LIKE AS WELL.

10:48AM  23    Q.   OKAY.  THIS WAS DECEMBER 10TH, 2014?

10:48AM  24    A.   YES, SIR.

10:48AM  25    Q.   HOW TO MOVE FORWARD WITH THERANOS?

ER-3501

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4822

10:48AM  1    A.   CORRECT.

10:48AM  2    Q.   ON THE SAME TOPIC, LET'S LOOK AT EXHIBIT 20237.

10:49AM  3         OKAY.  IF YOU LOOK AT EXHIBIT 20237, YOU SEE THAT IT'S

10:49AM  4    FROM BRAD FLUEGEL?

10:49AM  5    A.   YES, SIR.

10:49AM  6    Q.   SENIOR VICE PRESIDENT CHIEF STRATEGY AND BUSINESS

10:49AM  7    DEVELOPMENT OFFICER; RIGHT?

10:49AM  8    A.   YES.

10:49AM  9    Q.   AT WALGREENS?

10:49AM  10   A.   THAT'S CORRECT.

10:49AM  11   Q.   AND IT'S TO MR. BALWANI WITH A COPY TO MS. HOLMES?

10:49AM  12   A.   YES.

10:49AM  13   Q.   AND IT'S DATED DECEMBER 15TH, 2014; RIGHT?

10:49AM  14   A.   YES.

10:49AM  15   Q.   AND SO THIS IS JUST FIVE DAYS AFTER THAT MEETING THAT WE

10:49AM  16   JUST DISCUSSED; RIGHT?

10:49AM  17   A.   CORRECT.

10:49AM  18   Q.   AND THIS IS ABOUT REPORTING OUT BY MR. FLUEGEL ABOUT SORT

10:49AM  19   OF AFTERMATH OF THE MEETING; CORRECT?

10:49AM  20   A.   YES, SIR.

10:49AM  21   Q.   OKAY.

10:49AM  22        YOUR HONOR, WE OFFER EXHIBIT 20237.

10:49AM  23            MR. SCHENK:  NO OBJECTION.

10:49AM  24            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:49AM  25        (DEFENDANT'S EXHIBIT 20237 WAS RECEIVED IN EVIDENCE.)

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4823

10:50AM   1     BY MR. COOPERSMITH:

10:50AM   2     Q.   OKAY.  JUST TO ORIENT HERE, WE SEE THE HEADER WITH THE

10:50AM   3     PEOPLE THAT WE JUST DISCUSSED; RIGHT?

10:50AM   4     A.   CORRECT.

10:50AM   5     Q.   AND THEN DECEMBER 15TH, 2014.

10:50AM   6          AND THEN THE SUBJECT IS FOLLOW UP; RIGHT?

10:50AM   7     A.   YES.

10:50AM   8     Q.   AND MR. FLUEGEL WRITES, "THANKS AGAIN FOR HOSTING US LAST

10:50AM   9     WEEK -- WE FOUND IT VERY PRODUCTIVE AND IT WAS GREAT TO SPEND

10:50AM  10     TIME WITH YOU BOTH."

10:50AM  11          DO YOU SEE THAT?

10:50AM  12     A.   YES.

10:50AM  13     Q.   AND IT SAYS, "AS ALEX MENTIONED" -- AND ALEX IS

10:50AM  14     ALEX GOURLAY; RIGHT?

10:50AM  15     A.   CORRECT.

10:50AM  16     Q.   AND THAT'S MR. FLUEGEL'S BOSS?

10:50AM  17     A.   I BELIEVE SO AT THE TIME, YES.

10:50AM  18     Q.   OKAY.  "AS ALEX MENTIONED AT THE CLOSE OF THE MEETING, WE

10:50AM  19     WANTED TO CHECK IN WITH GREG AND STEFANO ON THE REVISED ROLLOUT

10:50AM  20     APPROACH WE LAID OUT AT THE MEETING."

10:50AM  21          DO YOU SEE THAT?

10:50AM  22     A.   YES.

10:50AM  23     Q.   AND GREG DO YOU UNDERSTAND IS A REFERENCE TO GREG WASSON?

10:50AM  24     A.   YES, THAT'S CORRECT.

10:50AM  25     Q.   AND HE'S THE CEO OF WALGREENS?

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4824

10:50AM  1    A.   HE WAS THE CEO AT THE TIME.

10:50AM  2    Q.   AND STEFANO, YOU KNOW WHO THAT IS, TOO, RIGHT?

10:50AM  3    A.   YES.

10:50AM  4    Q.   AND THAT'S THE PERSON WHO IS COMING IN TO BE CEO OF THE

10:51AM  5    ENTIRE OPERATION, THE BOOTS WALGREENS ALLIANCE; CORRECT?

10:51AM  6    A.   YES.

10:51AM  7    Q.   AND DO YOU REMEMBER STEFANO'S LAST NAME?

10:51AM  8    A.   PESSINA, P-E-S-S-I-N-A.

10:51AM  9    Q.   AND SO STEFANO PESSINA WAS GOING TO BE COMING IN AS THE

10:51AM 10    NEW CEO OF THE GOLD OPERATION; CORRECT?

10:51AM 11    A.   CORRECT.

10:51AM 12    Q.   AND HE'S BASED IN ITALY; CORRECT?

10:51AM 13    A.   I'M NOT SURE EXACTLY WHERE HE IS BASED.

10:51AM 14    Q.   OKAY.  BUT THIS IS AS HIGH OF A LEVEL AT WALGREENS AS YOU

10:51AM 15    COULD POSSIBLY GET; RIGHT?

10:51AM 16    A.   YES, SIR.

10:51AM 17    Q.   AND TO GO ON, IT SAYS THAT -- MR. FLUEGEL WROTE, "WE

10:51AM 18    WANTED TO CHECK IN WITH GREG AND STEFANO ON THE REVISED ROLLOUT

10:51AM 19    APPROACH WE LAID OUT AT THE MEETING."

10:51AM 20        AND IT GOES ON, "THAT HAPPENED THIS WEEKEND AND THEY ARE

10:51AM 21    BOTH IN AGREEMENT WITH THE APPROACH WE DISCUSSED LAST WEEK."

10:51AM 22        DO YOU SEE THAT?

10:51AM 23    A.   YES.

10:51AM 24    Q.   AND SO MR. FLUEGEL IS REPORTING THAT BOTH CEO'S, IF YOU

10:51AM 25    WILL, WERE ON BOARD BASICALLY WITH THE APPROACH; RIGHT?

ER-3504

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                        4825

10:52AM  1      A.   CORRECT.

10:52AM  2      Q.   AND IT SAYS, "HAPPY TO TALK THIS THROUGH FURTHER, AS WELL

10:52AM  3      AS THE NEWS ON GREG'S DEPARTURE."

10:52AM  4           DO YOU SEE THAT?

10:52AM  5      A.   YES.

10:52AM  6      Q.   AND THE DEPARTURE IS THAT GREG WASSON WAS LEAVING

10:52AM  7      WALGREENS; RIGHT?

10:52AM  8      A.   RIGHT.

10:52AM  9      Q.   AND HE WASN'T GOING TO BE THE CEO ANYMORE?

10:52AM 10      A.   THAT'S CORRECT.

10:52AM 11      Q.   AND STEFANO WOULD BE THE CEO; RIGHT?

10:52AM 12      A.   AT THAT TIME, YES.

10:52AM 13      Q.   OKAY.  NOW, LET'S TALK ABOUT WHAT THAT NEW BUSINESS

10:52AM 14      RELATIONSHIP WAS GOING TO LOOK LIKE, AND THE FIRST ONE I WANT

10:52AM 15      TO SHOW YOU ABOUT THAT IS EXHIBIT 2239, 2239.

10:53AM 16      A.   2239?

10:53AM 17      Q.   I MISSPOKE.  IT'S 2339.  I MISSPOKE.

10:53AM 18           OKAY.  AND YOU SEE THIS IS ANOTHER ONE OF THOSE

10:53AM 19      PARTNERSHIP MEETING SLIDE DECKS THAT WE'VE SEEN SOME EXAMPLES

10:53AM 20      OF BEFORE?

10:53AM 21      A.   YES, SIR.

10:53AM 22      Q.   AND THIS ONE IS FROM JANUARY 14TH, 2015?

10:53AM 23      A.   YES.

10:53AM 24      Q.   AND AGAIN, THE EMAIL, THE COVER PAGE, COMES FROM THE SAME

10:53AM 25      PERSON, PATTY HAWORTH; RIGHT?

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4826

10:53AM   1    A.   YES, SIR.

10:53AM   2              MR. COOPERSMITH:  YOUR HONOR, WE OFFER EXHIBIT 2339.

10:53AM   3              MR. SCHENK:  NO OBJECTION.

10:53AM   4              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:53AM   5         (GOVERNMENT'S EXHIBIT 2339 WAS RECEIVED IN EVIDENCE.)

10:53AM   6    BY MR. COOPERSMITH:

10:53AM   7    Q.   OKAY.  SO, MR. JHAVERI, THIS IS ACTUALLY THE FIRST MEETING

10:53AM   8    AFTER THAT MEETING WITH BRAD FLUEGEL AND OTHERS THAT WE JUST

10:53AM   9    DISCUSSED BEFORE THIS EXHIBIT; RIGHT?

10:54AM  10    A.   YES, I BELIEVE SO.

10:54AM  11    Q.   THE FIRST THERANOS PARTNERSHIP MEETING?

10:54AM  12    A.   THE FIRST, RIGHT.

10:54AM  13    Q.   OKAY.  AND WE CAN SEE THE COVER PAGE, AND I THINK THE DATE

10:54AM  14    IS HIGHLIGHTED ON THE SCREEN.

10:54AM  15         AND AS USUAL, IT'S FROM PATTY HAWORTH TO A GROUP OF PEOPLE

10:54AM  16    WHO WERE WORKING ON THIS PROJECT; RIGHT?

10:54AM  17    A.   THAT'S RIGHT.

10:54AM  18    Q.   OKAY.  AND THEN IF YOU GO TO PAGE 5, IT LOOKS LIKE THERE'S

10:54AM  19    AN AGENDA.

10:54AM  20         IF YOU BACK UP TWO PAGES, MR. ALLEN, THAT WOULD BE

10:54AM  21    HELPFUL.  THERE YOU GO.  IT LOOKS LIKE IT'S PAGE 3.

10:54AM  22         THIS IS THE AGENDA?

10:54AM  23    A.   YES.

10:54AM  24    Q.   DO YOU SEE THAT?

10:54AM  25         AND THERE'S GOING TO BE, AMONG OTHER THINGS, AN OPS MODEL

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                   4827

10:54AM  1    DISCUSSION.

10:54AM  2        DO YOU SEE THAT?

10:54AM  3    A.  I DO.

10:54AM  4    Q.  AND A CALIFORNIA UPDATE?

10:54AM  5    A.  YES.

10:54AM  6    Q.  AND THEN THIS STI INITIATIVE UPDATE; RIGHT?

10:55AM  7    A.  CORRECT.

10:55AM  8    Q.  OKAY.  IF YOU GO TO THE NEXT PAGE, THERE'S A CURRENT

10:55AM  9    STATUS.

10:55AM 10        DO YOU SEE THAT?

10:55AM 11    A.  I DO.

10:55AM 12    Q.  AND IT LOOKED LIKE AVERAGE VISITS WERE UP 11 PERCENT;

10:55AM 13    RIGHT?

10:55AM 14    A.  YES.

10:55AM 15    Q.  NEXT PAGE HAS SOME HIGHLIGHTS.

10:55AM 16        DO YOU SEE THAT?

10:55AM 17        AND THE GUEST VOLUME IS INCREASING, AND SOME STORES ARE

10:55AM 18    MANAGING THIS WELL.

10:55AM 19        DO YOU SEE THAT?

10:55AM 20    A.  YES.

10:55AM 21    Q.  THEN IF YOU GO TO PAGE 8 -- I'M SORRY.  MY PAGINATION IS A

10:55AM 22    LITTLE OFF, SO I THINK IT'S PAGE 7.

10:55AM 23    A.  YES.

10:55AM 24    Q.  YES.  OKAY.  THESE ARE SOME OF THE CHALLENGES AT THE

10:56AM 25    OPERATIONS LEVEL; RIGHT?

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                4828

10:56AM 1    A.   THAT'S CORRECT.

10:56AM 2    Q.   SO LONG LINES WAS ONE OF THE PROBLEMS; RIGHT?

10:56AM 3    A.   CORRECT.

10:56AM 4    Q.   AND, YOU KNOW, THERE'S A CONCERN, RIGHT, THAT IF YOU HAVE

10:56AM 5    LINES THAT ARE TOO LONG, PEOPLE MIGHT JUST GIVE UP AND LEAVE,

10:56AM 6    NOT GET THEIR BLOOD DRAWN; RIGHT?

10:56AM 7    A.   CORRECT.

10:56AM 8         THESE LONG LINES -- JUST TO AGAIN GIVE SOME CLARITY HERE,

10:56AM 9    ALL PATIENTS THAT CAME IN FOR EITHER THE THERANOS SERVICE OR

10:56AM 10   FOR THEIR PRESCRIPTIONS WERE IN THE SAME LINE, AND SO THAT WAS

10:56AM 11   CAUSING A LONGER LINE, OR A LONGER WAIT TO CHECK IN.

10:56AM 12   Q.   RIGHT.  AND THIS IS SOMETHING THAT WAS UNDER DISCUSSION IN

10:56AM 13   THESE PARTNERSHIP MEETINGS, BECAUSE IF YOU COULD REDUCE THE

10:56AM 14   LINE WITH THE MORE STREAMLINED CHECK IN PROCESS, YOU COULD

10:56AM 15   POTENTIALLY SERVE MORE PATIENTS; RIGHT?

10:56AM 16   A.   AND CREATE A BETTER EXPERIENCE.

10:56AM 17   Q.   RIGHT.  OKAY.

10:56AM 18        AND THEN IT GOES ON TO SOME OF THE OTHER ISSUES THAT THE

10:56AM 19   TEAM IS ADDRESSING; RIGHT?

10:57AM 20   A.   YES.

10:57AM 21   Q.   OKAY.  AND THEN IF YOU GO TO THE NEXT PAGE, YOU SEE THAT

10:57AM 22   THERE'S A -- WE'VE SEEN THIS TYPE OF CHART BEFORE.  THIS IS THE

10:57AM 23   THERANOS EXPERIENCE SURVEY SUMMARY?

10:57AM 24   A.   YES, SIR.

10:57AM 25   Q.   AND IT HAS THE AVERAGE FOR THE PERIOD WE'RE TALKING ABOUT,

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                4829

10:57AM   1    WHICH WAS DECEMBER 2014, AND THEN IT HAS THE AVERAGE STARS AND

10:57AM   2    THE CHANGE FROM THE PREVIOUS MONTH; RIGHT?

10:57AM   3    A.   YES.

10:57AM   4    Q.   AND ALL OF THEM, EXCEPT FOR THE NO CHANGE FOR SKILL OF

10:57AM   5    TECHNICIAN, ARE ALL A LITTLE BIT UP; RIGHT?

10:57AM   6    A.   CORRECT.

10:57AM   7    Q.   OKAY.  INCLUDING THE SAMPLE COLLECTION PROCESS; RIGHT?

10:57AM   8    A.   CORRECT.

10:57AM   9    Q.   OKAY.  AND THEN IF YOU GO JUST THROUGH THE NEXT PAGES,

10:57AM  10    THERE'S THOSE SAME TYPES OF PIE CHARTS THAT WE HAVE SEEN BEFORE

10:57AM  11    IN OTHER EXHIBITS; RIGHT?  AND THESE ARE ALL CONTINUING TO LOOK

10:57AM  12    POSITIVE; RIGHT?

10:57AM  13    A.   YES.

10:58AM  14    Q.   OKAY.  SO ONE OF THE THINGS IN THE AGENDA WAS THIS

10:58AM  15    CALIFORNIA UPDATE.

10:58AM  16        DO YOU REMEMBER THAT?

10:58AM  17    A.   YES, SIR.

10:58AM  18    Q.   AND IF YOU GO TO PAGE -- I THINK IT WAS PAGE 21,

10:58AM  19    MR. ALLEN.  RIGHT.

10:58AM  20        THAT'S THE BEGINNING OF THE SECTION OF THE SLIDE DECK

10:58AM  21    ABOUT CALIFORNIA UPDATE.

10:58AM  22        DO YOU SEE THAT?

10:58AM  23    A.   YES.

10:58AM  24    Q.   AND THEN IF YOU GO TO THE NEXT PAGE, IT TALKS ABOUT

10:58AM  25    CONSTRUCTION OF CERTAIN STORES; RIGHT?

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4830

10:58AM   1    A.   CORRECT.

10:58AM   2    Q.   AND THOSE NUMBERS LIKE 625 AND 689, THE OTHERS WITH THE

10:58AM   3    NUMBER SIGN, THOSE ARE REFERRING TO SPECIFIC WALGREENS STORES;

10:58AM   4    RIGHT?

10:58AM   5    A.   CORRECT.  EACH WALGREENS STORE IS ASSIGNED A STORE NUMBER,

10:58AM   6    AND THAT'S WHAT THIS IS REFERRING TO.

10:58AM   7    Q.   RIGHT.  SO THEN IF YOU GO TO THE NEXT PAGE, THEN IT HAS A

10:59AM   8    SECTION ON VARIOUS STORES.

10:59AM   9         SO, FOR EXAMPLE, THE FIRST ONE IS STORE 689; RIGHT?

10:59AM   10   A.   YES, THAT'S CORRECT.

10:59AM   11   Q.   AND THEN IF YOU GO TO THE NEXT PAGE AFTER THAT, IT

10:59AM   12   ACTUALLY HAS A DRAWING, IT'S A LITTLE HARD TO MAKE OUT, BUT

10:59AM   13   THAT'S A DRAWING OF WHAT THIS STORE WOULD LOOK LIKE; RIGHT?

10:59AM   14   A.   RIGHT.  IT'S ACTUALLY A DRAWING OF THE PHARMACY AREA, AND

10:59AM   15   THE WAITING AREA, AND THE CONSULTATION ROOM OF THE STORE.

10:59AM   16        SO IT'S NOT THE FULL STORE.  IT'S ONLY THE BACK PART OF

10:59AM   17   THE STORE WHERE THE PHARMACY IS.

10:59AM   18   Q.   RIGHT.  AND THAT HAPPENS TO BE STORE 689 IN MOUNTAIN VIEW,

10:59AM   19   CALIFORNIA; RIGHT?

10:59AM   20   A.   YES.

10:59AM   21   Q.   AND IF WE GO TO THE NEXT PAGE, WE'RE STILL ON THE

10:59AM   22   MOUNTAIN VIEW STORE.  BUT AFTER THAT WE'RE TALKING ABOUT THE

10:59AM   23   MILBRAE, CALIFORNIA STORE 625.

10:59AM   24        GO TO THE NEXT ONE, MR. ALLEN.

10:59AM   25        DO YOU SEE THAT?

ER-3510

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4831

10:59AM  1      A.   THAT'S CORRECT.

10:59AM  2      Q.   AND THEN IF YOU GO TO THE NEXT STORE, THERE'S A

11:00AM  3      SAN CARLOS, CALIFORNIA STORE?

11:00AM  4      A.   THAT'S RIGHT.

11:00AM  5      Q.   AND A FREMONT, CALIFORNIA STORE?

11:00AM  6      A.   CORRECT.

11:00AM  7      Q.   AND SO THIS IS ACTUAL PLANNING TO OPEN THESE STORES GOING

11:00AM  8      FORWARD; RIGHT?

11:00AM  9      A.   CORRECT.

11:00AM 10           SO, AGAIN, AS WE START TO PLAN FOR STORES, WE HAVE TO

11:00AM 11      REDESIGN, WE HAVE TO START CONSTRUCTION, JUST LIKE A HOME OR

11:00AM 12      ANYTHING ELSE, AND THESE ARE THE DRAWINGS OF WHAT THIS SPACE

11:00AM 13      WOULD LOOK LIKE.

11:00AM 14      Q.   OKAY.  IF YOU GO TO PAGE 32, MR. ALLEN, THERE'S A SECTION

11:00AM 15      ON DIAGNOSTIC TESTING – STI INITIATIVE UPDATE.

11:00AM 16           SO THAT WAS ANOTHER AGENDA ITEM; RIGHT?

11:00AM 17      A.   CORRECT.

11:00AM 18      Q.   AND THEN AFTER THAT, THERE ARE SOME MORE DRAWINGS, WHICH

11:00AM 19      ARE HARD TO READ, INVOLVING THAT TOPIC; RIGHT?

11:00AM 20      A.   YEAH, THESE DRAWINGS ARE OF THE ENTIRE STORE IN THIS CASE.

11:01AM 21      Q.   OKAY.  THANK YOU.  YOU CAN PUT THAT EXHIBIT ASIDE.

11:01AM 22           THE NEXT EXHIBIT IS 20238.

11:01AM 23           AND YOU SEE 20238, MR. JHAVERI?

11:01AM 24      A.   YES, SIR.

11:01AM 25      Q.   AND THIS IS ANOTHER EMAIL FROM PATTY HAWORTH?

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4832

11:01AM  1     A.   IT IS.

11:01AM  2     Q.   TO A GROUP OF PEOPLE AT THERANOS AND WALGREENS WHO WERE

11:01AM  3     WORKING ON THE PROGRAM BETWEEN THE TWO COMPANIES; RIGHT?

11:01AM  4     A.   THAT'S CORRECT.

11:01AM  5     Q.   AND THIS ONE IS FROM JANUARY 21ST, 2015; RIGHT?

11:01AM  6     A.   YES.

11:01AM  7     Q.   AND SO THIS TIME SHE'S ACTUALLY SENDING THE MINUTES FROM

11:01AM  8     THE MEETING THAT HAPPENED ON JANUARY 14TH; RIGHT?

11:02AM  9     A.   YEAH.  CORRECT.  THE USUAL CADENCE WAS WE WOULD HAVE THE

11:02AM  10    MEETING, SHE WOULD TAKE THE NOTES AND MAKE SURE THAT SHE'S

11:02AM  11    CAPTURED ALL OF THE DECISIONS, AND THEN THOSE AGAIN, IN THIS

11:02AM  12    PARTICULAR CASE, ARE BEING REPORTED OUT.

11:02AM  13    Q.   OKAY.

11:02AM  14         YOUR HONOR, WE OFFER 20238.

11:02AM  15             MR. SCHENK:  NO OBJECTION.

11:02AM  16             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:02AM  17         (DEFENDANT'S EXHIBIT 20238 WAS RECEIVED IN EVIDENCE.)

11:02AM  18    BY MR. COOPERSMITH:

11:02AM  19    Q.   ON THE FIRST PAGE, MR. JHAVERI, YOU SEE AFTER THE EMAIL

11:02AM  20    INFORMATION WE'VE JUST DISCUSSED, THERE'S A SECTION CALLED

11:02AM  21    ACTION ITEMS.

11:02AM  22         DO YOU SEE THAT?

11:02AM  23    A.   YES, I DO.

11:02AM  24    Q.   AND NUMBER 6 IS "ACTIVATE NEW BUSINESS MODEL."

11:02AM  25         RIGHT?

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4833

11:02AM  1    A.   CORRECT.

11:02AM  2    Q.   AND THAT REFERS TO THIS TOPIC THAT CAME OUT OF THAT

11:02AM  3    MEETING WITH THE HIGH LEVEL WALGREENS PEOPLE TO AMEND OR REVISE

11:02AM  4    THE RELATIONSHIP GOING FORWARD; RIGHT?

11:02AM  5    A.   CORRECT.

11:02AM  6    Q.   OKAY.  AND NUMBER 8 IS "DETERMINE PHASED ROLLOUT FOR NEW

11:03AM  7    BUSINESS MODEL."

11:03AM  8         CORRECT?

11:03AM  9    A.   THAT'S CORRECT.

11:03AM  10   Q.   LET'S GO TO THE MINUTES THEMSELVES, SO STARTING ON PAGE 4

11:03AM  11   OF THE EXHIBIT.

11:03AM  12        AND THIS FIRST PAGE HAS THE AGENDA; RIGHT?

11:03AM  13   A.   YES.

11:03AM  14   Q.   AND THEN IF YOU GO TO THE NEXT PAGE OF THE MEETING

11:03AM  15   MINUTES, YOU SEE AT THE BOTTOM IT SAYS, "SIGNED ACO CONTRACT

11:03AM  16   WITH COMMONWEALTH THIS MONTH."

11:03AM  17        DO YOU SEE THAT?

11:03AM  18   A.   YES.

11:03AM  19   Q.   AND THAT'S A HEALTH CARE INSURANCE COMPANY?

11:03AM  20   A.   CORRECT.

11:03AM  21   Q.   AND THEN IF YOU GO TO THE -- THERE'S A BULLET THERE THAT

11:03AM  22   SAYS, "180-200 PHYSICIANS USING THERANOS EXCLUSIVELY."

11:03AM  23        RIGHT?

11:03AM  24   A.   CORRECT.

11:03AM  25   Q.   AND THAT'S ONE OF THE THINGS DISCUSSED AT THE MEETING?

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                4834

11:03AM    1    A.   YES.

11:03AM    2    Q.   OKAY.  IF YOU GO TO THE NEXT PAGE, PAGE 6, IT SAYS

11:04AM    3    HIGHLIGHTS, RIGHT?

11:04AM    4         AND THEN THERE'S A "GUEST VOLUME INCREASING AND SOME

11:04AM    5    STORES ARE MANAGING THIS WELL."

11:04AM    6         RIGHT?

11:04AM    7    A.   YES.

11:04AM    8    Q.   AND THEN "CURRENT PARTNERING CHALLENGES."

11:04AM    9         RIGHT?

11:04AM   10    A.   CORRECT.

11:04AM   11    Q.   OKAY.  LET'S GO TO PAGE 8.

11:04AM   12         OKAY.  SO AT THE TOP THERE'S A PIE CHART, RIGHT, ABOUT

11:04AM   13    LIKELIHOOD OF RETURNING TO A THERANOS WELLNESS CENTER?

11:04AM   14    A.   YES.

11:04AM   15    Q.   AND THE PIE CHART STILL SHOWS THAT'S TRENDING REALLY WELL;

11:04AM   16    RIGHT?

11:04AM   17    A.   CORRECT.

11:04AM   18    Q.   AND THEN IF YOU GO DOWN, THERE'S THIS OPS MODEL DISCUSSION

11:04AM   19    HEADING.

11:04AM   20         AND THEN THE FIRST BULLET SAYS, "ALL SERVICES, INCLUDING

11:05AM   21    FINGERSTICK AND VENIPUNCTURE TO BE PERFORMED BY THERANOS."

11:05AM   22         DO YOU SEE THAT?

11:05AM   23    A.   YES.

11:05AM   24    Q.   AND THAT'S PART OF THE NEW BUSINESS MODEL THAT WAS BEING

11:05AM   25    DISCUSSED WAS THAT THERANOS WOULD TAKE OVER THAT COLLECTION;

ER-3514

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4835

11:05AM  1    RIGHT?

11:05AM  2    A.   CORRECT.

11:05AM  3    Q.   AND THAT WOULD REDUCE THE COST TO WALGREENS; RIGHT?

11:05AM  4    A.   JUST ON TRAINING.  THE EMPLOYEE BASE WOULD STILL BE THE

11:05AM  5    SAME BECAUSE IT WAS THE TECHNICIANS THAT WERE ALREADY ON STAFF.

11:05AM  6    Q.   RIGHT.  BUT IT SAYS, "ALL SERVICES, INCLUDING FINGERSTICK

11:05AM  7    AND VENIPUNCTURE TO BE PERFORMED BY THERANOS."

11:05AM  8         RIGHT?

11:05AM  9    A.   CORRECT.

11:05AM  10   Q.   AND THEN IT GOES ON THE NEXT PAGE, PAGE 9, THERE'S A THIRD

11:05AM  11   BULLET POINT DOWN THAT SAYS, "NIMESH JHAVERI WOULD LIKE TO

11:05AM  12   FLUSH OUT MODELS IN THE ARIZONA MARKET DURING CONTRACT

11:05AM  13   RENEGOTIATION.  IT IS IMPORTANT TO TRULY UNDERSTAND WHAT THE

11:05AM  14   PARTNERSHIP WILL LOOK LIKE IN THE NEXT MARKET."

11:05AM  15        DO YOU SEE THAT?

11:05AM  16   A.   YES.

11:05AM  17   Q.   AND THAT'S SOMETHING THAT YOU DISCUSSED AT THE MEETING;

11:05AM  18   RIGHT?

11:05AM  19   A.   YES.

11:05AM  20   Q.   AND THEN IT SAYS, "NIMESH JHAVERI STATED THAT THIS NEW

11:06AM  21   MODEL WILL ALLOW US TO MOVE FASTER."

11:06AM  22        DO YOU SEE THAT?

11:06AM  23   A.   YES.

11:06AM  24   Q.   AND THAT'S SOMETHING THAT YOU DISCUSSED AT THE MEETING?

11:06AM  25   A.   YES.

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4836

11:06AM   1     Q.   AND THEN BELOW THAT IT SAYS THAT "SUNNY BALWANI COMMENTED

11:06AM   2     THAT THERANOS'S BIGGEST LEARNING WAS TO PUT INFRASTRUCTURE IN

11:06AM   3     PLACE, INCLUDING SALES TEAM, LABORATORY, ET CETERA, BEFORE

11:06AM   4     TURNING ON THE NEXT MARKET."

11:06AM   5          DO YOU SEE THAT?

11:06AM   6     A.   YES.

11:06AM   7     Q.   AND SOMETHING THAT WAS DISCUSSED AT THE MEETING?

11:06AM   8     A.   YES, IT WAS.

11:06AM   9     Q.   AND THEN IF YOU GO DOWN THERE'S A BULLET POINT THAT READS,

11:06AM  10     "RESPECTIVE TEAMS ARE ALIGNED, STORES WILL BE TRANSITIONED TO

11:06AM  11     THE NEW MODEL ONCE 100 PERCENT OF THERANOS PHLEBOTOMISTS CAN

11:06AM  12     CONDUCT THE PERFORM PART OF THE WORKFLOW AND 100 PERCENT OF

11:06AM  13     WALGREENS RESOURCES CAN PERFORM CHECK IN DURING ALL THERANOS

11:06AM  14     HOURS OF OPERATION."

11:06AM  15          RIGHT?

11:06AM  16     A.   YES.

11:06AM  17     Q.   AND WALGREENS PERSONNEL WERE GOING TO DO THE CHECK IN;

11:07AM  18     RIGHT?

11:07AM  19     A.   THAT'S RIGHT.

11:07AM  20     Q.   AND THEN THE THERANOS PHLEBOTOMIST WOULD CONDUCT THE --

11:07AM  21     PERFORM PART OF THE WORKFLOW?  THAT'S WHAT IT SAYS; RIGHT?

11:07AM  22     A.   YEAH, THEY WOULD PERFORM THE BLOOD DRAW.

11:07AM  23     Q.   RIGHT.

11:07AM  24     A.   AND WALGREENS WOULD PERFORM THE CHECK IN OF ALL PATIENTS

11:07AM  25     COMING IN.

ER-3516

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4837

11:07AM  1    Q.   THIS IS PART OF THE NEW BUSINESS MODEL GOING FORWARD?

11:07AM  2    A.   THAT'S RIGHT.

11:07AM  3    Q.   AND THEN IT HAS BELOW THAT, "NIMESH JHAVERI GAVE THE TEAM

11:07AM  4    A GOAL TO ACTIVATE THE NEW BUSINESS MODEL BY FEBRUARY 1ST."

11:07AM  5         RIGHT?

11:07AM  6    A.   THAT'S CORRECT.

11:07AM  7    Q.   OKAY.  BELOW THAT IT TALKS ABOUT "TRACY MASSON," DO YOU

11:07AM  8    SEE THAT, "TO DETERMINE PHASED ROLLOUT BY EARLY NEXT WEEK."

11:07AM  9         RIGHT?

11:07AM  10   A.   YES.

11:07AM  11   Q.   THAT WAS DISCUSSED AT THE MEETING; CORRECT?

11:07AM  12   A.   CORRECT.

