No. 22-10338

IN THE

# United States Court of Appeals for the Ninth Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

*v.*

RAMESH "SUNNY" BALWANI,

*Defendant-Appellant*.

On Appeal from United States District Court
for the Northern District of California
No. 5:18-cr-00258-EJD-2, Hon. Edward J. Davila

## APPELLANT'S EXCERPTS OF RECORD
## VOLUME 16 OF 26 (PAGES ER-4218 – ER-4517)

| | |
|---|---|
| Jeffrey B. Coopersmith | Mark S. Davies |
| Amy Walsh | James Anglin Flynn |
| Stephen A. Cazares | ORRICK, HERRINGTON & |
| Aaron P. Brecher | SUTCLIFFE LLP |
| Sachi Schuricht | 1152 15th Street, NW |
| Amari L. Hammonds | Washington, DC  20005 |
| ORRICK, HERRINGTON & | (202) 339-8400 |
| SUTCLIFFE LLP | |
| 405 Howard Street | |
| San Francisco, CA  94105 | |

*Counsel for Appellant*

11:20AM  1    Q.   AND HE WAS -- YOU PROVIDED INFORMATION THAT YOU WERE

11:20AM  2    LEARNING TO MR. TOLBERT?

11:20AM  3    A.   YES.

11:20AM  4    Q.   AND THAT'S INFORMATION THAT YOU OBTAINED FROM YOUR UNCLE,

11:20AM  5    DON LUCAS?

11:20AM  6    A.   YES, BACK WHEN HE WAS INVOLVED, YES.

11:20AM  7    Q.   RIGHT.  AND ALSO INFORMATION THAT YOU LEARNED FROM

11:20AM  8    ELIZABETH HOLMES?

11:20AM  9    A.   CORRECT.

11:20AM  10   Q.   RIGHT.  IF YOU WOULD TURN IN THE DOCUMENT THAT I'VE JUST

11:20AM  11   REFERRED YOU TO, TO PAGE 18.

11:21AM  12   A.   OKAY.

11:21AM  13   Q.   AND YOU SEE THERE ARE SOME HEADINGS THAT CORRESPOND TO

11:21AM  14   DATES?

11:21AM  15   A.   YES.

11:21AM  16   Q.   AND DO YOU SEE THE ONE FOR JULY 14TH, 2011?

11:21AM  17   A.   I DO.

11:21AM  18   Q.   AND THERE ARE SEVERAL BULLET POINTS DOWN THERE?

11:21AM  19   A.   YES.

11:21AM  20   Q.   AND YOU SEE THE LAST OF THE BULLET POINTS IN THAT SECTION?

11:21AM  21   A.   YES.

11:21AM  22   Q.   AND WITHOUT READING IT OUT LOUD, JUST READING IT TO

11:21AM  23   YOURSELF, JUST TAKE A SECOND TO READ IT.

11:21AM  24        AND THEN I JUST -- I'M GOING TO ASK YOU IF THAT REFRESHES

11:21AM  25   YOUR MEMORY THAT YOU KNEW THAT ELIZABETH HOLMES HAD A BOYFRIEND

11:21AM  1    WHO WAS WORKING AT THERANOS?

11:21AM  2    A.   THAT WOULD CERTAINLY -- IS THIS -- AND THESE ARE

11:21AM  3    CONVERSATIONS WITH CHRIS LUCAS AND THIS -- HOW DID THIS -- HOW

11:21AM  4    IS THIS -- WHO HAS PREPARED THIS.

11:22AM  5    Q.   RIGHT.  SO I'LL DO THE BEST I CAN TO ASK YOU A QUESTION

11:22AM  6    THAT MIGHT HELP.

11:22AM  7    A.   OKAY.

11:22AM  8    Q.   SO AS I SAID, YOU HAD A LOT OF DISCUSSIONS WITH

11:22AM  9    BRYAN TOLBERT; RIGHT?

11:22AM  10   A.   YES.

11:22AM  11   Q.   AND YOU UNDERSTAND THAT SOMETIMES WHEN YOU HAVE

11:22AM  12   CONVERSATIONS WITH PEOPLE, THEY TAKE NOTES?

11:22AM  13   A.   YES.

11:22AM  14   Q.   OKAY.  AND I KNOW THAT THESE AREN'T YOUR NOTES.  OKAY?

11:22AM  15   A.   THAT'S FOR SURE.

11:22AM  16   Q.   RIGHT.  WE KNOW THAT.

11:22AM  17        BUT THE ONLY QUESTION I HAVE, AND YOU CAN ANSWER EITHER

11:22AM  18   WAY, BUT LOOKING AT THE SECTION THAT I JUST DIRECTED YOU TO --

11:22AM  19   A.   YEAH.

11:22AM  20   Q.   -- DOES THAT REFRESH YOUR RECOLLECTION THAT YOU TOLD

11:22AM  21   MR. TOLBERT THAT MS. HOLMES HAD A BOYFRIEND WHO HAD JOINED

11:22AM  22   THERANOS?

11:22AM  23   A.   I HAVE NO REASON TO DISBELIEVE THAT THIS IS INACCURATE.

11:22AM  24   Q.   OKAY.  SO YOU THINK THAT --

11:22AM  25   A.   THAT IT IS INDEED ACCURATE.

11:22AM   1          AND I DID AT SOME POINT THAT MR. BALWANI HAD SOLD HIS

11:23AM   2     COMPANY SUCCESSFULLY AND THAT HE WAS INVOLVED.  I JUST DIDN'T

11:23AM   3     KNOW AT WHAT TIME PERIOD.

11:23AM   4     Q.   SO IN THIS CASE NOT JUST A BUSINESS RELATIONSHIP, BUT

11:23AM   5     ANOTHER TYPE OF RELATIONSHIP; RIGHT?

11:23AM   6     A.   YES.  AND IT SEEMS THAT THIS IDENTIFIES THAT DATE.

11:23AM   7     Q.   RIGHT.

11:23AM   8          SO IS IT THE CASE, MR. LUCAS, THAT YOU KNEW THAT

11:23AM   9     MS. HOLMES WAS IN A ROMANTIC RELATIONSHIP WITH ANOTHER PERSON

11:23AM   10    WHO JOINED THERANOS AS AN EXECUTIVE PRIOR TO YOUR 2013

11:23AM   11    INVESTMENT?

11:23AM   12    A.   IT APPEARS TO BE THE CASE, YES.

11:23AM   13    Q.   OKAY.  THANK YOU.

11:23AM   14         LET'S JUST GO NOW TO A DIFFERENT SUBJECT, MR. LUCAS, WHICH

11:23AM   15    IS YOUR OWN INVESTMENT BACKGROUND.  AND I WON'T BELABOR THE

11:23AM   16    POINT BECAUSE I KNOW YOU TALKED ABOUT THIS ON DIRECT.

11:23AM   17         BUT YOU'VE BEEN AN INVESTOR NOW FOR AT LEAST A COUPLE OF

11:24AM   18    DECADES; RIGHT?

11:24AM   19    A.   YES.

11:24AM   20    Q.   AND YOU CONSIDER YOURSELF A GOOD JUDGE OF INVESTMENTS, YOU

11:24AM   21    KNOW, AS BEST YOU CAN; RIGHT?

11:24AM   22    A.   AS BEST YOU CAN, YEP.

11:24AM   23    Q.   AND AS YOU SAID, IN YOUR VENTURE CAPITAL WORLD, YOU DON'T

11:24AM   24    EXPECT A WINNER EVERY TIME THAT YOU MAKE AN INVESTMENT; RIGHT?

11:24AM   25    A.   CORRECT.

ER-4221

11:24AM  1    Q.   THAT WOULD BE NICE?

11:24AM  2    A.   IT WOULD BE GREAT.

11:24AM  3    Q.   BUT THAT'S NOT REALITY?

11:24AM  4    A.   CORRECT.

11:24AM  5    Q.   AND SO THAT -- I THINK, JUST TO BE CLEAR, YOUR NUMBERS

11:24AM  6    THAT YOU GAVE DURING DIRECT, IS THAT IF YOU HAD TEN COMPANIES

11:24AM  7    THAT A VENTURE CAPITAL FIRM LIKE YOUR OWN INVESTED IN, IF THREE

11:24AM  8    OR FOUR WENT -- WERE COMPLETE ZEROS, THAT WOULD NOT BE

11:24AM  9    SURPRISING; RIGHT?

11:24AM  10   A.   CORRECT.

11:24AM  11   Q.   RIGHT.

11:24AM  12        SO YOU'RE JUST HOPING THAT THE FEW WINNERS THAT YOU'RE

11:24AM  13   ABLE TO PICK ARE PROFITABLE ENOUGH THAT IT OUTWEIGHS THE OTHER

11:24AM  14   ONES THAT ARE NOT; RIGHT?

11:24AM  15   A.   THAT'S RIGHT.

11:24AM  16   Q.   RIGHT.

11:24AM  17        AND YOU NEVER KNOW, RIGHT?  EVERY INVESTMENT YOU GO INTO,

11:25AM  18   YOU HAVE HIGH HOPES THAT IT'S GOING TO BE A SUCCESS; RIGHT?

11:25AM  19   A.   EVERY TIME.

11:25AM  20   Q.   BECAUSE OTHERWISE YOU WOULDN'T DO IT?

11:25AM  21   A.   THAT'S RIGHT.

11:25AM  22   Q.   BUT YOU KNOW REALISTICALLY THAT THAT'S JUST NOT HOW IT'S

11:25AM  23   GOING TO TURN OUT?

11:25AM  24   A.   THAT'S RIGHT.

11:25AM  25   Q.   RIGHT.

LUCAS CROSS BY MR. COOPERSMITH                5648

11:25AM  1          SO YOU KNOW GOING IN THAT YOU'RE ALMOST GOING TO ALMOST

11:25AM  2     INDEFINITELY LOSE MONEY ON MOST OF THE INVESTMENTS THAT YOU

11:25AM  3     MAKE; RIGHT?

11:25AM  4     A.   WELL, MAYBE NOT MOST, BUT, YES, THERE'S A HIGH

11:25AM  5     PROBABILITY, ESPECIALLY OF THOSE THAT ARE EARLY STAGE.

11:25AM  6     Q.   OKAY.  AND YOU HAVE A TEAM OF PEOPLE THAT WORK FOR YOU --

11:25AM  7     AND YOU SAID THAT YOU'RE THE MOST SENIOR PERSON AT

11:25AM  8     BLACK DIAMOND VENTURES?

11:25AM  9     A.   YES.

11:25AM  10    Q.   AND SO YOU HAVE A TEAM OF PEOPLE WHO HELP YOU EVALUATE

11:25AM  11    WHERE TO PLACE THE BETS --

11:25AM  12    A.   YES.

11:25AM  13    Q.   -- AND WHERE NOT TO PLACE THE BETS; RIGHT?

11:25AM  14    A.   YES.

11:25AM  15    Q.   OKAY.  AND MS. QUINTANA IS ONE OF THOSE PEOPLE?

11:25AM  16    A.   YES.

11:25AM  17    Q.   AND THERE ARE OTHER PEOPLE, TOO, RIGHT?

11:25AM  18    A.   YES.  AND ADVISORS AND FRIENDS AND SO FORTH, YES.

11:26AM  19    Q.   OKAY.  NOW, IN CONNECTION WITH YOUR 2006 INVESTMENTS, YOU

11:26AM  20    RECEIVED FROM -- SOME WRITTEN MATERIALS FROM THERANOS; CORRECT?

11:26AM  21    A.   YES.

11:26AM  22    Q.   AND I THINK YOU DESCRIBED THEM AS RUDIMENTARY; IS THAT

11:26AM  23    RIGHT?

11:26AM  24    A.   YES.  IF I RECALL, IT WAS MAYBE 20 PAGES LONG DESCRIBING

11:26AM  25    THE TECHNOLOGY AND WHAT IT COULD POTENTIALLY BE USED FOR.

11:26AM  1    Q.   OKAY.  AND YOU RECALL THAT THERE WAS A PARTICULAR DOCUMENT

11:26AM  2    THAT YOU GOT THAT WENT THROUGH THE DIFFERENT VERSIONS OF THE

11:26AM  3    THERANOS DEVICE THAT MIGHT OCCUR OVER TIME?

11:26AM  4    A.   I JUST DON'T RECALL.

11:26AM  5    Q.   OKAY.  AND JUST TO SEE IF I CAN HELP YOU.  SO VERSIONS,

11:27AM  6    WHAT I MEAN BY THAT IS, YOU KNOW, EDISON 1.0, 2.0, 3.0, 4.0,

11:27AM  7    5.0 --

11:27AM  8    A.   YES.

11:27AM  9    Q.   -- THAT SORT OF THING?

11:27AM  10   A.   YES.

11:27AM  11        AND LIKE OTHER TECHNOLOGY, MAKING SOMETHING FASTER,

11:27AM  12   SMALLER, MORE POWERFUL, FOLLOWING THE TYPICAL CURVE OF, YOU

11:27AM  13   KNOW, A LOT OF TECHNOLOGY.

11:27AM  14   Q.   RIGHT.

11:27AM  15   A.   YEAH.

11:27AM  16   Q.   AND SO YOU UNDERSTAND THAT EVEN IF A COMPANY HAS DEVELOPED

11:27AM  17   SOME TECHNOLOGY, IT'S GOING TO, IF IT'S SMART, CONTINUE TO

11:27AM  18   IMPROVE AND WORK ON THE TECHNOLOGY; RIGHT?

11:27AM  19   A.   CORRECT.

11:27AM  20   Q.   SO, FOR EXAMPLE, IF APPLE COMES UP WITH AN IPHONE, IT

11:27AM  21   MIGHT STILL BE WORKING ON NEW VERSIONS OF THE IPHONE; RIGHT?

11:27AM  22   A.   YES.

11:27AM  23   Q.   AND THE VERSION THAT THEY PUT OUT MIGHT BE A PERFECTLY

11:27AM  24   GOOD SERVICEABLE IPHONE; RIGHT?

11:27AM  25   A.   YES.

11:27AM  1    Q.   BUT THEY MIGHT THINK OF SOME NEW FEATURES THAT THEY COULD

11:27AM  2    ADD TO IT; RIGHT?

11:27AM  3    A.   YES.

11:27AM  4    Q.   AND SOME WAY TO MAKE THE USER EXPERIENCE BETTER?

11:27AM  5    A.   THAT'S RIGHT.

11:27AM  6    Q.   OR IT MIGHT BE ABLE TO DO MORE OR CONTAIN MORE APPS ON IT;

11:28AM  7    RIGHT?

11:28AM  8    A.   SURE.

11:28AM  9    Q.   AND BY THE SAME TOKEN, THE THERANOS DEVICES OVER TIME, THE

11:28AM  10   FIRST ONE MIGHT BE ABLE TO DO A FEW ASSAYS; RIGHT?

11:28AM  11        AND THEN LATER VERSIONS --

11:28AM  12   A.   YES.

11:28AM  13   Q.   -- MIGHT BE ABLE TO HANDLE MORE ASSAYS; RIGHT?

11:28AM  14   A.   CORRECT.

11:28AM  15   Q.   OKAY.  AND THAT'S WHAT YOU WOULD EXPECT?

11:28AM  16   A.   YEAH, THAT WOULD BE A NATURAL LIFECYCLE.

11:28AM  17   Q.   OKAY.  AND DO YOU HAVE A MEMORY, MR. LUCAS, THAT THE

11:28AM  18   DOCUMENT THAT I WAS DESCRIBING A MINUTE AGO, ACTUALLY TALKED

11:28AM  19   ABOUT THE THERANOS 3.0 SERIES OF DEVICES?

11:28AM  20   A.   I DON'T REMEMBER.

11:28AM  21   Q.   OKAY.  IF I COULD SHOW YOU ANOTHER TAB.  IT'S TAB 12022 IN

11:28AM  22   YOUR BINDER.

11:29AM  23   A.   YES.

11:29AM  24   Q.   IF YOU GO ON THE VARIOUS PAGES OF THAT DOCUMENT TO THE

11:29AM  25   VERY BOTTOM RIGHT, YOU'LL SEE SOME NUMBERS THAT ACTUALLY START

ER-4225

11:29AM   1      WITH LETTERS AND THEN ARE NUMBERS.

11:29AM   2           WE CALL THEM BATES NUMBERS.

11:29AM   3      A.   YES.

11:29AM   4      Q.   OKAY.  AND IF YOU COULD GO TO THE ONE THAT IS ENDING IN

11:29AM   5      806.

11:29AM   6      A.   YES.

11:29AM   7      Q.   AND ALSO, MR. LUCAS, IF YOU WANT TO LOOK AT THE FIRST PAGE

11:29AM   8      OF THE EXHIBIT, 12022, JUST TO ORIENT YOURSELF TO WHAT IT IS,

11:29AM   9      THAT IS ALSO FINE.

11:30AM  10      A.   YES.

11:30AM  11      Q.   OKAY.  AND LOOKING AT THAT PAGE ENDING IN 806, IS THAT A

11:30AM  12      DOCUMENT THAT YOU SAW IN CONNECTION WITH YOUR EARLIER

11:30AM  13      INVESTMENT IN THERANOS?

11:30AM  14      A.   YES.

11:30AM  15      Q.   AND DOES THAT REFRESH YOUR MEMORY THAT THERE WAS

11:30AM  16      DISCUSSION OF THE THERANOS 3.0 DEVICE?

11:30AM  17      A.   SURE.  THAT'S WHAT IT SAYS THERE, SO YES.

11:30AM  18      Q.   OKAY.  AND YOU UNDERSTOOD THAT THE THERANOS 3.0 DEVICE,

11:30AM  19      SET FORTH BACK IN THIS TIME PERIOD, WAS EXPECTED TO BE ABLE TO

11:30AM  20      DO ABOUT TEN ASSAYS?

11:30AM  21      A.   ON LOOKING BACK, LOOKING AT THIS, YES.

11:30AM  22      Q.   OKAY.  AND THEN LATER VERSIONS WOULD DO MORE ASSAYS?

11:30AM  23      A.   YES.

11:30AM  24      Q.   AND EVENTUALLY THE THERANOS 5.0 SERIES MIGHT BE ABLE TO DO

11:31AM  25      MORE THAN A THOUSAND ASSAYS; RIGHT?

LUCAS CROSS BY MR. COOPERSMITH                     5652

11:31AM  1        A.   YES.

11:31AM  2        Q.   AND YOU KNEW AT THE TIME THAT YOU WERE WORKING WITH

11:31AM  3     THERANOS, THAT YOU NEVER BELIEVED IT COULD DO MORE THAN DOZENS

11:31AM  4     OF ASSAYS; RIGHT?

11:31AM  5        A.   CORRECT.

11:31AM  6        Q.   OKAY.  AND WERE YOU AWARE AT THE TIME OF YOUR 2013

11:31AM  7     INVESTMENT, MR. LUCAS, THAT THERANOS HAD BEEN RUNNING OVER 50

11:31AM  8     FINGERSTICK ASSAYS WITH THEIR -- IN THEIR LAB?

11:31AM  9        A.   WELL, AS I SAID, I BELIEVED THEY COULD DO DOZENS.

11:31AM  10       Q.   OKAY.  AND 50 WOULD BE DOZENS; RIGHT?

11:31AM  11       A.   YEAH.  SURE.

11:31AM  12       Q.   OKAY.  SO ACTUALLY THE DOZENS THAT YOU BELIEVED THERANOS

11:31AM  13    COULD DO, WERE MORE THAN WHAT MS. HOLMES HAD PREDICTED THERANOS

11:31AM  14    3.0 SERIES COULD DO BACK IN THE 2005 TIME PERIOD; RIGHT?

11:32AM  15       A.   THAT WOULD BE, THAT WOULD BE CORRECT.

11:32AM  16       Q.   RIGHT.

11:32AM  17            AND YOU KNEW THIS THE WHOLE TIME THAT YOU WERE ASSOCIATED

11:32AM  18    OR WORKING WITH THERANOS, INCLUDING DURING ALL OF THE TIME THAT

11:32AM  19    YOU WERE AN INVESTOR; RIGHT?

11:32AM  20       A.   WELL, THIS IS -- I WOULD HAVE SEEN THIS WHENEVER THIS WAS,

11:32AM  21    2005, AND THIS WAS GOING FORWARD PROJECTING.  AND AS YOU SEE,

11:32AM  22    THE TIMEFRAME GOES FROM 2005 TO 2010.

11:32AM  23            SO IN 2010, YOU HAVE THE THERANOS 5.0 DOING MORE THAN A

11:32AM  24    THOUSAND TESTS.

11:32AM  25       Q.   RIGHT.

11:32AM   1          BUT SOMETIMES, YOU UNDERSTAND, THAT WHAT COMPANIES PREDICT

11:32AM   2   WILL HAPPEN IN A PARTICULAR YEAR, IT MIGHT GO SLOWER THAN THAT;

11:32AM   3   RIGHT?

11:32AM   4   A.   YEAH.  NO, THAT'S RIGHT.

11:32AM   5   Q.   AND THAT'S FAIR; RIGHT?

11:32AM   6   A.   YES.

11:32AM   7   Q.   AND THAT WOULDN'T BE ALARMING TO YOU; RIGHT?

11:33AM   8   A.   AS LONG AS WE WERE PROGRESSING THAT WAY, YES, THAT WOULD

11:33AM   9   NOT BE ALARMING.

11:33AM   10  Q.   RIGHT.

11:33AM   11         AND, IN FACT, EVEN THOUGH YOU HAD SEEN A PREDICTION IN

11:33AM   12  2005, BY THE TIME THAT YOU INVESTED IN 2013, YOU STILL BELIEVED

11:33AM   13  THAT THERANOS COULD ONLY DO DOZENS OF ASSAYS; RIGHT?

11:33AM   14  A.   THAT'S RIGHT.

11:33AM   15  Q.   NOT HUNDREDS?

11:33AM   16  A.   THAT'S RIGHT.

11:33AM   17  Q.   AND NOT THOUSANDS?

11:33AM   18  A.   CORRECT.

11:33AM   19  Q.   OKAY.  AND YOU ALSO UNDERSTOOD, AS A SAVVY INVESTOR, THAT

11:33AM   20  THERE WERE ALL SORTS OF RISKS ASSOCIATED WITH DEVELOPMENT OF

11:33AM   21  THIS COMPANY AND ITS TECHNOLOGY?

11:33AM   22  A.   YES.

11:33AM   23  Q.   AND, FOR EXAMPLE, ONE RISK WOULD BE REGULATORY RISK?

11:33AM   24  A.   YES.

11:33AM   25  Q.   AND THAT SOMETIMES A COMPANY HAS TO DEAL WITH REGULATORS

11:33AM 1  AND THERE MIGHT BE SOME LIMITS ON WHAT THEY COULD ROLL OUT AT A

11:33AM 2  PARTICULAR TIME; RIGHT?

11:33AM 3  A.   YES.

11:33AM 4  Q.   AND YOU ALSO KNEW THAT THERANOS, WHEN IT LAUNCHED WITH

11:34AM 5  WALGREENS, AND WE'LL TALK ABOUT THIS MORE IN A MINUTE, IT WAS

11:34AM 6  ACTUALLY COLLECTING SAMPLES AT WALGREENS; RIGHT?

11:34AM 7  A.   YES.

11:34AM 8  Q.   IT WASN'T PLACING THE DEVICES IN THE WALGREENS STORES?

11:34AM 9  A.   THE INTENTION WAS TO PLACE THE DEVICES INTO STORES.

11:34AM 10  AND I THINK THERE WAS A DECISION, EITHER MUTUALLY OR BY

11:34AM 11  ONE OF THE OTHER THAT EVENED IT UP, THAT THEY WERE JUST

11:34AM 12  COLLECTING THE SAMPLES IN THE STORES.

11:34AM 13  Q.   AND WHEN YOU SAY "MUTUALLY" YOU MEAN --

11:34AM 14  A.   BETWEEN WALGREENS AND THERANOS.

11:34AM 15  Q.   RIGHT.

11:34AM 16  SO YOU KNEW THAT BEFORE YOUR 2013 INVESTMENT?

11:34AM 17  A.   NO, THAT'S NOT CORRECT.

11:34AM 18  Q.   OKAY.  YOU KNEW THAT AT SOME POINT DURING YOUR INVESTMENT?

11:34AM 19  A.   AFTER 2013.

11:34AM 20  Q.   OKAY.

11:34AM 21  A.   YES.

11:34AM 22  Q.   YOU UNDERSTOOD --

11:34AM 23  A.   I BELIEVE.

11:34AM 24  Q.   -- AT SOME POINT THAT THERE HAD BEEN A DECISION, PERHAPS

11:35AM 25  MUTUALLY, THAT THE DEVICES WOULD NOT BE PLACED IN THE STORES,

11:35AM  1    BUT SAMPLES WOULD BE COLLECTED AND TRANSPORTED TO A LAB AT

11:35AM  2    THERANOS; RIGHT?

11:35AM  3    A.   YES.

11:35AM  4    Q.   AND THAT WASN'T -- THAT DIDN'T ALARM YOU IN ANY WAY;

11:35AM  5    RIGHT?

11:35AM  6    A.   NO.

11:35AM  7    Q.   OKAY.  DURING DIRECT YOU TALKED ABOUT YOUR TWO 2006

11:35AM  8    INVESTMENTS; RIGHT?

11:35AM  9    A.   YES.

11:35AM  10   Q.   AND ONE OF THEM WAS EARLIER IN THE YEAR?

11:35AM  11   A.   CORRECT.

11:35AM  12   Q.   AND THE OTHER ONE WAS IN THE FALL OF 2006?

11:35AM  13   A.   YES.

11:35AM  14   Q.   AND I THINK YOU SAID THE INITIAL INVESTMENT IN 2006 WAS

11:35AM  15   FOR $400,000?

11:35AM  16   A.   CORRECT.

11:35AM  17   Q.   AND THAT WAS FUNDS THAT CAME FROM PARTIALLY YOURSELF BUT

11:35AM  18   ALSO OTHER INVESTORS IN BLACK DIAMOND VENTURES?

11:36AM  19   A.   THAT'S RIGHT.

11:36AM  20   Q.   AND THE LATER INVESTMENT, I'M NOT SURE WE GOT A NUMBER ON

11:36AM  21   THAT, BUT DO YOU RECALL WHAT THE AMOUNT OF THE SECOND

11:36AM  22   INVESTMENT IN 2006 WAS?

11:36AM  23   A.   I THINK IT WAS ABOUT A MILLION AND 2.

11:36AM  24   Q.   OKAY.  LET'S JUST TAKE A LOOK AT THAT REAL QUICK.

11:36AM  25        IF YOU COULD GO TO EXHIBIT 12003A.

11:36AM  1    A.   COULD YOU SAY THE NUMBER AGAIN.

11:36AM  2    Q.   SURE.

11:36AM  3         IT'S EXHIBIT 12003 AND THEN A CAPITAL A AT THE END.

11:37AM  4    A.   OH, YES, I HAVE IT.

11:37AM  5    Q.   OKAY.  AND LOOKING AT PAGE -- LOOKING AT THE SAME TYPES OF

11:37AM  6    NUMBERS, THE PAGE ENDING WITH 8291.

11:37AM  7         DO YOU SEE THAT?

11:37AM  8    A.   YES.

11:37AM  9    Q.   AND LOOKING AT PARAGRAPH 1.2, DOES THAT HELP YOU WITH

11:37AM  10   ANSWERING A QUESTION ABOUT HOW MUCH -- HOW MUCH MONEY PER SHARE

11:37AM  11   YOU PAID FOR THAT SECOND 2006 INVESTMENT?

11:37AM  12   A.   YES.

11:37AM  13   Q.   AND WHAT WAS THE AMOUNT?

11:37AM  14   A.   $2.82 PER SHARE.

11:37AM  15   Q.   OKAY.  AND HOW MANY SHARES DID YOU PURCHASE AT THAT TIME?

11:38AM  16   A.   WELL, IF IT WAS ABOUT A MILLION 2 AND DIVIDE BY 2.82, IT'S

11:38AM  17   ABOUT 4,000 -- I'M SORRY, 400,000 SHARES.

11:38AM  18   Q.   OKAY.  AND DO YOU UNDERSTAND THAT AT THAT TIME,

11:38AM  19   MR. BALWANI DIDN'T WORK FOR THERANOS?

11:38AM  20   A.   NOT TO MY KNOWLEDGE, BUT --

11:38AM  21   Q.   OKAY.  LET'S JUST MOVE TO 2007, MR. LUCAS.  SO THIS IS THE

11:38AM  22   YEAR FOLLOWING THOSE TWO INVESTMENTS; RIGHT?

11:38AM  23        AND YOU AT THAT POINT WERE WORKING WITH MS. HOLMES TO HELP

11:38AM  24   DEVELOP SOME FINANCIAL MODELS?

11:38AM  25   A.   YES.

| | | |
|---|---|---|
| 11:38AM | 1 | Q.  AND YOU DID THAT BECAUSE YOU WANTED TO HELP HER UNDERSTAND |
| 11:38AM | 2 | HOW TO PUT TOGETHER A FINANCIAL MODEL? |
| 11:38AM | 3 | A.  JUST TO HELP BECAUSE THEY DIDN'T HAVE THE ABILITY TO DO |
| 11:39AM | 4 | THAT, THAT'S RIGHT. |
| 11:39AM | 5 | Q.  RIGHT. |
| 11:39AM | 6 | BUT YOU HAD THAT SORT OF EXPERIENCE; RIGHT? |
| 11:39AM | 7 | A.  YES. |
| 11:39AM | 8 | Q.  OKAY.  AND YOU WERE -- WHAT YOU WERE PUTTING TOGETHER WAS |
| 11:39AM | 9 | FINANCIAL PROJECTIONS; RIGHT? |
| 11:39AM | 10 | A.  YES. |
| 11:39AM | 11 | Q.  NOT FINANCIAL STATEMENTS? |
| 11:39AM | 12 | A.  CORRECT. |
| 11:39AM | 13 | Q.  AND PROJECTIONS ARE WHERE YOU'RE JUST TRYING TO PREDICT IF |
| 11:39AM | 14 | THINGS GO A CERTAIN WAY, HOW MUCH REVENUE A COMPANY COULD EARN; |
| 11:39AM | 15 | RIGHT? |
| 11:39AM | 16 | A.  CORRECT. |
| 11:39AM | 17 | Q.  AND AS AN INVESTOR, YOU UNDERSTAND THE DIFFERENCE BETWEEN |
| 11:39AM | 18 | A FINANCIAL PROJECTION OF THAT NATURE AND A FINANCIAL |
| 11:39AM | 19 | STATEMENT; RIGHT? |
| 11:39AM | 20 | A.  YES. |
| 11:39AM | 21 | Q.  BECAUSE A FINANCIAL STATEMENT WOULD BE ACTUALLY SAYING |
| 11:39AM | 22 | WHAT ACTUALLY OCCURRED; RIGHT? |
| 11:39AM | 23 | A.  CORRECT. |
| 11:39AM | 24 | Q.  AND THAT IF SOMETHING IS LABELLED PROJECTED STATEMENT, |
| 11:39AM | 25 | THEN YOU WOULD EXPECT IT TO BE A PROJECTION RATHER THAN A |

11:39AM  1      FINANCIAL STATEMENT; CORRECT?

11:39AM  2      A.   CORRECT.

11:39AM  3      Q.   DO YOU REMEMBER THE TIME PERIOD 2008, 2009, AND IN

11:40AM  4      PARTICULAR, THAT THERE WAS A FINANCIAL CRISIS GOING ON IN THE

11:40AM  5      WORLD AT THAT TIME?

11:40AM  6      A.   YES.

11:40AM  7      Q.   WOULD YOU PREFER TO FORGET THAT TIMEFRAME?

11:40AM  8      A.   YES.

11:40AM  9           (LAUGHTER.)

11:40AM  10     BY MR. COOPERSMITH:

11:40AM  11     Q.   OKAY.  BUT THAT DID HAPPEN; RIGHT?

11:40AM  12     A.   IT HAPPENED.

11:40AM  13     Q.   AND THERE WERE A LOT OF COMPANIES AND OTHERS WHO WERE

11:40AM  14     STRUGGLING DURING THAT TIME PERIOD; RIGHT?

11:40AM  15     A.   YES.

11:40AM  16     Q.   AND INVESTMENT DOLLARS WERE A LITTLE BIT HARDER TO COME BY

11:40AM  17     FOR COMPANIES TRYING TO MAKE A GO OF IT; RIGHT?

11:40AM  18     A.   YEAH.

11:40AM  19     Q.   AND YOU YOURSELF AT BLACK DIAMOND VENTURES HAD TO TIGHTEN

11:40AM  20     YOUR BELT TO SOME EXTENT; IS THAT FAIR?

11:40AM  21     A.   I DON'T REALLY RECALL.

11:40AM  22     Q.   OKAY.  BECAUSE YOU PREFER TO FORGET THAT TIME PERIOD?

11:40AM  23     A.   WELL, NO.

11:40AM  24          IT'S -- WE'RE STILL MAKING OUR INVESTMENTS, BUT OUR

11:40AM  25     COMPANIES THAT WE INVESTED IN WOULD MAYBE HAVE TO TIGHTEN UP,

LUCAS CROSS BY MR. COOPERSMITH                    5659

11:40AM  1    BUT NOT NECESSARILY OUR FIRM IN TERMS OF OUR OPERATING COSTS.

11:41AM  2    Q.   OKAY.  AND YOU UNDERSTAND THAT A COMPANY LIKE THERANOS IN

11:41AM  3    THAT TIME PERIOD, 2009, WOULD HAVE A HARDER TIME RAISING

11:41AM  4    CAPITAL BECAUSE OF THE WAY THE WORLD WAS AT THAT POINT; RIGHT?

11:41AM  5              MR. BOSTIC:  OBJECTION.  CALLS FOR SPECULATION.

11:41AM  6    LACKS FOUNDATION.

11:41AM  7              THE COURT:  SUSTAINED.

11:41AM  8    BY MR. COOPERSMITH:

11:41AM  9    Q.   OKAY.  WELL, WAS THAT TRUE OF BASICALLY THE WHOLE

11:41AM  10   CORPORATE INVESTMENT WORLD, MR. LUCAS?

11:41AM  11   A.   YOU KNOW, I, I DON'T REALLY REMEMBER.  THAT WAS A

11:41AM  12   FINANCIAL CRISIS REALLY WITH MORTGAGE BACK SECURITIES AND ALL,

11:41AM  13   AND I -- GENERALLY IT WAS NOT A GREAT TIME FOR THE STOCK MARKET

11:41AM  14   AND SO FORTH.

11:41AM  15       I JUST DON'T RECALL AS IT RELATED TO OUR COMPANIES, YOU

11:41AM  16   KNOW, HOW THEY WERE DOING.

11:41AM  17   Q.   OKAY.  DO YOU KNOW THAT IN THAT TIMEFRAME IN 2009,

11:41AM  18   MR. BALWANI GUARANTEED A LOAN FOR $10 MILLION TO THERANOS?

11:42AM  19   A.   I DID NOT KNOW THIS AT THE TIME I DON'T BELIEVE.

11:42AM  20   Q.   OKAY.

11:42AM  21   A.   I HAD SUBSEQUENTLY HEARD THAT, BUT I'M NOT SURE I KNEW

11:42AM  22   THAT AT THE TIME.

11:42AM  23   Q.   AND YOU UNDERSTAND THAT MR. BALWANI ACTUALLY INCREASED

11:42AM  24   THAT LINE OF CREDIT TO $12 MILLION SHORTLY THEREAFTER?

11:42AM  25   A.   I DON'T KNOW.

LUCAS CROSS BY MR. COOPERSMITH          5660

11:42AM  1    Q.   AND YOU UNDERSTAND THAT HE DID THAT SO THERANOS COULD

11:42AM  2    CONTINUE TO OPERATE?

11:42AM  3    A.   CERTAINLY AT THE TIME I DID NOT KNOW THAT --

11:42AM  4    Q.   OKAY.

11:42AM  5    A.   -- THAT I CAN REMEMBER.

11:42AM  6         BUT INDEED, IF THAT HAPPENED, THAT WAS A GOOD THING.

11:42AM  7    Q.   RIGHT.

11:42AM  8         AND, IN FACT, AT THAT TIME YOU, AS AN INVESTOR IN

11:42AM  9    THERANOS, IF THAT WAS THE WAY THAT THE COMPANY SURVIVED, THAT

11:42AM  10   WOULD HAVE PREVENTED A COMPLETE LOSS OF YOUR INVESTMENT RIGHT

11:42AM  11   THEN AND THERE; RIGHT?

11:42AM  12            MR. BOSTIC:  OBJECTION.  CALLS FOR SPECULATION.

11:42AM  13            THE COURT:  SUSTAINED.

11:43AM  14   BY MR. COOPERSMITH:

11:43AM  15   Q.   MR. LUCAS, IF THE COMPANY HAD GONE UNDER BECAUSE IT

11:43AM  16   COULDN'T OBTAIN ANY FINANCING IN 2009, YOU WOULD HAVE LOST YOUR

11:43AM  17   INVESTMENT RIGHT THEN AND THERE?

11:43AM  18   A.   CORRECT.

11:43AM  19            MR. BOSTIC:  OBJECTION.

11:43AM  20            THE COURT:  THE ANSWER WILL REMAIN.

11:43AM  21   BY MR. COOPERSMITH:

11:43AM  22   Q.   AND IF MR. BALWANI HELPED THE COMPANY SURVIVE, THEN THAT

11:43AM  23   WOULD HAVE PREVENTED THAT FROM HAPPENING; FAIR?

11:43AM  24            MR. BOSTIC:  OBJECTION.

11:43AM  25            THE COURT:  I THINK YOU'VE DEVELOPED THAT.

ER-4235

11:43AM  1             MR. COOPERSMITH:  OKAY.  THANK YOU.

11:43AM  2     Q.   LET'S TALK ABOUT 2013.  AND YOU UNDERSTAND THAT BEFORE

11:43AM  3     2013 ACTUALLY, THERANOS HAD ESTABLISHED A RELATIONSHIP WITH

11:43AM  4     WALGREENS?

11:43AM  5     A.   YES.

11:43AM  6     Q.   AND YOU UNDERSTAND WALGREENS IS A VERY LARGE RETAILER?

11:43AM  7     A.   YES.

11:43AM  8     Q.   AND IT'S IN THE PHARMACY BUSINESS BASICALLY; RIGHT?

11:43AM  9     A.   YES.

11:43AM  10    Q.   AND YOU UNDERSTAND IT OPERATES THOUSANDS OF STORES IN THE

11:43AM  11    UNITED STATES?

11:43AM  12    A.   YEP.

11:43AM  13    Q.   AND EVEN MORE INTERNATIONALLY?

11:43AM  14    A.   YES.

11:44AM  15    Q.   AND I THINK YOU SAID THIS ON DIRECT, BUT A PARTNER LIKE

11:44AM  16    WALGREENS WOULD BE VERY DESIRABLE FOR A COMPANY LIKE THERANOS

11:44AM  17    TRYING TO DEVELOP ITS TECHNOLOGY AND GET INTO THE MARKETPLACE?

11:44AM  18    A.   ABSOLUTELY.

11:44AM  19    Q.   AND YOU HAD -- THE FACT THAT WALGREENS WAS PARTNERING WITH

11:44AM  20    THERANOS WAS SOMETHING THAT WAS A POSITIVE FOR YOU IN DECIDING

11:44AM  21    HOW TO PROCEED WITH THERANOS?

11:44AM  22    A.   YES.

11:44AM  23    Q.   RIGHT.

11:44AM  24         AND YOU UNDERSTAND THAT THEY HAD THE RETAIL EXPERIENCE TO

11:44AM  25    ACCOMPLISH SOMETHING LIKE A LARGE ROLLOUT OF THERANOS

LUCAS CROSS BY MR. COOPERSMITH                                              5662

11:44AM  1    TECHNOLOGY?

11:44AM  2    A.   YES.

11:44AM  3    Q.   OKAY.  AND THAT WAS IMPORTANT TO YOUR DECISION TO INVEST?

11:44AM  4    A.   CORRECT.

11:44AM  5    Q.   IF WE COULD TAKE A LOOK AT ANOTHER TAB IN YOUR BINDER,

11:44AM  6    EXHIBIT 20432.

11:45AM  7         IS THAT IN YOUR BINDER, MR. LUCAS?

11:45AM  8    A.   20432?

11:45AM  9    Q.   YES.

11:45AM  10   A.   NO.

11:45AM  11   Q.   OKAY.

11:45AM  12        CAN I HAVE A MOMENT, YOUR HONOR?

11:45AM  13            THE COURT:  YES.

11:45AM  14        (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

11:45AM  15            MR. COOPERSMITH:  I'M TOLD, YOUR HONOR, THAT THIS IS

11:45AM  16   AN EXHIBIT THAT IS IN EVIDENCE.  SO CAN WE PUT IT ON THE SCREEN

11:45AM  17   WITH YOUR PERMISSION, YOUR HONOR?

11:46AM  18            THE COURT:  YES.

11:46AM  19   BY MR. COOPERSMITH:

11:46AM  20   Q.   OKAY.  SO CAN YOU SEE THAT ON YOUR SCREEN?

11:46AM  21   A.   YES.

11:46AM  22   Q.   AND YOU SEE THAT THIS IS A -- SOMETHING FROM

11:46AM  23   WWW.WALGREENS.COM?

11:46AM  24   A.   YES.

11:46AM  25   Q.   AND THIS IS SOMETHING THAT YOU REVIEWED BEFORE YOUR

11:46AM  1      INVESTMENT IN DECEMBER OF 2013?

11:46AM  2      A.   I'M SURE.

11:46AM  3      Q.   OKAY.  AND YOU SEE AT THE BEGINNING IT SAYS,

11:46AM  4      "THERANOS INC. AND WALGREENS TODAY CELEBRATE THE OPENING OF THE

11:46AM  5      NEW THERANOS WELLNESS CENTERS LOCATED AT WALGREENS STORES IN

11:46AM  6      THE PHOENIX METROPOLITAN AREA."

11:46AM  7          DO YOU SEE THAT?

11:46AM  8      A.   YES.

11:46AM  9      Q.   AND IT GOES ON TO SAY, "THIS MARKS THE NEXT STEP IN

11:46AM  10     THERANOS AND WALGREENS PLANNED NATIONAL ROLLOUT OF THERANOS

11:46AM  11     WELLNESS CENTERS."

11:46AM  12         DO YOU SEE THAT?

11:46AM  13     A.   YES.

11:46AM  14     Q.   OKAY.  AND THEN IF YOU GO TO -- I THINK YOU SAW -- WELL,

11:46AM  15     LET ME JUST POINT YOU TO THE SECOND PARAGRAPH.

11:46AM  16         DO YOU SEE THAT IT SAYS, "THE NEW THERANOS WELLNESS

11:46AM  17     CENTERS WILL PROVIDE PHOENIX AREA CONSUMERS WITH ACCESS TO LESS

11:47AM  18     INVASIVE AND MORE AFFORDABLE CLINICIAN-DIRECTED LAB TESTING

11:47AM  19     FROM A BLOOD SAMPLE AS SMALL AS A FEW DROPS."

11:47AM  20         DO YOU SEE THAT?

11:47AM  21     A.   YES.

11:47AM  22     Q.   AND THEN IT SAYS, "THE MICRO-SAMPLES COLLECTED BY

11:47AM  23     CERTIFIED PHLEBOTOMISTS OR TRAINED WALGREENS TECHNICIANS ARE

11:47AM  24     TAKEN FROM EITHER A TINY FINGERSTICK OR TRADITIONAL METHODS."

11:47AM  25         AND THEN IT GOES ON?

LUCAS CROSS BY MR. COOPERSMITH                              5664

11:47AM 1    A.   YES.

11:47AM 2    Q.   AND A TRADITIONAL METHOD MEANS GETTING A NEEDLE IN THE ARM

11:47AM 3    TO TAKE BLOOD; RIGHT?

11:47AM 4    A.   YEAH.

11:47AM 5    Q.   AND AT THE TIME YOU SAID THAT YOU KNEW THAT THERANOS COULD

11:47AM 6    DO DOZENS OF TESTS?

11:47AM 7    A.   THAT'S RIGHT.

11:47AM 8    Q.   AND YOU KNEW THAT THERE WERE MORE BLOOD TESTS THAT

11:47AM 9    SOMETIMES DOCTORS OR PATIENTS NEEDED TO GET BEYOND THE DOZENS

11:47AM 10   OF TESTS; RIGHT?

11:47AM 11   A.   THAT'S RIGHT.

11:47AM 12   Q.   AND SO THE ONES THAT THERANOS COULDN'T DO BEYOND THE

11:47AM 13   DOZENS, THEY WOULD HAVE TO BE DONE BY SOME OTHER METHOD; RIGHT?

11:47AM 14   A.   YES.

11:47AM 15   Q.   AND THAT MIGHT BE TRADITIONAL METHODS; RIGHT?

11:47AM 16   A.   CORRECT.

11:47AM 17   Q.   AND YOU KNEW THAT BEFORE YOU INVESTED IN 2013?

11:48AM 18   A.   YES.

11:48AM 19   Q.   OKAY.  AT THIS TIME, THIS IS AN ANNOUNCEMENT TO CONSUMERS

11:48AM 20   IN THE PHOENIX METROPOLITAN AREA.

11:48AM 21       IF WE GO TO THE NEXT EXHIBIT, YOU SEE AT THE TOP IT SAYS,

11:48AM 22   "NEW THERANOS WELLNESS CENTERS ARE LOCATED AT THE FOLLOWING

11:48AM 23   WALGREENS STORES, WITH PLANS TO ADD ADDITIONAL LOCATIONS ON AN

11:48AM 24   ONGOING BASIS."

11:48AM 25       DO YOU SEE THAT?

LUCAS CROSS BY MR. COOPERSMITH                    5665

11:48AM   1    A.   YES.

11:48AM   2    Q.   AND THERE ARE TWO DIFFERENT ADDRESSES BOTH IN THE PHOENIX

11:48AM   3    AREA; RIGHT?

11:48AM   4    A.   YES.

11:48AM   5    Q.   PHOENIX AND SCOTTSDALE.

11:48AM   6         SO THAT'S TWO STORES IN THE PHOENIX AREA; CORRECT?

11:48AM   7    A.   YES.

11:48AM   8    Q.   AND YOU KNEW THAT THEY ALSO HAD ONE STORE NEAR HERE IN

11:48AM   9    PALO ALTO, CALIFORNIA?

11:48AM  10    A.   YES.

11:48AM  11    Q.   OKAY.  SO THAT'S THREE STORES?

11:48AM  12    A.   YES.

11:48AM  13    Q.   OKAY.  SO AT THIS TIME, THIS IS NOVEMBER, ABOUT A MONTH OR

11:48AM  14    SO BEFORE YOU INVESTED, YOU UNDERSTOOD THAT THERANOS HAD THREE

11:48AM  15    STORES THAT WERE COLLECTING BLOOD SAMPLES WHICH WERE WALGREENS

11:49AM  16    LOCATIONS?

11:49AM  17    A.   YES.

11:49AM  18    Q.   OKAY.  AND YOU UNDERSTOOD ALSO THAT THERANOS HAD A GOAL TO

11:49AM  19    ROLL OUT MANY, MANY MORE STORES; RIGHT?

11:49AM  20    A.   CORRECT.

11:49AM  21    Q.   AND THAT WALGREENS WOULD BE INVOLVED WITH THAT PROJECT

11:49AM  22    BECAUSE THEY WERE THEIR STORES; RIGHT?

11:49AM  23    A.   YES.

11:49AM  24    Q.   OKAY.  AND IF THAT PROJECT SUCCEEDED, YOUR INVESTMENT

11:49AM  25    COULD HAVE BECOME VERY, VERY VALUABLE INDEED; RIGHT?

11:49AM  1      A.   ONE WOULD HAVE BELIEVED SO, YES.

11:49AM  2      Q.   RIGHT.

11:49AM  3           AND YOU ALSO UNDERSTOOD THAT WHEN YOU ARE TRYING TO ROLL

11:49AM  4      OUT NEW PRODUCTS OR SERVICES ON THAT TYPE OF A SCALE, THERE ARE

11:49AM  5      A LOT OF RISKS INVOLVED WITH THAT?

11:49AM  6      A.   CERTAINLY RISKS IN DEVELOPING THE INFRASTRUCTURE, YES.

11:49AM  7      Q.   RIGHT.

11:49AM  8           AND THAT FOR VARIOUS REASONS, IT MIGHT NOT HAPPEN?

11:49AM  9      A.   THAT WOULD BE AT THAT POINT MORE OF AN EXECUTION RISK THAN

11:50AM  10     A TECHNOLOGY RISK.

11:50AM  11     Q.   OKAY.  WELL, LET'S CALL IT EXECUTION RISK.

11:50AM  12          THAT WOULD JUST BE RISK INVOLVED WITH PUTTING TOGETHER ALL

11:50AM  13     OF THE MOVING PARTS THAT WOULD BE NECESSARY TO ROLL OUT MORE

11:50AM  14     AND MORE STORES; RIGHT?

11:50AM  15     A.   YES.

11:50AM  16     Q.   AND THOSE RISKS ARE REAL; RIGHT?

11:50AM  17     A.   SURE.

11:50AM  18     Q.   OKAY.  AND YOU UNDERSTOOD, THOUGH, BECAUSE YOU MENTIONED

11:50AM  19     TECHNOLOGY RISK, YOUR UNDERSTANDING AT THE TIME WAS THAT THE

11:50AM  20     TECHNOLOGY WAS FUNCTIONAL; RIGHT?

11:50AM  21     A.   YES.

11:50AM  22     Q.   AND THAT'S WHAT YOU HAD EXPECTED AT THE TIME; RIGHT?

11:50AM  23     A.   YES.

11:50AM  24     Q.   AND, IN FACT, YOU WOULD HAVE EXPECTED WALGREENS TO NOT DO

11:50AM  25     A PROJECT LIKE THIS UNLESS THEY WERE CONFIDENT IN THE

11:50AM 1      TECHNOLOGY?

11:50AM 2              MR. BOSTIC:  OBJECTION.  401, CALLS FOR SPECULATION.

11:50AM 3              MR. COOPERSMITH:  YOUR HONOR, HE'S A BUSINESS PERSON

11:50AM 4      WHO I THINK HAD AN UNDERSTANDING OF THIS, AND --

11:50AM 5              THE COURT:  WHY DON'T YOU ASK HIM RELATED TO HIS

11:50AM 6      BUSINESS EXPERIENCE AND INVESTMENT EXPERIENCE.

11:50AM 7              MR. COOPERSMITH:  SURE, YOUR HONOR.  THANK YOU.

11:50AM 8      Q.   SO, MR. LUCAS, YOU HAVE DECADES OF INVESTMENT AND BUSINESS

11:51AM 9      EXPERIENCE; CORRECT?

11:51AM 10     A.   YES.

11:51AM 11     Q.   AND YOU UNDERSTOOD THAT WALGREENS HAD TO MAKE A DECISION

11:51AM 12     TO PARTNER WITH THERANOS ON THESE ROLLOUT PROJECTS; RIGHT?

11:51AM 13     A.   YES.

11:51AM 14     Q.   OKAY.  AND BASED ON YOUR BUSINESS EXPERIENCE AND

11:51AM 15     KNOWLEDGE, WOULD YOU HAVE EXPECTED WALGREENS TO HAVE -- BE

11:51AM 16     CONFIDENT IN THE TECHNOLOGY BEFORE THEY AGREED TO DO SOMETHING

11:51AM 17     LIKE THIS?

11:51AM 18             MR. BOSTIC:  SAME OBJECTIONS.  401, 403, CALLS FOR

11:51AM 19     SPECULATION.

11:51AM 20             THE COURT:  OVERRULED.  HE CAN ANSWER THE QUESTION

11:51AM 21     BASED ON HIS EXPERIENCE.

11:51AM 22             THE WITNESS:  ASK AGAIN, PLEASE.

11:51AM 23     BY MR. COOPERSMITH:

11:51AM 24     Q.   SURE, MR. LUCAS.

11:51AM 25             BASED ON YOUR BUSINESS EXPERIENCE, YOU WOULD HAVE EXPECTED

ER-4242

LUCAS CROSS BY MR. COOPERSMITH                                    5668

11:51AM  1    WALGREENS TO HAVE AND BE CONFIDENT IN THE TECHNOLOGY BEFORE

11:52AM  2    THEY EMBARKED ON A PROJECT WITH THERANOS TO PUT THESE BLOOD

11:52AM  3    TESTING SERVICES IN ITS OWN STORES?

11:52AM  4    A.   YES.

11:52AM  5    Q.   AND DID YOU KNOW THAT WALGREENS HAD THERANOS DEVICES IN

11:52AM  6    ITS POSSESSIONS FOR YEARS PRIOR TO THE ROLLOUT?

11:52AM  7    A.   I DON'T RECALL.

11:52AM  8    Q.   AND DOES THAT SURPRISE YOU IF THAT WAS THE CASE?

11:52AM  9    A.   NO.

11:52AM 10    Q.   BECAUSE THAT WOULD FIT WITH YOUR EXPECTATION THAT

11:52AM 11    WALGREENS WOULD WANT TO KNOW OR UNDERSTAND THE TECHNOLOGY

11:52AM 12    BEFORE IT WENT INTO A ROLLOUT PROJECT WITH THERANOS; RIGHT?

11:52AM 13    A.   YEAH, THAT WOULD BE REASONABLE.

11:52AM 14    Q.   RIGHT.

11:52AM 15         AND DID YOU KNOW THAT WALGREENS ACTUALLY HAD THE ABILITY

11:52AM 16    TO USE THE DEVICE TO RUN TESTS AT ITS OWN HEADQUARTERS IN

11:52AM 17    ILLINOIS?

11:52AM 18    A.   AGAIN, I WOULD THINK THAT THAT'S REASONABLE.

11:52AM 19    Q.   OKAY.  ALSO, I WANT TO SHOW YOU AN EXHIBIT THAT IS ALREADY

11:53AM 20    IN EVIDENCE.

11:53AM 21         YOUR HONOR, IT'S EXHIBIT 20553.  MAY I PUT THAT IN FRONT

11:53AM 22    OF THE WITNESS?

11:53AM 23              THE COURT:  YES.

11:53AM 24              MR. COOPERSMITH:  THANK YOU.

11:53AM 25    Q.   OKAY.  SO WE'RE ALL LOOKING AT 20553.

11:53AM  1      AND YOU SEE THERE'S A -- ON PAGE 2, THERE'S A SUMMARY OF

11:53AM  2   HOPKINS/WALGREENS/THERANOS MEETING?

11:53AM  3      DO YOU SEE THAT?

11:53AM  4   A.   YES.

11:53AM  5   Q.   AND YOU SEE THE PARTICIPANTS?

11:53AM  6   A.   YES.

11:53AM  7   Q.   AND THERE ARE SOME DOCTORS FROM JOHNS HOPKINS.

11:53AM  8      DO YOU SEE THAT?

11:53AM  9   A.   YES.

11:53AM  10  Q.   AND THEN THERE ARE SOME PEOPLE FROM -- WELL, ONE PERSON

11:53AM  11  FROM WALGREENS; CORRECT?

11:53AM  12  A.   YES.

11:53AM  13  Q.   AND THEN THERE'S SOME PEOPLE FROM THERANOS, NAMELY,

11:53AM  14  MS. HOLMES AND MR. BALWANI?

11:53AM  15  A.   YES.

11:53AM  16  Q.   AND THEN THERE'S ANOTHER PERSON.

11:53AM  17      YOU KNOW WHAT JOHNS HOPKINS IS; RIGHT?

11:54AM  18  A.   YES.

11:54AM  19  Q.   AND WHAT IS IT?

11:54AM  20  A.   IT'S ONE OF THE TOP UNIVERSITIES AND HERE IN THIS CASE

11:54AM  21  FROM THEIR TOP RATED HOSPITAL.

11:54AM  22  Q.   OKAY.  THANK YOU.

11:54AM  23      AND THEN IF YOU GO TO THE SECOND PAGE OF THE DOCUMENT, YOU

11:54AM  24  SEE THAT THERE ARE SOME KEY FINDINGS.

11:54AM  25      AND IT SAYS, "BASED ON THIS EVALUATION, THE CONSENSUS OF

LUCAS CROSS BY MR. COOPERSMITH                                5670

11:54AM  1    THE HOPKINS TEAM WAS AS FOLLOWS."

11:54AM  2         AND THEN IT HAS THESE VARIOUS BULLET POINTS BLOWN OUT.

11:54AM  3         DO YOU SEE THAT?

11:54AM  4    A.   YES.

11:54AM  5    Q.   AND THEN THE FIRST ONE IS, "THE TECHNOLOGY IS NOVEL AND

11:54AM  6    SOUND.  IT CAN ACCURATELY RUN A WIDE RANGE OF ROUTINE AND

11:54AM  7    SPECIAL ASSAYS."

11:54AM  8         DO YOU SEE THAT?

11:54AM  9    A.   YES.

11:54AM  10   Q.   AND I WON'T READ ALL OF THEM, BUT IF YOU GO TO THE LAST

11:54AM  11   BULLET POINT IT SAYS, "NO MAJOR WEAKNESSES WERE IDENTIFIED."

11:54AM  12        DO YOU SEE THAT?

11:54AM  13   A.   YES.

11:54AM  14   Q.   AND CONSISTENT WITH WHAT WE WERE JUST TALKING ABOUT, THE

11:54AM  15   FACT THAT THERE WAS A MEETING WITH JOHNS HOPKINS AND THEIR TEAM

11:54AM  16   WAS INVOLVED WITH WALGREENS AND EVALUATING THE TECHNOLOGY, THAT

11:54AM  17   SEEMS REASONABLE TO YOU, TOO; RIGHT?

11:55AM  18   A.   YES.

11:55AM  19             MR. BOSTIC:  OBJECTION.  401.

11:55AM  20             THE COURT:  REASONABLE FOR -- I'M GOING TO SUSTAIN

11:55AM  21   THE OBJECTION.

11:55AM  22             MR. COOPERSMITH:  OKAY.  WELL, LET ME ASK ANOTHER

11:55AM  23   QUESTION, YOUR HONOR.  THANK YOU.

11:55AM  24   Q.   MR. LUCAS, BASED ON YOUR KNOWLEDGE AND EXPERIENCE, A

11:55AM  25   COMPANY LIKE WALGREENS, USING JOHNS HOPKINS TO HELP THEM

LUCAS CROSS BY MR. COOPERSMITH                5671

11:55AM  1    EVALUATE THERANOS TECHNOLOGY, THAT WOULD FIT WITH YOUR

11:55AM  2    EXPECTATIONS ABOUT WHAT A BIG RETAILER LIKE WALGREENS COULD DO;

11:55AM  3    CORRECT?

11:55AM  4    A.   CORRECT.

11:55AM  5    Q.   OKAY.  LET'S TALK ABOUT THE PERIOD OF TIME LEADING UP TO

11:55AM  6    YOUR INVESTMENT IN LATE 2013.  OKAY?

11:55AM  7         AND DURING DIRECT EXAMINATION, YOU WERE SHOWN A NEWSPAPER

11:55AM  8    ARTICLE FROM "THE WALL STREET JOURNAL."

11:56AM  9         DO YOU RECALL THAT?

11:56AM  10   A.   YES.

11:56AM  11   Q.   AND IT WAS ABOUT THERANOS; RIGHT?

11:56AM  12   A.   YES.

11:56AM  13   Q.   AND IT WAS BY A WRITER NAMED JOSEPH RAGO?  YOU DON'T

11:56AM  14   REMEMBER THAT?

11:56AM  15   A.   I DON'T.

11:56AM  16   Q.   OKAY.  AND I THINK DURING DIRECT YOU WERE SHOWN SOME

11:56AM  17   PASSAGES ABOUT THERANOS REFINING A THOUSAND TESTS.

11:56AM  18        DO YOU REMEMBER THAT?

11:56AM  19   A.   YES.

11:56AM  20   Q.   AND YOU SAID THAT YOU UNDERSTOOD THAT THEY ONLY -- AS YOU

11:56AM  21   UNDERSTOOD IT, THEY WERE DOING DOZENS OF TESTS; RIGHT?

11:56AM  22   A.   YES.

11:56AM  23   Q.   OKAY.  AND IN YOUR WORLD OF VENTURE CAPITAL, SOMETIMES

11:56AM  24   THERE'S NEWSPAPER STORIES ABOUT COMPANIES; RIGHT?

11:56AM  25   A.   YES.

ER-4246

11:56AM  1    Q.   AND YOU TRY TO LOOK AT THOSE; RIGHT?

11:56AM  2    A.   YES.

11:56AM  3    Q.   BUT YOU DON'T MAKE INVESTMENT DECISIONS BASED ON WHAT YOU

11:56AM  4    READ IN THE NEWSPAPER, DO YOU?

11:56AM  5    A.   IT DEPENDS WHAT THE NEWSPAPER SAYS.  YOU CERTAINLY TAKE

11:57AM  6    INTO ACCOUNT WHAT YOU'RE GOING TO -- WHAT YOU READ AND

11:57AM  7    CROSS-REFERENCE IT.

11:57AM  8    Q.   RIGHT.

11:57AM  9         BUT NEWSPAPER ARTICLES, LIKE, GET FACTS WRONG ALL OF THE

11:57AM 10    TIME, DON'T THEY?

11:57AM 11    A.   THEY CAN.

11:57AM 12    Q.   RIGHT.

11:57AM 13         SO YOU HAVE TO UNDERSTAND THAT WHEN YOU'RE READING A

11:57AM 14    NEWSPAPER ARTICLE; RIGHT?

11:57AM 15    A.   YES.

11:57AM 16    Q.   AND THAT'S WHY YOU HAVE TEAMS OF ANALYSTS AND PEOPLE TO

11:57AM 17    HELP YOU EVALUATE THESE COMPANIES; RIGHT?

11:57AM 18    A.   WELL, AND ADVISORS AND SO FORTH, YES.

11:57AM 19    Q.   RIGHT.

11:57AM 20         OKAY.  NOW, ON DIRECT EXAMINATION, DO YOU REMEMBER YOU

11:57AM 21    WERE ASKED SOME QUESTIONS BY MR. BOSTIC ABOUT THE COMPRESSED

11:57AM 22    TIMEFRAME IN LATE 2013 TO MAKE AN INVESTMENT DECISION?

11:57AM 23    A.   YES.

11:57AM 24    Q.   AND I THINK YOU SAW AN EMAIL SORT OF ANNOUNCING THE

11:57AM 25    OPPORTUNITY THAT WAS AROUND DECEMBER 16TH, 2013.

LUCAS CROSS BY MR. COOPERSMITH                    5673

11:57AM  1          DO YOU REMEMBER THAT?

11:58AM  2     A.   YES.

11:58AM  3     Q.   AND THAT THE INVESTMENT DECISION AND THE ACTUAL

11:58AM  4     INVESTMENT, THAT WAS MADE ON DECEMBER 31ST, 2013; RIGHT?

11:58AM  5     A.   YES.

11:58AM  6     Q.   OKAY.  AND YOU HAD TO WORK REALLY HARD DURING THAT

11:58AM  7     APPROXIMATELY TWO WEEK PERIOD TO GET THIS DONE; RIGHT?

11:58AM  8     A.   NO TIME TO SHAVE.

11:58AM  9          (LAUGHTER.)

11:58AM  10    BY MR. COOPERSMITH:

11:58AM  11    Q.   RIGHT.

11:58AM  12         AND DO YOU HAVE A PHOTO FROM THAT ERA, MR. LUCAS?

11:58AM  13    A.   I'M SURE I DO.

11:58AM  14    Q.   OKAY.  AND SO THERE WAS NOTHING THAT WAS FORCING YOUR FIRM

11:58AM  15    TO INVEST IN THERANOS AT THAT TIME; RIGHT?

11:58AM  16    A.   CORRECT.

11:58AM  17    Q.   YOU COULD HAVE DECIDED NOT TO INVEST?

11:58AM  18    A.   THAT'S RIGHT.

11:58AM  19    Q.   AND YOU COULD HAVE DECIDED TO ENJOY CHRISTMAS AND NOT DO

11:58AM  20    ALL OF THAT WORK; RIGHT?

11:58AM  21    A.   THAT'S RIGHT.

11:58AM  22    Q.   OKAY.  SO YOU SAID SOMETHING ON DIRECT ABOUT WHY YOU

11:58AM  23    UNDERSTOOD THERE WAS A NEED FOR A COMPRESSED TIMEFRAME; RIGHT?

11:58AM  24    A.   YES.

11:58AM  25    Q.   AND IT HAD TO DO WITH ANOTHER TRANSACTION INVOLVING

ER-4248

11:59AM   1    WALGREENS?

11:59AM   2    A.   YES.

11:59AM   3    Q.   OKAY.  AND LET'S JUST TALK ABOUT THAT FOR A MINUTE.

11:59AM   4         SO LET'S START WITH EXHIBIT 20698, WHICH SHOULD BE IN YOUR

11:59AM   5    BINDER.

11:59AM   6    A.   YES.

11:59AM   7    Q.   OKAY.  THANK YOU.

11:59AM   8         YOU SEE THIS IS A THERANOS INC. INVESTORS' RIGHTS

11:59AM   9    AGREEMENT FROM FEBRUARY 3RD, 2006?

11:59AM   10   A.   YES.

11:59AM   11   Q.   AND THIS WAS A DOCUMENT THAT YOU SIGNED IN CONNECTION WITH

11:59AM   12   THE FIRST OF YOUR INVESTMENTS IN THERANOS BACK IN 2006;

11:59AM   13   CORRECT?

11:59AM   14   A.   YEAH, I EXPECT SO, YES.

11:59AM   15   Q.   RIGHT.

11:59AM   16        AND IF YOU WANT TO LOOK AT THAT, YOU CAN TURN TO PAGE 28

11:59AM   17   OF THE DOCUMENT.  AND THESE ARE THE PAGES, AND THE NUMBERS ARE

11:59AM   18   IN THE MIDDLE AT THE BOTTOM.

12:00PM   19   A.   YES.

12:00PM   20   Q.   AND DO YOU SEE YOUR SIGNATURE THERE?

12:00PM   21   A.   YES.

12:00PM   22   Q.   SO, AGAIN, THIS WAS AN INVESTORS' RIGHTS AGREEMENT THAT

12:00PM   23   YOU SIGNED ON BEHALF OF BLACK DIAMOND VENTURES AROUND

12:00PM   24   FEBRUARY 3RD, 2006; CORRECT?

12:00PM   25   A.   CORRECT.

12:00PM   1            MR. COOPERSMITH:  YOUR HONOR, WE OFFER

12:00PM   2    EXHIBIT 20698.

12:00PM   3            MR. BOSTIC:  NO OBJECTION.

12:00PM   4            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:00PM   5        (DEFENDANT'S EXHIBIT 20698 WAS RECEIVED IN EVIDENCE.)

12:00PM   6    BY MR. COOPERSMITH:

12:00PM   7    Q.   SO LET'S GO TO THE FIRST PAGE.  THAT'S WHAT WE JUST

12:00PM   8    DESCRIBED.

12:00PM   9        AND IF YOU GO IN PARTICULAR -- WELL, FIRST OF ALL, LET ME

12:00PM  10    JUST ASK YOU THIS QUESTION.  WHAT IS AN INVESTOR RIGHTS

12:00PM  11    AGREEMENT?

12:00PM  12    A.   WELL, IT IS WHAT IT SAYS, IT'S INVESTORS' RIGHTS

12:00PM  13    AGREEMENT.  IT SETS FORTH THE VARIOUS PROVISIONS THAT EACH

12:00PM  14    INVESTOR HAS IN MAKING AN INVESTMENT IN THE COMPANY.

12:01PM  15    Q.   OKAY.  AND, MR. LUCAS, SO THE VARIOUS PROVISIONS OF THIS

12:01PM  16    DOCUMENT SET FORTH DIFFERENT, YOU KNOW, TERMS AND CONDITIONS

12:01PM  17    ABOUT WHAT RIGHTS YOU HAVE AS AN INVESTOR; IS THAT RIGHT?

12:01PM  18    A.   CORRECT.

12:01PM  19    Q.   THAT'S FAIR IN A NUTSHELL?

12:01PM  20        AND IF YOU GO TO PAGE 20 OF THE EXHIBIT, THERE'S THOSE

12:01PM  21    NUMBERS IN THE VERY BOTTOM MIDDLE.

12:01PM  22    A.   OKAY.

12:01PM  23    Q.   AND YOU SEE THERE'S THIS PROVISION 4.1, RIGHT OF FIRST

12:01PM  24    OFFER TO SIGNIFICANT HOLDERS.

12:01PM  25        DO YOU SEE THAT?

12:01PM  1     A.   YES.

12:01PM  2     Q.   AND IT READS, "THE COMPANY HEREBY GRANTS TO EACH INVESTOR

12:01PM  3     WHO PURCHASES AT LEAST 268,244 SHARES OF SERIES B PREFERRED

12:01PM  4     STOCK (AS PRESENTLY CONSTITUTED AND SUBJECT TO SUBSEQUENT

12:01PM  5     ADJUSTMENTS," IT GOES ON, "THE RIGHT OF FIRST OFFER TO PURCHASE

12:02PM  6     ITS PRO RATA SHARE OF NEW SECURITIES (AS DEFINED)," AND THEN IT

12:02PM  7     GOES ON.

12:02PM  8          DO YOU SEE THAT?

12:02PM  9     A.   YES.

12:02PM  10    Q.   AND SO THIS WAS A PROVISION THAT ENTITLED YOU TO

12:02PM  11    PARTICIPATE IN FUTURE FUNDRAISING ROUNDS; CORRECT?

12:02PM  12    A.   IT GAVE YOU THE RIGHT, NOT THE OBLIGATION.

12:02PM  13    Q.   CORRECT?

12:02PM  14    A.   CORRECT.

12:02PM  15    Q.   AND SO IF THERANOS WAS ENGAGING IN NEW FUNDRAISING, IT

12:02PM  16    WOULD HAVE TO GO TO INVESTORS LIKE YOURSELF AND SAY, HEY, DO

12:02PM  17    YOU WANT TO PARTICIPATE IN THIS NEW FUNDRAISING ROUND?

12:02PM  18    A.   YES.

12:02PM  19    Q.   AND YOU COULD SAY YES OR NO?

12:02PM  20    A.   CORRECT.

12:02PM  21    Q.   AND THAT WOULD -- ANYONE WHO SIGNED THIS INVESTOR RIGHTS

12:02PM  22    AGREEMENT WOULD BASICALLY BE IN THAT SAME BOAT; RIGHT?

12:02PM  23    A.   YEAH.

12:02PM  24    Q.   SO IF THERANOS WAS HONORING ITS COMMITMENTS WHEN IT WAS

12:02PM  25    ENGAGING IN NEW FINANCING, IT WOULD HAVE TO FIRST COME TO

12:02PM 1      INVESTORS LIKE YOURSELF AND SAY, "DO YOU WANT TO PARTICIPATE IN

12:02PM 2      THIS OR NOT?"

12:02PM 3          RIGHT?

12:02PM 4      A.   YES, IN YOUR PRO RATA RIGHT.

12:02PM 5      Q.   RIGHT.

12:02PM 6      A.   YES.

12:02PM 7      Q.   SO IN THAT LATE 2013 TIMEFRAME, YOU KNEW THAT THERANOS WAS

12:03PM 8      ABOUT TO EMBARK ON A NEW FUNDRAISING ROUND; RIGHT?

12:03PM 9      A.   YES.

12:03PM 10     Q.   AND IT WAS APPROACHING YOU FIRST AND OTHER INVESTORS TO

12:03PM 11     SEE IF YOU WANTED TO PARTICIPATE; RIGHT?

12:03PM 12     A.   I EXPECT THAT WAS THE CASE.

12:03PM 13     Q.   RIGHT.

12:03PM 14     A.   I DON'T REMEMBER, BUT, YEAH.

12:03PM 15     Q.   SO IF THAT WAS THE CASE, THAT WOULD BE THERANOS HONORING

12:03PM 16     ITS AGREEMENT FROM ALL OF THE WAY BACK IN 2006; RIGHT?

12:03PM 17     A.   YES.

12:03PM 18     Q.   OKAY.  LET'S TAKE A LOOK AT ANOTHER DOCUMENT WHICH IS

12:03PM 19     ALREADY IN EVIDENCE, AND THAT SHOULD BE DOCUMENT 1387.

12:03PM 20         IT SHOULD BE IN YOUR BINDER, MR. LUCAS.

12:03PM 21     A.   SHOULD I LOOK ON THE SCREEN?

12:03PM 22     Q.   YOU KNOW, WHATEVER YOU PREFER.  IF IT'S EASIER FOR YOU TO

12:03PM 23     DO A HARD COPY, IT'S IN THE BINDER.  BUT IF YOU WANT TO LOOK AT

12:03PM 24     THE SCREEN, THAT'S ALSO FINE.

12:03PM 25     A.   OKAY.

LUCAS CROSS BY MR. COOPERSMITH                    5678

12:03PM   1    Q.   OKAY.  SO YOU SEE THAT THIS IS A LETTER DATED

12:04PM   2    DECEMBER 31ST, 2013?

12:04PM   3    A.   YES.

12:04PM   4    Q.   AND IT'S ADDRESSED TO THERANOS?

12:04PM   5    A.   YES.

12:04PM   6    Q.   AND YOU SEE THAT THIS IS A LETTER THAT REFLECTS AN

12:04PM   7    AMENDMENT TO THE AGREEMENT BETWEEN WALGREENS AND THERANOS?

12:04PM   8    A.   I DON'T SEE WHERE IT SAYS WALGREENS YET, BUT --

12:04PM   9    Q.   OKAY.  WELL, JUST TAKE A MINUTE OR A SECOND EVEN TO READ

12:04PM  10    THE FIRST PARAGRAPH.

12:04PM  11    A.   YES.

12:04PM  12    Q.   OKAY.  SO THIS IS AN AMENDMENT TO THE AGREEMENT BETWEEN

12:04PM  13    WALGREENS AND THERANOS?

12:04PM  14         OKAY.  AND YOU DIDN'T ACTUALLY SEE THIS AT THE TIME OF

12:04PM  15    YOUR INVESTMENT; RIGHT?

12:04PM  16    A.   NO.

12:04PM  17    Q.   OKAY.  AND IF YOU GO TO THE VERY LAST PAGE, YOU SEE IT'S

12:04PM  18    SIGNED BY A VICE PRESIDENT AT WALGREENS AS WELL AS MS. HOLMES?

12:05PM  19         DO YOU SEE THAT?

12:05PM  20    A.   YES.

12:05PM  21    Q.   AND LET'S GO, FIRST OF ALL, TO PARAGRAPH 7, WHICH IS ON

12:05PM  22    PAGE 5 OF THE EXHIBIT.

12:05PM  23         DO YOU SEE THAT ADDITIONAL EQUITY RIGHTS SECTION?

12:05PM  24    A.   YES.

12:05PM  25    Q.   AND HERE IT SAYS, "THE PARTIES," WALGREENS AND THERANOS,

ER-4253

LUCAS CROSS BY MR. COOPERSMITH                    5679

12:05PM   1    "AGREE THAT THE $50 MILLION OF THE $75 MILLION PAYMENT MADE BY

12:05PM   2    WALGREENS PURSUANT TO SECTION 3 ABOVE MAY BE CONVERTED, AT

12:05PM   3    WALGREENS OPTION, INTO EQUITY ON SUCH TERMS AS ARE MADE

12:05PM   4    AVAILABLE TO INVESTORS IN THERANOS'S PLANNED EQUITY FINANCING

12:05PM   5    IN THE FIRST QUARTER OF 2014."

12:05PM   6         RIGHT?

12:05PM   7         AND THEN IT GOES ON TO SAY THAT, "THE PARTIES ALSO AGREE

12:05PM   8    THAT UPON SIGNING THIS AGREEMENT, WALGREENS WILL RECEIVE AN

12:05PM   9    OPTION TO PURCHASE UP TO $50 MILLION IN THERANOS EQUITY ON THE

12:05PM   10   TERMS MADE AVAILABLE TO INVESTORS WHO INVESTED IN THE PRIOR

12:05PM   11   EQUITY PURCHASING (E.G. $15 A SHARE)."

12:05PM   12        DO YOU SEE THAT?

12:05PM   13   A.   YES.

12:05PM   14   Q.   AND THAT $15 A SHARE IS WHAT YOU PAID FOR YOUR INVESTMENT;

12:06PM   15   RIGHT?

12:06PM   16   A.   YES.

12:06PM   17   Q.   AND WHEN WE TALK ABOUT EQUITY, WE'RE TALKING ABOUT

12:06PM   18   PURCHASING STOCK?

12:06PM   19   A.   PURCHASING PREFERRED STOCK IN THIS CASE.

12:06PM   20   Q.   AND PREFERRED STOCK IS A FORM OF EQUITY?

12:06PM   21   A.   YES.

12:06PM   22   Q.   OKAY.  AND IT REFERENCES IN THE PARAGRAPH THAT I JUST READ

12:06PM   23   SECTION 3.  SO CAN WE LOOK AT THAT ON THE PREVIOUS PAGE.

12:06PM   24        AND YOU SEE IT SAYS INNOVATION FEE?

12:06PM   25   A.   YES.

ER-4254

12:06PM 1    Q.   OKAY.  AND YOU SEE IT SAYS THAT "AS DETAILED IN SECTION 6

12:06PM 2    OF SCHEDULE B OF THE AGREEMENT, WALGREENS IS TO MAKE AN

12:06PM 3    INNOVATION FEE PAYMENT OF UP TO $100 MILLION TO THERANOS."

12:06PM 4         DO YOU SEE THAT?

12:06PM 5    A.   YES.

12:06PM 6    Q.   AND THEN IT SAYS, GOING A COUPLE SENTENCES MORE, "TO THAT

12:06PM 7    END (AND SUBJECT TO SECTION 7) CAN," WHICH WE JUST LOOKED AT,

12:06PM 8    "THE PARTIES HAVE AGREED THAT WALGREENS SHALL ACCELERATE

12:07PM 9    PAYMENT OF THE INNOVATION FEE SO THAT $75 MILLION OF THE

12:07PM 10   PRE-PURCHASE WILL BECOME IMMEDIATELY DUE AND PAYABLE AT THE

12:07PM 11   CLOSE OF BUSINESS ON DECEMBER 31ST, 2013."

12:07PM 12        DO YOU SEE THAT?

12:07PM 13   A.   YES.

12:07PM 14   Q.   AND IT GOES ON TO SAY THAT "WALGREENS COMMITS TO WIRE

12:07PM 15   IMMEDIATELY AVAILABLE FUNDS IN SUCH AMOUNT OF FIVE BUSINESS

12:07PM 16   DAYS AFTER THE DATE HEREOF."

12:07PM 17        DO YOU SEE THAT?

12:07PM 18   A.   YES.

12:07PM 19   Q.   AND THIS WAS SIGNED ON DECEMBER 31ST, 2013?

12:07PM 20   A.   YES.

12:07PM 21   Q.   OKAY.  NOW, BASED ON YOUR EXPERIENCE IN BUSINESS AND AS AN

12:07PM 22   INVESTOR, AFTER AN AGREEMENT WHERE -- ACTUALLY I'LL WITHDRAW

12:07PM 23   THAT.  LET ME SHOW YOU ONE OTHER THING BEFORE I ASK THAT.

12:07PM 24        LET'S GO TO PARAGRAPH 1 OF THE AGREEMENT.

12:07PM 25        DO YOU SEE THE NATIONAL ROLLOUT; NEW MARKET ENTRY SECTION?

12:07PM  1      A.   YES.

12:07PM  2      Q.   AND IT SAYS, "THE PARTIES SHALL WORK TOGETHER TO DEVELOP A

12:07PM  3      FORECAST THAT DETAILS THE ANTICIPATED ROLLOUT DATES FOR

12:07PM  4      THERANOS SERVICES IN INDIVIDUAL U.S. STATES/TERRITORIES."

12:08PM  5           DO YOU SEE THAT?

12:08PM  6      A.   YES.

12:08PM  7      Q.   AND IT GOES ON TO SAY, "THE PARTIES ARE COMMITTED TO

12:08PM  8      TAKING ALL STEPS REASONABLE NECESSARY TO ENSURE A SUCCESSFUL

12:08PM  9      NATIONAL ROLLOUT OF THE THERANOS SERVICES."

12:08PM  10          AND IT GOES ON.

12:08PM  11          DO YOU SEE THAT?

12:08PM  12     A.   YES.

12:08PM  13     Q.   AND SO HAVING THAT IN MIND, THAT AGREEMENT, AS WELL AS THE

12:08PM  14     AGREEMENT FOR WALGREENS TO ACCELERATE PAYMENT OF A $75 MILLION

12:08PM  15     INNOVATION FEE, BASED ON YOUR EXPERIENCE AS AN INVESTOR, YOU

12:08PM  16     WOULD EXPECT THAT A DEAL LIKE THIS WOULD INCREASE THE VALUE OF

12:08PM  17     THERANOS?

12:08PM  18              MR. BOSTIC:  OBJECTION.  CALLS FOR SPECULATION.

12:08PM  19     702, 401.

12:08PM  20              THE COURT:  I'LL SUSTAIN THE OBJECTION AS YOU FRAMED

12:08PM  21     THE QUESTION.

12:08PM  22              MR. COOPERSMITH:  OKAY.  LET ME SEE IF I CAN ASK

12:08PM  23     SOME OTHER QUESTIONS, YOUR HONOR.

12:08PM  24     Q.   SO, MR. LUCAS, YOU ARE FAMILIAR WITH THE CONCEPT OF VALUE

12:08PM  25     OF COMPANIES?

12:08PM 1    A.   YES.

12:08PM 2    Q.   AND THAT IN THE VENTURE CAPITAL WORLD THAT YOU LIVE IN,

12:09PM 3    THAT'S AN IMPORTANT CONCEPT TO UNDERSTAND WHAT YOUR INVESTMENT

12:09PM 4    MAY BE WORTH AT ANY ONE TIME; RIGHT?

12:09PM 5    A.   YES.

12:09PM 6    Q.   AND IT'S ALSO AN IMPORTANT CONCEPT TO UNDERSTAND WHETHER

12:09PM 7    THE PRICE THAT YOU'RE PAYING PER SHARE OF STOCK IS A FAIR

12:09PM 8    PRICE; RIGHT?

12:09PM 9    A.   YES.

12:09PM 10   Q.   BECAUSE YOU WOULDN'T WANT TO OVERPAY IF A COMPANY WAS

12:09PM 11   VALUED VERY LOW, YOU WOULDN'T WANT TO PAY MORE PER SHARE;

12:09PM 12   RIGHT?

12:09PM 13   A.   THAT'S RIGHT.

12:09PM 14   Q.   AND THE COMPANY, AS YOU UNDERSTAND IT, WOULDN'T WANT TO

12:09PM 15   HAVE YOU PAY MUCH LOWER THAN WHAT THE REAL VALUE OF THE SHARES

12:09PM 16   WERE WORTH; RIGHT?

12:09PM 17   A.   YES.

12:09PM 18   Q.   AND YOU UNDERSTAND THAT THERE'S A CORRELATION BETWEEN THE

12:09PM 19   VALUE OF THE COMPANY AND THE PRICE PER SHARE?

12:09PM 20        DO YOU UNDERSTAND THAT?

12:09PM 21   A.   I DO.

12:09PM 22   Q.   ALL RIGHT.  AND THE HIGHER THE VALUE OF THE COMPANY, THE

12:09PM 23   GREATER THE PRICE PER SHARE WOULD BE; RIGHT?

12:09PM 24   A.   YES.

12:09PM 25   Q.   AND BY THE SAME TOKEN, THE LOWER THE VALUE OF THE COMPANY,

12:09PM  1    THE LOWER THE VALUE OF THE COMPANY WOULD BE.

12:09PM  2         IS THAT FAIR?

12:09PM  3    A.   YES.

12:09PM  4    Q.   AND YOU UNDERSTAND THAT THERE ARE A LOT OF DIFFERENT

12:10PM  5    FACTORS THAT WOULD AFFECT THE VALUE OF THE COMPANY, AND,

12:10PM  6    THEREFORE, THE SHARE PRICE?

12:10PM  7    A.   YES.

12:10PM  8    Q.   AND ONE FACTOR WOULD BE WHAT THE COMPANY EXPECTS THEIR

12:10PM  9    FUTURE REVENUE WOULD BE; IS THAT CORRECT?

12:10PM  10   A.   CORRECT.

12:10PM  11   Q.   AND ANOTHER FACTOR WOULD BE THE COLLECTION OF TALENTED

12:10PM  12   PERSONNEL THAT THE COMPANY HAS ASSEMBLED TO WORK FOR IT?

12:10PM  13   A.   CORRECT.

12:10PM  14   Q.   AND ANOTHER VALUE WOULD BE WHAT RELATIONSHIPS AND

12:10PM  15   CONTRACTS THE COMPANY HAS?

12:10PM  16   A.   THAT'S RIGHT.

12:10PM  17   Q.   AND FOR A COMPANY LIKE THERANOS, HAVING A RELATIONSHIP

12:10PM  18   WITH WALGREENS WOULD BE A FACTOR IN THE VALUE OF THE COMPANY?

12:10PM  19   A.   ABSOLUTELY.

12:10PM  20   Q.   AND IF WALGREENS MAKES A COMMITMENT, AS WE HAVE JUST SEEN,

12:10PM  21   TO PUT IN $75 MILLION, AND IN A CONTRACT, SAY, THEY'RE

12:10PM  22   COMMITTED TO A NATIONAL ROLLOUT, IN YOUR EXPERIENCE, WOULD THAT

12:10PM  23   INCREASE THE SHARE PRICE?

12:10PM  24   A.   YES, IT WOULD.

12:10PM  25   Q.   OKAY.  AND THAT WAS GOING TO HAPPEN AFTER DECEMBER 31ST,

LUCAS CROSS BY MR. COOPERSMITH                    5684

12:10PM  1    2013; CORRECT?

12:11PM  2    A.   CORRECT.

12:11PM  3    Q.   AND YOU WERE GIVEN A CHANCE TO INVEST BEFORE THAT

12:11PM  4    HAPPENED?

12:11PM  5    A.   CORRECT.

12:11PM  6    Q.   AND YOU UNDERSTOOD THAT AFTER THE FIRST OF THE YEAR OF

12:11PM  7    2014, THE PRICE THAT YOU MIGHT HAVE TO PAY FOR THERANOS MIGHT

12:11PM  8    BE HIGHER; RIGHT?

12:11PM  9    A.   ONE WOULD HOPE SO, YEP.

12:11PM 10    Q.   AND YOU WERE ACTUALLY GIVEN AN OPPORTUNITY TO INVEST IN

12:11PM 11    THERANOS AT THAT HIGHER PRICE IN JANUARY OF 2013?

12:11PM 12    A.   YES.

12:11PM 13    Q.   AND YOU DECIDED NOT TO?

12:11PM 14    A.   CORRECT.

12:11PM 15    Q.   BECAUSE YOU HAD PURCHASED AT THE EARLIER $15 PRICE?

12:11PM 16    A.   WE ALREADY HUSTLED AND GOT IT DONE.

12:11PM 17    Q.   YOU GOT IT DONE AND GOT THE BETTER PRICE; RIGHT?

12:11PM 18    A.   YES.

12:11PM 19    Q.   OKAY.  DO YOU REMEMBER BEFORE YOU ACTUALLY INVESTED, OR

12:12PM 20    YOUR FIRM VESTED, YOU WERE ON A CONFERENCE CALL WITH SOME OTHER

12:12PM 21    INVESTORS AND MS. HOLMES AS WELL?

12:12PM 22    A.   YES.

12:12PM 23    Q.   AND THAT WAS ON DECEMBER 20TH, 2013?

12:12PM 24    A.   YES.

12:12PM 25    Q.   AND ONE OF THE PEOPLE ON THAT CALL WAS BRYAN TOLBERT?

LUCAS CROSS BY MR. COOPERSMITH                    5685

12:12PM  1    A.   YES.

12:12PM  2    Q.   AND ONE OF THE PEOPLE ON THAT CALL WAS CRAIG HALL?

12:12PM  3    A.   YES, HE WAS ALSO, YES.

12:12PM  4    Q.   OKAY.  ON DIRECT EXAMINATION, THE GOVERNMENT ASKED YOU

12:12PM  5    SOME QUESTIONS ABOUT INFORMATION THAT YOU HAD RECEIVED FROM

12:12PM  6    MS. HOLMES ABOUT MILITARY RELATIONSHIPS THAT THERANOS HAD?

12:12PM  7    A.   YES.

12:12PM  8    Q.   YOU DON'T REMEMBER THE EXACT WORDS THAT MS. HOLMES SAID AT

12:12PM  9    THIS POINT; CORRECT?

12:12PM  10   A.   OBVIOUSLY I DON'T REMEMBER THE EXACT WORDS, BUT I

12:13PM  11   CERTAINLY REMEMBER THE INTENT AND WHAT WAS SAID.

12:13PM  12   Q.   AND YOU TOOK AWAY FROM WHATEVER SHE SAID THAT THERE WAS A

12:13PM  13   RELATIONSHIP WITH THE MILITARY WHERE THERANOS WAS -- WHERE THE

12:13PM  14   MILITARY WAS USING THERANOS DEVICES IN THE FIELD?

12:13PM  15   A.   IN THE FIELD.

12:13PM  16   Q.   THAT'S WHAT YOU TOOK AWAY FROM WHATEVER WAS SAID?

12:13PM  17   A.   CORRECT.

12:13PM  18   Q.   BUT YOU DON'T REMEMBER THE EXACT WORDS?

12:13PM  19   A.   CORRECT.

12:13PM  20   Q.   OKAY.  MAYBE THIS IS OBVIOUS FROM THE QUESTIONS THAT WAS

12:13PM  21   ASKED OF YOU EARLIER, BUT MR. BALWANI WAS NOT ON THAT CALL ON

12:13PM  22   DECEMBER 20TH, 2013?

12:13PM  23   A.   NOT THAT I KNOW OF.

12:13PM  24   Q.   GOING WITH THE TOPIC OF THE 2013 INVESTMENT THAT YOU MADE,

12:13PM  25   YOU UNDERSTOOD THAT FOR THERANOS TO EMBARK ON THAT KIND OF

12:14PM  1    FINANCING THROUGH INVESTORS, THE BOARD WOULD HAVE TO APPROVE

12:14PM  2    THOSE ACTIONS?

12:14PM  3    A.   YES.

12:14PM  4    Q.   AND YOU KNEW WHO THE MEMBERS OF THE BOARD WERE; RIGHT?

12:14PM  5    A.   I COULDN'T TELL YOU NOW, BUT AT THE TIME, SURE.  I WOULD

12:14PM  6    HAVE KNOWN.

12:14PM  7    Q.   OKAY.  AND THE COMPOSITION OF THE THERANOS BOARD AT THE

12:14PM  8    TIME GAVE YOU SOME CONFIDENCE; IS THAT RIGHT?

12:14PM  9    A.   ABSOLUTELY.

12:14PM 10    Q.   GOING BACK TO THE TECHNOLOGY FOR A MINUTE, YOU UNDERSTOOD

12:14PM 11    THAT --

12:14PM 12    A.   UH-HUH.

12:14PM 13    Q.   -- THAT EVEN AFTER THE LAUNCH WITH WALGREENS, THAT

12:14PM 14    THERANOS WOULD CONTINUE TO DEVELOP ITS SMALL SAMPLE ASSAYS?

12:14PM 15    A.   YES.

12:14PM 16    Q.   AND IT WOULD -- SO A COMPANY COULD BE BOTH TRYING TO SCALE

12:15PM 17    UP ITS OPERATIONS BY ROLLING OUT WITH WALGREENS AND ALSO

12:15PM 18    CONTINUE TO BE A DEVELOPING COMPANY AT THE SAME TIME?

12:15PM 19    A.   YES.

12:15PM 20    Q.   MR. BOSTIC ASKED YOU ON DIRECT A QUESTION ABOUT WHETHER IT

12:15PM 21    MATTERED TO YOU IF THE THERANOS BLOOD TESTING ANALYZER COULD

12:15PM 22    ONLY DO 12 TESTS.

12:15PM 23        DO YOU REMEMBER THAT QUESTION?

12:15PM 24    A.   YES.

12:15PM 25    Q.   AND YOU DON'T KNOW IF IT'S TRUE THAT THE THERANOS

12:15PM  1    TECHNOLOGY, THE ANALYZER COULD ONLY DO 12 TESTS; CORRECT?

12:15PM  2    A.   I DID NOT KNOW THAT.

12:15PM  3    Q.   IN OTHER WORDS, AS YOU SIT HERE TODAY, IT MIGHT HAVE BEEN

12:15PM  4    CAPABLE OF DOING A LOT MORE TESTS?

12:15PM  5    A.   I BELIEVE IT WAS CAPABLE OF DOING MORE THAN 12 TESTS.

12:15PM  6    Q.   DOZENS; RIGHT?

12:15PM  7    A.   THAT'S WHAT I SAID, YEAH.

12:15PM  8    Q.   RIGHT.

12:15PM  9         AND WHEN YOU INVEST IN A COMPANY LIKE THERANOS, AS AN

12:15PM  10   INVESTOR, YOU DON'T EXPECT TO BE INVOLVED IN EVERY DECISION

12:16PM  11   THAT MANAGEMENT OF THE COMPANY MAKES; RIGHT?

12:16PM  12   A.   NO.

12:16PM  13   Q.   OR THAT THE BOARD MAKES?

12:16PM  14   A.   CERTAINLY NOT.

12:16PM  15   Q.   AND THERE ARE SOME LIMITED THINGS THAT AN INVESTOR MIGHT

12:16PM  16   GET THE VOTE ON; RIGHT?

12:16PM  17   A.   DEPENDING ON THE SIZE OF YOUR INVESTMENT, YES, IT COULD BE

12:16PM  18   VERY LIMITED.

12:16PM  19   Q.   RIGHT.

12:16PM  20        BUT DAY-TO-DAY DECISIONS, WHAT BUSINESS DECISIONS THE

12:16PM  21   COMPANY MAKES, THAT'S NOT SOMETHING THAT INVESTORS GET INVOLVED

12:16PM  22   WITH?

12:16PM  23   A.   AGAIN, IT DEPENDS ON THE SIZE OF THE INVESTOR AND WHETHER

12:16PM  24   THE INVESTOR IS ON THE BOARD.

12:16PM  25   Q.   OKAY.  BUT YOU WEREN'T EXPECTING TO BE INVOLVED IN

LUCAS CROSS BY MR. COOPERSMITH                    5688

12:16PM   1    DAY-TO-DAY DECISION MAKING AT THERANOS?

12:16PM   2    A.   THAT'S CORRECT.

12:16PM   3    Q.   OKAY.  AND YOU WOULD EXPECT THE MANAGEMENT OF THE COMPANY

12:16PM   4    AND THE BOARD TO MAKE THE DECISIONS THAT THEY THOUGHT WERE AS

12:16PM   5    PRUDENT AS THEY COULD POSSIBLY MAKE TO BENEFIT EVERYBODY,

12:17PM   6    INCLUDING INVESTORS?

12:17PM   7    A.   YES.

12:17PM   8    Q.   RIGHT.

12:17PM   9         AND IF, IN A THERANOS LAB OPERATION, THEY DECIDED TO USE

12:17PM  10    ONE ANALYZER VERSUS A DIFFERENT ANALYZER, THAT'S NOT SOMETHING

12:17PM  11    THAT YOU WOULD EXPECT TO HAVE INPUT INTO AS AN INVESTOR; RIGHT?

12:17PM  12    A.   NO.  ONE WOULD BELIEVE THAT IT WAS THERANOS'S ANALYZERS.

12:17PM  13    Q.   RIGHT.

12:17PM  14         BUT IF THERANOS HAD THE CAPABILITY TO RUN MANY BLOOD TESTS

12:17PM  15    ON ITS ANALYZER, BUT DECIDED THAT IT WOULD NOT MAKE ECONOMIC

12:17PM  16    SENSE TO DO THAT RIGHT AWAY, AND INSTEAD USE A COMMERCIAL

12:17PM  17    ANALYZER, THAT'S NOT A BUSINESS DECISION THAT YOU WOULD EXPECT

12:17PM  18    TO BE INVOLVED IN AS AN INVESTOR, IS IT?

12:17PM  19    A.   THAT WOULD HAVE BEEN SHOCKING TO ME TO KNOW.

12:17PM  20    Q.   OKAY.  BECAUSE YOU THOUGHT THAT THEY WERE USING THEIR OWN

12:17PM  21    ANALYZERS; CORRECT?

12:17PM  22    A.   CORRECT.

12:17PM  23    Q.   BUT IF IT MADE BUSINESS SENSE TO DO IT DIFFERENTLY FOR

12:17PM  24    SOME ASSAY OR CERTAIN ASSAYS, THE MANAGEMENT HAD A RIGHT TO

12:17PM  25    MAKE THAT DECISION; RIGHT?

ER-4263

12:18PM 1    A.   THEY HAVE A RIGHT TO MAKE ANY DECISION.  AND --

12:18PM 2    Q.   AND IF -- SORRY.

12:18PM 3    A.   AGAIN, I KNEW THAT SOME TESTS THERANOS COULD NOT DO ON

12:18PM 4    THEIR OWN MACHINES, AND THEY'D HAVE TO BE RUN ON A COMMERCIAL

12:18PM 5    ANALYZER.

12:18PM 6    Q.   RIGHT.

12:18PM 7         SO IF THERANOS DECIDED IT COULD DO AN ASSAY ON THEIR

12:18PM 8    MACHINE, BUT IT MADE MORE SENSE TO KEEP THAT GOING ON THE

12:18PM 9    COMMERCIAL ANALYZER, AS YOU'VE JUST SAID, THAT'S A BUSINESS

12:18PM 10   DECISION THAT THEY COULD MAKE; RIGHT?

12:18PM 11   A.   THEY COULD, SURE.

12:18PM 12   Q.   I THINK YOU SAID YOU UNDERSTOOD THE CONCEPT OF COMMONLY

12:18PM 13   ORDERED TESTS?

12:18PM 14   A.   YES.

12:18PM 15   Q.   AND SO THERE ARE SOME BLOOD TESTS, AS YOU UNDERSTOOD IT,

12:18PM 16   THAT WERE MORE COMMON FOR PATIENTS AND DOCTORS TO WANT TO GET;

12:18PM 17   RIGHT?

12:18PM 18   A.   YES.

12:18PM 19   Q.   AND THERE ARE OTHER BLOOD TESTS THAT MIGHT NOT BE SO

12:18PM 20   COMMON; RIGHT?

12:18PM 21   A.   YES.

12:18PM 22   Q.   AND THAT YOU UNDERSTOOD THAT THERANOS WAS TRYING TO USE

12:18PM 23   ITS TECHNOLOGY FOR THE MORE COMMONLY ORDERED BLOOD TESTS;

12:18PM 24   RIGHT?

12:18PM 25   A.   THAT WAS CERTAINLY THE FIRST PRIORITY.

LUCAS CROSS BY MR. COOPERSMITH                    5690

12:19PM  1    Q.   AND THOSE WERE THE DOZENS THAT YOU WERE --

12:19PM  2    A.   YES.

12:19PM  3    Q.   OKAY.  BUT THEN FOR OTHERS LESS COMMONLY ORDERED, YOU

12:19PM  4    UNDERSTOOD THAT THEY WOULD HAVE TO USE SOME DIFFERENT TYPE OF

12:19PM  5    ANALYZER?

12:19PM  6    A.   SURE.

12:19PM  7    Q.   OKAY.  AND DID YOU KNOW, MR. LUCAS, WHILE YOU WERE AN

12:19PM  8    INVESTOR IN THERANOS, THAT THERANOS'S RESEARCH AND DEVELOPMENT

12:19PM  9    TEAM HAD DEVELOPED HUNDREDS OF SMALL SAMPLE ASSAYS?

12:19PM  10   A.   NO.

12:19PM  11   Q.   BUT DOES THAT SURPRISE YOU?

12:19PM  12   A.   WELL, THAT WAS, THAT WAS THE FUTURE.  SO IF THEY DID AND

12:19PM  13   THEY DID WORK, GREAT.

12:19PM  14   Q.   OKAY.  DURING YOUR DIRECT EXAMINATION, YOU LOOKED AT AN

12:20PM  15   EXHIBIT THAT I'D LIKE TO TAKE YOU BACK TO, AND THAT'S

12:20PM  16   EXHIBIT 1770, 1770.

12:20PM  17        AND THAT WOULD, I THINK, BE IN THE GOVERNMENT'S --

12:20PM  18   A.   I'M LOOKING IN HERE.

12:20PM  19   Q.   YOU CAN DO THAT.  I THINK WE CAN PUT IT UP ON THE SCREEN

12:20PM  20   BECAUSE IT'S IN EVIDENCE, IF THAT'S EASIER FOR YOU?

12:20PM  21   A.   UH-HUH.

12:20PM  22   Q.   AND THIS IS A DOCUMENT THAT THE GOVERNMENT SHOWED YOU.

12:20PM  23   IT'S 1770.

12:20PM  24        DO YOU SEE THAT?

12:20PM  25   A.   THANK YOU.  YES.

ER-4265

12:20PM  1    Q.   I'M NOT SURE, MR. ALLEN, WE HAVE THE RIGHT EXHIBIT UP.

12:20PM  2         OH, I SEE.   OKAY.   YEAH, LET'S LOOK AT THE ONE ON THE

12:20PM  3    SCREEN.

12:20PM  4         SO YOU SEE THE FIRST PAGE.   AND IF YOU COULD GO TO THE

12:20PM  5    THIRD PAGE.

12:20PM  6         THAT'S A PICTURE OF MS. HOLMES; RIGHT?

12:21PM  7    A.   YES.

12:21PM  8    Q.   ON THE COVER OF "FORTUNE" MAGAZINE?

12:21PM  9    A.   YES.

12:21PM  10   Q.   RIGHT.

12:21PM  11        AND THIS WAS AN ARTICLE IN "FORTUNE" THAT YOU READ, BUT

12:21PM  12   THAT WAS AFTER YOUR INVESTMENT; RIGHT?

12:21PM  13   A.   YES.   I DON'T SEE THE DATE HERE, BUT I BELIEVE IT WAS --

12:21PM  14   SURE, I'M WELL FAMILIAR WITH THE ARTICLE.   I JUST FORGET WHEN

12:21PM  15   IT CAME OUT.

12:21PM  16   Q.   OKAY.   BUT IF THE ARTICLE CAME OUT IN THE SUMMER OF 2014,

12:21PM  17   THAT WOULD BE AFTER YOUR INVESTMENT; RIGHT?

12:21PM  18   A.   YES.

12:21PM  19   Q.   OKAY.   AND BELOW THAT, THOUGH, THERE'S THIS ANECDOTE.

12:21PM  20        DO YOU SEE THAT?   AND I DON'T THINK MR. BOSTIC REVIEWED

12:21PM  21   THAT WITH YOU.

12:21PM  22        THIS SAYS, "AN ANECDOTE FROM OUR TEAM RE:  A RECENT

12:21PM  23   CUSTOMER EXPERIENCE IN SCOTTSDALE."

12:21PM  24        DO YOU SEE THAT?

12:21PM  25   A.   YES.

12:21PM 1      Q.   AND IT SAYS, "TODAY A QUADRUPLE AMPUTEE VISITED THERANOS

12:22PM 2      AT THE WALGREENS LOCATED IN SCOTTSDALE.  DUE TO HIS CONDITION,

12:22PM 3      HE REGULARLY RECEIVES ARTERIAL DRAWS FROM HIS NECK FOR BASIC

12:22PM 4      BLOOD WORK.  OUR ABILITY TO RUN HIS TESTS FROM A FEW DROPS OF

12:22PM 5      BLOOD ENABLED OUR TEAM TO COLLECT HIS SAMPLE IN A NANOTAINER

12:22PM 6      FROM AN APPENDAGE FOR THE FIRST TIME.  AT THE END OF THE

12:22PM 7      COLLECTION THE MAN WAS OVERWHELMED WITH EMOTION.  HE EXPLAINED

12:22PM 8      TO HIS GIRLFRIEND THAT HE WOULD NEVER AGAIN HAVE TO GET A

12:22PM 9      NEEDLE STUCK INTO HIS NECK.  WITH TEARS IN HIS EYES HE THANKED

12:22PM 10     OUR TEAM FOR OUR DEDICATION TO MAKING PEOPLE'S LIFE BETTER.  HE

12:22PM 11     DECLARED HIMSELF A CUSTOMER FOR LIFE."

12:22PM 12          DO YOU SEE THAT?

12:22PM 13     A.   I DO.

12:22PM 14     Q.   AND YOU DON'T KNOW THIS INDIVIDUAL, I AM ASSUMING; RIGHT?

12:22PM 15     A.   I DO NOT.

12:22PM 16     Q.   BUT THIS WAS PART OF, AS YOU UNDERSTOOD IT, THE THERANOS

12:22PM 17     MISSION TO MAKE IT EASIER FOR PEOPLE TO GET THE CARE THEY

12:22PM 18     NEEDED; RIGHT?

12:22PM 19     A.   YES.

12:22PM 20     Q.   OKAY.  AND LET'S GO TO THE NEXT PAGE.

12:22PM 21          AND THIS IS FROM SOMEONE NAMED FRAN.

12:22PM 22          DO YOU SEE THAT?

12:22PM 23     A.   YES.

12:22PM 24     Q.   AND THIS IS ON MAY 22ND, 2014.  LET'S LOOK AT THIS AS

12:23PM 25     WELL.

LUCAS CROSS BY MR. COOPERSMITH                                    5693

```
12:23PM   1          SHE SAYS, "THIS IS AN EMAIL I SENT TO ALL EMAIL ADDRESSES

12:23PM   2    I HAVE.  USE IT, IF YOU CAN, TO HELP OTHERS.

12:23PM   3          "HI EVERYONE,

12:23PM   4          "YES, ME AGAIN," WITH A LOT OF I'S.  "I KNOW, I KNOW YOU

12:23PM   5    NEVER HEAR FROM ME AND NOW TWO EMAILS.  C'EST LA VIE.

12:23PM   6          "AS MOST, IF NOT ALL OF YOU KNOW, I'VE BEEN TYPE 1

12:23PM   7    DIABETIC SINCE AGE OF 2.  OK SO I SHOULD SAY 3 BECAUSE I DID

12:23PM   8    GET OUT OF THE HOSPITAL ON THE THIRD BIRTHDAY BUT DAMMIT I AM

12:23PM   9    TAKING CREDIT FOR EVERY SECOND OF THIS DISEASE.

12:23PM  10          "I'VE BEEN GETTING BLOOD DRAWN EVERY 2-3 MONTHS FOR

12:23PM  11    51 YEARS AND 27 DAYS.  AT TIMES EVEN MORE OFTEN THANKS TO

12:23PM  12    STUPID ME CHOOSING TO GET ON A MOTORCYCLE AND DRIVE IT ON THE

12:23PM  13    FREEWAY, IF DRIVING IS WHAT YOU WANT TO CALL IT!

12:23PM  14          "I THINK YOU ALL HAVE CLEAR PICTURE THAT I'VE BEEN STUCK

12:23PM  15    BY PHLEBOTOMISTS, AKA VAMPIRES MANY TIMES OVER.  I CAN COUNT ON

12:24PM  16    TWO HANDS THE NUMBER OF VAMPIRES I WOULD HAVE HIRED TO BE MY

12:24PM  17    OWN PERSONAL PHLEBOTOMIST IF I HAD THE MONEY.  GOING FOR LAB

12:24PM  18    WORK HAS NOT BEEN AN EASY PART OF DIABETES.

12:24PM  19          "HOWEVER, THAT HAS CHANGED.  I WENT TO THERANOS WEDNESDAY

12:24PM  20    MORNING FOR MY LABS.  THERANOS HAS ITS OWN LOCATIONS AND THE

12:24PM  21    ONE I WENT TO WAS IN A WALGREENS.  I HAD THE SAME OLD BLOOD

12:24PM  22    TEST THAT I'VE BEEN HAVING DONE EVERY 2-3 MONTHS WHERE THEY

12:24PM  23    NORMALLY TAKE FOUR VIALS OF BLOOD.  WEDNESDAY MORNING I HAD

12:24PM  24    THREE FINGER POKES AND THREE ADORABLE ITTY BITTY NANOTAINERS OF

12:24PM  25    BLOOD TAKEN.  IT WAS AWESOME, AMAZING, INTERESTING, PAIN FREE,
```

ER-4268

12:24PM  1     STRESS FREE, AND DOWN RIGHT FUN EXPERIENCE.  I NEVER IMAGINED

12:24PM  2     IN MY LIFETIME I WOULD EVER SAY THOSE WORDS ABOUT HAVING LABS

12:24PM  3     DONE."

12:24PM  4          THEN LET'S GO ON.

12:24PM  5          "EVERYONE, WHICH IS ABOUT SIX PEOPLE, FROM THERANOS I HAVE

12:24PM  6     SPOKEN WITH HAVE BEEN FRIENDLY, PROFESSIONAL, RESPECTFUL, AND A

12:24PM  7     PLEASURE TO WORK WITH.  THE FACILITY WAS CLEAN, TIDY,

12:24PM  8     COMFORTABLE AND ALL AROUND PEACEFUL.

12:24PM  9          "HMMM.  COULD GET GET ANY BETTER?  YES.  MY INSURANCE HAS

12:25PM  10    NOT CONTRACTED WITH THERANOS ONLY LABCORP.  ONE OF THE PLEASANT

12:25PM  11    INDIVIDUALS I SPOKE WITH AT THERANOS OFFERED TO CALCULATE THE

12:25PM  12    COST FOR ALL THESE TEES I WAS HAVING DONE.  I FIGURED WHAT DO I

12:25PM  13    HAVE TO LOSE?  SHE CAME BACK WITH $34.80.  I WAS ABSOLUTELY

12:25PM  14    FLOORED AND SAID IS THAT ALL?  I CHOSE TO TREAT MYSELF AND SAY

12:25PM  15    THE HELL WITH MY INSURANCE.  NOW MIND YOU THESE IDENTICAL LAB

12:25PM  16    COST MY INSURANCE $876.92 THE LAST TIME I WENT IN IN

12:25PM  17    FEBRUARY 2014."

12:25PM  18          AND THEN JUST TO FINISH IT UP.  IF YOU GO TO THE NEXT

12:25PM  19    PAGE, IT SAYS, "PLEASE PASS THIS ON TO AS MANY PEOPLE AS YOU

12:25PM  20    KNOW."

12:25PM  21          AND THEN SHE GOES ON, RIGHT?

12:25PM  22          NOW, AGAIN, MR. LUCAS, THIS, AS YOU UNDERSTOOD IT, WAS

12:25PM  23    PART OF THE MISSION OF THERANOS; RIGHT?

12:26PM  24    A.   YEAH.

12:26PM  25    Q.   TO PROVIDE PEOPLE WITH THAT LEVEL OF CARE TO MAKE THINGS

| | | |
|---|---|---|
| 12:26PM | 1 | EASIER FOR THEM; RIGHT? |
| 12:26PM | 2 | A.   YES. |
| 12:26PM | 3 | Q.   AND MS. HOLMES HAD TOLD YOU ABOUT THAT, THAT VISION GOING |
| 12:26PM | 4 | ALL OF THE WAY BACK TO 2005? |
| 12:26PM | 5 | A.   CORRECT. |
| 12:26PM | 6 | Q.   AND YOU WERE EXCITED ABOUT THAT; RIGHT? |
| 12:26PM | 7 | A.   YES. |
| 12:26PM | 8 | Q.   AND THAT WAS -- A PATIENT LIKE THIS IS BASICALLY |
| 12:26PM | 9 | CONFIRMATION OF THAT VISION STARTING TO BECOME A REALITY? |
| 12:26PM | 10 | A.   YES. |
| 12:26PM | 11 | Q.   OKAY.  YOU CAN PUT THAT ASIDE, MR. LUCAS. |
| 12:26PM | 12 | ON DIRECT EXAMINATION YOU WERE SHOWN A PARTICULAR |
| 12:26PM | 13 | DOCUMENT, AND THAT IS EXHIBIT 7366.  AND THAT WOULD BE IN THE |
| 12:26PM | 14 | GOVERNMENT'S BINDER, OR YOU CAN LOOK AT IT ON THE SCREEN. |
| 12:27PM | 15 | OKAY.  DO YOU HAVE THAT IN FRONT OF YOU? |
| 12:27PM | 16 | A.   YES. |
| 12:27PM | 17 | Q.   AND YOU SEE THERE'S AN EMAIL -- IT'S AFTER THE COVER PAGE. |
| 12:27PM | 18 | I GUESS IT'S PAGE 2. |
| 12:27PM | 19 | IT'S AN EMAIL FROM MS. QUINTANA TO HERSELF AND THEN IT |
| 12:27PM | 20 | COPIES YOU AND YASMIN IBARRA. |
| 12:27PM | 21 | DO YOU SEE THAT? |
| 12:27PM | 22 | A.   YES. |
| 12:27PM | 23 | Q.   OKAY.  AND THIS IS AN EMAIL THAT YOU CAUSED TO BE SENT TO |
| 12:28PM | 24 | BDT INVESTORS; RIGHT? |
| 12:28PM | 25 | A.   YES. |

LUCAS CROSS BY MR. COOPERSMITH                    5696

12:28PM  1    Q.   AND SO THESE WERE INVESTORS IN YOUR COMPANY?

12:28PM  2    A.   CORRECT.

12:28PM  3    Q.   OKAY.  SO IN ORDER FOR YOU TO RAISE THE MONEY TO INVEST IN

12:28PM  4    A TRANSACTION LIKE THE ONE WITH THERANOS, YOU WOULD OFTENTIMES

12:28PM  5    HAVE INVESTORS UNDERLYING THAT WHO WOULD PUT IN MONEY; RIGHT?

12:28PM  6    A.   NOT OFTEN.  ALWAYS.

12:28PM  7    Q.   ALWAYS.

12:28PM  8    A.   I MEAN, THAT'S HOW IT WORKED.

12:28PM  9         WE WOULD HAVE OUR GROUP OF INVESTORS, WE WOULD GO TO THEM,

12:28PM 10    THEY WOULD DECIDE WHETHER THEY WANTED TO INVEST OR NOT, AND

12:28PM 11    THIS WAS JUST A STANDARD WAY WE DID IT.

12:28PM 12    Q.   RIGHT.

12:28PM 13         SO THESE PEOPLE, LIKE THESE INVESTORS IN BDT, THEY WOULD

12:28PM 14    BASICALLY BE INDIRECT INVESTORS IN THERANOS; RIGHT?

12:28PM 15    A.   YES.  WE WERE THE DIRECT -- OUR BDT ENTITY WAS THE DIRECT

12:28PM 16    INVESTOR, AND THEY ALL HAD CONTRIBUTED CAPITAL TO OUR

12:29PM 17    BLACK DIAMOND ENTITY.

12:29PM 18    Q.   RIGHT.

12:29PM 19         AND THEY, IN TYPICAL FASHION, DON'T HAVE THESE OTHER

12:29PM 20    INVESTORS IN YOUR COMPANY, THEY DON'T HAVE DIRECT INTERACTION

12:29PM 21    OR COMMUNICATION WITH THE COMPANY LIKE THERANOS?

12:29PM 22    A.   THEY WOULD IF WE HAD SOMEONE ON THE PHONE OR A CONFERENCE,

12:29PM 23    THEN THEY COULD ASK QUESTIONS INDIRECTLY AND TALK.

12:29PM 24         BUT IN THE NORMAL COURSE OF BUSINESS, NO.

12:29PM 25    Q.   AND IN THE CASE OF THERANOS, THEY DIDN'T HAVE ANY

12:29PM  1    COMMUNICATION, AS YOU UNDERSTAND IT, WITH THERANOS?

12:29PM  2    A.   A FEW DID.

12:29PM  3    Q.   A FEW DID?  OKAY.

12:29PM  4    A.   YES.

12:29PM  5    Q.   BUT NOT ALL OF THEM?

12:29PM  6    A.   CORRECT.

12:29PM  7    Q.   OKAY.  SO FOR THE PEOPLE WHO AT LEAST DIDN'T HAVE ANY

12:29PM  8    COMMUNICATION WITH THERANOS, THEY WOULD HAVE TO RELY ON WHAT

12:29PM  9    YOU WERE TELLING THEM IN DISCLOSING, OR NOT DISCLOSING TO THEM,

12:29PM  10   IN ORDER TO MAKE A DECISION ABOUT WHAT TO DO; RIGHT?

12:29PM  11   A.   YES.

12:30PM  12   Q.   OKAY.  AND BECAUSE OF THAT FACT, YOU WANTED TO SEND THEM A

12:30PM  13   LETTER TO MAKE IT CLEAR THAT YOU WERE LACKING SOME INFORMATION

12:30PM  14   HERE THAT YOU MIGHT NORMALLY HAVE?

12:30PM  15   A.   YES.

12:30PM  16   Q.   SO THAT IT WAS CLEAR FOR ALL CONCERNED THAT THIS WAS NOT A

12:30PM  17   TYPICAL SITUATION WHERE YOU HAD ACCESS TO A LOT MORE

12:30PM  18   INFORMATION ABOUT THE COMPANY?

12:30PM  19   A.   YES.

12:30PM  20   Q.   OKAY.  AND, IN FACT, IF YOU GO TO THIS PAGE, IT SAYS IN

12:30PM  21   THE SECOND SENTENCE AFTER THE GREETING, IT SAYS, "PER OUR

12:30PM  22   COUNSEL'S RECOMMENDATION, WE WOULD LIKE TO SHARE ADDITIONAL

12:30PM  23   INFORMATION."

12:30PM  24        DO YOU SEE THAT?

12:30PM  25   A.   YES.

LUCAS CROSS BY MR. COOPERSMITH                5698

12:30PM  1    Q.   AND SO YOU WERE ACTUALLY DOING THIS BECAUSE YOU HAD A

12:30PM  2    LAWYER WHO WAS TELLING YOU THIS IS A GOOD IDEA; RIGHT?

12:30PM  3    A.   CORRECT.

12:30PM  4    Q.   AND THEN IF YOU GO TO A COUPLE OF PAGES AFTER THAT,

12:30PM  5    THERE'S THE ACTUAL LETTER TO BLACK DIAMOND INVESTORS; RIGHT?

12:30PM  6    A.   YES.

12:30PM  7    Q.   OKAY.  LET'S GO TO THE MIDDLE PARAGRAPH OR THE THIRD

12:31PM  8    PARAGRAPH.

12:31PM  9         THERE'S A SENTENCE THAT READS, "ALL TERMS OF THESE

12:31PM  10   TRANSACTIONS WERE UNANIMOUSLY APPROVED BY A SPECIAL COMMITTEE,

12:31PM  11   CONSISTING ONLY OF DIRECTORS WHO ARE INDEPENDENT OF THE FOUNDER

12:31PM  12   OPERATING ON THE ADVICE OF LEADING COUNSEL FROM THE TOP LAW

12:31PM  13   FIRMS IN THE COUNTRY."

12:31PM  14        DO YOU SEE THAT?

12:31PM  15   A.   YES.

12:31PM  16   Q.   AND THAT'S REFERRING TO THE TRANSACTIONS THAT WOULD CLOSE

12:31PM  17   BY DECEMBER 31ST, INCLUDING A 5 TO 1 FORWARD STOCK SPLIT?

12:31PM  18   A.   YES.

12:31PM  19   Q.   OKAY.  SO YOU WERE CONVEYING TO YOUR INVESTORS THAT THE

12:31PM  20   TRANSACTIONS AT ISSUE WERE APPROVED BY A SPECIAL COMMITTEE;

12:31PM  21   RIGHT?

12:31PM  22   A.   YES.

12:31PM  23   Q.   AND THAT'S A SPECIAL COMMITTEE OF THERANOS'S BOARD OF

12:32PM  24   DIRECTORS?

12:32PM  25   A.   YES.

ER-4273

12:32PM 1     Q.   RIGHT.

12:32PM 2          AND YOU COMMUNICATED TO YOUR INVESTORS THAT THAT SPECIAL

12:32PM 3     COMMITTEE WAS OPERATING INDEPENDENTLY OF THE FOUNDER OF

12:32PM 4     THERANOS?

12:32PM 5     A.   YES.

12:32PM 6     Q.   AND THAT FOUNDER WAS MS. ELIZABETH HOLMES; RIGHT?

12:32PM 7     A.   CORRECT.

12:32PM 8     Q.   OKAY.  IF YOU GO TO THE NEXT PAGE.  AT THE VERY TOP THERE

12:32PM 9     IT SAYS, "YOU SHOULD NOT CONSTRUE THE CONTENTS OF THIS LETTER

12:32PM 10    AND ATTACHED EXHIBIT A AS LEGAL OR INVESTMENT ADVICE, BUT

12:32PM 11    RATHER, YOU SHOULD CONSULT WITH YOUR OWN ATTORNEY AND PERSONAL

12:32PM 12    BUSINESS AND TAX ADVISERS TO ARRIVE AT YOUR OWN EVALUATION OF

12:32PM 13    THE INVESTMENT."

12:32PM 14         RIGHT?

12:32PM 15    A.   YES.

12:32PM 16    Q.   YOU WANTED TO MAKE SURE YOUR PEOPLE WHO WERE INVESTORS

12:32PM 17    COULD MAKE THEIR OWN DECISIONS AND NOT JUST SAY, WELL, BECAUSE

12:32PM 18    CHRIS LUCAS LIKES THIS DEAL, I THINK I'LL DO IT, TOO; RIGHT?

12:32PM 19    A.   CORRECT.

12:32PM 20    Q.   IF WE GO TO THE NEXT PAGE, YOU SEE THERE'S A VOTING RIGHTS

12:33PM 21    SECTION.

12:33PM 22    A.   YES.

12:33PM 23    Q.   AND THEN IT TALKS ABOUT "THE MANAGEMENT OF THERANOS,

12:33PM 24    THERANOS'S BOARD OF DIRECTORS AND AN INDEPENDENT COMMITTEE OF

12:33PM 25    THERANOS'S BOARD RECOMMENDED THAT IN CONJUNCTION WITH THE

12:33PM 1   SERIES C-1 FINANCING, THERANOS AMEND AND RESTATE ITS GOVERNING

12:33PM 2   DOCUMENTS TO CREATE A DUAL-CLASS STRUCTURE OF CLASS A AND

12:33PM 3   CLASS B COMMON STOCK."

12:33PM 4       DO YOU SEE THAT?

12:33PM 5   A.   YES.

12:33PM 6   Q.   AND DO YOU UNDERSTAND THAT IT'S TALKING ABOUT THIS BECAUSE

12:33PM 7   THE COMMON STOCK WOULD BASICALLY BE THE VOTING CONTROL OF THE

12:33PM 8   COMPANY; RIGHT?

12:33PM 9   A.   NO.   TYPICALLY WHEN IT'S A DUAL-CLASS STOCK, IT'S GIVING

12:33PM 10  ME FOUNDER CONTROL OF THE COMPANY AND NOT THE INVESTORS.

12:33PM 11  Q.   RIGHT.

12:33PM 12      AND, IN FACT, IT SAYS THAT IN THE NEXT SENTENCE; RIGHT?

12:33PM 13      IT SAYS, "THE PURPOSE OF THIS DUAL-CLASS STRUCTURE IS TO

12:33PM 14  PROVIDE THE FOUNDER AND CHIEF EXECUTIVE OFFICER OF THERANOS,

12:34PM 15  ELIZABETH HOLMES (THE FOUNDER)," AND IT GOES ON, "WITH 100-TO-1

12:34PM 16  VOTING RIGHTS AS THE SOLE HOLDER OF CLASS B COMMON STOCK."

12:34PM 17      RIGHT?

12:34PM 18  A.   YES.

12:34PM 19  Q.   AND WHAT THIS SAYS, IS THAT THE THERANOS BOARD OF

12:34PM 20  DIRECTORS, INCLUDING AN INDEPENDENT COMMITTEE, DECIDED TO GIVE

12:34PM 21  ELIZABETH HOLMES VOTING CONTROL OF THERANOS; RIGHT?

12:34PM 22  A.   IT DID.

12:34PM 23  Q.   RIGHT.

12:34PM 24      NOT SUNNY BALWANI?

12:34PM 25  A.   CORRECT.

12:34PM  1    Q.   AND YOU KNEW THAT BEFORE YOUR INVESTMENT; RIGHT?

12:34PM  2    A.   CORRECT.

12:34PM  3    Q.   AND YOU KNEW THAT SHE HAD VOTING CONTROL, SO THE DIRECTION

12:34PM  4    OF THE COMPANY WOULD BE ENTIRELY UP TO HER?

12:34PM  5    A.   CORRECT.

12:34PM  6    Q.   LET'S GO TO A COUPLE OF MORE PAGES AFTER THAT.

12:34PM  7         THERE'S A SECTION CALLED REPRESENTATIONS, WARRANTIES,

12:35PM  8    DELIVERABLES AND COVENANTS GIVEN TO SERIES C-1 INVESTORS.

12:35PM  9         DO YOU SEE THAT?

12:35PM  10   A.   YES.

12:35PM  11   Q.   AND THIS SAYS, "THE SERIES C-1 PREFERRED STOCK PURCHASE

12:35PM  12   AGREEMENT (THE PURCHASE AGREEMENT) LACKS REPRESENTATIONS,

12:35PM  13   WARRANTIES, AND DELIVERABLES STANDARD FOR AN INVESTMENT OF THIS

12:35PM  14   TYPE."

12:35PM  15        DO YOU SEE THAT, MR. LUCAS?

12:35PM  16   A.   YES.

12:35PM  17   Q.   AND THEN IT GOES ON AND SAYS, "THE PURCHASE AGREEMENT DOES

12:35PM  18   NOT PROVIDE MANY OF THE STANDARD REPRESENTATIONS, WARRANTIES

12:35PM  19   AND DELIVERABLES WE WOULD EXPECT TO SEE IN AN INVESTMENT OF

12:35PM  20   THIS NATURE AND THOSE THAT HAVE BEEN PROVIDED ARE SERIOUSLY

12:35PM  21   CURTAILED.  SPECIFICALLY, THE PURCHASE AGREEMENT DOES NOT

12:35PM  22   PROVIDE THE FOLLOWING."

12:35PM  23        AND THEN IT HAS SOME THINGS THAT IT DOESN'T PROVIDE;

12:35PM  24   RIGHT?

12:35PM  25        SO YOU'RE TELLING YOUR INVESTORS HERE THAT THERE'S LIMITED

LUCAS CROSS BY MR. COOPERSMITH                               5702

12:35PM  1      INFORMATION ABOUT THERANOS AVAILABLE; RIGHT?

12:35PM  2      A.   YES.

12:35PM  3      Q.   AND YOU'RE TELLING THEM THAT YOU SHOULD KNOW THAT BEFORE

12:36PM  4      YOU CAN MAKE A DECISION TO INVEST THROUGH

12:36PM  5      BLACK DIAMOND VENTURES?

12:36PM  6      A.   THAT'S RIGHT.

12:36PM  7      Q.   AND YOU WERE AWARE OF THAT, TOO, IN TERMS OF ANY FUNDS

12:36PM  8      THAT YOU PUT INTO THE DEAL; RIGHT?

12:36PM  9      A.   YES.

12:36PM  10     Q.   RIGHT.

12:36PM  11          AND IF YOU GO TO ONE MORE SECTION JUST AFTER THAT, THIS IS

12:36PM  12     IN THE SECTION ABOUT WHAT THINGS WERE NOT AVAILABLE, AND THIS

12:36PM  13     SAYS IN PARAGRAPH IV -- WELL, LET'S LOOK AT PARAGRAPH III

12:36PM  14     FIRST.

12:36PM  15          IT SAYS, "COMPLIANCE CERTIFICATE OF AN OFFICER OF

12:36PM  16     THERANOS, CERTIFYING TO THE TRUTH AND CORRECTNESS OF THERANOS'S

12:36PM  17     REPRESENTATIONS AND WARRANTIES IN THE PURCHASE AGREEMENT."

12:36PM  18          RIGHT?

12:36PM  19     A.   YES.

12:36PM  20     Q.   SO NORMALLY YOU WOULD HAVE THAT TYPE OF COMPLIANCE

12:36PM  21     CERTIFICATE?

12:36PM  22     A.   NOT NECESSARILY, BUT IN THIS CASE THAT'S CERTAINLY WHAT

12:36PM  23     OUR LAWYER SAID.

12:36PM  24     Q.   OKAY.  AND IF YOU GO TO THE NEXT SECTION, IV, THIS IS

12:37PM  25     AMONG THE THINGS THAT ARE NOT AVAILABLE, "REPRESENTATIONS AND

ER-4277

12:37PM   1    WARRANTIES REGARDING ITS SUBSIDIARY (OR LACK THEREOF),

12:37PM   2    FINANCIAL STATEMENTS."

12:37PM   3        DO YOU SEE THAT?

12:37PM   4    A.   YES.

12:37PM   5    Q.   AND SO YOU HAD NO FINANCIAL STATEMENTS?

12:37PM   6    A.   CORRECT.

12:37PM   7    Q.   AND THEN ANOTHER THING IN THERE IS "ABSENCE OF MATERIALLY

12:37PM   8    ADVERSE CHANGES."

12:37PM   9        RIGHT?

12:37PM  10    A.   CORRECT.

12:37PM  11    Q.   RIGHT.  YOU DIDN'T HAVE THAT?

12:37PM  12        AND THEN IF YOU GO ON, THERE'S A SECTION OR A PHRASE

12:37PM  13    "MATERIAL CONTRACTS."

12:37PM  14        RIGHT?

12:37PM  15    A.   YES.

12:37PM  16    Q.   AND THAT'S ANOTHER THING THAT YOU DIDN'T HAVE?

12:37PM  17    A.   YES.

12:37PM  18    Q.   AND, IN FACT, THE CONTRACT OR THE AMENDMENT TO THE

12:37PM  19    CONTRACT BETWEEN WALGREENS AND THERANOS THAT I'VE SHOWED YOU

12:37PM  20    EARLIER IN YOUR TESTIMONY, THAT'S, AS YOU SAID, NOT SOMETHING

12:37PM  21    THAT YOU HAD BEFORE YOU MADE THIS INVESTMENT DECISION; RIGHT?

12:37PM  22    A.   THAT'S RIGHT.

12:37PM  23    Q.   BUT THAT'S THE KIND OF THING THAT YOU MIGHT WANT TO SEE IN

12:37PM  24    OTHER TYPES OF DEALS; RIGHT?

12:37PM  25    A.   YES, AND NOT ALWAYS.

ER-4278

12:38PM   1          AGAIN, YOU GO BACK TO TRUST OF THE PEOPLE THAT YOU'RE

12:38PM   2     DOING BUSINESS WITH.  YOU DON'T OBVIOUSLY NECESSARILY LOOK AT

12:38PM   3     ALL OF THE CONTRACTS.

12:38PM   4     Q.   WELL, I THINK YOU SAID YOU MIGHT HAVE SOMETHING CALLED,

12:38PM   5     LIKE, A DATA ROOM?  IS THAT A PHRASE THAT YOU USED?

12:38PM   6     A.   YES.

12:38PM   7     Q.   OKAY.  AND YOU MIGHT HAVE DOCUMENTS TO LOOK AT?

12:38PM   8     A.   AND THAT -- YES.

12:38PM   9     Q.   AND YOU MIGHT NOT BE ABLE TO PERSONALLY LOOK AT

12:38PM  10     EVERYTHING; RIGHT?

12:38PM  11     A.   RIGHT.

12:38PM  12     Q.   YOU WOULD HAVE YOUR STAFF --

12:38PM  13     A.   YES.

12:38PM  14     Q.   -- LOOK AT IT; RIGHT?

12:38PM  15          OKAY.  BUT WHEN YOU ARE IN A SITUATION -- WELL, LET ME ASK

12:38PM  16     YOU THIS FIRST.  THIS TYPE OF LETTER THAT YOU JUST SAID AND WE

12:38PM  17     JUST LOOKED AT AND YOU LOOKED AT WITH MR. BOSTIC, YOU NEVER DID

12:38PM  18     THAT IN ANY OTHER INVESTMENT THAT YOU EVER MADE; RIGHT?

12:38PM  19     A.   THAT'S CORRECT.

12:38PM  20     Q.   LIKE, ALL OF THAT TIME THAT YOU FOUNDED YOUR COMPANY IN

12:38PM  21     THE LATE 1990S?

12:38PM  22     A.   THAT'S CORRECT.

12:38PM  23     Q.   OKAY.  SO THIS WAS VERY UNUSUAL?

12:38PM  24     A.   IT WAS.

12:39PM  25          AND IF I MAY EXPAND A LITTLE BIT?  YOU HAVE, IN THERANOS,

LUCAS CROSS BY MR. COOPERSMITH                    5705

12:39PM  1    PROBABLY THE MOST PRESTIGIOUS BOARD OF A PRIVATE COMPANY AT THE

12:39PM  2    TIME.

12:39PM  3        YOU KNOW, YOU CERTAINLY RELY ON THE FOLKS THAT ARE

12:39PM  4    OPERATING THE COMPANY THAT ARE ON THE BOARD OF THE COMPANY, AND

12:39PM  5    THAT GIVES YOU, IN ABSENCE OF SOME OF THIS MATERIAL, IT GIVES

12:39PM  6    YOU A LOT OF CONFIDENCE IN WHAT IS HAPPENING WITH THE COMPANY.

12:39PM  7    Q.   RIGHT.

12:39PM  8        AND IN ADDITION, YOU KNEW THAT WALGREENS WAS PARTNERING

12:39PM  9    WITH THERANOS; RIGHT?

12:39PM 10    A.   THANK YOU.  THAT PROBABLY WAS THE EXCLAMATION POINT, THAT

12:39PM 11    THEY HAD A DEAL WITH WALGREENS, WERE ROLLING OUT, AND NOW WE'RE

12:39PM 12    GOING TO HAVE SOME REAL REVENUE.

12:39PM 13    Q.   RIGHT.  THANK YOU, MR. LUCAS.

12:39PM 14        BUT THE REASON WHY YOU SENT THIS LETTER TO YOUR INVESTORS,

12:39PM 15    IS THAT YOU WANTED TO MAKE SURE THAT THEY UNDERSTOOD THAT THERE

12:40PM 16    WAS SOME ADDITIONAL RISKS ASSOCIATED WITH THIS BECAUSE OF THE

12:40PM 17    LACK OF SOME OF THIS INFORMATION?

12:40PM 18    A.   YES.  WHAT WE WROTE HERE IS ACCURATE.

12:40PM 19    Q.   RIGHT.  BECAUSE YOU WANTED YOUR INVESTORS TO UNDERSTAND

12:40PM 20    THAT THERE WAS SOME ADDITIONAL RISKS ASSOCIATED WITH THIS DEAL;

12:40PM 21    RIGHT?

12:40PM 22    A.   YES.

12:40PM 23    Q.   OKAY.  AND THE REASON WHY YOU WOULD BE WILLING, OR YOUR

12:40PM 24    INVESTORS WHO DECIDED TO PARTICIPATE, WERE COMFORTABLE WITH

12:40PM 25    THAT IS BECAUSE IF THERANOS HAD SUCCESSFULLY ROLLED OUT ITS

ER-4280

LUCAS CROSS BY MR. COOPERSMITH                                5706

12:40PM   1    STORES, INVESTORS IN THERANOS STOOD TO MAKE A LOT OF MONEY;

12:40PM   2    RIGHTS?

12:40PM   3    A.   HOPE SO, YEAH.

12:40PM   4    Q.   THAT WAS THE WHOLE POINT; RIGHT?  RIGHT?

12:40PM   5    A.   YES.

12:40PM   6    Q.   AND IN THE WORLD OF VENTURE CAPITAL, THAT'S WHAT YOU'RE

12:40PM   7    GOING FOR, RIGHT, IS TO BASICALLY HIT A HOME RUN; RIGHT?

12:40PM   8    A.   YES.

12:40PM   9    Q.   AND THAT SOMETIMES IN THE VENTURE CAPITAL WORLD,

12:40PM   10   ESPECIALLY IN THIS PART OF THE COUNTRY, YOU CALL THOSE

12:40PM   11   UNICORNS; RIGHT?

12:40PM   12   A.   THAT WORD WAS NOT USED BACK THEN.  BUT, YES, TODAY, SURE.

12:41PM   13   Q.   BUT YOU UNDERSTAND WHAT THAT MEANS TODAY; RIGHT?

12:41PM   14   A.   SURE.

12:41PM   15   Q.   AND THAT'S WHAT YOU'RE HOPING FOR, IS THAT YOU'RE GOING TO

12:41PM   16   BE INVESTING IN SOMETHING THAT TURNS OUT TO BE A UNICORN;

12:41PM   17   RIGHT?

12:41PM   18   A.   YES.  AND ONE WOULD THINK AT THE TIME, GIVEN THE ROLLOUT

12:41PM   19   OF WALGREENS, THAT WOULD HAVE BEEN THE BEGINNING.

12:41PM   20   Q.   BUT YOU KNOW FROM YOUR LONG EXPERIENCE, MR. LUCAS, THAT

12:41PM   21   THAT PROSPECT OF HIGH REWARD DOESN'T COME WITHOUT TAKING

12:41PM   22   SIGNIFICANT RISK; RIGHT?

12:41PM   23   A.   CERTAINLY BACK WHEN WE INVEST IN 2006, THAT'S CORRECT.

12:41PM   24        IF YOU'RE INVESTING IN A ROLLOUT WITH A FIRM LIKE

12:41PM   25   WALGREENS, YOU'RE GETTING MORE ASSURANCE AND CERTAINTY THAT

ER-4281

12:41PM  1    WE'RE GOING TO HAVE A SUCCESSFUL INVESTMENT.

12:41PM  2    Q.   RIGHT.

12:41PM  3         THAT'S REASSURING THAT YOU HAVE SOMETHING LIKE WALGREENS

12:41PM  4    ASSOCIATED WITH THIS; RIGHT?

12:42PM  5    A.   SURE.

12:42PM  6    Q.   RIGHT.

12:42PM  7         BUT NONETHELESS, THIS WASN'T YOUR FIRST RODEO; RIGHT?  DO

12:42PM  8    YOU KNOW THAT EXPRESSION?

12:42PM  9    A.   YES.

12:42PM  10   Q.   OKAY.

12:42PM  11   A.   THAT'S RIGHT.  BUT THIS IS GETTING LATER STAGE IN A

12:42PM  12   COMPANY, WHERE YOU'RE GETTING MORE CONFIDENT THAT YOU'RE GOING

12:42PM  13   TO BE SUCCESSFUL BECAUSE OF THIS.

12:42PM  14   Q.   RIGHT.

12:42PM  15        BUT YOU WOULD AGREE WITH ME AS A GENERAL PROPOSITION, THAT

12:42PM  16   TREMENDOUS REWARD DOESN'T COME WITHOUT ALSO TAKING SIGNIFICANT

12:42PM  17   RISK?

12:42PM  18   A.   GENERALLY THAT'S RIGHT.

12:42PM  19   Q.   AND ONE RISK WE DISCUSSED DURING THE COURSE OF OUR

12:42PM  20   CONVERSATION TODAY IS THE EXECUTION RISK; RIGHT?

12:42PM  21   A.   THAT'S TRUE.

12:42PM  22   Q.   MEANING THE ABILITY TO ACTUALLY EXECUTE ON ROLLING OUT ALL

12:42PM  23   OF THESE WALGREENS STORES?

12:42PM  24   A.   YES.

12:42PM  25   Q.   OKAY.  LET'S GO SPECIFICALLY TO THE DOCUMENTS THAT WENT

12:42PM  1    ALONG WITH YOUR INVESTMENT.

12:42PM  2         IF YOU COULD TAKE A LOOK AT EXHIBIT 3530.

12:43PM  3         I THINK THAT MIGHT ALREADY BE IN EVIDENCE.  MAYBE NOT.  I

12:43PM  4    DON'T KNOW THAT IT'S IN EVIDENCE, SO LET'S LOOK AT THIS

12:43PM  5    TOGETHER, MR. LUCAS.

12:43PM  6              THE COURT:  LET ME -- AS TO THIS EXHIBIT, PAGES 1

12:43PM  7    THROUGH 24 AND 32 WERE ADMITTED ON APRIL 29TH.

12:43PM  8         ON MAY 11, PAGE 42 WAS DISPLAYED, BUT THAT SHOULD BE

12:43PM  9    ADMITTED NOW IN RETROSPECT.  IT WAS NOT ADMITTED WHEN IT WAS

12:43PM  10   DISPLAYED.

12:43PM  11        BY THE PARTIES ARE MOVING FOR 42 TO BE ADMITTED I THINK.

12:43PM  12        MR. BOSTIC, WAS THAT YOURS?

12:43PM  13             MR. BOSTIC:  NO OBJECTION, YOUR HONOR.  I BELIEVE

12:43PM  14   PAGE 29 MIGHT BE IN THE SAME CATEGORY.

12:44PM  15             THE COURT:  RIGHT, 29 AND 42.

12:44PM  16        THOSE WILL BE ADMITTED.

12:44PM  17        ANY OBJECTION TO THAT?

12:44PM  18             MR. COOPERSMITH:  NO, YOUR HONOR.

12:44PM  19             THE COURT:  THOSE PAGES ARE ADMITTED.

12:44PM  20        SO THAT'S THE UNIVERSE OF THE EXHIBIT THAT WAS ADMITTED,

12:44PM  21   AND IF YOUR QUESTION FALLS WITHIN THAT.

12:44PM  22        IF NOT, THEN YOU'LL HAVE TO MOVE TO THE ADMISSION OF ANY

12:44PM  23   OTHER PAGE.

12:44PM  24        (GOVERNMENT'S EXHIBIT 3530, PAGES 29 AND 42, WERE RECEIVED

12:44PM  25   IN EVIDENCE.)

12:44PM   1              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.  LET ME SEE

12:44PM   2      IF I CAN TAKE CARE OF THAT RIGHT NOW.

12:44PM   3          BECAUSE THERE IS, IN ADDITION TO PAGE 29, AND YOUR HONOR

12:44PM   4      SAID 42, THERE IS ANOTHER PAGE I WOULD LIKE TO ADMIT, WHICH IS

12:44PM   5      PAGE 25.

12:44PM   6          LET ME ASK, WITH YOUR HONOR'S PERMISSION, TO ESTABLISH

12:44PM   7      WHAT THAT IS.

12:44PM   8              THE COURT:  ALL RIGHT.

12:44PM   9      BY MR. COOPERSMITH:

12:44PM  10      Q.  MR. LUCAS, DO YOU SEE PAGE 25 OF THE EXHIBIT THAT IS ON

12:44PM  11      YOUR SCREEN?  IT'S NOT ADMITTED INTO EVIDENCE YET.

12:45PM  12              THE COURT:  CAN YOU BLOW THAT UP A LITTLE BIT,

12:45PM  13      PLEASE.

12:45PM  14          (PAUSE IN PROCEEDINGS.)

12:45PM  15      BY MR. COOPERSMITH:

12:45PM  16      Q.  DO YOU SEE -- ARE YOU ABLE TO SEE PAGE 25?

12:45PM  17      A.  YES.

12:45PM  18      Q.  THANK YOU.  IS THAT YOUR SIGNATURE ON THIS STOCK PURCHASE

12:45PM  19      AGREEMENT?

12:45PM  20      A.  YES.

12:45PM  21      Q.  AND IS IT DATED DECEMBER 31ST, 2013?

12:45PM  22      A.  CORRECT.

12:45PM  23              MR. COOPERSMITH:  YOUR HONOR, WE MOVE TO ADMIT

12:45PM  24      PAGE 25 AS WELL.

12:45PM  25              MR. BOSTIC:  NO OBJECTION.

LUCAS CROSS BY MR. COOPERSMITH                                    5710

12:45PM   1              THE COURT:  IT'S ADMITTED.  PAGE 25 IS ADMITTED, AND

12:45PM   2      IT MAY BE PUBLISHED.

12:45PM   3          (GOVERNMENT'S EXHIBIT 3530, PAGE 25 WAS RECEIVED IN

12:45PM   4      EVIDENCE.)

12:45PM   5      BY MR. COOPERSMITH:

12:45PM   6      Q.   THANK YOU.

12:45PM   7          MR. ALLEN, CAN YOU GO TO THE FIRST PAGE OF THE EXHIBIT,

12:45PM   8      PAGE 1.

12:45PM   9          AND TO GET ORIENTED HERE, IT SAYS AMENDED AND RESTATED

12:45PM  10      SERIES C-1 PREFERRED STOCK PURCHASE AGREEMENT.

12:46PM  11          DO YOU SEE THAT?

12:46PM  12      A.   YES.

12:46PM  13      Q.   AND IT SAYS THERE'S A CLOSING DATE, AND THE INITIAL

12:46PM  14      CLOSING DATE IS JULY 1, 2010; RIGHT?

12:46PM  15      A.   YES.

12:46PM  16      Q.   BUT YOU SIGNED THE DOCUMENT ON DECEMBER 31ST, 2013; IS

12:46PM  17      THAT RIGHT?

12:46PM  18      A.   YEAH, IT LOOKS SO.

12:46PM  19      Q.   RIGHT.

12:46PM  20          AND YOU UNDERSTOOD THAT YOU WERE INVESTING AT THE END OF

12:46PM  21      DECEMBER 2013 IN THE VERY LAST OF WHAT WAS CALLED THE C-1

12:46PM  22      FINANCING ROUND?

12:46PM  23      A.   THANK YOU FOR REFRESHING MY MEMORY.

12:46PM  24      Q.   AND DOES THAT HELP YOU?

12:46PM  25      A.   THAT APPEARS TO BE THE CASE, YEAH.

12:46PM  1    Q.   OKAY.  THANKS.

12:46PM  2         LET'S GO TO PAGE 11 OF THE EXHIBIT.  DO YOU SEE THERE'S A

12:46PM  3    SECTION CALLED REPRESENTATIONS AND WARRANTIES OF INVESTORS?

12:46PM  4    A.   YES.

12:46PM  5    Q.   OKAY.  NOW, WE TALKED A FEW MOMENTS AGO ABOUT HOW, WHEN

12:47PM  6    YOU INVEST IN A COMPANY LIKE THERANOS, SOME, OR MAYBE IN SOME

12:47PM  7    CASES ALL, OF THE MONEY COMES FROM INVESTORS WHO INVEST THROUGH

12:47PM  8    BLACK DIAMOND VENTURES; RIGHT?

12:47PM  9    A.   YES, IN OUR CASE, YES.

12:47PM  10   Q.   RIGHT.

12:47PM  11        AND THAT YOU HAVE AGREEMENTS WITH YOUR OWN INVESTORS TO

12:47PM  12   DOCUMENT THEIR INVESTMENTS IN BLACK DIAMOND VENTURES AND ALL OF

12:47PM  13   THE TERMS AND CONDITIONS OF THOSE?

12:47PM  14   A.   YES.

12:47PM  15   Q.   RIGHT?

12:47PM  16        AND YOU YOURSELF, IN THOSE DOCUMENTS, YOU AND YOUR TEAM,

12:47PM  17   YOU HAVE PEOPLE SIGN -- INVESTORS IN YOUR COMPANY SIGN

12:47PM  18   REPRESENTATIONS AND WARRANTIES; CORRECT?

12:47PM  19   A.   YES.

12:47PM  20   Q.   AND SOMETIMES THEY HAVE TO REPRESENT THINGS LIKE THEY

12:47PM  21   UNDERSTAND THE INVESTMENT IS SPECULATIVE AND THINGS OF THAT

12:47PM  22   NATURE; RIGHT?

12:47PM  23   A.   CORRECT.

12:47PM  24   Q.   AND YOU INSIST ON HAVING THEM SIGN THAT BEFORE THEY'RE

12:47PM  25   ALLOWED TO INVEST; RIGHT?

12:47PM  1     A.   YES.

12:47PM  2     Q.   AND YOU EXPECT THOSE PEOPLE TO TAKE THAT SERIOUSLY; RIGHT?

12:47PM  3     A.   YES.

12:47PM  4     Q.   AND IF THEY DON'T BELIEVE WHAT THEY'RE SIGNING IS CORRECT,

12:47PM  5     YOU WOULD EXPECT THEM NOT TO SIGN; RIGHT?

12:48PM  6     A.   CORRECT.

12:48PM  7     Q.   AND THE PEOPLE WHO INVEST THROUGH YOUR COMPANY -- JUST

12:48PM  8     DESCRIBE THE GENERAL NATURE OF THOSE TYPES OF INVESTORS.  WHAT

12:48PM  9     KIND OF PEOPLE ARE THEY?

12:48PM 10     A.   I THINK WHAT YOU'RE -- WELL, SPECIFICALLY THEY NEED TO BE

12:48PM 11     ACCREDITED INVESTORS, WHICH MEANS THAT THEY HAVE A NET WORTH

12:48PM 12     THAT WOULD ALLOW THEM TO TAKE A LOSS IN THE INVESTMENT AND IT

12:48PM 13     NOT MATERIALLY OR SIGNIFICANTLY IMPACT THEM.

12:48PM 14     Q.   OKAY.  AND SOMETIMES THOSE INVESTORS EVEN HAVE LEGAL

12:48PM 15     COUNSEL LOOKING AT THE DOCUMENTS BEFORE THEY SIGN THEM; RIGHT?

12:48PM 16     A.   YES.

12:48PM 17     Q.   OKAY.  AND SOMETIMES YOU HAVE LEGAL COUNSEL LOOK AT

12:48PM 18     DOCUMENTS BEFORE YOU SIGN ON TO INVESTMENTS THAT YOUR COMPANY

12:48PM 19     MAKES; RIGHT?

12:48PM 20     A.   YES.

12:48PM 21     Q.   OKAY.  AND YOU EXPECT THAT -- WELL, LET'S JUST GO TO SOME

12:48PM 22     OF THESE PROVISIONS.

12:48PM 23          SO WE'RE LOOKING AT SECTION 4.  AND THE FIRST ONE IS 4.2

12:49PM 24     THAT I WANT TO TALK TO YOU ABOUT.  THAT'S CALLED INVESTMENT

12:49PM 25     INTENT; RIGHT?

LUCAS CROSS BY MR. COOPERSMITH                              5713

12:49PM 1        AND YOU SEE IN THAT PARAGRAPH IT SAYS, AMONG OTHER THINGS,

12:49PM 2   "SUCH INVESTOR HAS NO PRESENT INTENTION OF SELLING, GRANTING

12:49PM 3   ANY PARTICIPATION IN, OR OTHERWISE DISTRIBUTING THE SAME."

12:49PM 4        DO YOU SEE THAT?

12:49PM 5   A.   YES.

12:49PM 6   Q.   AND WHEN YOU, ON BEHALF OF BLACK DIAMOND VENTURES, SIGN AN

12:49PM 7   AGREEMENT LIKE THIS, YOU'RE BEING SINCERE WHEN YOU REPRESENT

12:49PM 8   SOMETHING LIKE THAT; CORRECT?

12:49PM 9   A.   YES.

12:49PM 10  Q.   RIGHT.

12:49PM 11       AND SO IF YOU HAD INVESTMENT -- IF YOU HAD AN INTENT TO

12:49PM 12  IMMEDIATELY TURN AROUND AND SELL YOUR SHARES SOMEHOW, YOU

12:49PM 13  WOULDN'T SIGN THAT; RIGHT?

12:49PM 14  A.   YEAH, THAT'S THE CASE.  AND THERE ARE OTHER PROVISIONS

12:49PM 15  THAT IF SOMETHING LIKE THAT WERE TO HAPPEN, THEY WOULD HAVE TO

12:49PM 16  BE OFFERED BACK TO THE COMPANY.

12:49PM 17  Q.   OKAY.  AND THEN THERE'S A NEXT SECTION THAT IS 4.3, AND IT

12:50PM 18  SAYS INVESTMENT EXPERIENCE.

12:50PM 19       AND THIS IS A PARAGRAPH, YOU UNDERSTAND, WHERE YOU AS AN

12:50PM 20  INVESTOR ARE REPRESENTING YOU HAVE SUBSTANTIAL EXPERIENCE IN

12:50PM 21  EVALUATING AND INVESTING IN PRIVATE PLACEMENT TRANSACTIONS.

12:50PM 22       DO YOU SEE THAT?

12:50PM 23  A.   YES.

12:50PM 24  Q.   AND IT ALSO GOES ON TO SAY THAT YOU'RE CAPABLE OF

12:50PM 25  EVALUATING THE MERITS AND RISKS OF THE INVESTMENT; RIGHT?

ER-4288

LUCAS CROSS BY MR. COOPERSMITH                    5714

12:50PM  1    A.   YES.

12:50PM  2    Q.   AND THEN THE NEXT SECTION, 4.4, SAYS SPECULATIVE NATURE OF

12:50PM  3    THE INVESTMENT?

12:50PM  4    A.   YES.

12:50PM  5    Q.   AND IT SAYS, "SUCH INVESTOR UNDERSTANDS AND ACKNOWLEDGES

12:50PM  6    THAT THE COMPANY HAS A LIMITED FINANCIAL AND OPERATING HISTORY

12:50PM  7    AND THAT AN INVESTMENT IN THE COMPANY IS HIGHLY SPECULATIVE AND

12:50PM  8    INVOLVES SUBSTANTIAL RISKS."

12:50PM  9         RIGHT?

12:50PM  10   A.   YES.

12:50PM  11   Q.   AND IT GOES ON TO SAY, "SUCH INVESTOR CAN BEAR THE

12:50PM  12   ECONOMIC RISK OF SUCH INVESTOR'S INVESTMENT AND IS ABLE,

12:51PM  13   WITHOUT IMPAIRING SUCH INVESTOR'S FINANCIAL CONDITION, TO HOLD

12:51PM  14   THE SHARES AND THE CONVERSION SHARES FOR AN INDEFINITE PERIOD

12:51PM  15   OF TIME AND TO SUFFER A COMPLETE LOSS OF SUCH INVESTOR'S

12:51PM  16   INVESTMENT."

12:51PM  17        RIGHT?

12:51PM  18   A.   YES.

12:51PM  19   Q.   AND WHEN YOU SIGNED THIS AGREEMENT, YOU KNOW THAT'S WHAT

12:51PM  20   YOU'RE REPRESENTING; RIGHT?

12:51PM  21   A.   CORRECT.

12:51PM  22   Q.   AND THAT IS A TRUE STATEMENT, OTHERWISE YOU WOULDN'T SIGN

12:51PM  23   IT; RIGHT?

12:51PM  24   A.   CORRECT.

12:51PM  25   Q.   AND THEN ACCESS TO DATA.  IT SAYS, "SUCH INVESTOR HAS HAD

12:51PM  1      AN OPPORTUNITY TO ASK QUESTIONS OF AND RECEIVE ANSWERS FROM,

12:51PM  2      THE OFFICERS OF THE COMPANY" --

12:51PM  3                  THE COURT:  MR. COOPERSMITH, IF YOU COULD SLOW DOWN

12:51PM  4      WHEN YOU READ.

12:51PM  5                  MR. COOPERSMITH:  YES, YOUR HONOR.  OF COURSE.

12:51PM  6

12:51PM  7      Q.   ANYWAY, I WON'T READ THIS AGAIN.  BUT YOU SEE WHAT IT SAYS

12:51PM  8      ON THE PAGE; RIGHT?

12:51PM  9      A.   YES.

12:51PM 10      Q.   AND THIS IS ANOTHER PROVISION THAT YOU SIGNED WHEN YOU

12:51PM 11      INVEST -- WHEN YOU INVESTED IN THERANOS?

12:51PM 12      A.   CORRECT.

12:51PM 13      Q.   AND THEN IF YOU GO A LITTLE BIT FURTHER INTO THAT

12:51PM 14      PARAGRAPH, THAT SAME ONE, IT SAYS THAT "SUCH INVESTOR

12:51PM 15      ACKNOWLEDGES THAT ANY BUSINESS PLANS PREPARED BY THE COMPANY

12:51PM 16      HAVE BEEN, AND CONTINUE TO BE, SUBJECT TO CHANGE AND THAT ANY

12:52PM 17      PROJECTIONS INCLUDED IN SUCH BUSINESS PLANS OR OTHERWISE ARE

12:52PM 18      NECESSARILY SPECULATIVE IN NATURE, AND IT CAN BE EXPECTED THAT

12:52PM 19      SOME OR ALL OF THE ASSUMPTIONS UNDERLYING THE PROJECTIONS WILL

12:52PM 20      NOT MATERIALIZE OR WILL VARY SIGNIFICANTLY FROM ACTUAL

12:52PM 21      RESULTS."

12:52PM 22          DO YOU SEE THAT?

12:52PM 23      A.   YES.

12:52PM 24      Q.   AND I THINK WE TALKED ABOUT THIS CONCEPT EARLIER, BUT DO

12:52PM 25      YOU UNDERSTAND THAT MANAGEMENT OF THE COMPANY, DEPENDING ON THE

LUCAS CROSS BY MR. COOPERSMITH                    5716

12:52PM   1   CIRCUMSTANCES AT HAND, MAY HAVE TO PIVOT AND MAKE DIFFERENT

12:52PM   2   DECISIONS THAN WHAT THEY STARTED OUT THINKING THAT THEY WOULD

12:52PM   3   DO?

12:52PM   4        IS THAT FAIR?

12:52PM   5   A.   FAIR.

12:52PM   6   Q.   AND THIS IS ANOTHER THING THAT YOU AGREED TO WHEN YOU MAKE

12:52PM   7   AN INVESTMENT; RIGHT?

12:52PM   8   A.   YES.

12:52PM   9   Q.   AND YOU'RE SINCERE WHEN YOU SIGN THAT; RIGHT?

12:52PM  10   A.   YES.

12:52PM  11   Q.   OKAY.  AND THEN YOU -- THE NEXT ONE IS 4.6, THE CONCEPT OF

12:52PM  12   ACCREDITED INVESTOR.

12:52PM  13        WE ALREADY TALKED ABOUT THAT CONCEPT; RIGHT?

12:52PM  14   A.   YES.

12:52PM  15   Q.   AND THEN 4.9, THIS SAYS NO PUBLIC MARKET.

12:53PM  16        DO YOU SEE THAT?

12:53PM  17   A.   YES.

12:53PM  18   Q.   AND THIS JUST MEANS THAT YOU KNOW THAT THE COMPANY IS NOT

12:53PM  19   A PUBLIC COMPANY; RIGHT?

12:53PM  20   A.   CORRECT.

12:53PM  21   Q.   AND SO YOU CAN'T DECIDE TO SELL YOUR SHARES ON THE STOCK

12:53PM  22   MARKET LIKE THE NEW YORK STOCK EXCHANGE?

12:53PM  23   A.   THAT'S CORRECT.

12:53PM  24   Q.   OR THE NASDAQ MARKET, OR SOME OTHER STOCK EXCHANGE; RIGHT?

12:53PM  25   A.   RIGHT.

12:53PM  1    Q.  ALL RIGHT.  SO THAT MEANS THAT IT'S GOING TO BE A LOT

12:53PM  2    TOUGHER TO SELL YOUR SHARES COMPARED TO INVESTING IN A PUBLIC

12:53PM  3    COMPANY; RIGHT?

12:53PM  4    A.  YES.

12:53PM  5    Q.  OKAY.  AND YOU UNDERSTAND THAT WHEN YOU'RE INVESTING?

12:53PM  6    A.  I DO.

12:53PM  7    Q.  SO YOU MIGHT BE IN FOR THE LONG HAUL?

12:53PM  8    A.  LONG HAUL.

12:53PM  9    Q.  RIGHT.

12:53PM  10        AND THEN IF YOU GO TO PAGE 7 -- I'M SORRY, PAGE 21 OF THE

12:53PM  11   EXHIBIT.  THERE'S A PARTICULAR SECTION THAT IS 7.8.

12:53PM  12        AND THIS SAYS THAT, "THIS AGREEMENT," REFERRING TO THE

12:53PM  13   STOCK PURCHASE AGREEMENT, "INCLUDING THE EXHIBITS ATTACHED

12:53PM  14   HERETO, CONSTITUTE THE FULL AND ENTIRE UNDERSTANDING AND

12:54PM  15   AGREEMENT AMONG THE PARTIES WITH REGARD TO THE SUBJECTS HEREOF

12:54PM  16   AND SUPERSEDE ANY PRIOR AGREEMENTS OR UNDERSTANDINGS WITH

12:54PM  17   RESPECT TO THE SUBJECT MATTER HEREOF, INCLUDING, WITHOUT

12:54PM  18   LIMITATION, THE PRIOR AGREEMENT, WHICH IS SUPERSEDED HEREBY AND

12:54PM  19   OF NO FURTHER FORCE OR EFFECT."

12:54PM  20        DO YOU SEE THAT?

12:54PM  21   A.  YES.

12:54PM  22   Q.  OKAY.  SO THIS IS ANOTHER THING THAT YOU'RE AGREEING TO

12:54PM  23   WHEN YOU MAKE THE INVESTMENT; RIGHT?

12:54PM  24   A.  YES, THAT'S RIGHT.

12:54PM  25   Q.  AND WHEN YOU MADE THE THERANOS INVESTMENT?

12:54PM   1    A.   YES.

12:54PM   2    Q.   AND WHAT IT'S SAYING IS ANY OTHER UNDERSTANDINGS OR

12:54PM   3    AGREEMENTS THAT YOU THINK MIGHT EXIST ARE NOT THE CASE, AND, IN

12:54PM   4    FACT, THE AGREEMENT THAT YOU'RE SIGNING IS THE SOLE AGREEMENT

12:54PM   5    BETWEEN YOU AND THE COMPANY; CORRECT?

12:54PM   6    A.   YES.

12:54PM   7    Q.   OKAY.  I HAVE ONE MORE EXHIBIT TO SHOW YOU, MR. LUCAS.

12:55PM   8    THAT'S EXHIBIT 12604.  THIS IS NOT IN EVIDENCE YET, BUT IF YOU

12:55PM   9    COULD LOOK AT IT ON YOUR SCREEN OR YOU CAN FIND IT IN THE

12:55PM   10   BINDER AS YOU PREFER.

12:55PM   11        EXHIBIT 12604.

12:55PM   12        MR. ALLEN, MR. LUCAS WOULD RATHER SEE IT ON THE SCREEN.

12:55PM   13   ARE YOU ABLE TO PUT THAT UP JUST FOR MR. LUCAS?

12:55PM   14        OKAY.  THIS IS AN EMAIL FROM YOU TO JAMES L, WITH A COPY

12:55PM   15   TO ANA QUINTANA, ON APRIL 17TH, 2014; IS THAT CORRECT?

12:56PM   16   A.   YES.

12:56PM   17   Q.   AND IT RELATES TO SOME DEVELOPMENTS AT THERANOS?

12:56PM   18   A.   YES.

12:56PM   19            MR. COOPERSMITH:  YOUR HONOR, WE OFFER

12:56PM   20   EXHIBIT 12604.

12:56PM   21            MR. BOSTIC:  NO OBJECTION.

12:56PM   22            THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

12:56PM   23        (DEFENDANT'S EXHIBIT 12604 WAS RECEIVED IN EVIDENCE.)

12:56PM   24   BY MR. COOPERSMITH:

12:56PM   25   Q.   OKAY.  SO, MR. LUCAS, WE TALKED ABOUT EARLIER THE BOARD OF

12:56PM  1    DIRECTORS AT THERANOS AND YOUR VIEW OF THE BOARD; RIGHT?

12:56PM  2        AND HERE'S A PRESS RELEASE ANNOUNCING THAT

12:56PM  3    WILLIAM H. FRIST, M.D., IS JOINING THE BOARD OF DIRECTORS.

12:56PM  4        DO YOU SEE THAT?

12:56PM  5    A.   YES.

12:56PM  6             THE COURT:  EXCUSE ME.  WE NEED THE MONITORS ON IN

12:56PM  7    THE JURY BOX.

12:56PM  8             MR. COOPERSMITH:  YES, YOUR HONOR.

12:56PM  9        CAN WE PUBLISH THE EXHIBIT, YOUR HONOR?

12:56PM  10            THE COURT:  YES.

12:56PM  11            MR. COOPERSMITH:  THANK YOU.

12:56PM  12   Q.   OKAY.  SO NOW WE CAN ALL SEE IT, MR. LUCAS.

12:56PM  13       AND YOU SEE IT'S AN ANNOUNCEMENT THAT WILLIAM H. FRIST,

12:56PM  14   M.D., IS JOINING THE THERANOS BOARD OF DIRECTORS?

12:57PM  15   A.   YES.

12:57PM  16   Q.   AND YOU KNOW WHO THAT IS; RIGHT?

12:57PM  17   A.   YES.

12:57PM  18   Q.   AND DR. FRIST WAS A U.S. SENATOR?

12:57PM  19   A.   CORRECT.

12:57PM  20   Q.   AND AS IT SAYS HERE, "ALSO A NATIONALLY RECOGNIZED HEART

12:57PM  21   AND LUNG TRANSPLANT SURGEON"?

12:57PM  22   A.   YES.

12:57PM  23   Q.   AND IT GOES ON, AND I WON'T READ IT ALL, BUT IT EXPLAINS

12:57PM  24   WHAT HIS BIO WAS; RIGHT?

12:57PM  25   A.   CORRECT.

12:57PM 1    Q.   AND YOU VIEWED THIS AS A VERY POSITIVE DEVELOPMENT; RIGHT?

12:57PM 2    A.   YES.

12:57PM 3    Q.   BECAUSE DR. FRIST WAS NOT ONLY SOMEONE WHO HAD BEEN IN A

12:57PM 4    POSITION OF LEADERSHIP IN THE U.S. SENATE, BUT HE ALSO WAS A

12:57PM 5    MEDICAL DOCTOR; RIGHT?

12:57PM 6    A.   YES.

12:57PM 7    Q.   AND YOU EXPECT DR. FRIST TO HAVE PARTICULAR KNOWLEDGE OF

12:57PM 8    HEALTH CARE SUCH AS WHAT THERANOS WAS ENGAGED IN; CORRECT?

12:57PM 9            MR. BOSTIC:   OBJECTION.  CALLS FOR SPECULATION.

12:57PM 10           THE COURT:   OVERRULED.  YOU CAN ANSWER THE QUESTION.

12:57PM 11           THE WITNESS:   CERTAINLY ONE WOULD THINK THAT HE

12:57PM 12   WOULD HAVE MORE KNOWLEDGE THAN SOMEONE WHO IS NOT A PHYSICIAN.

12:57PM 13   BY MR. COOPERSMITH:

12:57PM 14   Q.   RIGHT.

12:57PM 15        SO THIS, AGAIN, YOU VIEWED AS A POSITIVE; RIGHT?

12:58PM 16   A.   YES, ABSOLUTELY.

12:58PM 17   Q.   AND AT THE TOP YOU WROTE "AGREED" WITH AN EXCLAMATION

12:58PM 18   POINT THAT IT WAS A GREAT APPOINTMENT; RIGHT?

12:58PM 19   A.   YES.

12:58PM 20   Q.   THANK YOU, MR. LUCAS.

12:58PM 21        I HAVE NO FURTHER QUESTIONS FOR YOU AT THIS TIME.

12:58PM 22           THE COURT:   REDIRECT?

12:58PM 23           MR. BOSTIC:   YES, YOUR HONOR, BRIEFLY.

12:58PM 24           MR. COOPERSMITH:   I'M SORRY, YOUR HONOR.  I'M TOLD

12:58PM 25   MY TEAM COULD USE A FEW MINUTES OF A BREAK.  IS THAT POSSIBLE

12:58PM   1      FOR --

12:58PM   2                  THE COURT:  WELL, I'M JUST INQUIRING OF OUR SCHEDULE

12:58PM   3      HERE.

12:58PM   4          MR. BOSTIC, YOU'LL HAVE A FEW MINUTES OF REDIRECT AND THEN

12:58PM   5      I ANTICIPATE SOME RECROSS AFTER THAT?

12:58PM   6          LET'S -- WHY DON'T WE TAKE OUR -- LET'S TAKE OUR AFTERNOON

12:58PM   7      BREAK NOW, LADIES AND GENTLEMEN.  LET'S TAKE ABOUT 30 MINUTES.

12:58PM   8      WE'LL TAKE A BREAK.  WE'LL COME BACK IN ABOUT 30 MINUTES.

12:58PM   9                  THE WITNESS:  OKAY.

12:58PM  10                  MR. COOPERSMITH:  YOUR HONOR, THANK YOU.

12:58PM  11          (RECESS FROM 12:58 P.M. UNTIL 1:36 P.M.)

01:36PM  12                  THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

01:36PM  13      ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.

01:36PM  14          MR. BOSTIC, DID YOU HAVE REDIRECT?

01:36PM  15                  MR. BOSTIC:  YES, YOUR HONOR.  THANK YOU.

01:36PM  16                         **REDIRECT EXAMINATION**

01:36PM  17      BY MR. BOSTIC:

01:37PM  18      Q.   GOOD AFTERNOON, MR. LUCAS.

01:37PM  19          I'D LIKE TO ASK YOU JUST A FEW TOPICS ON CROSS-EXAMINE.

01:37PM  20      A.   SURE.

01:37PM  21      Q.   FIRST, MR. COOPERSMITH ASKED YOU SOME QUESTIONS ABOUT SOME

01:37PM  22      WORK YOU DID WITH THERANOS ON A FINANCIAL MODEL.

01:37PM  23          DO YOU RECALL THOSE QUESTIONS?

01:37PM  24      A.   YES.

01:37PM  25      Q.   DO YOU RECALL THE APPROXIMATE TIMEFRAME WHEN YOU WERE

01:37PM 1    DOING THAT WORK WITH THE COMPANY?

01:37PM 2    A.   MAYBE 2007, 2008.  SOMETHING LIKE THAT.

01:37PM 3    Q.   DO YOU RECALL IT BEING -- THAT IT WAS CLOSER TO YOUR FIRST

01:37PM 4    INVESTMENT AND SECOND INVESTMENT THAN THE 2013 INVESTMENT?

01:37PM 5    A.   CORRECT.

01:37PM 6    Q.   WAS THAT WORK ON THE FINANCIAL MODEL WITH THERANOS

01:37PM 7    COMPLETE SOME TIME BEFORE THE 2013 INVESTMENT TO YOUR

01:38PM 8    RECOLLECTION?

01:38PM 9    A.   YES.

01:38PM 10   Q.   IF THERANOS PROVIDED FINANCIAL PROJECTIONS TO INVESTORS IN

01:38PM 11   2014, WOULD YOU HAVE HAD ANY INVOLVEMENT WITH PREPARING THOSE

01:38PM 12   PROJECTIONS?

01:38PM 13   A.   NO.

01:38PM 14   Q.   WHEN YOU DID THAT WORK WITH THERANOS, CAN YOU DESCRIBE

01:38PM 15   WHAT YOUR CONTRIBUTION WAS, IF YOU REMEMBER?

01:38PM 16   A.   I WAS WORKING, AND I'M FORGETTING HER LAST NAME, BUT WITH

01:38PM 17   RASHITA, WHO IS THE CONTROLLER, I BELIEVE, AND I WAS HELPING

01:38PM 18   HER PUT TOGETHER -- WE WERE TAKING THE PROJECTIONS FROM THOSE

01:38PM 19   WHO WERE MAKING THEM AND PUTTING THEM INTO A FORMAT THAT WAS

01:38PM 20   READABLE BASICALLY.

01:38PM 21   Q.   AND WHEN YOU SAY "TAKING THE PROJECTIONS FROM THOSE THAT

01:39PM 22   WERE MAKING THEM," DID YOU HAVE AN UNDERSTANDING ABOUT WHO WAS

01:39PM 23   ACTUALLY MAKING THE PROJECTIONS THEMSELVES?

01:39PM 24   A.   CERTAINLY ELIZABETH WOULD HAVE BEEN PART OF THAT, AND

01:39PM 25   OTHERS AT THE COMPANY, BUT I DON'T KNOW WHO ELSE.

01:39PM  1     Q.   LET ME ASK THAT A SLIGHTLY DIFFERENT WAY.

01:39PM  2          AS PART OF YOUR ROLE IN CONNECTION WITH THE FINANCIAL

01:39PM  3     MODEL, DID YOU HAVE ANYTHING TO DO WITH GENERATING THE

01:39PM  4     PROJECTIONS OR MAKING ASSUMPTIONS ABOUT WHAT WOULD HAPPEN WITH

01:39PM  5     THE BUSINESS OR THE TECHNOLOGY?

01:39PM  6     A.   NO.

01:39PM  7     Q.   BETWEEN YOU AND THE PEOPLE WHO WERE WORKING AT THERANOS,

01:39PM  8     WHO HAD MORE INFORMATION ABOUT WHAT THE COMPANY WAS DOING AND

01:39PM  9     WHAT THE TECHNOLOGY WAS CAPABLE OF DURING THAT TIME PERIOD?

01:39PM  10    A.   WHO OTHER THAN -- I GUESS I'M NOT --

01:39PM  11    Q.   I'M ASKING -- SURE.  LET ME ASK THAT A BETTER WAY.

01:39PM  12         LET ME ASK, FINANCIAL PROJECTIONS SOMETIMES RELY ON

01:40PM  13    ASSUMPTIONS ABOUT WHAT IS GOING TO HAPPEN WITH A BUSINESS AND

01:40PM  14    ITS TECHNOLOGY; IS THAT RIGHT?

01:40PM  15    A.   YES.

01:40PM  16    Q.   WHEN YOU WERE WORKING ON THE FINANCIAL MODEL BACK IN THAT

01:40PM  17    APPROXIMATELY 2007 TIME PERIOD, DID YOU HAVE MORE OR LESS

01:40PM  18    INFORMATION THAN THE PEOPLE WHO ARE ACTUALLY WORKING AT

01:40PM  19    THERANOS ABOUT WHAT THE COMPANY WAS DOING AND WHAT THOSE

01:40PM  20    ASSUMPTIONS REASONABLY MIGHT BE?

01:40PM  21    A.   YEAH, CERTAINLY LESS.

01:40PM  22    Q.   OKAY.  DO YOU RECALL -- DO YOU STILL HAVE THE BLACK BINDER

01:40PM  23    IN FRONT OF YOU?

01:40PM  24    A.   YES.

01:40PM  25    Q.   COULD I ASK YOU TO TURN BACK TO TAB 12022 IN THAT BINDER?

01:40PM  1    A.    SAY THE NUMBER AGAIN.

01:40PM  2    Q.    SURE.  IT'S 12022, IN THE BLACK BINDER.

01:41PM  3    A.    OH, I'M SORRY.  THE BLACK BINDER.

01:41PM  4    Q.    FROM THE DEFENSE.

01:41PM  5    A.    YES.

01:41PM  6    Q.    AND IN 12022, DO YOU RECALL THAT THIS WAS AN EMAIL THAT

01:41PM  7    MS. HOLMES SENT YOU IN DECEMBER OF 2005 AND IT ATTACHED A SLIDE

01:41PM  8    PRESENTATION?

01:41PM  9    A.    12022?

01:41PM  10   Q.    UH-HUH.

01:41PM  11   A.    MAYBE IT WAS ADMITTED ON THE SCREEN.  IT IS BLANK.

01:41PM  12          MR. BOSTIC:  YOUR HONOR, MAY I GIVE HIM MY COPY?

01:41PM  13      MAY I APPROACH, YOUR HONOR?

01:41PM  14          THE COURT:  YES.

01:41PM  15          MR. BOSTIC:  (HANDING.)

01:41PM  16   Q.    DO YOU NOW HAVE A COPY OF DEFENSE EXHIBIT 12022?

01:42PM  17   A.    OH, YES.  THIS WAS SOMEWHERE IN HERE.

01:42PM  18   Q.    THAT'S ALL RIGHT.  WE CAN USE THE COPY THAT YOU HAVE

01:42PM  19   THERE.

01:42PM  20      DO YOU SEE THAT IT IS AN EMAIL FROM DECEMBER 2005 FROM

01:42PM  21   MS. HOLMES TO YOU?

01:42PM  22   A.    YES.

01:42PM  23   Q.    AND IT ATTACHES A SLIDE PRESENTATION.  AND YOU REVIEWED

01:42PM  24   ONE OF THOSE SLIDES WITH MR. COOPERSMITH; IS THAT RIGHT?

01:42PM  25   A.    YES.

01:42PM   1          MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT WOULD LIKE

01:42PM   2   TO ADMIT PAGES 1 THROUGH 5 AND 26, WHICH IS THE SLIDE THAT

01:42PM   3   MR. COOPERSMITH REVIEWED WITH THE WITNESS.

01:42PM   4          MR. COOPERSMITH:  YOUR HONOR, CAN I JUST INQUIRE

01:42PM   5   BECAUSE I MAY HAVE DIFFERENT PAGE NUMBERS.

01:42PM   6       IS THE PAGE NUMBER MR. BOSTIC IDENTIFIED AS PAGE 26 THE

01:42PM   7   SAME AS BATES NUMBER 806?

01:42PM   8          MR. BOSTIC:  I DON'T HAVE IT IN FRONT OF ME, BUT I

01:42PM   9   CAN SEE THAT MR. COOPERSMITH HAS IT OPENED TO THE CORRECT PAGE.

01:42PM  10       IT'S SLIDE NUMBER 22.  IT'S THE 26TH PAGE IN THE EXHIBIT.

01:43PM  11          THE COURT:  SLIDE NUMBER, I'M SORRY, 22?

01:43PM  12          MR. BOSTIC:  THE SLIDE IS NUMBERED 22 IN THE LOWER

01:43PM  13   RIGHT, I THINK.

01:43PM  14          THE COURT:  YES.  IT'S 806.  YES.

01:43PM  15          MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU.

01:43PM  16       WE HAVE NO OBJECTION TO THAT SLIDE THAT I REVIEWED WITH

01:43PM  17   MR. LUCAS.

01:43PM  18          THE COURT:  OKAY.

01:43PM  19          MR. COOPERSMITH:  I DO HAVE AN OBJECTION TO THE REST

01:43PM  20   OF IT, AND I'LL NOTE SINCE THE EXHIBIT IS NOT IN EVIDENCE,

01:43PM  21   UNDER RULE 612, THE GOVERNMENT WOULD ONLY BE ENTITLED TO ADMIT

01:43PM  22   THE PAGE THAT HE REVIEWED WITH MR. LUCAS.

01:43PM  23       SO NO OBJECTION TO BATES NUMBER 806, BUT OBJECTION TO THE

01:43PM  24   REST OF IT UNDER 401 AND 802.

01:43PM  25          THE COURT:  WHAT WAS THE OTHER PAGE?

LUCAS REDIRECT BY MR. BOSTIC                          5726

01:43PM  1             MR. BOSTIC:  PAGES 1 THROUGH 5 I'M SEEKING TO ADMIT,

01:43PM  2    YOUR HONOR.  THAT'S THE EMAIL ATTACHING IT AS WELL AS THE FIRST

01:43PM  3    PAGE OF THE PRESENTATION, JUST TO ORIENT THE JURY TO WHAT WE'RE

01:43PM  4    LOOKING AT.

01:43PM  5             THE COURT:  DO YOU HAVE OBJECTION TO THOSE PAGES?

01:43PM  6             MR. COOPERSMITH:  JUST TO MAKE SURE I HAVE THE RIGHT

01:43PM  7    PAGES, YOUR HONOR.

01:43PM  8             THE COURT:  SO WE ARE TALKING ABOUT 781, 782, AND

01:44PM  9    783, AND 785, I BELIEVE.

01:44PM 10             MR. COOPERSMITH:  NO, YOUR HONOR.  NOW THAT I'VE

01:44PM 11    SEEN THOSE, I DON'T HAVE AN OBJECTION TO THOSE.

01:44PM 12             THE COURT:  I HOPE I GOT THOSE NUMBERS RIGHT.  WE'LL

01:44PM 13    SEE.  I WILL ADMIT THOSE, AND WE'LL SEE WHAT HAPPENS.

01:44PM 14         (LAUGHTER.)

01:44PM 15             MR. COOPERSMITH:  WE'LL HOPE FOR THE BEST.

01:44PM 16             THE COURT:  YES.  THEY'RE ADMITTED, AND THEY MAY BE

01:44PM 17    PUBLISHED.

01:44PM 18             MR. BOSTIC:  THANK YOU, YOUR HONOR.

01:44PM 19         (DEFENDANT'S EXHIBIT 12022, PAGES 1-5 AND 26, WAS RECEIVED

01:44PM 20    IN EVIDENCE.)

01:44PM 21             MR. BOSTIC:  THANK YOU, YOUR HONOR.

01:44PM 22    Q.   SO, MR. LUCAS ON THE SCREEN IN FRONT OF YOU.  DO YOU SEE

01:44PM 23    THE EMAIL THAT MS. HOLMES SENT YOU IN DECEMBER OF 2005?

01:44PM 24    A.   YES.

01:44PM 25    Q.   AND YOU SEE THERE ARE A NUMBER OF ATTACHMENTS, BUT LET'S

ER-4301

01:44PM  1    LOOK AT PAGE 5 OF THIS EXHIBIT WHICH SHOULD BE ON THE SCREEN

01:44PM  2    NOW.

01:44PM  3         AND DO YOU SEE HERE, THE FIRST PAGE OF THE SLIDE SHOW THAT

01:44PM  4    YOU WERE SENT, THAT SAYS, "THERANOS REDEFINING HEALTH CARE,"

01:45PM  5    AND IT'S DATED DECEMBER 22ND, 2005?

01:45PM  6    A.   YES.

01:45PM  7    Q.   LET'S NOW GO TO PAGE 26 OF THE EXHIBIT.

01:45PM  8         AND DO YOU RECALL REVIEWING THIS PAGE WITH MR. COOPERSMITH

01:45PM  9    DURING YOUR CROSS-EXAMINATION?

01:45PM  10   A.   YES.

01:45PM  11   Q.   THIS PAGE OF THE SLIDE PRESENTATION SHOWS SOME PROJECTED

01:45PM  12   GENERATIONS OF THE THERANOS ANALYZER; IS THAT RIGHT?

01:45PM  13   A.   CORRECT.

01:45PM  14   Q.   I JUST WANT TO NOTE A FEW THINGS HERE WITH YOU.

01:45PM  15        FIRST OF ALL, YOU NOTED THAT THE TIMELINE HERE ONLY GOES

01:45PM  16   UNTIL 2010; IS THAT RIGHT?

01:45PM  17   A.   YES.

01:45PM  18   Q.   AND SO WHEN YOU WERE MAKING YOUR DECISION ABOUT WHETHER TO

01:45PM  19   INVEST IN 2013, YOU ALREADY WOULD HAVE BEEN BEYOND THE PERIOD

01:45PM  20   OF TIME COVERED BY THIS PROJECTION FROM 2005; IS THAT RIGHT?

01:45PM  21   A.   CORRECT.

01:45PM  22   Q.   LOOKING AT WHAT THOSE DIFFERENT GENERATIONS WERE PROJECTED

01:46PM  23   TO BE ABLE TO DO, I WANT TO DRAW YOUR ATTENTION TO THE THERANOS

01:46PM  24   3.0 LINE.

01:46PM  25        DO YOU SEE THERE THAT IT INDICATES THAT THE 3.0 GENERATION

LUCAS REDIRECT BY MR. BOSTIC                                    5728

01:46PM  1      WOULD HAVE THE ABILITY TO DO TEN ASSAYS?

01:46PM  2      A.   YES.

01:46PM  3      Q.   AND DO YOU SEE THAT THE 4.0 GENERATION WAS PROJECTED TO

01:46PM  4      HAVE THE ABILITY TO DO 100 ASSAYS?

01:46PM  5      A.   YES.

01:46PM  6      Q.   WHEN YOU WERE INVESTING IN 2013, WHAT WAS YOUR

01:46PM  7      UNDERSTANDING ABOUT HOW MANY TESTS THE ANALYZER COULD DO BASED

01:46PM  8      ON YOUR CONVERSATIONS WITH MS. HOLMES?

01:46PM  9      A.   AS I SAID EARLIER, IT WAS DOZENS THAT I BELIEVED.  AND I

01:46PM 10      WOULD NOT HAVE REMEMBERED THIS SLIDE BACK THEN.

01:46PM 11      Q.   FAIR TO SAY THAT THIS PROJECTION BACK IN 2005 WAS NOT IN

01:46PM 12      YOUR MIND IN 2013?

01:46PM 13              MR. COOPERSMITH:  OBJECTION.  LEADING.

01:46PM 14              THE COURT:  OVERRULED.  YOU CAN ANSWER THE QUESTION.

01:47PM 15              THE WITNESS:  CORRECT.  THIS WAS NOT IN MY MIND.

01:47PM 16      BY MR. BOSTIC:

01:47PM 17      Q.   DURING ANY OF YOUR CONVERSATIONS WITH MS. HOLMES BEFORE

01:47PM 18      YOU INVENTED -- EXCUSE ME.

01:47PM 19           DURING ANY OF YOUR CONVERSATIONS WITH MS. HOLMES BEFORE

01:47PM 20      YOU INVESTED IN 2013, DID SHE EVER TELL YOU THAT THERANOS WAS

01:47PM 21      STILL USING ITS 3.0 SERIES DEVICE IN ITS CLINICAL LAB FOR

01:47PM 22      PATIENT TESTING?

01:47PM 23      A.   I DON'T RECALL.

01:47PM 24      Q.   DID MS. HOLMES EVER TELL YOU THAT THE VERSION OF THE

01:47PM 25      ANALYZER THAT WAS BEING USED FOR PATIENT TESTING WAS ONLY BEING

ER-4303

01:47PM  1    USED FOR NO MORE THAN A DOZEN TESTS?

01:47PM  2    A.   NO.

01:47PM  3    Q.   DID MS. HOLMES EVER TELL YOU THAT THE 4.0 GENERATION OF

01:47PM  4    THE ANALYZER, WHICH ACCORDING TO THIS CHART WOULD BE ABLE TO DO

01:47PM  5    100 ASSAYS, WAS NEVER DEVELOPED TO THE POINT THAT IT WAS

01:47PM  6    ACTUALLY USED FOR PATIENT CLINICAL TESTING AT THERANOS?

01:48PM  7         WOULD YOU LIKE THAT QUESTION AGAIN?

01:48PM  8    A.   NO.   JUST LOOKING.   I WAS GETTING READY FOR AN OBJECTION.

01:48PM  9         (LAUGHTER.)

01:48PM 10         THE WITNESS:   THERE.   SEE.

01:48PM 11         MR. COOPERSMITH:   I JUST LIKE TO THROW PEOPLE OFF.

01:48PM 12         (LAUGHTER.)

01:48PM 13         THE COURT:   THIS IS BASKETBALL SEASON AND YOU WENT

01:48PM 14    IN FOR A LAY UP.

01:48PM 15         THE WITNESS:   I DID.

01:48PM 16         THE COURT:   SO LET'S GET BACK IN THE GAME.

01:48PM 17         THE WITNESS:   I'M SORRY.   NOW YOU DO HAVE TO REPEAT

01:48PM 18    THE QUESTION.

01:48PM 19         (LAUGHTER.)

01:48PM 20    BY MR. BOSTIC:

01:48PM 21    Q.   LET ME ASK IT THE SAME WAY, WHICH IS, BEFORE YOU INVESTED

01:48PM 22    IN -- OR AT ANY TIME DURING YOUR CONVERSATIONS WITH MS. HOLMES,

01:48PM 23    DID SHE TELL YOU THAT THE 4.0 SERIES ANALYZER, WHICH ACCORDING

01:48PM 24    TO THIS WOULD BE ABLE TO DO 100 ASSAYS, WAS NEVER DEVELOPED TO

01:48PM 25    THE POINT THAT IT WAS ACTUALLY USED FOR CLINICAL TESTING BY

01:48PM 1    THERANOS?

01:48PM 2    A.   SO I DON'T RECALL THAT AT THAT TIME WE WERE TALKING ABOUT

01:48PM 3    GENERATIONS.

01:49PM 4        SO I COULDN'T TELL YOU WHAT GENERATION WE WERE ON OR NOT.

01:49PM 5    Q.   DID SHE EVER TELL YOU GENERALLY THAT THE VERSION OF THE

01:49PM 6    DEVICE THAT COULD DO 100 ASSAYS, OR MORE THAN 12 ASSAYS, HAD

01:49PM 7    NOT BEEN DEVELOPED TO THE POINT THAT IT WAS USED IN THE

01:49PM 8    CLINICAL LABORATORY?

01:49PM 9    A.   NO.

01:49PM 10   Q.   WOULD THAT HAVE BEEN SURPRISING TO YOU AT THE TIME?

01:49PM 11   A.   YES.

01:49PM 12       AS I SAID, I THOUGHT WE COULD DO DOZENS.

01:49PM 13   Q.   OKAY.  WE CAN PUT THAT ASIDE.

01:49PM 14       YOU WERE ALSO ASKED BY MR. COOPERSMITH ABOUT YOUR RELIANCE

01:49PM 15   ON NEWS STORIES.

01:49PM 16       DO YOU RECALL THAT QUESTION?

01:49PM 17   A.   YES.

01:49PM 18   Q.   AND HE ASKED YOU SOMETHING TO THE EFFECT OF WHETHER YOU

01:49PM 19   INVEST BASED ON THINGS YOU READ IN THE NEWSPAPER.

01:49PM 20       DO YOU REMEMBER BEING ASKED THAT?

01:49PM 21   A.   YES.

01:49PM 22   Q.   IN FACT, CAN THE CONTENT OF NEWSPAPER ARTICLES SOMETIMES

01:49PM 23   MAKE A DIFFERENCE FOR YOU IN EVALUATING AN INVESTMENT?

01:50PM 24   A.   SURE.

01:50PM 25   Q.   AND IN SITUATIONS WHERE THE EXECUTIVES OF A COMPANY SEND

01:50PM 1    YOU A PARTICULAR NEWSPAPER ARTICLE OR REFERENCE IT, AS WE SAW

01:50PM 2    WITH "THE WALL STREET JOURNAL" ARTICLE AND THE

01:50PM 3    "FORTUNE" ARTICLE, DOES THAT HAVE ANY EFFECT ON YOUR

01:50PM 4    WILLINGNESS TO RELY ON THE CONTENT OF THAT ARTICLE?

01:50PM 5    A.   IT CAN.

01:50PM 6    Q.   WHEN YOU READ "THE WALL STREET JOURNAL" ARTICLE IN

01:50PM 7    SEPTEMBER 2013, WERE YOU AWARE THAT MS. HOLMES AND MR. BALWANI

01:50PM 8    HAD RECEIVED AN ADVANCE COPY OF THAT ARTICLE AND HAD AN

01:50PM 9    OPPORTUNITY TO COMMENT ON IT?

01:50PM 10              MR. COOPERSMITH:  OBJECTION.  FOUNDATION.

01:50PM 11              THE COURT:  WELL, OVERRULED.

01:50PM 12         THE QUESTION ASKED IF HE WAS AWARE.

01:50PM 13              THE WITNESS:  NO, I WASN'T AWARE.

01:50PM 14   BY MR. BOSTIC:

01:50PM 15   Q.   IF YOU HAD BEEN AWARE OF THAT, WOULD THAT HAVE INCREASED

01:50PM 16   YOUR COMFORT WITH RELYING ON THE CONTENT OF THAT ARTICLE?

01:50PM 17              MR. COOPERSMITH:  SAME OBJECTION.

01:51PM 18              THE COURT:  OVERRULED.

01:51PM 19   BY MR. BOSTIC:

01:51PM 20   Q.   WOULD YOU LIKE THE QUESTION AGAIN?

01:51PM 21   A.   YES.

01:51PM 22   Q.   IF YOU HAD KNOWN THAT MS. HOLMES AND MR. BALWANI HAD

01:51PM 23   RECEIVED A COPY OF "THE WALL STREET JOURNAL" ARTICLE AND HAD AN

01:51PM 24   OPPORTUNITY TO COMMENT ON IT, WOULD THAT HAVE INCREASED YOUR

01:51PM 25   COMFORT LEVEL WITH RELYING ON THE CONTENT OF THE ARTICLE?

01:51PM 1      A.   AND WHEN YOU SAY THEY COULD HAVE COMMENTED ON THAT, YOU

01:51PM 2      MEAN BACK TO THE AUTHOR, THE REPORTER, AND LET THAT BE QUOTED

01:51PM 3      IN THERE?

01:51PM 4      Q.   YES, SIR.

01:51PM 5      A.   AGAIN, I'M GETTING A LITTLE CONFUSED.  BUT IT WOULD HAVE

01:51PM 6      BEEN FINE IF THEY HAD AN ADVANCE COPY AND THEY WERE ABLE TO

01:51PM 7      COMMENT, THAT WOULD BE GREAT.

01:52PM 8      Q.   OKAY.  YOU WERE ASKED SOME QUESTIONS ABOUT WHAT YOU EXPECT

01:52PM 9      WHEN YOU INVEST IN A COMPANY.

01:52PM 10         AND I THINK YOU WERE SPECIFICALLY ASKED SOMETHING LIKE

01:52PM 11     WHEN YOU INVEST IN A COMPANY, WHETHER YOU EXPECT TO BE INVOLVED

01:52PM 12     IN ALL OF THE BUSINESS DECISIONS MANAGEMENT MAKES.

01:52PM 13         DO YOU REMEMBER BEING ASKED THAT?

01:52PM 14     A.   YES.

01:52PM 15     Q.   AND I THINK YOUR ANSWER WAS YOU DON'T NECESSARILY EXPECT

01:52PM 16     TO BE INVOLVED IN EVERY BUSINESS DECISION; IS THAT RIGHT?

01:52PM 17     A.   CORRECT.

01:52PM 18     Q.   WHEN YOU INVEST IN A COMPANY, WHAT DO YOU EXPECT IN TERMS

01:52PM 19     OF GETTING HONEST AND ACCURATE INFORMATION FROM THE EXECUTIVES

01:52PM 20     OF THE COMPANY?

01:52PM 21     A.   REGARDLESS OF AMOUNT, I WOULD EXPECT TO HAVE A TRUTHFUL

01:52PM 22     RELATIONSHIP.

01:52PM 23     Q.   DURING THAT SAME LINE OF QUESTIONING, MR. COOPERSMITH

01:52PM 24     ASKED YOU ABOUT THE COMPANY'S DECISION TO USE ONE KIND OF

01:52PM 25     ANALYZER VERSUS A DIFFERENT KIND OF ANALYZER.

ER-4307

LUCAS REDIRECT BY MR. BOSTIC                                        5733

01:52PM  1            DO YOU REMEMBER THAT?

01:53PM  2       A.   YES.

01:53PM  3       Q.   AND HE ASKED YOU WHETHER IT WOULD HAVE BOTHERED YOU IF THE

01:53PM  4       COMPANY COULD HAVE DONE -- WELL, LET ME START THAT AGAIN.

01:53PM  5            HE POSED A HYPOTHETICAL INVOLVING A SITUATION WHERE THE

01:53PM  6       COMPANY COULD HAVE DONE MORE KINDS OF TESTS THAN WHAT IT

01:53PM  7       ACTUALLY DID ON THE EDISON ANALYZER.

01:53PM  8            DO YOU REMEMBER THAT DISCUSSION?

01:53PM  9       A.   YES.

01:53PM  10      Q.   LET ME ASK, DO YOU KNOW WHAT THE CAPABILITIES WERE OF THE

01:53PM  11      EDISON ANALYZER THAT THERANOS WAS USING FOR PATIENT TESTING?

01:53PM  12      A.   AGAIN, JUST THAT IT COULD DO DOZENS OF TESTS.

01:53PM  13      Q.   DO YOU KNOW WHETHER THAT DEVICE, FOR EXAMPLE, EVEN HAD THE

01:53PM  14      PARTS NECESSARY TO RUN A CBC TEST?

01:53PM  15      A.   THAT IS CERTAINLY ONE OF THE COMMON TESTS AND ONE WOULD --

01:53PM  16      I CERTAINLY BELIEVE SO.

01:53PM  17      Q.   WOULD YOU WOULD HAVE BEEN SURPRISED BACK THEN TO LEARN

01:54PM  18      THAT THE ANALYZER THAT THERANOS HAD MADE AND WAS USING FOR

01:54PM  19      PATIENT TESTING DIDN'T HAVE THE PARTS TO RUN A CBC TEST?

01:54PM  20      A.   YES.

01:54PM  21      Q.   AND FINALLY, DO YOU REMEMBER THAT ON CROSS-EXAMINATION YOU

01:54PM  22      WERE SHOWN SOME REPORTS FROM A COUPLE OF THERANOS PATIENTS?

01:54PM  23      A.   YES.

01:54PM  24      Q.   AND DO YOU RECALL THAT GENERALLY THOSE REPORTS PRAISED THE

01:54PM  25      EXPERIENCE THAT THOSE PATIENTS HAD GETTING THEIR BLOOD DRAWN

ER-4308

01:54PM 1    FROM THERANOS?

01:54PM 2    A.   YES.

01:54PM 3    Q.   DO YOU RECALL EITHER OF THOSE REPORTS SAYING ANYTHING

01:54PM 4    ABOUT THE ACCURACY OR THE RELIABILITY OF THOSE RESULTS?

01:54PM 5    A.   NO.

01:54PM 6    Q.   DURING ANY OF YOUR CONVERSATIONS WITH MS. HOLMES, DID SHE

01:54PM 7    INFORM YOU ABOUT ANY ACCURACY PROBLEMS THAT THERANOS WAS HAVING

01:54PM 8    WITH ITS TESTS?

01:54PM 9    A.   NO.

01:54PM 10   Q.   AS AN INVESTOR, HOW WOULD YOU FEEL ABOUT INVESTING IN A

01:54PM 11   COMPANY WHERE PATIENTS HAD A PLEASANT EXPERIENCE DURING A BLOOD

01:54PM 12   DRAW, BUT THEN LATER RECEIVED RESULTS OF QUESTIONABLE ACCURACY

01:55PM 13   OR RELIABILITY?

01:55PM 14           MR. COOPERSMITH:  OBJECTION.  CALLS FOR SPECULATION.

01:55PM 15   LACKS FOUNDATION.

01:55PM 16           THE COURT:  THIS IS AS -- AGAIN, THIS IS AS TO HIS

01:55PM 17   THOUGHTS AS AN INVESTOR, INVESTING BASED ON HIS EXPERIENCE.

01:55PM 18           MR. BOSTIC:  AS TO WHAT WOULD HAVE MATTERED TO HIM,

01:55PM 19   YES.

01:55PM 20           THE COURT:  OVERRULED.

01:55PM 21       YOU CAN ANSWER THE QUESTION, SIR.

01:55PM 22           THE WITNESS:  OKAY.  VERY HAPPY FOR THE GREAT

01:55PM 23   EXPERIENCE THAT THEY MAY HAVE HAD.  NOT GOOD IF IT'S NOT

01:55PM 24   ACCURATE, NOT GOOD AT ALL.

01:55PM 25           MR. BOSTIC:  NO FURTHER QUESTIONS.

01:55PM    1              THANK YOU.

01:55PM    2                   THE COURT:  MR. COOPERSMITH.

01:55PM    3         YOU CAN JUST HANG ON TO THAT, AND MR. COOPERSMITH WILL

01:55PM    4    HAVE SOME QUESTIONS FOR YOU.

01:55PM    5                   THE WITNESS:  OKAY.

01:55PM    6                   MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

01:56PM    7                        **RECROSS-EXAMINATION**

01:56PM    8    BY MR. COOPERSMITH:

01:56PM    9    Q.   JUST A FEW QUESTIONS, MR. LUCAS.

01:56PM   10         SO JUST NOW ON REDIRECT, MR. BOSTIC ASKED YOU ABOUT

01:56PM   11    ASSUMPTIONS THAT UNDERLIE FINANCIAL PROJECTIONS.

01:56PM   12         DO YOU REMEMBER THAT QUESTION?

01:56PM   13    A.   YES.

01:56PM   14    Q.   AND THE WAY FINANCIAL PROJECTIONS WORK, IS THAT IF THE

01:56PM   15    ASSUMPTIONS THAT GO INTO THE PROJECTION CHANGED, THEN THE

01:56PM   16    PROJECTION WOULD CHANGE.

01:56PM   17         IS THAT FAIR?

01:56PM   18    A.   CORRECT.

01:56PM   19    Q.   BECAUSE THERE ARE VARIABLES THAT GO INTO A PROJECTION;

01:56PM   20    RIGHT?

01:56PM   21    A.   YES.

01:56PM   22    Q.   AND SO IN THAT EXERCISE, THE ASSUMPTIONS ARE JUST AN

01:56PM   23    ATTEMPT TO DO YOUR BEST TO UNDERSTAND WHAT THE FUTURE MIGHT

01:56PM   24    LOOK LIKE; RIGHT?

01:56PM   25    A.   YES.

01:56PM   1      Q.   AND YOU COULD PLUG IN DIFFERENT ASSUMPTIONS AND THEN THE

01:56PM   2      OUTPUT WOULD BE DIFFERENT; RIGHT?

01:56PM   3      A.   OF COURSE.

01:56PM   4      Q.   AND YOU COULD EVEN DO LIKE SORT OF BEST CASE SCENARIO

01:56PM   5      ASSUMPTIONS AND WORST CASE SCENARIO ASSUMPTIONS, THINGS LIKE

01:56PM   6      THAT; RIGHT?

01:56PM   7      A.   YES.

01:56PM   8      Q.   SO MR. BOSTIC SHOWED YOU THE PAGE WE WERE DISCUSSING.  AND

01:57PM   9      LET'S JUST BRING IT UP.  IT'S THAT PAGE BATES NUMBER 806 OF

01:57PM  10      EXHIBIT 12022.

01:57PM  11           THIS WAS THE PAGE THAT YOU WERE JUST LOOKING AT WITH

01:57PM  12      MR. BOSTIC.  OKAY.

01:57PM  13           SO YOU HAVE TESTIFIED THAT THERANOS, IN YOUR

01:57PM  14      UNDERSTANDING, COULD DO DOZENS OF TESTS; RIGHT?

01:57PM  15      A.   YES.

01:57PM  16      Q.   IN FACT, YOU'VE SAID THAT MANY TIMES TODAY; RIGHT?

01:57PM  17           AND IF WE HAD DOZENS OF TESTS THAT COULD RUN ON A THERANOS

01:57PM  18      ANALYZER, THAT WOULD BE SOMEWHERE BETWEEN, ON THIS CHART,

01:57PM  19      VERSION 3.0 AND 4.0; IS THAT RIGHT?

01:57PM  20      A.   CORRECT.

01:57PM  21      Q.   SO THAT MIGHT BE AROUND 3.5?

01:57PM  22      A.   SURE.

01:57PM  23      Q.   OKAY.  AND THEN FINALLY, THERE WAS A QUESTION THAT YOU

01:57PM  24      WERE ASKED ABOUT THOSE PEOPLE IN THAT EXHIBIT WHO THE

01:58PM  25      GOVERNMENT INTRODUCED THAT HAD SOME PRAISE FOR THERANOS AND THE

01:58PM   1    EXPERIENCE THAT THEY HAD; RIGHT?

01:58PM   2    A.   YES.

01:58PM   3    Q.   AND YOU DON'T KNOW THOSE PEOPLE; RIGHT?

01:58PM   4    A.   I DO NOT.

01:58PM   5    Q.   BUT WE READ IT TOGETHER HERE TODAY; RIGHT?

01:58PM   6    A.   YES.

01:58PM   7    Q.   AND IN YOUR EXPERIENCE, YOU WOULD NOT EXPECT PEOPLE TO

01:58PM   8    PRAISE THEIR EXPERIENCE WITH THERANOS IF THEY ACTUALLY HAD A

01:58PM   9    PROBLEM WITH THE ACCURACY OF THE TEST, WOULD YOU?

01:58PM  10    A.   I WOULDN'T THINK SO.

01:58PM  11    Q.   SO, FOR EXAMPLE, IF YOU HAD A GOOD EXPERIENCE AT A

01:58PM  12    BUSINESS, OR A DOCTOR'S OFFICE, OR A BLOOD TEST FOR THAT

01:58PM  13    MATTER, AND YOU THOUGHT THE LIGHTING WAS NICE AND THE PEOPLE

01:58PM  14    WERE KIND, BUT YOU ACTUALLY, YOU KNOW, GOT A BAD PRODUCT, OR

01:58PM  15    THE RESTAURANT'S FOOD GAVE YOU FOOD POISONING, WOULD YOU WRITE

01:58PM  16    A GLOWING REVIEW OF HOW GREAT THE EXPERIENCE WAS AT THAT POINT?

01:58PM  17    A.   NOT ME.

01:58PM  18    Q.   OKAY.

01:58PM  19         NO FURTHER QUESTIONS.

01:59PM  20              MR. BOSTIC:  NOTHING FURTHER, YOUR HONOR.

01:59PM  21              THE COURT:  MAY THIS WITNESS BE EXCUSED?

01:59PM  22              MR. BOSTIC:  NO, YOUR HONOR.

01:59PM  23              MR. COOPERSMITH:  YES, YOUR HONOR.

01:59PM  24              THE COURT:  YOU MAY BE EXCUSED.

01:59PM  25              THE WITNESS:  THANK YOU, YOUR HONOR.

01:59PM 1        HAVE A GREAT WEEKEND.

01:59PM 2              THE COURT:  YOU AS WELL.

01:59PM 3              THE WITNESS:  THANK YOU.

01:59PM 4              THE COURT:  DOES THE GOVERNMENT HAVE ANOTHER WITNESS

01:59PM 5     TO CALL?

01:59PM 6              MR. BOSTIC:  YES, YOUR HONOR.

01:59PM 7         THE UNITED STATES CALLS DR. AUDRA ZACHMAN.

01:59PM 8              MR. COOPERSMITH:  YOUR HONOR, I THINK THERE'S A

01:59PM 9     MATTER THAT WE NEED TO TAKE UP WITH THE COURT.  THANK YOU.  NOT

01:59PM 10    SURPRISINGLY, YOUR HONOR.

01:59PM 11             THE COURT:  SO BEFORE WE BRING THE WITNESS IN,

01:59PM 12    LADIES AND GENTLEMEN, CAN I HAVE ABOUT TEN MINUTES WITH THESE

01:59PM 13    LAWYERS OUTSIDE OF YOUR PRESENCE.  LET'S TAKE ABOUT TEN

01:59PM 14    MINUTES.

02:00PM 15        (JURY OUT AT 2:00 P.M.)

02:00PM 16             THE COURT:  THANK YOU.  PLEASE BE SEATED.

02:00PM 17        THE RECORD SHOULD REFLECT THAT OUR JURY HAS LEFT THE

02:00PM 18    COURTROOM.

02:00PM 19        ALL COUNSEL, MR. BALWANI IS PRESENT.  THE NEXT WITNESS IS

02:00PM 20    NOT PRESENT.  JUST COUNSEL AND THEIR STAFF ARE PRESENT.

02:00PM 21        WE'LL HAVE A DISCUSSION NOW ABOUT 1434, WHICH IS THE

02:00PM 22    DEFENSE MOTION TO LIMIT TESTIMONY OF PATIENT B.G., BUT I THINK

02:00PM 23    THIS ALSO COVERS THE NEXT WITNESS, THE DOCTOR AS WELL.

02:00PM 24        FIRST OF ALL, MY THRESHOLD QUESTION IS IT'S NOW 2:00

02:00PM 25    O'CLOCK.  WILL WE BE ABLE TO FINISH THE TESTIMONY OF BOTH OF

02:01PM   1    THESE WITNESSES TODAY?

02:01PM   2         I UNDERSTAND THAT THEY TRAVEL.  THEY'RE HERE FROM PHOENIX,

02:01PM   3    ARE THEY, OR FROM ARIZONA?

02:01PM   4              MR. LEACH:  THANK YOU, YOUR HONOR.  YES.

02:01PM   5         I DON'T KNOW WHAT THE CROSS-EXAMINATION WILL BE OF THESE

02:01PM   6    TWO WITNESSES, BUT THE DIRECT EXAMINATIONS WILL BE VERY SIMILAR

02:01PM   7    TO THE LENGTH OF WHAT THE COURT OBSERVED IN THE HOLMES CASE.

02:01PM   8         I THINK IT'S PROBABLY ABOUT 40 MINUTES FOR DR. ZACHMAN AND

02:01PM   9    ABOUT 15 ON DIRECT EXAM FOR PATIENT B.G.

02:01PM  10         SO MY HOPE AND EXPECTATION WOULD BE THAT WE CAN FINISH

02:01PM  11    THEM TODAY.

02:01PM  12              THE COURT:  OKAY.  COUNSEL.

02:01PM  13              MS. ESTRADA:  YES, YOUR HONOR.  I THINK THAT'S TRUE

02:01PM  14    FOR THE DEFENSE AS WELL, WE SHOULD BE ABLE TO FINISH TODAY.

02:01PM  15              THE COURT:  OKAY.  GREAT.  THANK YOU FOR THAT.

02:01PM  16         WE HAVE THIS MOTION HERE -- WELL, I SHOULD HAVE YOU STATE

02:01PM  17    YOUR APPEARANCE.

02:02PM  18              MS. ESTRADA:  I APOLOGIZE.  SHAWN ESTRADA ON BEHALF

02:02PM  19    OF MR. BALWANI.  AND I REMOVED MY MASK.  I HOPE THAT'S OKAY.

02:02PM  20              THE COURT:  THAT'S FINE.  AND YOU RISE TO ENGAGE THE

02:02PM  21    EXAMINATION AND ALSO TO ARGUE THIS MOTION?

02:02PM  22              MS. ESTRADA:  I WON'T BE CONDUCTING THE EXAMINATION.

02:02PM  23    MS. MCDOWELL WILL BE.

02:02PM  24              THE COURT:  OKAY.

02:02PM  25              MS. ESTRADA:  BUT I DO RISE FOR THIS MOTION.

5740

02:02PM 1          THE COURT:  OKAY.  THANK YOU.

02:02PM 2      THIS IS A MOTION TO THEN -- WELL, TO REVIEW THE COURT'S

02:02PM 3  RULING ON THE MOTIONS IN LIMINE AND TO -- I THINK WHAT YOU WANT

02:02PM 4  ME TO DO IS TO LIMIT CERTAIN TESTIMONY.

02:02PM 5          MS. ESTRADA:  IN PART, YES, YOUR HONOR.

02:02PM 6          THE COURT:  RIGHT.

02:02PM 7          MS. ESTRADA:  THERE'S A HEARSAY ISSUE WITH RESPECT

02:02PM 8  TO TESTIMONY FROM PATIENT B.G. REGARDING STATEMENTS THAT

02:02PM 9  DR. ZACHMAN MADE TO HER.

02:02PM 10     AND THEN IN ADDITION TO THAT, THERE ARE 403 MATTERS THAT

02:02PM 11 WE WOULD LIKE TO ADDRESS WITH RESPECT TO PORTIONS OF TESTIMONY

02:02PM 12 LIKELY TO COME OUT IN BOTH DR. ZACHMAN AND PATIENT B.G.'S

02:03PM 13 TESTIMONY.

02:03PM 14         THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

02:03PM 15     AND IN THE COURT'S RULING AT 1326, I THINK IT'S PAGE 18 IS

02:03PM 16 WHAT YOU INFORM ME IN YOUR MOTION, THE COURT MADE ITS RULING AS

02:03PM 17 TO THE MOTION IN LIMINE.  I THINK THAT YOUR MOTION WAS TO

02:03PM 18 INSTRUCT THE PROSECUTION NOT TO ASK QUESTIONS DESIGNED TO

02:03PM 19 ELICIT CERTAIN RESPONSES.

02:03PM 20     I THINK I UNDERSTAND WHAT THE ISSUES ARE, THAT THE -- I

02:03PM 21 THINK WE BOTH UNDERSTAND THE ISSUES, THAT THE DOCTOR'S

02:03PM 22 STATEMENTS TO THE PATIENT WOULD BE HEARSAY, BUT THE STATEMENTS

02:03PM 23 OF THE PATIENT WOULD NOT BE AND IT MIGHT BE AN 803(4)

02:03PM 24 EXCEPTION.

02:03PM 25         LET ME START WITH THAT.  MR. LEACH.

ER-4315

02:03PM  1        MR. LEACH:  WE DON'T QUIBBLE WITH THAT GENERAL

02:03PM  2   PROPOSITION, YOUR HONOR.

02:03PM  3        BUT THE STATEMENTS FROM THE DOCTOR TO THE PATIENTS ARE

02:03PM  4   OFFERED FOR THE NONHEARSAY PURPOSE OF EXPLAINING THE PATIENT'S

02:04PM  5   CONDUCT AS A RESULT OF THE ADVICE.

02:04PM  6        SO MS. GOULD IS TOLD OF A TEST RESULT AND SHE GOES OUT AND

02:04PM  7   GETS ANOTHER TEST RESULT.

02:04PM  8        SO IT'S NOT OFFERED FOR THE TRUTH.  IT'S OFFERED TO

02:04PM  9   EXPLAIN THE CONTENT -- EXPLAIN THE CONDUCT.

02:04PM  10        IT'S ALSO OFFERED FOR THE NONHEARSAY PURPOSE OF

02:04PM  11   MATERIALITY OF WHETHER THE RESULT MATTERED TO THE PATIENT AND

02:04PM  12   WHETHER THERE WAS A FRAUD COMMITTED HERE.

02:04PM  13        SO I'M SURE PORTIONS OF THE CONVERSATION ARE OFFERED FOR A

02:04PM  14   HEARSAY PURPOSE, BUT THE ENTIRETY OF THE CONVERSATION IS BOTH

02:04PM  15   HEARSAY AND A NONHEARSAY PURPOSE.

02:04PM  16        DR. ZACHMAN CERTAINLY CAN TESTIFY TO WHAT THE RESULT IS.

02:04PM  17   I'M NOT SURE WHAT THE POINT OF HIDING THE FACT THAT

02:04PM  18   PATIENT B.G. LEARNED OF THAT RESULT WOULD BE OR HOW THAT CAUSES

02:05PM  19   PREJUDICE, AND SO I DON'T SEE A 403 PROBLEM THERE.

02:05PM  20        THE COURT:  SO I'M NOT TRYING TO MANAGE YOUR

02:05PM  21   EXAMINATION, BUT MY SENSE IS THAT THE DEFENSE IS NOT OBJECTING

02:05PM  22   TO THE FACT OF THE TEST ITSELF COMING INTO EVIDENCE.

02:05PM  23        MS. ESTRADA:  THAT'S CORRECT, YOUR HONOR.

02:05PM  24        THE COURT:  AND SO THEN THE NEXT STEP, AS I LOOKED

02:05PM  25   AT THIS, WAS HOW DO WE SOLVE THAT PROBLEM THEN?  DOES IT COME

02:05PM 1    IN THROUGH THE DOCTOR, OR IS IT A QUESTION OF WHAT DID YOU

02:05PM 2    LEARN WHEN YOU WENT TO THE DOCTOR?

02:05PM 3        WELL, I LEARNED THAT I HAD, I HAD WHATEVER THE LEVEL IS,

02:05PM 4    OR SOMETHING LIKE THAT.

02:05PM 5        NOW, HOW ELSE WOULD SHE LEARN THAT BUT FROM THE DOCTOR?

02:05PM 6    BUT IT'S HER KNOWLEDGE.

02:05PM 7        AND THAT SEEMS THAT THAT FORMS THE BASIS OF THEN ANY

02:05PM 8    SUBSEQUENT CONDUCT THAT SHE MAY HAVE ENGAGED IN.

02:05PM 9            MS. ESTRADA:  I CAN SPEAK TO THAT, YOUR HONOR.

02:05PM 10           THE COURT:  YES.  SURE.

02:05PM 11           MS. ESTRADA:  WITH RESPECT TO -- OF COURSE

02:05PM 12   DR. ZACHMAN CAN TESTIFY THAT PATIENT B.G. RECEIVED TEST

02:05PM 13   RESULTS.

02:05PM 14       AND PATIENT B.G. CAN TESTIFY BASED ON HER PERSONAL

02:06PM 15   KNOWLEDGE OF WHAT THE RESULTS WERE.

02:06PM 16       SO OUR ISSUE IS NOT WITH RESPECT TO THE RESULTS

02:06PM 17   THEMSELVES.  IT'S THE HIGHLY EMOTIONAL TESTIMONY FROM

02:06PM 18   PATIENT B.G. AND DR. ZACHMAN ABOUT HER PRIOR MISCARRIAGES

02:06PM 19   BEFORE SHE EVEN SOUGHT THE TEST, ABOUT SPECULATIVE POTENTIAL

02:06PM 20   TREATMENT OPTIONS --

02:06PM 21           THE COURT:  OKAY.

02:06PM 22           MS. ESTRADA:  -- THAT ARE HIGHLY EMOTIONAL AND

02:06PM 23   HIGHLY PREJUDICIAL, PARTICULARLY GIVEN WHAT WE KNOW ACTUALLY

02:06PM 24   HAPPENED IS THAT DR. ZACHMAN HAD PATIENT B.G. BE RETESTED.

02:06PM 25           THE COURT:  RIGHT.  SO LET'S -- PARDON ME.  LET'S

02:06PM 1    PARSE THAT FOR JUST A MOMENT.

02:06PM 2        SO SOMEHOW THE RECORD IS GOING TO REFLECT -- YOU HAVE NO

02:06PM 3    PROBLEM WITH THE RECORD REFLECTING THE TEST RESULTS WERE X,

02:06PM 4    WHETHER THAT COMES FROM THE DOCTOR SAYING, YES, I TESTED HER,

02:06PM 5    HER TEST RESULTS WERE X.

02:06PM 6        AND THEN THE PATIENT TESTIFIES, I LEARNED MY TEST RESULTS

02:06PM 7    WERE X.

02:06PM 8        LET ME JUST ASK YOU, HER SUBSEQUENT CONDUCT SHOULD BE --

02:07PM 9    SHOULDN'T IT BE BASED ON HER PERSONAL EXPERIENCE AND HOW MUCH

02:07PM 10   OF THAT PERSONAL EXPERIENCE SHOULD COME IN, WHICH IS WHAT YOUR

02:07PM 11   POINT IS?

02:07PM 12       IS IT ONE MISCARRIAGE, TWO MISCARRIAGE, THREE MISCARRIAGES

02:07PM 13   OR IS IT I'VE HAD PREGNANCY DIFFICULTIES IN THE PAST, AND I

02:07PM 14   KNEW THAT THIS TEST RESULT WAS RELATED TO A PROBLEM WITH

02:07PM 15   PREGNANCY?

02:07PM 16           MS. ESTRADA:  SO RULE 403 REQUIRES THAT

02:07PM 17   SUBSTANTIALLY MORE PREJUDICIAL THAN PROBATIVE EVIDENCE BE

02:07PM 18   EXCLUDED AS THE COURT, OF COURSE, KNOWS.

02:07PM 19       AND SO THIS IS A WIRE FRAUD CASE.  WHAT IS RELEVANT AND

02:07PM 20   PROBATIVE AND ADMISSIBLE IS WHETHER OR NOT PATIENT B.G.'S

02:07PM 21   RESULTS WERE INACCURATE, AND WHETHER SHE HAD MISCARRIAGES PRIOR

02:07PM 22   TO RECEIVING THAT TEST HAS NO BEARING ON WHETHER OR NOT THOSE

02:07PM 23   RESULTS WERE ACCURATE.

02:07PM 24       IN ADDITION TO THAT, WHAT POTENTIAL HIGHLY PREJUDICIAL

02:08PM 25   TREATMENT OPTIONS DR. ZACHMAN CAN CONSIDER --

5744

02:08PM 1    THE COURT:  THAT'S THE NEXT LEVEL.  WE'RE GOING TO

02:08PM 2  GET TO THAT.

02:08PM 3    MS. ESTRADA:  OKAY.  MISCARRIAGES.

02:08PM 4    THE COURT:  MR. LEACH.

02:08PM 5    MR. LEACH:  YOUR HONOR, THIS IS A WIRE FRAUD CASE

02:08PM 6  ABOUT BLOOD TESTING.  IT IS NOT A WIRE FRAUD CASE ABOUT CARS,

02:08PM 7  ABOUT MORTGAGE BACKED SECURITIES.  IT'S ABOUT BLOOD TESTING.

02:08PM 8  AND IT'S NATURALLY FRAUGHT WITH PEOPLE'S PERSONAL HEALTH AND

02:08PM 9  PERSONAL EXPERIENCES.

02:08PM 10    THE OTHER SIDE TODAY READ THE ENTIRETY OF A PAGE OF A

02:08PM 11  PERSON'S EXPERIENCE ABOUT DIABETES, ABOUT HAVING IT SINCE HE

02:08PM 12  WAS THREE YEARS OLD.

02:08PM 13    YOU CANNOT DIVORCE THE PATIENT EXPERIENCES FROM THEIR

02:08PM 14  MEDICAL HISTORY OR THE CHOICES THEY HAVE TO MAKE BASED ON WHAT

02:08PM 15  THEY'RE GETTING.

02:08PM 16    A RELEVANT ISSUE IN THIS CASE IS WHETHER OR NOT THE TEST

02:08PM 17  RESULTS WERE MATERIAL TO THE RECIPIENTS.

02:08PM 18    THE TEST RESULT AND THE NUMBER AND THE CONTEXT WITH WHICH

02:08PM 19  IT'S RECEIVED IS RELEVANT TO WHETHER OR NOT THIS MATTERED.

02:09PM 20    IF THIS WITNESS WERE TO TESTIFY I GOT A ZERO HCG COUNT AND

02:09PM 21  IT DIDN'T MEAN ANYTHING TO ME, YOU KNOW, I WOULD HAVE BEEN

02:09PM 22  HAPPY WITH ANY NUMBER, THAT PERSON IS NOT DEFRAUDED.

02:09PM 23    THIS PERSON RECEIVED AN INACCURATE RESULT.  IT MATTERED TO

02:09PM 24  HER BECAUSE SHE WAS THERE FOR A REASON.  IT'S ONE ASSOCIATED

02:09PM 25  WITH THE PARTICULAR BLOOD TEST AT ISSUE HERE.

5745

02:09PM 1      AND THE FACT THAT SHE'S DISCUSSING PARTICULAR TREATMENT

02:09PM 2 OPTIONS WITH HER PHYSICIAN IS EVIDENCE OF THE MATERIALITY OF

02:09PM 3 THE NUMBER AND THE MATERIALITY OF WHAT SHE'S BEING TOLD BY

02:09PM 4 THESE DEFENDANTS.

02:09PM 5      AND IT -- WHAT THE DEFENSE IS TRYING TO DO HERE IS

02:09PM 6 SANITIZE A CASE ABOUT BLOOD TESTING RESULTS INTO SOMETHING

02:09PM 7 COMPLETELY DIFFERENT.

02:09PM 8      THEY'VE BEEN READING ANECDOTE AFTER ANECDOTE OF PATIENTS

02:09PM 9 WHO ARE HAPPY WITH THE LAYOUT OF THE ROOM AND HAPPY WITH THE

02:09PM 10 FINGER PRICK.  IT CUTS BOTH WAYS FOR BOTH SIDES.

02:09PM 11      THIS IS NOT UNFAIRLY PREJUDICIAL.  THIS GOES TO

02:10PM 12 MATERIALITY, AND IT GOES TO EXPLAINING HER SUBSEQUENT CONDUCT

02:10PM 13 AND HOW THESE RESULTS MATTERED TO HER.

02:10PM 14      AND I APPRECIATE THAT IT'S A CONTEXT WITH SOME

02:10PM 15 SENSITIVITY, BUT IT'S NOT THAT -- ITS PROBATIVE VALUE COULD NOT

02:10PM 16 BE HIGHER FOR MATERIALITY, AND WE'RE IN THE WORLD OF BLOOD

02:10PM 17 TESTING.  AND IT'S NOT THE GOVERNMENT THAT CHOSE THAT, IT'S

02:10PM 18 THIS DEFENDANT.

02:10PM 19        MS. ESTRADA:  YOUR HONOR, WITH RESPECT TO

02:10PM 20 MATERIALITY, I THINK YOUR HONOR SAID JUST A MINUTE AGO THAT

02:10PM 21 PATIENT B.G. COULD TESTIFY ABOUT HER PREVIOUS MEDICAL

02:10PM 22 EXPERIENCE WITHOUT RUNNING AFOUL OF RULE 403.

02:10PM 23      WE CAN SHOW MATERIALITY BASED ON SHE THOUGHT SHE WAS

02:10PM 24 PREGNANT SO SHE SOUGHT A BLOOD TEST AND WENT TO HER DOCTOR.

02:10PM 25      WHETHER OR NOT SHE HAD THREE MISCARRIAGES PRIOR IS

5746

02:10PM 1      SUBSTANTIALLY MORE PREJUDICIAL THAN IT IS PROBATIVE TO HER

02:10PM 2      DECISION TO GO TO THERANOS, TO BE BLOOD TESTED WHEN SHE THOUGHT

02:11PM 3      SHE MAY BE PREGNANT.

02:11PM 4          AND SHE CAN TESTIFY THAT SHE WORRIED THAT IT WAS HIGH RISK

02:11PM 5      BASED ON HER PREVIOUS MEDICAL EXPERIENCE, BUT FOR TESTIMONY

02:11PM 6      THAT SHE HAD RECEIVED -- THAT SHE HAD EXPERIENCED THREE

02:11PM 7      MISCARRIAGES IS HIGHLY PREJUDICIAL.

02:11PM 8              THE COURT:  NO, I UNDERSTAND THAT.  IT'S A SENSITIVE

02:11PM 9      NATURE.  I THINK MR. LEACH CONCEDES THAT.

02:11PM 10         THIS IS WHAT I WAS TALKING ABOUT EARLIER IN MY PREFATORY

02:11PM 11     COMMENTS ABOUT HOW DOES THAT -- I THINK IT'S MATERIAL.  IT

02:11PM 12     FORMS HER BASIS OF KNOWLEDGE AS TO WHY THE HCG COUNT MATTERED

02:11PM 13     TO HER AS OPPOSED TO SOMEONE WITHOUT THAT EXPERIENCE.  I THINK

02:11PM 14     THAT'S RELEVANT.  I THINK THAT HAS SOME RELEVANCE TO HER AS

02:11PM 15     WELL AS I THINK THERE IS SOME SUBSEQUENT CONDUCT THAT IS

02:11PM 16     RELEVANT.

02:11PM 17         BUT HOW TO PARSE THAT OUT?  I DON'T WANT TO USE THE WORD

02:11PM 18     "SANITIZE," BUT HOW TO PARSE THAT OUT FOR YOUR 403 CONCERNS IS

02:12PM 19     SOMETHING THAT I WOULD LIKE TO DISCUSS.

02:12PM 20             MS. ESTRADA:  SURE.  IF I COULD SPEAK TO THAT,

02:12PM 21     YOUR HONOR?

02:12PM 22             THE COURT:  YES.

02:12PM 23             MS. ESTRADA:  I THINK FOR A WOMAN WHO GOES AND GETS

02:12PM 24     HER BLOOD TESTED BECAUSE SHE THINKS SHE MIGHT BE PREGNANT AND

02:12PM 25     SHE, I BELIEVE, TOOK AN AT-HOME PREGNANCY TEST, AND THEY ARE

ER-4321

02:12PM 1    HER BLOOD TEST RESULTS TO BE LOWER THAN SHE MIGHT EXPECT

02:12PM 2    BECAUSE SHE THINKS THAT SHE IS PREGNANT, THAT IS WHAT IS

02:12PM 3    PROBATIVE HERE.

02:12PM 4         HER PRIOR EXPERIENCE AND PRIOR KNOWLEDGE REGARDING HER

02:12PM 5    MISCARRIAGES HAS NO BEARING ON WHETHER OR NOT HER TEST RESULTS

02:12PM 6    WERE INACCURATE.  AND SHE WENT TO THE DOCTOR BECAUSE SHE

02:12PM 7    THOUGHT SHE WAS PREGNANT.

02:12PM 8         THE COURT:  BUT DOESN'T THAT -- DOESN'T HER

02:12PM 9    SENSITIVITY AS TO THAT BLOOD TEST AND WHAT IT MEANS TO HER AND

02:12PM 10   HER EXPERIENCE REGARDING BLOOD TESTS, IT SEEMS THAT THERE IS

02:12PM 11   SOME RELEVANCE TO THAT, AS TO WHY SHE WENT TO THE DOCTOR, AND

02:12PM 12   THEN WHAT SHE RECEIVED FROM THE DOCTOR, AND THEN THE RETEST.

02:13PM 13   THE DOCTOR IS GOING TO TESTIFY, I PRESUME, THAT THE NUMBERS

02:13PM 14   WERE A LITTLE ODD, SO THE DOCTOR ORDERED A RETEST, I THINK.

02:13PM 15        SO THERE'S SOME -- IN THAT CONTINUUM, I THINK THAT HAS

02:13PM 16   TO -- IT SEEMS TO ME THAT THAT'S PART OF THAT STORY.

02:13PM 17        MS. ESTRADA:  WELL, I RESPECTFULLY, YOUR HONOR, I

02:13PM 18   THINK PATIENT B.G. CAN TESTIFY THAT SHE KNEW THAT A DROP IN HER

02:13PM 19   HCG LEVELS COULD MEAN MISCARRIAGE, BUT SHE DOESN'T NEED TO TELL

02:13PM 20   THE JURY THAT SHE KNEW THAT BECAUSE SHE HAD EXPERIENCED

02:13PM 21   MISCARRIAGES BEFORE.  THAT'S PREJUDICIAL.

02:13PM 22        THE COURT:  OKAY.

02:13PM 23        MR. LEACH:  IT GOES TO MATERIALITY, YOUR HONOR,

02:13PM 24   BECAUSE IT'S NOT JUST THE RESULT ITSELF, BUT IT'S HOW FAR OFF

02:13PM 25   THE RESULT IS.

02:13PM 1    PART OF THE DEFENSE IN THIS CASE IS BAD BLOOD TESTS ARE A

02:14PM 2    FACT OF LIFE.  AND IT'S THE DEVIATION IN THE PARTICULAR NUMBERS

02:14PM 3    HERE AND HOW THIS PARTICULAR WITNESS UNDERSTANDS THEIR

02:14PM 4    SIGNIFICANCE THAT EXTENUATES THE MATERIALITY ARGUMENT.

02:14PM 5    SHE'S GOING TO SAY, I WAS HIGHLY SENSITIVE TO EVEN A SMALL

02:14PM 6    CHANGE IN MY HCG BECAUSE THIS IS AN IMPORTANT TEST WHERE IF

02:14PM 7    IT'S NOT PROGRESSING, THAT COULD MEAN BAD THINGS.

02:14PM 8    AND HOW DO YOU KNOW THAT?  I KNOW THAT FROM MY PRIOR

02:14PM 9    EXPERIENCE.

02:14PM 10   I DON'T SEE A MEANINGFUL DIFFERENCE BETWEEN YOU WERE --

02:14PM 11   THIS WAS A HIGH RISK PREGNANCY OR YOU KNEW FROM YOUR EXPERIENCE

02:14PM 12   THIS WAS A HIGH RISK PREGNANCY VERSUS I HAD SOME EXPERIENCE

02:14PM 13   HERE.  I THINK THAT'S REALLY DANCING ON THE HEAD OF A PIN.

02:14PM 14   THE COURT:  WELL, THERE IS SENSITIVITY TO

02:14PM 15   MISCARRIAGE AND JUST THAT WORD "MISCARRIAGE."

02:14PM 16   AND IT DOES, IT CARRIES WITH IT A SYMPATHETIC TONE, IT

02:14PM 17   DOES.

02:14PM 18   AND I UNDERSTAND COUNSEL'S POINT, WHEN THERE'S THREE OF

02:15PM 19   THEM.

02:15PM 20   SO THAT'S WHY I WAS WONDERING ABOUT HOW TO PHRASE THAT.

02:15PM 21   I DO THINK IT'S MATERIAL THAT HER PERSONAL EXPERIENCE

02:15PM 22   FORMS HER SUBSEQUENT CONDUCT, HER UNIVERSE OF KNOWLEDGE, WHICH

02:15PM 23   IS TO INFORM WHAT DID I DO AND WHAT DID I DO BECAUSE OF MY

02:15PM 24   CIRCUMSTANCE, NOT A GENERAL MEMBER OF THE PUBLIC, BUT MY

02:15PM 25   CIRCUMSTANCE?  WHAT DID IT CAUSE ME AND WHAT EFFECT DID THAT

5749

02:15PM  1    HAVE ON ME TO DO WHAT I DID NEXT BASED ON THAT RESULT?  AND

02:15PM  2    AGAIN, BASED ON HER UNIVERSE OF KNOWLEDGE.

02:15PM  3         BUT HAVING HER SAY THIS WAS THE THIRD TIME, AND MY HEAD

02:15PM  4    WAS SPINNING, AND I DIDN'T KNOW WHAT TO THINK, THAT'S PROBABLY

02:15PM  5    403 TERRITORY.

02:15PM  6         SO, MR. LEACH, I'M NOT GOING TO PRECLUDE YOU FROM ASKING

02:15PM  7    THAT QUESTION, AGAIN, TO FORM HER UNIVERSE OF KNOWLEDGE.

02:15PM  8         BUT IF IT COMES OUT AS TO PRIOR ISSUES REGARDING

02:16PM  9    PREGNANCY, FERTILITY ISSUES, THOSE TYPES OF THINGS, WHICH IS

02:16PM  10   SOMETHING THAT IS REGRETTABLY COMMON IN OUR CULTURE, I THINK

02:16PM  11   THAT WOULD SOLVE THE 403 ISSUE.

02:16PM  12            MR. LEACH:  UNDERSTOOD.

02:16PM  13            THE COURT:  AND I DON'T KNOW HOW THAT COMES OUT IN

02:16PM  14   YOUR EXAMINATION OR NOT.  BUT I GUESS WHAT I'M SAYING IS THAT

02:16PM  15   TO THE EXTENT THAT THE MOTION ASKS THAT SHE NOT TESTIFY ABOUT

02:16PM  16   THREE TIMES IN A ROW MISCARRIAGES.

02:16PM  17            MR. LEACH:  I DON'T THINK I WOULD ASK ABOUT THE

02:16PM  18   NUMBER, YOUR HONOR.

02:16PM  19            THE COURT:  NO.

02:16PM  20            MR. LEACH:  AND I CAN TRY TO LEAD IN A WAY TO AVOID

02:16PM  21   THE NUMBER.

02:16PM  22        I DO INTEND TO ASK "HAVE YOU HAD DIFFICULTY GETTING

02:16PM  23   PREGNANT IN THE PAST?"

02:16PM  24            THE COURT:  RIGHT.

02:16PM  25            MR. LEACH:  I THINK THAT'S FAIR, AND IT EXPLAINS HER

ER-4324

5750

02:16PM 1    REASONS FOR GOING.

02:16PM 2        AND I DO INTEND TO ASK, WHEN YOU GOT THE, I'LL CALL IT,

02:16PM 3    THE INACCURATE RESULT FROM THERANOS.

02:16PM 4            THE COURT:  RIGHT.

02:16PM 5            MR. LEACH:  MY FRIENDS ON THE OTHER SIDE MIGHT

02:16PM 6    DISAGREE.  BUT WHEN YOU GOT THOSE RESULTS, DID YOU DISCUSS

02:17PM 7    TREATMENT ACTIONS WITH DR. ZACHMAN?

02:17PM 8            THE COURT:  OR NEXT STEPS.

02:17PM 9            MR. LEACH:  AND NEXT STEPS.

02:17PM 10           THE COURT:  RIGHT.  MAYBE NEXT STEPS IS THE WAY, OR

02:17PM 11   TREATMENT OPTIONS.

02:17PM 12       I UNDERSTAND THERE IS SOME, AGAIN, SOME SENSITIVITY ABOUT

02:17PM 13   THAT.  TREATMENT, I DON'T KNOW, ON THE FLY I'M TRYING TO THINK

02:17PM 14   HOW GENTLE TO PHRASE THAT QUESTION.

02:17PM 15       AND MAYBE TREATMENT OPTIONS IS, YOU KNOW, MEDICAL

02:17PM 16   RECOMMENDATIONS GOING FORWARD.

02:17PM 17       THERE IS SOME SENSITIVITY TO THAT.

02:17PM 18       AND I THINK THE JURY COULD BE -- THE MAKEUP OF OUR JURY, I

02:17PM 19   THINK IT'S -- AND I'M NOT TALKING ABOUT GENDER MAKEUP AT ALL.

02:17PM 20   I'M JUST THINKING THAT THEM BEING FROM THE COMMUNITY IN GENERAL

02:17PM 21   AND OUR COMMON KNOWLEDGE OF THESE ISSUES IS SENSITIVE.

02:17PM 22           MR. LEACH:  I APPRECIATE THE COURT'S COMMENTS,

02:17PM 23   YOUR HONOR.

02:17PM 24       I DO NEED TO EMPHASIZE, WE TODAY SAT THROUGH

02:18PM 25   MR. COOPERSMITH LITERALLY READING AN EMAIL ABOUT A PARTICULAR

ER-4325

02:18PM 1    DIABETIC EXPERIENCE.

02:18PM 2                THE COURT:  YES.

02:18PM 3                MR. LEACH:  AND I THINK THAT'S JUST THE NATURE OF

02:18PM 4    THE SUBJECT MATTER THAT WE'RE TALKING ABOUT.

02:18PM 5        I DON'T THINK 403 REQUIRES WORDSMITHING OF A PARTICULAR

02:18PM 6    PATIENT'S EXPERIENCE TO A WAY THAT, YOU KNOW, JUST CREATES AN

02:18PM 7    ENVIRONMENT THAT WE'RE NOT TALKING ABOUT WHAT IS ALLEGED IN THE

02:18PM 8    INDICTMENT.

02:18PM 9                THE COURT:  NO.  I UNDERSTAND.

02:18PM 10               MR. LEACH:  SO I CAN ASK LEADING QUESTIONS THERE TO

02:18PM 11   TRY TO AVOID WHAT THE COURT IS EXPRESSING.

02:18PM 12               THE COURT:  OKAY.  I APPRECIATE THAT.  THAT'S ALL

02:18PM 13   I'M ASKING YOU TO DO.

02:18PM 14       I DO THINK THAT HER EXPERIENCE WITH PREGNANCIES, AGAIN,

02:18PM 15   FORMS HER UNIVERSE OF KNOWLEDGE, HER UNIVERSE OF EXPERIENCE

02:18PM 16   SUCH THAT SHE CAN -- WOULD BE PERMITTED TO TESTIFY ABOUT WHAT

02:18PM 17   DO THESE BLOOD RESULTS MEAN TO HER BASED ON HER UNDERSTANDING

02:18PM 18   AND WHAT SHE DID NEXT.

02:19PM 19               MS. ESTRADA:  I'M SORRY.  ONE BRIEF CLARIFYING

02:19PM 20   BEFORE WE MOVE ON TO THE NEXT PIECE, WHICH IS THAT WE -- I

02:19PM 21   THINK YOUR HONOR'S RULING SHOULD APPLY BOTH TO PATIENT B.G.

02:19PM 22   TESTIMONY AND DR. ZACHMAN'S.

02:19PM 23               THE COURT:  WELL, THAT'S WHERE WE ARE NEXT, AREN'T

02:19PM 24   WE?

02:19PM 25               MS. ESTRADA:  OH.

02:19PM 1          THE COURT:  AND DR. ZACHMAN, WHAT DO YOU OBJECT TO

02:19PM 2   HER TESTIMONY?

02:19PM 3          MS. ESTRADA:  DR. ZACHMAN, IF SHE WERE TO TESTIFY

02:19PM 4   SIMILARLY THAT PATIENT B.G. HAD EXPERIENCED THREE PRIOR

02:19PM 5   MISCARRIAGES.

02:19PM 6          THE COURT:  OH, I SEE.  I SEE.

02:19PM 7       MR. BOSTIC, YOU RISE FOR DR. ZACHMAN.

02:19PM 8          MR. BOSTIC:  YOUR HONOR, IN CASE IT'S HELPFUL, I'LL

02:19PM 9   BE DOING THE DIRECT OF DR. ZACHMAN, AND I SPOKE TO HER

02:19PM 10  YESTERDAY AND REMINDED MYSELF OF THE RELEVANCE OF THAT

02:19PM 11  PATIENT'S PREVIOUS EXPERIENCE.

02:19PM 12      AND SO JUST TO GIVE THE COURT THE BACKGROUND.  THE REASON

02:19PM 13  WHY IT'S RELEVANT DURING DR. ZACHMAN'S TESTIMONY IS THAT

02:20PM 14  PATIENT B.G.'S PREVIOUS EXPERIENCES, AND IN PARTICULAR A FAILED

02:20PM 15  PREGNANCY THAT SHE HAD EXPERIENCED THE SUMMER BEFORE THE

02:20PM 16  PREGNANCY THAT LED TO THE THERANOS TEST, WAS THE REASON WHY

02:20PM 17  DR. ZACHMAN WANTED A SERIES OF HCG FOR THIS PATIENT.

02:20PM 18      SO IT'S AN INTEGRAL PART OF THE STORY ABOUT THIS DOCTOR'S

02:20PM 19  TREATMENT OF THIS PATIENT AND WHY WE ENDED UP HERE IN THE FIRST

02:20PM 20  PLACE, WHY HCG TESTING WAS BEING DONE.

02:20PM 21      SO IT'S ALL PART OF THE DOCTOR TESTIFYING ABOUT THE

02:20PM 22  TREATMENT OF THE PATIENT, AND HOW HCG TESTING IS USED, AND WHY

02:20PM 23  IT'S USED, WHICH SEEMS LIKE IT'S THE CORE OF THE KIND OF

02:20PM 24  TESTIMONY WE WOULD EXPECT TO HEAR FROM A DOCTOR TESTIFYING

02:20PM 25  UNDER CIRCUMSTANCES LIKE THIS.

5753

02:20PM 1          THE COURT:  RIGHT.

02:20PM 2          MS. ESTRADA:  YOUR HONOR, I THINK I WOULD MAKE ALL

02:20PM 3   OF MY SAME ARGUMENTS THAT I DID JUST A MINUTE AGO ABOUT THE

02:21PM 4   PROBATIVE VALUE OF DR. ZACHMAN'S TESTIMONY, BUT I WON'T REPEAT

02:21PM 5   MYSELF.

02:21PM 6          THE COURT:  YES.

02:21PM 7          MS. ESTRADA:  WHAT I WILL SAY IS FOR THE SAME

02:21PM 8   REASONS THAT THE COURT JUST RULED THAT PATIENT B.G.'S TESTIMONY

02:21PM 9   ABOUT HER THREE PRIOR MISCARRIAGES IS PREJUDICIAL, THE SAME IS

02:21PM 10  TRUE COMING FROM DR. ZACHMAN.

02:21PM 11         AND I THINK DR. ZACHMAN CAN TESTIFY IN THE SAME WAY, THAT

02:21PM 12  BASED ON HER PATIENT'S PRIOR MEDICAL HISTORY, SHE MADE THE

02:21PM 13  DECISIONS SHE MADE, AND THAT DOES NOT RUN AFOUL OF RULE 403,

02:21PM 14  BUT WHEREAS IF DR. ZACHMAN WERE TO TESTIFY THAT PATIENT B.G.

02:21PM 15  HAD EXPERIENCED THREE PRIOR MISCARRIAGES, THAT ABSOLUTELY RUNS

02:21PM 16  AFOUL OF RULE 403.

02:21PM 17         THE COURT:  IF DR. ZACHMAN TESTIFIES THAT HER

02:21PM 18  PATIENT HAD PREVIOUS DIFFICULTIES WITH PREGNANCIES, WHICH IS I

02:21PM 19  THINK THE GRAVAMEN OF WHAT HER TESTIMONY WOULD BE, MR. BOSTIC?

02:21PM 20         MR. BOSTIC:  YES, YOUR HONOR.  BUT I THINK IN

02:22PM 21  PARTICULAR, IN DR. ZACHMAN'S MIND WAS THE PARTICULAR FAILED

02:22PM 22  PREGNANCY THAT HAPPENED JUST A FEW MONTHS BEFORE THIS PREGNANCY

02:22PM 23  THAT PROMPTED THE TESTING.

02:22PM 24         THE COURT:  RIGHT.

02:22PM 25         MR. BOSTIC:  I THINK THE TESTIMONY OF A DOCTOR IS

ER-4328

5754

02:22PM 1    DIFFERENT, TOO.

02:22PM 2         THE TESTIMONY OF THE PERSON WHO WENT THROUGH THIS, TALKING

02:22PM 3    ABOUT HER OWN MISCARRIAGES IS OBVIOUSLY MORE EVOCATIVE AND

02:22PM 4    EMOTIONALLY CHARGED THAN A DOCTOR DISCUSSING THE SIGNIFICANCE

02:22PM 5    OF THAT EVENT FROM A CLINICAL PERSPECTIVE.

02:22PM 6         THE COURT:  SORRY TO INTERRUPT YOU.

02:22PM 7         BUT THE TESTIMONY WOULD BE -- THE ANTICIPATED TESTIMONY

02:22PM 8    WOULD BE THAT THE DOCTOR WOULD SAY THAT THERE WAS A FAILED

02:22PM 9    PREGNANCY, A DIFFICULT PREGNANCY, A FAILED PREGNANCY?

02:22PM 10        MR. BOSTIC:  THAT'S WHAT I WOULD ANTICIPATE,

02:22PM 11   YOUR HONOR.

02:22PM 12        THE COURT:  RIGHT.

02:22PM 13        MR. BOSTIC:  I WOULD NOT EXPECT HER TO USE THE TERM

02:22PM 14   "MISCARRIAGE" EITHER.

02:22PM 15        THE COURT:  OR THE NUMBER.

02:22PM 16        MR. BOSTIC:  I DON'T BELIEVE SO, YOUR HONOR.

02:22PM 17        THE COURT:  RIGHT.  IT JUST REFERS BACK TO THAT.

02:22PM 18        AND THAT HAS -- FROM A CLINICAL STANDPOINT, I DON'T THINK

02:22PM 19   THAT RAISES THE 403 ISSUES AS MUCH AS IT DOES FROM THE ACTUAL

02:23PM 20   PATIENT, WHICH IS WHAT I THINK WE HAVE TAKEN CARE OF BEFORE.

02:23PM 21        SO I'M GOING TO ALLOW THE DOCTOR TO TESTIFY IN THE

02:23PM 22   CLINICAL MEDICAL WAY ABOUT A FAILED PREGNANCY, IF YOU WILL, IF

02:23PM 23   THAT'S HOW SHE TESTIFIES.

02:23PM 24        MS. ESTRADA:  JUST ONE PRIOR AS OPPOSED TO THREE?

02:23PM 25        THE COURT:  WELL, I THINK THAT'S WHAT MR. BOSTIC

ER-4329

5755

02:23PM 1    SAID.  THERE MIGHT BE A HISTORY AND SHE MIGHT TESTIFY THAT

02:23PM 2    THERE WAS A HISTORY OF ISSUES WITH FERTILITY ISSUES OR

02:23PM 3    PREGNANCY ISSUES.

02:23PM 4        BUT IT SOUNDS LIKE THE TESTING REALLY RESOLVED, THIS MOST

02:23PM 5    RECENT TESTING REVOLVES FROM THIS LAST FAILED PREGNANCY.

02:23PM 6            MR. BOSTIC:  THAT'S MY IMPRESSION, YOUR HONOR.

02:23PM 7        THIS PATIENT STARTED SEEING THIS DOCTOR AFTER THAT MOST

02:23PM 8    RECENT FAILED PREGNANCY.

02:23PM 9            THE COURT:  RIGHT.

02:23PM 10           MR. BOSTIC:  SO THIS IS NOT THE DOCTOR WHO TREATED

02:23PM 11   THIS PATIENT THROUGH THAT SERIES OF PREGNANCIES.

02:23PM 12           THE COURT:  CORRECT, CORRECT.

02:23PM 13           MR. BOSTIC:  AND I THINK IT WAS THE MOST RECENT ONE

02:23PM 14   IN HER MIND WHEN SHE WAS MAKING THE --

02:23PM 15           THE COURT:  RIGHT.  THE HISTORY WAS WITH A TREATING

02:24PM 16   DOCTOR.

02:24PM 17       WHAT ABOUT TREATMENT OPTIONS?

02:24PM 18           MR. BOSTIC:  I THINK IN THE SAME WAY WE SEE THE SAME

02:24PM 19   DIFFERENCES BETWEEN HAVING THE PATIENT HERSELF DISCUSS IT

02:24PM 20   VERSUS A DOCTOR.

02:24PM 21       I THINK A DOCTOR NEEDS TO BE ABLE TO TALK ABOUT THE COURSE

02:24PM 22   OF TREATMENT THAT A PATIENT UNDERWENT AND THE DECISION MAKING.

02:24PM 23       THAT AGAIN GOES TO MATERIALITY, BECAUSE IT SHOWS HOW THIS

02:24PM 24   TESTING IS USED, AND THE FOLLOW-ON DECISIONS THAT STEM FROM ONE

02:24PM 25   RESULT VERSUS ANOTHER RESULT.

ER-4330

5756

02:24PM 1        THE COURT:  WHAT WOULD THE TESTIMONY BE LIKE OR WHAT

02:24PM 2    WOULD YOU ASK ABOUT THAT?

02:24PM 3        IS THERE TESTIMONY FROM THE DOCTOR THAT SHE, THE DOCTOR,

02:24PM 4    PRESCRIBED EITHER SPECIFIC OR GAVE GENERAL INFORMATION?

02:24PM 5        MR. BOSTIC:  NO, YOUR HONOR.

02:24PM 6        AND I DON'T INTEND TO AFFIRMATIVELY SEEK TESTIMONY ABOUT

02:24PM 7    WHAT WOULD HAVE HAPPENED DOWN THE ROAD IF THIS TEST RESULT

02:24PM 8    HADN'T BEEN PROVEN FALSE.

02:24PM 9        THE COURT:  RIGHT.

02:24PM 10       MR. BOSTIC:  BUT MY CONCERN IS THAT IN ANSWERING THE

02:25PM 11   QUESTIONS, THE WITNESS MIGHT DESCRIBE WHAT THE NEXT STEPS WOULD

02:25PM 12   HAVE BEEN, AND I JUST DON'T WANT HER TO BE UNDULY LIMITED IN

02:25PM 13   THAT WAY FROM JUST DESCRIBING THAT AT A SUPERFICIAL LEVEL.

02:25PM 14       THE COURT:  RIGHT.  AND I THINK YOUR OBJECTION,

02:25PM 15   COUNSEL, WAS WITH THE DOCTOR TELLING -- OR EXCUSE ME, THE

02:25PM 16   PATIENT TESTIFYING ABOUT WHAT THE DOCTOR TOLD HER, HER

02:25PM 17   TREATMENT OPTIONS WERE.

02:25PM 18       MS. ESTRADA:  YES, BASED ON HEARSAY.

02:25PM 19       THE COURT:  YES.

02:25PM 20       MS. ESTRADA:  AND THEN ALSO BASED ON 403.

02:25PM 21       THE COURT:  RIGHT.

02:25PM 22       SO WHAT ABOUT THAT?  THAT IS, B.G. TESTIFIED THE DOCTOR

02:25PM 23   TOLD ME I COULD X, Y, Z, 1, 2, 3.

02:25PM 24       MR. BOSTIC:  SO, YOUR HONOR, MR. LEACH WAS PREPARED

02:25PM 25   TO HANDLE THE ARGUMENTS, AND I DON'T WANT TO SWITCH BACK AND

ER-4331

02:25PM 1    FORTH TOO MANY TIMES, BUT I JUMPED UP ONLY TO GIVE SOME CONTEXT

02:25PM 2    FOR DR. ZACHMAN.

02:25PM 3              THE COURT:  RIGHT.

02:25PM 4              MR. BOSTIC:  BUT IT SEEMS, AGAIN, FOR THE SAME

02:25PM 5    REASONS THAT THE PATIENT SHOULD BE ABLE TO TESTIFY ABOUT HER

02:25PM 6    EXPERIENCE, AND I THINK 403 IS A LINE DRAWING EXERCISE FOR THE

02:26PM 7    COURT.

02:26PM 8        I THINK THE COURT HAS CONSIDERED WHERE TO DRAW THE LINE ON

02:26PM 9    THIS VERY TOPIC A FEW TIMES BOTH IN THE LAST TRIAL AND IN THIS

02:26PM 10   TRIAL, AND I THINK THE COURT HAS DONE A GOOD JOB IN THE PAST OF

02:26PM 11   DRAWING THAT LINE.  I DON'T SEE ANY REASON TO REMOVE IT NOW.

02:26PM 12             MR. LEACH:  SORRY TO JUMP BACK AND FORTH,

02:26PM 13   YOUR HONOR.

02:26PM 14       WITH RESPECT TO HEARSAY, THE TREATMENT OPTIONS ARE NOT

02:26PM 15   HEARSAY.  THEY'RE NOT FACTUAL ASSERTIONS.  IT'S A DESCRIPTION

02:26PM 16   OF THE TOPICS OF WHAT THE CONVERSATION MARKS.

02:26PM 17       IT'S IN ESSENCE A DIRECTIVE OR A PROPOSAL OR A QUESTION.

02:26PM 18   YOU KNOW, THESE ARE THE FOUR THINGS THAT YOU COULD DO, AND

02:26PM 19   THOSE AREN'T FACTUAL ASSERTIONS.  THEY'RE THE DOCTOR'S

02:26PM 20   STATEMENT OF THE POSSIBLE OPTIONS.

02:26PM 21       SO I'M NOT, I'M NOT -- I DON'T THINK THERE'S AN 803

02:26PM 22   PROBLEM.

02:26PM 23       WITH RESPECT TO THE HEARSAY OR THE 403 ISSUE, AGAIN, IT'S

02:26PM 24   RELEVANT TO EXPLAIN WHAT THIS PATIENT DID AND WHETHER OR NOT,

02:26PM 25   YOU KNOW, A 1,250 NUMBER OR A 125 NUMBER MATTERED TO HER.

02:27PM 1      SO I CAN KEEP IT AT THE LEVEL THAT WE TALKED ABOUT,

02:27PM 2    POSSIBLE MEDICAL OPTIONS.

02:27PM 3      BUT THAT'S NOT HEARSAY AND I THINK IT'S -- WHATEVER 403

02:27PM 4    CONCERNS THERE ARE, ARE OUTWEIGHED BY THE MATERIALITY OF THE

02:27PM 5    NEWS SHE'S RECEIVING AND WHETHER OR NOT SHE WAS DEFRAUDED OR

02:27PM 6    NOT.

02:27PM 7          THE COURT:  THANK YOU.  SO IT SOUNDS LIKE YOUR

02:27PM 8    EXAMINATION WOULD BE, AND DID YOU DISCUSS -- OR MEDICAL OPTIONS

02:27PM 9    BASED ON THE TEST RESULTS?  AND SHE'LL SAY YES OR NO.

02:27PM 10     AND THEN YOU'LL ASK HER, WHAT DID YOU DO NEXT PRESUMABLY.

02:27PM 11   AND THAT WILL MOVE INTO THE RETEST?

02:27PM 12          MR. LEACH:  YES.

02:27PM 13          THE COURT:  I SEE.  OKAY.

02:27PM 14          MS. ESTRADA:  I THINK IF THE QUESTION WAS, DID YOU

02:27PM 15   DISCUSS MEDICAL OPTIONS, AND THE ANSWER WAS YES, AND THEN IT

02:27PM 16   MOVED INTO RETEST, THEN THAT WOULD -- I THINK WE WOULD HAVE NO

02:28PM 17   OBJECTION TO THAT.

02:28PM 18          THE COURT:  WELL, YES, THAT'S WHAT I JUST HEARD

02:28PM 19   MR. LEACH JUST SAY, THEY DISCUSSED MEDICAL OPTIONS.

02:28PM 20     MY SENSE IS THAT PEOPLE ARE GOING TO UNDERSTAND WHAT THAT

02:28PM 21   MEANS, MEDICAL OPTIONS.

02:28PM 22     I DON'T SEE ANY 403 ISSUE AS TO THAT GENERAL DESCRIPTION

02:28PM 23   OF MEDICAL OPTIONS, A DESCRIPTION OF -- WITH DESCRIPTIVE

02:28PM 24   DIALOGUE OF PROCEDURES AND HOW AND WHAT AND WHAT HAPPENS IS TOO

02:28PM 25   FAR, RIGHT?  AND THAT'S NOT WHAT IS GOING ON.

5759

02:28PM 1          MS. ESTRADA:  PRECISELY.

02:28PM 2      AND I THINK WE JUST -- OBVIOUSLY THIS IS VERY EMOTIONAL,

02:28PM 3  HIGHLY EMOTIONAL TESTIMONY, AND I'M HEARING FROM THE GOVERNMENT

02:28PM 4  MAYBE SOME CONCERNS.

02:28PM 5      BUT WE JUST REALLY HOPE AND EXPECT THE GOVERNMENT TO

02:28PM 6  INSTRUCT THEIR WITNESSES TO ADHERE TO THE COURT'S RULING, TO

02:28PM 7  LEAD THEIR WITNESSES TO ENSURE THAT THEY DON'T RUN AFOUL OF

02:28PM 8  RULE 403.

02:28PM 9      I DON'T THINK THAT WE'LL HAVE ANY ISSUE.

02:28PM 10         THE COURT:  DO YOU LACK CONFIDENCE THAT MR. LEACH IS

02:29PM 11 NOT GOING TO DO THAT?

02:29PM 12         MS. ESTRADA:  DEFINITELY NOT, BUT I JUST WANT TO

02:29PM 13 MAKE SURE OF THAT.

02:29PM 14         THE COURT:  BECAUSE YOU LACK CONFIDENCE?

02:29PM 15         MS. ESTRADA:  NO, BECAUSE IF A WITNESS BLURTS

02:29PM 16 SOMETHING OUT, THE RISK OF THAT -- OR THE -- RUNNING AFOUL OF

02:29PM 17 403 IS VERY PROBLEMATIC.

02:29PM 18         THE COURT:  SURE.  I THINK WE ALL UNDERSTAND.  I

02:29PM 19 HAVE CONFIDENCE IN MR. LEACH, AS I DO IN YOUR TEAM, THAT WHEN

02:29PM 20 THE COURT -- WHEN WE HAVE A CONVERSATION ABOUT LIMITING

02:29PM 21 TESTIMONY OR THE INTRODUCTION OF EVIDENCE, YOU'RE GOING TO DO

02:29PM 22 YOUR BEST TO FOLLOW IT.

02:29PM 23         MS. ESTRADA:  OF COURSE.

02:29PM 24         THE COURT:  BUT WE KNOW THAT ABSENT YOU GOING OUT

02:29PM 25 AND HANDING WITNESSES A SCRIPT, WHICH IS NOT PERMITTED, WE CAN

ER-4334

5760

02:29PM 1    ONLY DO THE BEST THAT WE CAN, AND THAT'S WHY WE'RE TALKING

02:29PM 2    HERE.

02:29PM 3         OKAY.  ANYTHING FURTHER?

02:29PM 4              MS. ESTRADA:  WELL, THERE WAS ONE OTHER, JUST

02:29PM 5    QUICKLY, YOUR HONOR, ONE OTHER BUCKET OF TESTIMONY WITH RESPECT

02:29PM 6    TO PATIENT B.G.'S POTENTIAL TESTIMONY ABOUT HOW, WHEN SHE WENT

02:29PM 7    TO DR. ZACHMAN'S OFFICE, SHE BROUGHT HER DAUGHTER WITH HER, SHE

02:30PM 8    RECEIVED A GOODIE BAG OF ITEMS FOR NEW MOMS.  THAT TESTIMONY,

02:30PM 9    WE ALSO THINK, IS LIKELY TO EVOKE AN EMOTIONAL RESPONSE IN THE

02:30PM 10   JURY, AND IT'S NOT PROBATIVE, AND WE WOULD JUST ASK THAT --

02:30PM 11             THE COURT:  MR. LEACH.

02:30PM 12             MR. LEACH:  IT IS PROBATIVE, YOUR HONOR.

02:30PM 13        THE DEFENDANT OR THE VICTIM THOUGHT SHE WAS PREGNANT WHEN

02:30PM 14   SHE WALKED INTO THE OFFICE.  SHE WAS ADVISED BY THERANOS

02:30PM 15   WALKING OUT THAT SHE WAS NOT.

02:30PM 16        I DON'T SEE HOW THE FACT THAT SHE BRINGS HER DAUGHTER TO

02:30PM 17   THE APPOINTMENT OR THE INITIAL ENTHUSIASM TO BEING -- THINKING

02:30PM 18   SHE WAS PREGNANT THAT'S ELIMINATED BY VIRTUE OF THIS TEST

02:30PM 19   RESULT IS SOMEHOW INFLAMMATORY OR SO FAR AFIELD OF WHAT THIS

02:30PM 20   VICTIM'S EXPERIENCE IS THAT IT'S NOT APPROPRIATE TO EXPLAIN THE

02:30PM 21   BLOOD TEST THAT SHE GOT.

02:30PM 22        AND I JUST FEEL -- AND I HATE TO REPEAT MYSELF.  YOU KNOW,

02:31PM 23   WE CAN'T GIVE HER A SCRIPT.  WE CAN'T SANITIZE THIS SO WE'RE

02:31PM 24   TALKING ABOUT SOMETHING OTHER THAN WHAT IT IS, BLOOD TESTS

02:31PM 25   OFFERED BY THE DEFENDANT.

ER-4335

5761

02:31PM 1          THE COURT:  OKAY.  THANK YOU.

02:31PM 2          I DON'T -- I'M GOING TO ALLOW THAT TESTIMONY TO COME IN.

02:31PM 3     I DON'T SEE THAT IT'S A 403 ISSUE.  I DON'T SEE THAT AS ANY

02:31PM 4     UNFAIR PREJUDICE OUTWEIGHING THE PROBATIVE VALUE OF HER

02:31PM 5     EXPERIENCE THERE.  THERE'S BEEN TALK ABOUT EXPERIENCE.

02:31PM 6          OKAY.  SO SHOULD WE BRING HER IN NOW?

02:31PM 7          MS. ESTRADA:  NOTHING FURTHER.

02:31PM 8          THE COURT:  GREAT.  THANK YOU.

02:31PM 9          MR. LEACH:  THANK YOU.

02:31PM 10         THE COURT:  AND WE'LL BRING THE JURY IN.

02:31PM 11    (JURY IN AT 2:31 P.M.)

02:34PM 12         THE COURT:  PLEASE BE SEATED.  WE'RE BACK ON THE

02:34PM 13    RECORD.  OUR JURY IS NOW PRESENT.

02:34PM 14         ALL COUNSEL AND MR. BALWANI IS PRESENT.

02:34PM 15         LET'S CALL THE NEXT WITNESS.

02:34PM 16         MR. BOSTIC.

02:34PM 17         MR. BOSTIC:  YES, YOUR HONOR.

02:34PM 18         THE UNITED STATES CALLS AUDRA ZACHMAN.

02:34PM 19         THE COURT:  GOOD AFTERNOON.  COME FORWARD.

02:34PM 20         IF YOU COULD COME TO THE SIDE HERE AND FACE OUR COURTROOM

02:34PM 21    WHILE YOU RAISE YOUR RIGHT HAND, SHE HAS A QUESTION FOR YOU.

02:34PM 22         **(GOVERNMENT'S WITNESS, AUDRA ZACHMAN, WAS SWORN.)**

02:34PM 23         THE WITNESS:  I DO.

02:35PM 24         THE COURT:  PLEASE HAVE A SEAT UP HERE.  LET ME ASK

02:35PM 25    YOU TO MAKE YOURSELF COMFORTABLE.  ADJUST THE CHAIR AND

5762

02:35PM  1    MICROPHONE AS YOU NEED.

02:35PM  2         THERE'S SOME WATER THERE IF YOU NEED TO REFRESH YOURSELF.

02:35PM  3         WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

02:35PM  4    AND SPELL IT, PLEASE.

02:35PM  5              THE WITNESS:  YES.  MAY I REMOVE THIS?

02:35PM  6              THE COURT:  YOU'RE FULLY VACCINATED?

02:35PM  7              THE WITNESS:  I AM.

02:35PM  8              THE COURT:  YES, YOU MAY.

02:35PM  9              THE WITNESS:  AUDRA ZACHMAN, A-U-D-R-A,

02:35PM 10    Z-A-C-H-M-A-N.

02:35PM 11              THE COURT:  ALL RIGHT.  THANK YOU.

02:35PM 12         MR. BOSTIC IS GOING TO ASK YOU SOME QUESTIONS.  I'M JUST

02:35PM 13    GOING TO SHARE SOME HOUSEKEEPING SUGGESTIONS.

02:35PM 14         IF YOU WOULD WAIT UNTIL HE FINISHES HIS QUESTION ENTIRELY

02:35PM 15    BEFORE YOU ANSWER IT, EVEN IF YOU KNOW WHAT THE QUESTION IS

02:35PM 16    GOING TO BE.  WAIT UNTIL YOU HEAR THE QUESTION, AND HE PROMISES

02:35PM 17    TO DO THE SAME WITH YOUR ANSWER.

02:35PM 18         IS THAT RIGHT, MR. BOSTIC?

02:35PM 19              MR. BOSTIC:  ABSOLUTELY, YOUR HONOR.

02:35PM 20         (LAUGHTER.)

02:35PM 21              THE COURT:  GREAT.  THANK YOU VERY MUCH.  THANK YOU.

02:35PM 22              THE WITNESS:  THANK YOU.

02:35PM 23    ///

02:35PM 24    ///

02:35PM 25    ///

ER-4337

ZACHMAN DIRECT BY MR. BOSTIC                    5763

|            |    |                                                       |
|------------|----|-------------------------------------------------------|
| 02:35PM    | 1  | **DIRECT EXAMINATION**                                |
| 02:35PM    | 2  | BY MR. BOSTIC:                                         |
| 02:35PM    | 3  | Q.  GOOD AFTERNOON, DR. ZACHMAN.                       |
| 02:35PM    | 4  | A.  HELLO.                                             |
| 02:35PM    | 5  | Q.  LET ME ASK YOU A FEW QUESTIONS ABOUT YOUR BACKGROUND. |
| 02:36PM    | 6  | FIRST OF ALL, ARE YOU CURRENTLY EMPLOYED?             |
| 02:36PM    | 7  | A.  I AM.                                              |
| 02:36PM    | 8  | Q.  AND WHERE DO YOU WORK?                             |
| 02:36PM    | 9  | A.  I WORK AT A COMPANY CALLED TIA.                    |
| 02:36PM    | 10 | Q.  AND WHAT KIND OF BUSINESS IS THAT?                 |
| 02:36PM    | 11 | A.  IT'S A PRIMARY CARE OFFICE FOR WOMEN.              |
| 02:36PM    | 12 | Q.  AND WHAT IS YOUR PROFESSION?                       |
| 02:36PM    | 13 | A.  I'M A NURSE PRACTITIONER.                          |
| 02:36PM    | 14 | Q.  WERE YOU EMPLOYED AT THAT SAME PRACTICE IN 2014?   |
| 02:36PM    | 15 | A.  I WAS NOT.                                         |
| 02:36PM    | 16 | Q.  WHERE WERE YOU EMPLOYED IN 2014?                   |
| 02:36PM    | 17 | A.  AT SOUTHWEST CONTEMPORARY WOMEN'S CARE.            |
| 02:36PM    | 18 | Q.  AND WERE YOU ALSO WORKING AS A NURSE PRACTITIONER THERE? |
| 02:36PM    | 19 | A.  I WAS.                                             |
| 02:36PM    | 20 | Q.  CAN YOU TELL US IN PLAIN TERMS WHAT A NURSE PRACTITIONER |
| 02:36PM    | 21 | IS AND HOW IT COMPARES TO, SAY, A MEDICAL DOCTOR OR A, SAY, A |
| 02:36PM    | 22 | REGISTERED NURSE?                                      |
| 02:36PM    | 23 | A.  SO A NURSE PRACTITIONER IS A LICENSED MEDICAL PROFESSIONAL |
| 02:36PM    | 24 | WHO CAN SEE AND DIAGNOSE AND TREAT PATIENTS INDEPENDENT OF A |
| 02:36PM    | 25 | MEDICAL DOCTOR.                                        |

ER-4338

ZACHMAN DIRECT BY MR. BOSTIC                                           5764

02:36PM  1        A REGISTERED NURSE IS A LESSER DEGREE.  IT'S A BACHELOR'S

02:37PM  2    WHO CANNOT WORK INDEPENDENTLY.  THEY NEED THE GUIDANCE OF A

02:37PM  3    HIGHER DEGREE.

02:37PM  4    Q.   CAN YOU TELL US A LITTLE BIT ABOUT THE PLACE YOU WERE

02:37PM  5    WORKING IN 2014?  I THINK YOU SAID IT WAS SOUTHWEST

02:37PM  6    CONTEMPORARY?

02:37PM  7    A.   THAT'S RIGHT, SOUTHWEST CONTEMPORARY WOMEN'S CARE.  IT'S

02:37PM  8    OBVIOUSLY A PRACTICE FOR WOMEN.

02:37PM  9    Q.   AND -- BUT HOW MANY NURSE PRACTITIONERS WORKED THERE WHEN

02:37PM 10    YOU WORKED THERE IN 2014?

02:37PM 11    A.   WE HAD THREE OFFICE LOCATIONS.  THERE WERE PROBABLY 20

02:37PM 12    PROVIDERS ALTOGETHER.

02:37PM 13        AT MY LOCATION THERE WERE MAYBE SEVEN OF THEM.

02:37PM 14    Q.   AND HOW ABOUT YOUR PRACTICE THERE, CAN YOU TELL US ROUGHLY

02:37PM 15    WHAT THE NATURE OF YOUR PRACTICE WAS, VOLUME OF PATIENTS,

02:37PM 16    THINGS LIKE THAT?

02:37PM 17    A.   SURE.

02:37PM 18        I WOULD SEE WOMEN, SOME PREGNANT, SOME NOT, AND ON AVERAGE

02:38PM 19    I WOULD SEE 20 A DAY EVERY DAY.

02:38PM 20    Q.   AND DID YOUR PRACTICE INCLUDE WORKING WITH PATIENTS OR

02:38PM 21    TREATING PATIENTS THROUGHOUT THEIR ENTIRE PREGNANCIES?

02:38PM 22    A.   YES, SOME.

02:38PM 23    Q.   IN YOUR PRACTICE, DID YOU EVER HAVE ANY EXPERIENCE WITH

02:38PM 24    TEST RESULTS FROM A BLOOD TESTING COMPANY CALLED THERANOS?

02:38PM 25    A.   I DID.

ZACHMAN DIRECT BY MR. BOSTIC                                      5765

02:38PM  1    Q.   AND DID YOU EXPERIENCE SOME PROBLEMS WITH THE RESULTS THAT

02:38PM  2    YOU RECEIVED FROM THERANOS?

02:38PM  3    A.   I DID.

02:38PM  4    Q.   HOW DID YOU FIRST HEAR ABOUT THE COMPANY?

02:38PM  5    A.   IN 2014, I HAD A ROLE IN THE PRACTICE AS THE KIND OF LEAD

02:38PM  6    IN A GROUP THAT WE HAD CALLED THE PRODUCT COMMITTEE THAT WAS

02:38PM  7    JUST KIND OF A STOPPING POINT.

02:38PM  8         WE WOULD GET A LOT OF DIFFERENT LABS, DIFFERENT COMPANIES,

02:38PM  9    DIFFERENT REPRESENTATIVES, ET CETERA, COMING THROUGH.  SO WE

02:39PM 10    WOULD HAVE A GO-TO PERSON WHO WOULD FILTER THROUGH THAT.

02:39PM 11         SO I WAS THE HEAD OF THAT PRODUCT COMMITTEE IN 2014.  AND

02:39PM 12    A REPRESENTATIVE OF THERANOS CAME THROUGH THE OFFICE.

02:39PM 13    Q.   AND I'M SORRY IF YOU SAID, BUT WHAT WAS THE PURPOSE OF THE

02:39PM 14    PRODUCT COMMITTEE AT THE PRACTICE?

02:39PM 15    A.   TO FILTER THROUGH A LOT OF WHAT CAME THROUGH, TO SEE IF IT

02:39PM 16    WAS APPLICABLE TO THE PRACTICE, AND IF IT WAS SOMETHING WORTH

02:39PM 17    LEARNING MORE ABOUT, SOMETHING WE MIGHT USE OR PREFER.

02:39PM 18    Q.   SO ARE WE TALKING ABOUT OUTSIDE VENDORS WHO WANT TO

02:39PM 19    PROVIDE THEIR SERVICES TO THE PRACTICE?

02:39PM 20    A.   YES.

02:39PM 21    Q.   AND DID THERANOS APPROACH YOU PITCHING ITS BLOOD TESTING

02:39PM 22    SERVICES IN YOUR ROLE ON THE PRODUCT COMMITTEE?

02:39PM 23    A.   YES.

02:39PM 24              MR. BOSTIC:  MAY I APPROACH, YOUR HONOR?

02:39PM 25              THE COURT:  YES.

ER-4340

02:39PM  1          MR. BOSTIC:  (HANDING.)

02:39PM  2          THE WITNESS:  THANK YOU.

02:39PM  3     BY MR. BOSTIC:

02:39PM  4     Q.   DR. ZACHMAN, I'VE JUST HANDED YOU A BINDER WITH A FEW

02:39PM  5     DOCUMENTS.

02:39PM  6          IF I COULD ASK YOU TO LOOK FIRST AT TAB 1805.

02:40PM  7          AND AT 1805, DO YOU SEE AN EMAIL BETWEEN YOU AND SOMEONE

02:40PM  8     AT THERANOS IN JUNE OF 2014?

02:40PM  9     A.   I DO.

02:40PM 10          MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1805.

02:40PM 11          MS. MCDOWELL:  NO OBJECTION.

02:40PM 12          THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

02:40PM 13          (GOVERNMENT'S EXHIBIT 1805 WAS RECEIVED IN EVIDENCE.)

02:40PM 14     BY MR. BOSTIC:

02:40PM 15     Q.   LET'S ZOOM IN ON THE CONTENT OF THIS PAGE.

02:40PM 16          DO YOU SEE HERE, DR. ZACHMAN, AT THE BOTTOM IS AN EMAIL

02:40PM 17     FROM YOU TO SOMEONE NAMED PEGGY SCHAPLER?

02:40PM 18     A.   I DO.

02:40PM 19     Q.   AND DID MS. SCHAPLER WORK AT THERANOS?

02:40PM 20     A.   ALTHOUGH I DON'T REMEMBER THAT DETAIL, IT APPEARS TO BE

02:40PM 21     TRUE HERE.

02:40PM 22     Q.   IN YOUR EMAIL YOU WRITE, "THANK YOU FOR YOUR INTEREST IN A

02:40PM 23     PARTNERSHIP WITH SWCWC."

02:40PM 24          DID THAT STAND FOR THE PRACTICE NAME?

02:40PM 25     A.   IT DOES.

ZACHMAN DIRECT BY MR. BOSTIC                                    5767

02:40PM 1   Q.   WHAT DID YOU MEAN BY "PARTNERSHIP"?  WHAT KIND OF

02:40PM 2   PARTNERSHIP WERE YOU EXPLORING WITH THERANOS AT THIS TIME?

02:40PM 3   A.   TO SEE IF, IN GENERAL, IT WAS A LAB THAT HAD SERVICES THAT

02:41PM 4   MIGHT BE USED BY PATIENTS IN OUR PRACTICE, BUT ALSO IN HAVING

02:41PM 5   AN OFFICE LOCATION CLOSE TO AND IN THE SAME BUILDING AS ONE OF

02:41PM 6   OUR LOCATIONS.

02:41PM 7   Q.   OKAY.  SO WE'RE TALKING ABOUT TWO DIFFERENT KINDS OF

02:41PM 8   DEALING, BASICALLY?  ONE, WHETHER THE PRACTICE WOULD USE

02:41PM 9   THERANOS FOR BLOOD TESTING, AND THEN RELATEDLY, WHETHER

02:41PM 10  THERANOS WOULD ACTUALLY HAVE A PRESENCE IN ONE OF SOUTHWEST'S

02:41PM 11  BUILDINGS?

02:41PM 12  A.   YES.

02:41PM 13  Q.   IN MS. SCHAPLER'S RESPONSE TO YOU ON JUNE 20TH, DO YOU SEE

02:41PM 14  SHE WRITES, "WE WELCOME THE OPPORTUNITY TO COME AND TALK TO

02:41PM 15  YOUR COMMITTEE ABOUT THERANOS."

02:41PM 16       DO YOU SEE THAT?

02:41PM 17  A.   I DO.

02:41PM 18  Q.   AND DID THAT END UP HAPPENING?  DID A REPRESENTATIVE OR

02:41PM 19  REPRESENTATIVES FROM THERANOS COME AND SPEAK TO THE SOUTHWEST

02:41PM 20  CONTEMPORARY PRODUCT COMMITTEE?

02:42PM 21  A.   YES.

02:42PM 22  Q.   AND DID THAT HAPPEN AROUND THIS TIME, EARLY SUMMER 2014?

02:42PM 23  A.   YES.

02:42PM 24  Q.   AS PART OF YOUR ROLE ON THE PRODUCT COMMITTEE, I THINK YOU

02:42PM 25  USED THE TERM FILTERING OUT SOME OF THE PITCHES THAT WOULD COME

02:42PM 1    TO THE PRACTICES; IS THAT RIGHT?

02:42PM 2    A.   YES.

02:42PM 3    Q.   AND DID THAT ROLE INCLUDE A RESPONSIBILITY FOR EVALUATING

02:42PM 4    AND DECIDING ON WHICH OUTSIDE VENDORS THE PRODUCT WOULD WORK

02:42PM 5    WITH?

02:42PM 6    A.   YES.

02:42PM 7    Q.   AND WHAT WAS YOUR INDIVIDUAL ROLE IN THAT PROCESS?

02:42PM 8    A.   IN REGARDS TO THERANOS OR IN GENERAL?

02:42PM 9    Q.   HOW ABOUT IN GENERAL?

02:42PM 10   A.   MY ROLE WAS TO SET UP A MEETING THAT WAS LONGER, STILL

02:42PM 11   ONLY ABOUT 50 MINUTES LONG, BUT AS OPPOSED TO A BRIEF

02:42PM 12   INTRODUCTION, TO HAVE SOMETHING A LITTLE MORE FORMAL, TO

02:42PM 13   LISTEN, TAKE NOTES, OF COURSE ASK QUESTIONS, AND SEE IF I FELT

02:43PM 14   THAT ANYTHING THAT WAS BEING PRESENTED WOULD BE APPROPRIATE TO

02:43PM 15   THEN BRING TO A LARGER GROUP, AND THEN I WOULD -- OF ALL OF OUR

02:43PM 16   PROVIDERS IN THE PRACTICE, AND THEN I WOULD RELAY BACK MY

02:43PM 17   OPINION.

02:43PM 18   Q.   AND WHEN POTENTIAL VENDORS ARE PRESENTED TO THE PRACTICE

02:43PM 19   AS A WHOLE, HOW WOULD THE DECISION BE MADE ABOUT WHETHER THE

02:43PM 20   PRACTICE WOULD WORK WITH THAT VENDOR OR NOT?

02:43PM 21   A.   WE WOULD MEET AS A PRACTICE, ALL OF THE PROVIDERS WOULD,

02:43PM 22   AND WE WOULD KIND OF PASS AROUND THE NOTES THAT I WAS ABLE TO

02:43PM 23   TAKE FROM THE MEETING, I WOULD SPEAK ABOUT WHAT I WAS ABLE TO

02:43PM 24   LEARN, I WOULD GIVE MY OPINION, AND THEN WE WOULD KIND OF HAVE

02:43PM 25   A GROUP CONSENSUS AND VOTE ABOUT IT.

ZACHMAN DIRECT BY MR. BOSTIC                    5769

02:43PM  1    Q.   AND DID YOU GO THROUGH THAT PROCESS WITH REGARD TO

02:43PM  2    THERANOS?

02:43PM  3    A.   YES.

02:43PM  4    Q.   AND DID SOUTHWEST CONTEMPORARY END UP USING THERANOS FOR

02:43PM  5    BLOOD TESTING AFTER THAT?

02:43PM  6    A.   YES.

02:43PM  7    Q.   AND BASED ON HAVING GONE THROUGH THAT PROCESS, DO YOU HAVE

02:44PM  8    A SENSE OF WHAT FACTORS WERE IMPORTANT FOR SOUTHWEST IN

02:44PM  9    DECIDING ON WHETHER TO USE THERANOS OR NOT?

02:44PM  10   A.   YES.

02:44PM  11   Q.   AND WHAT WERE THOSE FACTORS?  WHAT MATTERED TO YOU AND THE

02:44PM  12   OTHER PRACTITIONERS?

02:44PM  13   A.   WHEN IT COMES TO LAB RESULTS, I THINK IT IS VERY IMPORTANT

02:44PM  14   TO KNOW THAT THE RESULTS ARE RELIABLE; THAT THEY ARE ACCESSIBLE

02:44PM  15   TO THE PATIENT, WHETHER IT BE FROM A LOCATION OR COST

02:44PM  16   STANDPOINT; THAT THEY'RE MINIMALLY INVASIVE, IF THAT'S

02:44PM  17   AVAILABLE; AND THAT THERE'S A QUICK TURN-AROUND TIME.  THAT WAS

02:44PM  18   IMPORTANT TO ME.

02:44PM  19   Q.   YOU MENTIONED RELIABILITY FIRST.

02:44PM  20        CAN YOU EXPLAIN WHAT YOU MEAN BY "RELIABILITY" IN THE

02:44PM  21   CONTEXT OF BLOOD TESTS?

02:44PM  22   A.   SURE.

02:44PM  23        SO FOR ME, RELIABILITY MEANS THAT THE RESULT THAT YOU'RE

02:44PM  24   GETTING BACK IS THAT YOU CAN INTERPRET FOR YOUR PATIENT AS

02:45PM  25   BEING TRUE, A TRUE REPRESENTATION OF THE PICTURE.

ER-4344

ZACHMAN DIRECT BY MR. BOSTIC                    5770

02:45PM  1    Q.   YOU ALSO MENTIONED PATIENT COMFORT, OR SOMETHING TO THAT

02:45PM  2    EFFECT?

02:45PM  3    A.   UH-HUH.

02:45PM  4    Q.   AND YOU ALSO TALKED ABOUT COST AND SPEED AND

02:45PM  5    ACCESSIBILITY; IS THAT RIGHT?

02:45PM  6    A.   YES.

02:45PM  7    Q.   DO YOU REMEMBER THE PITCH THAT THERANOS GAVE WHEN IT

02:45PM  8    VISITED YOUR PRACTICE IN SUMMER OF 2014?

02:45PM  9    A.   BRIEFLY.

02:45PM  10   Q.   DID THERANOS MENTION OR MAKE ANY CLAIMS RELEVANT TO THE

02:45PM  11   FACTORS WE'VE BEEN TALKING ABOUT?

02:45PM  12   A.   YES.

02:45PM  13        I REMEMBER THOSE POINTS BEING DIFFERENT THAN OTHER LABS

02:45PM  14   AND SPOKEN ABOUT IN REGARDS TO ONLY NEEDING A FINGERSTICK FOR

02:45PM  15   SOME LABS VERSUS A VENOUS PUNCTURE AND HAVING A VERY QUICK

02:45PM  16   TURN-AROUND TIME, WITHIN A DAY OR TWO, AND BEING COST

02:45PM  17   EFFECTIVE, AND TRANSPARENT IN THEIR COST TO THE PATIENT.

02:45PM  18   Q.   AND DO YOU REMEMBER THERANOS SAYING ANYTHING TO YOU IN THE

02:46PM  19   PRACTICE ABOUT THE ACCURACY OR THE RELIABILITY OF ITS TESTS?

02:46PM  20   A.   I REMEMBER NOT WONDERING IF IT WAS RELIABLE.  I DON'T

02:46PM  21   REMEMBER SPECIFIC DETAIL.

02:46PM  22   Q.   HOW ABOUT REGARDING HAVING A THERANOS PRESENCE IN THE

02:46PM  23   BUILDING?

02:46PM  24   A.   UH-HUH.

02:46PM  25   Q.   WHAT DO YOU RECALL ABOUT HOW THAT ARRANGEMENT WAS GOING TO

ZACHMAN DIRECT BY MR. BOSTIC                                          5771

02:46PM  1    WORK?

02:46PM  2    A.   IT WAS AT A LOCATION OF SOUTHWEST THAT I DIDN'T WORK OUT

02:46PM  3    OF.

02:46PM  4         BUT THERE WAS A VACANT BUILDING RIGHT BELOW WHERE WE SAW

02:46PM  5    PATIENTS.  AND THE -- YOU KNOW, THE PRACTICE WAS EXCITED ABOUT

02:46PM  6    THAT, ABOUT BEING ABLE TO SEND PATIENTS JUST RIGHT DOWNSTAIRS

02:46PM  7    TO HAVE THEIR BLOOD WORK DONE.

02:46PM  8    Q.   AND DID THAT END UP MATERIALIZING?

02:46PM  9    A.   YES.

02:46PM  10   Q.   FOLLOWING THE PROCESS WITH THE PRODUCT COMMITTEE, THE

02:47PM  11   PRACTICE STARTED REFERRING PATIENTS TO THERANOS FOR PATIENT

02:47PM  12   TESTING?

02:47PM  13   A.   YES.

02:47PM  14   Q.   AND DID YOU PERSONALLY REFER SOME OF YOUR PATIENTS TO

02:47PM  15   THERANOS FOR PATIENT TESTING?

02:47PM  16   A.   YES.

02:47PM  17   Q.   DURING YOUR TREATMENT DURING THAT TIME PERIOD, DID YOU SEE

02:47PM  18   A PATIENT NAMED BRITTANY GOULD?

02:47PM  19   A.   I DID.

02:47PM  20   Q.   AND WHEN DID MS. GOULD BECOME A PATIENT OF YOURS, IF YOU

02:47PM  21   REMEMBER?

02:47PM  22   A.   IN 2014.

02:47PM  23   Q.   AND HOW DID SHE INITIALLY PRESENT?  WHAT BROUGHT HER TO

02:47PM  24   YOU?

02:47PM  25   A.   FOR A ROUTINE EXAM, FOR A WELL WOMAN VISIT.

ZACHMAN DIRECT BY MR. BOSTIC                                    5772

02:47PM  1    Q.  WAS SHE PREGNANT AT THE TIME THAT YOU FIRST SAW MS. GOULD?

02:47PM  2    A.  NO.

02:47PM  3    Q.  AT SOME POINT IN 2014, DID MS. GOULD BECOME PREGNANT?

02:47PM  4    A.  YES.

02:47PM  5    Q.  AND DID YOU SEE HER FOR AN EXAMINATION SHORTLY AFTER THAT?

02:47PM  6    A.  YES.

02:47PM  7    Q.  CAN YOU PLACE US IN TIME?  DO YOU REMEMBER APPROXIMATELY

02:47PM  8    WHEN IN 2014 YOU FIRST STARTED SEEING MS. GOULD AS A PATIENT

02:48PM  9    WHO WAS EXPECTING?

02:48PM  10   A.  I BELIEVE I SAW HER IN THE SUMMER OF 2014 AND MORE OF JULY

02:48PM  11   TIMEFRAME, KIND OF MID-SUMMER, AND THEN THAT PREGNANCY DID NOT

02:48PM  12   RESULT IN A VIABLE PREGNANCY.  AND I SAW HER AGAIN FOR A

02:48PM  13   SUBSEQUENT PREGNANCY IN LATE SEPTEMBER.

02:48PM  14   Q.  SO IN THE LATE SEPTEMBER TIME PERIOD WHEN MS. GOULD FIRST

02:48PM  15   SAW YOU IN CONNECTION WITH THAT PREGNANCY, DID YOU HAVE A SENSE

02:48PM  16   IN THAT FIRST VISIT AS TO HOW LONG THE PREGNANCY WAS?

02:48PM  17   A.  VERY EARLY.  SHE HAD HAD PREVIOUS PREGNANCY LOSSES.  AND

02:48PM  18   SO WHEN SHE ARRIVED FOR THAT PREGNANCY, IT WAS A LITTLE BIT

02:48PM  19   EARLIER THAN MOST TEND TO COME IN.

02:48PM  20   Q.  FROM YOUR STANDPOINT AS A TREATING PHYSICIAN, WHAT WERE

02:48PM  21   THE NEXT STEPS, IN YOUR MIND, FOR TREATING THIS PREGNANT

02:48PM  22   PATIENT?

02:48PM  23   A.  BEING THAT SHE WAS VERY EARLY ALONG, WE WEREN'T ABLE TO

02:49PM  24   SEE AN ULTRASOUND YET.  WE DIDN'T TRY TO DO AN ULTRASOUND.  WE

02:49PM  25   KNEW WE COULDN'T SEE ANYTHING ON THE ULTRASOUND AT THAT TIME.

ER-4347

02:49PM   1           SO THE NEXT STEP IN PROVIDING CARE IN SOMEONE IN EARLY

02:49PM   2   PREGNANCY, IS TO DRAW BLOOD WORK.

02:49PM   3   Q.   AND IN DRAWING THE BLOOD WORK, WAS THERE A PARTICULAR TEST

02:49PM   4   THAT YOU WERE INTENDING TO HAVE RUN?

02:49PM   5   A.   THERE IS.  THERE'S AN HCG.

02:49PM   6   Q.   AND WHAT IS HCG?  CAN YOU GIVE US A HIGH LEVEL VIEW?

02:49PM   7   A.   SURE.  IT'S A HORMONE THAT IS SECRETED IN EARLY PREGNANCY

02:49PM   8   THAT WE CAN TREND TO PROVIDE REASSURANCE OR INSIGHT AS TO HOW

02:49PM   9   THE PREGNANCY IS GOING.

02:49PM  10   Q.   AND IN CONNECTION WITH MS. GOULD, DID YOU ORDER OR REVIEW

02:50PM  11   A SERIES OF HCG TESTS FOR HER IN SEPTEMBER AND OCTOBER OF 2014?

02:50PM  12   A.   I DID.

02:50PM  13   Q.   IF I CAN ASK YOU TO LOOK IN YOUR BINDER AT TAB 5410.

02:50PM  14   A.   YES.

02:50PM  15   Q.   AT 5410, DO YOU SEE A LAB REPORT FOR AN HCG TEST FOR

02:50PM  16   MS. GOULD DATED SEPTEMBER 30TH, 2014?

02:50PM  17   A.   I DO.

02:50PM  18           MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5410.

02:50PM  19           MS. MCDOWELL:  NO OBJECTION.

02:50PM  20           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:50PM  21      (GOVERNMENT'S EXHIBIT 5410 WAS RECEIVED IN EVIDENCE.)

02:50PM  22   BY MR. BOSTIC:

02:50PM  23   Q.   SO, DR. ZACHMAN, ARE WE NOW LOOKING AT A LAB REPORT FROM A

02:50PM  24   BLOOD TESTING LAB CALLED QUEST DIAGNOSTICS FOR MS. GOULD?

02:50PM  25   A.   YES.

02:50PM   1    Q.   AND DO WE SEE HERE THAT THE HCG LEVEL IS REPORTED HERE AS

02:51PM   2    BEING 1005?

02:51PM   3    A.   YES.

02:51PM   4    Q.   OKAY.  IF I COULD ASK YOU TO LOOK NEXT AT TAB 20044.

02:51PM   5         AND AT TAB 20044, DO YOU SEE ANOTHER LAB REPORT FOR

02:51PM   6    MS. GOULD, AT THIS TIME FROM THERANOS, AND DATED FROM A VISIT

02:51PM   7    OF OCTOBER 2ND, 2014?

02:51PM   8    A.   YES.

02:51PM   9              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 2044.

02:51PM  10              MS. MCDOWELL:  NO OBJECTION.

02:51PM  11              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:51PM  12         (GOVERNMENT'S EXHIBIT 2044 WAS RECEIVED IN EVIDENCE.)

02:51PM  13    BY MR. BOSTIC:

02:51PM  14    Q.   SO, DR. ZACHMAN, WE SEE HERE ON THE FIRST PAGE THE RESULTS

02:51PM  15    FROM A VISIT ON OCTOBER 2ND, AS WE'VE SAID.

02:51PM  16         DO YOU SEE THAT?

02:52PM  17    A.   I DO.

02:52PM  18    Q.   AND THIS TIME THERE'S A LABEL.  IT SAYS CHORIOGONADOTROPIN

02:52PM  19    ON THE LEFT SIDE.

02:52PM  20         DO YOU SEE THAT?

02:52PM  21    A.   YES.

02:52PM  22    Q.   AND IS THAT THE SAME THING AS HCG?

02:52PM  23    A.   YES.

02:52PM  24    Q.   AND THE REPORT VALUE IS 12,558.

02:52PM  25         IS THAT RIGHT?

ZACHMAN DIRECT BY MR. BOSTIC                                    5775

02:52PM   1    A.   YES.

02:52PM   2    Q.   AND LET'S LOOK AT PAGE 2 OF THIS EXHIBIT.  AND DO YOU SEE

02:55PM   3    NOW THAT WE'RE LOOKING AT A RESULT FROM REVISIT TWO DAYS LATER,

02:55PM   4    ON OCTOBER 4TH, 2014?

02:55PM   5    A.   YES.

02:55PM   6    Q.   AND THIS IS ALSO FROM THERANOS; CORRECT?

02:55PM   7    A.   CORRECT.

02:55PM   8    Q.   AND THE RESULT REPORTED ON THIS DATE IS 125.58 FOR HCG?

02:55PM   9    A.   YES.

02:55PM  10    Q.   OKAY.  NEXT, LET'S LOOK AT TAB 3305.

02:55PM  11         AT 3305, DO YOU SEE WE'RE LOOKING AT ANOTHER RESULT FOR

02:55PM  12    MS. GOULD FROM QUEST DIAGNOSTICS AGAIN, AND THIS ONE IS DATED

02:55PM  13    OCTOBER 6TH, 2014?

02:55PM  14    A.   YES.

02:55PM  15              MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS 3305.

02:55PM  16              MS. MCDOWELL:  NO OBJECTION.

02:55PM  17              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:55PM  18         (GOVERNMENT'S EXHIBIT 3305 WAS RECEIVED IN EVIDENCE.)

02:55PM  19    BY MR. BOSTIC:

02:55PM  20    Q.   AND, DR. ZACHMAN, DO WE SEE HERE THE RESULTS FROM THIS

02:55PM  21    OCTOBER 6TH DRAW, SO TWO DAYS LATER, IS BACK UP TO A LEVEL

02:55PM  22    OF -- LET'S SEE.  CAN I READ THAT?

02:55PM  23    A.   I THINK IT'S 9,559.

02:55PM  24    Q.   THAT LOOKS RIGHT.  THANK YOU.

02:55PM  25    A.   YES.

ER-4350

02:55PM 1    Q.   SO THAT WAS THE HCG VALUE ON THAT DATE?

02:55PM 2    A.   YES.

02:55PM 3    Q.   FINALLY, LET'S LOOK AT 5411.  AND AT 5411, ARE WE LOOKING

02:55PM 4    AT YET ANOTHER RESULT FROM MS. GOULD FROM THE QUEST DIAGNOSTICS

02:55PM 5    TESTING LAB FROM A DRAW ON OCTOBER 8TH, 2014?

02:55PM 6    A.   YES.

02:55PM 7         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5411.

02:55PM 8         MS. MCDOWELL:  NO OBJECTION.

02:55PM 9         THE COURT:  IT'S ADMITTED.

02:55PM 10   IT MAY BE PUBLISHED.

02:55PM 11   (GOVERNMENT'S EXHIBIT 5411 WAS RECEIVED IN EVIDENCE.)

02:55PM 12   BY MR. BOSTIC:

02:55PM 13   Q.   SO HERE WE'RE LOOKING AT RESULTS FROM OCTOBER 8TH, TWO

02:55PM 14   DAYS AFTER THE PREVIOUS DRAW; IS THAT CORRECT?

02:55PM 15   A.   YES.

02:55PM 16   Q.   AND THE TOTAL IS 17,716 FOR HCG; IS THAT RIGHT?

02:55PM 17   A.   YES.

02:55PM 18   Q.   WHAT WAS THE ULTIMATE OUTCOME OF MS. GOULD'S PREGNANCY

02:55PM 19   THAT BEGAN IN SEPTEMBER OF 2014?

02:55PM 20   A.   SHE HAD A SUCCESSFUL VIABLE PREGNANCY AND DELIVERY.

02:55PM 21   Q.   I'D LIKE TO ASK YOU SOME QUESTIONS YOUR INTERPRETATION AND

02:55PM 22   THE CONCLUSIONS THAT YOU DREW FROM THE BLOOD TESTS RESULTS THAT

02:55PM 23   WE JUST LOOKED AT.

02:55PM 24   A.   OKAY.

02:55PM 25   Q.   BUT FIRST LET ME ASK YOU SOME MORE QUESTIONS ABOUT YOUR

ZACHMAN DIRECT BY MR. BOSTIC                                    5777

02:55PM 1    BACKGROUND.

02:55PM 2    A.   OKAY.

02:55PM 3    Q.   CAN YOU SUMMARIZE FOR US YOUR EDUCATION BEGINNING WITH

02:55PM 4    COLLEGE?

02:55PM 5    A.   SURE.

02:55PM 6         I GOT MY BACHELOR OF NURSING DEGREE AT ASU IN ARIZONA;

02:55PM 7    THEN I PROCEEDED TO WORK AS A NURSE IN LABOR AND DELIVERY AND

02:55PM 8    ANTEPARTUM AND POSTPARTUM UNITS.

02:55PM 9         AND THEN I WENT ON TO GET MY DOCTOR OF NURSING PRACTICE

02:55PM 10   SPECIALIZING IN WOMEN'S HEALTH.

02:55PM 11   Q.   AND FOLLOWING OBTAINING DEGREES, CAN YOU GIVE US AN

02:55PM 12   OVERVIEW OF YOUR WORK EXPERIENCE?

02:55PM 13   A.   UH-HUH.

02:55PM 14        I WORKED AS A NURSE IN WOMEN AND INFANT SERVICES, LIKE I

02:55PM 15   JUST SAID; AND THEN AS A NURSE PRACTITIONER I WORKED AT

02:55PM 16   SOUTHWEST CONTEMPORARY WOMEN'S CARE AS A PRACTITIONER FOR EIGHT

02:55PM 17   YEARS BEFORE MY ROLE AT MY CURRENT COMPANY.

02:55PM 18   Q.   DID YOU, AS PART OF YOUR TRAINING, DID YOU PARTICIPATE IN

02:55PM 19   AN INTERNSHIP?

02:55PM 20   A.   YES.  I DID MY INTERNSHIP AT SOUTHWEST CONTEMPORARY WHILE

02:55PM 21   I WAS GETTING MY DEGREE.

02:55PM 22   Q.   UNDERSTOOD.

02:55PM 23        HAVE YOU MENTIONED YOUR CLINICAL RESIDENCY?  DID YOU GO

02:55PM 24   THROUGH ONE OF THOSE?

02:55PM 25   A.   YES.  SO THAT WAS ALSO HERE, AND THEN I IMPLEMENTED MY

ER-4352

02:55PM  1    DISSERTATION AND PROJECT STILL AT SOUTHWEST CONTEMPORARY

02:56PM  2    WOMEN'S CARE.

02:56PM  3    Q.   AND IN CONNECTION WITH YOUR WORK AS A NURSE PRACTITIONER,

02:56PM  4    DO YOU HOLD PROFESSIONAL LICENSES OR CERTIFICATIONS?

02:56PM  5    A.   I DO.

02:56PM  6    Q.   AND DO THOSE COME WITH REQUIREMENTS FOR CONTINUING

02:56PM  7    EDUCATION TO BE RECERTIFIED?

02:56PM  8    A.   THEY DO.

02:56PM  9    Q.   AND ARE THOSE LICENSES CURRENT?

02:56PM  10   A.   THEY ARE.

02:56PM  11   Q.   AND WERE THEY CURRENT IN 2014 AS WELL?

02:56PM  12   A.   THEY WERE.

02:56PM  13   Q.   I'D LIKE TO TALK SPECIFICALLY ABOUT YOUR KNOWLEDGE AND

02:56PM  14   TRAINING WHEN IT COMES TO HCG.

02:56PM  15        DID YOU RECEIVE ANY EDUCATION WHILE YOU WERE OBTAINING

02:56PM  16   YOUR DEGREES ON INTERPRETING HCG RESULTS?

02:56PM  17   A.   I DID.

02:56PM  18   Q.   CAN YOU DESCRIBE THAT BRIEFLY?

02:56PM  19   A.   SURE.

02:56PM  20        AS A ROUTINE PART OF MY EDUCATION, OR ANYONE I WOULD THINK

02:56PM  21   WHO IS SPECIALIZING IN WOMEN'S HEALTH, YOU LEARN ABOUT HCG, HOW

02:56PM  22   IT'S PRODUCED, AND WHAT YOU EXPECT THE TRENDS TO BE IN A

02:57PM  23   PREGNANT PATIENT.

02:57PM  24   Q.   SO THAT WAS PART OF YOUR FORMAL EDUCATION.

02:57PM  25        HOW ABOUT AFTER YOU OBTAINED YOUR DEGREES, DID YOU GAIN

ZACHMAN DIRECT BY MR. BOSTIC                                    5779

02:57PM   1    MORE EXPERIENCE IN INTERPRETING HCG RESULTS?

02:57PM   2    A.   YES, IT'S A COMMON USED RESULT.

02:57PM   3    Q.   I'D LIKE TO GET AN IDEA OF THE VOLUME OF EXPERIENCE YOU'VE

02:57PM   4    HAD WITH HCG RESULTS.

02:57PM   5        I THINK YOU TESTIFIED PREVIOUSLY THAT YOU AVERAGED ABOUT

02:57PM   6    20 PATIENTS PER DAY DURING ACTIVE PRACTICE; IS THAT RIGHT?

02:57PM   7    A.   YES.

02:57PM   8    Q.   AND WAS THAT THE CASE THROUGHOUT MOST OF YOUR CAREER AS A

02:57PM   9    NURSE PRACTITIONER?

02:57PM  10    A.   YES.

02:57PM  11    Q.   CAN YOU ESTIMATE FOR US ABOUT HOW MANY HCG TESTS YOU WOULD

02:57PM  12    REVIEW, WHETHER IT'S YEARLY OR WEEKLY?  HOWEVER IT'S EASIEST

02:57PM  13    FOR YOU.

02:57PM  14    A.   I WOULD GUESSTIMATE THAT MAYBE 5 PER DAY WOULD BE A NORMAL

02:57PM  15    VOLUME TO INTERPRET, SO 25 A WEEK.

02:57PM  16    Q.   SO 25 PER WEEK.

02:57PM  17        GIVEN THE LENGTH OF YOUR CAREER, CAN YOU ESTIMATE THEN

02:58PM  18    APPROXIMATELY HOW MANY TOTAL HCG TESTS YOU'VE REVIEWED?  AND

02:58PM  19    AGAIN, JUST AT A VERY GENERAL LEVEL.

02:58PM  20    A.   YES.  I WOULDN'T SAY SPECIFICALLY BECAUSE I DON'T HAVE A

02:58PM  21    CALCULATOR, BUT I WOULD SAY OVER A THOUSAND.

02:58PM  22    Q.   AND OVER THE COURSE OF YOUR CAREER IN REVIEWING THAT

02:58PM  23    THOUSAND-PLUS HCG TESTS, IN EACH OF THOSE CASES, DID THE RESULT

02:58PM  24    COME FROM AN OUTSIDE LAB BASED ON THE BLOOD DRAW OF A PATIENT?

02:58PM  25    A.   YES.

ER-4354

02:58PM 1          MR. BOSTIC:  YOUR HONOR, AT THIS TIME WE OFFER

02:58PM 2   DR. ZACHMAN AS AN EXPERT IN THE AREA OF INTERPRETING HUMAN

02:58PM 3   CHORIOGONADOTROPIN, OR HCG, TEST RESULTS.

02:58PM 4          THE COURT:  COUNSEL?

02:58PM 5          MS. MCDOWELL:  NO OBJECTION.

02:58PM 6          THE COURT:  ALL RIGHT.  THANK YOU.

02:58PM 7       THIS WITNESS THEN WILL BE PERMITTED TO TESTIFY PURSUANT TO

02:58PM 8   FEDERAL RULE OF EVIDENCE 702 AS AN EXPERT IN HCG AND MATTERS

02:59PM 9   RELATED TO IT.

02:59PM 10      LADIES AND GENTLEMEN, YOU WILL RECEIVE A FINAL INSTRUCTION

02:59PM 11  AS TO HOW YOU MAY TREAT THIS TESTIMONY AND THIS EVIDENCE.

02:59PM 12  THANK YOU.

02:59PM 13      YOU CAN PROCEED.

02:59PM 14          MR. BOSTIC:  THANK YOU, YOUR HONOR.

02:59PM 15  Q.   DR. ZACHMAN, IS HCG CATEGORIZED AS A QUALITATIVE OR

02:59PM 16  QUANTITATIVE TEST?

02:59PM 17  A.   THERE'S BOTH.

02:59PM 18  Q.   AND WHEN IT COMES TO THE QUANTITATIVE VARIETY OF HCG

02:59PM 19  TESTING, HOW DO TREATING PHYSICIANS USE THE NUMBERS THAT THEY

02:59PM 20  GET BACK?

02:59PM 21  A.   WE UTILIZE IT -- IT COMES BACK AS A VALUE, AND LESS THAN 5

02:59PM 22  IS CONSIDERED A NONPREGNANT PATIENT AND GREATER THAN 5 IS

02:59PM 23  CONSIDERED PREGNANT, KIND OF AN OVERARCHING VIEW OF WHAT THAT

02:59PM 24  COULD MEAN, AND THEN WE REPEAT THAT LAB.  A SINGLE VALUE ISN'T

02:59PM 25  VERY TELLING IN A POSITIVE STATUS.  IT'S MORE WHAT HAPPENS

02:59PM 1    AFTER THAT, WHERE DOES IT TREND.

02:59PM 2    Q.   SO IN THE CASE THEN OF A HEALTHY AND VIABLE PREGNANCY,

03:00PM 3    WHAT KIND OF TREND ARE YOU EXPECTING TO OBSERVE?

03:00PM 4    A.   IN EARLY PREGNANCY YOU'RE EXPECTING IT TO DOUBLE ABOUT

03:00PM 5    EVERY 48 HOURS.

03:00PM 6    Q.   AND IF YOU DID NOT SEE THAT DOUBLING, WHAT IS THAT A SIGN

03:00PM 7    OF TO YOU AS A TREATING PHYSICIAN OR A TREATING NURSE

03:00PM 8    PRACTITIONER?

03:00PM 9    A.   IT CAN BE A SIGN OF A THREATENED PREGNANCY, MAYBE A

03:00PM 10   MISPLACED PREGNANCY, SOMETHING LIKE AN ECTOPIC PREGNANCY OR

03:00PM 11   PERHAPS A PREGNANCY THAT IS PERHAPS MORE THAN THREATENED AND IS

03:00PM 12   A MISCARRIAGE.

03:00PM 13   Q.   I'D LIKE TO TALK TO YOU ABOUT THE SPECIFIC RESULTS THAT

03:00PM 14   BRITTANY GOULD OBTAINED BOTH FROM THERANOS AND FROM THE

03:00PM 15   CONVENTIONAL LAB.

03:00PM 16       AND IF YOU LOOK AT THE FIRST TAB IN YOUR BINDER, THERE'S A

03:00PM 17   TAB LABELLED DEMONSTRATIVE.

03:00PM 18       DO YOU SEE THAT?

03:00PM 19   A.   I DO.

03:00PM 20   Q.   AND DOES THAT ACCURATELY REFLECT THE SERIES OF TEST

03:00PM 21   RESULTS THAT MS. GOULD OBTAINED, INCLUDING THE DATES?

03:01PM 22   A.   IT DOES.

03:01PM 23           MR. BOSTIC:  YOUR HONOR, I'D LIKE TO DISPLAY THIS TO

03:01PM 24   THE JURY AS A DEMONSTRATIVE.

03:01PM 25           THE COURT:  ANY OBJECTION, COUNSEL?

ZACHMAN DIRECT BY MR. BOSTIC                                    5782

03:01PM   1              MS. MCDOWELL:  NO OBJECTION.

03:01PM   2              THE COURT:  ALL RIGHT.  THIS WILL BE DISPLAYED AS A

03:01PM   3      DEMONSTRATIVE, LADIES AND GENTLEMEN.

03:01PM   4          IT WILL NOT BE INTRODUCED INTO EVIDENCE, BUT IT'S ADMITTED

03:01PM   5      AND DISPLAYED TO YOU TO EXPLAIN TESTIMONY.

03:01PM   6          AND YOU CAN DISPLAY THAT NOW.

03:01PM   7              MR. BOSTIC:  THANK YOU, YOUR HONOR.

03:01PM   8      Q.   OKAY.  DR. ZACHMAN, DO WE SEE NOW THE SERIES OF RESULTS

03:01PM   9      THAT BRITTANY GOULD OBTAINED FROM THESE TWO LABS?

03:01PM  10      A.   YES.

03:01PM  11      Q.   I'D LIKE TO START WITH THE FIRST ONE.  THAT'S A VALUE OF

03:01PM  12      1,005 ON SEPTEMBER 30TH.

03:01PM  13          DO YOU SEE THAT?

03:01PM  14      A.   YES.

03:01PM  15      Q.   AND WHAT WOULD THAT VALUE OR WHAT DID THAT VALUE SIGNAL TO

03:01PM  16      YOU AS HER TREATING MEDICAL PROFESSIONAL?

03:01PM  17      A.   THAT SHE WAS PREGNANT.

03:01PM  18      Q.   MOVING ON TO THE NEXT VALUE.  THAT'S TWO DAYS LATER;

03:01PM  19      CORRECT?  AND THIS ONE IS FROM THERANOS?

03:01PM  20      A.   YES.

03:01PM  21      Q.   AND THAT VALUE JUMPS UP TO 12,558; IS THAT RIGHT?

03:02PM  22      A.   YES.

03:02PM  23      Q.   AND CAN YOU REMIND US WHAT YOU WOULD HAVE EXPECTED TO SEE

03:02PM  24      IN A NORMAL HEALTHY PREGNANCY OVER THIS TWO-DAY PERIOD?

03:02PM  25      A.   YES.  WE OFTEN SEE ABOUT A DOUBLE, SO MAYBE SOMETHING

ZACHMAN DIRECT BY MR. BOSTIC                                    5783

03:02PM  1    AROUND 2,000 WOULD HAVE BEEN MORE APPROPRIATE OR ANTICIPATED.

03:02PM  2    Q.   ON ITS OWN, WAS THIS MUCH HIGHER RESULT ANY CAUSE FOR

03:02PM  3    CONCERN FOR YOU AT THE TIME?

03:02PM  4    A.   YES.

03:02PM  5    Q.   AND WHY IS THAT?

03:02PM  6    A.   IT'S UNEXPLAINABLE MEDICALLY.

03:02PM  7    Q.   MOVING ON.  ANOTHER TWO DAYS FORWARD IN TIME.  LOOKING AT

03:02PM  8    THE RESULT FROM OCTOBER 4TH, THE NUMBER AGAIN FROM THERANOS

03:02PM  9    FALLS BACK DOWN TO ABOUT 125.

03:02PM 10       DO YOU SEE THAT?

03:02PM 11    A.   YES.

03:02PM 12    Q.   WHAT WOULD THAT KIND OF DROP SIGNAL TO YOU AS A NURSE

03:02PM 13    PRACTITIONER TREATING THE PREGNANT PATIENT, AGAIN, THE DROP

03:02PM 14    FROM ABOUT 12,000 DOWN TO 125?

03:03PM 15    A.   IT SIGNIFIES EITHER A THREATENED PREGNANCY OR A LOSS OF A

03:03PM 16    PREGNANCY.

03:03PM 17    Q.   AND IS THAT KIND OF DROP POSSIBLY CONSISTENT WITH A

03:03PM 18    HEALTHY AND VIABLE PREGNANCY?

03:03PM 19    A.   NO.

03:03PM 20    Q.   IN YOUR EXPERIENCE AS A NURSE PRACTITIONER, HAVE YOU EVER

03:03PM 21    SEEN A HEALTHY VIABLE PREGNANCY THAT EXHIBITED THIS KIND OF

03:03PM 22    DRAMATIC DROP IN HCG LEVELS OVER A TWO DAY PERIOD?

03:03PM 23    A.   NO.

03:03PM 24    Q.   WE NOW SWITCH BACK TO THE CONVENTIONAL LABS, SONORAQUEST,

03:03PM 25    FOR THE OCTOBER 6TH RESULT.

ZACHMAN DIRECT BY MR. BOSTIC                                    5784

03:03PM   1          DO YOU SEE THAT?

03:03PM   2     A.   YES.

03:03PM   3     Q.   AND THE RESULT ON THAT DAY WAS 9,559; IS THAT CORRECT?

03:03PM   4     A.   YES.

03:03PM   5     Q.   AND SO WE'VE NOW JUMPED BACK UP FROM 125 TO ALMOST 10,000;

03:03PM   6     IS THAT RIGHT?

03:03PM   7     A.   YES.

03:03PM   8     Q.   AND WHEN YOU RECEIVED THAT RESULT, WHAT WERE YOU THINKING

03:03PM   9     ABOUT THE STATUS OF MS. GOULD'S PREGNANCY?

03:03PM  10     A.   IT WAS A LITTLE BIT CONFUSING.

03:04PM  11     Q.   EXPLAIN WHY, WHY WERE THESE SEQUENCE OF NUMBERS CONFUSING?

03:04PM  12     A.   WELL, YOU WOULDN'T -- IT BRINGS INTO QUESTION WHICH ONE OF

03:04PM  13     THESE RESULTS TO BELIEVE.

03:04PM  14          IF 125 WAS THE TRUE VALUE, IF IT WAS A HEALTHY PREGNANCY,

03:04PM  15     IT'S NOT GOING TO DOUBLE.  YOU KNOW, ALMOST 9,000 IS MORE THAN

03:04PM  16     DOUBLE.

03:04PM  17          IF IT'S A LOSS OF A PREGNANCY, IT SHOULDN'T GO UP.  SO IT

03:04PM  18     JUST DIDN'T FIT THE PICTURE.

03:04PM  19     Q.   AND THEN FINALLY, ON OCTOBER 8TH SONORAQUEST, THE

03:04PM  20     CONVENTIONAL LAB, RETURNED THE RESULT OF 17,716.

03:04PM  21          DO YOU SEE THAT?

03:04PM  22     A.   YES.

03:04PM  23     Q.   BETWEEN THE 6TH AND THE 8TH, WAS THAT KIND OF JUMP

03:04PM  24     SIGNIFICANT TO YOU AS SOMEONE TRYING TO DETERMINE THE STATUS OF

03:04PM  25     THE PREGNANCY?

ER-4359

03:04PM  1    A.   SURE.   THAT IS A REASSURING SIGN TO SEE AS IT IS.   IT'S

03:04PM  2    ABOUT DOUBLE IN 48 HOURS.

03:05PM  3    Q.   LOOKING AT THIS OVERALL SEQUENCE OF RESULTS --

03:05PM  4    A.   UH-HUH.

03:05PM  5    Q.   I WANT TO ASK YOU TO SET ASIDE THE THERANOS RESULTS FOR A

03:05PM  6    SECOND --

03:05PM  7    A.   UH-HUH.

03:05PM  8    Q.   -- AND LOOK ONLY AT THE THREE SONORAQUEST RESULTS, AND

03:05PM  9    TELL ME IF, IN YOUR VIEW, THOSE THREE RESULTS ARE CONSISTENT,

03:05PM 10    IF THEY MAKE SENSE TOGETHER AS SIGNIFYING A VIABLE PREGNANCY?

03:05PM 11    A.   THEY DO.

03:05PM 12    Q.   AND CAN YOU EXPLAIN WHY THAT'S THE CASE?

03:05PM 13    A.   SURE.

03:05PM 14         SO YOU WOULD ANTICIPATE THE TREND TO GO EVERY 48 HOURS

03:05PM 15    LIKE THIS, A THOUSAND TO 2-ISH THOUSAND TO 4,000 OR 4500, AND

03:05PM 16    THEN TO 9,000, AND DOUBLE THAT ABOUT 17-, 18,000.

03:05PM 17    Q.   AND SO IF THE THERANOS RESULTS WERE NOT IN THE PICTURE, IN

03:05PM 18    OTHER WORDS, YOU WOULD BE LOOKING AT TESTS CONSISTENT WITH A

03:05PM 19    HEALTHY PREGNANCY?

03:05PM 20    A.   YES.

03:05PM 21    Q.   LOOKING AT THE THERANOS RESULTS, HOWEVER, AND THAT'S BOTH

03:05PM 22    FOR OCTOBER 2ND AND OCTOBER 4TH RESULTS, DID YOU REACH A

03:06PM 23    CONCLUSION ABOUT THE ACCURACY OF THE THERANOS TEST RESULTS?

03:06PM 24    A.   I FELT THAT THEY WERE INACCURATE.

03:06PM 25    Q.   AND WHAT MADE YOU THINK THAT?   OR WHAT LED YOU TO THAT

03:06PM   1     CONCLUSION?

03:06PM   2     A.    THAT THEY WERE NOT NEAR THE ANTICIPATED VALUES.   I HAD --

03:06PM   3     WITH THE DROP, THE 125 DROP, I HAD CONTACTED BRITTANY TO SEE IF

03:06PM   4     SHE WAS EXPERIENCING SIGNS OF A MISCARRIAGE, AND SHE WAS NOT.

03:06PM   5     IT BROUGHT A LOT INTO THE QUESTION ABOUT THE VALIDITY.

03:06PM   6     Q.    IN YOUR OPINION AS A MEDICAL PROFESSIONAL, GIVEN THAT

03:06PM   7     MS. GOULD'S PREGNANCY WAS ULTIMATELY HEALTHY AND DELIVERED AT

03:06PM   8     TERM, COULD BOTH OF THESE THERANOS RESULTS HAVE ACCURATELY

03:06PM   9     REFLECTED THE TRUE HCG LEVELS IN HER BLOOD AT THE TIME?

03:06PM  10     A.    NO.

03:06PM  11     Q.    AND DID YOU REACH THAT CONCLUSION, APPLYING THE SAME

03:07PM  12     SCIENTIFIC PRINCIPLES THAT YOU APPLY -- DID YOU REACH THAT

03:07PM  13     CONCLUSION, APPLYING THE SAME SCIENTIFIC PRINCIPLES THAT YOU

03:07PM  14     USE IN YOUR DAY-TO-DAY PRACTICE?

03:07PM  15     A.    YES.

03:07PM  16     Q.    LET ME ASK YOU TO -- ONE MORE VERSION OF THIS QUESTION.

03:07PM  17     IF YOU IGNORE THE OCTOBER 4TH, 2014 RESULTS --

03:07PM  18     A.    YES.

03:07PM  19     Q.    -- AND LOOK AT THE DROP FROM ABOUT 12,558 TO 9,559, IF YOU

03:07PM  20     JUST LOOK AT THE OCTOBER 2ND AND OCTOBER 6TH RESULTS, AND IF

03:07PM  21     YOU SEE A DROP FROM ABOUT 12,000 DOWN TO 9,000 OVER 4 DAYS,

03:07PM  22     WHAT WOULD THAT SIGNIFY TO YOU ABOUT THE STATUS OF THE

03:07PM  23     PREGNANCY?

03:07PM  24     A.    IT WOULD BE CONSIDERED A THREATENED PREGNANCY.

03:08PM  25     Q.    WOULD A DROP LIKE THAT EVER BE CONSISTENT WITH A HEALTHY

03:08PM  1      PREGNANCY THAT ENDED UP RESULTING IN A DELIVERY?

03:08PM  2      A.   NO.

03:08PM  3      Q.   OF THE THOUSAND-PLUS HCG TESTS THAT YOU'VE REVIEWED OVER

03:08PM  4      THE COURSE OF YOUR CAREER TREATING PATIENTS, HAVE YOU EVER

03:08PM  5      ENCOUNTERED PROBLEMS LIKE WHAT YOU SAW WITH THE THERANOS TEST

03:08PM  6      RESULTS FOR HCG?

03:08PM  7      A.   NO.

03:08PM  8      Q.   LET ME ASK YOU A FEW MORE FACTUAL QUESTIONS ABOUT THE

03:08PM  9      EVENTS THAT CAME AFTER THESE RESULTS.

03:08PM 10          AFTER YOU RECEIVED THESE TEST RESULTS, DID YOU HAVE

03:08PM 11      CONVERSATIONS WITH ANYONE AT THERANOS?

03:08PM 12      A.   I DID.

03:08PM 13      Q.   AND WHAT WAS THE PURPOSE OF THOSE CONVERSATIONS?

03:08PM 14      A.   TO LOOK FOR AN EXPLANATION OF, OF WHAT THESE RESULTS

03:08PM 15      SHOULD HAVE BEEN.

03:08PM 16      Q.   AND IF I COULD ASK YOU TO TURN IN YOUR BINDER TO TAB 5184.

03:09PM 17          COULD YOU SEE AT 5184 THERE'S AN EMAIL CHAIN INTERNALLY AT

03:09PM 18      THERANOS RELATING TO TEST RESULTS, INCLUDING THOSE OF

03:09PM 19      MS. GOULD?

03:09PM 20      A.   YES.

03:09PM 21              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5184.

03:09PM 22              MS. MCDOWELL:  802 AND FOUNDATION.

03:09PM 23              THE COURT:  MR. BOSTIC.

03:09PM 24              MR. BOSTIC:  I THINK THE FOUNDATION HAS BEEN LAID

03:09PM 25      THROUGH OTHER WITNESSES FOR THIS AS A BUSINESS RECORD.

03:09PM   1        I'LL ALSO POINT OUT THAT MR. BALWANI IS ON THESE EMAILS,

03:09PM   2   SO THEY'RE RELEVANT FOR NOTICE.

03:09PM   3        THE COURT:  IS THIS AN 803(6) PURPOSE?

03:09PM   4        MR. BOSTIC:  YES, YOUR HONOR.

03:09PM   5        THE COURT:  THANK YOU.  THE OBJECTION IS OVERRULED.

03:09PM   6   THIS WILL BE ADMITTED, AND IT MAY BE PUBLISHED.

03:09PM   7        (GOVERNMENT'S EXHIBIT 5184 WAS RECEIVED IN EVIDENCE.)

03:09PM   8   BY MR. BOSTIC:

03:09PM   9   Q.   LET'S LOOK FIRST AT THE MIDDLE EMAIL ON THE FIRST PAGE.

03:10PM  10        DO YOU SEE THERE'S A MESSAGE FROM TINA LIN TO A GROUP OF

03:10PM  11   INDIVIDUALS AT THERANOS, INCLUDING MR. BALWANI?

03:10PM  12   A.   I SEE THAT.

03:10PM  13   Q.   AND IN THE BODY OF THE EMAIL THERE'S SOME MENTION OF

03:10PM  14   MR. GOULD -- I'M SORRY, MS. GOULD'S TEST RESULTS.

03:10PM  15        DO YOU SEE THAT?

03:10PM  16   A.   I DO.

03:10PM  17   Q.   AND YOU SEE THAT THERE WAS A RERUN FOR THE OCTOBER 4TH

03:10PM  18   SAMPLE?

03:10PM  19   A.   YES.

03:10PM  20   Q.   AND IT SAYS THAT THE RESULT SHOULD BE MULTIPLIED BY 100

03:10PM  21   AND SO IT WOULD BE 125.58 TIMES 100, OR 12,558.

03:10PM  22        DO YOU SEE THAT?

03:10PM  23   A.   I DO.

03:10PM  24   Q.   OKAY.  IF WE COULD GO BACK TO THE DEMONSTRATIVE.

03:10PM  25        LET ME ASK YOU TWO QUESTIONS ABOUT THAT OCTOBER 4TH

ZACHMAN DIRECT BY MR. BOSTIC                                    5789

03:10PM  1    NUMBER.

03:10PM  2         FIRST OF ALL, IF THAT NUMBER WERE ADJUSTED TO BE 12,558,

03:11PM  3    IT WOULD BE PRECISELY IDENTICAL TO THE RESULT FROM TWO DAYS

03:11PM  4    AGO.

03:11PM  5         WOULD THAT BE CORRECT?

03:11PM  6    A.   CORRECT.

03:11PM  7    Q.   IN YOUR EXPERIENCE, IS THAT SOMETHING THAT YOU WOULD

03:11PM  8    EXPECT TO SEE, AND THAT IS, TWO HCG RESULTS COME BACK TO

03:11PM  9    PRECISELY THE SAME VALUE, THE SAME DIGIT, TWO DAYS APART?

03:11PM 10    A.   I WOULD NOT ANTICIPATE THAT.

03:11PM 11    Q.   IF IT DID COME BACK THAT WAY AND YOU SAW THAT HCG LEVELS

03:11PM 12    HAD STAYED EXACTLY THE SAME OVER A TWO DAY PERIOD, WHAT, IF

03:11PM 13    ANYTHING, WOULD THAT TELL YOU ABOUT THE HEALTH OF THE

03:11PM 14    PREGNANCY?

03:11PM 15    A.   IT WOULD BE A CAUSE FOR CONCERN.

03:11PM 16    Q.   AND WOULD THAT CONCERN BE COMPOUNDED IF THE LEVEL DROPPED

03:11PM 17    TO DOWN BELOW 10,000 FOR THE NEXT RESULT?

03:11PM 18    A.   YES.

03:11PM 19    Q.   OKAY.  WE CAN PUT THAT ASIDE.

03:11PM 20         IF I COULD ASK YOU TO LOOK AT TAB 2083.

03:12PM 21         DO YOU SEE AT 2083 THERE'S AN EMAIL BETWEEN YOU AND

03:12PM 22    SOMEONE AT THERANOS RELATING TO AN HCG TEST?

03:12PM 23    A.   YES.

03:12PM 24              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 2083.

03:12PM 25              MS. MCDOWELL:  NO OBJECTION.

ER-4364

ZACHMAN DIRECT BY MR. BOSTIC                                    5790

03:12PM  1              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:12PM  2          (GOVERNMENT'S EXHIBIT 2083 WAS RECEIVED IN EVIDENCE.)

03:12PM  3      BY MR. BOSTIC:

03:12PM  4      Q.   HERE, DR. ZACHMAN, WE SEE AN EMAIL FROM SOMEONE NAMED

03:12PM  5      LESLIE NEVILLE AT THERANOS, AND SHE'S CHECKING BACK TO MAKE

03:12PM  6      SURE THAT YOU CHECKED WITH CHRISTIAN HOLMES REGARDING TO THE

03:12PM  7      HCG TEST.

03:12PM  8          DO YOU SEE THAT?

03:12PM  9      A.   I DO.

03:12PM 10      Q.   DO YOU REMEMBER SPEAKING WITH CHRISTIAN HOLMES IN

03:12PM 11      CONNECTION WITH YOUR CONCERNS ABOUT HCG?

03:12PM 12      A.   I REMEMBER SPEAKING TO A MAN OR A MALE VOICE.  I DON'T

03:12PM 13      REMEMBER WHO.

03:12PM 14      Q.   WERE YOU AWARE, WHEN YOU WERE SPEAKING TO THAT PERSON,

03:12PM 15      ABOUT WHETHER THEY WERE RELATED TO THE CEO OF THE COMPANY, FOR

03:12PM 16      EXAMPLE?

03:12PM 17      A.   I -- WHEN I FIRST FILED THE COMPLAINT, I SPOKE TO SOMEONE

03:13PM 18      WHO SOUNDED MORE LIKE THEY WERE MORE HR.

03:13PM 19          AND WHEN I HAD A FORMAL CONVERSATION ABOUT IT, IT WAS --

03:13PM 20      THE IMPRESSION WAS GIVEN THAT I WAS SPEAKING TO SOMEONE WHO WAS

03:13PM 21      PERHAPS HIGHER UP IN THE COMPANY.

03:13PM 22      Q.   IF I COULD ASK YOU TO TURN TO 5412 IN YOUR BINDER.

03:13PM 23          AT 5412, DO YOU SEE AN EMAIL BETWEEN YOU AND SOMEONE AT

03:13PM 24      THERANOS AGAIN IN OCTOBER OF 2014 RELATING TO THESE HCG ISSUES?

03:13PM 25      A.   YES.  SORRY.

ER-4365

ZACHMAN DIRECT BY MR. BOSTIC                                    5791

03:13PM  1            MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5412.

03:13PM  2            MS. MCDOWELL:  NO OBJECTION.

03:13PM  3            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:13PM  4       (GOVERNMENT'S EXHIBIT 5412 WAS RECEIVED IN EVIDENCE.)

03:14PM  5   BY MR. BOSTIC:

03:14PM  6   Q.   HERE, DR. ZACHMAN, DO YOU SEE THIS IS A MESSAGE FROM

03:14PM  7   CLIENTSOLUTIONS@THERANOS.COM, BUT IT'S SIGNED "BEST REGARDS,

03:14PM  8   CHRISTIAN"?

03:14PM  9   A.   YES.

03:14PM 10   Q.   WOULD THIS HAVE BEEN AFTER YOU HAD SOME CONVERSATIONS OVER

03:14PM 11   THE TELEPHONE WITH A THERANOS REPRESENTATIVE?

03:14PM 12   A.   YES.

03:14PM 13   Q.   AND YOU SEE THAT THIS EMAIL READS IN THE SECOND PARAGRAPH,

03:14PM 14   "WE HAVE INVESTIGATED THE MATTER THAT YOU BROUGHT TO OUR

03:14PM 15   ATTENTION RECENTLY AND HAVE DISCOVERED THAT IN THREE OUT OF

03:14PM 16   FOUR CASES, POST-ANALYTICAL HUMAN ERRORS, RESULTED IN THE

03:14PM 17   REPORTING OF INCORRECT RESULT VALUES."

03:14PM 18       DO YOU SEE THAT?

03:14PM 19   A.   YES.

03:14PM 20   Q.   AND DO YOU HAVE A MEMORY AROUND THIS TIME OF DISCUSSING

03:14PM 21   ADDITIONAL RESULTS BESIDES JUST MS. GOULD'S WITH SOMEONE AT

03:14PM 22   THERANOS?

03:14PM 23   A.   I DON'T.

03:14PM 24   Q.   DO YOU READ THIS EMAIL AS INDICATING THAT YOU WOULD HAVE

03:14PM 25   BEEN DISCUSSING MULTIPLE RESULTS AT THAT TIME?

03:14PM    1    A.   I DO.

03:14PM    2    Q.   YOU SEE HERE THAT CHRISTIAN GOES ON TO EXPLAIN THAT THAT

03:15PM    3    HUMAN ERROR CAME IN THE FORM OF REPORTING THE VALUES AS 1/100TH

03:15PM    4    OF THE TRUE CLINICAL VALUES THAT SHOULD HAVE BEEN REPORTED.

03:15PM    5         DO YOU SEE THAT?

03:15PM    6    A.   YES.

03:15PM    7    Q.   AND DO YOU SEE ABOVE THAT THERE'S THE CLAIM THAT "OUR

03:15PM    8    ASSAYS AND OUR SYSTEMS PERFORMED PERFECTLY WELL, HOWEVER, WE

03:15PM    9    IDENTIFIED 1 STEP IN POST PROCESSING THAT WAS THE CAUSE OF THIS

03:15PM   10    ERROR."

03:15PM   11         DO YOU SEE THAT?

03:15PM   12    A.   I DO.

03:15PM   13    Q.   AND THEN FINALLY, THERE ARE REPRESENTATIONS ABOUT HAVING

03:15PM   14    FIXED THE PROBLEM.

03:15PM   15         DO YOU SEE THOSE?

03:15PM   16    A.   YES.

03:15PM   17    Q.   OKAY.  WE CAN SET THAT ASIDE.

03:15PM   18         OVER THE COURSE OF CONVERSATIONS WITH REPRESENTATIVES AT

03:15PM   19    THERANOS, DID YOU EVER GET WHAT YOU FELT WERE SATISFACTORY

03:15PM   20    EXPLANATIONS FOR THE PROBLEMS THAT YOU HAD SEEN?

03:16PM   21    A.   NO.

03:16PM   22    Q.   DID THERE COME A TIME WHEN YOU STOPPED REFERRING YOUR

03:16PM   23    PATIENTS TO THERANOS FOR BLOOD TESTING?

03:16PM   24    A.   I WOULD RECOMMEND THAT THEY GO ELSEWHERE.

03:16PM   25    Q.   AND WHAT WAS THE REASON FOR YOU MAKING THAT DECISION AND

03:16PM  1    STOPPING SENDING YOUR PATIENTS TO THERANOS?

03:16PM  2    A.   I DIDN'T FEEL THAT I COULD MAKE APPROPRIATE DECISIONS

03:16PM  3    BASED OFF OF THE LAB VALUES I MIGHT RECEIVE.

03:16PM  4    Q.   AT THE TIME THAT YOU MADE THAT DECISION TO STOP SENDING

03:16PM  5    YOUR PATIENTS TO THERANOS, DO YOU KNOW WHETHER YOUR ENTIRE

03:16PM  6    PRACTICE, SOUTHWEST CONTEMPORARY, MADE THAT SAME DECISION OR

03:16PM  7    NOT?

03:16PM  8    A.   I DO NOT THINK IT WAS MADE ALTOGETHER AT THAT TIME.

03:16PM  9    Q.   DID THERE COME A TIME LATER WHEN THE PRACTICE AS A WHOLE

03:16PM  10   MADE THAT DECISION TO STOP USING THERANOS?

03:16PM  11   A.   YES.

03:16PM  12        MR. BOSTIC:  MAY I HAVE A MOMENT, YOUR HONOR?

03:16PM  13        THE COURT:  YES.

03:16PM  14   (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

03:17PM  15        MR. BOSTIC:  NO FURTHER QUESTIONS.  THANK YOU.

03:17PM  16        THE COURT:  CROSS-EXAMINATION?

03:17PM  17        MS. MCDOWELL:  YES, YOUR HONOR.

03:17PM  18   MAY I APPROACH, YOUR HONOR?

03:17PM  19        THE COURT:  YES.

03:17PM  20        MS. MCDOWELL:  (HANDING.)

03:17PM  21                    **CROSS-EXAMINATION**

03:18PM  22   BY MS. MCDOWELL:

03:18PM  23   Q.   GOOD AFTERNOON, DR. ZACHMAN.

03:18PM  24   MY NAME IS AMANDA MCDOWELL.  I REPRESENT MR. BALWANI.  AND

03:18PM  25   I HAVE A FEW QUESTIONS FOR YOU TODAY.

ZACHMAN CROSS BY MS. MCDOWELL                                    5794

03:18PM   1            SO YOU TESTIFIED JUST NOW THAT YOU REVIEWED MS. GOULD'S

03:18PM   2    THERANOS TEST RESULTS; RIGHT?

03:18PM   3    A.    YES.

03:18PM   4    Q.    AND YOU TESTIFIED THAT YOU NOTICED A DROP IN HER HCG

03:18PM   5    NUMBERS FROM HER THERANOS RESULTS; CORRECT?

03:18PM   6    A.    CORRECT.

03:18PM   7    Q.    AND WHEN YOU SAW HER RESULTS, YOU SPOKE TO MS. GOULD;

03:18PM   8    CORRECT?

03:18PM   9    A.    CORRECT.

03:18PM  10    Q.    AND YOU ADVISED MS. GOULD TO REPEAT HER LABS; CORRECT?

03:18PM  11    A.    YES.

03:18PM  12    Q.    AND SHE DID REPEAT HER LABS; RIGHT?

03:18PM  13    A.    YES.

03:18PM  14    Q.    AND THERE ARE OTHER OCCASIONS WHERE YOU HAVE TO RECOMMEND

03:18PM  15    TO YOUR PATIENTS THAT THEY SHOULD REPEAT THEIR LABS; CORRECT?

03:18PM  16    A.    CORRECT.

03:18PM  17    Q.    AND IT HAPPENS SOMETIMES?

03:18PM  18    A.    TO RECOMMEND A REPEAT?  YES.

03:18PM  19    Q.    IT'S NOT UNIQUE TO THERANOS; CORRECT?

03:18PM  20    A.    CORRECT.

03:18PM  21    Q.    SO AFTER YOU RECEIVED MS. GOULD'S RESULT, YOU TESTIFIED

03:19PM  22    THAT YOU SPOKE TO THERANOS; RIGHT?

03:19PM  23    A.    CORRECT.

03:19PM  24    Q.    TO REPORT YOUR CONCERNS; CORRECT?

03:19PM  25    A.    CORRECT.

ER-4369

ZACHMAN CROSS BY MS. MCDOWELL                    5795

03:19PM 1    Q.   AND THERANOS LOOKED INTO IT; RIGHT?

03:19PM 2    A.   YES.

03:19PM 3            MS. MCDOWELL:  YOUR HONOR, PERMISSION TO PUBLISH

03:19PM 4    PREVIOUSLY ADMITTED EXHIBIT 5184?

03:19PM 5            THE COURT:  YES.

03:19PM 6            MS. MCDOWELL:  IT'S NOT SHOWING ON THE SCREEN FOR

03:19PM 7    ME.  I'M SORRY.

03:19PM 8    Q.   OKAY.  CAN YOU SEE THAT ON YOUR SCREEN?

03:19PM 9    A.   YES.

03:19PM 10   Q.   THIS IS AN EMAIL THAT YOU REVIEWED WITH MR. BOSTIC JUST

03:19PM 11   NOW.

03:19PM 12       DO YOU RECALL THAT?

03:19PM 13   A.   YES.

03:19PM 14   Q.   OKAY.  AND IF WE CAN LOOK AT THE BEGINNING OF THIS EMAIL

03:19PM 15   CHAIN.  THERE'S AN EMAIL FROM MR. BALWANI ON OCTOBER 6TH, 2014.

03:19PM 16       DO YOU SEE THAT?

03:19PM 17   A.   I SEE THAT.

03:19PM 18   Q.   AND HE WRITES AN EMAIL TO TINA LIN AND OTHERS; CORRECT?

03:20PM 19   A.   I SEE THAT.

03:20PM 20   Q.   AND MR. BALWANI WRITES, "CAN U GUYS REVIEW AND CLEAR THIS

03:20PM 21   TOMORROW.  I WOULD LIKE THIS CLEARED.  THX."

03:20PM 22       DO YOU SEE THAT?

03:20PM 23   A.   I SEE THAT.

03:20PM 24   Q.   AND SCROLLING DOWN THE LIST, THERE'S A LIST OF NAMES THAT

03:20PM 25   ARE REDACTED FOR PATIENT PRIVACY, BUT AT THE END OF THE LIST

ZACHMAN CROSS BY MS. MCDOWELL                        5796

03:20PM 1    YOU SEE BRITTANY GOULD; CORRECT?

03:20PM 2    A.   I SEE THAT.

03:20PM 3    Q.   AND THEN LOOKING TOWARDS THE END OF THE CHAIN, THERE'S AN

03:20PM 4    EMAIL BACK TO MR. BALWANI FROM MS. LIN ON OCTOBER 7TH, 2014.

03:20PM 5         DO YOU SEE THAT?

03:20PM 6    A.   I DO.

03:20PM 7    Q.   AND MR. BALWANI IS INFORMED REGARDING BRITTANY GOULD, HER

03:20PM 8    VISIT ON 10/2 WAS OORH.

03:20PM 9         DO YOU SEE THAT?

03:20PM 10   A.   I DO.

03:20PM 11   Q.   AND DO YOU UNDERSTAND THAT TO MEAN OUT OF RANGE HIGH?

03:21PM 12   A.   I -- NO.  I'M NOT FAMILIAR WITH THOSE ACRONYMS.

03:21PM 13   Q.   IS OORH CONSISTENT --

03:21PM 14   A.   IT MAKES SENSE.  I'M SORRY.  YES, THAT MAKES SENSE.

03:21PM 15   Q.   OKAY.  AND TINA LIN ALSO REPORTS TO MR. BALWANI, "HER

03:21PM 16   VISIT ON 10/4 WAS ALSO OORH INITIALLY, BUT WE DID A DILUTED

03:21PM 17   RERUN.  THE RESULT SHOULD BE MULTIPLIED BY 100 (IT WOULD BE

03:21PM 18   125.58 TIMES 100 EQUALS 12,558).

03:21PM 19        DO YOU SEE THAT?

03:21PM 20   A.   YES.

03:21PM 21   Q.   AND MS. LIN REPORTS, "AND THAT SHOULD CLOSE IT OUT..."

03:21PM 22   A.   CORRECT.

03:21PM 23   Q.   AND SO MS. LIN IS REPORTING TO MR. BALWANI HERE THAT

03:21PM 24   MS. GOULD'S RESULTS SHOULD HAVE BEEN MULTIPLIED BY 100;

03:22PM 25   CORRECT?

03:22PM   1    A.   THAT'S WHAT I SEE, CORRECT.

03:22PM   2    Q.   AND SHE'S REPORTING A DECIMAL ERROR; CORRECT?

03:22PM   3    A.   CORRECT.

03:22PM   4    Q.   SO AFTER THAT, THERANOS FOLLOWED UP WITH YOU AGAIN;

03:22PM   5    CORRECT?

03:22PM   6    A.   CORRECT.

03:22PM   7         MS. MCDOWELL:  YOUR HONOR, PERMISSION TO PUBLISH

03:22PM   8    PREVIOUSLY ADMITTED EXHIBIT 2083?

03:22PM   9         THE COURT:  YES.

03:22PM  10    BY MS. MCDOWELL:

03:22PM  11    Q.   SO, DR. ZACHMAN, THIS IS ANOTHER EMAIL THAT YOU LOOKED AT

03:22PM  12    WITH THE GOVERNMENT?

03:22PM  13         YOU SEE HERE THAT ON OCTOBER 14TH, 2014, LESLIE NEVILLE

03:22PM  14    FROM THERANOS CHECKED BACK WITH YOU; CORRECT?

03:22PM  15    A.   CORRECT.

03:22PM  16    Q.   ABOUT MS. GOULD'S RESULTS; RIGHT?

03:22PM  17    A.   CORRECT.

03:22PM  18    Q.   AND THEN THERANOS REACHED OUT TO YOU AGAIN; CORRECT?

03:22PM  19    A.   CORRECT.

03:22PM  20         MS. MCDOWELL:  YOUR HONOR, PERMISSION TO PUBLISH

03:22PM  21    PREVIOUSLY ADMITTED EXHIBIT 5412?

03:22PM  22         THE COURT:  YES.

03:23PM  23    BY MS. MCDOWELL:

03:23PM  24    Q.   DR. ZACHMAN, THIS IS ANOTHER EMAIL THAT YOU LOOKED AT WITH

03:23PM  25    THE GOVERNMENT FROM THERANOS TO YOU?

03:23PM  1          DO YOU SEE THAT?

03:23PM  2     A.   I DO.

03:23PM  3     Q.   ON OCTOBER 22ND, 2014; RIGHT?

03:23PM  4     A.   YES.

03:23PM  5     Q.   AND IN THE MIDDLE OF THE EMAIL THERANOS REPORTS TO YOU

03:23PM  6     "THE VALUES FOR ASSAY IN QUESTION REPORTED WERE 1/100TH OF THE

03:23PM  7     TRUE CLINICAL VALUES THAT SHOULD HAVE BEEN REPORTED."

03:23PM  8          DO YOU SEE THAT?

03:23PM  9     A.   YES.

03:23PM 10     Q.   SO SHE IS REPORTING TO YOU THAT THERE'S A DECIMAL ERROR

03:23PM 11     WITH MS. GOULD'S RESULT; CORRECT?

03:23PM 12     A.   CORRECT.

03:23PM 13     Q.   AND YOU SEE ALSO IN THIS EMAIL THAT THERANOS REPORTED THAT

03:23PM 14     CORRECTIVE ACTION HAD BEEN TAKEN; RIGHT?

03:23PM 15     A.   I SEE THAT.

03:23PM 16     Q.   AND YOU SEE TOWARDS THE END OF THIS EMAIL THAT THERANOS

03:23PM 17     SINCERELY APOLOGIZED FOR THE ERROR; RIGHT?

03:23PM 18     A.   YES.

03:23PM 19     Q.   AND MR. HOLMES PROVIDED HIS PERSONAL EMAIL AND CONTACT

03:23PM 20     INFORMATION; CORRECT?

03:23PM 21     A.   I SEE THAT.

03:23PM 22     Q.   OKAY.

03:24PM 23          YOUR HONOR, PERMISSION TO PUBLISH PREVIOUSLY PUBLISHED

03:24PM 24     EXHIBITS 2044 AND 4242?

03:24PM 25               THE COURT:  YES.

03:24PM   1          MS. MCDOWELL:  AND I HAVE A DEMONSTRATIVE THAT I

03:24PM   2   WOULD LIKE TO PASS UP BASED ON THESE TWO EXHIBITS.

03:24PM   3          THE COURT:  OKAY.  DO YOU WANT TO USE THE ELMO FOR

03:24PM   4   THIS?

03:24PM   5          MS. MCDOWELL:  ACTUALLY, I'M GOING TO USE THE SPLIT

03:24PM   6   SCREEN WITH MR. ALLEN.

03:24PM   7       PERMISSION TO PUBLISH?

03:24PM   8          THE COURT:  YES.

03:24PM   9       AND DID YOU WANT THE WITNESS TO HAVE A COPY?

03:24PM  10          MS. MCDOWELL:  I WAS GOING TO PUT IT ON THE SCREEN.

03:24PM  11   Q.   SO, DR. ZACHMAN, YOU CAN SEE ON THE LEFT-HAND SIDE OF THIS

03:24PM  12   SCREEN HERE MS. GOULD'S OCTOBER 2ND, 2014 TEST; RIGHT?

03:24PM  13   A.   YES.

03:24PM  14   Q.   AND YOU SEE THAT REFLECTED ON THE CALENDAR ON THE

03:25PM  15   RIGHT-HAND SIDE OF YOUR SCREEN; CORRECT?

03:25PM  16   A.   YES.

03:25PM  17   Q.   OKAY.  IF YOU CAN GO TO THE NEXT PAGE OF THAT RESULT.

03:25PM  18       SO, DR. ZACHMAN, DO YOU SEE HERE MS. GOULD'S TEST RESULT

03:25PM  19   AND THE DATE OF THE VISIT IS LISTED AS OCTOBER 4TH, 2014;

03:25PM  20   RIGHT?

03:25PM  21   A.   YES.

03:25PM  22   Q.   AND DO YOU SEE THAT REFLECTED ON THE CALENDAR HERE?

03:25PM  23   A.   YES.

03:25PM  24   Q.   AND DO YOU SEE THAT THIS REPORT, THE RESULT VALUE IS

03:25PM  25   125.58; RIGHT?

03:25PM  1    A.   YES.

03:25PM  2    Q.   AND AT THE BOTTOM OF THE RESULT THE REPORT DATE IS LISTED

03:25PM  3    AS OCTOBER 6TH, 2014.

03:25PM  4         DO YOU SEE THAT?

03:25PM  5    A.   I SEE THAT.

03:25PM  6    Q.   OKAY.  AND THAT SHOULD BE REFLECTED ON THE CALENDAR ON

03:25PM  7    YOUR SCREEN?

03:25PM  8    A.   OKAY.

03:25PM  9    Q.   OKAY.  AND THEN IF WE CAN PUT UP EXHIBIT 4242.

03:26PM 10         I APOLOGIZE, YOUR HONOR.  I THINK EXHIBIT 4242 IS NOT YET

03:26PM 11    IN EVIDENCE.  I APOLOGIZE.

03:26PM 12              THE COURT:  DID YOU WANT TO INTRODUCE IT?

03:26PM 13              MS. MCDOWELL:  I DO.

03:26PM 14              THE COURT:  ANY OBJECTION, MR. BOSTIC, TO 4242?

03:26PM 15              MR. BOSTIC:  YOUR HONOR, IF WE CAN JUST HAVE THE

03:26PM 16    WITNESS LAY A FOUNDATION FOR THIS EXHIBIT.

03:26PM 17              THE COURT:  SURE.

03:26PM 18    BY MS. MCDOWELL:

03:26PM 19    Q.   SO, DR. ZACHMAN, I APOLOGIZE.  COULD YOU TURN IN YOUR

03:26PM 20    BINDER TO A TAB LABELLED 4242.

03:26PM 21    A.   OKAY.

03:26PM 22    Q.   AND DO YOU SEE HERE THAT THIS IS A THERANOS TEST RESULT

03:26PM 23    FOR MS. GOULD?

03:26PM 24    A.   I SEE THAT.

03:26PM 25    Q.   AND YOU SEE HERE YOU'RE LISTED AS THE PHYSICIAN; CORRECT?

ZACHMAN CROSS BY MS. MCDOWELL                                    5801

03:26PM  1    A.   CORRECT.

03:26PM  2    Q.   AND YOU SEE THAT THE VISIT DATE IS OCTOBER 4TH, 2014;

03:27PM  3    RIGHT?

03:27PM  4    A.   I SEE THAT.

03:27PM  5    Q.   AND YOU SEE A RESULT VALUE HERE; RIGHT?

03:27PM  6    A.   YES.

03:27PM  7    Q.   FOR AN HCG TEST; CORRECT?

03:27PM  8    A.   CORRECT.

03:27PM  9              MS. MCDOWELL:  YOUR HONOR, WE MOVE TO ADMIT

03:27PM  10   EXHIBIT 4242.

03:27PM  11             MR. BOSTIC:  NO OBJECTION, YOUR HONOR.  I'LL NOTE

03:27PM  12   THAT THIS IS ALREADY IN EVIDENCE AS EXHIBIT 2444.

03:27PM  13             THE COURT:  I THINK IT IS.  I THINK WE LOOKED AT

03:27PM  14   THIS.

03:27PM  15             MS. MCDOWELL:  OH, OKAY.  I'M SORRY.

03:27PM  16             THE COURT:  NO, NO.  THAT'S QUITE ALL RIGHT.  I'LL

03:27PM  17   ADMIT IT, AND IT MAY BE PUBLISHED.

03:27PM  18        (GOVERNMENT'S EXHIBIT 4242 WAS RECEIVED IN EVIDENCE.)

03:27PM  19   BY MS. MCDOWELL:

03:27PM  20   Q.   OKAY.  SO, DR. ZACHMAN, ON YOUR SCREEN HERE IS A TEST

03:27PM  21   RESULT FOR MS. GOULD; RIGHT?

03:27PM  22   A.   YES.

03:27PM  23   Q.   AND THE VISIT DATE IS OCTOBER 4TH, 2014; RIGHT?

03:27PM  24   A.   YES.

03:27PM  25   Q.   AND THE RESULT VALUE IS 12,558; RIGHT?

ZACHMAN CROSS BY MS. MCDOWELL                                    5802

03:27PM  1      A.   RIGHT.

03:27PM  2      Q.   AND THERE'S A CORRECTED -- THIS IS LISTED AS A CORRECTED

03:27PM  3    RESULT; RIGHT?

03:27PM  4      A.   CORRECT.

03:27PM  5      Q.   AND DO YOU SEE AT THE BOTTOM THERE'S A REPORT DATE OF

03:27PM  6    OCTOBER 8TH, 2014.

03:27PM  7           DO YOU SEE THAT?

03:27PM  8      A.   I SEE THAT.

03:27PM  9      Q.   OKAY.  AND THAT SHOULD BE REFLECTED ON THE CALENDAR.

03:28PM 10           IF WE CAN GO BACK TO THE PREVIOUS EXHIBIT ONE MORE TIME.

03:28PM 11           SO WE'RE LOOKING AT EXHIBIT 2044.  THIS IS THE VISIT FROM

03:28PM 12    OCTOBER 2ND, 2014; RIGHT?

03:28PM 13      A.   YES.

03:28PM 14      Q.   OKAY.  AND YOU SEE HERE THE VALUE AGAIN IS 12,558; RIGHT?

03:28PM 15      A.   I SEE THAT.

03:28PM 16      Q.   AND THE REPORT DATE AT THE BOTTOM IS OCTOBER 8TH, 2014;

03:28PM 17    RIGHT?

03:28PM 18      A.   YES.

03:28PM 19      Q.   SO THIS SHOULD BE REFLECTED ON YOUR CALENDAR.

03:28PM 20           SO YOU SEE HERE ON OCTOBER 8TH, TWO DIFFERENT REPORTS FOR

03:28PM 21    MS. GOULD WERE ISSUED BY THERANOS; CORRECT?

03:28PM 22      A.   I SEE THAT.

03:28PM 23      Q.   AND DO YOU SEE ON OCTOBER 6TH THERE WAS A REPORT FOR HER

03:28PM 24    SECOND VISIT; RIGHT?  AND THAT WAS MULTIPLIED BY 100; RIGHT?

03:28PM 25      A.   I SEE THAT.

ER-4377

ZACHMAN CROSS BY MS. MCDOWELL                                           5803

03:28PM   1    Q.   AND REPORTED ON OCTOBER 8TH; CORRECT?

03:28PM   2    A.   CORRECT.

03:29PM   3    Q.   AND THEN THERE WAS A SECOND REPORT ISSUED ON OCTOBER 8TH

03:29PM   4    FOR HER FIRST VISIT; CORRECT?

03:29PM   5    A.   I SEE THAT.

03:29PM   6    Q.   SO THOSE ARE IDENTICAL RESULTS; RIGHT?

03:29PM   7    A.   THAT'S RIGHT.

03:29PM   8    Q.   AND YOU TESTIFIED THAT THAT WOULDN'T FIT THE CLINICAL

03:29PM   9    PICTURE; CORRECT?

03:29PM  10    A.   CORRECT.

03:29PM  11    Q.   IF SOMEONE AT THERANOS HAD MADE A TRANSCRIPTION ERROR AND

03:29PM  12    ACCIDENTALLY REPORTED THE SAME RESULT TWICE, WOULD THAT BE ONE

03:30PM  13    EXPLANATION FOR THESE IDENTICAL RESULTS?

03:30PM  14    A.   NOT TO ME, NO.

03:30PM  15    Q.   IF THE SAME RESULT WAS ACCIDENTALLY REPORTED TWICE, COULD

03:30PM  16    THAT BE ONE EXPLANATION FOR THESE IDENTICAL RESULTS; CORRECT?

03:30PM  17    A.   TO ME, THE VALUE DOESN'T MAKE SENSE, THE NUMBER ITSELF.

03:30PM  18    Q.   OKAY.  I UNDERSTAND THE VALUE DOESN'T MAKE SENSE, BUT IF

03:30PM  19    SOMEONE ACCIDENTALLY REPORTED THE SAME RESULT TWICE, THAT WOULD

03:30PM  20    BE ONE EXPLANATION FOR THE IDENTICAL RESULT; CORRECT?

03:30PM  21    A.   CORRECT.

03:30PM  22    Q.   SO YOU TESTIFIED TODAY THAT YOU MADE A DECISION TO STOP

03:30PM  23    USING THERANOS; CORRECT?

03:30PM  24    A.   CORRECT.

03:30PM  25    Q.   BUT YOUR CLINIC DID RESUME USING THERANOS IN 2015; RIGHT?

ER-4378

ZACHMAN CROSS BY MS. MCDOWELL                                          5804

03:30PM  1      A.   YES.

03:30PM  2      Q.   AND YOUR CLINIC ALSO SET UP AN ELECTRONIC INTERFACE TO

03:30PM  3      SEND MORE LAB ORDERS TO THERANOS AFTER MS. GOULD'S TEST; RIGHT?

03:30PM  4      A.   I DON'T REMEMBER.

03:30PM  5      Q.   IF YOU COULD TURN IN YOUR BINDER TO EXHIBIT 20071.  LET ME

03:30PM  6      KNOW WHEN YOU HAVE IT IN FRONT OF YOU?

03:30PM  7      A.   I DO.

03:30PM  8      Q.   OKAY.  THANKS.

03:30PM  9           DO YOU SEE THIS IS AN EMAIL FROM MOLLY JO RILEY; RIGHT?

03:30PM  10     A.   YES.

03:30PM  11     Q.   AND SHE'S AN EMPLOYEE OF SOUTHWEST CONTEMPORARY WOMEN'S

03:31PM  12     CARE; RIGHT?

03:31PM  13     A.   YES.

03:31PM  14     Q.   AND YOU SEE THAT THIS EMAIL IS SENT TO SEVERAL GROUPS AT

03:31PM  15     YOUR FORMER CLINIC; RIGHT?

03:31PM  16     A.   YES.

03:31PM  17     Q.   AND INCLUDING SWCWC PROVIDERS AT -- IT'S A MOUTHFUL.

03:31PM  18     SWCWCPROVIDERS@SWCWC.NET.

03:31PM  19          DO YOU SEE THAT?

03:31PM  20     A.   YES.

03:31PM  21     Q.   AND YOU WERE A PROVIDER AT THE CLINIC AND RECEIVED EMAILS

03:31PM  22     THROUGH THIS GROUP; CORRECT?

03:31PM  23     A.   CORRECT.

03:31PM  24     Q.   OKAY.

03:31PM  25          YOUR HONOR, WE MOVE TO ADMIT EXHIBIT 20071.

ZACHMAN CROSS BY MS. MCDOWELL                                    5805

03:31PM   1                    MR. BOSTIC:  NO OBJECTION.

03:31PM   2                    THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:31PM   3              (DEFENDANT'S EXHIBIT 20071 WAS RECEIVED IN EVIDENCE.)

03:31PM   4         BY MS. MCDOWELL:

03:31PM   5         Q.   OKAY.  YOU SEE HERE THE EMAIL THAT I JUST REFERENCED WAS

03:31PM   6         SENT ON OCTOBER 4TH, 2015; RIGHT?

03:31PM   7         A.   YES.

03:31PM   8         Q.   AND THE SUBJECT IS THERANOS ELECTRONIC ORDERS AND RESULTS;

03:31PM   9         CORRECT?

03:31PM  10         A.   CORRECT.

03:31PM  11         Q.   AND MS. RILEY REPORTS, "GOOD MORNING EVERYONE,

03:32PM  12              "THE BIDIRECTIONAL INTERFACE WITH THERANOS HAS BEEN SET

03:32PM  13         UP.  WE ARE NOW ABLE TO SEND LAB ORDERS TO AND RECEIVE RESULTS

03:32PM  14         FROM THERANOS ELECTRONICALLY.  THE PROCESS IS THE SAME AS WHAT

03:32PM  15         WE DO FOR SONORAQUEST, PROPATH, AND LABCORP.  PLEASE LET ME

03:32PM  16         KNOW IF YOU HAVE ANY QUESTIONS."

03:32PM  17              DO YOU SEE THAT?

03:32PM  18         A.   I DO.

03:32PM  19         Q.   AND THIS IS AFTER MS. GOULD'S RESULTS; CORRECT?

03:32PM  20         A.   CORRECT.

03:32PM  21         Q.   AND ISN'T IT RIGHT, DR. ZACHMAN, THAT THERE WERE OVER A

03:32PM  22         THOUSAND VISITS TO THERANOS FROM YOUR PATIENT'S CLINICS AFTER

03:32PM  23         MS. GOULD'S RESULTS?

03:32PM  24         A.   I WOULDN'T BE SURPRISED TO HEAR THAT THERE WAS.

03:32PM  25         Q.   OKAY.  AND ISN'T IT RIGHT THAT THERE WERE OVER 200 HCG

ZACHMAN CROSS BY MS. MCDOWELL                                    5806

03:32PM 1      TESTS ORDERED FROM YOUR PATIENT'S CLINICS AFTER MS. GOULD'S

03:32PM 2      RESULTS?

03:32PM 3      A.   ALTHOUGH I DON'T KNOW THE NUMBERS, I WOULDN'T BE

03:32PM 4      SURPRISED.

03:32PM 5      Q.   AND YOUR PATIENTS ALSO RECEIVED HCG RESULTS FROM THERANOS

03:32PM 6      AFTER MS. GOULD'S RESULTS; CORRECT?

03:33PM 7      A.   I'M SURE THAT THEY DID.

03:33PM 8      Q.   OKAY.  IF YOU COULD LOOK AT EXHIBIT 20073 IN YOUR BINDER.

03:33PM 9      A.   YES, I'M HERE.  SORRY.

03:33PM 10     Q.   THANK YOU.  YOU SEE THIS IS A SPREADSHEET; RIGHT?

03:33PM 11     A.   YES.

03:33PM 12     Q.   AND THERE ARE A LOT OF PAGES HERE, BUT YOU SEE THAT THERE

03:33PM 13     ARE SEVERAL COLUMNS; RIGHT?

03:33PM 14     A.   CORRECT.

03:33PM 15     Q.   AND THERE ARE ORDER DATES LISTED HERE; RIGHT?

03:33PM 16     A.   YES.

03:33PM 17     Q.   AND BLOOD TESTS LISTED HERE AS WELL?

03:33PM 18     A.   YES.

03:33PM 19     Q.   AND WHEN YOU WERE WORKING AT YOUR FORMER CLINIC, YOU GUYS

03:33PM 20     REGULARLY PRESERVED MEDICAL DATA OF YOUR PATIENTS; CORRECT?

03:33PM 21     A.   CORRECT.

03:33PM 22          MS. MCDOWELL:  YOUR HONOR, WE MOVE TO ADMIT

03:33PM 23     EXHIBIT 20073 BASED ON A STIPULATION OF THE PARTIES.

03:33PM 24          MR. BOSTIC:  SO, YOUR HONOR, WE STIPULATE AS TO

03:33PM 25     AUTHENTICITY, BUT IT'S NOT CLEAR, AND I'M NOT SURE WHETHER THIS

ER-4381

03:34PM   1    WITNESS CAN TELL US WHAT WE'RE ACTUALLY LOOKING AT HERE.

03:34PM   2              THE COURT:  WELL, THIS NEEDS SOME FOUNDATION.

03:34PM   3              MS. MCDOWELL:  OKAY.

03:34PM   4    Q.   SO YOU SEE HERE THAT THERE ARE SEVERAL COLUMNS ON THE

03:34PM   5    FIRST PAGE; RIGHT?

03:34PM   6    A.   I SEE THAT.

03:34PM   7    Q.   AND YOU SEE THAT THERE ARE LAB ORDER NUMBERS FOR YOUR

03:34PM   8    FORMER CLINIC; CORRECT?

03:34PM   9    A.   I SEE LAB ORDER NUMBERS, YES.

03:34PM  10    Q.   AND YOU SEE ORDERS FOR DIFFERENT BLOOD TESTS; CORRECT?

03:34PM  11    A.   I SEE THAT.

03:34PM  12    Q.   OKAY.  AND IF YOU CAN TURN TO PAGE 23 OF THIS DOCUMENT.

03:34PM  13         YOU SEE THAT THERE'S A LIST OF PROVIDERS -- OH, SORRY.

03:34PM  14    A.   SORRY.  WHOOPS.  I'M THERE.  THANK YOU.

03:34PM  15    Q.   OKAY.  YOU SEE THERE'S A LIST OF PROVIDERS LISTED HERE;

03:34PM  16    CORRECT?

03:34PM  17    A.   I SEE THAT, YES.

03:34PM  18    Q.   AND DO YOU RECOGNIZE THESE AS YOUR FORMER COLLEAGUES?

03:34PM  19    A.   I DO.

03:34PM  20    Q.   AND DO YOU SEE YOUR NAME ON THIS AS WELL?

03:34PM  21    A.   I SEE IT.

03:34PM  22    Q.   AND YOU SEE THAT THERE IS A COLUMN FOR PATIENT PERSON

03:35PM  23    NUMBER; RIGHT?

03:35PM  24    A.   I SEE THAT.

03:35PM  25    Q.   AND DID YOUR CLINIC REFER TO ITS PATIENTS AS IT PRESERVED

03:35PM 1    ITS RECORD THROUGH A NUMBERING SYSTEM LIKE THIS?

03:35PM 2    A.   YES.

03:35PM 3    Q.   AND YOU SEE THERE'S A PRACTICE CODE; CORRECT?

03:35PM 4    A.   I SEE THAT.

03:35PM 5    Q.   AND ARE YOU FAMILIAR WITH THE PRACTICE CODE SWC?

03:35PM 6    A.   I WOULD ASSUME IT'S SOUTHWEST WOMEN'S CARE.

03:35PM 7    Q.   OKAY.  AND YOU SEE THERE'S A FACILITY NAME COLUMN;

03:35PM 8    CORRECT?

03:35PM 9    A.   I SEE THAT.

03:35PM 10   Q.   AND THE FACILITY NAME IS THERANOS; RIGHT?

03:35PM 11   A.   I SEE THAT.

03:35PM 12   Q.   OKAY.  SO THIS IS A SPREADSHEET REFLECTING YOUR FORMER

03:35PM 13   CLINIC'S PATIENTS WHO VISITED THERANOS; CORRECT?

03:35PM 14   A.   THAT'S WHAT IT APPEARS.

03:35PM 15        MS. MCDOWELL:  YOUR HONOR, WE MOVE TO ADMIT

03:35PM 16   EXHIBIT 20073.

03:35PM 17        MR. BOSTIC:  SO, YOUR HONOR, AGAIN, NO OBJECTION AS

03:35PM 18   TO THE AUTHENTICITY, BUT IT'S STILL NOT CLEAR TO ME THAT THIS

03:35PM 19   WITNESS CAN TELL US EXACTLY WHAT WE'RE LOOKING AT, SO SAME

03:36PM 20   OBJECTION.

03:36PM 21        THE COURT:  I THINK THERE'S -- AS TO PAGE 23 ON -- I

03:36PM 22   DON'T SEE ANY DATES.  MAYBE YOU CAN GET A FOUNDATION FOR THAT.

03:36PM 23        MS. MCDOWELL:  SO ALSO -- I DON'T KNOW IF THERE'S

03:36PM 24   BEEN A MISCOMMUNICATION, BUT MY UNDERSTANDING IS THAT WE HAVE

03:36PM 25   STIPULATED TO AUTHENTICATION AND HEARSAY, BUT IT'S NOT HEARSAY.

ZACHMAN CROSS BY MS. MCDOWELL                          5809

03:36PM   1        SO I'M -- I GUESS I'M -- I DON'T KNOW IF WE NEED TO CLEAR

03:36PM   2    THIS UP.

03:36PM   3            MR. BOSTIC:  SO, YOUR HONOR, I THINK MAYBE MY

03:36PM   4    OBJECTION IS BETTER FRAMED AS A RELEVANCE OBJECTION.

03:36PM   5            THE COURT:  RIGHT.

03:36PM   6        PARDON ME, MR. BOSTIC.  THAT WAS THE BASIS, A 401 AS TO

03:36PM   7    THE TIME STAMPING OF THIS.

03:36PM   8            MS. MCDOWELL:  OKAY.

03:36PM   9    Q.   SO THERE ARE ORDER DATES LISTED HERE, RIGHT, ON --

03:36PM  10    A.   BACK AT THE BEGINNING?

03:36PM  11    Q.   YES.  YOU CAN SEE THAT THERE ARE ORDERS INTO 2015;

03:36PM  12    CORRECT?

03:36PM  13    A.   I SEE THAT.

03:36PM  14    Q.   OKAY.  AND THEN IF YOU COULD TURN TO PAGE 23, YOU SEE

03:37PM  15    THERE ARE ALSO LAB ORDER DATES GOING INTO 2016; RIGHT?

03:37PM  16    A.   ON PAGE 22?

03:37PM  17    Q.   ON PAGE 22, YES.

03:37PM  18    A.   YES, I SEE THAT.

03:37PM  19    Q.   OKAY.  AND YOU TESTIFIED THAT YOU STOPPED USING THERANOS

03:37PM  20    AFTER MS. GOULD'S RESULTS; CORRECT?

03:37PM  21    A.   I DID NOT RECOMMEND THAT PATIENTS GO THERE.

03:37PM  22    Q.   BECAUSE YOU HAD CONCERNS ABOUT THE ACTIONS OF THERANOS

03:37PM  23    BLOOD TESTS; RIGHT?

03:37PM  24    A.   THAT'S CORRECT.

03:37PM  25    Q.   AND THIS SPREADSHEET REFLECTS A LIST OF PATIENTS FROM YOUR

ZACHMAN CROSS BY MS. MCDOWELL                                          5810

03:37PM   1        FORMER CLINIC THAT CONTINUED USING THERANOS AFTER MS. GOULD'S

03:37PM   2        TEST; CORRECT?

03:37PM   3        A.   I SEE THAT, BUT I, I CERTAINLY -- PATIENTS CAN GO WHERE

03:37PM   4        THEY WOULD LIKE TO GET THEIR BLOOD WORK DONE.

03:37PM   5        Q.   OKAY.  AND YOU SEE ON PAGE 29 OF THIS DOCUMENT, DO YOU SEE

03:37PM   6        YOUR NAME HERE LISTED?

03:37PM   7        A.   I DO.

03:37PM   8        Q.   AND DO YOU SEE THE LAB FACILITY ASSOCIATED WITH THE ROW

03:38PM   9        THAT HAS YOUR NAME IS LISTED AS THERANOS?

03:38PM  10        A.   YES, I SEE THAT.

03:38PM  11        Q.   OKAY.  AND COULD YOU TURN TO PAGE 36, PLEASE.

03:38PM  12             DO YOU SEE YOUR NAME IS LISTED TWICE HERE ON THIS PAGE?

03:38PM  13        A.   I SEE IT.

03:38PM  14        Q.   OKAY.  AND DO YOU SEE THE LAB FACILITY ASSOCIATED WITH

03:38PM  15        THAT ROW AS THERANOS?  DO YOU SEE THAT?

03:38PM  16        A.   I SEE IT.

03:38PM  17        Q.   OKAY.  AND DO YOU SEE THIS IS A LARGE SPREADSHEET; RIGHT?

03:38PM  18        A.   I WOULD AGREE.

03:38PM  19        Q.   AND IT APPEARS THAT IT'S BEEN SPLIT UP INTO COLUMNS;

03:38PM  20        RIGHT?

03:38PM  21        A.   YES.

03:38PM  22        Q.   OKAY.

03:38PM  23             SO, YOUR HONOR, WE MOVE TO ADMIT EXHIBIT 20073.

03:38PM  24             I ALSO HAVE A BUSINESS RECORDS DECLARATION FROM SOUTHWEST

03:38PM  25        CONTEMPORARY WOMEN'S CARE THAT I'VE SHARED WITH THE GOVERNMENT,

ZACHMAN CROSS BY MS. MCDOWELL                    5811

03:38PM   1    AND I'M HAPPY TO PASS UP TODAY.

03:38PM   2         THE COURT:  AS TO PAGES 23 TO 44, THE RELEVANCE

03:39PM   3    OBJECTION IS SUSTAINED UNLESS THERE'S A TIME STAMP AS TO THESE.

03:39PM   4    IF YOUR STIPULATION COVERS THAT TIME STAMP, THAT WOULD FILL

03:39PM   5    THAT VACUUM.

03:39PM   6         MS. MCDOWELL:  WELL, CAN I PASS UP THE DECLARATION?

03:39PM   7         THE COURT:  SURE.

03:39PM   8         MS. MCDOWELL:  THANK YOU.

03:39PM   9         THE COURT:  DO YOU HAVE THIS, MR. BOSTIC?

03:39PM  10         MR. BOSTIC:  I DO.

03:39PM  11         MS. MCDOWELL:  I ACTUALLY HAVE ONE AND ONE FROM

03:39PM  12    YESTERDAY.

03:39PM  13         THE COURT:  DO YOU WANT TO BE HEARD ON THE

03:39PM  14    OBJECTION?

03:39PM  15         MR. BOSTIC:  THE GOVERNMENT'S OBJECTION IS 401,

03:39PM  16    YOUR HONOR.

03:39PM  17         THE COURT:  WHAT WOULD YOU LIKE?

03:39PM  18         MS. MCDOWELL:  THE BATE STAMP OF THIS DOCUMENT,

03:39PM  19    YOUR HONOR, BEGINS WITH SWCWC 6 AND PROCEEDS --

03:40PM  20         THE COURT:  SO I AM -- PAGE 23 --

03:40PM  21         MS. MCDOWELL:  YES.

03:40PM  22         THE COURT:  -- ON IS WHAT I'M LOOKING AT.  THE BATE

03:40PM  23    STAMP ENDS IN 28.

03:40PM  24         MS. MCDOWELL:  RIGHT.

03:40PM  25       SO THIS IS A LARGE EXHIBIT THAT RANGES THE BATE STAMP 6

03:40PM 1    THROUGH 49.  SO STARTING ON PAGE 23 ENCOMPASSES PART OF THIS

03:40PM 2    LARGER DOCUMENT.  AND THIS DECLARATION HERE COVERS THE BATES

03:40PM 3    RANGES OF THIS SPREADSHEET.

03:40PM 4         THE COURT:  SO DOES THIS HAVE THE DATES IN IT, THAT

03:41PM 5    YOU'VE HANDED ME, THE DATES THAT CORRESPOND TO PAGES 23 ONWARD?

03:41PM 6         MS. MCDOWELL:  SO, YOUR HONOR, I THINK THE WAY THIS

03:41PM 7    WAS PRODUCED TO US IS IN THIS FASHION.

03:41PM 8       SO IT'S AN EXCEL SPREADSHEET THAT HAS BEEN BROKEN UP.

03:41PM 9         THE COURT:  RIGHT.

03:41PM 10        MS. MCDOWELL:  SO IT WOULD ALL CONNECT TOGETHER.

03:41PM 11      SO THE DATES ARE ACTUALLY THE ORDER DATES THAT ARE ON

03:41PM 12   PAGES 1 TO 23.

03:41PM 13        THE COURT:  OF THE STIPULATION YOU GAVE ME.

03:41PM 14        MS. MCDOWELL:  I'M SORRY.  PAGES 1 TO 2 THROUGH OF

03:41PM 15   THE EXHIBIT HAS THE DATES, AND IF THIS WAS A NATIVE EXCEL, THE

03:41PM 16   COLUMNS WOULD EXPAND AND SHOW THE REMAINING INFORMATION

03:41PM 17   BEGINNING ON PAGE 23.

03:41PM 18        THE COURT:  OH.  I SEE.  I SEE.

03:42PM 19      MR. BOSTIC.

03:42PM 20        MR. BOSTIC:  I'LL STAND ON THE 401 OBJECTION.

03:42PM 21      I THINK ALSO 403, GIVEN THE FORMAT OF THIS DOCUMENT, GIVEN

03:42PM 22   THAT IT'S DIFFICULT OR IMPOSSIBLE TO IDENTIFY THE DATES FOR

03:42PM 23   MANY OF THESE ROWS AND GIVEN THAT I DON'T THINK THIS WITNESS

03:42PM 24   CAN TELL US HOW THIS WAS GENERATED.  I THINK 401 AND 403.

03:42PM 25        THE COURT:  YOU KNOW, IF YOU COULD GET A DIFFERENT

03:42PM  1    EXHIBIT.  I DO THINK IT'S -- I CAN'T TRACK WHERE THIS IS.  I

03:42PM  2    APPRECIATE THAT IT'S AN EXCEL SHEET THAT HAS BEEN -- IT SEEMS

03:42PM  3    LIKE IT'S BEEN SEPARATED OR SPLIT UP SOMEHOW, AND MAYBE THE

03:42PM  4    WITNESS CAN LAY A FOUNDATION FOR THE EXCEL SHEET.  IF SHE CAN,

03:42PM  5    THAT'S ONE THING.

03:42PM  6         BEFORE I'LL ADMIT IT, I THINK IT NEEDS TO BE PUT TOGETHER

03:43PM  7    IN A MORE WHOLESOME AND FULSOME FASHION.

03:43PM  8              MS. MCDOWELL:  OKAY.  UNDERSTOOD, YOUR HONOR.

03:43PM  9              THE COURT:  SO I'LL SUSTAIN THE OBJECTION AS TO

03:43PM 10    THESE PAGES.

03:43PM 11    BY MS. MCDOWELL:

03:43PM 12    Q.   SO YOU TESTIFIED, DR. ZACHMAN, THAT YOU STOPPED

03:43PM 13    RECOMMENDING YOUR PATIENTS TO THERANOS AFTER MS. GOULD'S TESTS;

03:43PM 14    RIGHT?

03:43PM 15    A.   CORRECT.

03:43PM 16    Q.   BUT YOU DID HAVE PATIENTS THAT IN FACT VISITED THERANOS

03:43PM 17    AFTER MS. GOULD'S TESTS; CORRECT?

03:43PM 18    A.   CORRECT.

03:43PM 19    Q.   AND YOU COULD HAVE TOLD YOUR PATIENTS NOT TO USE THERANOS;

03:43PM 20    RIGHT?

03:43PM 21    A.   I DID.

03:43PM 22    Q.   BUT YOUR PATIENTS DID, IN FACT, USE THERANOS; RIGHT?

03:43PM 23    A.   YES.

03:43PM 24    Q.   AND THOUSANDS OF PATIENTS FROM YOUR CLINIC USED THERANOS

03:43PM 25    AS WELL; RIGHT?

ZACHMAN CROSS BY MS. MCDOWELL                                    5814

03:43PM  1    A.   I DON'T KNOW HOW MANY DID.

03:43PM  2    Q.   BUT A LARGE NUMBER FROM YOUR CLINIC USED THERANOS;

03:43PM  3    CORRECT?

03:43PM  4    A.   I WOULD THINK.

03:44PM  5    Q.   SO THERE CAME A TIME, DR. ZACHMAN, THAT THE GOVERNMENT

03:44PM  6    MADE A REQUEST OF YOU; RIGHT?

03:44PM  7    A.   CORRECT.

03:44PM  8    Q.   AND THEY REQUESTED THAT YOU LOOK THROUGH ALL OF YOUR

03:44PM  9    PATIENT FILES; RIGHT?

03:44PM  10   A.   CORRECT.

03:44PM  11   Q.   AND TRY TO LOCATE ANY OTHER THERANOS RESULTS THAT YOU FELT

03:44PM  12   WERE INACCURATE; RIGHT?

03:44PM  13   A.   CORRECT.

03:44PM  14   Q.   AND YOU COMPLIED WITH THAT REQUEST; CORRECT?

03:44PM  15   A.   CORRECT.  BUT TO BE A LITTLE MORE SPECIFIC, IT WAS FOR

03:44PM  16   HCG'S.

03:44PM  17   Q.   OKAY.

03:44PM  18   A.   YEAH.

03:44PM  19   Q.   SO YOU SEARCHED YOUR PATIENT FILES FOR THERANOS RESULTS OF

03:44PM  20   HCG TESTS; RIGHT?

03:44PM  21   A.   CORRECT.

03:44PM  22   Q.   OKAY.  AND YOU CONDUCTED THE SEARCH; RIGHT?

03:44PM  23   A.   I DID.

03:44PM  24   Q.   AND IT WAS THOROUGH; CORRECT?

03:44PM  25   A.   CORRECT.

ZACHMAN CROSS BY MS. MCDOWELL                                    5815

03:44PM   1    Q.   AND YOU TOOK THE GOVERNMENT'S REQUEST SERIOUSLY; RIGHT?

03:44PM   2    A.   I DID.

03:44PM   3    Q.   AND AFTER CONDUCTING THAT SEARCH, YOU REPORTED THAT YOU

03:44PM   4    DID NOT FIND MUCH THAT WAS OUT OF PLACE; CORRECT?

03:44PM   5    A.   CORRECT.

03:44PM   6    Q.   COULD YOU TURN TO EXHIBIT 20074 IN YOUR BINDER.

03:45PM   7         DO YOU SEE THIS IS AN EMAIL FROM YOU IN JANUARY OF 2021?

03:45PM   8    A.   ON THE BACK SIDE I THINK?

03:45PM   9    Q.   YES.

03:45PM  10    A.   YES.

03:45PM  11    Q.   AND DO YOU SEE THAT THIS WAS SENT TO GEORGE SCAVDIS?

03:45PM  12    A.   I SEE THAT.

03:45PM  13    Q.   OKAY.  AND YOU UNDERSTAND HE WORKS FOR THE GOVERNMENT;

03:45PM  14    RIGHT?

03:45PM  15    A.   I DO.

03:45PM  16         MS. MCDOWELL:  YOUR HONOR, WE MOVE TO ADMIT

03:45PM  17    EXHIBIT 20074.

03:45PM  18         MR. BOSTIC:  NO OBJECTION.

03:45PM  19         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:45PM  20         (DEFENDANT'S EXHIBIT 20074 WAS RECEIVED IN EVIDENCE.)

03:45PM  21    BY MS. MCDOWELL:

03:45PM  22    Q.   SO, DR. ZACHMAN, YOU SEE AN EMAIL FROM YOU ON JANUARY 5TH,

03:45PM  23    2021; RIGHT?

03:45PM  24    A.   YES, I SEE THAT.

03:45PM  25    Q.   AND YOU HAVE REPORTED, "I HAVE REVIEWED ALL OF THE CHARTS

ZACHMAN CROSS BY MS. MCDOWELL                                    5816

03:45PM   1    AND DID NOT COME UP WITH MUCH THAT SEEMED OUT OF PLACE.  I WILL

03:45PM   2    RUN A COUPLE BY DR. LINNERSON TOMORROW TO BE SURE HE AGREES."

03:46PM   3         DO YOU SEE THAT?

03:46PM   4    A.   YES.

03:46PM   5    Q.   AND THEN IF WE COULD LOOK UP, YOU RESPONDED AGAIN ON

03:46PM   6    JANUARY 8TH, 2021; RIGHT?

03:46PM   7    A.   YES.

03:46PM   8    Q.   AND THE SUBJECT LINE IS THERANOS; CORRECT?

03:46PM   9    A.   CORRECT.

03:46PM  10    Q.   AND YOU WROTE, "AFTER A THOROUGH REVIEW, IT HAS BEEN

03:46PM  11    DETERMINED THAT THERE WERE NOT ANY QUANT RESULTS THAT, IF IN

03:46PM  12    QUESTION, MADE ANY CLINICAL DIFFERENCE."

03:46PM  13         DO YOU SEE THAT?

03:46PM  14    A.   I DO.

03:46PM  15    Q.   "THE CASE WITH B.G.," AND THAT'S MS. GOULD; CORRECT?

03:46PM  16    A.   CORRECT.

03:46PM  17    Q.   "AND HER INTERACTION WITH ME IS THE ONLY CIRCUMSTANCE THAT

03:46PM  18    HAD QUANT VALUES THAT WERE OVERTLY ABNORMAL AND MADE A

03:46PM  19    DIFFERENCE TO HER CARE."

03:46PM  20         DO YOU SEE THAT?

03:46PM  21    A.   I DO.

03:46PM  22    Q.   AND YOU APOLOGIZE THAT YOU DID NOT HAVE MORE TO REPORT;

03:46PM  23    CORRECT?

03:46PM  24    A.   CORRECT.

03:46PM  25         MS. MCDOWELL:  YOUR HONOR, MAY I HAVE A MOMENT?

03:46PM  1          THE COURT:  YES.

03:46PM  2          (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

03:47PM  3          MS. MCDOWELL:  NO FURTHER QUESTIONS.

03:47PM  4          MR. BOSTIC:  BRIEFLY, YOUR HONOR.

03:47PM  5                    **REDIRECT EXAMINATION**

03:47PM  6  BY MR. BOSTIC:

03:47PM  7  Q.   HELLO, DR. ZACHMAN.

03:47PM  8  A.   HELLO.

03:47PM  9  Q.   LET ME ASK YOU JUST A FEW QUESTIONS ABOUT THE TOPICS YOU

03:48PM 10  DISCUSSED ON REDIRECT OR ON CROSS.

03:48PM 11          FIRST OF ALL, STARTING WITH THE EMAIL THAT YOU WERE JUST

03:48PM 12  LOOKING AT WHERE YOU REPORTED BACK TO AN INVESTIGATOR FOR THE

03:48PM 13  GOVERNMENT THAT MS. GOULD'S RESULTS WERE THE ONLY CIRCUMSTANCE

03:48PM 14  THAT HAD QUANT VALUES THAT WERE OVERTLY ABNORMAL AND MADE A

03:48PM 15  DIFFERENCE TO HER CARE.

03:48PM 16          CAN YOU EXPLAIN WHAT YOU MEANT BY THOSE TWO THINGS?

03:48PM 17  A.   SURE.

03:48PM 18          THERE WERE SOME VALUES IN REVIEW OR IN ANY CLINICAL

03:48PM 19  SETTING OF A QUANT THAT COULD BE A COUPLE POINTS HIGHER OR A

03:48PM 20  COUPLE POINTS LOWER, BUT HER VALUES WERE EXTREMELY OUT OF A

03:48PM 21  RANGE THAT WAS ANTICIPATED, AND IT MADE A DIFFERENCE TO HER

03:48PM 22  CLINICAL CARE AS I REPORTED TO HER WHEN IT DROPPED TO 125 THAT

03:49PM 23  I WAS SUSPECTING THAT SHE HAD LOST THE PREGNANCY.

03:49PM 24  Q.   AND AFTER LOOKING AT RECORDS AT YOUR PRACTICE, YOU DIDN'T

03:49PM 25  SEE ANY OTHER INSTANCES WHERE THOSE THINGS WERE TRUE INVOLVING

ER-4392

03:49PM 1    A THERANOS RESULT; IS THAT CORRECT?

03:49PM 2    A.   CORRECT.

03:49PM 3    Q.   AND IS THAT WHAT YOU WERE REPORTING TO THE GOVERNMENT?

03:49PM 4    A.   YES.

03:49PM 5    Q.   YOU WERE ALSO ASKED ABOUT WHETHER PATIENTS OF YOUR

03:49PM 6    PRACTICE CONTINUED TO USE THERANOS AFTER YOUR EXPERIENCE WITH

03:49PM 7    MS. GOULD'S RESULTS.

03:49PM 8        DO YOU REMEMBER THAT?

03:49PM 9    A.   YES.

03:49PM 10   Q.   AFTER YOU MADE THE DECISION NOT TO SEND YOUR PATIENTS TO

03:49PM 11   THERANOS ANYMORE, WAS THERE ANYTHING YOU COULD DO TO STOP YOUR

03:49PM 12   PATIENTS FROM USING THERANOS, FORCE THEM NOT TO USE IT?

03:49PM 13   A.   NO.

03:49PM 14   Q.   YOU TESTIFIED THAT YOU WOULD SAY SOMETHING TO PATIENTS

03:49PM 15   WHEN THEY CHOSE TO GO TO THERANOS AFTER YOUR PROBLEMS WITH

03:49PM 16   MS. GOULD'S RESULTS; IS THAT RIGHT?

03:49PM 17   A.   I VOICED CONCERN, YES.

03:49PM 18   Q.   WHAT KINDS OF THINGS WOULD YOU SAY TO THEM?

03:49PM 19   A.   THAT I HAD HAD AN EXPERIENCE THAT HAS LED ME TO QUESTION

03:50PM 20   THE VALIDITY OF THE RESULTS THAT I WOULD SEE.

03:50PM 21   Q.   ON THE CHART THAT YOU WERE SHOWN ON CROSS-EXAMINATION, DID

03:50PM 22   YOU SEE THAT HCG TESTING CONTINUED THROUGH A LARGE PART OF

03:50PM 23   2015?

03:50PM 24   A.   YES.

03:50PM 25            MR. BOSTIC:  YOUR HONOR, EXHIBIT 4533 HAS ALREADY

03:50PM 1    BEEN ADMITTED.  MAY WE PUBLISH?

03:50PM 2            THE COURT:  YES.

03:50PM 3    BY MR. BOSTIC:

03:50PM 4    Q.   DR. ZACHMAN, HAVE YOU SEEN THIS DOCUMENT BEFORE?

03:50PM 5    A.   I SAW IT YESTERDAY.

03:50PM 6    Q.   YESTERDAY FOR THE FIRST TIME?

03:50PM 7    A.   YES, FOR THE FIRST TIME.

03:50PM 8    Q.   OKAY.  IF I COULD DRAW YOUR ATTENTION TO THE TABLE AT THE

03:50PM 9    BOTTOM OF THIS DOCUMENT.

03:50PM 10       DO YOU SEE THERE THERE'S A LIST OF THERANOS ASSAYS AND THE

03:50PM 11   DATES ON WHICH THEY WERE RUN?

03:50PM 12   A.   YES, I SEE THAT.

03:50PM 13   Q.   AND DO YOU SEE THAT THIS CHART INDICATES THAT THERANOS

03:50PM 14   STOPPED RUNNING THE HCG ON ITS EDISON DEVICE IN JANUARY OF

03:51PM 15   2015?

03:51PM 16       DO YOU SEE THAT DATE?

03:51PM 17   A.   YES, I SEE THAT.

03:51PM 18   Q.   WE CAN SET THAT ASIDE.

03:51PM 19       DURING YOUR CONVERSATIONS WITH THERANOS, WERE YOU EVER

03:51PM 20   TOLD AT ANY TIME THAT THERANOS'S LAB DIRECTOR MADE THE DECISION

03:51PM 21   TO HALT ALL HCG TESTING ON THE COMPANY'S EDISON DEVICE IN MAY

03:51PM 22   OF 2014?

03:51PM 23   A.   NO.

03:51PM 24           MR. BOSTIC:  YOUR HONOR, PERMISSION TO PUBLISH

03:51PM 25   EXHIBIT 4520, WHICH IS ALREADY IN EVIDENCE?

03:51PM 1                     THE COURT:  YES.

03:51PM 2       BY MR. BOSTIC:

03:51PM 3       Q.   DURING YOUR CONVERSATIONS WITH THERANOS, DID ANYONE FROM

03:51PM 4       THE COMPANY TELL YOU THAT THE COMPANY HAD EXPERIENCED OTHER

03:51PM 5       PROBLEMS WITH HCG TESTING ORDERED BY OTHER DOCTORS?

03:51PM 6       A.   NO.

03:51PM 7       Q.   IF WE COULD LOOK AT PAGE 15 OF THIS EXHIBIT.

03:52PM 8            AND IN THE MIDDLE OF THE PAGE THERE'S AN ENTRY FROM

03:52PM 9       AUGUST 14TH, 2014.

03:52PM 10           AND MAYBE, MS. WACHS, IF WE CAN JUST ZOOM IN ON THE

03:52PM 11      LEFT-SIDE COLUMN SO WE CAN GET A LITTLE BIGGER.  PERFECT.

03:52PM 12      THANK YOU.

03:52PM 13           DO YOU SEE THE SECOND ITEM IN THIS TABLE LISTS A REPORT

03:52PM 14      WHERE A PATIENT WAS DRAWN IN JULY OF 2014 AND THERE WAS SOME

03:52PM 15      ISSUES RELATING TO THE VALIDITY OF THE HCG RESULTS?

03:52PM 16      A.   I SEE THE DATE THERE.  I SEE THAT THERE'S QUESTION ABOUT

03:52PM 17      THE VALUE.

03:52PM 18      Q.   AND DO YOU SEE THAT IT WAS REPORTED THAT THOSE RESULTS LED

03:52PM 19      SOMEONE TO CONCLUDE THAT THE PATIENT WAS LIKELY MISCARRYING,

03:52PM 20      BUT IT WAS NOT COMMUNICATED WITH THE PATIENT?

03:53PM 21      A.   I SEE THAT.

03:53PM 22      Q.   AND DO YOU SEE THAT AFTER THE RESULTS INDICATING A

03:53PM 23      MISCARRYING, THERE WAS A THIRD DRAW AT SONORAQUEST, A

03:53PM 24      NON-THERANOS LAB, WHICH RETURNED A MUCH HIGHER HCG RESULT.

03:53PM 25           DO YOU SEE THAT?

ZACHMAN REDIRECT BY MR. BOSTIC                                    5821

03:53PM   1     A.   YES.

03:53PM   2     Q.   WAS THAT THE SAME EXPERIENCE THAT YOU HAD WITH MS. GOULD?

03:53PM   3     A.   YES.

03:53PM   4     Q.   LET'S GO TO PAGE 17 ON THIS CHART.

03:53PM   5          IN THE MIDDLE OF THAT PAGE THERE'S AN ENTRY FROM

03:53PM   6     AUGUST 28TH, 2014.

03:53PM   7          DO YOU SEE HERE THAT IN AUGUST IT'S REPORTED THAT THE

03:53PM   8     PATIENT WENT IN FOR HCG AND CAME OUT WITH A VALUE OF 600,000

03:53PM   9     BUT THEN 2 DAYS LATER CAME BACK AT A LEVEL OF 3,000?

03:53PM  10     A.   YES, I SEE THAT.

03:53PM  11     Q.   AND THEN YOU SEE THAT SAME PATIENT WENT TO A NON-THERANOS

03:53PM  12     LAB AFTER THERANOS AND THE NUMBER JUMPED BACK UP TO 50,000?

03:53PM  13     A.   I SEE THAT.

03:53PM  14     Q.   DOES THAT ALSO REMIND YOU OF THE RESULTS THAT YOU SAW WITH

03:54PM  15     MS. GOULD, YOUR PATIENT?

03:54PM  16     A.   IT DOES.

03:54PM  17     Q.   LET'S GO TO PAGE 20 NEXT.

03:54PM  18          AND THERE, THERE ARE ENTRIES ON SEPTEMBER 26TH AND 28TH OF

03:54PM  19     2014.

03:54PM  20          AND DO YOU SEE THAT THERE ON THE RIGHT SIDE IN THE LOWER

03:54PM  21     RIGHT THERE ARE MORE REPORTS ABOUT COMPLAINTS THAT THERANOS

03:54PM  22     RECEIVED IN SEPTEMBER OF 2014 ABOUT ITS HCG RESULTS?

03:54PM  23     A.   I SEE THAT.

03:54PM  24     Q.   AGAIN, DID ANYONE AT THERANOS TELL YOU AT ANY TIME ABOUT

03:54PM  25     THE PROBLEMS THAT THERANOS WAS EXPERIENCING WITH ITS HCG

ER-4396

03:54PM 1    TESTING?

03:54PM 2    A.   NO.

03:54PM 3    Q.   THANK YOU.

03:55PM 4         NO FURTHER QUESTIONS.

03:55PM 5              MS. MCDOWELL:  BRIEFLY, YOUR HONOR.

03:55PM 6                    **RECROSS-EXAMINATION**

03:55PM 7    BY MS. MCDOWELL:

03:55PM 8    Q.   DR. ZACHMAN, YOU WERE ASKED IF YOU WERE AWARE THAT

03:55PM 9    THERANOS HAD HALTED THE USE OF THE EDISON FOR THE HCG RESULT IN

03:55PM 10   2014.

03:55PM 11        DO YOU RECALL THAT?

03:55PM 12   A.   I RECALL THAT QUESTION.

03:55PM 13   Q.   AND WERE YOU AWARE THAT THERANOS'S LAB DIRECTOR ALLOWED

03:55PM 14   HCG TO GO BACK ON THE EDISON IN JUNE OF 2014?  ARE YOU AWARE OF

03:55PM 15   THAT?

03:55PM 16   A.   NO.

03:55PM 17              MR. BOSTIC:  OBJECTION.  MISSTATES THE EVIDENCE.

03:55PM 18              THE COURT:  I THINK YOU SHOULD LAY A BETTER

03:55PM 19   FOUNDATION FOR THAT QUESTION.  I'LL SUSTAIN THE QUESTION AS

03:55PM 20   IT'S ASKED.

03:55PM 21   BY MS. MCDOWELL:

03:55PM 22   Q.   ARE YOU AWARE THAT THE LAB DIRECTOR, THERANOS'S LAB

03:55PM 23   DIRECTOR WOULD BE THE PERSON THAT WOULD MAKE A DECISION AS TO

03:55PM 24   WHETHER TO BRING THE EDISON BACK ONLINE FOR HCG TESTING?  ARE

03:55PM 25   YOU AWARE OF THAT?

03:55PM 1      A.   I AM NOT AWARE OF THAT.

03:56PM 2      Q.   OKAY.

03:56PM 3           NO FURTHER QUESTIONS, YOUR HONOR.

03:56PM 4                THE COURT:  ANYTHING FURTHER, MR. BOSTIC?

03:56PM 5                MR. BOSTIC:  NO, YOUR HONOR.

03:56PM 6                THE COURT:  MAY THIS WITNESS BE EXCUSED?

03:56PM 7                MR. BOSTIC:  YES, YOUR HONOR.

03:56PM 8                THE COURT:  MS. MCDOWELL.

03:56PM 9                MS. MCDOWELL:  YES, YOUR HONOR.

03:56PM 10               THE COURT:  YOU MAY BE EXCUSED.

03:56PM 11          DOES THE GOVERNMENT HAVE ANOTHER WITNESS?

03:56PM 12               MR. LEACH:  WE DO, YOUR HONOR.  I NOTE THE TIME.

03:56PM 13               THE COURT:  I THINK WE CAN -- LADIES AND GENTLEMEN,

03:56PM 14     I HAVE -- WE HAVE -- THERE'S ONE LAST WITNESS THAT IS HERE

03:56PM 15     TODAY.

03:56PM 16          I'VE TALKED TO COUNSEL EARLIER, AND I THINK THAT THE

03:56PM 17     TOTALITY OF THIS TESTIMONY IS GOING TO BE 30 MINUTES.

03:56PM 18          IS THAT ACCURATE?

03:56PM 19               MR. LEACH:  I THINK THE GOVERNMENT'S DIRECT IS

03:56PM 20     APPROXIMATELY 15 MINUTES AT THE MOST, YOUR HONOR.  I JUST DON'T

03:56PM 21     WANT TO BE KEEPING THE JURY FROM THE WEEKEND.

03:56PM 22               MS. MCDOWELL:  SIMILAR SENTIMENTS.  I THINK THE

03:56PM 23     CROSS WILL BE BRIEF.

03:56PM 24               THE COURT:  OKAY.  LADIES AND GENTLEMEN, IF I COULD

03:56PM 25     IMPOSE ON YOU.

ZACHMAN RECROSS BY MS. MCDOWELL                                5824

03:56PM  1        I'D LIKE TO FINISH THIS WITNESS'S TESTIMONY TODAY IF WE

03:57PM  2   COULD SO WE DON'T HAVE TO HAVE THIS WITNESS COME BACK MONDAY.

03:57PM  3        IT WOULD BE ABOUT 30 MINUTES.  YOU JUST HEARD THESE

03:57PM  4   LAWYERS.

03:57PM  5        SO I'M GOING TO ALLOW THE GOVERNMENT TO CALL THIS WITNESS

03:57PM  6   NOW, AND WE'LL GET STARTED.

03:57PM  7        THANK YOU, MR. LEACH.

03:57PM  8        WHO DO YOU CALL?

03:57PM  9             MR. LEACH:  THE GOVERNMENT CALLS BRITTANY GOULD.

03:57PM 10             THE COURT:  THANK YOU.

03:57PM 11        GOOD AFTERNOON.  IF YOU WOULD COME FORWARD AND FACE OUR

03:57PM 12   COURTROOM DEPUTY AND RAISE YOUR RIGHT HAND.  SHE HAS A QUESTION

03:57PM 13   FOR YOU.

03:57PM 14        **(GOVERNMENT'S WITNESS, BRITTANY GOULD, WAS SWORN.)**

03:57PM 15             THE WITNESS:  YES.

03:58PM 16             THE COURT:  PLEASE HAVE A SEAT UP HERE.

03:58PM 17        MAKE YOURSELF COMFORTABLE.  ADJUST THE CHAIR AND

03:58PM 18   MICROPHONE AS YOU NEED.

03:58PM 19             THE WITNESS:  OKAY.

03:58PM 20             THE COURT:  AND THERE'S WATER THERE FOR REFRESHMENT

03:58PM 21   SHOULD YOU WISH.

03:58PM 22        WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

03:58PM 23   AND THEN SPELL IT, PLEASE.

03:58PM 24             THE WITNESS:  BRITTANY GOULD, B-R-I-T-T-A-N-Y,

03:58PM 25   G-O-U-L-D.

03:58PM  1          THE COURT:  THANK YOU.

03:58PM  2      COUNSEL.

03:58PM  3          MR. LEACH:  THANK YOU, YOUR HONOR.

03:58PM  4                      **DIRECT EXAMINATION**

03:58PM  5  BY MR. LEACH:

03:58PM  6  Q.   MS. GOULD, IF YOU'RE FULLY VACCINATED AND COMFORTABLE, YOU

03:58PM  7  HAVE THE COURT'S PERMISSION TO TESTIFY WITHOUT YOUR MASK.

03:58PM  8  A.   OKAY.  THANK YOU.

03:58PM  9  Q.   YOU'RE WELCOME.  WHERE DO YOU LIVE, MS. GOULD?

03:58PM 10  A.   I LIVE IN ARIZONA.

03:58PM 11  Q.   HOW LONG HAVE YOU LIVED IN ARIZONA?

03:58PM 12  A.   APPROXIMATELY 19 YEARS.

03:58PM 13  Q.   AND WHAT DO YOU DO FOR A LIVING?

03:58PM 14  A.   I'M IN THE MEDICAL FIELD.  I'M A MEDICAL ASSISTANT.

03:58PM 15  Q.   AND WHAT ARE YOUR JOB DUTIES AS A MEDICAL ASSISTANT?

03:58PM 16  A.   DRAWING BLOOD FOR PATIENTS, COMMUNICATING TEST RESULTS,

03:58PM 17  ESCORTING THEM BACK TO THEIR PATIENT ROOMS, AND BEING THE

03:58PM 18  LIAISON BETWEEN THE DOCTOR AND THE PATIENT.

03:59PM 19  Q.   WOULD YOU MIND PULLING YOUR MICROPHONE A LITTLE BIT

03:59PM 20  CLOSER.  I WANT TO MAKE SURE EVERYBODY CAN HEAR YOU.

03:59PM 21  A.   YES.  BETTER?

03:59PM 22  Q.   OKAY.  PERFECT.

03:59PM 23      WHAT TYPES OF PRACTICES HAVE YOU WORKED IN AS A MEDICAL

03:59PM 24  ASSISTANT?

03:59PM 25  A.   PRIMARY CARE.  I'VE DONE NEUROSURGERY AS WELL AS

ZACHMAN RECROSS BY MS. MCDOWELL                                    5826

03:59PM  1    GASTROENTEROLOGY.

03:59PM  2    Q.   SO PRIMARY CARE?

03:59PM  3    A.   UH-HUH.

03:59PM  4    Q.   AND WHAT DOES THAT INVOLVE?

03:59PM  5    A.   JUST GENERAL PRACTICE, FAMILY CARE.  SO WE SEE ALL AGES.

03:59PM  6    Q.   I WANT TO DRAW YOUR ATTENTION TO THE TIME PERIOD 2014.

03:59PM  7         DO YOU HAVE THAT TIME PERIOD IN MIND?

03:59PM  8    A.   YES.

03:59PM  9    Q.   AND WHERE WERE YOU WORKING AT THAT TIME?

03:59PM  10   A.   I WAS WORKING FOR A DOCTOR, DR. CYNTHIA BARRY.

03:59PM  11   Q.   OKAY.  AND WHAT DID YOU DO FOR DR. BARRY?

03:59PM  12   A.   SHE WAS A PRIMARY CARE PHYSICIAN.  SO AT HER OFFICE, I

03:59PM  13   WOULD DRAW BLOOD, AND ESCORT THE PATIENTS TO THEIR EXAM ROOMS,

03:59PM  14   AND THINGS OF THAT SORT.

03:59PM  15   Q.   OKAY.  SO YOU HAD EXPERIENCE DRAWING BLOOD FROM PATIENTS?

03:59PM  16   A.   YES, UH-HUH.

03:59PM  17             THE COURT:  IS THAT YES?

03:59PM  18             THE WITNESS:  YES.

03:59PM  19             MR. LEACH:  THANK YOU, YOUR HONOR.

03:59PM  20   Q.   IN OR AROUND THIS TIME, DID YOU BECOME FAMILIAR WITH A

03:59PM  21   COMPANY CALLED THERANOS?

03:59PM  22   A.   YES.

03:59PM  23   Q.   AND HOW DID YOU BECOME FAMILIAR WITH THERANOS?

03:59PM  24   A.   WE HAD A REPRESENTATIVE COME INTO DR. BARRY'S OFFICE WITH

04:00PM  25   INFORMATION REGARDING THEIR LAB.

ER-4401

ZACHMAN RECROSS BY MS. MCDOWELL                                    5827

04:00PM   1      Q.   WHAT TYPES OF INFORMATION DID THE REPRESENTATIVE BRING IN?

04:00PM   2      A.   THEY BROUGHT US A LIST OF PRICES AND LOCATIONS, THINGS OF

04:00PM   3      THAT SORT.

04:00PM   4      Q.   OKAY.  DID THE BROCHURES ALSO TALK ABOUT HOW THERANOS

04:00PM   5      WOULD DRAW BLOOD?

04:00PM   6      A.   YES.

04:00PM   7      Q.   AND WHAT DO YOU REMEMBER?

04:00PM   8      A.   IT WAS A FINGER POKE.

04:00PM   9      Q.   OKAY.  AND WAS THAT IMPRESSIVE TO YOU?

04:00PM  10      A.   YES.

04:00PM  11      Q.   AND WHY WAS THAT IMPRESSIVE TO YOU?

04:00PM  12      A.   LESS INVASIVE FORM OF DRAWING BLOOD.

04:00PM  13      Q.   WERE YOU IMPRESSED BY THE COST?

04:00PM  14      A.   YES.

04:00PM  15      Q.   AND WERE YOU IMPRESSED BY THE CONVENIENCE OF THE

04:00PM  16      LOCATIONS?

04:00PM  17      A.   YES.

04:00PM  18      Q.   OKAY.  IN OR AROUND THIS TIME, DID YOU START TO RECOMMEND

04:00PM  19      THERANOS TO SOME OF YOUR PATIENTS?

04:00PM  20      A.   YES, CORRECT.

04:00PM  21      Q.   AND WHAT WOULD YOU TELL THEM?

04:00PM  22      A.   WE WOULD JUST OFFER THEM THAT LAB AS AN ALTERNATIVE AND IT

04:00PM  23      WAS AT THE PATIENT'S DISCRETION, BUT WE DID OFFER THAT.

04:00PM  24      Q.   OKAY.  AND YOU WERE EXCITED ABOUT THE WAY THERANOS DREW

04:00PM  25      BLOOD?

ER-4402

ZACHMAN RECROSS BY MS. MCDOWELL                                    5828

04:00PM  1    A.   CORRECT.

04:00PM  2    Q.   OKAY.  IN THIS SAME TIME PERIOD, 2014, DID YOU ALSO SEEK

04:01PM  3    MEDICAL CARE FROM SOMEONE NAMED DR. ZACHMAN?

04:01PM  4    A.   YES.

04:01PM  5    Q.   OKAY.  AND DID YOU -- IN THIS TIME PERIOD, WERE YOU AND

04:01PM  6    YOUR HUSBAND TRYING TO HAVE A BABY?

04:01PM  7    A.   YES.

04:01PM  8    Q.   AND HAD CONCEIVING CHILDREN BEEN EASY FOR YOU?

04:01PM  9    A.   NO.

04:01PM  10   Q.   AND IN THE FALL OF 2014, DID YOU LEARN THAT YOU WERE

04:01PM  11   EXPECTING?

04:01PM  12   A.   YES.

04:01PM  13   Q.   HOW DID YOU LEARN THAT YOU WERE EXPECTING?

04:01PM  14   A.   INITIALLY IT WAS AN AT-HOME PREGNANCY TEST.

04:01PM  15   Q.   AN AT-HOME TEST THAT YOU BOUGHT OFF THE SHELF?

04:01PM  16   A.   CORRECT.

04:01PM  17   Q.   AND DID YOU GO IN TO SEE DR. ZACHMAN?

04:01PM  18   A.   CORRECT.

04:01PM  19   Q.   AND WAS DR. ZACHMAN FAMILIAR WITH YOUR, YOUR MEDICAL

04:01PM  20   HISTORY?

04:01PM  21   A.   YES.

04:01PM  22   Q.   WAS SHE FAMILIAR WITH SOME OF THE DIFFICULTIES THAT YOU

04:01PM  23   HAD CONCEIVING CHILDREN?

04:01PM  24   A.   YES.

04:01PM  25   Q.   LET ME DRAW YOUR ATTENTION TO WHAT IS IN EVIDENCE AS

ZACHMAN RECROSS BY MS. MCDOWELL                                    5829

04:01PM  1    EXHIBIT 5410.

04:02PM  2            PERMISSION TO DISPLAY, YOUR HONOR?

04:02PM  3                THE COURT:  YES.

04:02PM  4    BY MR. LEACH:

04:02PM  5    Q.   MS. GOULD, ARE YOU ABLE TO SEE THAT ON THE SCREEN?

04:02PM  6    A.   YES.

04:02PM  7    Q.   AND DO YOU SEE YOUR NAME IN THE LEFT CORNER?

04:02PM  8    A.   YES.

04:02PM  9    Q.   AND DO YOU SEE A REFERENCE TO SOUTHWEST CONTEMPORARY

04:02PM  10   WOMEN'S CARE IN THE LEFT CORNER?

04:02PM  11   A.   YES.

04:02PM  12   Q.   AND DO YOU SEE THE DATE DRAWN?  AND DO THESE APPEAR TO BE

04:02PM  13   LAB RESULTS RELATING TO YOUR PREGNANCY IN 2014?

04:02PM  14   A.   YES.  CORRECT.

04:02PM  15   Q.   AND THERE'S A DATE DRAWN OF SEPTEMBER 30TH, 2014.

04:02PM  16        DO YOU SEE THAT?

04:02PM  17   A.   YES.

04:02PM  18   Q.   AND FURTHER BELOW THERE'S A VALUE FOR SOMETHING CALLED HCG

04:02PM  19   QUANTITATIVE.

04:02PM  20        DO YOU SEE THAT?

04:02PM  21   A.   YES.

04:02PM  22   Q.   WERE YOU FAMILIAR WITH THE TERM HCG?

04:02PM  23   A.   YES.

04:02PM  24   Q.   AND THAT WAS A -- WHAT DID YOU UNDERSTAND HCG TO BE?

04:02PM  25   A.   IT'S A HORMONE THAT IS PRESENT DURING PREGNANCY THAT GOES

ER-4404

ZACHMAN RECROSS BY MS. MCDOWELL                                          5830

04:02PM   1    HIGHER DURING PREGNANCY.

04:02PM   2    Q.   OKAY.  SO YOU UNDERSTOOD AT THE TIME THAT YOU WANTED TO

04:02PM   3    SEE YOUR NUMBERS GOING UP --

04:02PM   4    A.   CORRECT.

04:02PM   5    Q.   -- WITH RESPECT TO -- WE NEED TO SPEAK ONE AT A TIME TO

04:02PM   6    MAKE SURE THE COURT REPORTER GETS IT DOWN.

04:03PM   7         SO MY QUESTION IS THAT YOU WANTED TO MAKE SURE THAT YOU

04:03PM   8    SEE NUMBERS GOING UP OVER TIME?

04:03PM   9    A.   YES.

04:03PM  10    Q.   AND WAS THE HCG NUMBER IMPORTANT TO YOU?

04:03PM  11    A.   YES.

04:03PM  12    Q.   HOW SO?

04:03PM  13    A.   I WOULD EXPECT TO SEE THAT NUMBER DOUBLING EVERY 48 HOURS

04:03PM  14    IN A HEALTHY PREGNANCY.

04:03PM  15    Q.   OKAY.  AND IN OR AROUND THE TIME PERIOD SEPTEMBER 30TH,

04:03PM  16    2014, DID YOU MEET WITH DR. ZACHMAN ABOUT YOUR PREGNANCY?

04:03PM  17    A.   YES.

04:03PM  18    Q.   AND DID SHE CONVEY TO YOU THIS HCG NUMBER OF ABOUT A

04:03PM  19    THOUSAND?

04:03PM  20    A.   YES.

04:03PM  21    Q.   AND WAS THAT GOOD NEWS?

04:03PM  22    A.   YES.

04:03PM  23    Q.   OKAY.  DID SHE ALSO RECOMMEND THAT YOU SEEK FURTHER HCG

04:03PM  24    TESTING?

04:03PM  25    A.   YES.

04:03PM  1    Q.   AND WAS THAT BASICALLY EVERY TWO DAYS?

04:03PM  2    A.   CORRECT.  APPROXIMATELY.

04:03PM  3    Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO WHAT HAS BEEN MARKED

04:03PM  4    AS EXHIBIT 2444.

04:03PM  5         PERMISSION TO PUBLISH, YOUR HONOR?

04:03PM  6              THE COURT:  YES.

04:03PM  7    BY MR. LEACH:

04:03PM  8    Q.   AND IF WE CAN ZOOM IN ON THE TOP HALF, MS. WACHS.

04:03PM  9         DO YOU SEE THE LOGO FOR THERANOS IN THE TOP LEFT CORNER,

04:04PM 10    MS. GOULD?

04:04PM 11    A.   YES.

04:04PM 12    Q.   IN OR AROUND THIS TIME PERIOD OCTOBER 2ND, 2014, DID YOU

04:04PM 13    DECIDE TO HAVE YOUR BLOOD DRAWN FROM THERANOS?

04:04PM 14    A.   YES.

04:04PM 15    Q.   AND WHY DID YOU DO THAT?

04:04PM 16    A.   OUT OF CONVENIENCE.

04:04PM 17    Q.   OKAY.  WERE YOU ALSO ATTRACTED BY THE COST?

04:04PM 18    A.   YES.

04:04PM 19    Q.   WERE YOU ALSO ATTRACTED BY THE FACT THAT YOUR BLOOD WOULD

04:04PM 20    BE DRAWN BY A FINGERSTICK?

04:04PM 21    A.   YES, RIGHT.

04:04PM 22    Q.   AND WHERE DID YOU GET YOUR TEST?

04:04PM 23    A.   INSIDE OF A WALGREENS.

04:04PM 24    Q.   OKAY.  AND TELL US ABOUT YOUR EXPERIENCE IN WALGREENS?

04:04PM 25    A.   IT WAS UNREMARKABLE.  I MEAN, THE ONLY THING I COULD

04:04PM  1    RECALL WAS THE FINGER POKE.

04:04PM  2    Q.   AND DO YOU REMEMBER HOW YOU PAID FOR YOUR TEST?

04:04PM  3    A.   I CAN'T RECALL.

04:04PM  4    Q.   AT SOME TIME AROUND -- IF WE GO TO THE NEXT PAGE, PLEASE.

04:04PM  5         AND IF WE CAN ZOOM IN, MS. WACHS.

04:04PM  6         DO YOU SEE THE DATE OF THIS VISIT IS OCTOBER 4TH, 2014, IN

04:05PM  7    THE RIGHT CORNER, MS. GOULD?

04:05PM  8    A.   YES.

04:05PM  9    Q.   AND THAT'S TWO DAYS AFTER YOUR FIRST VISIT TO THERANOS?

04:05PM 10    A.   CORRECT.

04:05PM 11    Q.   AND SO AFTER YOUR FIRST VISIT, YOU WENT BACK FOR A SECOND

04:05PM 12    TEST?

04:05PM 13    A.   CORRECT.

04:05PM 14    Q.   AND WHY DID YOU DO THAT?

04:05PM 15    A.   AGAIN, CONVENIENCE.  NOTHING STRUCK ME AS ALARMING.

04:05PM 16    Q.   OKAY.  AND DID THE FACT THAT IT WOULD BE DRAWN BY A

04:05PM 17    FINGERSTICK, WAS THAT ATTRACTIVE TO YOU THEN?

04:05PM 18    A.   YES.

04:05PM 19    Q.   THIS REPORTS AN HCG RESULT OF 125.58.

04:05PM 20         DO YOU SEE THAT?

04:05PM 21    A.   YES.

04:05PM 22    Q.   IN OR AROUND THIS TIME PERIOD, OCTOBER 4TH, 2014, DID YOU

04:05PM 23    HAVE CONTACT WITH DR. ZACHMAN ABOUT THIS RESULT?

04:05PM 24    A.   YES.

04:05PM 25    Q.   WHAT DID SHE TELL YOU?

ZACHMAN RECROSS BY MS. MCDOWELL                                    5833

04:05PM  1     A.   THAT MY NUMBERS WERE FALLING.

04:05PM  2     Q.   AND WHAT DID YOU UNDERSTAND THAT TO MEAN, THAT YOUR

04:05PM  3     NUMBERS WERE FALLING?

04:05PM  4     A.   I INTERPRETED IT THAT MY BODY WAS MISCARRYING.

04:05PM  5     Q.   AND DID YOU HAVE CONVERSATIONS WITH DR. ZACHMAN ABOUT

04:05PM  6     POSSIBLE MEDICAL TREATMENT ASSOCIATED WITH YOUR FALLING HCG

04:06PM  7     RESULT?

04:06PM  8     A.   YES.

04:06PM  9     Q.   DID DR. ZACHMAN ALSO RECOMMEND THAT YOU GET RETESTED?

04:06PM 10     A.   YES.

04:06PM 11     Q.   OKAY.  AND DID YOU, IN FACT, GET RETESTED?

04:06PM 12     A.   YES.

04:06PM 13     Q.   AND WHAT DID YOU DO?

04:06PM 14     A.   WE WENT TO SONORAQUEST.

04:06PM 15     Q.   OKAY.  LET'S LOOK AT WHAT IS IN EVIDENCE AS EXHIBIT 3305.

04:06PM 16          DO YOU SEE, MS. GOULD, THERE'S A DATE DRAWN OF

04:06PM 17     OCTOBER 6TH, 2014?

04:06PM 18     A.   YES.

04:06PM 19     Q.   AND DO YOU SEE YOUR NAME IN THE LEFT CORNER?

04:06PM 20     A.   YES.

04:06PM 21     Q.   OKAY.  AND DO YOU SEE THERE'S AN HCG VALUE IN ROUGHLY THE

04:06PM 22     MIDDLE OF THE PAGE OF 9,559?

04:06PM 23     A.   YES.

04:06PM 24     Q.   OKAY.  IN OR AROUND THIS TIME, DID YOU HAVE CONVERSATIONS

04:06PM 25     WITH DR. ZACHMAN ABOUT THIS TEST RESULT?

ZACHMAN RECROSS BY MS. MCDOWELL                                    5834

04:06PM   1    A.   YES.

04:06PM   2    Q.   AND WHY DID YOU GO TO QUEST AS OPPOSED TO THERANOS?

04:07PM   3    A.   THIS LAB, I BELIEVE, WAS DRAWN IN THE OFFICE AT

04:07PM   4    DR. ZACHMAN'S.

04:07PM   5    Q.   OKAY.  AND DID YOU HAVE CONVERSATIONS WITH DR. ZACHMAN

04:07PM   6    ABOUT WHAT THE VALUE THAT WAS REPORTED, 9,559 MEANT?

04:07PM   7    A.   YES.

04:07PM   8    Q.   OKAY.  AND WHAT DID SHE TELL YOU?

04:07PM   9    A.   IT WAS CONFUSING.  I CAN'T RECALL THE EXACT CONVERSATION,

04:07PM  10    BUT IT WAS CONFUSING.

04:07PM  11    Q.   OKAY.  WAS THIS MORE OPTIMISTIC IN TERMS OF HAVING A

04:07PM  12    VIABLE PREGNANCY?

04:07PM  13    A.   YES.

04:07PM  14    Q.   AND DID YOU MAKE THE DECISION TO GET RETESTED AFTER THIS

04:07PM  15    TEST WITH SONORAQUEST?

04:07PM  16    A.   YES.

04:07PM  17    Q.   LET'S LOOK AT WHAT IS IN EVIDENCE AS EXHIBIT 5411.

04:07PM  18         DO YOU SEE THE DATE DRAWN HERE IS OCTOBER 8TH, 2014?

04:07PM  19    A.   YES.

04:07PM  20    Q.   SO TWO DAYS AFTER THE LAST TEST THAT WE JUST SAW?

04:08PM  21    A.   YES.

04:08PM  22    Q.   AND THE VALUE HERE IS 17,716?

04:08PM  23    A.   YES.

04:08PM  24    Q.   AND WAS THIS FURTHER GOOD NEWS IN TERMS OF A VIABLE

04:08PM  25    PREGNANCY?

5835

04:08PM 1    A.   CORRECT.   CORRECT.

04:08PM 2    Q.   AND DID YOU ULTIMATELY GIVE BIRTH TO A GIRL?

04:08PM 3    A.   I DID, YES.

04:08PM 4    Q.   AFTER YOUR EXPERIENCE WITH THERANOS, DID YOU EVER GO BACK?

04:08PM 5    A.   NO.

04:08PM 6    Q.   WHY NOT?

04:08PM 7    A.   THE INACCURACY.

04:08PM 8    Q.   AFTER THIS EXPERIENCE WITH THERANOS, DID YOU EVER

04:08PM 9    RECOMMEND THAT DR. BARRY SEND PATIENTS TO THERANOS?

04:08PM 10   A.   NO.

04:08PM 11             MR. LEACH:  MAY I HAVE A MOMENT, YOUR HONOR?

04:08PM 12             THE COURT:  YES.

04:08PM 13        (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

04:08PM 14             MR. LEACH:  NO FURTHER QUESTIONS FOR MS. GOULD.

04:09PM 15             THE COURT:  ALL RIGHT.  ANY CROSS-EXAMINATION?

04:09PM 16             MS. MCDOWELL:  WE DON'T HAVE ANY QUESTIONS FOR THIS

04:09PM 17   WITNESS, YOUR HONOR.

04:09PM 18             THE COURT:  ALL RIGHT.  IS THIS WITNESS EXCUSED?

04:09PM 19             MR. LEACH:  YES.

04:09PM 20             MS. MCDOWELL:  YES.

04:09PM 21             THE COURT:  ALL RIGHT.  YOU'RE EXCUSED.

04:09PM 22        ALL RIGHT.  THANK YOU.  THE RECORD SHOULD REFLECT THAT

04:09PM 23   MS. GOULD HAS LEFT THE COURTROOM.  ALL COUNSEL ARE PRESENT.

04:09PM 24   OUR JURY IS PRESENT.

04:09PM 25        LADIES AND GENTLEMEN, THANK YOU, THANK YOU VERY MUCH,

ER-4410

5836

04:09PM 1    LADIES AND GENTLEMEN OF THE JURY, FOR ALLOWING ME TO GO OVER.

04:09PM 2    THE LAWYERS WERE EFFICIENT AS PROMISED AND ALLOWED THIS WITNESS

04:09PM 3    TO COMPLETE HER TESTIMONY TODAY.  SO THANK YOU VERY MUCH.

04:09PM 4        DO YOU HAVE ANOTHER WITNESS TO CALL TODAY?

04:09PM 5        (LAUGHTER.)

04:09PM 6            MR. LEACH:  I DON'T INTEND TO DISAPPOINT ANYBODY,

04:09PM 7    BUT, NO, NOT TODAY.

04:09PM 8            THE COURT:  ALL RIGHT.  THANK YOU.  WE'LL TAKE OUR

04:09PM 9    WEEKEND BREAK THEN, SHALL WE?

04:09PM 10       DURING THE BREAK, PLEASE DO NOT DISCUSS ANYTHING ABOUT

04:09PM 11   THIS CASE OR IN ANY WAY TRY TO LEARN ANYTHING ABOUT IT.

04:09PM 12       THANK YOU FOR YOUR PATIENCE IN HAVING ME REPEAT THAT

04:10PM 13   QUESTION WHEN WE END EVERY DAY WITH.  AND YOU KNOW THE FIRST

04:10PM 14   THING I'M GOING TO DO WHEN I ASK YOU THAT QUESTION ON TUESDAY.

04:10PM 15   I THINK TUESDAY IS OUR NEXT SESSION.

04:10PM 16       HAVE A GOOD WEEKEND.  ENJOY.  I THINK IT'S GOING TO BE

04:10PM 17   SUNNY THIS WEEKEND, SO ENJOY.  STAY HEALTHY.  AND WE'LL SEE YOU

04:10PM 18   NEXT TUESDAY.  THANK YOU.

04:10PM 19       (JURY OUT AT 4:10 P.M.)

04:10PM 20           THE COURT:  PLEASE BE SEATED.  THANK YOU.

04:10PM 21       THE RECORD SHOULD REFLECT THAT THE JURY HAS LEFT.  ALL

04:10PM 22   COUNSEL, MR. BALWANI ARE PRESENT.

04:10PM 23       SO WE'LL PROCEED WITH THE GOVERNMENT'S NEXT WITNESS ON

04:11PM 24   TUESDAY I PRESUME; IS THAT RIGHT?

04:11PM 25           MR. SCHENK:  YES, YOUR HONOR.

ER-4411

5837

04:11PM 1          THE COURT:  OKAY.  GREAT.  THANK YOU.  HAVE A GOOD

04:11PM 2     WEEKEND.  THANK YOU.

04:11PM 3          MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

04:11PM 4          (COURT ADJOURNED AT 4:11 P.M.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ER-4412

5872

1

2                    UNITED STATES DISTRICT COURT

3                  NORTHERN DISTRICT OF CALIFORNIA

4                       SAN JOSE DIVISION

5

    UNITED STATES OF AMERICA,           )
6                                        )  CR-18-00258-EJD
                    PLAINTIFF,           )
7                                        )  SAN JOSE, CALIFORNIA
            VS.                          )
8                                        )  MAY 18, 2022
    RAMESH "SUNNY" BALWANI,              )
9                                        )  VOLUME 31
                    DEFENDANT.           )
10   _____    )  PAGES 5872 - 6157

11

12                 TRANSCRIPT OF TRIAL PROCEEDINGS
              BEFORE THE HONORABLE EDWARD J. DAVILA
13                 UNITED STATES DISTRICT JUDGE

14   A P P E A R A N C E S:

15   FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
                           BY:  JOHN C. BOSTIC
16                              JEFFREY B. SCHENK
                           150 ALMADEN BOULEVARD, SUITE 900
17                         SAN JOSE, CALIFORNIA 95113

18                         BY:  ROBERT S. LEACH
                                KELLY VOLKAR
19                         1301 CLAY STREET, SUITE 340S
                           OAKLAND, CALIFORNIA 94612
20
            (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21
     OFFICIAL COURT REPORTERS:
22                         IRENE L. RODRIGUEZ, CSR, RMR, CRR
                           CERTIFICATE NUMBER 8074
23                         LEE-ANNE SHORTRIDGE, CSR, CRR
                           CERTIFICATE NUMBER 9595
24
          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25             TRANSCRIPT PRODUCED WITH COMPUTER

ER-4413

5876

|   |   |   |
|---|---|---|
| | 1 | SAN JOSE, CALIFORNIA                              MAY 18, 2022 |
| | 2 | P R O C E E D I N G S |
| 09:05AM | 3 | (COURT CONVENED AT 9:05 A.M.) |
| 09:05AM | 4 | (JURY IN AT 9:05 A.M.) |
| 09:05AM | 5 | THE COURT:  WE ARE BACK ON THE RECORD IN THE BALWANI |
| 09:05AM | 6 | MATTER.  ALL COUNSEL ARE PRESENT.  MR. BALWANI IS PRESENT. |
| 09:05AM | 7 | OUR JURORS ARE PRESENT. |
| 09:06AM | 8 | GOOD MORNING, LADIES AND GENTLEMEN. |
| 09:06AM | 9 | BEFORE WE START TESTIMONY, LET ME ASK THE JURORS THE |
| 09:06AM | 10 | QUESTION:  HAVE ANY OF YOU HAD OCCASION TO LEARN ABOUT, READ, |
| 09:06AM | 11 | DISCUSS, OR IN ANY WAY DO ANY INVESTIGATION ABOUT THIS CASE |
| 09:06AM | 12 | DURING OUR BREAK? |
| 09:06AM | 13 | IF SO, PLEASE RAISE YOUR HAND. |
| 09:06AM | 14 | THANK YOU.  I SEE NO HANDS.  THANK YOU VERY MUCH. |
| 09:06AM | 15 | DOES THE GOVERNMENT HAVE A WITNESS TO CALL? |
| 09:06AM | 16 | MR. SCHENK:  YES, YOUR HONOR. |
| 09:06AM | 17 | THE UNITED STATES CALLS DR. MARK BURNES. |
| 09:06AM | 18 | THE COURT:  THANK YOU. |
| 09:07AM | 19 | (PAUSE IN PROCEEDINGS.) |
| 09:07AM | 20 | THE COURT:  GOOD MORNING, SIR.  IF YOU WOULD COME |
| 09:07AM | 21 | FORWARD. |
| 09:07AM | 22 | I'LL INVITE YOU TO STAND OVER HERE WHILE YOU FACE OUR |
| 09:07AM | 23 | COURTROOM DEPUTY.  IF YOU WOULD RAISE YOUR RIGHT HAND, SHE HAS |
| 09:07AM | 24 | A QUESTION FOR YOU. |
| 09:07AM | 25 | **(GOVERNMENT'S WITNESS, MARK BURNES, WAS SWORN.)** |

ER-4414

09:07AM 1          THE WITNESS:  YES, I DO.

09:07AM 2          THE CLERK:  THANK YOU.

09:07AM 3          THE COURT:  PLEASE HAVE A SEAT UP HERE, SIR.

09:07AM 4     LET ME INVITE YOU TO MAKE YOURSELF COMFORTABLE.  ADJUST

09:07AM 5     THAT CHAIR AND MICROPHONE AS YOU NEED.

09:07AM 6     AND THERE'S SOME WATER THERE SHOULD YOU CARE TO --

09:07AM 7          THE WITNESS:  THANK YOU.

09:07AM 8          THE COURT:  -- REFRESH YOURSELF.

09:07AM 9     OF COURSE.

09:07AM 10     AND WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR

09:07AM 11     NAME AND THEN SPELL IT, PLEASE.

09:07AM 12          THE WITNESS:  DR. MARK BURNES, B-U-R-N-E-S.

09:07AM 13          THE COURT:  AND IS MARK M-A-R-K?

09:08AM 14          THE WITNESS:  YES.

09:08AM 15          THE COURT:  GREAT.  THANK YOU.

09:08AM 16          MR. SCHENK:  THANK YOU VERY MUCH, YOUR HONOR.

09:08AM 17                    **DIRECT EXAMINATION**

09:08AM 18     BY MR. SCHENK:

09:08AM 19     Q.   GOOD MORNING, DR. BURNES.

09:08AM 20     A.   GOOD MORNING.

09:08AM 21     Q.   I SEE YOU'RE GOING TO TESTIFY THIS MORNING WITH A CLEAR

09:08AM 22     MASK ON; IS THAT CORRECT?

09:08AM 23     A.   YES.

09:08AM 24          MR. SCHENK:  AND I BELIEVE THERE'S NO OBJECTION FROM

09:08AM 25     THE DEFENSE TO THAT PROCEDURE, YOUR HONOR.

09:08AM   1                   MR. COOPERSMITH:  THERE IS NONE, YOUR HONOR.

09:08AM   2                   THE COURT:  ALL RIGHT.  THANK YOU.

09:08AM   3                   MR. SCHENK:  THANK YOU.

09:08AM   4       Q.   DR. BURNES, ARE YOU CURRENTLY EMPLOYED?

09:08AM   5       A.   I'M SELF-EMPLOYED AS A PHYSICIAN.

09:08AM   6       Q.   YOU SAID AS A PHYSICIAN.  AS A MEDICAL DOCTOR?

09:08AM   7       A.   YES.

09:08AM   8       Q.   AND WHAT TYPE OF MEDICINE DO YOU PRACTICE?

09:08AM   9       A.   INTERNAL MEDICINE.

09:08AM  10       Q.   HOW LONG HAVE YOU DONE THAT?

09:08AM  11       A.   SINCE 1992.

09:08AM  12       Q.   WOULD YOU BRIEFLY DESCRIBE FOR THE JURY YOUR EDUCATIONAL

09:08AM  13       BACKGROUND?

09:08AM  14       A.   I WENT TO UNDERGRADUATE SANTA CLARA UNIVERSITY HERE.

09:08AM  15            THEN I WAS GONE INTO THE MILITARY SERVICE FOR ABOUT SIX

09:08AM  16       YEARS.

09:08AM  17            THEN I WENT TO POST-GRADUATE SCHOOL IN TUCSON, ARIZONA,

09:08AM  18       THE UNIVERSITY OF ARIZONA, FOR ONE YEAR.

09:08AM  19            THEN I APPLIED AND WAS ACCEPTED TO MEDICAL SCHOOL AT

09:09AM  20       ST. LOUIS UNIVERSITY IN ST. LOUIS, MISSOURI IN 1985 TIMEFRAME.

09:09AM  21            I GRADUATED FROM THERE IN 1989.

09:09AM  22            I PERFORMED RESIDENCY IN PHOENIX, ARIZONA, AND I COMPLETED

09:09AM  23       IN 1992.

09:09AM  24            AND THEN I OPENED PRIVATE PRACTICE AT THAT TIME IN

09:09AM  25       PHOENIX.

BURNES DIRECT BY MR. SCHENK                                          5879

09:09AM 1    Q.   YOU OPENED YOUR OWN PRIVATE PRACTICE IN THE PHOENIX AREA

09:09AM 2    IN 1992?

09:09AM 3    A.   YES.

09:09AM 4    Q.   AND WHAT TYPE OF MEDICINE DO YOU PRACTICE AT THIS PRIVATE

09:09AM 5    PRACTICE?

09:09AM 6    A.   INTERNAL MEDICINE, WHICH IS GENERALLY FOUNDING CARE FOR

09:09AM 7    ADULTS AND ELDERLY, MOSTLY OLDER FOLKS.

09:09AM 8    Q.   YOU SAID INTERNAL MEDICINE IS GENERALLY TO CARE FOR, I'M

09:09AM 9    SORRY?

09:09AM 10   A.   ADULTS.  BUT MOST OF MY PRACTICE IS ELDERLY.

09:09AM 11   Q.   IN THE COURSE OF YOUR MEDICAL TRAINING, DID YOU GAIN

09:09AM 12   EXPERIENCE WITH A BLOOD TEST THAT IS KNOWN AS PSA?

09:09AM 13   A.   YES.

09:09AM 14   Q.   WOULD YOU DESCRIBE THAT EXPERIENCE TO THE JURY, YOUR

09:10AM 15   TRAINING?

09:10AM 16   A.   INITIALLY IT WAS -- THE TRAINING INVOLVED MEDICAL SCHOOL

09:10AM 17   COURSES, FOLLOWED UP IN RESIDENCY, AND THEN IT'S BEEN PART OF

09:10AM 18   MY PRACTICE FOR THE LAST 30 YEARS.

09:10AM 19   Q.   AND TELL ME ABOUT THAT PART.  WHAT TYPE OF EXPERIENCE DO

09:10AM 20   YOU HAVE WITH THE PSA BLOOD TEST THROUGH THE COURSE OF YOUR OWN

09:10AM 21   PRIVATE PRACTICE?

09:10AM 22   A.   I'VE USED IT FOR HELPING DIAGNOSE EARLY PROSTATE CANCER

09:10AM 23   PRIMARILY OVER THE LAST 30 YEARS.

09:10AM 24        I'LL EXPLAIN FURTHER IF YOU NEED ME TO.

09:10AM 25   Q.   SURE.  THANK YOU.

ER-4417

BURNES DIRECT BY MR. SCHENK                                        5880

09:10AM 1    A.   PSA STANDS FOR PROSTATIC SPECIFIC ANTIGEN.  BASICALLY IT'S

09:10AM 2    A WASTE PRODUCT IS THE WAY I EXPLAIN IT THAT COMES FROM THE

09:10AM 3    PROSTATE GLAND AND GOES INTO THE BLOOD.  AND IT'S PROPORTIONAL

09:10AM 4    TO THE SIZE AND ACTIVITY OF THE PROSTATE GLAND.

09:11AM 5         SO AS MEN GET OLDER, THE PROSTATE GENERALLY GETS LARGER

09:11AM 6    AND THE PSA RESULTS IN THE BLOOD GENERALLY TENDS TO FULLY RISE

09:11AM 7    OVER TIME.

09:11AM 8         THE REASON WE MEASURE IT MOSTLY IN GENTLEMEN, MEN OVER AGE

09:11AM 9    50 GENERALLY, IS YOU TRY AND DETECT A RISE OF USUALLY ABOUT

09:11AM 10   SUSPICIOUS ENOUGH TO CONSIDER THAT PROSTATE CANCER MAY BE A

09:11AM 11   POSSIBILITY.

09:11AM 12   Q.   AND DID YOU JUST SAY TO DETECT A RISE?

09:11AM 13   A.   YES.  THE -- INITIALLY WHEN IT WAS DEVELOPED I BELIEVE BY

09:11AM 14   THE NIH ABOUT 35 YEARS AGO OR SO, IT WAS TO BE USED AS A

09:11AM 15   DETECTION TOOL FOR DOCTORS FOR PROSTATE CANCER, EARLY

09:11AM 16   DETECTION.

09:11AM 17        AND THIS HAS NOT BEEN CHANGED ON THE LAB WORK, BUT YOU'LL

09:11AM 18   SEE RANGES THAT I MIGHT SHOW YOU LATER IN LAB WORK THAT RANGE

09:11AM 19   FROM 0 TO 4 AS THE NORMAL RANGE, BUT THAT'S NOT REALLY USEFUL.

09:12AM 20        FROM WHAT I DESCRIBED, AS THE PROSTATE GROWS, THE PSA IN

09:12AM 21   THE BLOOD SLOWLY RISES AT DIFFERENT RATES IN DIFFERENT MEN.

09:12AM 22        SO WHAT WE'RE LOOKING FOR IS NOT THE TOTAL VALUE.  IT

09:12AM 23   SHOULD BE A SLOW, STEADY RISE IN A FAIRLY STRAIGHT LINE.

09:12AM 24        BUT IF WE SEE IT JUMP UP MORE THAN TWO OR THREE TIMES,

09:12AM 25   THEN WE GET SUSPICIOUS FOR THE POSSIBILITY OF PROSTATE CANCER.

BURNES DIRECT BY MR. SCHENK                                              5881

09:12AM   1    Q.   AND IN THE COURSE OF YOUR PRACTICE, HAVE YOU HAD AN

09:12AM   2    OPPORTUNITY TO ORDER THE PSA BLOOD TEST FOR YOUR PATIENTS?

09:12AM   3    A.   YES.

09:12AM   4    Q.   DO YOU HAVE THE ABILITY TO ESTIMATE FOR US HOW MANY TIMES

09:12AM   5    YOU'VE ORDERED A PSA TEST SINCE YOU OPENED YOUR PRACTICE IN

09:12AM   6    '92?

09:12AM   7    A.   WELL, FOR 30 YEARS FOR MEN OVER 50 -- I HAVE A SMALL

09:12AM   8    PRACTICE NOW, BUT OVER THE YEARS THE NUMBER OF TESTS IS

09:13AM   9    PROBABLY OVER 10,000.

09:13AM  10    Q.   AND HAVE YOU HAD THE OPPORTUNITY TO SEE OR EVALUATE THE

09:13AM  11    RESULTS FROM THOSE ORDERS, THE ACTUAL PSA SCORES?

09:13AM  12    A.   YES, I DO THAT ROUTINELY.

09:13AM  13    Q.   AND WHEN YOU'VE EVALUATED THOSE SCORES, HAVE YOU HAD THE

09:13AM  14    OPPORTUNITY TO EVALUATE SCORES BOTH WITHIN THE REFERENCE RANGE

09:13AM  15    THAT YOU JUST DESCRIBED TO US AND OUTSIDE OF THE REFERENCE

09:13AM  16    RANGE?

09:13AM  17    A.   YES.

09:13AM  18    Q.   HAVE YOU HAD THE OPPORTUNITY TO EVALUATE SCORES THAT ARE

09:13AM  19    ABNORMAL OR MUCH HIGHER THAN THE REFERENCE RANGE?

09:13AM  20    A.   YES.

09:13AM  21    Q.   HAVE YOU -- DO YOU HAVE THE ABILITY TO ESTIMATE FOR US HOW

09:13AM  22    OFTEN THAT OCCURS, THAT IS, YOU RECEIVE AN ABNORMAL SCORE?

09:13AM  23    A.   WHAT I WOULD CONSIDER ABNORMAL, THAT WOULD INSTILL SOME

09:13AM  24    SUSPICION TO LOOK FURTHER, PROBABLY, PROBABLY ABOUT, I'M

09:13AM  25    GUESSING, ABOUT 4- TO 500.

BURNES DIRECT BY MR. SCHENK                                              5882

09:14AM  1    Q.   YOU MENTIONED A MOMENT AGO THAT THE PSA TEST IS USED AS A

09:14AM  2    TOOL TO HELP DIAGNOSE PROSTATE CANCER; IS THAT CORRECT?

09:14AM  3    A.   THAT'S ITS PRIMARY PURPOSE.

09:14AM  4    Q.   HAVE YOU HAD THE OPPORTUNITY DURING YOUR PRACTICE TO

09:14AM  5    DIAGNOSE PROSTATE CANCER FOR SOME OF YOUR PATIENTS?

09:14AM  6    A.   YES.

09:14AM  7    Q.   AND DO YOU KNOW HOW OFTEN THAT OCCURS?  HOW MANY

09:14AM  8    PATIENTS --

09:14AM  9    A.   OVER THE LAST 30 YEARS, THIS HAS HELPED ME DIAGNOSE EARLY

09:14AM  10   ABOUT 200 PATIENTS WITH PROSTATE CANCER.

09:14AM  11   Q.   THANK YOU.

09:14AM  12        YOUR HONOR, THE GOVERNMENT NOW OFFERS DR. BURNES AS AN

09:14AM  13   EXPERT IN THE AREA OF DIAGNOSING PROSTATE CANCER, THE BLOOD

09:14AM  14   TEST FOR PSA, AND INTERPRETING PSA TEST RESULTS.

09:14AM  15            MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

09:14AM  16            THE COURT:  THANK YOU.

09:14AM  17        THIS WITNESS WILL BE PERMITTED, LADIES AND GENTLEMEN, TO

09:14AM  18   TESTIFY AS AN EXPERT AS TO THOSE AREAS AS ARTICULATED BY

09:14AM  19   MR. SCHENK.

09:14AM  20        YOU WILL BE GIVEN, IN THE FINAL INSTRUCTIONS, INSTRUCTIONS

09:14AM  21   ON HOW YOU MAY USE THIS TESTIMONY.

09:15AM  22        MR. SCHENK.

09:15AM  23            MR. SCHENK:  THANK YOU.

09:15AM  24   Q.   DR. BURNES, I'D NOW LIKE TO ASK YOU SOME QUESTIONS ABOUT A

09:15AM  25   PARTICULAR BLOOD TESTING LAB BY THE NAME OF THERANOS.

BURNES DIRECT BY MR. SCHENK                                            5883

09:15AM  1          ARE YOU FAMILIAR WITH THE COMPANY THERANOS?

09:15AM  2     A.   YES.

09:15AM  3     Q.   DO YOU REMEMBER HOW YOU FIRST BECAME FAMILIAR WITH

09:15AM  4     THERANOS?

09:15AM  5     A.   I BELIEVE IT WAS A MARKETING REPRESENTATIVE THAT CAME TO

09:15AM  6     THE OFFICE.

09:15AM  7     Q.   CAME TO YOUR OFFICE?

09:15AM  8     A.   YES.

09:15AM  9     Q.   AND, AGAIN, WHERE IS THAT LOCATED?

09:15AM  10    A.   IN GOODYEAR, ARIZONA.

09:15AM  11    Q.   IS GOODYEAR NEAR THE PHOENIX AREA?

09:15AM  12    A.   YES, IT'S PART OF THE METROPOLITAN AREA.

09:15AM  13    Q.   AND WHAT DO YOU RECALL ABOUT THE LAB, THERANOS?  WHAT WAS

09:15AM  14    IT ADVERTISED TO YOU AS OFFERING?

09:15AM  15    A.   IT WAS OFFERING A NEW FORM OF LAB TESTING, WHICH I WAS

09:15AM  16    VERY EXCITED TO HEAR ABOUT.  AS A -- WE WERE TRYING TO -- THE

09:15AM  17    TEST THAT I ROUTINELY DO AS A FAMILY DOCTOR, CBC'S, CHEMISTRY

09:16AM  18    TESTS AND THE LIKE, AND SO HAVING TO DRAW MULTIPLE TUBES OF

09:16AM  19    BLOOD FROM PATIENTS, AND MUCH OF THAT GETS TOSSED ANYWAY.

09:16AM  20          WITH A PINPRICK, THEY SHOWED THAT THEY COULD OBTAIN MOST

09:16AM  21    OF THESE TESTS THAT WAY, WHICH IS A DROP OF BLOOD, AND ON THAT,

09:16AM  22    A MUCH SUBSTANTIALLY REDUCED COST.

09:16AM  23          SO IT WAS VERY EXCITING FOR THIS NEW LAB AND IT HELD

09:16AM  24    PROMISE FOR THEM.

09:16AM  25    Q.   YOU DESCRIBED A PINPRICK OF BLOOD.  DO YOU KNOW WHAT PART

ER-4421

09:16AM 1    OF THE BODY THAT BLOOD WAS DRAWN?

09:16AM 2    A.   I ACTUALLY NEVER SAW IT.  I ASSUME IT WAS FROM THE FINGER.

09:16AM 3    Q.   YOU SAID THAT THE TECHNOLOGY WAS VERY EXCITING BECAUSE OF

09:16AM 4    THE SIZE DIFFERENCE BETWEEN THE THERANOS --

09:16AM 5    A.   YES.

09:16AM 6            THE COURT:  YOU KNOW --

09:16AM 7            THE WITNESS:  WHAT WAS THE QUESTION AGAIN, SIR?

09:16AM 8            THE COURT:  WHAT WOULD BE HELPFUL, DOCTOR, IS TO LET

09:16AM 9    HIM FINISH THE QUESTION BEFORE YOU ANSWER, AND THAT WOULD HELP

09:16AM 10   THE COURT REPORTER, TOO, TO REPORT EVERYTHING AND THE QUESTION

09:17AM 11   AND ANSWER.

09:17AM 12           THE WITNESS:  I APOLOGIZE.

09:17AM 13           THE COURT:  NO.  THAT'S QUITE ALL RIGHT.

09:17AM 14       I'M GOING TO ASK MR. SCHENK TO ASK HIS QUESTION AGAIN,

09:17AM 15   PLEASE.

09:17AM 16           MR. SCHENK:  YES.  THANK YOU.

09:17AM 17   Q.   YOU DESCRIBED A MEASURE OF EXCITEMENT REGARDING THE

09:17AM 18   THERANOS LAB TESTING BECAUSE OF THE SIZE OF THE BLOOD DRAW AND

09:17AM 19   BECAUSE OF THE COST; IS THAT RIGHT?

09:17AM 20   A.   YES.

09:17AM 21   Q.   AND AS A RESULT OF THAT EXCITEMENT OR INTEREST, DID YOU

09:17AM 22   SUGGEST THAT SOME OF YOUR PATIENTS GET THEIR LABS DONE AT

09:17AM 23   THERANOS?

09:17AM 24   A.   YES.

09:17AM 25   Q.   ARE YOU FAMILIAR WITH A PATIENT BY THE NAME OF

09:17AM   1    MEHRL ELLSWORTH?

09:17AM   2         AND LET ME SPELL THAT.  IT'S M-E-H-R-L, AND THE LAST NAME

09:17AM   3    IS E-L-L-S-W-O-R-T-H.

09:17AM   4         ARE YOU FAMILIAR WITH DR. ELLSWORTH?

09:17AM   5    A.   YES.

09:17AM   6    Q.   AND WAS HE A PATIENT OF YOURS AROUND THE 2015 TIMEFRAME?

09:17AM   7    A.   YES.

09:17AM   8         MR. SCHENK:  YOUR HONOR, MAY I APPROACH?

09:17AM   9         THE COURT:  YES.

09:17AM  10         MR. SCHENK:  THANK YOU.

09:18AM  11    Q.   DOCTOR, I'VE HANDED YOU A BINDER OF EXHIBITS.  I WONDER IF

09:18AM  12    YOU'LL TURN TO THE SECOND TAB IN THE BINDER.  IT'S EXHIBIT

09:18AM  13    NUMBER 4938.

09:18AM  14         ARE YOU FAMILIAR WITH THE DOCUMENTS LOCATED AT TAB 4938?

09:18AM  15    A.   YES.

09:18AM  16    Q.   AND WHAT ARE THESE DOCUMENTS?

09:18AM  17    A.   THESE ARE LABORATORY RESULTS FROM THERANOS.

09:18AM  18    Q.   FOR WHICH INDIVIDUAL?

09:18AM  19    A.   DR. ELLSWORTH.

09:18AM  20         MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 4938.

09:18AM  21         MR. COOPERSMITH:  YOUR HONOR, WE OBJECT TO THE FIRST

09:18AM  22    PAGE, WHICH LOOKS TO BE JUST A DECLARATION.

09:18AM  23         ALSO, THOUGH, THE SECOND PAGE AND THE THIRD PAGE.

09:18AM  24         AND REGARDING THE SECOND AND THE THIRD PAGE, YOUR HONOR,

09:19AM  25    WE WOULD POINT YOU TO THE RESULTS SECTION OF BOTH OF THOSE, AND

09:19AM 1    WE OBJECT TO THOSE PAGES UNDER 401 AND 403 AND BASED ON

09:19AM 2    PREVIOUS DISCUSSIONS WITH THE COURT.

09:19AM 3         WE DO NOT OBJECT TO PAGES 4, 5, 6, 7 AND 8 OF THE EXHIBIT.

09:19AM 4              THE COURT:  MR. SCHENK.

09:19AM 5              MR. SCHENK:  YOUR HONOR, I DO NOT NEED THE FIRST

09:19AM 6    PAGE, SO I WOULD SEEK TO ADMIT PAGES 2 THROUGH 8.

09:19AM 7         WITH REGARD TO PAGES 2 AND 3, THEY ARE RECORDS BOTH OF

09:19AM 8    THERANOS AND OF DR. BURNES'S PRACTICE.  THEY WERE DOCUMENTS

09:19AM 9    PROVIDED TO DR. BURNES, AND ALSO TO THE PATIENT AFTER RECEIVING

09:19AM 10   TESTS AT THERANOS, AND THEY ARE AN IMPORTANT PART OF THE STORY

09:20AM 11   THAT BOTH DR. BURNES AND DR. ELLSWORTH CAN TESTIFY TO.

09:20AM 12             MR. COOPERSMITH:  YOUR HONOR, I WOULD ALSO POINT THE

09:20AM 13   COURT TO THE REPORT DATES ON PAGES 2 AND 3 AT THE BOTTOM

09:20AM 14   CENTER, AND IT'S IN MARCH OF 2016, AND THAT'S PART OF OUR

09:20AM 15   OBJECTION, YOUR HONOR.

09:20AM 16             THE COURT:  ANYTHING ON THAT, MR. SCHENK?

09:20AM 17             MR. SCHENK:  NO, YOUR HONOR.  THANK YOU.

09:20AM 18             THE COURT:  ALL RIGHT.  THANK YOU.

09:20AM 19        I'LL ADMIT THESE OVER OBJECTION, AND THE PROBATIVE VALUE

09:20AM 20   OF THESE OUTWEIGH ANY PREJUDICE THAT EXISTS.

09:20AM 21        SO THEY'RE ADMITTED, AND THEY MAY BE PUBLISHED.

09:20AM 22        (GOVERNMENT'S EXHIBIT 4938 WAS RECEIVED IN EVIDENCE.)

09:20AM 23             MR. SCHENK:  THANK YOU, YOUR HONOR.

09:20AM 24   Q.  IF WE COULD START, DR. BURNES, ON PAGE 7 OF THIS EXHIBIT.

09:21AM 25        YOUR HONOR, MAY I HAVE JUST ONE MOMENT?

09:21AM 1          THE COURT:  SURE.

09:21AM 2          (PAUSE IN PROCEEDINGS.)

09:21AM 3     BY MR. SCHENK:

09:21AM 4     Q.   DR. BURNES, ON THE SCREEN IN FRONT OF YOU, DO YOU SEE THE

09:21AM 5     EXHIBIT 4938, PAGE 7?

09:21AM 6     A.   YES.

09:21AM 7     Q.   AND THE PATIENT'S NAME ON THIS VERSION HAS BEEN REDACTED;

09:21AM 8     IS THAT CORRECT?

09:21AM 9     A.   YES.

09:21AM 10    Q.   THE VERSION THAT YOU HAVE IN FRONT OF YOU, DOES THAT

09:21AM 11    VERSION HAVE THE PATIENT'S NAME?

09:21AM 12    A.   YES.

09:21AM 13    Q.   WHAT IS THE PATIENT'S NAME?

09:21AM 14    A.   MEHRL, M-E-H-R-L, ELLSWORTH, E-L-L-S-W-O-R-T-H.

09:21AM 15    Q.   THANK YOU.

09:21AM 16         I'D LIKE TO ASK YOU A FEW QUESTIONS ABOUT THIS DOCUMENT,

09:22AM 17    BUT, FIRST, DID YOU HAVE OCCASION TO ORDER A PSA TEST FOR

09:22AM 18    DR. ELLSWORTH?

09:22AM 19    A.   YES.

09:22AM 20    Q.   AND PLEASE DESCRIBE THAT TO THE JURY.  WHAT WERE THE

09:22AM 21    CIRCUMSTANCES?

09:22AM 22    A.   THE PATIENT WAS LEAVING THE COUNTRY IN A COUPLE OF MONTHS

09:22AM 23    FOR MISSIONARY WORK OVERSEAS FOR ABOUT TWO YEARS, AND HIS

09:22AM 24    CHURCH ASKED THAT A RECENT PSA BE OBTAINED.

09:22AM 25         NORMALLY WE DO THAT WITH OUR WELLNESS EXAMS AND ANNUAL

09:22AM   1      PHYSICALS IS OUT OF SEQUENCE THEN.

09:22AM   2           PART OF THE ISSUE IS THAT THAT TEST WAS FAIRLY EXPENSIVE,

09:22AM   3      AND SO THAT'S PART OF THE REASON THAT I WOULD USE THERANOS

09:22AM   4      SOMETIMES.

09:22AM   5           SO AT THIS TIME I SENT DR. ELLSWORTH TO OBTAIN A PSA FOR

09:22AM   6      HIS MISSIONARY CLEARANCE.

09:22AM   7      Q.   YOU SAID THAT THE PSA TEST WAS OUT OF SEQUENCE.

09:22AM   8           DO YOU MEAN OUTSIDE OF THE NORMAL ANNUAL PHYSICAL THAT YOU

09:23AM   9      DESCRIBED?

09:23AM  10      A.   YES.

09:23AM  11           AND SO INSURANCE WILL NORMALLY COVER IT ABOUT EVERY YEAR

09:23AM  12      OR SO.  I GET THE TEST ABOUT EVERY YEAR OR YEAR AND A HALF OR

09:23AM  13      SO FOR MEN OVER 50.

09:23AM  14           I DON'T RECALL EXACTLY THE CIRCUMSTANCES, BUT IT WAS

09:23AM  15      REQUESTED BY THE TIMING OF THIS CHURCH, SO HE WAS PROBABLY

09:23AM  16      GOING TO HAVE TO PAY FOR IT, SO THAT'S WHY WE USED THE LAB.

09:23AM  17      Q.   THANK YOU.

09:23AM  18           NOW I'D LIKE TO ASK YOU ABOUT PORTIONS OF THE DOCUMENT.

09:23AM  19           FIRST, AT THE VERY TOP, DO YOU SEE A FAX HEADER?  IT'S

09:23AM  20      ALSO ZOOMED IN ON THE SCREEN IF THAT'S EASIER.

09:23AM  21      A.   OKAY.  YES, UH-HUH.

09:23AM  22      Q.   AND WHAT IS THE DATE?

09:23AM  23      A.   MAY 16TH, 2015.

09:23AM  24      Q.   THANK YOU.

09:23AM  25           AND WAS IT YOUR PRACTICE TO HAVE YOUR PATIENT'S LAB

09:23AM  1    RESULTS FAXED TO YOUR OFFICE?

09:23AM  2    A.   YES.

09:23AM  3    Q.   WOULD THAT FAX HAVE ARRIVED AT YOUR OFFICE IN ARIZONA?

09:23AM  4    A.   YES.

09:23AM  5    Q.   I WOULD LIKE TO NOW ZOOM IN ON THE VISIT DATE SECTION.

09:24AM  6    IT'S JUST ABOVE THE SUMMARY OF ABNORMAL RESULTS TABLE.

09:24AM  7         DO YOU SEE THAT?

09:24AM  8    A.   YES.

09:24AM  9    Q.   AND WHAT IS THE VISIT DATE?

09:24AM  10   A.   MAY 14TH, 2015.

09:24AM  11   Q.   DO YOU RECALL WHETHER DR. ELLSWORTH HAD SEVERAL PSA TESTS

09:24AM  12   CONDUCTED AT THERANOS?

09:24AM  13   A.   YES.

09:24AM  14   Q.   AND WAS THIS THE FIRST ONE?

09:24AM  15   A.   YES.

09:24AM  16   Q.   NOW I'D LIKE TO SHOW YOU UNDER THE SECTION THAT IS TITLED

09:24AM  17   PSA, TOTAL.

09:24AM  18        DO YOU SEE THAT?

09:24AM  19   A.   YES.

09:24AM  20   Q.   IT SAYS PROSTATE SPECIFIC ANTIGEN TOTAL, AND THEN THERE'S

09:24AM  21   A RESULT.

09:24AM  22        WHAT IS THE RESULT?

09:24AM  23   A.   26.1.

09:24AM  24   Q.   WHAT DOES THAT MEAN TO YOU?

09:24AM  25   A.   THAT'S ELEVATED SIGNIFICANTLY.

ER-4427

BURNES DIRECT BY MR. SCHENK                                                  5890

09:24AM   1     Q.   AND WHEN YOU SAY "ELEVATED," DO YOU MEAN IN RELATION TO

09:24AM   2     PRIOR SCORES FOR DR. ELLSWORTH?

09:25AM   3     A.   NOT ONLY FOR HIS PRIOR SCORES, BUT THAT LEVEL OF ELEVATION

09:25AM   4     IS CONCERNING NO MATTER WHAT HIS PREVIOUS SCORES HAD BEEN.

09:25AM   5     Q.   SO IT'S OBJECTIVELY HIGH OR ELEVATED?

09:25AM   6     A.   YES.

09:25AM   7     Q.   THANK YOU.

09:25AM   8     A.   IF I COULD CLARIFY FOR THE COURT AND THE JURY?

09:25AM   9     Q.   PLEASE.

09:25AM   10    A.   IF HE IS A NEW PATIENT THAT I HAD NEVER SEEN BEFORE AND I

09:25AM   11    GOT THAT RESULT, I WOULD BE VERY, VERY CONCERNED THAT THAT

09:25AM   12    RESULT WAS SO HIGH.

09:25AM   13    Q.   AND HOW ABOUT IN THIS SITUATION WHERE DR. ELLSWORTH WAS A

09:25AM   14    PREVIOUS PATIENT OF YOURS?  DESCRIBE TO US YOUR REACTION OR

09:25AM   15    RESPONSE TO THIS SCORE FOR DR. ELLSWORTH SPECIFICALLY.

09:25AM   16    A.   I FELT MOST LIKELY IT WAS PROBABLY NOT CORRECT.

09:25AM   17         HAVING DONE THIS FOR MANY YEARS, THAT LARGE OF A CHANGE --

09:25AM   18    TRADITIONALLY IT WAS IN THE RANGE OF ABOUT 2, AND EVEN IF HE

09:25AM   19    WAS TO DEVELOP PROSTATE CANCER OVER THE NEXT YEAR OR TWO, THAT

09:25AM   20    WOULD BE AMAZING.  I HAVE NEVER SEEN SUCH A RISE IN TWO YEARS.

09:25AM   21    Q.   I'M SORRY.  YOU SAID YOU NEVER HAVE SEEN?

09:26AM   22    A.   SUCH A RISE IN TWO YEAR DUE TO THE PROSTATE CANCER.  THERE

09:26AM   23    WERE OTHER REASONS FOR IT TO BE HIGH.

09:26AM   24    Q.   WHAT WOULD THOSE OTHER REASONS BE?

09:26AM   25    A.   PROSTATE TRAUMA.

09:26AM 1      Q.   AND DO YOU KNOW WHETHER THAT WAS PRESENT IN

09:26AM 2      DR. ELLSWORTH'S CASE?

09:26AM 3      A.   NO.

09:26AM 4      Q.   AND BY "NO," YOU MEAN YOU DON'T KNOW, OR IT WAS NOT

09:26AM 5      PRESENT?

09:26AM 6      A.   NO, IT WAS NOT PROSTATE TRAUMA.  THE PATIENT WOULD KNOW IF

09:26AM 7      HE HAD PROSTATE TRAUMA.

09:26AM 8      Q.   AND SO WAS THERE A BIOLOGICAL EXPLANATION FOR THIS HIGH OR

09:26AM 9      THIS SIGNIFICANT RISE?

09:26AM 10     A.   I DO NOT BELIEVE SO.

09:26AM 11     Q.   A LITTLE FURTHER DOWN IN THE DOCUMENT IT LOOKS LIKE THERE

09:26AM 12     IS SOME HANDWRITING.

09:26AM 13          DO YOU SEE THAT?

09:26AM 14     A.   YES.

09:26AM 15     Q.   WHOSE HANDWRITING IS THAT?

09:26AM 16     A.   MINE.

09:26AM 17     Q.   AND COULD YOU READ THAT TO THE JURY?  IT'S ALSO ZOOMED IN

09:26AM 18     ON THE SCREEN IF THAT'S EASIER.

09:26AM 19     A.   VERY SIGNIFICANT RISE, RECHECK, MAYBE LAB ERROR.

09:26AM 20     Q.   AND TO THE RIGHT OF THERE, THERE LOOKS TO BE A STAMP WITH

09:26AM 21     SOME HANDWRITING.

09:26AM 22          DO YOU SEE THAT?

09:26AM 23     A.   YES.

09:26AM 24     Q.   WHAT IS THIS?

09:27AM 25     A.   THIS IS OUR STANDARD STAMP FOR WHEN WE RECEIVE LAB WORK.

BURNES DIRECT BY MR. SCHENK                                    5892

09:27AM  1    IT'S SORT OF -- IT'S A CHECK AND BALANCE.

09:27AM  2        SO INITIALLY IT'S INITIALLED BY WHOEVER RECEIVES IT.  THEY

09:27AM  3    PUT THE DATE AND THEN INITIAL IT.

09:27AM  4        THEN IT'S FORWARDED TO ME.

09:27AM  5        AND THEN I WILL INITIAL IT AND THEN DECIDE IF -- I'LL JUST

09:27AM  6    HAVE THE MEDICAL ASSISTANT CALL THE PATIENT IF IT LOOKS NORMAL,

09:27AM  7    OR IF IT'S NOT NORMAL, THEN I'LL CALL THE PATIENT AND TALK TO

09:27AM  8    THEM.

09:27AM  9    Q.   AND WE SEE -- I'M SORRY.

09:27AM 10    A.   AND THAT LAST THING THAT SAYS NOTIFIED PATIENT, THAT IS

09:27AM 11    WHO NOTIFIES THE PATIENT, EITHER MYSELF OR AN OFFICE STAFF

09:27AM 12    MEMBER.

09:27AM 13    Q.   THANK YOU.  AND I WAS GOING TO ASK YOU ABOUT THAT.

09:27AM 14        THE NOTIFIED, DOES THAT SAY PT?

09:27AM 15    A.   THAT'S ABBREVIATION FOR PATIENT.

09:27AM 16    Q.   THERE'S A DATE OF MAY 18TH.

09:27AM 17        WHAT DOES THAT MEAN?

09:27AM 18    A.   THAT'S THE DATE THAT I CONTACTED THE PATIENT.

09:27AM 19    Q.   THERE'S A LINE WITH THE TITLE WHO AND MAYBE SOME INITIALS.

09:28AM 20        IS THAT RIGHT?

09:28AM 21    A.   YES.

09:28AM 22    Q.   ARE THOSE YOUR INITIALS?

09:28AM 23    A.   YES.

09:28AM 24    Q.   AND SO DOES THAT MEAN THAT YOU CONTACTED DR. ELLSWORTH TO

09:28AM 25    DISCUSS THIS SCORE?

ER-4430

BURNES DIRECT BY MR. SCHENK                                    5893

09:28AM  1    A.   YES.

09:28AM  2    Q.   IF YOU'LL NOW TURN ONE PAGE PRIOR IN THE EXHIBIT, PAGE 6.

09:28AM  3         WHAT ARE WE LOOKING AT ON PAGE 6?

09:28AM  4    A.   ANOTHER PROSTATE TEST.

09:28AM  5    Q.   IF YOU COULD LOOK AT THE VISIT DATE, IT'S JUST ABOVE

09:28AM  6    PSA 3?

09:28AM  7    A.   MAY 18, 2015.

09:28AM  8    Q.   SO THE FIRST VISIT DATE FROM THE FIRST DOCUMENT WE LOOKED

09:28AM  9    AT WAS MAY 14.

09:28AM  10        DID YOU ASK THAT DR. ELLSWORTH OBTAIN A SECOND PSA TEST

09:28AM  11   AFTER THIS FIRST ONE THAT GENERATED A SCORE OF 26?

09:28AM  12   A.   YES.

09:28AM  13   Q.   AND IS THIS LAB REPORT THE SCORE AFTER THIS SECOND PSA LAB

09:29AM  14   TEST?

09:29AM  15   A.   YES.

09:29AM  16   Q.   UNDER PSA, TOTAL, WHAT IS THE SCORE THAT WAS RETURNED THIS

09:29AM  17   TIME?

09:29AM  18   A.   1.71.

09:29AM  19   Q.   WHEN YOU RECEIVED THAT SCORE, HOW DID YOU FEEL ABOUT THIS

09:29AM  20   PARTICULAR LAB TEST?

09:29AM  21   A.   I FELT IT WAS MUCH MORE CONSISTENT WITH THE EXPECTED

09:29AM  22   RESULT.

09:29AM  23   Q.   THERE'S ALSO SOME HANDWRITING ON THIS DOCUMENT.

09:29AM  24        DO YOU SEE THAT?

09:29AM  25   A.   YES.

ER-4431

09:29AM 1    Q.   DO YOU RECOGNIZE THE HANDWRITING?

09:29AM 2    A.   IT IS MINE.

09:29AM 3    Q.   AND ALSO IF YOU WOULD READ THIS TO THE JURY.  IT'S ON THE

09:29AM 4    SCREEN ZOOMED IN IF THAT'S EASIER.

09:29AM 5    A.   MAY 19TH, 2015, "DISCUSS WITH THERANOS CLEARLY SOME FORM

09:29AM 6    OF LAB ERROR OCCURRED AND WILL WORK WITH THEM TO MAKE THIS

09:29AM 7    RIGHT FOR PATIENT AND CONFIRM ACCURACY.  MOST LIKELY TESTING IN

09:30AM 8    ERROR FROM MAY 14TH."

09:30AM 9    Q.   IN THESE NOTES THERE'S A REFERENCE TO A CONVERSATION WITH

09:30AM 10   THERANOS; IS THAT RIGHT?  "DISCUSS WITH THERANOS"?

09:30AM 11   A.   YES.

09:30AM 12   Q.   AND DO YOU HAVE A RECOLLECTION OF REACHING OUT TO THERANOS

09:30AM 13   AFTER THESE TWO TESTS?

09:30AM 14   A.   YES.

09:30AM 15   Q.   AND DESCRIBE FOR THE JURY THAT.  WHAT DID YOU DO?

09:30AM 16   A.   WE REACHED OUT TO TRY AND CONTACT A MEDICAL DIRECTOR ABOUT

09:30AM 17   THE DISCREPANCY.

09:30AM 18   Q.   WERE YOU SUCCESSFUL?

09:30AM 19   A.   YES.  THEY WERE VERY EASY TO CONTACT AND VERY PLEASANT TO

09:30AM 20   TALK TO.

09:30AM 21   Q.   AND WHAT DO YOU RECALL FROM THAT COMMUNICATION?

09:30AM 22        DO YOU REMEMBER THE SUBJECT OR THE TOPICS THAT WERE

09:30AM 23   DISCUSSED?

09:30AM 24   A.   I DISCUSSED THAT DR. ELLSWORTH'S USUAL RESULTS WERE

09:30AM 25   RUNNING THE RANGE OF ABOUT 2 AND WE GOT THE VALUE OF 26, WHICH

09:30AM 1    I BELIEVED WAS NOT CORRECT.

09:30AM 2         SO THEY HAD DR. ELLSWORTH REPEAT IT FOUR DAYS LATER AND IT

09:30AM 3    CAME BACK WITH A VALUE OF 1.71, WHICH WAS MORE CONSISTENT WITH

09:30AM 4    WHAT WAS EXPECTED.

09:31AM 5         SO I COULDN'T LET HIM GO FOR TWO YEARS WITH ONE LAB VERY

09:31AM 6    HIGH AND NORMAL -- I COULDN'T LET HIM GO WITH ONE LAB VALUE

09:31AM 7    VERY, VERY HIGH AND THE OTHER ONE NORMAL.

09:31AM 8         SO MY POINT WITH TALKING TO THERANOS WAS IF WE COULD

09:31AM 9    REPEAT THIS ONE MORE TIME AND IF WE GOT A THIRD ONE THAT WAS

09:31AM 10   CONSISTENT WITH WHAT I EXPECTED THE RESULT, I FELT COMFORTABLE

09:31AM 11   ENOUGH, I WOULD LET HIM GO.

09:31AM 12   Q.   I SEE.  DID YOU REQUEST THAT DR. ELLSWORTH HAVE A THIRD

09:31AM 13   PSA TEST?

09:31AM 14   A.   YES.

09:31AM 15   Q.   JUST BRIEFLY, DO WE ALSO SEE A SIMILAR STAMP THAT YOU

09:31AM 16   DESCRIBED TO THE JURY ON THAT FIRST LAB FORM HERE ON THE SECOND

09:31AM 17   ONE?

09:31AM 18   A.   YES.

09:31AM 19   Q.   AND DID YOU ALSO DISCUSS WITH DR. ELLSWORTH THIS SECOND

09:31AM 20   SCORE, THE 1.71 SCORE?

09:32AM 21   A.   AT SOME POINT WHERE IT SAYS, "NOTIFY PATIENT, L.M." STANDS

09:32AM 22   FOR LEFT MESSAGE.

09:32AM 23        APPARENTLY HE WAS GONE OUT OF TOWN AT THAT TIME.

09:32AM 24   Q.   I SEE.  SO AT SOME POINT --

09:32AM 25   A.   AT SOME POINT WE REACHED HIM.

09:32AM 1      Q.   THANK YOU.

09:32AM 2           I'D LIKE YOU TO NOW TURN TO THE FIRST TAB IN THE BINDER.

09:32AM 3      IT'S EXHIBIT 4415.

09:32AM 4           DR. ELLSWORTH -- I'M SORRY.  DR. BURNES, IS THIS A CHAIN

09:32AM 5      OF EMAILS THAT YOU WERE NOT ON?

09:32AM 6      A.   YES.

09:32AM 7                MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 4415

09:32AM 8      UNDER 803(6).

09:32AM 9                MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

09:32AM 10               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:32AM 11          (GOVERNMENT'S EXHIBIT 4415 WAS RECEIVED IN EVIDENCE.)

09:32AM 12     BY MR. SCHENK:

09:32AM 13     Q.   DR. BURNES, IF WE COULD START ON PAGE 8 OF THIS DOCUMENT.

09:33AM 14          DO YOU SEE ON PAGE 8 AT THE BOTTOM AN EMAIL FROM AN

09:33AM 15     INDIVIDUAL NAMED AMELIA AGUIRRE?

09:33AM 16     A.   YES.

09:33AM 17     Q.   AND THE DATE OF THIS IS MAY 19TH, 2015.

09:33AM 18          DO YOU RECALL MAY 19TH FALLING RIGHT AROUND THIS TIME OF

09:33AM 19     DR. ELLSWORTH'S SECOND PSA TEST?

09:33AM 20     A.   YES.

09:33AM 21     Q.   AND IN THE EMAIL IT SAYS THAT DR. MARK BURNES CALLED TO

09:33AM 22     DISCUSS RESULTS FROM A PSA THAT WERE VERY HIGH AND A RETEST

09:33AM 23     THAT WAS NORMAL.

09:33AM 24          DO YOU SEE THAT?  HIGH ON THE 14TH AND NORMAL ON THE 18TH?

09:33AM 25     A.   YES.

BURNES DIRECT BY MR. SCHENK                                    5897

09:33AM  1    Q.   AND IS THIS THE CONVERSATION THAT YOU WERE JUST DESCRIBING

09:33AM  2    A MOMENT AGO WHEN YOU REACHED OUT TO THERANOS TO DISCUSS

09:33AM  3    DR. ELLSWORTH'S LAB RESULTS?

09:33AM  4    A.   COULD YOU REPHRASE THAT, PLEASE?

09:33AM  5    Q.   YES.  DID YOU, IN FACT, REACH OUT TO THERANOS AROUND THIS

09:33AM  6    TIME --

09:33AM  7    A.   YES.

09:33AM  8    Q.   -- AROUND MAY 19TH TO DISCUSS DR. ELLSWORTH'S LAB RESULTS?

09:34AM  9    A.   YES.

09:34AM  10   Q.   AND IF YOU WILL NOW TURN TO THE TOP OF PAGE 9 OF THIS

09:34AM  11   EXHIBIT.

09:34AM  12        THE EMAIL CONTINUES, "BECAUSE OF THIS, HE IS NOT CONVINCED

09:34AM  13   THAT THE RESULTS FROM MAY 14TH BELONG TO HIS PATIENT."

09:34AM  14        THE VERSION ON THE SCREEN IS REDACTED, DR. BURNES.

09:34AM  15        IS THE VERSION IN YOUR BINDER UNREDACTED?

09:34AM  16   A.   THAT IS CORRECT.

09:34AM  17   Q.   AND WHAT NAME IS IN THE VERSION IN YOUR BINDER?

09:34AM  18   A.   M. ELLSWORTH.

09:34AM  19   Q.   YOU WERE, IT SAYS, CONCERNED THAT THE RESULTS FROM

09:34AM  20   MAY 14TH MIGHT NOT BELONG TO DR. ELLSWORTH, BUT MAY BELONG TO A

09:34AM  21   DIFFERENT PATIENT; IS THAT CORRECT?

09:34AM  22   A.   I DON'T RECOLLECT MY THINKING THAT WAS THE CAUSE AT THE

09:34AM  23   TIME.  IT COULD HAVE BEEN, BUT I DON'T REMEMBER THINKING THAT

09:34AM  24   WAS THE ISSUE.

09:34AM  25   Q.   AND YOU DON'T HAVE A SPECIFIC RECOLLECTION OF EXPRESSING

09:34AM   1    THAT PARTICULAR CONCERN?

09:34AM   2    A.   NO.

09:34AM   3    Q.   IF WE COULD NOW TURN A FEW PAGES EARLIER IN THIS EMAIL

09:35AM   4    CHAIN, I'D LIKE TO DRAW YOUR ATTENTION TO PAGE 4.

09:35AM   5         ON PAGE 4, DO YOU SEE AN EMAIL THAT WAS AUTHORED BY

09:35AM   6    SOMEONE NAMED DANIEL YOUNG?

09:35AM   7    A.   YES.

09:35AM   8    Q.   IN THE EMAIL, DO YOU SEE WHERE DR. YOUNG WRITES,

09:35AM   9    "CHRISTIAN DOES NOT DO THOSE CALLS ANYMORE.  DAN FLOREY HELPS

09:35AM  10    WITH THESE NOW"?

09:35AM  11         DO YOU SEE THAT?

09:35AM  12    A.   YES.

09:35AM  13    Q.   "DAN -- WE DON'T KNOW WHY THE FIRST SAMPLE CAME BACK SO

09:35AM  14    HIGH.  IT WAS ACTUALLY RERUN, AND CONFIRMED HIGH ORIGINALLY.  A

09:35AM  15    SAMPLE MIXUP IS POSSIBLE AS THE DOCTOR SUGGESTED, BUT HARD TO

09:35AM  16    CONFIRM AT THIS POINT."

09:35AM  17         DO YOU SEE THAT?

09:35AM  18    A.   YES.

09:35AM  19    Q.   IF NOW YOU'LL TURN TO PAGE 3.

09:35AM  20         ON THE BOTTOM HALF OF THE EMAIL, DO YOU SEE AN EMAIL FROM

09:36AM  21    DAN FLOREY IN -- WE'RE NOW IN JUNE, JUNE 15TH OF 2015?

09:36AM  22    A.   YES.

09:36AM  23    Q.   DR. BURNES, DID YOU ASK DR. ELLSWORTH TO HAVE A FOLLOWUP

09:36AM  24    PSA TEST, A THIRD ONE, IN JUNE OF 2015?

09:36AM  25    A.   YES.

BURNES DIRECT BY MR. SCHENK                5899

09:36AM  1    Q.   IN THIS EMAIL, DO YOU SEE WHERE THERE IS INFORMATION

09:36AM  2    TOWARDS THE BOTTOM, MAY 14TH, WITH AN ACCESSION NUMBER AND A

09:36AM  3    PSA SCORE?

09:36AM  4    A.   YES.

09:36AM  5    Q.   AND THE PSA SCORE LISTED WAS 26.1; IS THAT RIGHT?

09:36AM  6    A.   YES.

09:36AM  7    Q.   WAS THAT THE FIRST SCORE THAT WE SAW FOR DR. ELLSWORTH?

09:36AM  8    A.   YES.

09:36AM  9    Q.   AND ON THIS DOCUMENT, DO YOU SEE A SECOND PSA MAY 18TH

09:36AM  10   WITH A SCORE OF 1.7?

09:36AM  11   A.   YES.

09:36AM  12   Q.   WAS THAT THE SECOND SCORE FOR DR. ELLSWORTH'S PSA TEST?

09:36AM  13   A.   YES.

09:36AM  14   Q.   AND IF YOU'LL TURN TO PAGE 4 AT THE VERY TOP.

09:37AM  15        DID DR. ELLSWORTH HAVE A THIRD PSA TEST AT THERANOS ON OR

09:37AM  16   AROUND JUNE 11TH?  DO YOU RECALL THAT?

09:37AM  17   A.   YES.

09:37AM  18   Q.   AND HERE THE SCORE IS LISTED AS A 22.8; IS THAT RIGHT?

09:37AM  19             THE COURT:  I'M SORRY.  WHAT PAGE?

09:37AM  20             THE WITNESS:  YEAH, I'M TRYING TO FIND IT.

09:37AM  21             MR. SCHENK:  THE VERY TOP OF PAGE 4.

09:37AM  22   Q.   DR. BURNES, DO YOU SEE THAT?  IT'S ALSO ON THE SCREEN.

09:37AM  23   A.   I SEE IT ON THE SCREEN.  I JUST DON'T SEE IT ON THIS PAGE.

09:37AM  24   JUST ABOVE "THANKS, DAN."

09:37AM  25        OH, I'M SORRY.  IT'S AT THE VERY, VERY TOP.

BURNES DIRECT BY MR. SCHENK                                      5900

09:37AM  1          YES, I SEE IT, 22.8.

09:37AM  2     Q.   AND WAS THAT THE THIRD PSA SCORE THAT DR. ELLSWORTH

09:37AM  3     RECEIVED FROM THERANOS?

09:37AM  4     A.   YES.

09:37AM  5     Q.   JUST A COUPLE MORE EMAILS TO GO THROUGH.

09:38AM  6          IF YOU TURN NOW TO PAGE 3 OF THIS DOCUMENT AT THE VERY

09:38AM  7     TOP.

09:38AM  8          ACTUALLY, LET'S CAPTURE THE FROM LINE, WHICH WOULD BE AT

09:38AM  9     THE VERY BOTTOM OF PAGE 2.

09:38AM 10          IF YOU'LL TURN TO PAGE 2 AT THE VERY, VERY BOTTOM, DO YOU

09:38AM 11     SEE THE BEGINNING OF AN EMAIL?

09:38AM 12     A.   YES.

09:38AM 13     Q.   AND THE FROM LINE READS SUNNY BALWANI; IS THAT CORRECT?

09:38AM 14     A.   YES.

09:38AM 15     Q.   AND NOW WE'LL TURN TO PAGE 3 TO CAPTURE THE CONTENT.

09:38AM 16          DO YOU SEE WHERE MR. BALWANI WRITES, "DANIEL.  I DO NOT

09:38AM 17     BELIEVE SAMPLE MIX UP IS POSSIBLE BY A REMOTE SHOT IN OUR

09:38AM 18     SYSTEM BUT SINCE THE MOST RECENT VISIT IS ON JUNE 11TH AND

09:38AM 19     SHOULD HAVE THE SAMPLE IN OUR LABS, WE SHOULD BE ABLE TO CHECK

09:38AM 20     THE LABEL ON SAMPLE ACROSS THE ENTIRE SYSTEMS.  WE SHOULD START

09:38AM 21     BY RERUNNING THE SAMPLE TO START AND THE WORK BACKWARDS FROM

09:39AM 22     THERE."

09:39AM 23          DO YOU SEE THAT?

09:39AM 24     A.   YES.

09:39AM 25     Q.   AND THEN THERE'S ANOTHER PARAGRAPH BELOW WHERE MR. BALWANI

09:39AM  1    GIVES FURTHER INSTRUCTIONS.

09:39AM  2        DO YOU SEE THAT ALSO?

09:39AM  3        BEGINNING "TINA."

09:39AM  4    A.   YES.

09:39AM  5    Q.   NOW WOULD YOU PLEASE TURN TO PAGE 2.

09:39AM  6        ON PAGE 2, THERE'S A RESPONSE FROM DANIEL YOUNG TO

09:39AM  7    SUNNY BALWANI AND OTHERS.

09:39AM  8        DO YOU SEE THAT?

09:39AM  9    A.   YES.

09:39AM  10   Q.   MR. -- DR. YOUNG WRITES, "THE MOST RECENT SAMPLE WAS

09:39AM  11   FLAGGED FOR HEMOLYSIS AND CLOTTING.  THE SAMPLE WAS USED FOR

09:39AM  12   THE PSA RESULT.

09:39AM  13       "PSA FROM VISITS 1 AND 3 WERE RUN ON EDISON.  VISIT 2 WAS

09:39AM  14   RUN IN PHOENIX."

09:39AM  15       DO YOU SEE THAT?

09:39AM  16   A.   YES.

09:40AM  17   Q.   AND FINALLY, "THIS IS LOOKING LIKE EITHER A SAMPLE

09:40AM  18   INTEGRITY ISSUE, OR SOME OTHER INTERFERANT IN THE PATIENT

09:40AM  19   SAMPLE AFFECTED THE PSA TEST ON EDISON."

09:40AM  20       DID I READ THAT CORRECTLY?

09:40AM  21   A.   YES.

09:40AM  22   Q.   AND IF WE JUST FINISH THIS AND IF YOU'LL TURN TO PAGE 1.

09:40AM  23       DO YOU SEE AT THE VERY BOTTOM WHERE MR. BALWANI WRITES,

09:40AM  24   "IF IT IS THEN WE SHOULD EXPLAIN THIS TO DOC."

09:40AM  25       DO YOU SEE THAT?

BURNES DIRECT BY MR. SCHENK                                          5902

09:40AM   1    A.   YES.

09:40AM   2    Q.   AND, DR. BURNES, DO YOU HAVE A RECOLLECTION OF SOMEONE AT

09:40AM   3    THERANOS TELLING YOU THAT THERE WERE ISSUES WITH THE INTEGRITY

09:40AM   4    OF DR. ELLSWORTH'S SAMPLE?

09:40AM   5    A.   I DON'T RECALL.

09:40AM   6    Q.   AT THE VERY TOP THERE ARE TWO EMAILS, FIRST FROM

09:40AM   7    DAN FLOREY TO MR. BALWANI, AND THEN AN EMAIL FROM MR. BALWANI

09:40AM   8    TO ELIZABETH HOLMES.

09:40AM   9         DO YOU SEE THOSE TWO EMAILS?

09:41AM  10    A.   I SEE THE FIRST ONE FROM DAN TO SUNNY.

09:41AM  11         WHERE IS THE SECOND ONE.

09:41AM  12    Q.   LET'S TALK ABOUT THAT ONE, AND THEN I'LL MOVE UP TO THE

09:41AM  13    NEXT ONE.

09:41AM  14    A.   OKAY.

09:41AM  15    Q.   THE ONE FROM MR. FLOREY, DO YOU SEE THAT IT SUMMARIZES A

09:41AM  16    CONVERSATION WITH YOU, WITH SOMEONE NAMED DR. BURNES?

09:41AM  17         DO YOU SEE THAT WITHIN THIS EMAIL?

09:41AM  18    A.   YES.

09:41AM  19    Q.   THE CALL WAS POSITIVE AND IT SOUNDS LIKE YOU DESCRIBE THE

09:41AM  20    THERANOS PLAN AS SOLID.

09:41AM  21         DO YOU SEE THAT?

09:41AM  22    A.   YES.

09:41AM  23    Q.   AND ABOVE THIS EMAIL FROM DAN FLOREY, DO YOU SEE AN EMAIL

09:41AM  24    WITH NO CONTENT, JUST A FORWARD FROM MR. BALWANI TO MS. HOLMES?

09:41AM  25    A.   YES.

BURNES DIRECT BY MR. SCHENK                                      5903

09:41AM   1     Q.   THANK YOU.

09:41AM   2          I'D LIKE TO NOW TURN YOU BACK TO THE EXHIBIT WITH THE TEST

09:41AM   3     RESULTS.  THAT'S 4938.  IF YOU'LL TURN TO PAGE 5.

09:42AM   4          DO YOU SEE ON PAGE 5 A LAB TEST RESULT FOR DR. ELLSWORTH

09:42AM   5     FROM A JUNE 11, 2015 VISIT DATE?

09:42AM   6     A.   YES.

09:42AM   7     Q.   AND, DR. BURNES, IS THIS THE THIRD THERANOS PSA TEST FOR

09:42AM   8     DR. ELLSWORTH?

09:42AM   9     A.   YES.

09:42AM  10     Q.   HERE THERE'S A SUMMARY OF ABNORMAL RESULTS AND A PSA,

09:42AM  11     TOTAL.

09:42AM  12          DO YOU SEE THOSE TWO BOXES?

09:42AM  13     A.   YES.

09:42AM  14     Q.   AND WHAT IS THE PSA SCORE THIS TIME FOR DR. ELLSWORTH?

09:42AM  15     A.   22.8.

09:42AM  16     Q.   WHEN YOU RECEIVED THIS AS A THIRD SCORE -- A MOMENT AGO

09:42AM  17     YOU EXPLAINED TO THE JURY THE FIRST WAS QUITE HIGH AND THE

09:42AM  18     SECOND SCORE WAS AS EXPECTED.

09:42AM  19          YOU DIDN'T WANT TO LET DR. ELLSWORTH TRAVEL WITH THESE TWO

09:42AM  20     SCORES, SO YOU WANTED HIM TO HAVE A THIRD?

09:43AM  21     A.   YES.

09:43AM  22     Q.   A TIEBREAKER.

09:43AM  23          WHEN YOU RECEIVED THIS SCORE OF 22, THEN WHAT WERE YOU

09:43AM  24     THINKING?  HOW DID YOU FEEL?

09:43AM  25     A.   THERE WAS SOMETHING NOT CORRECT WITH THE LABS.

UNITED STATES COURT REPORTERS

09:43AM   1    Q.   AND WHY DID YOU THINK THAT THERE WAS NOT SOMETHING CORRECT

09:43AM   2    WITH THE LABS AS OPPOSED TO A QUESTION ABOUT DR. ELLSWORTH'S

09:43AM   3    HEALTH?

09:43AM   4    A.   THE FIRST IS THAT IT WAS FAR HIGHER THAN WOULD BE EXPECTED

09:43AM   5    EVEN IF HE DEVELOPED CANCER OVER THE PREVIOUS TWO YEARS; THE

09:43AM   6    SECOND WAS THE FACT THAT WE HAD A VALUE ON THE SECOND DRAW THAT

09:43AM   7    WAS CONSISTENT WITH THE EXPECTED RESULT, AND THESE OTHER TWO

09:43AM   8    WERE EXTRAORDINARILY MUCH HIGHER THAT WOULD BE EXPECTED.

09:43AM   9    Q.   AT THE VERY BOTTOM OF THIS DOCUMENT, DO YOU SEE A SECTION

09:43AM  10    UNDER THE TITLE "PERFORMING SITE"?

09:43AM  11    A.   YES.

09:43AM  12    Q.   AND IS THE PERFORMING SITE AN ADDRESS IN NEWARK,

09:43AM  13    CALIFORNIA?

09:43AM  14    A.   YES.

09:44AM  15    Q.   AND THERE'S ALSO THAT SAME STAMP WITH SOME HANDWRITING; IS

09:44AM  16    THAT RIGHT?

09:44AM  17    A.   YES.

09:44AM  18    Q.   IT LOOKS LIKE "SPOKE WITH PATIENT ON JUNE 15TH" IS

09:44AM  19    WRITTEN.

09:44AM  20         IS THAT CORRECT?

09:44AM  21    A.   YES.

09:44AM  22    Q.   AFTER YOU RECEIVED THIS THIRD PSA SCORE FOR DR. ELLSWORTH,

09:44AM  23    WHAT WAS YOUR PLAN?  WHAT DID YOU WANT TO DO NEXT?

09:44AM  24    A.   WELL, I BECAME VERY DISTRUSTFUL THAT I COULD RELY ON THIS

09:44AM  25    TEST FOR DR. ELLSWORTH BEFORE HE LEFT FOR TWO YEARS.

BURNES DIRECT BY MR. SCHENK                                    5905

09:44AM  1    Q.   SO WHAT DID YOU DO?

09:44AM  2    A.   I ASKED THAT THEY COULD PERFORM THE TEST BY THEIR

09:44AM  3    TRADITIONAL METHOD AT THEIR COSTS, HOWEVER IT'S USUALLY DONE,

09:44AM  4    NOT THE NEW THERANOS WAY, AND I BELIEVE THEY SAID THEY WOULD DO

09:44AM  5    THAT.

09:44AM  6    Q.   AND I'M SORRY.  YOU SAID THAT YOU WANTED -- YOU MADE A

09:44AM  7    SPECIAL OR A SPECIFIC REQUEST?

09:44AM  8    A.   YES.  BECAUSE HE HAD ALREADY PAID FOR TWO TESTS, THE FIRST

09:44AM  9    TWO, TO MAKE THIS RIGHT FOR THE PATIENT, I ASKED THAT THEY, AT

09:44AM 10    THEIR EXPENSE, THIS IS FURTHER THEIR ISSUE, THAT THEY WOULD

09:45AM 11    JUST ARRANGE TO HAVE IT DONE BY THE TRADITIONAL METHOD.

09:45AM 12    Q.   I SEE.  AS OPPOSED TO HOW YOU UNDERSTOOD THE THERANOS DRAW

09:45AM 13    TO BE?

09:45AM 14    A.   YES.

09:45AM 15    Q.   IF YOU'LL NOW TURN TO PAGE 4 OF THIS EXHIBIT.

09:45AM 16         DR. BURNES, IS THIS NOW A FOURTH THERANOS PSA TEST FOR

09:45AM 17    YOUR PATIENT, DR. ELLSWORTH?

09:45AM 18    A.   YES.

09:45AM 19    Q.   AND WAS THIS VISIT DATE JUNE 30TH, 2015?

09:45AM 20         DO YOU SEE THAT?

09:45AM 21    A.   YES.

09:45AM 22    Q.   AND THIS TIME, WHAT IS THE PSA SCORE?

09:45AM 23    A.   0.95.

09:45AM 24    Q.   AND UNDER "KEY" TOWARD THE BOTTOM OF THE DOCUMENT, DO YOU

09:45AM 25    SEE A DESCRIPTION OF WHERE THE TEST WAS PROCESSED?

09:45AM  1    A.   YES.

09:45AM  2    Q.   AND IS THIS ONE NOW BEING PROCESSED IN SCOTTSDALE,

09:45AM  3    ARIZONA?

09:45AM  4    A.   YES.

09:45AM  5    Q.   AT A THERANOS LABORATORY?

09:45AM  6    A.   YES.

09:45AM  7    Q.   NOW THAT YOU HAVE THIS FOURTH PSA TEST FROM DR. ELLSWORTH

09:46AM  8    ON WHAT YOU DESCRIBED AS A TRADITIONAL METHOD, HOW DID YOU THEN

09:46AM  9    FEEL ABOUT GIVING SOME MEDICAL ADVICE TO DR. ELLSWORTH BEFORE

09:46AM 10    HE TOOK HIS TRIP?

09:46AM 11    A.   I FELT COMFORTABLE AND IT WOULD BE OKAY FOR HIM TO

09:46AM 12    LEAVE --

09:46AM 13    Q.   WHY?

09:46AM 14    A.   -- FOR TWO YEARS.

09:46AM 15    Q.   I'M SORRY.  WHY?

09:46AM 16    A.   I FELT REASSURED THAT THAT WAS THE EXPECTED VALUE, AND I

09:46AM 17    FELT COMFORTABLE ENOUGH THAT I COULD LET HIM GO WITHOUT FURTHER

09:46AM 18    TESTING.

09:46AM 19    Q.   I WOULD LIKE TO SHOW YOU JUST A COUPLE MORE PAGES.  IF

09:46AM 20    YOU'LL TURN NOW TO PAGE 3 IN THIS EXHIBIT.

09:46AM 21         DO YOU SEE ON PAGE 3 A DOCUMENT THAT WAS FAXED TO YOUR

09:46AM 22    OFFICE IN MARCH OF 2016?

09:46AM 23    A.   I SEE THE DATE AT THE TOP, MARCH 29TH, 2016.

09:46AM 24    Q.   THANK YOU.

09:46AM 25         AND WAS THIS NOW THE FOLLOWING YEAR AFTER DR. ELLSWORTH'S

ER-4444

09:47AM  1   FOUR TESTS IN 2015?

09:47AM  2   A.   YES, THIS IS ABOUT NINE MONTHS LATER.

09:47AM  3   Q.   UNDER REPORT STATUS FINAL, DO YOU SEE WHERE THIS SAYS THIS

09:47AM  4   REPORT CONTAINS CORRECTED RESULTS AT THE VERY TOP ACROSS FROM

09:47AM  5   THE THERANOS LOGO?

09:47AM  6   A.   YES, I SEE THAT.

09:47AM  7   Q.   AND DID THERANOS PROVIDE TO YOUR OFFICE SOME CORRECTED

09:47AM  8   RESULTS REGARDING DR. ELLSWORTH'S 2015 TESTS?

09:47AM  9   A.   YES.

09:47AM  10  Q.   AND IN THIS ONE UNDER VISIT DATE, DO YOU SEE THAT IT'S

09:47AM  11  MAY 14TH, 2015?

09:47AM  12  A.   YES.

09:47AM  13  Q.   WAS THAT DR. ELLSWORTH'S VERY FIRST PSA TEST AT THERANOS?

09:47AM  14  A.   YES.

09:47AM  15  Q.   UNDER THE PSA, TOTAL BOX, DO YOU SEE ACROSS FROM PROSTATE

09:47AM  16  SPECIFIC ANTIGEN, TOTAL, IT READS VOID -- 26.1?

09:47AM  17  A.   YES.

09:47AM  18  Q.   AND THEN THERE'S A "C" IN BRACKETS.

09:48AM  19       DO YOU SEE THAT?

09:48AM  20  A.   YES.

09:48AM  21  Q.   AND UNDER THE KEY TOWARDS THE BOTTOM, DOES "C" STAND FOR

09:48AM  22  CORRECTED?

09:48AM  23  A.   YES.

09:48AM  24  Q.   WHEN YOU RECEIVED THIS IN MARCH OF 2016, WHAT DID YOU DO

09:48AM  25  WITH IT?

09:48AM  1    A.   I SIMPLY FILED IT AWAY.

09:48AM  2    Q.   I'M SORRY?

09:48AM  3    A.   I SIMPLY FILED IT IN THE CHART.

09:48AM  4    Q.   OKAY.  LET'S TURN NOW TO PAGE 2 OF THE EXHIBIT.

09:48AM  5         DO YOU SEE ANOTHER CORRECTED LAB RESULT FOR DR. ELLSWORTH

09:48AM  6    ALSO SENT IN MARCH OF 2016?

09:48AM  7    A.   WHAT PAGE ARE WE SUPPOSED TO BE ON?

09:48AM  8    Q.   PAGE 2.

09:48AM  9    A.   OKAY.

09:48AM  10   Q.   IS THIS ANOTHER CORRECTED REPORT FROM THERANOS FOR

09:49AM  11   DR. ELLSWORTH THAT YOU RECEIVED IN MARCH OF 2016?

09:49AM  12   A.   YES.

09:49AM  13   Q.   DOES THIS ONE CORRECT THE JUNE 11TH, 2015 LAB RESULT?

09:49AM  14   A.   YES.

09:49AM  15   Q.   WAS THAT THE 22.8 PSA SCORE FOR DR. ELLSWORTH?

09:49AM  16   A.   YES.

09:49AM  17   Q.   AND, AGAIN, DO YOU SEE THAT THE 22.8 IS A CORRECTED VALUE

09:49AM  18   ACCORDING TO THE KEY?

09:49AM  19   A.   YES.

09:49AM  20   Q.   AND DID YOU DO -- SORT OF TAKE A SIMILAR ACTION WITH THIS

09:49AM  21   DOCUMENT, THAT IS, FILE IT AWAY IN THE CHART?

09:49AM  22   A.   YES.

09:49AM  23   Q.   AND DID YOU HAVE A CONVERSATION WITH DR. ELLSWORTH AFTER

09:49AM  24   YOU RECEIVED THESE TWO VOIDED OR CORRECTED RESULTS?

09:49AM  25   A.   HE WAS OUT OF THE COUNTRY.

09:49AM   1     Q.   IF YOU'LL --

09:49AM   2     A.   NO.

09:49AM   3     Q.   I'M SORRY?

09:49AM   4     A.   NO, I DID NOT.

09:49AM   5     Q.   IF YOU'LL NOW TURN TO PAGE 8 OF THIS EXHIBIT.

09:50AM   6          DO YOU SEE THE DOCUMENT LOCATED ON PAGE 8 OF THIS EXHIBIT?

09:50AM   7     A.   YES.

09:50AM   8     Q.   WHAT IS THIS DOCUMENT?

09:50AM   9     A.   THIS IS A LABORATORY RESULT.

09:50AM   10    Q.   FOR WHICH PATIENT?

09:50AM   11    A.   DR. ELLSWORTH.

09:50AM   12    Q.   AND ON THE RIGHT SIDE AT THE TOP, DO YOU SEE THE

09:50AM   13    COLLECTION DATE?

09:50AM   14    A.   YES, FEBRUARY 28TH, 2017.

09:50AM   15    Q.   SO THIS IS NOW A COUPLE OF YEARS AFTER THE FOUR THERANOS

09:50AM   16    TESTS WE HAVE BEEN DISCUSSING?

09:50AM   17    A.   YES.

09:50AM   18    Q.   AND NOW WHAT IS DR. ELLSWORTH'S PSA SCORE?

09:50AM   19    A.   2.0.

09:50AM   20    Q.   THANK YOU.

09:50AM   21         IF WE CAN JUST BRING UP ONE LAST TIME PAGE 7, THE VERY

09:50AM   22    FIRST THERANOS TEST RESULT.

09:50AM   23         DR. BURNES, DO YOU RECALL THIS ONE?  THIS IS THE ORIGINAL

09:50AM   24    26.1 FROM THERANOS.

09:50AM   25    A.   YES.

BURNES DIRECT BY MR. SCHENK                                          5910

09:50AM   1      Q.   DO YOU HAVE AN OPINION ON WHETHER THIS TEST WAS ACCURATE

09:50AM   2      OR WAS NOT ACCURATE?

09:50AM   3      A.   WHICH TEST ARE WE TALKING ABOUT?

09:51AM   4      Q.   THE ONE THAT IS ON THE SCREEN IN FRONT OF YOU, THE 26.1,

09:51AM   5      THE VERY FIRST THERANOS TEST.

09:51AM   6      A.   THIS TEST, I BELIEVE, WAS IN ERROR.

09:51AM   7      Q.   AND WHY DO YOU SAY THAT?

09:51AM   8      A.   IT WAS SO FAR OUT OF RANGE FOR ANY CAUSE SHORT OF TRAUMA

09:51AM   9      THAT IT DIDN'T MAKE ANY SENSE.

09:51AM  10      Q.   AND YOU SAID "FOR ANY CAUSE SHORT OF TRAUMA."  WERE YOU

09:51AM  11      ALSO ABLE TO RULE OUT TRAUMA?

09:51AM  12      A.   TRAUMA IS USUALLY WHEN A PATIENT CANNOT URINATE AND THEY

09:51AM  13      SHOW UP IN AN EMERGENCY ROOM AND THEY TRY TO PASS A CATHETER

09:51AM  14      AND IT TRAUMATIZES THEM -- THEY PUT IN A URINE CATHETER, AND IN

09:51AM  15      THE COURSE OF TRYING TO PASS A CATHETER INTO THE BLADDER,

09:51AM  16      SOMETIMES IT WILL STRIKE THE PROSTATE AND CAUSE TRAUMA AND

09:52AM  17      DAMAGE.

09:52AM  18      Q.   AND THAT IS A POTENTIAL CAUSE OF A VERY HIGH PSA SCORE?

09:52AM  19      A.   YES.  I HAD ONE THAT WAS, LIKE, VALUED AT 60 FROM TRAUMA

09:52AM  20      FROM A CATHETER.

09:52AM  21      Q.   WERE YOU ABLE TO RULE OUT THAT POTENTIAL BIOLOGICAL

09:52AM  22      EXPLANATION IN DR. ELLSWORTH'S CASE?

09:52AM  23      A.   YES.

09:52AM  24      Q.   AND BY RULING THAT OUT, DOES THAT GIVE YOU ADDITIONAL

09:52AM  25      CONFIDENCE REGARDING YOUR CONCLUSION THAT THIS FIRST TEST

09:52AM  1    RESULT WAS NOT ACCURATE?

09:52AM  2    A.   YES.

09:52AM  3              MR. SCHENK:  YOUR HONOR, MAY I HAVE ONE MOMENT?

09:52AM  4              THE COURT:  YES.  DISCUSSION.

09:52AM  5         (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

09:52AM  6              MR. SCHENK:  THANK YOU, DR. BURNES.

09:52AM  7         NO FURTHER QUESTIONS.

09:52AM  8              THE COURT:  CROSS-EXAMINATION?

09:53AM  9                        **CROSS-EXAMINATION**

09:53AM 10    BY MR. COOPERSMITH:

09:53AM 11    Q.   GOOD MORNING, DR. BURNES.

09:53AM 12    A.   HELLO.

09:53AM 13    Q.   MY NAME IS JEFF COOPERSMITH, AND I REPRESENT MR. BALWANI.

09:53AM 14         I'M GOING TO ASK YOU SOME QUESTIONS ABOUT YOUR EXPERIENCE

09:53AM 15    WITH THERANOS.  OKAY?

09:53AM 16         SO AS YOU -- I THINK YOU SAID ON DIRECT THAT YOUR PRACTICE

09:53AM 17    IS IN INTERNAL MEDICINE IN THE PHOENIX AREA?

09:53AM 18    A.   YES.

09:53AM 19    Q.   AND FOR PATIENT MEHRL ELLSWORTH, I THINK YOU SAID HE HAD

09:53AM 20    TO PAY OUT OF POCKET FOR THESE TESTS?

09:53AM 21    A.   YES.

09:53AM 22    Q.   BECAUSE THEY WERE NOT IN THE NORMAL CYCLE OF PHYSICAL

09:53AM 23    CHECKUPS; IS THAT RIGHT?

09:53AM 24    A.   YES.

09:53AM 25    Q.   SO BECAUSE OF THAT, DID YOU FIND IT ADVANTAGEOUS FOR YOUR

09:53AM 1    PATIENT THAT THERANOS OFFERED LOW PRICES?

09:54AM 2    A.   YES.

09:54AM 3    Q.   AND YOU KNEW THAT BECAUSE SOMEONE AT THERANOS HAD TOLD YOU

09:54AM 4    ABOUT THEIR PRICES?

09:54AM 5    A.   YES, AND THERE WAS A SHEET THAT WAS PROVIDED THAT SHOWED

09:54AM 6    THE PRICES.

09:54AM 7    Q.   OKAY.  AND WERE THOSE SHEETS AVAILABLE PUBLICLY AS FAR AS

09:54AM 8    YOU KNOW FOR THERANOS?

09:54AM 9    A.   I PRESUME SO.

09:54AM 10   Q.   OKAY.  AND FOR MOST LABS THAT YOU HAVE EXPERIENCE WITH,

09:54AM 11   SUCH AS LABCORP, ARE THEY PUBLISHING THEIR PRICES ON THEIR

09:54AM 12   WEBSITE OR BEING TRANSPARENT ABOUT THAT?

09:54AM 13   A.   NO.

09:54AM 14   Q.   OKAY.  SO LET'S TALK ABOUT THE LAB RESULTS FOR

09:54AM 15   DR. ELLSWORTH.

09:54AM 16       AND I CALL HIM DR. ELLSWORTH BECAUSE DR. ELLSWORTH IS

09:54AM 17   ACTUALLY A DENTIST; IS THAT RIGHT?

09:54AM 18   A.   YES.

09:54AM 19   Q.   AND HE WAS A LONG-TIME PATIENT OF YOURS?

09:54AM 20   A.   YES.

09:54AM 21   Q.   AND THE PSA TEST THAT YOU HAD ORDERED FOR DR. ELLSWORTH,

09:54AM 22   THAT WAS NOT THE FIRST TIME THAT YOU USED THERANOS FOR ONE OF

09:54AM 23   YOUR PATIENTS; CORRECT?

09:55AM 24   A.   CORRECT.

09:55AM 25   Q.   AND, IN FACT, PRIOR TO DR. ELLSWORTH, YOU HAD BEEN USING

BURNES CROSS BY MR. COOPERSMITH                    5913

09:55AM  1    THERANOS FOR SOME PATIENTS FOR ABOUT A YEAR PRIOR TO

09:55AM  2    DR. ELLSWORTH'S TESTS?

09:55AM  3    A.   YES, THAT'S PROBABLY TRUE.

09:55AM  4    Q.   AND FOR THOSE OTHER PATIENTS THAT YOU SENT TO THERANOS,

09:55AM  5    THERE WERE NO OTHER ISSUES; CORRECT?

09:55AM  6    A.   NO, NONE THAT I COULD FIND.

09:55AM  7    Q.   AND YOU FOUND THE OTHER RESULTS FROM THERANOS, BEFORE THE

09:55AM  8    ELLSWORTH RESULT THAT WE'LL TALK ABOUT IN A MINUTE, TO BE

09:55AM  9    ACCURATE AND RELIABLE AS FAR AS YOU COULD TELL?

09:55AM  10   A.   I COULDN'T FIND ANY TESTS THAT WERE CONCERNING.

09:55AM  11   Q.   NO TESTS THAT WERE CONCERNING.  OKAY.

09:55AM  12        WELL, LET'S TALK ABOUT DR. ELLSWORTH.

09:55AM  13        SO THE GOVERNMENT SHOWED YOU EXHIBIT 4938, WHICH IS A

09:55AM  14   COLLECTION OF LAB RESULTS.

09:55AM  15        DO YOU HAVE THAT IN FRONT OF YOU?

09:55AM  16   A.   YES.

09:55AM  17   Q.   OKAY.  THANK YOU.

09:55AM  18        SO LET'S START WITH THE EARLIEST RESULT IN TIME, AND THAT

09:55AM  19   IS ON PAGE 7 OF THE EXHIBIT.

09:55AM  20        DO YOU SEE THAT?

09:55AM  21   A.   YES.

09:55AM  22   Q.   AND THAT'S THE VISIT DATE FROM MAY 14TH, 2015?

09:55AM  23   A.   YES.

09:55AM  24   Q.   OKAY.  AND IF YOU LOOK AT THE TOP, JUST TO START OUT WITH,

09:55AM  25   YOU SEE THAT THERE'S A DATE ON THE FAX LINE OF MAY 16TH, 2015?

09:56AM  1     A.   YES.

09:56AM  2     Q.   AND THAT IS THE DATE THAT YOU RECEIVED THE REPORT FOR THIS

09:56AM  3     PARTICULAR TEST FOR DR. ELLSWORTH; CORRECT?

09:56AM  4     A.   YES.

09:56AM  5     Q.   AND THEN THERE'S THERANOS FAX SERVER NEXT TO THAT.

09:56AM  6          IF YOU GO TO THE VERY RIGHT, DO YOU SEE THAT THERE'S AN

09:56AM  7     ADDRESS OF THE LAB?

09:56AM  8     A.   YES.

09:56AM  9     Q.   OKAY.  AND ON DIRECT EXAMINATION MR. SCHENK HAD SHOWED YOU

09:56AM  10    SOME NOTATIONS AND SOME OTHER RESULTS THAT INDICATED WHERE THE

09:56AM  11    TEST WAS PERFORMED.

09:56AM  12         DO YOU REMEMBER THAT?

09:56AM  13    A.   YES.

09:56AM  14    Q.   OKAY.  AND ON THIS PAGE WE DON'T SEE THAT PARTICULAR

09:56AM  15    NOTATION; CORRECT?

09:56AM  16    A.   NO, NOT THAT I RECOGNIZE.

09:56AM  17    Q.   OKAY.  AND THEN DO YOU SEE THE ADDRESS OF THE LAB IS ON

09:56AM  18    THE RIGHT WHERE IT IS HIGHLIGHTED ON THE SCREEN, THAT'S IN

09:56AM  19    SCOTTSDALE, ARIZONA?

09:56AM  20    A.   YES.

09:56AM  21    Q.   AND THERE'S A FAX NUMBER WHICH IS A 650 NUMBER?

09:57AM  22    A.   YES.

09:57AM  23    Q.   OKAY.  DO YOU KNOW, DR. ELLSWORTH, WHERE THIS FAX WAS

09:57AM  24    TRANSMITTED FROM?

09:57AM  25    A.   I'M DR. BURNES.

BURNES CROSS BY MR. COOPERSMITH                                    5915

09:57AM    1      Q.   I'M SORRY, WHAT DID I CALL YOU?

09:57AM    2           DR. BURNES, OF COURSE.  MY MISTAKE.

09:57AM    3           DID YOU -- DO YOU KNOW WHERE THIS FAX WAS TRANSMITTED FROM

09:57AM    4      TO YOUR OFFICE?

09:57AM    5      A.   NO.

09:57AM    6      Q.   OKAY.  ALL RIGHT.

09:57AM    7           LOOKING AT THE RESULT THOUGH, THIS IS THE 26.1 RESULT?

09:57AM    8      A.   YES.

09:57AM    9      Q.   OKAY.  AND WHEN YOU SAW THAT, IT DIDN'T TAKE YOU LONG TO

09:57AM   10      CONCLUDE THAT THERE WAS SOME KIND OF ERROR MOST LIKELY; IS THAT

09:57AM   11      RIGHT?

09:57AM   12      A.   I COULDN'T TRUST IT.

09:57AM   13      Q.   RIGHT.  BECAUSE THAT WAS A LEVEL MUCH HIGHER THAN WHAT YOU

09:57AM   14      WOULD EXPECT FOR A PATIENT LIKE DR. ELLSWORTH?

09:57AM   15      A.   YES.

09:57AM   16      Q.   OKAY.  AND AS A RESULT, YOU HAD ANOTHER TEST DONE; RIGHT?

09:57AM   17      A.   YES.

09:57AM   18      Q.   SO JUST PAUSING ON THAT FOR A MINUTE, IN YOUR CAREER, YOU

09:58AM   19      HAVE SEEN ON OCCASION THAT LABORATORIES CAN MAKE ERRORS; RIGHT?

09:58AM   20      A.   YES.

09:58AM   21      Q.   AND, IN FACT, YOU HAD AN EXPERIENCE EARLIER THAN THE

09:58AM   22      DR. ELLSWORTH SITUATION WITH LABCORP MAKING AN ERROR; CORRECT?

09:58AM   23      A.   YES.

09:58AM   24      Q.   AND WHEN LABCORP MADE AN ERROR, YOU KNOW, YOU DIDN'T TRUST

09:58AM   25      THAT PARTICULAR RESULT EITHER; RIGHT?

BURNES CROSS BY MR. COOPERSMITH                                    5916

09:58AM    1      A.   NO.

09:58AM    2      Q.   AND I THINK THE ERROR THAT YOU REMEMBER FROM LABCORP

09:58AM    3      WAS -- HAD TO DO WITH AN ASSAY CALLED CREATINE?

09:58AM    4      A.   YES.

09:58AM    5      Q.   AND WHAT IS CREATINE?

09:58AM    6      A.   CREATINE IS A WASTE PRODUCT FROM MUSCLE, LIKE PSA IS FROM

09:58AM    7      THE PROSTATE, AND CREATINE IS FROM MUSCLE, AND IT'S CLEARED

09:58AM    8      FROM THE BODY AS A WASTE PRODUCT THROUGH THE KIDNEY.

09:58AM    9           SO IT'S A VERY SIMPLE WAY ON THE LAB TEST TO DETERMINE

09:58AM   10      ROUGH KIDNEY FUNCTION.

09:58AM   11      Q.   OKAY.  AND WHEN THAT ERROR OCCURRED WITH LABCORP, DID YOU

09:58AM   12      MAKE A CONCLUSION THAT LABCORP WAS INCAPABLE OF PRODUCING

09:59AM   13      ACCURATE TESTS FOR YOUR PATIENTS?

09:59AM   14      A.   NO, BUT IT NEEDED TO BE LOOKED INTO.

09:59AM   15      Q.   OKAY.  AND DO YOU KNOW -- OTHER THAN THAT ERROR THAT YOU

09:59AM   16      PERSONALLY EXPERIENCED WITH LABCORP WITH THE PATIENT, DO YOU

09:59AM   17      KNOW HOW MANY OTHER ERRORS THAT LABCORP MAKES OVER TIME WITH

09:59AM   18      OTHER PATIENTS?

09:59AM   19      A.   THEY'RE RARE.  SOMETIMES IT MIGHT BE IMPOSSIBLE TO CATCH

09:59AM   20      THEM.  BUT THEY ARE VERY RARE.

09:59AM   21      Q.   OKAY.  BUT LABS DO MAKE ERRORS?

09:59AM   22      A.   YES.

09:59AM   23      Q.   AND THAT COULD BE CAUSED FROM A VARIETY OF REASONS; RIGHT?

09:59AM   24      A.   YES.

09:59AM   25      Q.   AND, FOR EXAMPLE, LIKE AN ERROR IN THE SAMPLE COLLECTION

ER-4454

09:59AM  1    COULD BE A REASON?

09:59AM  2    A.   YES.

09:59AM  3    Q.   AND AN ISSUE WITH THE SAMPLE INTEGRITY COULD BE A REASON?

09:59AM  4    A.   YES.

09:59AM  5    Q.   AND AN ISSUE WITH THE WAY THE LABORATORY USES REAGENTS

09:59AM  6    COULD BE A REASON?

09:59AM  7    A.   YES.

09:59AM  8    Q.   OR A MISTAKE USING EXPIRED REAGENTS COULD BE A REASON?

09:59AM  9    A.   YES.

09:59AM  10   Q.   AND MANY OTHER REASONS THAT WE COULD THINK OF IF WE ALL

09:59AM  11   HAD THE TIME; RIGHT?

09:59AM  12   A.   YES.

09:59AM  13   Q.   SO LET'S GO BACK TO THE EXHIBIT, WHICH IS EXHIBIT 4938.

10:00AM  14        AND DO YOU SEE ON PAGE 6 THERE'S A NOTATION ERROR IN YOUR

10:00AM  15   HANDWRITING FOR MAY 19TH, 2015?  I THINK YOU READ THAT DURING

10:00AM  16   YOUR DIRECT EXAMINATION.

10:00AM  17        DO YOU REMEMBER THAT?

10:00AM  18   A.   YES.

10:00AM  19   Q.   AND SO YOU HAD A CONVERSATION WITH THE LAB; IS THAT

10:00AM  20   CORRECT?

10:00AM  21   A.   YES.

10:00AM  22   Q.   OKAY.  AND I THINK YOU FOUND -- YOU SAID YOU FOUND THEM

10:00AM  23   PLEASANT TO TALK TO?

10:00AM  24   A.   YES.

10:00AM  25   Q.   AND THEY WEREN'T AGGRESSIVE OR COMBATIVE OR ANYTHING LIKE

10:00AM  1    THAT?

10:00AM  2    A.   NO.

10:00AM  3    Q.   OKAY.  AND IF YOU GO TO EXHIBIT 4415, WHICH IS THE OTHER

10:00AM  4    EXHIBIT THAT YOU LOOKED AT ON DIRECT.

10:00AM  5    A.   WHICH PAGE?

10:00AM  6    Q.   I'M SORRY.  IT'S ON PAGE 8 IS WHAT I'M GOING TO TALK

10:01AM  7    ABOUT.

10:01AM  8        AND DO YOU HAVE THAT PAGE, DR. BURNES?

10:01AM  9    A.   YES.

10:01AM  10   Q.   OKAY.  AND YOU SEE THAT THERE'S AN EMAIL FROM

10:01AM  11   AMELIA AGUIRRE AT THE BOTTOM?

10:01AM  12   A.   OH.

10:01AM  13   Q.   YES.  THANK YOU.

10:01AM  14        AND DO YOU SEE THAT MS. AGUIRRE REPORTS THAT YOU HAD

10:01AM  15   CALLED TO TALK ABOUT THE PSA RESULTS; RIGHT?

10:01AM  16   A.   YES.

10:01AM  17   Q.   AND THAT IS THAT MAY 9TH CALL THAT WE SAW THAT YOU HAD

10:01AM  18   NOTATED ON THE LAB RESULT?

10:01AM  19   A.   YES.

10:01AM  20   Q.   AND THIS IS THE PERSON THAT YOU FOUND TO BE PLEASANT WHEN

10:01AM  21   YOU CALLED THAT FIRST TIME; RIGHTS?

10:01AM  22   A.   YES.

10:01AM  23   Q.   OKAY.  AND WHAT -- WHEN YOU TALKED TO MS. AGUIRRE, I THINK

10:01AM  24   YOU SAID ON DIRECT THAT YOU THOUGHT IT WOULD BE WISE TO GET THE

10:01AM  25   THIRD TEST FOR DR. ELLSWORTH?

10:01AM 1    A.   YES.

10:01AM 2    Q.   IS THAT RIGHT?

10:01AM 3         AND THEN YOU DID THAT; RIGHT?

10:01AM 4    A.   YES.

10:01AM 5    Q.   IF YOU GO BACK TO THE OTHER EXHIBIT, 4938, AND THEN

10:02AM 6    PAGE 3.  I'M SORRY.  PAGE 5.

10:02AM 7         AND THIS IS THE THIRD RESULT; IS THAT CORRECT?

10:02AM 8    A.   YES.

10:02AM 9    Q.   AND THEN YOU HAD ANOTHER CONVERSATION WITH A THERANOS

10:02AM 10   REPRESENTATIVE AFTER THAT TEST; IS THAT RIGHT?

10:02AM 11   A.   YES.

10:02AM 12   Q.   AND IF YOU GO BACK TO EXHIBIT 4415, THIS TIME YOU SPOKE TO

10:02AM 13   THE LAB DIRECTOR?  THIS TIME YOU SPOKE TO THE LAB DIRECTOR?

10:02AM 14   A.   YES.

10:02AM 15   Q.   AND THAT WAS DR. DANIEL YOUNG?

10:03AM 16   A.   I BELIEVE SO.  I ASKED FOR THE NATIONAL LAB DIRECTOR.

10:03AM 17   Q.   OKAY.  AND YOU WERE CONNECTED WITH DR. YOUNG?

10:03AM 18   A.   I BELIEVE SO.  I DON'T REMEMBER THE NAME ITSELF.

10:03AM 19   Q.   SO WE'LL CALL HIM THE LAB DIRECTOR IN THAT CASE.

10:03AM 20        SO THE LAB DIRECTOR THAT YOU TALKED TO, YOU UNDERSTAND

10:03AM 21   THAT WAS HIS POSITION?

10:03AM 22   A.   YES.

10:03AM 23   Q.   AND THE LAB DIRECTOR WAS ALSO PLEASANT AND RESPONSIVE TO

10:03AM 24   YOUR CONCERNS?

10:03AM 25   A.   YES.

10:03AM   1       Q.   AND I THINK YOU SAID ON DIRECT THAT YOU DON'T RECALL

10:03AM   2       WHETHER HE EXPLAINED IT WAS, IN HIS VIEW, A SAMPLE INTEGRITY

10:03AM   3       ISSUE?

10:03AM   4       A.   I DON'T RECALL THAT.

10:03AM   5       Q.   OKAY.  YOU DON'T RECALL IT EITHER WAY?

10:03AM   6       A.   YES, I DON'T RECALL EXACTLY.  I DON'T REALLY TRULY RECALL,

10:03AM   7       BUT I WOULDN'T ASSUME THAT THAT WAS A PATIENT MIXUP.

10:03AM   8       Q.   OKAY.  AND PUTTING ASIDE THE PATIENT MIXUP -- WELL, LET'S

10:03AM   9       TALK ABOUT THAT FOR A MINUTE.  SO ONE POSSIBLE ERROR A LAB

10:03AM  10       COULD MAKE IS THAT THEY COULD SWITCH THE SAMPLE AND YOU'RE

10:03AM  11       GETTING RESULTS FOR THE WRONG PATIENT; RIGHT?

10:03AM  12       A.   YES.

10:03AM  13       Q.   AND YOU DIDN'T THINK THAT HAPPENED HERE?

10:03AM  14       A.   I DIDN'T BELIEVE SO.

10:04AM  15       Q.   OKAY.

10:04AM  16       A.   BUT IT'S POSSIBLE.

10:04AM  17       Q.   AND WHEN YOU TALKED TO THE LAB DIRECTOR AFTER THAT THIRD

10:04AM  18       TEST, THAT LAB DIRECTOR DIDN'T TELL YOU THAT THE EXPLANATION

10:04AM  19       WAS SAMPLE MIXUP; RIGHT?

10:04AM  20       A.   NO.

10:04AM  21       Q.   OKAY.  AND YOU DON'T REMEMBER WHETHER THE EXPLANATION HAD

10:04AM  22       TO DO WITH THE SAMPLE INTEGRITY OF DR. ELLSWORTH'S SAMPLE?

10:04AM  23       A.   COULD YOU REPHRASE THAT QUESTION?

10:04AM  24       Q.   SURE.  DO YOU REMEMBER ONE WAY OR THE OTHER WHETHER THE

10:04AM  25       LAB DIRECTOR TOLD YOU THAT HE THOUGHT THE PROBLEM HERE WAS A

BURNES CROSS BY MR. COOPERSMITH                                    5921

10:04AM   1    SAMPLE INTEGRITY ISSUE?

10:04AM   2    A.   I BELIEVE I WOULD ACCEPT THAT BECAUSE I DIDN'T THINK -- IT

10:04AM   3    WOULD BE VERY, VERY UNLIKELY TO HAVE LABS SWITCHED TWICE.

10:04AM   4    Q.   AND THAT ISSUE OF SAMPLE INTEGRITY, THAT WOULD BE A

10:04AM   5    PLAUSIBLE EXPLANATION FOR WHY THESE RESULTS SEEMED OFF?

10:04AM   6    A.   IT COULD BE.

10:04AM   7    Q.   OKAY.  AND IF WE JUST STAY WITH EXHIBIT 4415 FOR A MINUTE

10:05AM   8    AND YOU GO TO PAGE 2.

10:05AM   9         THERE'S AN EMAIL FROM DANIEL YOUNG TO MR. BALWANI AND

10:05AM  10    TINA LIN AND OTHERS.

10:05AM  11         AND THAT FIRST LINE SAYS, "THE MOST RECENT SAMPLE (EDTA

10:05AM  12    PCTN) WAS FLAGGED FOR HEMOLYSIS AND CLOTTING.  THIS SAMPLE WAS

10:05AM  13    USED FOR THE PSA RESULT."

10:05AM  14         DO YOU SEE THAT?

10:05AM  15    A.   YES.

10:05AM  16    Q.   AND SO THIS WAS THE INTERNAL EXPLANATION THAT DR. YOUNG

10:05AM  17    WAS GIVING; IS THAT RIGHT?

10:05AM  18    A.   I PRESUME SO.  I WASN'T MADE AWARE OF THAT AT THAT TIME.

10:05AM  19    Q.   RIGHT.  BUT YOU UNDERSTAND THAT THIS IS AN INTERNAL EMAIL

10:05AM  20    THAT YOU'RE NOT COPIED ON; RIGHT?

10:05AM  21    A.   YES.

10:05AM  22    Q.   AND THAT WOULD BE A MISTAKE THAT THE LAB MADE, TO BE

10:05AM  23    CLEAR, IF THEY HAD NOTICED HEMOLYSIS AND CLOTTING, BUT USED THE

10:06AM  24    SAMPLE FOR PATIENT TESTING ANYWAY; RIGHT?

10:06AM  25              MR. SCHENK:  OBJECTION.  FOUNDATION.

ER-4459

10:06AM 1           THE COURT:  DO YOU WANT TO LAY A FOUNDATION AS TO

10:06AM 2    HIS KNOWLEDGE, IF HE RECALLS?

10:06AM 3           MR. COOPERSMITH:  SURE.

10:06AM 4    Q.   DR. BURNES, LET ME JUST ASK YOU AS CLEAR AS I CAN, IF A

10:06AM 5    LAB NOTICES THAT THERE IS HEMOLYSIS AND CLOTTING IN A SAMPLE,

10:06AM 6    DO YOU AGREE THAT THEY SHOULD NOT THEN GO FORWARD AND USE THAT

10:06AM 7    FOR THE LAB TEST?

10:06AM 8    A.   I'M AN EXPERT IN INTERPRETING RESULTS, BUT TO BE HONEST,

10:06AM 9    IT'S BEEN 30 YEARS SINCE I WAS IN RESIDENCY AND THE MECHANICS

10:06AM 10   OF HOW THINGS ARE DONE I DON'T RECALL EXACTLY.

10:06AM 11   Q.   OKAY.  BUT DOES THAT SOUND CORRECT TO YOU?

10:06AM 12   A.   YES.

10:06AM 13   Q.   OKAY.

10:06AM 14           MR. SCHENK:  OBJECTION.  MOVE TO STRIKE.

10:06AM 15           THE COURT:  SUSTAINED.  LACK OF FOUNDATION.

10:06AM 16       THAT LAST RESPONSE, THE ANSWER IS STRICKEN, LADIES AND

10:06AM 17   GENTLEMEN.

10:06AM 18       YOU CAN ASK ANOTHER QUESTION.

10:06AM 19           MR. COOPERSMITH:  OKAY.  THANKS, YOUR HONOR.

10:06AM 20   Q.   SO LET'S GO TO PAGE 3 OF THE EXHIBIT.

10:07AM 21       ACTUALLY, WE CAN START ON THE VERY, VERY BOTTOM OF PAGE 2,

10:07AM 22   JUST SO WE SEE, AGAIN, THE EMAIL.

10:07AM 23       THIS IS AN EMAIL FROM MR. BALWANI.

10:07AM 24       DO YOU SEE THAT?

10:07AM 25   A.   YES.

10:07AM 1    Q.   OKAY.  AND THEN GOING TO THE NEXT PAGE, JUST TO SEE THE

10:07AM 2    CONTENT.

10:07AM 3         SO MR. BALWANI'S FIRST REACTION WAS, "TINA.  CAN YOU

10:07AM 4    INVESTIGATE THIS?"

10:07AM 5         DO YOU SEE THAT?

10:07AM 6    A.   YES.

10:07AM 7    Q.   AND THEN THE NEXT LINE SAYS, "DANIEL.  I DO NOT BELIEVE

10:07AM 8    SAMPLE MIXUP IS POSSIBLE BY A REMOTE SHOT IN OUR SYSTEM BUT

10:07AM 9    SINCE THE MOST RECENT VISIT IS ON 6/11 AND SHOULD HAVE THE

10:07AM 10   SAMPLE IN OUR LABS, WE SHOULD BE ABLE TO CHECK THE LABEL ON

10:07AM 11   SAMPLE ACROSS THE ENTIRE SYSTEMS."

10:07AM 12        AND THEN IT GOES ON.  "WE SHOULD START BY RERUNNING THE

10:07AM 13   SAMPLE TO START AND THE WORK BACKWARDS FROM THERE."

10:07AM 14        DO YOU SEE THAT?

10:07AM 15   A.   YES.

10:07AM 16   Q.   OKAY.  SO READING THIS ON THE PAGE, AND I UNDERSTAND YOU

10:07AM 17   WEREN'T PART OF THIS EMAIL, BUT IT APPEARS TO YOU THAT

10:08AM 18   MR. BALWANI WAS JUST TRYING TO MAKE HIS LAB STAFF GET TO THE

10:08AM 19   BOTTOM OF THIS; RIGHT?

10:08AM 20            MR. SCHENK:  OBJECTION.  CALLS FOR SPECULATION.

10:08AM 21            THE COURT:  SUSTAINED.

10:08AM 22   BY MR. COOPERSMITH:

10:08AM 23   Q.   WITHOUT ASKING THE QUESTION, YOU SEE THE WORDS ON THE

10:08AM 24   PAGES I JUST READ; RIGHT?

10:08AM 25   A.   YES.

10:08AM 1   Q.   OKAY.  AND WOULD YOU EXPECT A LAB LIKE THERANOS TO HAVE A

10:08AM 2   SYSTEM WHERE YOU COULD ACTUALLY DO THE THINGS THAT MR. BALWANI

10:08AM 3   WAS ASKING TO BE CHECKED?

10:08AM 4          MR. SCHENK:  OBJECTION.  SPECULATION.  FOUNDATION.

10:08AM 5          MR. COOPERSMITH:  I'M ASKING FOR HIS PERSONAL

10:08AM 6   KNOWLEDGE WHAT HE WOULD EXPECT IN HIS EXPERIENCE.

10:08AM 7          THE COURT:  WELL, HE TOLD US EARLIER THAT IT'S BEEN

10:08AM 8   30 YEARS SINCE HE'S BEEN INVOLVED IN THIS.  I THINK THERE'S A

10:08AM 9   LACK OF FOUNDATION, UNLESS YOU CAN LAY ONE.

10:08AM 10         MR. COOPERSMITH:  OKAY.  I WILL DO THAT, YOUR HONOR.

10:08AM 11  Q.   DR. BURNES, EVEN THOUGH YOU DON'T WORK IN THE LABORATORY

10:08AM 12  INDUSTRY, YOU'RE A MEDICAL DOCTOR, YOU HAVE SOME KNOWLEDGE,

10:08AM 13  EVEN IF IT'S OLD, ABOUT HOW LABORATORIES ARE SUPPOSED TO

10:08AM 14  OPERATE; IS THAT FAIR?

10:08AM 15  A.   YES.

10:08AM 16  Q.   OKAY.  AND ONE THING THAT I WOULD -- IS IT FAIR TO SAY

10:08AM 17  THAT YOU WOULD EXPECT A LABORATORY TO KEEP RECORDS OF THE

10:09AM 18  PATIENT TESTING THAT THEY HAVE GOING ON?

10:09AM 19         MR. SCHENK:  OBJECTION.  FOUNDATION.  IT CALLS FOR

10:09AM 20  SPECULATION, AND RELEVANCE FROM THIS WITNESS.

10:09AM 21         THE COURT:  I'LL SUSTAIN THE 104 OBJECTION.

10:09AM 22         MR. COOPERSMITH:  OKAY.

10:09AM 23  Q.   WELL, LET ME JUST ASK YOUR PERSONAL KNOWLEDGE, DR. BURNES.

10:09AM 24       OVER YOUR CAREER ORDERING LAB TESTS, HAVE YOU HAD OCCASION

10:09AM 25  TO, EVEN ON MANY OCCASIONS, TO TALK TO PEOPLE WHO WORK AT

10:09AM   1    CLINICAL LABORATORIES?

10:09AM   2    A.   NOT OFTEN, TO BE HONEST.

10:09AM   3    Q.   OKAY.  BUT WHEN YOU DO, YOU INTERACT WITH LAB STAFF; IS

10:09AM   4    THAT FAIR?

10:09AM   5    A.   ONLY MY MEDICAL ASSISTANT.

10:09AM   6    Q.   IN OTHER WORDS -- LET ME ASK A CLEARER QUESTION.  YOU KNOW

10:09AM   7    HOW YOU HAD THOSE CALLS WITH THERANOS PERSONNEL THAT WE JUST

10:09AM   8    DISCUSSED?

10:09AM   9    A.   YES.

10:09AM  10    Q.   AND AT OTHER TIMES, EVEN WITH OTHER LABS, YOU'VE HAD, OVER

10:09AM  11    TIME, EVEN IF IT'S NOT THAT OFTEN, YOU'VE HAD QUESTIONS OR

10:10AM  12    COMMENTS, YOU HAVE HAD CONVERSATIONS WITH OTHER PEOPLE WHO WORK

10:10AM  13    AT DIFFERENT LABORATORIES?

10:10AM  14    A.   TO BE HONEST, VERY INFREQUENTLY, AND MOSTLY BECAUSE THEY

10:10AM  15    WEREN'T AS EASY TO ANSWER THE PHONE AS THERANOS WAS.

10:10AM  16    Q.   OKAY.

10:10AM  17    A.   IT'S VERY DIFFICULT TO GET AHOLD OF SOMEBODY AT, LIKE,

10:10AM  18    LABCORP.

10:10AM  19    Q.   I SEE.  IN THE THERANOS CASE IT WAS EASY TO GET AHOLD OF

10:10AM  20    SOMEONE?

10:10AM  21    A.   YES, IT WAS.  THAT'S WHY I REMEMBER IT SO WELL.

10:10AM  22    Q.   UNDERSTOOD.  THANK YOU.

10:10AM  23        AND THEN IF WE CONTINUE ON PAGE 3 AT 4415, YOU SEE THAT

10:10AM  24    LAST PARAGRAPH OF THE EMAIL THAT WE WERE READING SAYS, "TINA.

10:10AM  25    CAN YOU PLEASE OWN THIS AND UPDATE ME IN REALTIME.

BURNES CROSS BY MR. COOPERSMITH                                    5926

10:10AM   1              "MAX.  CAN U FREE UP YOUR TIME AND START TRACKING THIS

10:10AM   2       SAMPLE AND AA AND MAKE SURE EVERYTHING CHECKS OUT THERE.  HAVE

10:10AM   3       SOMEONE PHYSICALLY LOOK AT LABELS TO MAKE SURE LABELS MATCH

10:10AM   4       WITH WHAT WAS DRAWN AT PSC AND THE ONE PRINTED IN LAB IF

10:11AM   5       PRINTED IN LAB."

10:11AM   6              DO YOU SEE THAT?

10:11AM   7       A.   YES.

10:11AM   8       Q.   AND DO YOU UNDERSTAND THAT THAT WAS MR. BALWANI GIVING

10:11AM   9       THAT DIRECTION; CORRECT?

10:11AM  10       A.   YES.

10:11AM  11       Q.   IF YOU GO TO PAGE 6, THERE'S AN EMAIL FROM MAY 19TH.

10:11AM  12              DO YOU SEE THAT?

10:11AM  13       A.   YES.

10:11AM  14       Q.   FROM CATHERINE HUNKLER.

10:11AM  15              DO YOU SEE THAT?

10:11AM  16       A.   YES.

10:11AM  17       Q.   AND THEN THE CONTENT THERE SAYS, "THE TUBE BARCODED," AND

10:11AM  18       THEN IT HAS A BAR CODE NUMBER, "HAD A BIG CLOT IN IT -- MIGHT

10:11AM  19       THIS HAVE AFFECTED RESULTS IF NOT CAUGHT AT THE INITIAL RUN?"

10:11AM  20              DO YOU SEE THAT?

10:11AM  21       A.   YES.

10:11AM  22       Q.   AND SO YOU UNDERSTAND THAT THIS IS AN INTERNAL EMAIL FROM

10:11AM  23       THERANOS DISCUSSING THE ISSUE OF A CLOT IN THE COLLECTION TUBE.

10:11AM  24              IS THAT FAIR?

10:11AM  25       A.   YES.

ER-4464

10:11AM  1        Q.   OKAY.

10:12AM  2             MAY I HAVE A MOMENT, YOUR HONOR?

10:12AM  3                  THE COURT:  YES.

10:12AM  4        (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

10:12AM  5             MR. COOPERSMITH:  NO FURTHER QUESTIONS, YOUR HONOR.

10:12AM  6             THE COURT:  REDIRECT?

10:13AM  7                       **REDIRECT EXAMINATION**

10:13AM  8   BY MR. SCHENK:

10:13AM  9        Q.   GOOD MORNING AGAIN, DOCTOR.

10:13AM  10            MR. COOPERSMITH ASKED YOU SOME QUESTIONS REGARDING YOUR

10:13AM  11   EXPERIENCE WITH LABCORP AND THE CREATINE ASSAY.

10:13AM  12            DO YOU RECALL THAT DISCUSSION?

10:13AM  13       A.   YES.

10:13AM  14       Q.   AND I THINK YOU SAID YOU HAD AN EXPERIENCE WHERE THERE

10:13AM  15   WERE RESULTS THAT YOU QUESTIONED THAT CAME FROM LABCORP; IS

10:13AM  16   THAT RIGHT?

10:13AM  17       A.   IT WAS MULTIPLE LABS.

10:13AM  18       Q.   I'M SORRY.  IT WAS MULTIPLE LABS?

10:13AM  19       A.   IT WAS ABOUT FOUR IN ONE WEEK.

10:13AM  20       Q.   NOT JUST LABCORP, OTHER --

10:13AM  21       A.   IT WAS JUST LABCORP.

10:13AM  22       Q.   I SEE.  MULTIPLE LAB RESULTS FROM LABCORP ALL INVOLVING

10:13AM  23   CREATINE; IS THAT CORRECT?

10:13AM  24       A.   YES.

10:13AM  25       Q.   IN THIS INSTANCE WHEN YOU HAD THERANOS RERUN THE SAMPLE,

10:13AM  1    THE FIRST ONE WE'VE TALKED ABOUT WAS IN THE 20'S AND WAS HIGH;

10:13AM  2    CORRECT?

10:13AM  3    A.   YES.

10:13AM  4    Q.   AND THE SECOND ONE WAS WHAT YOU WOULD HAVE EXPECTED, WAS

10:13AM  5    WITHIN THE REFERENCE RANGE; IS THAT RIGHT?

10:13AM  6    A.   YES.

10:13AM  7    Q.   AND THEN THERANOS, AT YOUR REQUEST, RERAN IT A THIRD TIME.

10:14AM  8        DO YOU RECALL WHAT THAT SCORE WAS, THE THIRD ONE?

10:14AM  9    A.   I BELIEVE THAT WAS ABOUT A 22.

10:14AM 10    Q.   AND WHAT CONCLUSIONS DID YOU DRAW ABOUT THAT?

10:14AM 11    A.   THE ODDS WERE THAT THERE WAS SOMETHING WRONG WITH THE LAB

10:14AM 12    TEST.

10:14AM 13    Q.   SO WHEN YOU POINTED OUT TO THEM THAT THE FIRST SCORE WAS

10:14AM 14    SOMETHING THAT YOU HAD QUESTIONS ABOUT AND YOU DID THIS

10:14AM 15    TIEBREAKER BEFORE SENDING DR. ELLSWORTH ON HIS TRIP, THE THIRD

10:14AM 16    SCORE THAT CAME BACK SIMILARLY CAUSED YOU TO HAVE SOME CONCERNS

10:14AM 17    ABOUT WHETHER THAT THIRD SCORE WAS ACCURATE OR NOT; IS THAT

10:14AM 18    RIGHT?

10:14AM 19    A.   YES.

10:14AM 20    Q.   EVEN AFTER YOU BROUGHT TO THEIR ATTENTION THAT THERE MIGHT

10:14AM 21    BE PROBLEMS?

10:14AM 22    A.   YES.

10:14AM 23    Q.   THANK YOU.

10:14AM 24        NO FURTHER QUESTIONS.

10:14AM 25            MR. COOPERSMITH:  NOTHING FURTHER, YOUR HONOR.

10:14AM  1                THE COURT:  MAY THIS WITNESS BE EXCUSED?

10:14AM  2                MR. COOPERSMITH:  YES, YOUR HONOR.

10:14AM  3                MR. SCHENK:  YES.

10:14AM  4                THE COURT:  THANK YOU, SIR.  YOU'RE EXCUSED.  THANK

10:14AM  5       YOU.

10:15AM  6           DOES THE GOVERNMENT HAVE ANOTHER WITNESS TO CALL?

10:15AM  7                MR. SCHENK:  THE UNITED STATES CALLS

10:15AM  8       DR. MEHRL ELLSWORTH.

10:15AM  9                THE COURT:  THANK YOU.

10:15AM 10           FOLKS, YOU CAN STAND UP AND STRETCH IF YOU WOULD LIKE

10:15AM 11       WHILE DR. ELLSWORTH COMES IN.

10:15AM 12           (STRETCHING.)

10:15AM 13                THE COURT:  GOOD MORNING, SIR.

10:15AM 14           IF YOU COULD STAND OVER HERE AND RAISE YOUR RIGHT HAND

10:15AM 15       WHILE YOU FACE OUR COURTROOM DEPUTY, SHE HAS A QUESTION FOR

10:15AM 16       YOU.

10:15AM 17                THE WITNESS:  OKAY.

10:15AM 18           **(GOVERNMENT'S WITNESS, MEHRL ELLSWORTH, WAS SWORN.)**

10:15AM 19                THE WITNESS:  YES.

10:15AM 20                THE CLERK:  THANK YOU.

10:16AM 21                THE COURT:  WE INVITE YOU TO HAVE A SEAT HERE, SIR,

10:16AM 22       AND MAKE YOURSELF COMFORTABLE.

10:16AM 23           FEEL FREE TO ADJUST THE CHAIR AND THE MICROPHONE AS YOU

10:16AM 24       NEED.

10:16AM 25           AND WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR

| | | |
|---|---|---|
| 10:16AM | 1 | NAME AND THEN SPELL IT, PLEASE. |
| 10:16AM | 2 | THE WITNESS:  MEHRL K. ELLSWORTH, DR. ELLSWORTH. |
| 10:16AM | 3 | M-E-H-R-L, ELLSWORTH, E-L-L-S-W-O-R-T-H. |
| 10:16AM | 4 | THE COURT:  THANK YOU. |
| 10:16AM | 5 | MR. SCHENK. |
| 10:16AM | 6 | MR. SCHENK:  THANK YOU, YOUR HONOR. |
| 10:16AM | 7 | **DIRECT EXAMINATION** |
| 10:16AM | 8 | BY MR. SCHENK: |
| 10:16AM | 9 | Q.  DR. ELLSWORTH, IF YOU'RE FULLY VACCINATED, I UNDERSTAND, |
| 10:16AM | 10 | WITH THE COURT'S PERMISSION, YOU CAN TESTIFY WITHOUT A MASK ON. |
| 10:16AM | 11 | A.  THANK YOU.  I WILL DO THAT. |
| 10:16AM | 12 | Q.  THANK YOU. |
| 10:16AM | 13 | DR. ELLSWORTH, I WANT TO DRAW YOUR ATTENTION TO THE MAY OR |
| 10:16AM | 14 | JUNE 2015 TIMEFRAME. |
| 10:16AM | 15 | DO YOU HAVE THAT TIMEFRAME IN MIND? |
| 10:16AM | 16 | A.  2018? |
| 10:16AM | 17 | Q.  2015. |
| 10:16AM | 18 | A.  '15?  YES, I DO. |
| 10:16AM | 19 | Q.  WERE YOU EMPLOYED AT THAT TIME? |
| 10:17AM | 20 | A.  YES.  I WAS A PRACTICING DENTIST IN ARIZONA. |
| 10:17AM | 21 | Q.  AND WHERE IN ARIZONA? |
| 10:17AM | 22 | A.  MY OFFICE IS IN LITCHFIELD PARK. |
| 10:17AM | 23 | Q.  AND DID YOU ALSO RESIDE IN ARIZONA AT THAT TIME? |
| 10:17AM | 24 | A.  YES.  I LIVED THREE BLOCKS FROM MY OFFICE. |
| 10:17AM | 25 | Q.  AT THAT TIME, AGAIN, THE MAY, JUNE 2015 TIMEFRAME, WERE |

10:17AM   1    YOU PLANNING TO TAKE A LENGTHY INTERNATIONAL TRIP?

10:17AM   2    A.   YES.  I HAD BEEN REQUESTED TO BE THE HUMANITARIAN DIRECTOR

10:17AM   3    IN THAILAND, MIRAMAR AND LAOS BY THE CHURCH OF JESUS CHRIST.

10:17AM   4    ANYWAY, MORMON CHURCH, OKAY.

10:17AM   5    Q.   THANK YOU.

10:17AM   6         DID YOU HAVE A PHYSICIAN, A PERSONAL PHYSICIAN IN ARIZONA

10:17AM   7    AT THE TIME?

10:17AM   8    A.   YES.

10:17AM   9    Q.   AND WHO IS THAT?

10:17AM  10    A.   DR. BURNES.

10:17AM  11    Q.   BEFORE YOU TOOK THIS TRIP, DID YOU HAVE SOME LAB WORK

10:17AM  12    DONE?

10:17AM  13    A.   YES.  I HAD AN ANNUAL PHYSICAL DONE, AND WE HAD MOVED, AT

10:18AM  14    THE REQUEST OF MY CHURCH PEOPLE, THAT I WOULD BE CLEARED FOR

10:18AM  15    MEDICAL SERVICE IN ANOTHER COUNTRY.

10:18AM  16    Q.   I SEE.  SOME LAB WORK BEFORE YOU TOOK THIS TRIP?

10:18AM  17    A.   YES.

10:18AM  18    Q.   AMONG THE BLOOD TESTS, DID YOU GET ORDERS TO TAKE A PSA

10:18AM  19    TEST?

10:18AM  20    A.   YES.

10:18AM  21             MR. SCHENK:  YOUR HONOR, MAY I APPROACH AGAIN?

10:18AM  22             THE COURT:  YES.

10:18AM  23             MR. SCHENK:  (HANDING.)

10:18AM  24    Q.   DR. ELLSWORTH, I'VE HANDED YOU A BINDER OF DOCUMENTS THAT

10:18AM  25    I'M GOING TO ASK YOU TO LOOK AT IN PARTICULAR IN A MOMENT.

ER-4469

ELLSWORTH DIRECT BY MR. SCHENK                          5932

10:18AM   1        BUT WHEN YOU WERE GETTING THIS LAB WORK DONE, DID YOU

10:18AM   2   SPEAK WITH DR. BURNES ABOUT WHERE YOU SHOULD GO TO HAVE YOUR

10:18AM   3   LAB WORK DONE?

10:18AM   4   A.   YES.

10:18AM   5   Q.   AND WHAT DID YOU DISCUSS?

10:18AM   6   A.   HE RECOMMENDED, SINCE IT WAS -- WE COMPLETED THE MAJOR

10:18AM   7   BATTERY, BUT THE PSA HAD BEEN EXCLUDED, THAT IT WOULD BE A

10:19AM   8   SIMPLE MATTER TO JUST RUN OVER TO WALGREENS AND THERANOS WAS

10:19AM   9   AVAILABLE THERE ON -- ON AN INEXPENSIVE AND QUICK BASIS.

10:19AM  10   Q.   DID YOU EVENTUALLY GO TO THERANOS FOR YOUR BLOOD TESTS?

10:19AM  11   A.   YES.

10:19AM  12   Q.   AND DID YOU EXPECT THAT THE BLOOD TEST RESULTS THAT YOU

10:19AM  13   RECEIVED FROM THERANOS WOULD BE ACCURATE?

10:19AM  14   A.   YES.

10:19AM  15   Q.   WHY DID YOU EXPECT THAT?

10:19AM  16   A.   THEY WERE INTEGRATED INTO THE WALGREENS STRUCTURE, SO

10:19AM  17   BETWEEN BEING A REPUTABLE FIRM AND DR. BURNES'S RECOMMENDATION,

10:19AM  18   ACCURACY WOULD BE EXPECTED.

10:19AM  19   Q.   ACCURACY OF THE BLOOD TESTS, AS YOU SAY, WOULD JUST BE

10:19AM  20   EXPECTED?

10:19AM  21   A.   YES.

10:19AM  22   Q.   I'D LIKE TO NOW HAVE YOU TURN TO PAGE 7 OF TAB 4938.

10:19AM  23        YOUR HONOR, PERMISSION TO PUBLISH?

10:20AM  24             THE COURT:  YES.

10:20AM  25             THE WITNESS:  PAGE 7?

ER-4470

10:20AM   1    BY MR. SCHENK:

10:20AM   2    Q.   YES, SIR.  ACTUALLY, AT THE BOTTOM OF THE DOCUMENT THERE'S

10:20AM   3    A TRIAL EXHIBIT NUMBER AND A PAGE NUMBER, SORT OF.

10:20AM   4         DO YOU SEE THAT?

10:20AM   5    A.   I'LL JUST COUNT THE PAGES.

10:20AM   6         I'M ON THE LAST PAGE; IS THAT CORRECT?

10:20AM   7    Q.   ONE PAGE BEFORE THE LAST PAGE.

10:20AM   8    A.   OKAY.  THERANOS.

10:20AM   9         OKAY.  I SEE IT.

10:20AM  10    Q.   AND IT'S ALSO ON THE SCREEN IN FRONT OF YOU IF THAT ENDS

10:20AM  11    UP BEING --

10:20AM  12    A.   YEAH, YEAH, THAT'S GOOD.

10:20AM  13    Q.   DOCTOR, IS THIS THE FIRST -- DID YOU GET MULTIPLE BLOOD

10:20AM  14    TESTS AT THERANOS?

10:20AM  15    A.   YES.

10:20AM  16    Q.   AND DO YOU SEE ON THIS DOCUMENT THERE'S A VISIT DATE OF

10:20AM  17    MAY 14TH, 2015?

10:20AM  18         DO YOU SEE THAT?

10:20AM  19    A.   YES.

10:20AM  20    Q.   WAS THIS THE VERY FIRST --

10:20AM  21    A.   CORRECT.

10:20AM  22    Q.   -- PSA BLOOD TEST AT THERANOS?

10:21AM  23    A.   YES.

10:21AM  24    Q.   AND DO YOU SEE THE SCORE HERE WAS A 26?

10:21AM  25    A.   YES.

ELLSWORTH DIRECT BY MR. SCHENK                              5934

10:21AM  1    Q.   BEFORE THIS TEST, HAD YOU RECEIVED PRIOR PSA TEST SCORES

10:21AM  2    JUST IN YOUR -- IN THE HISTORY OF YOUR MEDICAL EXPERIENCE?

10:21AM  3    A.   YES.  I HAD HAD ANNUAL PHYSICALS DONE BY DR. BURNES FOR AT

10:21AM  4    LEAST FOUR YEARS PREVIOUSLY, AND SO WE HAD A PROFILE OF WHAT WE

10:21AM  5    WOULD EXPECT TO BE A PSA READING.

10:21AM  6    Q.   AND HOW DID THIS 26 COMPARE WITH YOUR PREVIOUS SCORES?

10:21AM  7    A.   I HAD ALWAYS BEEN AROUND 2 IN THE PAST, SO THIS WAS, I

10:21AM  8    GUESS YOU WOULD CALL, A TEN-FOLD INCREASE.

10:21AM  9    Q.   I'D LIKE TO ASK YOU SOME QUESTIONS ABOUT THE TEST

10:21AM 10    EXPERIENCE.

10:21AM 11         DO YOU RECALL WHERE YOU WENT TO GET THE BLOOD DRAW?

10:21AM 12    A.   I WENT TO THE WALGREENS RETAIL PHARMACY IN TECHNICALLY

10:22AM 13    GOODYEAR, BUT ABOUT A HALF A MILE FROM DR. BURNES'S OFFICE AND

10:22AM 14    ABOUT A HALF A MILE FROM MY OFFICE.

10:22AM 15    Q.   AND THAT'S GENERALLY IN THE PHOENIX, ARIZONA AREA?

10:22AM 16    A.   GENERALLY.  ON THE WEST SIDE WHEN YOU CONSIDER PHOENIX,

10:22AM 17    YES.

10:22AM 18    Q.   WHAT PART OF YOUR BODY WAS THE BLOOD DRAWN FROM?  DO YOU

10:22AM 19    REMEMBER?

10:22AM 20    A.   IT WAS DONE AS A FINGERSTICK.

10:22AM 21    Q.   HOW ABOUT THE PAYMENT?  DO YOU REMEMBER IF YOU PAID OUT OF

10:22AM 22    POCKET OR IF INSURANCE PAID?

10:22AM 23         DO YOU HAVE A RECOLLECTION?

10:22AM 24    A.   I JUST PRESENTED MY PERSONAL CREDIT CARD AND PAID FOR IT

10:22AM 25    IN ALL CASES THAT WAY.

10:22AM   1    Q.   WHAT DO YOU MEAN "IN ALL CASES"?

10:22AM   2    A.   FOR THE SUBSEQUENT TESTING, TESTS, TOO.

10:22AM   3    Q.   I SEE.  SO IN ADDITION TO THIS THERANOS TEST, YOU

10:22AM   4    PERSONALLY PAID FOR OTHER THERANOS TESTS?

10:22AM   5    A.   YES.

10:22AM   6    Q.   AFTER YOU RECEIVED THIS HIGH SCORE, THE 26, WHAT DID YOU

10:23AM   7    DO NEXT?

10:23AM   8    A.   ONCE THE NUMBER CAME IN, THEN THERE WAS A DISCUSSION WITH

10:23AM   9    DR. BURNES.  HE QUESTIONED THE RESULTS BEING OUT OF CHARACTER,

10:23AM  10    AND I THINK IT WAS, WHAT, THREE OR FOUR DAYS LATER, WE SAID

10:23AM  11    LET'S DO IT AGAIN AND SEE IF WE CAN GET A CONSISTENT RESULT.

10:23AM  12    Q.   AND NOW IF YOU'LL TURN ONE PAGE PRIOR IN THIS EXHIBIT,

10:23AM  13    PAGE 6.

10:23AM  14        DO YOU SEE A LAB RESULT FOLLOWING A VISIT NOW ON MAY 18TH

10:23AM  15    OF 2015?

10:23AM  16    A.   CORRECT.

10:23AM  17    Q.   WAS THIS THE SECOND THERANOS PSA TEST THAT YOU RECEIVED?

10:23AM  18    A.   YES.

10:23AM  19    Q.   AND DID YOU GO TO THE SAME WALGREENS?

10:23AM  20    A.   YES.

10:23AM  21    Q.   AND DID YOU ALSO RECEIVE THIS VIA FINGERSTICK?

10:23AM  22    A.   YES.

10:23AM  23    Q.   AND I THINK YOU TESTIFIED ALREADY, DID YOU PERSONALLY USE

10:23AM  24    YOUR OWN FUNDS, YOUR PERSONAL FUNDS TO PAY FOR THIS?

10:23AM  25    A.   YES.

10:23AM  1    Q.   THANK YOU.

10:23AM  2         THE SCORE HERE IS A 1.71.

10:24AM  3         DO YOU SEE THAT?

10:24AM  4    A.   YES.

10:24AM  5    Q.   WAS THAT SCORE MORE CONSISTENT WITH THE RESULTS THAT YOU

10:24AM  6    HISTORICALLY HAD SEEN?

10:24AM  7    A.   YES, BECAUSE I ALWAYS STAYED UNDER 2.

10:24AM  8    Q.   DID YOU END UP GETTING A THIRD TEST?

10:24AM  9    A.   YES.

10:24AM  10   Q.   I'M SORRY.  WHY?

10:24AM  11   A.   YES.

10:24AM  12   Q.   AND WHY?  THE FIRST WAS OVER 20, AND THEN YOU HAVE THE

10:24AM  13   1.7.  WHY DID YOU GET A THIRD TEST?

10:24AM  14   A.   DR. BURNES'S SUGGESTION WAS, WELL, SINCE YOU'RE GOING

10:24AM  15   INTERNATIONAL, LET'S DO TWO OUT OF THREE AND SEE WHAT WE CAN

10:24AM  16   COME UP WITH.

10:24AM  17   Q.   IF YOU'LL NOW TURN ONE PAGE PRIOR IN THE EXHIBIT, WE'RE

10:24AM  18   NOW ON TO PAGE 5.

10:24AM  19        IS THIS A TEST RESULT FOR YOUR PSA TEST ON

10:24AM  20   JUNE 11TH, 2015?

10:24AM  21   A.   YES.

10:24AM  22   Q.   NOW, IS THIS THE THIRD TEST THAT YOU --

10:24AM  23   A.   YES.

10:24AM  24   Q.   THANK YOU.

10:24AM  25        THIS TIME IT LOOKS LIKE THE SCORE WAS A 22.8.

ELLSWORTH DIRECT BY MR. SCHENK                                     5937

10:24AM 1          DO YOU SEE THAT?

10:24AM 2   A.   YES.

10:24AM 3   Q.   AND SO THIS IS HIGH LIKE THE FIRST ONE; IS THAT RIGHT?

10:24AM 4   A.   CORRECT.

10:24AM 5   Q.   AND WAS THIS ALSO AT THE SAME WALGREENS?

10:25AM 6   A.   YES.

10:25AM 7   Q.   VIA FINGERSTICK?

10:25AM 8   A.   YES.

10:25AM 9   Q.   AND YOU PERSONALLY PAID WITH YOUR OWN FUNDS?

10:25AM 10  A.   YES.

10:25AM 11  Q.   SO NOW THAT YOU HAVE ONE HIGH SCORE, ONE LOWER OR EXPECTED

10:25AM 12  SCORE, AND NOW A THIRD HIGHER SCORE, WHAT DID YOU DO NEXT?

10:25AM 13  A.   THERE WAS, YOU MIGHT SAY, A LONGER DISCUSSION WITH

10:25AM 14  DR. BURNES.  HE SAID THAT WE CAN'T REALLY ACCEPT THIS RESULT

10:25AM 15  BASED ON YOUR PREVIOUS HISTORY, AND I THINK IT'S FAULTY.  I'M

10:25AM 16  GOING TO TALK TO THE THERANOS REGIONAL PEOPLE.

10:25AM 17       I DON'T KNOW THE EXACT ONES THAT HE SPOKE WITH, BUT I KNOW

10:25AM 18  THAT THERE WAS A DISCUSSION WITH THERANOS THAT -- WE WERE

10:25AM 19  TRYING TO BE HELPFUL TO THEM.

10:25AM 20       THERE WASN'T ANY GREAT CONCERN ON MY PART.  I HAD NO

10:25AM 21  SYMPTOMS.

10:25AM 22       AND DR. BURNES FACILITATED THEN AN ADDITIONAL TEST BEING

10:26AM 23  DONE.

10:26AM 24  Q.   AND WAS THIS FOURTH ONE DIFFERENT IN LOCATION AND THE FORM

10:26AM 25  OF THE BLOOD DRAW THAN THE PRIOR THREE?

ER-4475

ELLSWORTH DIRECT BY MR. SCHENK                                    5938

10:26AM  1    A.   YES.  SO THERANOS HAD HIRED A PHLEBOTOMIST TO COME

10:26AM  2    DIRECTLY TO MY OFFICE, SO I LAID DOWN IN MY DENTAL CHAIR, PUT

10:26AM  3    MY ARM OUT, AND HAD A VENOUS BLOOD DRAW.

10:26AM  4    Q.   IF YOU'LL NOW TURN TO ONE PAGE PRIOR, THAT'S PAGE 4 OF THE

10:26AM  5    EXHIBIT, IT LOOKS LIKE THE DATE IS JUNE 30TH, 2015.

10:26AM  6         DO YOU SEE THAT?

10:26AM  7    A.   YES.

10:26AM  8    Q.   AND THIS TIME THE SCORE IS A 0.95; IS THAT RIGHT?

10:26AM  9    A.   YES.

10:26AM  10   Q.   YOU SAID THIS ONE, THE FORM OF A BLOOD DRAW WAS DIFFERENT.

10:26AM  11   THIS ONE WAS TAKEN FROM YOUR VEIN?

10:26AM  12   A.   YES.

10:26AM  13   Q.   THE FIRST THREE WERE ALL FINGERSTICK; IS THAT RIGHT?

10:26AM  14   A.   YES.

10:26AM  15   Q.   DID YOU PAY FOR THIS FOURTH ONE?

10:26AM  16   A.   NO.  THAT WAS -- THERE WAS NO PAYMENT REQUESTED, OR I

10:26AM  17   GUESS REALLY OFFERED.  IT WAS JUST THE PERSON CAME TO MY

10:26AM  18   OFFICE.  THERE WAS SOME KIND OF APPOINTMENT MADE WITH MY STAFF,

10:27AM  19   AND SHE WAS IN AND OUT IN PROBABLY 15 MINUTES, OR 10.

10:27AM  20   Q.   AND AFTER YOU RECEIVED THIS FOURTH THERANOS BLOOD TEST,

10:27AM  21   DID YOU THEN, IN FACT, TAKE THE TRIP THAT WE HAVE BEEN

10:27AM  22   DISCUSSING?

10:27AM  23   A.   YES.

10:27AM  24   Q.   THANK YOU.

10:27AM  25        YOUR HONOR, MAY I HAVE ONE MOMENT?

| 10:27AM | 1 | THE COURT: YES. |
| 10:27AM | 2 | (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.) |
| 10:27AM | 3 | MR. SCHENK: THANK YOU VERY MUCH, DOCTOR. |
| 10:27AM | 4 | NO FURTHER QUESTIONS. |
| 10:27AM | 5 | THE WITNESS: THANK YOU. |
| 10:27AM | 6 | THE COURT: CROSS-EXAMINATION? |
| 10:27AM | 7 | MR. COOPERSMITH: WE HAVE NO QUESTIONS FOR |
| 10:27AM | 8 | DR. ELLSWORTH. |
| 10:27AM | 9 | THE COURT: THANK YOU. |
| 10:27AM | 10 | MAY THIS WITNESS BE EXCUSED? |
| 10:27AM | 11 | MR. COOPERSMITH: YES, YOUR HONOR. |
| 10:27AM | 12 | MR. SCHENK: NO, YOUR HONOR. |
| 10:27AM | 13 | THE COURT: YOU'RE EXCUSED. THANK YOU, SIR. |
| 10:28AM | 14 | DOES THE GOVERNMENT HAVE ANOTHER WITNESS TO CALL? |
| 10:28AM | 15 | MR. BOSTIC: YES, YOUR HONOR. |
| 10:28AM | 16 | THE UNITED STATES CALLED BRENT BINGHAM. |
| 10:28AM | 17 | THE COURT: GOOD MORNING, SIR. IF YOU COULD JUST |
| 10:28AM | 18 | COME FORWARD HERE AND RAISE YOUR RIGHT HAND AND FACE OUR |
| 10:28AM | 19 | COURTROOM DEPUTY, SHE HAS A QUESTION FOR YOU. |
| 10:28AM | 20 | **(GOVERNMENT'S WITNESS, BRENT BINGHAM, WAS SWORN.)** |
| 10:28AM | 21 | THE WITNESS: I DO. |
| 10:28AM | 22 | THE COURT: PLEASE HAVE A SEAT UP HERE, SIR. I'LL |
| 10:29AM | 23 | INVITE YOU TO MAKE YOURSELF COMFORTABLE. |
| 10:29AM | 24 | THE WITNESS: THANK YOU. |
| 10:29AM | 25 | THE COURT: YOU'RE WELCOME. |

ER-4477

10:29AM   1        FEEL FREE TO ADJUST THE CHAIR AND THE MICROPHONE AS YOU

10:29AM   2   NEED.

10:29AM   3        WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

10:29AM   4   AND THEN SPELL IT, PLEASE.

10:29AM   5            THE WITNESS:  MY NAME IS BRENT BINGHAM.  B-R-E-N-T,

10:29AM   6   B-I-N-G-H-A-M.

10:29AM   7            THE COURT:  THANK YOU.

10:29AM   8        COUNSEL.

10:29AM   9            MR. BOSTIC:  THANK YOU, YOUR HONOR.

10:29AM  10                       **DIRECT EXAMINATION**

10:29AM  11   BY MR. BOSTIC:

10:29AM  12   Q.   GOOD MORNING, MR. BINGHAM.

10:29AM  13   A.   GOOD MORNING.

10:29AM  14   Q.   IF YOU ARE FULLY VACCINATED AND ARE COMFORTABLE DOING SO,

10:29AM  15   I UNDERSTAND THE COURT WILL ALLOW YOU TO TESTIFY WITHOUT A

10:29AM  16   MASK.

10:29AM  17   A.   OKAY.  I AM.

10:29AM  18   Q.   MR. BINGHAM, WAS THERE A TIME WHEN YOU HAD SOME BLOOD

10:29AM  19   TESTING DONE BY A LAB CALLED THERANOS?

10:29AM  20   A.   YES.

10:29AM  21   Q.   AND DO YOU REMEMBER APPROXIMATELY WHAT YEAR THAT TOOK

10:29AM  22   PLACE?

10:29AM  23   A.   2015.

10:29AM  24   Q.   I'D LIKE TO ASK YOU SOME QUESTIONS ABOUT THAT TESTING, BUT

10:29AM  25   LET ME GET SOME BACKGROUND ABOUT YOU FIRST IF I COULD.

BINGHAM DIRECT BY MR. BOSTIC                                    5941

10:30AM   1          WHERE DO YOU CURRENTLY LIVE?

10:30AM   2     A.   PHOENIX, ARIZONA.

10:30AM   3     Q.   AND IS THAT WHERE YOU WERE LIVING IN THE 2015 TIME AS

10:30AM   4     WELL?

10:30AM   5     A.   YES.

10:30AM   6     Q.   IN 2015, WERE YOU EMPLOYED?

10:30AM   7     A.   YES.

10:30AM   8     Q.   AND WHAT WAS YOUR PROFESSION AT THAT TIME?

10:30AM   9     A.   AT THAT TIME I WAS SELF-EMPLOYED DOING BODY WORK THERAPY.

10:30AM  10     Q.   AND DID YOU HAVE A CAREER WHERE YOU WERE IN A DIFFERENT

10:30AM  11     PROFESSION BEFORE THAT?

10:30AM  12     A.   YEAH.  I HAD SEVERAL GEOLOGISTS BEFORE THAT, FIELD

10:30AM  13     GEOLOGISTS IN MINING.

10:30AM  14          ALSO A MINER ENGINEER UNDERGROUND.

10:30AM  15     Q.   AND FOR APPROXIMATELY HOW MANY YEARS DID YOU WORK IN

10:30AM  16     GEOLOGY AND MINE ENGINEERING?

10:30AM  17     A.   BASICALLY 20, 20 YEARS.

10:30AM  18     Q.   LEADING UP TO THE 2015 TIME PERIOD, HAD YOU HAD

10:31AM  19     SIGNIFICANT EXPERIENCE WITH BLOOD TESTING?

10:31AM  20     A.   YES.

10:31AM  21     Q.   HOW DID YOU COME TO HAVE EXPERIENCE WITH BLOOD TESTING?

10:31AM  22     A.   I HAVE A GENETIC MUTATION THAT CAUSES ME TO MAKE TOO MANY

10:31AM  23     PLATELETS, SO I NEED TO KEEP TRACK OF MY PLATELET COUNT.

10:31AM  24     Q.   AND YOU SAID YOU NEED TO KEEP TRACK OF YOUR PLATELET

10:31AM  25     COUNT.

BINGHAM DIRECT BY MR. BOSTIC                                    5942

10:31AM  1          DO YOU DO THAT THROUGH BLOOD TESTING?

10:31AM  2     A.   YES.

10:31AM  3     Q.   AND GENERALLY SPEAKING, ABOUT HOW FREQUENTLY DO YOU GET A

10:31AM  4     BLOOD TEST TO MONITOR YOUR PLATELET COUNT?

10:31AM  5     A.   ON AVERAGE, FOUR TIMES A YEAR.

10:31AM  6     Q.   AND THE CONDITION THAT YOU WERE DIAGNOSED WITH, CAN YOU

10:31AM  7     TELL US A LITTLE BIT ABOUT THAT, WHAT THE SYMPTOMS ARE AND WHY

10:31AM  8     IT'S NECESSARY THAT YOU MONITOR YOUR PLATELET COUNT?

10:31AM  9     A.   YEAH.  THE MUTATION SIGNALS TO MAKE MORE PLATELETS THAN I

10:31AM  10    NEED, AND IT'S CONTROLLED BY A DRUG CALLED HYDROXYUREA, AND

10:32AM  11    ALSO ASPRIN, BABY ASPRIN EVERY DAY.

10:32AM  12         IT'S IMPORTANT FOR ME TO KNOW WHAT MY PLATELETS ARE

10:32AM  13    BECAUSE THERE'S AN ENVIRONMENTAL CAUSES, LIKE IF I GET A -- I

10:32AM  14    CAN CONTROL MY PLATELETS IN A SECONDARY WAY, LIKE THROUGH DIET;

10:32AM  15    AND DURING HAYFEVER SEASON, IT WILL MAKE MY PLATELETS GO UP; OR

10:32AM  16    IF I GET STUNG BY INSECTS, THAT WILL MAKE ME SPIKE MY PLATELETS

10:32AM  17    AS WELL.

10:32AM  18    Q.   AND DOES THE CONDITION THAT YOU HAVE MANIFEST IN ANY

10:32AM  19    SYMPTOMS IN YOU?  DOES IT CAUSE ANY EFFECTS IN THE WAY YOU

10:32AM  20    FEEL?

10:32AM  21    A.   YES, IT DOES.

10:32AM  22    Q.   CAN YOU DESCRIBE THOSE?

10:32AM  23    A.   THOSE EFFECTS ARE LETHARGY AS THEY GET HIGH; ALSO I'LL GET

10:33AM  24    TINGLING IN MY HANDS AND EXTREMITIES; I HAVE BEEN ABLE TO, BY

10:33AM  25    THE WAY IT MAKES ME FEEL, BASICALLY GAUGE WHAT MY PLATELETS

ER-4480

BINGHAM DIRECT BY MR. BOSTIC                                    5943

10:33AM  1      ARE.

10:33AM  2      Q.   AND WHEN WERE YOU FIRST DIAGNOSED WITH THE CONDITION THAT

10:33AM  3      WE ARE TALKING ABOUT?

10:33AM  4      A.   2010.

10:33AM  5      Q.   AND HAVE YOU BEEN GETTING REGULAR PLATELET TESTING SINCE

10:33AM  6      THEN?

10:33AM  7      A.   YES.

10:33AM  8      Q.   AND DO YOU STILL GET REGULAR PLATELET TESTING EVEN TODAY?

10:33AM  9      A.   YES, I DO.

10:33AM 10      Q.   ARE YOU AWARE OF WHETHER OR NOT THE PLATELET TEST IS PART

10:33AM 11      OF A BLOOD TEST PANEL CALLED THE COMPLETE BLOOD COUNT?

10:33AM 12      A.   YES, I AM.

10:33AM 13      Q.   AND IS IT?

10:33AM 14      A.   IT IS.

10:33AM 15      Q.   AND YOU MENTIONED THAT, FROM PAYING ATTENTION TO YOUR

10:34AM 16      SYMPTOMS, YOU WERE ABLE TO GET A SENSE OF HOW DIFFERENT

10:34AM 17      PLATELET LEVELS WOULD AFFECT YOU; IS THAT RIGHT?

10:34AM 18      A.   THAT'S CORRECT.

10:34AM 19      Q.   CAN YOU EXPLAIN THAT?  WHAT LEVELS WERE YOU USED TO SEEING

10:34AM 20      IN YOUR PLATELET TEST, AND HOW DID THAT CORRESPOND TO HOW YOU

10:34AM 21      WOULD FEEL?

10:34AM 22      A.   THE NORMAL RANGE IS 125 TO 400, AND I FEEL PRETTY NORMAL

10:34AM 23      CLEAR UP TO AROUND THE MID 700'S.

10:34AM 24           AND SO I KEEP IT AT -- TRY TO KEEP IT IN THAT RANGE, LIKE,

10:34AM 25      50 PERCENT ABOVE THE HIGH END OF NORMAL RANGE.

BINGHAM DIRECT BY MR. BOSTIC                    5944

10:34AM  1    Q.   SO THE SYMPTOMS THAT YOU MENTIONED, THE LETHARGY AND OTHER

10:34AM  2    SYMPTOMS, YOU START NOTICING THOSE AT AROUND LEVEL 800; IS THAT

10:35AM  3    CORRECT?

10:35AM  4    A.   YEAH, IF I START APPROACHING 800.  AND BY 900, IT'S,

10:35AM  5    IT'S -- I'M NOT DOING MUCH.

10:35AM  6    Q.   AND OVER THE YEARS YOU'VE GOTTEN THESE PLATELET TEST

10:35AM  7    RESULTS, WHAT LEVELS DO YOU TYPICALLY SEE IN YOUR SYSTEM GIVEN

10:35AM  8    YOUR CONDITION AND THE MEDICATION THAT YOU'RE ON?

10:35AM  9    A.   I'M PRETTY MUCH BETWEEN 700 AND 750.

10:35AM 10    Q.   AND LEADING UP TO SUMMER OF 2015, WHERE WERE YOU GETTING

10:35AM 11    YOUR PLATELET TESTING DONE?

10:35AM 12    A.   COULD YOU REPEAT?

10:35AM 13    Q.   SURE.  LEADING UP TO SUMMER OF 2015, WHAT LAB WERE YOU

10:35AM 14    USING FOR PLATELET TESTING?

10:35AM 15    A.   OH.  I USED A LAB BASED OUT OF CALIFORNIA -- I MEAN,

10:35AM 16    FLORIDA.  I COULD GET ONLINE AND ORDER UP A LAB AND PAY FOR IT,

10:35AM 17    AND THEN I WOULD GET A WRITTEN ORDER SIGNED BY A DOCTOR IN

10:36AM 18    FLORIDA AND THEN I WOULD GO TO LABCORP TO GET THE LAB DONE.

10:36AM 19    Q.   SO THE ACTUAL PLACE WHERE THE BLOOD WAS DRAWN AND THE

10:36AM 20    ANALYSIS WAS DONE YOU SAID WAS LABCORP?

10:36AM 21    A.   YES.

10:36AM 22    Q.   AND WAS THAT IN THE PHOENIX AREA AS WELL?

10:36AM 23    A.   YES.

10:36AM 24    Q.   YOU MENTIONED PAYING FOR IT.

10:36AM 25         IS IT YOUR PRACTICE TO PAY DIRECTLY FOR THE PLATELET

ER-4482

BINGHAM DIRECT BY MR. BOSTIC                    5945

10:36AM   1    TESTING THAT YOU GET DONE?

10:36AM   2    A.   YEAH, I PAY OUT OF POCKET.

10:36AM   3    Q.   LET'S TALK ABOUT THERANOS THEN.

10:36AM   4         HOW DID YOU FIRST LEARN ABOUT THAT COMPANY?

10:36AM   5    A.   THROUGH THE PRESS, MEDIA, DIFFERENT SOURCES.

10:36AM   6    Q.   AND WAS THIS IN THE TIME PERIOD LEADING UP TO WHEN YOU

10:36AM   7    EVENTUALLY WENT TO THEM FOR TESTING?

10:36AM   8    A.   YES, IT WAS.

10:36AM   9    Q.   SO YOU MENTIONED PRESS AND OTHER SOURCES.  I JUST WANT TO

10:36AM  10    MAKE SURE THAT WE'RE COVERING EVERYTHING.

10:36AM  11         SO BESIDES PRESS ARTICLES, WHAT ELSE DO YOU REMEMBER

10:36AM  12    SEEING, OR WHERE ELSE DO YOU REMEMBER LOOKING FOR INFORMATION

10:36AM  13    ABOUT THERANOS?

10:36AM  14    A.   MAINLY FROM READING STUFF ONLINE.  LIKE, I WOULD READ

10:37AM  15    "WIRED" MAGAZINE A LOT ON TECHNOLOGICAL INNOVATIONS.

10:37AM  16         MY MEMORY OF EXACTLY WHERE I SAW IT ISN'T THAT CLEAR, BUT

10:37AM  17    I JUST KNOW THE WAY I WOULD LOOK FOR INFORMATION.

10:37AM  18    Q.   AND THAT'S MY NEXT QUESTION.

10:37AM  19         YOU MENTIONED LOOKING FOR INFORMATION, SO LET ME ASK, THE

10:37AM  20    INFORMATION THAT YOU SAW ABOUT THERANOS, WAS IT THINGS THAT YOU

10:37AM  21    HAPPENED TO COME UPON IN JUST BROWSING FOR OTHER NEWS, OR DID

10:37AM  22    YOU SPECIFICALLY INVESTIGATE THE COMPANY BEFORE YOU WENT THERE?

10:37AM  23    A.   WELL, THAT WAS INITIALLY THAT WAY, BUT THEN I STARTED

10:37AM  24    LOOKING FOR IT.

10:37AM  25    Q.   AS PART OF THAT INVESTIGATION, DID YOU ALSO VISIT THE

10:37AM   1     THERANOS WEBSITE?

10:37AM   2     A.   YES.

10:37AM   3     Q.   YOU MENTIONED THAT YOU READ "WIRED" FREQUENTLY AROUND THAT

10:37AM   4     TIME PERIOD; IS THAT CORRECT?

10:38AM   5     A.   CORRECT.

10:38AM   6     Q.   I'D LIKE TO SHOW YOU AN ARTICLE THAT IS ALREADY IN

10:38AM   7     EVIDENCE AS EXHIBIT 5801.

10:38AM   8          MAY WE PUBLISH, YOUR HONOR?

10:38AM   9              THE COURT:   YES.

10:38AM  10     BY MR. BOSTIC:

10:38AM  11     Q.   LET'S GO TO THE SECOND PAGE OF THIS EXHIBIT.

10:38AM  12          MR. BINGHAM, DO YOU SEE HERE THERE'S A TITLE, "ONE DROP,

10:38AM  13     INFINITE DATA, HOW ELIZABETH HOLMES BUILT A BETTER BLOOD TEST?"

10:38AM  14          DO YOU SEE THAT?

10:38AM  15     A.   YES.

10:38AM  16     Q.   AND IF WE CAN, LET'S ZOOM IN ON THE CONTENT OF THAT FIRST

10:38AM  17     PAGE.   APOLOGIES, THIS WILL BE A LITTLE DIFFICULT TO READ.

10:38AM  18          BUT I'LL DRAW YOUR ATTENTION TO THE BOTTOM OF THAT

10:38AM  19     PARAGRAPH, AND DO YOU SEE THAT IT SAYS, "INSTEAD OF VIALS OF

10:38AM  20     BLOOD, ONE FOR EVERY TEST NEEDED, THERANOS REQUIRES ONLY A

10:38AM  21     PINPRICK AND A DROP OF BLOOD"?

10:38AM  22          DO YOU SEE THAT?

10:38AM  23     A.   YES, YES.

10:38AM  24     Q.   AND IT SAYS, "WITH THAT, THEY CAN PERFORM HUNDREDS OF

10:38AM  25     TESTS, FROM STANDARD CHOLESTEROL CHECKS TO," LET'S GO TO THE

BINGHAM DIRECT BY MR. BOSTIC                                   5947

10:38AM   1    NEXT PAGE, ZOOM IN ON THE UPPER LEFT, "TO SOPHISTICATED GENETIC

10:39AM   2    ANALYSES."

10:39AM   3        DO YOU SEE THAT?

10:39AM   4    A.   YES.

10:39AM   5    Q.   AND IT GOES ON TO SAY, "THE RESULTS ARE FASTER, MORE

10:39AM   6    ACCURATE, AND FAR CHEAPER THAN CONVENTIONAL METHODS."

10:39AM   7        DO YOU SEE THAT?

10:39AM   8    A.   YES, I DO.

10:39AM   9    Q.   LET ME ASK, AROUND THE TIME THAT YOU WERE LOOKING INTO

10:39AM  10    THERANOS AND DECIDING WHERE TO GET YOUR BLOOD WORK DONE, DID

10:39AM  11    CLAIMS ABOUT ACCURACY MATTER TO YOU?

10:39AM  12    A.   YES.

10:39AM  13    Q.   CAN YOU EXPLAIN WHY THAT IS THE CASE?

10:39AM  14    A.   IT'S THE CASE BECAUSE I HAVE A -- THE DISEASE THAT I HAVE

10:39AM  15    CAUSES MY PLATELETS TO -- NEED TO BE CONTROLLED BY A

10:39AM  16    MEDICATION, AND I LIKE TO MINIMIZE THE MEDICATION BECAUSE IN

10:39AM  17    THE LONG RUN IT CAN WORK TOO WELL, AND BECAUSE I HAVE A DISEASE

10:40AM  18    OF EXCESS, I MAKE TOO MANY PLATELETS.

10:40AM  19        BUT THE CELLS THE DRUG I TAKE GOES AFTER CAN ALSO AFFECT

10:40AM  20    POTENTIALLY RED BLOOD CELLS AND WHITE BLOOD CELLS, SO I WANT TO

10:40AM  21    MINIMIZE THAT LEVEL.

10:40AM  22        SO IT'S IMPORTANT FOR ME TO KNOW IF I CAN CONTROL IT WITH

10:40AM  23    DIET, EXERCISE, AND THINGS THAT I CAN DO.

10:40AM  24    Q.   AND THAT IS ALL IN FURTHERANCE OF THE GOAL OF NOT TAKING

10:40AM  25    MORE OF THAT MEDICATION THAN YOU NEED TO?

BINGHAM DIRECT BY MR. BOSTIC                                      5948

| | | |
|---|---|---|
| 10:40AM | 1 | A.   YES. |
| 10:40AM | 2 | MR. BOSTIC:  MAY I APPROACH, YOUR HONOR? |
| 10:40AM | 3 | THE COURT:  YES. |
| 10:40AM | 4 | MR. BOSTIC:  (HANDING.) |
| 10:40AM | 5 | Q.   MR. BINGHAM, I'D LIKE TO GO OVER A FEW DOCUMENTS WITH YOU. |
| 10:40AM | 6 | I'VE JUST HANDED YOU A BINDER. |
| 10:40AM | 7 | IF I COULD START BY ASKING YOU TO TURN TO TAB 5839. |
| 10:41AM | 8 | A.   OKAY. |
| 10:41AM | 9 | Q.   AND AT 5839, DO YOU SEE AN EMAIL FROM THERANOS CUSTOMER |
| 10:41AM | 10 | SERVICE TO YOU IN AUGUST OF 2015? |
| 10:41AM | 11 | A.   YES, I DO. |
| 10:41AM | 12 | MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5839. |
| 10:41AM | 13 | MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR. |
| 10:41AM | 14 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 10:41AM | 15 | (GOVERNMENT'S EXHIBIT 5839 WAS RECEIVED IN EVIDENCE.) |
| 10:41AM | 16 | BY MR. BOSTIC: |
| 10:41AM | 17 | Q.   DO YOU SEE, MR. BINGHAM, THAT THIS IS AN EMAIL SENT TO YOU |
| 10:41AM | 18 | FROM CUSTOMERSERVICE@THERANOS.COM? |
| 10:41AM | 19 | A.   YES, I DO. |
| 10:41AM | 20 | Q.   AND IT SAYS, "THERANOS, YOUR VISIT CODE," AND THEN THE |
| 10:41AM | 21 | TEXT SAYS "WELCOME TO THERANOS." |
| 10:41AM | 22 | DO YOU SEE THAT? |
| 10:41AM | 23 | A.   YES, I DO. |
| 10:41AM | 24 | Q.   AROUND THIS TIME PERIOD, DID YOU START GOING TO THERANOS |
| 10:41AM | 25 | FOR BLOOD TESTING? |

BINGHAM DIRECT BY MR. BOSTIC                    5949

10:41AM  1    A.   YES.

10:41AM  2    Q.   WHY DID YOU DECIDE TO SWITCH FROM LABCORP AND TRY OUT

10:41AM  3    THERANOS IN AUGUST OF 2015?

10:41AM  4    A.   UM, THE MAIN REASON WAS THAT THERANOS HAD MADE IT POSSIBLE

10:42AM  5    TO ORDER MY OWN LAB TESTS IN ARIZONA, AND THEN THE PRICE, IT

10:42AM  6    WAS LIKE AROUND $5.

10:42AM  7    Q.   AND WAS THAT LESS EXPENSIVE THAN THE CONVENTIONAL LAB YOU

10:42AM  8    HAD BEEN GOING TO BEFORE?

10:42AM  9    A.   YEAH, AN ORDER OF MAGNITUDE LESS.

10:42AM  10   Q.   AROUND THIS TIME PERIOD, SO AUGUST 12TH OF 2015, DID YOU

10:42AM  11   GO TO THERANOS FOR A PLATELET TEST FOR THE FIRST TIME?

10:42AM  12   A.   YES.

10:42AM  13   Q.   DO YOU STILL HAVE THE RESULTS THAT YOU OBTAINED FROM THIS

10:42AM  14   FIRST BLOOD TEST AT THERANOS?

10:42AM  15   A.   NO, I DO NOT.

10:42AM  16   Q.   AND DO YOU REMEMBER ANYTHING ABOUT WHAT THOSE RESULTS WERE

10:42AM  17   AND WHAT YOUR REACTION TO THEM WERE?

10:42AM  18   A.   I REMEMBER THAT THEY WERE HIGH COMPARED TO HOW I FELT.

10:42AM  19   Q.   CAN YOU TELL US MORE ABOUT THAT?

10:43AM  20        YOU TESTIFIED EARLIER THAT YOUR RESULTS WERE TYPICALLY

10:43AM  21   ABOVE THE REFERENCE RANGE; IS THAT RIGHT?

10:43AM  22   A.   CORRECT.

10:43AM  23   Q.   AND SO WHAT WAS IT ABOUT THE THERANOS RESULTS THAT GAVE

10:43AM  24   YOU PAUSE?

10:43AM  25   A.   THAT THE WAY THAT I FELT DIDN'T CORRELATE WITH THE NUMBERS

ER-4487

10:43AM  1    THAT PRESENTED.

10:43AM  2    Q.   FOR THAT FIRST VISIT, DO YOU RECALL HOW YOUR BLOOD WAS

10:43AM  3    DRAWN?  HOW THE SAMPLE WAS TAKEN?

10:43AM  4    A.   A FINGER, THE METHOD THAT THEY WERE ADVERTISING.

10:43AM  5    Q.   A BLOOD DRAW FROM A FINGER PRICK?

10:43AM  6    A.   YES.

10:43AM  7    Q.   FOLLOWING THAT TEST RESULT THAT YOU SAID DIDN'T QUITE

10:43AM  8    MATCH HOW YOU WERE FEELING, WHAT DID YOU DECIDE ABOUT WHETHER

10:43AM  9    TO KEEP USING THERANOS OR NOT?

10:43AM 10    A.   I DECIDED TO KEEP TRYING FOR A BIT TO SEE.

10:43AM 11    Q.   AND YOU SAID "TO SEE."

10:43AM 12         WHAT WERE YOU TRYING TO SEE IN CONTINUING TO USE THERANOS?

10:44AM 13    A.   SEE IF IT WOULD CORRELATE TO THE WAY THAT I WAS FEELING.

10:44AM 14    Q.   IF I COULD ASK YOU TO TURN THE PAGE TO TAB 5840.

10:44AM 15         AND AT 5840, DO YOU SEE ANOTHER MESSAGE FROM THERANOS

10:44AM 16    RELATING TO A SECOND VISIT TO THAT LAB?

10:44AM 17    A.   YES, I DO.

10:44AM 18            MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5840.

10:44AM 19            MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

10:44AM 20            THE COURT:  IT'S ADMITTED AND IT MAY BE PUBLISHED.

10:44AM 21         (GOVERNMENT'S EXHIBIT 5840 WAS RECEIVED IN EVIDENCE.)

10:44AM 22    BY MR. BOSTIC:

10:44AM 23    Q.   MR. BINGHAM, DO YOU SEE HERE THAT THIS IS A VISIT TO

10:44AM 24    THERANOS ON AUGUST 21ST, 2015?

10:44AM 25    A.   YES, I DO.

10:44AM 1    Q.   AND THIS IS ABOUT TEN DAYS AFTER THE PREVIOUS VISIT THAT

10:44AM 2    WE LOOKED AT THE RECORD FOR; IS THAT RIGHT?

10:44AM 3    A.   YES.

10:44AM 4    Q.   AND WHY DID YOU GO SO SOON THIS TIME AFTER THE LAST TIME?

10:45AM 5    I THINK YOU TESTIFIED EARLIER THAT TYPICALLY THERE WOULD BE A

10:45AM 6    COUPLE OF MONTHS IN BETWEEN YOUR TESTS.

10:45AM 7    A.   BECAUSE I WAS, I WAS ON A TRACK TO SEE IF I WANTED TO USE

10:45AM 8    THEM.

10:45AM 9    Q.   SO IS THIS STILL PART OF EVALUATING THE LAB TO SEE IF THEY

10:45AM 10   COULD RETURN RESULTS THAT YOU THOUGHT WERE RELIABLE?

10:45AM 11   A.   YES, AND ALSO THE PRICE.

10:45AM 12   Q.   OKAY.  FOR THIS SECOND VISIT, DO YOU STILL HAVE THE

10:45AM 13   RECORDS THAT SHOW WHAT THE ACTUAL NUMBERS WERE WHEN YOU GOT

10:45AM 14   THAT?

10:45AM 15   A.   NO, I DO NOT.  THEY WERE ON THE WEBSITE THAT THERANOS HAD.

10:45AM 16   Q.   OKAY.  TELL US ABOUT THAT.  HOW WERE YOU ABLE TO ACCESS

10:45AM 17   THE RESULTS AT THIS TIME?

10:45AM 18   A.   ON HERE IT SAYS -- LET'S SEE.  THEY WOULD GIVE ME A CODE,

10:46AM 19   BUT ON THIS 5840 I DON'T SEE THAT CODE.  I SAW IT ON 5839.

10:46AM 20   Q.   BUT SPEAKING GENERALLY, DID YOU GET HARD COPY RESULTS IN

10:46AM 21   THE MAIL?  WERE YOU EMAILED THE RESULTS THEMSELVES?

10:46AM 22   A.   NO, NO, I WAS NOT.

10:46AM 23   Q.   BUT HOW DID YOU GET THE ACTUAL RESULTS?

10:46AM 24   A.   I WOULD LOOK ON THE WEBSITE AND HAVE AN ACCESSIBLE FILE

10:46AM 25   THERE.

BINGHAM DIRECT BY MR. BOSTIC                                  5952

10:46AM 1    Q.   FOLLOWING THIS RESULT, DID YOU HAVE A REACTION TO THE

10:46AM 2    VALUE THAT YOU WERE GETTING BACK AND DID YOU MAKE ANY DECISIONS

10:46AM 3    ABOUT WHAT TO DO NEXT?

10:46AM 4    A.   YEAH.  AND I TALKED TO MY DOCTOR ABOUT IT AND DECIDED TO

10:46AM 5    DO THE COMPARATIVE LAB.

10:46AM 6    Q.   AND WHEN YOU SAY "COMPARATIVE LAB," WHAT ARE YOU REFERRING

10:46AM 7    TO?

10:46AM 8    A.   WELL, I WAS GOING TO GO TO ANOTHER -- HE HAD A LAB THAT HE

10:46AM 9    USED, SO I WAS GOING TO GET A THERANOS DRAW, AND THEN I DROVE

10:46AM 10   OVER TO THE OTHER LAB AND GOT A DRAW FROM THEM, TOO.

10:47AM 11   Q.   AND WHY DID YOU DECIDE TO TAKE THAT ADDITIONAL STEP?

10:47AM 12   A.   BECAUSE I WANTED TO CHECK THE NUMBERS BETWEEN EACH OTHER.

10:47AM 13   Q.   AT THIS POINT, WERE THE NUMBERS THAT YOU WERE GETTING FROM

10:47AM 14   THERANOS STILL NOT LINING UP WITH WHAT YOU WERE FEELING?

10:47AM 15   A.   YEAH, THEY WERE NOT.

10:47AM 16   Q.   LET ME ASK YOU TO LOOK AT TAB 2730 IN YOUR BINDER.

10:47AM 17   A.   I'M THERE.

10:47AM 18   Q.   AND AT 2730, DO YOU SEE A LAB REPORT FROM THERANOS

10:47AM 19   DETAILING SOME OF YOUR RESULTS FROM A VISIT AT THE END OF

10:47AM 20   AUGUST 2015?

10:47AM 21   A.   YES, I DO.

10:47AM 22           MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 2730.

10:47AM 23           MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

10:47AM 24           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:47AM 25       (GOVERNMENT'S EXHIBIT 2730 WAS RECEIVED IN EVIDENCE.)

ER-4490

10:47AM   1    BY MR. BOSTIC:

10:47AM   2    Q.   SO, MR. BINGHAM, CAN YOU TELL US WHAT WE'RE LOOKING AT

10:47AM   3    HERE?

10:47AM   4    A.   THIS IS A LAB THAT I COPIED SO I COULD SHOW IT TO MY

10:48AM   5    DOCTOR FROM THERANOS.

10:48AM   6    Q.   SO IS THAT WHY -- WELL, LET ME -- LET ME ASK, WAS THIS THE

10:48AM   7    LAB THAT YOU TOOK FROM THERANOS FOR THE PURPOSE OF COMPARING IT

10:48AM   8    WITH A CONVENTIONAL LAB RESULT?

10:48AM   9    A.   YES, IT IS.

10:48AM  10    Q.   AND DO YOU SEE AT THE TOP OF THIS SCREEN IT INDICATES THAT

10:48AM  11    THE VISIT DATE FOR THIS LAB WAS ON AUGUST 27TH, 2015?

10:48AM  12    A.   YES.

10:48AM  13    Q.   AND THE LOCATION OF THE DRAW SHOWS UP AS THERANOS SERVICE

10:48AM  14    CENTER ON 16TH STREET IN PHOENIX.

10:48AM  15         DO YOU SEE THAT?

10:48AM  16    A.   YES.

10:48AM  17    Q.   AND IS THAT WHERE YOU WENT TO GET YOUR BLOOD DRAWN?

10:48AM  18    A.   YES, IT IS.

10:48AM  19    Q.   MOVING DOWN THAT PAGE A LITTLE BIT.

10:48AM  20         DO YOU SEE THAT THERE'S A SECTION HIGHLIGHTED, SUMMARY OF

10:48AM  21    ABNORMAL RESULTS?

10:48AM  22    A.   YES, I DO.

10:48AM  23    Q.   AND ONE OF THE ENTRIES THERE READS PLT.

10:48AM  24         DO YOU SEE THAT?

10:48AM  25    A.   YES.

10:48AM 1    Q.   AND IS THAT THE ABBREVIATION FOR THE PLATELET RESULT?

10:48AM 2    A.   IT IS.

10:48AM 3    Q.   AND THE RESULT LISTED HERE IS 909.6.

10:49AM 4         DO YOU SEE THAT?

10:49AM 5    A.   THAT'S CORRECT.

10:49AM 6    Q.   AND IT'S FLAGGED AS HIGH; IS THAT RIGHT?

10:49AM 7    A.   YES.

10:49AM 8    Q.   WHAT WAS YOUR REACTION TO GETTING THIS RESULT OF 900-PLUS

10:49AM 9    ON THIS DAY IN AUGUST OF 2015?

10:49AM 10   A.   THAT IT WASN'T RIGHT.

10:49AM 11   Q.   AND WHAT MADE YOU THINK THAT?

10:49AM 12   A.   THE WAY I FELT, AND THEN -- BASICALLY THE WAY I FELT.  I

10:49AM 13   DIDN'T FEEL LIKE IT WAS IN THE 900'S.

10:49AM 14   Q.   AND CAN YOU JUST EXPLAIN IN DETAIL WHAT YOU MEAN BY THE

10:49AM 15   WAY YOU FELT?

10:49AM 16   A.   IF I WAS AT 900, I WOULD BE, LIKE, WANTING TO BE HOME IN

10:49AM 17   BED BASICALLY.

10:49AM 18   Q.   IT WOULD MANIFEST IN THAT LETHARGY THAT YOU WERE TALKING

10:49AM 19   ABOUT EARLIER?

10:49AM 20   A.   CORRECT.

10:49AM 21   Q.   IF I COULD ASK YOU TO TURN BACK IN YOUR BINDER ONE TAB TO

10:49AM 22   2729.

10:49AM 23        AND AT 2729, DO YOU SEE ANOTHER LAB REPORT FOR YOU FROM A

10:50AM 24   COLLECTION ON THAT SAME DAY, BUT THIS TIME FROM ACCESS MEDICAL

10:50AM 25   LABORATORIES?

10:50AM 1     A.   YES, I DO.

10:50AM 2               MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 2729.

10:50AM 3               MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

10:50AM 4               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:50AM 5          (GOVERNMENT'S EXHIBIT 2729 WAS RECEIVED IN EVIDENCE.)

10:50AM 6               MR. BOSTIC:

10:50AM 7     Q.   OKAY.  SO, MR. BINGHAM, IF WE ZOOM IN ON THE TOP PORTION,

10:50AM 8     DO WE SEE THAT THIS IS FROM ACCESS MEDICAL LABORATORIES?

10:50AM 9          IS THAT ANOTHER BLOOD TESTING LAB?

10:50AM 10    A.   YES.  IT'S THE ONE THAT MY PHYSICIAN USED.

10:50AM 11    Q.   AND DID YOUR PHYSICIAN SEND YOU TO THIS LAB ON THIS DATE?

10:50AM 12    A.   HE TOOK THE DRAW AND THEN SENT IT TO THEM.

10:50AM 13    Q.   OKAY.  AND THE COLLECTION DATE HERE IS AUGUST 27TH, 2015;

10:50AM 14    IS THAT RIGHT?

10:50AM 15    A.   CORRECT.

10:50AM 16    Q.   AND WAS THAT THE SAME DATE AS THE BLOOD DRAW FROM

10:50AM 17    THERANOS?

10:50AM 18    A.   YES, IT WAS.

10:50AM 19    Q.   DID YOU INTENTIONALLY VISIT BOTH LABS ON THE SAME DATE?

10:50AM 20    A.   YES, I DID.

10:50AM 21    Q.   AND WHY DID YOU CHOOSE TO DO IT THAT WAY?

10:51AM 22    A.   BECAUSE I FIGURED I SHOULD BE AS CLOSE AS POSSIBLE.

10:51AM 23    Q.   WAS THIS FOR A COMPARISON PURPOSE?

10:51AM 24    A.   FOR COMPARISON PURPOSES.

10:51AM 25    Q.   LET'S LOOK FURTHER DOWN ON THAT PAGE.

BINGHAM DIRECT BY MR. BOSTIC                                    5956

10:51AM    1            AND DO YOU SEE UNDER COMPLETE BLOOD COUNT THERE'S A LINE

10:51AM    2      FOR PLATELET COUNT?

10:51AM    3      A.   YES, I SEE IT.

10:51AM    4      Q.   AND DO YOU SEE INDICATED THERE IS THE NUMBER 756?

10:51AM    5      A.   YES, I DO.

10:51AM    6      Q.   AND COMPARING THOSE TWO RESULTS, THE 909 FROM THERANOS AND

10:51AM    7      THE 756 FROM THE CONVENTIONAL LAB, WAS THERE ONE OF THOSE THAT

10:51AM    8      LINED UP MORE WITH HOW YOUR SYMPTOMS WERE PRESENTING THAT DAY?

10:51AM    9      A.   YES, THIS LAB, THE ACCESS LAB.

10:51AM   10      Q.   OKAY.  WE CAN SET THAT ASIDE.

10:51AM   11            AFTER YOU RECEIVED THOSE AUGUST RESULTS AND YOU DID THE

10:51AM   12      COMPARISON, DID YOU TAKE ANY ACTION?

10:52AM   13      A.   YEAH.  SHORTLY THEREAFTER, AFTER COMMUNICATING WITH MY

10:52AM   14      DOCTOR, I ENDED UP CALLING.

10:52AM   15      Q.   AND YOU SAID THAT YOU CALLED.

10:52AM   16            WHO DID YOU CALL AT THAT TIME?

10:52AM   17      A.   THE NUMBER FOR THERANOS.

10:52AM   18      Q.   DO YOU REMEMBER THE DATE OF YOUR CALL TO THERANOS?

10:52AM   19      A.   NOT EXACTLY.  IT WAS EARLY IN SEPTEMBER.

10:52AM   20      Q.   OKAY.

10:52AM   21      A.   LIKE THE 10TH OR SOMETHING.  LIKE THE 10TH OR SOMEWHERE

10:52AM   22      AROUND THERE.

10:52AM   23      Q.   WOULD LOOKING AT A COMPLAINT LOG ENTRY FROM YOUR CALL ON

10:52AM   24      THAT DAY REFRESH YOUR MEMORY ABOUT WHEN IT WAS?

10:52AM   25      A.   YEAH, UH-HUH.

ER-4494

10:52AM   1    Q.   IF I COULD ASK YOU TO LOOK AT TAB 5841 IN YOUR BINDER.

10:53AM   2         ACTUALLY, THE PRINT HERE IS SO SMALL.

10:53AM   3         YOUR HONOR, COULD WE DISPLAY THIS ONLY FOR THE WITNESS --

10:53AM   4              THE COURT:  YES.

10:53AM   5              MR. BOSTIC:  -- SO THAT WE CAN ZOOM IN?

10:53AM   6              THE COURT:  SURE.

10:53AM   7              MR. BOSTIC:  SO, MS. WACHS, IF WE CAN DISPLAY FOR

10:53AM   8    THE WITNESS PAGE 16 OF TAB 5841.

10:53AM   9         AND IF WE CAN ZOOM IN ON IT.

10:53AM  10              THE WITNESS:  I CAN SEE IT.

10:53AM  11    BY MR. BOSTIC:

10:53AM  12    Q.   OKAY.  CAN YOU SEE YOUR NAME LISTED THERE AS SOMEONE WHO

10:53AM  13    CALLED THERANOS?

10:53AM  14    A.   UH-HUH.

10:53AM  15    Q.   I'LL JUST ASK YOU TO TAKE A MOMENT TO REVIEW THAT ROW TO

10:53AM  16    YOURSELF WITHOUT READING IT OUT LOUD.

10:53AM  17    A.   YES.  MOVE IT A HAIR, A LITTLE BIT.  THAT'S GOOD.  OKAY.

10:53AM  18    Q.   DOES THAT REFRESH YOUR MEMORY ABOUT THE DATE ON WHICH YOU

10:54AM  19    MADE THAT PHONE CALL TO THERANOS?

10:54AM  20    A.   YEAH.  IT SAID SEPTEMBER 12TH.

10:54AM  21    Q.   SO I'LL ASK YOU TO JUST LOOK AT THAT TABLE ONE MORE TIME

10:54AM  22    AT THE DATE ON THE FAR LEFT?

10:54AM  23    A.   UH-HUH.

10:54AM  24    Q.   AND DO YOU SEE A DATE INDICATING A CALL IN OCTOBER 2015?

10:54AM  25    A.   OH, THAT'S WHAT I MEAN.  SORRY.

BINGHAM DIRECT BY MR. BOSTIC                5958

10:54AM  1        LET'S SEE.  YEAH, 10/12/2015.

10:54AM  2   Q.   DID YOU CALL THERANOS IN OCTOBER OF 2015?

10:54AM  3   A.   YES.

10:54AM  4   Q.   AND WHAT WAS THE PURPOSE OF YOUR CALL TO THERANOS AT THAT

10:54AM  5   TIME?

10:54AM  6   A.   I WANTED THEM TO KNOW -- BECAUSE I WANTED IT TO WORK, IT

10:54AM  7   WAS CONVENIENT, I WANTED TO LET THEM KNOW THAT THE PLATELETS

10:55AM  8   WEREN'T MATCHING UP WITH WHAT THEY -- THAT THEIR RESULTS WERE

10:55AM  9   INCORRECT.

10:55AM  10  Q.   AND YOU SAID YOU WANTED IT TO WORK.

10:55AM  11       WHY DID YOU WANT THERANOS TO BE A LAB THAT YOU COULD RELY

10:55AM  12  ON?

10:55AM  13  A.   CONVENIENCE.

10:55AM  14  Q.   AND YOU MENTIONED THE COST EARLIER AS WELL.

10:55AM  15  A.   YEAH, THE COST AND CONVENIENCE.

10:55AM  16  Q.   DURING THAT CALL, DO YOU REMEMBER WHOM YOU SPOKE TO?

10:55AM  17  A.   NO, I DON'T.

10:55AM  18  Q.   DO YOU REMEMBER WHETHER DURING THAT CALL YOU GOT ANY

10:55AM  19  EXPLANATIONS FOR THE RESULTS THAT YOU WERE SEEING?

10:55AM  20  A.   NO.  I DON'T EVEN KNOW IF, IF THIS RECORDED A MESSAGE OR

10:55AM  21  NOT.  I CAN'T REMEMBER.

10:55AM  22  Q.   ALL RIGHT.  DO YOU RECALL WHETHER THIS WAS THE ONLY

10:55AM  23  POTENTIAL CONVERSATION THAT YOU HAD WITH SOMEONE AT THERANOS,

10:55AM  24  OR WERE THERE ANY FOLLOW-UP DISCUSSIONS?

10:55AM  25  A.   I WOULD HAVE CONVERSATIONS WITH PEOPLE WHO DREW MY BLOOD.

BINGHAM DIRECT BY MR. BOSTIC                                    5959

10:56AM 1    Q.   AND -- I'M SORRY.  I DIDN'T MEAN TO INTERRUPT YOU.

10:56AM 2    A.   BUT THEY COULDN'T EVER ANSWER.

10:56AM 3    Q.   WHAT QUESTIONS WERE YOU ASKING THOSE PEOPLE?

10:56AM 4         AND LET ME START JUST BY CLARIFYING.  ARE YOU TALKING

10:56AM 5    ABOUT THE INDIVIDUALS WHO WORKED FOR THERANOS OR WALGREENS WHO

10:56AM 6    WERE DRAWING THE BLOOD FOR THESE TESTS?

10:56AM 7    A.   YEAH, THE PEOPLE WHO WOULD ACTUALLY DRAW THE BLOOD.

10:56AM 8    Q.   AND WHAT QUESTIONS WERE YOU ASKING THEM?

10:56AM 9    A.   FOR WHEN THEY STOPPED DOING THE FINGER PRICK AND STARTED

10:56AM 10   DRAWING CONVENTIONALLY, I ASKED THEM WHY THEY WERE DOING THAT.

10:56AM 11   Q.   SO LET ME CIRCLE BACK TO THAT THEN.

10:56AM 12        YOU TESTIFIED THAT FOR THE FIRST TEST THAT YOU HAD, THE

10:56AM 13   BLOOD WAS DRAWN BY A FINGERSTICK; IS THAT RIGHT?

10:56AM 14   A.   YES.

10:56AM 15   Q.   AT SOME POINT DID YOU HAVE THERANOS TESTS THAT WERE DRAWN

10:56AM 16   BY A VEIN DRAW INSTEAD OF THE FINGERSTICK?

10:56AM 17   A.   YES.

10:56AM 18   Q.   DO YOU RECALL WHEN THAT SWITCH HAPPENED?

10:56AM 19   A.   I VAGUELY REMEMBER AT LEAST TWO, SO I THINK THOSE WERE THE

10:57AM 20   FIRST TWO.

10:57AM 21   Q.   WHEN YOU WERE GETTING VEIN DRAWS, YOU TESTIFIED THAT YOU

10:57AM 22   ASKED THE STAFF THERE WHY THAT WAS HAPPENING; IS THAT RIGHT?

10:57AM 23   A.   CORRECT.

10:57AM 24   Q.   AND WHAT KINDS OF RESPONSES DID YOU GET BACK?

10:57AM 25   A.   WE DON'T KNOW.  THEY -- IT WAS JUST AN ANSWER THAT IS MORE

ER-4497

10:57AM 1    OF, LIKE, SAYING IT WAS OUT OF THEIR PROVINCE TO KNOW WHY.

10:57AM 2    Q.   FOLLOWING THOSE EXPERIENCES AND YOUR CALL TO THERANOS IN

10:57AM 3    OCTOBER 2015, DID YOU USE THE LAB AGAIN AFTER THAT?

10:57AM 4    A.   I USED IT ONE LAST TIME.

10:57AM 5    Q.   AND IF I COULD ASK YOU TO LOOK AT 5843 IN YOUR BINDER.

10:57AM 6    A.   OKAY.

10:57AM 7    Q.   AND AT 5843, DO YOU SEE AN EMAIL MEMORIALIZING A VISIT

10:57AM 8    AFTER OCTOBER 2015?

10:57AM 9    A.   YES, DECEMBER 11TH, 2015.

10:58AM 10   Q.   ALL RIGHT.

10:58AM 11        YOUR HONOR, THE GOVERNMENT OFFERS 5843.

10:58AM 12             MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

10:58AM 13             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:58AM 14        (GOVERNMENT'S EXHIBIT 5843 WAS RECEIVED IN EVIDENCE.)

10:58AM 15   BY MR. BOSTIC:

10:58AM 16   Q.   AND, MR. BINGHAM, DO YOU SEE HERE THERE'S AN EMAIL

10:58AM 17   MEMORIALIZING --

10:58AM 18             THE COURT:  THE MONITORS ARE NOT ON.  LET'S SEE.

10:58AM 19        ARE THEY ON?  NO.

10:58AM 20             JUROR:  IT TAKES TIME.

10:58AM 21             THE COURT:  NOW THEY'RE ON.

10:58AM 22             MR. BOSTIC:  THANK YOU, YOUR HONOR.

10:58AM 23   Q.   MR. BINGHAM, IS THIS AN EMAIL CONFIRMING A VISIT TO

10:58AM 24   THERANOS WHERE YOU WENT THERE ON DECEMBER 11TH, 2015?

10:58AM 25   A.   CORRECT.

10:58AM  1    Q.   WHY GO BACK TO THERANOS IN DECEMBER GIVEN THE EXPERIENCES

10:58AM  2    THAT YOU HAD HAD IN AUGUST AND OCTOBER?

10:59AM  3    A.   I WANTED TO SEE ONE LAST TIME IF IT WAS GOING TO BE IN

10:59AM  4    LINE WITH WHAT MY EXPECTATIONS WERE.

10:59AM  5    Q.   HAD YOU HAD ANY COMMUNICATIONS WITH THERANOS IN BETWEEN

10:59AM  6    YOUR CALL AND THIS TIME THAT HAD INCREASED YOUR CONFIDENCE?

10:59AM  7    A.   NO.

10:59AM  8    Q.   IF I COULD ASK YOU TO LOOK AT 5838.

10:59AM  9         AND ONCE YOU GET THERE.

10:59AM  10   A.   OKAY.

10:59AM  11   Q.   FOR THE VISIT TO THERANOS IN DECEMBER 2015, DO YOU STILL

10:59AM  12   HAVE A COPY OF THE RESULTS THEMSELVES?

10:59AM  13   A.   NO, I DO NOT.

10:59AM  14   Q.   AT 5838, ARE YOU LOOKING AT A MESSAGE THAT YOU RECEIVED

11:00AM  15   FROM THERANOS FOLLOWING THAT?

11:00AM  16   A.   YES.

11:00AM  17           MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5838.

11:00AM  18           MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:00AM  19           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:00AM  20       (GOVERNMENT'S EXHIBIT 5838 WAS RECEIVED IN EVIDENCE.)

11:00AM  21   BY MR. BOSTIC:

11:00AM  22   Q.   SO, MR. BINGHAM, IS THIS AN EMAIL THAT YOU RECEIVED A FEW

11:00AM  23   DAYS AFTER THAT DECEMBER 11TH VISIT TO THERANOS?

11:00AM  24   A.   YES, IT WAS A FEW DAYS THE FOLLOWING WEEK.

11:00AM  25   Q.   IT SAYS HERE, "HI MR. BINGHAM,

BINGHAM DIRECT BY MR. BOSTIC                                          5962

11:00AM   1            "OUR LABORATORY STAFF RECENTLY CONTACTED YOU OR YOUR

11:00AM   2       DESIGNATED EMERGENCY CONTACT REGARDING A LAB RESULT THAT MAY

11:00AM   3       INDICATE THE NEED FOR IMMEDIATE MEDICAL ATTENTION."

11:00AM   4            DO YOU SEE THAT?

11:00AM   5       A.   YES.

11:00AM   6       Q.   HAD YOU RECEIVED ONE OF THESE ALERT MESSAGES BEFORE FROM

11:00AM   7       THERANOS?

11:00AM   8       A.   NO, I HAD NOT.

11:00AM   9       Q.   AROUND THIS TIME PERIOD, TELL US ABOUT YOUR SYMPTOMS, IF

11:00AM  10       YOU REMEMBER.  WERE THEY UNIQUE IN ANY WAY?

11:00AM  11       A.   NO.  I WAS FEELING PRETTY NORMAL.

11:01AM  12       Q.   WERE YOU FEELING THE SAME WAY THAT YOU WOULD FEEL WHEN YOU

11:01AM  13       WOULD GET YOUR TYPICAL RESULTS BACK SHOWING A PLATELET LEVEL OF

11:01AM  14       ABOUT 700?

11:01AM  15       A.   THAT'S CORRECT.

11:01AM  16       Q.   FOLLOWING THIS LAST VISIT TO THERANOS, DID YOU CONTINUE TO

11:01AM  17       USE THE LAB?

11:01AM  18       A.   NO.  THIS WAS THE ICING ON THE CAKE.  THEY HADN'T REACHED

11:01AM  19       OUT TO ME AT ALL.  THIS IS ALL I GOT.

11:01AM  20            AND I ACTUALLY LAUGHED WHEN I READ IT BECAUSE I JOKED TO

11:01AM  21       MY WIFE, WELL, I GUESS I SHOULD GO TO THE EMERGENCY ROOM.  BUT

11:01AM  22       I KNEW I DIDN'T NEED TO.

11:01AM  23       Q.   SO I THINK YOU MAYBE JUST EXPLAINED IT, BUT WHY WAS THIS

11:01AM  24       FUNNY TO YOU AT THE TIME?

11:01AM  25       A.   BECAUSE IT WAS WRONG.

ER-4500

BINGHAM DIRECT BY MR. BOSTIC                                        5963

11:01AM  1    Q.   AND DID THIS FINAL EXPERIENCE HAVE ANY EFFECT ON YOUR

11:01AM  2    WILLINGNESS TO GO TO THERANOS AGAIN IN THE FUTURE?

11:02AM  3    A.   YEAH.  I NEVER WENT AGAIN.

11:02AM  4    Q.   WHEN YOU DID GO TO THERANOS, YOU TOLD US A LITTLE BIT

11:02AM  5    ABOUT THE EXPERIENCE THAT YOU HAD THERE.

11:02AM  6         ASIDE FROM THE ANSWERS, OR NONANSWERS, THAT YOU GOT TO THE

11:02AM  7    QUESTION ABOUT THE VEIN DRAWS, DID YOU FIND THE STAFF WORKING

11:02AM  8    AT THOSE LOCATIONS TO BE POLITE AND PROFESSIONAL?

11:02AM  9    A.   YES, I DID.

11:02AM 10    Q.   HOW ABOUT THE FACILITIES THEMSELVES?  WERE THEY CLEAN AND

11:02AM 11    WELCOMING?

11:02AM 12    A.   YEAH, IT WAS A GOOD SETUP.

11:02AM 13    Q.   SO AS FAR AS THE ACTUAL EXPERIENCE OF VISITING THERANOS

11:02AM 14    AND HAVING THE BLOOD DRAWN, WAS THAT A RELATIVELY PLEASANT

11:02AM 15    EXPERIENCE?

11:02AM 16    A.   YES.

11:02AM 17    Q.   AS A PATIENT, WHAT IS MORE IMPORTANT TO YOU, HAVING THAT

11:02AM 18    KIND OF PLEASANT EXPERIENCE, OR HAVING BLOOD TEST RESULTS THAT

11:02AM 19    ARE ACCURATE AND RELIABLE?

11:02AM 20    A.   ACCURATE AND RELIABLE IS WHAT I NEED.

11:03AM 21             MR. BOSTIC:  MAY I HAVE A MOMENT, YOUR HONOR?

11:03AM 22             THE COURT:  YES.

11:03AM 23         (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

11:03AM 24             MR. BOSTIC:  NO FURTHER QUESTIONS.  THANK YOU.

11:03AM 25             THE COURT:  CROSS-EXAMINATION?

ER-4501

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
| 11:03AM  | 1  | **CROSS-EXAMINATION**                                        |
| 11:03AM  | 2  | BY MR. COOPERSMITH:                                          |
| 11:03AM  | 3  | Q.   GOOD MORNING, MR. BINGHAM.                             |
| 11:03AM  | 4  | A.   GOOD MORNING.                                          |
| 11:03AM  | 5  | Q.   MY NAME IS JEFF COOPERSMITH, AND I REPRESENT MR. BALWANI |
| 11:03AM  | 6  | IN THIS CASE.                                                |
| 11:03AM  | 7  | A.   UH-HUH.                                                |
| 11:03AM  | 8  | Q.   AND I'M GOING TO ASK YOU SOME QUESTIONS TO FOLLOW UP ON |
| 11:03AM  | 9  | SOME OF THE THINGS THAT MR. BOSTIC ASKED.                   |
| 11:03AM  | 10 | OKAY?                                                        |
| 11:03AM  | 11 | A.   OKAY.                                                  |
| 11:03AM  | 12 | Q.   SO TO START WITH, MR. BOSTIC, ON DIRECT EXAMINATION,   |
| 11:03AM  | 13 | TALKED ABOUT A CALL THAT YOU HAD MADE AT ONE POINT TO THERANOS. |
| 11:03AM  | 14 | A.   CORRECT.                                               |
| 11:03AM  | 15 | Q.   AND YOU SPOKE TO SOMEONE THERE?                        |
| 11:04AM  | 16 | A.   I THINK IT WAS A RECORDING.  I JUST RECORDED THE MESSAGE. |
| 11:04AM  | 17 | Q.   OKAY.  I THINK HE SHOWED YOU SOMETHING TO REFRESH YOUR |
| 11:04AM  | 18 | MEMORY, AND THAT WAS ON OCTOBER 12TH OF 2015.              |
| 11:04AM  | 19 | DO YOU REMEMBER THAT?                                        |
| 11:04AM  | 20 | A.   YES.                                                   |
| 11:04AM  | 21 | Q.   OKAY.  AND WHEN YOU CALLED, YOU DON'T REMEMBER WHO THE |
| 11:04AM  | 22 | OTHER SIDE OF THE LINE, WHETHER IT WAS A RECORDING OR A REAL |
| 11:04AM  | 23 | PERSON, YOU DON'T KNOW WHERE THEY ACTUALLY WERE, DO YOU?    |
| 11:05AM  | 24 | A.   NO, I DO NOT.                                          |
| 11:05AM  | 25 | Q.   YEAH.  AND YOU LIVE IN ARIZONA?                        |

11:05AM   1     A.   YES.

11:05AM   2     Q.   AND SO THEY COULD HAVE BEEN IN ARIZONA FOR ALL YOU KNOW;

11:05AM   3     RIGHT?

11:05AM   4     A.   YEAH.   I TALKED TO EMPLOYEES WHEN I WENT TO GET MY BLOOD

11:05AM   5     DRAWS AND THEY TOLD ME THAT THEY HAD A FACILITY IN --

11:05AM   6              MR. BOSTIC:   OBJECTION.   HEARSAY.

11:05AM   7              THE COURT:   SUSTAINED.

11:05AM   8         THAT LAST RESPONSE IS STRICKEN, LADIES AND GENTLEMEN.

11:05AM   9     BY MR. COOPERSMITH:

11:05AM  10     Q.   OKAY.   SO PUTTING ASIDE WHAT ANYONE SAID TO YOU, YOU

11:05AM  11     VISITED WALGREENS IN ARIZONA; CORRECT?

11:05AM  12     A.   CORRECT.

11:05AM  13     Q.   YEAH.   AND, AGAIN, JUST SO WE'RE CLEAR FOR THE RECORD,

11:05AM  14     WHEN YOU MADE THAT CALL IN OCTOBER OF 2015, YOU DON'T KNOW

11:05AM  15     WHERE THE PERSON OR RECORDING WAS LOCATED ON THE OTHER SIDE OF

11:05AM  16     THE LINE; CORRECT?

11:05AM  17     A.   CORRECT.

11:05AM  18     Q.   OKAY.   SO LET'S JUST TALK ABOUT THE TESTING FOR A MINUTE.

11:05AM  19          SO YOU HAD A TOTAL OF FOUR TESTS AT THERANOS; CORRECT?

11:05AM  20     A.   CORRECT.

11:05AM  21     Q.   AND THE FIRST TEST THAT YOU HAD, WAS THAT A VENOUS DRAW OR

11:05AM  22     A FINGERSTICK?

11:05AM  23     A.   FINGERSTICK.

11:05AM  24     Q.   AND WHEN I SAY "VENOUS DRAW" -- WE HAVE TO BE CAREFUL NOT

11:05AM  25     TO TALK OVER EACH OTHER.

BINGHAM CROSS BY MR. COOPERSMITH                5966

11:05AM  1        WHEN I SAY "VENOUS DRAW," DO YOU UNDERSTAND THAT'S THE

11:05AM  2    TYPICAL WAY OF BLOOD BEING DRAWN FROM THE ARM?

11:05AM  3    A.   YES, I DO.

11:05AM  4    Q.   AND FINGERSTICK IS JUST A LITTLE PRICK ON THE FINGER;

11:06AM  5    RIGHT?

11:06AM  6    A.   YES.

11:06AM  7    Q.   AND THE VERY FIRST TEST THAT YOU TOOK, YOU RECALL THAT

11:06AM  8    BEING A FINGERSTICK?

11:06AM  9    A.   YES.

11:06AM  10   Q.   OKAY.  I THINK YOU SAID ON DIRECT THAT BECAUSE OF YOUR

11:06AM  11   CONDITION -- AND I'M SORRY ABOUT THAT -- BUT BECAUSE OF THE

11:06AM  12   CONDITION THAT YOU HAVE, YOU HAVE TO GET BLOOD TESTS TO MONITOR

11:06AM  13   YOUR PLATELET COUNT; RIGHT?

11:06AM  14   A.   YES.

11:06AM  15   Q.   AND YOU HAD BEEN DOING THIS FOR HOW MANY YEARS BEFORE YOU

11:06AM  16   STARTED GOING TO THERANOS?

11:06AM  17   A.   SINCE I WAS DIAGNOSED.

11:06AM  18   Q.   AND ABOUT WHEN WAS THAT?

11:06AM  19   A.   2010.

11:06AM  20   Q.   OKAY.  SO BY THE TIME YOU WENT TO THERANOS, IT HAD ALREADY

11:06AM  21   BEEN AROUND FIVE YEARS THAT YOU HAD BEEN HAVING THESE BLOOD

11:06AM  22   TESTS?

11:06AM  23   A.   YES.

11:06AM  24   Q.   OKAY.  AND ALL OF THE OTHER BLOOD TESTS THAT YOU HAD

11:06AM  25   BEFORE YOU FIRST WENT TO THERANOS, WERE THEY ALL VENOUS DRAW OR

ER-4504

11:06AM   1    WERE SOME OF THEM FINGERSTICK?

11:06AM   2    A.   ALL VENOUS DRAW.

11:06AM   3    Q.   ALL VENOUS DRAW.  OKAY.

11:06AM   4         THE SECOND, THIRD, AND FOURTH TESTS, THE OTHER THREE TESTS

11:06AM   5    AFTER THAT FIRST ONE AT THERANOS, DO YOU RECALL WHETHER THEY

11:06AM   6    WERE VENOUS DRAW OR FINGERSTICK?

11:07AM   7    A.   I DO NOT RECALL CLEARLY.

11:07AM   8         I THINK I HAD TWO FINGER PRICKS TOTAL.

11:07AM   9    Q.   OKAY.  I WANT TO SHOW YOU SOMETHING TO SEE IF I COULD

11:07AM  10    REFRESH YOUR MEMORY ABOUT THAT.

11:07AM  11    A.   OKAY.

11:07AM  12    Q.   AND IN -- LET ME HAND YOU A BINDER.  ONE MINUTE.

11:07AM  13         MAY I APPROACH, YOUR HONOR?

11:07AM  14              THE COURT:  YES.

11:07AM  15              MR. COOPERSMITH:  (HANDING.)

11:07AM  16         THANK YOU.

11:07AM  17    Q.   OKAY.  MR. BINGHAM, THERE'S A SERIES OF TABS WITH NUMBERS

11:07AM  18    THERE.

11:07AM  19         IF YOU COULD TURN TO TAB 28131.

11:08AM  20    A.   I'M THERE.

11:08AM  21    Q.   AND DO YOU SEE THAT THIS IS A MEMO REFLECTING A PRIOR

11:08AM  22    INTERVIEW YOU GAVE TO PEOPLE AT THE U.S. GOVERNMENT?

11:08AM  23    A.   YES.

11:08AM  24    Q.   AND YOU REMEMBER THAT?

11:08AM  25    A.   YES.

11:08AM   1    Q.   OKAY.  AND IF YOU COULD TURN TO THE SECOND PAGE, AND IF

11:08AM   2    YOU GO TO THE THIRD FULL PARAGRAPH, AND IT'S A VERY SHORT

11:08AM   3    PARAGRAPH, AND IT CONSISTS OF ONLY ONE SENTENCE STARTING WITH

11:08AM   4    THE WORD "THERANOS USED."

11:08AM   5         DO YOU SEE THAT?

11:08AM   6    A.   YES.

11:08AM   7    Q.   AND IF YOU COULD READ IT OUT TO YOURSELF, PLEASE.  NOT OUT

11:08AM   8    LOUD.

11:09AM   9         AND DOES THAT REFRESH YOUR MEMORY THAT THE FIRST TEST YOU

11:09AM  10    HAD AT THERANOS WAS FINGERSTICK, AND THE REMAINDER VISITS WERE

11:09AM  11    USING THE VEIN DRAW?

11:09AM  12    A.   YES.

11:09AM  13    Q.   THANK YOU, MR. BINGHAM.

11:09AM  14         OKAY.  DURING YOUR DIRECT EXAMINATION YOU SAW A -- ONE

11:09AM  15    THERANOS REPORT WITH SOME LAB RESULTS FOR YOU.

11:09AM  16         DO YOU REMEMBER THAT ON DIRECT EXAMINATION?

11:09AM  17    A.   COULD YOU REPEAT?

11:09AM  18    Q.   I CAN MAKE IT EVEN MORE CLEAR.  MY APOLOGIES.

11:09AM  19         IF YOU COULD TAKE A LOOK IN THE BINDER THAT THE GOVERNMENT

11:09AM  20    HANDED YOU, MR. BOSTIC HANDED YOU, IF YOU COULD GO TO

11:09AM  21    EXHIBIT 22 -- I'M SORRY, 2730.

11:09AM  22    A.   I'M THERE.

11:09AM  23    Q.   AND THAT WAS A REPORT FROM THERANOS THAT YOU RECEIVED

11:10AM  24    BASED ON A VISIT THAT YOU HAD FOR A BLOOD TEST ON AUGUST 27TH

11:10AM  25    OF 2015; IS THAT RIGHT?

BINGHAM CROSS BY MR. COOPERSMITH     5969

11:10AM   1    A.   CORRECT.

11:10AM   2    Q.   OKAY.  AND OTHER THAN THAT REPORT, THE OTHER REPORTS THAT

11:10AM   3    YOU HAD FOR VISITS AT THERANOS, THE OTHER THREE, I THINK YOU

11:10AM   4    SAID YOU NO LONGER HAVE COPIES OF THOSE REPORTS; IS THAT RIGHT?

11:10AM   5    A.   NO, I DO NOT.

11:10AM   6    Q.   YOU DON'T.  OKAY.

11:10AM   7         BUT I THINK YOU ALSO SAID ON DIRECT THAT YOU AT ONE POINT

11:10AM   8    WERE ABLE TO ACCESS THOSE REPORTS ON THERANOS'S WEBSITE?

11:10AM   9    A.   YES.

11:10AM  10    Q.   AND YOU HAD, LIKE, A PASSCODE TO BE ABLE TO GET INTO THAT

11:10AM  11    SYSTEM?

11:10AM  12    A.   I THINK THAT'S HOW IT WORKED, YEAH.

11:10AM  13    Q.   OKAY.  AND DID YOU DISCUSS WITH THE GOVERNMENT WHETHER YOU

11:10AM  14    COULD OBTAIN ANY OF THESE OTHER REPORTS?

11:10AM  15    A.   WHETHER I WHAT?

11:10AM  16    Q.   DID YOU DISCUSS WITH THE GOVERNMENT WHETHER YOU COULD

11:10AM  17    OBTAIN ANY OF THESE OTHER THREE REPORTS THAT WE DON'T HAVE IN

11:10AM  18    COURT TODAY?

11:10AM  19    A.   I TRIED, YEAH.

11:10AM  20    Q.   OKAY.  DID YOU WORK WITH THE GOVERNMENT ON THAT?

11:11AM  21    A.   NO.

11:11AM  22    Q.   OKAY.  AND DID THEY EVER TELL YOU THAT THEY HAD ANY

11:11AM  23    ABILITY TO RECOVER ANY OF THOSE REPORTS?

11:11AM  24              MR. BOSTIC:  OBJECTION.  HEARSAY.  401.

11:11AM  25              THE WITNESS:  NO.

ER-4507

BINGHAM CROSS BY MR. COOPERSMITH                    5970

11:11AM  1                    THE COURT:  SUSTAINED.

11:11AM  2            THE LAST ANSWER IS STRICKEN, LADIES AND GENTLEMEN.

11:11AM  3      BY MR. COOPERSMITH:

11:11AM  4      Q.   SO YOU JUST TRIED ON YOUR OWN TO SEE IF YOU COULD FIND

11:11AM  5      THOSE; IS THAT RIGHT?

11:11AM  6      A.   THE REASON WHY I HAD THIS ONE IS BECAUSE I COPIED IT TO

11:11AM  7      SHOW IT TO MY DOCTOR, SO IT WAS IN MY GMAIL ACCOUNT.  SO IT WAS

11:11AM  8      EASY TO RECOVER.

11:11AM  9            I DON'T HAVE ACCESS TO THE OTHERS.

11:11AM 10      Q.   OKAY.  SO YOU WERE NOT ABLE TO RECOVER ANY OTHER REPORTS,

11:11AM 11      RESULTS FROM THE THERANOS SYSTEM WHEN YOU TRIED TO DO THAT; IS

11:11AM 12      THAT RIGHT.

11:11AM 13      A.   YEAH.

11:11AM 14      Q.   OKAY.  I THINK YOU TESTIFIED ON DIRECT THAT YOU HAD

11:11AM 15      UNDERSTOOD, GOING INTO YOUR FIRST VISIT AT THERANOS, THAT

11:12AM 16      THERANOS WAS WORKING TO DO TESTING ON FINGERSTICK SAMPLES;

11:12AM 17      RIGHT?

11:12AM 18      A.   YES.

11:12AM 19      Q.   AND, IN FACT, THE FIRST TIME YOU WENT IN, THAT'S WHAT

11:12AM 20      HAPPENED; RIGHT?

11:12AM 21      A.   YES.

11:12AM 22      Q.   BUT THEN THE OTHER TIMES YOU HAD VENOUS DRAWS; RIGHT?

11:12AM 23      A.   YES.

11:12AM 24      Q.   AND YOU WEREN'T ABLE TO FIGURE OUT WHY THAT WAS BASED ON

11:12AM 25      THE CONVERSATIONS THAT YOU WERE HAVING; RIGHT?

ER-4508

11:12AM   1    A.   I WAS NOT ABLE TO.

11:12AM   2    Q.   OKAY.  MAYBE THIS IS AN OBVIOUS QUESTION, BUT WHEN YOU HAD

11:12AM   3    A VENOUS DRAW, YOU KNEW WHAT WAS HAPPENING; RIGHT?  YOU KNEW

11:12AM   4    THEY WERE TAKING A VENOUS DRAW FROM YOUR ARM AS OPPOSED TO YOUR

11:12AM   5    FINGER; RIGHT?

11:12AM   6    A.   I HOPE SO, YES.

11:12AM   7    Q.   RIGHT.  BECAUSE THERE WAS A PERSON, A PHLEBOTOMIST.  YOU

11:12AM   8    KNOW THAT TERM?

11:12AM   9    A.   YES, I DO.

11:12AM   10   Q.   AND THAT PERSON ACTUALLY TOOK A NEEDLE AND PUT IT IN A

11:12AM   11   VEIN IN YOUR ARM; RIGHT?

11:12AM   12   A.   YES.  I'VE HAD MANY.

11:12AM   13   Q.   AND WHEN YOU SAW THAT HAPPENING, IF YOU WANTED TO LEAVE

11:12AM   14   THE ROOM AND, YOU KNOW, TO DECLINE THE TEST, YOU COULD HAVE

11:12AM   15   DONE THAT; RIGHT?

11:13AM   16   A.   IF I WANTED TO, YES.

11:13AM   17   Q.   RIGHT.  BUT YOU DECIDED TO GO FORWARD, BECAUSE YOU WANTED

11:13AM   18   TO HAVE YOUR BLOOD TESTED; RIGHT?

11:13AM   19   A.   YES.

11:13AM   20   Q.   OKAY.  SO I THINK YOU DESCRIBED THAT THERE WAS -- YOU

11:13AM   21   KNOW, BASED ON HOW YOU FEEL AND YOUR MONITORING OF YOUR OWN

11:13AM   22   CONDITION, YOU SEE A KIND OF CORRELATION BETWEEN THE PLATELET

11:13AM   23   LEVEL RESULTS AND HOW YOU FEEL; IS THAT RIGHT?

11:13AM   24   A.   CORRECT.

11:13AM   25   Q.   OKAY.  BUT WHEN YOU GO OVER TIME AND HAVE TAKEN LAB TESTS

BINGHAM CROSS BY MR. COOPERSMITH                                    5972

11:13AM 1    AT OTHER LABS, EVEN BESIDES THERANOS, YOUR RESULTS ARE NOT

11:13AM 2    ALWAYS PRECISELY THE SAME INDICATING EXACTLY HOW YOU FEEL;

11:13AM 3    RIGHT?

11:13AM 4         AND LET ME ASK A BETTER QUESTION AND I'LL WITHDRAW THAT

11:13AM 5    ONE.

11:13AM 6         SO, FOR EXAMPLE, IF YOU'RE FEELING FINE -- AND I'M HOPING

11:13AM 7    YOU'RE FEELING FINE TODAY -- BUT IF YOU'RE FEELING FINE AND YOU

11:13AM 8    TAKE A BLOOD TEST, YOUR RESULTS MIGHT BE IN THE 700 LEVEL; IS

11:13AM 9    THAT RIGHT?

11:13AM 10   A.   RIGHT.

11:14AM 11   Q.   BUT IT COULD BE 702 OR 710 OR 720?  IT'S NOT ALWAYS

11:14AM 12   PRECISELY THE SAME; CORRECT?

11:14AM 13   A.   CORRECT.

11:14AM 14   Q.   SO IF YOU'RE FEELING FINE AND YOU GET A BLOOD TEST, THOSE

11:14AM 15   RESULTS FROM THE LAB COULD VARY, YOU KNOW, BY WHATEVER AMOUNT;

11:14AM 16   IS THAT FAIR?

11:14AM 17   A.   YES.

11:14AM 18   Q.   OKAY.  BUT THEN WHEN IT GETS TO A SIGNIFICANTLY HIGHER

11:14AM 19   LEVEL, THAT GENERALLY CORRELATES WITH HOW YOU FEEL; RIGHT?

11:14AM 20   A.   CORRECT.

11:14AM 21   Q.   BUT YOUR LEVELS AT TIMES HAVE BEEN AS HIGH AS 900 OR SO;

11:14AM 22   IS THAT RIGHT?

11:14AM 23   A.   OTHER THAN 1.2 OR -3 MILLION, YEAH.

11:14AM 24   Q.   OKAY.  SO EVEN HIGHER THAN 900.

11:14AM 25        AND ONE OF THE -- ARE YOU AWARE FROM YOUR OWN EXPERIENCE

11:14AM  1    FROM YOUR OWN CONDITION THAT ONE OF THE THINGS THAT COULD

11:14AM  2    UNFORTUNATELY HAPPEN WITH A PERSON WITH HIGH PLATELET COUNTS IS

11:14AM  3    THAT THERE'S A DANGER OF BLOOD CLOTS?

11:14AM  4    A.   I'M VERY AWARE OF THAT.

11:15AM  5    Q.   RIGHT.  AND THAT'S ONE REASON, I'M ASSUMING, THAT YOU

11:15AM  6    MONITOR THIS AND TAKE BLOOD TESTS AND TAKE MEDICATIONS AT

11:15AM  7    TIMES; IS THAT RIGHT?

11:15AM  8    A.   YEAH, I TAKE MEDICATION CONSISTENTLY SINCE I WAS

11:15AM  9    DIAGNOSED.

11:15AM  10   Q.   RIGHT.  AND YOU UNDERSTAND THE REFERENCE RANGE FOR PEOPLE

11:15AM  11   WHO DON'T HAVE THIS PARTICULAR MEDICAL CONDITION BASICALLY IS

11:15AM  12   AROUND 0 TO 400.  IS THAT THE RANGE?

11:15AM  13           MR. BOSTIC:  OBJECTION.  MISSTATES THE TESTIMONY.

11:15AM  14           THE COURT:  ARE YOU ASKING FOR HIS KNOWLEDGE?

11:15AM  15           MR. COOPERSMITH:  WELL, LET ME ASK A BETTER

11:15AM  16   QUESTION.

11:15AM  17   Q.   SO, MR. BINGHAM, WHAT DO YOU UNDERSTAND IS THE REFERENCE

11:15AM  18   RANGE FOR SOMEONE WHO DOESN'T HAVE THIS PARTICULAR CONDITION

11:15AM  19   THAT YOU UNFORTUNATELY SUFFER FROM?

11:15AM  20   A.   125 TO 450, SOMEWHERE AROUND THERE.

11:15AM  21   Q.   SO EVEN A LEVEL OF 700 OR SO WOULD BE SIGNIFICANTLY HIGHER

11:15AM  22   THAN NORMAL RANGE; IS THAT RIGHT?

11:15AM  23   A.   YES.

11:15AM  24   Q.   OKAY.  AND FOR SOMEONE WHO DOESN'T HAVE THIS CONDITION, IF

11:15AM  25   THEY TESTED IN THE 700S, THE LABORATORY OR THE DOCTOR MIGHT

BINGHAM CROSS BY MR. COOPERSMITH                    5974

11:16AM   1    HAVE SOME CAUSE FOR ALARM IF THE TEST WAS THAT HIGH IF THEY

11:16AM   2    DIDN'T KNOW THE PERSON HAD THIS PARTICULAR CONDITION THAT YOU

11:16AM   3    HAD; IS THAT FAIR?

11:16AM   4              MR. BOSTIC:  OBJECTION.  CALLS FOR SPECULATION.

11:16AM   5              THE COURT:  SUSTAINED.

11:16AM   6              MR. COOPERSMITH:  OKAY.  I'LL MOVE ON, YOUR HONOR.

11:16AM   7    THANK YOU.

11:16AM   8    Q.   THE PLATELET COUNT TEST THAT YOU HAD AT THERANOS, AND YOU

11:16AM   9    TESTIFIED THAT YOU DIDN'T THINK THOSE WERE CORRECT, THAT WAS

11:16AM   10   YOUR ONLY COMPLAINT ABOUT THE TEST THAT YOU HAD AT THERANOS;

11:16AM   11   CORRECT?

11:16AM   12   A.   YES.

11:17AM   13             MR. COOPERSMITH:  NOTHING FURTHER, YOUR HONOR.

11:17AM   14             THE WITNESS:  WELL, I'M SORRY.  THE OTHER COMPLAINT

11:17AM   15   WAS THAT THEY NEVER CONTACTED ME.

11:17AM   16   BY MR. COOPERSMITH:

11:17AM   17   Q.   RIGHT.  SO THEY NEVER CONTACTED YOU AND THE PLATELET TEST,

11:17AM   18   AND THE PLATELET COUNT TEST SEEMED OFF, RIGHT, BUT YOU HAD NO

11:17AM   19   OTHER COMPLAINT ABOUT THE BLOOD TESTING THAT YOU HAD DONE AT

11:17AM   20   THERANOS; CORRECT?

11:17AM   21   A.   CORRECT.

11:17AM   22             MR. COOPERSMITH:  NOTHING FURTHER, YOUR HONOR.

11:17AM   23             THE COURT:  ANY REDIRECT?

11:17AM   24             MR. BOSTIC:  NO, YOUR HONOR.

11:17AM   25             THE COURT:  MAY THE WITNESS BE EXCUSED?

ER-4512

5975

11:17AM  1                    MR. COOPERSMITH:  YES, YOUR HONOR.

11:17AM  2                    MR. BOSTIC:  NO, YOUR HONOR.

11:17AM  3                    THE COURT:  YOU'RE EXCUSED, SIR.

11:17AM  4                    THE WITNESS:  THANK YOU.

11:17AM  5                    THE COURT:  YOU'RE WELCOME.

11:17AM  6            DOES THE GOVERNMENT HAVE ANOTHER WITNESS TO CALL?

11:17AM  7                    MR. BOSTIC:  YES, YOUR HONOR.

11:17AM  8            THE GOVERNMENT CALLS ERIN TOMPKINS.

11:17AM  9                    THE COURT:  DO YOU HAVE ANY IDEA OF WHAT YOUR DIRECT

11:18AM 10     WOULD BE?

11:18AM 11                    MR. BOSTIC:  SO I WOULD ESTIMATE 20 TO 30 MINUTES

11:18AM 12     FOR THE DIRECT, YOUR HONOR.

11:18AM 13                    THE COURT:  SHOULD WE TAKE A BREAK NOW?  LET'S DO

11:18AM 14     THAT.  LET'S TAKE OUR BREAK NOW.

11:18AM 15            THANK YOU FOR THAT INFORMATION, MR. BOSTIC.

11:18AM 16            LET'S TAKE OUR FIRST BREAK.  WE'LL TAKE ABOUT 30 MINUTES,

11:18AM 17     PLEASE, AND THEN WE'LL COME BACK.

11:21AM 18            (RECESS FROM 11:18 A.M. UNTIL 11:56 A.M.)

        19

        20

        21

        22

        23

        24

        25

ER-4513

5976

| | | |
|---|---|---|
| 11:56AM | 1 | **AFTERNOON SESSION** |
| 11:56AM | 2 | THE COURT:  THANK YOU.  PLEASE BE SEATED. |
| 11:56AM | 3 | WE'RE BACK ON THE RECORD. |
| 11:56AM | 4 | THE PARTIES PREVIOUSLY PRESENT ARE PRESENT AGAIN. |
| 11:56AM | 5 | OUR JURY IS PRESENT. |
| 11:56AM | 6 | MR. BOSTIC, DO YOU HAVE A WITNESS TO CALL? |
| 11:57AM | 7 | MR. BOSTIC:  YES, YOUR HONOR. |
| 11:57AM | 8 | THE UNITED STATES CALLS ERIN TOMPKINS. |
| 11:57AM | 9 | THE COURT:  GOOD MORNING.  IF YOU WILL COME FORWARD, |
| 11:57AM | 10 | PLEASE, AND STAND OVER HERE WHILE YOU FACE OUR COURTROOM |
| 11:57AM | 11 | DEPUTY, AND RAISE YOUR RIGHT HAND, SHE HAS A QUESTION FOR YOU. |
| 11:57AM | 12 | **(GOVERNMENT'S WITNESS, ERIN TOMPKINS, WAS SWORN.)** |
| 11:57AM | 13 | THE WITNESS:  I DO. |
| 11:57AM | 14 | THE CLERK:  THANK YOU. |
| 11:57AM | 15 | THE COURT:  PLEASE HAVE A SEAT UP HERE.  I'LL INVITE |
| 11:57AM | 16 | YOU TO MAKE YOURSELF COMFORTABLE. |
| 11:57AM | 17 | FEEL FREE TO ADJUST THE CHAIR AND MICROPHONE AS YOU NEED. |
| 11:58AM | 18 | THERE IS ALSO SOME WATER THERE THAT YOU CAN ENJOY IF YOU |
| 11:58AM | 19 | NEED. |
| 11:58AM | 20 | THE WITNESS:  THANK YOU. |
| 11:58AM | 21 | THE COURT:  YOU'RE WELCOME. |
| 11:58AM | 22 | WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME |
| 11:58AM | 23 | AND THEN SPELL IT, PLEASE. |
| 11:58AM | 24 | THE WITNESS:  YES.  MY NAME IS ERIN TOMPKINS.  THAT |
| 11:58AM | 25 | IS SPELLED T-O-M-P-K-I-N-S. |

ER-4514

TOMPKINS DIRECT BY MR. BOSTIC                                    5977

11:58AM  1           THE COURT:  THANK YOU.

11:58AM  2      COUNSEL.

11:58AM  3           MR. BOSTIC:  THANK YOU, YOUR HONOR.

11:58AM  4                    **DIRECT EXAMINATION**

11:58AM  5      BY MR. BOSTIC:

11:58AM  6      Q.  GOOD MORNING, MS. TOMPKINS.

11:58AM  7      A.  GOOD MORNING.

11:58AM  8      Q.  IF YOU ARE FULLY VACCINATED AND COMFORTABLE DOING SO, I

11:58AM  9      UNDERSTAND THE COURT WILL ALLOW YOU TO TESTIFY WITHOUT A MASK.

11:58AM 10      A.  I AM FULLY VACCINATED, SO I'LL GO AHEAD AND TAKE THIS OFF.

11:58AM 11      Q.  LET ME START BY ASKING YOU, WAS THERE A TIME THAT YOU

11:58AM 12      RECEIVED BLOOD TESTING SERVICES FROM A COMPANY CALLED THERANOS?

11:58AM 13      A.  YES.

11:58AM 14      Q.  AND DO YOU REMEMBER APPROXIMATELY WHEN THAT WAS?

11:58AM 15      A.  I BELIEVE IT WAS MAY OF 2015.

11:58AM 16      Q.  I'D LIKE TO ASK YOU SOME QUESTIONS ABOUT YOUR EXPERIENCE

11:58AM 17      WITH THERANOS, BUT FIRST LET ME ASK YOU JUST A FEW BACKGROUND

11:58AM 18      QUESTIONS.

11:58AM 19           WHERE DO YOU LIVE CURRENTLY?

11:59AM 20      A.  I CURRENTLY LIVING IN PHOENIX, ARIZONA.

11:59AM 21      Q.  AND WERE YOU LIVING IN THE PHOENIX AREA IN 2015?

11:59AM 22      A.  YES, I WAS.

11:59AM 23      Q.  WERE YOU EMPLOYED AT THAT TIME?

11:59AM 24      A.  YES, I WAS.

11:59AM 25      Q.  WHERE DID YOU WORK?

11:59AM 1   A.   I WAS A MUSIC DIRECTOR AT A SMALL METHODIST CONGREGATION;

11:59AM 2   I HAD PRIVATE VOICE STUDENTS; AND FOR HALF OF THE YEAR I WAS

11:59AM 3   A -- LIKE A TEACHING ARTIST FOR ARIZONA OPERA.

11:59AM 4   Q.   CAN YOU GIVE US A BRIEF SUMMARY OF YOUR EDUCATIONAL

11:59AM 5   BACKGROUND POST HIGH SCHOOL?

11:59AM 6   A.   YES.  I HAVE A BACHELOR'S IN MUSIC FROM SOUTHERN METHODIST

11:59AM 7   UNIVERSITY.

11:59AM 8   Q.   SO TURNING THEN TO YOUR CONTACT WITH THERANOS, HOW DID YOU

11:59AM 9   FIRST HEAR ABOUT THAT COMPANY?

11:59AM 10  A.   I BELIEVE THE FIRST TIME WAS SEEING THE MAGAZINE ON MY

11:59AM 11  FATHER'S COFFEE TABLE, "FORBES," WITH HER ON THE COVER.  I

11:59AM 12  THINK THAT WAS THE FIRST.  THERE MAY HAVE BEEN A TELEVISION

11:59AM 13  SPOT OR COMMERCIAL OR SOMETHING.

11:59AM 14      AND THEN AFTER THAT THERE WAS A RECOMMENDATION ON FACEBOOK

12:00PM 15  THAT I LOOKED INTO.

12:00PM 16  Q.   SO I'D LIKE TO TAKE THOSE KIND OF ONE AT A TIME.

12:00PM 17  A.   SURE.

12:00PM 18  Q.   FIRST YOU SAID YOU SAW A MAGAZINE AT A RELATIVE'S HOUSE

12:00PM 19  WITH SOMEONE ON THE COVER.  WHO DID YOU SEE?

12:00PM 20  A.   WITH ELIZABETH HOLMES ON THE COVER, YES.

12:00PM 21  Q.   THANK YOU.

12:00PM 22      AND JUST FOR THE COURT REPORTER'S SAKE, IF WE CAN MAKE

12:00PM 23  SURE NOT TO TALK OVER EACH OTHER?

12:00PM 24      AND THEN YOU ALSO MENTIONED THAT YOU MIGHT HAVE SEEN SOME

12:00PM 25  ADVERTISING FOR THE COMPANY?

TOMPKINS DIRECT BY MR. BOSTIC 5979

12:00PM 1    A.   YES.  I BELIEVE AT SOME POINT THERE WAS A COMMERCIAL THAT

12:00PM 2    I SAW.  I'M NOT SURE WHERE.

12:00PM 3    Q.   AND THEN FINALLY YOU MENTIONED SOMETHING THAT YOU SAW ON

12:00PM 4    SOCIAL MEDIA.  WAS THAT THE THIRD SOURCE?

12:00PM 5    A.   YES.

12:00PM 6    Q.   AT THAT TIME, THAT IS, BEFORE YOU WENT TO THE COMPANY,

12:00PM 7    WHAT DID YOU KNOW ABOUT THERANOS AND ANYTHING THAT MADE IT

12:00PM 8    DIFFERENT FROM CONVENTIONAL LABS?

12:00PM 9    A.   I WAS FASCINATED BY THE PROPOSED, YOU KNOW, SINGLE DROP IN

12:00PM 10   A CAPSULE IDEA OF REVOLUTIONIZING BLOOD WORK FROM ANYTHING THAT

12:00PM 11   I HAD EVER HEARD OF BEFORE.

12:00PM 12       AND I WAS ALSO VERY ADMIRABLE OF THE YOUNG CEO.

12:01PM 13   Q.   TALKING ABOUT THE SMALL SAMPLE SIZE, WHY WAS THAT

12:01PM 14   APPEALING TO YOU AS SOMEONE CONSIDERING WHETHER TO GO THERE?

12:01PM 15   A.   WELL, I MEAN, IT'S JUST FASCINATING, FRANKLY.  AND THE --

12:01PM 16   IF WE CAN ACCOMPLISH THOSE SORTS OF THINGS WITHOUT TAKING MORE

12:01PM 17   BLOOD THAN IS ABSOLUTELY NECESSARY, THAT WAS -- THAT WAS

12:01PM 18   COMPELLING.

12:01PM 19   Q.   AT SOME POINT IN 2015, DID YOU DECIDE TO HAVE A BLOOD

12:01PM 20   TEST?

12:01PM 21   A.   YES.

12:01PM 22   Q.   AND DID YOU DECIDE TO GO TO THERANOS FOR THAT BLOOD TEST?

12:01PM 23   A.   YES.

12:01PM 24   Q.   AND WHAT MADE YOU CHOOSE THERANOS AT THAT TIME?

12:01PM 25   A.   AT THE TIME, TWO TOP PRIORITIES, OBVIOUSLY ACCURACY, BUT

ER-4517