No. 22-10338

IN THE

# United States Court of Appeals for the Ninth Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

*v.*

RAMESH "SUNNY" BALWANI,

*Defendant-Appellant*.

On Appeal from United States District Court
for the Northern District of California
No. 5:18-cr-00258-EJD-2, Hon. Edward J. Davila

## APPELLANT'S EXCERPTS OF RECORD
## VOLUME 17 OF 26 (PAGES ER-4518 – ER-4817)

Jeffrey B. Coopersmith
Amy Walsh
Stephen A. Cazares
Aaron P. Brecher
Sachi Schuricht
Amari L. Hammonds
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105

Mark S. Davies
James Anglin Flynn
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005
(202) 339-8400

*Counsel for Appellant*

TOMPKINS DIRECT BY MR. BOSTIC                    5980

12:01PM  1    ALSO COST OF THE TEST WAS A BIG CONCERN.

12:01PM  2    Q.   LET'S TAKE THOSE IN REVERSE ORDER AND START WITH COST.

12:01PM  3    A.   OKAY.

12:01PM  4    Q.   AROUND THIS TIME, WERE YOU PLANNING TO PAY DIRECTLY FOR

12:01PM  5    THIS BLOOD TEST IN 2015?

12:02PM  6    A.   YES, BECAUSE I WAS UNINSURED.

12:02PM  7    Q.   AND IS THAT WHAT, IN FACT, ENDED UP HAPPENING?  DID YOU

12:02PM  8    GET A TEST FROM THERANOS THAT YOU PAID FOR OUT OF POCKET?

12:02PM  9    A.   YES.

12:02PM  10   Q.   AND WHAT WAS IT ABOUT THE COST CONCERNS THAT MADE THERANOS

12:02PM  11   ATTRACTIVE TO YOU?

12:02PM  12   A.   FROM EVERYTHING I HAD SEEN LOCALLY IN ARIZONA, THE

12:02PM  13   FEEDBACK WAS THAT IT WAS -- IF YOU'RE PAYING OUT OF POCKET, OR

12:02PM  14   IF MAYBE YOU'RE NOT, THAT IT WAS JUST MORE AFFORDABLE.

12:02PM  15   Q.   YOU MENTIONED ACCURACY IN ADDITION TO COST IS SOMETHING

12:02PM  16   THAT WAS IMPORTANT TO YOU; IS THAT RIGHT?

12:02PM  17   A.   YES.  WELL, OF COURSE, YES.

12:02PM  18   Q.   WHY DO YOU SAY "OF COURSE"?  WHY WAS ACCURACY IMPORTANT TO

12:02PM  19   YOU IN SEEKING OUT A PLACE TO GET A BLOOD TEST?

12:02PM  20   A.   I THINK IT'S FAIR, I THINK IT'S FAIR TO ASSUME MOST PEOPLE

12:02PM  21   WANTING BLOOD WORK DONE ARE HOPING FOR ACCURATE RESULTS.

12:02PM  22   Q.   AND FROM YOUR PERSPECTIVE, SPECIFICALLY WAS ACCURACY THE

12:02PM  23   MOST IMPORTANT FACTOR FOR YOU IN DECIDING WHERE TO GET A BLOOD

12:02PM  24   TEST?

12:02PM  25   A.   I THINK THAT'S A DIFFICULT QUESTION TO ANSWER ACTUALLY,

ER-4519

TOMPKINS DIRECT BY MR. BOSTIC                                    5981

12:03PM  1    BECAUSE IF I HAD GONE ANYWHERE ELSE, I WOULD HAVE EXPECTED

12:03PM  2    ACCURATE RESULTS.

12:03PM  3    Q.   LET ME ASK A DIFFERENT QUESTION THEN.

12:03PM  4         WE TALKED ABOUT PRICE AND THE BENEFITS OF TESTS BEING

12:03PM  5    AFFORDABLE.

12:03PM  6         FROM YOUR PERSPECTIVE AS A PATIENT, IS THERE ANY VALUE IN

12:03PM  7    BLOOD TESTS THAT ARE AFFORDABLE BUT ARE NOT SUFFICIENTLY

12:03PM  8    ACCURATE OR RELIABLE?

12:03PM  9    A.   NO.

12:03PM  10   Q.   DO YOU REMEMBER ANYTHING ABOUT YOUR EXPERIENCE OF GETTING

12:03PM  11   BLOOD DRAWN FROM THERANOS?

12:03PM  12   A.   I REMEMBER EXPECTING A PIN PRICK AND GETTING A VENOUS

12:03PM  13   DRAW.

12:03PM  14   Q.   AND DO YOU REMEMBER WHERE THAT HAPPENED?

12:03PM  15   A.   I BELIEVE IT WAS IN A WALGREENS.

12:03PM  16   Q.   OKAY.  DO YOU REMEMBER WHETHER YOU ASKED ANYONE AT

12:03PM  17   THERANOS QUESTIONS ABOUT WHY YOU WERE HAVING THAT DRAW METHOD

12:03PM  18   INSTEAD OF WHAT YOU EXPECTED?

12:03PM  19   A.   I DON'T REMEMBER.  I THINK I DIDN'T ASK ANY QUESTIONS.  I

12:03PM  20   JUST SORT OF WENT WITH IT.

12:04PM  21           MR. BOSTIC:  MAY I APPROACH, YOUR HONOR?

12:04PM  22           THE COURT:  YES.

12:04PM  23           MR. BOSTIC:  (HANDING.)

12:04PM  24   Q.   MS. TOMPKINS, I'VE JUST HANDED YOU A BINDER WITH A COUPLE

12:04PM  25   OF DOCUMENTS IN IT.

ER-4520

12:04PM  1          THE DEFENSE HAS A COPY, AND I BELIEVE THE COURT HAS ONE

12:04PM  2     ALSO.

12:04PM  3               THE COURT:  YES.

12:04PM  4     BY MR. BOSTIC:

12:04PM  5     Q.   MS. TOMPKINS, IF I COULD ASK YOU TO TURN TO TAB 5483 IN

12:04PM  6     THE BINDER IN FRONT OF YOU.

12:04PM  7     A.   UH-HUH.

12:04PM  8     Q.   AND DO YOU RECOGNIZE WHAT IS AT 5483?

12:04PM  9     A.   UH-HUH.

12:04PM 10     Q.   IS THIS --

12:04PM 11               THE COURT:  IS THAT YES?

12:04PM 12               THE WITNESS:  YES.  YES, IT IS.

12:04PM 13     BY MR. BOSTIC:

12:04PM 14     Q.   THANK YOU, MS. TOMPKINS.

12:04PM 15          AND IS THIS A LAB REPORT FROM THERANOS TO YOU FROM MAY OF

12:04PM 16     2015?

12:04PM 17     A.   YES.  IT WAS SENT TO MY GENERAL PRACTITIONER, BUT IT IS

12:04PM 18     FOR ME.

12:04PM 19               MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5483.

12:04PM 20          I'LL NOTE THAT EXTRANEOUS LAB RESULTS HAVE BEEN REDACTED

12:04PM 21     IN THE COPY THAT WE'RE OFFERING.

12:05PM 22               MR. COOPERSMITH:  NO OBJECTION TO THIS EXHIBIT,

12:05PM 23     YOUR HONOR.

12:05PM 24               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:05PM 25          (GOVERNMENT'S EXHIBIT 5483 WAS RECEIVED IN EVIDENCE.)

12:05PM 1   BY MR. BOSTIC:

12:05PM 2   Q.   SO IF WE CAN ZOOM IN FIRST ON THE TOP OF THE PAGE.

12:05PM 3        SO, MS. TOMPKINS, DO YOU SEE YOUR NAME APPEARING AT THE

12:05PM 4   TOP THERE?

12:05PM 5   A.   YES.

12:05PM 6   Q.   AND OVER TO THE RIGHT, YOU SEE UNDER PHYSICIAN THERE'S A

12:05PM 7   NAME, GERALD ASIN.

12:05PM 8        DO YOU SEE THAT?

12:05PM 9   A.   YES.

12:05PM 10  Q.   AND DO YOU RECOGNIZE THAT NAME?

12:05PM 11  A.   YES.

12:05PM 12  Q.   WHO WAS DR. ASIN?

12:05PM 13  A.   HE WAS MY GENERAL PRACTITIONER DOCTOR AT THE TIME.

12:05PM 14  Q.   AND WAS THIS TEST IN MAY OF 2015 ORDERED THROUGH HIM?

12:05PM 15  A.   YES, IT WAS.

12:05PM 16  Q.   AND YOU MENTIONED THAT THE RESULTS WERE SENT BACK TO HIM;

12:05PM 17  IS THAT CORRECT?

12:05PM 18  A.   CORRECT.

12:05PM 19  Q.   AT THE TOP OF THIS PAGE, DO YOU SEE THAT THERE'S A FAX

12:05PM 20  STAMP, OR A FAX STAMP LEGEND ACROSS THE TOP?

12:05PM 21  A.   YES.

12:05PM 22  Q.   WITH A DATE?

12:05PM 23  A.   YES, I DO.

12:05PM 24  Q.   SORRY.  WITH THE DATE INDICATING THAT IT WAS SENT ON

12:06PM 25  MAY 11TH, 2015?

TOMPKINS DIRECT BY MR. BOSTIC                                    5984

12:06PM   1      A.   YES, I DO.

12:06PM   2      Q.   AND DO YOU SEE NEXT TO THAT IS WRITTEN THERANOS FAX

12:06PM   3      SERVER?

12:06PM   4      A.   YES.

12:06PM   5      Q.   AND DO YOU SEE A LITTLE FURTHER DOWN ON THE RIGHT-HAND

12:06PM   6      SIDE OF THE PAGE THERE'S SOME CONTACT INFORMATION FOR THERANOS

12:06PM   7      LISTING A FAX NUMBER?

12:06PM   8      A.   YES, I DO.

12:06PM   9      Q.   AND DO YOU SEE THAT THAT FAX NUMBER BEGINS WITH A 650 AREA

12:06PM  10      CODE?

12:06PM  11      A.   YES, I DO.

12:06PM  12      Q.   LET'S GO DOWN AND LOOK AT THE RESULTS THEMSELVES, AND

12:06PM  13      SPECIFICALLY AT A SECTION THAT IS LABELLED SUMMARY OF ABNORMAL

12:06PM  14      RESULTS.

12:06PM  15           DO YOU SEE THAT?

12:06PM  16      A.   I DO, YES.

12:06PM  17      Q.   AND LISTED THERE AT THE VERY TOP IS A TEST NAME LABELED

12:06PM  18      HIV-1 PLUS 2 AB.

12:06PM  19           DO YOU SEE THAT?

12:06PM  20      A.   YES.

12:06PM  21      Q.   AND THE RESULT FOR THAT TEST IS LISTED AS REACTIVE.

12:06PM  22           DO YOU SEE THAT?

12:06PM  23      A.   YES, I DO.

12:06PM  24      Q.   AND THAT RESULT IS FLAGGED BECAUSE OF THE REACTIVE RETURN.

12:06PM  25           DO YOU SEE THAT?

ER-4523

12:06PM   1        A.   YES.

12:06PM   2        Q.   DO YOU REMEMBER RECEIVING THIS RESULT IN MAY OF 2015?

12:07PM   3        A.   YES.

12:07PM   4        Q.   AND WHAT WAS YOUR REACTION TO SEEING THIS REACTIVE RESULT

12:07PM   5        AT THAT TIME?  DID IT SURPRISE YOU?

12:07PM   6        A.   IT SURPRISED AND TERRIFIED ME.

12:07PM   7        Q.   BASED ON YOUR MEDICAL HISTORY UP UNTIL THAT POINT -- LET

12:07PM   8        ME ASK, HAD YOU EVER BEEN DIAGNOSED WITH HIV OR AIDS?

12:07PM   9        A.   NO.

12:07PM  10        Q.   HAVE YOU EVER BEEN DIAGNOSED WITH HIV OR AIDS?

12:07PM  11        A.   NO.

12:07PM  12        Q.   HAVE YOU EVER EXPERIENCED ANY SYMPTOMS ATTRIBUTED TO HIV

12:07PM  13        OR AIDS?

12:07PM  14        A.   NO.

12:07PM  15        Q.   HAVE YOU EVER RECEIVED TREATMENT FOR HIV OR AIDS?

12:07PM  16        A.   NO.

12:07PM  17        Q.   LET'S LOOK AT A LITTLE FURTHER DOWN, IT MIGHT BE ON THE

12:07PM  18        NEXT PAGE OF THIS EXHIBIT, AND IN THE MIDDLE OF THE PAGE YOU

12:07PM  19        SEE THERE'S A BREAKDOWN FOR A SERIES OF HIV TESTS THAT WERE RUN

12:07PM  20        ON YOUR SAMPLE?

12:07PM  21        A.   YES, I SEE THAT.

12:08PM  22        Q.   AND DO YOU SEE THAT THE TEST FOR HIV-1 PLUS 2 ANTIBODIES

12:08PM  23        HAS THAT REACTIVE LABEL NEXT TO IT?

12:08PM  24        A.   YES, I SEE THAT.

12:08PM  25        Q.   DO YOU SEE THAT THE OTHER TESTS FOR HIV-1 ANTIBODIES,

TOMPKINS DIRECT BY MR. BOSTIC                                    5986

12:08PM   1    HIV-2 ANTIBODIES, AND HIV-1 RNA ARE ALL LISTED AS NON-REACTIVE

12:08PM   2    OR NOT DETECTED?

12:08PM   3    A.   YES, I SEE THAT.

12:08PM   4    Q.   THEN LET'S GO DOWN TO THE BOTTOM UNDER NOTES, THIS MIGHT

12:08PM   5    BE ON THE FOLLOWING PAGE, AND THERE'S A BOX UNDER HIV-1 RNA,

12:08PM   6    AND THEN UNDER THAT BOX DO YOU SEE THERE'S A SECTION CALLED LAB

12:08PM   7    NOTES?

12:08PM   8    A.   YES.

12:08PM   9    Q.   AND IT READS THERE, "HIV ANTIBODIES WERE NOT CONFIRMED AND

12:08PM  10    HIV-1 RNA WAS NOT DETECTED.  NO LABORATORY EVIDENCE OF HIV-1

12:08PM  11    INFECTION.  FOLLOW-UP TESTING FOR HIV-2 SHOULD BE PERFORMED IF

12:08PM  12    CLINICALLY INDICATED."

12:08PM  13         DO YOU SEE THAT?

12:09PM  14    A.   YES, I DO.

12:09PM  15    Q.   LET'S GO BACK TO THE FIRST PAGE, AND GO BACK TO THAT

12:09PM  16    REACTIVE RESULT FOR HIV-1 PLUS 2 ANTIBODIES?

12:09PM  17    A.   YES.

12:09PM  18    Q.   OKAY.  DO YOU SEE THAT ON THE SCREEN IN FRONT OF YOU?

12:09PM  19    A.   YES, I DO.

12:09PM  20    Q.   BASED ON YOUR KNOWLEDGE OF YOUR MEDICAL HISTORY, ARE YOU

12:09PM  21    AWARE OF ANY REASON WHY HIV ANTIBODIES WOULD BE PRESENT IN YOUR

12:09PM  22    BLOOD, OR WOULD HAVE BEEN IN MAY OF 2015?

12:09PM  23    A.   NO, I AM NOT.  AND I KNOW THAT PROBABLY SEEMS LIKE A

12:09PM  24    STRANGE RESPONSE, BUT I AM NOT.  I HAVE NO REASON TO THINK THAT

12:09PM  25    THEY WOULD BE IN MY BLOODSTREAM.

ER-4525

```
12:09PM  1   Q.   FOLLOWING THE RECEIPT OF THIS RESULT, WHAT ACTION DID YOU

12:09PM  2   TAKE, IF ANY?

12:09PM  3   A.   I FOLLOWED UP WITH -- WELL, I SPOKE TO MY DOCTOR FOR

12:09PM  4   AWHILE, AND THEN I FOLLOWED UP WITH THERANOS DIRECTLY, AND --

12:09PM  5   UH-HUH.

12:09PM  6   Q.   I'M SORRY.  YOU CAN FINISH YOUR ANSWER.  I DIDN'T MEAN TO

12:09PM  7   TALK OVER YOU.

12:09PM  8   A.   I DIDN'T MEAN TO TALK OVER YOU EITHER.

12:10PM  9        AND I SPOKE TO A CUSTOMER SERVICE AGENT TRYING TO GET SOME

12:10PM 10   MORE INFORMATION.

12:10PM 11   Q.   THAT CALL TO THERANOS, WHY DID YOU DECIDE TO MAKE THAT

12:10PM 12   CALL?

12:10PM 13   A.   BECAUSE I WAS CONFUSED AND FRIGHTENED AND WANTED TO SEE IF

12:10PM 14   THERE WAS SOME INFORMATION I COULD GET THAT WOULD EXPLAIN WHY

12:10PM 15   THIS INFORMATION WAS GIVEN TO ME, WHY THESE -- LIKE, HOW COULD

12:10PM 16   THIS CONSULT BE POSSIBLE?

12:10PM 17   Q.   AND DURING THAT CALL WITH THERANOS, DO YOU RECALL SPEAKING

12:10PM 18   TO A MEDICAL PROFESSIONAL AT ANY POINT?

12:10PM 19   A.   INITIALLY I HAD NO MEMORY OF SPEAKING TO ANYONE BESIDES

12:10PM 20   THE CUSTOMER SERVICE AGENT.

12:10PM 21        IN THE TRIAL WITH MS. HOLMES, HOWEVER, I WAS PRESENTED

12:10PM 22   WITH AN EXCHANGE OF --

12:10PM 23            MR. COOPERSMITH:  YOUR HONOR, OBJECTION.  IF WE

12:10PM 24   COULD JUST LIMIT THIS ANSWER.

12:10PM 25            THE COURT:  WHY DON'T YOU ASK ANOTHER QUESTION?
```

12:10PM  1           MR. BOSTIC:  SURE.

12:10PM  2           THE WITNESS:  OKAY.

12:10PM  3    BY MR. BOSTIC:

12:10PM  4    Q.   SO, MS. TOMPKINS, IF I COULD JUST ASK YOU TO TESTIFY BASED

12:11PM  5    ON YOUR MEMORY SITTING HERE TODAY --

12:11PM  6    A.   RIGHT.

12:11PM  7    Q.   -- DO YOU HAVE A RECOLLECTION OF SPEAKING TO A MEDICAL

12:11PM  8    PROFESSIONAL AT THERANOS?  AND I'M NOT ASKING HOW YOU LEARNED

12:11PM  9    OR HOW YOU WERE REFRESHED.

12:11PM 10    A.   RIGHT.  I HAVE A RECOLLECTION OF SPEAKING TO A SECOND

12:11PM 11    PERSON.  I DO NOT KNOW THAT THAT SECOND PERSON WAS A MEDICAL

12:11PM 12    PROFESSIONAL.

12:11PM 13    Q.   LET ME ASK A MORE GENERAL QUESTION.

12:11PM 14        IN THE CONVERSATIONS THAT YOU HAD WITH EITHER OF THE, IT

12:11PM 15    SOUNDS LIKE, TWO PEOPLE THAT YOU SPOKE TO AT THERANOS --

12:11PM 16    A.   UH-HUH.

12:11PM 17    Q.   -- DURING THOSE CONVERSATIONS, DID YOU RECEIVE AN

12:11PM 18    EXPLANATION FOR OR A CORRECTION FOR YOUR LAB RESULTS THAT YOU

12:11PM 19    FOUND SATISFYING?

12:11PM 20    A.   NO.

12:11PM 21    Q.   WHAT DO YOU REMEMBER ABOUT THOSE CONVERSATIONS?

12:11PM 22    A.   I WAS VERY EMOTIONAL AT THE TIME, AND I REMEMBER WHEN I

12:11PM 23    HAD THE FIRST CONVERSATION WITH THE CUSTOMER SERVICE AGENT

12:12PM 24    ASKING HER, ASKING HER THINGS THAT SHOULD HAVE BEEN ASKED OF A

12:12PM 25    MEDICAL PROFESSIONAL, AND HER SAYING, MA'AM, I'M JUST A

12:12PM  1    CUSTOMER SERVICE AGENT, LET ME REMIND YOU OF THAT.  LIKE, THESE

12:12PM  2    ARE NOT THINGS THAT I CAN ANSWER FOR YOU, WHICH I UNDERSTAND.

12:12PM  3         BUT THE LITTLE I REMEMBER ABOUT THE SECOND PERSON WAS THAT

12:12PM  4    THERE WAS MENTION OF THE ALGORITHM AT SOME POINT, BUT IT DIDN'T

12:12PM  5    MAKE MUCH SENSE TO ME.  IT DIDN'T ANSWER MY QUESTIONS, IF THAT

12:12PM  6    MAKES SENSE.

12:12PM  7    Q.   AFTER YOU GOT THESE RESULTS BACK AND SPOKE TO THERANOS,

12:12PM  8    DID YOU TAKE ANY ADDITIONAL ACTIONS TO TRY TO CONFIRM THAT TEST

12:12PM  9    RESULT?

12:12PM  10   A.   WITH THERANOS?

12:12PM  11   Q.   OR WITH ANOTHER --

12:12PM  12   A.   FOLLOWUP?  YES, I WAS ABLE TO GET AN EXAMINATION ABOUT

12:12PM  13   THREE MONTHS LATER AT A WOMEN'S CLINIC.

12:12PM  14   Q.   AND DID THAT EXAMINATION INCLUDE A TEST FOR HIV?

12:13PM  15   A.   YES.

12:13PM  16   Q.   AND DO YOU RECALL WHAT THE RESULT WAS?

12:13PM  17   A.   NEGATIVE.

12:13PM  18   Q.   AND DO YOU TODAY STILL HAVE A COPY OF THOSE RESULTS?

12:13PM  19   A.   NO.  I WAS NOT ABLE TO TRACK THOSE DOWN.

12:13PM  20   Q.   I'LL ASK YOU TO TURN TO TAB 5484 IN YOUR BINDER, PLEASE.

12:13PM  21   A.   OKAY.

12:13PM  22   Q.   AND AT 5484, DO YOU SEE A LAB REPORT FOR A TEST THAT YOU

12:13PM  23   HAD DONE AROUND AUGUST 10TH OF 2021?

12:13PM  24   A.   YES.

12:13PM  25            MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5484.

ER-4528

12:13PM  1          MR. COOPERSMITH:  NOTHING BEYOND WHAT WAS PREVIOUSLY

12:13PM  2      DISCUSSED BEFORE, YOUR HONOR.

12:13PM  3              THE COURT:  ALL RIGHT.  THANK YOU.

12:13PM  4          THIS IS ADMITTED AND MAY BE PUBLISHED.

12:13PM  5          (GOVERNMENT'S EXHIBIT 5484 WAS RECEIVED IN EVIDENCE.)

12:13PM  6      BY MR. BOSTIC:

12:13PM  7      Q.  SO, MS. TOMPKINS, DO YOU SEE THAT IT INDICATES AT THE TOP

12:13PM  8      THIS IS FROM CONTRA COSTA HEALTH SERVICES?

12:13PM  9      A.  YES.

12:13PM  10     Q.  WERE YOU RESIDING OR STAYING IN THE CONTRA COSTA AREA IN

12:14PM  11     AUGUST OF 2021?

12:14PM  12     A.  YES, I WAS.

12:14PM  13     Q.  AND DO YOU SEE YOUR NAME THERE AT THE TOP?

12:14PM  14     A.  YES.

12:14PM  15     Q.  AND THIS IS LABELED "HUMAN IMMUNODEFICIENCY VIRUS (HIV)

12:14PM  16     ANTIGEN/ANTIBODY TEST RESULTS."

12:14PM  17         DO YOU SEE THAT?

12:14PM  18     A.  YES.

12:14PM  19     Q.  AND LET'S LOOK AT THE RESULTS.  LET'S GO DOWN A LITTLE

12:14PM  20     BIT.

12:14PM  21         DO YOU SEE FROM YOUR TEST IN AUGUST OF 2021, THE RESULT

12:14PM  22     REPORTED BACK WAS NEGATIVE.

12:14PM  23         DO YOU SEE THAT?

12:14PM  24     A.  YES, I DO.

12:14PM  25     Q.  I TAKE IT YOU WERE NOT SURPRISED BY THIS RESULT?

12:14PM  1    A.   NO, I WAS NOT.

12:14PM  2    Q.   NEXT TO THAT NEGATIVE CHECK IT READS, "EVIDENCE OF HIV

12:14PM  3    ANTIGEN OR ANTIBODY WERE NOT DETECTED."

12:14PM  4         DO YOU SEE THAT?

12:14PM  5    A.   YES.

12:14PM  6    Q.   FOLLOWING YOUR EXPERIENCE WITH THERANOS, DID YOU CONTINUE

12:14PM  7    TO USE THAT LAB FOR TESTING AT ANY POINT?

12:14PM  8    A.   THERANOS?

12:14PM  9    Q.   YES.

12:14PM  10   A.   NO.

12:15PM  11             MR. BOSTIC:  MAY I HAVE A MOMENT, YOUR HONOR?

12:15PM  12             THE COURT:  YES.

12:15PM  13        (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

12:15PM  14             MR. BOSTIC:  NOTHING FURTHER.  THANK YOU.

12:15PM  15             THE COURT:  CROSS-EXAMINATION?

12:15PM  16                        **CROSS-EXAMINATION**

12:15PM  17   BY MR. COOPERSMITH:

12:15PM  18   Q.   GOOD AFTERNOON, MS. TOMPKINS.

12:15PM  19   A.   GOOD AFTERNOON, SIR.

12:15PM  20   Q.   MY NAME IS JEFF COOPERSMITH, AND I REPRESENT MR. BALWANI

12:15PM  21   IN THIS CASE.

12:15PM  22        I'M GOING TO ASK YOU SOME QUESTIONS TO FOLLOW UP ON SOME

12:15PM  23   THINGS THAT MR. BOSTIC ASKED YOU ABOUT.  OKAY?

12:15PM  24   A.   UH-HUH, YES.

12:15PM  25   Q.   THANK YOU.

12:16PM  1          SO JUST TO MAKE SURE I UNDERSTAND, YOU HAD A BLOOD TEST

12:16PM  2     WITH THERANOS IN MAY OF 2015?

12:16PM  3     A.   CORRECT.

12:16PM  4     Q.   AND YOU GOT THAT THROUGH YOUR DOCTOR, WHICH WAS

12:16PM  5     DR. GERALD ASIN?

12:16PM  6     A.   CORRECT.

12:16PM  7     Q.   OKAY.  AND BEFORE THAT, YOU HAD NOT USED THERANOS BEFORE?

12:16PM  8     A.   NO, I HAD NOT.

12:16PM  9     Q.   AND THE BLOOD TEST THAT YOU ACTUALLY GOT, DID YOU GET THAT

12:16PM 10     AT A WALGREENS STORE?

12:16PM 11     A.   YES.

12:16PM 12     Q.   AND IT WAS A DRAW FROM YOUR VEIN IN YOUR ARM; IS THAT

12:16PM 13     RIGHT?

12:16PM 14     A.   CORRECT.

12:16PM 15     Q.   OKAY.  AND WHOSE IDEA WAS IT TO GET THE HIV TEST, YOU OR

12:16PM 16     DR. ASIN?

12:16PM 17     A.   OH, ME.

12:16PM 18     Q.   OKAY.  MS. TOMPKINS, LET'S JUST GO TO YOUR TEST RESULT FOR

12:16PM 19     A MINUTE.

12:16PM 20          SO THE GOVERNMENT SHOWED YOU EXHIBIT 5483.  AND IF YOU

12:17PM 21     COULD TURN TO THAT.  IT WILL ALSO BE ON THE SCREEN.  WHATEVER

12:17PM 22     YOUR PREFERENCE IS.

12:17PM 23          AND IF WE COULD LOOK AT PAGE 2 FOR STARTERS.

12:17PM 24          DO YOU SEE THAT SECTION THAT YOU REVIEWED WITH MR. BOSTIC

12:17PM 25     WHERE IT HAS THE FOUR RESULTS STARTING WITH HIV-1 PLUS 2 AB,

12:17PM 1    AND THEN CONTINUING WITH THE LAST ONE, HIV-1 RNA.

12:17PM 2        DO YOU SEE THAT?

12:17PM 3    A.   YES, I SEE THAT.

12:17PM 4    Q.   AND JUST SO WE UNDERSTAND IT, THESE RESULTS WERE ALL FROM

12:17PM 5    THAT ONE SINGLE VENOUS DRAW BLOOD TEST YOU HAD AT THE WALGREENS

12:17PM 6    STORE; RIGHT?

12:17PM 7    A.   YES, THEY WERE NOT MULTIPLE DRAWS THAT I RECALL.

12:17PM 8    Q.   RIGHT.

12:17PM 9    A.   UH-HUH.

12:17PM 10   Q.   THANK YOU.  IN OTHER WORDS, YOU DID NOT GO TO THERANOS

12:17PM 11   FOUR DIFFERENT TIMES TO GET THESE FOUR?

12:17PM 12   A.   NO, NO.

12:17PM 13   Q.   SO YOU GOT THESE RESULTS ALL AT ONCE; RIGHT?

12:17PM 14   A.   YES.

12:17PM 15   Q.   OKAY.  AND THE ONE THAT -- AND THEY WERE SENT TO YOUR

12:17PM 16   DOCTOR'S OFFICE; RIGHT?

12:17PM 17   A.   CORRECT.

12:17PM 18   Q.   AND THEN THE DOCTOR IN TURN REVIEWED THE RESULTS WITH YOU?

12:18PM 19   A.   YES.

12:18PM 20   Q.   OKAY.  SO YOU HAD THE DOCTOR TO TALK TO TO ASK ANY

12:18PM 21   QUESTIONS THAT YOU MIGHT WANT TO ASK; RIGHT?

12:18PM 22   A.   I MEAN, SORT OF.  I'M NOT QUITE SURE WHAT YOU MEAN BY

12:18PM 23   THAT.  I -- YES, HE'S A MEDICAL PROFESSIONAL, AND WE WERE BOTH

12:18PM 24   SURPRISED BY THE RESULTS.

12:18PM 25   Q.   RIGHT.  AND YOU HAD A CONVERSATION WITH HIM ABOUT THIS?

ER-4532

12:18PM  1    A.    YES.

12:18PM  2    Q.    OKAY.  AND IF YOU GO TO THE PAGE 3 OF THE DOCUMENT, YOU

12:18PM  3    SEE THERE'S A SENTENCE THERE, AND I WON'T READ THE WHOLE THING

12:18PM  4    OVER, OF COURSE MR. BOSTIC DID THAT, BUT THERE'S ONE SENTENCE

12:18PM  5    THAT SAYS NO LABORATORY EVIDENCE OF HIV-1 INFECTION.

12:18PM  6        DO YOU SEE THAT?

12:18PM  7    A.    YES, I DO.

12:18PM  8    Q.    SO THAT MEANS THAT GOOD, YOU DIDN'T HAVE HIV; RIGHT?

12:18PM  9            MR. BOSTIC:  OBJECTION.  FOUNDATION.

12:18PM 10            THE COURT:  SUSTAINED.

12:19PM 11    BY MR. COOPERSMITH:

12:19PM 12    Q.    WELL, IS THAT WHAT YOU UNDERSTOOD THAT YOUR LAB NOTES

12:19PM 13    SAID, NO EVIDENCE OF HIV-1 INFECTION?

12:19PM 14    A.    AT THE TIME, NO, I DON'T THINK I DID UNDERSTAND THAT

12:19PM 15    BECAUSE THE RESULTS SHOWED REACTIVE.

12:19PM 16    Q.    BUT YOU SEE THE LAB NOTE; RIGHT?

12:19PM 17    A.    I SEE THE LAB NOTE HERE, YES.

12:19PM 18    Q.    OKAY.  I WANT TO SHOW YOU A DIFFERENT EXHIBIT SO WE CAN

12:19PM 19    TRY TO UNDERSTAND THIS, AND IT'S EXHIBIT 206 -- I'M SORRY --

12:19PM 20    20683.  I'M GOING TO HAVE TO HAND YOU A BINDER BECAUSE IT'S NOT

12:19PM 21    IN THE ONE YOU HAVE.

12:19PM 22    A.    OH, OKAY.

12:19PM 23            MR. COOPERSMITH:  MAY I APPROACH, YOUR HONOR?

12:19PM 24            THE COURT:  YES.

12:19PM 25            MR. COOPERSMITH:  (HANDING.)

12:20PM    1          THE COURT:  WOULD YOU STATE THE NUMBER AGAIN,

12:20PM    2     PLEASE.

12:20PM    3          MR. COOPERSMITH:  YES, YOUR HONOR.

12:20PM    4       IT'S 20683.  20683.

12:20PM    5       YOUR HONOR, PURSUANT TO OUR DISCUSSION, WE ARE OFFERING

12:20PM    6     THE ADMISSION OF PAGES 1 AND 9 OF THE DOCUMENT.

12:20PM    7          AND I BELIEVE WITHOUT OBJECTION IN THAT REGARD.

12:20PM    8          MR. BOSTIC:  NO OBJECTION, YOUR HONOR.

12:20PM    9          THE COURT:  ALL RIGHT.  THOSE PAGES ARE ADMITTED,

12:21PM   10     AND THEY MAY BE PUBLISHED.

12:21PM   11       (DEFENDANT'S EXHIBIT 20683, PAGES 1 AND 9, WAS RECEIVED IN

12:21PM   12     EVIDENCE.)

12:21PM   13     BY MR. COOPERSMITH:

12:21PM   14     Q.  OKAY.  LET'S START WITH PAGE 1.

12:21PM   15       DO YOU SEE ON PAGE 1 THIS DOCUMENT IS CALLED LABORATORY

12:21PM   16     TESTING FOR THE DIAGNOSIS OF HIV INFECTION; RIGHT?

12:21PM   17     A.  YES.

12:21PM   18     Q.  AND THEN AT THE VERY BOTTOM, IF WE JUST BLOW THAT UP, YOU

12:21PM   19     SEE THIS IS SOMETHING THAT IS PUBLISHED BY THE CENTERS FOR

12:21PM   20     DISEASE CONTROL AND PREVENTION.

12:21PM   21       DO YOU SEE THAT?

12:21PM   22     A.  YES, I DO.

12:21PM   23     Q.  AND DO YOU UNDERSTAND THAT THAT IS A FEDERAL AGENCY THAT

12:21PM   24     WORKS ON INFECTIOUS DISEASE IN THE UNITED STATES?

12:21PM   25     A.  YES, I DO.

12:21PM  1      Q.   OKAY.  LET'S TURN TO PAGE 9.

12:21PM  2           DO YOU SEE THERE THAT THERE'S A DIAGRAM?

12:21PM  3      A.   YES, I SEE IT.

12:21PM  4      Q.   AND THEN THE DIAGRAM IS HEADED "RECOMMENDED LABORATORY HIV

12:21PM  5      TESTING ALGORITHM FOR SERUM OR PLASMA SPECIMENS"?

12:21PM  6      A.   YES, I SEE THAT.

12:21PM  7      Q.   OKAY.  SO IN THE CDC DIAGRAM, YOU SEE AT THE TOP IT STARTS

12:22PM  8      OUT WITH "HIV-1/2 ANTIGEN/ANTIBODY COMBINATION IMMUNOASSAY."

12:22PM  9           DO YOU SEE THAT?

12:22PM  10     A.   YES.

12:22PM  11     Q.   OKAY.  AND MR. TIEDEMANN, CAN YOU PUT ON THE SCREEN THE

12:22PM  12     PREVIOUS EXHIBIT WE WERE LOOKING AT, WHICH IS 5483, AND IN

12:22PM  13     PARTICULAR PAGE 2.

12:22PM  14          AND THEN IF WE CAN BLOW UP THE RESULTS FOR THOSE FOUR

12:22PM  15     RESULTS IN THE MIDDLE.

12:22PM  16          THANK YOU.  ALL RIGHT.

12:22PM  17          SO COMPARING THE TWO DOCUMENTS, DO YOU SEE THAT "HIV-1/2

12:22PM  18     ANTIGEN/ANTIBODY COMBINATION IMMUNOASSAY," YOU SEE THAT ON THE

12:22PM  19     LEFT-HAND SIDE?

12:22PM  20     A.   YES.

12:22PM  21     Q.   AND THEN THAT'S FROM THE CENTERS FOR DISEASE CONTROL

12:22PM  22     PUBLICATION; RIGHT?

12:23PM  23          AND THEN ON THE RIGHT-HAND SIDE IS YOUR TEST RESULT AND IT

12:23PM  24     SAYS HIV-1 PLUS 2 AB.

12:23PM  25          DO YOU SEE THAT?

12:23PM 1    A.   YES, I DO SEE THAT.

12:23PM 2    Q.   OKAY.  AND THAT'S THE ONE THAT SAID REACTIVE; RIGHT?

12:23PM 3    A.   CORRECT.

12:23PM 4    Q.   OKAY.  AND THEN IF YOU GO BACK TO THE LEFT-HAND SIDE, THE

12:23PM 5    CDC PUBLICATION, DO YOU SEE THAT IT SAYS THERE'S TWO CHOICES,

12:23PM 6    EITHER PLUS OR MINUS.

12:23PM 7         DO YOU SEE THAT?

12:23PM 8    A.   YES.

12:23PM 9    Q.   AND IF IT'S MINUS, THEN IT SAYS BELOW THAT, NEGATIVE FOR

12:23PM 10   HIV-1 AND HIV-2 ANTIBODIES AND P24 AB.

12:23PM 11        DO YOU SEE THAT?

12:23PM 12   A.   YES.

12:23PM 13   Q.   AND THEN ON THE LEFT SIDE OF THE PLUS OR MINUS, IT ALSO

12:23PM 14   HAS A PLUS OPTION.

12:23PM 15        DO YOU SEE THAT?

12:23PM 16   A.   YES, I SEE THAT.

12:23PM 17   Q.   AND THEN IF YOU GO DOWN BELOW THE PLUS OPTION, THERE ARE

12:24PM 18   OTHER THINGS THAT WOULD HAVE TO BE DONE IN THAT EVENT; RIGHT?

12:24PM 19   A.   UH-HUH.

12:24PM 20   Q.   AND THEN THE NEXT THING THAT HAPPENS ON THE CDC FLOW CHART

12:24PM 21   IS "HIV-1/HIV-2 ANTIBODY DIFFERENTIATION IMMUNOASSAY."

12:24PM 22        DO YOU SEE THAT?

12:24PM 23   A.   YES, I DO.

12:24PM 24   Q.   OKAY.  AND THEN IF YOU GO TO YOUR PATIENT RESULTS ON THE

12:24PM 25   RIGHT SIDE, YOU SEE THERE ARE TWO ADDITIONAL TESTS THAT ARE THE

TOMPKINS CROSS BY MR. COOPERSMITH                    5998

12:24PM   1    SECOND AND THIRD TESTS, HIV-1 AB.

12:24PM   2         DO YOU SEE THAT?

12:24PM   3    A.   YES.

12:24PM   4    Q.   AND THEN SEPARATELY HIV-2 AB.

12:24PM   5         DO YOU SEE THAT?

12:24PM   6    A.   YES, I DO.

12:24PM   7    Q.   AND THE RESULT FOR BOTH OF THOSE IS NONREACTIVE?

12:24PM   8    A.   THAT'S CORRECT.

12:24PM   9    Q.   OKAY.  LET'S GO BACK TO THE OTHER SIDE CDC PUBLICATION,

12:24PM  10    AND YOU SEE WHAT THE CDC PROTOCOL IS FOR VARIOUS SCENARIOS

12:24PM  11    DEPENDING ON WHAT HAPPENS WITH THE HIV-1 AND THE HIV-2 TESTS.

12:24PM  12         SO THE FIRST EXAMPLE ON THE LEFT SIDE IS HIV-1 IS POSITIVE

12:25PM  13    AND HIV-2 IS NEGATIVE; RIGHT?

12:25PM  14    A.   YES, I SEE THAT.

12:25PM  15    Q.   AND THEN GOING TO THE RIGHT, IT SAYS HIV-1 IS NEGATIVE AND

12:25PM  16    HIV-2 IS POSITIVE.

12:25PM  17         DO YOU SEE THAT?

12:25PM  18    A.   YES, I SEE THAT.

12:25PM  19    Q.   AND ANOTHER SCENARIO IS BOTH WOULD BE POSITIVE; RIGHT?

12:25PM  20    A.   CORRECT.

12:25PM  21    Q.   RIGHT.  AND THEN THE FOURTH SCENARIO ON THE LINE THAT

12:25PM  22    WE'RE LOOKING AT IS HIV-1 IS NEGATIVE OR INDETERMINATE AND

12:25PM  23    HIV-2 IS NEGATIVE.

12:25PM  24         DO YOU SEE THAT?

12:25PM  25    A.   YES.

ER-4537

12:25PM  1      Q.   AND IF WE GO TO YOUR PATIENT RESULTS, BOTH OF YOUR HIV-1

12:25PM  2      AND HIV-2 AB RESULTS WERE NONREACTIVE; RIGHT?

12:25PM  3      A.   CORRECT.

12:25PM  4      Q.   AND THEN IF WE GO BACK TO THE LEFT-HAND SIDE, THE CDC

12:26PM  5      PROTOCOL, YOU SEE BELOW THE BOTH NEGATIVE LINE THAT WE WERE

12:26PM  6      JUST LOOKING AT THAT THERE'S ANOTHER STEP, WHICH IS THE HIV-1

12:26PM  7      NAT.

12:26PM  8          DO YOU SEE THAT?

12:26PM  9      A.   YES, AND I DON'T KNOW WHAT THAT IS BECAUSE IT'S NOWHERE --

12:26PM  10     Q.   RIGHT.  SO IF WE GO TO THE LEFT-HAND SIDE OF THE SAME BOX,

12:26PM  11     AT THE VERY BOTTOM DO YOU SEE THERE'S A NOTATION THAT SAYS NAT?

12:26PM  12     A.   OH, GOT IT.

12:26PM  13     Q.   AND WHAT DOES IT SAY AFTER THAT?

12:26PM  14     A.   NUCLEIC ACID TEST, AND SO OF COURSE THAT'S WHAT NAT IS.

12:26PM  15     Q.   RIGHT.

12:26PM  16     A.   SORRY.  IT TOOK ME A MOMENT.

12:26PM  17     Q.   NO PROBLEM.

12:26PM  18          AND THEN AFTER THAT TEST, IF WE GO TO THE RIGHT-HAND SIDE,

12:26PM  19     HIV-1 NAT -- I'M SORRY, ON THE CDC CHART -- WELL, OKAY, LET'S

12:26PM  20     GO TO YOUR PATIENT RESULT.

12:26PM  21          DO YOU SEE THERE'S AN HIV-1 RNA RESULT?

12:26PM  22     A.   YES, I DO.

12:26PM  23     Q.   AND THAT'S NOT DETECTED; RIGHT?

12:26PM  24     A.   CORRECT.

12:26PM  25     Q.   AND YOU UNDERSTAND THAT'S A -- I THINK YOU SAID YOU

TOMPKINS CROSS BY MR. COOPERSMITH                                    6000

12:27PM   1    UNDERSTOOD WHAT RNA WAS?

12:27PM   2    A.   YES, I UNDERSTAND WHAT RNA IS.

12:27PM   3    Q.   YES.  AND THAT'S BASICALLY LIKE A PCR TEST.

12:27PM   4         ARE YOU FAMILIAR WITH THAT TERM?

12:27PM   5    A.   PCR?  NO, I DON'T BELIEVE SO.

12:27PM   6    Q.   OKAY.  ARE YOU FAMILIAR WITH COVID PROTOCOLS THAT WE'VE

12:27PM   7    ALL BEEN UNFORTUNATELY GOING THROUGH?

12:27PM   8    A.   YES.

12:27PM   9    Q.   AND ARE YOU FAMILIAR WITH THE FAST RAPID TEST?

12:27PM  10    A.   YES, I AM.

12:27PM  11    Q.   AND ARE YOU FAMILIAR WITH THE CONFIRMATORY TEST THAT YOU

12:27PM  12    CAN DO AND WAIT A DAY OR SO FOR?

12:27PM  13    A.   YES, YES.

12:27PM  14    Q.   AND DO YOU UNDERSTAND THAT THAT CONFIRMATORY TEST IS A PCR

12:27PM  15    OR NUCLEIC ACID TEST?

12:27PM  16    A.   NO.

12:27PM  17    Q.   YOU DON'T KNOW THAT?

12:27PM  18    A.   NO, I DON'T KNOW THAT.

12:27PM  19    Q.   OKAY.  THAT'S FINE.

12:27PM  20         ANYWAY, YOU SEE THAT, GOING TO THE LEFT-HAND SIDE, THE CDC

12:27PM  21    PROTOCOL, THEN IT HAS AFTER THE HIV-1 NUCLEIC ACID TEST, NAT,

12:27PM  22    THEN IT HAS TWO CHOICES, RIGHT, HIV-1 NAT POSITIVE, OR HIV-1

12:28PM  23    NAT NEGATIVE.

12:28PM  24         AND MR. TIEDEMANN, IF YOU CAN HIGHLIGHT THAT.

12:28PM  25         THOSE ARE THE TWO CHOICES; RIGHT?

ER-4539

12:28PM  1    A.   CORRECT.

12:28PM  2    Q.   RIGHT.

12:28PM  3    A.   YES.

12:28PM  4    Q.   AND THEN IF IT'S HIV-1 NAT NEGATIVE, THEN THE FINAL THING

12:28PM  5    THERE IS NEGATIVE FOR HIV-1.

12:28PM  6         DO YOU SEE THAT?

12:28PM  7    A.   I DO.

12:28PM  8    Q.   OKAY.  WOULD YOU EXPECT YOUR DOCTOR TO BE FAMILIAR WITH

12:28PM  9    THE CENTER FOR DISEASE CONTROL PROTOCOL?

12:28PM  10           MR. BOSTIC:  OBJECTION.  CALLS FOR SPECULATION.

12:28PM  11   401.  403.

12:28PM  12           THE COURT:  IT DOES CALL FOR SPECULATION, DOESN'T

12:28PM  13   IT?

12:28PM  14           MR. COOPERSMITH:  OKAY.  I'LL ASK A DIFFERENT

12:28PM  15   QUESTION, YOUR HONOR.

12:28PM  16   Q.   MS. TOMPKINS, DO YOU KNOW IF DR. ASIN IS FAMILIAR WITH THE

12:28PM  17   CDC PROTOCOLS?

12:28PM  18           MR. BOSTIC:  401, 403, YOUR HONOR.

12:28PM  19           THE COURT:  UNLESS YOU LAY A FOUNDATION.

12:29PM  20           MR. COOPERSMITH:  I'M JUST ASKING HER PERSONAL

12:29PM  21   KNOWLEDGE.

12:29PM  22           THE COURT:  RIGHT.  UNLESS YOU LAY A FOUNDATION FOR

12:29PM  23   THE 401 OBJECTION.

12:29PM  24   BY MR. COOPERSMITH:

12:29PM  25   Q.   SURE.  AS FAR AS YOU KNOW, IS DR. ASIN A MEDICAL DOCTOR?

TOMPKINS CROSS BY MR. COOPERSMITH                                    6002

12:29PM   1      A.   YES.

12:29PM   2      Q.   OKAY.  YOU'RE CONFIDENT IN THAT?

12:29PM   3      A.   YES.

12:29PM   4      Q.   AND DO YOU UNDERSTAND THAT -- WELL, IN FACT, YOU GOT YOUR

12:29PM   5      HIV TEST THROUGH DR. ASIN; RIGHT?

12:29PM   6      A.   YES, I DID.

12:29PM   7      Q.   AND YOU HAD A CONVERSATION WITH HIM ABOUT THOSE; RIGHT?

12:29PM   8      A.   I DID.

12:29PM   9      Q.   OKAY.  NOW, YOU ALSO SAID ON DIRECT THAT YOU HAD A COUPLE

12:29PM  10      OF CONVERSATIONS WITH PEOPLE AT THERANOS; IS THAT RIGHT?

12:29PM  11      A.   I BELIEVE I HAD TWO, AND THEN I DIDN'T REMEMBER THE SECOND

12:29PM  12      ONE INITIALLY, BUT I DO BELIEVE I HAD TWO.

12:29PM  13      Q.   THANK YOU.

12:29PM  14           I WANT TO SHOW YOU AN EXHIBIT.  IT'S GOING TO BE IN THE

12:29PM  15      BINDER THAT I HANDED YOU, MS. TOMPKINS.

12:29PM  16      A.   UH-HUH.

12:29PM  17      Q.   AND THAT'S EXHIBIT 14259.

12:30PM  18      A.   DID YOU SAY 14?

12:30PM  19      Q.   YES.  SORRY.  IT'S EXHIBIT 14259.

12:30PM  20      A.   OH, OKAY.

12:30PM  21      Q.   AND DO YOU SEE THAT THIS IS AN EMAIL STRING FROM MAY 12TH

12:30PM  22      OF 2015?

12:30PM  23      A.   YES, I DO.

12:30PM  24      Q.   AND YOU'RE NOT ON THESE EMAILS; RIGHT?

12:30PM  25      A.   NO, I AM NOT.

12:30PM  1          MR. COOPERSMITH:  YOUR HONOR, WE OFFER EXHIBIT 14259

12:30PM  2  FOR THE FOLLOWING REASONS:  THE BATES NUMBER IS PART OF THE

12:30PM  3  STIPULATION WITH THE GOVERNMENT ON AUTHENTICITY AND WE OFFER IT

12:30PM  4  UNDER THE BUSINESS RECORDS EXCEPTION; 803(6) IN THAT FOUNDATION

12:30PM  5  HAS BEEN PREVIOUSLY LAID FOR EXACTLY THIS TYPE OF INTERNAL

12:31PM  6  EMAIL.

12:31PM  7          IN FACT, WITH THE PREVIOUS WITNESS, WE SAW AN INTERNAL

12:31PM  8  EMAIL LIKE THIS.

12:31PM  9          SO WE WOULD OFFER IT FOR THOSE REASONS.

12:31PM 10          MR. BOSTIC:  SO, YOUR HONOR, I WOULD OBJECT UNDER

12:31PM 11  HEARSAY, 801.  THERE ARE A COUPLE OF LAYERS OF HEARSAY HERE.  I

12:31PM 12  DON'T AGREE THE FOUNDATION HAS BEEN LAID.

12:31PM 13          THE COURT:  SO AUTHENTICITY HAS BEEN STIPULATED TO?

12:31PM 14          MR. BOSTIC:  CORRECT, YOUR HONOR.

12:31PM 15          THE COURT:  RIGHT.  SO THE REMAINING BASIS FOR

12:31PM 16  803(6), DID YOU WANT TO GO THROUGH THAT?  HOW DO YOU PROPOSE TO

12:31PM 17  DEAL WITH THAT?

12:31PM 18          MR. COOPERSMITH:  YES, YOUR HONOR.  SO TWO

12:31PM 19  POSSIBILITIES.

12:31PM 20          THIS WITNESS, MS. TOMPKINS, SHE DIDN'T WORK AT THERANOS,

12:31PM 21  SO SHE'S NOT GOING TO HAVE ANY KNOWLEDGE OF THE INTERNAL EMAILS

12:31PM 22  OF THERANOS, RIGHT.  I'M CONFIDENT OF THAT.

12:31PM 23          HOWEVER, WE THINK THAT, THROUGH THE PREVIOUS WITNESSES

12:31PM 24  THAT THE COURT HAS SEEN OVER THE COURSE OF THIS TRIAL, OVER AND

12:32PM 25  OVER AGAIN WE HAVE BEEN LAYING FOUNDATION FOR EXACTLY THIS TYPE

12:32PM  1    OF INTERNAL EMAIL DISCUSSING A PATIENT RESULT OR ADDRESSING

12:32PM  2    OTHER MATTERS WITHIN THE LABORATORY AT THERANOS.

12:32PM  3         SO WE THINK THAT'S ADEQUATE FOUNDATION UNDER 803(6).

12:32PM  4         IF FOR ANY REASON YOUR HONOR DOESN'T AGREE WITH THAT, WE

12:32PM  5    WOULD ALSO OFFER IT FOR A NONHEARSAY PURPOSE, NOTICE TO

12:32PM  6    MR. BALWANI OF THE MANNER IN WHICH THIS PARTICULAR MATTER WITH

12:32PM  7    MS. TOMPKINS WAS HANDLED, BECAUSE AS YOU CAN SEE, MR. BALWANI

12:32PM  8    IS ON THE EMAIL STRING.

12:32PM  9              THE COURT:  MR. BOSTIC.

12:32PM 10              MR. BOSTIC:  IT'S HEARSAY.  IT'S NOT JUST THIS

12:32PM 11    EMAIL.  THE EMAIL REFLECTS MULTIPLE CONVERSATIONS, AGAIN,

12:32PM 12    OUTSIDE OF COURT, INCLUDING BY INDIVIDUALS WHO ARE NOT

12:32PM 13    WITNESSES IN THIS CASE.

12:33PM 14         AND AS TO NOTICE, I DON'T THINK THAT MR. BALWANI'S NOTICE

12:33PM 15    OF THIS SPECIFIC INTERACTION IS RELEVANT UNDER 401.

12:33PM 16              THE COURT:  WELL, I HAD THAT THOUGHT AS WELL.

12:33PM 17         DO YOU WANT TO REDACT SOME OF THIS?  IT SEEMS LIKE THERE'S

12:33PM 18    MULTIPLE HEARSAY HERE.

12:33PM 19         IF YOU WANT TO ATTEMPT TO DO THAT, YOU CAN ASK OTHER

12:33PM 20    QUESTIONS WHILE YOU ATTEMPT TO DO THAT.

12:33PM 21              MR. COOPERSMITH:  YOUR HONOR, I CAN DO THAT.

12:33PM 22         I WOULD JUST SAY, THOUGH, THAT I THINK WE HAVE SEEN A

12:33PM 23    PLETHORA OF EXHIBITS WITH THE SAME MULTIPLE HEARSAY.  THAT'S

12:33PM 24    THE ESSENCE OF A BUSINESS RECORD.

12:33PM 25         AND I THINK THERE'S BEEN, INCLUDING WITH THE PREVIOUS

12:33PM   1      WITNESS, LOTS OF THESE DOCUMENTS THAT REFLECT INTERNAL

12:33PM   2      CONVERSATIONS.

12:33PM   3          BUT ON THE NOTICE ISSUE, IF I CAN QUICKLY ADDRESS THAT,

12:33PM   4      EVEN IF WE ENTER IT FOR THAT NONHEARSAY PURPOSE, I THINK THAT

12:33PM   5      THE NOTICE -- JUST TO BE VERY SPECIFIC, THIS IS THE GOVERNMENT

12:33PM   6      ARGUING THIS PARTICULAR ISSUE WITH MS. TOMPKINS'S HIV TEST, AND

12:33PM   7      THIS WOULD BE NOTICE TO MR. BALWANI OF SPECIFICALLY HOW THIS

12:33PM   8      VERY ISSUE WITH MS. TOMPKINS'S TEST WAS HANDLED AND HOW IT

12:34PM   9      SHOULD BE HANDLED BASED ON PEOPLE IN THE LAB TELLING HIM WHAT

12:34PM  10      THEY THOUGHT.

12:34PM  11          SO THAT IS, IN OUR VIEW, CLASSIC NOTICE TO MR. BALWANI.

12:34PM  12      EVEN IF IT CAN'T COME IN UNDER 801(3)(6), IT WOULD BE FOR THAT

12:34PM  13      NOTICE PURPOSE.

12:34PM  14              THE COURT:  I THINK THERE'S STILL SOME REDACTIONS

12:34PM  15      THAT NEED TO BE COMPLETED, AND MAYBE THAT LITTLE PARAGRAPH IS

12:34PM  16      SOMETHING THAT YOU SHOULD LOOK AT.

12:34PM  17          BUT IF YOU CAN ASK ANOTHER QUESTION WHILE YOU LOOK AT

12:34PM  18      THIS --

12:34PM  19              MR. COOPERSMITH:  WELL, YOUR HONOR, IF THE CONCERN

12:34PM  20      IS THE SECOND EMAIL IN THE STRING, WAS THAT THE COURT'S

12:34PM  21      CONCERN?

12:34PM  22              THE COURT:  FROM MR. FLOREY, IS THAT IT?

12:34PM  23              MR. COOPERSMITH:  WELL, OKAY.  YOU'RE TALKING ABOUT

12:34PM  24      THE EMAIL FROM MR. FLOREY?

12:34PM  25              THE COURT:  YES.

12:34PM 1          MR. COOPERSMITH:  OKAY.

12:34PM 2      IF THE COURT WANTS TO REDACT THAT EMAIL, IT'S NOT MY

12:34PM 3  PREFERENCE, YOUR HONOR.  I THINK IT'S ADMISSIBLE FOR THE

12:34PM 4  PURPOSES THAT I GAVE.  BUT IF THAT'S THE COURT'S RULING, THEN

12:34PM 5  WE WOULD REDACT THAT EMAIL.

12:35PM 6          THE COURT:  IF THAT'S REDACTED, THEN I'LL ADMIT THIS

12:35PM 7  FOR NOTICE ONLY --

12:35PM 8          MR. COOPERSMITH:  OKAY.

12:35PM 9          THE COURT:  -- NOTICE TO YOUR CLIENT.  NOT FOR THE

12:35PM 10 TRUTH OF THE MATTER ASSERTED.

12:35PM 11         MR. COOPERSMITH:  OKAY.

12:35PM 12     AND I MIGHT ASK HER A QUESTION, NOT FROM THE DOCUMENT,

12:35PM 13 ABOUT THE MATTERS DISCUSSED IN THAT EMAIL THAT'S GOING TO BE

12:35PM 14 REDACTED.

12:35PM 15     BUT I UNDERSTAND THE DOCUMENT WILL BE ADMITTED WITHOUT

12:35PM 16 THAT PORTION.

12:35PM 17         THE COURT:  OKAY.

12:35PM 18         MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

12:35PM 19     SO MAY WE PUBLISH THE REDACTED VERSION?

12:35PM 20         THE COURT:  YES.

12:35PM 21         MR. COOPERSMITH:  AND ARE WE CLEAR ON WHAT IS GOING

12:35PM 22 TO BE REDACTED?

12:35PM 23     (DEFENDANT'S EXHIBIT 14259, REDACTED, WAS RECEIVED IN

12:35PM 24 EVIDENCE.)

12:35PM 25  BY MR. COOPERSMITH:

TOMPKINS CROSS BY MR. COOPERSMITH                          6007

12:35PM    1     Q.   OKAY.  NOW CAN YOU SEE THE EXHIBIT ON YOUR SCREEN,

12:35PM    2     MS. TOMPKINS?

12:35PM    3     A.   YES, I CAN.

12:35PM    4     Q.   SO LET'S GO TO THE VERY BOTTOM EMAIL THAT IS ON YOUR

12:35PM    5     SCREEN.  AND THAT'S FROM LAUREN TSUGAWA.

12:36PM    6          DO YOU SEE THAT?

12:36PM    7     A.   YES, I SEE IT.

12:36PM    8     Q.   AND SHE WRITES, "I JUST SPOKE WITH GUEST," AND YOU CAN

12:36PM    9     JUST MAKE OUT THE E AND THE T.

12:36PM   10          DO YOU SEE THAT?

12:36PM   11     A.   YES, I SEE THAT.

12:36PM   12     Q.   AND THAT'S YOUR INITIALS, E.T.?

12:36PM   13     A.   THOSE ARE MY INITIALS, YES.

12:36PM   14     Q.   OKAY.  AND THEN IT HAS AN ACC NUMBER.

12:36PM   15          AND IT GOES ON TO SAY, "SHE WANTS A CALL BACK TO EXPLAIN

12:36PM   16     WHY SHE TESTED NON-REACTIVE FOR HIV-1 AND 2, AND NOT DETECTED

12:36PM   17     FOR HIV-1 RNA BUT REACTIVE FOR HIV-1 PLUS 2.  SHE SAID SHE

12:36PM   18     ALREADY CALLED DR. ASIN AND HE TOLD HER TO CALL US."

12:36PM   19          DO YOU SEE THAT?

12:36PM   20     A.   YES, I DO SEE THAT.

12:36PM   21     Q.   SO, IN FACT, YOU DID HAVE THIS INITIAL CONVERSATION WITH A

12:36PM   22     CUSTOMER SERVICE REPRESENTATIVE?

12:36PM   23     A.   YES, I DID.

12:36PM   24     Q.   AND YOU MAY NOT REMEMBER THE NAME, BUT IT APPEARS THAT'S

12:36PM   25     LAUREN TSUGAWA; IS THAT RIGHT?

12:36PM   1    A.   I DON'T REMEMBER THE NAME OF THE PERSON I HAD THAT

12:36PM   2    CONVERSATION WITH, I'M SORRY.

12:36PM   3    Q.   TOTALLY UNDERSTANDABLE.

12:36PM   4         NOW, AFTER THAT, THOUGH, AS YOU CAN SEE FROM THIS EMAIL,

12:37PM   5    IT SAYS YOU WANTED A CALL BACK, AND IN FACT, YOU DID WANT A

12:37PM   6    CALL BACK; IS THAT RIGHT?

12:37PM   7    A.   YES.

12:37PM   8    Q.   AND THEN YOU HAD ANOTHER CONVERSATION WITH ANOTHER PERSON

12:37PM   9    THEN AT THERANOS; IS THAT RIGHT?

12:37PM  10    A.   APPARENTLY, YES.

12:37PM  11    Q.   AND YOU CAN'T REMEMBER WHO THAT WAS EITHER; RIGHT?

12:37PM  12    A.   NO.  I DON'T REMEMBER THE PERSON'S NAME.  I REMEMBER JUST

12:37PM  13    NOW THAT IT HAPPENED.

12:37PM  14    Q.   OKAY.  AND YOU ALSO CAN'T REMEMBER IF THE PERSON WHO YOU

12:37PM  15    SPOKE TO THE SECOND TIME WAS A MEDICAL PROFESSIONAL OR ANOTHER

12:37PM  16    CUSTOMER SERVICE REPRESENTATIVE?

12:37PM  17    A.   CORRECT.

12:37PM  18    Q.   OKAY.  IF YOU JUST THINK ABOUT THAT CALL AS BEST YOU CAN,

12:37PM  19    I KNOW IT'S SOME YEARS AGO, DO YOU REMEMBER GOING OVER THE CDC

12:37PM  20    PROTOCOL WITH THE PERSON ON THE PHONE?

12:37PM  21    A.   I REMEMBER MENTION -- LIKE, I REMEMBER HEARING A MENTION

12:37PM  22    OF IT.  I DON'T KNOW THAT THE TERM "CDC PROTOCOL" WAS ACTUALLY

12:37PM  23    USED, BUT THE PERSON DID TRY TO EXPLAIN TO ME, LIKE, HOW THE

12:38PM  24    TEST WORKS ESSENTIALLY.

12:38PM  25    Q.   OKAY.  THANK YOU, MS. TOMPKINS.

ER-4547

12:38PM 1        I'M SORRY.  WERE YOU FINISHED WITH YOUR ANSWER?  I

12:38PM 2    DIDN'T --

12:38PM 3    A.   THAT'S THE BEST I CAN RECALL.

12:38PM 4    Q.   OKAY.  THANK YOU.

12:38PM 5        SO LET'S LOOK AT THE EMAIL ABOVE THE ONE THAT HAS BEEN

12:38PM 6    REDACTED.

12:38PM 7        AND THEN THERE'S AN EMAIL FROM MR. BALWANI.  AND HE

12:38PM 8    WRITES, "WE SHOULD POINT TO HER PHYSICIAN.  WE SHOULDN'T TRY TO

12:38PM 9    ANSWER THIS QUESTION FOR HER..."

12:38PM 10       DO YOU SEE THAT?

12:38PM 11   A.   OH, THAT'S THE ONE FROM MR. BALWANI.

12:38PM 12   Q.   YES.

12:38PM 13   A.   YES, I SEE THAT.

12:38PM 14   Q.   AND YOU ACTUALLY HAD A PHYSICIAN; RIGHT?

12:38PM 15   A.   YES, WITH WHOM I HAD ALREADY SPOKEN.

12:38PM 16   Q.   RIGHT.  THAT'S DR. ASIN?

12:38PM 17   A.   YES.

12:38PM 18   Q.   AND ABOVE THAT THERE'S AN EMAIL FROM MICAH NIES.

12:38PM 19       DO YOU SEE THAT?

12:38PM 20   A.   I'M TRYING TO FIND IT.  THERE WE GO, YES.

12:39PM 21   Q.   AND THEN THAT'S TO MR. BALWANI AND OTHERS.

12:39PM 22       DO YOU SEE THAT?

12:39PM 23   A.   YES, I DO.

12:39PM 24   Q.   AND THAT MICAH SAYS, "AGREED.  THIS IS REALLY A

12:39PM 25   CONVERSATION BETWEEN HER AND HER PHYSICIAN TO ENSURE THAT SHE

12:39PM   1        IS FULLY INFORMED ABOUT TESTING AND HER OPTIONS."

12:39PM   2             DO YOU SEE THAT?

12:39PM   3        A.   YES, I DO.

12:39PM   4        Q.   AND THIS SAYS, "THE CLS" -- JUST STOPPING THERE, DO YOU

12:39PM   5        HAVE ANY UNDERSTANDING THAT THAT MEANS CLINICAL LAB SCIENTIST?

12:39PM   6        A.   I DO NOW.

12:39PM   7        Q.   BECAUSE I JUST TOLD YOU THAT?

12:39PM   8        A.   YES.

12:39PM   9        Q.   OKAY.  AND THEN IT SAYS, "AND/OR DANIEL CAN SUPPORT THE

12:39PM  10        PHYSICIAN TO SUPPORT HIS PATIENT."

12:39PM  11             DO YOU SEE THAT?

12:39PM  12        A.   I DO SEE THAT.

12:39PM  13        Q.   OKAY.  YOU CAN PUT THAT EXHIBIT ASIDE, OR -- YES, WE'LL

12:39PM  14        TAKE IT OFF THE SCREEN.

12:39PM  15             OKAY.  THE GOVERNMENT ASKED YOU ABOUT ANOTHER EXHIBIT.  I

12:39PM  16        BELIEVE IT WAS 5484.

12:39PM  17             IF YOU CAN FIND THAT --

12:40PM  18        A.   I HAVE IT.

12:40PM  19        Q.   YOU HAVE THAT?  GREAT.

12:40PM  20             EXHIBIT 5484 IS THE TEST THAT YOU HAD IN AUGUST OF 2021;

12:40PM  21        IS THAT RIGHT?

12:40PM  22        A.   YES.

12:40PM  23        Q.   AND YOU WENT TO GET THIS TEST AT THE CONTRA COSTA HEALTH

12:40PM  24        SERVICES LAB?

12:40PM  25        A.   THAT'S CORRECT, YES.

TOMPKINS CROSS BY MR. COOPERSMITH                              6011

12:40PM  1    Q.   AND YOU GOT A RECOMMENDATION TO GO TO THAT LAB BY A

12:40PM  2    GOVERNMENT FBI AGENT; IS THAT RIGHT?

12:40PM  3    A.   I REQUESTED HELP FINDING A LOCATION TO GET ANOTHER TEST

12:40PM  4    DONE.

12:40PM  5    Q.   OKAY.

12:40PM  6    A.   I WAS NOT TOLD DO THIS.  I ASKED FOR HELP AND SHE AGREED

12:40PM  7    TO LOOK FOR ME.

12:40PM  8    Q.   RIGHT.  AND SHE RECOMMENDED THAT THAT'S ONE OF THE PLACES

12:40PM  9    YOU COULD GO GET THE TEST?

12:40PM  10   A.   YES.

12:40PM  11   Q.   AND THAT WAS A FEMALE FBI AGENT?

12:40PM  12   A.   YES.

12:40PM  13   Q.   AND THE REASON YOU WANTED TO DO THAT WAS BECAUSE YOU

12:40PM  14   WANTED TO HAVE ANOTHER PIECE OF EVIDENCE FOR THIS CASE?

12:40PM  15   A.   A RECENT, YEAH, A RECENT TEST.

12:40PM  16   Q.   OKAY.  IF YOU LOOK AT THIS, THIS WAS A TEST THAT WAS DONE

12:40PM  17   WITH A SWAB ON YOUR CHEEK; IS THAT RIGHT?

12:41PM  18   A.   THAT'S CORRECT.

12:41PM  19   Q.   AND IT LOOKS LIKE IT SAYS WHAT THE MECHANISM IS.

12:41PM  20        DO YOU SEE IN THE FIRST PARAGRAPH AFTER YOUR NAME AND

12:41PM  21   OTHER INFORMATION, IT SAYS THAT IT WAS PERFORMED USING THE

12:41PM  22   ALERE DETERMINED HIV RAPID TEST KIT.

12:41PM  23        DO YOU SEE THAT?

12:41PM  24   A.   I DO SEE THAT.

12:41PM  25   Q.   OKAY.  AND THEN IF YOU GO DOWN, DO YOU SEE WHERE IT SAYS

12:41PM  1    NEGATIVE?

12:41PM  2    A.    YES.

12:41PM  3    Q.    AND THEN IT READS, "EVIDENCE OF HIV ANTIGEN OR ANTIBODY

12:41PM  4    WERE NOT DETECTED."

12:41PM  5          RIGHT?

12:41PM  6    A.    YES, I SEE THAT.

12:41PM  7    Q.    AND THEN "A NEGATIVE TEST RESULT ONLY REFLECTS THE HIV

12:41PM  8    ANTIGEN/ANTIBODY STATUS ON THE DATE THAT THE SPECIMEN WAS

12:41PM  9    OBTAINED FROM THE ABOVE-NAMED PERSON."

12:41PM 10          DO YOU SEE THAT?

12:41PM 11    A.    YES, I DO.

12:41PM 12    Q.    AND THAT WOULD HAVE BEEN AUGUST 10TH, 2021?

12:41PM 13    A.    THAT'S CORRECT.

12:41PM 14    Q.    AND THIS WOULD HAVE BEEN ABOUT SIX YEARS AFTER THE

12:41PM 15    THERANOS TEST; IS THAT RIGHT?

12:41PM 16    A.    APPROXIMATELY, YES.

12:42PM 17    Q.    OKAY.

12:42PM 18          NOTHING FURTHER, YOUR HONOR.

12:42PM 19               THE COURT:  REDIRECT?

12:42PM 20               MR. BOSTIC:  BRIEFLY, YOUR HONOR.

12:42PM 21                      **REDIRECT EXAMINATION**

12:42PM 22    BY MR. BOSTIC:

12:42PM 23    Q.    MS. TOMPKINS, JUST A COUPLE OF FOLLOW-UP QUESTIONS FOR

12:42PM 24    YOU.

12:42PM 25          DO YOU RECALL LOOKING AT EXHIBIT 14259 WITH

TOMPKINS REDIRECT BY MR. BOSTIC                                    6013

12:42PM   1        MR. COOPERSMITH?

12:42PM   2   A.   YES, I DO.

12:42PM   3   Q.   AND THAT EXHIBIT INDICATES THAT YOU CALLED THERANOS TO TRY

12:42PM   4   TO GET AN EXPLANATION FOR WHY YOU TESTED NONREACTIVE FOR HIV-1

12:42PM   5   AND 2 AND NOT DETECTED FOR HIV-1 RNA, BUT REACTIVE FOR HIV-1

12:42PM   6   PLUS 2.

12:42PM   7        DO YOU REMEMBER THAT?

12:42PM   8   A.   YES.

12:42PM   9   Q.   AND IS THAT WHY YOU CALLED THERANOS TO TRY TO GET AN

12:42PM  10   EXPLANATION FOR THE RESULTS THAT YOU WERE SEEING?

12:42PM  11   A.   THAT'S EXACTLY WHY.

12:42PM  12   Q.   AFTER YOUR CONVERSATIONS WITH PEOPLE AT THERANOS, AND

12:42PM  13   AFTER YOUR DISCUSSION WITH MR. COOPERSMITH JUST NOW, AND YOUR

12:42PM  14   REVIEW OF THE CDC MATERIALS, DO YOU HAVE ANY EXPLANATION FOR

12:42PM  15   WHY YOU TESTED REACTIVE FOR HIV-1 AND 2 ANTIBODIES IN MAY OF

12:43PM  16   2015 OTHER THAN THAT TEST NOT BEING ACCURATE?

12:43PM  17   A.   NO.

12:43PM  18             MR. BOSTIC:  NO FURTHER QUESTIONS.  THANK YOU.

12:43PM  19             MR. COOPERSMITH:  NOTHING FURTHER, YOUR HONOR.

12:43PM  20             THE COURT:  MAY THIS WITNESS BE EXCUSED?

12:43PM  21             MR. COOPERSMITH:  YES, YOUR HONOR.

12:43PM  22             MR. LEACH:  YES, YOUR HONOR.

12:43PM  23             THE COURT:  YOU'RE EXCUSED.

12:43PM  24             THE WITNESS:  THANK YOU.

12:43PM  25             THE COURT:  YOU'RE WELCOME.

ER-4552

6014

| | | |
|---|---|---|
| 12:43PM | 1 | THE WITNESS:  SHOULD I LEAVE THE BOOKS UP HERE? |
| 12:43PM | 2 | THE COURT:  JUST LEAVE IT HERE AND WE'LL CLEAN IT |
| 12:43PM | 3 | UP. |
| 12:43PM | 4 | DO YOU HAVE ANOTHER WITNESS TO CALL? |
| 12:43PM | 5 | MR. BOSTIC:  YES, YOUR HONOR. |
| 12:43PM | 6 | THE COURT:  DO YOU WANT TO HAVE A DISCUSSION BEFORE |
| 12:43PM | 7 | THE WITNESS TESTIFIES? |
| 12:43PM | 8 | MR. COOPERSMITH:  YES, YOUR HONOR. |
| 12:43PM | 9 | THE COURT:  WELL, THIS IS A GOOD TIME FOR A BREAK. |
| 12:43PM | 10 | LET'S ALL TAKE A BREAK AND WE'LL BE BACK IN JUST A MOMENT. |
| 12:44PM | 11 | (JURY OUT AT 12:44 P.M.) |
| 12:44PM | 12 | THE COURT:  ALL RIGHT.  PLEASE BE SEATED. |
| 12:44PM | 13 | THE RECORD SHOULD REFLECT THAT THE JURY HAS LEFT THE |
| 12:44PM | 14 | COURTROOM.  MS. TOMPKINS HAS LEFT THE COURTROOM. |
| 12:44PM | 15 | ALL COUNSEL AND MR. BALWANI ARE PRESENT. |
| 12:44PM | 16 | THE NEXT WITNESS, MR. LEACH, IS? |
| 12:44PM | 17 | MR. LEACH:  BRIAN GROSSMAN, YOUR HONOR. |
| 12:44PM | 18 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 12:44PM | 19 | MS. WALSH? |
| 12:44PM | 20 | MS. WALSH:  YES, YOUR HONOR.  WE JUST HAD A FEW |
| 12:44PM | 21 | ISSUES WE WANTED TO RAISE WITH THE COURT. |
| 12:44PM | 22 | YOUR HONOR, THE GOVERNMENT NOTIFIED US THAT THEY INTEND TO |
| 12:44PM | 23 | OFFER ANSWERS TO INTERROGATORIES THAT WERE LODGED IN THE CIVIL |
| 12:45PM | 24 | LITIGATION BROUGHT BY PFM AGAINST THERANOS AND MS. HOLMES AND |
| 12:45PM | 25 | MR. BALWANI. |

ER-4553

6015

12:45PM 1      THERE ARE THREE EXHIBITS IN QUESTION, 5860, 5858, AND

12:45PM 2   5859.  ALL OF THEM WERE FILED OR SIGNED SIX MONTHS AFTER

12:45PM 3   MR. BALWANI LEFT THERANOS.

12:45PM 4      THE FIRST SET, 5860, WAS LODGED BY THERANOS, AND THE TWO

12:45PM 5   OTHERS WERE BY MR. BALWANI INDIVIDUALLY.

12:45PM 6      SO THESE DOCUMENTS ARE WELL AFTER THE CHARGED CONSPIRACY,

12:45PM 7   THEY'RE WELL AFTER MR. GROSSMAN'S PFM INVESTMENT IN THE CASE,

12:45PM 8   THEY'RE WELL AFTER MR. BALWANI LEAVES THERANOS.

12:46PM 9      I JUST DON'T SEE THE RELEVANCE OF THEM.

12:46PM 10      AND CERTAINLY AS TO THE THERANOS INTERROGATORY ANSWERS,

12:46PM 11   MR. BALWANI WAS NOT DIRECTING THERANOS IN ANY WAY TO ANSWER

12:46PM 12   THOSE INTERROGATORIES.  HE WAS LONG GONE AND HAD NO CONTROL

12:46PM 13   OVER THE ATTORNEYS OR ANYONE ELSE WHO ANSWERED THOSE

12:46PM 14   INTERROGATORIES.

12:46PM 15      SO WE WOULD OBJECT TO THEIR ADMISSION ON 401 AND 403 AND,

12:46PM 16   AS TO THE THERANOS ONES, HEARSAY.

12:46PM 17           THE COURT:  OKAY.

12:46PM 18      MR. LEACH.

12:46PM 19           MR. LEACH:  YOUR HONOR, EXHIBIT 5858 IS

12:46PM 20   MR. BALWANI'S SIGNED, SWORN, UNDER OATH ANSWERS TO QUESTIONS IN

12:46PM 21   A LAWSUIT INVOLVING, I WANT TO SAY THE EXACT SAME BUT I'LL BE

12:46PM 22   CAREFUL, SUBSTANTIALLY THE SAME ALLEGATIONS THAT ARE AT ISSUE

12:46PM 23   WITH THIS CASE.

12:47PM 24      HE'S ASKED QUESTIONS, WHAT DID YOU TELL PFM?

12:47PM 25      AND HE ANSWERS THEM UNDER OATH.

ER-4554

6016

| | | |
|---|---|---|
| 12:47PM | 1 | THIS IS THE EQUIVALENT OF TESTIMONY THAT HE GAVE BEFORE |
| 12:47PM | 2 | THE S.E.C. OR IN THIS COURT.  HE SHOULD BE HELD TO THE ANSWERS. |
| 12:47PM | 3 | THESE ARE SWORN ADMISSIONS BY HIM. |
| 12:47PM | 4 | I CAN'T EVEN COMPREHEND THE RELEVANCE OR THE 403 |
| 12:47PM | 5 | OBJECTION. |
| 12:47PM | 6 | THE TIMING OF WHEN HE MADE THE ADMISSION IS COMPLETELY |
| 12:47PM | 7 | IRRELEVANT. |
| 12:47PM | 8 | UNDER THAT LOGIC, THE THINGS THAT HE SAYS UNDER OATH IN |
| 12:47PM | 9 | THIS COURTROOM WOULD NOT BE ADMISSIBLE, AND WE KNOW THAT'S NOT |
| 12:47PM | 10 | RIGHT. |
| 12:47PM | 11 | SO THESE ARE HIS SWORN ANSWERS TO QUESTIONS LITERALLY |
| 12:47PM | 12 | ABOUT THE SUBJECT MATTER OF THIS LAWSUIT.  I CAN'T COMPREHEND |
| 12:47PM | 13 | SOMETHING MORE RELEVANT OR MORE WITHIN THE GOVERNMENT'S PURVIEW |
| 12:47PM | 14 | TO OFFER IF IT WANTS. |
| 12:47PM | 15 | THAT'S EXHIBIT 5858. |
| 12:47PM | 16 | AND MY INTENTION IS NOT TO OFFER THE ENTIRE DOCUMENT, BUT |
| 12:47PM | 17 | THERE ARE SPECIFIC QUESTIONS HE'S ASKED, AND I -- AND THESE ARE |
| 12:48PM | 18 | INTERROGATORIES, SO I DON'T THINK THERE'S A RULE OF |
| 12:48PM | 19 | COMPLETENESS ISSUE HERE.  HE'S ASKED A QUESTION, HE'S ABLE TO |
| 12:48PM | 20 | CONSULT WITH HIS LAWYERS, AND THEN HE GIVES AN ANSWER UNDER |
| 12:48PM | 21 | OATH. |
| 12:48PM | 22 | SO -- |
| 12:48PM | 23 | THE COURT:  LET ME ASK YOU, DO YOU INTEND TO LAY A |
| 12:48PM | 24 | FOUNDATION FOR THE JURY AS TO WHAT AN INTERROGATORY IS AND THAT |
| 12:48PM | 25 | PROTOCOL, THAT PROCEDURE? |

ER-4555

| | | |
|---|---|---|
| 12:48PM | 1 | MR. LEACH: I INTEND TO ASK THIS WITNESS, WHO WAS A |
| 12:48PM | 2 | PARTY TO THE LAWSUIT WHO RECEIVED THESE DOCUMENTS AND KNOWS THE |
| 12:48PM | 3 | CONTEXT, WAS THERE AN OCCASION WHEN YOU WERE -- WHEN YOU, |
| 12:48PM | 4 | THROUGH YOUR LAWYERS, WERE ABLE TO ASK QUESTIONS OF MR. BALWANI |
| 12:48PM | 5 | UNDER OATH? DO YOU KNOW WHAT THIS DOCUMENT IS? DO YOU SEE THE |
| 12:48PM | 6 | SIGNATURE OF MR. BALWANI? |
| 12:48PM | 7 | I DON'T INTEND TO GET INTO THE DETAILS OF THE LAWSUIT. I |
| 12:48PM | 8 | DON'T INTEND -- I DON'T NEED TO INTRODUCE THE COVER PAGE. |
| 12:48PM | 9 | BUT IT'S THE QUESTION AND THE ANSWER AND THE FACT THAT |
| 12:48PM | 10 | IT'S COMING FROM MR. BALWANI THAT I THINK IS FULLY APPROPRIATE |
| 12:48PM | 11 | THROUGH A LITIGANT IN THAT LAWSUIT. |
| 12:48PM | 12 | THE COURT: AND SO HE WILL BE ABLE TO, TO YOUR |
| 12:49PM | 13 | QUESTION, HE'LL BE ABLE TO SAY HE LOOKED AT THIS EITHER WITH OR |
| 12:49PM | 14 | WITHOUT COUNSEL, BUT HE'S SEEN IT BEFORE? |
| 12:49PM | 15 | MR. LEACH: YES. |
| 12:49PM | 16 | THE COURT: OKAY. AND IS IT A -- WHAT ARE WE |
| 12:49PM | 17 | TALKING ABOUT? IS IT TWO QUESTIONS? A SENTENCE? A PARAGRAPH? |
| 12:49PM | 18 | MR. LEACH: MY CURRENT INTENTION, YOUR HONOR, IS ONE |
| 12:49PM | 19 | PAGE. IT'S A QUESTION ABOUT HOW MUCH STOCK MR. BALWANI OWNED. |
| 12:49PM | 20 | I HAVEN'T MADE A FINAL DECISION ON THE REMAINDER. |
| 12:49PM | 21 | THE EXHIBIT 5858 IS 40 PAGES LONG, BUT I DON'T INTEND TO |
| 12:49PM | 22 | INTRODUCE EVERY SINGLE QUESTION AND EVERY SINGLE ANSWER. |
| 12:49PM | 23 | SO -- |
| 12:49PM | 24 | THE COURT: OKAY. |
| 12:49PM | 25 | MR. LEACH: MS. WALSH ALSO MENTIONED THERANOS'S |

6018

12:49PM 1    RESPONSES TO THE INTERROGATORIES.

12:49PM 2         AND THE REASON THOSE ARE ADMISSIBLE IS IN CERTAIN

12:49PM 3    INTERROGATORY RESPONSES, MR. BALWANI SAYS, UNDER OATH, IN

12:50PM 4    RESPONSE, MR. BALWANI INCORPORATES -- IT SAYS IS, I THINK HE

12:50PM 5    MEANT ITS, "RESPONSE TO INTERROGATORY 14 AS FULLY SET FORTH

12:50PM 6    HERE. HE, UNDER CERTAIN CIRCUMSTANCES, INCORPORATES THERANOS'S

12:50PM 7    ANSWER, BASICALLY SAYING, I'M MAKING THIS A PART OF MY ANSWER.

12:50PM 8         SO I DON'T THINK IT MATTERS WHO SIGNED THERANOS'S

12:50PM 9    INTERROGATORIES, WHEN THEY WERE MADE.

12:50PM 10        MR. BALWANI IS INCORPORATING THAT AS PART OF HIS ANSWER,

12:50PM 11   AND IF I SAY, IN RESPONSE TO A QUESTION HERE, SEE THIS

12:50PM 12   DOCUMENT, I SHOULD -- THAT'S PART OF MY ANSWER.

12:50PM 13        SO THAT'S WHY I THINK IT WOULD BE APPROPRIATE IF THE

12:50PM 14   GOVERNMENT CHOOSES TO INTRODUCE THOSE PORTIONS OF THERANOS'S

12:50PM 15   RESPONSES.

12:50PM 16        THE COURT:  SO THESE ARE, THESE ARE -- 5860 IS THE

12:50PM 17   THERANOS'S RESPONSE, THE COMPANY'S RESPONSES TO

12:50PM 18   INTERROGATORIES, AND THERE'S A QUESTION IN HERE, OR EXCUSE ME,

12:50PM 19   AN ANSWER FROM MR. BALWANI IN THAT?

12:50PM 20        MR. LEACH:  IN THIS, BOTH THERANOS AND MR. BALWANI

12:50PM 21   ARE ASKED QUESTIONS SEPARATELY.

12:51PM 22        IN HIS ANSWER, MR. BALWANI SAYS, UNDER OATH, I INCORPORATE

12:51PM 23   WHAT THERANOS SAYS IN RESPONSE TO THIS QUESTION.

12:51PM 24        AND IT'S THAT EXPRESS INCORPORATION THAT MAKES IT AN

12:51PM 25   ADOPTED ADMISSION OR AN AUTHORIZED ADMISSION.

ER-4557

6019

| | |
|---|---|
| 12:51PM | 1 |

SO IT'S NOT HEARSAY.  IT'S SOMETHING THAT MR. BALWANI IS
SAYING OR ADOPTING UNDER OATH.

THE COURT:  I UNDERSTAND.

MR. BALWANI, YOU SEEK TO GET IN WHATEVER HE SAID, I
INCORPORATE NUMBER 14, AND YOU'RE SEEKING TO INTRODUCE
NUMBER 14?

MR. LEACH:  YES.

THE COURT:  OKAY.

MR. LEACH:  I'M USING THAT AS AN EXAMPLE,
YOUR HONOR.  I DON'T HAVE THE PARTICULAR ONE HANDY.

THE COURT:  RIGHT.  OKAY.

MS. WALSH:  YOUR HONOR, MAY I BE HEARD?

THE COURT:  WHAT ABOUT 59, MR. LEACH?

MR. LEACH:  59 IS ANOTHER RESPONSE BY MR. BALWANI
HIMSELF TO QUESTIONS POSED TO HIM IN THE PFM LITIGATION.

I'VE BEEN UNABLE TO LOCATE MR. BALWANI'S ACTUAL
VERIFICATION FOR THIS DOCUMENT, BUT IT'S SIGNED BY HIS LAWYERS
IN THE COURSE OF VERY SERIOUS LITIGATION, AND I THINK THESE,
THESE ARE MR. BALWANI'S PERSONAL RESPONSES TO QUESTIONS.

IT'S NOT -- DEPENDING ON HOW THE TESTIMONY DEVELOPS, I
DON'T REALLY FORESEE OFFERING ANY PORTION OF 59, BUT IT -- FOR
ALL OF THE REASONS THAT 58 IS ADMISSIBLE, 59 WOULD BE EQUALLY
ADMISSIBLE.

THE COURT:  IS THERE AN AGENCY THEORY THAT YOU'RE
SUGGESTING, AND HOW DO YOU -- IN REGARDS TO THE LAWYERS, FOR

ER-4558

6020

| | |
|---|---|
| 12:52PM | 1 |
| 12:52PM | 2 |
| 12:52PM | 3 |
| 12:52PM | 4 |
| 12:52PM | 5 |
| 12:52PM | 6 |
| 12:52PM | 7 |
| 12:52PM | 8 |
| 12:53PM | 9 |
| 12:53PM | 10 |

1    FOUNDATIONAL PURPOSES, AND HOW DOES THAT GET ESTABLISHED?

2         MR. LEACH:  THESE ARE LAWYERS FROM MR. COOPERSMITH'S

3    FORMER LAW FIRM WHO ARE PREPARING THESE INTERROGATORIES.  THEY

4    SAY ON THEM, "WE REPRESENT MR. BALWANI."

5       MR. GROSSMAN WAS ALSO --

6         THE COURT:  THAT'S MY QUESTION.  HOW DO WE KNOW WHO

7    THESE LAWYERS ARE AND THEIR CONNECTION TO MR. BALWANI?

8         MR. LEACH:  I MEAN, MR. GROSSMAN WAS ALSO ASKED

9    QUESTIONS BY MR. BALWANI'S LAWYERS IN THIS CASE.

10      I THINK HE CAN SAY WE -- I WANT TO BE CAREFUL, BECAUSE I

11   DON'T WANT TO INJECT GRATUITOUSLY DETAILS OF THAT LAWSUIT FOR

12   OTHER REASONS THAT I THOUGHT THE DEFENDANT WOULD OBJECT TO.

13      BUT MR. GROSSMAN IS FAMILIAR WITH THE LITIGATION.  HE

14   KNOWS HE SUED MR. BALWANI.  HE KNOWS MR. BALWANI HAS HAD

15   LAWYERS IN THAT CASE.  HE KNOWS HE DIRECTED HIS LAWYERS TO

16   PROPOUND QUESTIONS TO MR. BALWANI'S TEAM, AND HE KNOWS HE GOT

17   RESPONSES.

18      AND THE LAWYERS THAT ARE LISTED IN 58 ARE THE SAME LAWYERS

19   WHO ARE LISTED IN 59, OR IN 59.

20      SO I DON'T THINK THERE'S A -- I THINK THE GOVERNMENT HAS

21   SATISFIED ANY FOUNDATION FOR AGENCY.

22          THE COURT:  OKAY.  THANK YOU.

23      AND IS THE -- WHAT IS THE STATUS OF THAT LITIGATION THAT

24   THESE INTERROGATORIES ARE RELATED TO?

25          MR. LEACH:  IT WAS RESOLVED SEVERAL YEARS AGO.

ER-4559

6021

| | | |
|---|---|---|
| 12:53PM | 1 | THE COURT: OKAY. OKAY. |
| 12:54PM | 2 | IS THAT IN ANY WAY GOING TO COME UP IN THIS CASE? |
| 12:54PM | 3 | MR. LEACH: IT IS NOT MY INTENTION TO MAKE -- I WANT |
| 12:54PM | 4 | TO DO THIS IN AS GENERIC A WAY AS POSSIBLE. IT WAS NOT MY |
| 12:54PM | 5 | INTENTION TO REFER TO IT AS A LAWSUIT. |
| 12:54PM | 6 | IT WAS TO DO IT, WAS THERE AN OCCASION WHEN MR. BALWANI |
| 12:54PM | 7 | PROVIDED SWORN ANSWERS TO QUESTIONS THAT YOU HAD? TO TRY TO DO |
| 12:54PM | 8 | IT THAT WAY. |
| 12:54PM | 9 | SO I HAVE NO INTENTION OF GETTING INTO THE SUBSTANCE OF |
| 12:54PM | 10 | THE LAWSUIT OR THE RESOLUTION OF THAT LAWSUIT. |
| 12:54PM | 11 | I CAN IMAGINE SCENARIOS WHERE THE DEFENSE OPENS THE DOOR |
| 12:54PM | 12 | TO WHAT HAPPENED IN THAT LAWSUIT, BUT I, I -- IT'S NOT THE |
| 12:54PM | 13 | GOVERNMENT'S INTENTION, NOR DID THE GOVERNMENT DO THIS IN THE |
| 12:54PM | 14 | HOLMES CASE, TO GET INTO THE SUBSTANCE OF THE CASE. |
| 12:54PM | 15 | THE COURT: OKAY. |
| 12:54PM | 16 | MS. WALSH. |
| 12:54PM | 17 | MS. WALSH: THANK YOU, YOUR HONOR. |
| 12:54PM | 18 | SO I DON'T -- ON THE COPY I HAVE OF 5858, THERE'S NO |
| 12:54PM | 19 | SIGNATURE BY MR. BALWANI, SO I DON'T SEE WHERE HE SWEARS OR |
| 12:55PM | 20 | SIGNS ANYTHING, NOR WITH 5859. THEY'RE JUST TYPED NAMES WITH |
| 12:55PM | 21 | TWO SLASHES AND AN S ABOVE HIS ATTORNEYS' NAMES. |
| 12:55PM | 22 | SO I DON'T THINK THIS IS A SWORN STATEMENT BY MR. BALWANI, |
| 12:55PM | 23 | AND I DO THINK A FOUNDATION WOULD HAVE TO BE LAID, A TIGHTER |
| 12:55PM | 24 | FOUNDATION FROM THE AGENTS SAYING WE WERE ACTING ON |
| 12:55PM | 25 | MR. BALWANI'S BEHALF IN THIS LAWSUIT. |

ER-4560

6022

12:55PM 1    SO THAT GOES TO IS THIS A SWORN STATEMENT BY MR. BALWANI.

12:55PM 2    IN ADDITION, I THINK THERE'S A REAL 403 ISSUE HERE.  WE'RE

12:55PM 3    GOING TO IMPORT ALLEGATIONS AND ANSWERS TO INTERROGATORIES FROM

12:55PM 4    A CIVIL LAWSUIT BROUGHT BY THIS WITNESS AND THAT REALLY ARE NOT

12:55PM 5    NECESSARY IN THIS CASE.  IT'S GOING TO CAUSE CONFUSION FOR THE

12:56PM 6    JURY, I THINK.

12:56PM 7    THE JURORS, THE JURORS MAY SAY OR THINK, WELL, IF PFM SUED

12:56PM 8    MR. BALWANI, THEN THERE MUST BE SOMETHING THERE, AND THEY'RE

12:56PM 9    GOING TO WONDER WHAT HAPPENED TO THE LAWSUIT, HOW IT WAS

12:56PM 10   RESOLVED, DID MR. GROSSMAN GET HIS MONEY BACK.

12:56PM 11   THERE ARE ALL KINDS OF QUESTIONS THAT THIS IS GOING TO

12:56PM 12   TRIGGER IN THE JURORS' MINDS, AND THEY MAY START SPECULATING

12:56PM 13   ABOUT WHAT THE RESULT OF THAT LAWSUIT WAS.

12:56PM 14   I THINK IT'S TOTALLY INAPPROPRIATE TO BRING THIS EVIDENCE

12:56PM 15   IN FRONT OF THE JURY.

12:56PM 16   THE COURT:  ONE OF THOSE THINGS THAT THEY COULD

12:56PM 17   SPECULATE ON WOULD BE THE BIAS OF THE WITNESS AS AGAINST YOUR

12:56PM 18   CLIENT AND THAT THEY SHOULD CONSIDER THAT BIAS WHEN THEY WEIGH

12:56PM 19   THE CREDIBILITY OF THE TESTIMONY.

12:56PM 20   MS. WALSH:  SURE.  BUT THAT WOULD BE DEFENSE

12:56PM 21   COUNSEL'S CHOICE TO BRING OUT THAT BIAS, AND WEIGHING THOSE TWO

12:56PM 22   THINGS, WE THINK IT'S MORE APPROPRIATE TO KEEP THE

12:56PM 23   INTERROGATORIES OUT OF THE CRIMINAL CASE.

12:56PM 24   THE COURT:  OKAY.

12:57PM 25   MR. LEACH:  THESE ARE SWORN STATEMENTS UNDER OATH IN

ER-4561

12:57PM 1      A SERIOUS LAWSUIT BROUGHT BY ONE OF THE INVESTORS IN THIS CASE.

12:57PM 2        I'M NOT SURE WHY THE DEFENDANT SHOULD BE EXCUSED FROM HIS

12:57PM 3      OWN WORDS SIMPLY BECAUSE IT CAME UP IN A LAWSUIT, AND I THINK

12:57PM 4      THERE ARE WAYS TO MANAGE THOSE 403 CONCERNS WITHOUT LEADING TO

12:57PM 5      THE PARADE OF HORRIBLES THAT MS. WALSH IS THINKING ABOUT.

12:57PM 6        WITH RESPECT TO THE VERIFICATION, I HAVE A MORE RECENT

12:57PM 7      COPY, WHICH I CAN PROVIDE TO THE DEFENSE, WHICH HAS THE

12:57PM 8      VERIFICATION.  MY APOLOGIES WHAT I SENT LAST NIGHT LACKED THAT.

12:57PM 9        BUT THESE ARE HIS SWORN STATEMENTS IN A SUBSTANTIALLY

12:57PM 10     SIMILAR LAWSUIT.  I -- WHATEVER CONCERNS THERE ARE ABOUT THE

12:57PM 11     JURY SPECULATING ABOUT WHAT HAPPENED THERE ARE OUTWEIGHED BY

12:57PM 12     THE PROBATIVE NATURE OF HIS SWORN STATEMENTS UNDER OATH.

12:57PM 13         THE COURT:  SO, SO WHAT I HEAR YOU SAYING IS THAT

12:57PM 14     YOU DO NOT INTEND TO -- IF THEY'RE ADMITTED, PART OF YOUR

12:57PM 15     FOUNDATION IS NOT TO ASK MR. GROSSMAN ABOUT THE LITIGATION PER

12:58PM 16     SE?

12:58PM 17         MR. LEACH:  NOT AT ALL, YOUR HONOR.

12:58PM 18         THE COURT:  ISN'T IT A FACT THAT YOU SUED HIM, AND

12:58PM 19     IN RESPONSE TO THAT LAWSUIT, YOU GOT THIS?  OR SOMETHING LIKE

12:58PM 20     THAT?  YOU'RE NOT GOING TO DO THAT?

12:58PM 21         MR. LEACH:  THAT IS NOT THE GOVERNMENT'S INTENT IN

12:58PM 22     THE DIRECT EXAMINATION.  WE DID NOT DO THAT IN THE HOLMES CASE.

12:58PM 23     I DO -- YOU KNOW, I COULD IMAGINE A CROSS-EXAMINATION

12:58PM 24     WHERE THEY'RE FAULTING MR. GROSSMAN FOR NOT BRINGING AN ACTION

12:58PM 25     QUICKER.

6024

12:58PM 1    I CAN MANAGE A CROSS-EXAMINATION OF MR. GROSSMAN WHERE

12:58PM 2    THEY'RE TALKING ABOUT ISSUES IN 2016 OR 2017 WHERE THEY MAY

12:58PM 3    OPEN THE DOOR TO WHAT HAPPENED IN THAT LAWSUIT OR BIAS, AS THE

12:58PM 4    GOVERNMENT, OR AS THE COURT HAS SUGGESTED.

12:58PM 5    BUT I DON'T INTEND TO TALK ABOUT THE FACT THAT THERE WAS A

12:58PM 6    LAWSUIT OR WHAT THE OUTCOME WAS OR WHAT THE ALLEGATIONS WERE.

12:58PM 7    I APPRECIATE THE 403 CONCERNS THERE.

12:58PM 8    THE COURT:  AND IS THE CONVERSATION IN THE

12:58PM 9    INTERROGATORIES ABOUT THE CONDUCT THAT OCCURRED WITHIN THE

12:58PM 10   CHARGED PERIOD IN THE INDICTMENT?

12:59PM 11   MR. LEACH:  YES, YOUR HONOR.

12:59PM 12   THE COURT:  OKAY.

12:59PM 13   MS. WALSH:  YOUR HONOR, IT WOULD BE HELPFUL TO

12:59PM 14   KNOW -- SO I TAKE IT THE ONLY INTERROGATORY ANSWER THAT HAS A

12:59PM 15   VERIFICATION IS 5858.

12:59PM 16   IS THAT CORRECT, MR. LEACH?

12:59PM 17   MR. LEACH:  YES.

12:59PM 18   MS. WALSH:  OKAY.  AND IT WOULD BE HELPFUL TO KNOW

12:59PM 19   WHICH PARAGRAPH THE GOVERNMENT INTENDS TO OFFER, BECAUSE WE MAY

12:59PM 20   HAVE 106 ADDITIONS TO THOSE WHATEVER PARAGRAPHS.

12:59PM 21   MR. LEACH:  DESCRIBE YOUR OWNERSHIP STAKE IN

12:59PM 22   THERANOS.

12:59PM 23   THE COURT:  OKAY.  LET ME JUST TELL YOU NOW, I

12:59PM 24   WOULD, OVER YOUR OBJECTION, ALLOW 5860, 5858 TO COME IN.  THE

12:59PM 25   COURT FINDS THAT IF THEY ARE RELATED, AS YOU SUGGEST, TO

ER-4563

12:59PM 1    CONDUCT THAT OCCURRED DURING THE CHARGED PERIOD OF THE

12:59PM 2    INDICTMENT, THEY ARE STATEMENTS BY THE DEFENDANT IN THIS CASE

12:59PM 3    THAT RELATE TO THE CONDUCT THAT FALLS WITHIN THE CHARGED PERIOD

01:00PM 4    OF THE INDICTMENT.  THOSE WOULD BE ADMITTED.

01:00PM 5        5859 I'M GOING TO RESERVE ON ABSENT ANOTHER FOUNDATION ON

01:00PM 6    THAT.

01:00PM 7        AND WHAT I'M GOING TO DO IS GIVE YOU A CHANCE TO MEET AND

01:00PM 8    CONFER FOR A MOMENT TO SHARE WITH YOU THE PAGES THAT YOU SEEK,

01:00PM 9    MR. LEACH, TO INTRODUCE.  SHOW THAT PAGE, WHATEVER IT IS, AND

01:00PM 10   TO GIVE MS. WALSH AN OPPORTUNITY TO SUGGEST 106 OR WHATEVER

01:00PM 11   ELSE YOU WOULD LIKE.

01:00PM 12           MS. WALSH:  SURE, YOUR HONOR.

01:00PM 13       AND COULD I JUST GET SOME CLARITY?  I JUST WANT TO MAKE

01:00PM 14   SURE I UNDERSTAND THE COURT'S RULING.

01:00PM 15       5860 IS THE ENTIRETY OF THERANOS'S ANSWERS TO THE

01:00PM 16   INTERROGATORIES.

01:00PM 17           THE COURT:  THAT'S NOT WHAT HE'S -- I THOUGHT

01:00PM 18   MR. LEACH SAID HE'S GOING TO ASK ONE QUESTION ABOUT THAT THAT

01:00PM 19   REFERENCES NUMBER 14, "I INCORPORATE MY ANSWERS IN 14," AND

01:00PM 20   THEN 14'S RESPONSE WOULD COME IN.

01:00PM 21       IS THAT WHAT YOU SAID, MR. LEACH?

01:00PM 22           MR. LEACH:  I ONLY OFFERED -- I USED 14 AS AN

01:00PM 23   EXAMPLE.  I DON'T HAVE EXACTLY WHICH ONE IN MIND.

01:01PM 24       BUT IT WOULD ONLY BE UNDER THE CIRCUMSTANCES WHERE

01:01PM 25   MR. BALWANI IS INCORPORATING THERANOS'S ANSWERS.

6026

01:01PM 1    I WOULDN'T DO IT IN A CIRCUMSTANCE WHERE HE DIDN'T DO

01:01PM 2    THAT.

01:01PM 3         THE COURT:  THE WHOLE DOCUMENT IS NOT COMING IN?

01:01PM 4         MR. LEACH:  NO, NO, NO.

01:01PM 5         MS. WALSH:  THAT'S WHAT I WONDERED.

01:01PM 6         THE COURT:  RIGHT.

01:01PM 7         MS. WALSH:  THERE IS ANOTHER DOCUMENT WE WANTED TO

01:01PM 8    RAISE WITH THE COURT IF THAT'S OKAY.

01:01PM 9         THE COURT:  SURE.

01:01PM 10        MS. WALSH:  THIS IS EXHIBIT 2984.  IT APPEARS TO BE

01:01PM 11   NOTES THAT MR. GROSSMAN TOOK WHILE WATCHING AN INTERVIEW OF

01:01PM 12   MS. HOLMES, AND THEY ARE KIND OF BULLET POINTS.

01:01PM 13        I HAVE A COPY, YOUR HONOR.  IF I COULD HAND IT UP?

01:01PM 14        THE COURT:  SURE.

01:01PM 15   YOU HAVE THIS, MR. LEACH?

01:01PM 16        MR. LEACH:  I DO.

01:01PM 17        MS. WALSH:  SO IT LOOKS LIKE BULLET POINTS OF WHAT

01:01PM 18   HE IS HEARING FROM MS. HOLMES DURING THIS INTERVIEW, AND THEN

01:01PM 19   AT THE BOTTOM THERE ARE TWO PARAGRAPHS DESCRIBING HIS MENTAL

01:02PM 20   IMPRESSIONS OF HER PERFORMANCE AND HIS SPECULATION AS TO WHY

01:02PM 21   THE FDA DID A SURPRISE INSPECTION AND MAYBE WHAT THAT HAS TO DO

01:02PM 22   WITH THERANOS TECHNOLOGY.

01:02PM 23        THE DATE OF THIS IS OCTOBER 21ST, 2015.

01:02PM 24        I THINK ITS PROBATIVE VALUE, GIVEN IT'S HIS IMPRESSIONS OF

01:02PM 25   WHAT HE'S WATCHING AT THE TIME OF MS. HOLMES, NOT EVEN

ER-4565

01:02PM 1    MR. BALWANI, IT HAS LITTLE PROBATIVE VALUE.

01:02PM 2        THE LAST TWO PARAGRAPHS ARE COMPLETELY SPECULATIVE AND HIS

01:02PM 3    MENTAL IMPRESSIONS OF WHAT IS GOING ON.

01:02PM 4        AND I THINK THAT IN ADDITION, THESE IMPRESSIONS THAT HE'S

01:02PM 5    GIVING DID NOT INFORM HIS INVESTMENT DECISION SINCE HIS

01:02PM 6    INVESTMENT DECISION WAS MADE IN FEBRUARY 2014, MONTHS BEFORE

01:02PM 7    THIS INTERVIEW.

01:02PM 8        SO I THINK IT HAS CLOSE TO NO PROBATIVE VALUE, AND IT IS

01:03PM 9    PREJUDICIAL BECAUSE HE'S GIVING HIS OPINION ABOUT WHAT IS GOING

01:03PM 10   ON DURING HER INTERVIEW.

01:03PM 11           THE COURT:  MR. LEACH.

01:03PM 12           MR. LEACH:  THANK YOU, YOUR HONOR.

01:03PM 13       THIS IS THE FIRST TIME THAT I'M HEARING OF THE OBJECTIONS

01:03PM 14   TO THIS PARTICULAR DOCUMENT, SO I'LL JUST EXPLAIN WHY I THINK

01:03PM 15   THE GOVERNMENT MIGHT BE USING THIS.

01:03PM 16       IT'S NOT MY INTENT --

01:03PM 17           THE COURT:  GO AHEAD.  I THINK YOU'RE GOING TO THE

01:03PM 18   QUESTION THAT I WAS GOING TO ASK.

01:03PM 19           MR. LEACH:  IT'S NOT MY INTENTION TO OFFER 2894

01:03PM 20   DURING THE DIRECT EXAMINATION.

01:03PM 21           THE COURT:  OKAY.

01:03PM 22           MR. LEACH:  I MAY CHOOSE TO ASK MR. GROSSMAN

01:03PM 23   QUESTIONS ABOUT OBSERVING THE INTERVIEW.

01:03PM 24       DEPENDING ON WHAT HE'S ABLE -- THAT HE OBSERVED OF

01:03PM 25   MS. HOLMES.

6028

01:03PM 1         DEPENDING ON WHAT HE REMEMBERS OR DOESN'T REMEMBER, I MAY

01:03PM 2    USE 2804 TO REFRESH HIM.

01:03PM 3         THE REASON HIS OBSERVATIONS OF MS. HOLMES'S STATEMENT IN

01:03PM 4    OCTOBER 2015 ARE RELEVANT IS BECAUSE IN THE TEXT MESSAGES ON

01:03PM 5    THE SAME DAY, MS. HOLMES AND MR. BALWANI ARE TEXTING BACK AND

01:04PM 6    FORTH AND MR. BALWANI WRITES, "WORRIED ABOUT THE COMMENTS YOU

01:04PM 7    JUST MADE TO 'THE WALL STREET JOURNAL.'"

01:04PM 8         THIS IS RELEVANT, EVEN AFTER THE INVESTMENT DECISION, NOT

01:04PM 9    FOR MR. GROSSMAN'S STATE OF MIND, BUT TO THE DEFENDANT'S STATE

01:04PM 10    OF MIND WHEN HE SEES HIS COCONSPIRATOR MAKING A PUBLIC

01:04PM 11    STATEMENT IN THE FACE OF PUBLIC ALLEGATIONS, AND HE SAYS

01:04PM 12    ESSENTIALLY, I'M WORRIED ABOUT WHAT YOU JUST SAID.

01:04PM 13           THE COURT:  THANK YOU.

01:04PM 14         THAT, THAT, THE TEXT MESSAGES, AND I RECALL THAT TEXT

01:04PM 15    MESSAGE, FOR PURPOSES OF THE COURT TRYING TO MAINTAIN AND VIEW

01:04PM 16    WHETHER OR NOT A PRIMA FACIE CASE HAS BEEN SHOWN OF CONSPIRACY

01:04PM 17    SUCH THAT IT WOULD INVOKE OTHER EVIDENTIARY RULINGS AS TO

01:04PM 18    ADMISSION OF COCONSPIRATOR STATEMENTS, ET CETERA, THAT

01:04PM 19    FOUNDATION THAT MR. LEACH SUGGESTS HERE, IF IT WAS -- AND I'M

01:04PM 20    TAKING YOUR WORD ON IT -- IF IT WAS THE SAME DAY AS THE

01:05PM 21    INTERVIEW, THAT WOULD SEEM TO SUPPORT AT LEAST A PRIMA FACIE

01:05PM 22    CONVERSATION THAT MIGHT BE IN FURTHERANCE OF AT THAT TIME,

01:05PM 23    WHICH WOULD ALLOW FOR -- I'M NOT SUGGESTING THE DOCUMENT COMES

01:05PM 24    IN, AND I'M, I'M RELIEVED TO HEAR MR. LEACH IS NOT SEEKING TO

01:05PM 25    INTRODUCE THE DOCUMENT.

ER-4567

01:05PM 1    BUT PROBING QUESTIONS ABOUT MR. GROSSMAN'S OPINIONS ABOUT

01:05PM 2    WHAT HE OBSERVED FROM THE CODEFENDANT, SEVERED CODEFENDANT HAS

01:05PM 3    SOME RELEVANCE IN REGARDS TO, AS MR. LEACH SAID, AND I'M HAPPY

01:05PM 4    TO HEAR YOUR COMMENT ON THIS, AS MR. LEACH SAID, THE TEXTING

01:05PM 5    THAT WAS CONCURRENT WITH THE INTERVIEW, WHICH SEEMS TO SUGGEST,

01:05PM 6    AT LEAST PRIMA FACIE, CONSPIRACY.

01:05PM 7    SO I'M HAPPY TO HEAR FROM YOU ON THAT.

01:05PM 8    MS. WALSH:  YEAH.  SO ON THE TEXTS, I UNDERSTAND

01:06PM 9    THAT THE TEXTS ARE IN, AND MR. LEACH CAN READ THOSE TEXTS AND

01:06PM 10   THEY SAY WHAT THEY SAY.

01:06PM 11   BUT JUST BECAUSE MR. BALWANI IS SAYING TO MS. HOLMES, "I'M

01:06PM 12   CONCERNED ABOUT WHAT YOU'RE SAYING OR WHAT YOU SAID," I DON'T

01:06PM 13   SEE HOW THAT MAKES MR. GROSSMAN'S SUBJECTIVE OPINIONS ABOUT

01:06PM 14   WHAT SHE SAID LONG AFTER HE INVESTED RELEVANT AT ALL.

01:06PM 15   I DON'T UNDERSTAND THE CONNECTION AND HOW THE TEXTS

01:06PM 16   SOMEHOW GIVE MR. GROSSMAN'S SUBJECTIVE IMPRESSIONS RELEVANCE.

01:06PM 17   THEY'RE COMPLETELY SEPARATE.

01:06PM 18   THE COURT:  SO HE STILL HAD HIS INVESTMENT AT THE

01:06PM 19   TIME OF THE INTERVIEW.  THEY HAD INVESTED?

01:06PM 20   MS. WALSH:  HE DID STILL HAVE HIS INVESTMENT, YEAH.

01:06PM 21   THE COURT:  THEY WERE INVESTORS IN THE COMPANY, SO

01:06PM 22   THE COMPANY HAD THEIR FUNDS.

01:06PM 23   MS. WALSH:  RIGHT.  BUT THEY HAD MADE THE INVESTMENT

01:06PM 24   MANY YEARS BEFORE.

01:06PM 25   AND I DON'T THINK MR. LEACH IS GOING BEYOND THE INVESTMENT

UNITED STATES COURT REPORTERS

ER-4568

6030

01:06PM 1    AS FAR AS OTHER CONVERSATIONS THAT MR. GROSSMAN AND MR. BALWANI

01:07PM 2    HAD BECAUSE I THINK THAT THERE'S A RELEVANCE ISSUE WITH THEM.

01:07PM 3         AND THIS ESPECIALLY IS JUST -- MR. GROSSMAN WATCHING

01:07PM 4    MS. HOLMES ON T.V. AND GIVING HIS RANDOM IMPRESSIONS ABOUT HER

01:07PM 5    PERFORMANCE, I JUST DON'T SEE THE PROBATIVE VALUE OF IT.

01:07PM 6         THE COURT:  MR. LEACH.

01:07PM 7         MR. LEACH:  FIRST OF ALL, I AGREE WITH THE DEFENSE

01:07PM 8    THAT STATEMENTS -- CONVERSATIONS BETWEEN MR. BALWANI AND

01:07PM 9    MR. GROSSMAN ARE NOT RELEVANT EXCEPT TO THE EXTENT THAT THEY

01:07PM 10   ILLUMINATE MR. BALWANI'S STATE OF MIND.  I THINK HIS STATE OF

01:07PM 11   MIND THROUGHOUT THE CONSPIRACY IS RELEVANT.

01:07PM 12        I WANT TO BE CLEAR ABOUT WHAT THE GOVERNMENT INTENDS TO DO

01:07PM 13   HERE.  I DON'T INTEND TO ASK MR. GROSSMAN ABOUT HIS IMPRESSIONS

01:07PM 14   OF MS. HOLMES OR WHETHER HE THOUGHT SHE WAS CREDIBLE OR WHAT

01:07PM 15   HIS OVERALL TAKEAWAY WAS.

01:07PM 16        I INTEND TO ASK, DOES HE REMEMBER WHAT MS. HOLMES SAID?

01:07PM 17   DOES HE REMEMBER MS. HOLMES SAYING WE NEVER USED COMMERCIALLY

01:07PM 18   BASED LAB EQUIPMENT FOR FINGERSTICK SAMPLES?

01:08PM 19        AND THEN IN CLOSING ARGUMENT WE CAN COMPARE THIS WITNESS'S

01:08PM 20   MEMORY OF WHAT MS. HOLMES SAID IS AGAINST THE TEXT MESSAGE AND

01:08PM 21   SEE MR. BALWANI'S REACTION TO THAT.

01:08PM 22        IT'S NO GREATER THAN THAT.  I DON'T INTEND TO GET INTO

01:08PM 23   MENTAL IMPRESSIONS OR THOUGHTS ABOUT CREDIBILITY OR ANYTHING

01:08PM 24   REFLECTED IN THAT NOTE.

01:08PM 25        IT'S REALLY, DID YOU OBSERVE MS. HOLMES SAY X?

ER-4569

6031

01:08PM 1         YES.

01:08PM 2         AND WE KNOW FROM THE TEXT MESSAGES THAT THAT CAUSED

01:08PM 3 MR. BALWANI SOME HEARTBURN.

01:08PM 4         AND THAT'S CLEARLY RELEVANT TO HIS STATE OF MIND AND THE

01:08PM 5 EXISTENCE OF A CONSPIRACY.

01:08PM 6         MS. WALSH:  BUT, YOUR HONOR, WE ALREADY KNOW FROM

01:08PM 7 THE TEXT MESSAGES THAT IT MAY HAVE CAUSED HEARTBURN.

01:08PM 8         WE DON'T NEED MR. GROSSMAN'S GLOSS -- HIS OWN PERSONAL

01:08PM 9 GLOSS THAT WAS NEVER COMMUNICATED TO MR. BALWANI, BY THE WAY --

01:08PM 10 BASED ON HIS OWN THOUGHTS AS TO WHAT MS. HOLMES SAID.

01:08PM 11         I DON'T SEE HOW THERE'S REAL PROBATIVE VALUE IN HIM

01:08PM 12 TESTIFYING TO THAT.

01:09PM 13         THE COURT:  OKAY.  AS FAR AS THE TIME CONSUMPTION

01:09PM 14 UNDER 403 ANALYSIS, WHAT IS THAT GOING TO BE, MR. LEACH?

01:09PM 15         MR. LEACH:  I DON'T FORESEE THIS TAKING MORE THAN

01:09PM 16 FIVE MINUTES OF EXAMINATION, YOUR HONOR.

01:09PM 17         AND HONESTLY, I'M, I'M STILL WEIGHING WHETHER WE WILL BE

01:09PM 18 GETTING INTO THIS PERIOD AT ALL.  BUT IF IT TAKES UP ANY

01:09PM 19 PORTION OF THE DIRECT, IT WILL BE LESS THAN FIVE MINUTES.

01:09PM 20         THE COURT:  IT WILL CERTAINLY BE LESS THAN THE TIME

01:09PM 21 THAT WE HAVE SPENT DISCUSSING IT.

01:09PM 22         MR. LEACH:  YES.

01:09PM 23         THE COURT:  OKAY.

01:09PM 24         MS. WALSH:  IF I COULD INQUIRE, YOUR HONOR, IN

01:09PM 25 ADDITION, IF MR. LEACH HAS SOME ESTIMATE ON HIS DIRECT?  THAT

ER-4570

6032

```
01:09PM   1      MIGHT BE HELPFUL IN PLANNING.
01:09PM   2                  THE COURT:  ANY IDEA ON THAT, MR. LEACH?
01:09PM   3                  MR. LEACH:  AS THE COURT MAY TELL FROM SOME OF MY
01:09PM   4      RESPONSES TO THE QUESTIONS, I'M NOT EXACTLY SURE.  I THINK IN
01:09PM   5      THE HOLMES CASE IT WAS ABOUT TWO AND A HALF HOURS, AND MY GOAL
01:09PM   6      IS TO COME IN SOONER ON THAT.
01:09PM   7                  THE COURT:  OKAY.
01:09PM   8                  MR. LEACH:  SO TWO HOURS IS WHAT I CAN GUESS.
01:10PM   9                  THE COURT:  OKAY.
01:10PM  10                  MS. WALSH:  OKAY.  THANK YOU.
01:10PM  11                  THE COURT:  YOU SHOULD PROBABLY GET AN ANSWER FROM
01:10PM  12      ME ABOUT THIS.
01:10PM  13                  MS. WALSH:  YES, YES.
01:10PM  14            (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)
01:10PM  15                  MS. WALSH:  YES, YOUR HONOR.
01:10PM  16                  THE COURT:  SO I WILL PERMIT -- FIRST OF ALL, I'M
01:10PM  17      NOT GOING TO ALLOW 2894 TO BE ADMITTED INTO EVIDENCE.
01:10PM  18          BUT I WILL PERMIT YOU, MR. LEACH, TO ASK QUESTIONS OF THE
01:10PM  19      WITNESS, DID MS. HOLMES SAY X?
01:10PM  20          BUT NOT TO DRAW UPON HIS OPINION AS TO CREDIBILITY OR ANY
01:10PM  21      OF THOSE THINGS, HOW IS SHE DOING, OR TO RATE HER PERFORMANCE
01:10PM  22      OR ANYTHING LIKE THAT.  DID YOU BELIEVE HER?  THAT'S NOT
01:10PM  23      RELEVANT.
01:10PM  24          BUT WHAT WOULD BE AND COULD BE RELEVANT IS HIS ABILITY TO
01:10PM  25      RECALL WHAT SHE SAID REGARDING, HER REPRESENTATIONS REGARDING
```

ER-4571

01:10PM 1     THE COMPANY.

01:11PM 2          AND AS WE HAVE SAID, THE CONNECTION TO MR. BALWANI IS THE

01:11PM 3     TEXT MESSAGE.  IN THIS CASE IT SEEMS LIKE IT WAS ON THE SAME

01:11PM 4     DATE OF THE ARTICLE.

01:11PM 5          SO I'LL PERMIT THAT TO COME IN.

01:11PM 6          IF IT BECOMES CUMULATIVE, IF IT GOES TOO FAR, I'LL

01:11PM 7     CERTAINLY HEAR FROM THE PARTIES ABOUT THAT.

01:11PM 8          OKAY.  THERE WAS ANOTHER THING?

01:11PM 9          MS. WALSH:  THERE WAS.  THIS RELATES TO SCHEDULING.

01:11PM 10         THE COURT:  YES.

01:11PM 11         MS. WALSH:  SO I KNOW THAT THE GOVERNMENT'S MOTION

01:11PM 12    RELATED TO THE LIS IS FOR FRIDAY MORNING.

01:11PM 13         THE COURT:  YES.

01:11PM 14         MS. WALSH:  AND WE WANT TO REQUEST THAT THAT BE

01:11PM 15    PUSHED TO MONDAY.  WE DON'T ANTICIPATE CALLING THE EXPERT THAT

01:11PM 16    WOULD BE THE SUBJECT OF THAT MOTION.  WE WOULD LIKE A LITTLE

01:11PM 17    MORE TIME TO DIGEST WHAT THE GOVERNMENT SAID AND RESPOND TO IT,

01:11PM 18    AND WE CAN BE PREPARED TO ADDRESS IT ON MONDAY MORNING.

01:11PM 19         THE COURT:  I'M SORRY, YOU DON'T INTEND TO CALL?

01:11PM 20         MS. WALSH:  RICHARD SONNIER.

01:12PM 21         THE COURT:  IN YOUR DEFENSE?

01:12PM 22         MS. WALSH:  NO, ON FRIDAY.  FRIDAY.  I WAS UNCLEAR.

01:12PM 23         THE COURT:  THANK YOU.

01:12PM 24         MS. WALSH:  WE HAD ORIGINALLY INDICATED THAT WE

01:12PM 25    MIGHT, AND WE DO NOT INTEND TO DO THAT.

6034

01:12PM 1                    THE COURT:  OKAY.

01:12PM 2                    MS. WALSH:  SO IT DOESN'T NEED TO BE DECIDED BEFORE

01:12PM 3     FRIDAY.

01:12PM 4          AND IF THE GOVERNMENT RESTS, WE WILL HAVE AT LEAST TWO

01:12PM 5     WITNESSES THAT WE -- I MEAN, WE HAVEN'T DECIDED FINALLY --

01:12PM 6                    THE COURT:  SURE.

01:12PM 7                    MS. WALSH:  -- BUT THAT WE ARE CONTEMPLATING, SO WE

01:12PM 8     CAN BE PREPARED TO GO ON THAT.

01:12PM 9                    THE COURT:  THANK YOU.

01:12PM 10          WELL, I'D LIKE TO KEEP IT AT 8:30 ON FRIDAY.  I KNOW WE

01:12PM 11    HAD YESTERDAY A FULL DAY TO -- I'M SURE WE ALL BENEFITTED FROM

01:12PM 12    THE BREAK.  AND I THINK MR. COOPERSMITH WANTED -- RATHER THAN

01:12PM 13    PRESS ON, WE TOOK A BREAK AND WAITED FOR THE HEALTH OF THE

01:12PM 14    JUROR TO IMPROVE, WHICH IT HAD.  I'M GLAD HE'S BACK WITH US

01:12PM 15    TODAY.

01:12PM 16          BUT I'D LIKE TO KEEP US ON SCHEDULE FOR THE 8:30 FOR THAT,

01:12PM 17    AT LEAST OUR INITIAL HEARING.  HOPEFULLY WE CAN RESOLVE IT

01:13PM 18    THEN.

01:13PM 19          IF NOT, WE CERTAINLY CAN BEGIN THE DISCUSSION.

01:13PM 20                    MS. WALSH:  SURE.

01:13PM 21                    THE COURT:  ALL RIGHT.

01:13PM 22                    MS. WALSH:  ALL RIGHT.

01:13PM 23                    THE COURT:  LET'S TAKE ABOUT FIVE MINUTES AND WE'LL

01:13PM 24    COME BACK AND MR. GROSSMAN WILL BE HERE.

01:13PM 25                    MR. LEACH:  OKAY.

ER-4573

6035

| | | |
|---|---|---|
| 01:13PM | 1 | (RECESS FROM 1:13 P.M. UNTIL 1:23 P.M.) |
| 01:23PM | 2 | THE COURT: ALL RIGHT. THANK YOU FOR YOUR PATIENCE, |
| 01:23PM | 3 | LADIES AND GENTLEMEN. |
| 01:23PM | 4 | WE'RE BACK ON THE RECORD. ALL PARTIES PREVIOUSLY PRESENT |
| 01:23PM | 5 | ARE PRESENT ONCE AGAIN. |
| 01:24PM | 6 | MR. LEACH. |
| 01:24PM | 7 | MR. LEACH: THANK YOU, YOUR HONOR. |
| 01:24PM | 8 | THE UNITED STATES CALLS BRIAN GROSSMAN. |
| 01:24PM | 9 | THE COURT: SIR, IF YOU WOULD COME HERE AND FACE OUR |
| 01:24PM | 10 | COURTROOM DEPUTY AND RAISE YOUR RIGHT HAND, SHE HAS A QUESTION |
| 01:24PM | 11 | FOR YOU. |
| 01:24PM | 12 | **(GOVERNMENT'S WITNESS, BRIAN GROSSMAN, WAS SWORN.)** |
| 01:24PM | 13 | THE WITNESS: I DO. |
| 01:24PM | 14 | THE COURT: PLEASE HAVE A SEAT UP HERE, SIR. MAKE |
| 01:24PM | 15 | YOURSELF COMFORTABLE. |
| 01:24PM | 16 | FEEL FREE TO ADJUST THE CHAIR AND THE MICROPHONE AS YOU |
| 01:24PM | 17 | NEED. |
| 01:24PM | 18 | WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME |
| 01:24PM | 19 | AND THEN SPELL IT, PLEASE. |
| 01:24PM | 20 | THE WITNESS: DO I NEED TO KEEP MY MASK ON? |
| 01:24PM | 21 | THE COURT: ARE YOU FULLY VACCINATED? |
| 01:24PM | 22 | THE WITNESS: YES. THAT'S OKAY. |
| 01:24PM | 23 | THE COURT: NO, GO AHEAD AND TAKE IT OFF. THAT'S |
| 01:24PM | 24 | FINE. |
| 01:25PM | 25 | THE WITNESS: BRIAN GROSSMAN. B-R-I-A-N, |

ER-4574

01:25PM 1      G-R-O-S-S-M-A-N.

01:25PM 2                  THE COURT:  COUNSEL.

01:25PM 3                  MR. LEACH:  THANK YOU, YOUR HONOR.

01:25PM 4                      **DIRECT EXAMINATION**

01:25PM 5      BY MR. LEACH:

01:25PM 6      Q.   GOOD AFTERNOON, MR. GROSSMAN.

01:25PM 7      A.   GOOD AFTERNOON.

01:25PM 8      Q.   WHERE DO YOU WORK?

01:25PM 9      A.   I WORK FOR A FIRM CALLED PFM HEALTH SCIENCES.

01:25PM 10     Q.   AND WHAT IS PFM HEALTH SCIENCES?

01:25PM 11     A.   WE ARE AN S.E.C. REGISTERED INVESTMENT ADVISOR.

01:25PM 12          WE HAVE THREE DIFFERENT FUNDS.  WE HAVE A HEDGE FUND; WE

01:25PM 13     HAVE A LONG ONLY FUND; AND WE HAVE A PRIVATE, A FUND INVESTING

01:25PM 14     IN PRIVATE COMPANIES.

01:25PM 15     Q.   AND WHEN YOU SAY S.E.C. REGISTERED INVESTMENT ADVISOR,

01:25PM 16     S.E.C. IS THE U.S. SECURITIES AND EXCHANGE COMMISSION?

01:25PM 17     A.   YES.

01:25PM 18     Q.   THAT'S THE GOVERNMENT AGENCY THAT REGULATES SECURITIES?

01:26PM 19     A.   THAT'S CORRECT.

01:26PM 20     Q.   OKAY.  AND WHAT IS A REGISTERED INVESTMENT ADVISOR?

01:26PM 21     A.   WE, AS PART OF -- I'M NOT A LEGAL EXPERT ON THE PROCESS,

01:26PM 22     BUT OVER A CERTAIN ASSET SIZE, YOU'RE REQUIRED TO COMPLY WITH

01:26PM 23     S.E.C. REGULATIONS, FILE QUARTERLY STATEMENTS OF OWNERSHIP,

01:26PM 24     SECURITIES THAT YOU OWN, AND AS PART OF THAT, YOU'RE AUDITED BY

01:26PM 25     THE S.E.C. FROM TIME TO TIME, AND THEY GO THROUGH YOUR BOOKS

01:26PM  1    AND RECORDS.

01:26PM  2        AND SO WE HAVE BEEN AN S.E.C. REGISTERED INVESTMENT

01:26PM  3    ADVISOR I THINK SINCE THE MIDDLE OF THE LAST DECADE.  SO 2005

01:26PM  4    OR '06, SOMEWHERE IN THAT.

01:26PM  5    Q.   AND THE ADVISOR YOU WORK FOR IS PARTNERSHIP FUND

01:26PM  6    MANAGEMENT?

01:26PM  7    A.   YEAH, PFM HEALTH SCIENCES.

01:26PM  8    Q.   AND WHAT DO YOU DO FOR PFM HEALTH SCIENCES?

01:26PM  9    A.   I'M THE MANAGING PARTNER.  I ALSO AM THE PORTFOLIO MANAGER

01:26PM  10   FOR ALL OF THE FUNDS.

01:26PM  11   Q.   IN OR ABOUT FEBRUARY OF 2014, DID PFM INVEST IN A COMPANY

01:27PM  12   CALLED THERANOS?

01:27PM  13   A.   YES.

01:27PM  14   Q.   I HAVE SOME QUESTIONS ABOUT THAT, BUT FIRST LET ME ASK YOU

01:27PM  15   TO PLEASE DESCRIBE YOUR EDUCATIONAL BACKGROUND.

01:27PM  16   A.   MY -- I WENT -- I WENT -- I ATTENDED COLLEGE IN THE

01:27PM  17   UNIVERSITY OF PENNSYLVANIA.  I GRADUATED IN 1996 WITH A DEGREE,

01:27PM  18   WITH A DEGREE -- A BACHELOR OF SCIENCE IN ECONOMICS.

01:27PM  19       FROM THERE I STARTED WORKING ORIGINALLY AT JP MORGAN.  I

01:27PM  20   WORKED AT JP MORGAN ASSET MANAGEMENT FOR FIVE YEARS, FROM 1996

01:27PM  21   UNTIL 2001.

01:27PM  22       IN 2001 I LEFT JP MORGAN FOR A FIRM CALLED PEQUOT.  IT WAS

01:27PM  23   ACTUALLY A HEDGE FUND.

01:27PM  24       AND THEN PEQUOT, WITHIN A FEW MONTHS, SPLIT INTO TWO

01:27PM  25   FIRMS.

GROSSMAN DIRECT BY MR. LEACH                                    6038

01:27PM  1          I LEFT PEQUOT AS PART OF THE GROUP THAT STARTED ANOTHER

01:28PM  2     FIRM CALLED ANDOR CAPITAL.  I WAS AT ANDOR CAPITAL FROM '01 TO

01:28PM  3     2004.

01:28PM  4          AND THEN SINCE 2004 I'VE BEEN AT PARTNERSHIP FUND

01:28PM  5     MANAGEMENT, OR PFM HEALTH SCIENCES AS WE NOW CALL IT.

01:28PM  6     Q.   SO YOU'VE BEEN AT PFM SINCE APPROXIMATELY 2004?

01:28PM  7     A.   THAT'S CORRECT.

01:28PM  8     Q.   OKAY.  SO ROUGHLY 18 YEARS?

01:28PM  9     A.   YES.

01:28PM  10    Q.   CAN YOU GIVE US A SENSE AT A HIGH LEVEL OF WHO SOME OF

01:28PM  11    PFM'S INVESTORS ARE?

01:28PM  12    A.   WE HAVE A VARIETY OF INVESTORS FROM INDIVIDUALS ALL OF THE

01:28PM  13    WAY UP TO LARGE, WELL, HIGH NET WORTH INVESTORS.  WE HAVE

01:28PM  14    INDIVIDUALS; WE HAVE CORPORATE PENSION PLANS; WE HAVE SOVEREIGN

01:28PM  15    GOVERNMENT PENSION PROGRAMS; AND WE HAVE STATE PENSION

01:28PM  16    PROGRAMS, ALL AS INVESTORS IN PFM.

01:29PM  17    Q.   SO STATE PENSION PROGRAMS, WHAT ARE THOSE?

01:29PM  18    A.   THOSE WOULD BE LIKE THE STATE OF CALIFORNIA, THE STATE OF

01:29PM  19    TEXAS, THE STATE OF UTAH THAT TAKE THEIR EMPLOYEE RETIREMENT

01:29PM  20    ASSETS AND HIRE DIFFERENT MANAGERS TO INVEST PART OF THAT --

01:29PM  21    PART OF THOSE RETIREMENT SAVINGS.

01:29PM  22         AND SO WE, WE HAVE -- WE -- OVER THE YEARS WE'VE HAD

01:29PM  23    RELATIONSHIPS WITH A NUMBER OF DIFFERENT STATES AS PART OF A --

01:29PM  24    WE WOULD BE ONE OF THEIR EXTERNAL INVESTMENT MANAGERS IS HOW

01:29PM  25    THEY WOULD DESCRIBE IT.

ER-4577

GROSSMAN DIRECT BY MR. LEACH                                    6039

01:29PM  1    Q.   AND DID I HEAR YOU SAY YOU ALSO INVEST MONEY ON BEHALF OF

01:29PM  2    CORPORATE PENSION FUNDS?

01:29PM  3    A.   WE HAVE -- YEAH, WE HAVE CORPORATE PENSION PLANS; WE HAVE

01:29PM  4    HIGH NET WORTH INDIVIDUALS; WE HAVE FIRMS THAT REPRESENT A

01:29PM  5    SERIES OF HIGH NET WORTH FAMILIES, WHAT WE WOULD CALL

01:29PM  6    MULTI-FAMILY OFFICES; AND THEN OUR OWN EMPLOYEES ACTUALLY MAKE

01:30PM  7    UP A FAIR -- A SIGNIFICANT PART OF THE CAPITAL THAT WE INVEST.

01:30PM  8    Q.   AND YOU HAVE A HAND IN INVESTING ON BEHALF OF PFM?

01:30PM  9    A.   YES.

01:30PM 10    Q.   AND WHAT IS YOUR ROLE?

01:30PM 11    A.   MY ROLE IS, AS I SAID BEFORE, THE PORTFOLIO MANAGER.  I'M

01:30PM 12    THE FINAL DECISION IN TERMS OF WHAT GOES INTO THE FUND, WHAT

01:30PM 13    GOES OUT OF THE FUND.

01:30PM 14         WE HAVE A COLLABORATIVE INVESTMENT PROCESS, SO WE HAVE

01:30PM 15    SENIOR AND JUNIOR INVESTMENT PROFESSIONALS THAT ARE INVOLVED IN

01:30PM 16    BOTH THE RESEARCH AND THEN ULTIMATELY HELP ADVISE DECISION

01:30PM 17    MAKING, INVESTMENT DECISIONS.

01:30PM 18         BUT AT THE END OF THE DAY, I'M THE FINAL DECISION-MAKER

01:30PM 19    FOR THE PORTFOLIO.

01:30PM 20         AND I'M ALSO IN CHARGE OF RISK MANAGEMENT, MANAGING THE

01:30PM 21    FUND.  YOU KNOW, WHEN MARKET ENVIRONMENTS AREN'T AS -- OR CAN

01:30PM 22    BE A LITTLE TURBULENT, LIKE RIGHT NOW.

01:30PM 23         SO THOSE WOULD BE MY RESPONSIBILITIES.

01:31PM 24         I ALSO MANAGE THE FIRM, ALTHOUGH I HAVE A REALLY GOOD TEAM

01:31PM 25    THAT DOES MOST OF THE DAY-TO-DAY, MANAGES THE DAY-TO-DAY

ER-4578

GROSSMAN DIRECT BY MR. LEACH                          6040

01:31PM  1    OPERATIONS OF OUR INVESTMENT BUSINESS -- OR OF THE

01:31PM  2    NONINVESTMENT PART OF OUR FIRM.

01:31PM  3        SO I ALSO HAVE THOSE RESPONSIBILITIES, WHICH I DELEGATE

01:31PM  4    THE MAJORITY OF THAT.

01:31PM  5    Q.   DOES PFM INVEST IN PUBLIC COMPANIES OR PRIVATE COMPANIES

01:31PM  6    OR SOME COMBINATION OF BOTH?

01:31PM  7    A.   WE INVEST IN BOTH.

01:31PM  8    Q.   OKAY.  AND HOW DO YOU GO ABOUT DOING THAT?

01:31PM  9    A.   WE HAVE A PROCESS FOR -- A RESEARCH PROCESS, AN INVESTMENT

01:31PM  10   PROCESS THAT WE HAVE DEVELOPED OVER THE LAST, YOU KNOW, TWO

01:31PM  11   DECADES GOING BACK TO EVEN THE PEQUOT PERIOD.

01:31PM  12       AND IT'S REALLY AROUND UNDERSTANDING THE FUNDAMENTAL

01:31PM  13   QUALITATIVE INSIGHTS AROUND A COMPANY, A PRODUCT, A TECHNOLOGY

01:31PM  14   AND HOW THAT'S LIKELY TO IMPACT SOME TYPE OF MARKET.  MAYBE

01:32PM  15   IT'S FOR A DRUG, MAYBE IT'S FOR A NEW MEDICAL DEVICE, MAYBE

01:32PM  16   IT'S A NEW PIECE OF SOFTWARE FOR HOSPITALS.

01:32PM  17       WE THEN SPEND A LOT OF EFFORT TO TRANSLATE THOSE INSIGHTS

01:32PM  18   INTO AN ACTUAL FORECAST FOR THE BUSINESS, INCLUDING INCOME

01:32PM  19   STATEMENT, BALANCE SHEET, CASH FLOWS.

01:32PM  20       AND THEN WE TRY TO -- WE TRY TO, IN THAT TRANSLATION

01:32PM  21   PROCESS, WHEN WE QUANTIFY OUR INVESTMENT, WE TRY TO -- WE'RE

01:32PM  22   LOOKING FOR A VIEW OF THE BUSINESS THAT IS DIFFERENT, IN OTHER

01:32PM  23   WORDS, IT'S GOING TO GROW FASTER AND IT'S GOING TO BE MORE

01:32PM  24   PROFITABLE.

01:32PM  25       AND OFTENTIMES WE'LL LOOK OUT OVER MANY YEARS, 5, 10,

GROSSMAN DIRECT BY MR. LEACH                                6041

01:32PM 1    15 YEARS INTO THE FUTURE WHEN WE, WHEN WE DO THAT TYPE OF

01:32PM 2    ANALYSIS.

01:32PM 3         AND SO THAT'S, THAT'S OUR PROCESS.

01:32PM 4         AND WE INVEST IN THE HEALTH CARE SECTOR, ACROSS ALL OF THE

01:32PM 5    HEALTH CARE SECTOR, AND WE HAVE A TEAM OF PEOPLE THAT

01:32PM 6    SPECIALIZE IN DIFFERENT PARTS OF HEALTH CARE.

01:33PM 7    Q.   LET ME PLEASE DIRECT YOUR ATTENTION, MR. GROSSMAN, TO THE

01:33PM 8    TIME PERIOD DECEMBER OF 2013.

01:33PM 9         DO YOU HAVE THAT TIME PERIOD IN MIND?

01:33PM 10   A.   YES.

01:33PM 11   Q.   IN OR AROUND THAT TIME PERIOD, DID YOU MEET WITH

01:33PM 12   INDIVIDUALS FROM THERANOS ABOUT A POSSIBLE INVESTMENT IN THE

01:33PM 13   COMPANY?

01:33PM 14   A.   YES.

01:33PM 15   Q.   WHO DID YOU MEET WITH?

01:33PM 16   A.   WE MET WITH, WE MET WITH MS. HOLMES AND MR. BALWANI.

01:33PM 17   Q.   OKAY.  AND WHEN YOU SAY "WE," WHO ARE YOU TALKING ABOUT?

01:33PM 18   A.   IT WAS MYSELF AND MY PARTNER AT THE TIME WHOSE NAME WAS

01:33PM 19   CHRISTOPHER JAMES.  THE TWO OF US MET WITH MR. BALWANI AND

01:33PM 20   MS. HOLMES.

01:33PM 21   Q.   WHERE DID YOU MEET WITH MS. HOLMES AND MR. BALWANI?

01:33PM 22   A.   WE MET IN THEIR OFFICES IN PALO ALTO.  I THINK IT WAS

01:33PM 23   CALIFORNIA AVENUE.  AND, YEAH, THAT'S WHERE THE MEETING WAS.

01:33PM 24   Q.   HOW DID THIS OPPORTUNITY COME ABOUT?

01:33PM 25   A.   MY -- I DON'T -- I BELIEVE MY PARTNER HEARD ABOUT THE

ER-4580

01:34PM 1    COMPANY FROM ONE OF HIS FRIENDS OR ONE OF HIS INVESTMENTS, ONE

01:34PM 2    OF HIS FRIENDS IN THE INVESTMENT BUSINESS, AND AS A HEALTH CARE

01:34PM 3    FUND, OR SINCE OUR FIRM HAS A HEALTH CARE EXPERTISE, I THINK MY

01:34PM 4    PARTNER WAS ASKED IF HE KNEW ABOUT THE COMPANY.

01:34PM 5        AND THAT'S KIND OF WHEN IT FIRST SHOWED UP.  THAT'S THE

01:34PM 6    FIRST TIME I REMEMBER HEARING ABOUT THE COMPANY.

01:34PM 7    Q.   AND YOU MET WITH MR. BALWANI AND MS. HOLMES AT SOME POINT

01:34PM 8    IN DECEMBER OF 2013?

01:34PM 9    A.   YES.

01:34PM 10   Q.   OKAY.  TELL US ABOUT THAT MEETING.  WHAT HAPPENED?

01:34PM 11   A.   WELL, WE -- WE DROVE, WE DROVE DOWN FROM SAN FRANCISCO TO

01:34PM 12   MEET WITH THEM.

01:34PM 13       WE REALLY -- I DIDN'T REALLY KNOW MUCH ABOUT THE COMPANY

01:34PM 14   OTHER THAN READING A FEW PRESS RELEASES THAT AT THAT POINT WERE

01:34PM 15   AVAILABLE.

01:34PM 16       SO I -- YOU KNOW, I HAD A VERY OPEN MIND.  WE WERE GOING

01:34PM 17   DOWN THERE TO JUST SORT OF HEAR THE STORY.

01:35PM 18       I REMEMBER ARRIVING AT THE BUILDING, GOING THROUGH THE

01:35PM 19   SECURITY PROCESS TO KIND OF GET INTO THE LOBBY, THROUGH THE

01:35PM 20   LOBBY.

01:35PM 21       EVENTUALLY WE WERE USHERED THROUGH WHAT WAS A LOBBY AREA

01:35PM 22   INTO, YOU KNOW, PAST THE KITCHEN, PAST A WHOLE BUNCH OF PEOPLE

01:35PM 23   WORKING, INTO A CONFERENCE ROOM IN THE BACK OF THE BUILDING,

01:35PM 24   AND THAT'S WHERE WE, THAT'S WHERE WE MET MS. HOLMES AND

01:35PM 25   MR. BALWANI.

GROSSMAN DIRECT BY MR. LEACH                                        6043

01:35PM  1         THAT WAS -- SO WE SAT DOWN AND THEY WALKED US THROUGH THE

01:35PM  2    BUSINESS, THE THERANOS BUSINESS.

01:35PM  3         AND SO THEY STARTED OUT TALKING ABOUT THE TECHNOLOGY, WHAT

01:35PM  4    IT COULD DO, THAT IT COULD MATCH ALL THOUSAND CPT CODES THAT

01:35PM  5    REFERENCE LABORATORIES LIKE QUEST AND LABCORP, THE COMPANIES

01:35PM  6    THAT DO A LOT OF THE LAB TESTING, THAT IT COULD DO ALL OF THOSE

01:36PM  7    TESTS.

01:36PM  8         THEY DESCRIBED FOR US HOW THE LAST TEN YEARS THEY HAD BEEN

01:36PM  9    IN STEALTH MODE AND OVER THAT TIME THEY HAD BEEN WORKING WITH

01:36PM 10    THE GOVERNMENT, THE DEPARTMENT OF DEFENSE, AND THE

01:36PM 11    PHARMACEUTICAL INDUSTRY, AND THEY DESCRIBED BOTH OF THOSE, BOTH

01:36PM 12    OF THOSE ACTIVITIES.

01:36PM 13         THE DEPARTMENT OF DEFENSE, THEY TALKED ABOUT HOW THEIR

01:36PM 14    TECHNOLOGY HAD BEEN, WAS BEING USED ON MEDEVACS, HOW IMPORTANT

01:36PM 15    IT WAS, HOW IT ACTUALLY SAVED LIVES IN THE BATTLEFIELD TO GET

01:36PM 16    REALLY IMPORTANT DIAGNOSTIC INFORMATION TO EMERGENCY --

01:36PM 17    MILITARY EMERGENCY ROOMS WITHIN AN HOUR THAT SAVED LIVES.

01:36PM 18         THEY TALKED ABOUT THE PHARMACEUTICAL INDUSTRY AND HOW THEY

01:36PM 19    HAD NUMEROUS PHARMACEUTICAL CLIENTS THAT HAD ASKED THEM TO USE

01:36PM 20    THEIR TECHNOLOGY, DEVELOP SPECIFIC TESTS FOR EXPERIMENTAL

01:36PM 21    MEDICINES, WHICH THEY THEN, WHICH THEY THEN DID AND PROVIDED

01:36PM 22    THAT SERVICE TO THOSE COMPANIES.

01:37PM 23         AND THEY SAID THAT THERE WERE SO MANY THINGS THAT THEY HAD

01:37PM 24    TO DO WORKING WITH THE PHARMACEUTICAL COMPANIES, SO MANY

01:37PM 25    DIFFERENT TESTS THAT THEY HAD TO DEVELOP, THAT THAT'S WHAT

ER-4582

GROSSMAN DIRECT BY MR. LEACH                              6044

01:37PM  1      OPENED THEIR EYES TO THE IDEA THAT, YOU KNOW, WE SHOULD, WE

01:37PM  2      SHOULD DO A BROAD RETAIL PRODUCT.

01:37PM  3          THEY, THEY THEN TALKED ABOUT THE QUALITY OF THE TECHNOLOGY

01:37PM  4      AND EXPLAINED TO US THAT THEIR SYSTEMS, THEIR PROPRIETARY

01:37PM  5      TECHNOLOGY WAS ACTUALLY SUPERIOR TO THE CONVENTIONAL LABORATORY

01:37PM  6      SYSTEMS THAT WERE USED.

01:37PM  7          AND THEY DESCRIBED THE VARIABILITY THAT EXISTS IN A

01:37PM  8      TYPICAL REFERENCE LAB WHERE YOU SEE ALL SORTS OF DIFFERENT

01:37PM  9      THIRD PARTY EQUIPMENT.  ALL OF THAT EQUIPMENT HAS HUMAN LAB

01:37PM 10      TECHNICIANS THAT OPERATE THAT EQUIPMENT, THERE'S DIFFERENT

01:37PM 11      CHEMICALS THAT GO THAT NEED TO BE USED WITH DIFFERENT SYSTEMS,

01:37PM 12      AND THAT INTRODUCES A LOT OF VARIABILITY INTO TESTING RESULTS,

01:37PM 13      BOTH BETWEEN DIFFERENT PIECES OF EQUIPMENT IN THE SAME LAB, AND

01:38PM 14      THEN BETWEEN DIFFERENT LABORATORIES.

01:38PM 15          AND THEY CONTRASTED THAT TO THEIR TECHNOLOGY, WHICH WAS

01:38PM 16      EVERYTHING WAS CONTAINED, YOU KNOW, IN, IN ONE, IN ONE SYSTEM.

01:38PM 17          AND AS A RESULT, THEY HAD NO HUMAN VARIATION, AND THEY

01:38PM 18      EXPLAINED TO US THAT THAT DRAMATICALLY DECREASED THE

01:38PM 19      VARIABILITY AND THE CONSISTENCY OF RESULTS ON THEIR PROPRIETARY

01:38PM 20      TECHNOLOGY, AND I THINK THEY TOLD US SOMETHING TO THE ORDER OF,

01:38PM 21      YOU KNOW, LESS THAN 3 PERCENT OR 4 PERCENT KIND OF VARIATION,

01:38PM 22      SYSTEM LEVEL VARIATION.

01:38PM 23          AND THEY COMPARED THAT TO TESTS, I THINK THEY USED THE

01:38PM 24      EXAMPLE LIKE HIGH DENSITY LIPOPROTEIN, OR HDL, WHERE YOU CAN

01:38PM 25      SEE 30, 35 PERCENT VARIATION WITHIN THE SAME LAB JUST BECAUSE

ER-4583

01:38PM  1    OF INHERENTLY, YOU KNOW, ALL OF THE SOURCES OF POTENTIAL ERROR

01:39PM  2    AND VARIANCE THAT COULD OCCUR.

01:39PM  3         SO THEY EXPLAINED THAT TO US.

01:39PM  4         WE THEN PIVOTED BACK --

01:39PM  5    Q.   MR. GROSSMAN, I DON'T MEAN TO INTERRUPT YOU, BUT I DID

01:39PM  6    HAVE SOME FOLLOW-UP QUESTIONS ABOUT WHAT YOU JUST DESCRIBED.

01:39PM  7    SO I DON'T MEAN TO CUT YOU OFF.

01:39PM  8         BUT LET ME ASK YOU AND GO BACK TO WHERE YOU STARTED, WHICH

01:39PM  9    WAS THE SECURITY PROCEDURES THAT YOU WERE GOING THROUGH IN

01:39PM 10    THERE.

01:39PM 11         YOU'VE BEEN AT PRIVATE COMPANIES BEFORE AS PART OF YOUR

01:39PM 12    INVESTMENT PROCESS; CORRECT?

01:39PM 13    A.   YES.

01:39PM 14    Q.   AND YOU'VE HAD AN OPPORTUNITY TO -- HOW DID THERANOS'S

01:39PM 15    COMPARE TO WHAT YOU HAD EXPERIENCED PREVIOUSLY?

01:39PM 16    A.   THAT'S ACTUALLY KIND OF WHY I REMEMBER IT IS IT'S -- IT'S

01:39PM 17    VERY UNUSUAL FOR A PRIVATE COMPANY TO HAVE THAT KIND OF

01:39PM 18    SECURITY.

01:39PM 19         NORMALLY YOU GET OFF THE ELEVATOR AND YOU'RE IN THE OFFICE

01:39PM 20    AND THERE'S A FEW PEOPLE THERE.

01:39PM 21         AND THIS WAS, THIS WAS LIKE, YOU KNOW, TRYING TO GET INTO

01:39PM 22    A FORTUNE 500 COMPANY AND, YOU KNOW, WITH, YOU KNOW, SECURITY,

01:39PM 23    YOU KNOW, IMPOSING SORT OF SECURITY TYPE, YOU KNOW, PEOPLE THAT

01:39PM 24    WERE IN THE LAB BEE AREA.

01:40PM 25         IT WAS JUST A -- IT HAD A DIFFERENT FEEL, A VERY DIFFERENT

01:40PM  1    FEEL FROM WHAT WE TYPICALLY SEE FROM PRIVATE COMPANIES.

01:40PM  2    Q.   AND WHO DID MOST OF THE TALKING IN THIS MEETING IN

01:40PM  3    DECEMBER OF 2013 WITH MS. HOLMES AND MR. BALWANI?

01:40PM  4    A.   THIS FIRST MEETING, MS. HOLMES DID MOST OF THE TALKING IN

01:40PM  5    THE FIRST MEETING.

01:40PM  6    Q.   AND WERE THERE ANY TIMES WHEN MR. BALWANI INTERRUPTED OR

01:40PM  7    DISAGREED WITH MS. HOLMES?

01:40PM  8    A.   NO, NOT TO MY MEMORY.

01:40PM  9    Q.   AND DID MS. HOLMES AND MR. BALWANI MAKE STATEMENTS TO YOU

01:40PM 10    ABOUT USE OF THERANOS'S TECHNOLOGY BY THE MILITARY?

01:40PM 11    A.   YES.

01:40PM 12    Q.   AND I THINK YOU DESCRIBED YOU WERE TOLD IT WAS BEING USED

01:40PM 13    ON MEDEVAC HELICOPTERS?

01:40PM 14    A.   YEAH, THEY SAID THEY HAD BEEN WORKING WITH THE DEPARTMENT

01:40PM 15    OF DEFENSE AND THE MILITARY FOR THE LAST TEN YEARS, THAT IT HAD

01:40PM 16    BEEN ONE OF THE REASONS THAT -- IT ALLOWED -- THE WORK THAT IT

01:40PM 17    HAD BEEN DOING WITH THE GOVERNMENT HAD ALLOWED THE COMPANY TO

01:40PM 18    GET THROUGH THIS SORT OF STEALTH MODE WHERE THEY WERE -- YOU

01:40PM 19    KNOW, THEY HADN'T RAISED MONEY IN I THINK OVER A DECADE.

01:41PM 20         SO, YEAH, THE GOVERNMENT -- AND THEN OBVIOUSLY THE --

01:41PM 21    USING THIS TECHNOLOGY IN THE BATTLEFIELD ON MEDEVAC

01:41PM 22    HELICOPTERS, YOU KNOW, SPEAKS TO THE, YOU KNOW, THE, THE -- YOU

01:41PM 23    KNOW -- I MEAN, THE GOVERNMENT WOULD NEVER USE A PIECE OF

01:41PM 24    TECHNOLOGY ON SOLDIERS OR IN THE BATTLEFIELD, YOU KNOW, THEY

01:41PM 25    WOULDN'T JUST DO THAT KIND OF CASUALLY.  THEY WOULD HAVE TO GO

01:41PM  1    THROUGH A MAJOR VETTING PROCESS.

01:41PM  2         AND, YOU KNOW, SO IT WAS A -- YOU KNOW, IT WAS AN

01:41PM  3    IMPRESSIVE STATEMENT.

01:41PM  4    Q.   WERE YOU ALSO IMPRESSED BY WHAT MS. HOLMES AND MR. BALWANI

01:41PM  5    SAID ABOUT PHARMACEUTICAL COMPANIES?

01:41PM  6    A.   YES, WE WERE.

01:41PM  7         WE KNEW -- WE KNOW THOSE COMPANIES VERY WELL, THE MERCKS,

01:41PM  8    THE AMGENS, THE PFIZERS.  THE MOST IMPORTANT ASSET THAT THEY

01:41PM  9    HAVE ARE EXPERIMENTAL MEDICINES, AND THE TINIEST MISTAKE IN THE

01:42PM 10    CLINICAL TRIAL CAN SET ONE OF THOSE NEW MEDICINES BACK FOR

01:42PM 11    YEARS.  IT CAN COMPROMISE A CLINICAL TRIAL.  AND SO THEY TAKE

01:42PM 12    THAT MORE SERIOUSLY THAN ANYTHING ELSE IN THE COMPANY.

01:42PM 13         AND SO THE FACT THAT THEY WERE USING THIS DIAGNOSTIC

01:42PM 14    EQUIPMENT IN THOSE CLINICAL TRIAL SETTINGS ON ACTUAL HUMANS,

01:42PM 15    YOU KNOW, THAT WAS ANOTHER, YOU KNOW, REALLY IMPRESSIVE

01:42PM 16    STATEMENT AND JUST SPOKE TO THE QUALITY OF THE PRODUCT AND THE,

01:42PM 17    THE CAPABILITIES OF THE TECHNOLOGY.

01:42PM 18    Q.   AND MS. HOLMES AND MR. BALWANI MADE STATEMENTS TO YOU

01:42PM 19    ABOUT ELIMINATING THE PREANALYTIC ERRORS?  DID I HEAR YOU SAY

01:42PM 20    SOMETHING TO THAT EFFECT?

01:42PM 21    A.   YEAH.  THEY EXPLAINED THAT THIS IS THE -- THE SYSTEM

01:42PM 22    VARIATION ON THEIR TECHNOLOGY WAS DRAMATICALLY LESS THAN THE

01:42PM 23    TYPICAL THIRD PARTY EQUIPMENT THAT ARE USED IN REFERENCE LABS

01:42PM 24    LIKE QUEST OR LABCORP.

01:43PM 25         SO, YES, THAT -- AND I ACTUALLY THEY ACTUALLY QUOTED US A

01:43PM 1   NUMBER, I THINK IT WAS, LIKE, LESS THAN 3 PERCENT OR LESS THAN

01:43PM 2   4 PERCENT OR SOMETHING LIKE THAT.

01:43PM 3   Q.   IN THIS MEETING IN DECEMBER OF 2013 WITH MS. HOLMES AND

01:43PM 4   MR. BALWANI, DID THEY SHOW YOU ANY THERANOS DEVICES?

01:43PM 5   A.   I DON'T RECALL SPECIFICALLY IF IT WAS THAT MEETING OR THE

01:43PM 6   NEXT MEETING, BUT WE DID SEE DEVICES WHEN WE WERE THERE, YES.

01:43PM 7   Q.   DESCRIBE THE DEVICES YOU WERE SHOWN ULTIMATELY.

01:43PM 8   A.   I REMEMBER THEY HAD TWO, TWO DEVICES THAT THEY SHOWED US.

01:43PM 9        THEY SHOWED US THE DEVICE THAT THEY USED I THINK IN THE

01:43PM 10  CLINICAL TRIAL SETTING.  THEY HAD A BANK OF THOSE DEVICES ON

01:43PM 11  TABLES, YOU KNOW, IN A ROOM, IN THE LOBBY AREA FROM WHAT I

01:43PM 12  REMEMBER.

01:43PM 13       AND THEN THEY HAD A SEPARATE ROOM WHERE THEY HAD THE, THE

01:43PM 14  RETAIL, THE CURRENT SORT OF SAMPLE PROCESSING UNIT.  THAT WAS,

01:44PM 15  THAT WAS A DIFFERENT SIZE.  IT WAS -- I THINK IT WAS A LITTLE

01:44PM 16  SMALLER OR A LITTLE BIT WIDER (INDICATING), AND IT HAD MORE OF

01:44PM 17  A USER INTERFACE, A DIFFERENT USER INTERFACE.  THEY HAD A

01:44PM 18  SCREEN THAT I THINK WAS DIFFERENT.

01:44PM 19       AND SO THEY HAD A SEPARATE ROOM WITH THOSE DEVICES THAT

01:44PM 20  WERE, THAT WERE -- WITH THOSE DEVICES, AGAIN, FROM WHAT I

01:44PM 21  REMEMBER, ON A TABLE.

01:44PM 22  Q.   AND THIS IS A ROOM THAT MS. HOLMES AND MR. BALWANI SHOWED

01:44PM 23  YOU?

01:44PM 24  A.   YEAH.  I, I DON'T REMEMBER WHETHER IT WAS ON THE WAY IN OR

01:44PM 25  THE WAY OUT, BUT, YEAH, WE -- I REMEMBER TOURING THAT ROOM.

GROSSMAN DIRECT BY MR. LEACH                                    6049

01:44PM  1          IT WAS IN BETWEEN THE SECURITY AREA AND THE KITCHEN AS YOU

01:44PM  2     WALKED INTO THE BUILDING.  THIS IS THEIR OLD -- THESE ARE THEIR

01:44PM  3     OLD OFFICES BEFORE THEY MOVED OUT ONTO PAGE MILL ROAD.

01:44PM  4     Q.   OKAY.  AND I OBSERVED YOU USING HAND GESTURES IN

01:44PM  5     DESCRIBING THE DEVICES, WHICH AREN'T GOING TO SHOW UP IN THE

01:44PM  6     RECORD.

01:44PM  7          SO CAN YOU GIVE US A SENSE OF HOW BIG THE DEVICES WERE?

01:44PM  8     WHAT THE DIMENSIONS WERE?  HOW THEY COMPARED TO OTHER MEDICAL

01:45PM  9     EQUIPMENT YOU WOULD HAVE OBSERVED?

01:45PM 10     A.   YEAH, THE DEVICES WERE -- THEY WERE THE SIZE OF KIND OF A

01:45PM 11     PC, AND ONE WAS A LITTLE BIT TALLER AND THE OTHER WAS A LITTLE

01:45PM 12     BIT WIDER, BUT ROUGHLY THAT SIZE.  THE FORM FACTOR OF A, OF A

01:45PM 13     PC.

01:45PM 14     Q.   AND WAS THE SIZE OF THE DEVICES ATTRACTIVE TO YOU?

01:45PM 15     A.   I MEAN, IT WAS, YEAH, SHOCKING HOW SMALL THE DEVICES WERE

01:45PM 16     RELATIVE TO WHAT THEY COULD DO, YES.

01:45PM 17     Q.   AND WHY WAS THAT ATTRACTIVE TO YOU?

01:45PM 18     A.   WELL, IT'S -- YOU KNOW, A CONVENTIONAL REFERENCE

01:45PM 19     LABORATORY HAS THOUSANDS OF SQUARE FEET, AND THEY HAVE

01:45PM 20     THOUSANDS OF SQUARE FEET BECAUSE THEY HAVE DIFFERENT EQUIPMENT

01:45PM 21     THAT DOES DIFFERENT TYPES OF ANALYSES.

01:45PM 22          AND IT'S -- SO TO BE ABLE TO TAKE ALL OF THAT AND

01:45PM 23     MINIATURIZE IT INTO SOMETHING THE SIZE OF A PC WAS JUST A --

01:45PM 24     YOU KNOW, IT WAS KIND OF A REVOLUTIONARY APPROACH TO DIAGNOSTIC

01:46PM 25     TESTING.

ER-4588

01:46PM 1    Q.  IN THIS MEETING IN DECEMBER OF 2013, DID MS. HOLMES OR

01:46PM 2    MR. BALWANI MAKE ANY STATEMENTS ABOUT THE AMOUNT OF REVENUE

01:46PM 3    BEING GENERATED BY THERANOS'S RELATIONSHIP WITH PHARMA AND THE

01:46PM 4    MILITARY?

01:46PM 5    A.  I DON'T SPECIFICALLY RECALL -- WELL, I DO REMEMBER AT THE

01:46PM 6    END OF THE MEETING THEY TOLD US THAT THEY HAD RAISED, OH, I

01:46PM 7    WANT TO SAY IT WAS $220 MILLION OVER THE LAST TEN YEARS THROUGH

01:46PM 8    WORKING WITH THE MILITARY AND PHARMA.

01:46PM 9        I DON'T RECALL IF THEY BROKE OUT WHICH WAS WHICH, BUT THAT

01:46PM 10   REVENUE IS WHAT SUSTAINED THE COMPANY OVER THAT TEN YEAR PERIOD

01:46PM 11   THAT THEY WERE IN STEALTH MODE BUILDING THE NUMBER OF TESTS FOR

01:46PM 12   THE RETAIL PRODUCT.

01:46PM 13   Q.  SO YOU WERE TOLD THAT THERANOS HAD 220 MILLION IN REVENUE?

01:46PM 14   A.  YES.

01:46PM 15   Q.  IN SOME COMBINATION FROM PHARMACEUTICAL COMPANIES AND THE

01:47PM 16   MILITARY?

01:47PM 17   A.  CORRECT.

01:47PM 18   Q.  AND WAS THAT IMPRESSIVE TO YOU?

01:47PM 19   A.  YES, IT WAS.

01:47PM 20   Q.  AND WHY WAS IT IMPRESSIVE TO YOU?

01:47PM 21   A.  YES.  WELL, FIRST OF ALL, MILITARY ACCOUNTS AND REVENUE

01:47PM 22   FROM THE GOVERNMENT GO THROUGH A WHOLE VETTING PROCESS,

01:47PM 23   PROCUREMENT PROCESS.  THERE'S TECHNICAL DUE DILIGENCE.

01:47PM 24       SO THE FACT THAT NOT ONLY WAS THE TECHNOLOGY USED IN A

01:47PM 25   BATTLEFIELD SETTING, BUT IT HAD GONE THROUGH THAT WHOLE

01:47PM  1    PROCUREMENT PROCESS WAS EXTREMELY IMPRESSIVE.

01:47PM  2         AND THEN ON THE PHARMACEUTICAL SIDE, THERE ARE -- AS I

01:47PM  3    SAID BEFORE, THAT IS SUCH A CRITICALLY SENSITIVE AREA, YOU

01:47PM  4    KNOW, USING DIAGNOSTIC EQUIPMENT IN A CLINICAL TRIAL SETTING,

01:47PM  5    THE FACT THAT THEY WERE PAYING FOR THOSE SERVICES AND COMPETING

01:47PM  6    AGAINST GREAT COMPANIES, COMAX, IQVIA, PPD, I MEAN, THESE ARE

01:48PM  7    GLOBAL FORTUNE 500 COMPANIES THAT DO THIS TYPE OF CLINICAL

01:48PM  8    TRIAL WORK AND THEY PROVIDE THE LABORATORY SERVICES ASSOCIATED

01:48PM  9    WITH THOSE TRIALS.

01:48PM 10         SO THAT WAS, AGAIN, IT WAS A REAL, A REAL -- IT WAS VERY

01:48PM 11    IMPRESSIVE THAT THEY HAD GENERATED THAT MUCH BUSINESS WITH THE

01:48PM 12    PHARMACEUTICAL INDUSTRY OVER THE LAST TEN YEARS.

01:48PM 13    Q.   HOW DID THIS MEETING IN DECEMBER OF 2013 END?

01:48PM 14    A.   WELL, WE TALKED ABOUT THE WALGREENS DEAL.

01:48PM 15         THEY HIGHLIGHTED THAT THEY WERE -- ACTUALLY, AT THAT POINT

01:48PM 16    IN TIME THEY WERE, THEY WERE IN THE PROCESS OF ROLLING OUT TO

01:48PM 17    ALL 8100 WALGREENS STORES.

01:48PM 18         THEY WERE USING THEIR PROPRIETARY TECHNOLOGY ON ACTUAL

01:48PM 19    HUMANS.  THEY WERE DOING TESTS AND BEING REIMBURSED, WHICH IS A

01:48PM 20    TERM THAT WE USE, WHICH BASICALLY MEANS THAT YOU'RE BEING PAID

01:48PM 21    FOR THOSE SERVICES BY TYPICALLY AN INSURANCE COMPANY.

01:48PM 22         SO THEY WERE -- SO THEY EXPLAINED THAT THAT WAS A -- THIS

01:49PM 23    WASN'T, YOU KNOW, WE ARE GOING TO DO THIS.  THEY WERE ACTUALLY

01:49PM 24    DOING THAT.

01:49PM 25         THEY ALSO TALKED ABOUT THE VERTICAL INTEGRATION, WHICH WE

ER-4590

GROSSMAN DIRECT BY MR. LEACH                                6052

01:49PM  1    WERE -- WHICH WAS ANOTHER SURPRISING STATEMENT.

01:49PM  2          AND WHEN THEY SAY VERTICALLY INTEGRATED, THEY WERE

01:49PM  3    EXPLAINING THAT THEY WANTED TO, AND THEY WERE, MAKING ALL OF

01:49PM  4    THEIR OWN PROPRIETARY TECHNOLOGY.

01:49PM  5          AND IN THE MEDICAL DEVICE FIELD, IN THE CLINICAL

01:49PM  6    DIAGNOSTIC FIELD, THAT IS VERY UNUSUAL.  IT'S SORT OF LIKE WHAT

01:49PM  7    YOU SEE WITH TECHNOLOGY, IPHONES.  MOST OF THAT IS OUTSOURCED

01:49PM  8    TO COMPANIES THAT ARE -- THAT MAKE OR ASSEMBLE THOSE TYPES OF

01:49PM  9    MACHINES.

01:49PM 10          AND THE SAME IS TRUE IN THE MEDICAL DEVICE AND CLINICAL

01:49PM 11    DIAGNOSTICS PHASE.

01:49PM 12          SO THE FACT THAT THEY'RE GOING TO BE MAKING THEIR OWN

01:49PM 13    PROPRIETARY TECHNOLOGY WAS SURPRISING, AND THEY EXPLAINED THAT

01:49PM 14    THIS WAS BECAUSE IT ALLOWED THEM TO CONTROL THE COSTS, AND IT

01:49PM 15    WAS AN IMPORTANT SOURCE OF COMPETITIVE ADVANTAGE, SOMETHING

01:49PM 16    THAT WE KIND OF BUILT ON IN SUBSEQUENT MEETINGS.

01:49PM 17          AND THEN THE LAST THING WAS WE SORT OF LEFT AND ENDED AT

01:50PM 18    SORT OF THE FINANCING.  WE'RE LOOKING TO RAISE MONEY, WE

01:50PM 19    HAVEN'T RAISED MONEY IN A LONG TIME, AND, YOU KNOW, IF YOU'RE

01:50PM 20    INTERESTED, LET US KNOW IF THERE'S AN INTEREST IN FOLLOWING UP

01:50PM 21    AFTER THIS INITIAL MEETING.

01:50PM 22    Q.   YOU MENTIONED THERE WAS A REFERENCE TO VERTICAL

01:50PM 23    INTEGRATION AND THIS CONCEPT OF MAKING ALL OF YOUR OWN

01:50PM 24    EQUIPMENT.

01:50PM 25          WAS THAT ATTRACTIVE TO YOU?

01:50PM 1      A.    YEAH.  IT WAS, IT WAS AN UNUSUAL, IT WAS AN UNUSUAL

01:50PM 2      STRATEGY FOR A COMPANY, A COMPANY AT THEIR STAGE.

01:50PM 3           BUT I THINK IT HIGHLIGHTED JUST HOW UNIQUE AND SPECIAL THE

01:50PM 4      PROPRIETARY TECHNOLOGY WAS AND HOW IMPORTANT IT WAS THAT THEY

01:50PM 5      CONTROLLED, THAT THEY CONTINUED TO DRIVE THAT TECHNOLOGY DOWN

01:50PM 6      THE COST CURVE.

01:50PM 7           THEY -- THIS KIND OF CAME UP IN SUBSEQUENT MEETINGS, BUT,

01:50PM 8      YOU KNOW, WE REALLY PUSHED THEM ON WHY NOT JUST SELL THE

01:51PM 9      TECHNOLOGY?  WHY NOT JUST BE A CLINICAL DIAGNOSTICS OR MEDICAL

01:51PM 10     DEVICE COMPANY?

01:51PM 11          AND THE ANSWER WAS THAT THEY WANTED TO USE -- BY BEING

01:51PM 12     VERTICALLY INTEGRATING AND MAKING THEIR OWN EQUIPMENT, THAT

01:51PM 13     PROVIDED THEM AN ENORMOUS COST ADVANTAGE IN THE LABORATORY

01:51PM 14     SERVICES BUSINESS.  THEY WERE COMPETING AGAINST COMPANIES THAT

01:51PM 15     HAD TO BUY THIRD PARTY EQUIPMENT THAT COST A LOT OF MONEY, AND

01:51PM 16     THEN THEY HAD TO GET PEOPLE TO WORK THAT EQUIPMENT.

01:51PM 17          SO BY HAVING THEIR OWN EQUIPMENT AND MAKING IT THEMSELVES,

01:51PM 18     THEY HAD THE ABILITY TO REMOVE A NUMBER OF THE -- THEY COULD

01:51PM 19     CONTINUE TO DRIVE DOWN THE COMPLEXITY OF THE DEVICE, THEY COULD

01:51PM 20     DRIVE COST DOWN.

01:51PM 21          AND IT PROVIDED THEM A HUGE COST ADVANTAGE WHEN IT CAME TO

01:51PM 22     DELIVERING LABORATORY SERVICES AGAINST AN INCUMBENT INDUSTRY

01:51PM 23     THAT WAS, FOR ALL INTENTS AND PURPOSES, HADN'T CHANGED IN 30,

01:51PM 24     40 YEARS, AND THAT'S THE LABCORPS AND THE QUESTS OF THE WORLD.

01:52PM 25     Q.    THANK YOU, MR. GROSSMAN.

01:52PM  1      I'VE PLACED BEFORE YOU A BINDER OF DOCUMENTS.  DO YOU HAVE

01:52PM  2  THAT IN FRONT OF YOU?

01:52PM  3  A.   YES.

01:52PM  4          MR. LEACH:  DOES THE COURT HAVE A COPY?

01:52PM  5          THE COURT:  YES.

01:52PM  6  BY MR. LEACH:

01:52PM  7  Q.   I'D LIKE TO DRAW YOUR ATTENTION TO WHAT WE HAVE MARKED AS

01:52PM  8  EXHIBIT 1360.

01:52PM  9  A.   OKAY.

01:52PM  10  Q.   AND DO YOU SEE IN THE BODY OF THIS DOCUMENT THERE'S AN

01:52PM  11  EMAIL FROM SOMEONE NAMED CHRIS JAMES TO ELIZABETH HOLMES, WITH

01:52PM  12  A COPY TO SUNNY BALWANI AND YOURSELF?

01:52PM  13  A.   YES, I DO.

01:52PM  14  Q.   AND DO YOU SEE THAT THIS IS DATED DECEMBER 23RD, 2013?

01:52PM  15  A.   YES.

01:52PM  16  Q.   AND IS THIS CLOSE IN TIME TO YOUR INITIAL MEETING WITH

01:52PM  17  MS. HOLMES AND MR. BALWANI?

01:52PM  18  A.   YES.  I BELIEVE IT WAS AFTER OUR INITIAL MEETING, YES.

01:52PM  19  Q.   OKAY.  AND DOES THIS RELATE TO FOLLOWUP MR. JAMES HAD WITH

01:53PM  20  YOU AND MS. HOLMES AND MR. BALWANI?

01:53PM  21  A.   YES.

01:53PM  22          MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

01:53PM  23  EXHIBIT 1360.

01:53PM  24          MS. WALSH:  NO OBJECTION.

01:53PM  25          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

GROSSMAN DIRECT BY MR. LEACH                                6055

01:53PM  1           (GOVERNMENT'S EXHIBIT 1360 WAS RECEIVED IN EVIDENCE.)

01:53PM  2                 MR. LEACH:  MS. WACHS, IF WE CAN ZOOM IN ON THE TOP.

01:53PM  3      Q.   MR. GROSSMAN, LET ME FIRST DRAW YOUR ATTENTION TO

01:53PM  4      MR. JAMES'S INITIAL EMAIL ON DECEMBER 19TH.

01:53PM  5           DO YOU SEE WHERE HE WROTE, "ELIZABETH, I WAS JUST CHECKING

01:53PM  6      IN TO SEE IF WE CAN MOVE THE PROCESS FORWARD.  I UNDERSTAND UR

01:53PM  7      PRIORITIES ON GETTING YEAR END CLOSE DONE, BUT WE ARE VERY

01:53PM  8      INTERESTED."

01:53PM  9           DO YOU SEE THAT?

01:53PM  10     A.   YES.

01:53PM  11     Q.   AND WAS IT TRUE IN OR AROUND THIS TIME PERIOD THAT PFM WAS

01:53PM  12     VERY INTERESTED IN A POTENTIAL INVESTMENT?

01:53PM  13     A.   YES, WE WERE VERY IMPRESSED THAT -- WITH WHAT WE LEARNED

01:53PM  14     IN THE FIRST MEETING.

01:53PM  15     Q.   AND THEN UP AT THE TOP MR. JAMES WRITES, "ELIZABETH AND

01:53PM  16     SUNNY,

01:53PM  17           "WE WILL FOLLOW UP WITH DUE DILIGENCE QUESTIONS AND A CALL

01:54PM  18     WITH SUNNY WHEN IT WORKS.  IN TERMS OF THE SIZE, WE ARE VERY

01:54PM  19     FLEXIBLE.  OUR HEALTH CARE FUND CAN DO FROM 5 MIN TO 25 PLUS."

01:54PM  20           DO YOU SEE THAT?

01:54PM  21     A.   YES.

01:54PM  22     Q.   AND AFTER THIS INITIAL MEETING WITH MS. HOLMES AND

01:54PM  23     MR. BALWANI, DID YOU CONTINUE TO ENGAGE WITH MR. BALWANI TO GET

01:54PM  24     INFORMATION ABOUT THERANOS?

01:54PM  25     A.   YES.

ER-4594

01:54PM   1    Q.   LET ME MOVE FORWARD IN TIME TO JANUARY OF 2014.

01:54PM   2         MS. WACHS, WE CAN TAKE THIS DOWN.

01:54PM   3         DID YOU MEET WITH MS. HOLMES AND MR. BALWANI AGAIN EARLY

01:54PM   4    IN JANUARY OF 2014?

01:54PM   5    A.   YES.

01:54PM   6    Q.   WHERE WAS THIS MEETING?

01:54PM   7    A.   THAT MEETING WAS ALSO -- IT WAS IN THEIR CORPORATE

01:54PM   8    HEADQUARTERS ON CALIFORNIA AVENUE IN PALO ALTO.

01:54PM   9    Q.   OKAY.  WHO ATTENDED THIS MEETING?

01:54PM  10    A.   THIS MEETING WE BROUGHT A NUMBER OF OTHER INVESTMENT

01:54PM  11    PROFESSIONALS FROM OUR FIRM.

01:54PM  12         SO WE HAD VIVEK KHANNA, WHO IS OUR -- HE'S OUR HEALTH CARE

01:55PM  13    SERVICES ANALYST; WE HAD ALEX RABODZEY, WHO IS OUR BIOTECH

01:55PM  14    DIAGNOSTICS ANALYST; AND THEN I THINK WE HAD SRI BALASURYAN,

01:55PM  15    WHO WAS OUR JUNIOR ANALYST AT THE TIME AND HELPS WITH A LOT OF

01:55PM  16    THE MODEL BUILDING AND KIND OF WORKED FOR EVERYBODY, WORKED FOR

01:55PM  17    A NUMBER OF THE SENIOR PEOPLE.

01:55PM  18         I WAS ALSO THERE.

01:55PM  19         AND I DON'T RECALL WHETHER MY PARTNER, CHRIS, WAS THERE OR

01:55PM  20    NOT.  HE MAY HAVE BEEN.

01:55PM  21    Q.   OKAY.  WERE YOU SHOWN ANY DOCUMENTS DURING THIS MEETING?

01:55PM  22    A.   YES.  THIS MEETING WE WERE SHOWN -- THEY HAD A

01:55PM  23    PRESENTATION ON A LAPTOP AND THAT INCLUDED A NUMBER OF -- IT

01:55PM  24    INCLUDED A PRESENTATION.  IT HAD, IT HAD SCIENTIFIC TESTING

01:55PM  25    INFORMATION, AND IT ALSO HAD -- THEY ALSO HAD A FINANCIAL MODEL

01:55PM   1        OF THE COMPANY THAT WE, WE REVIEWED IN THAT MEETING.

01:56PM   2        Q.   PRIOR TO THIS MEETING, DID YOU PROPOUND QUESTIONS TO

01:56PM   3        MR. BALWANI ON CERTAIN TOPICS THAT YOU WERE LOOKING FOR

01:56PM   4        INFORMATION ON?

01:56PM   5        A.   YES.  WE -- OUR TEAM PUT TOGETHER A LIST OF QUESTIONS SO

01:56PM   6        THAT WE COULD MAKE THE NEXT MEETING AS PRODUCTIVE AS POSSIBLE.

01:56PM   7             SO WE ASSEMBLED THOSE QUESTIONS AND THEN SENT THEM TO I

01:56PM   8        BELIEVE IT WAS MR. BALWANI.

01:56PM   9        Q.   LET ME DRAW YOUR ATTENTION TO WHAT WE HAVE MARKED AS

01:56PM  10        EXHIBIT 1404.

01:56PM  11             DOES THIS APPEAR TO BE AN EMAIL FROM MR. BALWANI TO YOU

01:56PM  12        AND OTHERS DATED JANUARY 7TH, 2014?

01:56PM  13        A.   YES.

01:56PM  14        Q.   AND DO YOU SEE THE TOPIC DUE DILIGENCE QUESTIONS?

01:57PM  15        A.   YES.

01:57PM  16             MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

01:57PM  17        EXHIBIT 1404.

01:57PM  18             MS. WALSH:  NO OBJECTION.

01:57PM  19             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:57PM  20        (GOVERNMENT'S EXHIBIT 1404 WAS RECEIVED IN EVIDENCE.)

01:57PM  21             MR. LEACH:  LET'S START, IF WE COULD, MS. WACHS, AT

01:57PM  22        THE BOTTOM OF PAGE 1.

01:57PM  23        Q.   DO YOU SEE, MR. GROSSMAN, THE DATE OF THIS IS

01:57PM  24        JANUARY 6TH, 2014?

01:57PM  25        A.   YES.

01:57PM   1      Q.   AND THE SUBJECT IS DUE DILIGENCE QUESTIONS?

01:57PM   2      A.   YES.

01:57PM   3      Q.   AND IN THE FIRST PARAGRAPH YOU WROTE, "I HOPE YOU BOTH HAD

01:57PM   4      AN ENJOYABLE FINISH TO WHAT WAS OBVIOUSLY A TREMENDOUSLY

01:57PM   5      SUCCESSFUL YEAR FOR THE COMPANY."

01:57PM   6           AND THEN YOU CONTINUE.  "BELOW IS OUR LIST OF DUE

01:57PM   7      DILIGENCE QUESTIONS.  WE WERE HOPING TO START THE PROCESS AS

01:57PM   8      SOON AS POSSIBLE."

01:57PM   9           DO YOU SEE THAT?

01:57PM   10     A.   YES.

01:57PM   11     Q.   AND DOES THIS INCLUDE A LIST OF QUESTIONS THAT YOU PUT

01:57PM   12     FORTH TO MS. HOLMES AND MR. BALWANI ABOUT WHAT YOU WANTED TO

01:57PM   13     LEARN ABOUT THERANOS?

01:57PM   14     A.   YES.

01:57PM   15     Q.   OKAY.  AND IF WE COULD ZOOM BACK UP, MS. WACHS, TO THE

01:58PM   16     NEXT EMAIL IN THE CHAIN.

01:58PM   17          DO YOU SEE A RESPONSE FROM MR. BALWANI?

01:58PM   18     A.   YES.

01:58PM   19     Q.   AND DO YOU SEE WHERE HE WROTE IN THE SECOND PARAGRAPH, "WE

01:58PM   20     ARE AVAILABLE THIS WEDNESDAY FROM 1-5 P.M. OR ON FRIDAY FROM 9

01:58PM   21     A.M. TO 1 P.M. AT OUR OFFICE.  WE CAN COVER ALL OF YOUR

01:58PM   22     QUESTIONS IN DETAIL."

01:58PM   23          IS THAT WHAT MR. BALWANI WROTE TO YOU?

01:58PM   24     A.   YES.

01:58PM   25     Q.   OKAY.  AND IF WE CAN ZOOM OUT AGAIN, MS. WACHS.  AND

01:58PM  1    ACTUALLY, IF WE CAN GO ONE MORE UP THE CHAIN.

01:58PM  2        DOES IT APPEAR THAT YOU AND MR. BALWANI CONFIRMED A

01:58PM  3    MEETING FOR FRIDAY THAT FIRST OR SECOND WEEK OF JANUARY AT

01:58PM  4    THERANOS'S OFFICES?

01:58PM  5    A.   YES.

01:58PM  6    Q.   OKAY.  I'D LIKE TO GO THROUGH SOME OF THE QUESTIONS THAT

01:58PM  7    YOU ASKED ON PAGE 2.

01:59PM  8        BEFORE WE GET TO THE QUESTIONS, IN THIS YOU WROTE, DEAL

01:59PM  9    TEAM:  BRIAN GROSSMAN, ALEX RABODZEY, VIVEK KHANNA, AND

01:59PM 10    SRI BALASURYAN?

01:59PM 11        DO YOU SEE THAT?

01:59PM 12    A.   YES.

01:59PM 13    Q.   AND ARE THOSE FOLKS THAT WORK WITHIN YOUR COMPANY?

01:59PM 14    A.   YES.

01:59PM 15    Q.   AND YOU HAVE AN OUTLINE WITH SEVEN BULLETS BEGINNING WITH

01:59PM 16    TECHNOLOGY AND ENDING IN FINANCIAL MODEL/PROJECTIONS.

01:59PM 17        DO YOU SEE THAT?

01:59PM 18    A.   YES.

01:59PM 19    Q.   AND DO THESE COVER THE TOPICS THAT YOU WERE TRYING TO GET

01:59PM 20    INFORMATION FROM MS. HOLMES AND MR. BALWANI ABOUT TO MAKE AN

01:59PM 21    INVESTMENT DECISION?

01:59PM 22    A.   YES.

01:59PM 23    Q.   OKAY.  LET'S ZOOM IN ON PARAGRAPH 1 IF WE COULD,

01:59PM 24    MS. WACHS.

01:59PM 25        YOUR FIRST QUESTION WAS, "HOW DOES YOUR ACCURACY AND SPEED

GROSSMAN DIRECT BY MR. LEACH                                    6060

01:59PM  1    STACK UP AGAINST TRADITIONAL TESTS."

01:59PM  2        DO YOU SEE THAT?

01:59PM  3    A.   YES.

01:59PM  4    Q.   AND WHY WERE YOU ASKING THAT?

02:00PM  5    A.   WELL, WE WANTED TO UNDERSTAND WHETHER THE TECHNOLOGY WAS

02:00PM  6    BETTER THAN CONVENTIONAL DIAGNOSTIC EQUIPMENT, WHETHER IT WAS

02:00PM  7    EQUIVALENT, WHETHER IT WAS MAYBE NOT QUITE AS GOOD BUT IT WAS

02:00PM  8    FASTER.

02:00PM  9        WE WANTED TO REALLY UNDERSTAND EXACTLY WHAT THE

02:00PM 10    CAPABILITIES WERE, WHAT THE LIMITATIONS WERE SO THAT WE COULD

02:00PM 11    UNDERSTAND HOW THIS WAS LIKELY GOING TO IMPACT THE LAB TESTING

02:00PM 12    MARKET OVER THE NEXT COUPLE OF YEARS.

02:00PM 13    Q.   AND DID THIS TOPIC COME UP IN YOUR MEETING WITH MS. HOLMES

02:00PM 14    AND MR. BALWANI AT THERANOS'S OFFICES?

02:00PM 15    A.   YES.

02:00PM 16    Q.   AND WHAT DID THEY TELL YOU?

02:00PM 17    A.   THIS WAS ONE OF THE FIRST THINGS WE TALKED ABOUT IN THE

02:00PM 18    MEETING, IN THE SECOND MEETING SUBSEQUENT TO THIS.

02:00PM 19        AND THEY REITERATED WHAT THEY TOLD US IN THE FIRST

02:00PM 20    MEETING, WHICH WAS THEIR TECHNOLOGY COULD DO EVERYTHING THAT A

02:00PM 21    REFERENCE LAB OFFERS IN A RETAIL SETTING.

02:00PM 22        THEY -- THERE WERE NO LIMITATIONS.  IT TOOK A LOT OF WORK.

02:01PM 23    IT WAS HARD WORK TO KIND OF GET TO THIS POINT, BUT THEY WERE

02:01PM 24    CRYSTAL CLEAR THAT THEY NEEDED TO WAIT UNTIL THEY HAD

02:01PM 25    100 PERCENT COVERAGE BEFORE THEY ROLLED OUT A RETAIL STRATEGY.

GROSSMAN DIRECT BY MR. LEACH                                          6061

02:01PM  1          THEY EXPLAINED HOW THE ONE CHALLENGING AREA FOR THEM WAS

02:01PM  2     MEASURING -- WAS A PROCESS -- AN ANALYTIC TECHNOLOGY CALLED

02:01PM  3     CULTURING WHERE YOU GROW MICROORGANISMS.

02:01PM  4          THEY SAID THAT WAS ONE OF THE HARDEST THINGS THAT THEY HAD

02:01PM  5     TO DEAL WITH.

02:01PM  6          AND THEY EXPLAINED THAT THEY HAD A TECHNOLOGICAL

02:01PM  7     BREAKTHROUGH THAT THEY HAD DEVELOPED ON THEIR OWN CALLED

02:01PM  8     NUCLEIC ACID AMPLIFICATION, WHICH ALLOWED THEM TO IDENTIFY

02:01PM  9     THESE MICROORGANISMS, WHICH CAN BE BACTERIA OR VIRUSES, IN A

02:01PM  10    MATTER OF MINUTES INSTEAD OF WHAT TYPICALLY TOOK TWO OR THREE

02:01PM  11    DAYS, AND THAT WAS GOING TO FORM THE BASIS OF AN ENTIRELY NEW

02:02PM  12    BUSINESS FOCUSSING ON HELPING HOSPITALS OR REPLACING -- USING

02:02PM  13    THIS TECHNOLOGY TO HELP TEST FOR THESE TYPES OF BACTERIA AND

02:02PM  14    VIRUSES, THESE MICROORGANISMS.

02:02PM  15         SO THAT, THAT -- AND I GUESS THE ONLY OTHER THING IS THAT

02:02PM  16    THEY -- YOU KNOW, THAT I WOULD ADD IS THAT THEY DESCRIBED, YOU

02:02PM  17    KNOW, THE WHOLE PROCESS OF HOW YOU HAVE TO DEVELOP THE TEST,

02:02PM  18    VALIDATE THE TEST, AND THEN BRING THAT UP IN THEIR CLIA

02:02PM  19    LABORATORY.

02:02PM  20         AND THEY WERE -- THEY EMPHASIZED TO US THAT THEY DID THIS,

02:02PM  21    EVERY ONE OF THESE TESTS THEY DEVELOPED AND VALIDATED WAS DONE

02:02PM  22    ON THEIR PROPRIETARY SYSTEMS.

02:02PM  23    Q.   YOU GO ON TO ASK, "WHAT ARE THE KEY TESTS FROM A

02:03PM  24    COMMERCIAL STANDPOINT AND HOW DOES ACCURACY AND SPEED COMPARE

02:03PM  25    SPECIFICALLY ON THOSE?

ER-4600

GROSSMAN DIRECT BY MR. LEACH                                              6062

02:03PM  1          "CAN YOU ANALYZE SAMPLES AT POC (WALGREENS) OR WILL IT

02:03PM  2     NEED TO GO TO A CLIA FACILITY?

02:03PM  3          "WHAT ARE THE LIMITATIONS TO THE TECHNOLOGY?  WHAT TESTS

02:03PM  4     ARE NOT FEASIBLE?"

02:03PM  5          WERE THESE QUESTIONS YOU POSED TO MS. HOLMES AND

02:03PM  6     MR. BALWANI IN YOUR MEETING IN JANUARY OF 2014?

02:03PM  7     A.   YES.

02:03PM  8     Q.   AND WHAT WERE YOU TOLD?

02:03PM  9     A.   WELL, THE ANSWER -- SO GOING KIND OF ONE BY ONE, THERE

02:03PM  10    WERE OVER A THOUSAND BILLING CODES FOR LABORATORIES -- THAT

02:03PM  11    LABORATORIES USED IN THE RETAIL SETTING.  THEY COULD MATCH --

02:03PM  12    THEIR ANALYTIC TECHNIQUES COULD MATCH ALL OF THOSE.  SO THEY

02:03PM  13    REITERATED THAT.

02:03PM  14         THEY EXPLAINED THAT THEY COULD GET RESULTS IN FOUR HOURS,

02:03PM  15    WHICH WAS FASTER THAN TYPICAL REFERENCE LABS.

02:04PM  16         AND THEY TALKED ABOUT HOW THAT HAD THE POTENTIAL TO CHANGE

02:04PM  17    THE PARADIGM WHERE PHYSICIANS AND PATIENTS INTERACT.  YOU COULD

02:04PM  18    HAVE YOUR LAB TESTS DONE ON THE SAME DAY THAT YOU SEE YOUR

02:04PM  19    DOCTOR, AND HOW PROFOUND THAT WAS.

02:04PM  20         THEY ALSO EXPLAINED THAT A TECHNOLOGY LIKE THIS THAT WAS

02:04PM  21    SAFER, EASIER TO ACCESS, FASTER, AS WE GOT MORE INTO THE

02:04PM  22    MEETING, LESS EXPENSIVE, WOULD DRAMATICALLY INCREASE THE SIZE

02:04PM  23    OF THE MARKET.  SO THEY ALSO KIND OF EXPLAINED THAT TO US.

02:04PM  24         THEY -- AS FAR AS THE THIRD -- THE NEXT BULLET POINT, THEY

02:04PM  25    EXPLAINED HOW THEY HAD A TWO-STAGE APPROACH TO THE RETAIL

ER-4601

GROSSMAN DIRECT BY MR. LEACH                                    6063

02:04PM   1    SETTING.

02:04PM   2         STAGE ONE WOULD BE USING THEIR PROPRIETARY TECHNOLOGY IN

02:04PM   3    THEIR OWN CLIA LABORATORY FACILITIES, COLLECTING SPECIMENS FROM

02:04PM   4    WALGREENS LOCATIONS, AND THEN ANALYZING THEM LOCALLY.

02:05PM   5         PHASE TWO WOULD BE WHERE THEY WOULD ACTUALLY USE THE --

02:05PM   6    THEY WOULD DEPLOY THE SAMPLE PROCESSING UNIT INTO THE WALGREENS

02:05PM   7    SETTING.

02:05PM   8         SO THEY EXPLAINED THOSE WERE THE TWO PHASES.

02:05PM   9         AND AS FAR AS LIMITATIONS AND WHAT WASN'T FEASIBLE, THEY

02:05PM  10    SAID THERE WAS NOTHING THAT WAS -- THAT THERE WERE NO

02:05PM  11    LIMITATIONS TO THE TECHNOLOGY.

02:05PM  12    Q.   YOU SAID THERE WAS A DISCUSSION ABOUT COSTS OR THE COST OF

02:05PM  13    THE DEVICE.

02:05PM  14         DO YOU RECALL THAT COMING UP IN THIS JANUARY MEETING?

02:05PM  15    A.   YES.

02:05PM  16         THEY EXPLAINED TO US THAT -- WELL, THERE WERE SORT OF TWO

02:05PM  17    ASPECTS OF COST.

02:05PM  18         THE FIRST IS THAT THEY EXPLAINED THAT THEIR DEVICES

02:05PM  19    ALREADY, THEY ALREADY COST LESS THAN SOME OF THE OTHER

02:05PM  20    EQUIPMENT THAT THIRD PARTY LABORATORIES HAD TO BUY, AND THAT

02:05PM  21    THEY USED AN EXAMPLE OF A COMPANY CALLED CEPHEID AND ANOTHER

02:05PM  22    COMPANY CALL ILLUMINA, BOTH OF WHICH SELL EXPENSIVE MOLECULAR

02:05PM  23    DIAGNOSTIC EQUIPMENT, SO THE TYPE OF STUFF THAT CAN IDENTIFY,

02:06PM  24    THAT CAN IDENTIFY GENETIC MATERIAL WITHIN A SAMPLE.

02:06PM  25         THEY ALREADY HAD -- THEIR TECHNOLOGY ALREADY COST

02:06PM 1    20 PERCENT LESS THAN THOSE MACHINES, AND THEY HAD A -- THEY

02:06PM 2    BELIEVED THEY WOULD BE 80 PERCENT BELOW THE COST OF THOSE

02:06PM 3    MACHINES WITHIN A SHORT PERIOD OF TIME AS THEY RAMPED

02:06PM 4    PRODUCTION OF THEIR MINILABS.

02:06PM 5        THEY ALSO EXPLAINED TO US THAT THIS WHOLE CONCEPT OF

02:06PM 6    TAKING THE ENTIRE LAB AND MINIATURIZING IT HAD PROFOUND

02:06PM 7    IMPLICATIONS FOR COST.

02:06PM 8        UNLIKE CONVENTIONAL LABORATORIES, YOU WOULDN'T HAVE TO

02:06PM 9    HAVE A BIG, THOUSANDS OF SQUARE FOOT FACILITY.  YOU WOULDN'T

02:06PM 10   HAVE TO PUT MULTIPLE MACHINES INTO THOSE FACILITIES.

02:06PM 11       THEY COULD SERVICE -- THE EXAMPLE THEY GAVE US WAS THE

02:06PM 12   PHOENIX MARKET.  THEY COULD SUPPORT THE ENTIRE PHOENIX ROLLOUT,

02:07PM 13   THE ENTIRE PHOENIX MARKET WITH A 200 SQUARE FOOT FACILITY USING

02:07PM 14   THE PROPRIETARY TECHNOLOGY.

02:07PM 15       AND THEY SAID IT PROVIDED AN ENORMOUS COST ADVANTAGE

02:07PM 16   RELATIVE TO THE QUESTS AND THE LABCORPS THAT THEY COMPETE WITH,

02:07PM 17   AND IT WAS THE REASON WHY THEY COULD OFFER THEIR SERVICE AT

02:07PM 18   HALF THE MEDICARE PRICE.

02:07PM 19   Q.   SO HAVING A DEVICE THAT WAS SMALLER AND COST LESS AND FIT

02:07PM 20   WITHIN A SMALLER SQUARE FOOTAGE AREA, THAT WAS WHAT WAS -- WAS

02:07PM 21   THAT ATTRACTIVE TO YOU?

02:07PM 22   A.   IT WAS A RADICAL CHANGE IN HOW THIS INDUSTRY OPERATED.

02:07PM 23   IT, IT WAS -- IT HAD ENORMOUS IMPLICATIONS FOR THE EXISTING

02:07PM 24   INDUSTRY.

02:07PM 25       AND IT'S ONE OF THE THINGS THAT, AS INVESTORS, WE LOOK FOR

ER-4603

02:07PM 1     IF YOU CAN FIND SOMETHING NEW THAT IS A WIN FOR EVERYBODY.  THE

02:07PM 2     PATIENT WINS, THE SYSTEM WINS, YOU KNOW, YOU HAVE BETTER HEALTH

02:08PM 3     OUTCOMES.

02:08PM 4          YOU KNOW, THIS SEEMED TO CHECK ALL OF THOSE BOXES BASED ON

02:08PM 5     THAT.

02:08PM 6     Q.   AND WERE YOU TOLD THAT THIS WAS SOMETHING THAT WAS

02:08PM 7     ASPIRATIONAL, THAT THERANOS HOPED TO DO ONE DAY?  OR SOMETHING

02:08PM 8     THAT THERANOS COULD DO IN JANUARY OF 2014?

02:08PM 9               MS. WALSH:  OBJECTION.  LEADING.

02:08PM 10              THE COURT:  OVERRULED.

02:08PM 11         YOU CAN ANSWER THE QUESTION.

02:08PM 12              THE WITNESS:  THEY TOLD US IN THE FIRST MEETING THAT

02:08PM 13    THEY WERE ALREADY USING THE TECHNOLOGY ON HUMANS IN THE ACTUAL

02:08PM 14    SETTING AT WALGREENS.  THAT WAS IN LATE DECEMBER.

02:08PM 15         AND THEY ALREADY TOLD US THAT IT HAD BEEN USED -- THEY

02:08PM 16    ALREADY TOLD US THAT IT HAD BEEN USED ON MEDEVACS IN THE

02:08PM 17    MILITARY ENVIRONMENT, BATTLEFIELD ENVIRONMENT, AND THAT IT HAD

02:08PM 18    BEEN USED FOR YEARS IN THE CLINICAL TRIAL PHARMACEUTICAL

02:08PM 19    SETTING.

02:08PM 20         SO OUR UNDERSTANDING WAS THAT THIS WAS A TECHNOLOGY THAT

02:09PM 21    EXISTED TODAY.  THERE WAS NOTHING ASPIRATIONAL ABOUT WHAT THEY

02:09PM 22    HAD TOLD US THE TECHNOLOGY WAS CAPABLE OF DOING.

02:09PM 23              MR. LEACH:  IF WE CAN ZOOM OUT, MS. WACHS, AND GO

02:09PM 24    DOWN TO --

02:09PM 25    Q.   DO YOU SEE THERE'S A HEADING NUMBER 2, INTELLECTUAL

02:09PM   1       PROPERTY AND BARRIERS TO ENTRY?

02:09PM   2       A.   I SHOULD ALSO SAY, THEY TOLD US THEY WAITED UNTIL THEY

02:09PM   3       COULD COVER THE FULL QUEST AND LABCORP MENU BEFORE THEY DID THE

02:09PM   4       WALGREENS PARTNERSHIP.

02:09PM   5       Q.   THANK YOU.

02:09PM   6            GOING BACK TO EXHIBIT 1404, DID YOU ALSO PUT TO MS. HOLMES

02:09PM   7       AND MR. BALWANI QUESTIONS ABOUT INTELLECTUAL PROPERTY AND

02:09PM   8       BARRIERS TO ENTRY?

02:09PM   9       A.   YES.

02:09PM   10      Q.   AND DID THOSE INCLUDE QUESTIONS ABOUT AN UNDERSTANDING OF

02:09PM   11      KEY PATENTS?

02:09PM   12      A.   YES.

02:09PM   13      Q.   IF WE CAN GO FURTHER DOWN IN THIS, DO YOU SEE THERE'S A

02:09PM   14      HEADING WALGREENS RELATIONSHIP AND COMMERCIAL STRATEGY?

02:09PM   15           DO YOU SEE THAT?

02:10PM   16      A.   I DO.

02:10PM   17      Q.   AND YOU WROTE, "IS THE WALGREENS RELATIONSHIP EXCLUSIVE?

02:10PM   18      CAN YOU SELL ANALYZERS TO PHYSICIANS?"

02:10PM   19           DO YOU SEE THAT?

02:10PM   20      A.   YES.

02:10PM   21      Q.   AND THEN IN THE NEXT BULLET, "WHAT IS THE TECHNICAL

02:10PM   22      LIMITATIONS FOR THE EXISTING ANALYZER THAT WILL BE ROLLED OUT

02:10PM   23      AS PART OF THE WALGREENS STRATEGY?"

02:10PM   24           DO YOU SEE THAT?

02:10PM   25      A.   I DO, YEAH.

GROSSMAN DIRECT BY MR. LEACH                    6067

02:10PM   1    Q.   AND WHAT DID YOU MEAN BY "ANALYZER"?

02:10PM   2    A.   WELL, THIS IS -- SOMETIMES WE TRY TO ASK THE SAME

02:10PM   3    QUESTION, LIKE, SIX, SEVEN DIFFERENT TIMES OR WAYS.

02:10PM   4         SO WE'RE STILL KIND OF ASKING THE SAME -- WE WANT TO BE

02:10PM   5    CRYSTAL CLEAR THAT THERE'S NO AMBIGUITY, THERE'S NO CONFUSION

02:10PM   6    AROUND WHAT THE TECHNOLOGY CAN AND CAN'T DO.

02:10PM   7         SO THIS IS ANOTHER SIMILAR QUESTION TO THE FIRST SECTION

02:10PM   8    THAT WE WENT THROUGH.

02:10PM   9         BUT -- SO WE'RE JUST TRYING TO UNDERSTAND WHAT -- WE'RE

02:10PM  10    REALLY TRYING TO UNDERSTAND, WHAT IS THE BUSINESS MODEL HERE?

02:10PM  11    ARE YOU -- IS WALGREENS YOUR ONLY PARTNER YOU'RE EVER GOING TO

02:10PM  12    HAVE?

02:11PM  13         IS -- ARE YOU ABLE TO WORK WITH OTHER RETAILERS?

02:11PM  14         WOULD YOU EVER CONSIDER SELLING THESE DEVICES TO

02:11PM  15    PHYSICIANS?

02:11PM  16         THE REASON THAT'S AN IMPORTANT QUESTION IS COMPANIES LIKE

02:11PM  17    CEPHEID -- WE TALKED ABOUT THAT A FEW MINUTES AGO -- THAT MAKE

02:11PM  18    THE MOLECULAR TESTING SYSTEMS, THEY HAD MULTIBILLION DOLLAR

02:11PM  19    MARKET CAPS.

02:11PM  20         AND THERANOS HAD TOLD US THAT THEIR TECHNOLOGY WAS

02:11PM  21    DRAMATICALLY BETTER THAN WHAT THOSE COMPANIES WERE ABLE TO DO

02:11PM  22    AT THAT POINT IN TIME.

02:11PM  23         SO WE WANTED TO UNDERSTAND IF THEY WERE THINKING ABOUT

02:11PM  24    SELLING THESE TO -- AS A MEDICAL DEVICE COMPANY.

02:11PM  25         AND THEN ON THE WALGREENS SIDE, YOU KNOW, WHAT, WHAT IS

02:11PM 1    THE NATURE OF THE RELATIONSHIP?

02:11PM 2         SO THOSE WERE ALL REALLY KEY QUESTIONS THAT WE NEEDED TO

02:11PM 3    UNDERSTAND AT THIS POINT.

02:11PM 4    Q.   OKAY.  YOU WERE ASKING, "WHAT IS THE TECHNICAL LIMITATIONS

02:11PM 5    FOR THE EXISTING ANALYZER THAT WILL BE ROLLED OUT?"

02:12PM 6         AT ANY POINT DID MS. HOLMES OR MR. BALWANI TELL YOU THAT

02:12PM 7    THE THERANOS ANALYZER WAS CURRENTLY BEING USED FOR ONLY A

02:12PM 8    HANDFUL OF TESTS IN THE CLIA LAB?

02:12PM 9    A.   NO.

02:12PM 10   Q.   AT ANY POINT IN TIME DID THEY TELL YOU THAT THERANOS WAS

02:12PM 11   USING MODIFIED COMMERCIALLY AVAILABLE MACHINES TO PERFORM SOME

02:12PM 12   OF THE FINGERSTICK TESTS IN THE CLIA LAB?

02:12PM 13   A.   NO.

02:12PM 14   Q.   AT ANY POINT DID THEY TELL YOU THAT THERANOS WAS USING

02:12PM 15   COMMERCIALLY AVAILABLE MACHINES TO DO THE REMAINDER OF TESTS IN

02:12PM 16   THE CLIA LAB?

02:12PM 17   A.   NO.

02:12PM 18   Q.   WOULD THAT HAVE BEEN RELEVANT TO YOUR INVESTMENT DECISION?

02:12PM 19   A.   IT WOULD HAVE BEEN EXTREMELY RELEVANT.

02:12PM 20   Q.   HOW SO?

02:12PM 21   A.   FIRST OF ALL, IT WOULDN'T HAVE MADE ANY ECONOMIC SENSE.  I

02:12PM 22   MEAN, YOU CAN'T BUY EXPENSIVE THIRD PARTY EQUIPMENT AT HIGHER

02:12PM 23   PRICES THAN HUGE COMPANIES LIKE LABCORP AND QUEST, THE COST

02:12PM 24   THAT THEY WOULD PAY TO BUY THOSE BECAUSE THEY'RE A HUGE

02:12PM 25   SUPPLIER -- A HUGE CUSTOMER, AND THEN CHARGE HALF THE PRICE?

GROSSMAN DIRECT BY MR. LEACH                                          6069

02:13PM  1        I MEAN THAT DOESN'T MAKE ANY -- WE WOULD USE THE TERM THAT

02:13PM  2   DOESN'T REALLY HAVE ANY INDUSTRIAL LOGIC TO IT.  SO THAT

02:13PM  3   WOULDN'T HAVE MADE ANY SENSE.

02:13PM  4        BUT MORE THAN THAT, I MEAN, THE, THE INVESTMENT

02:13PM  5   OPPORTUNITY HERE WAS BEHIND A TECHNOLOGY THAT WAS CAPABLE OF

02:13PM  6   DOING EVERYTHING A COMMERCIAL LABORATORY OFFERED, AND TO DO IT

02:13PM  7   FASTER, TO DO IT MORE CONVENIENTLY, TO DO IT -- TO KEEP TRACK

02:13PM  8   OF YOUR DATA SO THAT A PATIENT COULD POTENTIALLY DOWN THE ROAD

02:13PM  9   IDENTIFY HEALTH ISSUES BEFORE THEY BECAME REALLY PROBLEMATIC,

02:13PM 10   AND WHERE THE PAYOR, WHETHER IT WAS AN INDIVIDUAL PAYING OUT OF

02:13PM 11   POCKET, WHETHER IT WAS AN INSURANCE COMPANY OR THE FEDERAL

02:13PM 12   GOVERNMENT WOULD BE SAVING MONEY, AND IN THE PROCESS EXPAND THE

02:13PM 13   USE OF DIAGNOSTIC TESTING.

02:13PM 14        I THINK WE ALL APPRECIATE HOW IMPORTANT, AFTER THE LAST

02:13PM 15   COUPLE YEARS OF THE PANDEMIC, HOW IMPORTANT ACCURATE DIAGNOSTIC

02:14PM 16   INFORMATION IS.  THERE JUST ISN'T ENOUGH OF THAT IN OUR SYSTEM.

02:14PM 17        SO, YOU KNOW THAT WAS THE -- THAT'S WHY IT WAS SO OPEN

02:14PM 18   ENDED AND TRANSFORMATIVE AND EXCITING TO US AS INVESTORS.

02:14PM 19   Q.   LET'S MOVE FORWARD TO PAGE 3, IF WE COULD, UNDER THE

02:14PM 20   WALGREENS RELATIONSHIP AND COMMERCIAL STRATEGY.

02:14PM 21        IN THE FIRST BULLET YOU WROTE, "WHAT DOES THE WALGREENS

02:14PM 22   SYSTEM COST TO PRODUCE, HOW WILL THAT CHANGE OVER TIME, AND

02:14PM 23   WHAT IS THE TRANSFER PRICING YOU HAVE AGREED TO?"

02:14PM 24        DID -- IS THIS ANOTHER QUESTION THAT YOU POSED TO

02:14PM 25   MS. HOLMES AND MR. BALWANI?

02:14PM  1    A.   YES.

02:14PM  2    Q.   AND WHEN YOU WERE ASKING -- WHY WERE YOU ASKING ABOUT WHAT

02:14PM  3    THE WALGREENS SYSTEM COST TO PRODUCE WAS?

02:14PM  4    A.   WE JUST WANTED TO MAKE SURE THAT THE UNIT ECONOMICS TO

02:14PM  5    BOTH THERANOS AND WALGREENS MADE SENSE, THAT BOTH COMPANIES

02:14PM  6    COULD BENEFIT FROM THIS TECHNOLOGY.

02:15PM  7         AND SO UNDERSTANDING HOW THE ECONOMICS WORKED BETWEEN THE

02:15PM  8    TWO COMPANIES WAS IMPORTANT TO THE DUE DILIGENCE PROCESS.

02:15PM  9    Q.   SO IF THERANOS HAD TO BUY SIEMENS MACHINES TO FULFILL SOME

02:15PM 10    OF ITS TESTING, WOULD THAT HAVE BEEN RESPONSIVE TO THIS

02:15PM 11    QUESTION?

02:15PM 12    A.   THEY NEVER EXPLAINED -- THEY NEVER TALKED ABOUT BUYING ANY

02:15PM 13    THIRD PARTY EQUIPMENT IN THE CONTEXT OF ANY OF THESE QUESTIONS.

02:15PM 14         SO, YES, IT WOULD HAVE BEEN RELEVANT.  IT WOULD HAVE LED

02:15PM 15    TO A WHOLE SERIES OF QUESTIONS.  IT WOULD HAVE BEEN IN DIRECT

02:15PM 16    CONFLICT TO THE STATEMENTS THEY HAD ALREADY MADE THAT THERE

02:15PM 17    WERE NO LIMITATIONS, AND THAT THEY COULD REPRODUCE THE WHOLE

02:15PM 18    MENU OF TESTS.

02:15PM 19         SO IT WOULD HAVE RAISED A WHOLE BUNCH OF RED FLAGS AND

02:15PM 20    QUESTIONS AT THAT POINT IN THE DUE DILIGENCE PROCESS.

02:15PM 21    Q.   IN THE NEXT BULLET YOU WROTE, "HOW DOES VALIDATION PROCESS

02:15PM 22    WORK AS YOU ROLL THIS OUT?  DO ANALYZERS NEED TO BE VALIDATED

02:15PM 23    IN THE FIELD?"

02:16PM 24         AND AGAIN, WHAT DID YOU MEAN BY "ANALYZERS"?

02:16PM 25    A.   THIS IS THE MINILAB, THEIR SAMPLE PROCESSING UNIT.  THAT'S

02:16PM  1   WHAT ANALYZERS ARE REFERRING TO, THEIR PROPRIETARY SAMPLE

02:16PM  2   PROCESSING UNIT.

02:16PM  3   Q.   AND IF WE CAN ZOOM OUT, PLEASE, MS. WACHS.

02:16PM  4       FURTHER DOWN YOU WROTE, ROUGHLY HALFWAY DOWN, "WHAT IS THE

02:16PM  5   CAP X FROM THE WALGREENS ROLLOUT?  WHAT IS THE INVESTMENT ON

02:16PM  6   THE THERANOS SIDE?  WHAT IS THE WALGREENS INVESTMENT?"

02:16PM  7       WHAT IS CAP X?

02:16PM  8   A.   YEAH, YEAH.  THAT'S A SHORT TERM THAT WE USED FOR CAPITAL

02:16PM  9   EXPENDITURES.

02:16PM  10      AND THE WAY THE ACCOUNTING RULES WORK FOR PUBLIC

02:16PM  11  COMPANIES, YOU HAVE TO -- IF YOU'RE GOING TO SPEND MONEY ON A

02:16PM  12  NEW BUILDING, OR IF YOU'RE GOING TO BUILD A NEW AREA WITHIN THE

02:16PM  13  WALGREENS STORE, OR IF YOU'RE GOING TO MAKE A MACHINE LIKE THE

02:16PM  14  THERANOS PROPRIETARY SAMPLE PROCESSING UNITS, THOSE ARE ALL

02:17PM  15  CAPITAL -- THOSE AREN'T -- YOU DON'T EXPENSE THOSE THE WAY YOU

02:17PM  16  MIGHT THINK.

02:17PM  17      THOSE ACTUALLY ARE CAPITALIZED ON THE BALANCE SHEET, AND

02:17PM  18  THEN OVER SOME PERIOD OF TIME, IT DEPENDS ON KIND OF WHAT THE

02:17PM  19  ASSET IS, IT MAY BE 2 OR 3 YEARS, IT MAY BE 10 YEARS, IT MAY BE

02:17PM  20  30 YEARS, YOU DEPRECIATE THAT CAPITAL INVESTMENT.

02:17PM  21      AND THEN THAT'S WHAT FLOWS THROUGH THE INCOME STATEMENT.

02:17PM  22      SO THIS IS IMPORTANT FOR UNDERSTANDING THE LONG-TERM

02:17PM  23  MARGINS OF THE BUSINESS.

02:17PM  24      BUT AS YOU THINK ABOUT THAT, YOUR CASH OUT OF POCKET IS

02:17PM  25  HIGHER AS YOU RAMP UP YOUR CAPITAL SPENDING, SO YOU NEED A LOT

ER-4610

GROSSMAN DIRECT BY MR. LEACH                                    6072

02:17PM   1        OF CASH EVEN THOUGH IT DOESN'T FLOW THROUGH THE P&L, THE INCOME

02:17PM   2        STATEMENT RIGHT AWAY.

02:17PM   3            SO WE WANTED TO UNDERSTAND WHO IS PAYING FOR WHAT; HOW

02:17PM   4        MUCH CASH YOU'RE GOING TO NEED; HOW MUCH CASH DO YOU NEED ON

02:17PM   5        THE BALANCE SHEET TO SUCCESSFULLY COMMERCIALIZE THIS PRODUCT IN

02:17PM   6        THE RETAIL SETTING?

02:17PM   7            AND THEN WHAT IS WALGREENS GOING TO PAY FOR AND WHAT ARE

02:17PM   8        YOU GOING TO PAY FOR?

02:18PM   9    Q.    SO IS THIS YOUR EFFORT TO UNDERSTAND SOME OF THE ECONOMICS

02:18PM  10        AROUND SOME THE WALGREENS AND THERANOS RELATIONSHIP?

02:18PM  11    A.    YES.

02:18PM  12    Q.    AND IF THERANOS WERE PURCHASING SIEMENS DEVICES TO FULFILL

02:18PM  13        THE WALGREENS ROLLOUT, WOULD THAT HAVE BEEN RESPONSIVE TO THIS

02:18PM  14        QUESTION?

02:18PM  15    A.    YES.

02:18PM  16    Q.    FURTHER DOWN YOU WROTE, "HOW MANY TESTS DO YOU NEED TO RUN

02:18PM  17        FOR YOU TO TURN PROFIT ON THE SYSTEM WHEN ACCOUNTING FOR THE

02:18PM  18        COST OF THE SYSTEM ITSELF?"

02:18PM  19            DO YOU SEE THAT ON THE SECOND BULLET HERE?

02:18PM  20    A.    YES.

02:18PM  21    Q.    IS THAT ANOTHER EFFORT FOR YOU TO TRY TO UNDERSTAND SOME

02:18PM  22        OF THE ECONOMICS BEHIND THIS?

02:18PM  23    A.    YES, IT IS, AND UNDERSTAND, YOU KNOW, WHAT IS, WHAT IS THE

02:18PM  24        BREAK EVEN ON -- WHAT ARE THE ACTUAL OPERATING ECONOMICS ON THE

02:18PM  25        PROPRIETARY TECHNOLOGY.

02:18PM  1    Q.   LET'S ZOOM OUT, MS. WACHS.

02:18PM  2         IF WE CAN ZOOM IN ON THE BOTTOM PORTION OF THE PAGE.

02:18PM  3         DO YOU SEE THAT YOU ALSO HAVE QUESTIONS RELATING TO

02:19PM  4    HOSPITAL MARKET, REIMBURSEMENT, AND REGULATORY?

02:19PM  5    A.   YES.

02:19PM  6    Q.   OKAY.  AND YOUR FIRST BULLET UNDER REGULATORY WAS, "WHAT

02:19PM  7    ARE THE LIMITATIONS ON THE SYSTEM FROM THE REGULATORY

02:19PM  8    STANDPOINT?"

02:19PM  9         DO YOU SEE THAT?

02:19PM 10    A.   YES.

02:19PM 11    Q.   IS THAT A QUESTION THAT YOU PUT TO MS. HOLMES AND

02:19PM 12    MR. BALWANI?

02:19PM 13    A.   YES.

02:19PM 14    Q.   AND WHAT DID THEY SAY?

02:19PM 15    A.   THEY EXPLAINED THAT AS A LAB SERVICE PROVIDER, THEY'RE

02:19PM 16    REGULATED NOT BY THE FDA DIRECTLY, BUT THEY OPERATE UNDER THE

02:19PM 17    CLIA AMENDMENTS.

02:19PM 18         AND THE CLIA AMENDMENTS ARE LAWS THAT WERE PASSED IN THE

02:19PM 19    LATE 1980S THAT SET STANDARDS FOR LABORATORY OPERATIONS, AND IF

02:19PM 20    YOU MEET THOSE STANDARDS, YOU'RE ALLOWED TO BILL THE FEDERAL

02:19PM 21    GOVERNMENT, MEDICARE, MEDICAID -- MEDICARE BEING THE PROGRAM

02:19PM 22    FOR OVER 65, AND MEDICAID BEING THE PROGRAM FOR THE CHILDREN

02:20PM 23    AND SOME OF THE LOWER INCOME OLDER POPULATIONS.

02:20PM 24         SO THEY EXPLAINED THAT THAT WAS THEIR REGULATOR.

02:20PM 25         THEY EXPLAINED THE PROCESS OF HOW THEY ARE REGULATED

GROSSMAN DIRECT BY MR. LEACH                                    6074

02:20PM  1    WITHIN THAT.  THEY HAVE TO GO THROUGH A PROFICIENCY TESTING

02:20PM  2    PROCESS WHERE THEY'RE SENT SAMPLES.  THEY HAVE TO MATCH THOSE

02:20PM  3    SAMPLES ON THE PROPRIETARY TECHNOLOGY.

02:20PM  4         AND THEY TOLD US THAT THEY HAD BEEN ALREADY DOING THIS AND

02:20PM  5    THAT THEY HAD REPEATEDLY AND CONSISTENTLY ACCURATELY READ ALL

02:20PM  6    OF THOSE SAMPLES IN PROFICIENCY TESTING FOR THEIR CLIA LAB.

02:20PM  7         THEY DID, HOWEVER, SAY THAT THEY WANTED TO PURSUE A MORE

02:20PM  8    RIGOROUS, HIGHER STANDARD FOR THEIR TECHNOLOGY.

02:20PM  9         THEY ACTUALLY INTENDED TO FILE FOR FDA APPROVAL FOR ALL OF

02:20PM 10    THEIR TESTS AND ALL OF THEIR EQUIPMENT, WHICH WAS A HIGHER

02:20PM 11    STANDARD THAN THE REST OF THE LAB INDUSTRY OPERATED UNDER.

02:20PM 12         THE REST OF THE LAB INDUSTRY DIDN'T DO THAT.  THEY BOUGHT

02:20PM 13    THIRD PARTY EQUIPMENT.  THEY RAN THOSE WITHIN THEIR LABS, AND

02:21PM 14    THAT WAS A REGULATORY SAFE ZONE TO DO THAT.

02:21PM 15         THEY WANTED TO GO THROUGH THE WHOLE PROCESS OF GETTING FDA

02:21PM 16    APPROVAL.

02:21PM 17         SO THEY EXPLAINED TO US ACTUALLY IN THAT SECOND MEETING

02:21PM 18    THAT THEY WERE GOING TO GET ALL OF THEIR ASSAYS APPROVED.

02:21PM 19         AND I THINK -- I REMEMBER MR. BALWANI SAYING NOBODY,

02:21PM 20    NOBODY IN THIS INDUSTRY HAS EVER FILED THOUSANDS OF ASSAYS WITH

02:21PM 21    THE FDA, NOBODY.

02:21PM 22         AND IT WAS IMPORTANT BECAUSE THIS WAS GOING TO BE -- FOR

02:21PM 23    THE CONSUMER, FOR THE PHYSICIAN, YOU KNOW, THIS WOULD BE A REAL

02:21PM 24    IMPORTANT STAMP OF APPROVAL GETTING FDA APPROVAL FOR ALL OF

02:21PM 25    THESE.

ER-4613

GROSSMAN DIRECT BY MR. LEACH                                      6075

02:21PM  1          THEY DIDN'T NEED THAT TO OPERATE THE BUSINESS, BUT IT WAS

02:21PM  2     SOMETHING THAT THEY INTENDED TO DO ANYWAYS.

02:21PM  3          SO THAT WAS KIND OF THE SUBSTANCE OF THE CONVERSATION

02:21PM  4     AROUND THIS.

02:21PM  5     Q.   YOU MENTIONED SOMETHING CALLED PROFICIENCY TESTING.

02:21PM  6          DID MS. HOLMES AND MR. BALWANI TELL YOU THAT THEY WERE

02:21PM  7     SENDING THEIR SAMPLES TO SOME OUTSIDE PROFICIENCY TESTING

02:22PM  8     PROVIDER?

02:22PM  9     A.   NO.  WELL, THEY TOLD US THAT IN 2000 -- LATE 2015 OR 2016

02:22PM 10     AFTER THEY HAD HAD A MAJOR REGULATORY PROBLEM DEVELOP, THEY DID

02:22PM 11     ADMIT THAT I THINK PUBLICLY, AND THAT WAS THE FIRST TIME THAT

02:22PM 12     WE HAD HEARD OF THAT.

02:22PM 13          SO AT NO POINT IN THE DUE DILIGENCE PROCESS DID THEY

02:22PM 14     EXPLAIN THAT TO US.

02:22PM 15     Q.   OKAY.  LET'S GO TO PAGE 4.  THERE ARE SOME QUESTIONS FOR

02:22PM 16     FINANCIAL MODEL/PROJECTIONS.

02:22PM 17          DO YOU SEE THAT?

02:22PM 18     A.   YES.

02:22PM 19     Q.   AND YOU WROTE, "WHAT IS THE COST OF THE WALGREENS ROLLOUT?

02:22PM 20          "WHAT IS THE CURRENT COST OF A WALGREENS ANALYZER, HOW

02:22PM 21     WILL THAT CHANGE OVER TIME?

02:22PM 22          "WHAT ARE THE OTHER SIGNIFICANT OPERATING COSTS AND HOW

02:22PM 23     WILL THEY CHANGE OVER TIME?"

02:22PM 24          DO YOU SEE THOSE QUESTIONS?

02:22PM 25     A.   YES.

GROSSMAN DIRECT BY MR. LEACH                                              6076

02:22PM  1    Q.   AND IS THIS ADDITIONAL EFFORT ON YOUR PART TO TRY TO

02:23PM  2    UNDERSTAND THE ECONOMICS OF WHAT THERANOS IS OFFERING?

02:23PM  3    A.   YES.  AND THERE'S ANOTHER REASON WHY WE WERE ASKING THESE

02:23PM  4    QUESTIONS IS WE WERE MODELING -- WE WERE BUILDING OUR OWN

02:23PM  5    FINANCIAL MODEL.

02:23PM  6         WE WERE FORECASTING THE SALES, AN OBVIOUS THING TO DO, BUT

02:23PM  7    WE WANTED TO MAKE SURE THAT THE COST OF GENERATING THOSE

02:23PM  8    SALES -- THAT THEY NEEDED ANALYZERS IN ORDER TO GENERATE THOSE

02:23PM  9    REVENUES, SO WE WANTED TO MAKE SURE -- WE WANTED TO BE CRYSTAL

02:23PM  10   CLEAR, WHAT DO YOU NEED TO ACTUALLY SPEND?  HOW MANY ANALYZERS

02:23PM  11   DO YOU NEED TO MAKE?  WHAT EQUIPMENT DO YOU NEED TO BUY IN

02:23PM  12   ORDER TO DELIVER THE REVENUE THAT YOU'VE DESCRIBED IN THIS

02:23PM  13   MEETING THAT YOU'VE -- THAT YOU'RE GOING TO -- YOU'RE GOING

02:23PM  14   TO -- YOU EXPECT TO GENERATE OVER THE LIFE OF THIS PARTNERSHIP?

02:23PM  15        AND SO WE REALLY WANTED TO -- AS WE WERE MODELING THIS

02:23PM  16   OUT, WE WANTED TO UNDERSTAND EXACTLY WHAT THE CASH NEEDS OF THE

02:23PM  17   BUSINESS ARE AS THEY RAMPED THE REVENUE.

02:23PM  18        IT WASN'T JUST THE RETAIL SIDE.  THEY WERE ALSO USING THE

02:23PM  19   SAME PROPRIETARY SAMPLE PROCESSING UNITS FOR THE HOSPITAL SIDE

02:24PM  20   AND THE HOSPITAL BUSINESS WHERE THEY WERE GOING TO BE REPLACING

02:24PM  21   THE HOSPITAL LABORATORIES OR DOING THE, THE INFECTIOUS

02:24PM  22   DISEASE -- THE INFECTION TESTING.

02:24PM  23        AND THEN ALSO THEY WERE GOING TO BE PROVIDING COLLECTION

02:24PM  24   DEVICES TO PHYSICIAN OFFICES.

02:24PM  25        SO WE WANTED TO MAKE SURE THAT WE HAD A VERY ACCURATE

ER-4615

02:24PM  1    SENSE OF WHAT THE CASH THEY WERE GOING TO HAVE TO INVEST TO

02:24PM  2    DELIVER ENOUGH EQUIPMENT TO GENERATE THE TYPE OF REVENUE THAT

02:24PM  3    THEY HOPED TO GENERATE.

02:24PM  4        SO -- AND THAT SORT OF LEADS TO THE, YOU KNOW, HOW MUCH

02:24PM  5    CASH DO YOU NEED IN THE BUSINESS TO GET TO BREAK EVEN, TO

02:24PM  6    EVENTUALLY BE PROFITABLE?

02:24PM  7        AND AS AN INVESTOR, THAT'S A STANDARD QUESTION THAT YOU

02:24PM  8    WOULD WANT TO BE ABLE TO -- OR A STANDARD THING THAT WE WOULD

02:24PM  9    WANT TO UNDERSTAND IN ANY INVESTMENT.

02:24PM 10    Q.  IF THERANOS HAD BEEN USING THIRD PARTY EQUIPMENT, SAY FROM

02:25PM 11    SIEMENS, WOULD THAT HAVE BEEN RESPONSIVE TO THE QUESTIONS THAT

02:25PM 12    YOU'RE ASKING HERE ABOUT THE COST OF THE ANALYZER?

02:25PM 13    A.  YOU WOULD HAVE THOUGHT THAT WOULD HAVE COME UP AT THIS

02:25PM 14    STAGE OF THE MEETING, YES.

02:25PM 15    Q.  DID IT EVER COME UP?

02:25PM 16    A.  NO.

02:25PM 17    Q.  YOU ALSO WROTE, "WHAT ARE GM ON THE ANALYZERS, THE TESTS?"

02:25PM 18        DO YOU SEE THAT?

02:25PM 19    A.  YES.

02:25PM 20    Q.  AND WHAT IS GM?

02:25PM 21    A.  GM IS ANOTHER ONE OF THESE SHORTHAND TERMS.  THAT'S

02:25PM 22    REFERRING TO GROSS MARGIN, AND GROSS MARGIN IS JUST THE COST OF

02:25PM 23    THE MACHINE, WHAT YOU SELL THE MACHINE FOR VERSUS WHAT IT COSTS

02:25PM 24    TO MAKE THE MACHINE, THAT WOULD BE YOUR GROSS MARGIN.

02:25PM 25        AND SO WE'RE TRYING TO UNDERSTAND THE COST, LIKE, WHAT IS

GROSSMAN DIRECT BY MR. LEACH                                    6078

02:25PM 1      THE COST OF MAKING THESE MACHINES, WHICH THEY TOLD US WAS

02:25PM 2      SOMETHING AROUND $40,000, MAYBE A LITTLE HIGHER IN THAT ZIP

02:26PM 3      CODE, AND THEY WERE GOING TO DRIVING THAT COST DOWN TO $10,000

02:26PM 4      TO $15,000.

02:26PM 5          AND THEN ALSO, WHAT ARE THE COSTS OF MAKING THE ASSAYS,

02:26PM 6      THE TESTS THEMSELVES?  THAT ALSO IS NOT A COSTLESS PROCESS

02:26PM 7      EITHER.

02:26PM 8          SO WE WANTED TO UNDERSTAND THE MARGINS.

02:26PM 9          AND, YOU KNOW, THIS FEEDS BACK INTO THE HIGHER THE

02:26PM 10     MARGINS, THE LESS CASH YOU'RE GOING TO NEED OVER THE NEXT

02:26PM 11     COUPLE OF YEARS TO BREAK EVEN IN PROFITABILITY.

02:26PM 12         SO I WAS JUST TRYING TO UNDERSTAND THE NATURE OF THE

02:26PM 13     BUSINESS.

02:26PM 14     Q.   AND DURING THIS MEETING IN JANUARY, DID MR. BALWANI MAKE

02:26PM 15     STATEMENTS TO YOU ABOUT THE GM OF THE ANALYZERS?

02:26PM 16     A.   WELL, THE, THE -- HE EXPLAINED THAT -- HE FOCUSSED ON THE

02:26PM 17     COST OF THE ANALYZERS, BECAUSE THEY WEREN'T GOING TO BE SELLING

02:26PM 18     THE ANALYZERS THEMSELVES, THEY WERE GOING TO BE USING THEM FOR

02:26PM 19     THEIR OWN LABORATORY.

02:26PM 20         SO IT WAS MORE OF THE GROSS MARGIN ON THE LABORATORY

02:26PM 21     SERVICES BUSINESS OVERALL, SO USING THESE PROPRIETARY PIECES OF

02:26PM 22     TECHNOLOGY THAT THEY WERE MAKING THEMSELVES TO PROVIDE A COST

02:26PM 23     ADVANTAGE AGAINST OTHER LABORATORIES THAT ARE BUYING THIRD

02:27PM 24     PARTY EQUIPMENT.

02:27PM 25         AND THEN OBVIOUSLY CHARGING -- THE REVENUE THAT YOU'RE

ER-4617

GROSSMAN DIRECT BY MR. LEACH                                    6079

02:27PM   1        GETTING IS THE PRICE THAT YOU CHARGE THE RETAIL CUSTOMER, WHICH

02:27PM   2        IN THIS CASE WAS 50 PERCENT OF THE MEDICARE PRICE.

02:27PM   3            SO THAT WAS YOUR REVENUE.

02:27PM   4            THE COST WAS THE ANALYZERS THAT THEY WERE MAKING, AND THEN

02:27PM   5        WHAT WAS LEFT OVER WOULD HAVE BEEN THE GROSS MARGIN ON THE

02:27PM   6        RETAIL BUSINESS.

02:27PM   7            NOW, THAT SAME MATH, THEY GAVE US IN THAT FIRST MEETING --

02:27PM   8        IN THAT SECOND MEETING, THEY GAVE US MARGINS FOR ALL OF THE

02:27PM   9        BUSINESSES.  THEY GAVE US MARGINS FOR THE RETAIL BUSINESS, THE

02:27PM  10        HOSPITAL BUSINESS, THE PHYSICIAN BUSINESS, THE HOSPITAL

02:27PM  11        REPLACEMENT BUSINESS.  I THINK THEY EVEN HAD A MARGIN FOR THE

02:27PM  12        PHARMA SERVICE BUSINESS THEY GAVE US IN THAT FIRST MEETING.

02:27PM  13    Q.   AND DID MR. BALWANI WALK YOU THROUGH ANY TYPE OF FINANCIAL

02:27PM  14        MODEL THAT THERANOS HAD PREPARED?

02:27PM  15    A.   THAT WAS THE SECOND MEETING WHERE WE SAW THEIR FINANCIAL

02:27PM  16        MODEL FOR THE FIRST TIME, YES.

02:27PM  17    Q.   YOU USED THE WORD "MINILAB" EARLIER.  DID MS. HOLMES AND

02:28PM  18        MR. BALWANI DRAW ANY CONNECTION BETWEEN THE MINILAB AND

02:28PM  19        MAINFRAME COMPUTERS?

02:28PM  20    A.   YES.  THIS WAS TOWARDS THE EARLIER PART OF OUR FIRST

02:28PM  21        MEETING.  THEY WANTED TO BE VERY CLEAR THAT THIS TECHNOLOGY WAS

02:28PM  22        NOT ANOTHER POINT OF CARE TEST.

02:28PM  23            POINT OF CARE TEST IS KIND OF LIKE THE HOME PREGNANCY TEST

02:28PM  24        OR NOW THE HOME COVID TEST.  IT DOES ONE THING.  YOU CAN BUY IT

02:28PM  25        AT THE DRUG STORE.  IT'S LOW TECHNOLOGY BUT WORKS PRETTY WELL.

ER-4618

02:28PM   1        BUT THEY, THEY -- I THINK WE ACTUALLY MADE THE MISTAKE OF

02:28PM   2    CALLING IT A POINT OF CARE TESTING PLATFORM.

02:28PM   3        AND THEY IMMEDIATELY STOPPED, NO, NO, NO, NO.  THIS IS NOT

02:28PM   4    A POINT OF CARE PRODUCT.  WE HAVE TAKEN THE ENTIRE LAB AND

02:28PM   5    MINIATURIZED IT.  THIS IS A MINILAB, AND THAT HAS PROFOUND

02:28PM   6    IMPLICATIONS FOR HOW WE WILL PROVIDE LABORATORY SERVICES GOING

02:29PM   7    FORWARD.

02:29PM   8        THIS IS WHERE WE GOT INTO THE, YOU KNOW, WE CAN SERVICE

02:29PM   9    THE ENTIRE PHOENIX MARKET IN A 200 SQUARE FOOT FACILITY.

02:29PM  10        BUT THE CONCEPT WAS, YOU KNOW, THIS IS PC'S VERSUS

02:29PM  11    MAINFRAMES.  THIS IS, YOU KNOW, THE OLD WAY OF DOING IT VERSUS

02:29PM  12    THE NEW WAY OF DOING IT.  THIS IS A DISTRIBUTED INTERCONNECTED

02:29PM  13    NETWORK OF DEVICES.

02:29PM  14        SO, YEAH, THAT WAS A VERY IMPORTANT POINT THAT THEY MADE

02:29PM  15    IN THAT SECOND MEETING.

02:29PM  16    Q.   LET ME DRAW YOUR ATTENTION, MR. GROSSMAN, TO WHAT HAS BEEN

02:29PM  17    MARKET AS EXHIBIT 1422.

02:29PM  18             THE COURT:  WHILE MR. GROSSMAN FINDS THAT, LADIES

02:29PM  19    AND GENTLEMEN, WOULD YOU STAND UP AND STRETCH FOR JUST A

02:29PM  20    MOMENT.

02:29PM  21        (STRETCHING.)

02:30PM  22             MR. LEACH:  MAY I INQUIRE?

02:30PM  23    Q.   MR. GROSSMAN, IS THIS AN EMAIL EXCHANGE BETWEEN YOU AND

02:30PM  24    MR. BALWANI DATED JANUARY 14TH, 2014?

02:30PM  25    A.   IF I COULD JUST HAVE A MINUTE TO REVIEW IT?

02:30PM 1    Q.   SURE.

02:30PM 2    A.   YES, IT IS.

02:30PM 3         MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

02:30PM 4    EXHIBIT 1422.

02:30PM 5         MS. WALSH:  NO OBJECTION.

02:30PM 6         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:30PM 7         (GOVERNMENT'S EXHIBIT 1422 WAS RECEIVED IN EVIDENCE.)

02:30PM 8    BY MR. LEACH:

02:30PM 9    Q.   AND IF WE CAN START ON PAGE 2, MS. WACHS.

02:31PM 10        DOWN AT THE BOTTOM, MR. GROSSMAN, DO YOU SEE AN EMAIL

02:31PM 11   DATED JANUARY 10TH, 2014 FROM YOU TO MR. BALWANI?

02:31PM 12   A.   YES.

02:31PM 13   Q.   AND YOU WROTE, "THANKS AGAIN FOR THE TIME YOU SPENT WITH

02:31PM 14   OUR TEAM WALKING US THROUGH THE THERANOS STORY."

02:31PM 15        DO YOU SEE THAT?

02:31PM 16   A.   YES.

02:31PM 17   Q.   IS THAT A REFERENCE TO THE MEETING THAT YOU HAD WITH

02:31PM 18   MS. HOLMES AND MR. BALWANI IN PALO ALTO?

02:31PM 19   A.   YES.

02:31PM 20   Q.   YOU THEN WROTE, "WE WILL LIKELY NEED A FEW DAYS TO PROCESS

02:31PM 21   EVERYTHING WE LEARNED TODAY.  ONE THING THAT WOULD BE

02:31PM 22   ESPECIALLY HELPFUL TO OUR DUE DILIGENCE PROCESS IS HAVING

02:31PM 23   ACCESS TO THE FINANCIAL MODEL WE REVIEWED WITH YOU TODAY."

02:31PM 24        DO YOU SEE THAT?

02:31PM 25   A.   YES.

GROSSMAN DIRECT BY MR. LEACH                              6082

02:31PM   1    Q.   WHAT DID YOU MEAN BY THAT?

02:31PM   2    A.   WE WANTED, WE WANTED A WORKABLE MICROSOFT EXCEL VERSION OF

02:31PM   3    THE MODEL THAT THEY SHOWED US ON I THINK IT WAS A LAPTOP IN

02:31PM   4    THAT, IN THAT MEETING, SECOND MEETING IN EARLY JANUARY.

02:31PM   5    Q.   OKAY.  AND IF WE COULD ZOOM OUT, THERE'S A REPLY FROM

02:32PM   6    MR. BALWANI AT THE TOP.

02:32PM   7         DO YOU SEE WHERE HE COMMITS TO SENDING YOU THE MODEL OVER

02:32PM   8    THE WEEKEND?

02:32PM   9    A.   YES.

02:32PM  10    Q.   OKAY.  AND LET'S GO TO PAGE 1, MS. WACHS.

02:32PM  11         AND IF WE CAN FOCUS ON THE BOTTOM PORTION OF THE EMAIL

02:32PM  12    FROM MR. GROSSMAN ON MONDAY, JANUARY 13TH.

02:32PM  13         YOU WROTE AGAIN, "SUNNY,

02:32PM  14         "WE ARE VERY INTERESTED IN MOVING FORWARD."

02:32PM  15         DO YOU SEE THAT?

02:32PM  16    A.   YES.

02:32PM  17    Q.   AND THAT WAS ACCURATE AT THE TIME?

02:32PM  18    A.   YES.

02:32PM  19    Q.   IN THE THIRD PARAGRAPH YOU WROTE, "BEYOND THAT THE WAG

02:32PM  20    ENDORSEMENT OBVIOUSLY SPEAKS TO THE STRENGTH AND ROBUSTNESS OF

02:32PM  21    THE TECHNOLOGY PLATFORM.  AS DOES THE UNH AGREEMENT YOU HAVE IN

02:32PM  22    PLACE.  DO YOU THINK WE COULD HAVE A QUICK CONVERSATION WITH

02:32PM  23    SOMEBODY AT WAG AND UNH WHO CAN SPEAK SPECIFICALLY TO THE

02:32PM  24    TECHNICAL DUE DILIGENCE THEY PERFORMED?"

02:32PM  25         DO YOU SEE THAT?

ER-4621

02:33PM  1    A.   YES.

02:33PM  2    Q.   AND WHAT IS UNH?

02:33PM  3    A.   UNH IS THE SHORTHAND, IT'S THE STOCK SYMBOL TICKER FOR

02:33PM  4    UNITED HEALTH CARE.

02:33PM  5    Q.   AND WAG IS A REFERENCE TO WALGREENS?

02:33PM  6    A.   THAT'S CORRECT.  THAT'S A REFERENCE -- THAT'S THE TICKER

02:33PM  7    AT THE TIME.  IT'S ACTUALLY CHANGED.  IT'S NOW WBA.

02:33PM  8         BUT AT THE TIME IT WAS WAG WAS THE TICKER FOR WALGREENS.

02:33PM  9    Q.   AND WHY WERE YOU INTERESTED IN SPEAKING TO SOMEBODY AT WAG

02:33PM 10    AND UNH?

02:33PM 11    A.   WELL, THEY -- IN THE SECOND MEETING, THERANOS EXPLAINED TO

02:33PM 12    US THAT THEY HAD CONTRACTS, THEY HAD AGREEMENTS WITH BOTH THE

02:33PM 13    BLUE CROSS, BLUE SHIELD ORGANIZATION, THAT'S THE NON FOR

02:33PM 14    PROFIT -- EVERY STATE HAS A NON FOR PROFIT

02:33PM 15    BLUE CROSS, BLUE SHIELD HEALTH PLAN.  THERE'S A PARENT

02:33PM 16    ORGANIZATION THAT SITS ABOVE THAT, AND THEY EXPLAINED THAT THAT

02:34PM 17    PARENT ORGANIZATION HAD INVESTED IN THERANOS AND THAT, AS A

02:34PM 18    RESULT OF THE RELATIONSHIP WITH THE PARENT

02:34PM 19    BLUE CROSS, BLUE SHIELD, THEY HAD CONTRACTS WITH ALL OF THE --

02:34PM 20    COMMERCIAL CONTRACTS TO BE REIMBURSED TO BE PAID FOR LAB

02:34PM 21    SERVICES WITH ALL OF THE BLUES PLANS.

02:34PM 22         AND THEN THEY EXPLAINED THAT THEY HAD A SIMILAR CONTRACT

02:34PM 23    WITH UNITED HEALTH CARE, WHICH FOR US WAS VERY SURPRISING

02:34PM 24    BECAUSE UNITED HEALTH CARE GOES THROUGH THIS REALLY PUBLIC

02:34PM 25    PROCESS OF BIDDING THEIR LAB SERVICES OUT TO ONE PROVIDER, AND

GROSSMAN DIRECT BY MR. LEACH                                    6084

02:34PM   1        I THINK AT THIS POINT LABCORP WAS THE ONE PROVIDER THAT THEY

02:34PM   2   CHOSE.

02:34PM   3        AND SO WE WERE SURPRISED THAT THEY WERE ABLE TO GET A

02:34PM   4   CONTRACT WITH UNITED, AND THE COMPANY EXPLAINED TO US THAT IT

02:34PM   5   WAS BECAUSE THEIR TECHNOLOGY WAS SO DIFFERENT, IT WAS SO MUCH

02:34PM   6   BETTER, FASTER.

02:34PM   7        YOU KNOW, THERE WAS A CONTRACTUAL OUT.  IT ALLOWED UNITED

02:34PM   8   HEALTH CARE TO CONTRACT WITH THEM.

02:34PM   9        AND THAT THERE WAS A LOT OF SLIPPAGE, THERE WAS A LOT OF

02:35PM  10   STUFF THAT DIDN'T GO THROUGH LABCORP THAT COST UNITED HEALTH

02:35PM  11   CARE MORE MONEY, THEY HAD TO PAY HIGHER RATES FOR THAT.

02:35PM  12        SO WE WANTED TO SPEAK TO SOMEBODY AT UNITED HEALTH CARE

02:35PM  13   THAT WAS INVOLVED IN THE DEAL.  IT WAS A PUBLIC COMPANY, SO WE

02:35PM  14   CAN'T JUST -- YOU KNOW, WE HAVE TO BE CAREFUL FROM A COMPLIANCE

02:35PM  15   STANDPOINT.  WE CAN'T JUST BE CALLING RANDOM PEOPLE UP.

02:35PM  16        WE HAVE TO BE VERY CAREFUL ABOUT THE RULES OF HOW YOU

02:35PM  17   INTERACT WITH PUBLIC COMPANIES.

02:35PM  18        SO WE WERE HOPING THAT THERANOS WOULD PROVIDE US SOMEBODY

02:35PM  19   AT UNITED HEALTH CARE WHO COULD SPEAK TO THEIR PROCESS, HOW

02:35PM  20   THEY CAME TO FIND THE COMPANY, HOW THIS IS GOING TO WORK WITH

02:35PM  21   UNITED HEALTH CARE FROM THAT STANDPOINT.

02:35PM  22        OBVIOUSLY WALGREENS WAS THE BIG RETAIL PARTNERSHIP, AND AT

02:35PM  23   THAT POINT IN TIME IT HAD BEEN PUBLICLY ANNOUNCED IN THE FALL

02:35PM  24   OF '13, AND SO WE WANTED TO SPEAK TO SOMEONE AT WALGREENS

02:35PM  25   BESIDES THE CEO, CFO, THOSE C-SUITE EXECUTIVES WHO HAD MADE

02:36PM   1        PUBLIC STATEMENTS.

02:36PM   2            WE WERE LOOKING FOR SOMEONE KIND OF MIDDLE OF THE

02:36PM   3    ORGANIZATION THAT WAS MORE INVOLVED IN BUSINESS DEVELOPMENT OR

02:36PM   4    HAD BEEN KIND OF INVOLVED IN THIS, IN THE DEAL, PUTTING THE

02:36PM   5    DEAL TOGETHER.

02:36PM   6    Q.   HOW DID MR. BALWANI RESPOND TO THIS REQUEST TO SPEAK TO

02:36PM   7    SOMEBODY FROM WAG AND UNITED HEALTH CARE?

02:36PM   8    A.   YEAH.  HE, HE -- SO THIS WAS A PHONE CALL SUBSEQUENT TO

02:36PM   9    THIS EMAIL, AND HE WAS -- HE WAS VERY UNCOMFORTABLE WITH EITHER

02:36PM  10    OF THOSE, EITHER OF THOSE.

02:36PM  11            HE, HE FELT THAT IT WOULD LOOK WEIRD, IT WOULD -- THEY HAD

02:36PM  12    A GREAT RELATIONSHIP, AND IT WOULD MAKE THEM LOOK BAD.  YOU

02:36PM  13    KNOW, HE WAS UNCOMFORTABLE.  THEY WOULDN'T WANT TO TALK TO

02:36PM  14    INVESTORS.

02:36PM  15            AND SO, YOU KNOW, HE BASICALLY SHUT IT DOWN.  HE SAID, NO,

02:36PM  16    WE'RE NOT WILLING TO DO THAT.

02:36PM  17            HE DID OFFER TO SHOW US THE SIGNATURE PAGE OF THE

02:37PM  18    WALGREENS -- I'M SORRY, THE UNITED HEALTH CARE CONTRACT THAT

02:37PM  19    THEY HAD SIGNED SO THAT HE COULD PROVE TO US THAT THERE WAS IN

02:37PM  20    FACT AN ACTUAL DOCUMENT.

02:37PM  21            SO HE WAS WILLING TO BRING THAT INTO A CONFERENCE ROOM

02:37PM  22    THAT WE COULD SEE.

02:37PM  23            BUT HE, HE -- YOU KNOW, HE WAS UNWILLING TO GRANT US THIS,

02:37PM  24    EITHER OF THESE REQUESTS.

02:37PM  25    Q.   AND THIS IS DATED JANUARY 13TH, 2014.

GROSSMAN DIRECT BY MR. LEACH                                6086

02:37PM 1        LET ME MOVE FORWARD IN TIME TO JANUARY 17TH, 2014, AND

02:37PM 2   DRAW YOUR ATTENTION TO WHAT WE HAVE MARKED AS EXHIBIT 4077.

02:37PM 3        DO YOU HAVE THAT IN FRONT OF YOU?

02:37PM 4   A.   YEAH.  SORRY.

02:37PM 5   Q.   IS THIS AN EMAIL FROM MR. BALWANI TO YOU DATED

02:37PM 6   JANUARY 17TH, 2014?

02:38PM 7   A.   YES.

02:38PM 8   Q.   AND DOES IT ATTACH A LENGTHY POWERPOINT WITH INFORMATION

02:38PM 9   RELATING TO THERANOS?

02:38PM 10  A.   YES, IT DOES.

02:38PM 11       MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

02:38PM 12  EXHIBIT 4077.

02:38PM 13       MS. WALSH:  NO OBJECTION.

02:38PM 14       THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:38PM 15       (GOVERNMENT'S EXHIBIT 4077 WAS RECEIVED IN EVIDENCE.)

02:38PM 16       MR. LEACH:  LET'S ZOOM IN ON THE TOP HALF, IF WE

02:38PM 17  COULD, MS. WACHS.

02:38PM 18  Q.   MR. GROSSMAN, DO YOU SEE WHERE MR. BALWANI WROTE, "BRIAN.

02:38PM 19       "ATTACHED PLEASE FIND A PDF WHICH IS A VERY CONFIDENTIAL

02:38PM 20  SLIDE DECK OF DISCUSSIONS WE HAD."

02:38PM 21       DO YOU SEE THAT?

02:38PM 22  A.   YES.

02:38PM 23  Q.   "IT ALSO INCLUDES A VERY DETAILED SECTION ON DATA WHICH

02:38PM 24  ALEX HAD REQUESTED."

02:38PM 25       IS ALEX A REFERENCE TO MR. RABODZEY?

ER-4625

02:38PM 1    A.   YES.

02:38PM 2    Q.   AND THEN THERE IS SOME PASSWORD INFORMATION TO OPEN UP THE

02:38PM 3    FILE?

02:38PM 4    A.   YES.

02:38PM 5    Q.   AND FURTHER BELOW HE SAYS, "WE WILL MAIL YOU THE

02:39PM 6    PROJECTIONS/FINANCIAL MODEL SHORTLY."

02:39PM 7         DO YOU SEE THAT?

02:39PM 8    A.   YES.

02:39PM 9    Q.   AND THE POWERPOINT THAT IS ATTACHED TO THIS, IS THIS

02:39PM 10   SOMETHING THAT YOU AND YOUR TEAM REVIEWED?

02:39PM 11   A.   YES.

02:39PM 12   Q.   AND WAS IT RELEVANT TO PFM'S INVESTMENT DECISION?

02:39PM 13   A.   YES.

02:39PM 14   Q.   OKAY.  I'D LIKE TO WALK THROUGH SOME OF THE PAGES OF THE

02:39PM 15   POWERPOINT WITH YOU IF WE COULD.

02:39PM 16   A.   OKAY.

02:39PM 17   Q.   AND LET'S JUST START ON PAGE 3.

02:39PM 18   A.   DO YOU WANT ME TO FLIP OR DO YOU WANT TO PUT IT ON THE

02:39PM 19   SCREEN?

02:39PM 20   Q.   WE'LL PUT IT ON THE SCREEN, AND IF YOU WANT TO FLIP

02:39PM 21   THROUGH, YOU'RE ALSO ABLE TO DO THAT.

02:39PM 22        DO YOU SEE THE TITLE THERANOS?

02:39PM 23   A.   YES.

02:39PM 24   Q.   AND IT SAYS, "THIS PRESENTATION AND ITS CONTENTS ARE

02:39PM 25   THERANOS PROPRIETARY AND CONFIDENTIAL," BELOW?

GROSSMAN DIRECT BY MR. LEACH                                          6088

02:39PM  1    A.   YES.

02:39PM  2    Q.   OKAY.  LET'S DISPLAY IF WE COULD, MS. WACHS, PAGE 67.

02:40PM  3         MR. GROSSMAN, DO YOU SEE IN THE UPPER LEFT THERE'S THE

02:40PM  4    TITLE -- WELL, IN THE TOP LEFT IT SAYS, OVERVIEW:  THERANOS

02:40PM  5    SYSTEMS.

02:40PM  6         AND THEN TO THE LEFT IN A BOX OF THERANOS SYSTEMS, THERE'S

02:40PM  7    AN IMAGE OF TWO DEVICES.

02:40PM  8         DO YOU SEE THAT?

02:40PM  9    A.   YES.

02:40PM  10   Q.   AND WHAT DID YOU UNDERSTAND THOSE TO BE?

02:40PM  11   A.   THOSE WERE THE MINILABS.  THE ONE ON THE LEFT WAS THE

02:40PM  12   MINILAB, THE RETAIL PRODUCT THAT THEY WERE BUILDING AND USING

02:40PM  13   IN THEIR CLIA LABS.

02:40PM  14        I THINK THE ONE ON THE RIGHT WAS THE OLDER, OLDER VERSION

02:40PM  15   THAT THEY USED IN CLINICAL TRIALS I THINK.

02:40PM  16   Q.   AND DO THESE BEAR RESEMBLANCE TO THE DEVICES THAT

02:40PM  17   MR. BALWANI SHOWED YOU?

02:40PM  18   A.   YES.

02:40PM  19   Q.   AT ANY POINT IN TIME DID MR. BALWANI SHOW YOU SIEMENS

02:40PM  20   MACHINES?

02:40PM  21   A.   NO.

02:40PM  22   Q.   DID HE EVER TELL YOU THAT THERANOS SYSTEMS INCLUDED

02:40PM  23   SIEMENS MACHINES?

02:40PM  24   A.   NO.

02:40PM  25   Q.   TO THE RIGHT THERE'S AN IMAGE -- OR THE WORDS "CARTRIDGES"

UNITED STATES COURT REPORTERS

ER-4627

02:40PM  1    AND THEN AN IMAGE.

02:41PM  2        WHAT DID YOU UNDERSTAND THIS TO BE?

02:41PM  3    A.   THESE WERE THE -- THESE ARE THE ASSAYS.  THESE ARE THE,

02:41PM  4    THESE ARE THE REAL ESTATE WHERE THE ASSAYS RESIDE, WHICH ARE

02:41PM  5    THEN LOADED INTO THE ANALYZERS.

02:41PM  6    Q.   AND TO THE RIGHT, OR IN THE BOX BELOW, IT SAYS THERANOS

02:41PM  7    SYSTEMS:  BACKEND ANALYTICAL INFRASTRUCTURE.

02:41PM  8        DO YOU SEE THAT?

02:41PM  9    A.   YES.

02:41PM  10   Q.   AND WHAT DID YOU UNDERSTAND TO BE CONVEYED HERE?

02:41PM  11   A.   THIS IS THE WHOLE IDEA THAT THEY'RE GOING TO ACTUALLY CARE

02:41PM  12   ABOUT THE PATIENT AND THE DATA THAT THEY GENERATE FROM PATIENTS

02:41PM  13   AND USE IT -- FIRST OF ALL, KEEP TRACK OF IT SO THAT, AS A

02:41PM  14   PATIENT, YOU COULD HAVE ACCESS TO YOUR DATA OVER TIME

02:41PM  15   CONVENIENTLY THROUGH A MOBILE APP OR A WEB PAGE.

02:41PM  16       AND THEN THEY WERE GOING TO DEVELOP ANALYTICS AROUND THAT

02:42PM  17   DATA THAT HELPED PROMOTE BETTER HEALTH OUTCOMES THAT COULD

02:42PM  18   IDENTIFY SOMEBODY WHO IS LIKELY TO HAVE A MEDICAL CONDITION

02:42PM  19   BEFORE IT WOULD SHOW UP IN THE CURRENT MEDICAL DIAGNOSTIC

02:42PM  20   PARADIGM.

02:42PM  21       AND SO THAT REQUIRED A WHOLE -- AND ACTUALLY,

02:42PM  22   MR. BALWANI -- THIS WAS PARTICULARLY AN IMPORTANT AREA TO HIM

02:42PM  23   COMING FROM THE SOFTWARE WORLD AND HIS TIME I THINK AT

02:42PM  24   MICROSOFT.

02:42PM  25       SO THIS WAS AN IMPORTANT ASPECT OF THEIR LONGER TERM

02:42PM 1    STRATEGY.

02:42PM 2    Q.   AND LET'S GO BACK ONE PAGE TO PAGE 66.

02:42PM 3         DO YOU SEE THE HEADING PRODUCTS, MR. GROSSMAN?

02:42PM 4    A.   YES.

02:42PM 5    Q.   AND THE FIRST TEXT UNDERNEATH THAT SAYS, "DEVICE.

02:43PM 6         "MINILAB AND 4S FOR AUTOMATED PROCESSING."

02:43PM 7         DO YOU SEE THAT?

02:43PM 8    A.   YES.

02:43PM 9    Q.   AND IS THAT CONSISTENT WITH STATEMENTS THAT MR. BALWANI

02:43PM 10   AND MS. HOLMES MADE TO YOU ABOUT THE DEVICE THAT THERANOS WAS

02:43PM 11   USING?

02:43PM 12   A.   YES.

02:43PM 13   Q.   AT ANY POINT IN TIME DID THEY MENTION SIEMENS MACHINES?

02:43PM 14   A.   NO.

02:43PM 15   Q.   BENEATH THAT IT SAYS, "CARTRIDGE.

02:43PM 16        "AUTOMATED CONSUMABLES FOR 75 PLUS ASSAYS SIMULTANEOUSLY

02:43PM 17   ACROSS ALL SAMPLE TYPES (BLOOD, URINE, TISSUE, ET CETERA)."

02:43PM 18        AND DID YOU UNDERSTAND THAT THERANOS WAS USING AUTOMATED

02:43PM 19   CONSUMABLES FOR 75 PLUS ASSAYS AT THE TIME?

02:43PM 20   A.   THEY ACTUALLY TOLD US IN OUR MEETING THAT IT WAS 75, BUT,

02:43PM 21   YES, THAT'S KIND OF ROUGHLY -- THAT'S ROUGHLY ACCURATE.

02:43PM 22   Q.   OKAY.  AND THEN THERE'S A LINE FOR "BLOOD COLLECTION

02:43PM 23   DEVICES."

02:43PM 24        DO YOU SEE THAT?

02:43PM 25   A.   YES.

GROSSMAN DIRECT BY MR. LEACH                               6091

02:43PM  1    Q.   "AUTOMATED SAMPLE COLLECTION FOR MICRO SAMPLE VOLUMES

02:43PM  2    (BLOOD, URINE, TISSUE, ET CETERA) CUSTOMIZED FOR PEDIATRICS,

02:44PM  3    PHLEBOTOMY, AND A FULL RANGE OF COLLECTION PROCEDURES."

02:44PM  4         WHAT DID YOU UNDERSTAND THIS TO BE GETTING AT?

02:44PM  5    A.   THIS WAS THEIR OWN PROPRIETARY COLLECTION TECHNOLOGY,

02:44PM  6    THE -- THEY CALLED IT -- SORRY.

02:44PM  7         THEY REFERRED TO IT AS THE NANOTAINER, A VACUTAINER IS

02:44PM  8    SORT OF THE, IT'S KIND OF LIKE A -- THERE'S A COMPANY THAT

02:44PM  9    MARKETS THE VACUTAINER I THINK IS THEIR TRADE NAME, SO I THINK

02:44PM  10   THEY WERE USING THAT AS A -- SO IT WAS A NAME THAT PHYSICIANS

02:44PM  11   AND PHLEBOTOMISTS WERE FAMILIAR WITH.

02:44PM  12        SO THEY HAD THEIR NANOTAINER, AND THEN THEY HAD THEIR OWN

02:44PM  13   SMALL COLLECTION DEVICES FOR BLOOD DRAWS.

02:44PM  14   Q.   THEN IT SAYS, "ASSAYS.

02:44PM  15        "CHEMISTRIES, 800 PLUS 10 MENU, AND TPS LIBRARY."

02:44PM  16        WHAT DID YOU UNDERSTAND THAT TO MEAN?

02:44PM  17   A.   THAT THIS IS JUST THE TESTS THAT THEY'RE GOING TO BE

02:45PM  18   OFFERING ON THEIR PROPRIETARY TECHNOLOGY.

02:45PM  19   Q.   AND WAS THE INFORMATION ON THIS SLIDE RELEVANT TO PFM'S

02:45PM  20   INVESTMENT DECISION?

02:45PM  21   A.   IT WAS CONSISTENT WITH WHAT THEY TOLD US IN OUR MEETING,

02:45PM  22   YES.

02:45PM  23   Q.   LET'S GO BACK TO PAGE 8 IF WE COULD, MS. WACHS.

02:45PM  24        DO YOU SEE THE HEADING "PRESS," MR. GROSSMAN?

02:45PM  25   A.   YES.

GROSSMAN DIRECT BY MR. LEACH                                    6092

02:45PM  1    Q.   AND THERE'S AN IMAGE OF SOMETHING FROM "THE

02:45PM  2    WALL STREET JOURNAL" THAT SAYS "ELIZABETH HOLMES:  THE

02:45PM  3    BREAKTHROUGH OF INSTANT DIAGNOSIS."

02:45PM  4         DO YOU SEE THAT?

02:45PM  5    A.   YES.

02:45PM  6    Q.   AND IT APPEARS TO BE WRITTEN BY SOMEONE NAMED JOSEPH RAGO?

02:45PM  7    A.   YES.

02:45PM  8    Q.   IS THIS SOMETHING THAT YOU WOULD HAVE REVIEWED AND

02:45PM  9    CONSIDERED AT THE TIME?

02:45PM 10    A.   YES.

02:45PM 11    Q.   AND THERE'S A LINE ON THIS SLIDE RIGHT ABOVE THE CARTOON

02:45PM 12    IMAGE WHERE IT SAYS, "THE SECRET THAT HUNDREDS OF EMPLOYEES ARE

02:45PM 13    NOW REFINING."

02:45PM 14         MAYBE IF WE CAN ZOOM IN A LITTLE BIT MORE ON THAT,

02:46PM 15    MS. WACHS.

02:46PM 16         "THE SECRET THAT HUNDREDS OF EMPLOYEES ARE NOW REFINING

02:46PM 17    INVOLVES DEVICES THAT AUTOMATE AND MINIATURIZE MORE THAN 1,000

02:46PM 18    LABORATORY TESTS."

02:46PM 19         DO YOU SEE THAT LANGUAGE?

02:46PM 20    A.   YES.

02:46PM 21    Q.   IS THAT CONSISTENT WITH STATEMENTS THAT MS. HOLMES AND

02:46PM 22    MR. BALWANI MADE TO YOU?

02:46PM 23    A.   VERY.

02:46PM 24    Q.   OKAY.  LET'S LOOK AT PAGE 9.

02:46PM 25         DO YOU SEE THE HEADING "PRESS"?

ER-4631

GROSSMAN DIRECT BY MR. LEACH                                    6093

02:46PM  1      A.   YES.

02:46PM  2      Q.   AND THERE APPEARS TO BE EXCERPTS OF A PRESS RELEASE TITLED

02:46PM  3      "THERANOS SELECTS WALGREENS AS A LONG-TERM PARTNER THROUGH

02:46PM  4      WHICH TO OFFER ITS NEW CLINICAL LABORATORY SERVICE."

02:46PM  5           DO YOU SEE THAT?

02:46PM  6      A.   I DO.

02:46PM  7      Q.   AND WAS THIS INFORMATION THAT YOU CONSIDERED AT THE TIME

02:46PM  8      OF YOUR INVESTMENT?

02:46PM  9      A.   YES.

02:46PM 10      Q.   AND WAS THIS RELEVANT TO YOU?

02:46PM 11      A.   YES, IT WAS.

02:46PM 12      Q.   AND THERE'S A LINE RIGHT BEFORE "PALO ALTO, CALIFORNIA AND

02:47PM 13      DEERFIELD, ILLINOIS."

02:47PM 14           "WITH FIRST LOCATION LAUNCHING THIS MONTH IN

02:47PM 15      SILICON VALLEY, CONSUMERS CAN NOW COMPLETE ANY

02:47PM 16      CLINICIAN-DIRECTED LAB TEST WITH AS LITTLE AS A FEW DROPS OF

02:47PM 17      BLOOD AND RESULTS AVAILABLE IN A MATTER OF HOURS."

02:47PM 18           DO YOU SEE THAT?

02:47PM 19      A.   YES.

02:47PM 20      Q.   AND IS THAT CONSISTENT WITH STATEMENTS MS. HOLMES AND

02:47PM 21      MR. BALWANI MADE TO YOU IN YOUR MEETINGS WITH THEM?

02:47PM 22      A.   YES.

02:47PM 23      Q.   LET'S GO TO PAGE 17, PLEASE.

02:47PM 24           DO YOU SEE THE HEADING, "SAME TESTS, A WHOLE NEW

02:47PM 25      APPROACH"?

ER-4632

GROSSMAN DIRECT BY MR. LEACH                              6094

02:47PM   1      A.   YES.

02:47PM   2      Q.   AND DO YOU SEE SOME IMAGES OF A FINGER AND A RED DOT AND

02:47PM   3      SOME TYPE OF TUBE?

02:47PM   4      A.   I DO.

02:47PM   5      Q.   AND WHAT DID YOU UNDERSTAND TO BE DISPLAYED HERE?

02:47PM   6      A.   THIS IS THE ACTUAL PROCESS OF GETTING THE -- TAKING THE

02:48PM   7      SAMPLE FROM A FINGER, AND ON THE RIGHT YOU CAN SEE THE

02:48PM   8      NANOTAINER, WHICH IS THE DEVICE THAT THE BLOOD IS STORED IN AS

02:48PM   9      IT'S TRANSPORTED FROM THE COLLECTION SITE TO THE ANALYSIS SITE.

02:48PM  10      Q.   AND THIS SAYS, "THERANOS RUNS ANY TEST AVAILABLE IN

02:48PM  11      CENTRAL LABORATORIES, AND PROCESSES ALL SAMPLE TYPES."

02:48PM  12           WAS THAT RELEVANT INFORMATION TO YOU?

02:48PM  13      A.   YES.

02:48PM  14      Q.   AND THEN AT THE BOTTOM IT SAYS, "THERANOS PROVIDES THE

02:48PM  15      HIGHEST LEVEL OF OVERSIGHT, AUTOMATION, AND STANDARDIZATION IN

02:48PM  16      OUR PRE- AND POST-ANALYTIC PROCESSES, ENSURING THE HIGHEST

02:48PM  17      LEVELS OF ACCURACY AND PRECISION."

02:48PM  18           WAS THAT RELEVANT TO YOU?

02:48PM  19      A.   YES.

02:48PM  20      Q.   LET'S LOOK AT THE NEXT PAGE, PAGE 18.

02:48PM  21           DO YOU SEE THE HEADING, "SPECIALIZED FOR EVERY SPECIALTY"?

02:49PM  22      A.   YES.

02:49PM  23      Q.   AND BENEATH THAT DO YOU SEE WHERE IT SAYS, "THERANOS IS A

02:49PM  24      NEW STANDARD IN LAB TESTING THAT CAN HELP EVERY PRACTICE.  AND

02:49PM  25      WE OFFER EVEN MORE SPECIALIZED TOOLS FOR PATIENTS WITH SPECIFIC

ER-4633

02:49PM   1      NEEDS."

02:49PM   2           DO YOU SEE THAT?

02:49PM   3      A.   I DO, YES.

02:49PM   4      Q.   OKAY.  I'D LIKE TO ZOOM IN, IF WE CAN, MS. WACHS, ON THE

02:49PM   5      TEXT UNDERNEATH PEDIATRICS AND GERIATRICS.

02:49PM   6           UNDER PEDIATRICS, MR. GROSSMAN, DO YOU SEE WHERE IT SAYS,

02:49PM   7      "BUT SINCE WE ONLY REQUIRE TINY DROPS, OUR TESTS ARE LESS

02:49PM   8      TRAUMATIC, GIVING YOU MORE SMILES AND FEWER TEARS."

02:49PM   9           IS THAT CONSISTENT WITH STATEMENTS THAT MR. BALWANI MADE

02:49PM  10      TO YOU?

02:49PM  11      A.   YES.

02:49PM  12      Q.   AND TO THE RIGHT UNDER GERIATRICS IT SAYS, "NO MORE

02:49PM  13      SEARCHING FOR VEINS.  NO MORE PAINFUL DRAWS FROM THE KNUCKLE OR

02:49PM  14      BACK OF THE HAND."

02:49PM  15           DO YOU SEE THAT?

02:49PM  16      A.   YES.

02:49PM  17      Q.   IS THAT CONSISTENT WITH STATEMENTS THAT MR. BALWANI MADE

02:49PM  18      TO YOU PRIOR TO YOUR INVESTMENT?

02:49PM  19      A.   YES.

02:49PM  20      Q.   AND WAS THIS SIGNIFICANT TO YOU?

02:50PM  21      A.   YES, IT WAS, BECAUSE THIS IS PART OF THE REASON WHY THE

02:50PM  22      MARKET FOR LAB SERVICES COULD EXPAND DRAMATICALLY WITH THE

02:50PM  23      TECHNOLOGY LIKE THIS, WHICH IS SOMETHING THAT THEY TALKED ABOUT

02:50PM  24      ACTUALLY IN THE SECOND MEETING.  THE MARKET FOR DIAGNOSTIC

02:50PM  25      TESTING COULD EASILY DOUBLE WITH A PRODUCT, A TECHNOLOGY LIKE

GROSSMAN DIRECT BY MR. LEACH                                    6096

02:50PM  1    THIS THAT WOULD BE ABLE TO -- YOU KNOW, WHERE A LOT OF TESTS

02:50PM  2    JUST UNFORTUNATELY AREN'T DONE BECAUSE IT'S PAINFUL, BECAUSE

02:50PM  3    IT'S SCARY.

02:50PM  4        I MEAN, I HAD TO CHASE MY DAUGHTER AROUND THE BACKYARD TO

02:50PM  5    GET A LAB AND TO GET HER TO TAKE BLOOD ONCE.  I MEAN, IT'S A

02:50PM  6    REAL ISSUE.

02:50PM  7        SO, YES, THIS -- IT WAS VERY -- AND OBVIOUSLY IT'S -- YOU

02:50PM  8    KNOW, ANY TIME YOU HAVE A PRODUCT THAT IS BETTER, FASTER,

02:50PM  9    CHEAPER, MORE ACCURATE, YOU KNOW, THAT'S, THAT'S ALWAYS A -- AN

02:50PM  10   ATTRACTIVE -- THOSE ARE VERY ATTRACTIVE CHARACTERISTICS FOR ANY

02:50PM  11   NEW TYPE TECHNOLOGY RELATIVE TO WHAT THE EXISTING INCUMBENT

02:51PM  12   PRODUCT'S TECHNOLOGIES ARE LIKE.

02:51PM  13   Q.   LET'S GO TO THE NEXT PAGE, PAGE 19.

02:51PM  14        DO YOU SEE THE HEADING "FASTER RESULTS.  FASTER ANSWERS"?

02:51PM  15   A.   YES.

02:51PM  16   Q.   AND IN THE MIDDLE IT SAYS, "4 HOURS OR LESS"?

02:51PM  17   A.   YES.

02:51PM  18   Q.   IS THAT SOMETHING THAT MR. BALWANI TOLD YOU?

02:51PM  19   A.   THIS ALSO CAME UP IN THAT SECOND MEETING, YES.  THEY

02:51PM  20   TALKED ABOUT THE 4 HOUR TURN-AROUND TIME.

02:51PM  21   Q.   OKAY.  LET'S LOOK AT PAGE 21, PLEASE.

02:51PM  22        DO YOU SEE THE HEADING "A NEW STANDARD IN QUALITY.

02:51PM  23        "THE HIGHEST LEVELS IN ACCURACY"?

02:51PM  24   A.   YES.

02:51PM  25   Q.   AND THEN THERE'S A CIRCLE, "LESS THAN 10 PERCENT

ER-4635

GROSSMAN DIRECT BY MR. LEACH                    6097

02:51PM   1    COEFFICIENT OF VARIATION," AND THEN ABOVE THAT IT SAYS

02:51PM   2    "VITAMIN D."

02:51PM   3         WAS THIS RELEVANT TO YOU?

02:51PM   4    A.   YES, BECAUSE VITAMIN D IS A NOTORIOUSLY DIFFICULT TEST,

02:52PM   5    AND THEY EXPLAINED THAT US TO US IN THE DUE DILIGENCE PROCESS,

02:52PM   6    WHERE YOU SEE HUGE AMOUNTS OF VARIATION WITH CONVENTIONAL

02:52PM   7    EQUIPMENT BY THIRD PARTY SUPPLIERS.

02:52PM   8         SO, YOU KNOW, THAT'S -- THIS IS A PARTICULARLY HARD

02:52PM   9    ANALYSIS TO DO, AND TO DO IT ACCURATELY AND CONSISTENTLY.

02:52PM  10    Q.   SO I'M GATHERING YOU WERE IMPRESSED THAT THERANOS DID

02:52PM  11    THAT?

02:52PM  12    A.   YEAH.  THERE'S ACTUALLY A COMPANY THAT JUST FOCUSSED ON

02:52PM  13    VITAMIN D, A PUBLIC COMPANY THAT THAT WAS THEIR WHOLE BUSINESS.

02:52PM  14    THEY WERE ACTUALLY ACQUIRED, I DON'T REMEMBER IF IT WAS AFTER

02:52PM  15    OR BEFORE.

02:52PM  16         BUT THIS WAS AN AREA THAT WE, AS INVESTORS, WERE FAMILIAR

02:52PM  17    WITH THE VITAMIN D SPACE.

02:52PM  18    Q.   AND THEN BENEATH THAT IT SAYS, "BY SYSTEMATICALLY

02:52PM  19    CONTROLLING AND STANDARDIZING OUR PROCESSES, THERANOS OFFERS

02:52PM  20    TESTS WITH THE HIGHEST LEVELS OF ACCURACY.

02:52PM  21         "THERANOS AUTOMATES PRE- AND POST-ANALYTIC PROCESSES,

02:52PM  22    DRASTICALLY MINIMIZING HUMAN PROCESSING -- THE CAUSE OF THE

02:52PM  23    MAJORITY OF LAB TEST ERRORS."

02:53PM  24         WAS THIS RELEVANT INFORMATION TO YOUR INVESTMENT?

02:53PM  25    A.   YES, IT WAS.

ER-4636

GROSSMAN DIRECT BY MR. LEACH                                    6098

02:53PM  1     Q.  LET'S LOOK AT PAGE 24, PLEASE.

02:53PM  2         DO YOU SEE THE HEADING "COST SAVINGS"?

02:53PM  3     A.  YES.

02:53PM  4     Q.  AND THEN IT SAYS, "THE FULL RANGE OF TESTS.  A FRACTION OF

02:53PM  5     THE COSTS"?

02:53PM  6     A.  YES.

02:53PM  7     Q.  WE SAW IN YOUR DUE DILIGENCE QUESTIONS, YOU ASKED A NUMBER

02:53PM  8     OF QUESTIONS ABOUT THE COST OF THE ANALYZER AND THE ECONOMICS

02:53PM  9     AROUND THIS; IS THAT CORRECT?

02:53PM 10     A.  YES.

02:53PM 11     Q.  OKAY.  AND DID YOU HAVE THE IMPRESSION THAT THERANOS COULD

02:53PM 12     PROVIDE ALL OF THESE TESTS WITH A MINI ANALYZER PROFITABLY?

02:53PM 13     A.  YES.

02:53PM 14     Q.  AND WAS THAT BASED ON STATEMENTS FROM MR. BALWANI?

02:53PM 15     A.  IT WAS BASED ON A COUPLE OF THINGS.  ONE WAS THE UNIT

02:53PM 16     ECONOMICS, OR THE COST OF MAKING THE ANALYZER.  IT WAS ALREADY

02:53PM 17     40,000.  THEY WERE GOING TO DRIVE THAT DOWN TO 10- OR 15,000.

02:54PM 18         THE DRAMATICALLY SMALLER SIZE THAT THEY WOULD NEED TO

02:54PM 19     PROVIDE LABORATORY SERVICES, SO LESS REAL ESTATE, LESS PEOPLE,

02:54PM 20     LESS LAB TECHS, LESS EQUIPMENT, LESS CHEMICALS THAN THOSE BIG

02:54PM 21     THIRD PARTY MACHINES NEEDED.

02:54PM 22         AND THEN THEY ACTUALLY GAVE US MARGINS.  SO HE -- WHEN WE

02:54PM 23     WENT THROUGH THE FINANCIAL MODEL IN THE SECOND MEETING, THEY

02:54PM 24     HAD -- NOT ONLY DID THEY HAVE THEIR REVENUE PROJECTIONS BY

02:54PM 25     MONTH THROUGH 2014 AND 2015 WITH THE ROLLOUT AT WALGREENS.

GROSSMAN DIRECT BY MR. LEACH                                    6099

02:54PM   1          AND THEN ALSO IN THAT MEETING WE ALSO LEARNED FOR THE

02:54PM   2    FIRST TIME THAT SAFEWAY WAS ANOTHER ONE OF THEIR PARTNERS.

02:54PM   3          SO THEY HAD ALL OF THAT BY MONTH.

02:54PM   4          BUT THEY ALSO HAD THE MARGINS ASSOCIATED WITH THAT.

02:54PM   5          AND, YES, THEY WERE PROFITABLE, SURPRISINGLY PROFITABLE.

02:54PM   6          I MEAN, YOU WOULD NEVER BE ABLE TO DRIVE PROFITS AT THAT

02:54PM   7    PRICE POINT TO THE MARKET USING EXPENSIVE THIRD PARTY

02:54PM   8    EQUIPMENT.

02:54PM   9          I MEAN, AND THE MODELS WOULD WORK.

02:54PM  10          SO, YEAH, WE WENT THROUGH -- I CAN'T REMEMBER EXACTLY WHAT

02:55PM  11    THE MARGINS WERE, BUT I HAVE THAT IN MY -- YOU KNOW, WE TOOK

02:55PM  12    NOTES AND THEN WE HAVE THEIR MODEL.

02:55PM  13          BUT, YEAH, IT WAS, IT WAS A PROFITABLE SERVICE AS IT

02:55PM  14    RAMPED UP THROUGH 2014 INTO 2015.

02:55PM  15    Q.   LET'S GO FORWARD INTO PAGE 33.

02:55PM  16          DO YOU SEE THE HEADING "KEY DEPLOYMENTS"?

02:55PM  17    A.   YES.

02:55PM  18    Q.   AND THERE'S A REFERENCE TO MEDICARE/MEDICAID;

02:55PM  19          RETAIL;

02:55PM  20          EMERGENCY ROOMS/HOSPITALS.

02:55PM  21          THE REVENUE PROJECTION THAT YOU SAW, DID IT ALSO INCLUDE

02:55PM  22    REVENUE FROM HOSPITAL SERVICES?

02:55PM  23    A.   YES.

02:55PM  24    Q.   AND THERE'S ALSO A REFERENCE TO DOD;

02:55PM  25          PHARMA.

02:55PM  1          DO YOU SEE THAT?

02:55PM  2     A.   I DO.

02:55PM  3     Q.   AND DID YOU UNDERSTAND DOD TO BE DEPARTMENT OF DEFENSE?

02:55PM  4     A.   YES, THAT'S EXACTLY WHAT IT MEANT, DEPARTMENT OF DEFENSE.

02:56PM  5     Q.   AND PHARMA IS A REFERENCE TO PHARMACEUTICAL COMPANIES?

02:56PM  6     A.   THE CLINICAL TRIAL ANALYSIS THAT THEY DID FOR

02:56PM  7     PHARMACEUTICAL COMPANIES WITH EXPERIMENTAL MEDICINES.

02:56PM  8     Q.   LET ME DRAW YOUR ATTENTION TO PAGE 38.

02:56PM  9          DO YOU SEE AN IMAGE OF A BILLBOARD WITH THE WORDS "THE

02:56PM  10    BLOOD TEST, REINVENTED"?

02:56PM  11    A.   YES.

02:56PM  12    Q.   WHAT DID YOU UNDERSTAND THIS TO BE?

02:56PM  13    A.   THIS WAS AN ADVERTISEMENT.  I DON'T KNOW IF IT WAS AN

02:56PM  14    ACTUAL BILLBOARD OR A PROPOSED BILLBOARD, BUT THIS WAS JUST

02:56PM  15    SORT OF GOOD, YOU KNOW, REALLY ATTRACTIVE MARKETING, THE SIZE

02:56PM  16    OF THE NANOTAINER, THE AMOUNT OF BLOOD THAT THEY NEEDED TO RUN

02:56PM  17    STANDARD ANALYTIC EXPERIMENTS BEING DRAMATICALLY LESS THAN

02:56PM  18    ANYONE -- YOU KNOW, EVERYONE HAS GIVEN BLOOD AT SOME POINT.

02:56PM  19          SO, YEAH, I THINK IT'S JUST SORT OF A PUNCHY, SLICK

02:57PM  20    BILLBOARD THAT WOULD BE ON THE SIDE OF 101 OR SOMETHING LIKE

02:57PM  21    THAT.

02:57PM  22    Q.   FURTHER ON, LET'S LOOK AT PAGE 43.

02:57PM  23          DO YOU SEE TO THE LEFT IT SAYS, "SHELF BLADE NUMBER 1"?

02:57PM  24    A.   YES.

02:57PM  25    Q.   AND THEN IF WE ZOOM IN ON THE TEXT, MAYBE WE CAN ZOOM IN A

02:57PM   1    LITTLE BIT MORE ON "GOODBYE BIG BAD NEEDLE," MS. WACHS.

02:57PM   2        GREAT.

02:57PM   3        DO YOU SEE WHERE IT SAYS, "ONLY A TINY SAMPLE FROM A

02:57PM   4    FINGERTIP AND NOTHING ELSE.

02:57PM   5        "ALL YOUR TESTS, EASY AND PAINLESSLY."

02:57PM   6    A.   YES, I DO.

02:57PM   7    Q.   AND ARE THOSE STATEMENTS THAT MR. BALWANI MADE TO YOU?

02:57PM   8    A.   YES.

02:57PM   9    Q.   LET'S GO TO PAGE 51, PLEASE.

02:58PM  10        DO YOU SEE THE HEADING "NEW POSSIBILITIES IN THE LAB"?

02:58PM  11    A.   YES.

02:58PM  12    Q.   AND TO THE LEFT THERE'S A COLUMN UNDER THE HEADING,

02:58PM  13    "ROUTINE, SPECIALTY AND ESOTERIC TESTING.

02:58PM  14        "ALL 1,000 PLUS CURRENTLY RUN TESTS/CPT CODES ARE

02:58PM  15    AVAILABLE THROUGH THERANOS."

02:58PM  16        IS THAT SOMETHING MR. BALWANI TOLD YOU?

02:58PM  17    A.   YES.

02:58PM  18    Q.   "THERANOS RUNS ANY TESTS AVAILABLE IN CENTRAL

02:58PM  19    LABORATORIES."

02:58PM  20        IS THAT SOMETHING THAT MR. BALWANI TOLD YOU?

02:58PM  21    A.   YES.

02:58PM  22    Q.   "THERANOS CAN PROCESS ANY SAMPLE TYPE."

02:58PM  23        IS THAT SOMETHING THAT MR. BALWANI TOLD YOU?

02:58PM  24    A.   YES.

02:58PM  25    Q.   AND THEN TO THE RIGHT, "THE UNPRECEDENTED LACK OF

02:58PM   1    VARIATION WITH THERANOS YIELDS:

02:58PM   2         "HIGHER INTEGRITY DATA AND LONGITUDINAL TRENDING."

02:58PM   3         IS THAT SOMETHING THAT MR. BALWANI TOLD YOU?

02:58PM   4    A.   YES.  THE LONGITUDINAL DATA IS WHAT -- IS REFERRING TO THE

02:59PM   5    IDEA THAT WITH THERANOS AND THE APP AND THEIR DATABASE, YOU

02:59PM   6    WOULD BE ABLE TO FOLLOW YOUR OWN DATA OVER MANY, MANY YEARS.

02:59PM   7    Q.   AND WAS THIS INFORMATION RELEVANT TO YOUR INVESTMENT

02:59PM   8    DECISION?

02:59PM   9    A.   YES.

02:59PM  10    Q.   LET'S GO TO PAGE 62, PLEASE.

02:59PM  11         DO YOU SEE THE HEADING "THERANOS'S CLIA QUALITY

02:59PM  12    STANDARDS"?

02:59PM  13    A.   YES.

02:59PM  14    Q.   AND THERE'S A LINE TWO DOWN, "QUALITY CONTROL (QC).

02:59PM  15         "MECHANISM TO ENSURE ALL TESTING PROCEDURES MEET HIGHEST

02:59PM  16    STANDARDS."

02:59PM  17         WAS THIS INFORMATION RELEVANT TO YOU?

02:59PM  18    A.   YES.

02:59PM  19    Q.   THERE'S ALSO A REFERENCE TO PROFICIENCY TESTING, AND IT

02:59PM  20    SAYS "TESTING FOR ACCURACY AND CONTROL COMPARISONS; BIENNIAL

02:59PM  21    AUDITS OF TESTING ACCURACY."

03:00PM  22         DO YOU SEE THAT?

03:00PM  23    A.   YES.

03:00PM  24    Q.   AND WHAT DID YOU UNDERSTAND THAT TO MEAN?

03:00PM  25    A.   THE PROFICIENCY TESTING PROCESS IS I THINK MAYBE TWO OR

ER-4641

03:00PM   1    THREE TIMES A YEAR WHERE YOU'RE SENT REFERENCE SAMPLES AND YOU

03:00PM   2    HAVE TO CORRECTLY MEASURE THOSE.

03:00PM   3         AND THAT'S HOW YOU MAINTAIN YOUR CLIA ACCREDITATION.

03:00PM   4         AND IF YOU PASS THAT TESTING, IF YOU CAN ACCURATELY READ

03:00PM   5    THOSE SAMPLES, YOU -- YOU'RE CLIA CERTIFIED AND YOU'RE ALLOWED

03:00PM   6    TO BILL MEDICARE AND MEDICAID FOR LAB SERVICES.

03:00PM   7         AND THIS CAME UP EARLY IN THE SECOND MEETING WHEN WE ASKED

03:00PM   8    ABOUT WHAT IS THE, IS THE FDA THE REGULATORY VALUE HERE, AND

03:00PM   9    THEY KIND OF WALKED US THROUGH HOW THIS WORKS.

03:00PM  10         AND THEN, YOU KNOW, THEY HAD SAID THEIR CLIA LAB, WITH

03:00PM  11    THEIR MENU OF TESTS IN THE RETAIL SETTING, HAD REPEATEDLY

03:00PM  12    MATCHED ALL OF THESE REFERENCE SAMPLES, AND THEY -- FOR

03:01PM  13    EVERYTHING THAT THEY OFFERED.

03:01PM  14    Q.   LET'S LOOK AT THE NEXT PAGE, PAGE 63.

03:01PM  15         AND BEFORE I ASK THAT, AT ANY POINT DID MR. BALWANI

03:01PM  16    MENTION SOMETHING CALLED ALTERNATIVE ASSESSMENT OF PROFICIENCY?

03:01PM  17    A.   I DON'T RECALL THAT, NO.

03:01PM  18    Q.   THIS SAYS, "CLIA SURVEYS AND AUDITS."

03:01PM  19         DOWN AT THE BOTTOM, "THERANOS MAINTAINS CLIA ACCREDITATION

03:01PM  20    AS A HIGH COMPLEXITY LAB AND HAS PASSED ALL AUDITS WITHOUT A

03:01PM  21    SINGLE DEFICIENCY TO MAINTAIN THIS STATUS."

03:01PM  22         WAS THIS RELEVANT TO YOU?

03:01PM  23    A.   VERY RELEVANT.  THIS -- AS THE COMPANY TOLD US, THIS

03:01PM  24    STANDARD IS ACTUALLY A HIGHER STANDARD THAN THE FDA APPROVAL

03:01PM  25    PROCESS FOR WHETHER IT'S A 510(K), WHICH IS A REGULATORY FILING

ER-4642

GROSSMAN DIRECT BY MR. LEACH                          6104

03:01PM 1     TYPE.

03:01PM 2         SO, A, THEY TOLD US THAT THIS WAS ACTUALLY A REALLY

03:01PM 3     IMPORTANT -- THIS WAS, I THINK MR. BALWANI USED THE TERM, "THE

03:02PM 4     TRUTH," BECAUSE YOU HAVE TO MEASURE SOMETHING AGAINST -- YOU

03:02PM 5     HAVE TO IDENTIFY THESE SAMPLES THAT YOU SENT.

03:02PM 6         AND, YOU KNOW, IT WAS -- DESPITE -- YOU KNOW, THERE'S NO

03:02PM 7     BETTER VALIDATION TO THE TECHNOLOGY.  YOU CAN SAY WHATEVER --

03:02PM 8     ANYONE, ANYONE WHO IS THREATENED BY THIS TYPE OF OPEN ENDED

03:02PM 9     TECHNOLOGY, THEY CAN SAY WHATEVER THEY WANT TO THEIR

03:02PM 10    SHAREHOLDERS, OH, IT DOESN'T WORK, BLAH BLAH.

03:02PM 11        BUT WHEN YOU HAVE -- WHEN YOU PASS THE CLIA ACCREDITATION

03:02PM 12    STANDARD FOR EVERYTHING YOU OFFER, THE WHOLE MENU, THAT IN AND

03:02PM 13    OF ITSELF SPEAKS VOLUMES TO THE CAPABILITIES OF THE TECHNOLOGY.

03:02PM 14        SO, YES, THIS WAS A VERY KEY AND IMPORTANT DISCLOSURE.

03:02PM 15    Q.   AND DID MR. BALWANI TELL YOU THAT THIS WAS SOMETHING THAT

03:02PM 16    THEY HAD ALREADY DONE AS OF JANUARY OF 2014?

03:02PM 17    A.   HE SAID THAT THEY HAD REPEATEDLY AND ACCURATELY MET

03:02PM 18    THESE -- MEASURED THESE SAMPLES IN THEIR CLIA LAB.

03:02PM 19    Q.   OKAY.  LET'S LOOK AT PAGE 64.

03:03PM 20        DO YOU SEE WHERE IT SAYS "VALIDATION OF THERANOS"?

03:03PM 21    A.   YES.

03:03PM 22    Q.   "THERANOS HAS BEEN COMPREHENSIVELY VALIDATED OVER THE

03:03PM 23    COURSE OF THE LAST SEVEN YEARS BY TEN OF THE FIFTEEN LARGEST

03:03PM 24    PHARMACEUTICAL COMPANIES."

03:03PM 25        DO YOU SEE THAT LANGUAGE?

ER-4643

03:03PM   1      A.   YES.

03:03PM   2      Q.   AND WAS THIS RELEVANT TO YOU?

03:03PM   3      A.   YES.

03:03PM   4      Q.   OKAY.  MS. WACHS, PLEASE GO TO PAGE 69.

03:03PM   5           DO YOU SEE THE HEADING, "EXCERPTS FROM THERANOS'S TEST

03:03PM   6      MENU"?

03:03PM   7      A.   YES.

03:03PM   8      Q.   AND THEN IT SAYS, "105 TESTS SHOWN, ANOTHER 20 PLUS PAGES

03:03PM   9      SHOW ALL AVAILABLE TESTS WITH THERANOS."

03:03PM  10           DO YOU SEE THAT?

03:03PM  11      A.   YES.

03:03PM  12      Q.   AND WHAT DID YOU UNDERSTAND THIS TO BE?

03:03PM  13      A.   THIS WAS THE TEST -- THE RETAIL TEST MENU THAT THEY WERE

03:04PM  14      OFFERING.

03:04PM  15      Q.   AND DID YOU UNDERSTAND THESE WERE THE TESTS THAT THERANOS

03:04PM  16      WAS PERFORMING ON ITS DEVICE?

03:04PM  17      A.   THESE WERE THE TESTS THAT THEY WERE PERFORMING ON THEIR

03:04PM  18      PROPRIETARY TECHNOLOGY IN THEIR CLIA LAB, YES.

03:04PM  19      Q.   OKAY.  THANK YOU, MS. WACHS.  WE CAN TAKE THIS DOWN.

03:04PM  20           LET ME PLEASE DRAW YOUR ATTENTION TO EXHIBIT 1443.

03:04PM  21           IS THIS ANOTHER EMAIL EXCHANGE BETWEEN YOU AND MR. BALWANI

03:04PM  22      IN THE JANUARY 2014 TIME PERIOD, MR. GROSSMAN?

03:04PM  23      A.   I'M SORRY.  YES.

03:05PM  24                MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

03:05PM  25      EXHIBIT 1443.

03:05PM  1            MS. WALSH:  NO OBJECTION.

03:05PM  2            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:05PM  3       (GOVERNMENT'S EXHIBIT 1443 WAS RECEIVED IN EVIDENCE.)

03:05PM  4            MR. LEACH:  IF WE CAN ZOOM IN, MS. WACHS, ON THE

03:05PM  5   BOTTOM PORTION OF PAGE 1.

03:05PM  6   Q.   MR. GROSSMAN, YOU APPEAR TO WRITE ON JANUARY 20TH, 2014,

03:05PM  7   "HERE ARE A FEW OF THE TOPICS FOR TOMORROW."

03:05PM  8       DO YOU SEE THAT?

03:05PM  9   A.   YES.

03:05PM 10   Q.   AND DID YOU HAVE A FOLLOW-UP PHONE CALL WITH MR. BALWANI

03:05PM 11   SHORTLY AFTER THIS EMAIL?

03:05PM 12   A.   YES, WE DID.

03:05PM 13   Q.   OKAY.  YOU WROTE, "COMPETITION.  IS THERE ANYBODY OUT

03:05PM 14   THERE RIGHT NOW THEY ARE AWARE OF?"

03:05PM 15       AND THEN IN THE LAST TWO QUESTIONS YOU WROTE, "DO THEY SEE

03:05PM 16   ANOTHER LAB IN A BOX EMERGE?  WHAT IS THEIR TIME TO MARKET

03:05PM 17   ADVANTAGE?"

03:05PM 18       DO YOU SEE THAT?

03:05PM 19   A.   YES.

03:05PM 20   Q.   AND WHAT DID YOU MEAN BY "LAB IN A BOX"?

03:05PM 21   A.   WELL, THAT WAS THE WHOLE CONCEPT OF THE MINILAB WAS YOU'RE

03:06PM 22   SHRINKING THE ENTIRE REFERENCE LABORATORY DOWN INTO THIS PC

03:06PM 23   SIZED CONTAINER, BOX.

03:06PM 24       YOU KNOW, THIS IS THE MINILAB.  THIS IS THE MINIATURIZING

03:06PM 25   THE LAB, NOT THE POINT OF CARE TEST.

GROSSMAN DIRECT BY MR. LEACH                                          6107

03:06PM   1        AND SO WE WEREN'T AWARE OF ANY COMPANY THAT WAS PURSUING A

03:06PM   2   STRATEGY LIKE THIS, BUT WE WANTED TO MAKE SURE THAT WE HADN'T

03:06PM   3   MISSED ANY COMPETITORS THAT WE HAD TO FOCUS ON.

03:06PM   4        PART OF THIS IS WE'RE TRYING TO REALLY UNDERSTAND, WHAT IS

03:06PM   5   THE REAL COMPETITIVE MODE HERE?  WHAT IS THE REAL -- WHAT ARE

03:06PM   6   THE BARRIERS TO ENTRY?  IS IT PATENTS?  IS IT THE LEAD, THE

03:06PM   7   FIRST MOVER ADVANTAGE THEY HAD?  IS IT ALL THE MONEY?

03:06PM   8        WE WERE REALLY TRYING TO UNDERSTAND HOW LONG WILL IT BE

03:06PM   9   BEFORE -- A, WILL THERE BE COMPETITORS; AND, B, HOW LONG WILL

03:07PM  10   IT TAKE BEFORE COMPETITORS SHOW UP THAT HAVE TECHNOLOGY THAT

03:07PM  11   CAN POTENTIALLY RIVAL THERANOS'S DEVELOPMENT?

03:07PM  12   Q.   IN THE NEXT PARAGRAPH YOU WROTE, "WE WANT TO REVISIT THE

03:07PM  13   FDA APPROVED PROCESS FOR ASSAYS AND ANALYZER.  WILL THE

03:07PM  14   ANALYZER BE AN FDA APPROVED DEVICE?"

03:07PM  15        DO YOU SEE THAT TEXT?

03:07PM  16   A.   YES.

03:07PM  17   Q.   AND BY "ANALYZER," WERE YOU REFERRING TO THE MINILAB?

03:07PM  18   A.   YES.

03:07PM  19   Q.   FURTHER DOWN BELOW IN THE NEXT PARAGRAPH YOU WROTE IN

03:07PM  20   LINE 2, "HOW WILL THIS WORK IN PHASE II OF THE ROLLOUT WHERE

03:07PM  21   THEY ARE PUTTING ANALYZERS IN THE STORES?  SAME FOR PHYSICIAN

03:07PM  22   OFFICE.  WILL EACH PHYSICIAN OFFICE BE REQUIRED TO BE CLIA

03:07PM  23   CERTIFIED?"

03:07PM  24        WHAT WERE YOU GETTING AT THERE?

03:07PM  25   A.   WE WERE TRYING TO UNDERSTAND HOW THE REGULATIONS OF THIS

ER-4646

03:07PM 1    TECHNOLOGY WILL IMPACT THE LONGER TERM BUSINESS MODEL THERE.

03:07PM 2         AND FOR US, THESE QUESTIONS ARE ALSO RELATED TO OUR

03:08PM 3    FINANCIAL MODEL THAT WE'RE TRYING TO BUILD, THE LONGER TERM

03:08PM 4    FINANCIAL MODEL.

03:08PM 5         THEY GAVE US A MODEL FOR 2014 AND '15 BY THE MONTH, AND SO

03:08PM 6    WE HAVE THAT TO SORT OF WORK WITH.

03:08PM 7         BUT THEN AS WE GOT BEYOND 2015, WE HAD TO SORT OF BUILD

03:08PM 8    OUR OWN, OUR OWN MODEL.

03:08PM 9         SO PART OF THESE QUESTIONS ARE JUST TRYING TO UNDERSTAND

03:08PM 10   HOW -- WHAT IS -- HOW DO WE THINK ABOUT HOW THIS IS GOING TO BE

03:08PM 11   USED IN THE REAL WORLD AND, YOU KNOW, IS IT GOING TO BE USED --

03:08PM 12   WHAT ARE THE POTENTIAL, WHAT ARE THE POTENTIAL HURDLES THEY

03:08PM 13   HAVE TO GET OVER IN THESE DIFFERENT MARKET SEGMENTS, THE

03:08PM 14   HOSPITAL MARKET, THE PHYSICIAN MARKET, THE RETAIL SETTING?

03:08PM 15        AND, YOU KNOW, HOW DO WE THINK ABOUT THE REGULATORY RISKS,

03:08PM 16   IF THERE ARE REGULATORY RISKS.

03:08PM 17        AND SO THAT'S WHERE THESE QUESTIONS ARE GOING.

03:08PM 18        SO, YOU KNOW, WE ACTUALLY ENDED UP -- THE WAY WE ENDED UP

03:08PM 19   MODELING THE COMPANY, WE TRIED TO TAKE THE REGULATORY ISSUES

03:08PM 20   OFF THE TABLE AND FOCUS ON HUB AND SPOKE, IN OTHER WORDS, BIG

03:09PM 21   METROPOLITAN AREAS WHERE YOU DIDN'T HAVE TO PUT THE SYSTEMS IN

03:09PM 22   WALGREENS STORES.

03:09PM 23        BUT THE PHYSICIAN OFFICE IS ACTUALLY A REGULATORY SAFE

03:09PM 24   HARBOR WHERE THE COMPANY EXPLAINED THAT YOU ACTUALLY CAN DO

03:09PM 25   TESTING WITHIN -- THESE DEVICES CAN BE USED THERE, YOU CAN DO

03:09PM   1    TESTING WITHIN PHYSICIAN OFFICES.  THEY ARE A SAFE AREA FOR

03:09PM   2    CLIA REGULATIONS.

03:09PM   3         BUT THEY WERE NOT FOCUSSED ON PUTTING THESE DEVICES IN

03:09PM   4    PHYSICIAN OFFICES.  THEY WERE MORE FOCUSSED ON NANOTAINERS AND

03:09PM   5    COLLECTING SPECIMENS FROM PHYSICIAN OFFICES AND THEN TAKING

03:09PM   6    THEM TO THEIR LOCAL LABORATORY AND THEN PROCESSING THOSE.

03:09PM   7         WE, WE -- AND THE, THE -- WE, WE -- THIS -- THE FIRST

03:10PM   8    THING WE TALKED ABOUT IN THIS WAS REALLY AROUND, DO YOU WANT TO

03:10PM   9    BE A MEDICAL DEVICE COMPANY OR DO YOU WANT TO BE AN INTEGRATED

03:10PM  10    LAB SERVICE PROVIDER?

03:10PM  11         WE, AGAIN, KIND OF PUSHED HIM, MR. BALWANI, ON THAT POINT,

03:10PM  12    AND HE WAS VERY CLEAR, WE DO NOT WANT TO BE A MEDICAL DEVICE

03:10PM  13    COMPANY.

03:10PM  14         AND THAT CHANGES THE REGULATORY RISKS.

03:10PM  15         SO ONCE, ONCE THEY DECIDED NOT TO BE IN THE BUSINESS OF

03:10PM  16    SELLING DEVICES TO THIRD PARTIES, THAT CHANGED A LOT OF FDA

03:10PM  17    REGULATED RISKS, SO THAT WAS AN IMPORTANT PART OF THIS

03:10PM  18    CONVERSATION.

03:10PM  19    Q.   IN THAT SECOND TO LAST PARAGRAPH YOU WROTE, "WE WANT TO

03:10PM  20    BETTER UNDERSTAND THE MANUFACTURING RAMP OF ANALYZERS.  CAN

03:10PM  21    THEY MAKE THEM AT HIGHER VOLUME WITHOUT SACRIFICING PRODUCT

03:10PM  22    QUALITY?  WHERE DO THEY MAKE THEM?  WE'D LIKE TO SEE THAT PART

03:10PM  23    OF THE OPERATION IF POSSIBLE.  WHY DID THEY DECIDE TO MAKE THE

03:10PM  24    ANALYZERS VERSUS OUTSOURCE THEM?"

03:10PM  25         DO YOU SEE THAT LANGUAGE?

ER-4648

GROSSMAN DIRECT BY MR. LEACH                                    6110

03:10PM  1    A.    YES.

03:10PM  2    Q.    IS THIS ANOTHER EFFORT BY YOU TO UNDERSTAND THEIR VERTICAL

03:11PM  3    INTEGRATION?

03:11PM  4    A.    YES.   WE WANTED TO UNDERSTAND, ESPECIALLY NOW THAT WE HAVE

03:11PM  5    THE ROLLOUT, YOU KNOW, COULD THEY MAKE ENOUGH -- COULD THEY

03:11PM  6    ACTUALLY MAKE ENOUGH OF THEIR OWN PROPRIETARY ANALYZERS TO MEET

03:11PM  7    THE DEMAND FORECAST THAT THEY HAD FROM WALGREENS OVER THE

03:11PM  8    NEXT -- OVER 2014 AND '15, IN ADDITION TO THE DEMAND THAT THEY

03:11PM  9    EXPECTED TO GET FROM HOSPITAL LABORATORIES.

03:11PM  10        SO, YOU KNOW, IT'S ONE THING TO BE ABLE TO MAKE AN

03:11PM  11   ANALYZER.

03:11PM  12        IT'S A WHOLE OTHER THING TO BE ABLE TO MAKE HUNDREDS OF

03:11PM  13   THEM, AND THEN TO MAKE THEM SO THEY ACTUALLY PERFORM IN THE

03:11PM  14   REAL WORLD.

03:11PM  15        SO WE REALLY WANTED TO FOCUS ON, YOU KNOW, CAN YOU

03:11PM  16   ACTUALLY DELIVER HIGH QUALITY EQUIPMENT?   CAN YOU ACTUALLY MAKE

03:11PM  17   YOUR OWN PROPRIETARY HIGH QUALITY EQUIPMENT AT SCALE?   DO YOU

03:11PM  18   HAVE A FACILITY TO DO THAT?   WE HADN'T SEEN A MANUFACTURING

03:11PM  19   FACILITY.

03:11PM  20        SO THAT'S REALLY -- AND MAKING SURE THAT TIES BACK TO OUR

03:11PM  21   FINANCIAL FORECAST, SO THEY HAVE ENOUGH CASH TO INVEST IN THIS

03:12PM  22   LAB INFRASTRUCTURE BUILD OUT.

03:12PM  23   Q.    IN RESPONSE TO THESE QUESTIONS, DID MR. BALWANI SAY

03:12PM  24   ANYTHING ABOUT SIEMENS MACHINES?

03:12PM  25   A.    NO, HE DID NOT.

03:12PM   1    Q.   DID HE SAY ANYTHING ABOUT THIRD PARTY ANALYZERS?

03:12PM   2    A.   NO, HE DID NOT.

03:12PM   3    Q.   AT ANY POINT IN TIME DID MR. BALWANI TALK ABOUT THE

03:12PM   4    DURABILITY OF THE DEVICE OR ITS ABILITY TO WITHSTAND HARSH

03:12PM   5    CONDITIONS?

03:12PM   6    A.   YES.  AS PART OF THIS CONVERSATION, HE EXPLAINED HOW EACH

03:12PM   7    ONE OF THESE DEVICES ACTUALLY HAS, HE USED THE TERM, A

03:12PM   8    HEARTBEAT.  IT'S CONNECTED TO THE NETWORK WIRELESSLY.

03:12PM   9         AND SO THEY CAN, THEY CAN TRACK HOW EACH ONE OF THEIR

03:12PM  10    PROPRIETARY SYSTEMS IS PERFORMING.

03:12PM  11         AND BECAUSE OF THE WORK THAT THEY DID WITH THE MILITARY,

03:12PM  12    THEY KNEW EXACTLY HOW TO CALIBRATE THESE THINGS.  THEY KNEW

03:12PM  13    WHERE THEY TEND TO RUN INTO PROBLEMS.

03:12PM  14         AND SO THEY LEARNED OVER THE LAST TEN YEARS FROM THAT

03:12PM  15    EXPERIENCE, YOU KNOW, AND IT'S MADE THESE MACHINES MORE ROBUST.

03:13PM  16         HE EXPLAINED THAT -- I USE THE EXAMPLE THAT THEY KNOW THAT

03:13PM  17    ABOVE 120 DEGREES, FROM THE MILITARY EXPERIENCE, THE MACHINES

03:13PM  18    HAVE PROBLEMS.

03:13PM  19         BUT THAT WASN'T GOING TO BE AN ISSUE IN THE COMMERCIAL

03:13PM  20    RETAIL SETTING.

03:13PM  21         BUT THAT'S THE TYPE OF STUFF THAT THEY LEARNED SO THAT

03:13PM  22    THEY FELT REALLY CONFIDENT THAT THEY COULD MAKE NOT ONLY ENOUGH

03:13PM  23    OF THESE, BUT THEY COULD MAKE THEM WHERE THEY WILL PERFORM AS

03:13PM  24    EXPECTED IN A 24/7 TYPE PRODUCTION ENVIRONMENT.

03:13PM  25         WE, WE -- I THINK THE NUMBER, I THINK WE TALKED ABOUT THEY

GROSSMAN DIRECT BY MR. LEACH                                  6112

03:13PM  1    COULD MAKE UP TO 200 A MONTH, AND BASED ON THE MODEL THAT THEY

03:13PM  2    SENT US, MR. BALWANI WAS PRETTY CONFIDENT THAT THEY WOULDN'T

03:13PM  3    NEED -- THESE THINGS ARE SO ROBUST, THEY WORK SO WELL IN THE

03:13PM  4    REAL WORLD, WE WOULDN'T NEED MORE THAN 50 A MONTH TO -- THIS IS

03:14PM  5    KIND OF FOR 2014 -- IN ORDER TO MORE THAN MEET THE DEMAND, THE

03:14PM  6    DEMAND RAMP THAT THEY EXPECTED.

03:14PM  7    Q.   DID MR. BALWANI SAY ANYTHING ABOUT THE DEVICE BEING IN

03:14PM  8    AFGHANISTAN?

03:14PM  9    A.   THAT'S WHERE THEY LEARNED THAT -- THAT'S THE -- HE WAS

03:14PM  10   EXPLAINING THAT THE, THE USE OF THESE DEVICES WITH THE MILITARY

03:14PM  11   AND THE INFORMATION THAT THEY RECEIVED FROM THESE DEVICES IN

03:14PM  12   THAT SETTING HAS HELPED THEM ENGINEER THEM EVEN BETTER FOR THIS

03:14PM  13   REAL WORLD RETAIL ROLLOUT.

03:14PM  14       AND ONE OF THE PRINCIPAL LEARNINGS WAS TEMPERATURE.  THEY

03:14PM  15   LEARNED THAT ABOVE 120 DEGREES FAHRENHEIT, OR MAYBE IT WAS

03:14PM  16   100 -- SOMETHING LIKE THAT, 120, 125 -- THAT THE MACHINES DON'T

03:14PM  17   WORK.

03:14PM  18       AND SO THAT'S AN EXAMPLE OF HOW THE FEEDBACK FROM THE

03:14PM  19   BATTLEFIELD HELPED BUILD A MORE ROBUST PROPRIETARY SAMPLE

03:14PM  20   PROCESSING UNIT.

03:14PM  21   Q.   LET ME NEXT DRAW YOUR ATTENTION TO WHAT WE HAVE MARKED AS

03:14PM  22   EXHIBIT 1454.

03:15PM  23       IS THIS ANOTHER EMAIL EXCHANGE BETWEEN YOU AND MR. BALWANI

03:15PM  24   IN THE JANUARY 2014 TIME PERIOD LEADING UP TO PFM'S INVESTMENT?

03:15PM  25   A.   YES.

03:15PM   1            MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

03:15PM   2     EXHIBIT 1454.

03:15PM   3            MS. WALSH:  NO OBJECTION.

03:15PM   4            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:15PM   5        (GOVERNMENT'S EXHIBIT 1454 WAS RECEIVED IN EVIDENCE.)

03:15PM   6     BY MR. LEACH:

03:15PM   7     Q.   MR. GROSSMAN, LET ME DRAW YOUR ATTENTION TO THE BOTTOM

03:15PM   8     PORTION OF THE PAGE.

03:15PM   9        DO YOU SEE WHERE YOU WROTE TO MR. BALWANI, "THANKS AGAIN

03:15PM  10     FOR THE TIME YESTERDAY."

03:15PM  11        IN THIS TIME PERIOD, WERE YOU HAVING PHONE CALLS WITH

03:15PM  12     MR. BALWANI?

03:15PM  13     A.   YES.

03:15PM  14     Q.   OKAY.  AND THAT'S ALL IN AN EFFORT TO GET INFORMATION

03:15PM  15     ABOUT THERANOS TO MAKE AN INVESTMENT DECISION?

03:15PM  16     A.   I BELIEVE WE, WE HAD A PHONE CONVERSATION RELATED TO THE

03:15PM  17     PREVIOUS EMAIL WE JUST WENT OVER.

03:15PM  18     Q.   OKAY.

03:15PM  19     A.   AND SO THIS, I THINK, EMAIL WAS AFTER THAT PHONE

03:16PM  20     CONVERSATION TOOK PLACE.

03:16PM  21     Q.   YOU THEN WROTE, "I THINK WE'VE ANSWERED THE MAJORITY OF

03:16PM  22     OUR OPEN QUESTIONS AND HAVE JUST A FEW REMAINING ISSUES TO

03:16PM  23     ADDRESS.  WE WOULD LIKE TO ADD A FEW CONSULTANTS TO THE NDA AS

03:16PM  24     WE DISCUSSED YESTERDAY.  WE'D ALSO LIKE TO SPEAK WITH SOMEBODY,

03:16PM  25     IF THEY ARE OPEN TO IT, FROM UNITED HEALTH CARE."

GROSSMAN DIRECT BY MR. LEACH                                  6114

03:16PM 1        DO YOU SEE THAT?

03:16PM 2    A.   YES.

03:16PM 3    Q.   AND YOU NEVER GOT ACCESS TO ANYBODY FROM UNITED HEALTH

03:16PM 4    CARE?

03:16PM 5    A.   NO.

03:16PM 6    Q.   AND WHAT WAS THE RESPONSE WHEN YOU WANTED TO BRING

03:16PM 7    CONSULTANTS IN?

03:16PM 8    A.   WELL, IN THIS EMAIL, THIS EMAIL ABOVE THIS SECTION KIND OF

03:16PM 9    ANSWERS THAT QUESTION.

03:16PM 10       I MEAN, WE, WE -- THEY WERE RELUCTANT, BUT AS LONG AS WE

03:16PM 11   DIDN'T TALK ABOUT ANYTHING RELATED TO THE COMPANY, THEIR

03:16PM 12   REGULATORY STRATEGY, THEIR BUSINESS RELATIONSHIP WITH

03:16PM 13   WALGREENS, THEIR ROLLOUT ON THE RETAIL SETTING, THEIR

03:16PM 14   PARTNERSHIP WITH WALGREENS, I MEAN, SO THEY WERE RELUCTANT, BUT

03:17PM 15   THEY DID AGREE AS LONG AS WE DIDN'T TALK ABOUT ANY OF THE

03:17PM 16   RELEVANT BUSINESS ISSUES THAT WE NEEDED TO ENGAGE THE

03:17PM 17   CONSULTANT ON.

03:17PM 18       SO IT WAS KIND OF A DEAD END, BUT, YOU KNOW, WE, WE TRIED.

03:17PM 19   Q.   OKAY.  AND YOU THEN WROTE, "LASTLY, WE WOULD STILL LIKE TO

03:17PM 20   SEE THE LAB AND THE ANALYZER IN ACTION IF THAT'S POSSIBLE."

03:17PM 21       DO YOU SEE THAT LANGUAGE?

03:17PM 22   A.   YES.

03:17PM 23   Q.   OKAY.  AND IF WE CAN GO TO MR. BALWANI'S RESPONSE,

03:17PM 24   MS. WACHS.

03:17PM 25       DO YOU SEE IN THE THIRD PARAGRAPH WHERE MR. BALWANI WROTE,

03:17PM 1    "SPEAKING WITH UHG WON'T BE POSSIBLE."

03:17PM 2    A.   YEAH.  UHG IS REFERRING TO UNITED HEALTH CARE GROUP.

03:17PM 3    THAT'S THE TERM THAT THERANOS USED FOR UNITED HEALTH CARE.

03:17PM 4        WE USED THE STOCK TICKER UNH, SO THAT'S THE SAME ENTITY.

03:17PM 5    Q.   OKAY.  YOU THEN WROTE, "IF WALKING THROUGH OUR LAB" --

03:17PM 6    EXCUSE ME.

03:17PM 7        MR. BALWANI WROTE, "IF WALKING THROUGH OUR LAB BECOMES THE

03:17PM 8    LAST REMAINING ITEM ON THE LIST, THEN WE CAN WALK 1 PERSON,

03:18PM 9    PERHAPS YOURSELF, THROUGH OUR BSL-2 LAB WHERE WE ARE RUNNING

03:18PM 10   BANKS OF OUR DEVICES."

03:18PM 11       DO YOU SEE THAT?

03:18PM 12   A.   YES.

03:18PM 13   Q.   AND AT SOME POINT DID YOU GET A TOUR OF THERANOS?

03:18PM 14   A.   YES.

03:18PM 15   Q.   AND WHAT DID YOU SEE?

03:18PM 16   A.   WELL, WE DID A TOUR OF THE LAB, AND THIS WAS ALSO AT THEIR

03:18PM 17   PALO ALTO CORPORATE HEADQUARTERS, AND WE WENT INTO A LAB THAT

03:18PM 18   WAS SET UP WITH RACKS, METAL RACKS, WHERE THEY HAD A WHOLE

03:18PM 19   BUNCH OF MINILABS THAT WERE RUNNING SAMPLES.

03:18PM 20   Q.   AND DURING THIS TOUR OF THE LAB, DID YOU SEE ANY SIEMENS

03:18PM 21   MACHINES?

03:18PM 22   A.   NO.

03:18PM 23   Q.   DID YOU SEE ANY DEVICES MANUFACTURED BY SOMEONE OTHER THAN

03:18PM 24   THERANOS?

03:18PM 25   A.   NO.

03:18PM 1  Q.   AND WERE YOU ALSO GIVEN A TOUR OF THE MANUFACTURING

03:19PM 2  FACILITY?

03:19PM 3  A.   YES, WE REQUESTED -- THAT'S ONE OF THE ITEMS THAT WE

03:19PM 4  REQUESTED, TO SEE THE MANUFACTURING FACILITY.

03:19PM 5  Q.   AND WHO ARRANGED THE TOUR OF THE MANUFACTURING FACILITY?

03:19PM 6  A.   MR. BALWANI DID.

03:19PM 7  Q.   AND WHAT DID YOU SEE DURING YOUR TOUR OF THE MANUFACTURING

03:19PM 8  FACILITY?

03:19PM 9  A.   WE WALKED THROUGH THE WHOLE FACILITY.  IT WAS A BIG

03:19PM 10 FACILITY.  WE MET HIM OUT IN FRONT.

03:19PM 11      THEY ACTUALLY HAD A LAB THAT THEY WERE IN THE PROCESS OF

03:19PM 12 BRINGING UP TO CLIA STANDARDS, SO WE SAW THE SPACE THAT THEY

03:19PM 13 WERE GOING TO BE USING FOR THEIR, THEIR NEW CLIA LAB.

03:19PM 14      AND THEN WE WALKED THROUGH THE MANUFACTURING PLANT, THE

03:19PM 15 WHOLE -- WE STARTED WHERE THEY WERE MACHINING BOTH PLASTIC AND

03:19PM 16 METAL PARTS, AND THEY WALKED US THROUGH THE WHOLE -- ALL OF THE

03:19PM 17 SPECIAL EQUIPMENT THAT THEY BOUGHT FROM I THINK SOME JAPANESE

03:19PM 18 COMPANY.

03:19PM 19      AND THEN WE WENT TO THE ASSEMBLY SIDE OF THE PLANT, AND

03:19PM 20 THEN WE FINISHED IN THE DISTRIBUTION WHERE THEY WERE KIND OF

03:20PM 21 PACKAGING AND SHIPPING DEVICES.

03:20PM 22 Q.   DURING THIS TOUR OF THE MANUFACTURING FACILITY, DID YOU

03:20PM 23 SEE ANY SIEMENS DEVICES?

03:20PM 24 A.   NO.

03:20PM 25 Q.   DID MR. BALWANI DRAW YOUR ATTENTION TO ANY SIEMENS

GROSSMAN DIRECT BY MR. LEACH                                    6117

03:20PM   1     DEVICES?

03:20PM   2     A.   NO.

03:20PM   3     Q.   LET ME DRAW YOUR ATTENTION TO WHAT HAS BEEN MARKED AS

03:20PM   4     EXHIBIT 1477.

03:20PM   5          IS THIS ANOTHER EMAIL BETWEEN YOU AND MR. BALWANI IN

03:20PM   6     JANUARY OF 2014 LEADING UP TO PFM'S INVESTMENT?

03:20PM   7     A.   YES.

03:20PM   8               MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

03:20PM   9     EXHIBIT 1477.

03:20PM  10               MS. WALSH:  NO OBJECTION.

03:20PM  11               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:20PM  12          (GOVERNMENT'S EXHIBIT 1477 WAS RECEIVED IN EVIDENCE.)

03:20PM  13               MR. LEACH:  IF YOU COULD ZOOM IN ON THE TOP HALF,

03:20PM  14     MS. WACHS.

03:20PM  15     Q.   MR. GROSSMAN, DO YOU SEE THE SUBJECT OF THIS EMAIL IS

03:20PM  16     QUESTIONS FOR CALL ON FINANCIAL MODEL?

03:20PM  17     A.   YES.

03:20PM  18     Q.   AND AT SOME POINT DID YOU HAVE ANOTHER CONVERSATION WITH

03:21PM  19     MR. BALWANI ABOUT THE FINANCIAL MODEL THAT HE HAD PROVIDED TO

03:21PM  20     PFM?

03:21PM  21     A.   YES.

03:21PM  22     Q.   OKAY.  YOU WROTE, "SUNNY -- HERE ARE THE QUESTIONS."

03:21PM  23          AND THEN IN THE THIRD ROW, "CAN WAG WALK AWAY OR DIAL BACK

03:21PM  24     THE ROLLOUT IF THEY ARE NOT SATISFIED WITH THE UPTAKE?"

03:21PM  25          WHY WERE YOU ASKING THAT QUESTION?

03:21PM  1    A.   WE JUST WANTED TO UNDERSTAND, YOU KNOW, HOW CONNECTED THE

03:21PM  2    TWO ORGANIZATIONS WERE, AND THEY HAD A REALLY STRONG

03:21PM  3    PARTNERSHIP, AND WE WERE -- I WANTED TO MAKE SURE IT WASN'T TOO

03:21PM  4    GOOD IN THE SENSE THAT THERANOS -- THAT IT WASN'T A FAIR DEAL,

03:21PM  5    IT WAS TOO GOOD FOR THERANOS RELATIVE TO WALGREENS, AND SO WE

03:21PM  6    WANTED TO UNDERSTAND WHAT LEGALLY WALGREENS'S ABILITY TO

03:21PM  7    DISENGAGE FROM THERANOS WAS.

03:21PM  8    Q.   YOU THEN WROTE, "WHAT IS PHARMA SERVICE REVENUES?  WHAT IS

03:22PM  9    MARGIN ON THIS?"

03:22PM 10         DO YOU SEE THAT?

03:22PM 11    A.   YES.

03:22PM 12    Q.   AND DID YOU INCORPORATE REVENUES FROM PHARMACEUTICAL

03:22PM 13    COMPANIES INTO THE MODEL THAT PFM PREPARED TO UNDERSTAND

03:22PM 14    THERANOS'S BUSINESS?

03:22PM 15    A.   YES.   THIS WAS -- THEY TOLD US IN THE FIRST MEETING THAT

03:22PM 16    THEY WERE SHIFTING THEIR EMPHASIS IN THE NEAR TERM TO THE

03:22PM 17    RETAIL ROLLOUT, BUT THEY STILL HAD A VERY, A VERY -- A BIG

03:22PM 18    FOCUS ON CONTINUING TO WORK WITH PHARMA.  IT WAS IN THE

03:22PM 19    FINANCIAL MODEL THAT THEY SHOWED US.

03:22PM 20         WE ACTUALLY, WE ACTUALLY INTRODUCED THEM TO COMPANIES

03:22PM 21    TRYING TO HELP THEM GET BUSINESS.  THAT WAS AFTER THE

03:22PM 22    INVESTMENT WAS MADE, WHICH -- SO, YEAH, THIS WAS, THIS WAS

03:22PM 23    ANOTHER REVENUE LINE IN THE FINANCIAL MODEL.

03:22PM 24    Q.   BASED ON STATEMENTS FROM MR. BALWANI, DID YOU BELIEVE THAT

03:22PM 25    THERANOS CURRENTLY HAD REVENUE FROM PHARMACEUTICAL COMPANIES?

GROSSMAN DIRECT BY MR. LEACH                                    6119

03:22PM   1        A.   YES.

03:22PM   2        Q.   AND THEN IF WE CAN ZOOM OUT, MS. WACHS.

03:23PM   3             FURTHER DOWN BELOW YOU WROTE, "HOW DO THEY DEAL WITH THE

03:23PM   4        VENOUS DRAW ISSUE?  I HAD TESTS DONE TODAY IN PA WALGREENS AND

03:23PM   5        HAD TO GET VENOUS DRAW."

03:23PM   6             DO YOU SEE THAT LANGUAGE?

03:23PM   7        A.   YES.

03:23PM   8        Q.   FIRST OF ALL, IS IT TRUE THAT YOU HAD A TEST DONE IN A

03:23PM   9        PALO ALTO WALGREENS AND HAD TO GET A VENOUS DRAW?

03:23PM  10        A.   YES.

03:23PM  11        Q.   TELL US ABOUT THAT.

03:23PM  12        A.   I WENT IN -- EVERYONE ON OUR TEAM, I THINK EVERYONE, HAD

03:23PM  13        THEIR TESTS DONE AT SOME POINT.

03:23PM  14             SO WE WENT INTO THE PALO ALTO -- I WENT INTO THE PALO ALTO

03:23PM  15        WALGREENS UNANNOUNCED, AND I HAD A PHYSICIAN ORDER A BUNCH OF

03:23PM  16        TESTS, AND SO IT WAS JUST PART OF -- IT WAS PART OF OUR DUE

03:23PM  17        DILIGENCE PROCESS.  WE WANTED TO MAKE SURE EVERYONE, MULTIPLE

03:23PM  18        PEOPLE WENT THROUGH THE PROCESS OF USING THE SERVICE IN

03:24PM  19        PALO ALTO.

03:24PM  20        Q.   AND WHEN YOU GOT A VENOUS DRAW IN PALO ALTO, DID THAT

03:24PM  21        SURPRISE YOU?

03:24PM  22        A.   A LITTLE BIT.

03:24PM  23        Q.   OKAY.  DID YOU HAVE CONVERSATIONS WITH MR. BALWANI ABOUT

03:24PM  24        THAT?

03:24PM  25        A.   YES.

ER-4658

GROSSMAN DIRECT BY MR. LEACH                6120

03:24PM  1    Q.   WHAT DID HE TELL YOU?

03:24PM  2    A.   HE SAID IT WAS UNUSUAL, VERY UNUSUAL.

03:24PM  3         HE SAID THAT MY PHYSICIAN ORDERED A VERY, VERY WEIRD TEST

03:24PM  4    THAT NO ONE ORDERS AND THAT, YOU KNOW, THERE WERE -- YOU KNOW,

03:24PM  5    AND THEY HAD TOLD US THAT THEY WERE -- THEY COULD DO AT THE

03:24PM  6    CURRENT POINT IN TIME 99 PERCENT OF THE TESTS, AND THERE WERE A

03:24PM  7    FEW THINGS THAT WOULD TAKE A FEW MONTHS, LIKE SIX MONTHS, LESS

03:24PM  8    THAN SIX MONTHS TO TRANSITION TO FINGERSTICK.

03:24PM  9         AND SO, YOU KNOW, IT KIND OF FELL WITHIN THAT CATEGORY IS

03:24PM 10    WHAT HE EXPLAINED TO ME.

03:24PM 11    Q.   DID YOU BELIEVE THAT, EVEN IF YOUR BLOOD WAS BEING DRAWN

03:24PM 12    FROM A VEIN, THE BLOOD WAS BEING TESTED ON A THERANOS ANALYZER?

03:25PM 13    A.   THAT WAS OUR UNDERSTANDING.

03:25PM 14              MS. WALSH:  OBJECTION.  LEADING.

03:25PM 15              THE COURT:  LEADING?  WAS IT LEADING?  IS THAT WHAT

03:25PM 16    YOU --

03:25PM 17              MS. WALSH:  YES.

03:25PM 18              THE COURT:  WHY DON'T YOU RE-ASK THE QUESTION?

03:25PM 19              MR. LEACH:  I CAN ASK A BETTER QUESTION, YOUR HONOR.

03:25PM 20    Q.   YOU HAD YOUR BLOOD DRAWN FROM THE VEIN IN THE PALO ALTO

03:25PM 21    WALGREENS; IS THAT RIGHT, MR. GROSSMAN?

03:25PM 22    A.   YES.

03:25PM 23    Q.   IN YOUR OWN MIND, DID YOU HAVE AN UNDERSTANDING OF WHAT

03:25PM 24    TYPE OF DEVICE YOUR BLOOD WOULD BE TESTED ON?

03:25PM 25    A.   YES.

03:25PM  1    Q.   WHAT WAS THAT?

03:25PM  2    A.   IT WOULD HAVE BEEN TESTED ON THERANOS'S PROPRIETARY

03:25PM  3    TECHNOLOGY.

03:25PM  4    Q.   SO WAS THERE ANYTHING ABOUT THE FACT THAT YOUR BLOOD WAS

03:25PM  5    BEING DRAWN FROM A VEIN THAT GAVE YOU REASON TO THINK THAT

03:25PM  6    THERANOS WAS USING SOME OTHER TYPE OF EQUIPMENT?

03:25PM  7    A.   NO.

03:25PM  8    Q.   LET ME DRAW YOUR ATTENTION, PLEASE, TO WHAT WE HAVE MARKED

03:26PM  9    AS EXHIBIT 5441.

03:26PM 10         DO YOU RECOGNIZE THIS?

03:26PM 11    A.   IT'S AN EMAIL, YES.

03:26PM 12    Q.   IS THIS AN EMAIL FROM YOU TO SOMEONE NAMED ADAM CLAMMER?

03:26PM 13    A.   YES.

03:26PM 14    Q.   AND WHO IS ADAM CLAMMER?

03:26PM 15    A.   HE WAS A CONSULTANT AND A FRIEND, A PERSONAL FRIEND, AND

03:26PM 16    CONSULTANT THAT WE, WE -- THAT THERANOS APPROVED, AND WE

03:26PM 17    ADDED -- HE WAS, HE WAS INCLUDED IN THE CONFIDENTIALITY

03:26PM 18    AGREEMENTS.

03:27PM 19         AND SO -- AND HE WAS AN INDIVIDUAL THAT HAD INVESTED IN

03:27PM 20    COMPANIES IN THE HEALTH CARE SPACE IN HIS CAREER.

03:27PM 21         HE WASN'T REALLY AN EXPERT IN ANY ONE AREA OF THE LAB

03:27PM 22    SPACE, BUT HE HAD INVESTED IN LABORATORY COMPANIES EARLIER IN

03:27PM 23    HIS CAREER.

03:27PM 24         SO HE'S SOMEONE THAT WE BROUGHT IN TO BE ANOTHER SET OF

03:27PM 25    EYES ON OUR DUE DILIGENCE PROCESS.

GROSSMAN DIRECT BY MR. LEACH                                    6122

03:27PM  1    Q.    AND THERE'S AN ATTACHMENT, THERANOS_V12.XLSX.

03:27PM  2          DO YOU SEE THAT?

03:27PM  3    A.    YES.

03:27PM  4    Q.    AND WHAT IS THE ATTACHMENT?

03:27PM  5    A.    THIS IS A FINANCIAL MODEL, OR A SIMPLE FINANCIAL MODEL --

03:27PM  6    OR A MODEL THAT WE HAD PUT TOGETHER, A FINANCIAL MODEL THAT WE

03:27PM  7    HAD BUILT WITH THREE DIFFERENT SCENARIOS THAT WE SENT IN.

03:27PM  8          MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

03:27PM  9    EXHIBIT 5441.

03:27PM  10         MS. WALSH:  NO OBJECTION.

03:27PM  11         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:27PM  12    (GOVERNMENT'S EXHIBIT 5441 WAS RECEIVED IN EVIDENCE.)

03:28PM  13         MR. LEACH:  IF YOU COULD ZOOM IN ON THE TOP,

03:28PM  14   MS. WACHS.

03:28PM  15   Q.    DO YOU SEE WHERE YOU WROTE TO MR. CLAMMER ON JANUARY 29TH,

03:28PM  16   2014, "CELL D113 ON PFM REV MODEL IS SCENARIO.  1, 2, 3, FOR

03:28PM  17   THE BEAR, BASE, BULL."

03:28PM  18         DO YOU SEE THAT?

03:28PM  19   A.    YES.

03:28PM  20   Q.    AND WHAT DID YOU MEAN BY BEAR, BASE, AND BULL?

03:28PM  21   A.    THIS IS KIND OF A REFERENCE TO BAD, MIDDLE OF THE ROAD,

03:28PM  22   AND THEN A POSITIVE SCENARIO FOR THE FINANCIAL MODEL, BEAR

03:28PM  23   BEING -- OR REFERENCE BEAR MARKET, BAD OUTCOME; BASE CASE IS

03:28PM  24   KIND OF THE, WHAT WE -- SORT OF OUR AVERAGE VIEW, OUR AVERAGE

03:28PM  25   FORECAST; AND THEN BULL IS KIND OF LIKE BULL MARKET, AND THAT'S

ER-4661

GROSSMAN DIRECT BY MR. LEACH                                    6123

03:28PM 1    THE UPSIDE, THE UPSIDE SCENARIO.

03:29PM 2    Q.   AND WHEN YOU CALCULATE A BEAR CASE SCENARIO, WHAT IS THE

03:29PM 3    PURPOSE OF DOING THAT?

03:29PM 4    A.   WHAT WE'RE TRYING TO DO IS TAKE OUR RESEARCH, ALL OF THE

03:29PM 5    QUALITATIVE INFORMATION THAT WE ACCUMULATE IN THE DUE DILIGENCE

03:29PM 6    PROCESS, AND THEN TRANSLATE THAT INTO A SET OF NUMBERS.

03:29PM 7        AND SO, YOU KNOW, FOR THE BEAR CASE, WE WOULD WANT IT TO

03:29PM 8    REFLECT SOME OF THE, YOU KNOW, THE RISKS OR, YOU KNOW, THE --

03:29PM 9    ANYTHING THAT WE'D, IN THE DUE DILIGENCE PROCESS, IDENTIFIED

03:29PM 10   THAT COULD LEAD TO A LESS FAVORABLE FORECAST FOR THE BUSINESS.

03:29PM 11       WE TRY TO KIND OF INCORPORATE THAT INTO, INTO THAT

03:29PM 12   SCENARIO.

03:29PM 13   Q.   LET ME DRAW YOUR ATTENTION, PLEASE, TO PAGE 44 OF THIS

03:29PM 14   DOCUMENT.

03:30PM 15       EXCUSE ME, MS. WACHS.  44.  PERFECT.

03:30PM 16       AND IF WE CAN ZOOM IN ON THE TEXT.

03:30PM 17       DO YOU SEE THE THERANOS LOGO AT THE TOP OF THIS PAGE,

03:30PM 18   MR. GROSSMAN?

03:30PM 19   A.   YES.

03:30PM 20   Q.   AND YOU SAID THAT THE EXCEL FILE IS A MODEL THAT PFM PUT

03:30PM 21   TOGETHER.

03:30PM 22       DOES THE PFM MODEL ALSO INCLUDE THE PROJECTIONS THAT

03:30PM 23   THERANOS HAD PROVIDED TO YOU?

03:30PM 24   A.   THAT'S CORRECT.

03:30PM 25   Q.   AND IS THIS THE PORTION OF THE MODEL INCLUDING PROJECTIONS

ER-4662

GROSSMAN DIRECT BY MR. LEACH                                    6124

03:30PM   1    THAT THERANOS HAD PROVIDED?

03:30PM   2    A.   YES.

03:30PM   3    Q.   AND ARE THESE NUMBERS THAT YOU HAD DISCUSSIONS WITH

03:30PM   4    MR. BALWANI ABOUT?

03:30PM   5    A.   YES.

03:30PM   6    Q.   OKAY.  SO MUCH OF THIS DOCUMENT IS PREPARED BY PFM, BUT

03:30PM   7    THIS PORTION IS PREPARED BY THERANOS?

03:30PM   8    A.   THAT IS CORRECT.

03:30PM   9    Q.   OKAY.  AND UP AT THE TOP THERE'S A ROW FOR 2014 DEVICE

03:30PM  10    COST PLUS INSTALLATION/CONFIG, AND THERE'S A NUMBER 70,000 TO

03:31PM  11    THE RIGHT.

03:31PM  12        DO YOU SEE THAT?

03:31PM  13    A.   YES.

03:31PM  14    Q.   AND WHAT DID YOU UNDERSTAND THAT TO MEAN?

03:31PM  15    A.   THAT'S THE COST OF, THE FULL COST OF THE MINILAB,

03:31PM  16    INCLUDING THE INSTALLATION, THE CONFIGURATION, THE TRAINING.

03:31PM  17        THAT WAS OUR UNDERSTANDING OF WHAT THAT NUMBER REFERRED

03:31PM  18    TO.

03:31PM  19    Q.   OKAY.  AND SAME QUESTION FOR THE NEXT ROW, 2015 DEVICE

03:31PM  20    COST?

03:31PM  21    A.   YES.

03:31PM  22    Q.   THAT RELATES TO THE MINILAB?

03:31PM  23    A.   ALSO THE MINILAB.  AS THEY MOVED TO HIGHER PRODUCTION

03:31PM  24    VOLUME, THE COST COMES DOWN.

03:31PM  25    Q.   OKAY.  AT ANY POINT IN TIME DURING YOUR DISCUSSION ABOUT

ER-4663

GROSSMAN DIRECT BY MR. LEACH                                    6125

03:31PM   1    DEVICE COST, DID MR. BALWANI PROVIDE DEVICE COSTS FOR A SIEMENS

03:31PM   2    MACHINE?

03:31PM   3    A.   NO.

03:31PM   4    Q.   WOULD THAT HAVE BEEN RELEVANT TO YOUR INVESTMENT DECISION?

03:31PM   5    A.   YES, IT WOULD HAVE.

03:31PM   6    Q.   LET ME NEXT DRAW YOUR ATTENTION TO EXHIBIT 1482.

03:32PM   7         IS THIS ANOTHER EMAIL EXCHANGE BETWEEN YOU AND MR. BALWANI

03:32PM   8    IN THE JANUARY 2014 TIME PERIOD?

03:32PM   9    A.   YES.

03:32PM  10         MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

03:32PM  11    EXHIBIT 1482.

03:32PM  12         MS. WALSH:  NO OBJECTION.

03:32PM  13         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:32PM  14    (GOVERNMENT'S EXHIBIT 1482 WAS RECEIVED IN EVIDENCE.)

03:32PM  15         MR. LEACH:  AND IF WE CAN PLEASE GO TO PAGE 2,

03:32PM  16    MS. WACHS.

03:32PM  17    Q.   I DRAW YOUR ATTENTION, MR. GROSSMAN, TO THE BOTTOM PORTION

03:32PM  18    WHERE YOU WROTE ON JANUARY 28TH, "SUNNY, JUST TO CONFIRM WE

03:32PM  19    STILL WOULD LIKE TO SEE THE NEWARK AND THE THERANOS CLIA LAB."

03:32PM  20         DO YOU SEE THAT LANGUAGE?

03:32PM  21    A.   YES.

03:32PM  22    Q.   AND IS THAT A REFERENCE TO WHAT WE TALKED ABOUT EARLIER,

03:32PM  23    THE TOUR THAT YOU GOT OF THE MANUFACTURING FACILITY AND THE

03:32PM  24    LAB?

03:32PM  25    A.   YEAH, THE MANUFACTURING FACILITY IS LOCATED IN NEWARK JUST

ER-4664

03:33PM   1    OVER THE SAN MATEO BRIDGE, YES.

03:33PM   2    Q.   OKAY.  AND IF WE CAN GO UP THE CHAIN TO MR. BALWANI'S

03:33PM   3    EMAIL AT THE TOP.

03:33PM   4         DO YOU SEE WHERE MR. BALWANI WROTE, "WE CAN WALK YOU

03:33PM   5    THROUGH PART OF THE LAB WHERE WE HAVE DOZENS OF DEVICES BEING

03:33PM   6    USED.  HOWEVER, AS WE CHATTED BEFORE, IF YOU CAN LIMIT THIS TO

03:33PM   7    YOU AND VIKRAM, THAT WOULD BE APPRECIATED.  THANKS."

03:33PM   8         DO YOU SEE THAT?

03:33PM   9    A.   YES.

03:33PM  10    Q.   VIKRAM, IS THAT SOMEONE ON YOUR TEAM?

03:33PM  11    A.   HE'S REFERRING TO VIVEK.  I GUESS HE DIDN'T REMEMBER HIS

03:33PM  12    NAME.  BUT, YES --

03:33PM  13    Q.   OKAY.

03:33PM  14    A.   HE'S REFERRING TO VIVEK KHANNA, WHO HAS BEEN PART OF OUR

03:33PM  15    DUE DILIGENCE TEAM THE WHOLE TIME.  BUT THAT'S, THAT'S WHO

03:33PM  16    VIKRAM IS SUPPOSED TO REFERENCE.

03:33PM  17    Q.   OKAY.  AND, AGAIN, WHEN YOU WERE IN THE LAB, DID

03:33PM  18    MR. BALWANI DRAW YOUR ATTENTION TO ANY SIEMENS DEVICES?

03:33PM  19    A.   NO, HE DID NOT DRAW OUR ATTENTION TO ANY SIEMENS DEVICES.

03:34PM  20    Q.   WOULD THAT HAVE BEEN A RED FLAG FOR YOU?

03:34PM  21    A.   THAT WOULD HAVE BEEN A RED FLAG.

03:34PM  22    Q.   DID PFM ULTIMATELY INVEST IN THERANOS?

03:34PM  23    A.   YES, WE DID.

03:34PM  24    Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO WHAT HAS BEEN MARKED

03:34PM  25    AS EXHIBIT 1505.

03:34PM 1          DO YOU HAVE THAT IN FRONT OF YOU, MR. GROSSMAN?

03:34PM 2     A.   I DO, YES.

03:34PM 3     Q.   IS THIS SOMETHING CALLED SERIES C2 PREFERRED STOCK

03:34PM 4     PURCHASE AGREEMENT?

03:34PM 5     A.   YES.

03:34PM 6     Q.   AND DOES THIS RELATE TO PFM'S INVESTMENT IN THERANOS?

03:34PM 7     A.   YES.

03:34PM 8          MR. LEACH:  THE GOVERNMENT OFFERS EXHIBIT 1505.

03:34PM 9          MS. WALSH:  NO OBJECTION.

03:34PM 10         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:34PM 11    (GOVERNMENT'S EXHIBIT 1505 WAS RECEIVED IN EVIDENCE.)

03:34PM 12         MR. LEACH:  LET'S START WITH PAGE 1, MS. WACHS.

03:34PM 13    Q.   AND DO YOU SEE THAT THIS AGREEMENT STARTS WITH SECTION 1,

03:35PM 14    MR. GROSSMAN?

03:35PM 15    A.   YES.

03:35PM 16    Q.   I'D LIKE TO GO TO SECTION 4, WHICH BEGINS ON PAGE 6.

03:35PM 17         DO YOU SEE THAT THIS IS TITLED REPRESENTATIONS AND

03:35PM 18    WARRANTIES OF THE INVESTORS?

03:35PM 19    A.   YES.

03:35PM 20    Q.   AND IN THIS DOCUMENT, PFM AND ITS FUND IS THE INVESTOR?

03:35PM 21    A.   I BELIEVE THAT'S RIGHT.

03:35PM 22    Q.   OKAY.  AND IF WE LOOK AT PAGE 7.

03:35PM 23         DO YOU SEE THAT THERE ARE A NUMBER OF REPRESENTATIONS FROM

03:35PM 24    4.2 TO 4.6 RELATING TO INVESTMENT INTENT, INVESTMENT

03:35PM 25    EXPERIENCE, SPECULATIVE NATURE OF INVESTMENTS, ACCESS TO DATA,

ER-4666

GROSSMAN DIRECT BY MR. LEACH                                    6128

03:35PM 1    AND ACCREDITED INVESTOR?

03:35PM 2        DO YOU SEE THOSE?

03:35PM 3    A.   YES.

03:35PM 4    Q.   AND ALL -- WOULD THESE REPRESENTATIONS HAVE BEEN -- IF PFM

03:35PM 5    SIGNED THIS, WOULD THOSE REPRESENTATIONS HAVE BEEN TRUE AT THE

03:35PM 6    TIME?

03:35PM 7    A.   YES.

03:35PM 8    Q.   OKAY.  LET'S LOOK AT EXHIBIT 1506.

03:36PM 9        IS THIS THE DOCUMENT WHEREBY PFM REPRESENTS ITS AGREEMENT

03:36PM 10   TO THE STOCK PURCHASE AGREEMENT?

03:36PM 11   A.   I BELIEVE THAT IS THE CASE, YES.

03:36PM 12   Q.   OKAY.

03:36PM 13       THE GOVERNMENT OFFERS EXHIBIT 1506.

03:36PM 14           MS. WALSH:  NO OBJECTION.

03:36PM 15           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:36PM 16       (GOVERNMENT'S EXHIBIT 1506 WAS RECEIVED IN EVIDENCE.)

03:36PM 17           MR. LEACH:  AND IF WE CAN ZOOM IN ON THE TOP HALF,

03:36PM 18   MS. WACHS, ALL OF THE WAY DOWN TO THE DATE, FEBRUARY 4TH, 2014.

03:36PM 19   Q.   OKAY.  THIS IS SIGNED BY SOMEBODY NAMED ERIC MOORE.  WHO

03:36PM 20   WAS ERIC MOORE?

03:36PM 21   A.   HE WAS THE CHIEF FINANCIAL OFFICER OF OUR FIRM AT THE

03:36PM 22   TIME, AND I THINK HE WAS A DESIGNATED SIGNATORY FOR OUR FIRM.

03:36PM 23   Q.   OKAY.  AND ABOVE THE SIGNATURE IT READS, "I ACKNOWLEDGE

03:37PM 24   AND AGREE THAT I AM INVESTING THE AGGREGATE DOLLAR VALUE OF

03:37PM 25   $55,479,993."

03:37PM 1          DO YOU SEE THAT?

03:37PM 2     A.   YES.

03:37PM 3     Q.   AND THIS IS SIGNED ON BEHALF OF SOMETHING CALLED

03:37PM 4     PARTNERSHIP INVESTMENTS LP.

03:37PM 5          WHAT IS THAT?

03:37PM 6     A.   PARTNER INVESTMENTS LP IS A FUND THAT WE USE TO COINVEST

03:37PM 7     ALONGSIDE OUR HEDGE FUND.

03:37PM 8          SO THIS IS FOR PEOPLE THAT -- TYPICALLY WHEN WE HAVE

03:37PM 9     EXCESS CAPACITY BEYOND WHAT OUR HEDGE FUND WOULD NEED, WE WILL

03:37PM 10    OFFER THAT CAPACITY TO BOTH EXISTING INVESTORS AND THOSE -- AND

03:37PM 11    PEOPLE WHO MAY NOT BE AN EXISTING INVESTOR.

03:37PM 12         WE AGGREGATE ALL OF THOSE INVESTMENT DOLLARS INTO THIS ONE

03:37PM 13    ENTITY SO THAT WE THEN WRITE ONE ADDITIONAL CHECK TO THE

03:37PM 14    COMPANY, AND IT MAKES IT EASIER FOR THE COMPANY TO -- AS

03:38PM 15    OPPOSED TO DEALING WITH ALL OF THE INDIVIDUALS.

03:38PM 16    Q.   AND DOES THIS ACCURATELY CAPTURE THE DATE AND THE AMOUNT

03:38PM 17    OF THE INVESTMENT BY PARTNER INVESTMENTS LP?

03:38PM 18    A.   YES.

03:38PM 19    Q.   OKAY.  LET'S GO DOWN FURTHER, MS. WACHS.

03:38PM 20         DO YOU SEE WHERE IT SAYS, "I ACKNOWLEDGE AND AGREE THAT I

03:38PM 21    AM INVESTING THE AGGREGATE DOLLAR VALUE OF $38,336,632 TO

03:38PM 22    PURCHASE A TOTAL OF," AND THEN THERE'S A NUMBER OF "SHARES OF

03:38PM 23    THE COMPANY'S SERIES C-2 PREFERRED STOCK."

03:38PM 24         DO YOU SEE THAT?

03:38PM 25    A.   YES.

03:38PM 1  Q.   AND THIS IS ON BEHALF OF SOMETHING CALLED PFM HEALTH CARE

03:38PM 2  MASTER FUND LP.

03:38PM 3       WHAT IS THAT?

03:38PM 4  A.   THAT'S THE ACTUAL HEDGE FUND, THE INSTITUTIONAL FUND THAT

03:38PM 5  WE OPERATE.  SO THIS WOULD BE THE FUND WHERE THE PENSION PLANS,

03:38PM 6  THEY WOULD INVEST THROUGH THIS VEHICLE.

03:39PM 7  Q.   AND DID YOU MAKE THE DECISION TO INVEST 38 MILLION IN

03:39PM 8  THERANOS ON BEHALF OF PFM HEALTH CARE MASTER FUND?

03:39PM 9  A.   YES.

03:39PM 10  Q.   AND DOES THIS ACCURATELY REFLECT THE DATE OF THE

03:39PM 11  INVESTMENT?

03:39PM 12  A.   YES.

03:39PM 13  Q.   AND FURTHER DOWN BELOW IT SAYS, "I ACKNOWLEDGE AND AGREE

03:39PM 14  THAT I AM INVESTING THE AGGREGATE DOLLAR VALUE OF $2,323,373."

03:39PM 15       DO YOU SEE THAT?

03:39PM 16  A.   YES.

03:39PM 17  Q.   AND THIS IS ON BEHALF OF SOMETHING CALLED PFM HEALTH CARE

03:39PM 18  PRINCIPALS FUND LP.

03:39PM 19       DO YOU SEE THAT?

03:39PM 20  A.   YES.

03:39PM 21  Q.   AND WHAT IS PFM HEALTH CARE PRINCIPALS FUND LP?

03:39PM 22  A.   THIS IS WHAT WE CALLED OUR FRIENDS AND FAMILY FUND.  THIS

03:39PM 23  IS FOR EMPLOYEES THAT DON'T MEET THE STANDARDS THAT ARE

03:39PM 24  REQUIRED, ASSET STANDARDS, THE INCOME STANDARDS THAT ARE

03:39PM 25  REQUIRED FOR THE MASTER FUND, THE INSTITUTIONAL FUND.

ER-4669

GROSSMAN DIRECT BY MR. LEACH                              6131

03:39PM   1              SO IT INCLUDES FRIENDS, FAMILY -- FRIENDS AND FAMILY,

03:39PM   2      EMPLOYEES THAT INVEST IN THE PRINCIPAL'S FUND, AND WE RUN THIS

03:40PM   3      FUND EXACTLY LIKE -- BOTH FUNDS ARE RUN SO THEY'RE EXACTLY

03:40PM   4      PARALLEL TO EACH OTHER, BUT THEY'RE SEPARATE LEGAL ENTITIES.

03:40PM   5      Q.   OKAY.  SO THREE SEPARATE PFM ENTITIES INVESTED IN THERANOS

03:40PM   6      IN EARLY FEBRUARY OF 2014?

03:40PM   7      A.   YES.

03:40PM   8      Q.   THANK YOU.

03:40PM   9              LET ME NEXT DRAW YOUR ATTENTION, PLEASE, TO EXHIBIT 5858.

03:40PM  10      A.   I DON'T HAVE THAT.

03:40PM  11      Q.   YOU DON'T HAVE THAT?

03:40PM  12              DO YOU HAVE THAT, YOUR HONOR?

03:40PM  13                  THE COURT:  NO.  I DON'T THINK IT'S IN HIS BINDER.

03:41PM  14      BY MR. LEACH:

03:41PM  15      Q.   BEFORE I ASK ABOUT THE DOCUMENT, LET ME ASK A PRELIMINARY

03:41PM  16      QUESTION.

03:41PM  17              SO YOU INVEST IN FEBRUARY OF 2014?

03:41PM  18      A.   YES.

03:41PM  19      Q.   AND I'D LIKE TO MOVE FORWARD IN TIME TO OCTOBER OF 2015.

03:41PM  20              DO YOU HAVE THAT TIME PERIOD IN MIND?

03:41PM  21      A.   YES.

03:41PM  22      Q.   IN OR AROUND THAT TIME PERIOD, DID YOU BECOME AWARE OF A

03:41PM  23      "WALL STREET JOURNAL" ARTICLE THAT HAD NEGATIVE INFORMATION

03:41PM  24      ABOUT THERANOS?

03:41PM  25      A.   I KNOW EXACTLY WHERE I WAS STANDING WHEN I READ THE --

03:41PM  1                    MS. WALSH:  OBJECTION.

03:41PM  2                    THE COURT:  MR. GROSSMAN, I'M SORRY.

03:41PM  3                    MS. WALSH:  OBJECTION.  401, 403.

03:41PM  4                    THE COURT:  IS THIS ARTICLE IN EVIDENCE?

03:41PM  5                    MR. LEACH:  THE ARTICLE IS NOT.  THE FACT OF THE

03:41PM  6       ARTICLE IS, AND THIS IS PREFATORY TO --

03:41PM  7                    THE COURT:  SO I'LL OVERRULE THIS OBJECTION, AND YOU

03:41PM  8       CAN ASK YOUR QUESTION AGAIN.

03:41PM  9                    MR. LEACH:  OKAY.

03:41PM 10       Q.   DID YOU BECOME AWARE OF A NEWS ARTICLE RELATING TO

03:41PM 11       THERANOS IN OR AROUND OCTOBER OF 2015?

03:42PM 12       A.   YES, I DID.  I REMEMBER EXACTLY WHERE I WAS STANDING WHEN

03:42PM 13       I READ THE EMAIL, OR THE ARTICLE.  I REMEMBER EXACTLY WHERE I

03:42PM 14       WAS STANDING WHEN I SAW AND READ THE STORY.

03:42PM 15       Q.   ALSO IN THAT MONTH, OCTOBER OF 2015, DID YOU OBSERVE

03:42PM 16       ELIZABETH HOLMES MAKE STATEMENTS TO AT A "WALL STREET JOURNAL"

03:42PM 17       CONFERENCE?

03:42PM 18       A.   YES.

03:42PM 19       Q.   AND DURING THAT CONFERENCE, DID YOU TAKE NOTES OF WHAT

03:42PM 20       MS. HOLMES WAS SAYING?

03:42PM 21       A.   YES.

03:42PM 22       Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO WHAT WE HAVE MARKED

03:42PM 23       AS EXHIBIT 2894.

03:42PM 24            DO YOU KNOW WHAT THIS DOCUMENT IS, MR. GROSSMAN?

03:42PM 25       A.   YES, I DO.

03:43PM 1    Q.   OKAY.  ARE THESE NOTES THAT YOU PREPARED ON OR ABOUT

03:43PM 2    OCTOBER 21ST, 2015?

03:43PM 3    A.   YES.

03:43PM 4    Q.   OKAY.  ARE THEY YOUR NOTES OF WHAT YOU OBSERVED AND HEARD

03:43PM 5    MS. HOLMES SAYING AT A CONFERENCE ON OR ABOUT OCTOBER 21ST,

03:43PM 6    2015?

03:43PM 7    A.   YES.

03:43PM 8    Q.   DURING THAT CONFERENCE, DID MS. HOLMES MAKE STATEMENTS TO

03:43PM 9    THE EFFECT THAT THERANOS HAD NEVER USED COMMERCIALLY BASED LAB

03:43PM 10   EQUIPMENT FOR FINGERSTICK SAMPLES?

03:43PM 11              MS. WALSH:  OBJECTION.

03:43PM 12              THE COURT:  OVERRULED.

03:43PM 13              THE WITNESS:  YES.

03:43PM 14   BY MR. LEACH:

03:43PM 15   Q.   SHE DID MAKE STATEMENTS TO THAT EFFECT?

03:43PM 16   A.   YES.

03:43PM 17   Q.   OKAY.  AND THIS WAS ON OCTOBER 21ST, 2015?

03:43PM 18   A.   YES.

03:43PM 19   Q.   OKAY.  LET ME --

03:43PM 20        WITH THE COURT'S PERMISSION, I WOULD LIKE TO DISPLAY WHAT

03:43PM 21   IS IN EVIDENCE AS EXHIBIT 5387H.

03:43PM 22              THE COURT:  5387H?

03:44PM 23              MR. LEACH:  YEAH, WHICH IS IN EVIDENCE.

03:44PM 24              THE COURT:  YES.

03:44PM 25              MR. LEACH:  AND IF WE CAN GO TO PAGE 122, MS. WACHS.

03:44PM  1     Q.   MR. GROSSMAN, I'M DISPLAYING SOME TEXT MESSAGES BETWEEN

03:44PM  2     MR. BALWANI AND MS. HOLMES.

03:44PM  3          YOU HAVEN'T SEEN THESE BEFORE, HAVE YOU?

03:44PM  4     A.   NO.

03:44PM  5     Q.   YOU WEREN'T A PARTY TO THESE?

03:44PM  6     A.   NO.

03:44PM  7     Q.   OKAY.  AND DO YOU SEE TO THE LEFT THERE'S A DATE

03:44PM  8     OCTOBER 21ST, 2015?

03:44PM  9     A.   YES.

03:44PM  10    Q.   AND THAT'S THE DATE OF "THE WALL STREET JOURNAL"

03:44PM  11    CONFERENCE WHERE MS. HOLMES WAS MAKING STATEMENTS?

03:44PM  12    A.   YES.

03:44PM  13    Q.   AND DO YOU SEE WHERE MR. BALWANI WROTE, "WORRIED ABOUT

03:44PM  14    YOUR QUOTE ALL FINGERSTICKS ON OUR TECHNOLOGY UNQUOTE COMMENT."

03:45PM  15         DO YOU SEE THAT LANGUAGE?

03:45PM  16    A.   YES.

03:45PM  17    Q.   OKAY.

03:45PM  18         MAY I HAVE A MOMENT, YOUR HONOR?

03:45PM  19              THE COURT:  YES.

03:45PM  20         (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

03:45PM  21              MR. LEACH:  THANK YOU, MS. WACHS.  WE CAN TAKE THAT

03:45PM  22    DOWN.

03:45PM  23         YOUR HONOR, I'D LIKE TO DISPLAY TO MR. GROSSMAN ONLY AND

03:45PM  24    TO THE COURT WHAT WE HAVE MARKED AS EXHIBIT 5858.

03:45PM  25              THE COURT:  ALL RIGHT.

03:45PM   1    BY MR. LEACH:

03:45PM   2    Q.   ARE YOU ABLE TO SEE THAT ON THE SCREEN, MR. GROSSMAN?

03:45PM   3    A.   NOT YET.

03:45PM   4         OH, OKAY.

03:45PM   5    Q.   AND IF WE CAN GO TO PAGE 1.

03:46PM   6         AND I WOULD JUST LIKE YOU TO READ TO YOURSELF THE TITLE OF

03:46PM   7    THE DOCUMENTS IN BOLD ROUGHLY HALF OF THE WAY DOWN.

03:46PM   8    A.   OKAY.

03:46PM   9    Q.   DO YOU KNOW WHAT THIS DOCUMENT IS?

03:46PM  10    A.   YES.

03:46PM  11    Q.   OKAY.  AND IF I COULD DRAW YOUR ATTENTION TO PAGE 40.

03:46PM  12         DO YOU SEE THAT THERE'S A LINE FOR AN INDIVIDUAL TO SIGN?

03:46PM  13    A.   YES.

03:46PM  14    Q.   OKAY.  AND ARE YOU FAMILIAR WITH THE NAME THERE?

03:46PM  15    A.   YES.

03:46PM  16    Q.   OKAY.  LET ME NEXT ASK YOU TO GO TO PAGE 7.

03:46PM  17         DO YOU SEE THAT THIS IS A -- HALFWAY THROUGH THE PAGE,

03:47PM  18    THERE'S A QUESTION, AND THEN BENEATH THAT THERE'S A BULLET

03:47PM  19    HEADING AND THEN ANSWER?

03:47PM  20    A.   YES.

03:47PM  21    Q.   AND DO YOU BELIEVE THIS TO BE A --

03:47PM  22         WELL, YOUR HONOR, THE GOVERNMENT OFFERS PAGE 7 OF THIS

03:47PM  23    DOCUMENT WITH JUST THE QUESTION NUMBER 7 AND THE ANSWER TO

03:47PM  24    QUESTION NUMBER 7.

03:47PM  25         (PAUSE IN PROCEEDINGS.)

03:47PM 1          MS. WALSH:  YES, YOUR HONOR.

03:47PM 2      YOUR HONOR, IF WE CAN REDACT THE HEADINGS AND KEEP ONLY

03:47PM 3  THE PARAGRAPH STARTING WITH "DESCRIBE," AND THEN THE PARAGRAPH

03:47PM 4  STARTING WITH "MR.," BUT REDACTING "SUBJECT TO," I THINK THAT

03:47PM 5  WOULD CLEAR UP ISSUES THAT WE TALKED ABOUT EARLIER.

03:48PM 6          THE COURT:  MR. LEACH.

03:48PM 7          MR. LEACH:  I'M FINE WITH THOSE REDACTIONS,

03:48PM 8  YOUR HONOR.

03:48PM 9          THE COURT:  I'M SORRY.  DID YOU TIME STAMP THIS?

03:48PM 10         MR. LEACH:  I DID NOT, YOUR HONOR, BUT I'M PLEASED

03:48PM 11 TO DO THAT.

03:48PM 12         THE COURT:  OKAY.  WITH THOSE AGREED-UPON

03:48PM 13 REDACTIONS, THIS WILL BE ADMITTED.

03:48PM 14         MR. LEACH:  MAY I CONSULT WITH MS. WACHS FOR ONE

03:48PM 15 MOMENT --

03:48PM 16         THE COURT:  YES.

03:48PM 17         MR. LEACH:  -- BECAUSE I WANT TO MAKE SURE.

03:48PM 18         THE COURT:  OF COURSE.

03:49PM 19     (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

03:49PM 20         MR. LEACH:  YOUR HONOR, I THINK WE MADE THE

03:49PM 21 APPROPRIATE REDACTIONS, AND IF I COULD --

03:49PM 22         THE COURT:  LET ME ASK YOU, YOU'VE CONSULTED WITH

03:49PM 23 MS. WALSH ABOUT THE REDACTIONS, AND YOU'RE IN AGREEMENT?

03:49PM 24         MS. WALSH:  YES, YOUR HONOR.

03:49PM 25         THE COURT:  ALL RIGHT.  THANK YOU.

03:49PM  1              THIS IS ADMITTED, AND IT MAY BE PUBLISHED.

03:49PM  2              (GOVERNMENT'S EXHIBIT 5858, REDACTED, WAS RECEIVED IN

03:49PM  3     EVIDENCE.)

03:49PM  4                   THE COURT:  IS THAT UP ON THE SCREEN?  NOT YET.

03:49PM  5     IT'S NOT UP ON THE JURY'S SCREENS YET.

03:49PM  6                   THE CLERK:  NOW IT IS.

03:49PM  7                   THE COURT:  OKAY.

03:49PM  8     BY MR. LEACH:

03:49PM  9     Q.   MR. GROSSMAN, DO YOU SEE UP AT THE TOP IT SAYS, "DESCRIBE

03:49PM 10     YOUR OWNERSHIP STAKE IN THERANOS, INCLUDING WITHOUT ANY

03:49PM 11     LIMITATION ANY STOCK OPTIONS."

03:50PM 12          DO YOU SEE THAT?

03:50PM 13     A.   YES.

03:50PM 14     Q.   AND DO YOU UNDERSTAND THE REMAINDER OF THE TEXT TO BE A

03:50PM 15     STATEMENT THAT MR. BALWANI MADE ABOUT HIS OWNERSHIP OF

03:50PM 16     THERANOS'S STOCK?

03:50PM 17     A.   YES.

03:50PM 18     Q.   AND IT READS, "MR. BALWANI RESPONDS AS FOLLOWS:

03:50PM 19          "MR. BALWANI CURRENTLY OWNS 28,716,815 SHARES OF CLASS A

03:50PM 20     COMMON STOCK," AND THEN IT CONTINUES.

03:50PM 21          DO YOU SEE THAT?

03:50PM 22     A.   YES.

03:50PM 23     Q.   AND DO YOU UNDERSTAND THIS TO BE A STATEMENT THAT

03:50PM 24     MR. BALWANI MADE?

03:50PM 25     A.   YES.

03:50PM 1    Q.   OKAY.  AND THEN IF I COULD DRAW -- WITHOUT DISPLAYING IT

03:50PM 2    ON THE SCREEN, I JUST -- WELL, DO YOU UNDERSTAND THIS TO BE

03:50PM 3    MADE AT SOME POINT AFTER OCTOBER 15TH, 2015?

03:50PM 4    A.   YES.

03:50PM 5    Q.   THANK YOU, MR. GROSSMAN.

03:50PM 6         THANK YOU, YOUR HONOR.

03:50PM 7         I DON'T HAVE ANYTHING FURTHER.

03:50PM 8              THE COURT:  CROSS-EXAMINATION?

03:50PM 9              MS. WALSH:  YES, YOUR HONOR.

03:51PM 10        MAY I REMOVE MY MASK, YOUR HONOR?

03:51PM 11             THE COURT:  YES.  YES.

03:51PM 12                         **CROSS-EXAMINATION**

03:51PM 13   BY MS. WALSH:

03:51PM 14   Q.   GOOD AFTERNOON, MR. GROSSMAN.

03:51PM 15   A.   GOOD AFTERNOON.

03:51PM 16   Q.   MY NAME IS AMY WALSH, AND I REPRESENT SUNNY BALWANI.

03:51PM 17        SO WHAT I WANT TO ASK YOU ABOUT JUST FOR THE REMAINDER OF

03:51PM 18   THE AFTERNOON -- I THINK WE'RE GOING TO HAVE TO CONTINUE THIS

03:51PM 19   TOMORROW -- BUT WHAT I WANT TO START WITH IS YOUR BACKGROUND.

03:51PM 20        I KNOW YOU TESTIFIED TO THAT ON DIRECT.

03:52PM 21        BUT -- SO AFTER YOU GRADUATED FROM COLLEGE, YOU WORKED AT

03:52PM 22   JP MORGAN; IS THAT RIGHT?

03:52PM 23   A.   YES.

03:52PM 24   Q.   AND YOU WORKED THERE AS A RESEARCH ANALYST; CORRECT?

03:52PM 25   A.   THE FIRST TWO YEARS I WAS A RESEARCH ASSISTANT, PORTFOLIO

GROSSMAN CROSS BY MS. WALSH                                    6139

03:52PM   1    ASSISTANT, AND THEN THE LAST THREE YEARS I WAS A RESEARCH

03:52PM   2    ANALYST.

03:52PM   3    Q.   OKAY.  SO YOU WERE A RESEARCH ANALYST FOR THE LAST THREE

03:52PM   4    YEARS; RIGHT?

03:52PM   5    A.   YES.

03:52PM   6    Q.   OKAY.  AND WHEN YOU WERE A RESEARCH ANALYST, YOU COVERED

03:52PM   7    THE HEALTH CARE SECTOR; IS THAT RIGHT?

03:52PM   8    A.   YES.

03:52PM   9    Q.   OKAY.  AND THEN YOU WENT ON TO WORK FOR TWO DIFFERENT

03:52PM  10    HEDGE FUNDS; IS THAT CORRECT?

03:52PM  11    A.   IT WAS ACTUALLY THREE, BUT, YES.

03:52PM  12    Q.   OKAY.  THREE.

03:52PM  13         AND IN -- FOR THOSE THREE HEDGE FUNDS, YOU WERE ALSO AN

03:52PM  14    ANALYST; IS THAT RIGHT?

03:52PM  15    A.   FOR THE FIRST, I WAS AN ANALYST FROM 2001 THROUGH 2007,

03:53PM  16    2008; AND THEN AT THAT POINT I HANDED OFF MY ANALYST

03:53PM  17    RESPONSIBILITIES TO ANOTHER INDIVIDUAL AND MY PRIMARY FOCUS AT

03:53PM  18    THAT POINT WAS AS A PORTFOLIO MANAGER.

03:53PM  19    Q.   OKAY.

03:53PM  20    A.   FOR A FEW YEARS I DID BOTH.

03:53PM  21    Q.   SO LET'S TAKE THEM ONE AT A TIME.

03:53PM  22         SO YOU WENT TO THE FIRST HEDGE FUND; CORRECT?

03:53PM  23    A.   YES.

03:53PM  24    Q.   AND YOU WERE AN ANALYST THERE; RIGHT?

03:53PM  25    A.   YES.

ER-4678

GROSSMAN CROSS BY MS. WALSH                                6140

03:53PM  1    Q.   AND WHILE YOU WERE AN ANALYST, YOU COVERED THE HEALTH CARE

03:53PM  2    SECTOR; IS THAT RIGHT?

03:53PM  3    A.   YES.

03:53PM  4    Q.   AND THEN YOU WENT ON TO THE SECOND HEDGE FUND; IS THAT

03:53PM  5    RIGHT?

03:53PM  6    A.   YES.

03:53PM  7    Q.   AND YOU ALSO WORKED AS AN ANALYST THERE; CORRECT?

03:53PM  8    A.   YES.

03:53PM  9    Q.   AND AS AN ANALYST THERE, YOU ALSO COVERED THE HEALTH CARE

03:53PM  10   SECTOR; IS THAT RIGHT?

03:53PM  11   A.   YES.

03:53PM  12   Q.   OKAY.  AND THEN YOU WENT ON TO A THIRD HEDGE FUND; IS THAT

03:53PM  13   RIGHT?

03:53PM  14   A.   YES.

03:53PM  15   Q.   AND YOU WERE AN ANALYST AT THAT HEDGE FUND, OR SOMETHING

03:53PM  16   DIFFERENT?

03:53PM  17   A.   I WAS AN ANALYST AT THAT HEDGE FUND, AND THEN BECAME A

03:53PM  18   PORTFOLIO MANAGER AT THAT HEDGE FUND.

03:54PM  19   Q.   OKAY.  BUT ALSO COVERING THE HEALTH CARE SECTOR; IS THAT

03:54PM  20   RIGHT?

03:54PM  21   A.   YES.

03:54PM  22   Q.   OKAY.  AND THEN AT SOME POINT YOU AND YOUR COLLEAGUES

03:54PM  23   STARTED PFM; CORRECT?

03:54PM  24   A.   YES.

03:54PM  25   Q.   OKAY.  AND I THINK YOU SAID THIS ON DIRECT, BUT YOU'RE THE

ER-4679

GROSSMAN CROSS BY MS. WALSH                                    6141

03:54PM  1    MANAGING PARTNER OF PFM; RIGHT?

03:54PM  2    A.   YES.

03:54PM  3    Q.   AND YOU'RE THE CHIEF INVESTMENT OFFICER; RIGHT?

03:54PM  4    A.   YES.

03:54PM  5    Q.   AND PFM HEALTH SCIENCES IS AN S.E.C. REGISTERED INVESTMENT

03:54PM  6    ADVISOR; CORRECT?

03:54PM  7    A.   YES.

03:54PM  8    Q.   AND SO THAT'S A REGULATED ENTITY; CORRECT?

03:54PM  9    A.   YES.

03:54PM  10   Q.   AND AS THAT REGULATED ENTITY, YOU HAVE TO FILE CERTAIN

03:54PM  11   DISCLOSURES WITH THE S.E.C.; RIGHT?

03:54PM  12   A.   YES.

03:54PM  13   Q.   AND SO THROUGHOUT ALL OF THIS EXPERIENCE, YOU HAVE ABOUT

03:54PM  14   20 YEARS OF EXPERIENCE IN THE BIOTECH SPACE; IS THAT FAIR?

03:54PM  15   A.   YEAH, THAT'S, THAT'S, THAT'S ACCURATE.

03:55PM  16   Q.   OKAY.  AND YOU ALSO HAVE ABOUT 20 YEARS EXPERIENCE

03:55PM  17   INVESTING IN HEALTH CARE COMPANIES; IS THAT RIGHT?

03:55PM  18   A.   A LITTLE BIT LONGER THAN THAT, BUT, YES.

03:55PM  19   Q.   OKAY.  AND THOSE HEALTH CARE COMPANIES THAT YOU'VE

03:55PM  20   INVESTED IN HAVE BEEN VARIOUS DIFFERENT SIZES; IS THAT RIGHT?

03:55PM  21   A.   YES.

03:55PM  22   Q.   SOME HAVE BEEN PUBLIC COMPANIES; RIGHT?

03:55PM  23   A.   YES.

03:55PM  24   Q.   LARGE ONES LIKE PFIZER AND UNITED HEALTH; RIGHT?

03:55PM  25   A.   YES.

ER-4680

GROSSMAN CROSS BY MS. WALSH                                    6142

03:55PM   1    Q.   AND SMALL STARTUPS; IS THAT RIGHT?

03:55PM   2    A.   YES.

03:55PM   3    Q.   AND SIZES IN BETWEEN THOSE TWO ENDS OF THE SPECTRUM;

03:55PM   4    CORRECT?

03:55PM   5    A.   YES.

03:55PM   6    Q.   OKAY.  AND WE JUST WENT THROUGH, OR MR. LEACH TOOK YOU

03:55PM   7    THROUGH THE THREE DIFFERENT ENTITIES THAT INVESTED IN THERANOS.

03:55PM   8         DO YOU REMEMBER THAT?

03:55PM   9    A.   YES.

03:55PM  10    Q.   AND I JUST WANT TO RUN THROUGH THOSE TO MAKE SURE I'M

03:55PM  11    CLEAR ON IT.

03:55PM  12         ONE WAS PARTNER INVESTMENTS LP; CORRECT?

03:56PM  13    A.   YES.

03:56PM  14    Q.   AND THEN THERE WAS HEALTH CARE MASTER FUND; RIGHT?

03:56PM  15    A.   YES.

03:56PM  16    Q.   AND THEN THE PFM HEALTH CARE PRINCIPALS FUND LP; RIGHT?

03:56PM  17    A.   YES.

03:56PM  18    Q.   OKAY.  AND THE HEALTH CARE MASTER FUND WAS THE LARGEST OF

03:56PM  19    THE THREE; IS THAT RIGHT?

03:56PM  20    A.   IT'S, IT'S QUITE -- I WANT TO ANSWER THE QUESTION.  THE

03:56PM  21    PARTNER INVESTMENTS ISN'T A FUND IN THE SENSE -- IT'S A

03:56PM  22    DIFFERENT ENTITY.  THERE'S NO -- WE -- SO HERE'S HOW I WOULD

03:56PM  23    ANSWER THE QUESTION.  SORRY.  BUT --

03:56PM  24    Q.   I DON'T MEAN TO INTERRUPT YOU.

03:56PM  25         MY QUESTION WAS ABOUT HEALTH CARE MASTER FUND.

ER-4681

03:56PM 1    A.   YEAH, MASTER FUND IS THE LARGEST -- LARGER THAN

03:56PM 2    PRINCIPALS.

03:56PM 3         PARTNER INVESTMENT HAS NO CAPITAL.  IT'S JUST A FUND THAT

03:56PM 4    HAS INDIVIDUAL DEALS THAT WE DO -- HAVE DONE OVER TIME.

03:57PM 5         SO IF YOU ADD UP THE DEALS THAT WERE IN PARTNER INVESTMENT

03:57PM 6    AT THAT TIME, IT WAS A MUCH SMALLER FUND THAN THE HEALTH CARE

03:57PM 7    MASTER FUND.

03:57PM 8    Q.   OKAY.  SO I JUST WANT TO FOCUS ON HEALTH CARE MASTER FUND

03:57PM 9    FOR THE TIME BEING.  OKAY?

03:57PM 10   A.   OKAY.

03:57PM 11   Q.   AND THAT'S THE LARGEST ONE; RIGHT?

03:57PM 12   A.   YES.

03:57PM 13   Q.   AND THE INVESTORS IN THAT FUND INCLUDED FAMILY OFFICES;

03:57PM 14   RIGHT?

03:57PM 15   A.   YES.

03:57PM 16   Q.   INSTITUTIONAL INVESTORS; CORRECT?

03:57PM 17   A.   YES.

03:57PM 18   Q.   AND HIGH NET WORTH INDIVIDUALS; IS THAT RIGHT?

03:57PM 19   A.   YES.

03:57PM 20   Q.   AND YOU WERE THE PORTFOLIO MANAGER OF THAT FUND; IS THAT

03:57PM 21   CORRECT?

03:57PM 22   A.   YES.

03:57PM 23   Q.   AND SO YOU, AS PORTFOLIO MANAGER, HAD THE ULTIMATE

03:57PM 24   AUTHORITY TO MAKE DECISIONS ABOUT INVESTMENTS; IS THAT TRUE?

03:57PM 25   A.   YES.

GROSSMAN CROSS BY MS. WALSH                                6144

03:57PM   1    Q.   OKAY.  AND WHEN THE INVESTORS IN THAT FUND GIVE YOU THEIR

03:57PM   2    MONEY, THEY, THEY NO LONGER HAVE CONTROL OF THEIR MONEY; IS

03:57PM   3    THAT CORRECT?

03:57PM   4    A.   YES.

03:57PM   5    Q.   AND WHAT THE FUND INVESTS IN IS YOUR DECISION; IS THAT

03:58PM   6    RIGHT?

03:58PM   7    A.   WELL, WE HAVE FUND GUIDELINES THAT WE HAVE TO OPERATE

03:58PM   8    WITHIN.

03:58PM   9         SO WE HAVE LIMITS TO WHAT WE CAN INVEST IN, WHERE WE CAN

03:58PM  10    INVEST, JUST LIKE ANY FUND WOULD HAVE.

03:58PM  11    Q.   OKAY.  BUT WITHIN THOSE GUIDELINES, YOU ARE THE ULTIMATE

03:58PM  12    DECISION-MAKER; IS THAT RIGHT?

03:58PM  13    A.   YES.

03:58PM  14    Q.   OKAY.  SO NOW I WANT TO TURN TO THE DUE DILIGENCE PROCESS

03:58PM  15    THAT YOU ENGAGED IN REGARDING THERANOS?

03:58PM  16    A.   OKAY.

03:58PM  17    Q.   YOU HAD A TEAM OF PEOPLE WORKING WITH YOU; CORRECT?

03:58PM  18    A.   YES.

03:58PM  19    Q.   AND I WANT TO JUST RUN THROUGH SOME OF THOSE TEAM MEMBERS

03:58PM  20    AND THEIR BACKGROUND TO THE EXTENT THAT YOU KNOW.

03:58PM  21         CHRIS JAMES WAS -- CHRIS JAMES WAS YOUR PARTNER AT PFM; IS

03:58PM  22    THAT RIGHT?

03:58PM  23    A.   YES.

03:58PM  24    Q.   AND HE WAS ANOTHER PORTFOLIO MANAGER AT PFM; IS THAT

03:58PM  25    RIGHT?

ER-4683

GROSSMAN CROSS BY MS. WALSH                                    6145

03:58PM   1    A.   YES.

03:59PM   2    Q.   IS HE STILL THERE?

03:59PM   3    A.   NO.

03:59PM   4    Q.   AND AT THE TIME, HE DEFERRED TO YOU ON INVESTMENTS IN

03:59PM   5    HEALTH CARE COMPANIES; CORRECT?

03:59PM   6    A.   YES.

03:59PM   7    Q.   AND THAT WAS BECAUSE OF YOUR BACKGROUND IN THE HEALTH CARE

03:59PM   8    SECTOR; RIGHT?

03:59PM   9    A.   YES.

03:59PM  10    Q.   OKAY.  THEN THERE WAS ANOTHER GENTLEMAN NAMED

03:59PM  11    VIVEK KHANNA; RIGHT?

03:59PM  12    A.   YES.

03:59PM  13    Q.   AND HE WAS A SENIOR ANALYST AT PFM; CORRECT?

03:59PM  14    A.   YES.

03:59PM  15    Q.   AND HE ALSO HAD SIGNIFICANT EXPERIENCE IN THE HEALTH CARE

03:59PM  16    FIELD; RIGHT?

03:59PM  17    A.   YES.

03:59PM  18    Q.   HE HAD -- HIS EXPERIENCE SPANS 20 OR MORE YEARS WITH

03:59PM  19    HEALTH CARE COMPANIES; IS THAT RIGHT?

03:59PM  20    A.   I BELIEVE THAT'S RIGHT, YES.

03:59PM  21    Q.   OKAY.  AND HE FOCUSSED -- HIS CAREER FOCUSSED ON HEALTH

03:59PM  22    CARE COMPANIES, BUT ALSO ONCE HE GOT TO PFM, THAT'S WHAT HE

03:59PM  23    FOCUSSED ON; RIGHT?

03:59PM  24    A.   YES.

03:59PM  25    Q.   OKAY.  AND THEN THERE WAS ANOTHER GENTLEMAN NAMED

ER-4684

GROSSMAN CROSS BY MS. WALSH                                    6146

03:59PM  1    ALEX RABODZEY; IS THAT CORRECT?

04:00PM  2    A.   YES.

04:00PM  3    Q.   AND HE WAS ANOTHER SENIOR ANALYST AT PFM; RIGHT?

04:00PM  4    A.   YES.

04:00PM  5    Q.   NOW, HE HAD -- I BELIEVE IT'S DR. RABODZEY; RIGHT?

04:00PM  6    A.   I BELIEVE THAT'S RIGHT.

04:00PM  7    Q.   AND HE HAD MORE OF A SCIENCE BACKGROUND; IS THAT CORRECT?

04:00PM  8    A.   YES.

04:00PM  9    Q.   AND, IN FACT, HE HAD A BACHELOR'S DEGREE FROM THE MOSCOW

04:00PM  10   INSTITUTE OF PHYSICS AND TECHNOLOGY; IS THAT RIGHT?

04:00PM  11   A.   I BELIEVE THAT'S RIGHT.

04:00PM  12   Q.   OKAY.  AND THEN HE ALSO HAD A PH.D. IN BIOLOGICAL

04:00PM  13   ENGINEERING FROM M.I.T.; IS THAT RIGHT?

04:00PM  14   A.   YES.

04:00PM  15   Q.   AND WHILE AT M.I.T., HIS FOCUS WAS ON MICROFLUIDICS;

04:00PM  16   CORRECT?

04:00PM  17   A.   I DON'T RECALL WHAT HIS FOCUS, HIS PH.D. FOCUS WAS.

04:00PM  18   Q.   OKAY.  YEP.

04:00PM  19        AND DR. RABODZEY HAD DONE DUE DILIGENCE WORK IN THE PAST

04:00PM  20   IN CONNECTION WITH BIO AND LIFE SCIENCE COMPANIES; IS THAT

04:00PM  21   RIGHT?

04:00PM  22   A.   YES.

04:00PM  23   Q.   AND WHILE AT PFM, HE FOCUSSED ON BIOTECH COMPANIES;

04:00PM  24   CORRECT?

04:00PM  25   A.   YES.

GROSSMAN CROSS BY MS. WALSH                                    6147

04:00PM  1     Q.   AND SO ON THE THERANOS DEAL, HE KIND OF SERVED AS THE

04:01PM  2     SCIENCE EXPERT ON THE TEAM FOR DUE DILIGENCE; IS THAT FAIR?

04:01PM  3     A.   HE WAS -- WE BROKE UP THE RESPONSIBILITIES, SO HE WAS MORE

04:01PM  4     ON THE DATA SIDE, AND SOME OF THE REGULATORY ISSUES.

04:01PM  5     Q.   OKAY.  AND THE DATA RELATED TO THE SCIENCE; CORRECT?

04:01PM  6     A.   THE TESTING DATA THAT THEY HAD.

04:01PM  7     Q.   RIGHT.  THE DATA RELATED TO THE FUNCTIONING OF THE

04:01PM  8     THERANOS DEVICE; CORRECT?

04:01PM  9     A.   YES.

04:01PM  10    Q.   OKAY.  AND THEN THERE WAS ANOTHER GENTLEMAN NAMED

04:01PM  11    SRI BALASURYAN; IS THAT RIGHT?

04:01PM  12    A.   YES.

04:01PM  13    Q.   AND HE WAS A SENIOR ANALYST; CORRECT?

04:01PM  14    A.   YES.

04:01PM  15    Q.   AND HE WAS RESPONSIBLE FOR THE FINANCIAL MODELING THAT YOU

04:01PM  16    DID DURING YOUR DUE DILIGENCE; IS THAT RIGHT?

04:01PM  17    A.   YES.

04:01PM  18    Q.   OKAY.  AND HE HELPED CREATE THE MODEL WE JUST SAW THAT

04:01PM  19    CAME INTO EVIDENCE; RIGHT?

04:02PM  20    A.   YES.

04:02PM  21    Q.   AND HE ALSO HELPED CREATE SOME SLIDES FOR YOUR FINAL

04:02PM  22    PRESENTATION TO THE INVESTORS; IS THAT CORRECT?

04:02PM  23    A.   I'M NOT SURE WHO CREATED THE SLIDES.

04:02PM  24    Q.   OKAY.  MR. BALASURYAN, YOU DON'T KNOW WHETHER HE

04:02PM  25    PARTICIPATED IN CREATING THE SLIDES?

ER-4686

04:02PM   1    A.   IT CERTAINLY WAS A COLLABORATIVE EFFORTS.  I DON'T KNOW

04:02PM   2    WHAT PARTICULAR ASPECTS HE DID VERSUS OTHER TEAM MEMBERS.

04:02PM   3    Q.   OKAY.  DURING YOUR DUE DILIGENCE PROCESS, YOU ALSO HIRED

04:02PM   4    OUTSIDE EXPERTS, DIDN'T YOU?

04:02PM   5    A.   WHEN YOU -- COULD YOU BE A LITTLE MORE SPECIFIC WHEN YOU

04:02PM   6    SAY "HIRED"?

04:02PM   7    Q.   WELL, YOU PAID THEM TO WORK ON THE DEAL?

04:02PM   8    A.   NOT TO -- WE USE -- WE USE A THIRD -- WE USE THESE

04:02PM   9    ORGANIZATIONS THAT CONNECT US TO EXPERTS IN DIFFERENT AREAS OF

04:02PM   10   HEALTH CARE, AND SO WE'LL DO -- WE USE EXPERTS ALL OF THE TIME

04:03PM   11   FOR A SPECIFIC QUESTION.

04:03PM   12        BUT I DON'T RECALL HAVING A PAID EXPERT SPECIFIC FOR THE

04:03PM   13   THERANOS DEAL.

04:03PM   14   Q.   OKAY.

04:03PM   15   A.   BUT WE DID USE OUTSIDE EXPERTS THE WAY WE DO FOR ALL OF

04:03PM   16   OUR DUE DILIGENCE.

04:03PM   17   Q.   OKAY.  SO YOU USED OUTSIDE EXPERTS TO HELP WITH YOUR DUE

04:03PM   18   DILIGENCE ON THE THERANOS DEAL; CORRECT?

04:03PM   19   A.   YES.  YES.

04:03PM   20   Q.   AND ONE OF THOSE WAS MR. CLAMMER; IS THAT RIGHT?

04:03PM   21   A.   HE WAS NOT A PAID OUTSIDE EXPERT, NO.

04:03PM   22   Q.   OKAY.  BUT YOU USED HIM FOR HIS EXPERTISE; IS THAT FAIR?

04:03PM   23   A.   WE DID.  WE DID ADD HIM AS A MEMBER OF THE TEAM.  SO, YES,

04:03PM   24   HE WAS PART OF THE PROCESS.

04:03PM   25   Q.   OKAY.  AND SO WHEN YOU WERE DOING THIS DUE DILIGENCE, ALL

04:03PM   1    OF THESE INDIVIDUALS THAT WE JUST WENT THROUGH, YOU WERE ALL

04:03PM   2    WORKING TOGETHER AS A TEAM, WEREN'T YOU?

04:03PM   3    A.   WE ALL HAD OTHER RESPONSIBILITIES.  SO IT'S -- YOU KNOW,

04:03PM   4    PART OF BEING ANALYST, YOU HAVE TO PROCESS MULTIPLE THINGS AT

04:04PM   5    THE SAME TIME.

04:04PM   6    Q.   SO WERE YOU ALL WORKING TOGETHER AS A TEAM WHEN YOU DID

04:04PM   7    YOUR DUE DILIGENCE ON THERANOS?

04:04PM   8    A.   WE WERE, WE WERE WORKING AS A TEAM, YES.

04:04PM   9    Q.   AND --

04:04PM  10              THE COURT:  AND LET'S -- WHY DON'T WE BREAK NOW FOR

04:04PM  11    THE DAY?

04:04PM  12         WE'LL CONTINUE THE EXAMINATION ON FRIDAY, FRIDAY MORNING

04:04PM  13    IS OUR NEXT DATE, LADIES AND GENTLEMEN.

04:04PM  14         AND LET ME TELL YOU, WE'LL -- OUR SCHEDULED TIME TO BEGIN

04:04PM  15    IS AT 9:00 O'CLOCK.  I AM MEETING WITH THE LAWYERS BEFORE,

04:04PM  16    EARLIER, AND I RATHER EXPECT THAT WE'RE GOING TO GO A LITTLE

04:04PM  17    LONGER, SO WE'LL PROBABLY -- I'M THINKING 9:30 AT THE EARLIEST

04:04PM  18    IS THE TIME THAT WE'LL START, JUST FOR YOUR SCHEDULING

04:04PM  19    PURPOSES.

04:04PM  20         THE BREAKFAST ARRIVES, YOU KNOW, EARLY, SO FIRST COME,

04:04PM  21    FIRST SERVED ON THAT.

04:04PM  22              (LAUGHTER.)

04:04PM  23              THE COURT:  BUT I THINK THAT WE'LL START AT ABOUT

04:04PM  24    9:30, JUST TO GIVE YOU FAIR WARNING.

04:04PM  25              AND SAME WITH YOU, SIR.

6150

04:04PM   1                    THE WITNESS:  YES.

04:04PM   2                    THE COURT:  IF YOU COULD BE HERE SUCH THAT YOU COULD

04:04PM   3        BEGIN AGAIN AT 9:30, THAT WOULD BE GREAT.

04:05PM   4                    THE WITNESS:  OKAY.

04:05PM   5                    THE COURT:  THANK YOU.

04:05PM   6             WE'LL BE IN RECESS.

04:05PM   7             BEFORE YOU GO, I REMIND YOU OF THE ADMONITION.  DON'T DO

04:05PM   8        ANYTHING TO LEARN ANYTHING ABOUT THIS CASE, ANY INVESTIGATION,

04:05PM   9        AND PLEASE DO NOT DISCUSS OR WATCH OR READ ANYTHING ABOUT THIS

04:05PM  10        CASE.

04:05PM  11             HAVE A GOOD EVENING.  WE'LL SEE YOU FRIDAY MORNING.  THANK

04:05PM  12        YOU.

04:05PM  13                 (JURY OUT AT 4:05 P.M.)

04:05PM  14                    THE COURT:  MR. GROSSMAN, YOU CAN STAND DOWN.  THANK

04:05PM  15        YOU.

04:05PM  16             PLEASE BE SEATED.  THANK YOU.

04:06PM  17             ALL RIGHT.  THE RECORD SHOULD REFLECT THAT OUR JURY HAS

04:06PM  18        LEFT FOR THE DAY.

04:06PM  19             MR. GROSSMAN HAS LEFT THE COURTROOM.

04:06PM  20             ALL COUNSEL AND MR. BALWANI ARE PRESENT.

04:06PM  21             WE'LL GET TOGETHER AT 8:30, 8:15.  IF YOU'RE HERE, WE'LL

04:06PM  22        START A LITTLE EARLY FOR OUR DISCUSSION ON THE PENDING MOTION.

04:06PM  23                    MS. WALSH:  YES, YOUR HONOR.

04:06PM  24             CAN I RAISE ONE ISSUE WITH THE COURT REGARDING SCHEDULING?

04:06PM  25        AND I DON'T KNOW, THE GOVERNMENT MIGHT ADDRESS THIS.

ER-4689

6151

| | | |
|---|---|---|
| 04:06PM | 1 | THE COURT:  SURE. |
| 04:06PM | 2 | MS. WALSH:  SO WE'RE NOT SURE IF THE GOVERNMENT WAS |
| 04:06PM | 3 | GOING TO CALL MR. KOVACEVICH.  LAST WE KNEW THIS MORNING, THEIR |
| 04:06PM | 4 | INTENTION WAS TO CALL HIM. |
| 04:06PM | 5 | WE HAVEN'T MADE A FINAL DECISION YET, BUT WE WILL LIKELY |
| 04:06PM | 6 | START A DEFENSE CASE ON FRIDAY, AND WE HAVE A WITNESS WHO, |
| 04:06PM | 7 | BECAUSE OF HER SCHEDULE, CAN REALLY ONLY BE HERE ON FRIDAY OR |
| 04:06PM | 8 | TWO WEEKS FROM FRIDAY ESSENTIALLY. |
| 04:07PM | 9 | IT'S NOT A LONG WITNESS, BUT WE WOULD LIKE TO FIT HER IN, |
| 04:07PM | 10 | IF POSSIBLE. |
| 04:07PM | 11 | AND I'M WONDERING -- I'D LIKE TO HEAR FROM THE GOVERNMENT |
| 04:07PM | 12 | AS TO WHAT THEIR INTENTION IS AS TO HOW LONG THEIR CASE IS NOW |
| 04:07PM | 13 | GOING TO LAST. |
| 04:07PM | 14 | AND IF IT'S POSSIBLE, IF WE NEED TO STAY LATER ON FRIDAY, |
| 04:07PM | 15 | WE WOULD MAKE THAT REQUEST TO TRY TO FIT THIS WITNESS IN. |
| 04:07PM | 16 | THE COURT:  WELL, YOU'RE IN CONTROL OF THAT.  YOU |
| 04:07PM | 17 | HAVE CROSS-EXAMINATION.  IF YOUR CROSS-EXAMINATION IS ANOTHER |
| 04:07PM | 18 | 20 MINUTES, WE'LL CERTAINLY BE ABLE TO DO EVERYTHING YOU NEED |
| 04:07PM | 19 | TO DO.  YOU'RE IN THE DRIVER'S SEAT. |
| 04:07PM | 20 | MR. BOSTIC. |
| 04:07PM | 21 | MR. BOSTIC:  SO OF COURSE THE COURT IS CORRECT -- |
| 04:07PM | 22 | EXCUSE ME, THE COURT IS CORRECT, THE DEFENSE HAS THE CLOCK |
| 04:07PM | 23 | RIGHT NOW. |
| 04:07PM | 24 | AS FAR AS MR. KOVACEVICH, WE'RE STILL EXPLORING HIS |
| 04:07PM | 25 | AVAILABILITY FOR FRIDAY, SO WE'LL LET THE DEFENSE KNOW AS SOON |

ER-4690

6152

| | | |
|---|---|---|
| 04:07PM | 1 | AS WE KNOW WHAT IS HAPPENING IN TERMS OF THAT WITNESS. |
| 04:07PM | 2 | I THINK FOR NOW IT WOULD BE PRUDENT TO PREPARE FOR BOTH |
| 04:07PM | 3 | POSSIBILITIES, EITHER HIM TESTIFYING OR NOT. |
| 04:08PM | 4 | THE COURT:  OKAY.  WELL, YOU'LL MEET AND CONFER AND |
| 04:08PM | 5 | CONTINUE WITH THE COOPERATIVE SPIRIT THAT YOU HAVE ENGAGED IN |
| 04:08PM | 6 | THROUGHOUT THIS TRIAL AND WORK THOSE ISSUES OUT. |
| 04:08PM | 7 | MS. WALSH:  SURE.  WE WILL, YOUR HONOR. |
| 04:08PM | 8 | BUT I GUESS I'M GIVING THE COURT A HEADS UP THAT WE MAY |
| 04:08PM | 9 | REQUEST THAT THE COURT AND THE JURY STAY A LITTLE LATER IF WE |
| 04:08PM | 10 | CAN TRY TO FIT THIS WITNESS IN. |
| 04:08PM | 11 | THE COURT:  OKAY.  WE'RE COMPRESSING FRIDAY, AREN'T |
| 04:08PM | 12 | WE, BECAUSE, AS I TOLD THE JURY, WE PROBABLY WON'T START UNTIL |
| 04:08PM | 13 | 9:30. |
| 04:08PM | 14 | MS. WALSH:  YEAH. |
| 04:08PM | 15 | THE COURT:  THAT'S JUST A FAIR ESTIMATE IF WE START |
| 04:08PM | 16 | AT 8:15 OR SOMETHING LIKE THAT.  I'M THINKING THAT DISCUSSION |
| 04:08PM | 17 | WILL TAKE AT LEAST THAT LONG. |
| 04:08PM | 18 | AND I THINK THE DEFENSE WANTS TO KNOW THE DIRECTION OF |
| 04:08PM | 19 | THINGS AS SOON AS POSSIBLE. |
| 04:08PM | 20 | AND BECAUSE IT'S ON A FRIDAY, IT MAY BE THAT, I DON'T |
| 04:08PM | 21 | KNOW, BUT IT MAY BE THAT YOU DON'T GET AN ANSWER UNTIL |
| 04:09PM | 22 | MONDAY -- |
| 04:09PM | 23 | MS. WALSH:  SURE. |
| 04:09PM | 24 | THE COURT:  -- NEXT WEEK ON THAT. |
| 04:09PM | 25 | SO THERE'S THAT. |

ER-4691

6153

| | | |
|---|---|---|
| 04:09PM | 1 | AND THEN THERE'S THE -- YOU'RE FINISHING YOUR |
| 04:09PM | 2 | CROSS-EXAMINATION. AND I DON'T KNOW IF YOU KNOW HOW LONG |
| 04:09PM | 3 | THAT'S GOING TO BE. YOU DON'T HAVE TO TELL ME. |
| 04:09PM | 4 | BUT THAT FACTORS INTO WHAT WE'RE GOING TO DO. |
| 04:09PM | 5 | THEN, OF COURSE, WE DON'T KNOW IF THE WITNESS IS |
| 04:09PM | 6 | AVAILABLE. |
| 04:09PM | 7 | IT SOUNDS LIKE WE MAY HAVE COMPETING WITNESSES WITH |
| 04:09PM | 8 | SIGNIFICANT LIMITATIONS, EITHER TIME OR HEALTH OR OTHERWISE. |
| 04:09PM | 9 | MR. BOSTIC: SO, YOUR HONOR, IT MIGHT BE HELPFUL FOR |
| 04:09PM | 10 | US TO MAP OUT WHAT THAT DAY WOULD LOOK LIKE IF MR. KOVACEVICH |
| 04:09PM | 11 | DID TESTIFY. |
| 04:09PM | 12 | SO, YES, AN ESTIMATE ON REMAINING CROSS FOR THIS WITNESS |
| 04:09PM | 13 | WOULD BE HELPFUL. |
| 04:09PM | 14 | I CAN TELL THE COURT AND THE DEFENSE THAT THE DIRECT OF |
| 04:09PM | 15 | MR. KOVACEVICH WOULD BE LESS THAN AN HOUR, PROBABLY |
| 04:09PM | 16 | SIGNIFICANTLY LESS THAN AN HOUR. |
| 04:09PM | 17 | SO I'M NOT SURE WHAT THAT WOULD LEAVE THE DAY LOOKING LIKE |
| 04:09PM | 18 | IN TERMS OF REMAINING TIME. |
| 04:09PM | 19 | WE WOULD ALSO, FROM OUR PERSPECTIVE, WE WOULD BE HAPPY TO |
| 04:09PM | 20 | TAKE A WITNESS OUT OF ORDER IN ORDER TO ACCOMMODATE THE DEFENSE |
| 04:10PM | 21 | WITNESS'S SCHEDULE SUBJECT TO THE NEED, IF MR. KOVACEVICH |
| 04:10PM | 22 | TESTIFIES, TO HAVE HIM KIND OF ON AND OFF THE STAND IN ONE |
| 04:10PM | 23 | BLOCK IF WE COULD. |
| 04:10PM | 24 | THE COURT: RIGHT. |
| 04:10PM | 25 | MR. BOSTIC: WE DON'T WANT HIM TO TRAVEL TO THE |

ER-4692

04:10PM 1    COURTHOUSE UNNECESSARILY, AND WE DON'T WANT TO INTERRUPT HIS

04:10PM 2    TESTIMONY FOR HIS SAKE.

04:10PM 3        BUT SUBJECT TO THAT, WE WOULD BE HAPPY TO ALTER THE ORDER.

04:10PM 4            THE COURT:  WELL, THAT'S ANOTHER POSSIBILITY IS TO

04:10PM 5    TAKE A WITNESS OUT OF ORDER.  I CAN'T REMEMBER IF WE'VE DONE

04:10PM 6    THAT IN THIS CASE.

04:10PM 7        I KNOW IT'S CERTAINLY --

04:10PM 8            MS. WALSH:  WE HAVE.

04:10PM 9            THE COURT:  YES.  AND THE JURY IS AWARE OF THAT.

04:10PM 10       AND THAT'S ANOTHER POSSIBILITY, MS. WALSH, THAT YOU WANT

04:10PM 11   TO TALK WITH YOUR TEAM ABOUT.

04:10PM 12           MS. WALSH:  SURE, SURE.

04:10PM 13           THE COURT:  IN ADDITION TO REDUCING YOUR

04:10PM 14   CROSS-EXAMINATION.  I'M SMILING WHEN I SAY THAT.  YOU DO

04:10PM 15   WHATEVER YOU NEED TO DO, BUT YOU'RE IN CONTROL OF THAT, SO --

04:10PM 16   OKAY.

04:10PM 17       SO YOU'LL DISCUSS, AND AT LEAST YOU'LL SHARE SOME THOUGHTS

04:10PM 18   ON THAT, AND THEN WE CAN TALK ABOUT IT MORE ON FRIDAY MORNING.

04:11PM 19           MS. WALSH:  SOUNDS GOOD.

04:11PM 20           MR. BOSTIC:  ONE MORE OTHER POINT, IF I COULD, ON

04:11PM 21   THE TOPIC OF THE DEFENSE BEGINNING ITS CASE.

04:11PM 22       TO MY KNOWLEDGE, THE GOVERNMENT HAS NOT YET RECEIVED ANY

04:11PM 23   JENCKS FROM THE DEFENSE.

04:11PM 24       SO I'M NOT SURE IF IT'S APPROPRIATE FOR THE COURT TO ORDER

04:11PM 25   THAT PRODUCTION AT THIS TIME, BUT IT'S JUST SOMETHING THAT I

| | | |
|---|---|---|
| 04:11PM | 1 | WANTED TO NOTE FOR THE RECORD. |
| 04:11PM | 2 | THE COURT:  WHAT WOULD YOU LIKE ME TO DO ABOUT THAT, |
| 04:11PM | 3 | MS. WALSH? |
| 04:11PM | 4 | MS. WALSH:  YOUR HONOR, I WOULD LIKE TO CONFER WITH |
| 04:11PM | 5 | MY TEAM.  I KNOW WE'VE BEEN DISCUSSING IT.  SO LET ME JUST |
| 04:11PM | 6 | CONFER, AND WE CAN LET THE COURT KNOW. |
| 04:11PM | 7 | THE COURT:  CAN YOU, CAN YOU INCLUDE THAT TOPIC IN |
| 04:11PM | 8 | YOUR DISCUSSION WITH MR. BOSTIC AND HIS TEAM ABOUT WHEN YOU |
| 04:11PM | 9 | PLAN ON -- |
| 04:11PM | 10 | MS. WALSH:  SURE.  OF COURSE. |
| 04:11PM | 11 | THE COURT:  -- AND THEN WE'LL GO FROM THERE. |
| 04:11PM | 12 | OKAY.  GREAT. |
| 04:11PM | 13 | MS. WALSH:  THANK YOU. |
| 04:11PM | 14 | THE COURT:  MR. LEACH. |
| 04:11PM | 15 | MR. LEACH:  YOUR HONOR, I'M SORRY.  ONE MORE |
| 04:11PM | 16 | HOUSEKEEPING MATTER. |
| 04:11PM | 17 | THE COURT:  YES.  SURE. |
| 04:11PM | 18 | MR. LEACH:  DURING THE EXAMINATION OF SO HAN SPIVEY |
| 04:11PM | 19 | SEVERAL WEEKS AGO, THE COURT CONDITIONALLY ADMITTED |
| 04:11PM | 20 | EXHIBIT 4859, WHICH IS BATES NUMBER RDV 012671. |
| 04:12PM | 21 | IT'S A ONE-PAGE DOCUMENT WITH PROJECTED FINANCIAL |
| 04:12PM | 22 | STATEMENTS AND SOME HANDWRITING ON IT. |
| 04:12PM | 23 | THE COURT MAY RECALL IT FROM THE PRIOR TRIAL. |
| 04:12PM | 24 | THE COURT CONDITIONALLY ADMITTED THE EXHIBIT SUBJECT TO -- |
| 04:12PM | 25 | IT CONDITIONALLY ADMITTED IT. |

ER-4694

6156

04:12PM 1    DURING THE EXAMINATION OF LISA PETERSON, WHO WAS THE

04:12PM 2    WITNESS WITH PERSONAL KNOWLEDGE OF THE DOCUMENT, THE GOVERNMENT

04:12PM 3    SHOWED HER EXHIBIT 1853, THE FIRST PAGE OF WHICH HAS THE SAME

04:12PM 4    BATES NUMBER.

04:12PM 5         THE COURT:  RIGHT.

04:12PM 6         MR. LEACH:  BUT WE USED A DIFFERENT EXHIBIT.

04:12PM 7    I JUST WOULD LIKE THE COURT TO ADVISE THE JURY THAT

04:12PM 8    WHATEVER THE CONDITIONS ON 4859 HAVE BEEN SATISFIED, AND WE

04:12PM 9    WOULD LIKE TO HAVE THAT DESCRIBED TO THE JURY BEFORE THE

04:12PM 10   GOVERNMENT RESTS.

04:12PM 11        THE COURT:  THANK YOU.

04:12PM 12        MR. COOPERSMITH:  YOUR HONOR, I'M JUST STANDING UP

04:12PM 13   BECAUSE THAT WAS A WITNESS THAT I HAD --

04:12PM 14        THE COURT:  YES.

04:13PM 15        MR. COOPERSMITH:  -- EARLIER IN THE TRIAL.  SO THANK

04:13PM 16   YOU.

04:13PM 17   WHAT MR. LEACH IS PROPOSING SOUNDS FINE.  I WOULD JUST

04:13PM 18   LIKE A CHANCE TO LOOK AT THE EXHIBIT AND SEE IT.

04:13PM 19        THE COURT:  SURE.

04:13PM 20        MR. COOPERSMITH:  I HAVE NO REASON TO DOUBT WHAT

04:13PM 21   MR. LEACH IS SAYING.

04:13PM 22   BUT IF WE COULD JUST ADVISE MR. LEACH AND THE COURT --

04:13PM 23        THE COURT:  WELL, YOU'RE GOING TO -- THIS IS ANOTHER

04:13PM 24   AGENDA ITEM FOR YOUR MEET AND CONFER AND ON FRIDAY WE'LL TALK

04:13PM 25   ABOUT IT.

ER-4695

6157

04:13PM 1          MR. COOPERSMITH:  THAT SOUNDS GOOD.

04:13PM 2          THE COURT:  OKAY.  GREAT.  THANKS FOR THE HEADS UP.

04:13PM 3          MR. LEACH:  I APPRECIATE IT.

04:13PM 4          THE COURT:  ALL RIGHT.

04:13PM 5       (COURT ADJOURNED AT 4:13 P.M.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ER-4696

1

2                          UNITED STATES DISTRICT COURT

3                         NORTHERN DISTRICT OF CALIFORNIA

4                              SAN JOSE DIVISION

5

        UNITED STATES OF AMERICA,          )
6                                          )  CR-18-00258-EJD
                        PLAINTIFF,         )
7                                          )  SAN JOSE, CALIFORNIA
                    VS.                    )
8                                          )  MAY 20, 2022
        RAMESH "SUNNY" BALWANI,            )
9                                          )  VOLUME 32
                        DEFENDANT.         )
10      _____        )  PAGES 6158 - 6417

11

12                      TRANSCRIPT OF TRIAL PROCEEDINGS
                    BEFORE THE HONORABLE EDWARD J. DAVILA
13                       UNITED STATES DISTRICT JUDGE

14      A P P E A R A N C E S:

15      FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                               BY:  JOHN C. BOSTIC
16                                  JEFFREY B. SCHENK
                               150 ALMADEN BOULEVARD, SUITE 900
17                             SAN JOSE, CALIFORNIA 95113

18                             BY:  ROBERT S. LEACH
                                    KELLY VOLKAR
19                             1301 CLAY STREET, SUITE 340S
                               OAKLAND, CALIFORNIA 94612
20
                    (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21

22      OFFICIAL COURT REPORTER:
                               IRENE L. RODRIGUEZ, CSR, RMR, CRR
23                             CERTIFICATE NUMBER 8074

24
                PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25                  TRANSCRIPT PRODUCED WITH COMPUTER

6165

09:43AM  1    REST, THEN WE'LL MOVE INTO THE DEFENSE CASE, IF THERE IS ONE.

09:43AM  2         I SHOULD TELL YOU, ALL OF THIS MEANS THAT WE'LL PROBABLY

09:43AM  3    BREAK BEFORE 4:00 O'CLOCK TODAY.  THAT'S MY SENSE OF IT.

09:43AM  4         (SNEEZE.)

09:43AM  5         (LAUGHTER.)

09:43AM  6         THE COURT:  YOU KNOW, I SHOULD TELL YOU, IN THE

09:43AM  7    COURTROOM, TIMING IS EVERYTHING.  GOD BLESS.

09:43AM  8         (LAUGHTER.)

09:43AM  9         THE COURT:  ALL RIGHT.

09:43AM  10    COUNSEL, ANYTHING FURTHER BEFORE WE --

09:43AM  11         MR. SCHENK:  NO.  THANK YOU.

09:43AM  12         MR. COOPERSMITH:  NO, YOUR HONOR.  THANK YOU.

09:43AM  13         THE COURT:  ALL RIGHT.  THANK YOU THEN.

09:43AM  14    LET'S CALL MR. GROSSMAN BACK, PLEASE.

09:44AM  15    THANK YOU.  GOOD MORNING, SIR.

09:44AM  16    PLEASE HAVE A SEAT, AND AGAIN, MAKE YOURSELF COMFORTABLE.

09:44AM  17    WHEN YOU ARE COMFORTABLE, SIR, WOULD YOU JUST PLEASE STATE

09:44AM  18    YOUR NAME AGAIN.

09:44AM  19         THE WITNESS:  YES.  BRIAN, B-R-I-A-N, GROSSMAN,

09:44AM  20    G-R-O-S-S-M-A-N.

09:44AM  21         THE COURT:  THANK YOU.

09:44AM  22    **(GOVERNMENT'S WITNESS, BRIAN GROSSMAN, WAS PREVIOUSLY**

09:44AM  23    **SWORN.)**

09:44AM  24         THE COURT:  MS. WALSH.

09:44AM  25         MS. WALSH:  THANK YOU, YOUR HONOR.

ER-4698

09:44AM   1          MAY I APPROACH THE BENCH?

09:44AM   2                  THE COURT:  YES.

09:45AM   3                  MS. WALSH:  AND MAY I APPROACH THE WITNESS?

09:45AM   4                  THE COURT:  YES.

09:45AM   5                  MS. WALSH:  (HANDING.)

09:45AM   6                  **CROSS-EXAMINATION (RESUMED)**

09:45AM   7     BY MS. WALSH:

09:45AM   8     Q.   ALL RIGHT.  WELCOME BACK, MR. GROSSMAN.

09:45AM   9     A.   THANK YOU.

09:45AM  10     Q.   I WANT TO DIRECT YOUR ATTENTION THIS MORNING TO WHEN YOU

09:45AM  11     FIRST HEARD OF THERANOS.

09:45AM  12          AND I JUST GAVE YOU A BINDER OF DOCUMENTS.  IF YOU COULD

09:45AM  13     TURN IN THAT BINDER TO EXHIBIT 7353.

09:46AM  14     A.   OKAY.

09:46AM  15     Q.   OKAY.  THAT'S AN EMAIL, IS IT NOT, BETWEEN YOU AND TWO OF

09:46AM  16     YOUR TEAM MEMBERS THAT YOU TESTIFIED ABOUT ON WEDNESDAY; IS

09:46AM  17     THAT RIGHT?

09:46AM  18     A.   THE TOP PART IS.

09:46AM  19          I THINK THE LOWER PART IS BETWEEN AN INDIVIDUAL, WHO IS

09:46AM  20     NOT PART OF PFM, AND MY BUSINESS PARTNER.  IT'S THE BEGINNING

09:46AM  21     OF THE CHAIN, YEAH.

09:46AM  22     Q.   RIGHT.

09:46AM  23          AND THAT'S MR. JAMES; IS THAT RIGHT?

09:46AM  24     A.   MR. JAMES IS MY BUSINESS PARTNER, AND THEN THOMAS LAFFONT

09:46AM  25     WOULD BE THE INDIVIDUAL WHO WAS NOT APART OF PFM.  THAT'S THE

GROSSMAN CROSS BY MS. WALSH (RES.)                          6167

09:46AM   1    BEGINNING OF THE EMAIL CHAIN.

09:46AM   2    Q.   RIGHT.

09:46AM   3         AND IN YOUR PROCESS OF GATHERING INFORMATION ABOUT

09:46AM   4    THERANOS, DID YOU COMMUNICATE WITH YOUR TEAM MEMBERS AND OTHER

09:46AM   5    PEOPLE OUTSIDE OF PFM BY EMAIL?

09:46AM   6    A.   YES.

09:46AM   7    Q.   OKAY.  AND WAS THAT A REGULAR PART OF HOW PFM COMMUNICATED

09:46AM   8    WITH EACH OTHER IN GATHERING INFORMATION ABOUT COMPANIES?

09:47AM   9    A.   IT COULD BE, YES.

09:47AM  10    Q.   THAT WAS ONE OF THE WAYS THAT YOU COMMUNICATED; RIGHT?

09:47AM  11    A.   IT -- INTERNALLY, YEAH, WE WOULD OFTEN USE EMAIL.  IT'S

09:47AM  12    NOT ALWAYS THE BEST, MOST CONVENIENT, BUT, YEAH, EMAILS

09:47AM  13    INTERNALLY.

09:47AM  14         AND THEN, YOU KNOW, OFTENTIMES ANALYSTS WILL REACH OUT TO

09:47AM  15    SOMEONE AND POTENTIALLY ASK ABOUT A PARTICULAR COMPANY OR --

09:47AM  16    YOU KNOW, THAT'S VERY NORMAL.

09:47AM  17    Q.   SO EMAIL WAS ONE OF THE WAYS THAT YOU COMMUNICATED ABOUT

09:47AM  18    COMPANIES THAT YOU WERE TRYING --

09:47AM  19    A.   YES.

09:47AM  20    Q.   -- THINKING ABOUT INVESTING IN?

09:47AM  21    A.   YES.

09:47AM  22    Q.   OKAY.  AND IT WAS IMPORTANT IN THOSE EMAILS TO BE ACCURATE

09:47AM  23    ABOUT THE INFORMATION YOU WERE COMMUNICATING; RIGHT?

09:47AM  24    A.   YES.

09:47AM  25    Q.   AND THOSE EMAILS WERE PRESERVED BY PFM SO THEY COULD BE

09:47AM   1    REFERRED TO LATER; IS THAT RIGHT?

09:47AM   2    A.   I BELIEVE WE HAVE A DOCUMENT RETENTION POLICY THAT IS

09:47AM   3    DRIVEN BY THE REGULATORY GUIDELINES FOR REGISTERED INVESTMENT

09:47AM   4    ADVISORS, YES.

09:47AM   5    Q.   SO THE EMAILS WERE PRESERVED?

09:48AM   6    A.   YES.

09:48AM   7          MS. WALSH:   YOUR HONOR, WE OFFER 7353.

09:48AM   8          MR. LEACH:   NO OBJECTION, YOUR HONOR.

09:48AM   9          THE COURT:   IT'S ADMITTED.   IT MAY BE PUBLISHED.

09:48AM  10       (DEFENDANT'S EXHIBIT 7353 WAS RECEIVED IN EVIDENCE.)

09:48AM  11          MS. WALSH:   GREAT.   I THINK IT'S UP ON THE SCREEN

09:48AM  12    NOW.

09:48AM  13    Q.   SO IF WE GO TO THE BOTTOM EMAIL, YOU MENTIONED

09:48AM  14    MR. LAFFONT; CORRECT?

09:48AM  15    A.   YES.

09:48AM  16    Q.   AND WHO IS MR. LAFFONT?

09:48AM  17    A.   HE'S AN INVESTMENT PROFESSIONAL AT ANOTHER FIRM.

09:48AM  18    Q.   OKAY.   AND HE WAS FORWARDING TO MR. JAMES THE THERANOS

09:48AM  19    WEBSITE.

09:48AM  20       DO YOU SEE THAT?

09:48AM  21    A.   YES.

09:48AM  22    Q.   AND WHAT MR. LAFFONT SAID IS "LET ME KNOW ASAP IF THIS

09:48AM  23    PRIVATE COMPANY IS OF INTEREST TO YOU."

09:48AM  24       DO YOU SEE THAT?

09:48AM  25    A.   I DO.

09:48AM   1    Q.   AND THEN HE SAYS, "ONE OF THE MOST IMPRESSIVE BOARDS I'VE

09:48AM   2    EVER SEEN."

09:48AM   3         DO YOU SEE THAT?

09:48AM   4    A.   YES.

09:48AM   5    Q.   AND YOU CAME TO LEARN THAT THERANOS'S BOARD CONTAINED

09:49AM   6    PROMINENT BUSINESS PEOPLE; IS THAT FAIR?

09:49AM   7    A.   YES.

09:49AM   8    Q.   AND ONE OF THOSE PEOPLE WAS DON LUCAS; RIGHT?

09:49AM   9    A.   I BELIEVE HE WAS A BOARD MEMBER, YES.

09:49AM  10    Q.   AND MR. LUCAS WAS THE CHAIR OF THE BOARD AT ORACLE;

09:49AM  11    CORRECT?

09:49AM  12    A.   I DON'T KNOW THAT.

09:49AM  13    Q.   YOU DON'T?

09:49AM  14    A.   I DON'T REALLY KNOW -- I VAGUELY REMEMBER DON LUCAS BEING

09:49AM  15    INVOLVED WITH THE COMPANY, BUT I DON'T KNOW WHO HE IS.  I DON'T

09:49AM  16    KNOW REALLY ANYTHING ABOUT HIM.

09:49AM  17    Q.   OKAY.  ANOTHER BOARD MEMBER WAS WILLIAM FRIST.  WERE YOU

09:49AM  18    AWARE OF THAT?

09:49AM  19    A.   I WAS AVAILABLE -- I WAS FAMILIAR WITH MR. FRIST, WHO WAS

09:49AM  20    THE SENATE MAJORITY LEADER WHEN HE WAS A U.S. SENATOR FROM

09:49AM  21    TENNESSEE.

09:49AM  22    Q.   OKAY.  AND HE WAS ALSO A MEDICAL DOCTOR, WAS HE NOT?

09:49AM  23    A.   YEAH, I BELIEVE HE WAS A -- YES, YES.

09:49AM  24    Q.   OKAY.  AND ANOTHER BOARD MEMBER WAS RICHARD KOVACEVICH.

09:50AM  25         DO YOU REMEMBER HIM BEING A BOARD MEMBER?

GROSSMAN CROSS BY MS. WALSH (RES.)                    6170

09:50AM   1      A.   I DO.

09:50AM   2      Q.   AND HE WAS THE CEO OF WELLS FARGO; CORRECT?

09:50AM   3      A.   I THINK HE MIGHT HAVE BEEN RETIRED AT THAT POINT, BUT I

09:50AM   4      THINK HE WAS A FORMER CEO OF WELLS FARGO.

09:50AM   5      Q.   OKAY.  AND SO MR. JAMES IN THIS EMAIL FORWARDS THE EMAIL

09:50AM   6      TO YOU.

09:50AM   7           DO YOU SEE THAT IN THE MIDDLE?

09:50AM   8      A.   YES, I DO.

09:50AM   9      Q.   AND MR. JAMES SAYS "WOULD YOU SAY SEE"; RIGHT?

09:50AM  10      A.   YES.

09:50AM  11      Q.   AND THEN YOU FORWARD THE EMAIL TO YOUR -- TO YOUR TWO TEAM

09:50AM  12      MEMBERS, MR. KHANNA AND DR. RABODZEY; RIGHT?

09:50AM  13      A.   YES.

09:50AM  14      Q.   AND YOU ASK "EITHER OF YOU HEARD OF THIS COMPANY?"

09:50AM  15           RIGHT?

09:50AM  16      A.   YES.

09:50AM  17      Q.   AND MR. KHANNA SAYS, "NO BUT LOOKS VERY INTERESTING."

09:51AM  18           CORRECT?

09:51AM  19      A.   YES.

09:51AM  20      Q.   AND WE CAN TAKE THAT DOWN.  THANK YOU.

09:51AM  21           THE FIRST MEETING THAT YOU HAD WITH ANYONE FROM THERANOS

09:51AM  22      WAS IN DECEMBER OF 2013; IS THAT RIGHT?

09:51AM  23      A.   THAT'S CORRECT.

09:51AM  24      Q.   AND AT THAT POINT IN TIME YOU KNEW THAT THERANOS HAD

09:51AM  25      ANNOUNCED A PARTNERSHIP WITH WALGREENS; RIGHT?

09:51AM   1    A.   THAT'S CORRECT.

09:51AM   2    Q.   AND THAT ANNOUNCEMENT HAD OCCURRED IN SEPTEMBER 2013;

09:51AM   3    RIGHT?

09:51AM   4    A.   I BELIEVE THAT'S RIGHT.

09:51AM   5    Q.   OKAY.  AND THEN LATER IN THE FALL, THERANOS OPENED ITS

09:51AM   6    FIRST PATIENT SERVICE CENTER INSIDE WALGREENS; CORRECT?

09:51AM   7    A.   YES.

09:51AM   8    Q.   AND THEN LATER ON IN THE FALL IT OPENED TWO OTHER STORES

09:51AM   9    IN ARIZONA; IS THAT RIGHT?

09:51AM  10    A.   I BELIEVE THAT'S RIGHT.

09:51AM  11    Q.   SO IF YOU COULD, MR. GROSSMAN, TURN TO EXHIBIT 7358 IN

09:51AM  12    YOUR BINDER.

09:51AM  13         DO YOU SEE THAT?

09:51AM  14    A.   I -- YES.

09:52AM  15    Q.   AND IS THAT ANOTHER EMAIL CHAIN WITH YOUR TEAM MEMBERS

09:52AM  16    ABOUT THERANOS AND ITS RELATIONSHIP WITH WALGREENS?

09:52AM  17    A.   DO YOU MIND IF I JUST READ THE --

09:52AM  18    Q.   NOT AT ALL.

09:52AM  19    A.   OKAY.

09:52AM  20         (PAUSE IN PROCEEDINGS.)

09:52AM  21              THE WITNESS:  OKAY.

09:52AM  22    BY MS. WALSH:

09:52AM  23    Q.   AND THIS EMAIL CHAIN IS IN NOVEMBER OF 2013; RIGHT?

09:52AM  24    A.   YES.

09:52AM  25    Q.   AND THAT'S PRIOR TO YOUR FIRST MEETING WITH THERANOS; IS

GROSSMAN CROSS BY MS. WALSH (RES.)                              6172

09:52AM  1      THAT CORRECT?

09:52AM  2      A.   YES.

09:52AM  3                MS. WALSH:  YOUR HONOR, WE OFFER 7358.

09:52AM  4                MR. LEACH:  NO OBJECTION, YOUR HONOR.

09:52AM  5                THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:52AM  6           (DEFENDANT'S EXHIBIT 7358 WAS RECEIVED IN EVIDENCE.)

09:52AM  7      BY MS. WALSH:

09:52AM  8      Q.   OKAY.  JUST TURNING TO THE BOTTOM OF THE EMAIL CHAIN, IT

09:52AM  9      STARTS WITH AN EMAIL FROM YOU TO DR. RABODZEY AND MR. KHANNA,

09:53AM 10      AND THE SUBJECT LINE IS, IS THIS SOMETHING WE SHOULD WORK UP ON

09:53AM 11      THE PRIVATE SIDE?

09:53AM 12           DO YOU SEE THAT?

09:53AM 13      A.   I DO, YES.

09:53AM 14      Q.   AND YOU FORWARD THE WEBSITE FOR THERANOS; RIGHT?

09:53AM 15      A.   YES.

09:53AM 16      Q.   AND MR. KHANNA REPLIES TO YOU, "YES, VERY GOOD FEEDBACK

09:53AM 17      FROM WALGREENS."

09:53AM 18           DO YOU SEE THAT?

09:53AM 19      A.   YES, WAG BEING THE STOCK TICKER FOR WALGREENS, YES.

09:53AM 20      Q.   YES.  THANK YOU.

09:53AM 21           WAG STANDS FOR WALGREENS; CORRECT?

09:53AM 22      A.   YEAH.

09:53AM 23      Q.   AND YOU THEN ASK IN RESPONSE, "WHAT DID THEY SAY?  HOW

09:53AM 24      WILL IT FIT IN WALGREENS'S BUSINESS GOING FORWARD?  WHAT DOES

09:53AM 25      IT MEAN FOR LH."

GROSSMAN CROSS BY MS. WALSH (RES.)                    6173

09:53AM  1          AND THAT'S LABCORP; RIGHT?

09:53AM  2     A.   YES.

09:53AM  3     Q.   AND "/DGX," THAT'S QUEST; CORRECT?

09:53AM  4     A.   YES.

09:53AM  5     Q.   AND "LONGER TERM?"

09:53AM  6          DO YOU SEE THAT?

09:53AM  7     A.   I DO.

09:53AM  8     Q.   AND LABCORP AND QUEST WERE TWO MAJOR PLAYERS IN THE LAB

09:54AM  9     BUSINESS; CORRECT?

09:54AM  10    A.   YES.

09:54AM  11    Q.   AND SO THEY WERE COMPETITORS OF THERANOS; CORRECT?

09:54AM  12    A.   YES.

09:54AM  13    Q.   AND THEN GOING UP THE CHAIN, MR. KHANNA REPLIES WITH

09:54AM  14    WALGREENS COLON?

09:54AM  15          AND THEN HE QUOTES A PARAGRAPH.

09:54AM  16          DO YOU SEE THAT PARAGRAPH?

09:54AM  17    A.   I DO.

09:54AM  18    Q.   AND THAT PARAGRAPH IS A QUOTE FROM AN ANALYST; CORRECT?

09:54AM  19    A.   THAT'S NOT CORRECT.

09:54AM  20    Q.   OKAY.  WHAT IS THAT QUOTE FROM?

09:54AM  21    A.   IT'S A QUOTE FROM SOMEONE THAT WOULD -- I GUESS THEIR

09:54AM  22    TITLE WOULD BE INSTITUTIONAL SALESPERSON.

09:54AM  23          SO THEIR JOB IS TO -- THEY'RE SORT OF LIKE A STOCKBROKER

09:54AM  24    TO INSTITUTIONAL ASSET MANAGERS BY PFM.  AND THEY'RE KIND OF A

09:54AM  25    LIAISON BETWEEN THE RESEARCH DEPARTMENT AND CLIENTS LIKE US.

09:54AM  1        AND SO THEY WILL OFTEN PARAPHRASE, AND THEY'LL OFTEN SORT

09:55AM  2   OF PUT THEIR OWN -- WRITE THEIR OWN DESCRIPTION OF RESEARCH

09:55AM  3   THAT THE FIRM IN THIS CASE, I THINK IT'S NOT LISTED HERE, BUT I

09:55AM  4   THINK IT'S COWEN, AND THEY'LL PUT THEIR OWN PERSPECTIVE,

09:55AM  5   THEY'LL EDIT THE RESEARCH THAT COMES OUT, AND THAT'S WHAT I

09:55AM  6   BELIEVE THIS PARAGRAPH IS.

09:55AM  7   Q.   OKAY.  AND SO WHAT MR. KHANNA IS QUOTING IS COWEN'S VIEW

09:55AM  8   AND RESEARCH REGARDING WALGREENS; IS THAT RIGHT?

09:55AM  9   A.   NOT QUITE.  IT'S ACTUALLY THIS ONE INDIVIDUAL'S VIEW OF

09:55AM  10  HIS INTERPRETATION OF WHAT THE ANALYST -- I THINK THE

09:55AM  11  ANALYST -- THIS IS PROBABLY MORE INFORMATION.

09:55AM  12       BUT THERE'S A MORNING MEETING THAT TYPICALLY HAPPENS, AND

09:55AM  13  THE ANALYST WILL GET ON AND SAY SOME THINGS, AND IT'S A BIG

09:55AM  14  NETWORK OF PEOPLE THAT CAN LISTEN.

09:55AM  15       AND THEN THE INDIVIDUAL THAT WROTE THIS, WROTE IN HIS OWN

09:55AM  16  WORDS, I BELIEVE, WHAT HIS TAKEAWAYS FROM THAT VERBAL

09:56AM  17  DESCRIPTION OR SOMETHING ALONG THOSE LINES.

09:56AM  18       SO IT WAS -- THAT INDIVIDUAL IS NOT NAMED IN THIS EMAIL,

09:56AM  19  BUT IT'S HIS WORDS.

09:56AM  20  Q.   AND THAT INDIVIDUAL IS SOMEONE FROM WALGREENS; IS THAT

09:56AM  21  CORRECT?

09:56AM  22  A.   NO, THAT'S NOT CORRECT.  THAT WOULD BE SOMEONE FROM COWEN,

09:56AM  23  WHICH IS THE INVESTMENT BANK THAT CHARLES RHYEE WORKS FOR.

09:56AM  24  Q.   OKAY.

09:56AM  25  A.   IT WOULD BE A COLLEAGUE OF CHARLES RHYEE.

GROSSMAN CROSS BY MS. WALSH (RES.)                    6175

09:56AM   1    Q.   OKAY.  AND MR. KHANNA IS RELAYING MR. RHYEE'S TAKEAWAY

09:56AM   2    FROM THAT; IS THAT RIGHT?

09:56AM   3    A.   YEAH, I MEAN -- YES.  BUT HE'S RELAYING THIS OTHER

09:56AM   4    INDIVIDUAL'S DESCRIPTION OF MR. RHYEE'S COMMENTS, YES.

09:56AM   5    Q.   SO THE ANSWER IS YES?

09:56AM   6    A.   YES.

09:56AM   7    Q.   OKAY.  AND SO WHAT HE SAYS IS, "RHYEE REMAINS BULLISH POST

09:56AM   8    MARKETING WITH THE IR TEAM."

09:56AM   9         AND IR STANDS FOR INVESTOR RELATIONS?

09:56AM  10    A.   YES, THAT'S EXACTLY RIGHT.

09:56AM  11    Q.   OKAY.  "SEVERAL UPDATES IN THE NOTE BUT PERHAPS MOST

09:57AM  12    INTERESTING IS THEIR EXPANSION INTO DIAGNOSTICS WITH THERANOS."

09:57AM  13         THAT'S REFERRING TO WALGREENS'S EXPANSION INTO DIAGNOSTICS

09:57AM  14    WITH THERANOS; CORRECT?

09:57AM  15    A.   YES.

09:57AM  16    Q.   "WE THINK IT WOULD BE A GAME CHANGER AND PLAYS INTO OUR

09:57AM  17    THESIS OF THE COMMUNITY PHARMACY BECOMING A DESTINATION FOR

09:57AM  18    BROADER ARRAY OF HEALTH CARE SERVICES.  THERANOS IS UNIQUE

09:57AM  19    GIVEN THEIR ABILITY TO RUN THE VAST MAJORITY OF STANDARD BLOOD

09:57AM  20    TESTS FROM A MUCH SMALLER SAMPLE OF BLOOD THAT CAN BE COLLECTED

09:57AM  21    FROM A FINGER PRICK BUT PERHAPS MORE IMPORTANTLY, PRICING IS

09:57AM  22    50 PERCENT OF MEDICARE."

09:57AM  23         DID I READ THAT ACCURATELY?

09:57AM  24    A.   YOU DID, VERY ACCURATELY.

09:57AM  25    Q.   AND THEN IF WE GO UP THE CHAIN, IT'S AN EMAIL FROM YOU,

ER-4708

09:57AM 1  YOUR REACTION TO THAT TO YOUR TEAM MEMBERS SAYING "WOWZER.

09:57AM 2  THAT'S QUITE AN ENDORSEMENT."

09:57AM 3      CORRECT?

09:57AM 4  A.   YES.

09:58AM 5  Q.   AND THAT ENDORSEMENT, WAS AN ENDORSEMENT BY MR. RHYEE; IS

09:58AM 6  THAT RIGHT?

09:58AM 7  A.   WELL, I THINK I'LL MAYBE GIVE MY PERSPECTIVE ON WHAT THAT

09:58AM 8  PARAGRAPH IS REFERRING TO.

09:58AM 9      I THINK, I THINK IT'S REALLY THE IR TEAM FROM WALGREENS.

09:58AM 10 SO IT'S THE WALGREENS -- I DON'T KNOW WHO FROM WALGREENS -- WHO

09:58AM 11 WAS -- MARKETING HERE REFERS TO THE IDEA THAT CHARLES RHYEE WAS

09:58AM 12 TAKING THE WALGREENS IR TEAM IN TO MEET WITH INVESTORS, LIKE

09:58AM 13 FIDELITY, JP MORGAN, YOU KNOW, STATE STREET.

09:58AM 14     AND IN THOSE MEETINGS, THE IR TEAM FROM WALGREENS WAS VERY

09:58AM 15 POSITIVE ABOUT THE THERANOS TECHNOLOGY, AND IT WAS PART OF A

09:58AM 16 BROADER STRATEGY THAT WALGREENS HAD TO TURN THEIR PHARMACIES

09:58AM 17 INTO MORE OF A SITE FOR DELIVERING HEALTH CARE OR A BROADER

09:58AM 18 STRATEGY.

09:58AM 19     SO HE'S REALLY REFERRING TO THE -- WHAT I'M REFERRING TO

09:59AM 20 IS THE IR TEAM FROM WALGREENS IS PUBLICLY MAKING POSITIVE

09:59AM 21 STATEMENTS ABOUT THERANOS.  THAT'S REALLY WHAT THE -- SORRY FOR

09:59AM 22 ALL OF THE EXCESS LANGUAGE, BUT, YEAH.

09:59AM 23 Q.   OKAY.  SO THE ENDORSEMENT THAT IS IN THIS EMAIL THAT WAS

09:59AM 24 WRITTEN BY THAT -- THAT WORD WAS WRITTEN BY YOU, YOU WERE

09:59AM 25 REFERRING TO THE ENDORSEMENT BY THE IR TEAM WITHIN WALGREENS;

09:59AM 1    IS THAT RIGHT?

09:59AM 2    A.   CORRECT, CORRECT.

09:59AM 3    Q.   OKAY.  AND WALGREENS WAS A COMPANY THAT PFM WAS FAMILIAR

09:59AM 4    WITH, WASN'T IT?

09:59AM 5    A.   YES.

09:59AM 6    Q.   PFM HAD OWNED STOCK IN WALGREENS AT VARIOUS POINTS IN

09:59AM 7    TIME; IS THAT RIGHT?

09:59AM 8    A.   THAT IS RIGHT.

09:59AM 9    Q.   AND SO PFM WAS GETTING -- WOULD GET ANALYST REPORTS

09:59AM 10   REGARDING WALGREENS; RIGHT?

09:59AM 11   A.   YES.

09:59AM 12   Q.   AND YOUR TEAM PERFORMED RESEARCH ON WALGREENS AS PART OF

10:00AM 13   THEIR JOB; RIGHT?

10:00AM 14   A.   WE HAD ONE INDIVIDUAL IN OUR TEAM THAT WAS RESPONSIBLE FOR

10:00AM 15   THE SECTOR THAT WALGREENS WAS PART OF, WHICH WAS THE RETAIL

10:00AM 16   PHARMACY SECTOR.

10:00AM 17        AND SO THAT INDIVIDUAL WAS THE ONE WHO WAS RESPONSIBLE FOR

10:00AM 18   JUST BASICALLY KEEPING TRACK OF THAT INDUSTRY, INCLUDING

10:00AM 19   WALGREENS AND CVS AND RITE AID, AND EVEN SOME OF THE BIG

10:00AM 20   RETAILERS LIKE TARGET THAT HAVE RETAIL PHARMACY OPERATIONS.

10:00AM 21   Q.   SO THAT ONE PERSON KEPT TRACK OF AND DID HIS OWN RESEARCH

10:00AM 22   ON WALGREENS; IS THAT RIGHT?

10:00AM 23   A.   YES.

10:00AM 24   Q.   OKAY.  AND SO PFM HAD SOME BASIC UNDERSTANDING ABOUT

10:00AM 25   WALGREENS OPERATIONS; IS THAT FAIR?

GROSSMAN CROSS BY MS. WALSH (RES.)                6178

10:00AM  1    A.   YES.

10:00AM  2    Q.   AND YOU KNEW THAT WALGREENS WAS AN EXPERIENCED RETAILER;

10:00AM  3    RIGHT?

10:00AM  4    A.   YES.

10:00AM  5    Q.   IT HAD A POWERFUL BRAND; CORRECT?

10:00AM  6    A.   YES.

10:00AM  7    Q.   IT HAD A LARGE NATIONAL FOOTPRINT; CORRECT?

10:00AM  8    A.   YES.

10:00AM  9    Q.   AND IT HAD SIGNIFICANT EXPERIENCE IN RETAIL OPERATIONS; IS

10:00AM  10   THAT RIGHT?

10:00AM  11   A.   YES.

10:00AM  12   Q.   SO IT WAS A POSITIVE FACT FOR THERANOS, THAT WALGREENS WAS

10:01AM  13   PARTNERING WITH THERANOS; IS THAT FAIR?

10:01AM  14   A.   YES.

10:01AM  15   Q.   AND THAT WAS A FACTOR ULTIMATELY IN YOUR DECISION TO

10:01AM  16   INVEST, WAS IT NOT?

10:01AM  17   A.   YES.

10:01AM  18   Q.   IF YOU COULD TURN TO 4052 IN YOUR BINDER.

10:01AM  19        DO YOU SEE THAT?

10:01AM  20   A.   YEAH, I DO.

10:01AM  21   Q.   OKAY.  IS THIS ANOTHER EMAIL BETWEEN YOU AND MR. KHANNA --

10:01AM  22   A.   YES.

10:01AM  23   Q.   -- REGARDING RESEARCH ON THERANOS?

10:02AM  24   A.   UM, I MEAN, IT'S REGARDING THERANOS.  IT'S -- YES.

10:02AM  25        MS. WALSH:  YOUR HONOR, WE OFFER 4052.

10:02AM   1          MR. LEACH:  NO OBJECTION, YOUR HONOR.

10:02AM   2          THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

10:02AM   3          (GOVERNMENT'S EXHIBIT 4052 WAS RECEIVED IN EVIDENCE.)

10:02AM   4   BY MS. WALSH:

10:02AM   5   Q.   OKAY.  AND, MR. GROSSMAN, YOU ARE ASKING MR. KHANNA IF

10:02AM   6   THERE'S ANYTHING WALGREENS OR OTHERS HAVE SAID ABOUT THERANOS

10:02AM   7   THAT CAN HELP YOU PREPARE FOR YOUR MEETING WITH THERANOS;

10:02AM   8   CORRECT?

10:02AM   9   A.   IPV JUST WANTED TO ADD PUBLICLY, LIKE WHAT PUBLIC

10:02AM  10   STATEMENTS HAVE THEY MADE ABOUT THERANOS.

10:02AM  11          BUT, YES, I AGREE.

10:02AM  12   Q.   OKAY.  WHAT PUBLIC STATEMENTS THEY HAVE MADE ABOUT

10:02AM  13   THERANOS; RIGHT?

10:02AM  14   A.   CORRECT.

10:02AM  15   Q.   AND MR. KHANNA RESPONDS WITH "LH-" THAT'S LABCORP; RIGHT?

10:02AM  16   A.   YES.

10:02AM  17   Q.   "THEY THINK THE TECHNOLOGY DOES NOT WORK.  MENU VERY

10:02AM  18   LIMITED COMPARED TO LH," WHICH IS LABCORP, "AND DGX," WHICH IS

10:03AM  19   QUEST; RIGHT?

10:03AM  20   A.   YES.

10:03AM  21   Q.   DO YOU SEE THAT?

10:03AM  22   A.   YES, I DO, YES.

10:03AM  23   Q.   "COST OF DISTRIBUTION TO TESTING CENTERS IS HIGH."

10:03AM  24          DO YOU SEE THAT?

10:03AM  25   A.   I DO SEE THAT, YES.

ER-4712

10:03AM 1    Q.   "HOW DO U GET PATIENT REFERRALS INTO THE WAG STORE TO GET

10:03AM 2    BLOOD DRAWN.  STORE IN PALO ALTO IS NOT FUNCTIONAL."

10:03AM 3         DO YOU SEE THAT?

10:03AM 4    A.   YES, I DO SEE THAT.

10:03AM 5    Q.   "...NOT SURE IF THIS IS TRUE.  MOST DOCS HAVE A

10:03AM 6    PHLEBOTOMIST IN THEIR OFFICE AND ARE UNLIKELY TO ALLOW THIS

10:03AM 7    REVENUE LEAKAGE."

10:03AM 8         DO YOU SEE THAT?

10:03AM 9    A.   I DO.

10:03AM 10   Q.   AND JUST SKIPPING DOWN TO THE LAST LINE, "WAG -- THEY

10:03AM 11   THINK IT IS VERY EXCITING AND WILL LIKELY BUNDLE WITH THEIR

10:03AM 12   EXISTING PAYOR CONTRACTS."

10:03AM 13        DO YOU SEE THAT?

10:03AM 14   A.   I DO.

10:03AM 15   Q.   AND SO THIS WAS MR. KHANNA REACHING OUT TO HIS SOURCES TO

10:04AM 16   GET INFORMATION ABOUT THERANOS, ISN'T IT?

10:04AM 17             MR. LEACH:  OBJECTION, YOUR HONOR.  MISSTATES.

10:04AM 18             THE WITNESS:  I REALLY DON'T --

10:04AM 19             THE COURT:  EXCUSE ME, SIR.

10:04AM 20        SPECULATION, DID YOU SAY?

10:04AM 21             MR. LEACH:  SPECULATION AND MISSTATES WHAT THE

10:04AM 22   WITNESS SAID.

10:04AM 23             THE COURT:  I'LL SUSTAIN THE OBJECTION.  WHY DON'T

10:04AM 24   YOU ASK A DIFFERENT QUESTION.

10:04AM 25             MS. WALSH:  SURE, YOUR HONOR.

10:04AM   1    Q.   SO MR. KHANNA REACHED OUT TO LABCORP ACCORDING TO THIS

10:04AM   2    EMAIL; RIGHT?

10:04AM   3    A.   I DON'T BELIEVE THAT'S WHAT THIS EMAIL SAYS.

10:04AM   4    Q.   OKAY.  MR. KHANNA GOT INFORMATION ABOUT LABCORP; IS THAT

10:04AM   5    RIGHT?

10:04AM   6    A.   HE APPEARS TO HAVE FOUND SOMETHING THAT LABCORP HAS SAID

10:04AM   7    PUBLICLY ABOUT THIS COMPANY.  THAT WOULD BE MY INTERPRETATION.

10:04AM   8         BUT LIKE I SAID, I DON'T KNOW EXACTLY WHO HE SPOKE TO, HOW

10:04AM   9    HE ACQUIRED THIS INFORMATION.

10:04AM  10    Q.   OKAY.  BUT REGARDLESS OF HOW HE ACQUIRED IT, HE WAS

10:04AM  11    COMMUNICATING TO YOU INFORMATION THAT HE HAD RECEIVED ABOUT

10:04AM  12    THERANOS; IS THAT RIGHT?

10:04AM  13    A.   THAT DOES APPEAR TO BE RIGHT.

10:04AM  14    Q.   OKAY.  SO YOU TESTIFIED THAT YOUR FIRST MEETING AT

10:05AM  15    THERANOS WAS IN DECEMBER OF 2013; IS THAT RIGHT?

10:05AM  16    A.   YES.

10:05AM  17    Q.   AND THIS WAS AN INTRODUCTORY MEETING; CORRECT?

10:05AM  18    A.   YES.

10:05AM  19    Q.   YOU HAD DONE A LITTLE BIT OF RESEARCH ON THE INTERNET;

10:05AM  20    RIGHT?

10:05AM  21    A.   I BELIEVE THAT'S RIGHT.

10:05AM  22    Q.   BUT YOU HADN'T DONE KIND OF A FULL DUE DILIGENCE AT THAT

10:05AM  23    POINT IN TIME; IS THAT RIGHT?

10:05AM  24    A.   NO, WE DID NOT.

10:05AM  25    Q.   OKAY.  SO IT WAS KIND OF A GETTING-TO-KNOW-YOU MEETING

GROSSMAN CROSS BY MS. WALSH (RES.)                    6182

10:05AM  1    WITH MR. BALWANI AND MS. HOLMES; IS THAT RIGHT?

10:05AM  2    A.   I MEAN, WE WANTED TO HEAR THEIR STORY.

10:05AM  3    Q.   OKAY.  AND WHEN YOU HAD THAT MEETING IN DECEMBER, YOU

10:05AM  4    UNDERSTOOD AT THE TIME THAT THERANOS HAD ONLY A FEW STORES IN

10:05AM  5    WALGREENS; IS THAT RIGHT?

10:05AM  6    A.   YES.

10:05AM  7    Q.   A FEW PATIENT SERVICE CENTERS; CORRECT?

10:05AM  8    A.   YES.

10:05AM  9    Q.   OKAY.  THERE WAS ONE IN PALO ALTO; RIGHT?

10:05AM  10   A.   YES.

10:05AM  11   Q.   AND TWO IN ARIZONA; RIGHT?

10:06AM  12   A.   I BELIEVE THAT WAS -- THAT'S THE CASE, YES.

10:06AM  13   Q.   AND SO WHEN YOU MET, THEY HAD A TOTAL OF THREE PATIENT

10:06AM  14   SERVICE CENTERS IN ALL OF WALGREENS; IS THAT CORRECT?

10:06AM  15   A.   YES.

10:06AM  16   Q.   AND YOU LEARNED DURING THIS MEETING, DIDN'T YOU, THAT

10:06AM  17   THERANOS AND WALGREENS WERE TAKING A PHASED APPROACH TO THE

10:06AM  18   ROLLOUT; IS THAT RIGHT?

10:06AM  19   A.   WELL, I -- MY MEMORY OF THAT MEETING WAS THAT THEY WERE

10:06AM  20   GOING TO BE ROLLING OUT TO ALL OF THE 8100 STORES.  THEY HAD A

10:06AM  21   NATIONAL PLAN TO ROLL OUT NATIONALLY, AND THAT THE FIRST

10:06AM  22   MARKET, IF THAT'S THE PHASE, WOULD BE THE FIRST PHASE WOULD BE

10:06AM  23   IN THE PHOENIX MARKET.

10:06AM  24   Q.   OKAY.  SO LET ME -- MY QUESTION WAS NOT CLEAR.

10:06AM  25        YOU LEARNED DURING THAT MEETING THAT THE FIRST PHASE OF

ER-4715

10:06AM 1    THE ROLLOUT WAS GOING TO BE BASED ON A HUB AND SPOKE MODEL; IS

10:07AM 2    THAT CORRECT?

10:07AM 3    A.   I DON'T REMEMBER SPECIFICALLY IF WE TALKED ABOUT THAT IN

10:07AM 4    THE FIRST MEETING.

10:07AM 5         BUT WHAT I DO REMEMBER ABOUT THE FIRST MEETING WAS THAT

10:07AM 6    THEY HIGHLIGHTED THE 8100 WALGREENS STORES, THE NEED TO MOVE

10:07AM 7    QUICKLY AND ROLL THIS OUT NATIONALLY, AND THE FACT THAT THEY

10:07AM 8    WERE ACTUALLY USING THEIR PROPRIETARY TECHNOLOGY AT THAT POINT

10:07AM 9    IN TIME IN WALGREENS ON ACTUAL HUMANS AND HUMANS, AND THEY WERE

10:07AM 10   GETTING REIMBURSED FOR THAT.

10:07AM 11   Q.   SO WHETHER YOU LEARNED IT IN THE DECEMBER MEETING OR

10:07AM 12   LATER, AT SOME POINT YOU LEARNED THAT THEY WERE USING A HUB AND

10:07AM 13   SPOKE MODEL IN THE FIRST PHASE OF THE ROLLOUT; IS THAT CORRECT?

10:07AM 14   A.   YES.

10:07AM 15   Q.   AND THAT FIRST PHASE, THE HUB AND SPOKE MODEL INVOLVED

10:07AM 16   COLLECTING SAMPLES AT WALGREENS; RIGHT?

10:07AM 17   A.   YES.

10:07AM 18   Q.   AND SHIPPING THOSE SAMPLES TO THERANOS; RIGHT?

10:07AM 19   A.   YES.

10:07AM 20   Q.   AND TESTING THOSE SAMPLES IN THE THERANOS LAB; CORRECT?

10:07AM 21   A.   YES.

10:07AM 22   Q.   LIKE YOU WOULD DO IN A CENTRAL LAB; RIGHT?

10:08AM 23   A.   YES.

10:08AM 24   Q.   OKAY.  AND THAT THE THERANOS DEVICES WERE NOT GOING TO BE

10:08AM 25   IN THE WALGREENS STORES; IS THAT RIGHT?

GROSSMAN CROSS BY MS. WALSH (RES.)                                    6184

10:08AM   1    A.   THAT IS RIGHT.

10:08AM   2    Q.   OKAY.  AND YOU ALSO LEARNED AT SOME POINT THAT THERE WAS

10:08AM   3    GOING TO BE A SECOND PHASE TO THE ROLLOUT; RIGHT?

10:08AM   4    A.   YES.

10:08AM   5    Q.   AND THAT SECOND PHASE WOULD INVOLVE PUTTING THE DEVICES

10:08AM   6    THEMSELVES IN THE WALGREENS STORES; RIGHT?

10:08AM   7    A.   YES.

10:08AM   8    Q.   AND YOU LEARNED ABOUT THAT TWO PHASED APPROACH FROM EITHER

10:08AM   9    MS. HOLMES OR MR. BALWANI, OR BOTH; IS THAT FAIR?

10:08AM  10    A.   YES.

10:08AM  11    Q.   OKAY.  AND YOU LEARNED THAT THE DEVICES WERE NOT GOING TO

10:08AM  12    BE IN THE WALGREENS STORES FROM THEM; IS THAT RIGHT?

10:08AM  13    A.   I'M SORRY.  CAN YOU BE A LITTLE MORE SPECIFIC.

10:08AM  14    Q.   YOU LEARNED THAT THE DEVICES WERE NOT GOING TO BE IN THE

10:08AM  15    WALGREENS STORES IN PHASE I FROM MS. HOLMES AND MR. BALWANI; IS

10:08AM  16    THAT RIGHT?

10:08AM  17    A.   YES, THAT IS CORRECT.

10:08AM  18    Q.   AND YOU ALSO LEARNED THAT DURING THE RETAIL ROLLOUT,

10:09AM  19    THERANOS WAS GOING TO PUT A PAUSE ON ANY PROJECTS IT WAS DOING

10:09AM  20    WITH THE MILITARY; IS THAT RIGHT?

10:09AM  21    A.   NO.

10:09AM  22    Q.   YOU LEARNED THAT THEY WERE PUTTING A PAUSE ON

10:09AM  23    PHARMACEUTICAL STUDIES DURING AT LEAST THE INITIAL PHASE OF THE

10:09AM  24    ROLLOUT, DIDN'T YOU?

10:09AM  25    A.   MAYBE YOU COULD BE SPECIFIC IN TERMS OF WHAT DID THE

ER-4717

10:09AM  1    INITIAL PHASE MEAN.

10:09AM  2    Q.   THE PHASE I OF THE ROLLOUT?

10:09AM  3    A.   NO, THAT WASN'T REALLY OUR UNDERSTANDING.

10:09AM  4    Q.   OKAY:  OKAY.  BUT YOU KNEW DURING THIS ROLLOUT, YOU KNEW

10:09AM  5    THAT YOU HAD EXPERIENCE WITH WALGREENS, AND WALGREENS HAD

10:09AM  6    EXPERIENCE IN RETAIL; RIGHT?

10:09AM  7    A.   YES.

10:09AM  8    Q.   AND YOU ALSO KNEW THAT THERANOS HAD NO EXPERIENCE IN

10:10AM  9    RETAIL; CORRECT?

10:10AM  10   A.   YES.

10:10AM  11   Q.   ALL RIGHT.  NEXT, I WANT TO TALK ABOUT INFORMATION THAT

10:10AM  12   YOU LEARNED AFTER THE DECEMBER 2013 MEETING.

10:10AM  13        SO IF YOU CAN TURN TO EXHIBIT 7376.

10:10AM  14        DO YOU HAVE THAT IN FRONT OF YOU?

10:10AM  15   A.   I DO, YEAH.

10:10AM  16   Q.   AND IS THAT ANOTHER EMAIL BETWEEN YOU AND YOUR TEAM

10:10AM  17   MEMBERS, MR. KHANNA AND DR. RABODZEY, ABOUT THERANOS?

10:11AM  18   A.   YES, IT IS.

10:11AM  19        MS. WALSH:  YOUR HONOR, WE OFFER EXHIBIT 7376.

10:11AM  20        MR. LEACH:  NO OBJECTION, YOUR HONOR.

10:11AM  21        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:11AM  22   (DEFENDANT'S EXHIBIT 7376 WAS RECEIVED IN EVIDENCE.)

10:11AM  23   BY MS. WALSH:

10:11AM  24   Q.   OKAY.  SO THE SUBJECT LINE OF THIS IS THERANOS-COMMENTS ON

10:11AM  25   WALGREENS CALL.

10:11AM   1          DO YOU SEE THAT?

10:11AM   2     A.   I DO.

10:11AM   3     Q.   AND THE DATE OF THE EMAIL IS DECEMBER 20TH, 2013; RIGHT?

10:11AM   4     A.   YES.

10:11AM   5     Q.   OKAY.  AND THIS WAS COMMENTS THAT MR. KHANNA WAS RELAYING

10:11AM   6     ABOUT A WALGREENS EARNINGS CALL; IS THAT RIGHT?

10:11AM   7     A.   I MEAN, THESE ARE HIS -- THESE ARE STATEMENTS THAT

10:11AM   8     WALGREENS MADE ON THIS QUARTERLY -- COMPANIES HAVE THESE

10:11AM   9     QUARTERLY CONFERENCE CALLS, ALMOST ALL OF THEM DO, AND THEY

10:11AM  10     MAKE STATEMENTS, PREPARED STATEMENTS, AND THEN THEY ANSWER

10:11AM  11     QUESTIONS.

10:11AM  12          SO I BELIEVE THAT THIS EMAIL IS HIS NOTES FROM LISTENING

10:11AM  13     TO THE WALGREENS CALL, WHICH UNFORTUNATELY, THESE CALLS HAPPEN

10:11AM  14     VERY EARLY IN THE MORNING OUT HERE, SO THAT'S WHY IT'S 6:13 IN

10:12AM  15     THE MORNING.

10:12AM  16     Q.   OKAY.  SO THESE WERE MR. KHANNA'S NOTES OF THE EARNINGS

10:12AM  17     CALL THAT HE WAS RELAYING TO YOU; RIGHT?

10:12AM  18     A.   YES.

10:12AM  19     Q.   AND WHAT HE SAYS IS -- OR WHAT HE'S RELAYING TO YOU THAT

10:12AM  20     WALGREENS SAID DURING THE CALL --

10:12AM  21     A.   YES.

10:12AM  22     Q.   -- IS THAT "WE ARE VERY POSITIVE ON THERANOS, IT IS HALF

10:12AM  23     THE COST OF MEDICARE REIMBURSEMENT.

10:12AM  24          "DISRUPTIVE TECHNOLOGY.

10:12AM  25          "WE HAVE ASSETS, HEALTH CARE PROFESSIONALS, LOCATION AND

10:12AM  1    CAN PLAY A MEANINGFUL ROLE IN HEALTH CARE."

10:12AM  2        DO YOU SEE THAT?

10:12AM  3    A.  I DO.

10:12AM  4    Q.  "BETTER PATIENT EXPERIENCE."

10:12AM  5        RIGHT?

10:12AM  6    A.  YES.

10:12AM  7    Q.  "HIGHEST STANDARD OF CARE."

10:12AM  8        CORRECT?

10:12AM  9    A.  YES.

10:12AM  10   Q.  AND "BETTER, FASTER AND CHEAPER."

10:12AM  11       DO YOU SEE THAT?

10:12AM  12   A.  I DO.

10:12AM  13   Q.  AND LOOK -- IF WE COULD PULL UP -- WE CAN TAKE THAT DOWN

10:12AM  14   AND PULL UP 1360, WHICH IS IN EVIDENCE.

10:13AM  15       AND WE SAW ON WEDNESDAY, THIS WAS AN EMAIL FROM MR. JAMES;

10:13AM  16   RIGHT?

10:13AM  17   A.  YES.

10:13AM  18   Q.  AND THIS IS -- THE BOTTOM EMAIL IS DECEMBER 19TH, 2013;

10:13AM  19   CORRECT?

10:13AM  20   A.  YES.

10:13AM  21   Q.  AND MR. JAMES IS EMAILING ELIZABETH HOLMES; RIGHT?

10:13AM  22   A.  YES.

10:13AM  23   Q.  AND THIS WAS AFTER YOUR MEETING WITH THERANOS IN DECEMBER

10:13AM  24   OF 2013; RIGHT?

10:13AM  25   A.  YES.

GROSSMAN CROSS BY MS. WALSH (RES.)                    6188

10:13AM   1   Q.   SO HERE IT IS PFM THAT IS REACHING OUT TO THERANOS; IS

10:13AM   2   THAT CORRECT?

10:13AM   3   A.   YES, HE IS EMAILING MS. HOLMES.

10:13AM   4   Q.   RIGHT.

10:13AM   5        AND THIS REFLECTS AFTER THE MEETING THAT MR. JAMES REACHED

10:14AM   6   OUT TO MS. HOLMES; CORRECT?

10:14AM   7   A.   YES.

10:14AM   8   Q.   IT WASN'T THERANOS REACHING OUT TO PFM; RIGHT?

10:14AM   9   A.   THAT'S CORRECT.

10:14AM  10   Q.   SO IT WASN'T THERANOS PUTTING ANY PRESSURE AT THAT POINT

10:14AM  11   IN TIME ON THERANOS -- ON PFM TO INVEST IN THERANOS; RIGHT?

10:14AM  12   A.   THAT'S CORRECT.

10:14AM  13   Q.   OKAY.  AND MS. HOLMES RESPONDS, "CHRIS.

10:14AM  14        "THANKS FOR THIS NOTE AND YOUR COMMENTS BELOW.

10:14AM  15        "WE'RE INTERESTED IN TAKING THE NEXT STEPS."

10:14AM  16        AND SHE ASKED ABOUT SIZE OF THE INVESTMENT.

10:14AM  17        DO YOU SEE THAT?

10:14AM  18   A.   YES, I DO.

10:14AM  19   Q.   OKAY.  AND MR. JAMES SAYS, "WE WILL FOLLOW UP WITH DUE

10:14AM  20   DILIGENCE QUESTIONS AND A CALL WITH SUNNY WHEN IT WORKS."

10:14AM  21        AND THEN HE TALKS ABOUT SIZE AND BEING FLEXIBLE ABOUT

10:14AM  22   THAT.

10:14AM  23        DO YOU SEE THAT?

10:14AM  24   A.   I DO.

10:14AM  25   Q.   OKAY.  AND AT THIS POINT IN TIME, YOU HAD NOT MADE ANY

ER-4721

10:14AM   1    INVESTMENT DECISIONS YET, HAD YOU?

10:14AM   2    A.   NO, WE HAD NOT.

10:14AM   3    Q.   OKAY.  YOU WERE JUST KIND OF STARTING THE PROCESS; RIGHT?

10:14AM   4    A.   IT'S KIND OF AN AWKWARD DANCE THAT HAPPENS ON PRIVATE

10:15AM   5    DEALS WHERE THEY SORT OF WANT TO KNOW WHAT YOU INVEST BECAUSE

10:15AM   6    THEY HAVE OTHER INVESTORS THAT ARE TYPICALLY ALSO INTERESTED,

10:15AM   7    AND SO THEY TRY TO START TO GET A SENSE OF WHOSE -- WHO WANTS

10:15AM   8    TO INVEST WHAT INTO THE ROUND, BUT NO -- IT'S NOT -- NOTHING IS

10:15AM   9    KIND OF FINALIZED OR OFFICIAL AT THIS POINT.

10:15AM  10         WE HAD JUST -- WE HADN'T EVEN REALLY STARTED OUR WORK YET.

10:15AM  11    Q.   SO YOU HAD JUST STARTED YOUR PROCESS; IS THAT RIGHT?

10:15AM  12    A.   I BELIEVE, YEAH, BETWEEN THE FIRST MEETING AND THE SECOND

10:15AM  13    MEETING WE WERE JUST KIND OF STARTING TO RAMP UP.

10:15AM  14         BUT, YOU KNOW, IT'S THE HOLIDAYS AND PEOPLE ARE TIRED.

10:15AM  15    YOU KNOW, WE DIDN'T DO MUCH AT THE END OF DECEMBER.  WE TRY TO

10:15AM  16    GIVE PEOPLE A LITTLE BIT OF A BREAK.

10:15AM  17    Q.   SO YOU JUST HAD STARTED YOUR PROCESS; IS THAT CORRECT?

10:15AM  18    A.   YEAH.

10:15AM  19    Q.   OKAY.  AND YOU TALK ABOUT YOU WANTED TO AT THIS POINT GET

10:15AM  20    ADDITIONAL INFORMATION TO KIND OF START TO DIG INTO THERANOS;

10:15AM  21    IS THAT FAIR?

10:15AM  22    A.   YES.

10:15AM  23    Q.   OKAY.  AND YOU'RE HAVING A DIALOGUE ABOUT PUTTING TOGETHER

10:16AM  24    A LIST OF DUE DILIGENCE QUESTIONS; IS THAT RIGHT?

10:16AM  25    A.   I BELIEVE THAT WAS ONE OF THE NEXT THINGS THAT WE DID,

GROSSMAN CROSS BY MS. WALSH (RES.)                    6190

10:16AM  1    YES.

10:16AM  2    Q.   OKAY.  AND PULLING TOGETHER A DUE DILIGENCE TEAM; CORRECT?

10:16AM  3    A.   YES.

10:16AM  4    Q.   AND THAT'S A PRETTY STANDARD APPROACH YOU WOULD TAKE TO

10:16AM  5    INVESTING IN A PRIVATE COMPANY, ISN'T IT?

10:16AM  6    A.   IT IS, YES.

10:16AM  7    Q.   AND THE DUE DILIGENCE TEAM THAT YOU PUT TOGETHER, THAT

10:16AM  8    CONSISTED OF THE GENTLEMAN WE SPOKE ABOUT ON WEDNESDAY, AND WE

10:16AM  9    HAVE SEEN IN THESE EMAILS, MR. KHANNA, AND DR. RABODZEY, AND

10:16AM  10   MR. JAMES, AND OTHERS; IS THAT RIGHT?

10:16AM  11   A.   YES.

10:16AM  12   Q.   IF YOU COULD TURN TO 7378 IN YOUR BINDER.

10:17AM  13        SO THIS IS AN EMAIL CHAIN ON DECEMBER 24TH, 2013, AND IT'S

10:17AM  14   WITH MR. KHANNA AND MR. RABODZEY.

10:17AM  15        DO YOU SEE THAT?

10:17AM  16   A.   I DO, YES.

10:17AM  17   Q.   AND YOU SEE THE DATE; RIGHT?

10:17AM  18   A.   YES.

10:17AM  19   Q.   OKAY.  AND IS THIS ANOTHER EMAIL CHAIN IN CONNECTION WITH

10:17AM  20   DOING YOUR RESEARCH ON THERANOS?

10:17AM  21   A.   YES.

10:17AM  22        MS. WALSH:  YOUR HONOR, WE OFFER 7378.

10:17AM  23        MR. LEACH:  NO OBJECTION, YOUR HONOR.

10:17AM  24        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:17AM  25        (DEFENDANT'S EXHIBIT 7378 WAS RECEIVED IN EVIDENCE.)

ER-4723

GROSSMAN CROSS BY MS. WALSH (RES.)                    6191

10:17AM  1    BY MS. WALSH:

10:17AM  2    Q.   SO IF WE GO DOWN TO THE BOTTOM EMAIL, THE FIRST ONE IS

10:17AM  3    FROM YOU, MR. GROSSMAN.

10:17AM  4         DO YOU SEE THAT?

10:17AM  5    A.   I DO.

10:17AM  6    Q.   AND IT'S TO MR. KHANNA AND DR. RABODZEY; RIGHT?

10:17AM  7    A.   RIGHT.

10:17AM  8    Q.   AND YOU TELL THEM, "WE HAVE THE GREEN LIGHT TO MOVE

10:17AM  9    FORWARD."

10:17AM  10        RIGHT?

10:17AM  11   A.   YES.

10:17AM  12   Q.   "THEY WANT A LIST OF DUE DILIGENCE QUESTIONS."

10:17AM  13        CORRECT?

10:17AM  14   A.   YES.

10:17AM  15   Q.   AND YOU ASK THEM, "CAN U EACH PUT TOGETHER A LIST AND WE

10:18AM  16   CAN MERGE INTO 1 EMAIL WHICH WE CAN REVIEW BEFORE SENDING OFF

10:18AM  17   TO THE COMPANY."

10:18AM  18        CORRECT?

10:18AM  19   A.   THAT'S CORRECT.

10:18AM  20   Q.   OKAY.  SO YOU'RE GOING TO WORK TOGETHER AS A TEAM TO PUT

10:18AM  21   TOGETHER QUESTIONS AND GET ANSWERS TO THOSE QUESTIONS.

10:18AM  22        IS THAT FAIR?

10:18AM  23   A.   YES.

10:18AM  24   Q.   AND MOVING UP THE CHAIN, DR. RABODZEY WRITES, "I AM

10:18AM  25   ACTUALLY ON MY WAY TO WALGREENS WHERE THE MACHINE IS, AND I

GROSSMAN CROSS BY MS. WALSH (RES.)                                6192

10:18AM  1      WILL HAVE A LIST OF QUESTIONS, BUT I WANTED TO SEE IF WE CAN

10:18AM  2      GET A BIT MORE DATA FROM THEM ON THE SYSTEM, OFFERING, SPECS,

10:18AM  3      ET CETERA."

10:18AM  4          DO YOU SEE THAT?

10:18AM  5      A.   I DO.

10:18AM  6      Q.   BUT YOU CAME TO LEARN THAT AT THIS POINT IN TIME THERANOS

10:18AM  7      MACHINES WERE NOT IN WALGREENS; RIGHT?

10:18AM  8      A.   YES.

10:18AM  9      Q.   OKAY.  AND THEN MR. KHANNA RESPONDS, "OK.

10:18AM  10         "DO THE TEST."

10:18AM  11         THAT'S TO DR. RABODZEY; RIGHT?

10:18AM  12     A.   YES.

10:18AM  13     Q.   OKAY.  AND THEN DR. RABODZEY RESPONDS, "THEY DON'T WORK

10:19AM  14     TODAY."

10:19AM  15         THAT'S REFERRING TO WALGREENS, RIGHT, OR THERANOS INSIDE

10:19AM  16     OF WALGREENS?

10:19AM  17     A.   I THINK IT'S PROBABLY IN REFERENCE TO THE THERANOS

10:19AM  18     COLLECTION CENTER IN THE WALGREENS STORE.

10:19AM  19     Q.   RIGHT.

10:19AM  20         "IT'S A WHOLE CENTER HERE.  I DID TALK TO THEM THOUGH, THE

10:19AM  21     WALGREENS PERSON SAID IT THE SAME COST, SAME ACCURACY, BUT

10:19AM  22     SMALLER SAMPLE -- LESS BLOOD?"

10:19AM  23         DO YOU SEE THAT?

10:19AM  24     A.   I DO.

10:19AM  25     Q.   "YOU NEED AN ORDER FROM YOUR DOCTOR TO GET THE TEST, CAN'T

ER-4725

GROSSMAN CROSS BY MS. WALSH (RES.)                    6193

10:19AM  1     JUST WALK IN AND GET IT."

10:19AM  2          DO YOU SEE THAT?

10:19AM  3     A.   I DO.

10:19AM  4     Q.   SO TESTING FROM THERANOS WAS UNAVAILABLE AT WALGREENS, AT

10:19AM  5     LEAST IN WALGREENS THAT PARTICULAR DAY; RIGHT?

10:19AM  6     A.   WELL, I BELIEVE THIS WAS CHRISTMAS EVE.

10:19AM  7     Q.   RIGHT.  SO IT WAS UNAVAILABLE; CORRECT?

10:19AM  8     A.   I THINK THERE'S A LOT OF THINGS ON CHRISTMAS EVE THAT ARE

10:19AM  9     PROBABLY NOT AS AVAILABLE, BUT, YEAH.

10:19AM 10     Q.   RIGHT.

10:20AM 11     A.   DR. RABODZEY, HE LIVED IN PALO ALTO, SO HE LIVED NEAR THE

10:20AM 12     WALGREENS.

10:20AM 13          SO I THINK IT WAS CONVENIENT FOR HIM.  HE HAD OBVIOUSLY,

10:20AM 14     UNLIKE ME, FINISHED HIS CHRISTMAS SHOPPING.

10:20AM 15          (LAUGHTER.)

10:20AM 16     BY MS. WALSH:

10:20AM 17     Q.   THEY YOU GO.

10:20AM 18          BUT HE WAS UNABLE TO GET A TEST; CORRECT?

10:20AM 19     A.   THAT'S CORRECT.

10:20AM 20     Q.   OKAY.  LET'S TURN TO 4063.

10:20AM 21     A.   OKAY.

10:20AM 22     Q.   DO YOU SEE 4063?

10:20AM 23     A.   I DO SEE 4063.

10:20AM 24     Q.   OKAY.  AND IS 4063 AN EMAIL CHAIN BETWEEN YOU AND YOUR

10:21AM 25     TEAM MEMBERS ABOUT THE DUE DILIGENCE AND OTHER QUESTIONS THAT

ER-4726

10:21AM  1    YOU MIGHT HAVE ABOUT THERANOS?

10:21AM  2    A.   IT IS.  IT APPEARS TO BE QUESTIONS THAT WERE FORMING IN

10:21AM  3    ADVANCE OF OUR NEXT MEETING, YES.

10:21AM  4    Q.   OKAY.

10:21AM  5         YOUR HONOR, WE OFFER 4063.

10:21AM  6             MR. LEACH:  NO OBJECTION, YOUR HONOR.

10:21AM  7             THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

10:21AM  8         (GOVERNMENT'S EXHIBIT 4063 WAS RECEIVED IN EVIDENCE.)

10:21AM  9    BY MS. WALSH:

10:21AM  10   Q.   OKAY.  IF WE CAN TURN TO THE FIRST EMAIL IN TIME.

10:21AM  11        THE INITIAL ONE IS FROM MR. KHANNA; RIGHT?

10:21AM  12   A.   YES.  WELL, THE INITIAL, YEAH.

10:21AM  13   Q.   DO YOU SEE THAT?

10:21AM  14   A.   YEAH.

10:21AM  15   Q.   AND MR. KHANNA LISTS A BUNCH OF DIFFERENT QUESTIONS IN

10:21AM  16   THIS EMAIL; RIGHT?

10:21AM  17   A.   YES.

10:22AM  18   Q.   OKAY.  AND JUST STARTING WITH A COUPLE OF THE ONES AT THE

10:22AM  19   TOP HE ASKS, "CAN YOU RUN THE TEST IN WALGREENS STORE -- POINT

10:22AM  20   OF CARE TESTING.  IF NO, THEN WHAT IS THE STUMBLING BLOCK TO

10:22AM  21   RUNNING THE SAMPLE IN THE STORE AND PROVIDING THE PATIENT WITH

10:22AM  22   RESULTS AT POINT OF CARE -- WHAT IS YOUR CAPABILITY OF DOING

10:22AM  23   ESOTERIC TESTING AND HOW WILL YOU ADD NEW TESTS."

10:22AM  24        DO YOU SEE THAT?

10:22AM  25   A.   I DO.

10:22AM  1    Q.   OKAY.  AND THEN ABOUT HALF WAY DOWN THAT PARAGRAPH THERE'S

10:22AM  2    A SENTENCE THAT STARTS, "THE COST OF."

10:22AM  3        HE WANTS TO ASK ABOUT THE COST OF GETTING SAMPLE TO

10:22AM  4    CENTRAL THERANOS PROCESSING CENTER IN TIME FOR TURN AROUND

10:22AM  5    RESULTS.

10:22AM  6        DO YOU SEE THAT?

10:22AM  7    A.   I DO.

10:22AM  8    Q.   AND THEN I'M NOT GOING TO READ EVERY SINGLE ONE OF THESE

10:22AM  9    QUESTIONS, BUT IF YOU SKIP DOWN TO THE FUTURE, UNDER THE FUTURE

10:22AM 10    HEADING, HE ASKS, "WHAT WILL THE ANALYZERS LOOK LIKE IN 2-3

10:22AM 11    YEARS -- HOW MANY TESTS DO U THINK YOU WILL OFFER."

10:23AM 12        MEANING HOW MANY TESTS WILL THERANOS OFFER; RIGHT?

10:23AM 13    A.   YES.

10:23AM 14    Q.   "HOW DO YOU GET NEW TEST, R&D SPENDING, ET CETERA."

10:23AM 15        DO YOU SEE THAT?

10:23AM 16    A.   I DO.

10:23AM 17    Q.   OKAY.  AND SO THAT'S MR. KHANNA JUST IDENTIFYING SOME DUE

10:23AM 18    DILIGENCE QUESTIONS; CORRECT?

10:23AM 19    A.   YES.

10:23AM 20    Q.   AND THEN IF WE GO UP THE CHAIN, DR. RABODZEY ALSO ASKS

10:23AM 21    SOME QUESTIONS.

10:23AM 22        DO YOU SEE THAT?

10:23AM 23    A.   I DO.

10:23AM 24    Q.   AND HE SAYS, "MY QUESTIONS ARE BELOW."

10:23AM 25        DO YOU SEE THAT?

GROSSMAN CROSS BY MS. WALSH (RES.)                6196

10:23AM  1    A.   YES.

10:23AM  2    Q.   AND THERE'S A SENTENCE A FEW LINES DOWN FROM THAT SAYING,

10:23AM  3    "THERANOS HAS A LIMITED MENU OF TESTS."

10:23AM  4         DO YOU SEE THAT?

10:23AM  5    A.   YES.

10:23AM  6    Q.   "AND DOCS WILL HAVE PROBLEMS SENDING PATIENTS TO LH,"

10:23AM  7    WHICH IS LABCORP; RIGHT?

10:23AM  8    A.   YES.

10:23AM  9    Q.   "FOR ONE TEST AND TO THERANOS FOR ANOTHER."

10:24AM  10        DO YOU SEE THAT?

10:24AM  11   A.   YES.

10:24AM  12   Q.   OKAY.  AND THEN IF YOU SKIP DOWN TO THE PARAGRAPH STARTING

10:24AM  13   WITH "THE WAG PERSON TOLD ME."

10:24AM  14        DR. RABODZEY SAYS, "THE WAG PERSON TOLD ME TODAY THAT THE

10:24AM  15   ONLY REASON WHY SHE THINKS IT IS A BETTER TEST IS BECAUSE IT IS

10:24AM  16   A SMALLER VOLUME SAMPLE."

10:24AM  17        DO YOU SEE THAT?

10:24AM  18   A.   I DO.

10:24AM  19   Q.   "THIS IS NOT A DEAL BREAKER FOR MOST PATIENTS UNLESS THEY

10:24AM  20   ARE HEMOPHILIACS OR HAVE TO DO TESTS TWICE A WEEK.  I THINK IT

10:24AM  21   IS ALSO CRITICAL TO UNDERSTAND WHERE DO THEY MAKE MONEY --

10:24AM  22   THEIR TESTS ARE VERY CHEAP AND WE NEED TO UNDERSTAND THE MARGIN

10:24AM  23   ON THESE TESTS AND HOW MANY TESTS NEED TO BE RUN TO REALLY MAKE

10:24AM  24   MONEY HERE."

10:24AM  25        DO YOU SEE THAT?

ER-4729

10:24AM  1    A.   I DO SEE THAT.

10:24AM  2    Q.   "I WOULD BE CONCERNED THAT THERE A CENTER LIKE THAT MAY

10:24AM  3    NOT BE PROFITABLE IN LOCATIONS WHERE THERE IS A DGX," WHICH IS

10:24AM  4    QUEST; RIGHT?

10:24AM  5    A.   YES, THAT IS QUEST.

10:24AM  6    Q.   "AND AN LH LAB," THAT'S LABCORP; RIGHT?

10:24AM  7    A.   YES.

10:25AM  8    Q.   "NEARBY JUST BECAUSE YOU DON'T HAVE THE VOLUME TO COVER

10:25AM  9    COSTS."

10:25AM  10        DO YOU SEE THAT?

10:25AM  11   A.   YES.

10:25AM  12   Q.   AND DR. RABODZEY GOES ON TO SAY, "ADDITIONALLY, I FOUND

10:25AM  13   NEW PATENTS THAT MAY PREDATE THEIR IP, SO I AM NOT SURE THAT

10:25AM  14   THEY CAN ACTUALLY PROTECT THE VALUE THEY MAY CREATE."

10:25AM  15        DO YOU SEE THAT?

10:25AM  16   A.   I DO.

10:25AM  17   Q.   AND YOU BECAME AWARE, DIDN'T YOU, THAT THERANOS HELD

10:25AM  18   PATENTS ON ITS TECHNOLOGY?

10:25AM  19   A.   YES.

10:25AM  20   Q.   AND THEY WERE TRYING TO PROTECT THEIR IP; RIGHT?

10:25AM  21   A.   YES.

10:25AM  22   Q.   LIKE ANY OTHER TECHNOLOGY COMPANY; CORRECT?

10:25AM  23   A.   AND THEY HAD VERY POWERFUL BOARD MEMBERS, YES.

10:25AM  24   Q.   AND ALSO, IN YOUR INVESTMENT EXPERIENCE, HAVING IP AND

10:25AM  25   PATENTS, THAT WOULD CREATE VALUE IN A COMPANY, WOULDN'T IT?

10:25AM  1    A.   IT'S, I THINK, PART OF A -- YES, IT'S PART OF A BIGGER

10:25AM  2    QUESTION FROM AN INVESTMENT PERSPECTIVE THAT WE TRY TO ANSWER,

10:26AM  3    WHICH ARE WHAT ARE THE BARRIERS TO ENTRY?  YOU KNOW, WHAT

10:26AM  4    PREVENTS ANOTHER COMPANY FROM COMPETING WITH A NEW TECHNOLOGY

10:26AM  5    OR AN EXISTING TECHNOLOGY?

10:26AM  6         AND IN PARTS OF THE WORLD LIKE THE U.S., PATENTS ARE OFTEN

10:26AM  7    ONE OF THE IMPORTANT BARRIERS TO ENTRY, NOT THE ONLY BARRIER TO

10:26AM  8    ENTRY, SOMETIMES NOT THE MOST IMPORTANT BARRIER TO ENTRY, BUT

10:26AM  9    SOMETHING FOR ANY NEW TECHNOLOGY THAT WE WOULD WANT TO

10:26AM 10    UNDERSTAND.

10:26AM 11    Q.   SURE.

10:26AM 12         BUT JUST GENERALLY SPEAKING, HAVING IP AND PATENTS IN A

10:26AM 13    COMPANY SIGNIFIES VALUE IN THAT COMPANY AS YOU AS -- IN YOUR

10:26AM 14    INVESTMENT EXPERIENCE?

10:26AM 15    A.   I MEAN --

10:26AM 16              MR. LEACH:  CALLS FOR SPECULATION.

10:26AM 17              THE WITNESS:  I MEAN, TECHNICALLY YOU CAN GET A

10:26AM 18    PATENT --

10:26AM 19              THE COURT:  PARDON ME, MR. GROSSMAN.

10:26AM 20              MR. LEACH:  OBJECTION.  IT CALLS FOR SPECULATION.

10:26AM 21    702.

10:26AM 22              THE COURT:  ARE YOU ASKING ABOUT HIS EXPERIENCE AND

10:26AM 23    WHAT PATENT A PATENT PORTFOLIO MIGHT MEAN TO THAT DECISION?

10:26AM 24              MS. WALSH:  I AM, YOUR HONOR.  BUT I CAN MOVE ON TO

10:27AM 25    ANOTHER TOPIC.

10:27AM  1        THE COURT:  OKAY.  FINE.

10:27AM  2    BY MS. WALSH:

10:27AM  3    Q.   OKAY.  IF YOU COULD TURN, MR. GROSSMAN, TO EXHIBIT 7388.

10:27AM  4    A.   OKAY.

10:27AM  5    Q.   SO 7388 IS AN EMAIL FROM LISA GILL; CORRECT?

10:27AM  6    A.   YES.

10:27AM  7    Q.   AND WHO IS LISA GILL?

10:27AM  8    A.   LISA GILL IS AN ANALYST.  SHE'S WHAT WE WOULD CALL A SALE

10:27AM  9    SIDE ANALYST.  SHE WORKS FOR A BANK, IN THIS CASE JP MORGAN,

10:27AM 10    AND HER JOB IS TO PUBLISH RESEARCH ON COMPANIES THAT SHE IS

10:27AM 11    RESPONSIBLE FOR COVERING.

10:28AM 12        SHE'S THE ANALYST THAT IS RESPONSIBLE FOR THE RETAIL

10:28AM 13    PHARMACY INDUSTRY, THE DRUG WHOLESALERS.  I DON'T KNOW.  A

10:28AM 14    COUPLE OF OTHERS.

10:28AM 15        SO, SO HER JOB IS TO PUBLISH RESEARCH.  WE'RE CLIENTS OF

10:28AM 16    JP MORGAN'S.  WE HAVE -- WE RECEIVE THEIR RESEARCH.

10:28AM 17    Q.   OKAY.  AND MS. GILL, IN THIS EMAIL, IS FORWARDING YOU SOME

10:28AM 18    RESEARCH RELATED TO THERANOS; IS THAT CORRECT?

10:28AM 19    A.   I, I -- WOULD YOU LIKE ME TO READ?

10:28AM 20    Q.   IF I COULD DIRECT YOUR ATTENTION TO THE LAST BULLET ON

10:28AM 21    THAT PAGE.

10:28AM 22        DO YOU SEE THAT?

10:28AM 23    A.   YEAH.  MAYBE I COULD JUST HAVE A MINUTE TO JUST --

10:28AM 24    Q.   SURE.

10:28AM 25        (PAUSE IN PROCEEDINGS.)

| | | |
|---|---|---|
| 10:28AM | 1 | THE WITNESS: OKAY. |
| 10:29AM | 2 | BY MS. WALSH: |
| 10:29AM | 3 | Q. HAVE YOU READ IT? |
| 10:29AM | 4 | A. I MEAN, I SKIMMED IT. YEAH. A LOT TO READ. |
| 10:29AM | 5 | Q. WELL, JUST THE LAST BULLET. IT'S ABOUT FIVE LINES LONG. |
| 10:29AM | 6 | A. OH. |
| 10:29AM | 7 | (PAUSE IN PROCEEDINGS.) |
| 10:29AM | 8 | THE WITNESS: OKAY. |
| 10:29AM | 9 | BY MS. WALSH: |
| 10:29AM | 10 | Q. OKAY. SO IS THIS MS. GILL FORWARDING YOU RESEARCH ABOUT |
| 10:29AM | 11 | WALGREENS, AND THAT LAST BULLET RELATES TO THERANOS? |
| 10:29AM | 12 | A. YES. |
| 10:30AM | 13 | Q. OKAY. |
| 10:30AM | 14 | YOUR HONOR, WE OFFER 7388. |
| 10:30AM | 15 | MR. LEACH: 801, YOUR HONOR, IF THIS IS BEING -- |
| 10:30AM | 16 | 801. IF IT'S BEING OFFERED FOR A NONHEARSAY PURPOSE, I HAVE NO |
| 10:30AM | 17 | OBJECTION. |
| 10:30AM | 18 | MS. WALSH: IT'S A NONHEARSAY PURPOSE. |
| 10:30AM | 19 | THE COURT: THE PURPOSE IS? |
| 10:30AM | 20 | MS. WALSH: INFORMING MR. GROSSMAN IN WHAT HE IS |
| 10:30AM | 21 | LEARNING ABOUT THERANOS AT THE TIME, WHICH ULTIMATELY INFORMS |
| 10:30AM | 22 | HIS INVESTMENT DECISION. |
| 10:30AM | 23 | THE COURT: BUT NOT FOR THE TRUTH OF WHAT IS |
| 10:30AM | 24 | REPRESENTED HERE NOT FOR THE TRUTH OF THE INVESTMENT DECISION? |
| 10:30AM | 25 | MS. WALSH: JUST ALL OF THE DATA THAT HE IS |

10:30AM  1    GATHERING IN HIS DUE DILIGENCE PROCESS.  WHETHER IT'S TRUE OR

10:30AM  2    NOT, IT'S THE INFORMATION THAT HE'S GATHERING, AND THAT

10:30AM  3    ULTIMATELY AFFECTS HIS INVESTMENT DECISION.

10:30AM  4            THE COURT:  OKAY.  LADIES AND GENTLEMEN, THIS WILL

10:30AM  5    BE ADMITTED, AGAIN, PREVIOUSLY AS I HAVE TOLD YOU ON MANY

10:31AM  6    ITEMS, NOT FOR THE TRUTH OF THE MATTER ASSERTED IN THE

10:31AM  7    DOCUMENT, BUT IT'S ADMITTED SOLELY FOR THE PURPOSE OF SHOWING

10:31AM  8    THE -- THIS WITNESS, MR. GROSSMAN'S, -THE INFORMATION THAT

10:31AM  9    MR. GROSSMAN RECEIVED PURSUANT TO THE TESTIMONY HERE.  FOR THAT

10:31AM  10   LIMITED PURPOSE, IT'S ADMITTED, AND IT MAY BE PUBLISHED.

10:31AM  11           (DEFENDANT'S EXHIBIT 7388 WAS RECEIVED IN EVIDENCE.)

10:31AM  12           MS. WALSH:  THANK YOU.

10:31AM  13   Q.   OKAY.  AND IF WE JUST GO DOWN TO THE LAST BULLET.

10:31AM  14        SO MS. GILL IS FORWARDING YOU RESEARCH ABOUT WALGREENS,

10:31AM  15   BUT THIS LAST BULLET RELATES TO THERANOS; IS THAT RIGHT?

10:31AM  16   A.   I MEAN, SHE -- I GET HUNDREDS OF EMAILS LIKE THIS A DAY.

10:31AM  17   I'M ON HER EMAIL DISTRIBUTION LIST.  SO, YOU KNOW, SHE'S NOT

10:31AM  18   FORWARDING IT TO ME.  I'M ON A DISTRIBUTION LIST THAT BLASTS

10:31AM  19   OUT THOUSANDS OF PEOPLE EVERY TIME SHE WRITES A RESEARCH

10:31AM  20   REPORT.

10:31AM  21   Q.   OKAY.  SO SHE'S SENDING IT TO YOU, NOT FORWARDING IT TO

10:32AM  22   YOU; IS THAT WHAT YOU'RE SAYING?

10:32AM  23   A.   YES.

10:32AM  24   Q.   OKAY.  AND WHAT SHE'S SENDING YOU IS HER RESEARCH ON

10:32AM  25   WALGREENS; RIGHT?

10:32AM  1    A.   THEY HAD WHAT APPEARS TO BE AN ANNUAL SHAREHOLDER MEETING,

10:32AM  2    WHICH EVERY COMPANY, PUBLIC COMPANY DOES, AND THESE APPEAR TO

10:32AM  3    BE HER NOTES FROM THE ANNUAL SHAREHOLDERS MEETING.

10:32AM  4    Q.   OKAY.  SO IT'S HER NOTES FROM THE SHAREHOLDER MEETING

10:32AM  5    ABOUT -- OF WALGREENS; RIGHT?

10:32AM  6    A.   YES.

10:32AM  7    Q.   AND THE LAST BULLET THAT YOU JUST READ RELATES TO

10:32AM  8    THERANOS; CORRECT?

10:32AM  9    A.   YES.

10:32AM  10   Q.   OKAY.  AND WHAT THAT LAST BULLET SAYS IS "MANAGEMENT

10:32AM  11   BELIEVES," AND "MANAGEMENT" REFERS TO WALGREENS; RIGHT?

10:32AM  12   A.   YES.

10:32AM  13   Q.   "MANAGEMENT BELIEVES THAT THE THERANOS RELATIONSHIP WILL

10:32AM  14   BE A GAME CHANGER.  THE COMPANY INDICATED THAT THE LAB MARKET

10:32AM  15   THEY ARE TARGETING IS VALUED AT APPROXIMATELY $60 BILLION.  THE

10:32AM  16   PILOT IN PHOENIX IS GOING WELL, AND THE COMPANY DOES HAVE PLANS

10:33AM  17   TO ROLL IT OUT MORE BROADLY, ALTHOUGH MANAGEMENT NOTED THAT IT

10:33AM  18   WOULD BE MEASURED AS IT WANTS TO GET IT RIGHT.  THE

10:33AM  19   RELATIONSHIP WITH THERANOS IS NOT EXCLUSIVE, BUT 'DEEPLY

10:33AM  20   PREFERRED.'"

10:33AM  21        DO YOU SEE THAT?

10:33AM  22   A.   I DO.

10:33AM  23   Q.   "WITH WALGREENS INDICATING THAT IT WOULD BE THE ONLY

10:33AM  24   OPTION IF PATIENTS WANTED TO GET A LAB TEST IN A RETAIL

10:33AM  25   PHARMACY."

10:33AM   1           DO YOU SEE THAT?

10:33AM   2      A.   I DO.

10:33AM   3      Q.   OKAY.  AND IF WE COULD TURN TO 7387.

10:33AM   4      A.   7387?

10:33AM   5      Q.   RIGHT.  SO THIS IS AN EMAIL FROM MR. KHANNA.

10:33AM   6           DO YOU SEE THAT?

10:33AM   7      A.   YES.

10:33AM   8      Q.   TO YOU AND OTHERS; RIGHT?

10:34AM   9      A.   YES.

10:34AM  10      Q.   AND THE DATE IS JANUARY 9TH, 2014?

10:34AM  11      A.   YES.

10:34AM  12      Q.   OKAY.  AND HE'S FORWARDING YOU A SNIPPET FROM THAT SAME

10:34AM  13      REPORT; RIGHT?

10:34AM  14      A.   THAT APPEARS TO BE THE CASE, YES.

10:34AM  15      Q.   OKAY.

10:34AM  16           YOUR HONOR, WE OFFER 7387 WITH THE SAME -- FOR THE SAME

10:34AM  17      PURPOSE?

10:34AM  18              MR. LEACH:  WITH THAT LIMITATION, YOUR HONOR, NO

10:34AM  19      OBJECTION.

10:34AM  20              THE COURT:  ALL RIGHT.  THANK YOU.

10:34AM  21           LADIES AND GENTLEMEN, THIS IS ADMITTED NOT FOR THE TRUTH

10:34AM  22      OF THE MATTER ASSERTED, BUT FOR THE SAME REASONS THAT 7388 WAS

10:34AM  23      ADMITTED, THAT NOTICE AND THAT PURPOSE ONLY, AND IT MAY BE

10:34AM  24      PUBLISHED.

10:34AM  25           (DEFENDANT'S EXHIBIT 7387 WAS RECEIVED IN EVIDENCE.)

GROSSMAN CROSS BY MS. WALSH (RES.)                                    6204

10:34AM   1        BY MS. WALSH:

10:34AM   2        Q.   AND WE DON'T ACTUALLY NEED TO REREAD THE SAME THING, BUT

10:34AM   3        JUST THAT MR. KHANNA WAS FORWARDING YOU THE SAME INFORMATION;

10:34AM   4        CORRECT?

10:34AM   5        A.   YES.

10:34AM   6        Q.   OKAY.  WE CAN TAKE THAT DOWN.

10:34AM   7             IF YOU CAN TURN TO 7390, MR. GROSSMAN.

10:35AM   8        A.   OKAY.

10:35AM   9        Q.   OKAY.  THIS IS AN EMAIL BETWEEN YOU AND DR. RABODZEY;

10:35AM  10        CORRECT?

10:35AM  11        A.   YES.

10:35AM  12        Q.   AND THE DATE IS JANUARY 10TH, 2014; RIGHT?

10:35AM  13        A.   YES.

10:35AM  14        Q.   AND IT'S AN EMAIL ABOUT WHAT YOU WANT HIM TO DO IN THE

10:35AM  15        MEETING THAT IS SCHEDULED AT THERANOS IN JANUARY 2014; RIGHT?

10:35AM  16        A.   JANUARY 10TH I THINK IS THE MEETING DAY, YES.

10:35AM  17                  MS. WALSH:  OKAY.  YOUR HONOR, WE OFFER

10:35AM  18        EXHIBIT 7390.

10:35AM  19                  MR. LEACH:  NO OBJECTION.

10:35AM  20                  THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

10:35AM  21             (DEFENDANT'S EXHIBIT 7390 WAS RECEIVED IN EVIDENCE.)

10:35AM  22        BY MS. WALSH:

10:35AM  23        Q.   SO STARTING ON THE BOTTOM, YOU EMAIL DR. RABODZEY ON

10:35AM  24        JANUARY 9TH, 2014, AND YOU SAY, "U READY TO GO DOWN TO THERANOS

10:35AM  25        TOMORROW?"

ER-4737

10:35AM   1          AND HE RESPONDS, "YES, I WILL MEET YOU THERE.  WHY?

10:36AM   2    ANYTHING WE NEED?"

10:36AM   3          AND YOU RESPOND SAYING, "BRING YOU'RE A GAME.  U ARE THE

10:36AM   4    TECHNICAL EXPERT."

10:36AM   5          DO YOU SEE THAT?

10:36AM   6    A.   YES.

10:36AM   7    Q.   AND "NEED U TO BE REALLY SKEPTICAL."

10:36AM   8          DO YOU SEE THAT?

10:36AM   9    A.   I DO.

10:36AM  10    Q.   AND DR. RABODZEY WAS YOUR TECHNICAL EXPERT ON THIS TEAM

10:36AM  11    THAT WAS DOING DUE DILIGENCE ON THERANOS; IS THAT RIGHT?

10:36AM  12    A.   WE WANTED HIM TO FOCUS ON THE DATA, THE DATA, YES.

10:36AM  13    Q.   THE SCIENTIFIC DATA; RIGHT?

10:36AM  14    A.   YES.

10:36AM  15    Q.   OKAY.  AND HE HAD THE BACKGROUND TO DO THAT; CORRECT?

10:36AM  16    A.   YES.

10:36AM  17    Q.   OKAY.  WE CAN TAKE THAT DOWN.

10:36AM  18          AND SO THAT MEETING IN JANUARY, THAT TOOK PLACE ON

10:36AM  19    JANUARY 10TH, 2014; RIGHT?

10:36AM  20    A.   YES.

10:36AM  21    Q.   AND DURING THAT MEETING, AT THAT POINT IN TIME, THERANOS

10:36AM  22    STILL ONLY HAD THREE OF ITS PATIENT SERVICE CENTERS IN THREE

10:36AM  23    WALGREENS; IS THAT RIGHT?

10:36AM  24    A.   I BELIEVE THAT WAS RIGHT.

10:36AM  25    Q.   THE ONE IN PALO ALTO; RIGHT?

10:37AM  1       A.    YES.

10:37AM  2       Q.    AND THE TWO IN ARIZONA; CORRECT?

10:37AM  3       A.    I BELIEVE THAT'S THE CASE, YES.

10:37AM  4       Q.    OKAY.  IF YOU COULD TURN TO 7391.

10:37AM  5       A.    OKAY.

10:37AM  6       Q.    AND IS THIS AN EMAIL BETWEEN YOU AND YOUR TEAM MEMBERS,

10:37AM  7       RIGHT AFTER THE THERANOS MEETING, SHARING ALL OF YOUR VIEWS

10:37AM  8       ABOUT THE MEETING?

10:37AM  9       A.    IF I COULD JUST HAVE A MINUTE TO REVIEW?

10:37AM 10       Q.    SURE.

10:37AM 11             (PAUSE IN PROCEEDINGS.)

10:37AM 12                 THE WITNESS:  OKAY.  YES.

10:38AM 13                 MS. WALSH:  YOUR HONOR, WE OFFER 7391.

10:38AM 14                 MR. LEACH:  NO OBJECTION.

10:38AM 15                 THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:38AM 16             (DEFENDANT'S EXHIBIT 7391 WAS RECEIVED IN EVIDENCE.)

10:38AM 17       BY MS. WALSH:

10:38AM 18       Q.    SO GOING DOWN TO THE FIRST IN TIME EMAIL.

10:38AM 19             THIS IS DR. RABODZEY COMMUNICATING TO YOU, MR. GROSSMAN,

10:38AM 20       AND TO MR. KHANNA; RIGHT?

10:38AM 21       A.    YES.

10:38AM 22       Q.    AND TO MR. BALASURYAN; RIGHT?

10:38AM 23       A.    YES.

10:38AM 24       Q.    AND WHAT WAS HIS TAKE ON THE MEETING THAT YOU JUST HAD

10:38AM 25       WITH THERANOS; RIGHT?

GROSSMAN CROSS BY MS. WALSH (RES.)                6207

10:38AM  1    A.   I MEAN, I DIDN'T READ THE WHOLE -- ALL OF IT, BUT, YEAH,

10:38AM  2    THIS APPEARS TO BE HIS INITIAL IMPRESSIONS AFTER THE MEETING

10:38AM  3    THAT TOOK PLACE ON FRIDAY, JANUARY 10TH, 2014.

10:38AM  4    Q.   OKAY.  SO LET'S TAKE A LOOK AT SOME OF WHAT HE SAYS.

10:38AM  5         HE SAYS, "HI GUYS,

10:38AM  6         "MY TAKE ON THIS:

10:38AM  7         "EVERYTHING I'VE HEARD ABOUT TECHNOLOGY SOUNDS VERY GOOD,

10:39AM  8    BUT IT IS WORTH BOUNCING THIS OFF LABCORP AND QUEST AND CPHD."

10:39AM  9         DO YOU SEE THAT?

10:39AM 10    A.   I DO.

10:39AM 11    Q.   AND WHAT IS CPHD?

10:39AM 12    A.   CPHD IS THE TICKER FOR A PUBLICLY TRADED MOLECULAR

10:39AM 13    DIAGNOSTICS COMPANY CALLED CEPHEID.

10:39AM 14    Q.   OKAY.

10:39AM 15    A.   THEY WERE ACTUALLY BASED PROBABLY ABOUT FIVE MILES FROM

10:39AM 16    HERE.  THEY WERE ACQUIRED BY ANOTHER COMPANY CALLED DANAHER

10:39AM 17    ABOUT THREE OR FOUR YEARS AGO, FIVE YEARS AGO MAYBE.

10:39AM 18    Q.   OKAY.  AND HE SAYS, "IT IS WORTH BOUNCING THIS OFF GNMK."

10:39AM 19         DO YOU SEE THAT?

10:39AM 20    A.   I DO.

10:39AM 21    Q.   AND WHAT IS GNMK?

10:39AM 22    A.   THAT IS ALSO A TICKER AND ANOTHER COMPANY IN THE MOLECULAR

10:39AM 23    DIAGNOSTICS SPACE.  THE NAME OF THE COMPANY IS GENMARK.

10:39AM 24    Q.   OKAY.  SO DR. RABODZEY WANTS TO BOUNCE OFF WHAT HE HEARD

10:40AM 25    AT THE THERANOS MEETING OFF OF THESE OTHER PLAYERS IN THE

10:40AM 1    MARKET; CORRECT?

10:40AM 2    A.   YES.

10:40AM 3    Q.   AND THEN HE SAYS, "I AM NOT CONVINCED ON IP AND

10:40AM 4    COMPETITION -- PEOPLE WILL GO AFTER THEM AND I DON'T THINK THEY

10:40AM 5    CAN OWN THE SPACE."

10:40AM 6         DO YOU SEE THAT?

10:40AM 7    A.   I DO.

10:40AM 8    Q.   THEN IF YOU SKIP DOWN TO, "I THINK THEIR PROJECTIONS ARE A

10:40AM 9    BIT AGGRESSIVE."

10:40AM 10        DO YOU SEE THAT?

10:40AM 11   A.   I DO SEE THAT.

10:40AM 12   Q.   "FOR SPEED OF RAMP IN 2015"; RIGHT?

10:40AM 13        "AND BEYOND."

10:40AM 14        DO YOU SEE THAT?

10:40AM 15   A.   I DO SEE THAT.

10:40AM 16   Q.   OKAY.  "BUT WITH EXCELLENT EXECUTION ARE DOABLE AND CAN BE

10:40AM 17   EXCEEDED."

10:40AM 18        AND THEN HE GOES ON TO SAY, "WHAT THEY ARE NOT ACCOUNTING

10:40AM 19   FOR IS THE PUSHBACK FROM HL," WHICH IS LABCORP, "AND DGX,"

10:40AM 20   WHICH IS QUEST; RIGHT?

10:40AM 21   A.   YES.

10:40AM 22   Q.   AND THOSE ARE THE TWO MAIN COMPETITORS; CORRECT?

10:40AM 23   A.   THOSE ARE THE TWO MAIN COMPETITORS IN THE LAB SERVICES

10:41AM 24   BUSINESS, BUT THEY ALSO WERE GOING TO COMPETE AGAINST MOLECULAR

10:41AM 25   DIAGNOSTICS COMPANIES LIKE CEPHEID AND GENMARK AS WELL.

ER-4741

GROSSMAN CROSS BY MS. WALSH (RES.)                    6209

10:41AM  1          SO THEY WERE ALSO COMPETITORS.

10:41AM  2     Q.   OKAY.

10:41AM  3     A.   LABCORP -- THE ANSWER IS YES.

10:41AM  4          LABCORP AND QUEST WERE NOT THE ONLY COMPETITORS THAT

10:41AM  5     THERANOS WOULD HAVE.  THEY WERE THE TWO LARGEST COMPETITORS IN

10:41AM  6     THE LAB SERVICES BUSINESS.

10:41AM  7     Q.   UNDERSTOOD.

10:41AM  8          SO THEY WERE TWO OF THE COMPETITORS; IS THAT RIGHT?

10:41AM  9     A.   IN THE RETAIL SETTING, YES.

10:41AM  10    Q.   OKAY.  AND THEN THE LAST BULLET DR. RABODZEY SAYS, "I

10:41AM  11    WOULD LIKE TO LOOK AT TECHNICAL STAFF THEY SHOULD SEND AND GET

10:41AM  12    SOME FEEDBACK FROM COMPETITION, BUT IT IS A QUESTION TO YOU ON

10:41AM  13    HOW MUCH CAPITAL YOU WANT TO TIE UP HERE -- WE WILL MAKE MONEY,

10:41AM  14    BUT HARD TO SAY WHEN AND WHETHER IT WILL BE A 30 PERCENT PLUS

10:41AM  15    RETURN PER YEAR I WOULD SEEK FROM A PRIVATE DEAL."

10:41AM  16         DO YOU SEE THAT?

10:41AM  17    A.   YES.

10:41AM  18    Q.   OKAY.  AND THEN LET'S GO UP THE CHAIN TO YOUR REPLY TO

10:42AM  19    DR. RABODZEY.

10:42AM  20         AND WHAT YOU SAY IS, "CAN I GET EVERYBODY'S VIEWS ON THE

10:42AM  21    MEETING AND WHAT U THINK NEXT STEPS ARE?"

10:42AM  22         RIGHT?

10:42AM  23    A.   YES.

10:42AM  24    Q.   "LET'S TRY TO FIND A TIME TO DEBRIEF AS A GROUP.  MAYBE WE

10:42AM  25    CAN FIND A TIME AFTER MORN CALL ON MONDAY, ALTHOUGH I SUSPECT

ER-4742

GROSSMAN CROSS BY MS. WALSH (RES.)                    6210

10:42AM    1    THAT'S NOT REALISTIC GIVEN JPM."

10:42AM    2         DO YOU SEE THAT?

10:42AM    3    A.   I DO.

10:42AM    4    Q.   AND YOU'RE REFERRING TO A CONFERENCE THAT WAS OCCURRING IN

10:42AM    5    JANUARY OF 2014; RIGHT?

10:42AM    6    A.   YES.

10:42AM    7    Q.   AND THAT CONFERENCE WAS SPONSORED BY JP MORGAN; IS THAT

10:42AM    8    RIGHT?

10:42AM    9    A.   THAT'S CORRECT.

10:42AM   10    Q.   AND IT RELATED TO THE HEALTH CARE SECTOR; CORRECT?

10:42AM   11    A.   IT'S THE LARGEST HEALTH CARE CONFERENCE OF THE YEAR AND IT

10:42AM   12    HAPPENS TO BE IN SAN FRANCISCO EVERY JANUARY.

10:42AM   13    Q.   OKAY.  YOU SAY, "ON THE OTHER HAND THIS CONFERENCE WILL

10:42AM   14    GIVE US A CHANCE TO PROBE ALL OF THE RELEVANT COMPETITORS OVER

10:43AM   15    THE NEXT DAYS."

10:43AM   16         RIGHT?

10:43AM   17    A.   YES.

10:43AM   18    Q.   AND BECAUSE YOU'RE AT THE CONFERENCE; RIGHT?

10:43AM   19    A.   CORRECT.

10:43AM   20    Q.   AND YOU'RE ABLE TO TALK TO THE PLAYERS IN THE MARKET;

10:43AM   21    RIGHT?

10:43AM   22    A.   GO TO THEIR PRESENTATIONS, YEAH, THAT SORT OF STUFF.

10:43AM   23    Q.   AND YOU'RE ABLE TO TALK TO THE PLAYERS IN THE MARKET;

10:43AM   24    RIGHT?

10:43AM   25    A.   OR LISTEN TO THEIR PRESENTATIONS.  PROBABLY THAT'S THE

ER-4743

10:43AM 1    MORE REALISTIC.  BUT, YES, WE DON'T HAVE MEETINGS WITH EVERY

10:43AM 2    ONE OF THE COMPANIES AT THE CONFERENCE, BUT THEY HAVE

10:43AM 3    PRESENTATIONS, THEIR WEBCAST, YOU CAN LISTEN TO THEM, AND THEY

10:43AM 4    DO Q AND A SESSIONS AND SOME OF THEM ARE RECORDED.

10:43AM 5        SO IT WAS JUST A GOOD OPPORTUNITY TO KIND OF GET

10:43AM 6    EVERYONE'S PERSPECTIVE ON THIS COMPETITOR REALLY DISRUPTIVE

10:43AM 7    TECHNOLOGY.

10:43AM 8    Q.   OKAY.  AND THEN LET'S CONTINUE UP THE CHAIN FROM

10:43AM 9    MR. KHANNA.  HE PROVIDES HIS THOUGHTS AND HE SAYS, "I THINK

10:43AM 10   THEY HAVE DONE A LOT OF WORK."

10:43AM 11       AND HERE HE'S REFERRING TO THERANOS; RIGHT?

10:43AM 12   A.   YES, I BELIEVE THAT'S RIGHT.

10:44AM 13   Q.   "ON GETTING THEIR ASSAYS APPROVED AND MENU SEEMS MUCH

10:44AM 14   BROADER THAN MY INITIAL VIEWS.

10:44AM 15       "GREAT PARTNERS WALGREENS, SAFEWAY, DOD (STILL TO BE

10:44AM 16   SIZED)."

10:44AM 17       DO YOU SEE THAT?

10:44AM 18   A.   I DO.

10:44AM 19   Q.   AND THEN IF YOU GO DOWN, HALF WAY DOWN, "RISKS.

10:44AM 20       "IP AS YOU MENTIONED, EXECUTION WHEN YOU START COLLECTING

10:44AM 21   SAMPLES AND RUNNING THE TESTS IN A REGIONAL CENTER."

10:44AM 22       DO YOU SEE THAT?

10:44AM 23   A.   I DO.

10:44AM 24   Q.   AND RUNNING A TEST IN A REGIONAL CENTER IS THAT HUB AND

10:44AM 25   SPOKE MODEL; CORRECT?

GROSSMAN CROSS BY MS. WALSH (RES.)                                     6212

10:44AM   1        A.   YES.

10:44AM   2        Q.   OKAY.  AND THEN IF WE GO DOWN TO CONCLUSION, HE SAYS, "I

10:44AM   3   WOULD LIKE THEM TO PUT US IN TOUCH WITH UNITED FOR US TO

10:44AM   4   DETERMINE THE REASON FOR THE THERANOS SELECTION GIVEN THAT

10:44AM   5   LABCORP IS THEIR EXCLUSIVE LAB PARTNER."

10:44AM   6        DO YOU SEE THAT?

10:44AM   7        A.   I DO.

10:44AM   8        Q.   "WE CAN CHECK WITH OTHER HOSPITALS AT THE CONFERENCE IF

10:45AM   9   THEY VIEW LABS AS A PROFIT CENTER OR NOT?"

10:45AM  10        RIGHT?

10:45AM  11        A.   YES, I SEE THAT.

10:45AM  12        Q.   AND SO MR. KHANNA IS ALSO TALKING ABOUT SPEAKING WITH

10:45AM  13   PLAYERS DURING THAT CONFERENCE; RIGHT?

10:45AM  14        A.   HE APPEARS TO THINK THAT HE'S GOING TO HAVE TIME TO TALK

10:45AM  15   TO OTHER HOSPITALS AT THE CONFERENCE, YES.

10:45AM  16        Q.   AND MR. KHANNA SAYS IN THE LAST BULLET, "THIS IS ONE OF

10:45AM  17   THE MOST INTERESTING COMPANIES I HAVE MET AND IT ALL COMES DOWN

10:45AM  18   TO EXECUTION."

10:45AM  19        DO YOU SEE THAT?

10:45AM  20        A.   I DO SEE THAT.

10:45AM  21        Q.   OKAY.  SO WE CAN TAKE THAT DOWN.

10:45AM  22        LET'S TURN TO EXHIBIT 4077, WHICH IS IN EVIDENCE.  SO IF

10:45AM  23   WE CAN PULL THAT UP.

10:46AM  24        AND YOU TESTIFIED ABOUT THIS ON WEDNESDAY, AND THIS IS AN

10:46AM  25   EMAIL THAT STARTS ON JANUARY 10TH, 2014; RIGHT?

GROSSMAN CROSS BY MS. WALSH (RES.)                                6213

10:46AM   1            DO YOU SEE THAT ON THE SCREEN?

10:46AM   2       A.   YES.

10:46AM   3       Q.   OKAY.  AND YOU THANKED MR. BALWANI FOR THE TIME THAT HE

10:46AM   4       SPENT WITH YOUR TEAM; RIGHT?

10:46AM   5       A.   YES.

10:46AM   6       Q.   IN THE LAST SENTENCE YOU SAY, "ONE THING THAT WOULD BE

10:46AM   7       ESPECIALLY HELPFUL TO OUR DUE DILIGENCE PROCESS IS HAVING

10:46AM   8       ACCESS TO THE FINANCIAL MODEL WE REVIEWED WITH YOU TODAY."

10:46AM   9            DO YOU SEE THAT?

10:46AM  10       A.   I DO.

10:46AM  11       Q.   BECAUSE IN THAT MEETING, HE REVIEWED A FINANCIAL MODEL

10:46AM  12       USING A LAPTOP; RIGHT?

10:46AM  13       A.   I BELIEVE IT WAS ON A LAPTOP, YES.

10:46AM  14       Q.   YEAH.  AND MR. BALWANI RESPONDS ON PAGE 1 OF THE EXHIBIT,

10:47AM  15       AND HE SAYS, "BRYAN.

10:47AM  16            "ATTACHED PLEASE FIND A PDF WHICH IS A VERY CONFIDENTIAL

10:47AM  17       SLIDE DECK OF DISCUSSIONS WE HAD.  IT ALSO INCLUDES A VERY

10:47AM  18       DETAILED SECTION ON DATA WHICH ALEX HAD REQUESTED."

10:47AM  19            THAT'S DR. RABODZEY; RIGHT?

10:47AM  20       A.   YES.

10:47AM  21       Q.   AND DR. RABODZEY WAS IN CHARGE OF LOOKING AT THAT DATA;

10:47AM  22       RIGHT?

10:47AM  23       A.   YES.

10:47AM  24       Q.   AND SO HE REQUESTED THAT HE GET THE DATA SO HE COULD LOOK

10:47AM  25       AT IT; CORRECT?

GROSSMAN CROSS BY MS. WALSH (RES.)                    6214

10:47AM    1    A.   YES.

10:47AM    2    Q.   AND MR. BALWANI COMPLIED WITH THAT REQUEST; CORRECT?

10:47AM    3    A.   YES.

10:47AM    4    Q.   AND HE SENT YOU THE SLIDE DECK; RIGHT?

10:47AM    5    A.   YES.

10:47AM    6    Q.   OKAY.  AND THEN IF YOU GO DOWN ABOUT HALF WAY, MR. BALWANI

10:47AM    7    SAYS, "WE WILL MAIL YOU THE PROJECTIONS/FINANCIAL MODEL

10:47AM    8    SHORTLY."

10:47AM    9         DO YOU SEE THAT?

10:47AM   10    A.   I DO.

10:47AM   11    Q.   OKAY.  AND YOU ULTIMATELY DO GET THAT MODEL; RIGHT?

10:47AM   12    A.   YES.

10:47AM   13    Q.   AND YOU GET A NATIVE COPY OF IT; RIGHT?

10:47AM   14    A.   WHAT DO YOU MEAN BY "NATIVE"?

10:48AM   15    Q.   IT WAS NOT A PDF THAT YOU GOT; CORRECT?  YOU GOT A SOFT

10:48AM   16    COPY OF THE MODEL?

10:48AM   17    A.   HE SENT US AN EXCEL FILE.

10:48AM   18    Q.   YES.

10:48AM   19    A.   THAT'S -- I DON'T KNOW IF THAT'S SOFT OR -- BUT IT WAS AN

10:48AM   20    EXCEL FILE THAT WAS PASSWORD PROTECTED, AND ONCE WE ENTERED THE

10:48AM   21    PASSWORD, WE WERE ABLE TO ACCESS THE MATERIAL IN THE

10:48AM   22    SPREADSHEET.

10:48AM   23    Q.   RIGHT.  SO HE SENT YOU THE ACTUAL EXCEL SPREADSHEET

10:48AM   24    ITSELF; RIGHT?

10:48AM   25    A.   WHICH IS WHAT WE REQUESTED.

GROSSMAN CROSS BY MS. WALSH (RES.)                                6215

10:48AM  1    Q.   RIGHT.  AND HE COMPLIED WITH YOUR REQUEST; RIGHT?

10:48AM  2    A.   HE DID, YES.

10:48AM  3    Q.   OKAY.  AND WHAT MR. BALWANI SAYS UNDER THE "PS" IS, "AT

10:48AM  4    THE CONFERENCE," AND HE'S REFERRING TO THE JP MORGAN

10:48AM  5    CONFERENCE; RIGHT?  OR THAT WAS YOUR UNDERSTANDING?

10:48AM  6    A.   YES, THAT IS MY UNDERSTANDING.

10:48AM  7    Q.   OKAY.  "THE INTERMOUNTAIN HEALTH SYSTEMS ANNOUNCED THE

10:48AM  8    STRATEGIC PARTNERSHIP WITH THERANOS."

10:49AM  9         DO YOU SEE THAT?

10:49AM  10   A.   I DO.

10:49AM  11   Q.   AND THAT HAPPENED AT THE CONFERENCE, DIDN'T IT?

10:49AM  12   A.   YES.

10:49AM  13   Q.   OKAY.  "AS YOU MAY KNOW, IMH IS ONE OF THE LARGEST

10:49AM  14   HOSPITAL NETWORKS IN THE U.S. AND, MORE IMPORTANTLY, ONE OF THE

10:49AM  15   MOST RESPECTED ORGANIZATIONS AND KEY THOUGHT LEADERS.

10:49AM  16   INTERMOUNTAIN ADDITIONALLY PARTICIPATED AS AN EQUITY INVESTOR

10:49AM  17   IN THERANOS IN THE RECENT 2013 CLOSE."

10:49AM  18        DO YOU SEE THAT?

10:49AM  19   A.   I DO, YES.

10:49AM  20   Q.   SO MR. BALWANI WAS ALSO LETTING YOU KNOW THAT THERANOS HAD

10:49AM  21   ALSO RAISED MONEY AT THE END OF 2013; RIGHT?

10:49AM  22   A.   YES, AND HE HAD ACTUALLY ALREADY TOLD US THAT.

10:49AM  23   Q.   AND THEN --

10:49AM  24   A.   HE HAD ALREADY DISCLOSED THAT TO US IN OUR, IN OUR MEETING

10:49AM  25   THAT TOOK PLACE A FEW DAYS BEFORE THAT ON DECEMBER 9TH OR 10TH,

GROSSMAN CROSS BY MS. WALSH (RES.)                    6216

10:49AM  1    OR 10TH -- I'M SORRY.  A LOT OF DAYS AND MONTHS.  JANUARY 10TH.

10:49AM  2    THE EMAIL THAT TOOK PLACE ON JANUARY 10TH.  THIS EMAIL IS FROM

10:50AM  3    THE FOLLOWING WEEK.  SO WE ALREADY KNEW THAT.

10:50AM  4    Q.   AND HE TOLD YOU THAT; RIGHT?

10:50AM  5    A.   YEAH, HE ALREADY TOLD US THAT.

10:50AM  6    Q.   OKAY.  AND THE SECOND BULLET REFERS TO WALGREENS

10:50AM  7    ANNOUNCEMENT, COMMENTS ON THERANOS BY THEIR CEO AND CFO.

10:50AM  8        DO YOU SEE THAT?

10:50AM  9    A.   I DO.

10:50AM 10    Q.   AND WHAT HE SAYS IS, "GREG (CEO) - IN OUR HISTORY BOOK

10:50AM 11    THIS WILL BE A CRAWL, WALK, RUN.  WE HAVE LAUNCHED IN ONE STORE

10:50AM 12    IN PALO ALTO WHERE THERANOS IS LOCATED AND ARE BEGINNING A

10:50AM 13    ROLLOUT IN PHOENIX."

10:50AM 14        DO YOU SEE THAT?

10:50AM 15    A.   I DO.

10:50AM 16    Q.   AND SO LET'S TAKE A LOOK AT SOME OF THE SLIDES.

10:50AM 17        I KNOW MR. LEACH SHOWED YOU SOME.  AND I WANT TO SHOW YOU

10:50AM 18    SOME AS WELL.

10:50AM 19        SO IF WE COULD TURN TO --

10:51AM 20    A.   ARE YOU JUST GOING TO PUT THEM UP HERE?

10:51AM 21    Q.   YES.  I JUST HAVE TO GET THERE.  PAGE 16 OF THE EXHIBIT.

10:51AM 22        SO THE TITLE OF THE SLIDE IS THERANOS PATIENT SERVICE

10:51AM 23    CENTERS.

10:51AM 24        DO YOU SEE THAT?

10:51AM 25    A.   I DO.

10:51AM  1    Q.   OKAY.  AND WHAT IT SAYS IS, "THERANOS'S FOOTPRINT AT

10:51AM  2    RETAIL:

10:51AM  3         "THERANOS PATIENT SERVICE CENTERS ARE LOCATED WITHIN A

10:51AM  4    SMALLER RADIUS FROM THE PATIENT THAN CURRENTLY AVAILABLE."

10:51AM  5         DO YOU SEE THAT?

10:51AM  6    A.   I DO.

10:51AM  7    Q.   AND THAT PARAGRAPH IS WRITTEN IN THE PRESENT TENSE, IS IT

10:51AM  8    NOT.

10:51AM  9    A.   YES.

10:51AM  10   Q.   AND THEN THE NEXT PARAGRAPH SAYS, "THERANOS HAS MORE

10:51AM  11   PATIENT SERVICE CENTERS THAN ANY LAB PROVIDER IN CALIFORNIA."

10:52AM  12        DO YOU SEE THAT?

10:52AM  13   A.   YES.

10:52AM  14   Q.   AND THAT'S ALSO WRITTEN IN THE PRESENT TENSE; RIGHT?

10:52AM  15   A.   YES.

10:52AM  16   Q.   BUT YOU KNEW AT THIS TIME THAT THERANOS HAD ONLY THREE

10:52AM  17   PATIENT SERVICE CENTERS; CORRECT?

10:52AM  18   A.   YES.

10:52AM  19   Q.   AND, IN FACT, HAD ONLY ONE IN CALIFORNIA; RIGHT?

10:52AM  20   A.   I BELIEVE THAT'S RIGHT.

10:52AM  21   Q.   OKAY.  LET'S NOW TURN TO PAGE 33.

10:52AM  22        33 THE TITLE IS COMMERCIAL.

10:52AM  23        DO YOU SEE THAT?

10:52AM  24   A.   I DO.

10:52AM  25   Q.   AND IT DESCRIBES KEY DEPLOYMENTS; RIGHT?

GROSSMAN CROSS BY MS. WALSH (RES.)                    6218

10:52AM   1    A.   YES.

10:52AM   2    Q.   AND IF YOU GO DOWN TO THE THIRD BULLET, THAT REFERS TO

10:53AM   3    "EMERGENCY ROOMS, HOSPITALS, AND PROVIDER OFFICES."

10:53AM   4        DO YOU SEE THAT?

10:53AM   5    A.   I DO.

10:53AM   6    Q.   BUT YOU KNEW THAT THERANOS WAS NOT IN EMERGENCY ROOMS AT

10:53AM   7    THE TIME; RIGHT?

10:53AM   8    A.   I DON'T RECALL SPECIFICALLY WHAT WE WERE THINKING AT THAT

10:53AM   9    PARTICULAR DATE, BUT WE DEFINITELY EXPECTED THEM TO HAVE A

10:53AM  10    MAJOR PRESENCE IN HOSPITALS AND PROVIDE TESTING SERVICES TO

10:53AM  11    BOTH HOSPITALS ON AN OUTPATIENT BASIS, AND THEN ACTUALLY

10:53AM  12    REPLACE THE HOSPITAL LABORATORY.

10:53AM  13    Q.   IN THE FUTURE; CORRECT?

10:53AM  14    A.   LIKE I SAID, I DON'T REMEMBER SPECIFICALLY WHAT WE THOUGHT

10:53AM  15    AT THAT PARTICULAR POINT IN TIME.

10:53AM  16    Q.   OKAY.  LET'S GO DOWN TO THE NEXT BULLET.  "INTERNATIONAL

10:53AM  17    HEALTH CARE INFRASTRUCTURE."

10:53AM  18        DO YOU SEE THAT?

10:53AM  19    A.   I DO.

10:53AM  20    Q.   BUT YOU KNEW AT THE TIME THAT THERANOS WAS NOT OPERATING

10:53AM  21    INTERNATIONALLY; RIGHT?

10:53AM  22    A.   WE DID KNOW THAT.

10:54AM  23    Q.   OKAY.  AND THEN GOING DOWN TO "INFECTIOUS DISEASE AND

10:54AM  24    POPULATION THREATS."

10:54AM  25        DO YOU SEE THAT?

ER-4751

GROSSMAN CROSS BY MS. WALSH (RES.)                    6219

10:54AM 1    A.   I DO.

10:54AM 2    Q.   AND YOU KNEW THAT THERANOS WAS NOT ROLLING OUT ANYTHING

10:54AM 3    RELATED, AT THIS TIME, RELATED TO INFECTIOUS DISEASE AND

10:54AM 4    POPULATION THREATS; RIGHT?

10:54AM 5    A.   I DON'T BELIEVE THAT'S RIGHT.

10:54AM 6    Q.   OKAY.  LET'S GO DOWN TO DOD.

10:54AM 7         DO YOU SEE THAT?

10:54AM 8    A.   I DO.

10:54AM 9    Q.   YOU KNEW AT THE TIME THAT THERANOS -- OR YOU CAME TO LEARN

10:54AM 10   THAT THERANOS WAS NOT PROJECTING ANY REVENUE FROM ANY

10:54AM 11   DEPARTMENT OF DEFENSE PROJECT AT THAT TIME?

10:54AM 12   A.   NO, THAT'S NOT CORRECT.

10:54AM 13   Q.   OKAY.  SO WE'LL TAKE A LOOK AT THE MODEL, AND WE'LL COME

10:54AM 14   BACK TO THAT POINT.

10:55AM 15   A.   OKAY.

10:55AM 16   Q.   LET'S LOOK AT PAGE 34.

10:55AM 17        THIS IS TITLED THERANOS INFRASTRUCTURE.

10:55AM 18        DO YOU SEE THAT?

10:55AM 19   A.   YES.

10:55AM 20   Q.   AND IT SAYS, "NATIONAL RETAIL FOOTPRINT AND HEALTH PLAN

10:55AM 21   PARTNERSHIPS THROUGHOUT THE UNITED STATES FOR AN UNPRECEDENTED

10:55AM 22   INFRASTRUCTURE WHICH EXCEEDS THAT OF A COMMERCIAL LABORATORY IN

10:55AM 23   TODAY'S MARKET."

10:55AM 24        DO YOU SEE THAT?

10:55AM 25   A.   I DO.

ER-4752

10:55AM  1    Q.   BUT YOU KNEW AT THE TIME THAT THERANOS'S RETAIL FOOTPRINT

10:55AM  2    AT THAT TIME DID NOT EXCEED THAT OF ANY COMMERCIAL LABORATORY

10:55AM  3    IN TODAY'S MARKET; RIGHT?

10:55AM  4    A.   ARE YOU REFERRING TO THE DATE HE EMAILED THIS

10:55AM  5    PRESENTATION?

10:55AM  6    Q.   YEAH.

10:55AM  7    A.   THE DATE HE EMAILED THIS, YEAH, WE KNEW THAT THEY JUST

10:56AM  8    STARTED THE COMMERCIAL ROLLOUT.

10:56AM  9    Q.   RIGHT.  SO THIS STATEMENT IS NOT INDICATIVE OF WHAT

10:56AM 10    CURRENTLY EXISTED; RIGHT?

10:56AM 11    A.   WELL, I GUESS IT DOESN'T REFER TO THE JANUARY 12TH, WHEN

10:56AM 12    HE SENT US THIS PRESENTATION.

10:56AM 13         I THINK IT'S MORE REFERRING TO WHAT THEY EXPECTED THE

10:56AM 14    BUSINESS TO LOOK LIKE OVER THE NEXT COUPLE OF MONTHS.

10:56AM 15    Q.   SO IT WAS FUTURE LOOKING; CORRECT?

10:56AM 16    A.   I THINK IT WAS A REPRESENTATION OF WHAT THE BUSINESS

10:56AM 17    EXPECTED THEIR BUSINESS TO LOOK LIKE, YES.

10:56AM 18    Q.   OKAY.  AND IF WE LOOK AT SLIDE 35, DO YOU SEE THAT?

10:56AM 19    A.   I DO.

10:56AM 20    Q.   THAT'S THE MAP OF ALL OF THE WALGREENS STORES ALL OVER THE

10:56AM 21    COUNTRY; RIGHT?

10:56AM 22    A.   YEAH.  IT SEEMS LIKE A LOT OF WALGREENS STORES, BUT YEAH.

10:56AM 23         (LAUGHTER.)

10:56AM 24    BY MS. WALSH:

10:56AM 25    Q.   IT'S A LOT OF STORES; RIGHT?

10:56AM   1    A.   THERE'S NOTHING ELSE YOU COULD FIT IN THERE.

10:56AM   2    Q.   RIGHT.  IT'S A CROWDED MAP; CORRECT?

10:56AM   3         AND THE TITLE IS THERANOS INFRASTRUCTURE AT WALGREENS;

10:57AM   4    RIGHT?

10:57AM   5    A.   YES, THAT IS THE TITLE.

10:57AM   6    Q.   BUT YOU KNEW THAT THERANOS WAS NOT IN ALL OF THESE

10:57AM   7    WALGREENS STORES; CORRECT?

10:57AM   8    A.   AT THAT POINT IN TIME ON JANUARY 12TH, YES, WE KNEW THAT.

10:57AM   9    Q.   JUST ONE MORE ON PAGE 61.  THE TITLE OF THIS SLIDE IS THE

10:57AM  10    THERANOS LAB.

10:57AM  11         DO YOU SEE THAT?

10:57AM  12    A.   I DO.

10:57AM  13    Q.   AND THE FIRST PARAGRAPH SAYS, "PATIENT SERVICE CENTERS."

10:57AM  14         RIGHT?

10:57AM  15    A.   YES.

10:57AM  16    Q.   AND "PATIENT SERVICE CENTERS ALLOW FOR CONVENIENT PATIENT

10:57AM  17    ACCESS TO LABORATORY COLLECTION SITES, FAR EXCEEDING CURRENT

10:58AM  18    INDEPENDENT LABORATORY FOOTPRINTS."

10:58AM  19         DO YOU SEE THAT?

10:58AM  20    A.   I DO.

10:58AM  21    Q.   AND AT THIS POINT IN TIME IN JANUARY OF 2014, THERANOS'S

10:58AM  22    COLLECTION SITES DID NOT FAR EXCEED INDEPENDENT LAB FOOTPRINTS;

10:58AM  23    IS THAT RIGHT?

10:58AM  24    A.   ON JANUARY 12TH, THAT IS CORRECT, OF 2014, THAT IS

10:58AM  25    CORRECT.

GROSSMAN CROSS BY MS. WALSH (RES.)                                    6222

10:58AM   1    Q.   OKAY.  LET'S PULL UP 1454, WHICH IS IN EVIDENCE.

10:59AM   2         DO YOU SEE THAT?

10:59AM   3    A.   I DO.

10:59AM   4    Q.   OKAY.  ALL RIGHT.  SO IF WE COULD TURN TO PAGE 2 OF THAT

10:59AM   5    EXHIBIT AND LOOK AT THE MIDDLE EMAIL, YOU WRITE TO MR. BALWANI

10:59AM   6    ON JANUARY 17TH, "SUNNY.

10:59AM   7         "THANKS FOR THE MATERIALS AND CONGRATS ON THE

10:59AM   8    INTERMOUNTAIN DEAL."

10:59AM   9         DO YOU SEE THAT?

10:59AM  10    A.   I DO.

10:59AM  11    Q.   AND THAT'S THE DEAL THAT WE WERE JUST REFERRING TO; RIGHT?

10:59AM  12    A.   YES.

10:59AM  13    Q.   AND THAT WAS ANNOUNCED AT THE JP MORGAN HEALTH CARE

10:59AM  14    CONFERENCE; IS THAT CORRECT?

10:59AM  15    A.   IT APPEARS TO BE, YEAH.

10:59AM  16    Q.   OKAY.  SORRY.  GO AHEAD.

10:59AM  17    A.   I DON'T RECALL SPECIFICALLY, BUT I THINK THAT WAS -- I

11:00AM  18    THINK THAT'S PROBABLY RIGHT.

11:00AM  19    Q.   OKAY.  AND YOU GO ON TO SAY, "THAT'S A GREAT VALIDATION

11:00AM  20    FOR THE TECHNOLOGY AND THE COMPANY.  I WAS WONDERING IF YOU

11:00AM  21    HAVE ANY TIME NEXT WEEK FOR A FOLLOW-UP MEETING.  WE HAVE A FEW

11:00AM  22    AREAS WE'D LIKE TO FOLLOW UP ON."

11:00AM  23         DO YOU SEE THAT?

11:00AM  24    A.   YES.

11:00AM  25    Q.   OKAY.  AND THEN IF WE GO UP THE CHAIN, MR. BALWANI

GROSSMAN CROSS BY MS. WALSH (RES.)                                        6223

11:00AM  1    RESPONDS -- I'M SORRY.

11:00AM  2        IF WE GO UP THE CHAIN TO JANUARY 22ND AT 5:31 A.M., YOU

11:00AM  3    WRITE TO MR. BALWANI, "THANKS AGAIN FOR THE TIME YESTERDAY."

11:00AM  4        RIGHT?

11:00AM  5    A.   YES.

11:00AM  6    Q.   "I THINK WE'VE ANSWERED THE MAJORITY OF OUR OPEN QUESTIONS

11:00AM  7    AND HAVE JUST A FEW REMAINING ISSUES TO ADDRESS.  WE WOULD LIKE

11:00AM  8    TO ADD A FEW CONSULTANTS TO THE NDA AS WE DISCUSSED YESTERDAY.

11:00AM  9    WE'D ALSO LIKE TO SPEAK WITH SOMEBODY, IF THEY ARE OPEN TO IT,

11:01AM 10    FROM UNITED HEALTH CARE."

11:01AM 11        DO YOU SEE THAT?

11:01AM 12    A.   YES.

11:01AM 13    Q.   AND YOU TESTIFIED ON WEDNESDAY ABOUT YOUR WANTING TO TALK

11:01AM 14    TO SOMEONE FROM UNITED HEALTH CARE; RIGHT?

11:01AM 15    A.   YES.

11:01AM 16    Q.   BECAUSE YOUR UNDERSTANDING WAS THERANOS HAD A CONTRACT

11:01AM 17    WITH UNITED HEALTH CARE; CORRECT?

11:01AM 18    A.   THAT IS WHAT MR. -- THAT IS WHAT THE COMPANY TOLD US IN

11:01AM 19    THE SECOND MEETING ON DECEMBER 9TH, YES.

11:01AM 20    Q.   AND YOU TESTIFIED THAT MR. BALWANI WASN'T COMFORTABLE WITH

11:01AM 21    HAVING YOU TALK WITH SOMEONE FROM UNITED HEALTH CARE; RIGHT?

11:01AM 22    A.   THAT IS RIGHT.

11:01AM 23    Q.   OKAY.  AND MR. BALWANI OFFERED TO SHOW YOU THE CONTRACT

11:01AM 24    ITSELF; CORRECT?

11:01AM 25    A.   I BELIEVE HE OFFERED TO SHOW US THE SIGNATURE PAGES OF THE

11:01AM 1      CONTRACT, BUT -- SO I GUESS THAT WOULD BE A NO.

11:01AM 2          BUT KIND OF A YES.

11:01AM 3      Q.   OKAY.  AND YOU SAW, AT THE VERY LEAST, YOU SAW THE

11:01AM 4      SIGNATURE PAGE, RIGHT, OF THE CONTRACT?

11:02AM 5      A.   HE DID, HE DID SHOW -- I DO RECALL SEEING THE SIGNATURE

11:02AM 6      PAGE, YES.

11:02AM 7      Q.   OKAY.

11:02AM 8          MAY I APPROACH, YOUR HONOR?

11:02AM 9              THE COURT:  YES.

11:02AM 10             MS. WALSH:  (HANDING.)

11:02AM 11     Q.   DO YOU SEE WHAT HAS BEEN MARKED AS EXHIBIT 20812,

11:02AM 12     MR. GROSSMAN?

11:02AM 13     A.   I DO.

11:02AM 14     Q.   AND IF YOU TURN TO PAGE 19 OF THAT EXHIBIT.

11:03AM 15         DO YOU SEE THAT?

11:03AM 16     A.   I DO.

11:03AM 17     Q.   AND THAT'S THE SIGNATURE PAGE THAT MR. BALWANI SHOWED YOU;

11:03AM 18     RIGHT?

11:03AM 19     A.   I DON'T RECALL SPECIFICALLY.

11:03AM 20     Q.   WELL, YOU RECALL SEEING A CONTRACT, THAT SIGNATURE PAGE ON

11:03AM 21     A CONTRACT WITH UNITED HEALTH CARE; RIGHT?

11:03AM 22     A.   I REMEMBER SEEING SOMETHING -- SOME TYPE OF SIGNATURE, A

11:03AM 23     DOCUMENT IN A FOLDER, BUT I DON'T, I DON'T REMEMBER

11:03AM 24     SPECIFICALLY -- I DON'T HAVE A VIVID MEMORY OF THE DOCUMENT.

11:03AM 25     Q.   OKAY.  BUT YOU SEE MR. BALWANI'S SIGNATURE; CORRECT?

| | | |
|---|---|---|
| 11:03AM | 1 | A.  I SEE MR. BALWANI'S SIGNATURE HERE, YES. |
| 11:03AM | 2 | Q.  AND YOU SEE IT'S DATED JANUARY 11TH, 2013; RIGHT? |
| 11:03AM | 3 | A.  I DO, YEP. |
| 11:03AM | 4 | Q.  AND YOU SEE A SIGNATURE FOR UNITED HEALTH CARE INSURANCE |
| 11:03AM | 5 | COMPANY; RIGHT? |
| 11:03AM | 6 | A.  YES. |
| 11:03AM | 7 | Q.  AND YOU SEE THAT THAT SIGNATURE IS DATED JANUARY 26TH, |
| 11:04AM | 8 | 2013? |
| 11:04AM | 9 | A.  YES. |
| 11:04AM | 10 | Q.  OKAY.  AND IS IT YOUR TESTIMONY THAT YOU DON'T RECALL |
| 11:04AM | 11 | WHETHER THIS IS THE SIGNATURE PAGE THAT MR. BALWANI SHOWED YOU? |
| 11:04AM | 12 | A.  I DON'T RECALL. |
| 11:04AM | 13 | Q.  OKAY.  YOU CAN PUT THAT ASIDE. |
| 11:04AM | 14 | IF YOU CAN TURN TO EXHIBIT 14002. |
| 11:04AM | 15 | A.  OKAY. |
| 11:04AM | 16 | Q.  AND THAT'S AN EMAIL BETWEEN YOU AND YOUR TEAM; RIGHT? |
| 11:05AM | 17 | A.  YES. |
| 11:05AM | 18 | Q.  AND IT'S ON JANUARY 15TH, 2014; RIGHT? |
| 11:05AM | 19 | A.  YES. |
| 11:05AM | 20 | Q.  AND IT'S AN EMAIL DISCUSSING THERANOS; CORRECT? |
| 11:05AM | 21 | A.  YES. |
| 11:05AM | 22 | MS. WALSH:  YOUR HONOR, WE OFFER 14002. |
| 11:05AM | 23 | MR. LEACH:  NO OBJECTION, YOUR HONOR. |
| 11:05AM | 24 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 11:05AM | 25 | (DEFENDANT'S EXHIBIT 14002 WAS RECEIVED IN EVIDENCE.) |

GROSSMAN CROSS BY MS. WALSH (RES.)                          6226

11:05AM  1    BY MS. WALSH:

11:05AM  2    Q.   SO THIS IS DR. RABODZEY EMAILING MR. KHANNA AND YOU ON

11:05AM  3    JANUARY 15TH, 2014, AND THE SUBJECT IS MDX AND FDA.

11:05AM  4         DO YOU SEE THAT?

11:05AM  5    A.   I DO.

11:05AM  6    Q.   OKAY.  AND DR. RABODZEY SAYS IN THE EMAIL, "I CHECKED WITH

11:05AM  7    NSTG."

11:05AM  8         DO YOU SEE THAT?

11:05AM  9    A.   I DO.

11:05AM  10   Q.   AND THAT'S NANOSTRING TECHNOLOGIES; CORRECT?

11:05AM  11   A.   THAT'S THE TICKER -- THAT IS RIGHT.

11:05AM  12   Q.   AND THAT'S A BIOTECH COMPANY; CORRECT?

11:06AM  13   A.   IT'S A MOLECULAR DIAGNOSTICS.  IT'S A TESTING COMPANY,

11:06AM  14   DIAGNOSTICS COMPANY.

11:06AM  15   Q.   OKAY.

11:06AM  16   A.   THAT -- YEAH, THAT -- AND THAT'S THE STOCK TICKER SYMBOL.

11:06AM  17   Q.   OKAY.  AND DR. RABODZEY SAYS, "SO I CHECKED WITH NSTG, AND

11:06AM  18   THEY DID CONFIRM THAT A DEVICE USED FOR TESTING OUTSIDE OF THE

11:06AM  19   CLIA LAB HAS TO BE FDA CLEARED."

11:06AM  20        DO YOU SEE THAT?

11:06AM  21   A.   I DO.

11:06AM  22   Q.   "THIS WOULD APPLY TO THERANOS IF AND WHEN THEY DECIDE TO

11:06AM  23   MOVE THE DEVICE OUT OF THE CLIA LAB.

11:06AM  24        "NOT A BIG DEAL IN MY VIEW, BUT SOMETHING TO KEEP IN

11:06AM  25   MIND."

ER-4759

GROSSMAN CROSS BY MS. WALSH (RES.)                6227

| | | |
|---|---|---|
| 11:06AM | 1 | DO YOU SEE THAT? |
| 11:06AM | 2 | A.   I DO. |
| 11:06AM | 3 | Q.   SO DR. RABODZEY IS RAISING THE ISSUE OF THE FDA REQUIRING |
| 11:06AM | 4 | THERANOS TO GET SOME SORT OF CLEARANCE OR APPROVAL TO MOVE THE |
| 11:07AM | 5 | DEVICE OUTSIDE OF THE LAB; IS THAT CORRECT? |
| 11:07AM | 6 | A.   I THINK HE'S RAISING THIS AS A POSSIBILITY, BUT OBVIOUSLY |
| 11:07AM | 7 | WE DON'T KNOW AT THIS POINT IN TIME WHAT THE FDA IS GOING TO |
| 11:07AM | 8 | DO, AND THE COMPANY HAD A VERY DIFFERENT PERSPECTIVE ON THE |
| 11:07AM | 9 | REGULATORY PROCESS. |
| 11:07AM | 10 | Q.   OKAY.  SO LET'S TURN TO 7399. |
| 11:07AM | 11 | A.   I'M NOT SURE I HAVE THAT. |
| 11:07AM | 12 | THE COURT:  7399? |
| 11:07AM | 13 | MS. WALSH:  7399.  NOT THERE? |
| 11:07AM | 14 | THE WITNESS:  NO. |
| 11:08AM | 15 | MS. WALSH:  OKAY.  WE WILL BACK TO THAT. |
| 11:08AM | 16 | Q.   OKAY.  LET'S TURN TO 7400. |
| 11:08AM | 17 | DO YOU SEE 7400? |
| 11:08AM | 18 | A.   I DO. |
| 11:08AM | 19 | Q.   OKAY.  AND 7400 IS AN EMAIL FROM SHELLEY SMITH TO |
| 11:08AM | 20 | MR. KHANNA. |
| 11:08AM | 21 | DO YOU SEE THAT ON THE TOP? |
| 11:09AM | 22 | A.   OH, YES.  SORRY. |
| 11:09AM | 23 | Q.   OKAY.  AND WHO WAS SHELLEY SMITH? |
| 11:09AM | 24 | A.   SHE WAS AN ADMINISTRATIVE ASSISTANT THAT WORKED WITH |
| 11:09AM | 25 | MR. KHANNA. |

ER-4760

11:09AM   1    Q.   OKAY.  AND THE DATE OF THE EMAIL IS JANUARY 23RD, 2014;

11:09AM   2    RIGHT?

11:09AM   3    A.   YES.

11:09AM   4    Q.   AND IT -- THIS IS AN EMAIL WHERE MR. KHANNA IS LOOKING

11:09AM   5    INTO HAVING A CONSULTATION WITH SOMEONE WHO KNOWS ABOUT

11:09AM   6    LABORATORY DEVELOPED TESTS; IS THAT RIGHT?

11:09AM   7    A.   MAYBE I COULD JUST REVIEW THE FILE HERE.

11:09AM   8    Q.   SURE.

11:09AM   9         (PAUSE IN PROCEEDINGS.)

11:09AM   10            THE WITNESS:  YES.

11:09AM   11   BY MS. WALSH:

11:09AM   12   Q.   OKAY.  AND PFM WAS TRYING TO CONSULT WITH PEOPLE ABOUT

11:09AM   13   LABORATORY DEVELOPED TESTS IN CONNECTION WITH A POTENTIAL

11:09AM   14   INVESTMENT IN THERANOS; IS THAT RIGHT?

11:09AM   15   A.   YES.

11:09AM   16   Q.   OKAY.  AND THIS IS AN EMAIL IN FURTHERANCE OF TRYING TO

11:10AM   17   CONSULT WITH AN EXPERT ON THAT?

11:10AM   18   A.   YES.

11:10AM   19            MS. WALSH:  YOUR HONOR, WE OFFER 7400.

11:10AM   20            MR. LEACH:  NO OBJECTION, YOUR HONOR.

11:10AM   21            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:10AM   22       (DEFENDANT'S EXHIBIT 7400 WAS RECEIVED IN EVIDENCE.)

11:10AM   23   BY MS. WALSH:

11:10AM   24   Q.   OKAY.  SO MS. SMITH SAYS TO A PERSON NAMED ALEX, "A

11:10AM   25   CONSULTATION IS CONFIRMED WITH ANAND AKERKAR ON LABORATORY

GROSSMAN CROSS BY MS. WALSH (RES.)                                    6229

11:10AM   1       DEVELOPED TESTS."

11:10AM   2            DO YOU SEE THAT?

11:10AM   3       A.   I DO.

11:10AM   4       Q.   AND THE BIO FOR DR. AKERKAR IS THAT HE, AND IT'S LAID OUT

11:10AM   5       IN THE EMAIL, IS THAT HE'S THE PRESIDENT AND CEO OF MDI

11:10AM   6       CONSULTANTS.

11:10AM   7            DO YOU SEE THAT?

11:10AM   8       A.   I DO.

11:10AM   9       Q.   AND THAT'S A FIRM THAT "PROVIDES QUALITY ASSURANCE,

11:10AM   10      REGULATORY AND CLINICAL SERVICES TO THE MEDICAL DEVICE,

11:10AM   11      PHARMACEUTICAL, AND FOOD INDUSTRIES."

11:10AM   12           RIGHT?

11:10AM   13      A.   YES.

11:11AM   14      Q.   AND A LITTLE FURTHER IT SAYS, "MDI'S SERVICES INCLUDE:

11:11AM   15      FDA REGULATORY STRATEGY DEVELOPMENT."

11:11AM   16           RIGHT?

11:11AM   17      A.   YES.

11:11AM   18      Q.   "CLINICAL TRIAL DEVELOPMENT."

11:11AM   19           CORRECT?

11:11AM   20      A.   YES.

11:11AM   21      Q.   AND THEN A LITTLE FURTHER DOWN IT SAYS, "DR. AKERKAR HAS

11:11AM   22      40 YEARS OF EXPERIENCE IN THE HEALTH CARE INDUSTRY."

11:11AM   23           RIGHT?

11:11AM   24      A.   YES.

11:11AM   25      Q.   OKAY.  AND THEN THERE ARE TWO SCREENING QUESTIONS THERE IN

11:11AM 1    THE EMAIL.  THE FIRST ONE IS, "ARE YOU FAMILIAR WITH AND ABLE

11:11AM 2    TO DISCUSS THE REQUIREMENTS THAT ARE NEEDED FOR LABORATORY

11:11AM 3    DEVELOPED TESTS?"

11:11AM 4        DO YOU SEE THAT?

11:11AM 5    A.   YES.

11:11AM 6    Q.   AND FOR LABORATORY DEVELOPED TESTS TO BE CLIA CERTIFIED;

11:11AM 7    RIGHT?

11:11AM 8    A.   YES.

11:11AM 9    Q.   AND HIS RESPONSE IS "I WROTE THE CLIA MANUAL FOR USERS OF

11:11AM 10   IVD TESTS AND QUITE FAMILIAR WITH ITS REGULATIONS."

11:11AM 11       DO YOU SEE THAT?

11:11AM 12   A.   I DO.

11:11AM 13   Q.   AND THEN THE SECOND QUESTION IS, "PLEASE DESCRIBE ANY

11:11AM 14   EXPERIENCE YOU HAVE SUBMITTING THESE TESTS FOR APPROVAL OR

11:11AM 15   EVALUATING THESE TESTS FOR FDA AND/OR CLIA APPROVAL AND

11:12AM 16   CERTIFICATION."

11:12AM 17       DO YOU SEE THAT?

11:12AM 18   A.   I DO.

11:12AM 19   Q.   AND HE RESPONDED, "WE HAVE GUIDED SEVERAL OF OUR CLIENTS

11:12AM 20   TO GET CLIA WAIVER."

11:12AM 21       RIGHT?

11:12AM 22   A.   YES.

11:12AM 23   Q.   SO IN THE PROCESS OF DOING YOUR DUE DILIGENCE ON THERANOS,

11:12AM 24   YOU WERE CONSULTING WITH EXPERTS IN THE FIELD TO GET ADVICE;

11:12AM 25   RIGHT?

| | | |
|---|---|---|
| 11:12AM | 1 | A.   YES. |
| 11:12AM | 2 | Q.   AND THIS IS ONE OF THOSE EXPERTS? |
| 11:12AM | 3 | A.   YES. |
| 11:12AM | 4 | Q.   OKAY.  IF WE CAN TURN TO 20662. |
| 11:12AM | 5 | THE COURT:  WHILE WE DO THAT, FOLKS, WHY DON'T YOU |
| 11:12AM | 6 | STAND UP AND STRETCH FOR A MOMENT. |
| 11:12AM | 7 | THE WITNESS:  I'M SORRY.  WHAT WAS THE NUMBER? |
| 11:12AM | 8 | MS. WALSH:  20662. |
| 11:12AM | 9 | (STRETCHING.) |
| 11:13AM | 10 | MS. WALSH:  MAY I PROCEED, YOUR HONOR? |
| 11:13AM | 11 | THE COURT:  YES. |
| 11:13AM | 12 | MS. WALSH:  BEFORE WE GO TO 20662, I HAVE LOCATED |
| 11:13AM | 13 | THE MISSING EXHIBIT. |
| 11:13AM | 14 | SO MAY I APPROACH, YOUR HONOR? |
| 11:13AM | 15 | THE COURT:  YES. |
| 11:13AM | 16 | MS. WALSH:  (HANDING.) |
| 11:14AM | 17 | Q.   OKAY.  SO, MR. GROSSMAN, DO YOU HAVE EXHIBIT 7399 IN FRONT |
| 11:14AM | 18 | OF YOU? |
| 11:14AM | 19 | A.   I DO. |
| 11:14AM | 20 | Q.   OKAY.  AND IS 7399 AN EMAIL FROM DR. RABODZEY TO YOU AND |
| 11:14AM | 21 | MR. KHANNA? |
| 11:14AM | 22 | A.   YES. |
| 11:14AM | 23 | Q.   AND THE DATE OF THAT EMAIL IS JANUARY 21ST, 2014; CORRECT? |
| 11:14AM | 24 | A.   YES. |
| 11:14AM | 25 | Q.   AND THIS IS A COMMUNICATION FROM DR. RABODZEY TO YOU AND |

11:14AM   1    MR. KHANNA ABOUT SOME RESEARCH HE HAD BEEN DOING IN CONNECTION

11:14AM   2    WITH THE THERANOS INVESTMENT; CORRECT?

11:14AM   3    A.   I HAVEN'T READ IT.   BUT DO YOU WANT ME TO READ THROUGH THE

11:14AM   4    EMAIL?

11:14AM   5    Q.   SURE.   TO ANSWER THAT QUESTION, SURE.

11:14AM   6    A.   OKAY.

11:14AM   7         (PAUSE IN PROCEEDINGS.)

11:15AM   8    A.   OKAY.

11:15AM   9    Q.   SO IS THAT AN EMAIL FROM DR. RABODZEY TO YOU ABOUT THE

11:15AM  10    THERANOS INVESTMENT?

11:15AM  11    A.   YES.

11:15AM  12              MS. WALSH:   OKAY.   YOUR HONOR, WE OFFER 7399.

11:15AM  13              MR. LEACH:   NO OBJECTION, YOUR HONOR.

11:15AM  14              THE COURT:   IT'S ADMITTED, AND IT MAY BE PUBLISHED.

11:15AM  15         (DEFENDANT'S EXHIBIT 7399 WAS RECEIVED IN EVIDENCE.)

11:15AM  16    BY MS. WALSH:

11:15AM  17    Q.   SO, DR. RABODZEY SAYS, "HI GUYS."

11:15AM  18         AND THIS IS TO YOU AND MR. KHANNA.

11:15AM  19         "I DID SOME MORE READING ON THE CLIA REQUIREMENTS?"

11:16AM  20         AND THE CLIA REQUIREMENTS ARE THE REGULATIONS THAT APPLY

11:16AM  21    TO BLOOD TESTING LABS; CORRECT?

11:16AM  22    A.   I BELIEVE IT'S ANY LABORATORY THAT WANTS TO BILL THE

11:16AM  23    FEDERAL GOVERNMENT, EITHER MEDICARE OR MEDICAID PROGRAMS HAVE

11:16AM  24    TO MEET THE CLIA STANDARDS WHICH WERE LAID OUT IN THE LAW FROM

11:16AM  25    THE LATE 1980S.

GROSSMAN CROSS BY MS. WALSH (RES.)                                6233

11:16AM  1    Q.   AND DR. RABODZEY SAYS, "I DID SOME MORE READING ON THE

11:16AM  2    CLIA REQUIREMENTS, AND THERANOS SEEMS TO BE CORRECT THAT THE

11:16AM  3    CLIA CERTIFICATION DOES MEAN THAT THEIR TESTS MET A CERTAIN

11:16AM  4    LEVEL OF ACCURACY.

11:16AM  5         "THIS MAY OR MAY NOT BE SUFFICIENT TO MEET FDA CRITERIA,

11:16AM  6    BUT I HAVE NO REASON TO BELIEVE IT WON'T.

11:16AM  7         "I ASKED GPG FOR TWO CONSULTANTS:  ONE PERSON WHO

11:16AM  8    DEVELOPED LAB TESTS IN THE PAST AND CAN HELP EVALUATE THE

11:16AM  9    TECHNOLOGY AND ANOTHER PERSON WHO UNDERSTANDS CLIA AND FDA

11:16AM 10    REGULATIONS TO EVALUATE THE REQUIREMENTS THAT THERANOS HAD TO

11:17AM 11    MEET TO GET CLIA CERTIFICATION."

11:17AM 12         DO YOU SEE THAT?

11:17AM 13    A.   I DO.

11:17AM 14    Q.   AND THEN DR. RABODZEY GOES ON TO SAY, "ON THIS WHOLE

11:17AM 15    PHASE II STRATEGY," AND THAT'S A STRATEGY OF PUTTING THE

11:17AM 16    DEVICES IN THE STORES; IS THAT RIGHT?

11:17AM 17    A.   THAT'S FOR THE U.S. RETAIL, YES.

11:17AM 18    Q.   SO PUTTING THE DEVICES IN THE STORE?

11:17AM 19    A.    IN THE U.S. RETAIL SETTING, YES.

11:17AM 20    Q.   "I WOULD STICK TO THE VIEW SHARED BY THE LAWYERS WE SPOKE

11:17AM 21    WITH THAT THE FDA WILL WANT TO REGULATE TESTING AND WILL NOT

11:17AM 22    BUY INTO THIS IDEA OF CLOUD DATA, SO THEY WILL HAVE TO GET THE

11:17AM 23    DEVICE APPROVED BY THE FDA AND/OR THEY MAY NEED TO GET SOME

11:17AM 24    FORM OF CLIA CLEARANCE FOR THOSE WALGREENS LOCATIONS WHERE

11:17AM 25    SYSTEMS ARE DEPLOYED."

ER-4766

GROSSMAN CROSS BY MS. WALSH (RES.)                                    6234

11:17AM   1                DO YOU SEE THAT?

11:17AM   2        A.   I DO.

11:17AM   3        Q.   AND THEN IF YOU SKIP DOWN A COUPLE OF SENTENCES,

11:17AM   4        DR. RABODZEY SAYS, "I WOULD THINK THIS IS NOT A BIG DEAL, BUT

11:17AM   5        MAYBE A BIT OF A DELAY FOR THAT PHASE ONLY, STILL THEY CAN WORK

11:17AM   6        AROUND THESE OBSTACLES QUICKLY AND CAPTURE VOLUME THROUGH THEIR

11:18AM   7        HUB AND SPOKE MODEL."

11:18AM   8                DO YOU SEE THAT?

11:18AM   9        A.   I DO.

11:18AM  10        Q.   AND THEN IN THE SECOND TO THE LAST SENTENCE HE SAYS, "IF

11:18AM  11        THEY DO GET AWAY WITH THIS CLOUD IDEA, THIS IS UPSIDE, BUT IN

11:18AM  12        THE ABSENCE OF A WRITTEN COMMITMENT FROM THE FDA, I AM NOT SURE

11:18AM  13        THIS COULD BE A BASE CASE."

11:18AM  14                DO YOU SEE THAT?

11:18AM  15        A.   I DO.

11:18AM  16        Q.   OKAY.  SO NOW LET'S GO TO EXHIBIT 20662 IN YOUR BINDER.

11:18AM  17                DO YOU SEE THAT?

11:18AM  18        A.   YEAH.

11:18AM  19        Q.   AND IS THIS ANOTHER EMAIL FROM DR. RABODZEY TO YOU AND

11:18AM  20        MR. KHANNA?

11:18AM  21        A.   YES, IT IS.

11:18AM  22        Q.   AND THAT'S JANUARY 24TH, 2014; RIGHT?

11:18AM  23        A.   YES.

11:18AM  24        Q.   AND IT'S ABOUT THERANOS; CORRECT?

11:18AM  25        A.   YES.

GROSSMAN CROSS BY MS. WALSH (RES.)                    6235

| | | |
|---|---|---|
| 11:18AM | 1 | MS. WALSH:  YOUR HONOR, WE OFFER 20662. |
| 11:19AM | 2 | MR. LEACH:  NO OBJECTION. |
| 11:19AM | 3 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 11:19AM | 4 | (DEFENDANT'S EXHIBIT 20662 WAS RECEIVED IN EVIDENCE.) |
| 11:19AM | 5 | BY MS. WALSH: |
| 11:19AM | 6 | Q.   OKAY.  JUST FOCUSSING ON THE TOP PART OF THE EMAIL. |
| 11:19AM | 7 | DR. RABODZEY SAYS TO YOU, "HERE IS SOMETHING TO DISCUSS |
| 11:19AM | 8 | WITH THERANOS:  WHILE THERE IS NO CLEAR GUIDANCE ON COEFFICIENT |
| 11:19AM | 9 | OF VARIATION NEEDED FOR CLIA CERTIFICATION BY TEST, IT IS |
| 11:19AM | 10 | USUALLY UNDER 5 PERCENT." |
| 11:19AM | 11 | DO YOU SEE THAT? |
| 11:19AM | 12 | A.   I DO. |
| 11:19AM | 13 | Q.   OKAY.  "BELOW IS A DESCRIPTION OF PARVOVIRUS TEST WITH CV |
| 11:19AM | 14 | OF 4.5 PERCENT." |
| 11:19AM | 15 | DO YOU SEE THAT? |
| 11:19AM | 16 | A.   I DO. |
| 11:19AM | 17 | Q.   AND THEN DR. RABODZEY POINTS OUT, "SAME TEST FROM THERANOS |
| 11:19AM | 18 | HAS AROUND 15-20 PERCENT INTERCARTRIDGE VARIATION; CORRECT? |
| 11:19AM | 19 | A.   YES. |
| 11:19AM | 20 | Q.   OKAY.  AND THAT'S HIGHER THAN 5 PERCENT; RIGHT? |
| 11:19AM | 21 | A.   15 TO 20 PERCENT IS HIGHER THAN 5 PERCENT, YES. |
| 11:20AM | 22 | Q.   OKAY.  AND THEN HE GOES ON TO SAY, "ALSO, SOME OF THEIR |
| 11:20AM | 23 | TESTS HAVE POOR R2." |
| 11:20AM | 24 | DO YOU SEE THAT? |
| 11:20AM | 25 | A.   I DO. |

GROSSMAN CROSS BY MS. WALSH (RES.)                          6236

11:20AM   1    Q.   "WHICH IS A BIT CONCERNING.

11:20AM   2         "I THINK WE NEED TO CLARIFY THAT WITH THEM.

11:20AM   3         "WHETHER THIS IS ACCEPTABLE AND WHETHER IT IS A DRAWBACK

11:20AM   4    OF METHODOLOGY AND IF THEY CAN IMPROVE (OR NEED TO IMPROVE)."

11:20AM   5         DO YOU SEE THAT?

11:20AM   6    A.   I DO.

11:20AM   7    Q.   SO DR. RABODZEY IN THIS EMAIL WAS EXPRESSING SOME CONCERNS

11:20AM   8    THAT HE HAD ABOUT THE DATA THAT HE HAD REVIEWED; RIGHT?

11:20AM   9    A.   I BELIEVE HE'S REFERRING TO THIS PARTICULAR TEST FROM

11:20AM  10    ANOTHER COMPANY SO THAT'S -- SORRY.

11:20AM  11         I THINK THE REFERENCE TO THIS PARVOVIRUS TEST IS FROM

11:20AM  12    ANOTHER COMPANY.  I DON'T KNOW, I DON'T KNOW WHAT COMPANY.

11:21AM  13    LIAISON LOOKS LIKE THE TRADE NAME, AND IT LOOKS LIKE A BELGIUM

11:21AM  14    COMPANY.  I REALLY DON'T KNOW WHAT THAT IS REFERRING TO.

11:21AM  15         BUT THEN HE DOES ALSO MAKE A COMMENT ON THE R SQUARED,

11:21AM  16    SOME OF THEIR TESTS HAVE POOR R SQUARED.  IT'S SUPPOSED TO READ

11:21AM  17    R SQUARED, NOT R2.

11:21AM  18         I DO THINK THAT IS REFERENCE TO THE SLIDE DECK THAT

11:21AM  19    MR. BALWANI SENT US.

11:21AM  20    Q.   RIGHT.

11:21AM  21         AND DR. RABODZEY, AS FAR AS YOU KNOW, WENT THROUGH THAT

11:21AM  22    DATA; RIGHT?

11:21AM  23    A.   YES.

11:21AM  24    Q.   AND WHAT HE'S POINTING OUT IS SOME OF THE CONCERNS THAT HE

11:21AM  25    HAD WITH THE DATA THAT THERANOS HAD PROVIDED; RIGHT?

ER-4769

GROSSMAN CROSS BY MS. WALSH (RES.)                          6237

11:21AM  1      A.   I MEAN, I DON'T KNOW EXACTLY WHAT HIS -- ALL I KNOW IS

11:21AM  2      WHAT HE WROTE HERE, WHICH IS, HE SAYS, "SOME OF THEIR TESTS

11:21AM  3      HAVE POOR R2, WHICH IS A BIT CONCERNING, I THINK WE NEED TO

11:22AM  4      CLARIFY THAT WITH THEM," AND THAT IS WHAT WE DID.

11:22AM  5      Q.   RIGHT.  AND THAT'S WHAT HE'S EXPRESSING IN THIS EMAIL;

11:22AM  6      CORRECT?

11:22AM  7      A.   NO.  HE'S DOING THE JOB WE TOLD HIM TO DO, WHICH WAS BE

11:22AM  8      SKEPTICAL, BRING YOUR A GAME, BUT DON'T BE OBNOXIOUS.

11:22AM  9      Q.   RIGHT.  AND HE'S DOING HIS JOB; RIGHT?

11:22AM 10      A.   HE'S DOING HIS JOB.

11:22AM 11      Q.   HE REVIEWED THE DATA?

11:22AM 12      A.   YES.

11:22AM 13      Q.   AND HE IS POINTING THINGS OUT TO YOU THAT HE OBSERVED IN

11:22AM 14      THE DATA; CORRECT?

11:22AM 15      A.   THAT PARTICULAR STATEMENT, I DO BELIEVE, REFERENCES THE

11:22AM 16      DATA THAT THEY SENT US.

11:22AM 17           I THINK THE TOP PART OF THE EMAIL IS REFERENCING SOMETHING

11:22AM 18      ELSE THAT THE COMPANY DIDN'T SEND US FROM A DIFFERENT COMPANY.

11:22AM 19      Q.   RIGHT.

11:22AM 20           BUT HE'S POINTING OUT IN THIS EMAIL THINGS THAT HE

11:22AM 21      OBSERVED IN THE THERANOS DATA; CORRECT?

11:22AM 22      A.   YES.

11:22AM 23      Q.   OKAY.  IF YOU COULD TURN TO 7403.

11:23AM 24           DO YOU SEE THAT?

11:23AM 25      A.   I DO.

                        UNITED STATES COURT REPORTERS

11:23AM 1    Q.   OKAY.  IS THIS ANOTHER EMAIL FROM DR. RABODZEY TO YOU AND

11:23AM 2    MR. KHANNA?

11:23AM 3    A.   YES.

11:23AM 4    Q.   AND IT IS ON JANUARY 24TH, 2014; RIGHT?

11:23AM 5    A.   YES.

11:23AM 6    Q.   AND IT ALSO RELATES TO THERANOS; CORRECT?

11:23AM 7    A.   YES.

11:23AM 8            MS. WALSH:  YOUR HONOR, WE OFFER 7403.

11:23AM 9            MR. LEACH:  YOUR HONOR, NO OBJECTION TO THE FIRST

11:23AM 10   HALF OF PAGE 1.

11:23AM 11       THE REMAINDER LOOKS TO BE ABOUT 30 OR 40 PAGES, WE WOULD

11:23AM 12   OBJECT TO ON 801 AND 702.

11:23AM 13           MS. WALSH:  YEAH, THAT'S FINE, YOUR HONOR.  I JUST

11:24AM 14   WANTED THE TOP PORTION OF PAGE 1.

11:24AM 15           THE COURT:  SO THE TOP PORTION OF PAGE 1, ONLY THE

11:24AM 16   BOTTOM WILL BE REDACTED, AND ONLY THAT PAGE; IS THAT RIGHT?

11:24AM 17           MS. WALSH:  THAT'S CORRECT, YEAH.

11:24AM 18           THE COURT:  ALL RIGHT.  WITH THAT CAVEAT, IT'S

11:24AM 19   ADMITTED, AND IT MAY BE PUBLISHED.

11:24AM 20       (DEFENDANT'S EXHIBIT 7493, REDACTED, WAS RECEIVED IN

11:24AM 21   EVIDENCE.)

11:24AM 22   BY MS. WALSH:

11:24AM 23   Q.   OKAY.  SO THIS IS ANOTHER EMAIL FROM DR. RABODZEY.  AND

11:24AM 24   WHAT HE TELLS YOU IN THIS EMAIL IS, "HERE ARE THE REFERENCE

11:24AM 25   DOCUMENTS FOR OUR DISCUSSION TODAY."

GROSSMAN CROSS BY MS. WALSH (RES.)                    6239

11:24AM   1          "NUMBER 1, DECK ON VALIDATION AND I PASTED THE SLIDE WITH

11:24AM   2     SUGGESTED CV OF 5-10 PERCENT."

11:24AM   3          DO YOU SEE THAT?

11:24AM   4     A.   I DO.

11:24AM   5     Q.   AND CV STANDS FOR COEFFICIENT OF VARIATION; RIGHT?

11:24AM   6     A.   YES.

11:24AM   7     Q.   NUMBER 2 HE SAYS, "PARVOVIRUS IGG ASSAY WITH 4 PERCENT CV

11:25AM   8     VERSUS THERANOS AT 15-20 PERCENT (SEE PAGE 143 OF THEIR

11:25AM   9     PRESENTATION)."

11:25AM  10          RIGHT?

11:25AM  11     A.   YES, I SEE THAT.

11:25AM  12     Q.   AND HE'S REFERRING TO THE SLIDE DECK THAT MR. BALWANI SENT

11:25AM  13     YOU; RIGHT?

11:25AM  14     A.   I BELIEVE THAT'S RIGHT, ALTHOUGH THERE'S A PRESENTATION

11:25AM  15     THAT HE ATTACHED TO THIS EMAIL, SO I DON'T KNOW IF IT'S

11:25AM  16     REFERRING TO SOMETHING IN THAT PRESENTATION.

11:25AM  17     Q.   OKAY.

11:25AM  18     A.   I GUESS I'M NOT SURE.

11:25AM  19     Q.   YEAH.

11:25AM  20          SO LET'S PULL UP 4077, WHICH IS IN EVIDENCE, AND WE'LL GO

11:25AM  21     TO PAGE 145 OF THE EXHIBIT.

11:26AM  22          DO YOU SEE PAGE 145?

11:26AM  23     A.   YES.

11:26AM  24     Q.   AND DO YOU SEE THAT IT SAYS PARVOVIRUS IGG; RIGHT?

11:26AM  25     A.   YES.

11:26AM  1      Q.   AND THERE'S A COLUMN, 1, 2, 3, THERE'S A COLUMN THAT SAYS

11:26AM  2      INTERCARTRIDGES.

11:26AM  3           DO YOU SEE THAT?

11:26AM  4      A.   I DO.

11:26AM  5      Q.   AND PERCENT CV.

11:26AM  6           DO YOU SEE THAT?

11:26AM  7      A.   I DO.

11:26AM  8      Q.   AND THE PERCENT RANGES ARE 13 TO APPROXIMATELY 21 PERCENT.

11:26AM  9           DO YOU SEE THAT?

11:26AM  10     A.   I SEE THAT COLUMN, YES.

11:26AM  11     Q.   OKAY.  AND THAT'S WHAT DR. RABODZEY WAS REFERRING TO IN

11:26AM  12     THE EMAIL ON 7403, RIGHT, ITEM 2?

11:26AM  13     A.   I MEAN, I'M NOT SURE WHAT HE'S REFERRING TO BECAUSE THE

11:27AM  14     COEFFICIENT OF VARIATION SHOULD BE FOR THE WHOLE DATA SET.  SO

11:27AM  15     I DON'T KNOW -- SO I'M NOT SURE THAT WHAT HE'S REFERRING TO IN

11:27AM  16     THIS EMAIL AND IS REFERENCING EACH ONE OF THESE SAMPLES.

11:27AM  17           SO I'M NOT SURE IS THE ANSWER TO MY QUESTION, TO YOUR

11:27AM  18     QUESTION.

11:27AM  19     Q.   OKAY.  BUT YOU SEE IN HIS EMAIL HE REFERRED TO PAGE 143 OF

11:27AM  20     THEIR PRESENTATION.

11:27AM  21           DO YOU REMEMBER THAT?

11:27AM  22     A.   I DO, YES.

11:27AM  23     Q.   AND DO YOU SEE THAT BATES STAMP IN THE BOTTOM RIGHT-HAND

11:27AM  24     CORNER OF THIS DOCUMENT, IT'S 143?

11:27AM  25           DO YOU SEE THAT?

ER-4773

GROSSMAN CROSS BY MS. WALSH (RES.)                                    6241

11:27AM   1      A.   I DO.

11:27AM   2      Q.   OKAY.  SO LET'S GO BACK TO 7403.

11:27AM   3           AND HE SAYS IN ITEM 3, "I ALSO ATTACHED TWO MORE DATA

11:27AM   4      PRESENTATION WITH ILLUSTRATIVE GRAPHS OF R SQUARED FOR COMMONLY

11:27AM   5      USED TESTS.  MOST OF THEM ARE GREATER THAN 95 PERCENT VERSUS

11:28AM   6      THERANOS USUALLY UNDER 95 PERCENT WITH THE EXCEPTION OF SIMPLE

11:28AM   7      GENERAL CHEMISTRY."

11:28AM   8           DO YOU SEE THAT?

11:28AM   9      A.   I DO.

11:28AM  10      Q.   OKAY.  AND HE GOES ON TO SAY, "BASICALLY, MY CONCERN IS

11:28AM  11      THAT THEIR METHODOLOGY IS STILL RAW AND/OR THEY MAY BE PUSHING

11:28AM  12      LIMITS HERE."

11:28AM  13           DO YOU SEE THAT?

11:28AM  14      A.   I DO.

11:28AM  15      Q.   "I DO NOT THINK IT'S A DEAL BREAKER AS LONG AS THEY CAN

11:28AM  16      GET CLIA AND FDA APPROVAL ON THEIR TESTS AND CAN MAINTAIN

11:28AM  17      CERTIFICATION IN FUTURE."

11:28AM  18           DO YOU SEE THAT?

11:28AM  19      A.   I DO.

11:28AM  20      Q.   HE GOES ON TO SAY, "NOTE, THAT THEY WILL HAVE TO RERUN

11:28AM  21      THESE TESTS QUARTERLY AND LABCORP AND QUEST WILL EAT THEM ALIVE

11:28AM  22      IF THERE IS ANY EVIDENCE OF 20 PERCENT CV HERE."

11:28AM  23           DO YOU SEE THAT?

11:28AM  24      A.   I DO.

11:28AM  25      Q.   HE GOES ON TO SAY, "GOOD EXAMPLE OF WHAT I AM REFERRING TO

ER-4774

11:28AM   1      IS PAGE 137 THE LH ASSAY.  THEIR R SQUARED IS PRETTY POOR AT

11:29AM   2      .91."

11:29AM   3          DO YOU SEE THAT?

11:29AM   4      A.   I DO.

11:29AM   5      Q.   "AND THERE ARE VERY FEW DATA POINTS AT THE HIGHER END OF

11:29AM   6      RANGE."

11:29AM   7          DO YOU SEE THAT?

11:29AM   8      A.   YES.

11:29AM   9      Q.   AND HE SAYS, "THIS COMPARES TO 0.992 R SQUARED FOR LEINCO

11:29AM  10      LH TEST ON 110 SAMPLES VERSUS THEIR APPROXIMATE 20."

11:29AM  11          DO YOU SEE THAT?

11:29AM  12      A.   I DO.

11:29AM  13      Q.   OKAY.  SO DR. RABODZEY IS GOING THROUGH THE DATA; RIGHT?

11:29AM  14      A.   YES.

11:29AM  15      Q.   AND IT'S THE DATA THAT THERANOS PROVIDED; CORRECT?

11:29AM  16      A.   THAT'S CORRECT.

11:29AM  17      Q.   AND HE'S RAISING ISSUES THAT HE SEES TO YOU; RIGHT?

11:29AM  18      A.   HE'S ANALYZING, AND HE'S DOING EXACTLY WHAT WE ASKED HIM

11:29AM  19      TO DO, WHICH IS TO GO THROUGH THE DATA WITH A SKEPTICAL LENS

11:29AM  20      AND ANALYZE IT.

11:29AM  21      Q.   RIGHT.  AND HE'S RAISING SOME ISSUES WHICH HE SEES TO YOU;

11:30AM  22      RIGHT?

11:30AM  23      A.   YES.

11:30AM  24      Q.   OKAY.  LET'S GO TO 4088.

11:30AM  25          DO YOU SEE 4088?

GROSSMAN CROSS BY MS. WALSH (RES.)                    6243

11:30AM   1       A.   I DO.

11:30AM   2       Q.   AND THE TOP PART OF 4088 IS AN EMAIL BETWEEN YOU AND

11:30AM   3   ADAM CLAMMER; CORRECT?

11:30AM   4       A.   YES, IT IS.

11:30AM   5       Q.   AND THAT'S ON JANUARY 28TH, 2014; RIGHT?

11:30AM   6       A.   YES.

11:30AM   7       Q.   AND MR. CLAMMER WAS WORKING ON THE THERANOS DUE DILIGENCE

11:31AM   8   WITH YOU; CORRECT?

11:31AM   9       A.   HE WASN'T REALLY WORKING ON THE DUE DILIGENCE, BUT HE WAS

11:31AM  10   SOMEONE THAT WE DID HAVE HIM, WE DID HAVE HIM -- THERANOS

11:31AM  11   APPROVED HIS -- ADDED HIM TO OUR CONFIDENTIALITY AGREEMENTS SO

11:31AM  12   WE WERE ABLE TO SHARE INFORMATION WITH HIM AS LONG AS IT DIDN'T

11:31AM  13   TALK ABOUT THEIR TECHNOLOGY, THEIR ROLLOUT, THEIR WALGREENS

11:31AM  14   RELATIONSHIP, ANY OF THE KIND OF KEY BUSINESS PIECES OF THEIR

11:31AM  15   STRATEGY, WE WERE ABLE TO SHARE INFORMATION.

11:31AM  16           AND AS I TESTIFIED YESTERDAY, HE WAS A FRIEND OF MY

11:31AM  17   PARTNER, AND HE'S SOMEONE WHO HAD INVESTED IN PRIVATE COMPANIES

11:31AM  18   IN HIS -- - EARLIER IN HIS CAREER IN THE HEALTH CARE SPACE.

11:31AM  19       Q.   OKAY.  BUT HE WAS PARTICIPATING WITH YOU HELPING YOU OUT

11:31AM  20   WITH DUE DILIGENCE; IS THAT FAIR?

11:31AM  21       A.   I MEAN HE -- OKAY.  YES.

11:31AM  22       Q.   AND WHAT YOU STATED TO MR. CLAMMER IS -- OH, I'M SORRY.

11:32AM  23   THIS IS NOT IN EVIDENCE.

11:32AM  24           SO, YOUR HONOR, WE MOVE 4088 INTO EVIDENCE.

11:32AM  25               MR. LEACH:  NO OBJECTION, YOUR HONOR.

ER-4776

GROSSMAN CROSS BY MS. WALSH (RES.)                    6244

11:32AM  1              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:32AM  2           (GOVERNMENT'S EXHIBIT 4088 WAS RECEIVED IN EVIDENCE.)

11:32AM  3      BY MS. WALSH:

11:32AM  4      Q.   WHAT YOU SAY, MR. GROSSMAN, TO MR. CLAMMER IS "LOT OF

11:32AM  5      DEBATE INTERNALLY ON ACCURACY."

11:32AM  6           DO YOU SEE THAT?

11:32AM  7      A.   YES.

11:32AM  8      Q.   "I THINK IT'S BASICALLY TRUE, BUT NOT NECESSARILY EVERY

11:32AM  9      TEST TODAY."

11:32AM 10           DO YOU SEE THAT?

11:32AM 11      A.   YES.

11:32AM 12      Q.   "I THINK WITHIN 6-12 MONTHS THEY WILL BE THERE.  THERE ARE

11:32AM 13      1300 TESTS ON CLINICAL FEE SCHEDULE, 400 ARE 99 PERCENT OF

11:32AM 14      VOLUME AND 600 ARE 99 PERCENT."

11:32AM 15           DO YOU SEE THAT?

11:32AM 16      A.   I DO.

11:32AM 17      Q.   AND THEN YOU GO ON TO SAY, "M.D.'S DON'T CARE ABOUT DATA.

11:32AM 18      AS LONG AS ITS CLIA CERTIFIED LAB RUNNING THE TEST THEY ASSUME

11:32AM 19      IT'S COMMODITY."

11:32AM 20           DO YOU SEE THAT?

11:33AM 21      A.   YES.

11:33AM 22      Q.   "CAN TALK IN GENERAL TERMS ABOUT FINANCIALS."

11:33AM 23           CORRECT?

11:33AM 24      A.   YES.

11:33AM 25      Q.   OKAY.  LET'S GO TO 4089.

UNITED STATES COURT REPORTERS

11:33AM   1              DO YOU SEE THIS EMAIL, MR. GROSSMAN?

11:33AM   2      A.    YES.

11:33AM   3      Q.    AND THIS IS FROM DR. RABODZEY AGAIN; RIGHT?

11:33AM   4      A.    YES.

11:33AM   5      Q.    AND IT'S TO YOU AND MR. KHANNA AND OTHERS?

11:33AM   6      A.    YES.

11:33AM   7      Q.    AND IT'S ON JANUARY 28TH, 2014; CORRECT?

11:33AM   8      A.    YES.

11:33AM   9      Q.    AND IT RELATES TO THERANOS TECHNICAL AND REGULATORY

11:33AM  10      ASSESSMENT; RIGHT?

11:33AM  11      A.    THAT'S THE SUBJECT, YES.

11:33AM  12      Q.    OKAY.

11:33AM  13              YOUR HONOR, WE OFFER 4089.

11:34AM  14              MR. LEACH:  NO OBJECTION, YOUR HONOR.

11:34AM  15              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:34AM  16          (GOVERNMENT'S EXHIBIT 4089 WAS RECEIVED IN EVIDENCE.)

11:34AM  17      BY MS. WALSH:

11:34AM  18      Q.    OKAY.  IF WE CAN TURN TO PAGE 2 OF THIS EXHIBIT.

11:34AM  19      ACTUALLY, I'M SORRY.  LET'S START ON PAGE 1.

11:34AM  20              DR. RABODZEY --

11:34AM  21      A.    COULD I HAVE A MINUTE TO REVIEW THE EMAIL OR READ THE

11:34AM  22      EMAIL?

11:34AM  23      Q.    SURE.

11:34AM  24      A.    ARE WE GOING TO GO OVER ALL OF IT?

11:34AM  25      Q.    NOT ALL OF IT, BUT MUCH OF IT.

GROSSMAN CROSS BY MS. WALSH (RES.)                    6246

11:34AM   1            (PAUSE IN PROCEEDINGS.)

11:34AM   2                 THE WITNESS:  OKAY.

11:36AM   3    BY MS. WALSH:

11:36AM   4    Q.   OKAY.

11:36AM   5    A.   YEAH.

11:36AM   6    Q.   ALL RIGHT.  SO THIS IS AN EMAIL WHERE DR. RABODZEY IS

11:36AM   7    REPORTING ON A CALL THAT HE HAD WITH SOMEONE IN THE INDUSTRY

11:36AM   8    WHO HAD DEVELOPED TESTS AND HAD EXPERIENCE IN PREPARING 510(K)

11:36AM   9    SUBMISSIONS; RIGHT?

11:36AM  10    A.   YES.

11:36AM  11    Q.   OKAY.  AND DR. RABODZEY SAYS, "HERE IS THE SUMMARY OF MY

11:36AM  12    RESEARCH AND THE CALL."

11:36AM  13         DO YOU SEE THAT?

11:36AM  14    A.   I DO.

11:36AM  15    Q.   AND THEN IF WE GO DOWN ABOUT HALF WAY IN THAT FIRST

11:36AM  16    PARAGRAPH HE SAYS, "IMPORTANT DISTINCTION BETWEEN CLIA AND FDA:

11:36AM  17    CMS CLIA PROGRAM DOES NOT ADDRESS THE CLINICAL VALIDITY OF ANY

11:37AM  18    TEST."

11:37AM  19         DO YOU SEE THAT?

11:37AM  20    A.   I DO.

11:37AM  21    Q.   "THAT IS, THE ACCURACY WITH WHICH THE TEST IDENTIFIES,

11:37AM  22    MEASURES, OR PREDICTS THE PRESENCE OR ABSENCE OF A CLINICAL

11:37AM  23    CONDITION OR PREDISPOSITION IN A PATIENT."

11:37AM  24         DO YOU SEE THAT?

11:37AM  25    A.   I DO.

ER-4779

11:37AM  1     Q.   "ON THE OTHER HAND, FDA EVALUATES THE CLINICAL VALIDITY OF

11:37AM  2     A TEST UNDER ITS PREMARKET CLEARANCE."

11:37AM  3          DO YOU SEE THAT?

11:37AM  4     A.   I DO.

11:37AM  5     Q.   "AND APPROVAL PROCESSES."

11:37AM  6          DO YOU SEE THAT?

11:37AM  7     A.   I DO.

11:37AM  8     Q.   OKAY.  AND THEN LET'S SKIP DOWN TO THE HEADING, "LET ME

11:37AM  9     DIGEST THIS IN A SIMPLE WAY."

11:37AM 10          DO YOU SEE THAT?

11:37AM 11     A.   I DO.

11:37AM 12     Q.   AND THEN DR. RABODZEY SAYS, "THE FDA COULD CHOOSE TO SEND

11:37AM 13     CEASE AND DESIST ORDER TO THERANOS ANY TIME BECAUSE THEIR TESTS

11:37AM 14     ARE NOT FDA CLEARED.  HISTORICALLY, THE FDA DID NOT DO THIS, SO

11:37AM 15     THERANOS IS CORRECT THAT SUCH AN AGGRESSIVE SCENARIO IS

11:37AM 16     UNLIKELY IN THE NEAR FUTURE."

11:37AM 17          DO YOU SEE THAT?

11:37AM 18     A.   I DO.

11:37AM 19     Q.   AND THEN LET'S FLIP TO PAGE 2.

11:38AM 20          DR. RABODZEY GIVES HIS CONCLUSION.

11:38AM 21          AND WHAT HE SAYS IS, "MY TAKE IS THAT WE DO NOT HAVE

11:38AM 22     ENOUGH INFORMATION TO ANSWER THE QUESTION OF WHETHER THE FDA

11:38AM 23     WILL DECIDE TO REGULATE THERANOS AND WHEN.  WE ALSO DO NOT KNOW

11:38AM 24     WHETHER THERANOS WILL HAVE ENOUGH DATA ON THE 99 PERCENT OF THE

11:38AM 25     TESTING VOLUME TO SATISFY FDA REQUIREMENTS."

ER-4780

GROSSMAN CROSS BY MS. WALSH (RES.)                              6248

11:38AM   1            DO YOU SEE THAT?

11:38AM   2      A.   I DO.

11:38AM   3      Q.   "SINCE WE CANNOT GET ACCESS TO THEIR FDA COMMUNICATION ON

11:38AM   4      THIS TOPIC AND DO NOT HAVE A COMPREHENSIVE ACCESS TO DATA

11:38AM   5      UNDERLYING THE CHARTS THEY PRESENTED, I THINK THERE IS RISK

11:38AM   6      HERE."

11:38AM   7            DO YOU SEE THAT?

11:38AM   8      A.   I DO.

11:38AM   9      Q.   "THUS, MY CONCLUSION IS THAT WE HAVE TO ACCOUNT FOR RISK

11:38AM  10      THAT THE FDA WILL DECIDE TO REGULATE THERANOS MUCH EARLIER THAN

11:38AM  11      THEY THINK, WHICH MAY SLOW DOWN OR DERAIL THE LAUNCH."

11:38AM  12            DO YOU SEE THAT?

11:38AM  13      A.   I DO.

11:39AM  14      Q.   AND THEN HE SAYS, "WE ALSO HAVE TO ASSUME THAT THERE IS A

11:39AM  15      POSSIBILITY THAT THEY WILL NEVER BE ABLE TO GET CERTAIN TESTS

11:39AM  16      APPROVED BY THE FDA AND THEY WILL REMAIN VENOUS BLOOD DRAW

11:39AM  17      TESTS (WHICH THEY MENTIONED)."

11:39AM  18            DO YOU SEE THAT?

11:39AM  19      A.   I DO.

11:39AM  20      Q.   AND THEN UNDER ACTION HE SAYS, "I THINK THERE IS A LOW,

11:39AM  21      BUT UNQUANTIFIABLE, POSSIBILITY THAT EITHER THE FDA WILL BE

11:39AM  22      MORE AGGRESSIVE THAN THERANOS THINKS AND/OR THAT SOME OF THEIR

11:39AM  23      TESTS WILL NOT CLEAR FDA REVIEW.  IT IS NOT UNUSUAL TO SEE

11:39AM  24      RISKS LIKE THESE IN EARLY STAGE INVESTMENTS, SO THIS IS NOT A

11:39AM  25      PROBLEM PER SE, BUT IT IS SOMETHING THAT WE NEED TO BE MINDFUL

ER-4781

11:39AM   1    OF AND SOMETHING THAT WE NEED TO ACCOUNT FOR IN OUR VALUATION

11:39AM   2    OF THE COMPANY."

11:39AM   3         DO YOU SEE THAT?

11:39AM   4    A.   I DO.

11:39AM   5    Q.   "BASICALLY, I WOULD ASSUME 10-25 PERCENT CHANCE OF A MAJOR

11:39AM   6    DELAY OR PROBLEMS WITH GETTING ALL OF THE TESTS ON THE MARKET

11:39AM   7    THROUGH THE FDA."

11:39AM   8         DO YOU SEE THAT?

11:39AM   9    A.   I DO.

11:39AM  10    Q.   OKAY.  SO DR. RABODZEY IS GIVING YOU HIS TAKE ON

11:40AM  11    REGULATORY RISKS THAT WERE INVOLVED WITH THERANOS; IS THAT

11:40AM  12    FAIR?

11:40AM  13    A.   HE'S GIVING US HIS ASSESSMENT OF THE RISKS OF THE FDA

11:40AM  14    APPROVAL PROCESS THAT THE COMPANY WAS PURSUING, WHICH WAS ABOVE

11:40AM  15    AND BEYOND THE REQUIREMENTS THAT THEY NEEDED TO OPERATE A CLIA

11:40AM  16    LABORATORY AND PROVIDE LABORATORY SERVICES.  IT'S SOMETHING

11:40AM  17    THAT THEY TOLD US THAT THEY WERE GOING TO DO ABOVE AND BEYOND

11:40AM  18    WHAT THEY NEEDED TO DO.

11:40AM  19         SO THAT PART OF THE BUSINESS STRATEGY MR. OR DR. RABODZEY

11:40AM  20    IS ANALYZING THAT ASPECT OF THEIR REGULATORY STRATEGY.

11:40AM  21    Q.   RIGHT.  AND HE SAYS IN THE EMAIL, "THE FDA COULD CHOOSE TO

11:40AM  22    SEND A CEASE AND DESIST ORDER TO THERANOS ANY TIME."

11:40AM  23         YOU REMEMBER THAT; RIGHT?

11:40AM  24    A.   YES.

11:40AM  25    Q.   OKAY.

ER-4782

| | | |
|---|---|---|
| 11:41AM | 1 | MR. LEACH: YOUR HONOR, I'M SORRY TO INTERRUPT. ONE |
| 11:41AM | 2 | OF OUR JURORS -- |
| 11:41AM | 3 | THE COURT: OH, I'M SORRY. SHOULD WE TAKE A BREAK? |
| 11:41AM | 4 | JUROR: YES. |
| 11:41AM | 5 | THE COURT: LET'S DO THAT. WE'VE BEEN GOING ABOUT |
| 11:41AM | 6 | TWO HOURS NOW. LET'S TAKE 30 MINUTES, LADIES AND GENTLEMEN, |
| 11:41AM | 7 | AND THEN WE'LL COME BACK. THANK YOU. |
| 11:42AM | 8 | (JURY OUT AT 11:42 A.M.) |
| 11:42AM | 9 | THE COURT: MR. GROSSMAN, YOU CAN STAND DOWN AS |
| 11:42AM | 10 | WELL. |
| 11:42AM | 11 | PLEASE BE SEATED. THE RECORD SHOULD REFLECT THAT OUR JURY |
| 11:42AM | 12 | HAS LEFT FOR OUR BREAK. MR. GROSSMAN HAS LEFT THE COURTROOM. |
| 11:42AM | 13 | ALL COUNSEL AND MR. BALWANI REMAIN. |
| 11:42AM | 14 | LET ME JUST GO THROUGH JUST A SCHEDULE, TIMING SCHEDULE |
| 11:42AM | 15 | FOR TODAY. |
| 11:42AM | 16 | MS. WALSH, DO YOU -- ANY IDEA HOW MUCH LONGER YOU HAVE? |
| 11:42AM | 17 | MS. WALSH: YES, YOUR HONOR. I THINK IT WILL BE |
| 11:42AM | 18 | CLOSE TO TWO HOURS LONG. |
| 11:42AM | 19 | THE COURT: TWO MORE HOURS? |
| 11:42AM | 20 | MS. WALSH: I THINK SO. |
| 11:42AM | 21 | THE COURT: OKAY. THANK YOU. |
| 11:42AM | 22 | AND THEN, MR. LEACH, YOU MAY HAVE SOME REDIRECT? |
| 11:43AM | 23 | MR. LEACH: YES, YOUR HONOR. |
| 11:43AM | 24 | THE COURT: OKAY. SO WE HAVE DEFERRED -- WE WERE |
| 11:43AM | 25 | GOING TO START WITH A DISCUSSION THIS MORNING REGARDING A |

ER-4783

11:43AM  1      GOVERNMENT'S MOTION.  I DON'T HAVE THE DOCKET IN FRONT OF ME.

11:43AM  2          I DID RECEIVE AN OPPOSITION LAST NIGHT AT 9:53 P.M.  I

11:43AM  3      THINK THE MOTION WAS FILED TUESDAY AT 11:53 A.M., I BELIEVE.

11:43AM  4      AND WE WERE GOING TO HAVE DISCUSSION THIS MORNING.

11:43AM  5          I'M CURIOUS IF THE GOVERNMENT WILL FILE A REPLY TO THE

11:43AM  6      OPPOSITION THAT WAS FILED LAST NIGHT?

11:43AM  7          MS. VOLKAR, WHY DON'T YOU COME UP.  THANK YOU.

11:43AM  8          MY THOUGHT IS IF THE GOVERNMENT WISHED TO FILE AN

11:43AM  9      OPPOSITION TO THAT -- EXCUSE ME, A REPLY TO THE OPPOSITION.

11:44AM 10          SHE CAN JUST GO TO THIS ONE.

11:44AM 11              MS. WALSH:  I'M SORRY, YOUR HONOR.

11:44AM 12              THE COURT:  IT'S PROBABLY EASIER TO USE THIS ONE AND

11:44AM 13      THEN MR. COOPERSMITH CAN USE YOURS.

11:44AM 14              MR. COOPERSMITH:  IT FEELS UNCOMFORTABLE OVER HERE,

11:44AM 15      YOUR HONOR.

11:44AM 16              THE COURT:  IT'S BEEN A LONG TIME.

11:44AM 17              MR. COOPERSMITH:  IT'S BEEN A LONG TIME, YEAH.

11:44AM 18              MS. VOLKAR:  SORRY, YOUR HONOR.

11:44AM 19          THE GOVERNMENT DOES NOT SEE A NEED TO FILE A REPLY, BUT,

11:44AM 20      OF COURSE, IF IT WOULD AID THE COURT IN DOING SO.

11:44AM 21          WHEN WE WERE TOLD YESTERDAY THAT THE DEFENSE WOULD BE

11:44AM 22      FILING AROUND 10:00 P.M., I THINK IT WAS ALREADY LATE

11:44AM 23      AFTERNOON, WE ASSUMED THERE WON'T BE TIME FOR REPLY THIS

11:44AM 24      MORNING.

11:44AM 25          SO THAT'S A LONG WINDED WAY TO SAY WE'RE HAPPY TO DO

```
11:44AM    1    WHATEVER WOULD AID THE COURT, BUT WE'RE READY TO ARGUE, I
11:44AM    2    GUESS, WHENEVER THE TIME PERMITS FOR THE COURT.
11:44AM    3          THE COURT:  SURE.  THANK YOU.
11:44AM    4       WELL, THE TIMING OF THE FILINGS, I DIDN'T EXPECT A REPLY
11:44AM    5    WOULD BE FILED SUCH THAT IT COULD BE ARGUED THIS MORNING AT
11:44AM    6    8:15 WHEN WE INITIALLY SCHEDULED IT.
11:44AM    7       AND SO I'M THINKING NOW, JUST BECAUSE OF OUR SCHEDULE WITH
11:45AM    8    TESTIMONY TODAY, WE MAY HAVE ANOTHER THREE HOURS WITH THIS
11:45AM    9    WITNESS IT SOUNDS LIKE, AND THEN DEPENDING IF YOU REST.
11:45AM   10       I THINK, MR. COOPERSMITH, YOU'VE TOLD ME THAT YOU HAVE A
11:45AM   11    WITNESS THAT YOU WOULD LIKE TO GET ON TODAY.
11:45AM   12          MR. COOPERSMITH:  YES, YOUR HONOR.  SHE'S HERE.  I
11:45AM   13    KNOW WE HAVE THE CLOCK BECAUSE THE COURT STATED IT PREVIOUSLY,
11:45AM   14    BUT I THINK, YOU KNOW, THIS IS, IN OUR VIEW, IMPORTANT TO
11:45AM   15    MS. WALSH TO FINISH HER CROSS.
11:45AM   16       AND WE DO WANT TO TRY TO GET DR. WOOTEN ON TODAY,
11:45AM   17    W-O-O-T-E-N.
11:45AM   18       I'M HOPING THERE WILL BE TIME FOR THAT IN THE AFTERNOON.
11:45AM   19    SHE'S NOT A LONG WITNESS.  OBVIOUSLY I DON'T KNOW WHAT THE
11:45AM   20    CROSS WILL BE.
11:46AM   21       I THINK, AS I SAID, HER DIRECT WOULD NOT BE LONGER THAN
11:46AM   22    ABOUT 40 MINUTES IN MY ESTIMATION.
11:46AM   23          THE COURT:  OKAY.  THANK YOU.  I APPRECIATE THE
11:46AM   24    CANDOR IN THE SCHEDULING.
11:46AM   25       I DON'T THINK WE'RE GOING TO HAVE TIME TO ARGUE THE MOTION
```

ER-4785

GROSSMAN CROSS BY MS. WALSH (RES.)                                6253

11:46AM   1    FULSOME THIS AFTERNOON -- TODAY.

11:46AM   2        WE DID HAVE DISRUPTIONS BECAUSE OF OUR JUROR SITUATION.

11:46AM   3    SO THAT OCCUPIED SOME TIME.

11:46AM   4        SO LET ME -- I'M DOING THIS NOW TO TELL YOU, MS. VOLKAR,

11:46AM   5    THAT WHY DON'T I GIVE YOU AN OPPORTUNITY TO FILE A REPLY, AND

11:46AM   6    IF YOU COULD GET THAT FILED BY MAYBE SUNDAY, 6:00 P.M., NO

11:46AM   7    LATER THAN, I THINK THAT WOULD BE HELPFUL, AND I'LL LOOK AND

11:46AM   8    SEE WHEN WE CAN HAVE A DISCUSSION ABOUT THAT MOTION.

11:47AM   9        I'M TRYING TO MOVE THINGS SUCH THAT WE CAN HAVE SOME TIME

11:47AM  10    MONDAY MORNING, AND I'LL SEE WHAT I CAN DO ABOUT THAT.  BUT WE

11:47AM  11    HAVE A CRIMINAL CALENDAR THAT DAY.  WE HAVE SOME CALENDARS THAT

11:47AM  12    MORNING AND AFTERNOON.  LET'S ME SEE WHAT I CAN DO.

11:47AM  13            MR. COOPERSMITH:  WE'RE HAPPY TO ARGUE IT MONDAY.

11:47AM  14            THE COURT:  YOU WON'T HAVE ANY TIME TODAY.

11:47AM  15            MR. COOPERSMITH:  I APPRECIATE THAT, OF COURSE.

11:47AM  16        I DO HAVE A CONFLICT FROM APPROXIMATELY 9:30 TO 10:30 A.M.

11:47AM  17    ON MONDAY.  IT WOULD BE DIFFICULT TO MOVE IT.  I'M NOT GOING TO

11:47AM  18    SAY IMPOSSIBLE, BUT THAT IS JUST ON MY CALENDAR.

11:47AM  19            THE COURT:  WELL, WE'LL SEE WHAT WE CAN, WE'LL SEE

11:47AM  20    WHAT WE CAN DO.

11:47AM  21        I THINK WE HAVE A -- WE'LL SEE.

11:47AM  22        I KNOW I HAVE SOMETHING SCHEDULED I THINK AT 10:30, BUT

11:47AM  23    LET'S SEE WHAT WE CAN DO.

11:47AM  24            MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

11:47AM  25            THE COURT:  OKAY.

11:47AM   1              MS. VOLKAR:  THANK YOU, YOUR HONOR.

11:48AM   2          (RECESS FROM 11:48 A.M. UNTIL 12:22 P.M.)

12:22PM   3          (JURY IN AT 12:22 P.M.)

12:22PM   4              THE COURT:  WE'RE BACK ON THE RECORD.  ALL PARTIES

12:22PM   5      PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.

12:22PM   6          MS. WALSH.

12:22PM   7              MS. WALSH:  THANK YOU, YOUR HONOR.

12:23PM   8      Q.  ALL RIGHT.  HELLO, MR. GROSSMAN AGAIN.

12:23PM   9          IF YOU COULD TURN IN YOUR BINDER TO 14054.

12:23PM  10      A.  OKAY.

12:23PM  11      Q.  IS THIS ANOTHER EMAIL FROM DR. RABODZEY TO YOU, AND

12:23PM  12      MR. KHANNA, AND DR. BALASURYAN ABOUT THERANOS DILIGENCE CALLS?

12:23PM  13      A.  SURE.  I'D LIKE TO READ THROUGH IT.

12:23PM  14      Q.  SURE.  TAKE YOUR TIME.

12:23PM  15          (PAUSE IN PROCEEDINGS.)

12:23PM  16              THE WITNESS:  OKAY.

12:24PM  17      BY MS. WALSH:

12:24PM  18      Q.  SO IS THAT ANOTHER EMAIL FROM DR. RABODZEY TO YOU

12:24PM  19      REGARDING THERANOS DILIGENCE CALLS?

12:24PM  20      A.  YES.

12:24PM  21      Q.  OKAY.  AND THAT THE EMAIL IS ON JANUARY 29TH, 2014; IS

12:24PM  22      THAT RIGHT?

12:24PM  23      A.  YES.

12:24PM  24              MS. WALSH:  YOUR HONOR, WE OFFER 14054.

12:24PM  25              MR. LEACH:  NO OBJECTION, YOUR HONOR.

GROSSMAN CROSS BY MS. WALSH (RES.)                          6255

12:24PM   1              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

12:24PM   2         (DEFENDANT'S EXHIBIT 14054 WAS RECEIVED IN EVIDENCE.)

12:24PM   3    BY MS. WALSH:

12:24PM   4    Q.   OKAY.  SO IF YOU LOOK AT THE EMAIL, DR. RABODZEY SAYS TO

12:24PM   5    YOU, "BRIAN,

12:24PM   6         "WE HAD ONE MORE DILIGENCE CALL TODAY WITH A SCIENTIST WHO

12:24PM   7    DEVELOPS LAB BASED TESTS, AND HE CONFIRMED EVERY POINT THAT

12:24PM   8    THERANOS MADE WITH THE EXCEPTION OF PUTTING MACHINES AT

12:24PM   9    WALGREENS LOCATIONS."

12:24PM  10         DO YOU SEE THAT?

12:24PM  11    A.   YES.

12:24PM  12    Q.   AND THEN DR. RABODZEY GOES ON TO SAY, "HIS VIEW WAS THAT

12:25PM  13    CLIA APPROVAL IS ENOUGH AS LONG AS YOU HAVE MACHINES INSIDE OF

12:25PM  14    THE CLIA LAB.  NO NEED FOR FDA APPROVAL.

12:25PM  15         "THERANOS MEETS CLIA REQUIREMENTS ON MOST OF THEIR TESTS

12:25PM  16    AS WE KNOW."

12:25PM  17         DO YOU SEE THAT?

12:25PM  18    A.   YES, I DO.

12:25PM  19    Q.   HE SAID -- CONTINUING ON.

12:25PM  20         DR. RABODZEY IS RELAYING TO YOU, "HE SAID, HOWEVER, THAT

12:25PM  21    IF YOU WANT TO PUT A MACHINE IN A WALGREENS LOCATION, IT HAS TO

12:25PM  22    BE FDA CLEARED.

12:25PM  23         "HE DID ACKNOWLEDGE THAT THIRD PARTY DEVICE STANDARDS ARE

12:25PM  24    MUCH HIGHER THAN CLIA.

12:25PM  25         "ADDITIONALLY, HE DID BELIEVE THAT WHILE MINIATURIZING --"

ER-4788

12:25PM  1              THE COURT:  SO, MS. WALSH, CAN YOU SLOW DOWN WHEN

12:25PM  2       YOU READ A DOCUMENT FOR OUR REPORTER'S BENEFIT.

12:25PM  3              MS. WALSH:  SURE.  APOLOGIES.

12:25PM  4       Q.  "HE DID BELIEVE THAT WHILE MINIATURIZING LABCORP TEST MENU

12:25PM  5       IS POSSIBLE, IT WILL BE VERY HARD TO DO ONE SOME TESTS AND

12:26PM  6       ACCURACY WILL DETERIORATE (BUT WE ALREADY KNOW THAT)."

12:26PM  7              DO YOU SEE THAT?

12:26PM  8       A.  I SEE THAT.

12:26PM  9       Q.  AND THEN DR. RABODZEY GOES ON TO SAY, "OVERALL, I THINK

12:26PM  10      ACROSS THE 3 REGULATORY/SCIENCE CALLS I FEEL THAT THERE IS

12:26PM  11      SMALL RISK TO IMPLEMENTATION IF THE FDA CHOOSES TO EXERCISE

12:26PM  12      THEIR AUTHORITY, BUT THIS WOULD BE UNUSUAL.  SO, I WOULD STILL

12:26PM  13      STICK TO MY LOW 10-20 PERCENT CHANCE THAT THE IMPLEMENTATION

12:26PM  14      GETS DETAILED BY THE FDA."

12:26PM  15             DO YOU SEE THAT?

12:26PM  16      A.  I DO.

12:26PM  17      Q.  "THE FDA DEMANDING MORE REGULATION AND A DECENT CHANCE

12:26PM  18      THAT THE SOME TESTS MAY NOT PASS THE FDA 501(K) REVIEW."

12:26PM  19             DO YOU SEE THAT?

12:26PM  20      A.  YES.

12:26PM  21      Q.  AND THEN IN THE LAST PARAGRAPH HE SAYS, "ON A SIDE NOTE, I

12:27PM  22      AM NOT SURE WHAT THERANOS IS DOING WITH MY TEST, BUT I STILL

12:27PM  23      HAVE NOT GOTTEN THE RESULTS AND I SPOKE TO ONEMEDICAL AND THEY

12:27PM  24      DID NOT GET MY RESULTS EITHER."

12:27PM  25             DO YOU SEE THAT?

12:27PM  1    A.   YES, I DO.

12:27PM  2    Q.   OKAY.  SO YOU UNDERSTOOD AT THE TIME THAT DR. RABODZEY HAD

12:27PM  3    GONE IN FOR A TEST AT WALGREENS; RIGHT?

12:27PM  4    A.   YES.

12:27PM  5    Q.   AND HE HAD GOTTEN A THERANOS TEST; RIGHT?

12:27PM  6    A.   YES.

12:27PM  7    Q.   AND AS OF THIS EMAIL, HE STILL HAD NOT GOTTEN HIS RESULTS;

12:27PM  8    RIGHT?

12:27PM  9    A.   THAT APPEARS TO BE THE CASE, YES.

12:27PM  10   Q.   OKAY.  SO LET'S TURN NOW TO 14101.

12:27PM  11        DO YOU SEE THAT EMAIL?

12:27PM  12   A.   I DO.

12:27PM  13   Q.   DO YOU NEED A MINUTE TO READ IT?

12:27PM  14   A.   I DO.  YES.  THANK YOU.

12:28PM  15        (PAUSE IN PROCEEDINGS.)

12:28PM  16            THE WITNESS:  OKAY.

12:28PM  17   BY MS. WALSH:

12:28PM  18   Q.   OKAY.  AND THIS IS AN EMAIL, AGAIN, FROM DR. RABODZEY TO

12:28PM  19   YOU AND MR. KHANNA; RIGHT?

12:28PM  20   A.   YES.

12:28PM  21   Q.   AND IT WAS SENT ON JANUARY 26TH, 2014; CORRECT?

12:28PM  22   A.   YES.

12:29PM  23   Q.   AND IT RELATES TO THE THERANOS TEST HE TOOK; RIGHT?

12:29PM  24   A.   YES.

12:29PM  25            MS. WALSH:  YOUR HONOR, WE OFFER 14001.

GROSSMAN CROSS BY MS. WALSH (RES.)                          6258

12:29PM  1            MR. LEACH:  NO OBJECTION.

12:29PM  2            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:29PM  3            (DEFENDANT'S EXHIBIT 14001 WAS RECEIVED IN EVIDENCE.)

12:29PM  4     BY MS. WALSH:

12:29PM  5     Q.   OKAY.  SO IN THE FIRST LINE YOU SEE DR. RABODZEY SAYS,

12:29PM  6     "DID THE TEST TODAY."

12:29PM  7            DO YOU SEE THAT?

12:29PM  8     A.   I DO.

12:29PM  9     Q.   AND THEN IF WE SKIP DOWN A FEW BULLETS TO BLOOD DRAW

12:29PM 10     ITSELF, DO YOU SEE THE LINE "BLOOD DRAW ITSELF"?

12:29PM 11     A.   I DO.

12:29PM 12     Q.   AND HE SAYS, "BLOOD DRAW ITSELF WAS QUITE PAINLESS, BUT

12:29PM 13     THE TECH DID ACKNOWLEDGE THAT SOME WOMEN FIND IT UNCOMFORTABLE

12:29PM 14     AS THEIR FINGERS NEED TO BE SQUEEZED HARD AND IT IS A BIT

12:29PM 15     PAINFUL.

12:29PM 16            "THEY DID DRAW TWO SAMPLES, NOT ONE (4 NANOTAINERS)

12:29PM 17     BECAUSE I HAD TO DO CBC AND THE LIPID PANEL, BUT THESE ARE THE

12:30PM 18     TWO MOST COMMON THINGS THAT ARE ORDERED.  WAS NOT A BIG DEAL,

12:30PM 19     BUT IT TAKES MORE TIME AND INCREMENTALLY HARDER TO SQUEEZE MORE

12:30PM 20     BLOOD FOR THE SECOND DRAW (DON'T NEED TO PUNCTURE TWICE

12:30PM 21     THOUGH)."

12:30PM 22            DO YOU SEE THAT?

12:30PM 23     A.   I DO.

12:30PM 24     Q.   AND THEN HE SAYS, "THE TECH TOLD ME THEY ARE NOW IN A TEST

12:30PM 25     MODE AND TRYING TO OPTIMIZE THINGS VERY WELL AND CONVERT ALL

UNITED STATES COURT REPORTERS

12:30PM 1    VENOUS DRAW TESTS BEFORE STARTING LARGER PROMOTIONAL CAMPAIGN."

12:30PM 2        DO YOU SEE THAT?

12:30PM 3    A.   I DO.

12:30PM 4    Q.   OKAY.  AND SO YOU KNEW AT THIS POINT IN TIME IN JANUARY OF

12:30PM 5    2014 THAT THERANOS WAS DOING SOME VENOUS TESTING; IS THAT

12:30PM 6    RIGHT?

12:30PM 7    A.   YES.

12:30PM 8    Q.   OKAY.  AND YOU TESTIFIED ON YOUR DIRECT ON WEDNESDAY THAT

12:31PM 9    YOU BELIEVED THE VENOUS DRAWS WERE BEING TESTED ON VENOUS

12:31PM 10   TECHNOLOGY; IS THAT RIGHT?

12:31PM 11   A.   YES.

12:31PM 12   Q.   BUT DURING YOUR CONVERSATIONS THERANOS, YOU DON'T REMEMBER

12:31PM 13   HAVING ANY DISCUSSIONS WITH ANYONE AT THERANOS ABOUT HOW THEY

12:31PM 14   WERE TESTING THOSE VENOUS DRAWS, DO YOU?

12:31PM 15   A.   I DON'T RECALL SPECIFICALLY.

12:31PM 16   Q.   OKAY.  LET'S TURN NOW TO 14057.

12:31PM 17   A.   I'M ASSUMING YOU MEAN BEFORE WE INVESTED.

12:31PM 18   Q.   DURING YOUR DUE DILIGENCE PROCESS.

12:31PM 19   A.   YEAH.

12:31PM 20   Q.   1547 -- I'M SORRY.  14057.

12:32PM 21   A.   OKAY.

12:32PM 22   Q.   AND THIS IS AN EMAIL BETWEEN YOU AND MR. BALWANI, AND THEN

12:32PM 23   LATER IN THE CHAIN BETWEEN YOU, AND DR. RABODZEY, MR. KHANNA,

12:32PM 24   AND DR. BALASURYAN.

12:32PM 25       DO YOU SEE THAT?

12:32PM  1    A.   YEAH.  I'M JUST LOOKING AT ALL OF THE --

12:32PM  2    Q.   SURE.

12:32PM  3    A.   OKAY.  YES, I SEE THAT.

12:32PM  4    Q.   OKAY.  AND THIS IS AN EMAIL DISCUSSING SOME OPEN ITEMS

12:32PM  5    RELATING TO YOUR POTENTIAL INVESTMENT IN THERANOS; IS THAT

12:32PM  6    RIGHT?

12:32PM  7    A.   WELL, LET ME JUST READ IT THEN.

12:32PM  8    Q.   SURE.

12:33PM  9         (PAUSE IN PROCEEDINGS.)

12:33PM  10            THE WITNESS:  OKAY.  I'M SORRY.  WHAT WAS THE

12:33PM  11   QUESTION?

12:33PM  12   BY MS. WALSH:

12:33PM  13   Q.   WHETHER THIS EMAIL IS AN EMAIL ABOUT SOME OPEN ITEMS

12:33PM  14   RELATING TO PFM'S POTENTIAL INVESTMENT IN THERANOS?

12:33PM  15   A.   YES, IT IS.

12:33PM  16   Q.   OKAY.  YOUR HONOR, WE OFFER 14057.

12:33PM  17            MR. LEACH:  NO OBJECTION, YOUR HONOR.

12:33PM  18            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:33PM  19        (DEFENDANT'S EXHIBIT 14057 WAS RECEIVED IN EVIDENCE.)

12:33PM  20   BY MS. WALSH:

12:33PM  21   Q.   AND, MR. GROSSMAN, JUST FOCUSSING ON THE FIRST PAGE OF

12:33PM  22   THIS CHAIN.

12:33PM  23   A.   THE FIRST PAGE, YOU MEAN IN THE --

12:33PM  24   Q.   OF THE EXHIBIT?

12:33PM  25   A.   AT THE END OF THE CHAIN OR THE BEGINNING?

12:33PM 1    Q.   THE END IN TIME, THE FIRST PAGE OF THE EXHIBIT.

12:33PM 2    A.   OKAY.

12:33PM 3    Q.   DO YOU SEE THAT?

12:33PM 4    A.   YES.

12:33PM 5    Q.   OKAY.  I JUST WANT TO FOCUS YOU ON THE EMAIL FROM YOU TO

12:33PM 6    MR. BALWANI WHERE YOU SAY, "THANKS SUNNY."

12:33PM 7         DO YOU SEE THAT?

12:33PM 8    A.   YES.

12:33PM 9    Q.   SO YOU SAY, "THANKS SUNNY.

12:33PM 10        "BY THE WAY, MY TEST RESULTS WHICH I HAVE TAKEN AT

12:34PM 11   WALGREENS YESTERDAY AT 3:45 HAVE NOT BEEN DELIVERED TO MY

12:34PM 12   PHYSICIAN."

12:34PM 13        DO YOU SEE THAT?

12:34PM 14   A.   I DO SEE THAT.

12:34PM 15   Q.   AND IT'S ON THE SCREEN AS WELL IF THAT'S EASIER.

12:34PM 16        AND THEN MOVING UP THE CHAIN, MR. BALWANI RESPONDS TO YOU.

12:34PM 17        DO YOU SEE THAT?

12:34PM 18   A.   I DO SEE THAT.

12:34PM 19   Q.   AND HE SAYS, "SURE.

12:34PM 20        "ON YOUR TESTS.  THERE WAS A CONTROL THAT FAILED ON ONE OF

12:34PM 21   THE ASSAYS AND THE LAB RERAN THE SAMPLE (AS IS THE PROCEDURE)

12:34PM 22   AND THEY WERE HOLDING BACK RESULTS FOR ALL OF THE OTHER TESTS

12:34PM 23   UNTIL THE ENTIRE ORDER WAS COMPLETE.  I TOLD THEM TO RELEASE

12:34PM 24   THE PARTIAL (WHICH THEY DID) BUT THEN ALSO NOTIFIED ME FEW

12:34PM 25   MINUTES BACK THAT THE LAST REMAINING TEST WAS COMPLETED

12:34PM 1    SUCCESSFULLY AND THE FULL RESULT WAS RELEASED.  YOUR DOCTOR

12:34PM 2    SHOULD HAVE ALL OF THE RESULTS."

12:34PM 3        DO YOU SEE THAT?

12:34PM 4    A.   I DO.

12:34PM 5    Q.   OKAY.  AND MR. BALWANI WAS RELAYING TO YOU THE DETAILS OF

12:35PM 6    WHAT HAD HAPPENED WITH YOUR TEST; RIGHT?

12:35PM 7    A.   I MEAN -- YES, HE WAS EXPLAINING.  I DON'T KNOW HOW

12:35PM 8    DETAILED.  I WOULDN'T SAY IT WAS VERY DETAILED, BUT HE WAS

12:35PM 9    EXPLAINING, I THINK, WHY MY PHYSICIAN HAD NOT HEARD -- HAD NOT

12:35PM 10   RECEIVED A LAB RESULT YET.

12:35PM 11   Q.   OKAY.  BUT HE WAS TELLING YOU THAT THERE WAS A CONTROL

12:35PM 12   THAT FAILED ON ONE OF THE ASSAYS; RIGHT?  HE SAYS THAT TO YOU;

12:35PM 13   RIGHT?

12:35PM 14   A.   THAT'S DEFINITELY WHAT THAT SAYS.

12:35PM 15   Q.   OKAY.

12:35PM 16   A.   YES.

12:35PM 17   Q.   AND THEN YOU FORWARD THAT FROM MR. BALWANI TO

12:35PM 18   DR. RABODZEY, MR. KHANNA, AND DR. BALASURYAN.

12:35PM 19       DO YOU SEE THAT?

12:35PM 20   A.   I DO.

12:35PM 21   Q.   AND YOU SAY, "REAL WORLD."

12:35PM 22       DO YOU SEE THAT?

12:35PM 23   A.   I DO.

12:35PM 24   Q.   OKAY.  IF YOU COULD TURN NOW TO 10429.

12:36PM 25   A.   OKAY.

ER-4795

12:36PM  1    Q.   AND IS THAT AN EMAIL BETWEEN YOU AND DR. RABODZEY, AND

12:36PM  2    MR. KHANNA, AND DR. BALASURYAN ON JANUARY 29TH, 2014?

12:36PM  3    A.   YES.

12:36PM  4    Q.   OKAY.  AND PART OF THE EMAIL CHAIN IS YOU FORWARDING

12:36PM  5    INFORMATION YOU GOT FROM THERANOS AT THE BOTTOM THERE; RIGHT?

12:36PM  6    A.   YES.

12:36PM  7    Q.   OKAY.  AND THIS IS IN CONNECTION WITH THE TESTS THAT YOUR

12:36PM  8    TEAM WAS TAKING IN WALGREENS, THERANOS TESTS; IS THAT RIGHT?

12:36PM  9    A.   I BELIEVE THIS WAS RELATED TO MR. RABODZEY'S TEST RESULTS.

12:37PM  10          MS. WALSH:  OKAY.  YOUR HONOR, WE OFFER 14029.

12:37PM  11          MR. LEACH:  NO OBJECTION.

12:37PM  12          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:37PM  13        (DEFENDANT'S EXHIBIT 14029 WAS RECEIVED IN EVIDENCE.)

12:37PM  14    BY MS. WALSH:

12:37PM  15    Q.   SO FOCUSSING ON THE FIRST EMAIL IN TIME AT THE BOTTOM,

12:37PM  16    THIS IS AN EMAIL FROM JEFFREY BLICKMAN WHO WORKED AT THERANOS;

12:37PM  17    RIGHT?

12:37PM  18    A.   YES, THAT APPEARS TO BE THE CASE.

12:37PM  19    Q.   UH-HUH.  AND HE WAS EMAILING YOU; CORRECT?

12:37PM  20    A.   YES.

12:37PM  21    Q.   AND COPYING MR. RABODZEY; RIGHT?

12:37PM  22    A.   YES.

12:37PM  23    Q.   OKAY.  AND MR. BLICKMAN SAYS, "HI BRIAN -- SUNNY PASSED

12:37PM  24    ALONG YOUR NOTE REGARDING MR. RABODZEY'S TEST RESULTS.  WE

12:37PM  25    INVESTIGATED THIS FURTHER AND CONFIRMED THAT OUR LAB RELEASED

12:37PM  1    THE RESULTS TO OUR ORDERING PHYSICIAN YESTERDAY (1/28).  WE

12:37PM  2    WERE CONTACTED THIS MORNING BY THE PHYSICIAN'S OFFICE WHO ASKED

12:37PM  3    THAT WE RESEND THE RESULTS TO A SECONDARY FAX NUMBER AS THE

12:37PM  4    FIRST MACHINE HAD NOT RECEIVED THE REPORT.  IT WAS CONFIRMED

12:38PM  5    SOON THEREAFTER AND THE FINAL REPORT HAD BEEN RECEIVED."

12:38PM  6        DO YOU SEE THAT?

12:38PM  7    A.  I DO.

12:38PM  8    Q.  OKAY.  AND THEN YOU -- IN THE EMAIL ABOVE THAT, YOU WROTE,

12:38PM  9    "STILL TOOK A LONG TIME."

12:38PM  10       DO YOU SEE THAT?

12:38PM  11   A.  I DO.

12:38PM  12   Q.  OKAY.  AND THEN ULTIMATELY DR. RABODZEY REPLIES TO YOU AT

12:38PM  13   THE TOP.

12:38PM  14       DO YOU SEE THAT?

12:38PM  15   A.  I DO.

12:38PM  16   Q.  AND DR. RABODZEY SAYS, "GOT THE RESULTS.

12:38PM  17       "LOOKS CONSISTENT WITH PREVIOUS TESTS."

12:38PM  18       DO YOU SEE THAT?

12:38PM  19   A.  YES.

12:38PM  20   Q.  OKAY.  IF WE COULD TURN TO 14055.

12:39PM  21   A.  OKAY.

12:39PM  22   Q.  OKAY.  SO 14055 APPEARS TO BE A CONTINUATION OF THAT CHAIN

12:39PM  23   THAT WE SAW IN 14029; RIGHT?

12:39PM  24   A.  YES, IT DOES.

12:39PM  25   Q.  AND THE TOP PART OF THAT CHAIN, THAT IS A NEW EMAIL IS

12:39PM   1    FROM DR. RABODZEY TO YOU AND OTHER MEMBERS OF YOUR TEAM;

12:39PM   2    CORRECT?

12:39PM   3    A.   YES.

12:39PM   4    Q.   AND IT'S ABOUT THAT SAME THERANOS TEST; RIGHT?

12:39PM   5    A.   YES.

12:39PM   6              MS. WALSH:  YOUR HONOR, WE OFFER 14055.

12:39PM   7              MR. LEACH:  NO OBJECTION.

12:39PM   8              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:39PM   9         (DEFENDANT'S EXHIBIT 14055 WAS RECEIVED IN EVIDENCE.)

12:39PM  10    BY MS. WALSH:

12:39PM  11    Q.   SO JUST FOCUSSING ON THE TOP PART OF THAT CHAIN,

12:39PM  12    DR. RABODZEY SAYS, "AFTER YOU SAY IT STILL TOOK A LONG TIME,"

12:40PM  13    HIS REPLAY IS, "THIS IS THE PROBLEM WITH LACK OF CONNECTION TO

12:40PM  14    DOCS OFFICE -- MY DOC STILL DID NOT CALL ME AND DID NOT SEND

12:40PM  15    THE RESULTS.

12:40PM  16         "I THINK THIS IS SOMETHING THAT CAN BE RESOLVED IN FUTURE

12:40PM  17    WHEN EVERYONE STARTS USING EMR."

12:40PM  18         AND WHAT DOES EMR STAND FOR, MR. GROSSMAN?

12:40PM  19    A.   IT STANDS FOR ELECTRONIC MEDICAL RECORD.

12:40PM  20    Q.   OKAY.  AND THEN HE CONTINUES.

12:40PM  21         "BUT FOR THE NEXT FEW YEARS, THIS 4HR TURNAROUND TIME

12:40PM  22    BENEFIT WILL BE MUTED BY THE FACT THAT IT STILL TAKES DAYS FOR

12:40PM  23    DOCS TO ACTUALLY SEND THE RESULTS TO PATIENTS?"

12:40PM  24         DO YOU SEE THAT?

12:40PM  25    A.   I DO.

| | |
|---|---|
| 12:40PM | 1 |
| 12:40PM | 2 |
| 12:40PM | 3 |

12:40PM   1   Q.   OKAY.  AND YOU UNDERSTOOD THAT NOT ALL DOCTORS AT THIS

12:40PM   2   POINT IN TIME HAD IMPLEMENTED ELECTRONIC MEDICAL RECORDS YET;

12:40PM   3   IS THAT RIGHT?

12:40PM   4   A.   NO, I WOULDN'T AGREE WITH THAT.

12:40PM   5   Q.   SO IT'S YOUR TESTIMONY THAT ALL DOCTORS HAD IMPLEMENTED

12:40PM   6   EMR?

12:40PM   7   A.   I MEAN, PRETTY MUCH 100 PERCENT OF THE MARKET HAD EMR'S BY

12:41PM   8   2014.

12:41PM   9        YOU KNOW, THERE'S, THERE'S 30 DIFFERENT SOFTWARE

12:41PM  10   PROVIDERS.  SOME OF THEM GIVE IT AWAY.  THE LARGEST MEDICAL

12:41PM  11   PRACTICES HAVE ALL STANDARDIZED AROUND THREE OR FOUR PROVIDERS.

12:41PM  12        AND THEN IN THE 2011, AMERICAN RECOVERY AND REINVESTMENT

12:41PM  13   ACT, THE GOVERNMENT BASICALLY GAVE MONEY TO PHYSICIAN PRACTICES

12:41PM  14   TO BUY EMR.

12:41PM  15        SO AT THAT POINT YOU SAW A HUGE SPIKE IN EMR UPTAKE IN

12:41PM  16   MEDICAL OFFICES.  SO BY THIS POINT EVERYBODY HAD ONE.

12:41PM  17   Q.   OKAY.  BUT MR. -- DR. RABODZEY'S DOCTOR APPARENTLY DIDN'T

12:41PM  18   BECAUSE THE RESULTS HAD TO BE FAXED; IS THAT RIGHT?

12:41PM  19   A.   YOU KNOW, I'M NOT SURE THAT'S THE ISSUE HERE.

12:41PM  20        YOU KNOW, I THINK WHAT MOST LIKELY THIS IS REFERRING TO IS

12:41PM  21   WHETHER OR NOT HE HAD AN ELECTRONIC CONNECTION FROM THEIR EMR

12:41PM  22   TO THE WALGREENS PHARMACY.  THAT'S A WHOLE SEPARATE ISSUE.

12:42PM  23        BUT DR. RABODZEY IS NOT REALLY AN EXPERT IN THE MEDICAL

12:42PM  24   SOFTWARE SPACE, AND SO I THINK HE'S TRYING TO EXPLAIN WHAT

12:42PM  25   HAPPENED, BUT I DON'T THINK HE HAS AS MUCH DETAILED

GROSSMAN CROSS BY MS. WALSH (RES.)                              6267

12:42PM  1    UNDERSTANDING OF HOW THAT PARTICULAR PART OF HEALTH CARE WORKS.

12:42PM  2    Q.   OKAY.  BUT WHAT HE'S TELLING YOU IN THIS EMAIL IS "THE

12:42PM  3    PROBLEM WAS THE LACK OF DIRECT CONNECTION TO THE DOCTOR'S

12:42PM  4    OFFICE."

12:42PM  5         RIGHT?  DO YOU SEE THOSE WORDS THERE?

12:42PM  6    A.   YES, I DO.

12:42PM  7    Q.   AND HE SAYS HE THINKS THIS IS SOMETHING THAT CAN BE

12:42PM  8    RESOLVED IN THE FUTURE WHEN EVERYONE STARTS USING EMR.

12:42PM  9         DO YOU SEE THOSE WORDS?

12:42PM 10    A.   I DO SEE THOSE WORDS.

12:42PM 11    Q.   OKAY.  SO I WANT TO SHIFT TOPICS TO THE FINANCIAL MODELS.

12:43PM 12         IF YOU COULD TURN IN YOUR BINDER TO 1422 -- ACTUALLY, IT'S

12:43PM 13    IN EVIDENCE, SO WE CAN PULL IT UP.

12:43PM 14         IF WE CAN TURN TO PAGE 2 OF THIS EXHIBIT.  WE'VE LOOKED AT

12:43PM 15    IT BEFORE, BUT JUST TO ORIENT OURSELVES.

12:43PM 16         ON JANUARY 10TH YOU TOLD MR. BALWANI THAT ONE OF THE

12:43PM 17    THINGS THAT WOULD BE ESPECIALLY HELPFUL IN YOUR DUE DILIGENCE

12:43PM 18    PROCESS WAS TO GET ACCESS TO THE FINANCIAL MODEL.

12:43PM 19         DO YOU SEE THAT?

12:43PM 20    A.   I DO, YES.

12:43PM 21    Q.   OKAY.  AND HE RESPONDS, "I WILL SEND YOU THE MODEL OVER

12:43PM 22    THE WEEKEND."

12:43PM 23         DO YOU SEE THAT?

12:43PM 24    A.   I DO.

12:44PM 25    Q.   AND MR. BALWANI EVENTUALLY SENT YOU THE EXCEL SPREADSHEET

12:44PM  1    AS YOU TESTIFIED EARLIER; RIGHT?

12:44PM  2    A.   THAT'S CORRECT.

12:44PM  3    Q.   AND THAT SPREADSHEET ENABLED YOU TO SEE ALL THE

12:44PM  4    ASSUMPTIONS THAT WENT INTO THE MODEL; RIGHT?

12:44PM  5    A.   YES.

12:44PM  6    Q.   AND THE FORMULAS THAT WERE IMPLEMENTED INTO THE MODEL;

12:44PM  7    RIGHT?

12:44PM  8    A.   YES.

12:44PM  9    Q.   OKAY.  WHAT I'D LIKE TO DO IS SHOW ONLY MR. GROSSMAN

12:44PM 10    EXHIBIT 13720A, AND COUNSEL AND THE COURT, OF COURSE.

12:44PM 11             THE COURT:  JUST TO MR. GROSSMAN?

12:44PM 12             MS. WALSH:  YES, JUST TO HIM.

12:45PM 13         (PAUSE IN PROCEEDINGS.)

12:45PM 14    BY MS. WALSH:

12:45PM 15    Q.   OKAY.  DO YOU SEE THAT EXCEL SPREADSHEET ON THE SCREEN,

12:45PM 16    MR. GROSSMAN?

12:45PM 17    A.   I DO.

12:45PM 18    Q.   AND WE CAN GO THROUGH THE TABS IF YOU WANT, BUT DO YOU

12:45PM 19    RECOGNIZE THAT AS THE EXCEL SPREADSHEET THAT MR. BALWANI SENT

12:45PM 20    YOU IN 2014?

12:45PM 21    A.   I BELIEVE THAT IT LOOKS TO ME THAT IT LOOKS LIKE THAT

12:45PM 22    DOCUMENT, YES.

12:45PM 23    Q.   OKAY.

12:45PM 24    A.   OR THAT FILE.

12:45PM 25             MS. WALSH:  YOUR HONOR, WE OFFER 13720A.

GROSSMAN CROSS BY MS. WALSH (RES.)                    6269

12:45PM   1              MR. LEACH:  NO OBJECTION, YOUR HONOR.

12:45PM   2              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:45PM   3              (DEFENDANT'S EXHIBIT 13720A WAS RECEIVED IN EVIDENCE.)

12:46PM   4    BY MS. WALSH:

12:46PM   5    Q.   OKAY.  SO LET ME ASK YOU A COUPLE OF QUESTIONS ABOUT HOW

12:46PM   6    THESE MODELS WORK.

12:46PM   7              SO THE MODEL -- THIS TYPE OF MODEL IS MODELING FUTURE

12:46PM   8    PERFORMANCE; IS THAT FAIR?

12:46PM   9    A.   YES.

12:46PM  10    Q.   AND THE WAY IT WORKS IS THAT YOU COME UP WITH CERTAIN

12:46PM  11    ASSUMPTIONS ABOUT, FOR EXAMPLE, HOW MANY STORES YOU'RE GOING TO

12:46PM  12    BE IN OR HOW MANY TEST PER PATIENT WILL COME THROUGH THE STORE

12:46PM  13    AS INPUTS INTO THE MODEL; CORRECT?

12:46PM  14    A.   I MEAN, THAT'S CERTAINLY ONE WAY TO MODEL THE FUTURE.

12:46PM  15    Q.   OKAY.  AND IF YOU CHANGE THOSE ASSUMPTIONS, THAT WILL

12:46PM  16    CHANGE THE OUTPUT IN THE MODEL; IS THAT FAIR?

12:46PM  17    A.   YES.  IT'S JUST MATH.  SO IF YOU CHANGE THE -- ANY CELL

12:46PM  18    THAT REFERENCES ANOTHER CELL AND IS A CALCULATION WILL CHANGE

12:46PM  19    IF YOU CHANGE THE UNDERLYING ASSUMPTION.

12:46PM  20    Q.   OKAY.  SO LET'S TAKE A LOOK AT THE FIRST HALF WHICH IS

12:47PM  21    MACRO ASSUMPTIONS.  AND THIS CONTAINED SOME ASSUMPTIONS ABOUT

12:47PM  22    RETAIL PHARMACY MARKET IN THE UNITED STATES.

12:47PM  23              DO YOU SEE THAT?

12:47PM  24    A.   YES.

12:47PM  25    Q.   AND THERE IS SOME MARKET DATA THAT WAS ALSO INCLUDED?

ER-4802

GROSSMAN CROSS BY MS. WALSH (RES.)                    6270

12:47PM   1              DO YOU SEE THAT IN THE MIDDLE THERE?

12:47PM   2     A.   I DO.

12:47PM   3     Q.   OKAY.  AND THEN IF WE CAN GO TO THE TAB LABELLED THERANOS

12:47PM   4     MARKET ASSUMPTIONS.

12:47PM   5              ON THE TOP LEFT DO YOU SEE RX LOCATIONS?  DO YOU SEE THAT?

12:47PM   6     A.   YES.

12:47PM   7     Q.   OKAY.  AND ONE OF THOSE IS WALGREENS; RIGHT?

12:47PM   8     A.   YES.

12:47PM   9     Q.   AND THEN IF WE SCROLL TO JANUARY 2014, WHICH IS GOING TO

12:48PM  10     BE -- YEAH, THERE YOU GO.

12:48PM  11              DO YOU SEE JANUARY 2014?

12:48PM  12     A.   I DO.

12:48PM  13     Q.   AND ACROSS FROM WALGREENS FOR RX LOCATIONS IT LISTS 11.

12:48PM  14              DO YOU SEE THAT?

12:48PM  15     A.   I DO SEE THAT.

12:48PM  16     Q.   AND THERANOS AT THE TIME WAS NOT IN 11 WALGREENS STORES;

12:48PM  17     RIGHT?

12:48PM  18     A.   WHAT TIME ARE YOU REFERRING TO?

12:48PM  19     Q.   JANUARY 2014.

12:48PM  20     A.   I DON'T BELIEVE, I DON'T BELIEVE THEY WERE IN 11 -- I

12:48PM  21     DON'T RECALL WHEN THEY, WHEN THEY EXPANDED TO 11.  I DON'T KNOW

12:48PM  22     IF IT WAS JANUARY OR FEBRUARY.

12:48PM  23     Q.   WELL, WEREN'T THEY IN THREE STORES IN JANUARY 2014?

12:48PM  24     A.   I THINK THAT WAS WHEN -- WHEN YOU ASKED ME THAT QUESTION,

12:48PM  25     I THINK THAT WAS AT THE SECOND MEETING THAT WE HAD ON

12:48PM  1    JANUARY 10TH.  AT THAT POINT IN TIME I THINK THEY HAD THREE.  I

12:48PM  2    DON'T RECALL HOW MANY THEY HAD AT THIS POINT IN JANUARY.

12:48PM  3    Q.   OKAY.  BUT IT'S FAIR TO SAY THAT YOU DON'T REMEMBER THEM

12:49PM  4    HAVING 11 STORES AT THAT TIME; IS THAT RIGHT?

12:49PM  5    A.   I DON'T REMEMBER BY THE END OF THE MONTH WHAT THEY HAD.

12:49PM  6    Q.   OKAY.  BUT THAT'S SOMETHING THAT YOU COULD VERIFY ONLINE;

12:49PM  7    RIGHT?

12:49PM  8    A.   I GUESS.  I GUESS WE COULD.

12:49PM  9    Q.   AT THE TIME THAT YOU WERE LOOKING AT THIS MODEL, RIGHT,

12:49PM  10   YOU COULD VERIFY ONLINE HOW MANY STORES THERANOS WAS IN; RIGHT?

12:49PM  11   A.   I BELIEVE THEY WOULD HAVE -- I DON'T, I DON'T KNOW -- I

12:49PM  12   ASSUMED THAT'S POSSIBLE, YES.

12:49PM  13   Q.   OKAY.  AND THEN IF WE LOOK AT THE REVENUE FOR

12:49PM  14   FEBRUARY 2014, WHICH IS COLUMN J, ROW 19.

12:49PM  15        SO ROW 19, DO YOU SEE WHERE IT SAYS REVENUE?

12:50PM  16   A.   I DO.

12:50PM  17   Q.   YEAH.  AND YOU SEE IF YOU CLICK ON ONE OF THOSE CELLS, AT

12:50PM  18   THE TOP THERE'S A FORMULA GENERATING THOSE NUMBERS; RIGHT?

12:50PM  19   A.   YES.

12:50PM  20   Q.   AND THAT'S SIMILAR TO THE FORMULA THAT I JUST REFERRED TO

12:50PM  21   THAT IF THE FORMULA CHANGES, IT MAY CHANGE THE OUTPUT THAT

12:50PM  22   AFFECTS OTHER CELLS; IS THAT FAIR?

12:50PM  23   A.   I MEAN, IT SHOULD, YES.

12:50PM  24   Q.   OKAY.  AND THEN UNDER RETAIL PHARMACIES IS PHYSICIANS'

12:50PM  25   OFFICES.

12:50PM  1         DO YOU SEE THAT?

12:50PM  2    A.   I DO SEE THAT.

12:50PM  3    Q.   AND YOU SEE THAT NO REVENUE IS PROJECTED FOR JANUARY OR

12:50PM  4    FEBRUARY 2014.

12:50PM  5         DO YOU SEE THAT?

12:50PM  6    A.   YES.

12:50PM  7    Q.   OKAY.  AND THEN GOING DOWN, DO YOU SEE HOSPITALS

12:50PM  8    (COURIER)?

12:50PM  9    A.   YES.

12:50PM  10   Q.   AND NO REVENUE IS PROJECTED FOR JANUARY, FEBRUARY,

12:51PM  11   MARCH 2014 FOR HOSPITALS (COURIER).

12:51PM  12        DO YOU SEE THAT?

12:51PM  13   A.   I DO SEE THAT, YES.

12:51PM  14   Q.   AND THEN IF YOU GO TO HOSPITALS (ONSITE).

12:51PM  15        DO YOU SEE THAT?

12:51PM  16   A.   I DO.

12:51PM  17   Q.   THERE'S NO REVENUE AT ALL PROJECTED IN 2014.

12:51PM  18        DO YOU SEE THAT?

12:51PM  19   A.   I DO.

12:51PM  20   Q.   AND THERE'S NONE, NO REVENUE, UNTIL -- PROJECTED UNTIL

12:51PM  21   APRIL 2015; CORRECT?

12:51PM  22   A.   THAT IS CORRECT.

12:51PM  23   Q.   OKAY.  AND THEN IF WE GO BACK, DO YOU SEE DOD IN RED?

12:51PM  24   A.   I DO.

12:51PM  25   Q.   AND DOD STOOD FOR DEPARTMENT OF DEFENSE.

GROSSMAN CROSS BY MS. WALSH (RES.)                    6273

12:51PM   1              WAS THAT YOUR UNDERSTANDING?

12:51PM   2      A.    THAT WAS.

12:51PM   3      Q.    AND THAT ROW FOR DOD SAYS TBD; CORRECT?

12:51PM   4      A.    CORRECT.

12:51PM   5      Q.    AND IT'S TBD ALL OF THE WAY THROUGH THE MODEL; RIGHT?

12:51PM   6      A.    YES.

12:51PM   7      Q.    THERE'S NO PROJECTED REVENUE LISTED FOR THE DEPARTMENT OF

12:52PM   8      DEFENSE; CORRECT?

12:52PM   9      A.    IT'S JUST TBD.

12:52PM  10      Q.    RIGHT.  SO NO REVENUE IS LISTED?

12:52PM  11      A.    YEAH, I SUPPOSE.  IT JUST SAYS TO BE DETERMINED.

12:52PM  12      Q.    OKAY.  BUT THERE'S NOT A NUMBER THERE; IS THAT FAIR?

12:52PM  13      A.    I AGREE WITH THAT.

12:52PM  14      Q.    OKAY.  THEN UNDER DOD YOU SEE THE WORD INTERNATIONAL?

12:52PM  15      A.    YES.

12:52PM  16      Q.    AND THAT IS ALSO TBD; RIGHT?

12:52PM  17      A.    RIGHT.

12:52PM  18      Q.    THERE'S NO NUMBER FIGURE FOR REVENUE; RIGHT?

12:52PM  19      A.    NO.

12:52PM  20      Q.    AND THEN GOING DOWN IT LISTS MINILAB NEW PRODUCTION.

12:52PM  21              DO YOU SEE THAT?

12:52PM  22      A.    I DO SEE THAT, YES.

12:52PM  23      Q.    OKAY.  AND THERE'S NOTHING LISTED FOR JANUARY AND

12:52PM  24      FEBRUARY 2014; RIGHT?

12:52PM  25      A.    THAT'S CORRECT.

GROSSMAN CROSS BY MS. WALSH (RES.)                    6274

12:52PM   1    Q.   AND THEN CUMULATIVE MINILAB INVENTORY.

12:52PM   2         DO YOU SEE THAT?

12:52PM   3    A.   I DO.

12:52PM   4    Q.   AND THERE'S NOTHING LISTED FOR JANUARY AND FEBRUARY 2014

12:53PM   5    AS WELL; RIGHT?

12:53PM   6    A.   YES.

12:53PM   7    Q.   OKAY.  THEN IF WE CAN GO TO THE TAB LABELLED PRO FORMA

12:53PM   8    INCOME STATEMENT, IF WE GO TO ROW 17, AGAIN, DOD IS LISTED AS

12:53PM   9    TBD; RIGHT?

12:53PM  10    A.   YES.

12:53PM  11    Q.   AND THEN THERE'S SOMETHING CALLED OPERATING EXPENSES R&D

12:53PM  12    COSTS.

12:53PM  13         DO YOU SEE THAT?

12:53PM  14    A.   I DO.

12:53PM  15    Q.   AND THEN WHAT IS LISTED THERE IS KILLER SOFTWARE APPS AND

12:53PM  16    SUPPORT.

12:53PM  17         DO YOU SEE THAT?

12:53PM  18    A.   I DO.

12:53PM  19    Q.   AND THEN THE AMOUNT FOR RESEARCH AND DEVELOPMENT COST

12:53PM  20    INCREASES EVERY YEAR, DOESN'T IT?

12:53PM  21    A.   YES, IT DOES.

12:53PM  22    Q.   OKAY.  ALL RIGHT.  WE CAN TAKE THAT DOWN.

12:54PM  23         IF YOU CAN TURN NOW TO 1477.

12:54PM  24    A.   YOU KNOW WHAT, I DON'T THINK I HAVE 14077.

12:54PM  25    Q.   NO.  IT'S 1477.

GROSSMAN CROSS BY MS. WALSH (RES.)                               6275

12:54PM  1    A.   OKAY.

12:54PM  2    Q.   AND SO THIS IS AN EMAIL FROM YOU TO MR. BALWANI.

12:54PM  3         DO YOU SEE THAT?

12:54PM  4    A.   YES, I DO.

12:54PM  5    Q.   ACTUALLY, I THINK THIS IS IN EVIDENCE.  SO WE CAN PULL IT

12:54PM  6    UP.

12:54PM  7         RIGHT.  SO MR. LEACH ASKED YOU ABOUT THIS.  THESE WERE

12:55PM  8    YOUR QUESTIONS REGARDING THE FINANCIAL MODEL.

12:55PM  9         DO YOU SEE THAT?

12:55PM 10    A.   I DO.

12:55PM 11    Q.   OKAY.  AND YOU POSE A LOT OF DIFFERENT QUESTIONS ABOUT THE

12:55PM 12    MODEL; RIGHT?

12:55PM 13    A.   YES.

12:55PM 14    Q.   AND ABOUT TWO-THIRDS OF THE WAY DOWN YOU SAY, "IN MODEL

12:55PM 15    YOU HAVE 11 ACTIVE SITES IN JANUARY GOING TO 21 IN FEBRUARY,

12:55PM 16    AND THEN 41 IN APRIL.  IS THAT SCHEDULE STILL REALISTIC?"

12:55PM 17         DO YOU SEE THAT?

12:55PM 18    A.   I DO.

12:55PM 19    Q.   AND THEN YOU ASK, "HOW DO YOU DEAL WITH THE VENOUS DRAW

12:55PM 20    ISSUE.  I HAD TESTS DONE TODAY IN PALO ALTO WALGREENS AND HAD

12:55PM 21    TO GET VENOUS DRAW.  I WASN'T OFFERED FINGERSTICK."

12:55PM 22         AND THEN YOU GO ON TO ASK QUESTIONS ABOUT A CPT AND A

12:55PM 23    LICENSED LPT.

12:55PM 24         AND THEN YOU ASK, "IN REAL WORLD, WHAT PERCENT OF PATIENTS

12:55PM 25    NEED A VENOUS BLOOD DRAW?"

GROSSMAN CROSS BY MS. WALSH (RES.)                    6276

12:55PM   1            DO YOU SEE THAT?

12:56PM   2       A.   I DO.

12:56PM   3       Q.   OKAY.  WE CAN TAKE THAT DOWN.

12:56PM   4            LET'S GO TO 5441.

12:56PM   5            AND THIS IS IN EVIDENCE, SO WE CAN PULL IT UP.

12:56PM   6            THIS IS THE EMAIL THAT YOU TESTIFIED ABOUT ON DIRECT WHERE

12:56PM   7       YOU ARE SENDING ADAM CLAMMER THE THERANOS SPREADSHEET; IS THAT

12:56PM   8       RIGHT?

12:56PM   9       A.   YES.

12:56PM  10       Q.   AND YOU SAY, "CELL D113 ON PFM REV MODEL IS SCENARIO.  1,

12:56PM  11       2, 3 FOR THE BEAR, BASE, BULL."

12:56PM  12            DO YOU REMEMBER THAT?

12:56PM  13       A.   YES.

12:56PM  14       Q.   AND I THINK YOU TESTIFIED TO THIS ON DIRECT, BUT YOU BUILT

12:56PM  15       ESSENTIALLY THREE DIFFERENT SCENARIOS THAT WAS YOUR ANALYSIS OF

12:56PM  16       THERANOS; RIGHT?  THREE DIFFERENT ECONOMIC SCENARIOS; IS THAT

12:57PM  17       RIGHT?

12:57PM  18       A.   THREE DIFFERENT FORECASTS.

12:57PM  19       Q.   THREE DIFFERENT FORECASTS.  OKAY.

12:57PM  20            AND THE BEAR WAS THE MOST PESSIMISTIC IN THE FORECAST, I

12:57PM  21       GUESS.  IS THAT FAIR?

12:57PM  22       A.   OF THE THREE FORECASTS, THE BEAR WAS THE LOWEST.

12:57PM  23       Q.   RIGHT.  AND THE BULL WAS THE HIGHEST; RIGHT?

12:57PM  24       A.   THAT'S RIGHT.

12:57PM  25       Q.   AND THE BASE WAS IN THE MIDDLE; RIGHT?

12:57PM  1    A.   YES.

12:57PM  2    Q.   OKAY.  AND SO IF WE COULD SHOW JUST MR. GROSSMAN, 4093,

12:57PM  3    AND COUNSEL, OF COURSE.

12:57PM  4         DO YOU SEE THAT, MR. GROSSMAN?

12:57PM  5    A.   I DO SEE THAT, YES.

12:57PM  6    Q.   OKAY.  IS THIS PFM'S MODEL THAT PFM BUILT?

12:57PM  7    A.   IT LOOKS LIKE IT, YES.

12:57PM  8    Q.   AND THIS MODEL WAS USED IN MAKING THE DECISION WHETHER OR

12:58PM  9    NOT TO INVEST IN THERANOS; IS THAT RIGHT?

12:58PM 10    A.   YES.

12:58PM 11              MS. WALSH:  YOUR HONOR, WE OFFER 4093.

12:58PM 12              MR. LEACH:  NO OBJECTION, YOUR HONOR.

12:58PM 13              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

12:58PM 14         (GOVERNMENT'S EXHIBIT 4093 WAS RECEIVED IN EVIDENCE.)

12:58PM 15    BY MS. WALSH:

12:58PM 16    Q.   SO IF WE CAN SHOW -- YEAH, THE BLUE TABS ALONG THE BOTTOM,

12:58PM 17    THOSE WERE IMPORTED FROM THERANOS'S MODEL; IS THAT RIGHT?

12:58PM 18    A.   I'M NOT SURE.

12:58PM 19              MR. LEACH:  YOUR HONOR.

12:58PM 20              THE CLERK:  MY APOLOGIES.

12:58PM 21              THE COURT:  OH, THE MONITOR.

12:58PM 22         ARE THEY ON NOW?  NOT YET.  OKAY.

12:58PM 23         ARE YOU GOOD?  THANK YOU.

12:58PM 24    BY MS. WALSH:

12:58PM 25    Q.   SO LET'S LOOK AT ONE OF THOSE TABS, AND MAYBE THAT WILL

GROSSMAN CROSS BY MS. WALSH (RES.)                    6278

12:59PM 1    HELP YOU.

12:59PM 2          LET'S LOOK AT THE BALANCE SHEET TAB.

12:59PM 3          DO YOU RECOGNIZE THIS AS NUMBERS FROM THERANOS THAT YOU

12:59PM 4    REFERRED TO?

12:59PM 5    A.   IT LOOKS LIKE THAT.  YES, IT LOOKS FAMILIAR.

12:59PM 6    Q.   OKAY.  SO LET'S GO DOWN TO ROW 34, WHICH IS LABELLED

12:59PM 7    COMMON STOCK.

12:59PM 8          DO YOU SEE THAT?

12:59PM 9    A.   I DO.

12:59PM 10   Q.   AND THE AMOUNT OF COMMON STOCK THAT WAS ISSUED WAS

12:59PM 11   19,806,000.

12:59PM 12         DO YOU SEE THAT?

12:59PM 13   A.   I DO.

12:59PM 14   Q.   OKAY.  AND THESE NUMBERS NEED TO BE MULTIPLIED BY 1,000;

12:59PM 15   RIGHT?

12:59PM 16   A.   I'M NOT SURE.

12:59PM 17   Q.   CAN WE GO TO THE TOP OF THIS.  CAN YOU SEE HOW --

12:59PM 18   A.   YES.

12:59PM 19   Q.   AND IT'S FAIR TO SAY THAT ALL OF THESE HAVE TO BE

12:59PM 20   MULTIPLIED BY A THOUSAND TO BE ACCURATE; RIGHT?

12:59PM 21   A.   YES.

12:59PM 22   Q.   AND SO IN COMMON STOCK IT SHOWS 19,806,000; RIGHT?

01:00PM 23   A.   YES.

01:00PM 24   Q.   AND THEN IN PREFERRED STOCK, THE ROW UNDER THAT IT SHOWS

01:00PM 25   206,138,000; RIGHT?

ER-4811

GROSSMAN CROSS BY MS. WALSH (RES.)                    6279

01:00PM  1    A.   YES.

01:00PM  2    Q.   AND IF YOU ADD THE TWO OF THOSE TOGETHER, IT'S ROUGHLY

01:00PM  3    224 MILLION; RIGHT?

01:00PM  4    A.   YES.

01:00PM  5    Q.   OKAY.  AND THOSE TWO ROWS MEAN THAT THERANOS HAD RAISED

01:00PM  6    ABOUT 225 MILLION BY ISSUING STOCK; CORRECT?

01:00PM  7    A.   I'M NOT SURE.  I'M NOT AN EXPERT ON BALANCE SHEET AND

01:00PM  8    ACCOUNTING FOR THIS, SO I DON'T KNOW FOR SURE.

01:00PM  9    Q.   DON'T YOU REVIEW BALANCE SHEETS AS PART OF YOUR DAILY

01:00PM 10    BUSINESS?

01:00PM 11    A.   WE DO, BUT IT GETS PRETTY COMPLICATED WHEN IT COMES TO THE

01:00PM 12    ISSUING STOCK AND BOOK VALUE, ACCUMULATED PAID IN CAPITAL,

01:00PM 13    WHICH THEY DON'T HAVE LISTED HERE.

01:00PM 14        SO, I MEAN, IT'S HARD FOR ME TO ANSWER JUST LOOKING AT

01:00PM 15    THIS.  BUT THAT -- I DO AGREE THAT IT REPRESENTS $225 MILLION

01:01PM 16    BETWEEN THOSE TWO LINES, OR I GUESS ROW 34 AND ROW 35.

01:01PM 17    Q.   AND THAT CORRESPONDS TO STOCK, THERANOS STOCK; RIGHT?

01:01PM 18    A.   YES.

01:01PM 19    Q.   OKAY.  IF WE CAN LOOK AT LINE 36, WHICH IS ACCUMULATED

01:01PM 20    DEFICIT.

01:01PM 21        DO YOU SEE THAT?

01:01PM 22    A.   I DO.

01:01PM 23    Q.   AND ACCUMULATED DEFICIT IS HOW MUCH MONEY A COMPANY LOSES

01:01PM 24    SINCE ITS INCEPTION; RIGHT?

01:01PM 25    A.   I BELIEVE THAT'S RIGHT, BUT, AGAIN, I'M NOT AN ACCOUNTING

01:01PM  1    EXPERT.  BUT, YES, I BELIEVE THAT'S, THAT'S RIGHT.

01:01PM  2    Q.   OKAY.  AND WHAT THIS SHOWS IS AN ACCUMULATED DEFICIT OF

01:01PM  3    250,527,000; RIGHT?

01:01PM  4    A.   YES.

01:01PM  5    Q.   AND SO IN ADDITION TO THE MODEL THAT THERANOS GAVE YOU,

01:01PM  6    YOUR TEAM COLLECTED MORE INFORMATION; IS THAT FAIR?

01:02PM  7    A.   YES.

01:02PM  8    Q.   OKAY.  AND THAT WAS SEPARATE AND APART FROM THE NUMBERS

01:02PM  9    THAT THERANOS PROVIDED TO YOU; CORRECT?

01:02PM  10   A.   ARE YOU REFERRING SPECIFICALLY TO THE MODEL OR JUST IN

01:02PM  11   GENERAL?

01:02PM  12   Q.   FOCUSSING ON THE FINANCIALS.

01:02PM  13   A.   OKAY.

01:02PM  14   Q.   SO WHAT I'M GOING TO DIRECT YOU TO IS THE ORANGE TABS.

01:02PM  15   LET'S LOOK AT THOSE.

01:02PM  16        IF WE CAN LOOK AT THE TABLE LABELLED HIGH GROWTH COMPS.

01:02PM  17        SO THIS IS INFORMATION THAT YOUR TEAM PUT INTO THIS MODEL;

01:02PM  18   RIGHT?

01:02PM  19   A.   YES.

01:02PM  20   Q.   OKAY.  AND IT SHOWS THE PERFORMANCE OF OTHER COMPANIES IN

01:02PM  21   THE MARKET; RIGHT?

01:02PM  22   A.   THESE ARE OTHER, THESE ARE OTHER COMPANIES, WHAT WE REFER

01:02PM  23   TO AS DISRUPTIVE OPEN ENDED TECHNOLOGY COMPANIES.

01:02PM  24   Q.   RIGHT.  AND YOU'RE PUTTING THOSE INTO YOUR MODEL; RIGHT?

01:02PM  25   A.   WELL, THEY'RE NOT IN OUR FORECASTS, THE BASE CASE, THE

GROSSMAN CROSS BY MS. WALSH (RES.)                    6281

01:02PM  1    BEAR CASE, THE BULL CASE.

01:02PM  2          THIS IS, THIS IS A SEPARATE TAB THAT JUST LOOKS AT HOW

01:03PM  3    SIMILAR DISRUPTIVE, EXCITING, OPEN ENDED BUSINESSES, HOW THEY

01:03PM  4    ARE VALUED AND HOW THEY GREW.  THAT'S WHAT THIS TAB IS.

01:03PM  5    Q.   OKAY.  BUT IT REPRESENTS ANOTHER SET OF DATA THAT WAS

01:03PM  6    AVAILABLE TO YOU THAT WENT INTO THE MIX OF YOUR EVALUATION OF

01:03PM  7    THE FINANCIAL OPPORTUNITY OF INVESTING AT THERANOS; RIGHT?

01:03PM  8    A.   YEAH.  THIS WAS MORE AROUND VALUATION, HOW TO THINK ABOUT

01:03PM  9    HOW TO VALUE THERANOS WHEN, YOU KNOW, IN THREE, FOUR, FIVE, SIX

01:03PM 10    YEARS IT WAS A BIGGER COMPANY.

01:03PM 11    Q.   OKAY.  AND SO YOU USED THESE DATA POINTS TO HELP YOU

01:03PM 12    DETERMINE HOW TO VALUE THERANOS; CORRECT?

01:03PM 13    A.   YES.

01:03PM 14    Q.   OKAY.  IF WE CAN THEN GO TO THE TAB LABELLED CHARTS.

01:03PM 15          DO YOU SEE THAT?

01:03PM 16    A.   I DO.

01:03PM 17    Q.   AND THIS TAB INCLUDES STATISTICS ABOUT THE U.S. LAB

01:03PM 18    MARKET; RIGHT?

01:03PM 19    A.   YES, IT APPEARS TO.

01:04PM 20    Q.   OKAY.  AND THESE WERE OTHER DATA POINTS THAT YOU WERE

01:04PM 21    USING IN YOUR ANALYSIS; RIGHT?

01:04PM 22    A.   YEAH.  I DON'T KNOW -- I DON'T THINK WE REALLY USED THIS.

01:04PM 23    I THINK THIS WAS A -- THIS WAS SOMETHING THAT WE INCLUDED IN A

01:04PM 24    PRESENTATION.  THIS WAS A SLIDE FROM A PRESENTATION THAT WE

01:04PM 25    HAD.

ER-4814

GROSSMAN CROSS BY MS. WALSH (RES.)                6282

01:04PM  1      SO I DON'T THINK IT ACTUALLY TIED BACK TO THE, TO THE

01:04PM  2   FINANCIAL MODEL THAT WE BUILT.

01:04PM  3   Q.   OKAY.  BUT THE TOTAL U.S. LAB MARKET WAS RELEVANT IN YOUR

01:04PM  4   CONSIDERATION OF THE INVESTMENT, WASN'T IT?

01:04PM  5   A.   I MEAN, ONLY IN THE SENSE THAT IT'S JUST GOOD TO HAVE

01:04PM  6   THOSE KIND OF BIG PICTURE NUMBERS HANDY, BUT IT WASN'T DIRECTLY

01:04PM  7   TIED INTO ANY OF THE FORECASTS, OR ME, OF THE MODELING WE DID

01:04PM  8   OF THERANOS AS A BUSINESS.

01:04PM  9   Q.   OKAY.  EVEN IF IT WASN'T DIRECTLY TIED IN, IT WAS RELEVANT

01:04PM  10  TO YOUR ANALYSIS AS TO WHAT THE TOTAL U.S. LAB MARKET WAS;

01:04PM  11  RIGHT?

01:04PM  12  A.   YEAH, WE ALWAYS WANTED TO KNOW WHAT THE TOTAL SIZE OF THE

01:05PM  13  MARKET IS.

01:05PM  14  Q.   OKAY.  AND THEN IF WE CAN GO TO THE TAB LABELLED CENSUS

01:05PM  15  DATA.

01:05PM  16      THIS TAB CONTAINS, YOU SEE AT THE TOP, ANNUAL ESTIMATES OF

01:05PM  17  POPULATION OF METROPOLITAN, MICROPOLITAN STATISTICAL AREAS.

01:05PM  18      DO YOU SEE THAT?

01:05PM  19  A.   I DO.

01:05PM  20  Q.   AND THIS IS THE CENSUS DATA FOR LARGE AND SMALL CITIES

01:05PM  21  ACROSS THE UNITED STATES; RIGHT?

01:05PM  22  A.   YES.

01:05PM  23  Q.   AND THIS WAS ANOTHER DATA POINT THAT WAS RELEVANT IN THE

01:05PM  24  WHOLE MIX OF INFORMATION THAT YOU WERE CONSIDERING; CORRECT?

01:05PM  25  A.   YES.

GROSSMAN CROSS BY MS. WALSH (RES.)                                6283

01:05PM  1     Q.   THEN IF WE CAN GO TO THE GREEN TABS.

01:05PM  2          LET'S GO TO THE ONE PFM REV MODEL BOTTOMS UP.

01:05PM  3          DO YOU SEE THAT?

01:05PM  4     A.   I DO.

01:05PM  5     Q.   OKAY.  AND THIS CONTAINS SOME OF THE DATA PERTAINING TO

01:06PM  6     THE BEAR, BASE, AND BULL ESTIMATES.

01:06PM  7          DO YOU SEE THOSE REFERENCES AT THE BOTTOM OF THE SCREEN?

01:06PM  8     A.   I DO.

01:06PM  9     Q.   OKAY.  IF WE CAN THEN GO TO THE TAB LABELLED STORE BUILD.

01:06PM 10          OKAY.  THIS IS AN ANALYSIS OF THERANOS'S POTENTIAL KIND OF

01:06PM 11     INFILTRATION IN THESE MARKETS; RIGHT?

01:06PM 12     A.   THIS IS, THIS IS AN ANALYSIS THAT LOOKS AT OUR REVENUE

01:06PM 13     FORECAST, WHICH WE USED -- WE BUILT OUR REVENUE FORECAST -- THE

01:06PM 14     COMPANY GAVE US TWO YEARS OF FINANCIAL INFORMATION, '14 AND

01:06PM 15     '15, AND WE USED THAT TO HELP US MODEL THE COMPANY IN '14 AND

01:06PM 16     '15.

01:06PM 17          BEYOND THAT, WE WERE ON OUR OWN.  SO WE MADE SOME

01:06PM 18     ASSUMPTIONS ABOUT PENETRATION INTO THE TOTAL METROPOLITAN

01:06PM 19     MARKETS THAT WE EXPECTED TO ROLL OUT, AND THAT'S HOW WE

01:07PM 20     FORECAST REVENUE.

01:07PM 21          AND THEN JUST TO SORT OF CHECK, WE TOOK THOSE REVENUE

01:07PM 22     FORECASTS AND COMPARED THAT TO THE TOTAL NUMBER OF THERANOS --

01:07PM 23     I'M SORRY, THE TOTAL NUMBER OF WALGREENS AND SAFEWAY STORES IN

01:07PM 24     THOSE 18 URBAN AREAS THAT WE ASSUMED THEY WERE ROLLING OUT IN.

01:07PM 25          SO THIS ANALYSIS IS JUST A SECONDARY ANALYSIS COMPARING

01:07PM  1     THE REVENUE, WHICH WE MODEL, VERSUS THE TOTAL NUMBER OF RETAIL

01:07PM  2     STORES THAT THEY HAD IN THOSE PARTICULAR MARKETS.

01:07PM  3          AND WE USED THE, WE USED THE DATA YOU REFERRED TO BEFORE

01:07PM  4     TO HELP US DRIVE THE -- CREATE THESE REVENUE ASSUMPTIONS BASED

01:07PM  5     ON THE TOTAL NUMBER OF PEOPLE, AND THEN THE AVERAGE NUMBER OF

01:07PM  6     TESTS PER PEOPLE PER -- NOT PEOPLE, PER PERSON.  THAT WAS HOW

01:07PM  7     WE MODELLED THE COMPANY BEYOND 2015.

01:07PM  8     Q.   OKAY.  AND THIS WAS A SLIGHTLY DIFFERENT WAY OF LOOKING AT

01:07PM  9     THE DATA IN ORDER TO FORECAST; IS THAT FAIR?

01:07PM 10     A.   YEAH.  WE WANTED TO -- WE -- YES, IT WAS A DIFFERENT WAY

01:08PM 11     OF FORECASTING REVENUES USING THE TOTAL NUMBER OF PEOPLE IN

01:08PM 12     THESE URBAN MARKETS THAT WE WERE ASSUMING WERE GOING TO BE

01:08PM 13     ROLLED OUT OVER THE NEXT COUPLE OF YEARS.

01:08PM 14     Q.   OKAY.  SO LET'S GO NEXT TO THE TAB LABELLED VALUATION.

01:08PM 15          THIS IS MORE ANALYSIS THAT YOUR TEAM DID; RIGHT?

01:08PM 16     A.   YES.

01:08PM 17     Q.   AND LET'S GO TO ROW 19, COLUMN C, THERANOS NET REVENUE.

01:08PM 18          AND WHAT IS PROJECTED IS 249 MILLION NET REVENUE FOR 2014;

01:08PM 19     RIGHT?

01:08PM 20     A.   YES.

01:08PM 21     Q.   OKAY.  AND THEN ROW 19, COLUMN D IS FOR 2015.  AND WHAT IS

01:08PM 22     PROJECTED IS 1.558 BILLION NET REVENUE FOR 2015; RIGHT?

01:09PM 23     A.   YES.

01:09PM 24     Q.   AND YOU'RE MAKING THESE PROJECTIONS IN EARLY 2014;

01:09PM 25     CORRECT?

ER-4817