11:07AM  13   Q.   OKAY.  AND THEN THERE'S A LINE THAT SAYS, "SUNNY BALWANI

11:07AM  14   GAVE THE TEAM 30-60 DAYS TO CUT OVER TO THE NEW BUSINESS

11:08AM  15   MODEL."

11:08AM  16        RIGHT?

11:08AM  17   A.   YES.

11:08AM  18   Q.   IF YOU GO TO PAGE 10, THE NEXT PAGE, THERE'S A BULLET

11:08AM  19   POINT THERE RIGHT BEFORE THE HEADING THAT SAYS, "NIMESH JHAVERI

11:08AM  20   STATED THAT THE TEAM HAD LEARNED A LOT IN THE PAST 4 YEARS.  WE

11:08AM  21   ARE ABSOLUTELY ALIGNED ON THE APPROACH TO THE NEXT PHASE OF THE

11:08AM  22   AGREEMENT."

11:08AM  23        DO YOU SEE THAT?

11:08AM  24   A.   YES.

11:08AM  25   Q.   "NEED TO AGREE ON SIGNAGE, ET CETERA, IN ADVANCE.  THERE

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4838

11:08AM   1    IS A MEETING SCHEDULED NEXT MONDAY WITH WORK STREAM EXECUTIVES

11:08AM   2    TO DRIVE OPERATING MODEL CHANGES.  THIS MESSAGE NEEDS TO COME

11:08AM   3    FROM THE TOP DOWN," AND THEN IT GOES ON.

11:08AM   4         DO YOU SEE THAT?

11:08AM   5    A.   YES.

11:08AM   6    Q.   AND IT ACTUALLY TALKS ABOUT SOMEONE NAMED "ABHI DHAR IS

11:08AM   7    THE HEAD OF WALGREENS I.T. INFRASTRUCTURE."

11:08AM   8         RIGHT?

11:08AM   9    A.   YES.

11:08AM  10    Q.   THAT PIECE WOULD ALSO BE NECESSARY AS THE PARTNERSHIP

11:08AM  11    CONTINUED; RIGHT?

11:08AM  12    A.   CORRECT.

11:08AM  13    Q.   OKAY.  DURING THIS TIME, THERE HAD BEEN DISCUSSION OF A

11:09AM  14    NEW BUSINESS MODEL, BUT A CONTRACT HADN'T BEEN SIGNED; RIGHT?

11:09AM  15    A.   PART OF THIS IS WE WERE STARTING TO WORK ON A NEW

11:09AM  16    CONTRACT, BUT AT THAT MEETING WE AGREED WE WOULD START TO

11:09AM  17    TRANSITION OVER TO THIS NEW MODEL CONCURRENTLY WITH A NEW

11:09AM  18    CONTRACT.

11:09AM  19    Q.   OKAY.  BUT YOU WANTED TO ACTUALLY HAVE THE CONTRACT IN

11:09AM  20    PLACE BEFORE THE ACTUAL BUILDING OF STORES AND ACTIVITY LIKE

11:09AM  21    THAT WOULD CONTINUE; RIGHT?

11:09AM  22    A.   OF COURSE.

11:09AM  23    Q.   AND THAT'S REFLECTED, FOR EXAMPLE, ON PAGE 12 IN THE

11:09AM  24    BULLET THAT WE CAN HIGHLIGHT RIGHT BEFORE THE SECOND HEADING.

11:09AM  25         DO YOU SEE, "PER CASEY KOZLOWSKI, THIS IS ON HOLD UNTIL

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4839

11:09AM  1      CONTRACT IS RENEGOTIATED."

11:09AM  2           DO YOU SEE THAT?

11:10AM  3      A.   YES.

11:10AM  4      Q.   AND THAT'S THAT CONCEPT; RIGHT?

11:10AM  5      A.   WELL, IN THIS PARTICULAR BULLET POINT, WHAT SHE'S

11:10AM  6      REFERRING TO IS THE STI PLANS IN TUCSON.  THAT'S WHAT THIS IS

11:10AM  7      IN REFERENCE TO.

11:10AM  8           REMEMBER, AS WE DISCUSSED, THE WORK WAS ALREADY STARTING

11:10AM  9      TO TRANSITION TO THE NEW MODEL, AND AS I STATED, THAT WE WOULD

11:10AM 10      START TO TRANSITION BY FEBRUARY 1ST, WHICH WAS ABOUT TWO WEEKS

11:10AM 11      FROM THERE.

11:10AM 12      Q.   OKAY.  THANK YOU.

11:10AM 13           YOU CAN PUT THAT EXHIBIT ASIDE.

11:10AM 14           THE NEXT ONE IS 2394.

11:10AM 15           DO YOU HAVE THAT, MR. JHAVERI?

11:10AM 16      A.   I DO, SIR.

11:10AM 17      Q.   THIS IS ANOTHER PARTNERSHIP MEETING SLIDE DECK, THIS TIME

11:11AM 18      FROM FEBRUARY 17TH, 2015?

11:11AM 19      A.   YES.

11:11AM 20      Q.   AGAIN, MS. HAWORTH?

11:11AM 21      A.   CORRECT.

11:11AM 22      Q.   OKAY.

11:11AM 23           YOUR HONOR, WE OFFER 2394.

11:11AM 24               MR. SCHENK:  NO OBJECTION.

11:11AM 25               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:11AM   1            (DEFENDANT'S EXHIBIT 2394 WAS RECEIVED IN EVIDENCE.)

11:11AM   2       BY MR. COOPERSMITH:

11:11AM   3       Q.   OKAY.  SO THIS IS A MEETING ABOUT A MONTH AFTER THE LAST

11:11AM   4       ONE WE LOOKED AT; RIGHT?

11:11AM   5       A.   CORRECT.

11:11AM   6       Q.   AND IF YOU GO TO THE SECOND PAGE, IT JUST HAS THE TITLE

11:11AM   7       AND THE DATE.

11:11AM   8            DO YOU SEE THAT?

11:11AM   9       A.   YES.

11:11AM  10       Q.   AND THEN IF YOU GO TO PAGE 4, IT HAS A CURRENT STATUS

11:11AM  11       SLIDE; RIGHT?

11:11AM  12       A.   YES, IT DOES.

11:11AM  13       Q.   PATIENT VISITS CONTINUE TO GO UP; RIGHT?

11:11AM  14       A.   YES, SIR.

11:11AM  15       Q.   AND THEN THERE'S THE SAME SORT OF CATEGORIES ON PAGE 6

11:12AM  16       THAT HAS THE CURRENT PARTNERING CHALLENGES.

11:12AM  17            DO YOU SEE THAT?

11:12AM  18       A.   YES.

11:12AM  19       Q.   AND IT LISTS WHAT THOSE ARE AT THE TIME; RIGHT?

11:12AM  20       A.   YES, SIR.

11:12AM  21       Q.   AND THEN THE NEXT PAGE, THE EXPERIENCE SUMMARY CHART THAT

11:12AM  22       WE HAVE SEEN BEFORE; RIGHT?

11:12AM  23       A.   YES.

11:12AM  24       Q.   AND THIS TIME FOR JANUARY 15TH; RIGHT?

11:12AM  25       A.   CORRECT.

11:12AM  1    Q.   AND THEN IF YOU GO TO PAGE 8 FIRST, MORE OF THOSE BAR

11:12AM  2    GRAPHS; RIGHT?

11:12AM  3    A.   YES.

11:12AM  4    Q.   AND THEN ON PAGE 9, THE LAST TWO BAR GRAPHS; RIGHT?

11:12AM  5    A.   YES.

11:12AM  6    Q.   AND ONE OF THEM IS A SAMPLE COLLECTION PROCESS; RIGHT?

11:12AM  7    A.   YES.

11:12AM  8    Q.   AND THAT WAS STILL OVERWHELMINGLY PEOPLE PUTTING DOWN 5'S;

11:12AM  9    RIGHT?

11:12AM 10    A.   YES.

11:12AM 11    Q.   OKAY.  YOU CAN PUT THAT ASIDE.

11:13AM 12         OKAY.  LET'S GO TO -- WE WERE TALKING ABOUT THE CONTRACT

11:13AM 13    ISSUE, SO TO TALK MORE ABOUT THAT TOPIC, LET'S GO TO 20242.

11:13AM 14         DO YOU SEE THIS IS AN EMAIL STRING?  AT THE TOP IT'S AN

11:13AM 15    EMAIL FROM YOU TO MR. BALWANI, AND BELOW THAT IT'S AN EMAIL

11:13AM 16    FROM MS. KOZLOWSKI.

11:13AM 17         DO YOU SEE THAT?

11:13AM 18    A.   YES.

11:13AM 19    Q.   AND THIS RELATES TO THE ONGOING CONTRACT DISCUSSION

11:13AM 20    BETWEEN THERANOS AND WALGREENS; CORRECT?

11:13AM 21    A.   THAT'S CORRECT.

11:13AM 22    Q.   AND THIS IS DATED IN MARCH HAD OF 2015?

11:14AM 23    A.   YES.

11:14AM 24         MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20242.

11:14AM 25         MR. SCHENK:  NO OBJECTION.

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4842

11:14AM   1        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:14AM   2        (DEFENDANT'S EXHIBIT 20242 WAS RECEIVED IN EVIDENCE.)

11:14AM   3    BY MR. COOPERSMITH:

11:14AM   4    Q.   OKAY.  THE EMAIL, STARTING WITH THE BOTTOM ONE, THIS IS

11:14AM   5    FROM MS. KOZLOWSKI TO A GROUP OF PEOPLE, INCLUDING YOURSELF.

11:14AM   6        IT SAYS, "ALL,

11:14AM   7        "THANKS FOR YOUR TIME YESTERDAY.  ALTHOUGH THERE'S STILL A

11:14AM   8    LOT TO DO, I THINK WE MADE SOME GREAT PROGRESS.  HERE'S WHAT I

11:14AM   9    HAVE AS DELIVERABLES FOR OUR NEXT MEETING ON 3/20.  LET ME KNOW

11:14AM  10    IF I'VE MISSED ANYTHING."

11:14AM  11        RIGHT?

11:14AM  12    A.   YES.

11:14AM  13    Q.   AND SO THERE HAD BEEN A MEETING ON FEBRUARY 17TH?

11:14AM  14    A.   YES.

11:14AM  15    Q.   AND THEN THERE WAS GOING TO BE ANOTHER MEETING ON

11:14AM  16    MARCH 20TH; RIGHT?

11:14AM  17    A.   YES.

11:14AM  18    Q.   RIGHT.  SO WE SAW SOME EXAMPLES OF MEETINGS BEING SPACED

11:14AM  19    SEVERAL MONTHS APART EARLIER; RIGHT?

11:14AM  20    A.   CORRECT.

11:14AM  21    Q.   AND NOW WE'RE SEATING IN THIS EARLY 2015 TIMEFRAME MONTHLY

11:15AM  22    MEETINGS, AT LEAST IN JANUARY, FEBRUARY, AND MARCH; IS THAT

11:15AM  23    RIGHT?

11:15AM  24    A.   CORRECT.

11:15AM  25    Q.   OKAY.  IF YOU GO TO THE SAME EMAIL WE WERE JUST LOOKING

11:15AM 1    AT, IT SAYS, "PUT TOGETHER 18-MONTH EXECUTION PLAN AND 3-YEAR

11:15AM 2    LONG-RANGE PLAN."

11:15AM 3        DO YOU SEE THAT?

11:15AM 4    A.   YES, I DO.

11:15AM 5    Q.   AND THAT WAS GOING TO BE ONE OF THE ITEMS FOR DISCUSSION;

11:15AM 6    RIGHT?

11:15AM 7    A.   CORRECT.

11:15AM 8    Q.   AND THEN NOT TO READ EVERY ONE, BUT IF YOU GO TO THE LAST

11:15AM 9    BULLET, IT SAYS, "DETERMINE STORE LIST FOR SOCAL, ARIZONA (20

11:15AM 10   MORE) AND CENTRAL PENNSYLVANIA (ALLENTOWN)" -- AND THEN,

11:15AM 11   "CASEY/DAVE MILLER (SUNNY TO SEND LIST OF THEIR REQUEST.)"

11:15AM 12       DO YOU SEE THAT?

11:15AM 13   A.   I DO.

11:15AM 14   Q.   AND THEN THE EMAIL ON TOP, YOUR RESPONSE WAS -- WELL, YOU

11:15AM 15   SENT THIS ON TO SUNNY; RIGHT?

11:15AM 16   A.   I DID.

11:15AM 17   Q.   YOU SAY, "HELLO SUNNY -

11:15AM 18       "THANK YOU AGAIN FOR YOUR TIME AND SCOTT'S TIME.

11:15AM 19   APPRECIATE THE CANDOR AND DISCUSSION.  I DO BELIEVE WE MADE

11:16AM 20   GOOD PROGRESS YESTERDAY.  WE HAVE A FEW THINGS TO TIE UP --

11:16AM 21   I'VE ASKED THAT WE HAVE OUR 'ALMOST' READY NEXT VERSION BY

11:16AM 22   EARLY NEXT WEEK IN ANTICIPATION OF NEXT FRIDAY'S MEETING.

11:16AM 23   LOOKING FORWARD TO COMPLETING THE AGREEMENT."

11:16AM 24       DO YOU SEE THAT?

11:16AM 25   A.   YES.

11:16AM 1    Q.   AND SO YOU'RE TRYING TO DRIVE THIS CONTRACT PROCESS AND

11:16AM 2    FINALIZATION OF IT FORWARD; RIGHT?

11:16AM 3    A.   YES.

11:16AM 4    Q.   LET'S LOOK AT EXHIBIT 2449 NEXT ON THE SAME TOPIC OF THE

11:16AM 5    CONTRACT.

11:17AM 6         (PAUSE IN PROCEEDINGS.)

11:17AM 7              THE WITNESS:  I HAVE IT.

11:17AM 8    BY MR. COOPERSMITH:

11:17AM 9    Q.   OKAY.  THANK YOU.

11:17AM 10        THIS EXHIBIT 2449 IS AN EMAIL, AND ON THE FIRST PAGE IS AN

11:17AM 11   EMAIL FROM JONATHAN SPITZER OF WALGREENS TO YOU AND THEN OTHERS

11:17AM 12   WITHIN WALGREENS; IS THAT CORRECT?

11:17AM 13   A.   YES.

11:17AM 14   Q.   OKAY.  AND IT'S IN CONNECTION WITH THE THERANOS

11:17AM 15   PARTNERSHIP; CORRECT?

11:17AM 16   A.   YES, IT WAS.

11:17AM 17            MR. COOPERSMITH:  YOUR HONOR, WE OFFER 2449.

11:17AM 18            MR. SCHENK:  NO OBJECTION.

11:17AM 19            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:18AM 20        (GOVERNMENT'S EXHIBIT 2449 WAS RECEIVED IN EVIDENCE.)

11:18AM 21   BY MR. COOPERSMITH:

11:18AM 22   Q.   OKAY.  SO, MR. JHAVERI, THIS IS FROM JONATHAN SPITZER;

11:18AM 23   RIGHT?

11:18AM 24   A.   YES.

11:18AM 25   Q.   IT'S ON MARCH 30TH, 2015; RIGHT?

11:18AM 1      A.    YES.

11:18AM 2      Q.    AND DOES JONATHAN SPITZER GO BY JAY SPITZER SOMETIMES?

11:18AM 3      A.    YES.

11:18AM 4      Q.    AND CAN YOU TELL US WHO THAT IS?

11:18AM 5      A.    JAY SPITZER WAS MY FINANCE OFFICER AND HE SUPPORTED ALL OF

11:18AM 6      THE PROJECTS AND PROGRAMS THAT ROLLED UP INTO MY TEAM.

11:18AM 7      Q.    OKAY.  IF YOU GO UP TO THE NEXT PAGE, PAGE 2, YOU CAN SEE

11:18AM 8      THE SIGNATURE BLOCK THERE; RIGHT?

11:18AM 9      A.    YES.

11:18AM 10     Q.    AND SO THAT'S ACCURATE; RIGHT?

11:18AM 11     A.    THAT IS ACCURATE.

11:18AM 12     Q.    ALL RIGHT.  SO LET'S GO BACK TO THE FIRST PAGE, AND

11:18AM 13     MR. SPITZER WRITES, "TEAM LET ME KNOW ANY REVISIONS YOU WOULD

11:18AM 14     LIKE BEFORE SENDING OVER TO ALAN TOMORROW MORNING.  THE BELOW

11:18AM 15     WRITE UP IS DETAILED, BUT I WANT TO MAKE SURE ALAN HAS ALL

11:19AM 16     INFORMATION UP-FRONT."

11:19AM 17          DO YOU SEE THAT?

11:19AM 18     A.    I DO.

11:19AM 19     Q.    AND WHO IS ALAN?

11:19AM 20     A.    ALAN NIELSEN, WHO HE WAS REFERRING TO, WAS THE CHIEF

11:19AM 21     FINANCE OFFICER FOR WALGREENS COMPANY, THE U.S. BASED WALGREENS

11:19AM 22     COMPANY.

11:19AM 23     Q.    OKAY.  LET'S GO TO THE SUBSTANCE OF IT.

11:19AM 24          MR. SPITZER WROTE, "PLEASE FIND ATTACHED A QUICK SNAPSHOT

11:19AM 25     OF THE FINANCIAL AND OPERATIONAL PERFORMANCE OF THE THERANOS

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4846

11:19AM  1    PILOT."

11:19AM  2        DO YOU SEE THAT?

11:19AM  3    A.   YES.

11:19AM  4    Q.   AND THEN IT GOES ON, "NOTE THAT THE FINANCIALS ATTACHED

11:19AM  5    REFLECT THE CURRENT CONTRACT IN PLACE IN WHICH WALGREENS IS

11:19AM  6    REIMBURSED $10 PER PATIENT AS WELL AS RESPONSIBLE FOR BUILD OUT

11:19AM  7    COST AND PROVIDING LABOR FOR THE SERVICE START TO FINISH."

11:19AM  8        DO YOU SEE THAT?

11:19AM  9    A.   YES.

11:19AM 10    Q.   AND SO HE'S DESCRIBING THE EXISTING CONTRACT; RIGHT?

11:19AM 11    A.   THAT'S CORRECT.

11:19AM 12    Q.   OKAY.  AND THEN IT SAYS, "STARTING IN FEBRUARY THERANOS

11:19AM 13    HIRED AND STAFFED 40/41 LOCATIONS WITH THEIR PHLEBOTOMISTS AND

11:19AM 14    WALGREENS LABOR HAS BEEN REMOVED FROM THE STORES."

11:19AM 15        DO YOU SEE THAT?

11:19AM 16    A.   YES.

11:19AM 17    Q.   AND SO THAT'S DESCRIBING WHAT WAS ACTUALLY GOING ON IN THE

11:19AM 18    PARTNERSHIP AT THAT TIME; RIGHT?

11:20AM 19    A.   YEAH.

11:20AM 20        JUST ONE CLARIFICATION.  I JUST WANT TO MAKE SURE THAT IT

11:20AM 21    IS CLEAR.

11:20AM 22        WHEN JAY REFERS TO WALGREENS LABOR BEING REMOVED FROM THE

11:20AM 23    STORES, THEY WEREN'T REMOVED FROM THE STORES.  THEY WERE

11:20AM 24    REMOVED FROM THE THERANOS SERVICES.

11:20AM 25    Q.   RIGHT.  WELL, WALGREENS STILL HAS TO MAN ITS OWN STORES;

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4847

11:20AM   1    RIGHT?

11:20AM   2    A.    CORRECT.

11:20AM   3    Q.    SOMEONE HAS TO STEER THE SHIP.

11:20AM   4    A.    THE TEAM MEMBERS ARE STILL IN THE STORES, BUT THEY ARE NO

11:20AM   5    LONGER RESPONSIBLE FOR THE THERANOS SERVICES.

11:20AM   6    Q.    THE BLOOD COLLECTION SERVICES?

11:20AM   7    A.    CORRECT.

11:20AM   8    Q.    RIGHT.  SO WALGREENS -- I'M SORRY, THERANOS IS GOING TO

11:20AM   9    PROVIDE THOSE IN THE NEW MODEL.

11:20AM  10    A.    THAT'S RIGHT.

11:20AM  11    Q.    AND THEN IT SAYS, GOING ON, MR. SPITZER WROTE, "WE ARE

11:20AM  12    STILL PERFORMING CHECK IN FOR EACH OF THE THERANOS DIAGNOSTIC

11:20AM  13    PATIENTS WHICH TAKES ON AVERAGE 6 TO 7 MINUTES.

11:20AM  14        DO YOU SEE THAT?

11:20AM  15    A.    YES.

11:20AM  16    Q.    "I HAVE NOT FORESTED" -- MAYBE THAT'S FORECASTED -- "THE

11:21AM  17    CHANGE IN LABOR AT THIS TIME, BUT WE SHOULD EXPECT THE PROJECT

11:21AM  18    OPERATIONAL EXPENSES TO GO FROM ABOUT $100,000 A MONTH TO ABOUT

11:21AM  19    20 TO $40,000 PER MONTH."

11:21AM  20        RIGHT?

11:21AM  21    A.    CORRECT.

11:21AM  22    Q.    THAT'S BECAUSE WALGREENS IS BASICALLY GOING TO OFF-LOAD

11:21AM  23    SOME COSTS, SO IT'S GOING TO HAVE LESS COSTS FOR THESE

11:21AM  24    EMPLOYEES; RIGHT?

11:21AM  25    A.    THAT'S CORRECT.

ER-3527

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                4848

11:21AM    1    Q.   AND THEN IT SAYS, "THE NEW CONTRACT RENEGOTIATIONS ARE

11:21AM    2    TAKING PLACE AND I HAVE PROVIDED AN EXECUTIVE SUMMARY BELOW."

11:21AM    3         DO YOU SEE THAT?

11:21AM    4    A.   YES.

11:21AM    5    Q.   OKAY.  IT GOES ON.  IN THE NEXT PARAGRAPH, MR. SPITZER

11:21AM    6    WRITES, "PATIENTS PER DAY ACTUALS VERSUS EXPECTED RAMP IS

11:21AM    7    TRENDING SLIGHTLY BELOW BUDGET THE LAST COUPLE OF MONTHS.

11:21AM    8    FEBRUARY WAS AT 6.4 VERSUS 6.6 PATIENTS PER DAY AND YEAR TO

11:21AM    9    DATE AVERAGE IS 4.9 VERSUS 4.9."

11:21AM   10         DO YOU SEE THAT?

11:21AM   11    A.   YES.

11:21AM   12    Q.   AND THEN HE SAYS, "THE BUSINESS TEAM BELIEVES THIS IS DUE

11:21AM   13    TO THE HOLIDAY SYSTEM NATIONAL IMPACT IS TO THE DIAGNOSTIC

11:22AM   14    TESTING INDUSTRY"?

11:22AM   15    A.   YES.

11:22AM   16    Q.   "WE SHOULD SEE THE PATIENTS PER DAY TREND UP AS THERANOS

11:22AM   17    JUST SIGNED A LAB TESTING DEAL WITH A MAJOR HEALTH SYSTEM IN

11:22AM   18    ARIZONA."

11:22AM   19         DO YOU SEE THAT?

11:22AM   20    A.   YES.

11:22AM   21    Q.   AND THEN IT SAYS, "TOTAL PATIENTS YEAR TO DATE FEBRUARY"

11:22AM   22    AND THEN IT HAS THE NUMBERS FOR THAT.

11:22AM   23         DO YOU SEE THAT?

11:22AM   24    A.   YES.

11:22AM   25    Q.   AND THEN IT HAS SOME REVENUE NUMBERS AFTER THAT; CORRECT?

11:22AM   1    A.   YES.

11:22AM   2    Q.   OKAY.  AND THEN IN THE NEXT -- OR THE PARAGRAPH RIGHT

11:22AM   3    AFTER THAT, IT TALKS ABOUT WHAT THE NEW MODEL MIGHT LOOK LIKE

11:22AM   4    FROM A FINANCIAL PERSPECTIVE FOR WALGREENS; RIGHT?

11:22AM   5    A.   CORRECT.

11:22AM   6    Q.   OKAY.  AND MR. SPITZER'S JOB WAS TO SORT OF THINK ABOUT

11:22AM   7    HOW TO SORT OF PLAN THAT OUT GOING FORWARD; RIGHT?

11:22AM   8    A.   YES, MR. SPITZER'S JOB WAS TO PROVIDE THE FINANCIAL IMPACT

11:23AM   9    FOR ANY TYPE OF PROJECT, IN THIS CASE THE THERANOS PARTNERSHIP.

11:23AM  10    Q.   RIGHT.  AND THEN IN THAT LAST PARAGRAPH, HE SAYS "WHAT I

11:23AM  11    DO FEEL IS HELPFUL IS SOME CONTEXT AROUND FUTURE THERANOS,

11:23AM  12    WALGREENS BOOTS ALLIANCE RELATIONSHIP."

11:23AM  13        DO YOU SEE THAT?

11:23AM  14    A.   YES.

11:23AM  15    Q.   "WITH THERANOS TAKING ON BUILD OUT CAPITAL COSTS AND

11:23AM  16    STAFFING PHLEBOTOMIST WITH WALGREENS BEING LIABLE FOR CHECK IN

11:23AM  17    LABOR OUR GOAL WOULD BE TO RECEIVE 3 TIMES RENT AND MINIMUM

11:23AM  18    ABOUT $8 PER PATIENT WHICH WOULD TRANSLATE TO AN EBIT OF TO

11:23AM  19    ABOUT 125 MILLION A YEAR."

11:23AM  20        DO YOU SEE THAT?

11:23AM  21    A.   YES.

11:23AM  22    Q.   AND IT GOES ON, "AT SCALE (2,501 LOCATIONS AND 22.5

11:23AM  23    PATIENTS PER DAY)."

11:23AM  24        DO YOU SEE THAT?

11:23AM  25    A.   YES.

11:23AM   1        Q.   SO HE'S TALKING ABOUT WHAT THOSE NUMBERS LIKE AT THAT TYPE

11:23AM   2        OF SCALE; RIGHT?

11:23AM   3        A.   CORRECT.

11:23AM   4        Q.   AND THAT'S ON MARCH 30TH, 2015?

11:24AM   5        A.   YES, SIR.

11:24AM   6        Q.   OKAY.  LET'S LOOK AT EXHIBIT 20244.

11:24AM   7             20244 IS AN EMAIL STRING AT THE TOP, INCLUDING YOU AND

11:24AM   8        MR. BALWANI, FROM APRIL 8TH, 2015.

11:24AM   9             DO YOU SEE THAT?

11:24AM  10        A.   YES.

11:24AM  11        Q.   AND THEN THERE ARE -- BELOW THAT THERE'S REPORTS ON A

11:24AM  12        MATTER AFFECTING THERANOS AND WALGREENS RELATIONSHIP BY

11:24AM  13        MS. HAWORTH AND MS. ALPHONSO AND SO FORTH.

11:24AM  14             DO YOU SEE THAT?

11:24AM  15        A.   YES, I DO.

11:24AM  16        Q.   OKAY.

11:24AM  17             YOUR HONOR, WE OFFER EXHIBIT 20244.

11:24AM  18             MR. SCHENK:  NO OBJECTION.

11:24AM  19             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:24AM  20        (DEFENDANT'S EXHIBIT 20244 WAS RECEIVED IN EVIDENCE.)

11:25AM  21        BY MR. COOPERSMITH:

11:25AM  22        Q.   OKAY.  LET'S GO TO THE EARLIEST EMAIL IN TIME.  AND JUST

11:25AM  23        TO ORIENT OURSELF, THIS IS APRIL 7TH, 2015; CORRECT?

11:25AM  24        A.   YES.

11:25AM  25        Q.   AND THAT EMAIL READS FROM PATTY HAWORTH "HI TRACY/KIM.

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4851

11:25AM  1         "WE'VE BEEN NOTICING HIGH PATIENT VOLUME AT THE FOLLOWING

11:25AM  2    STORES."

11:25AM  3         AND THEN IT HAS SOME FIGURES FOR FIVE DIFFERENT WALGREENS

11:25AM  4    STORES; CORRECT?

11:25AM  5    A.   YES.

11:25AM  6    Q.   AND THAT WAS, FOR EXAMPLE, AT STORE NUMBER 13596 THERE

11:25AM  7    WERE 21 PATIENTS?

11:25AM  8    A.   CORRECT, FOR THAT DAY.

11:25AM  9    Q.   FOR THAT DAY?

11:25AM 10    A.   CORRECT.

11:25AM 11    Q.   SO THESE ARE GOOD NUMBERS FOR AT LEAST THOSE STORES;

11:25AM 12    RIGHT?

11:25AM 13    A.   YES.

11:25AM 14    Q.   AND THEN BELOW THAT IT SAYS, "ALSO, MULTIPLE OTHER STORES

11:25AM 15    HIT 20 PLUS PATIENTS PER DAY BETWEEN 3/23 AND 4/3."

11:25AM 16         RIGHT?

11:25AM 17    A.   YES.

11:25AM 18    Q.   AND THEN MS. HAWORTH WRITES, "IS THERE AN EXPLANATION

11:25AM 19    BEHIND THIS, SUCH AS MARKETING AND SALES CAMPAIGN."

11:26AM 20         DO YOU SEE THAT?

11:26AM 21    A.   YES.

11:26AM 22    Q.   "PLEASE LET US KNOW ASAP.  INQUIRING MINDS WANT TO KNOW,"

11:26AM 23    WITH A SMILEY EMOJI.

11:26AM 24         RIGHT?

11:26AM 25    A.   YES.

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4852

11:26AM   1    Q.   AND THEN ABOVE THAT, MS. ALPHONSO FROM THERANOS WRITES,

11:26AM   2    "THIS HAS BEEN THE GOAL ALL ALONG FOR SURE.

11:26AM   3        "I EXPECT MORE CONSISTENT AND STRONGER GROWTH AS WELL."

11:26AM   4        DO YOU SEE THAT?

11:26AM   5    A.   YES.

11:26AM   6    Q.   AND YOU FORWARD THE EMAIL TO MR. BALWANI; RIGHT?

11:26AM   7    A.   YES.

11:26AM   8    Q.   AND YOU SAID, "THOUGHTS?"  YOU WANTED TO KNOW

11:26AM   9    MR. BALWANI'S THOUGHTS?

11:26AM  10    A.   YES.

11:26AM  11    Q.   AND THEN MR. BALWANI RESPONDED ABOVE THAT AND HE SAYS,

11:26AM  12    "PLAIN OLD MARKET TRACTION."

11:26AM  13        DO YOU SEE THAT?

11:26AM  14    A.   YES.

11:26AM  15    Q.   AND HE SAYS, "THE REASON IT HAS TAKEN LONGER IS BECAUSE

11:26AM  16    OUR COMPETITION IS DESPERATELY DOING EVERYTHING AND ANYTHING TO

11:26AM  17    STOP OUR GROWTH IN THIS MARKET."

11:26AM  18        DO YOU SEE THAT?

11:26AM  19    A.   YES.

11:26AM  20    Q.   "THIS WAS ANTICIPATED IN ALL PLANNING AND WAR-GAMING

11:26AM  21    SESSIONS WE DID WITH WALGREENS.  FOR INSTANCE, SONORAQUEST HAS

11:26AM  22    BEEN REACHING OUT TO DOCS TO OFFER THEM THERANOS LIKE PRICES IF

11:27AM  23    THEY STOPPED SENDING US PATIENTS."

11:27AM  24        DO YOU SEE THAT?

11:27AM  25    A.   YES.

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4853

11:27AM  1    Q.   AND HE'S TALKING ABOUT THERE ONE OF THE COMPETITORS, WHICH

11:27AM  2    IS A LABORATORY CALLED SONORAQUEST; RIGHT?

11:27AM  3    A.   YES.

11:27AM  4    Q.   AND THAT'S A PART OF QUEST DIAGNOSTICS THAT OPERATES IN

11:27AM  5    ARIZONA; RIGHT?

11:27AM  6    A.   CORRECT.

11:27AM  7    Q.   AND THEN IF YOU GO BELOW, IT SAYS, "ONCE WE HAVE OUR

11:27AM  8    DEDICATED SPACES OR EVEN 40 PERCENT PLUS GOLD SPACES, WE WILL

11:27AM  9    BEGIN OUR MARKETING AND ADVERTISING CAMPAIGN WHICH HAS BEEN ON

11:27AM 10    HOLD UNTIL WE GET THE BUILD OUT DONE."

11:27AM 11         DO YOU SEE THAT?

11:27AM 12    A.   YES.

11:27AM 13    Q.   AND THAT'S WHAT MR. BALWANI WAS TELLING YOU ON APRIL 8TH,

11:27AM 14    2015?

11:27AM 15    A.   CORRECT.

11:27AM 16    Q.   AND HE SAID, "IN ADDITION, WE ANTICIPATE SIGNIFICANT

11:27AM 17    VOLUME FROM SEVERAL OTHER DEALS WE ARE WORKING ON."

11:27AM 18         RIGHT?

11:27AM 19    A.   YES.

11:27AM 20    Q.   "WE EXPECT 20 PLUS GUESTS IN EVERY STORE EVERY WORKDAY IN

11:27AM 21    A FEW MONTHS."

11:27AM 22         DO YOU SEE THAT?

11:27AM 23    A.   I DO.

11:27AM 24    Q.   ALL RIGHT.  SO, MR. JHAVERI, IN CONNECTION WITH POTENTIAL

11:27AM 25    STORE BUILD OUTS AND SELECTION OF STORES, YOU'RE AWARE, RIGHT,

ER-3533

11:28AM  1    THAT WALGREENS HAD TO SEND THERANOS CERTAIN DATA REGARDING ALL

11:28AM  2    OF THEIR STORES AND THE DEMOGRAPHICS OF THOSE STORES; CORRECT?

11:28AM  3    A.   CORRECT.

11:28AM  4    Q.   AND THERE WAS A PERSON AT WALGREENS WHO WAS ACTUALLY

11:28AM  5    RESPONSIBLE FOR THAT TYPE OF THING; RIGHT?

11:28AM  6    A.   THAT'S CORRECT.

11:28AM  7    Q.   AND THAT WAS SOMEONE NAMED JASON BURKE?

11:28AM  8    A.   CORRECT.

11:28AM  9    Q.   AND YOU'RE AWARE THAT MR. BURKE SENT A LENGTHY SPREADSHEET

11:28AM  10   THAT HAD A LOT OF DEMOGRAPHICS ABOUT ALL OF WALGREENS STORES

11:28AM  11   NATIONWIDE; RIGHT?

11:28AM  12   A.   I DIDN'T SEE ANY OF THE SPREADSHEETS, BUT I CAN TELL YOU

11:28AM  13   THERE WAS INFORMATION SHARED SO WE COULD SELECT THE RIGHT

11:28AM  14   STORES.

11:28AM  15   Q.   OKAY.  WELL, LET ME SHOW YOU EXHIBIT 206 -- LET ME GET THE

11:28AM  16   NUMBER RIGHT HERE -- EXHIBIT 20618.

11:28AM  17        MR. JHAVERI, YOU'RE NOT GOING TO FIND THESE IN YOUR

11:29AM  18   BINDERS BECAUSE IT WOULD BE MAYBE 2,000 PAGES IF WE PRINTED IT

11:29AM  19   OUT, SO I THINK WE WILL STICK TO THE SCREEN ON THIS ONE.  I

11:29AM  20   THINK EVERYONE WOULD THANK ME.

11:29AM  21        IT'S EXHIBIT 20618, AND IT'S ON YOUR SCREEN AND IT'S NOT

11:29AM  22   IN EVIDENCE YET, SO LET'S JUST TALK ABOUT IT FIRST.

11:29AM  23        OKAY.  YOU SEE THIS IS A LIST OF THOUSANDS AND THOUSANDS

11:29AM  24   OF WALGREENS STORES; RIGHT?

11:29AM  25   A.   YES.

11:29AM  1    Q.   AND IF YOU KIND OF SCROLL OVER TO THE RIGHT, YOU CAN SEE

11:29AM  2    SOME OF THE COLUMNS THERE.  DO YOU SEE IT HAS ALL KINDS OF

11:29AM  3    SALES AND DEMOGRAPHICS FOR ALL KINDS OF STORES?

11:29AM  4    A.   YES.

11:29AM  5    Q.   AND THE PURPOSE OF THIS WAS TO MAKE SURE THAT THERANOS HAD

11:29AM  6    THIS DATA SO THAT THEY COULD ASSIST IN SELECTING WHICH STORES

11:29AM  7    COULD BE BUILT OUT; RIGHT?

11:29AM  8    A.   CORRECT.  WE, WE USE THIS DATA TO DETERMINE WHICH STORES

11:30AM  9    WE GO TO, WHICH LOCATIONS WE GO TO FOR NEW STORES, AND

11:30AM  10   REVIEWING EXISTING STORES, AND SO WE'RE USING THE SAME DATA TO

11:30AM  11   HELP THE THERANOS TEAM UNDERSTAND IN WHICH STORES WE SHOULD BE

11:30AM  12   OPENING A THERANOS WELLNESS CENTER.

11:30AM  13   Q.   OKAY.  AND, MR. ALLEN, IF YOU WOULD GO -- THIS IS WHAT IS

11:30AM  14   CALLED IN NATIVE FORM, SO IT'S THE ORIGINAL SPREADSHEET.

11:30AM  15       MR. ALLEN, IF YOU GO TO THE FILE TAB, AND YOU SEE THERE'S

11:30AM  16   AN INFO.

11:30AM  17       DO YOU SEE IT HAS SOME INFORMATION THERE ABOUT THE

11:30AM  18   CREATION OF THE DOCUMENT?

11:30AM  19   A.   YES.

11:30AM  20   Q.   AND DO YOU SEE MR. BURKE'S NAME?

11:30AM  21   A.   YES, I DO.

11:30AM  22         MR. COOPERSMITH:  YOUR HONOR, WE OFFER

11:30AM  23   EXHIBIT 20618.

11:30AM  24         THE COURT:  HOW MANY PAGES IS THIS EXHIBIT?

11:30AM  25         MR. COOPERSMITH:  I THINK, PRINTED OUT, IT WOULD

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4856

11:30AM  1    PROBABLY BE 2,000 PAGES, YOUR HONOR.

11:30AM  2              THE COURT:  YOU WOULD LIKE TO INTRODUCE 2,000 PAGES?

11:30AM  3              MR. COOPERSMITH:  UNFORTUNATELY, YES.

11:30AM  4              MR. SCHENK:  OBJECTION.  FOUNDATION, 401, AND 403.

11:31AM  5              THE COURT:  I THINK I WILL NEED A LITTLE MORE

11:31AM  6    INFORMATION ABOUT THIS, MR. COOPERSMITH.

11:31AM  7              MR. COOPERSMITH:  OKAY.  SURE, YOUR HONOR.

11:31AM  8              THE COURT:  SO I'LL SUSTAIN THE OBJECTION.

11:31AM  9              MR. COOPERSMITH:  OKAY.  WELL, I'LL ASK A FEW MORE

11:31AM 10    QUESTIONS IF THAT'S OKAY?

11:31AM 11              THE COURT:  SURE.

11:31AM 12              MR. COOPERSMITH:  THANK YOU.

11:31AM 13    Q.   SO, MR. JHAVERI, THIS -- DO YOU UNDERSTAND THAT THIS DATA

11:31AM 14    WAS ASSEMBLED BY MR. BURKE?

11:31AM 15    A.   I'M NOT SURE WHO IT WAS ASSEMBLED BY.  WE HAVE A DATABASE

11:31AM 16    OF THAT.

11:31AM 17    Q.   RIGHT.

11:31AM 18    A.   SO HE'S EXTRACTING THIS TYPE OF INFORMATION FROM THE

11:31AM 19    DATABASE.

11:31AM 20    Q.   AND MR. BURKE WOULD BE EXTRACTING INFORMATION FROM THE

11:31AM 21    DATABASE?

11:31AM 22    A.   CORRECT.

11:31AM 23    Q.   AND THEN HE WOULD ASSEMBLING A SPREADSHEET WITH ALL OF

11:31AM 24    THAT INFORMATION FROM THE DATABASE; CORRECT?

11:31AM 25              MR. SCHENK:  OBJECTION.  SPECULATION.

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4857

11:31AM   1              MR. COOPERSMITH:  WELL, I'LL JUST ASK IF YOU KNOW.

11:31AM   2       DO YOU KNOW IF THAT'S WHAT MR. BURKE'S JOB WAS?

11:31AM   3              THE WITNESS:  MR. BURKE'S JOB WAS NOT TO SIMPLY

11:31AM   4       EXTRACT DATA.  HE WAS PART OF OUR MARKET PLANNING AND RESEARCH

11:31AM   5       DEPARTMENT, AND SO HE ASSISTED IN ANY TYPE OF ASSESSMENT THAT

11:31AM   6       NEEDED TO BE DONE FOR A STORE LOCATION OR A POTENTIAL LOCATION.

11:32AM   7       AND SO THAT'S WHAT HE DOES.

11:32AM   8       BY MR. COOPERSMITH:

11:32AM   9       Q.   OKAY.  SO HE WASN'T LIKE A DATA ENTRY PERSON IN OTHER

11:32AM  10       WORDS?

11:32AM  11       A.   NOT THAT I REMEMBER, NO.

11:32AM  12       Q.   RIGHT.  BUT HE COULD ACCESS THE DATABASE; CORRECT?

11:32AM  13       A.   CORRECT.

11:32AM  14       Q.   AND IN THE DATABASE HE COULD FIND INFORMATION ABOUT EVERY

11:32AM  15       WALGREENS STORE IF HE WANTED TO; RIGHT?

11:32AM  16       A.   CORRECT.  THIS IS EXTREMELY CONFIDENTIAL INFORMATION, AND

11:32AM  17       SO WE MADE SURE THAT IT WAS ACCESSIBLE BY ONLY CERTAIN

11:32AM  18       INDIVIDUALS OR CERTAIN DEPARTMENTS THAT ACTUALLY REQUIRED IT TO

11:32AM  19       BE USED, AND SO THAT'S WHAT THIS INFORMATION IS ABOUT.

11:32AM  20       Q.   OKAY.  SO THIS EXTREMELY CONFIDENTIAL, SENSITIVE

11:32AM  21       INFORMATION, MR. BURKE HAD ACCESS TO; RIGHT?

11:32AM  22       A.   IT SEEMS THAT WAY.

11:32AM  23       Q.   RIGHT.  BECAUSE HE CREATED THE SPREADSHEET?

11:32AM  24       A.   CORRECT.

11:32AM  25       Q.   AND MR. BURKE -- NORMALLY WALGREENS WOULD NOT SHARE THIS

ER-3537

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4858

11:32AM  1    INFORMATION WITH OTHER OUTSIDE PARTIES; RIGHT?

11:32AM  2    A.   IT'S HARD TO SAY WHO WE WOULD SHARE IT WITH.  WHEN IT

11:32AM  3    WOULD BE APPROPRIATE, THERE WOULD BE AN AGREEMENT IN PLACE, AN

11:33AM  4    NDA IN PLACE OF COURSE WITH A PARTNER, AND IF IT WAS

11:33AM  5    APPROPRIATE, WE WOULD SHARE WHAT WAS NECESSARY.

11:33AM  6    Q.   OKAY.  SO, FOR EXAMPLE, WALGREENS WOULD NOT WANT TO SHARE

11:33AM  7    THIS INFORMATION WITH THE CVS DRUG STORE CHAIN?

11:33AM  8    A.   NO, WE WOULD NOT.

11:33AM  9    Q.   OKAY.  BUT IF YOU HAD A NONDISCLOSURE AGREEMENT, AN NDA,

11:33AM  10   THEN YOU MIGHT SHARE IT; RIGHT?

11:33AM  11   A.   AND IF THERE WAS A BUSINESS PURPOSE TO SHARING IT.

11:33AM  12   Q.   OKAY.  AND THERE WAS AN NDA WITH THERANOS; RIGHT?

11:33AM  13   A.   YES, THERE WAS.

11:33AM  14   Q.   AND THIS DATA WAS SHARED WITH THERANOS PURSUANT TO AN NDA?

11:33AM  15   A.   CORRECT.

11:33AM  16   Q.   AND IF YOU LOOK BACK AT THAT FILE TAB, DO YOU SEE THAT IN

11:33AM  17   ADDITION TO THE AUTHOR, THERE'S ALSO A LAST MODIFIED?

11:33AM  18   A.   YES, I DO.

11:33AM  19   Q.   AND DO YOU SEE, WITHOUT SAYING IT OUT LOUD, DO YOU SEE

11:33AM  20   THAT THERE ARE SOME INITIALS NEXT TO THAT?

11:33AM  21   A.   YES.

11:33AM  22   Q.   AND YOU RECOGNIZE THOSE INITIALS; RIGHT?

11:33AM  23   A.   I DO NOT.

11:33AM  24   Q.   YOU DON'T?  OKAY.

11:33AM  25        OKAY.  ARE YOU AWARE THAT THE DEFENDANT ON TRIAL IS

11:34AM   1    SUNNY BALWANI?

11:34AM   2              MR. SCHENK:  OBJECTION.  COUNSEL IS TESTIFYING NOW.

11:34AM   3              MR. COOPERSMITH:  I'LL ASK A DIFFERENT QUESTION,

11:34AM   4    YOUR HONOR.

11:34AM   5    Q.  MR. JHAVERI, DO YOU UNDERSTAND THAT MR. BALWANI'S INITIALS

11:34AM   6    WOULD BE S.B.?

11:34AM   7    A.  IT WOULD BE, YES.

11:34AM   8    Q.  OKAY.  AND YOU SEE THOSE LETTERS IN THE DOCUMENT?

11:34AM   9    A.  CORRECT.

11:34AM  10    Q.  OKAY.

11:34AM  11              YOUR HONOR, AGAIN, I OFFER THIS DOCUMENT.  IT'S APPARENTLY

11:34AM  12    DATA TRANSMITTED TO THERANOS REGARDING THOUSANDS AND THOUSANDS

11:34AM  13    OF WALGREENS STORES, AND WE WOULD LIKE TO OFFER THAT INTO

11:34AM  14    EVIDENCE AT THIS TIME.

11:34AM  15              MR. SCHENK:  YOUR HONOR, THE SAME OBJECTION,

11:34AM  16    FOUNDATION, 401, 403, AND ALSO NOW I HAVE A CONCERN ABOUT

11:34AM  17    ADMITTING A DOCUMENT THAT APPARENTLY CONTAINS CONFIDENTIAL

11:34AM  18    BUSINESS INFORMATION WITHOUT LIMITATION.

11:34AM  19              THE COURT:  MR. COOPERSMITH, I THINK THERE ARE SOME

11:34AM  20    FOUNDATIONAL ISSUES HERE AND SOME OTHER ISSUES, AND I'M GOING

11:35AM  21    TO SUSTAIN THE OBJECTION.

11:35AM  22        IF YOU WANT TO TALK ABOUT IT LATER, I'M HAPPY TO DO THAT.

11:35AM  23    BUT FOR NOW I'M GOING TO SUSTAIN THE OBJECTION.

11:35AM  24              MR. COOPERSMITH:  YEAH.  YOUR HONOR, I UNDERSTAND.

11:35AM  25    IF WE CAN TAKE IT UP LATER, WE WOULD APPRECIATE THAT.  THANK

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                          4860

11:35AM   1    YOU.

11:35AM   2    Q.   MR. JHAVERI, LET'S -- WITHOUT REFERENCE TO THE EXHIBIT,

11:35AM   3    OKAY, IN 2015 WE HAVE JUST SEEN THAT THERE ARE THESE ONGOING

11:35AM   4    PARTNERSHIP MEETINGS; RIGHT?

11:35AM   5    A.   YES.

11:35AM   6    Q.   OKAY.  LET'S GO TO EXHIBIT 20247 ON THAT TOPIC.

11:36AM   7         OKAY.  MR. JHAVERI, DO YOU SEE THAT EXHIBIT 20247 IS AN

11:36AM   8    EMAIL STRING AMONG YOU AND MR. BALWANI RELATING TO PHX, OR

11:36AM   9    PHOENIX EXPANSION?

11:36AM  10         DO YOU SEE THAT?

11:36AM  11    A.   YES.

11:36AM  12    Q.   AND THIS IS PART OF THE ONGOING WORK AT THERANOS?

11:36AM  13    A.   CORRECT.  WELL, THIS IS IN REFERENCE TO BOTH EXISTING AND

11:36AM  14    POTENTIAL NEW SITES THAT WE ARE LOOKING TO EITHER REMODEL OR

11:36AM  15    OPEN.

11:36AM  16    Q.   OKAY.  THIS IS FROM JUNE 4TH, 2015?

11:36AM  17    A.   YES.

11:36AM  18         MR. COOPERSMITH:  YOUR HONOR, WE OFFER

11:36AM  19    EXHIBIT 20247.

11:36AM  20         MR. SCHENK:  NO OBJECTION.

11:36AM  21    BUT I WONDER IF, IN LIGHT OF MR. JHAVERI'S RECENT

11:36AM  22    TESTIMONY, THE CHART ON PAGES 2 AND 3 SHOULD BE REDACTED.

11:37AM  23         MR. COOPERSMITH:  I DON'T KNOW IF THIS PARTICULAR

11:37AM  24    CHART CONTAINS ANY CONFIDENTIAL SENSITIVE BUSINESS INFORMATION,

11:37AM  25    BUT I GUESS MR. JHAVERI CAN PROBABLY TELL US THAT.

ER-3540

JHAVERI CROSS BY MR. COOPERSMITH (RES.)            4861

11:37AM  1            THE COURT:  WHY DON'T WE ASK?

11:37AM  2            MR. COOPERSMITH:  YEAH.  THAT'S GREAT.

11:37AM  3    Q.   MR. JHAVERI, JUST TO BE CAREFUL WITH WALGREENS'S SENSITIVE

11:37AM  4    CONFIDENTIAL INFORMATION, DO YOU SEE ON THE CHART ON PAGE 2

11:37AM  5    AND 3 THAT YOU'RE LOOKING AT?  IS ANY OF THIS CONFIDENTIAL OR

11:37AM  6    SENSITIVE IN TERMS OF WALGREENS BUSINESS INFORMATION?  YOU

11:37AM  7    KNOW, IT HAS ADDRESSES AND ZIP CODES AND THINGS, BUT, PLEASE,

11:37AM  8    TELL US IF YOU'RE AWARE OF ANYTHING.

11:37AM  9    A.   WELL, I CAN'T SEE THE ENTIRE CHART, SO THERE OBVIOUSLY IS

11:37AM 10    A CHART THAT IS CUT OFF, PART OF THE CHART IS CUT OFF, SO I

11:37AM 11    DON'T KNOW WHAT IS IN THE INFORMATION.

11:37AM 12            IF IT'S THE SAME INFORMATION BASED ON THE PREVIOUS EXHIBIT

11:37AM 13    THAT YOU SHOWED, THEN I WOULD SAY, YES, IT DOES CONTAIN

11:37AM 14    CONFIDENTIAL INFORMATION, BUT IT'S OBVIOUSLY CUT OFF.

11:37AM 15    Q.   OKAY.  SO JUST TO CLARIFY, THIS EXHIBIT, IF IT WERE GOING

11:38AM 16    TO BE DISPLAYED TO THE JURY, IF THE JUDGE ALLOWED THAT, IT

11:38AM 17    WOULD ONLY BE THIS EXHIBIT.  IT'S A STANDALONE EXHIBIT.

11:38AM 18    NOTHING ELSE WOULD COME IN OTHER THAN WHAT YOU SEE ON THE PAPER

11:38AM 19    IN FRONT IT OF YOU.

11:38AM 20            SO JUST LOOKING AT THAT INFORMATION, DOES ANYTHING STRIKE

11:38AM 21    YOU AS CONFIDENTIAL OR SENSITIVE?

11:38AM 22    A.   NO.

11:38AM 23            THE COURT:  ALL RIGHT.  I'LL ADMIT IT AND IT MAY BE

11:38AM 24    PUBLISHED.

11:38AM 25            (DEFENDANT'S EXHIBIT 20247 WAS RECEIVED IN EVIDENCE.)

| | | |
|---|---|---|
| 11:38AM | 1 | BY MR. COOPERSMITH: |
| 11:38AM | 2 | Q.   LET'S GO TO THE FIRST EMAIL IN TIME, WHICH IS THE BOTTOM |
| 11:38AM | 3 | OF PAGE 1, FROM MR. BLICKMAN.  AND DO YOU SEE IT HAS PHOENIX |
| 11:38AM | 4 | EXPANSION LIST TO PROCEED? |
| 11:38AM | 5 | DO YOU SEE THAT? |
| 11:38AM | 6 | A.   YES. |
| 11:38AM | 7 | Q.   AND THEN IF YOU GO TO THE NEXT PAGE, IT SAYS, "HI |
| 11:38AM | 8 | CASEY/PATTY -- PER RECENT CONVERSATIONS, WE NEED TO MOVE |
| 11:38AM | 9 | FORWARD ASAP WITH THE MUTUALLY AGREED UPON LOCATIONS, GET D1'S |
| 11:38AM | 10 | FINALIZED, REVIEWED, AND APPROVED TO BEGIN CONSTRUCTION." |
| 11:39AM | 11 | DO YOU SEE THAT? |
| 11:39AM | 12 | A.   YES. |
| 11:39AM | 13 | Q.   AND THEN IT SAYS, "BELOW IS AN EXTRACTED LIST OF THE 34 |
| 11:39AM | 14 | PHX-AREA LOCATIONS (EXISTING AND NEW) THAT ARE APPROVED." |
| 11:39AM | 15 | DO YOU SEE THAT? |
| 11:39AM | 16 | A.   YES. |
| 11:39AM | 17 | Q.   AND THEN IT HAS A LIST OF VARIOUS LOCATIONS; RIGHT? |
| 11:39AM | 18 | A.   YES. |
| 11:39AM | 19 | Q.   WALGREENS LOCATIONS? |
| 11:39AM | 20 | A.   THESE ARE WALGREENS LOCATIONS. |
| 11:39AM | 21 | Q.   RIGHT.  AND THEN IF YOU GO TO THE PAGE -- I'M SORRY, THE |
| 11:39AM | 22 | EMAIL ON PAGE 1 FROM MR. BALWANI AT THE BOTTOM. |
| 11:39AM | 23 | HE SAYS, "NIM. |
| 11:39AM | 24 | "FYI.  THESE 34 STORES IN THE PHOENIX METRO AREAS ARE |
| 11:39AM | 25 | FINALIZED, BUT BOTH OUR TEAMS ARE FINAL." |

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4863

11:39AM   1              DO YOU SEE THAT?

11:39AM   2       A.   YES.

11:39AM   3       Q.   AND THEN YOU WROTE BACK, "TERRIFIC.  THANK YOU.  I AM

11:39AM   4       DRIVING HARD TO GET THE TEAMS TO NAIL DOWN THE STORES AS SOON

11:39AM   5       AS POSSIBLE.  CAN YOU DO ME A FAVOR AND PUSH ON YOUR SIDE AS

11:39AM   6       WELL?"

11:39AM   7              DO YOU SEE THAT?

11:39AM   8       A.   YES.

11:39AM   9       Q.   AND THEN SUNNY BALWANI WROTE, "NIM.

11:39AM  10              "SINCE WE WON'T BE ABLE TO GET EVERYTHING DONE IN

11:39AM  11       PARALLEL, IS IT POSSIBLE TO GET STARTED WITH THESE 34 SO WE

11:40AM  12       HAVE THESE READY WHILE WE WORK THE REST OF THE 10-12 IN

11:40AM  13       PHOENIX?"

11:40AM  14              DO YOU SEE THAT?

11:40AM  15       A.   YES.

11:40AM  16       Q.   AND YOU WROTE, "YES, WE ARE ON THE SAME PAGE.  I SENT THE

11:40AM  17       NOTE TO ALL AREAS TO BEGIN WORK ON THE 34 IMMEDIATELY AS WE

11:40AM  18       ALIGN AROUND THE NEXT 31."

11:40AM  19              DO YOU SEE THAT?

11:40AM  20       A.   YES.

11:40AM  21       Q.   AND THEN MR. BALWANI RESPONDED, "AWESOME.  THANKS."

11:40AM  22              RIGHT?

11:40AM  23       A.   YES.

11:40AM  24       Q.   AND YOU CAN PUT THAT ASIDE.

11:40AM  25              LET'S GO REGARDING THE CONTRACT THAT WE'VE BEEN

11:40AM  1    DISCUSSING, 20233.

11:40AM  2         DO YOU SEE THIS IS ANOTHER EMAIL STRING BETWEEN YOU AND

11:40AM  3    MR. BALWANI AND OTHERS AT WALGREENS?

11:40AM  4    A.   YES, IT IS.

11:40AM  5    Q.   AND THIS IS FROM JUNE 8TH AND 9TH, 2015?

11:41AM  6    A.   YES.

11:41AM  7    Q.   AND IT CONCERNS THE RECAP OF THE MEETING CONCERNING THE

11:41AM  8    PARTNERSHIP; CORRECT?

11:41AM  9    A.   YES.

11:41AM  10   Q.   OKAY.

11:41AM  11        YOUR HONOR, WE OFFER 20233.

11:41AM  12            MR. SCHENK:  NO OBJECTION.

11:41AM  13            THE COURT:  IT'S ADMITTED AND IT MAY BE PUBLISHED.

11:41AM  14       (DEFENDANT'S EXHIBIT 20233 WAS RECEIVED IN EVIDENCE.)

11:41AM  15   BY MR. COOPERSMITH:

11:41AM  16   Q.   MR. JHAVERI, AT THE BOTTOM YOU SEE THERE'S AN EMAIL FROM

11:41AM  17   YOU DATED JUNE 8TH TO MR. BALWANI WITH A COPY TO OTHERS.

11:41AM  18        DO YOU SEE THAT?

11:41AM  19   A.   YES.

11:41AM  20   Q.   AND IT SAYS, "GOOD MORNING, SUNNY,

11:41AM  21        "THANK YOU FOR THE PRODUCTIVE MEETING FRIDAY AFTERNOON.

11:41AM  22   BELOW IS THE RECAP OF THE MEETING."

11:41AM  23        AND THEN IT SAYS, "THERANOS WILL PAY WALGREENS $6 SQUARE

11:41AM  24   FOOT IN MONTHLY RENT (NATIONAL AVERAGE)."

11:41AM  25        DO YOU SEE THAT?

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4865

11:41AM 1    A.   YES.

11:41AM 2    Q.   AND THEN "THERANOS WILL PAY WALGREENS A $4 PATIENT SERVICE

11:41AM 3    FEE."

11:41AM 4         RIGHT?

11:41AM 5    A.   YES.

11:41AM 6    Q.   AND THIS WAS PART OF THE RENEGOTIATION OF THE CONTRACT

11:42AM 7    BETWEEN WALGREENS AND THERANOS; CORRECT?

11:42AM 8    A.   CORRECT.

11:42AM 9    Q.   AND THAT THE FEE IN THE EMAIL THAT WE JUST LOOKED AT, THE

11:42AM 10   FEE THAT WAS $10 PER PATIENT IF THE CONTRACT WERE SIGNED IN

11:42AM 11   THIS FASHION, THE FEE WOULD GO DOWN TO $4; RIGHT?

11:42AM 12   A.   CORRECT.

11:42AM 13        THE FEE WOULD GO DOWN TO $4, AND THEN YOU'LL NOTICE THAT

11:42AM 14   THERE'S AN ADDITION OF $6 PER SQUARE FOOT FOR MONTHLY RENT.

11:42AM 15   Q.   RIGHT.  BUT THAT AMOUNT FOR THE AMOUNT OF SQUARE FOOTAGE

11:42AM 16   THAT THERANOS WOULD BE TAKING UP IN THE STORE, THAT WOULD BE A

11:42AM 17   RELATIVELY LOW AMOUNT COMPARED TO THE FEE; RIGHT?

11:42AM 18   A.   IT'S ALL BASED ON THE SQUARE FOOTAGE OF THAT SPACE.

11:42AM 19   Q.   SO IF THE SQUARE FOOTAGE WAS EVEN 1,000 FEET, THAT WOULD

11:42AM 20   BE -- GOT IT.  THANK YOU.  SORRY ABOUT THAT.

11:42AM 21        IF THERE WAS 1,000 SQUARE FEET, IT WOULD BE $6,000 A MONTH

11:42AM 22   IN RENT; RIGHT?

11:42AM 23   A.   THAT'S CORRECT.

11:42AM 24   Q.   AND IF IT WAS 100 SQUARE FEET, IT WOULD BE $600 A MONTH;

11:43AM 25   RIGHT?

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4866

11:43AM  1    A.   THAT'S CORRECT.

11:43AM  2    Q.   BUT THE OTHER PART OF IT, THE $4 PER PATIENT, THAT WOULD

11:43AM  3    BE EVERY PATIENT THAT WOULD COME IN, WALGREENS WOULD CAPTURE

11:43AM  4    $4; RIGHTS?

11:43AM  5    A.   FOR THERANOS SERVICES, RIGHT.

11:43AM  6    Q.   RIGHT.  AND THAT WOULD BE DIFFERENT FROM THE PREVIOUS

11:43AM  7    AGREEMENT, WHICH WAS $10; RIGHT?

11:43AM  8    A.   THAT'S CORRECT.

11:43AM  9    Q.   BUT THEN THERE WOULD BE OTHER THINGS THAT WOULD HAPPEN IN

11:43AM 10    EXCHANGE, LIKE WE TALKED ABOUT ALREADY, THERANOS WOULD BE

11:43AM 11    TAKING OVER PROVIDING THE PHLEBOTOMISTS AND PROVIDING THE

11:43AM 12    ACTUAL SERVICES; RIGHT?

11:43AM 13    A.   CORRECT.

11:43AM 14    Q.   AND WALGREENS MIGHT STILL PROVIDE SOME CHECK IN SERVICES?

11:43AM 15    A.   WE WOULD -- WE WOULD STILL BE PROVIDING THE CHECK IN

11:43AM 16    SERVICES.

11:43AM 17    Q.   AND THAT WAS THE NEW RELATIONSHIP THAT YOU WERE -- AND YOU

11:43AM 18    AND YOUR COLLEAGUES WERE TALKING ABOUT WITH THERANOS AT THE

11:43AM 19    TIME IN 2015; RIGHT?

11:43AM 20    A.   CORRECT.  THESE WERE THE BULLET POINTS FROM THAT

11:43AM 21    DISCUSSION, CORRECT.

11:43AM 22    Q.   OKAY.  AND THEN MR. BALWANI RESPONDED TO YOUR EMAIL AND HE

11:43AM 23    WROTE, "NIM.

11:43AM 24        "THANKS FOR THE EMAIL.

11:43AM 25        "CONFIRMING THIS IS WHAT WE DISCUSSED.  WE LOOK FORWARD TO

JHAVERI CROSS BY MR. COOPERSMITH (RES.)          4867

11:43AM   1    THE CONTRACT DRAFT FROM GREG."

11:43AM   2         RIGHT?

11:44AM   3    A.   YES.

11:44AM   4    Q.   AND THEN IT SAYS -- YOU WROTE BACK, "THANK YOU SUNNY.  WE

11:44AM   5    ARE VERY EXCITED TO MOVE OUR RELATIONSHIP TO THE NEXT LEVEL.  I

11:44AM   6    HAVE NO DOUBT THAT WE WILL DRIVE SUCCESS FOR BOTH OF OUR

11:44AM   7    ORGANIZATIONS AND MORE IMPORTANTLY, OUR PATIENTS."

11:44AM   8         DO YOU SEE THAT?

11:44AM   9    A.   YES.

11:44AM  10    Q.   AND YOU WERE SINCERE WHEN YOU WROTE THAT; RIGHT?

11:44AM  11    A.   YES, I WAS.

11:44AM  12    Q.   OKAY.

11:44AM  13         YOUR HONOR, I'M JUST GOING TO INQUIRE, WE HAVE MADE GOOD

11:44AM  14    PROGRESS, AND I THINK THERE'S MAYBE ANOTHER HALF HOUR OR SO

11:44AM  15    LEFT.

11:44AM  16         WOULD THE COURT PREFER THAT WE CONTINUE, OR TO TAKE A

11:44AM  17    BREAK?  OR WHATEVER THE COURT PREFERS?

11:44AM  18              THE COURT:  IF WE COULD GO FORWARD AND FINISH.

11:44AM  19         WHY DON'T WE HAVE FOLKS TAKE A STANDING BREAK NOW, IF YOU

11:44AM  20    DON'T MIND, AND THEN IF WE CAN BREAK -- IF YOU'RE GOING TO

11:44AM  21    FINISH IN ABOUT 30 MINUTES.

11:44AM  22              MR. COOPERSMITH:  I'M ESTIMATING, YOUR HONOR, YES.

11:44AM  23              THE COURT:  OKAY.  FOLKS, ANY OBJECTION TO GOING 30

11:44AM  24    MORE MINUTES?

11:44AM  25         OKAY.  OUR GOOD JURORS AGREE WITH THAT.

ER-3547

```
11:45AM   1           SO GO AHEAD AND STAND UP FOR A MINUTE, FOLKS, EVERYONE,

11:45AM   2    AND TAKE A BREAK.  THANK YOU.

11:45AM   3           (STRETCHING.)

11:45AM   4               THE COURT:  ALL RIGHT.  THANK YOU, MR. COOPERSMITH.

11:45AM   5               MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

11:45AM   6    Q.   OKAY.  MR. JHAVERI, LET'S LOOK AT ONE MORE OF THESE

11:45AM   7    PARTNERSHIP MEETING DOCUMENTS, AND THAT'S EXHIBIT 2859.

11:46AM   8    A.   I HAVE IT.

11:46AM   9    Q.   AND THIS IS AN EXECUTIVE THERANOS SUMMARY PARTNERSHIP.

11:46AM  10         DO YOU SEE THAT?

11:46AM  11    A.   I DO.

11:46AM  12    Q.   AND IT'S DATED OCTOBER 15TH, 2015; RIGHT?

11:46AM  13    A.   YES.

11:46AM  14    Q.   AND IT'S FROM THE DIAGNOSTIC TESTING TEAM TO YOU.

11:46AM  15         DO YOU SEE THAT?

11:46AM  16    A.   YES.

11:46AM  17    Q.   AND IT HAS SOME MORE METRICS, SOME DATA ABOUT THE THERANOS

11:46AM  18    STORES?

11:46AM  19    A.   YES.

11:46AM  20    Q.   OKAY.

11:46AM  21         YOUR HONOR, WE OFFER 2859.

11:46AM  22               MR. SCHENK:  NO OBJECTION.

11:46AM  23               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:46AM  24         (GOVERNMENT'S EXHIBIT 2859 WAS RECEIVED IN EVIDENCE.)

11:46AM  25    BY MR. COOPERSMITH:
```

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4869

11:46AM  1    Q.   MR. JHAVERI, YOU SEE AT THE TOP THE DATE AND THE

11:47AM  2    INFORMATION THAT I JUST WENT OVER; RIGHT?

11:47AM  3    A.   YES.

11:47AM  4    Q.   AND THEN THE CURRENT STATUS, IT SAYS 40 STORES CURRENTLY

11:47AM  5    RUNNING OLD MODEL IN ARIZONA (WAG CHECK IN AT PHARMACY)."

11:47AM  6         DO YOU SEE THAT?

11:47AM  7    A.   YES.

11:47AM  8    Q.   "THERANOS USING PHR AS PRIMARY SPACE)."

11:47AM  9         DO YOU SEE THAT?

11:47AM 10    A.   YES, I DO.

11:47AM 11    Q.   AND IF YOU GO TO THE LAST BULLET THERE IN THAT SECTION, IT

11:47AM 12    SAYS "CONTRACT BEING REVIEWED INTERNALLY BY M & A AND SHOULD BE

11:47AM 13    SIGNED SOON."

11:47AM 14    A.   YES.

11:47AM 15    Q.   AND M & A STANDS FOR MERGERS AND ACQUISITIONS?

11:47AM 16    A.   IT DOES.

11:47AM 17    Q.   AND THAT'S A DEPARTMENT IN WALGREENS; RIGHT?

11:47AM 18    A.   CORRECT, ALL OF OUR PARTNERSHIPS ARE WRITTEN BY THAT TEAM.

11:47AM 19    Q.   THEY HAVE TO REVIEW IT AND SIGN OFF BEFORE IT CAN BE SENT

11:47AM 20    OUT FOR SIGNATURE; CORRECT?

11:47AM 21    A.   CORRECT.

11:47AM 22    Q.   AND THEN IT HAS THE NEW MODEL ROLLOUT BELOW THAT.

11:47AM 23    A.   YES.

11:47AM 24    Q.   AND IT HAS SOME INFORMATION ABOUT ARIZONA PILOT RELAUNCH;

11:48AM 25    RIGHT?

ER-3549

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4870

11:48AM   1    A.   YES.

11:48AM   2    Q.   AND THAT WOULD BE WITH THE NEW BUSINESS MODEL THAT WE HAVE

11:48AM   3    BEEN DISCUSSING; RIGHT?

11:48AM   4    A.   CORRECT.

11:48AM   5    Q.   AND THEN SEVEN CENTRAL PENNSYLVANIA STORES, AND IT HAS AN

11:48AM   6    ESTIMATED DATE; RIGHT?

11:48AM   7    A.   YES.

11:48AM   8    Q.   AND TENNESSEE STORE.

11:48AM   9         DO YOU SEE THAT?

11:48AM  10    A.   YES.

11:48AM  11    Q.   AND THEN ILLINOIS, WISCONSIN WILL LIKELY BE THE NEXT

11:48AM  12    MARKETS AFTER THAT; RIGHT?

11:48AM  13    A.   YES.

11:48AM  14    Q.   AND THEN BELOW IT HAS CURRENT FINANCIAL INFORMATION, AND

11:48AM  15    AT THIS POINT THE WEEKLY AVERAGE IS UP TO 13.5 PATIENTS PER DAY

11:48AM  16    PER STORE?

11:48AM  17    A.   YES.

11:48AM  18    Q.   AND IT'S GETTING CLOSER TO THAT 15 PATIENTS PER DAY PER

11:48AM  19    STORE; RIGHT?

11:48AM  20    A.   YES.

11:48AM  21    Q.   AND THEN THERE ARE SOME METRICS ABOUT THE SORT OF THINGS

11:48AM  22    WE LOOKED AT BEFORE, LIKE THE CUSTOMER FEEDBACK; RIGHT?

11:48AM  23    A.   YES.

11:48AM  24    Q.   OKAY.  SO, MR. JHAVERI, THE DATE OF THIS DOCUMENT IS

11:49AM  25    OCTOBER 15TH, 2015; RIGHT?

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4871

11:49AM  1    A.   YES.

11:49AM  2    Q.   AND DO YOU RECALL THAT ON THAT VERY DAY THERE WAS A

11:49AM  3    NEGATIVE "WALL STREET JOURNAL" ARTICLE THAT CAME OUT; RIGHT?

11:49AM  4    A.   CORRECT.

11:49AM  5    Q.   AND UP UNTIL THAT DAY, THERE WAS STILL -- THERE WAS THIS

11:49AM  6    ONGOING RELATIONSHIP TALKING ABOUT PLANNING FOR THE FUTURE

11:49AM  7    BETWEEN WALGREENS AND THERANOS; RIGHT?

11:49AM  8    A.   THAT'S CORRECT.

11:49AM  9    Q.   AND THAT ARTICLE CHANGED THINGS; RIGHT?

11:49AM  10   A.   IT DID.

11:49AM  11   Q.   OKAY.  AND EVEN THOUGH M & A WAS REVIEWING THE CONTRACT,

11:49AM  12   ACTUALLY, AS IT TURNED OUT, THAT NEW CONTRACT NEVER GOT SIGNED;

11:49AM  13   RIGHT?

11:49AM  14   A.   IT NEVER DID GET SIGNED.

11:49AM  15   Q.   RIGHT.  OKAY.  LET'S PUT THAT ASIDE, MR. JHAVERI, AND TALK

11:49AM  16   ABOUT A DIFFERENT TOPIC REAL BRIEFLY.

11:49AM  17        SO WALGREENS -- YOU NO LONGER WORK FOR WALGREENS; RIGHT?

11:49AM  18   A.   I DO NOT.

11:49AM  19   Q.   BUT YOU'RE STILL AWARE OF SOME THINGS ABOUT WALGREENS THAT

11:50AM  20   YOU SEE AND HEAR; RIGHT?

11:50AM  21   A.    IT DEPENDS ON WHAT YOU'RE REFERRING TO.

11:50AM  22   Q.   SURE.  WELL, WHAT I'LL ASK YOU ABOUT IN PARTICULAR IS THAT

11:50AM  23   YOU'RE AWARE THAT WALGREENS PUT, AT SOME POINT, BLOOD TESTING

11:50AM  24   SERVICES IN THEIR STORES; RIGHT?

11:50AM  25             MR. SCHENK:  OBJECTION.  RELEVANCE.

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4872

11:50AM   1            THE COURT:  ARE YOU TALKING POST?  CAN YOU TIME

11:50AM   2   STAMP THAT FOR US?

11:50AM   3            MR. COOPERSMITH:  SURE.  LET ME STEP BACK FOR A

11:50AM   4   MINUTE, YOUR HONOR, AND MR. JHAVERI.

11:50AM   5   Q.   SO REMEMBER THAT IN THE COURSE OF OUR DISCUSSION, AND ALSO

11:50AM   6   WITH MR. SCHENK, WE HAD BEEN TALKING ABOUT THIS ISSUE OF

11:50AM   7   VENIPUNCTURE AND FINGERSTICK; RIGHT?

11:50AM   8   A.   YES.

11:50AM   9   Q.   AND THE PERCENTAGES; RIGHT?

11:50AM  10   A.   YES.

11:50AM  11   Q.   AND WE SAW SOME DOCUMENTS THAT DISCUSSED THAT TOPIC;

11:50AM  12   RIGHT?

11:50AM  13   A.   CORRECT.

11:50AM  14   Q.   AND YOU'RE AWARE THAT OTHER COMPETITORS OF THERANOS USED

11:50AM  15   TRADITIONAL VENOUS DRAWS EXCLUSIVELY; RIGHT?

11:50AM  16   A.   YES.

11:50AM  17   Q.   AND ONE OF THOSE COMPETITORS WAS LABCORP?

11:50AM  18   A.   YES.

11:50AM  19   Q.   AND LABCORP IS A GIANT LAB CORPORATION THAT HAS SITES ALL

11:51AM  20   OVER THE UNITED STATES; RIGHT?

11:51AM  21   A.   CORRECT.

11:51AM  22   Q.   AND THEY DO ALL VENOUS DRAW?

11:51AM  23   A.   AS FAR AS I KNOW, YES.

11:51AM  24   Q.   AND YOU'RE AWARE THAT LABCORP IS ACTUALLY IN WALGREENS

11:51AM  25   STORES TO THIS DAY?

ER-3552

11:51AM   1              MR. SCHENK:  OBJECTION.  RELEVANCE.

11:51AM   2              THE COURT:  SUSTAINED.

11:51AM   3    BY MR. COOPERSMITH:

11:51AM   4    Q.   OKAY.  LET'S GO ON, MR. JHAVERI, TO A DIFFERENT TOPIC, AND

11:51AM   5    THAT IS SOME THINGS THAT MR. SCHENK ASKED YOU A COUPLE WEEKS

11:51AM   6    AGO WHEN YOU WERE LAST HERE, AND THAT IS WITH REGARD TO A VISIT

11:51AM   7    THAT YOU TOOK TO THERANOS IN AUGUST OF 2013.

11:51AM   8         DO YOU REMEMBER THAT?

11:51AM   9    A.   YES, I DO.

11:51AM  10    Q.   AND THAT WAS ACTUALLY BEFORE YOU GOT HEAVILY INVOLVED IN

11:51AM  11    THE PARTNERSHIP WORK THAT WE'VE BEEN DISCUSSING FOR A LITTLE

11:51AM  12    WHILE NOW; RIGHT?

11:51AM  13    A.   YES.

11:51AM  14    Q.   OKAY.  AND IN THAT MEETING AT THERANOS, YOU ACTUALLY HAD

11:51AM  15    YOUR BLOOD DRAWN; CORRECT?

11:51AM  16    A.   YES.

11:51AM  17    Q.   IT WAS AT THERANOS'S HEADQUARTERS; RIGHT?

11:52AM  18    A.   IT WAS.

11:52AM  19    Q.   AND YOU GOT YOUR BLOOD DRAWN BY A FINGERSTICK; RIGHT?

11:52AM  20    A.   YES.

11:52AM  21    Q.   AND THEN THERANOS RAN TESTS?

11:52AM  22    A.   ON MY BLOOD SAMPLE, YES.

11:52AM  23    Q.   AND YOU HAD OTHER COLLEAGUES WITH YOU; RIGHT?

11:52AM  24    A.   YES.

11:52AM  25    Q.   AND THEY GOT BLOOD TESTS AS WELL?

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                4874

11:52AM  1    A.   SOME OF THEM DID.  NOT ALL OF THEM.

11:52AM  2    Q.   BUT YOU DID?

11:52AM  3    A.   YES, I DID.

11:52AM  4    Q.   AND WHEN YOU GOT BACK TO CHICAGO, YOU GOT RESULTS; RIGHT?

11:52AM  5    A.   I DID.

11:52AM  6    Q.   AND YOU RECEIVED A COPY OF THE RESULTS; RIGHT?

11:52AM  7    A.   I RECEIVED AN EMAIL WITH MY RESULT.

11:52AM  8    Q.   OKAY.  AND IF WE CAN TAKE A LOOK AT EXHIBIT 966.

11:52AM  9         AND IF YOU GO TO THE NEXT PAGE, MR. ALLEN.

11:52AM  10        DO YOU SEE THAT THERE'S YOUR NAME AT THE TOP THERE?

11:53AM  11   A.   I'M SORRY.  THIS IS 966B?

11:53AM  12   Q.   WE ARE GOING TO LOOK AT 966B IN A MINUTE, MR. JHAVERI.

11:53AM  13        BUT FOR NOW, LET'S JUST LOOK AT 966, IF THAT HELPS.

11:53AM  14             THE COURT:  I DON'T BELIEVE IT'S IN THE BINDER.

11:53AM  15             THE WITNESS:  IT'S NOT.

11:53AM  16             THE COURT:  IT'S NOT IN MY BINDER.  I'M CERTAIN IT'S

11:53AM  17   NOT IN THE OTHERS.

11:53AM  18             MR. COOPERSMITH:  OKAY.  IT'S NOT IN THE BINDERS.

11:53AM  19        CAN WE LOOK AT IT ON THE SCREEN?

11:53AM  20             THE COURT:  YES.  IT'S NOT IN EVIDENCE?

11:53AM  21             MR. COOPERSMITH:  I THINK IT IS IN EVIDENCE.

11:53AM  22             THE COURT:  ALL RIGHT.  THEN IT CAN BE DISPLAYED TO

11:53AM  23   THE JURY.

11:53AM  24   BY MR. COOPERSMITH:

11:53AM  25   Q.   THEN WE'RE LOOKING AT PAGE 7 OF 966.

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                4875

11:53AM   1          DO YOU SEE THAT ON THE SCREEN NOW?

11:53AM   2     A.   I DO.

11:53AM   3     Q.   AND DO YOU SEE THAT THAT'S YOUR NAME AT THE TOP?

11:53AM   4     A.   YES, SIR.

11:53AM   5     Q.   AND THEN AT THE TOP ABOVE THAT, IT'S THERANOS TEST REPORT

11:53AM   6     TECHNOLOGY DEMONSTRATION; RIGHT?

11:53AM   7     A.   YES, SIR.

11:53AM   8     Q.   AND DO YOU REMEMBER MR. SCHENK ASKED YOU SOME QUESTIONS

11:53AM   9     ABOUT THIS?

11:53AM  10     A.   I DO.

11:53AM  11     Q.   OKAY.  NOW, IF YOU GO DOWN BELOW, YOU SEE THERE'S, LIKE,

11:54AM  12     PATIENT RESULTS AND REFERENCE RANGE.

11:54AM  13          NOTHING APPEARS THERE; RIGHT?

11:54AM  14     A.   NO.

11:54AM  15     Q.   OKAY.  WELL, LET'S GO TO 966B, THAT ONE THAT YOU JUST

11:54AM  16     MENTIONED.

11:54AM  17          AND THIS ONE IS NOT IN EVIDENCE YET.

11:54AM  18     A.   I HAVE IT.

11:54AM  19     Q.   THANK YOU.

11:54AM  20     A.   SORRY.

11:54AM  21     Q.   YOU SEE THAT 966B IS THE SAME EMAIL ON THE COVER AS 966,

11:54AM  22     AND THEN AT PAGE 7, IT'S THE SAME RESULTS PAGE THAT WE HAVE ON

11:54AM  23     THE SCREEN, BUT IT ACTUALLY HAS THE RESULTS FILLED IN.

11:54AM  24          DO YOU SEE THAT?

11:54AM  25     A.   YES, I DO.

JHAVERI CROSS BY MR. COOPERSMITH (RES.)                    4876

11:55AM   1    Q.   OKAY.  AND SO WHEN YOU GOT THAT EMAIL THAT YOU TALKED

11:55AM   2    ABOUT A FEW MINUTES AGO FROM THERANOS AFTER YOU GOT THE

11:55AM   3    FINGERSTICK TEST AT THEIR HEADQUARTERS IN AUGUST OF '13, YOU

11:55AM   4    ACTUALLY GOT THE RESULTS IN THIS FORM FROM THERANOS; CORRECT?

11:55AM   5    A.   YES, I DID.

11:55AM   6    Q.   AND WHAT YOU'RE LOOKING AT IN 966B IS ACTUALLY WHAT YOU

11:55AM   7    RECEIVED; RIGHT?

11:55AM   8    A.   YES.

11:55AM   9    Q.   OKAY.  AND THE REASON I'M DOING IT THIS WAY, MR. JHAVERI,

11:55AM  10    IS THAT I DON'T WANT TO SHOW YOUR PRIVATE HEALTH INFORMATION

11:55AM  11    OUT FOR THE WHOLE WORLD TO SEE.  OKAY?

11:55AM  12        BUT JUST SO WE'RE CLEAR, 966B DOES HAVE RESULTS FOR ALL OF

11:55AM  13    THE ASSAYS LISTED THERE ON PAGES 7 AND 8 ACTUALLY FILLED IN;

11:55AM  14    CORRECT?

11:55AM  15    A.   YES, IT DOES.

11:55AM  16    Q.   WITH THE REFERENCE RANGES?

11:55AM  17    A.   THAT'S CORRECT.

11:55AM  18    Q.   OKAY.  AND WHEN YOU GOT BACK -- YOU ACTUALLY ARE MARRIED

11:55AM  19    TO A NURSE PRACTITIONER; RIGHT?

11:55AM  20    A.   I AM.

11:55AM  21    Q.   AND HER NAME IS SAGE?

11:55AM  22    A.   THAT'S CORRECT.

11:55AM  23    Q.   AND YOU AND YOUR WIFE LOOKED AT THE RESULTS TOGETHER;

11:56AM  24    RIGHT?

11:56AM  25    A.   WE DID.

11:56AM  1        MR. SCHENK:  OBJECTION.  702 AND RELEVANCE.

11:56AM  2        THE COURT:  I'LL ALLOW THAT ANSWER TO REMAIN.

11:56AM  3        MR. COOPERSMITH:  OKAY.  THANK YOU, YOUR HONOR.

11:56AM  4   Q.   SO YOU LOOKED AT THE RESULTS, AND MR. JHAVERI, YOU HAD

11:56AM  5   OBTAINED OTHER RESULTS FROM A DIFFERENT LAB FOR MANY OF THE

11:56AM  6   SAME BLOOD TESTS; RIGHT?

11:56AM  7   A.   I HAD HAD -- I HAD MY ANNUAL PHYSICAL, AND THAT'S WHEN I

11:56AM  8   HAD MY TEST DONE.

11:56AM  9   Q.   RIGHT.  AND I THINK YOU GOT THOSE OTHER RESULTS FROM A LAB

11:56AM  10  CALLED QUEST?

11:56AM  11  A.   I DON'T REMEMBER WHO THEY WERE FROM, BUT THE PROVIDER THAT

11:56AM  12  WE GO TO TAKES THOSE LABS.

11:56AM  13  Q.   OKAY.  AND YOU, WHEN YOU SAW THE THERANOS RESULTS, SAW

11:56AM  14  THAT THE ASSAYS, THE RESULTS THAT THERANOS REPORTED WERE

11:56AM  15  IDENTICAL TO THE LAB TESTS THAT YOU HAD AT THE OTHER LAB;

11:56AM  16  CORRECT?

11:56AM  17  A.   THEY WERE.

11:56AM  18  Q.   OKAY.  EVERY SINGLE ONE?

11:56AM  19  A.   YES.

11:56AM  20  Q.   OKAY.  AND THERANOS DIDN'T -- TO YOUR KNOWLEDGE, THERANOS

11:57AM  21  DIDN'T HAVE ANY INFORMATION ABOUT WHAT YOUR RESULTS WERE FROM

11:57AM  22  YOUR OTHER LAB THAT YOU HAD FROM YOUR ANNUAL CHECKUP, DID

11:57AM  23  THEY?

11:57AM  24  A.   I DON'T BELIEVE SO.

11:57AM  25  Q.   YOU DIDN'T PROVIDE THERANOS WITH YOUR TESTING FROM THE

11:57AM  1    OTHER CHECKUP OR ANYTHING LIKE THAT; RIGHT?

11:57AM  2    A.   I DID NOT.

11:57AM  3    Q.   OKAY.  MR. JHAVERI, DURING YOUR DIRECT EXAMINATION BY

11:57AM  4    MR. SCHENK, YOU WERE SHOWN A NUMBER OF TEXT MESSAGES BY

11:57AM  5    MR. BALWANI AND MS. HOLMES.

11:57AM  6         DO YOU REMEMBER THAT?

11:57AM  7    A.   YES, SIR.

11:57AM  8    Q.   AND OBVIOUSLY YOU WERE NOT PART OF THOSE TEXT MESSAGES;

11:57AM  9    RIGHT?

11:57AM  10   A.   I WAS NOT.

11:57AM  11   Q.   AND YOU WEREN'T -- YOU DON'T KNOW, DO YOU, LIKE, EXACTLY

11:57AM  12   THE CONTEXT OF WHAT THEY WERE TALKING ABOUT IN ALL CASES;

11:57AM  13   RIGHT?

11:57AM  14   A.   NOT IN ALL CASES.  BUT IN SOME CASES I COULD SORT OF

11:57AM  15   EXTRACT WHAT THEY WERE TALKING ABOUT BASED ON WHAT WAS

11:57AM  16   HAPPENING WITH THE PARTNERSHIP.

11:57AM  17   Q.   SO YOU COULD INTERPRET SOME OF THAT?

11:57AM  18   A.   SURE.

11:57AM  19   Q.   BASED ON THE INFORMATION THAT YOU HAD; RIGHT?

11:57AM  20   A.   CORRECT.

11:57AM  21   Q.   BUT YOU WEREN'T PART OF THOSE TEXT MESSAGES?

11:58AM  22   A.   I WAS NOT PART OF THOSE TEXT MESSAGES.

11:58AM  23   Q.   SO YOU DON'T KNOW WHAT OTHER COMMUNICATIONS WERE IN AND

11:58AM  24   AROUND THOSE THINGS THAT MR. SCHENK SHOWED YOU; RIGHT?

11:58AM  25   A.   I DO NOT.

11:58AM   1     Q.   OKAY.  LET'S GO TO EXHIBIT 7660.

11:58AM   2     A.   I HAVE IT.

11:58AM   3     Q.   AND THAT'S AN ARTICLE FROM "THE ECONOMIST"?

11:58AM   4     A.   YES.

11:58AM   5     Q.   FROM APRIL OF 2016?

11:58AM   6     A.   CORRECT.

11:58AM   7     Q.   OKAY.  SO, MR. JHAVERI, IN JUNE OF 2015, YOU BELIEVED IF

11:59AM   8     THERE WAS A PROBLEM WITH THE THERANOS RESULTS, YOU WOULD HAVE

11:59AM   9     HEARD IT; RIGHT?

11:59AM  10     A.   BASED ON MY STATEMENT, YES.

11:59AM  11          IF I CAN CLARIFY?

11:59AM  12     Q.   WELL, NO.  I JUST WANT TO ASK THE QUESTIONS.  YOU MIGHT

11:59AM  13     HAVE A CHANCE TO CLARIFY LATER.

11:59AM  14          YOU BELIEVED, AND YOU GAVE A QUOTE, THAT IF THE RESULTS

11:59AM  15     WERE NOT THERE AT THERANOS, YOU WOULD HAVE HEARD IT?

11:59AM  16     A.   CORRECT.

11:59AM  17     Q.   OKAY.  AND THEN IN ADDITION, YOU ALSO SAID AT THE TIME

11:59AM  18     THAT WALGREENS CHIEF MEDICAL OFFICER HAD REVIEWED THE

11:59AM  19     TECHNOLOGY AND THE DATA BEFORE IT INTRODUCED THE SERVICE;

11:59AM  20     CORRECT?

11:59AM  21     A.   CORRECT.

11:59AM  22     Q.   THAT WAS YOUR STATEMENT?

11:59AM  23     A.   WAS IT IN THE ARTICLE?

11:59AM  24     Q.   PAGE 3, TOP.

11:59AM  25               MR. SCHENK:  OBJECTION.  RELEVANCE.  IT'S A PRIOR

11:59AM  1    INCONSISTENT STATEMENT THAT COUNSEL IS TRYING TO ADMIT.

12:00PM  2              THE COURT:  COUNSEL?

12:00PM  3              MR. COOPERSMITH:  YOU KNOW, I'M GOING TO ASK A

12:00PM  4    DIFFERENT QUESTION, YOUR HONOR.

12:00PM  5    Q.  MR. JHAVERI, APART FROM THE ARTICLE, YOU ACTUALLY SAID

12:00PM  6    THAT THE CHIEF MEDICAL OFFICER OF WALGREENS HAD REVIEWED

12:00PM  7    THERANOS TECHNOLOGY BEFORE IT INTRODUCED THE SERVICE; CORRECT?

12:00PM  8    A.  CORRECT.

12:00PM  9    Q.  OKAY.

12:00PM  10       MAY I HAVE A MOMENT, YOUR HONOR?

12:00PM  11             THE COURT:  YES.

12:00PM  12      (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

12:01PM  13             MR. COOPERSMITH:  YOUR HONOR, I THANK YOU FOR THE

12:01PM  14   COURT'S INDULGENCE.

12:01PM  15       I HAVE NO FURTHER QUESTIONS ON CROSS AT THIS TIME.

12:01PM  16       I ONLY WOULD MENTION WE DID WANT TO RESERVE A FURTHER

12:01PM  17   DISCUSSION WITH THE COURT ABOUT EXHIBIT 20618, WHICH DID NOT

12:01PM  18   COME INTO EVIDENCE.

12:01PM  19       MAYBE WE CAN DO THAT AT A CONVENIENT TIME FOR THE COURT

12:01PM  20   AND PERHAPS REVISIT THAT, EVEN IF IT ENDS UP BEING BEYOND THE

12:01PM  21   SCOPE OF MR. SCHENK'S REDIRECT, IF HE HAS ANY.

12:01PM  22             THE COURT:  ALL RIGHT.  THANK YOU.

12:01PM  23             MR. COOPERSMITH:  OKAY.  SIT DOWN?

12:01PM  24      (LAUGHTER.)

12:01PM  25             MR. COOPERSMITH:  I GOT IT.

4881

| | | |
|---|---|---|
| 12:01PM | 1 | THE COURT:  MR. SCHENK, DO YOU HAVE REDIRECT? |
| 12:01PM | 2 | MR. SCHENK:  YES, I DO. |
| 12:01PM | 3 | THE COURT:  AND SHOULD WE START THAT NOW OR SHOULD |
| 12:02PM | 4 | WE TAKE OUR BREAK NOW? |
| 12:02PM | 5 | MR. SCHENK:  WHATEVER THE COURT'S PREFERENCE IS.  A |
| 12:02PM | 6 | BREAK NOW WOULD BE GREAT. |
| 12:02PM | 7 | THE COURT:  OKAY.  I TOLD THE JURY WE WOULD TAKE |
| 12:02PM | 8 | 30 MINUTES, BUT IT'S BEEN 15. |
| 12:02PM | 9 | SO THANK YOU, MR. COOPERSMITH, FOR COMING IN UNDER, UNDER |
| 12:02PM | 10 | ESTIMATE.  I APPRECIATE THAT. |
| 12:02PM | 11 | (LAUGHTER.) |
| 12:02PM | 12 | THE COURT:  LET'S TAKE OUR LUNCH BREAK NOW, LADIES |
| 12:02PM | 13 | AND GENTLEMEN.  WE'LL TAKE 30 MINUTES, 30 MINUTES, AND THEN |
| 12:02PM | 14 | WE'LL COME BACK AND RESUME. |
| 12:02PM | 15 | YOU CAN STAND DOWN, SIR. |
| 12:02PM | 16 | THE WITNESS:  THANK YOU. |
| 12:02PM | 17 | (JURY OUT AT 12:02 P.M.) |
| 12:02PM | 18 | THE COURT:  PLEASE BE SEATED.  THANK YOU. |
| 12:03PM | 19 | THE RECORD SHOULD REFLECT THAT OUR JURY HAS LEFT FOR OUR |
| 12:03PM | 20 | NOON BREAK. |
| 12:03PM | 21 | OUR WITNESS, MR. JHAVERI, HAS LEFT THE COURTROOM. |
| 12:03PM | 22 | ALL COUNSEL REMAIN.  MR. BALWANI REMAINS. |
| 12:03PM | 23 | SHOULD WE DISCUSS THIS EXHIBIT?  WHAT WAS THE EXHIBIT |
| 12:03PM | 24 | NUMBER? |
| 12:03PM | 25 | MR. COOPERSMITH:  IT WAS EXHIBIT 20618, YOUR HONOR. |

ER-3561

4882

| | | |
|---|---|---|
| 12:03PM | 1 | THE COURT: YES. YES. |
| 12:03PM | 2 | AND YOU WOULD LIKE TO ADMIT THAT. |
| 12:03PM | 3 | MR. SCHENK, DO YOU WANT TO BE HEARD ON THIS? |
| 12:03PM | 4 | MR. SCHENK: YES. THANK YOU VERY MUCH, YOUR HONOR. |
| 12:03PM | 5 | YOUR HONOR, THERE'S NO REASON TO ADMIT A 2,000 PAGE |
| 12:03PM | 6 | SPREADSHEET WHEN THE VERY NEXT EXHIBIT, I THINK IT WAS 20247, |
| 12:03PM | 7 | CONTAINED WHAT MR. JHAVERI TESTIFIED WAS SOME INFORMATION FROM |
| 12:03PM | 8 | THAT SPREADSHEET. |
| 12:03PM | 9 | AND MR. COOPERSMITH ASKED ZERO QUESTIONS ABOUT THAT |
| 12:03PM | 10 | PORTION OF THE EXHIBIT. |
| 12:04PM | 11 | IT IS NOT NECESSARY. FOR WHATEVER POINT THAT |
| 12:04PM | 12 | MR. COOPERSMITH IS TRYING TO MAKE THROUGH THAT DOCUMENT, I |
| 12:04PM | 13 | THINK HE'S ABLE TO MAKE THROUGH THE QUESTIONS THAT HE ASKED |
| 12:04PM | 14 | MR. JHAVERI. |
| 12:04PM | 15 | BUT TO ADMIT THAT SPREADSHEET IS UNNECESSARY. IT SEEMS |
| 12:04PM | 16 | QUITE VOLUMINOUS, AND IT DOES NOT HAVE ANY ADDITIONAL RELEVANCE |
| 12:04PM | 17 | THAT THE QUESTIONS THAT MR. COOPERSMITH ASKED WERE UNABLE TO |
| 12:04PM | 18 | ACHIEVE. |
| 12:04PM | 19 | WE HAVE ADDITIONAL QUESTIONS ABOUT FOUNDATION, THE |
| 12:04PM | 20 | SPECULATION THAT WAS REQUIRED BY MR. JHAVERI, IN FACT, |
| 12:04PM | 21 | ACCEPTING THE TRUTH OF SOME META DATA THAT MR. COOPERSMITH |
| 12:04PM | 22 | TESTIFIED SHOWED THAT I THINK HIS NAME WAS BURKE CREATED THE |
| 12:04PM | 23 | DOCUMENT, THAT S.B. MEANT SUNNY BALWANI, THERE WERE A LOT OF |
| 12:04PM | 24 | ASSUMPTIONS NECESSARY ON THE FOUNDATION SIDE OF THE DOCUMENT. |
| 12:04PM | 25 | BUT I'M NOT SURE THAT THE COURT EVEN NEEDS TO GET TO THAT |

ER-3562

```
12:04PM   1      PORTION OF THE ANALYSIS.

12:04PM   2          I THINK THE COURT SAW THE LIMITED PROBATIVE VALUE OF THIS

12:04PM   3      SPREADSHEET BY THE FAILURE TO USE THE CONTENT OF THE

12:05PM   4      SPREADSHEET IN THE VERY NEXT EXHIBIT.

12:05PM   5              THE COURT:  ALL RIGHT.  THANK YOU.

12:05PM   6          MR. COOPERSMITH.

12:05PM   7              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

12:05PM   8          SO, FIRST OF ALL, THE COMPARISON WITH THE NEXT EXHIBIT IS

12:05PM   9      APPLES AND, I DON'T KNOW, GRAPEFRUITS OR SOMETHING.

12:05PM  10          SO THE SPREADSHEET, WHICH IS THE LONG SPREADSHEET, IS WHAT

12:05PM  11      IT IS.  IT'S 2,000 PAGES IF IT WAS PRESENTED.

12:05PM  12          THAT HAS A LOT OF DEMOGRAPHIC INFORMATION OF EVERY SINGLE

12:05PM  13      WALGREENS STORE, WHICH MR. JHAVERI SAID IS CONFIDENTIAL

12:05PM  14      WALGREENS INFORMATION, BUT WE HAVE IT IN THIS TRIAL.

12:05PM  15          AND THE OTHER SPREADSHEET, WHICH WAS JUST A LITTLE EXCERPT

12:05PM  16      WHICH DIDN'T CONTAIN ANYTHING CONFIDENTIAL, THAT HAS JUST

12:05PM  17      BASICALLY A STORE, ADDRESS, AND A ZIP CODE, AND IT'S A SMALL

12:05PM  18      SUBSET OF THAT.

12:05PM  19          AND THE LONGER EXHIBIT -- AND WE HAVE AN ELECTRONIC FORM.

12:05PM  20      I'M NOT PLANNING TO HAVE ANYONE TOTE AROUND 2,000 PAGES, BUT WE

12:06PM  21      HAVE IT IN ELECTRONIC FORM.

12:06PM  22          WHAT IT DOES IS IT SHOWS THAT -- ONE OF THE GOVERNMENT'S

12:06PM  23      THEMES HERE HAS BEEN THAT THE WALGREENS PARTNERSHIP WITH

12:06PM  24      THERANOS BASICALLY DIED IN THE SUMMER OF 2014, AROUND AUGUST.

12:06PM  25          AND, IN FACT, WHAT THIS EXHIBIT SHOWS IS EVEN AS LATE AS
```

4884

| | | |
|---|---|---|
| 12:06PM | 1 | MAY 2015, WALGREENS IS SENDING THIS CONFIDENTIAL PROPRIETARY |
| 12:06PM | 2 | DATA FOR 8,000 STORES TO THERANOS SO THAT THERANOS CAN GO ABOUT |
| 12:06PM | 3 | SELECTING HOW THEY'RE GOING TO BUILD OUT WITH WALGREENS, YOU |
| 12:06PM | 4 | KNOW, THE NEXT TRANCHE OF STORES. |
| 12:06PM | 5 | SO I THINK THAT THIS IS RELEVANT TO WHAT THE GOVERNMENT |
| 12:06PM | 6 | HAS PUT FORWARD IN THIS CASE. |
| 12:06PM | 7 | I APOLOGIZE TO THE COURT THAT IT'S LONG, BUT OBVIOUSLY I |
| 12:06PM | 8 | DIDN'T CREATE IT. WE THINK IT'S RELEVANT FOR THAT PURPOSE. |
| 12:06PM | 9 | I THINK WE WANT TO PUT THIS INTO EVIDENCE SO THAT AT |
| 12:06PM | 10 | CLOSING ARGUMENT WE CAN SHOW EXACTLY HOW CLOSE THIS |
| 12:06PM | 11 | RELATIONSHIP WAS AND HOW WALGREENS WAS COMMUNICATING WITH |
| 12:06PM | 12 | THERANOS, THEIR TRUSTED PARTNER AT THE TIME, ALL OF THIS HIGHLY |
| 12:07PM | 13 | SENSITIVE DATA SO THAT THERANOS COULD GO ABOUT BUILDING STORES. |
| 12:07PM | 14 | THE GOVERNMENT'S CASE IS GOING TO BE, AS I UNDERSTAND IT, |
| 12:07PM | 15 | THAT MR. BALWANI WAS NOT STRAIGHT WITH THE INVESTORS IN THE |
| 12:07PM | 16 | FALL OF 2014 ABOUT THE NATURE OF THIS RELATIONSHIP AND ITS |
| 12:07PM | 17 | PROSPECTS FOR EXPANSION. |
| 12:07PM | 18 | SO I THINK IT'S A RELEVANT EXHIBIT. |
| 12:07PM | 19 | I THINK IN TERMS OF THE AUTHENTICITY AND FOUNDATION, I |
| 12:07PM | 20 | DON'T THINK THOSE ARE SERIOUS OBJECTIONS. I THINK, FRANKLY, |
| 12:07PM | 21 | THE GOVERNMENT ITSELF HAS SHOWN META DATA IN THE VERY SAME FORM |
| 12:07PM | 22 | IN THIS TRIAL -- |
| 12:07PM | 23 | THE COURT: WELL, LET'S TALK ABOUT THIS ONE. |
| 12:07PM | 24 | MR. COOPERSMITH: SURE, YOUR HONOR. |
| 12:07PM | 25 | THE COURT: THIS ONE, YOU ASKED THE WITNESS ABOUT |

ER-3564

4885

| | | |
|---|---|---|
| 12:07PM | 1 | THE INITIALS S.B.  THE INITIALS S.B. APPEAR ON AT LEAST THE |
| 12:07PM | 2 | PAGE YOU SHOWED, AND IT SAID MODIFIED BY.  AND I THINK YOU |
| 12:07PM | 3 | SEEMED TO SUGGEST WITH YOUR QUESTION THAT THAT WAS YOUR CLIENT |
| 12:07PM | 4 | THAT DID THAT, ALTHOUGH THIS WITNESS HAD NO KNOWLEDGE OF THAT. |
| 12:07PM | 5 | MR. COOPERSMITH:  NO. |
| 12:07PM | 6 | THE COURT:  SO ARE THERE SOME AUTHENTICATION ISSUES |
| 12:07PM | 7 | REGARDING THAT? |
| 12:07PM | 8 | MR. COOPERSMITH:  YEAH.  THANK YOU, YOUR HONOR. |
| 12:07PM | 9 | I DON'T THINK SO.  I AGREE WITH YOUR HONOR THAT THE |
| 12:08PM | 10 | INITIALS S.B., THEY DO HAPPEN TO BE THE INITIALS OF |
| 12:08PM | 11 | SUNNY BALWANI, BUT THERE ARE MANY OTHER PEOPLE IN THE WORLD |
| 12:08PM | 12 | WITH THE INITIALS S.B. |
| 12:08PM | 13 | BUT HE DID RECOGNIZE THE NAME, IN RESPONSE TO MY |
| 12:08PM | 14 | QUESTIONS, OF JASON BURKE, AND JASON BURKE HE DID RECOGNIZE AS |
| 12:08PM | 15 | A PERSON AT WALGREENS WHO DEALS WITH THIS TYPE OF DATA. |
| 12:08PM | 16 | THE COURT:  REMIND ME.  DID HE SAY THAT HE KNOWS |
| 12:08PM | 17 | THAT JASON BURKE PREPARED THIS? |
| 12:08PM | 18 | MR. COOPERSMITH:  HE KNOWS THAT JASON BURKE HAD |
| 12:08PM | 19 | ACCESS TO THE DATA AND WAS WORKING WITH THERANOS.  THAT'S OUR |
| 12:08PM | 20 | MEMORY OF THE TESTIMONY. |
| 12:08PM | 21 | THE COURT:  MY QUESTION IS, DID HE TESTIFY THAT HE |
| 12:08PM | 22 | KNEW THAT JASON BURKE PREPARED THE DOCUMENT? |
| 12:08PM | 23 | MR. COOPERSMITH:  THAT'S THE WAY I HEARD IT. |
| 12:08PM | 24 | WELL, PREPARED THE DOCUMENT?  I DON'T THINK HE SAID HIS |
| 12:08PM | 25 | JOB WAS TO PREPARE SPREADSHEETS.  HIS JOB IS TO ASSEMBLE |

ER-3565

4886

| | |
|---|---|
| 12:08PM | 1 |
| 12:08PM | 2 |
| 12:08PM | 3 |

1    DEMOGRAPHIC INFORMATION, AND IN THE COURSE OF THAT JOB, HE HAS

2    ACCESS TO THE DATABASE, HE TESTIFIED, THAT WOULD CONTAIN ALL OF

3    THIS.

4              THE COURT:  I DIDN'T ASK THAT APPROPRIATELY.

5         DID HE TESTIFY THAT HE HAS KNOWLEDGE THAT JASON BURKE

6    CREATED, PREPARED, OR SOMEHOW HAD SOMETHING TO DO WITH THIS

7    DOCUMENT?

8              MR. COOPERSMITH:  THAT'S WHAT I HEARD, YOUR HONOR.

9         AND NOT ONLY THAT, BUT IN THAT META DATA -- AND OBVIOUSLY

10   IF MR. SCHENK HAS SOME EVIDENCE THAT IT'S NOT AUTHENTIC, HE CAN

11   INTRODUCE THAT EVIDENCE.

12        BUT IN THE META DATA THAT WE SHOWED THE WITNESS, AND THE

13   GOVERNMENT, AND THE COURT, IT HAS AUTHORED BY, CREATED BY

14   JASON BURKE, WHO HE RECOGNIZED, AND IT HAS THIS CONFIDENTIAL

15   DATA, SO WHERE ELSE WOULD IT HAVE COME FROM?

16        WE THINK IT'S AUTHENTIC, WE THINK IT'S ADMISSIBLE, AND WE

17   THINK IT'S RELEVANT.

18             THE COURT:  CAN YOU ACCOMPLISH WHAT YOU SEEK TO

19   ACCOMPLISH WITHOUT INTRODUCING THIS CUMULATIVE INFORMATION?

20        MY SENSE IS MANY OF THE STORES THAT ARE LISTED IN THESE

21   2,000 PAGES WERE NOT PART OF THE ADDITIONAL OUTREACH.

22        YOU SEEK TO PUT THIS IN TO SAY THERE WAS STILL A

23   RELATIONSHIP SUCH THAT CONFIDENTIAL INFORMATION WAS BEING

24   EXCHANGED SO THEY COULD FORECAST WHAT IS NEXT, WHAT STORES ARE

25   NEXT?  IS THAT THE PURPOSE?

ER-3566

4887

12:09PM 1      MR. COOPERSMITH:  YOUR HONOR, I THINK IT'S GOING TO

12:09PM 2   BE A JURY QUESTION AS TO WHAT ALL OF THIS MEANS AND WHAT

12:10PM 3   EXACTLY THE EXPANSION PLANS WERE OR WEREN'T.  I THINK THAT'S A

12:10PM 4   JURY QUESTION.

12:10PM 5      BUT FROM OUR STANDPOINT FOR NOW, WE DO WANT TO MAKE SURE

12:10PM 6   THAT THE JURY UNDERSTANDS THE TYPE OF DATA WALGREENS WAS

12:10PM 7   COMMUNICATING.

12:10PM 8      IS THERE ANOTHER WAY TO DO IT?

12:10PM 9      I'M CERTAINLY OPEN TO OTHER WAYS THAT MIGHT BE EFFICIENT.

12:10PM 10      SO, FOR EXAMPLE, YOUR HONOR, IF I WAS ABLE TO ASK

12:10PM 11   QUESTIONS ABOUT WHAT THE DIFFERENT FIELDS WERE AND HOW MANY

12:10PM 12   STORES THERE WERE, THAT MIGHT ACCOMPLISH IT WITHOUT ADMITTING

12:10PM 13   THE EXHIBIT, I'LL GRANT THAT.

12:10PM 14      THE COURT:  WELL, IS THE POINT -- CAN THIS WITNESS

12:10PM 15   TESTIFY THAT THERE WAS INFORMATION THAT WAS EXCHANGED THAT

12:10PM 16   RELATED TO ADDITIONAL STORES THAT SUGGESTS THERE WAS STILL A

12:10PM 17   CONVERSATION GOING ON ABOUT BUILDING THAT?

12:10PM 18      ISN'T THAT THE INFORMATION THAT YOU WANT?

12:10PM 19      MR. COOPERSMITH:  YEAH, HE CAN, AND I THINK HE DID

12:10PM 20   SAY THAT.

12:10PM 21      BUT I ALSO WOULD LIKE TO MAKE SURE THAT IT'S CLEAR EXACTLY

12:10PM 22   WHAT TYPE OF INFORMATION IS BEING TRANSMITTED, BECAUSE IT'S AT

12:10PM 23   LEAST IMPORTANT TO US THAT THE JURY UNDERSTANDS THIS IS THIS

12:11PM 24   CROWN JEWELS, YOU KNOW, HIGHLY SENSITIVE INFORMATION.

12:11PM 25      THE COURT:  RIGHT.  SO IT'S CONFIDENTIAL INFORMATION

UNITED STATES COURT REPORTERS

ER-3567

4888

12:11PM 1    ABOUT STORES, LOCATIONS, INGRESS, EGRESS, EBIT INFORMATION, ALL

12:11PM 2    OF THAT.  IT'S CONFIDENTIAL.

12:11PM 3         MR. COOPERSMITH:  SURE.

12:11PM 4         THE COURT:  AND THAT INFORMATION IS CONTAINED.

12:11PM 5    I THINK YOU CAN ASK THAT QUESTION, I'M NOT SAYING I'M

12:11PM 6    GOING TO PERMIT IT, BUT AS AN ALTERNATIVE TO GETTING THE ENTIRE

12:11PM 7    DOCUMENT IN.

12:11PM 8    SOME OF THE INFORMATION MIGHT NOT BE RELEVANT TO THAT

12:11PM 9    POINT.

12:11PM 10        MR. SCHENK.

12:11PM 11        MR. SCHENK:  YOUR HONOR, MR. COOPERSMITH IS ARGUING

12:11PM 12   TO THE COURT THAT THIS DOCUMENT IS SOMETHING THAT IT IS NOT.

12:11PM 13        IMAGINE AN EMAIL BEING SENT FROM WALGREENS TO THERANOS

12:11PM 14   WITH THIS AS AN ATTACHMENT.

12:11PM 15   WE COULD EXCLUDE THE ATTACHMENT AND SAY THE CONTENT IS

12:11PM 16   UNNECESSARY.

12:11PM 17   THE POINT HE WANTS TO MAKE IS THAT THIS INFORMATION WAS

12:11PM 18   SHARED.

12:11PM 19   AND THEN WE WOULD BE IN A WORLD WHERE WE LEAVE OUT THE

12:11PM 20   ATTACHMENT AND WE ADMIT THE EMAIL.

12:11PM 21   WHAT MR. COOPERSMITH IS DOING, THOUGH, WITH 20618 IS JUST

12:11PM 22   TRYING TO PUT THE EXCEL SPREADSHEET IN FRONT OF THE WITNESS,

12:12PM 23   NOT MR. BURKE, A DIFFERENT WITNESS, AND SAY, IS THIS THE KIND

12:12PM 24   OF INFORMATION THAT SOME OTHER EMPLOYEE AT THERANOS -- AT

12:12PM 25   WALGREENS HAD ACCESS TO, AND IS IT CONFIDENTIAL INFORMATION?

ER-3568

4889

```
12:12PM    1         BUT THIS WITNESS CANNOT PROVIDE THE TESTIMONY THAT ON A
12:12PM    2    CERTAIN DATE THIS SPREADSHEET WAS SHARED WITH THERANOS OR THAT
12:12PM    3    HE CAN DESCRIBE THE GATHERING PROCESS, THE DATA COLLECTION
12:12PM    4    PROCESS.
12:12PM    5         SO WHAT YOU'VE NOW HEARD AS THE BASIS TO ADMIT IT, IN
12:12PM    6    FACT, IS NOT ON ALL FOURS WITH WHAT THIS DOCUMENT IS, AND
12:12PM    7    BECAUSE IT ISN'T, WE'RE IN THIS POSITION WHERE WE HAVE TO
12:12PM    8    DECIDE WHETHER THE SPREADSHEET COMES IN OR THE SPREADSHEET
12:12PM    9    DOESN'T COME IN.
12:12PM   10         ORDINARILY WE COULD ADMIT THE EMAIL AND EXCLUDE THE
12:12PM   11    SPREADSHEET.
12:12PM   12             THE COURT:  WELL, THAT'S WHAT I WAS TRYING TO PROBE.
12:12PM   13         DO YOU HAVE SOMETHING ELSE, MR. COOPERSMITH?
12:12PM   14             MR. COOPERSMITH:  ON THIS TOPIC?
12:12PM   15         WELL, SO, YOUR HONOR, THERE IS NOT AN EMAIL THAT I'M AWARE
12:12PM   16    OF, BUT THAT'S SOMETIMES THE WAY IT GOES.
12:12PM   17         WHAT -- FIRST OF ALL, MR. JHAVERI, I BELIEVE -- I'M NOT
12:13PM   18    SURE I ASKED HIM THIS EXACT QUESTION, BUT I BELIEVE HE WOULD
12:13PM   19    SAY, IF I ASKED HIM, THAT THIS WAS A DATABASE -- IN FACT, HE
12:13PM   20    DID SAY THIS, IT IS DATABASE INFORMATION WITHIN WALGREENS, AND
12:13PM   21    IT'S KEPT IN THE ORDINARY COURSE OF BUSINESS.
12:13PM   22         SO CERTAINLY THE WHOLE SPREADSHEET WITH ALL OF THE
12:13PM   23    DEMOGRAPHICS WITH ABOUT 8,000 STORES, ALL OF THAT DATA IS
12:13PM   24    BUSINESS RECORDS OF WALGREENS.
12:13PM   25         I DON'T THINK THERE COULD BE ANY DISPUTE ABOUT THAT.
```

ER-3569

4890

| 12:13PM | 1 | AS TO WHETHER IT WAS TRANSMITTED, WHAT WE SEE, AND HERE IS |
|---|---|---|

12:13PM  1    AS TO WHETHER IT WAS TRANSMITTED, WHAT WE SEE, AND HERE IS

12:13PM  2    THE INDICIA, HE, I THINK, HAS TESTIFIED THAT THIS IS

12:13PM  3    INFORMATION THAT THEY WERE SHARING WITH THERANOS FOR THE

12:13PM  4    PURPOSE OF THERANOS PICKING STORES.

12:13PM  5         THE COURT:  DID HE SAY THAT ABOUT THIS DOCUMENT?

12:13PM  6         MR. COOPERSMITH:  THAT'S WHAT I RECALL, YOUR HONOR.

12:13PM  7    I DON'T HAVE A PHOTOGRAPHIC MEMORY, BUT THAT'S WHAT I HEARD IN

12:13PM  8    THE TESTIMONY.

12:13PM  9         AND THEN IN ADDITION, YOUR HONOR, I KNOW THAT IT'S ONLY

12:13PM  10   EMAILS IN PARTICULAR THAT ARE WITHIN THE PARTIES' STIPULATION

12:13PM  11   IN TERMS OF BATES NUMBERS, BUT THIS ONE DOES HAVE THESE TS

12:13PM  12   BATES NUMBERS, WE'RE SHOWING A NATIVE VERSION, BUT THE DOCUMENT

12:14PM  13   IS THAT WAY.

12:14PM  14        AND SO I DON'T REALLY THINK THAT THERE IS ANY SERIOUS

12:14PM  15   AUTHENTICITY ISSUE, INCLUDING BECAUSE OF THE META DATA, AND

12:14PM  16   WHAT MR. JHAVERI IDENTIFIED.

12:14PM  17        I THINK WHAT MR. SCHENK SEEMS TO BE OBJECTING TO, WHAT I'M

12:14PM  18   HEARING IS NOT THAT WE'RE DISPUTING THAT THIS IS REAL DATA FROM

12:14PM  19   WALGREENS, BUT HE'S TRYING TO CHALLENGE THE IDEA THAT IT WENT

12:14PM  20   TO THERANOS.

12:14PM  21        BUT I THINK MR. JHAVERI ALREADY SAID THAT THIS WAS DATA

12:14PM  22   THAT THEY WERE SHARING WITH THERANOS FOR THE PURPOSE OF THIS

12:14PM  23   PARTNERSHIP SO THEY COULD PICK STORES, AND IF I NEED TO CLARIFY

12:14PM  24   THAT WITH MR. JHAVERI, I CAN CERTAINLY ASK QUESTIONS.

12:14PM  25        I DON'T UNDERSTAND WHY THIS DOCUMENT IS NOT ADMISSIBLE

ER-3570

12:14PM 1    BASED ON ALL OF THE THINGS THAT I HAVE JUST DESCRIBED TO THE

12:14PM 2    COURT.

12:14PM 3            THE COURT:  OKAY.

12:14PM 4            MR. SCHENK:  YOUR HONOR, MR. JHAVERI -- MY

12:14PM 5    RECOLLECTION IS THAT MR. JHAVERI TESTIFIED ABOUT WALGREENS'S

12:14PM 6    USE OF THIS DATA FOR SOMETHING I THINK HE SAID WAS MARKET

12:14PM 7    PLANNING PURPOSES.

12:14PM 8            AND WHETHER MR. JHAVERI CAN SAY THAT THIS INFORMATION IN

12:15PM 9    THE SPREADSHEET WAS COMMUNICATED TO THERANOS FOR STORE

12:15PM 10   SELECTION PURPOSES, I DON'T KNOW IF THAT TESTIMONY ALREADY

12:15PM 11   HAPPENED OR IF THAT WAS SOMETHING THAT MR. JHAVERI COULD

12:15PM 12   PROVIDE, BUT THE POINT IS THAT THAT IS THE ONLY THING THAT

12:15PM 13   WOULD BE RELEVANT.  THAT'S THE EMAIL.  THIS IS THE ATTACHMENT.

12:15PM 14           THERE IS NO NEED TO INCLUDE THIS TYPE OF INFORMATION WHEN

12:15PM 15   I THINK THE POINT IS CORRECT, AND THAT IS, THIS TYPE OF

12:15PM 16   INFORMATION APPEARED IN THE VERY NEXT EXHIBIT, AND THE DEFENSE

12:15PM 17   ASKED NO QUESTIONS ABOUT IT.

12:15PM 18           THE SPECIFIC CELLS AND THE DATA WITHIN THE CELLS IS NOT

12:15PM 19   RELEVANT IN THE TRIAL.

12:15PM 20           EVEN AS MR. COOPERSMITH IS NOW ARGUING IT TO THE COURT,

12:15PM 21   HE'S SAYING IT'S THE TRANSMISSION OF IT THAT MATTERS, SO THEN

12:15PM 22   WE SHOULD KNOW THINGS ABOUT THE DATE IT WAS TRANSMITTED AND BY

12:15PM 23   WHOM.

12:15PM 24           WE DON'T HAVE THAT INFORMATION, BECAUSE ALL WE HAVE IS THE

12:15PM 25   SPREADSHEET.

4892

12:15PM 1     SO THE RELEVANT BASIS THAT MR. COOPERSMITH IS ADVOCATING

12:15PM 2     IS FOR AN EMAIL THAT DOESN'T EXIST, OR AT LEAST HASN'T BEEN

12:15PM 3     PROFFERED.

12:16PM 4     IT'S NOW BEING USED OR BEING APPLIED TO A SPREADSHEET THAT

12:16PM 5     IT ACTUALLY DOESN'T SUPPORT, AND THAT'S WHY THIS DOCUMENT

12:16PM 6     SHOULD NOT BE ADMITTED, BECAUSE THIS DOCUMENT DOES NOT SUPPORT

12:16PM 7     THE RELEVANT BASES THAT MR. COOPERSMITH PROVIDED.

12:16PM 8          THE COURT:  THIS IS WHAT I WAS TALKING ABOUT

12:16PM 9     EARLIER -- THANK YOU, MR. SCHENK -- EARLIER ABOUT WHETHER OR

12:16PM 10    NOT THIS WITNESS CAN TESTIFY ABOUT WAS INFORMATION EXCHANGED

12:16PM 11    WITH YOUR CLIENT AND THE COMPANY WHILE THIS WAS ONGOING.

12:16PM 12    AND IF HE CAN TESTIFY ABOUT THAT TO HIS KNOWLEDGE, I'LL

12:16PM 13    ALLOW HIM TO TESTIFY ABOUT IT.

12:16PM 14    BUT GETTING THIS DOCUMENT IN, I DON'T THINK IT

12:16PM 15    ACCOMPLISHES THAT.

12:16PM 16    IF HE WERE TO SAY, OH, YES, WE CONTINUED TO SHARE THIS AND

12:16PM 17    THE INFORMATION WAS TO FORECAST, TO LOOK AND CONTINUE A

12:16PM 18    BUSINESS RELATIONSHIP, THAT'S HIS UNDERSTANDING, THAT'S FINE.

12:16PM 19    BUT THEN -- AND I THINK THE ANALOGY WITH AN EMAIL AND AN

12:16PM 20    ATTACHMENT IS A GOOD ONE HERE.  THIS IS JUST THE ATTACHMENT,

12:17PM 21    AND HE CAN TESTIFY THAT, YES, I KNOW THIS NAME, AND, YES,

12:17PM 22    MR. COOPERSMITH, S.B., SOMEHOW WERE THE INITIALS OF YOUR

12:17PM 23    CLIENT, OR WHATEVER PURPOSE THAT SERVES.

12:17PM 24    BUT CAN HE TESTIFY THAT THIS WAS SENT, THIS DOCUMENT WAS

12:17PM 25    SENT?

ER-3572

4893

12:17PM 1          MR. COOPERSMITH:  I THINK IT'S SUFFICIENT,

12:17PM 2     YOUR HONOR, IF HE'S ABLE TO TESTIFY, WHICH I THINK HE DID AND

12:17PM 3     HE CAN, THAT THIS TYPE OF INFORMATION WAS SENT, THAT MR. BURKE

12:17PM 4     IS THE PERSON --

12:17PM 5          THE COURT:  WAS SENT?  WAS SENT?

12:17PM 6          MR. COOPERSMITH:  THAT'S WHAT I HEARD HIM SAY,

12:17PM 7     YOUR HONOR, THAT IT'S BECAUSE THEY HAD THIS RELATIONSHIP, THERE

12:17PM 8     WAS A NONDISCLOSURE AGREEMENT, I ASKED THAT QUESTION, AND THEY

12:17PM 9     NORMALLY WOULDN'T SHARE IT WITH COMPETITORS, BUT THEY WOULD

12:17PM 10    SHARE IT WITH A PARTY LIKE THERANOS WHO IS UNDER AN NDA.

12:17PM 11        HE'S AWARE THAT THEY DID.  HE'S AWARE THAT THAT IS

12:17PM 12    MR. BURKE'S JOB.

12:17PM 13        MR. BURKE IS THE PERSON WHO APPEARS TO BE THE AUTHOR OF

12:17PM 14    THE DOCUMENT.

12:17PM 15        I THINK WHAT MR. SCHENK MAY BE GETTING AT IS CAN HE SAY

12:17PM 16    THAT THIS EXACT DOCUMENT, RIGHT, WAS TRANSMITTED ON A CERTAIN

12:18PM 17    DAY TO THERANOS?

12:18PM 18        I DON'T THINK THAT'S REQUIRED FOR ADMISSIBILITY OF THE

12:18PM 19    DOCUMENT GIVEN ALL OF THE OTHER INDICIA THAT WE KNOW THE DATE

12:18PM 20    OF THE CREATION, WE KNOW IT'S AT A RELEVANT TIME, WE KNOW WHO

12:18PM 21    MR. BURKE IS, WE KNOW THIS DATA CAN ONLY COME FROM WALGREENS

12:18PM 22    SECRET DATABASE, WE KNOW THAT THEY SHARE THIS WITH CERTAIN

12:18PM 23    COUNTERPARTIES WHERE THEY HAVE NDA'S, AND HE'S TESTIFIED ALL

12:18PM 24    AROUND THOSE SUBJECTS.

12:18PM 25        SO I DON'T KNOW -- I THINK WE HAVE EVERYTHING WE NEED.

ER-3573

4894

| | |
|---|---|
| 12:18PM | 1 |
| 12:18PM | 2 |
| 12:18PM | 3 |
| 12:18PM | 4 |
| 12:18PM | 5 |
| 12:18PM | 6 |
| 12:18PM | 7 |
| 12:18PM | 8 |
| 12:18PM | 9 |
| 12:19PM | 10 |
| 12:19PM | 11 |
| 12:19PM | 12 |
| 12:19PM | 13 |
| 12:19PM | 14 |
| 12:19PM | 15 |
| 12:19PM | 16 |
| 12:19PM | 17 |
| 12:19PM | 18 |
| 12:19PM | 19 |
| 12:19PM | 20 |
| 12:19PM | 21 |
| 12:19PM | 22 |
| 12:19PM | 23 |
| 12:19PM | 24 |
| 12:19PM | 25 |

1    AND THE FACT THAT THERE'S NOT AN EMAIL -- IT'S ALWAYS NICE

2    IF THERE'S A COVER EMAIL LAYING OUT EXACTLY WHAT THE ATTACHMENT

3    IS.  THAT'S NOT REQUIRED FOR ADMISSIBILITY.  THERE'S NO RULE

4    THAT SAYS THAT.  THAT OFTEN HAPPENS, BUT IT DIDN'T HAPPEN HERE

5    APPARENTLY, AS FAR AS WE KNOW.

6        SO I THINK IT SHOULD COME IN.

7        AT A MINIMUM, YOUR HONOR, EVEN IF THE COURT IS NOT WILLING

8    TO PERMIT THE DOCUMENT TO COME INTO EVIDENCE, AND I HAD TO SORT

9    OF STOP BECAUSE I DIDN'T WANT TO RUN AFOUL OF THE COURT'S

10    RULINGS, BUT I DO THINK THAT AT A MINIMUM I SHOULD BE ABLE TO

11    ASK A FEW QUESTIONS OF MR. JHAVERI ABOUT THE NATURE OF THE DATA

12    AND THEN TO CLARIFY THAT THIS IS THE TYPE OF DATA THAT THEY

13    WERE SHARING WITH THERANOS IN ORDER FOR THERANOS TO SELECT

14    STORES, AND THAT THE DATE OF THE DOCUMENT IS IN FACT AUTHORED

15    ACCORDING TO THE META DATA ON MAY 14TH, 2015.

16        MR. SCHENK:  MR. COOPERSMITH TOLD THE COURT A MOMENT

17    AGO THAT THE DATE THAT MR. JHAVERI, NOT KNOWING THE DATE WHEN

18    THE INFORMATION WAS SHARED, ISN'T RELEVANT.

19        THAT SIMPLY ISN'T TRUE.

20        IF MR. JHAVERI WAS AWARE THAT THIS TYPE OF DATA WAS

21    TRANSMITTED IN, LET'S SAY, 2014, AND THE SPREADSHEET IS IN

22    2015, MR. JHAVERI'S TESTIMONY DOESN'T SUPPORT THE ADMISSION OF

23    THIS DOCUMENT.

24        FURTHERMORE, YOU COULD STILL ADMIT IN THE FORM OF

25    TESTIMONY THE CONCEPT OF THE EMAIL.  IN OTHER WORDS,

ER-3574

4895

12:19PM 1    MR. JHAVERI IS SAYING I'M AWARE THAT THIS TYPE OF INFORMATION

12:19PM 2    WAS TRANSMITTED FROM WALGREENS TO THERANOS, IS TESTIMONY THAT

12:19PM 3    THE COURT COULD ALLOW.  THAT STILL DOESN'T OPEN THE DOOR TO THE

12:20PM 4    ADMISSION OF THIS PARTICULAR --

12:20PM 5         THE COURT:  LET ME STOP YOU.  PARDON ME.  I THINK

12:20PM 6    I'VE SAID THAT.

12:20PM 7    I'M INCLINED TO ALLOW YOU TO ASK THAT TYPE OF QUESTION

12:20PM 8    WITHOUT ADMITTING THE DOCUMENT.  I DON'T THINK THE DOCUMENT IS

12:20PM 9    NECESSARY.

12:20PM 10   I DO THINK THAT THERE ARE SOME ISSUES THAT CREATE 403

12:20PM 11   ISSUES.  PARTICULARLY, YOUR EXAMINATION ASKING ABOUT THE

12:20PM 12   LETTERS, THE INITIALS S.B.

12:20PM 13   AND THE JURY HAS HEARD HIS ANSWERS TO THAT.  THEY HEARD

12:20PM 14   YOUR QUESTION, AND THEY HEARD THE ANSWER.

12:20PM 15   ADMITTING THE DOCUMENT WITH THAT, I THINK WOULD CAUSE SOME

12:20PM 16   CONFUSION WITH THE JURY.  THERE MIGHT BE SUPPOSITION THAT YOUR

12:20PM 17   CLIENT MAY BE PREPARED THIS OR IN SOME WAY HAD A HAND TO IT

12:20PM 18   THAT MIGHT CAUSE A JUROR TO THINK NEGATIVE ABOUT YOUR CLIENT

12:20PM 19   FOR SOME WAY.

12:20PM 20   I JUST, I JUST --

12:20PM 21        MR. COOPERSMITH:  YOU KNOW, I APPRECIATE THAT,

12:20PM 22   YOUR HONOR.

12:20PM 23        THE COURT:  ALL THINGS ARE POSSIBLE WITH THAT.

12:20PM 24        MR. COOPERSMITH:  AND I --

12:20PM 25        THE COURT:  AND I DON'T THINK THAT'S FAIR TO YOUR

UNITED STATES COURT REPORTERS

ER-3575

4896

12:20PM 1    CLIENT TO HAVE THAT UNANSWERED.

12:20PM 2        AND, OF COURSE, YOU KNOW, HE HAS CERTAIN RIGHTS THAT HE

12:21PM 3    DOESN'T HAVE TO TESTIFY ABOUT TO CLEAR UP ANY AMBIGUITY ABOUT

12:21PM 4    THAT.  AND I DON'T WANT TO PUT HIM IN A POSITION, NOR YOU, IN A

12:21PM 5    POSITION WHERE YOU FEEL LIKE MAYBE WE HAVE TO PUT TESTIMONY ON

12:21PM 6    ABOUT THAT.

12:21PM 7        THAT'S STRETCHING IT TO THE EXTREME PERHAPS.  BUT STILL,

12:21PM 8    PROPHYLACTICALLY, I WANT TO MAKE SURE YOUR CLIENT GETS A FAIR

12:21PM 9    TRIAL.  AND I DON'T WANT TO CAUSE JEOPARDY TO THAT FOR HIM IN

12:21PM 10   ANY WAY.  THAT'S WHAT 403 IS FOR.

12:21PM 11       SO I DO THINK THAT YOU CAN ACCOMPLISH WHAT YOU SEEK TO

12:21PM 12   ACCOMPLISH WITHOUT INTRODUCTION OF THE DOCUMENT, ASKING

12:21PM 13   MR. JHAVERI QUESTIONS ABOUT INFORMATION THAT MIGHT HAVE BEEN

12:21PM 14   SHARED, CONFIDENTIAL INFORMATION, THE NATURE OF WHEN YOU DO THE

12:21PM 15   STORES, YOU LOOK AT PLANNING, YOU LOOK LOGISTICALLY AT WHERE IS

12:21PM 16   THE BEST LOCATION.  DO WE WANT TO PUT A STORE IN THE MIDDLE OF

12:21PM 17   DEATH VALLEY AS OPPOSED TO IN THE MIDDLE OF PALM SPRINGS?

12:21PM 18   WHICH WOULD BE MORE COST EFFECTIVE AND MORE -- PRODUCE BETTER

12:21PM 19   INCOME?

12:21PM 20       THOSE TYPES OF QUESTIONS, PERHAPS HE CAN ANSWER THOSE.

12:22PM 21   AND WAS THIS THE TYPE OF INFORMATION THAT WOULD BE SHARED?  DO

12:22PM 22   YOU HAVE KNOWLEDGE THAT THIS WAS SHARED AT THAT PARTICULAR

12:22PM 23   TIME, WITHOUT GETTING INTO THE PARTICULARLY DOCUMENT?

12:22PM 24       AND I'LL PERMIT YOU TO DO THAT, BEFORE YOU DO YOUR CROSS--

12:22PM 25   OR EXCUSE ME, REDIRECT, MR. SCHENK.

ER-3576

12:22PM 1     I'LL ALLOW YOU TO CONTINUE WITH YOUR EXAMINATION.

12:22PM 2      MR. COOPERSMITH:  THANK YOU, YOUR HONOR.  I

12:22PM 3 UNDERSTAND.

12:22PM 4    THE ONE THING THAT I WOULD LIKE TO KNOW, IF I WOULD BE

12:22PM 5 ALLOWED TO DO, IS THAT -- YES, I CAN CERTAINLY, AS I UNDERSTAND

12:22PM 6 THE COURT'S RULING, I CAN GO OVER THE FACT THAT THERE IS DATA,

12:22PM 7 THERE IS A DOCUMENT.  WE'RE NOT GOING TO ADMIT THE DOCUMENT,

12:22PM 8 BUT THAT MR. BURKE HAS ACCESS TO THAT TYPE OF DATA.  IT WAS THE

12:22PM 9 TYPE OF DATA THAT WAS SHARED WITH THERANOS.  IT HAS CERTAIN

12:22PM 10 DEMOGRAPHIC INFORMATION, ALL OF THAT WITHOUT ADMITTING THE

12:22PM 11 DOCUMENT.

12:22PM 12    BUT I ALSO THINK IT WOULD BE IMPORTANT FOR THE JURY TO

12:22PM 13 KNOW, THAT THIS PARTICULAR DOCUMENT, EVEN WITHOUT ADMITTING IT,

12:22PM 14 HAS A CREATION DATE OF MAY 14TH, 2015, AND HAS A MODIFIED DATE

12:22PM 15 BY A PERSON WITH THE INITIALS S.B. IN AUGUST OF 2015, AND THAT

12:23PM 16 THAT KIND OF CABINS THE TIME.

12:23PM 17    AS TO THE COURT'S CONCERN, OF COURSE I SHARE THE COURT'S

12:23PM 18 CONCERN.  WE CERTAINLY WANT A FAIR TRIAL FOR OUR CLIENT.

12:23PM 19    THERE'S NOTHING THAT I'M CONCERNED ABOUT THAT IS UNTOWARD

12:23PM 20 ABOUT MR. BALWANI GETTING A SPREADSHEET FROM WALGREENS IN THIS

12:23PM 21 TIMEFRAME AND WORKING WITH THE SPREADSHEET.

12:23PM 22    SO --

12:23PM 23     THE COURT:  YOU'RE NOT A JUROR.

12:23PM 24     MR. COOPERSMITH:  WELL, I MEAN, WE HAVE TO MAKE

12:23PM 25 JUDGMENTS EVERY MINUTE ABOUT WHAT JURORS MIGHT OR MIGHT NOT

4898

12:23PM   1       THINK.

12:23PM   2              SO THAT WAS OUR JUDGMENT IN THIS CASE.

12:23PM   3                   THE COURT:  RIGHT.

12:23PM   4          MR. SCHENK.

12:23PM   5                   MR. SCHENK:  I WOULD OBJECT TO THAT LAST LINE OF

12:23PM   6       QUESTIONING.  I DON'T THINK THERE'S A FOUNDATION FOR THIS

12:23PM   7       WITNESS TO PROVIDE THAT TESTIMONY.

12:23PM   8          IT'S MR. COOPERSMITH TESTIFYING THROUGH THOSE QUESTIONS.

12:23PM   9                   THE COURT:  I'LL ALLOW YOU TO ASK THE QUESTIONS, BUT

12:23PM  10       ASK HIM THE DATE AND THE CREATOR AND ALL OF THAT.  I DON'T

12:23PM  11       THINK THERE'S A FOUNDATION FOR THAT.

12:23PM  12          BUT YOU CAN ASK ABOUT WHETHER OR NOT THIS WAS THE TYPE OF

12:23PM  13       INFORMATION THAT WOULD HAVE BEEN EXCHANGED AND WHETHER OR NOT

12:23PM  14       HE HAS PERSONAL KNOWLEDGE OF THAT EXCHANGE TOOK PLACE BETWEEN

12:24PM  15       WALGREENS AND YOUR CLIENT OR THERANOS AT THIS TIME PERIOD.  YOU

12:24PM  16       CAN TIME STAMP THAT, AND LET'S SEE WHAT HE SAYS.  HE MAY HAVE

12:24PM  17       PERSONAL KNOWLEDGE, I DON'T KNOW.

12:24PM  18                   MR. COOPERSMITH:  HE MIGHT, YOUR HONOR.  OKAY.  I

12:24PM  19       UNDERSTAND.  THANK YOU.

12:24PM  20                   THE COURT:  OKAY.  THANK YOU.

12:24PM  21          (RECESS FROM 12:24 P.M. UNTIL 12:49 P.M.)

         22

         23

         24

         25

ER-3578

1                    **AFTERNOON SESSION**

2           (COURT CONVENED AT 12:49 P.M.)

12:49PM   3            THE COURT:  THANK YOU.  PLEASE BE SEATED.  WE'RE

12:49PM   4    BACK ON THE RECORD.  ALL COUNSEL AND THE PARTIES ARE PRESENT.

12:49PM   5         OUR JURY AND ALTERNATES ARE PRESENT.

12:49PM   6            MR. COOPERSMITH:  YOUR HONOR, MR. BALWANI WENT TO

12:49PM   7    THE BATHROOM.

12:49PM   8            THE COURT:  OKAY.  LET'S WAIT BEFORE WE GO FORWARD.

12:50PM   9         (PAUSE IN PROCEEDINGS.)

12:50PM   10           THE COURT:  ALL RIGHT.  THANK YOU.

12:50PM   11        MR. BALWANI IS PRESENT.

12:50PM   12        MR. SCHENK, BEFORE YOU BEGIN, MR. COOPERSMITH, YOU HAD

12:50PM   13   SOME QUESTIONS, I THINK, I WANTED TO LET YOU FINISH UP WITH.

12:50PM   14           MR. COOPERSMITH:  YOUR HONOR, WE HAVE NOTHING

12:50PM   15   FURTHER.

12:50PM   16           THE COURT:  OKAY.  THANK YOU.

12:50PM   17        MR. SCHENK.

12:50PM   18           MR. SCHENK:  YES.  THANK YOU.

12:51PM   19        YOUR HONOR, MAY I APPROACH?

12:51PM   20           THE COURT:  YES.

12:51PM   21           MR. SCHENK:  (HANDING.)

12:51PM   22                  **REDIRECT EXAMINATION**

12:51PM   23   BY MR. SCHENK:

12:51PM   24   Q.   GOOD AFTERNOON, MR. JHAVERI.

12:51PM   25   A.   GOOD AFTERNOON.

JHAVERI REDIRECT BY MR. SCHENK                                    4900

12:51PM  1    Q.   NICE TO SEE YOU AGAIN.

12:51PM  2         I'VE GIVEN YOU BACK THE BINDER OF GOVERNMENT EXHIBITS THAT

12:51PM  3    YOU AND I TALKED ABOUT A FEW WEEKS AGO WHEN YOU TESTIFIED

12:51PM  4    ORIGINALLY.  I MAY ASK YOU SOME QUESTIONS, AND IT WILL BE

12:51PM  5    HELPFUL TO REFER TO THOSE EXHIBITS, SO THEY'RE NOW IN FRONT OF

12:51PM  6    YOU.

12:51PM  7    A.   THANK YOU.

12:51PM  8    Q.   I'M GOING TO ASK YOU QUESTIONS THAT FOLLOW UP ON

12:51PM  9    CROSS-EXAMINATION QUESTIONS THAT MR. COOPERSMITH ASKED YOU,

12:51PM  10   BOTH FROM THE PORTION OF THE CROSS-EXAMINATION FROM A COUPLE

12:51PM  11   WEEKS AGO, AND ALSO FROM THIS MORNING IF THAT'S OKAY?

12:51PM  12   A.   YES.

12:51PM  13   Q.   I'LL START WITH QUESTIONS FROM THE CROSS-EXAMINATION FROM

12:51PM  14   THE PAST, FROM A COUPLE OF WEEKS AGO.

12:51PM  15   A.   SURE.

12:51PM  16   Q.   AND THE FIRST TOPIC THAT I WOULD LIKE TO TALK TO YOU ABOUT

12:52PM  17   IS THE CONCEPT OF EXECUTION RISK.

12:52PM  18        DO YOU RECALL THAT LINE OF QUESTIONS FROM MR. COOPERSMITH?

12:52PM  19   A.   YES, SIR.

12:52PM  20   Q.   I THINK YOU WERE ASKED QUESTIONS ABOUT EXECUTION RISKS

12:52PM  21   BEING COMMON IN BUSINESS.

12:52PM  22        DO YOU RECALL THAT?

12:52PM  23   A.   YES, SIR.

12:52PM  24   Q.   WHEN YOU WERE WORKING ON THE THERANOS PROGRAM ON BEHALF OF

12:52PM  25   WALGREENS, DID YOU EXPECT THAT THERE WOULD BE SOME EXECUTION

12:52PM  1    RISKS?

12:52PM  2    A.    SURE.    ABSOLUTELY.

12:52PM  3    Q.    WHAT KIND OF RISKS WERE YOU CONCERNED ABOUT OR DID YOU

12:52PM  4    PLAN FOR?

12:52PM  5    A.    WELL, WE EXPECTED RISKS ACROSS THE BOARD ON THE PROJECT,

12:52PM  6    WHETHER IT WAS OPERATIONAL ISSUES, TECHNICAL ISSUES, WE HEARD A

12:52PM  7    LOT ABOUT TECHNOLOGY INTEGRATION, SO WE KNEW THAT THERE WERE

12:52PM  8    RISKS THERE.

12:52PM  9         YOU KNOW, WILL THE PARTNERSHIP WORK?  SO THERE'S A RISK IN

12:52PM 10    THE PARTNERSHIP AS WELL, IN EVERY PARTNERSHIP.

12:53PM 11         WILL THE SERVICE ACTUALLY WORK THE WAY THAT WE DESIGN BY

12:53PM 12    BOTH PARTNERS?

12:53PM 13         THERE'S FINANCIAL RISK.  WE'RE INVESTING A LOT OF DOLLARS

12:53PM 14    AND ARE WE GOING TO GET A RETURN BACK?

12:53PM 15         AND SO THERE IS AN ENORMOUS TYPE OF LEVELS OF RISK THAT

12:53PM 16    ARE ALWAYS GOING TO BE PRESENT, AND WE MAKE -- YOU KNOW, WE

12:53PM 17    MAKE GOOD, PRUDENT DECISIONS TO MAKE SURE THAT WE CAN MITIGATE

12:53PM 18    THEM.

12:53PM 19    Q.    DID YOU THINK THAT ONE OF THE RISKS WAS THAT THE THERANOS

12:53PM 20    DEVICE COULD ONLY RUN 12 TESTS?

12:53PM 21         MR. COOPERSMITH:  OBJECTION.  LACKS FOUNDATION.

12:53PM 22    MISSTATES THE EVIDENCE.

12:53PM 23         THE COURT:  DO YOU WANT TO ASK SOME FOUNDATIONAL

12:53PM 24    QUESTIONS, MR. SCHENK?

12:53PM 25         MR. SCHENK:  YES.

12:53PM 1    Q.   WHAT YEAR, IF YOU CAN REMIND THE JURY, DID YOU GET

12:53PM 2    INVOLVED IN THE THERANOS PROGRAM?

12:53PM 3    A.   I WAS EXPOSED TO IT IN 2010, '11, I THINK AROUND THAT

12:53PM 4    TIME.  AND THEN '13, AND THEN I STARTED TO TAKE MORE OWNERSHIP

12:53PM 5    OF THE PARTNERSHIP IN 2014.

12:53PM 6    Q.   SO LET'S TIME STAMP 2014 WHEN YOU STARTED TO TAKE MORE

12:54PM 7    OWNERSHIP OF IT.

12:54PM 8        AT THAT POINT, DID YOU HAVE AN UNDERSTANDING CONCERNING

12:54PM 9    THE NUMBER OF TESTS THAT YOU THOUGHT THERANOS COULD PERFORM ON

12:54PM 10   THERANOS DEVICES?

12:54PM 11   A.   YES.

12:54PM 12   Q.   AND WHAT WAS THAT UNDERSTANDING?

12:54PM 13   A.   MR. BALWANI AND I DISCUSSED A NUMBER OF TESTS THAT COULD

12:54PM 14   BE PERFORMED, AND HE REFERRED ME TO THE THERANOS WEBSITE, AND I

12:54PM 15   FORGET THE EXACT NUMBER, BUT THERE WERE SEVERAL HUNDREDS OF

12:54PM 16   TESTS THAT COULD BE PERFORMED THROUGH THE THERANOS TECHNOLOGY.

12:54PM 17   Q.   SO DID YOU THINK THAT ONE OF THE RISKS WAS, WHEN

12:54PM 18   MR. BALWANI REFERRED YOU TO THE WEBSITE AND TOLD YOU THAT

12:54PM 19   THERANOS COULD RUN THOSE TESTS, THAT THAT WASN'T, TRUE?

12:54PM 20            MR. COOPERSMITH:  OBJECTION.

12:54PM 21   BY MR. SCHENK:

12:54PM 22   Q.   DID YOU THINK THAT THAT WAS A RISK?

12:54PM 23            MR. COOPERSMITH:  OBJECTION.  LEADING.

12:54PM 24            THE COURT:  OVERRULED.

12:54PM 25            DID YOU UNDERSTAND THE QUESTION, SIR?

JHAVERI REDIRECT BY MR. SCHENK                                   4903

12:54PM   1                    THE WITNESS:  CAN YOU PLEASE ASK THE QUESTION?

12:54PM   2        BY MR. SCHENK:

12:54PM   3        Q.   SURE.  YOU TOLD ME MR. BALWANI REFERRED YOU TO THE WEBSITE

12:54PM   4        AND YOU DIDN'T KNOW HOW MANY TESTS WERE ON IT, BUT I THINK YOU

12:54PM   5        SAID A COUPLE HUNDRED; IS THAT RIGHT?

12:54PM   6        A.   THAT'S CORRECT.

12:54PM   7        Q.   SO I WANT TO KNOW WHETHER THAT NOT BEING TRUE WAS A RISK

12:55PM   8        THAT YOU ANALYZED.  WAS THAT A RISK THAT YOU PREPARED FOR?

12:55PM   9                    MR. COOPERSMITH:  OBJECTION.  LACKS FOUNDATION.

12:55PM  10        LEADING.

12:55PM  11                    THE COURT:  YOU'RE ASKING HIM, IF THAT WASN'T TRUE,

12:55PM  12        WHETHER THAT WAS A RISK.

12:55PM  13                    MR. SCHENK:  PRECISELY.

12:55PM  14                    THE COURT:  DID YOU UNDERSTAND THAT QUESTION?

12:55PM  15                    THE WITNESS:  RIGHT.

12:55PM  16                    THE COURT:  YOU CAN ANSWER THAT QUESTION.

12:55PM  17                    THE WITNESS:  NO, I DIDN'T THINK THAT THAT WAS A

12:55PM  18        RISK.

12:55PM  19             YOU KNOW, IT WAS A PARTNERSHIP.  WE, WE TRUSTED EACH OTHER

12:55PM  20        TO MAKE THE PARTNERSHIP WORK, SO WHEN MR. BALWANI TOLD ME THESE

12:55PM  21        ARE THE TESTS AND HERE'S WHICH ONES WITH NUMBERS AND THEY'RE

12:55PM  22        AVAILABLE ON THE WEBSITE FOR ANY PUBLIC CONSUMPTION, I ASSUMED

12:55PM  23        THAT THAT WAS WHAT THEY COULD DELIVER.

12:55PM  24        BY MR. SCHENK:

12:55PM  25        Q.   DID YOU HAVE AN UNDERSTANDING ABOUT WHETHER THERANOS COULD

JHAVERI REDIRECT BY MR. SCHENK                                      4904

12:55PM  1       GENERATE ACCURATE BLOOD TEST RESULTS?

12:55PM  2       A.   THAT WAS MY ASSUMPTION, THAT THEY WERE ACCURATE.  IT'S A

12:55PM  3       LAB TEST.  IT HAS TO BE ACCURATE.

12:55PM  4       Q.   AND WAS THAT A RISK THAT YOU ANALYZED, THAT MAYBE THAT

12:55PM  5       ASSUMPTION WAS WRONG?

12:55PM  6       A.   NO.  AT THAT TIME IN 2014 WHEN I STARTED ASSUMING

12:56PM  7       RESPONSIBILITY, I DID NOT ASSUME THAT THAT WAS A RISK.

12:56PM  8       Q.   AND WHY NOT?

12:56PM  9       A.   THE PARTNERSHIP WAS BASED ON THAT.  IT WAS BASED ON

12:56PM  10      THERANOS'S NEW PROPRIETARY TECHNOLOGY, FINGERSTICK TECHNOLOGY

12:56PM  11      THAT CAN DO THESE HUNDREDS AND HUNDREDS OF THOUSANDS OF

12:56PM  12      TESTS -- HUNDREDS OF TESTS ACCURATELY.  THAT'S WHAT LABS DO.

12:56PM  13          MEDICAL DECISIONS ARE BASED ON LABS, AND SO THE ASSUMPTION

12:56PM  14      THAT THAT WOULD BE INACCURATE WAS NEVER, WAS NEVER IN MY MIND.

12:56PM  15      Q.   THE NEXT TOPIC I WANT TO TALK TO YOU A LITTLE BIT ABOUT

12:56PM  16      WAS THE WORK THAT JOHNS HOPKINS WAS DOING FOR WALGREENS.

12:56PM  17          DO YOU RECALL THAT LINE OF QUESTIONS?

12:56PM  18      A.   YES, SIR.

12:56PM  19      Q.   AND IF WE COULD BRING UP EXHIBIT 20532.

12:56PM  20          YOUR HONOR, THIS EXHIBIT WAS PREVIOUSLY ADMITTED.

12:57PM  21              THE COURT:  IT MAY BE PUBLISHED.

12:57PM  22              THE WITNESS:  2052?

12:57PM  23      BY MR. SCHENK:

12:57PM  24      Q.   20532.  IT ACTUALLY -- I THINK I MIGHT HAVE WRITTEN THE

12:57PM  25      WRONG NUMBER DOWN.

ER-3584

12:57PM 1          IT'S PAGE 3 OF EXHIBIT 20532.  IT'S IN, I BELIEVE, THE

12:57PM 2     FIRST DEFENSE BINDER THAT YOU RECEIVED.

12:57PM 3     A.   OH.

12:57PM 4     Q.   BUT IT'S ALSO ON THE SCREEN IN FRONT OF YOU IF THAT'S

12:57PM 5     EASIER.

12:57PM 6     A.   OH, I SEE IT.

12:57PM 7     Q.   DO YOU REMEMBER DISCUSSING THIS DOCUMENT WITH

12:57PM 8     MR. COOPERSMITH DURING YOUR CROSS-EXAMINATION?

12:57PM 9     A.   I DO.

12:57PM 10    Q.   AND I THINK THAT THE QUESTIONS, OR THE CONVERSATION THAT

12:57PM 11    YOU HAD WITH MR. COOPERSMITH WAS AROUND THE IDEA THAT WALGREENS

12:57PM 12    HAD A BUSINESS RELATIONSHIP WITH JOHNS HOPKINS; IS THAT RIGHT?

12:57PM 13    A.   CORRECT.

12:57PM 14    Q.   AND DO YOU KNOW WHAT ROLE JOHNS HOPKINS PLAYED IN THE

12:58PM 15    THERANOS RELATIONSHIP?

12:58PM 16    A.   AGAIN, I WAS NOT INVOLVED IN THIS WORK.

12:58PM 17         MY UNDERSTANDING WAS THAT JOHNS HOPKINS WAS ASKED BY US,

12:58PM 18    WALGREENS, TO TAKE A LOOK AT THE THERANOS TECHNOLOGY AND ASSESS

12:58PM 19    IT.

12:58PM 20    Q.   AND DO YOU KNOW WHAT JOHNS HOPKINS WAS PROVIDED TO REACH

12:58PM 21    ITS CONCLUSIONS?

12:58PM 22    A.   I DO NOT KNOW THAT.

12:58PM 23    Q.   DO YOU KNOW WHETHER THEY WERE GIVEN A DEVICE?

12:58PM 24    A.   I'M NOT AWARE OF THAT.

12:58PM 25    Q.   DO YOU KNOW WHAT DATA THEY WERE PROVIDED?

12:58PM  1    A.   NO, SIR.

12:58PM  2    Q.   IF YOU'LL TURN TO PAGE 4 OF THIS EXHIBIT, THE NEXT PAGE.

12:58PM  3         AND AT THE VERY BOTTOM, IF WE CAN HIGHLIGHT THE SECTION

12:58PM  4    UNDER DISCLAIMER.

12:58PM  5         DO YOU SEE THAT?

12:58PM  6         MAYBE WE CAN ZOOM IN ON THAT AS WELL.

12:58PM  7         MR. JHAVERI, DO YOU SEE WHERE IT SAYS, "THIS INFORMATION

12:58PM  8    IS BEING PROVIDED SOLELY FOR THE BENEFIT OF WALGREENS AND SHALL

12:59PM  9    BE USED BY WALGREENS FOR ITS INTERNAL PURPOSES ONLY.  IN

12:59PM 10    ADDITION, THE MATERIALS PROVIDED IN NO WAY SIGNIFY AN

12:59PM 11    ENDORSEMENT BY JOHNS HOPKINS MEDICINE TO ANY PRODUCT OR

12:59PM 12    SERVICE."

12:59PM 13         DID I READ THAT CORRECTLY?

12:59PM 14    A.   YES, SIR.

12:59PM 15    Q.   MR. JHAVERI, DID YOU EVER GIVE ANYBODY AT THERANOS

12:59PM 16    PERMISSION TO SHARE THIS INFORMATION WITH INVESTORS OF

12:59PM 17    THERANOS?

12:59PM 18         MR. COOPERSMITH:  OBJECTION.  IN LIGHT OF OTHER

12:59PM 19    EXHIBITS, THE QUESTION LACKS FOUNDATION AND LACKS A BASIS.

12:59PM 20         THE COURT:  OVERRULED.

12:59PM 21    YOU CAN ANSWER THE QUESTION.

12:59PM 22         THE WITNESS:  I DID NOT.

12:59PM 23         MR. SCHENK:  IF WE CAN NOW SHOW EXHIBIT 1708,

12:59PM 24    PLEASE.

12:59PM 25         YOUR HONOR, I BELIEVE THIS HAS ALREADY BEEN PREVIOUSLY

12:59PM  1    ADMITTED.

12:59PM  2              THE COURT:  IT MAY BE DISPLAYED.

01:00PM  3    BY MR. SCHENK:

01:00PM  4    Q.   DO YOU REMEMBER DISCUSSING THIS EXHIBIT WITH

01:00PM  5    MR. COOPERSMITH?

01:00PM  6    A.   YES, SIR.

01:00PM  7    Q.   AND IN IT, IT LOOKS LIKE MR. BALWANI IS EMAILING YOU AND

01:00PM  8    MAKES A COMMENT ABOUT, EXCUSE ME, PATIENTS NOT COMPLAINING

01:00PM  9    ABOUT THE VEIN DRAW PERCENT.

01:00PM 10         DO YOU SEE THAT?

01:00PM 11    A.   YES, SIR.

01:00PM 12    Q.   HOW WOULD A PATIENT KNOW WHAT PERCENT OF DRAWS AT A

01:00PM 13    WALGREENS STORE ARE VENOUS OR FINGERSTICK?

01:00PM 14    A.   THE PATIENTS WOULD NOT KNOW WHAT PERCENTAGE WE'RE DOING IN

01:00PM 15    TERMS OF VENOUS DRAW.

01:00PM 16         IN FACT, THE PATIENT WOULD NOT KNOW, COMING IN, WHETHER OR

01:00PM 17    NOT THEY WERE GOING TO GET A FINGERSTICK OR A VENIPUNCTURE.

01:00PM 18    THAT WAS DONE AT THE TIME OF CHECK IN.

01:00PM 19    Q.   DID MR. BALWANI TELL YOU THAT THE NUMBER OF VEIN DRAWS

01:00PM 20    WOULD GO DOWN RAPIDLY IN 2014?

01:00PM 21    A.   YES, SIR.

01:01PM 22    Q.   AND, IN FACT, DID THAT, DID THAT BECOME TRUE?  DID VEIN

01:01PM 23    DRAWS GO DOWN RAPIDLY IN 2014?

01:01PM 24    A.   IT DID NOT.

01:01PM 25    Q.   AND WE'LL TALK ABOUT THIS A LITTLE BIT MORE IN A MOMENT.

01:01PM 1        BUT DO YOU RECALL ON DIRECT YOU AND I HAD A CONVERSATION

01:01PM 2    ABOUT SOME METRICS THAT WALGREENS WAS TRACKING?

01:01PM 3    A.   YES.

01:01PM 4    Q.   AND WAS VEIN DRAW ONE OF THOSE METRICS?

01:01PM 5    A.   YES, IT WAS.

01:01PM 6    Q.   AND WHAT WAS THE POINT OF THOSE METRICS?  WHAT ROLE DID

01:01PM 7    THEY PLAY IN WALGREENS'S EVALUATION?

01:01PM 8    A.   WELL, IT WAS GOING -- THOSE METRICS BASICALLY DEFINE THE

01:01PM 9    SUCCESS OF THE PARTICULAR PROJECT IN THE PARTNERSHIP, AND SO WE

01:01PM 10   HAD OPERATIONAL METRICS, TRAINING METRICS, AND THEN METRICS

01:01PM 11   THAT DEFINED THE PATIENT EXPERIENCE.

01:01PM 12       SO THOSE CONSTITUTED FOR US HOW WE WOULD MAKE THE DECISION

01:01PM 13   WHETHER OR NOT THIS WAS SUCCESSFUL.

01:01PM 14   Q.   RIGHT.  THANK YOU.

01:01PM 15       IF WE CAN NOW GO TO EXHIBIT 1711.

01:01PM 16       YOUR HONOR, THIS IS ALSO AN ADMITTED EXHIBIT.

01:02PM 17       IF WE CAN GO TO PAGE 10 OF EXHIBIT 1711.

01:02PM 18       MR. JHAVERI, DO YOU RECALL DISCUSSING THIS EXHIBIT?

01:02PM 19   A.   YES, SIR.

01:02PM 20   Q.   AND REMIND THE JURY WHO PROVIDED THIS INFORMATION TO

01:02PM 21   WALGREENS.

01:02PM 22   A.   YEAH.  THIS WAS BY MR. BALWANI AND THE THERANOS TEAM THAT

01:02PM 23   PROVIDED THIS INFORMATION.

01:02PM 24       WALGREENS WOULD NOT HAVE THIS INFORMATION, NOR WOULD WE BE

01:02PM 25   ABLE TO MAKE ANY TYPE OF PREDICTIONS AS TO HOW AND WHAT THE

JHAVERI REDIRECT BY MR. SCHENK                                    4909

01:02PM   1     PERCENTAGE WOULD BE.

01:02PM   2         AGAIN, THERANOS IS THE LAB.  THEY ARE THE EXPERTS AT THIS,

01:02PM   3     SO THEY WOULD PROVIDE THIS TYPE OF INFORMATION.

01:02PM   4     Q.   AND DO YOU RECALL ON CROSS-EXAMINATION MR. COOPERSMITH

01:02PM   5     ASKED YOU A QUESTION ABOUT A HYPOTHETICAL LAB FORM THAT HAD TEN

01:02PM   6     TESTS ON IT, AND IF ONE OF THOSE TESTS REQUIRED A VEIN DRAW,

01:02PM   7     ALL OF THE TESTS WOULD BE PERFORMED WITH A VEIN DRAW.

01:02PM   8         DO YOU RECALL THAT?

01:02PM   9     A.   YES, SIR.

01:02PM  10     Q.   WHERE DID YOU LEARN THAT FROM?  WHO TOLD YOU ABOUT THAT

01:03PM  11     PRACTICE, THAT IF ONE TEST REQUIRED A VEIN DRAW, ALL OF THE

01:03PM  12     TESTS WOULD BE CONVERTED TO A VEIN DRAW?

01:03PM  13     A.   THAT WAS IN THE DISCUSSION WITH MR. BALWANI.

01:03PM  14     Q.   SO THE SAME PERSON WHO TOLD YOU THAT, ALSO TOLD YOU THAT

01:03PM  15     THE VEIN DRAWS WOULD GET BELOW 20 PERCENT BY THE END OF AUGUST?

01:03PM  16     A.   THAT'S CORRECT.

01:03PM  17     Q.   AND DID THAT END UP BEING TRUE?

01:03PM  18     A.   NO, SIR.

01:03PM  19     Q.   HOW ABOUT THAT IT WOULD GET BELOW 10 PERCENT BY THE END OF

01:03PM  20     OCTOBER?  WAS THAT TRUE?

01:03PM  21     A.   NO, THAT DID NOT COME TO FRUITION.

01:03PM  22     Q.   AND HOW ABOUT THE NEXT ONE, BELOW 5 PERCENT BY THE END OF

01:03PM  23     THE YEAR, 2014?  DID THAT END UP COMING TO FRUITION?

01:03PM  24     A.   NO, SIR.

01:03PM  25     Q.   IF WE COULD TURN TO PAGE 16 OF THIS EXHIBIT, 1711, PAGE

JHAVERI REDIRECT BY MR. SCHENK                                    4910

01:03PM  1      16.

01:03PM  2           DO YOU RECALL DISCUSSING PATIENT FEEDBACK WITH

01:03PM  3      MR. COOPERSMITH?

01:03PM  4      A.   YES, SIR.

01:03PM  5      Q.   WHO CURATED THIS LIST OF FEEDBACK?

01:03PM  6      A.   THAT WAS FROM IT THE THERANOS TEAM.

01:03PM  7      Q.   SO THERANOS DECIDED WHICH PATIENT FEEDBACK QUOTES TO

01:04PM  8      SHARE; IS THAT CORRECT?

01:04PM  9      A.   CORRECT.

01:04PM 10           BECAUSE, IF I CAN EXPAND ON THAT, THIS WAS ALL THROUGH THE

01:04PM 11      IPAD THAT WAS PROVIDED AT THE END OF THE SESSION OR THE BLOOD

01:04PM 12      DRAW, AND SO THE PATIENTS ALSO HAD AN OPPORTUNITY TO PUT IT IN

01:04PM 13      FREE FORM INTO THAT IPAD.

01:04PM 14           SO THIS WAS INFORMATION THAT WE, AS WALGREENS, DID NOT

01:04PM 15      RECEIVE.  IT WENT DIRECTLY TO THERANOS, AND THEN IT WOULD RECAP

01:04PM 16      THE RESULTS.

01:04PM 17      Q.   AND IF WE CAN ENLARGE OR ZOOM IN ON THE ONE ON THE SCREEN

01:04PM 18      IN FRONT OF YOU.

01:04PM 19           I'M JUST WONDERING IF EVERY SINGLE ONE OF THESE IS ABOUT

01:04PM 20      PRICE?

01:04PM 21      A.   YES, IT IS.

01:04PM 22      Q.   I'D LIKE TO NOW TALK TO YOU ABOUT A TOPIC THAT YOU

01:04PM 23      DISCUSSED WITH MR. COOPERSMITH, BOTH THIS MORNING AND A FEW

01:04PM 24      WEEKS AGO, AND THAT'S THIS 2,000 VERSUS 200 ISSUE.

01:05PM 25           DO YOU KNOW WHAT I'M TALKING ABOUT WHEN I SAY THAT?

01:05PM   1      A.   YES, SIR.

01:05PM   2      Q.   AND SO I WANT TO FIRST BRING UP A COUPLE OF EXHIBITS AND

01:05PM   3      THEN WALK THROUGH THIS AND SEE IF YOU CAN HELP ME UNDERSTAND

01:05PM   4      THIS CONFUSION.

01:05PM   5           COULD WE START WITH EXHIBIT 1884, PAGE 1.

01:05PM   6           DO YOU RECOGNIZE THIS DOCUMENT?

01:05PM   7      A.   YES, SIR.

01:05PM   8      Q.   SO FIRST LET'S NOTE THE DATE.  THE DATE IS AUGUST 11,

01:05PM   9      2014.

01:05PM  10           DO YOU SEE THAT?

01:05PM  11      A.   YES.

01:05PM  12      Q.   AND IF WE CAN LOOK AT PAGE 4.

01:05PM  13           THIS IS FOR THE PARTNERSHIP MEETING.

01:05PM  14           DO YOU SEE UP AT THE TOP A DATE FOR THE PARTNERSHIP

01:05PM  15      MEETING?

01:05PM  16      A.   YES.

01:05PM  17      Q.   AND WHAT IS THE DATE?

01:05PM  18      A.   AUGUST 6TH.

01:05PM  19      Q.   SO ON AUGUST 6TH THERE WAS ONE OF THESE PERIODIC MEETINGS

01:05PM  20      BETWEEN THERANOS AND WALGREENS?

01:05PM  21      A.   YES, SIR.

01:05PM  22      Q.   AND COULD WE NOW LOOK AT PAGE 9.

01:06PM  23           MR. JHAVERI, DO YOU SEE THIS CHART ON PAGE 9?

01:06PM  24      A.   YES.

01:06PM  25      Q.   AND COULD YOU EXPLAIN TO THE JURY THE SECOND AND THE THIRD

JHAVERI REDIRECT BY MR. SCHENK                                    4912

01:06PM   1     ROW, AND THEN THE COLUMN UNDER 2015?  COULD YOU EXPLAIN WHAT

01:06PM   2     INFORMATION IS BEING DEPICTED THERE?

01:06PM   3     A.   SURE.

01:06PM   4          SO THERE WERE -- EACH OF THESE -- IN THE FIRST COLUMN

01:06PM   5     THERE'S THREE DIFFERENT ROWS, WELL EXPERIENCE, THERANOS, AND

01:06PM   6     THEN STD PROGRAM AT THE HEALTH CARE CLINICS.  EACH OF THEM WERE

01:06PM   7     THREE DISTINCT PRODUCTS.

01:06PM   8          AT WELL EXPERIENCE, WE WERE DESIGNING ALL OF OUR STORES TO

01:06PM   9     BE CONSUMER CENTRIC, PATIENT CENTRIC IN NEWER UPDATED MODELS,

01:06PM  10     AND SO THE 2,000, IN THE NEXT COLUMN DOWN IN 2015, REPRESENTED

01:06PM  11     THE NUMBER OF STORES THAT WE WERE PLANNING TO TOUCH IN 2015 FOR

01:07PM  12     A REMODEL.

01:07PM  13          THE NEXT ROW DOWN IS THERANOS, WHICH REPRESENTS THE

01:07PM  14     THERANOS SERVICES, THE THERANOS WELLNESS CENTERS.

01:07PM  15          AND THE 200, IN THE SECOND COLUMN, REPRESENTS THE NUMBER

01:07PM  16     OF STORES THAT WE WERE PLANNING TO HAVE THERANOS SERVICES IN.

01:07PM  17          AND THE LAST ROW IS THE STD PROGRAM, WHICH WAS BASICALLY

01:07PM  18     SEXUALLY TRANSMITTED DISEASE TESTS THAT WOULD BE DONE AT THE

01:07PM  19     HEALTH CARE CLINICS.

01:07PM  20          SO THE SECOND COLUMN THEN REPRESENTS THE NUMBER OF STORES

01:07PM  21     THAT WE WOULD INCORPORATE THAT SERVICE INTO THE HEALTH CARE

01:07PM  22     CLINIC.

01:07PM  23          AND SO THE PURPOSE OF THIS CHART IS REALLY TO SHOW HOW WE

01:07PM  24     WOULD PLAN TOUCHING THE STORES AND COMBINE EFFORTS WHEREVER WE

01:07PM  25     CAN.

JHAVERI REDIRECT BY MR. SCHENK                    4913

01:07PM  1        SO IF WE HAVE 2,000 STORES THAT WE ARE GOING TO GO TO, THE

01:08PM  2   DISCUSSION WAS, WELL, IF WE'RE GOING TO HAVE 200 STORES THAT

01:08PM  3   HAVE THERANOS IN IT, LET'S PLAN FOR IT NOW SO WE DON'T HAVE TO

01:08PM  4   TOUCH THE STORES MULTIPLE TIMES, WE CAN TOUCH IT ONCE, GET IT

01:08PM  5   DONE, AND GET IT OUT AND SO CUSTOMERS CAN START USING THOSE

01:08PM  6   STORES.

01:08PM  7        AND THE SAME THING WITH THE STD PROGRAM AT THE HEALTH CARE

01:08PM  8   CLINIC.

01:08PM  9        IN 2016 THAT WAS THE NEXT LEVEL NUMBER OF STORES.

01:08PM  10       AND THEN IN 2017, THE NEXT NUMBER OF STORES.

01:08PM  11       AND THAT'S HOW WE PLANNED.

01:08PM  12  Q.   IN THIS MEETING IN AUGUST, DID YOU TELL INDIVIDUALS FROM

01:08PM  13  THERANOS THAT WALGREENS WAS GOING TO OPEN 2,000 THERANOS

01:08PM  14  LOCATIONS INSIDE OF WALGREENS STORES?

01:08PM  15  A.   NO.

01:08PM  16       WHENEVER WE DID SUBSTITUTIONS ON STORES, YOU KNOW, IT WAS

01:08PM  17  A COLLABORATIVE, IT WAS A PARTNERSHIP DISCUSSION, AND SO WE

01:08PM  18  BOTH AGREED TO WHATEVER STORES THAT WE WOULD GO TO.

01:08PM  19       AND THIS IS THE CHART THAT WE HAD AGREED TO AT THAT

01:08PM  20  MEETING.

01:08PM  21  Q.   DID, IN FACT, YOU HAVE TO REDEFINE THE NUMBER OF STORES

01:09PM  22  THAT WALGREENS INTENDED TO OPEN WITH THERANOS LOCATIONS AT THIS

01:09PM  23  MEETING?

01:09PM  24  A.   WE DID.  I THINK I TALKED ABOUT IT EARLIER.

01:09PM  25       INITIALLY WE HAD ANTICIPATED THAT WE WOULD GO TO 500

01:09PM  1    STORES, AND FOR VARIOUS REASONS -- REMEMBER, AGAIN, THIS WAS A

01:09PM  2    PILOT.  WE WERE STILL LEARNING.  WE WERE MAKING SURE THAT OUR

01:09PM  3    CAPABILITIES EXIST ON BOTH COMPANIES' SIDE.

01:09PM  4        SO WE HAD REDUCED THAT NUMBER DOWN TO 200, WHICH WAS THE

01:09PM  5    NUMBER THAT WE ALL FELT COMFORTABLE.

01:09PM  6        AND WHEN I SAY "WE," BOTH ORGANIZATIONS, BOTH TEAMS FELT

01:09PM  7    COMFORTABLE.

01:09PM  8    Q.   IF WE CAN NOW LOOK AT EXHIBIT 1891.

01:09PM  9        YOUR HONOR, 1891 HAS BEEN PREVIOUSLY ADMITTED.

01:09PM 10        MR. JHAVERI, 1891 IS NOW ON THE SCREEN IN FRONT OF YOU.

01:09PM 11        DO YOU RECOGNIZE THIS DOCUMENT?

01:09PM 12    A.   YES, SIR.

01:09PM 13    Q.   AND IN THIS EMAIL, DO YOU SEE WHERE YOU TELL MR. BALWANI

01:10PM 14    THAT WE'RE GOING TO TOUCH 2,000 STORES IN 2015?

01:10PM 15    A.   YES.

01:10PM 16    Q.   AND WHAT WERE YOU REFERRING TO WHEN YOU TOLD MR. BALWANI

01:10PM 17    THAT YOU WERE GOING TO TOUCH 2,000 STORES?

01:10PM 18    A.   EXACTLY WHAT WAS DISCUSSED IN THAT -- IN THE PREVIOUS

01:10PM 19    DOCUMENT, WHICH IS, HEY, YOU KNOW, JUST REITERATING, 2,000

01:10PM 20    STORES ARE GOING TO GET TOUCHED.

01:10PM 21        LET'S -- AND OF THOSE 2,000 STORES, WE HAD COMMITTED TO

01:10PM 22    200 STORES THAT WILL HAVE THERANOS.  LET'S START PLANNING.

01:10PM 23    LET'S GET WHATEVER INFORMATION THAT WE NEED AND DEFINE WHICH

01:10PM 24    STORES ARE THE 200, AND THAT'S WHAT I'M ASKING FOR HERE.

01:10PM 25    Q.   AND DID YOU TELL ME THAT THE MEETING TOOK PLACE ON

01:10PM  1     AUGUST 6TH?

01:10PM  2     A.   YES.

01:10PM  3     Q.   AND WHAT IS THE DATE OF THIS EMAIL?

01:10PM  4     A.   AUGUST 13TH.

01:10PM  5     Q.   SO YOU FOLLOWED UP WITH MR. BALWANI AFTER THE MEETING TO

01:10PM  6     FURTHER DISCUSS THIS TOPIC OF TOUCHING 2,000 WELL EXPERIENCE

01:10PM  7     STORES?

01:10PM  8     A.   CORRECT.

01:10PM  9     Q.   DO YOU RECALL THIS MORNING WHEN MR. COOPERSMITH PLAYED,

01:11PM 10     PLAYED A VIDEO OF SOME OF YOUR PRIOR TESTIMONY?

01:11PM 11     A.   YES, SIR.

01:11PM 12     Q.   I'D LIKE YOU TO TAKE A LOOK IN THE -- I THINK IT'S THE

01:11PM 13     SECOND DEFENSE BINDER.

01:11PM 14          THE EXHIBIT NUMBER IS 28033.  I BELIEVE THE PAGE NUMBER IS

01:11PM 15     218.

01:11PM 16     A.   I HAVE IT.

01:11PM 17     Q.   YOU'RE THERE?

01:11PM 18     A.   YES, SIR.

01:11PM 19     Q.   FIRST, DID MR. COOPERSMITH ASK YOU TO LOOK AT THIS SECTION

01:11PM 20     THIS MORNING?

01:12PM 21     A.   NO.

01:12PM 22     Q.   DID HE PLAY THIS SECTION THIS MORNING?

01:12PM 23     A.   NO, SIR.

01:12PM 24     Q.   SO I'M GOING TO ASK YOU FIRST TO READ TO YOURSELF

01:12PM 25     BEGINNING ON LINE 9 OF 218 THROUGH PAGE 220, LINE 14.  SO A

01:12PM  1    COUPLE OF PAGES.

01:12PM  2         JUST READ IT TO YOURSELF AND LET ME KNOW WHEN YOU'RE DONE.

01:12PM  3    A.   OKAY.

01:13PM  4         (PAUSE IN PROCEEDINGS.)

01:13PM  5              THE WITNESS:  OKAY.

01:13PM  6    BY MR. SCHENK:

01:13PM  7    Q.   HAVE YOU FINISHED READING THAT?

01:13PM  8    A.   YES, SIR.

01:13PM  9    Q.   WAS THE SAME TOPIC, THAT IS, WHETHER 2,000 STORES REFERRED

01:13PM 10    TO WELL EXPERIENCE STORES, WAS THAT DISCUSSED LATER ON IN THE

01:13PM 11    SAME DEPOSITION THAT YOU SAW THE RECORDING FROM EARLIER?

01:13PM 12              MR. COOPERSMITH:  OBJECTION TO THE QUESTION.  IT IS

01:13PM 13    MISCHARACTERIZING THE TESTIMONY, AND IT'S READING FROM THE

01:13PM 14    DOCUMENT.

01:13PM 15              THE COURT:  OVERRULED.

01:13PM 16         YOU CAN ANSWER THE QUESTION.

01:13PM 17              THE WITNESS:  WOULD YOU PLEASE ASK THE QUESTION

01:13PM 18    AGAIN?

01:13PM 19    BY MR. SCHENK:

01:13PM 20    Q.   YES.  IS WHAT I JUST ASKED YOU TO READ LATER IN THE

01:13PM 21    TRANSCRIPT FROM THE SAME DEPO THAT YOU SAW PLAYED THIS MORNING?

01:13PM 22    A.   YES.

01:13PM 23    Q.   AND DOES IT COVER THE SAME TOPIC, THE 2,000 STORES?

01:13PM 24    A.   YES, IT DOES.

01:13PM 25              MR. SCHENK:  YOUR HONOR, UNDER 801(D)(1)(B),

JHAVERI REDIRECT BY MR. SCHENK                                    4917

01:13PM   1        PERMISSION TO READ ON PAGE 220, LINE 2 THROUGH LINE 14,

01:14PM   2        OMITTING LINE 8.

01:14PM   3             MR. COOPERSMITH:  ONE MOMENT, YOUR HONOR.

01:14PM   4             THE COURT:  YES.

01:14PM   5          (PAUSE IN PROCEEDINGS.)

01:15PM   6             MR. COOPERSMITH:  YOUR HONOR, I OBJECT.  I DON'T

01:15PM   7        THINK THIS QUALIFIES UNDER THE SUBSECTION OF 801 THAT

01:15PM   8        MR. SCHENK CITED.

01:15PM   9          IT'S NOT A PRIOR CONSISTENT STATEMENT.

01:15PM  10          IF YOU LOOK AT THE TEXT CLOSELY, IT DOESN'T COMPUTE, AND

01:15PM  11        IT'S NOT A PROPER STATEMENT UNDER THAT RULE.

01:15PM  12          THAT'S OUR OBJECTION.

01:15PM  13             THE COURT:  OKAY.  THANK YOU.

01:15PM  14          I WILL ALLOW IT UNDER 801(D)(1)(B)(I) AND (II), AND IT

01:15PM  15        DOES APPEAR TO ADD CLARIFICATION AND THAT RULE OF EVIDENCE

01:15PM  16        APPLIES, SO I WILL ALLOW THAT TO BE READ.

01:15PM  17             MR. SCHENK:  THANK YOU VERY MUCH, YOUR HONOR.

01:16PM  18        Q.  MR. JHAVERI, IF YOU'LL JUST FOLLOW ALONG AND TELL ME IF

01:16PM  19        I'VE READ IT CORRECTLY.

01:16PM  20          "QUESTION:  AND WHEN YOU CONSIDER THIS DOCUMENT,

01:16PM  21        EXHIBIT 953, TOGETHER WITH EXHIBIT 952, DOES THAT GIVE YOU AN

01:16PM  22        UNDERSTANDING THAT THE 2,000 STORES YOU WERE REFERENCING TO

01:16PM  23        MR. BALWANI WERE THE 2,000 WELL EXPERIENCE STORES THAT

01:16PM  24        WALGREENS WAS GOING TO BE WORKING ON IN 2015?

01:16PM  25          "ANSWER:  YEAH.  BASED ON, BASED ON LOOKING AT THIS BOTH

01:16PM 1    TOGETHER NOW, YEAH, THAT IS CORRECT.

01:16PM 2         "QUESTION:  AND THE NUMBER OF THERANOS STORES THAT WAS

01:16PM 3    UNDER DISCUSSION FOR 2015, AS OF AT LEAST THIS DATE,

01:16PM 4    AUGUST 11TH, 2014, WAS 200 ACCORDING TO THIS CHART?

01:16PM 5         "ANSWER:  THAT IS CORRECT."

01:16PM 6         MR. JHAVERI, DID I READ THAT CORRECTLY?

01:16PM 7    A.   YES.

01:16PM 8    Q.   SO IN THE DEPOSITION THAT YOU HAD PLAYED FOR YOU THIS

01:17PM 9    MORNING, DO YOU RECALL THAT?

01:17PM 10   A.   YES, SIR.

01:17PM 11   Q.   WERE YOU GIVEN AN OPPORTUNITY LATER IN THAT TRANSCRIPT,

01:17PM 12   LATER THAT DAY, TO FURTHER EXPLAIN WHAT YOU MEANT BETWEEN 2,000

01:17PM 13   WELL EXPERIENCE STORES AND 200 THERANOS STORES?

01:17PM 14   A.   YES, I WAS.

01:17PM 15        AFTER I GAVE THAT TESTIMONY, I REALIZED THAT I HAD GOTTEN

01:17PM 16   SOME OF THE DOCUMENTS CONFUSED, AND SO I DID ASK TO HAVE IT

01:17PM 17   CLARIFIED, AND I BELIEVE THAT IT WAS ALL CORRECTED IN THE

01:17PM 18   TESTIMONY.

01:17PM 19   Q.   AND TODAY WHAT IS YOUR BELIEF REGARDING 2,000 STORES?

01:17PM 20   WERE THE 2,000 STORES THERANOS STORES, OR WERE THEY WELL

01:17PM 21   EXPERIENCE STORES?

01:17PM 22   A.   THEY WERE WELL EXPERIENCE STORES.

01:17PM 23        MR. BALWANI AND I HAD A, YOU KNOW, A DISCUSSION ABOUT

01:17PM 24   THIS.  HE WAS CERTAINLY WELL AWARE OF IT, AND THAT WAS THE PLAN

01:17PM 25   IS TO GO TO 2,000 STORES FOR WELL EXPERIENCE, AND THE 200

01:17PM   1    STORES FOR THERANOS ALONG WITH IT, AND WE WERE IN THE PROCESS

01:18PM   2    OF DETERMINING WHAT THOSE STORES WERE, AND THAT WAS WHAT THE

01:18PM   3    GOAL WAS.

01:18PM   4    Q.   THANK YOU.

01:18PM   5         THE NEXT TOPIC I WOULD LIKE TO TALK TO YOU ABOUT IS SOME

01:18PM   6    OF THE WORK THAT OCCURRED IN 2010, AND THEN I THINK YOU SAID

01:18PM   7    YOU REVIEWED MATERIALS WHEN YOU BECAME MORE INVOLVED IN THE

01:18PM   8    LATER PART OF 2013 AND 2014.

01:18PM   9         DO YOU RECALL THAT TESTIMONY?

01:18PM  10    A.   YES, SIR.

01:18PM  11    Q.   IN 2010, DID YOU TAKE MR. BALWANI AND MS. HOLMES ON A

01:18PM  12    TOUR?

01:18PM  13    A.   I DID.

01:18PM  14    Q.   AND REMIND THE JURY WHAT WAS INVOLVED IN THAT, PLEASE.

01:18PM  15    A.   YES.  I ACTUALLY RECEIVED -- IN 2010 I RECEIVED A PHONE

01:18PM  16    CALL FROM DR. ROSAN WHO WAS MEETING WITH MR. BALWANI AND

01:18PM  17    MS. HOLMES AT THE TIME.  THEY HAD A TOP-TO-TOP MEETING TO

01:18PM  18    DISCUSS THE PARTNERSHIP, AND DR. ROSAN ASKED ME TO GIVE A TOUR

01:18PM  19    TO MS. HOLMES AND MR. BALWANI OF OUR NEW WELL EXPERIENCE STORE

01:18PM  20    THAT WAS LOCATED IN WHEELING, ILLINOIS WHICH IS ABOUT 15

01:19PM  21    MINUTES FROM THE CORPORATE HEADQUARTERS OF WALGREENS.

01:19PM  22         I SAID I WOULD BE MORE THAN HAPPY TO DO THAT.  CERTAINLY I

01:19PM  23    HAD HEARD ABOUT THERANOS AND THE POTENTIAL PARTNERSHIP THAT WAS

01:19PM  24    COMING.

01:19PM  25         SO I MET BOTH MR. BALWANI AND MS. HOLMES AT THE STORE.

JHAVERI REDIRECT BY MR. SCHENK                                    4920

01:19PM  1        AND WHAT I PROVIDED THEM WITH IS A TOUR OF THE NEW

01:19PM  2   REMODELLED STORE IN WHEELING, NEW WAITING AREA, NEW PHARMACY,

01:19PM  3   NEW CONSULTATION ROOM OR PRIVATE HEALTH ROOM, AND THEN A NEW

01:19PM  4   SPACE CALLED THE COMMUNITY ROOM.  AND WE BUILT THAT ROOM

01:19PM  5   BASICALLY TO PROVIDE ANY TYPE OF FUTURE SERVICES.

01:19PM  6        SO WHAT I WAS SHOWING MR. BALWANI AND MS. HOLMES WAS THAT

01:19PM  7   THIS SPACE COULD BE USED FOR ANYTHING FROM DIABETES EDUCATION

01:19PM  8   TO LAB SERVICES, AND THAT WAS THE PURPOSE OF THE VISIT.

01:19PM  9        IT WAS ABOUT 15 OR 20 MINUTES LONG.  THEY WERE CERTAINLY

01:19PM 10   VERY EXCITED ABOUT THE NEW MODEL, BECAUSE IT ALLOWED US TO

01:20PM 11   REALLY EXPAND INTO THE HEALTH CARE SPACE THROUGH DIFFERENT

01:20PM 12   SERVICES.

01:20PM 13   Q.   THANK YOU.

01:20PM 14        AND REMIND US ALSO ABOUT, I'LL CALL IT DUE DILIGENCE, THE

01:20PM 15   WORK THAT YOU DID IN THE 2013, 2014 TIME PERIOD TO GET UP TO

01:20PM 16   SPEED ON THE THERANOS PROJECT.

01:20PM 17        WHAT DID YOU DO AT THAT POINT?

01:20PM 18   A.   YEAH, YOU KNOW, SO I CERTAINLY MET WITH ALL OF MY NEW TEAM

01:20PM 19   TO UNDERSTAND, YOU KNOW, WHERE THEY WERE AT, WHAT WAS GOING ON.

01:20PM 20        I MET WITH THE EXECUTIVES, WADE MIQUELON, DR. JAY ROSAN,

01:20PM 21   TO REALLY UNDERSTAND WHAT IS THE ACTUAL PROJECT, WHAT ARE WE

01:20PM 22   TRYING TO DO, WHO WAS THE PARTNER, AND WHO IS MY COUNTERPART AT

01:20PM 23   THERANOS, AND THEN WHERE DO WE NEED TO GO?

01:20PM 24        AND SO ONCE I HAD THAT UNDERSTANDING, THEN I COULD HELP

01:20PM 25   SHEPHERD THIS PROJECT TOWARDS THAT GOAL.

01:20PM   1    Q.   AND I'M NOT ASKING WHAT DR. ROSAN TOLD YOU, I'M JUST

01:20PM   2    WONDERING, DID DR. ROSAN COMMUNICATE INFORMATION TO YOU?

01:21PM   3        YOU SAID YOU MET WITH PEOPLE LIKE WADE MIQUELON AND

01:21PM   4    JAY ROSAN.  SO WERE THEY SOURCES FOR YOU WHEN YOU WERE

01:21PM   5    REENGAGING IN THE PROJECT IN 2013 AND 2014?

01:21PM   6    A.   YES, SIR.

01:21PM   7            MR. SCHENK:  YOUR HONOR, MAY I APPROACH?

01:21PM   8            THE COURT:  YES.

01:21PM   9            MR. SCHENK:  (HANDING.)

01:21PM  10    Q.   MR. JHAVERI, I'VE HANDED YOU EXHIBIT 273.

01:21PM  11        DO YOU SEE THAT DOCUMENT?

01:21PM  12    A.   YES, SIR.

01:21PM  13    Q.   AND 273 HAS TWO EMAILS ON THE FIRST PAGE AND THEN

01:21PM  14    ATTACHMENTS AFTERWARDS.

01:21PM  15        DO YOU SEE THAT?

01:21PM  16    A.   YES, I DO.

01:21PM  17    Q.   IS THE 2010 EMAIL FROM MS. HOLMES TO DR. ROSAN AND

01:22PM  18    MR. BALWANI?

01:22PM  19    A.   YES, IT IS.

01:22PM  20    Q.   AND IS THE EMAIL ON TOP A FORWARD FROM MS. HOLMES TO

01:22PM  21    MR. BALWANI ABOUT TWO YEARS LATER?

01:22PM  22    A.   YES.

01:22PM  23            MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 273.

01:22PM  24            MR. COOPERSMITH:  YOUR HONOR, 401 AND 802.

01:22PM  25            MR. SCHENK:  IT'S HIGHLY RELEVANT, AND IT'S A

01:22PM   1    BUSINESS RECORD.

01:22PM   2              THE COURT:  THE OBJECTION IS OVERRULED.

01:22PM   3         IT'S ADMITTED, AND IT MAY BE PUBLISHED.

01:22PM   4         (GOVERNMENT'S EXHIBIT 273 WAS RECEIVED IN EVIDENCE.)

01:22PM   5              MR. SCHENK:  THANK YOU.

01:22PM   6    Q.   MR. JHAVERI, IF WE CAN START WITH THE EMAIL FROM

01:22PM   7    MS. HOLMES TO DR. ROSAN AND MR. BALWANI.

01:22PM   8         DO YOU SEE THAT?

01:22PM   9    A.   YES, SIR.

01:22PM  10    Q.   AND WHAT IS THE DATE OF THAT EMAIL?

01:22PM  11    A.   MARCH 15TH, 2010.

01:22PM  12    Q.   AND IT LOOKS LIKE IN THE SECOND LINE OF THE EMAIL FROM

01:23PM  13    MS. HOLMES, SHE WRITES, "PLEASE FIND THE MATERIALS DISCUSSED ON

01:23PM  14    OUR LAST CALL ATTACHED TO THIS EMAIL FOR YOUR INTERNAL USE AND

01:23PM  15    CIRCULATION."

01:23PM  16         DO YOU SEE THAT?

01:23PM  17    A.   YES, SIR.

01:23PM  18    Q.   AND THEN ABOVE THE EMAIL, THE EMAIL ABOVE ON THIS SCREEN

01:23PM  19    AT THE VERY TOP, DO YOU SEE WHERE MS. HOLMES FORWARDS THIS

01:23PM  20    AGAIN TO MR. BALWANI, BUT THIS TIME IN AUGUST OF 2012?

01:23PM  21    A.   YES.

01:23PM  22    Q.   AND DO YOU SEE THAT THERE ARE SOME ATTACHMENTS?

01:23PM  23    A.   YES.

01:23PM  24    Q.   I'D LIKE TO ASK YOU ABOUT A COUPLE OF LINES IN THE

01:23PM  25    ATTACHMENTS.

JHAVERI REDIRECT BY MR. SCHENK                                    4923

01:23PM  1           ON PAGE 11 OF EXHIBIT 273, DO YOU SEE, UNDER VALIDATION OF

01:23PM  2    THERANOS SYSTEMS, "THERANOS SYSTEMS HAVE BEEN COMPREHENSIVELY

01:23PM  3    VALIDATED OVER THE COURSE OF THE LAST SEVEN YEARS BY TEN OF THE

01:23PM  4    FIFTEEN LARGEST PHARMACEUTICAL COMPANIES"?

01:23PM  5    A.   YES.

01:23PM  6    Q.   AND DOES IT APPEAR THAT THAT INFORMATION WAS COMMUNICATED

01:24PM  7    IN MARCH OF 2010 FROM MS. HOLMES TO DR. ROSAN?

01:24PM  8    A.   YES.

01:24PM  9    Q.   IF YOU'LL NOW TURN TO PAGE 31.

01:24PM 10           ON PAGE 31, IF WE CAN ZOOM IN ON THE FIRST PARAGRAPH.  DO

01:24PM 11    YOU SEE WHERE THERE'S A DESCRIPTION OF THERANOS AS "A

01:24PM 12    SILICON VALLEY, CALIFORNIA COMPANY THAT FOR THE FIRST TIME CAN

01:24PM 13    RUN ANY BLOOD TEST IN REAL-TIME FOR LESS THAN HALF THE COST OF

01:24PM 14    CENTRAL LAB TESTS"?

01:24PM 15    A.   YES, I DO.

01:24PM 16    Q.   AND IF YOU'LL NOW LOOK AT THE PARAGRAPH THAT BEGINS, "THE

01:24PM 17    ABILITY."

01:24PM 18           IT'S ABOUT HALFWAY DOWN THE PAGE.

01:24PM 19           "THE ABILITY TO RUN BLOOD TESTS FROM A FINGERSTICK IN LESS

01:24PM 20    THAN AN HOUR AT WALGREENS CREATES A NEW WORKFLOW FOR HEALTH

01:24PM 21    CARE."

01:24PM 22           DO YOU SEE THAT?

01:25PM 23    A.   YES.

01:25PM 24    Q.   AND WAS THAT ALSO SHARED BY MS. HOLMES WITH DR. ROSAN AND

01:25PM 25    MR. BALWANI IN MARCH OF 2010?

01:25PM  1    A.   YES, IT APPEARS SO.

01:25PM  2    Q.   I'D LIKE TO COVER A COUPLE OF TOPICS THAT YOU COVERED WITH

01:25PM  3    MR. COOPERSMITH THIS MORNING.  THE FIRST ONE IS EXHIBIT 2214.

01:25PM  4         YOUR HONOR, 2214 HAS BEEN PREVIOUSLY ADMITTED.  PERMISSION

01:25PM  5    TO PUBLISH?

01:25PM  6              THE COURT:  YES.

01:25PM  7              MR. SCHENK:  THANK YOU.

01:25PM  8    Q.   IF WE CAN GO TO PAGE 6 ON 2214.

01:25PM  9         DO YOU RECALL A DISCUSSION WITH MR. COOPERSMITH THIS

01:25PM  10   MORNING WHERE YOU SAW THE VEIN DRAW PERCENT GO TO ABOUT I THINK

01:25PM  11   IT WAS 34 PERCENT?

01:25PM  12        DO YOU RECALL THAT?

01:25PM  13   A.   I DO.

01:25PM  14   Q.   AND WAS THAT IN JULY OF 2014?

01:26PM  15   A.   I BELIEVE SO.

01:26PM  16   Q.   DOES THIS DOCUMENT, EXHIBIT 2214, SHOW US THAT THE VEIN

01:26PM  17   DRAW PERCENT THROUGHOUT THE ENTIRE YEAR OF 2014 WAS 40 PERCENT?

01:26PM  18   A.   YES, IT DOES.

01:26PM  19   Q.   AND DID THAT VEIN DRAW PERCENT INFLUENCE WALGREENS'S

01:26PM  20   DECISION ABOUT WHETHER OR NOT TO HAVE ADDITIONAL STORES

01:26PM  21   BEYOND 40 IN ARIZONA?

01:26PM  22   A.   YES.

01:26PM  23   Q.   WHY?

01:26PM  24   A.   THIS WAS ONE OF THE REASONS WHY WE HAD THE PARTNERSHIP

01:26PM  25   WITH THERANOS.  IT WAS THE TECHNOLOGY THAT THEY HAD DEVELOPED

01:26PM 1   TO BE ABLE TO RUN ALL OF THE TESTS ON A FINGERSTICK.  THE IDEA

01:26PM 2   WAS IT WAS LESS PAINFUL, IT WAS FASTER, IT WAS CHEAPER, AND

01:26PM 3   PATIENTS THAT WOULD OTHERWISE NOT WANT TO GET THEIR LAB TEST

01:26PM 4   DONE THROUGH A NORMAL MEANS WOULD OTHERWISE NOW GET IT DONE

01:27PM 5   BECAUSE IT'S NOT AS PAINFUL AND IT'S QUICK.

01:27PM 6       SO FOR US, THIS WAS -- THIS WAS THE, YOU KNOW, THE SELLING

01:27PM 7   POINT OF THE PARTNERSHIP WITH THERANOS, AND THAT'S WHY THIS WAS

01:27PM 8   A BIG METRIC THAT WE MONITORED.

01:27PM 9   Q.   AND WAS THE IMPORTANCE OF VEIN DRAW PERCENT SOMETHING THAT

01:27PM 10  YOU COMMUNICATED TO MR. BALWANI?

01:27PM 11  A.   YES.

01:27PM 12  Q.   WOULD YOU NOW LOOK AT EXHIBIT 2275.

01:27PM 13      YOUR HONOR, THIS HAS ALREADY BEEN PREVIOUSLY ADMITTED.

01:27PM 14      ON THIS DOCUMENT, MR. JHAVERI, DO YOU TALK ABOUT AN

01:27PM 15  ACCEPTABLE VENOUS DRAW PERCENT FOR SOMETHING CALLED THE HUB AND

01:27PM 16  SPOKE MODEL?

01:27PM 17  A.   YES.

01:27PM 18  Q.   AND WAS THIS COMMUNICATED DIRECTLY TO MR. BALWANI?

01:27PM 19  A.   YES, SIR.

01:27PM 20  Q.   I'D LIKE TO TALK TO YOU ABOUT THREE COMPANIES THAT CAME UP

01:27PM 21  THIS MORNING:  GENENTECH, ABBOTT, AND PFIZER.

01:27PM 22      DO YOU RECALL THAT LINE OF QUESTIONING?

01:27PM 23  A.   YES, SIR.

01:27PM 24  Q.   AND DO YOU KNOW IF ANYTHING EVER CAME OF THE RELATIONSHIP

01:28PM 25  BETWEEN THERANOS, WALGREENS, AND GENENTECH?

JHAVERI REDIRECT BY MR. SCHENK                    4926

01:28PM  1    A.   I'M NOT AWARE OF ANY.

01:28PM  2    Q.   SAME QUESTION FOR ABBOTT.  DO YOU KNOW IF ANYTHING EVER

01:28PM  3    CAME OF THAT?

01:28PM  4    A.   NO, SIR.

01:28PM  5    Q.   SAME QUESTION FOR PFIZER IN 2015.  DO YOU KNOW IF ANYTHING

01:28PM  6    EVER CAME OF THAT?

01:28PM  7    A.   NO, SIR.

01:28PM  8    Q.   WOULD THE TYPE OF DRAW THAT A PATIENT RECEIVES EFFECT WAIT

01:28PM  9    TIME?  IN OTHER WORDS, IF A PATIENT GOES INTO A WALGREENS STORE

01:28PM 10    AND THEY RECEIVED A VENOUS DRAW OR THEY RECEIVED A FINGERSTICK

01:28PM 11    DRAW, WOULD THAT HAVE AN EFFECT ON WAIT TIME?

01:28PM 12    A.   NOT THE WAIT TIME, BUT THE PROCESS TIME.

01:28PM 13         SO WHEN THEY'RE IN THE ROOM HAVING THEIR BLOOD EXTRACTED,

01:28PM 14    THAT'S WHEN THE TIME WOULD BE IMPACTED.

01:28PM 15    Q.   I SEE.  SO WHEN THERE WAS DISCUSSION ABOUT THE PROCESSING

01:28PM 16    TIME, WAS THAT ANOTHER WAY TO TALK ABOUT THE IMPORTANCE OF

01:28PM 17    FINGERSTICK OVER VENOUS DRAW?

01:29PM 18    A.   YES, BECAUSE THE WAIT TIME -- THE WAIT TIME, THE TIME TO

01:29PM 19    DO THE PROCESS IS MUCH LESS FOR A FINGERSTICK THAN A

01:29PM 20    VENOUS DRAW.

01:29PM 21    Q.   THANK YOU.  IF WE CAN NOW BRING UP EXHIBIT 20244.

01:29PM 22         THIS HAS ALSO BEEN PREVIOUSLY ADMITTED, YOUR HONOR.

01:29PM 23         DO YOU REMEMBER DISCUSSING THIS EXHIBIT WITH

01:29PM 24    MR. COOPERSMITH THIS MORNING?

01:29PM 25    A.   YES, SIR.

ER-3606

01:29PM  1    Q.   IN IT I THINK MR. BALWANI MAKES REFERENCE TO "PLAIN OLD

01:29PM  2    MARKET TRACTION."

01:29PM  3         DO YOU SEE THAT?

01:29PM  4    A.   YES, SIR.

01:29PM  5    Q.   AFTER THERE WERE SOME STATEMENTS ABOUT INCREASED PATIENTS

01:29PM  6    OR CUSTOMERS IN STORES?

01:29PM  7    A.   CORRECT.

01:29PM  8    Q.   WOULD YOU TELL THE JURY THE DATE OF THE VERY TOP EMAIL

01:29PM  9    WHERE MR. BALWANI MAKES REFERENCE TO MARKET TRACTION?

01:29PM 10    A.   APRIL 8TH, 2015.

01:29PM 11    Q.   COULD WE NOW BRING UP 5387H.

01:29PM 12         PERMISSION TO PUBLISH, YOUR HONOR, PAGE 42?  IT'S BEEN

01:30PM 13    PREVIOUSLY ADMITTED.

01:30PM 14              THE COURT:  YES.

01:30PM 15    BY MR. SCHENK:

01:30PM 16    Q.   AND ABOUT HALFWAY DOWN THE PAGE, MR. JHAVERI, DO YOU SEE A

01:30PM 17    TEXT MESSAGE WHERE MR. BALWANI WRITES, "GOING THRU CVS

01:30PM 18    CONTRACT.  WE CAN'T WORK WITH WAG OR CVS.  BOTH ARE SAME."

01:30PM 19         DO YOU SEE THAT?

01:30PM 20    A.   YES.

01:30PM 21    Q.   AND WHAT IS THE DATE OF THIS TEXT MESSAGE?

01:30PM 22    A.   APRIL 9TH, 2015.

01:30PM 23    Q.   AND IS THAT ONE DAY AFTER THE EMAIL THAT YOU AND I JUST

01:30PM 24    LOOKED AT?

01:30PM 25    A.   YES.

JHAVERI REDIRECT BY MR. SCHENK                                4928

01:30PM  1     Q.   YOU AND I HAVE SPOKEN ABOUT THE METRICS THAT WALGREENS WAS

01:30PM  2     TRACKING, AND I THINK YOU SAID THAT WAS USEFUL IN DETERMINING

01:30PM  3     FURTHER EXPANSION; IS THAT RIGHT?

01:30PM  4     A.   CORRECT.

01:30PM  5     Q.   COULD WE BRING UP EXHIBIT 1896.  IN 1896 -- DO YOU

01:30PM  6     RECOGNIZE THIS DOCUMENT?

01:31PM  7     A.   YES, I DO.

01:31PM  8     Q.   IN THE DOCUMENT, YOU INFORM MR. BALWANI THAT IT WOULD BE

01:31PM  9     DIFFICULT TO CONVINCE MANAGEMENT TO EXPAND BEYOND ARIZONA FOR A

01:31PM  10    COUPLE OF REASONS.

01:31PM  11         DO YOU SEE THAT?

01:31PM  12    A.   YES.

01:31PM  13    Q.   AND WHY WAS THAT?  WHY MIGHT IT BE DIFFICULT TO CONVINCE

01:31PM  14    MANAGEMENT TO EXPAND BEYOND ARIZONA?

01:31PM  15    A.   WELL, AGAIN, WE WERE DOING THE PILOT, AND TWO OF THE

01:31PM  16    METRICS THAT WE WERE LOOKING AT, OF MANY, AS I EXPLAINED

01:31PM  17    BEFORE, WAS, OF COURSE, PATIENTS PER DAY WITH A GREAT

01:31PM  18    EXPERIENCE BEING NOT ONLY THE NUMBER OF PATIENTS, BUT WERE THEY

01:31PM  19    RECEIVING A GREAT EXPERIENCE; AND THEN THE SECOND WAS THE

01:31PM  20    VENOUS PERCENT GOING BELOW 10 PERCENT RANGE.

01:31PM  21    Q.   TODAY I THINK YOU AND MR. COOPERSMITH REVIEWED SEVERAL

01:31PM  22    EMAILS IN THE 2015 TIMEFRAME.

01:31PM  23         DO YOU RECALL THAT?

01:31PM  24    A.   YES.

01:31PM  25    Q.   AND EMAILS TALKING ABOUT THE NUMBER OF STORES THAT

01:31PM  1    THERANOS AND WALGREENS WERE PLANNING FOR; IS THAT RIGHT?

01:32PM  2    A.   YES.

01:32PM  3    Q.   AND IN EXHIBIT 1896 -- CAN YOU REMIND THE JURY THE DATE OF

01:32PM  4    THIS EMAIL?

01:32PM  5    A.   AUGUST 15TH, 2014.

01:32PM  6    Q.   DID WALGREENS EVER OPEN MORE THAN 40 STORES IN ARIZONA?

01:32PM  7    A.   NO, SIR.

01:32PM  8    Q.   DID WALGREENS EVER OPEN MORE THAN ONE STORE, THE PALO ALTO

01:32PM  9    STORE, WITH THERANOS SERVICES IN CALIFORNIA?

01:32PM 10    A.   NO, SIR.

01:32PM 11    Q.   SO ALL OF THE EMAILS THAT YOU SAW TALKING ABOUT PLANS FOR

01:32PM 12    2015, DID ANY OF THEM EVER COME TO FRUITION?

01:32PM 13    A.   NO, SIR.

01:32PM 14    Q.   WAS THE VENOUS DRAW PERCENT ONE OF THE REASONS WHY?

01:32PM 15    A.   IT WAS ONE OF THE REASONS, CORRECT.

01:32PM 16    Q.   AMONG THE REASONS, YOU COVERED ONE WITH MR. COOPERSMITH,

01:32PM 17    HE ASKED YOU ABOUT A "WALL STREET JOURNAL" ARTICLE.

01:32PM 18         DO YOU RECALL THAT?

01:32PM 19    A.   YES, SIR.

01:32PM 20    Q.   AND I THINK HIS QUESTION TO YOU WAS, DID THINGS CHANGE

01:32PM 21    AFTER "THE WALL STREET JOURNAL" ARTICLE?

01:32PM 22         DO YOU RECALL THAT?

01:32PM 23    A.   YES, SIR.

01:32PM 24    Q.   AND WHAT WAS YOUR ANSWER?

01:32PM 25    A.   THINGS DID CHANGE.

ER-3609

01:32PM  1    Q.   DID THE RELATIONSHIP END BECAUSE OF NEGATIVE MEDIA

01:33PM  2    COVERAGE?

01:33PM  3    A.   NO.   THE RELATIONSHIP ENDED -- OF COURSE WE HAD A LOT OF

01:33PM  4    QUESTIONS WHEN THAT ARTICLE CAME OUT.   THERE WAS A LOT OF

01:33PM  5    INFORMATION IN THAT ARTICLE THAT WE WERE JUST NOT AWARE OF, AND

01:33PM  6    SO WE WERE TRYING TO FIGURE OUT WHAT WAS THE TRUTH.

01:33PM  7         AND SO I HAD REACHED OUT TO MR. BALWANI, AND THEN

01:33PM  8    SUBSEQUENTLY OUR CHIEF MEDICAL OFFICER BECAME VERY INVOLVED,

01:33PM  9    OUR COUNSEL BECAME INVOLVED, AND WE TRIED TO UNDERSTAND WHAT

01:33PM 10    WAS TRULY GOING ON.

01:33PM 11         WHEN WE REALIZED THAT PATIENTS WERE NOW POTENTIALLY BEING

01:33PM 12    HARMED AND ALL OF THE TESTS WERE VOIDED IS WHEN WE COMPLETELY

01:33PM 13    STOPPED ALL OF THE OPERATION.

01:33PM 14              MR. COOPERSMITH:   OBJECTION, YOUR HONOR.   MOVE TO

01:33PM 15    STRIKE.   IT'S NONRESPONSIVE AND IT'S PREJUDICIAL, 403.

01:33PM 16              THE COURT:   I THINK THIS WAS THIS WITNESS'S OPINION

01:33PM 17    OF THAT.   WHETHER OR NOT IT'S ACCURATE OR NOT IS SUBJECT TO

01:34PM 18    QUESTIONING, BUT IT WAS HIS OPINION.

01:34PM 19         SO I'LL OVERRULE THE OBJECTION.   THE ANSWER CAN REMAIN.

01:34PM 20              MR. SCHENK:   THANK YOU.

01:34PM 21    Q.   MR. JHAVERI, WAS THERANOS EVER ABLE TO PROVIDE

01:34PM 22    SATISFACTORY ANSWERS TO WALGREENS'S QUESTIONS AT THIS TIME?

01:34PM 23    A.   NO.

01:34PM 24    Q.   FINALLY, I'D LIKE TO TALK TO YOU ABOUT YOUR BLOOD TEST

01:34PM 25    RESULTS.   DO YOU RECALL I THINK IT WAS EXHIBIT 966?

JHAVERI REDIRECT BY MR. SCHENK                           4931

01:34PM  1    A.   YES, SIR.

01:34PM  2    Q.   DO YOU RECALL REVIEWING THAT WITH MR. COOPERSMITH?

01:34PM  3    A.   YES, SIR.

01:34PM  4    Q.   AND I THINK THE LINE OF QUESTIONING WAS YOUR RESULTS WITH

01:34PM  5    THERANOS WERE THE SAME AS A DIFFERENT BUT SIMULTANEOUS BLOOD

01:34PM  6    TEST THAT YOU HAD; IS THAT RIGHT?

01:34PM  7    A.   CORRECT.

01:34PM  8    Q.   COULD WE BRING UP EXHIBIT 957.  THAT ALSO HAS BEEN

01:34PM  9    PREVIOUSLY ADMITTED.

01:34PM  10        MR. JHAVERI, DO YOU REMEMBER ON DIRECT SEEING THIS

01:34PM  11   EXHIBIT?

01:34PM  12   A.   YES.

01:34PM  13   Q.   AND THIS IS AN EXHIBIT THAT YOU ARE NOT ON; IS THAT

01:35PM  14   CORRECT?

01:35PM  15   A.   CORRECT.

01:35PM  16   Q.   IN THIS EXHIBIT, THOUGH, DID YOU SEE THAT YOUR BLOOD TEST

01:35PM  17   AND OTHERS FROM WALGREENS WERE ACTUALLY RUN ON ADVIA MACHINES?

01:35PM  18   A.   YES.

01:35PM  19   Q.   SO WAS THERANOS ABLE TO MATCH A DIFFERENT LAB ACCORDING TO

01:35PM  20   MR. COOPERSMITH, BUT USING AN ADVIA MACHINE?

01:35PM  21   A.   YES, ACCORDING TO THIS EMAIL.

01:35PM  22   Q.   THANK YOU.

01:35PM  23        NO FURTHER QUESTIONS.

01:35PM  24            THE COURT:  RECROSS.

         25

ER-3611

|         |    |                                                              |
|---------|----|--------------------------------------------------------------|
| 01:36PM | 1  | **RECROSS-EXAMINATION**                                      |
| 01:36PM | 2  | BY MR. COOPERSMITH:                                          |
| 01:36PM | 3  | Q.   HELLO, MR. JHAVERI.                                     |
| 01:36PM | 4  | A.   HI.  HOW ARE YOU?                                       |
| 01:36PM | 5  | Q.   JUST SWELL.  THANK YOU.                                 |
| 01:36PM | 6  | SO I JUST WANT TO FOLLOW UP ON A FEW THINGS THAT YOU WERE    |
| 01:36PM | 7  | JUST QUESTIONED ABOUT BY MR. SCHENK.                         |
| 01:36PM | 8  | SO LET'S JUST START WHERE WE LEFT OFF ABOUT THE TESTS THAT   |
| 01:36PM | 9  | YOU HAD AT THERANOS IN AUGUST OF 2013.                       |
| 01:36PM | 10 | A.   YES.                                                    |
| 01:36PM | 11 | Q.   AND MR. SCHENK JUST POINTED YOU TO AN EMAIL THAT SHOWED |
| 01:36PM | 12 | THAT THE TESTING WAS ON SOMETHING CALLED THE ADVIA.          |
| 01:36PM | 13 | DO YOU REMEMBER THAT?                                        |
| 01:36PM | 14 | A.   CORRECT.                                                |
| 01:36PM | 15 | Q.   CORRECT.  BUT DURING THE TESTS, I THINK YOU SAID THIS   |
| 01:36PM | 16 | ALREADY, BUT I JUST WANT TO CONFIRM, YOU ACTUALLY HAD A      |
| 01:36PM | 17 | FINGERSTICK TEST?                                            |
| 01:36PM | 18 | A.   THE BLOOD TESTS -- YEAH, THE BLOOD WAS DRAWN BY A       |
| 01:37PM | 19 | FINGERSTICK.                                                 |
| 01:37PM | 20 | Q.   RIGHT.  NOT A VENOUS DRAW?                              |
| 01:37PM | 21 | A.   NOT A VENOUS DRAW.                                      |
| 01:37PM | 22 | Q.   RIGHT.  SO THEY TOOK THE FINGERSTICK TEST, AND THAT     |
| 01:37PM | 23 | FINGERSTICK TEST IS WHAT -- THE ONLY SAMPLE THAT YOU GAVE THAT |
| 01:37PM | 24 | GAVE THE RESULTS THAT YOU WERE THEN EMAILED AND WE DISCUSSED |
| 01:37PM | 25 | EARLIER WHEN I WAS QUESTIONING YOU; RIGHT?                   |

01:37PM  1    A.    THAT'S CORRECT.

01:37PM  2    Q.    OKAY.  AND YOU'RE AWARE THAT AN ADVIA MACHINE, IF YOU BUY

01:37PM  3    IT FROM SIEMENS, CANNOT DO FINGERSTICK TESTING; RIGHT?

01:37PM  4    A.    THAT IS MY UNDERSTANDING, YES, CORRECT.

01:37PM  5    Q.    OKAY.  AND YOU UNDERSTAND THAT THERANOS USED ITS OWN

01:37PM  6    SCIENTIFIC TECHNOLOGY TO MODIFY THAT MACHINE SO IT COULD DO

01:37PM  7    FINGERSTICK TESTING; RIGHT?

01:37PM  8    A.    I'M NOT FULLY AWARE OF THE DETAILS OF THAT, SIR, OF WHAT

01:37PM  9    WAS DONE.

01:37PM  10   Q.    OKAY.

01:37PM  11   A.    SO I CAN'T REALLY ANSWER THAT QUESTION.

01:37PM  12   Q.    OKAY.  I WANT TO GO BACK TO A POINT THAT MR. SCHENK WAS

01:37PM  13   MAKING, AND YOU REMEMBER THERE WAS A DISCUSSION ABOUT A

01:38PM  14   PARTICULAR VIDEO THAT I PLAYED TO YOU?

01:38PM  15   A.    YES.

01:38PM  16   Q.    OF SOME PRIOR TESTIMONY?

01:38PM  17   A.    YES.

01:38PM  18   Q.    AND HE SHOWED YOU SOME OTHER TESTIMONY; RIGHT?

01:38PM  19   A.    YES, SIR.

01:38PM  20   Q.    OR AT LEAST HE READ IT.  AND THAT RELATED TO THE SUBJECT

01:38PM  21   OF WHETHER THE 2,000 STORES WERE WELL EXPERIENCE STORES OR

01:38PM  22   WALGREENS STORES?

01:38PM  23   A.    YES, SIR.

01:38PM  24   Q.    RIGHT.  BUT I'D LIKE TO POINT YOU TO OTHER TESTIMONY THAT

01:38PM  25   MR. SCHENK DID NOT REVIEW WITH YOU, AND THAT IS IF YOU TAKE A

01:38PM  1      LOOK AT, IT WOULD BE IN THE SECOND BINDER, THE SAME ONE YOU

01:38PM  2      WERE LOOKING AT WITH MR. SCHENK, AND IT'S EXHIBIT 28407.  OKAY?

01:38PM  3      A.   YES, SIR.

01:38PM  4      Q.   AND IF YOU GO TO THE PAGE 3670.

01:39PM  5           AND YOU SEE ON THAT PAGE THERE'S A DISCUSSION ABOUT THE

01:39PM  6      GOAL OF 500 STORES VERSUS 2,000 OR 2,500 STORES.

01:39PM  7           DO YOU SEE THAT?

01:39PM  8      A.   YES, SIR.

01:39PM  9      Q.   OKAY.

01:39PM  10          YOUR HONOR, I'D LIKE TO PUT UP ON THE SCREEN AN EXHIBIT

01:39PM  11     THAT WE HAVE NUMBERED 28407A.  AND IT WOULD BE PAGE 3670 OF

01:39PM  12     EXHIBIT 28407, LINE 7, THROUGH 3671 AT LINE 23.

01:40PM  13          (PAUSE IN PROCEEDINGS.)

01:40PM  14          MR. SCHENK:  OBJECTION.  WE DIRECT THE COURT TO THE

01:40PM  15     QUESTION THAT IS BEING ASKED OF MR. JHAVERI.

01:40PM  16          (PAUSE IN PROCEEDINGS.)

01:40PM  17          THE COURT:  IS THIS RESPONSIVE TO MR. SCHENK'S

01:41PM  18     QUESTION?

01:41PM  19          MR. COOPERSMITH:  DIRECTLY, YOUR HONOR.  IT TALKS

01:41PM  20     ABOUT WHAT THE GOAL WAS IN AUGUST OF 2014, HOW MANY STORES

01:41PM  21     BASED ON MR. JHAVERI'S TESTIMONY.

01:41PM  22          AND I POINT THE COURT IN PARTICULAR TO PAGE 3671, LINES 19

01:41PM  23     THROUGH 23.

01:41PM  24          THE COURT:  THE QUESTION IS AT LINE 5.

01:41PM  25          MR. COOPERSMITH:  OF 3670?  THAT'S THE INITIAL

01:41PM  1    QUESTION, YES, YOUR HONOR.

01:41PM  2              THE COURT:  3671.

01:41PM  3              MR. COOPERSMITH:  THAT IS THAT QUESTION ASKED AT

01:41PM  4    THAT PAGE, BUT THE REST OF IT, GOING BACK TO 3670 ON LINE 7, IS

01:41PM  5    ALL OF THE TOPIC THAT THEY'RE DISCUSSING.

01:41PM  6         BUT YOUR HONOR IS RIGHT, THERE IS A QUESTION ON LINE 5 OF

01:42PM  7    THAT 3671.

01:42PM  8              (PAUSE IN PROCEEDINGS.)

01:42PM  9              THE COURT:  I'M CERTAIN THIS MATCHES EXACTLY WHAT

01:42PM  10   WAS ASKED, BUT I'M GOING TO ALLOW IT TO COME IN.

01:42PM  11        I DON'T WANT THIS TO GET A 403.  I THINK WE'RE SPENDING A

01:42PM  12   LOT OF TIME ON THIS THAT MAY NOT BE NECESSARY AND THAT MIGHT

01:42PM  13   OTHERWISE MIGHT CONFUSE THE JURY.

01:42PM  14        BUT I'LL ALLOW THIS TO COME IN.

01:42PM  15             MR. COOPERSMITH:  OKAY.  THANK YOU, YOUR HONOR.

01:43PM  16        IF WE CAN PUT UP THAT TESTIMONY.

01:43PM  17   Q.   DO YOU HAVE IT IN FRONT OF YOU, MR. JHAVERI?

01:43PM  18   A.   YES, SIR.

01:43PM  19   Q.   JUST SO YOU CAN FOLLOW ALONG.

01:43PM  20        LET'S START WITH LINE 7 ON PAGE 3670.

01:43PM  21        AND THE QUESTION YOU ARE ASKED IS, "OKAY.  LET ME ASK YOU

01:43PM  22   TO LOOK ON PAGE 9, WHICH IS A CONTINUATION OF THAT SECTION.

01:43PM  23   AND I'D ASK YOU TO LOOK AT THE BULLET POINT THAT BEGINS,

01:43PM  24   INITIAL GOAL FOR FISCAL YEAR WAS 500 STORES."

01:43PM  25        DO YOU SEE THAT?

01:43PM 1     A.   YES, SIR.

01:43PM 2     Q.   AND ACTUALLY, JUST TO BE CLEAR, THE QUESTION IS REFERRING

01:43PM 3     TO THE PARTNERSHIP MEETING MINUTES, WHICH IS EXHIBIT 1884.

01:43PM 4     A.   THAT'S CORRECT.

01:43PM 5     Q.   RIGHT?

01:43PM 6          AND, IN FACT, THAT'S THE DOCUMENT THAT HAS THE CHART THAT

01:43PM 7     YOU REVIEWED WITH MR. SCHENK DURING HIS REDIRECT?

01:43PM 8     A.   YES, SIR.

01:43PM 9     Q.   OKAY.  AND HE ONLY SHOWED YOU THE CHART; RIGHT?

01:43PM 10         BUT IN THAT SAME EXHIBIT, IT TALKS ABOUT REDEFINING THE

01:43PM 11    GOAL WHEN THE INITIAL GOAL HAD BEEN 500; CORRECT?

01:43PM 12    A.   CORRECT.

01:43PM 13    Q.   AND THEN WHEN I WAS QUESTIONING YOU A COUPLE OF WEEKS AGO,

01:44PM 14    WE HAD LOOKED AT A MAY 2014 PARTNERSHIP MEETING MINUTES WHERE

01:44PM 15    THE GOAL AT THAT POINT IN MAY HAD BEEN 500 STORES.

01:44PM 16         DO YOU REMEMBER THAT?

01:44PM 17    A.   YES.

01:44PM 18    Q.   AND THEN IN THE AUGUST 6TH PARTNERSHIP MEETING MINUTES,

01:44PM 19    THE GOAL WAS GOING TO BE REDEFINED; RIGHT?

01:44PM 20    A.   CORRECT.

01:44PM 21    Q.   OKAY.  AND SO THE QUESTION WE'RE LOOKING AT, JUST TO

01:44PM 22    PROVIDE THE CONTEXT, IS THE INITIAL GOAL WAS REFERRING TO THAT

01:44PM 23    EARLIER MAY PERIOD WHERE THE GOAL WAS 500 STORES; CORRECT?

01:44PM 24    A.   THE INITIAL GOAL FOR THAT FISCAL YEAR WAS 500.

01:44PM 25    Q.   RIGHT.

01:44PM  1   A.   RIGHT.

01:44PM  2   Q.   AND IT WAS GOING TO BE REDEFINED AT THIS PARTNERSHIP

01:44PM  3   MEETING IN AUGUST; RIGHT?

01:44PM  4   A.   CORRECT.

01:44PM  5   Q.   OKAY.  AND LET'S JUST GO ON.

01:44PM  6        AND THEN LINE 11, "DO YOU SEE THAT?"

01:44PM  7        AND YOU SAY, "YES, SIR."

01:44PM  8        "QUESTION:  AND UNDERNEATH THAT, IT SAYS WE NEED TO

01:44PM  9   REDEFINE THIS GOAL."

01:44PM 10        DO YOU SEE THAT?

01:44PM 11   A.   YES, SIR.

01:44PM 12   Q.   AND THEN YES.

01:44PM 13        "QUESTION:  AND THEN UNDER THAT THERE'S A BULLET POINT

01:45PM 14   THAT TALKS ABOUT A NATIONWIDE GOAL."

01:45PM 15        DO YOU SEE THAT?

01:45PM 16   A.   YES.

01:45PM 17   Q.   AND THEN THAT INDICATES THE GOAL -- A GOAL MIGHT BE 2,000

01:45PM 18   TO 2,500 STORES NATIONWIDE.

01:45PM 19        DO YOU SEE THAT?

01:45PM 20        YES?

01:45PM 21   A.   YES.

01:45PM 22   Q.   I WILL START AGAIN.

01:45PM 23        I'M LOOKING AT LINE 25 ON PAGE 3670, EXHIBIT 28407.

01:45PM 24        THE QUESTION YOU'RE ASKED IS, "AND DO YOU RECALL IN THE

01:45PM 25   ORIGINAL AGREEMENT, OR ACTUALLY IN THE AGREEMENT THAT WAS

UNITED STATES COURT REPORTERS

ER-3617