No. 22-10338

IN THE

# United States Court of Appeals for the Ninth Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

*v.*

RAMESH "SUNNY" BALWANI,

*Defendant-Appellant*.

On Appeal from United States District Court
for the Northern District of California
No. 5:18-cr-00258-EJD-2, Hon. Edward J. Davila

## APPELLANT'S EXCERPTS OF RECORD
## VOLUME 23 OF 26 (PAGES ER-6174 – ER-6473)

Jeffrey B. Coopersmith
Amy Walsh
Stephen A. Cazares
Aaron P. Brecher
Sachi Schuricht
Amari L. Hammonds
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105

Mark S. Davies
James Anglin Flynn
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005
(202) 339-8400

*Counsel for Appellant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-18-00258-EJD |
| | ) | |
| PLAINTIFF, | ) | SAN JOSE, CALIFORNIA |
| | ) | |
| VS. | ) | VOLUME 23 |
| | ) | |
| ELIZABETH A. HOLMES, | ) | OCTOBER 22, 2021 |
| | ) | |
| DEFENDANT. | ) | PAGES 4318 - 4576 |
| _____ | ) | |

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S :

FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                       BY:  JOHN C. BOSTIC
                            JEFFREY B. SCHENK
                       150 ALMADEN BOULEVARD, SUITE 900
                       SAN JOSE, CALIFORNIA 95113

                       BY:  ROBERT S. LEACH
                            KELLY VOLKAR
                       1301 CLAY STREET, SUITE 340S
                       OAKLAND, CALIFORNIA 94612

        (APPEARANCES CONTINUED ON THE NEXT PAGE.)


OFFICIAL COURT REPORTERS:
                            IRENE L. RODRIGUEZ, CSR, RMR, CRR
                            CERTIFICATE NUMBER 8074
                            LEE-ANNE SHORTRIDGE, CSR, CRR
                            CERTIFICATE NUMBER 9595

        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
             TRANSCRIPT PRODUCED WITH COMPUTER

TOLBERT DIRECT BY MR. SCHENK                          4433

12:26PM   1            THE COURT:  PLEASE HAVE A SEAT HERE, SIR, AND MAKE

12:26PM   2    YOURSELF COMFORTABLE.

12:26PM   3        FEEL FREE TO ADJUST THE CHAIR AND MICROPHONE AS YOU NEED.

12:26PM   4    I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE.

12:26PM   5        WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

12:26PM   6    AND THEN SPELL IT, PLEASE.

12:26PM   7            THE WITNESS:  CAN I TAKE MY MASK OFF?

12:27PM   8            THE COURT:  YOU KNOW, MR. SCHENK IS GOING TO ASK YOU

12:27PM   9    A QUESTION ABOUT THAT IN JUST A MOMENT.

12:27PM  10            THE WITNESS:  OKAY.  JOHN BRYAN TOLBERT.

12:27PM  11    T-O-L-B-E-R-T.

12:27PM  12            THE COURT:  THANK YOU.  MR. SCHENK.

12:27PM  13            MR. SCHENK:  THANK YOU, YOUR HONOR.

12:27PM  14                        **DIRECT EXAMINATION**

12:27PM  15    BY MR. SCHENK:

12:27PM  16    Q.   MR. TOLBERT, IF YOU ARE FULLY VACCINATED, AND WITH THE

12:27PM  17    COURT'S PERMISSION, YOU MAY TESTIFY WITHOUT A MASK ON.

12:27PM  18        I WILL ALSO REMOVE MINE.  THANK YOU.

12:27PM  19        MR. TOLBERT, DO YOU WORK CURRENTLY FOR A COMPANY CALLED

12:27PM  20    HALL GROUP?

12:27PM  21    A.   I DO.

12:27PM  22    Q.   HOW LONG HAVE YOU WORKED FOR HALL GROUP?

12:27PM  23    A.   SINCE 1999.

12:27PM  24    Q.   DURING YOUR WORK AT HALL, DID YOU BECOME FAMILIAR WITH

12:27PM  25    ANOTHER COMPANY CALLED THERANOS?

TOLBERT DIRECT BY MR. SCHENK                                          4434

12:27PM   1    A.   I DID.

12:27PM   2    Q.   AND THROUGH YOUR WORK AT HALL GROUP, DID YOU MAKE AN

12:27PM   3    INVESTMENT IN THERANOS IN LATE 2013?

12:27PM   4    A.   WE DID.

12:27PM   5    Q.   WAS THE INVESTMENT ABOUT $5 MILLION?

12:28PM   6    A.   CORRECT.

12:28PM   7    Q.   WE'LL COME BACK TO THAT IN A MOMENT.

12:28PM   8         I WONDER IF WE CAN NOW TURN TO YOUR EDUCATIONAL

12:28PM   9    BACKGROUND.  WOULD YOU DESCRIBE FOR THE JURY YOUR UNDERGRADUATE

12:28PM  10    AND ANY GRADUATE DEGREES THAT YOU HAVE?

12:28PM  11    A.   SURE.  I DID AN UNDERGRADUATE AND A BACHELOR'S OF SCIENCE

12:28PM  12    IN PSYCHOLOGY AT THE UNIVERSITY OF GEORGIA.

12:28PM  13         AND THEN AFTER THAT I WENT TO BYU, BRIGHAM YOUNG

12:28PM  14    UNIVERSITY, AND GOT A MASTER'S IN BUSINESS.

12:28PM  15    Q.   OKAY.  AND WHAT DO YOU CURRENTLY DO AT HALL GROUP?

12:28PM  16    A.   SO I WORK IN FINANCE AND INVESTMENTS, SO I DO SOME

12:28PM  17    CORPORATE FINANCE FUNCTIONS, AS WELL AS OVERSEE OUR INVESTMENTS

12:28PM  18    IN OTHER COMPANIES.

12:28PM  19    Q.   WHERE IS HALL LOCATED?

12:28PM  20    A.   WE'RE LOCATED IN DALLAS, TEXAS.

12:28PM  21    Q.   WHAT IS YOUR CURRENT TITLE?

12:28PM  22    A.   VICE PRESIDENT OF FINANCE.

12:28PM  23    Q.   HAVE YOU HAD THAT TITLE, THE VICE PRESIDENT OF FINANCE,

12:28PM  24    SINCE YOU STARTED AT HALL?

12:28PM  25    A.   I HAVE NOT.  SO I STARTED AS A FINANCIAL ANALYST AND HAVE

TOLBERT DIRECT BY MR. SCHENK                                    4435

12:29PM   1    BEEN VICE PRESIDENT OF FINANCE MAYBE FOR TEN YEARS.

12:29PM   2    Q.   WHAT ARE THE RESPONSIBILITIES THAT YOU HAVE WITH YOUR

12:29PM   3    CURRENT JOB, THE VICE PRESIDENT OF FINANCE?

12:29PM   4    A.   SO, LIKE I SAID, I DO SOME CORPORATE FINANCE WORK, SO

12:29PM   5    BUDGETS AND CASH FLOWS, CORPORATE FINANCE.

12:29PM   6         AND THEN I ALSO OVERSEE OUR INVESTMENT OF -- OR OUR

12:29PM   7    PORTFOLIO OF INVESTMENTS IN PRIVATE COMPANIES.

12:29PM   8    Q.   AND WHAT ARE THE CIRCUMSTANCES UNDER WHICH HALL MAKES

12:29PM   9    INVESTMENTS IN PRIVATE COMPANIES?

12:29PM  10    A.   SO THERE ARE TIMES WHEN WE BECOME AWARE OF DIFFERENT

12:29PM  11    OPPORTUNITIES TO INVEST IN PRIVATE COMPANIES.  WE LOOK AT, YOU

12:29PM  12    KNOW, THOSE OPPORTUNITIES AS THEY COME UP AND ARE PRESENTED TO

12:29PM  13    US.  AND, YOU KNOW, WE DO THAT REGULARLY I GUESS.

12:29PM  14         BUT -- SO I GUESS WE, WE HAVE A REGULAR FLOW OF DEALS THAT

12:30PM  15    WE LOOK AT TO POTENTIALLY INVEST IN.

12:30PM  16    Q.   OKAY.  WOULD YOU SAY THAT THAT IS THE MAIN BUSINESS OF

12:30PM  17    HALL, INVESTMENT IN PRIVATE COMPANIES?

12:30PM  18    A.   IT IS NOT.

12:30PM  19    Q.   WHAT IS THE MAIN BUSINESS?

12:30PM  20    A.   SO THE MAIN BUSINESS OF HALL GROUP IS INVESTING IN REAL

12:30PM  21    ESTATE, OWNING AND DEVELOPING REAL ESTATE, AS WELL AS A

12:30PM  22    BUSINESS OF MAKING LOANS, CONSTRUCTION LOANS TO DIFFERENT REAL

12:30PM  23    ESTATE RELATED PROJECTS.

12:30PM  24    Q.   IS THE REAL ESTATE THAT HALL INVESTS IN OR WORKS WITH

12:30PM  25    LOCATED IN TEXAS OR IN OTHER PLACES?

12:30PM  1     A.   IT'S ALL OVER THE COUNTRY.

12:30PM  2     Q.   OKAY.  LET'S TURN TO THE PRIVATE COMPANY INVESTMENTS.

12:30PM  3          ARE THERE TIMES WHEN YOU, YOURSELF, MAKE THE DECISION ON

12:30PM  4     BEHALF OF HALL TO INVEST?

12:30PM  5     A.   YOU KNOW, THAT DECISION WOULD BE MADE PRIMARILY BETWEEN ME

12:30PM  6     AND MY BOSS, MR. HALL.  TOGETHER THAT DECISION WOULD BE MADE.

12:31PM  7     Q.   OKAY.  AND IS IT THROUGH THIS PROCESS, THE INVESTMENTS IN

12:31PM  8     PRIVATE COMPANIES, THAT YOU BECAME FAMILIAR WITH THERANOS?

12:31PM  9     A.   IT IS.

12:31PM 10     Q.   WHEN DID YOU FIRST BECOME FAMILIAR WITH THERANOS IF YOU

12:31PM 11     RECALL?

12:31PM 12     A.   IT WOULD BE -- IT WOULD HAVE BEEN IN THE FALL OF 2006.

12:31PM 13     Q.   AND HOW DID YOU FIRST BECOME FAMILIAR WITH IT?

12:31PM 14     A.   YOU KNOW, AS I RECALL, MR. HALL CAME TO ME ONE DAY AND

12:31PM 15     SAID THAT, YOU KNOW, HE HAD BECOME -- HE HAD RECEIVED SOME

12:31PM 16     INFORMATION ABOUT A POTENTIAL INVESTMENT IN A COMPANY ABOUT A

12:31PM 17     COMPANY CALLED THERANOS AND ASKED ME IF I WOULD TAKE A LOOK AT

12:31PM 18     IT.

12:31PM 19          SO WE DISCUSSED IT WHEN HE BROUGHT IT TO MY ATTENTION.

12:31PM 20     Q.   SO MR. HALL TASKED YOU WITH BEGINNING A PROCESS, IS IT

12:31PM 21     CALLED DUE DILIGENCE?

12:31PM 22     A.   CORRECT.

12:31PM 23     Q.   AND WHAT DID YOU DO AT THIS TIME?

12:31PM 24     A.   EXCUSE ME?

12:31PM 25     Q.   WHAT DID YOU DO?  WHAT WERE YOUR FIRST STEPS?

12:31PM  1   A.   SO, YOU KNOW, OUR FIRST STEPS WERE TO DO A GOOGLE SEARCH

12:32PM  2   TO SEE IF THERE WAS ANYTHING THAT WE COULD LEARN ABOUT IT.

12:32PM  3   THERE WASN'T MUCH AT THAT TIME.

12:32PM  4        AND SO WE SET UP A PHONE CALL, OR A SERIES OF PHONE CALLS,

12:32PM  5   TO HAVE SOME DISCUSSIONS ABOUT WHAT THE OPPORTUNITY WAS AND THE

12:32PM  6   PREMISE OF THE UNDERLYING COMPANY.

12:32PM  7   Q.   AND THESE EARLY CALLS, DID YOU SPEAK WITH SOMEONE AT

12:32PM  8   THERANOS?

12:32PM  9   A.   I DID.

12:32PM  10  Q.   AND WHO DID YOU SPEAK WITH?

12:32PM  11  A.   I SPOKE WITH ELIZABETH.

12:32PM  12  Q.   OKAY.

12:32PM  13       YOUR HONOR, MAY I APPROACH?

12:32PM  14           THE COURT:  YES.

12:32PM  15           MR. SCHENK:  (HANDING.)

12:32PM  16  Q.   MR. TOLBERT, I'VE HANDED YOU A BINDER OF DOCUMENTS, AND

12:32PM  17  I'LL ASK YOU TO OPEN THE BINDER AND NOW TURN TO TAB 3790.

12:33PM  18       DO YOU RECOGNIZE THIS DOCUMENT?

12:33PM  19  A.   I DO.

12:33PM  20  Q.   WHAT IS THIS?

12:33PM  21  A.   THIS IS AN EMAIL THAT I SENT TO MR. HALL IN OCTOBER OF

12:33PM  22  2006 REFERENCING SOME NOTES FROM A CONFERENCE CALL THAT WE HAD

12:33PM  23  HAD ABOUT THERANOS.

12:33PM  24  Q.   AND THERE'S A COUPLE OF PAGES AFTER THE EMAIL.  WHAT ARE

12:33PM  25  THOSE?

12:33PM 1   A.   THOSE WOULD HAVE BEEN MY NOTES THAT WERE ATTACHED TO THAT

12:33PM 2   EMAIL.

12:33PM 3   Q.   AND IS THIS THE CALL THAT YOU MENTIONED A MOMENT AGO WITH

12:33PM 4   MS. HOLMES?

12:33PM 5   A.   CORRECT.

12:33PM 6        MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 3790.

12:33PM 7        MR. DOWNEY:  YOUR HONOR, OBJECTION UNDER 801.

12:33PM 8        THE COURT:  801 OBJECTION.

12:33PM 9   ARE YOU OFFERING THIS FOR THE TRUTH?

12:33PM 10       MR. SCHENK:  I AM, YOUR HONOR, YES.

12:33PM 11       THE COURT:  CAN YOU LAY A FOUNDATION?

12:33PM 12       MR. SCHENK:  YES, YOUR HONOR.

12:33PM 13  Q.   WHEN YOU ARE PERFORMING YOUR DUE DILIGENCE, IS ONE OF THE

12:34PM 14  THINGS THAT YOU DO IN THAT PROCESS, AS IN THIS CASE, SPEAK TO

12:34PM 15  INDIVIDUALS THAT WORK AT THE COMPANY THAT YOU MAY INVEST IN?

12:34PM 16  A.   IT IS.

12:34PM 17  Q.   AND DO YOU TAKE NOTES ON THOSE CALLS?

12:34PM 18  A.   I DO.  SOMETIMES I DO.

12:34PM 19  Q.   AND IN THIS INSTANCE, DID YOU TAKE NOTES?

12:34PM 20  A.   YOU KNOW, I DID.  SO THIS WOULD REPRESENT -- SO THIS

12:34PM 21  DOCUMENT WOULD REPRESENT NOTES THAT I TOOK WHILE I WAS ON THE

12:34PM 22  CALL, AS WELL AS ADDITIONAL INFORMATION THAT HAD BEEN SENT TO

12:34PM 23  US.  SO KIND OF A COMBINATION OF THOSE TWO SOURCES.

12:34PM 24  Q.   I'M SORRY.  MULTIPLE SOURCES OF DUE DILIGENCE?

12:34PM 25  A.   CORRECT.

12:34PM 1    Q.   AND WOULD YOU PUT THAT ALL INTO ONE DOCUMENT?

12:34PM 2    A.   CORRECT.

12:34PM 3    Q.   AND THEN WOULD YOU MAKE SURE THAT THE CONTENT OF THAT

12:34PM 4    DOCUMENT ACCURATELY SUMMARIZED THE ORIGINAL SOURCES OF

12:34PM 5    INFORMATION?

12:34PM 6    A.   I WOULD.

12:34PM 7    Q.   AND THEN YOU WOULD SEND THE DOCUMENT, AS IN THIS CASE, TO

12:34PM 8    MR. HALL?

12:34PM 9    A.   THAT'S CORRECT.

12:34PM 10   Q.   AND WHY WOULD YOU SEND IT TO MR. HALL?

12:34PM 11   A.   SO THAT, SO THAT HE AND I COULD REVIEW IT AND WALK THROUGH

12:35PM 12   THE THINGS THAT I HAD HEARD ON THE CALL, OR THE SOURCES OF

12:35PM 13   INFORMATION AS A BASIS TO UNDERSTAND ABOUT THE COMPANY IF IT

12:35PM 14   WAS SOMETHING THAT WE WANTED TO INVEST IN.

12:35PM 15   Q.   AND THEN DID YOU USE THIS TYPE OF DOCUMENT AS A BASIS TO

12:35PM 16   INFORM YOUR DECISION WHETHER OR NOT TO INVEST?

12:35PM 17   A.   CORRECT.

12:35PM 18   Q.   WAS THIS DOCUMENT ALSO SAVED OR PRESERVED BY HALL SO THAT

12:35PM 19   YOU COULD GO BACK AND LOOK AT THE DOCUMENT IN THE FUTURE IF YOU

12:35PM 20   HAD ADDITIONAL QUESTIONS?

12:35PM 21   A.   I DON'T KNOW -- I MEAN, I'M SURE IT WAS.  BUT IF WE WOULD

12:35PM 22   HAVE REFERENCED TO THIS, IT WOULD HAVE JUST BEEN A REFERENCE TO

12:35PM 23   WHATEVER WAS ATTACHED TO THAT EMAIL.

12:35PM 24   Q.   THE ATTACHMENT?

12:35PM 25   A.   CORRECT.

12:35PM   1           MR. SCHENK:  THANK YOU.

12:35PM   2        YOUR HONOR, THE GOVERNMENT OFFERS 3790.

12:35PM   3           THE COURT:  I'LL ALLOW IT UNDER 803(6).

12:35PM   4           MR. SCHENK:  AND PERMISSION TO PUBLISH.

12:35PM   5           THE COURT:  YES.

12:35PM   6        (GOVERNMENT'S EXHIBIT 3790 WAS RECEIVED IN EVIDENCE.)

12:35PM   7     BY MR. SCHENK:

12:36PM   8     Q.   MR. TOLBERT, FIRST THE FROM LINE.  IS THAT YOUR EMAIL?

12:36PM   9     A.   THAT IS.

12:36PM  10     Q.   AND THE TO LINE, IS THAT THE BEGINNING OF THE EMAIL

12:36PM  11     ADDRESS FOR MR. HALL?

12:36PM  12     A.   IT IS.

12:36PM  13     Q.   SO IN OCTOBER OF 2006, YOU WROTE, "ATTACHED ARE MY NOTES

12:36PM  14     FROM THE CONFERENCE CALL RE: THERANOS YESTERDAY."

12:36PM  15        YOU'RE WAITING ON ADDITIONAL INFORMATION FROM THEM.  IS

12:36PM  16     THE "THEM" THERANOS?

12:36PM  17     A.   YOU KNOW, THAT "THEM" WOULD REFERENCE A COMBINATION OF

12:36PM  18     THERANOS AND CHRIS LUCAS, BOTH OF WHOM HAD SERVED AS SOURCES OF

12:36PM  19     INFORMATION ABOUT THE INVESTMENT.

12:36PM  20     Q.   AND WHO IS CHRIS LUCAS?

12:36PM  21     A.   SO CHRIS LUCAS, HE WAS AN INVESTOR IN THERANOS AND HE HAD

12:36PM  22     A FUND THAT WE INVESTED THROUGH.  WE WERE PART OF HIS FUND.

12:36PM  23     Q.   AND WHEN YOU SAY THAT "WE INVESTED THROUGH," WHO IS THE

12:36PM  24     "WE"?

12:36PM  25     A.   I MEAN THE HALL GROUP WOULD HAVE INVESTED THROUGH

12:36PM   1      CHRIS LUCAS'S FUND.

12:36PM   2      Q.   AND WHEN WAS THAT INVESTMENT MADE?

12:37PM   3      A.   THAT WOULD HAVE BEEN IN -- THAT WOULD HAVE BEEN THE

12:37PM   4      INVESTMENT THAT WE MADE IN LATE 2006.

12:37PM   5      Q.   SO HALL MADE AN INVESTMENT IN 2006, AND ALSO ONE IN 2013?

12:37PM   6      A.   CORRECT.

12:37PM   7      Q.   THE ONE IN 2006, THAT WAS THROUGH THIS INDIVIDUAL

12:37PM   8      CHRIS LUCAS?

12:37PM   9      A.   IT WAS THROUGH ONE OF HIS INVESTMENT FUNDS.

12:37PM  10      Q.   HOW ABOUT THE ONE IN 2013, WAS THAT ALSO THROUGH ONE OF

12:37PM  11      MR. LUCAS'S INVESTMENT FUNDS?

12:37PM  12      A.   IT WAS NOT.

12:37PM  13          IN 2013 WE HAD HAD SOME DISCUSSIONS WITH BOTH CHRIS AND

12:37PM  14      ELIZABETH TO SAY THAT OUR PREFERENCE WAS TO INVEST DIRECTLY IN

12:37PM  15      THERANOS AND NOT THROUGH A THIRD PARTY, AND SO IN 2013 WE

12:37PM  16      BECAME A DIRECT INVESTOR.

12:37PM  17      Q.   OKAY.  LET'S TURN NOW TO THE ATTACHMENT, PAGE 2 OF THE

12:37PM  18      EXHIBIT.

12:37PM  19          THERE ARE SOME CONTACTS AT THE TOP.

12:37PM  20          IF WE CAN FIRST JUST HAVE YOU EXPLAIN TO THE JURY WHO

12:37PM  21      THESE INDIVIDUALS ARE.

12:37PM  22          THE FIRST IS MS. HOLMES; IS THAT RIGHT?

12:38PM  23      A.   SO THE FIRST NAME IS ELIZABETH HOLMES.

12:38PM  24          THE SECOND NAME IS GARY NORDHEIMER.  GARY IS A FRIEND OF

12:38PM  25      MR. HALL, AND I THINK IS THE FIRST ONE THAT, THAT MADE MR. HALL

TOLBERT DIRECT BY MR. SCHENK 4442

12:38PM 1    AWARE OF AN OPPORTUNITY TO INVEST IN THERANOS.  SO THEY'RE

12:38PM 2    FRIENDS.

12:38PM 3         AND HE HAD REACHED OUT TO MR. HALL, I BELIEVE, AND HAD

12:38PM 4    INDICATED THAT THERE WAS A POTENTIAL INVESTMENT OPPORTUNITY.

12:38PM 5         AS I UNDERSTAND IT, MR. NORDHEIMER WAS AN INVESTOR THROUGH

12:38PM 6    CHRIS LUCAS, AND HIS INVESTMENT FUND AS WELL, AND THAT'S THE

12:38PM 7    THIRD NAME ON THE LIST IS CHRIS LUCAS.

12:38PM 8    Q.   AND THAT'S THE GENTLEMAN THAT WE JUST SPOKE ABOUT WHO

12:38PM 9    OWNED THE FUND THAT THE 2006 INVESTMENT WAS MADE THROUGH?

12:38PM 10   A.   CORRECT.

12:38PM 11   Q.   NOW, IF WE CAN LOOK A LITTLE FURTHER DOWN, THERE'S A LIST

12:38PM 12   OF INVESTORS.

12:38PM 13        UNDER DONALD LUCAS, TOWARDS THE END OF THAT LINE, WE SEE

12:38PM 14   HE'S THE UNCLE OF CHRIS LUCAS WHO OWNS BLACK DIAMOND VENTURES.

12:39PM 15        FIRST, DO YOU KNOW WHO DONALD LUCAS IS?

12:39PM 16   A.   I DO.

12:39PM 17   Q.   AND WHO IS HE?

12:39PM 18   A.   SO DONALD LUCAS WAS ONE OF THE, I THINK, ORIGINAL

12:39PM 19   INVESTORS IN THERANOS, WAS THE CHAIRMAN OF THE BOARD, AND WAS A

12:39PM 20   WELL-KNOWN VENTURE CAPITALIST IN CALIFORNIA.

12:39PM 21   Q.   AND THE REFERENCE HERE, CHAIRMAN OF THE BOARD, THAT'S OF

12:39PM 22   THERANOS; IS THAT RIGHT?

12:39PM 23   A.   CORRECT.

12:39PM 24   Q.   OKAY.  AND CHRIS LUCAS OWNS BLACK DIAMOND VENTURES.  WHAT

12:39PM 25   IS BLACK DIAMOND VENTURES?

12:39PM 1    A.   SO BLACK DIAMOND VENTURES IS THE NAME OF THE FUND OR THE

12:39PM 2    COMPANY THAT CHRIS LUCAS OWNED THAT MADE THE INVESTMENT IN

12:39PM 3    THERANOS.

12:39PM 4         WE INVESTED IN BLACK DIAMOND VENTURES, WHO INVESTED IN

12:39PM 5    THERANOS.

12:39PM 6    Q.   IN 2006?

12:39PM 7    A.   IN 2006, CORRECT.

12:39PM 8    Q.   I SEE.  BUT THE 2013 INVESTMENT WAS NOT INTO BLACK DIAMOND

12:39PM 9    VENTURES?

12:39PM 10   A.   CORRECT.  THE 2013 INVESTMENT WAS DIRECTLY INTO THERANOS.

12:39PM 11   Q.   I SEE.  OKAY.

12:39PM 12        AND THEN THERE'S A FURTHER LIST OF INVESTORS, AND IF WE GO

12:39PM 13   DOWN TO THE PARAGRAPH AT THE BOTTOM -- FIRST, BEFORE I READ YOU

12:40PM 14   PARTS OF IT, I'M WONDERING WHAT WAS THE SOURCE, IF YOU RECALL,

12:40PM 15   OF THIS INFORMATION, THE PARAGRAPH THAT BEGINS "FIRST RAISE"?

12:40PM 16   A.   SO THIS PARAGRAPH WOULD REFERENCE MY NOTES FROM THAT

12:40PM 17   CONFERENCE CALL.

12:40PM 18   Q.   THE CONFERENCE CALL THAT MS. HOLMES WAS ON?

12:40PM 19   A.   CORRECT.  THE LIST OF INVESTORS ABOVE, I'M NOT A FAST

12:40PM 20   ENOUGH TYPIST TO HAVE GATHERED ALL OF THAT FROM THE CALL, SO AS

12:40PM 21   I REMEMBER, CHRIS LUCAS WOULD HAVE, OR SOMEBODY WOULD HAVE SENT

12:40PM 22   INFORMATION THAT WOULD HAVE LISTED WHO THE INVESTORS WERE AND I

12:40PM 23   WOULD HAVE CUT AND PASTE THAT LIST INTO THESE NOTES.

12:40PM 24   Q.   OKAY.

12:40PM 25   A.   BUT THE PARAGRAPH ON THE BOTTOM REPRESENTED MY NOTES FROM

TOLBERT DIRECT BY MR. SCHENK                                    4444

12:40PM  1      THAT CALL.

12:40PM  2      Q.   IT READS, "THE FIRST RAISE WAS $16 MILLION.  THIS ROUND IS

12:40PM  3      $30 MILLION WITH A $125 MILLION PRE-MONEY VALUATION.  EXPECTS

12:40PM  4      THIS TO BE FINAL RAISE PRE-IPO."

12:41PM  5           WHAT DOES THAT MEAN?

12:41PM  6      A.   SO THAT MEANS ON THE CALL THERE WAS DISCUSSION ABOUT THE

12:41PM  7      FACT THAT THERE WOULD BE AN IPO LIKELY THAT WOULD COME AND THAT

12:41PM  8      THIS ROUND OF INVESTMENT WOULD BE ENOUGH TO CARRY THE COMPANY

12:41PM  9      THROUGH IPO.

12:41PM 10      Q.   AND WHAT IS AN IPO?

12:41PM 11      A.   AN INITIAL PUBLIC OFFERING WHERE A COMPANY WOULD FILE TO

12:41PM 12      GO PUBLIC ON ONE OF THE PUBLIC STOCK EXCHANGES.

12:41PM 13      Q.   OKAY.  HE -- IT CONTINUES, "THE IPO IS ANTICIPATED IN THE

12:41PM 14      FIRST QUARTER OF 2008.  EXPECT THE IPO TO BE VALUED AROUND

12:41PM 15      $1 BILLION."

12:41PM 16           WAS THAT COMMUNICATED DURING THIS CALL?

12:41PM 17      A.   THAT WOULD HAVE BEEN.

12:41PM 18      Q.   PARDON ME?

12:41PM 19      A.   THAT -- CORRECT, IT WOULD HAVE BEEN NOTED ON THE CALL.

12:41PM 20      Q.   OKAY.  "$30 MILLION TO BE USED FOR 1) MANUFACTURING -

12:41PM 21      MOVING FROM A MANUAL ASSEMBLY INFRASTRUCTURE TO A FULLY

12:41PM 22      AUTOMATED SYSTEM AND 2) CONTINUE TO FUND SUCCESSIVE ITERATIONS

12:42PM 23      OF THE TECHNOLOGY INCLUDING DECREASING AMOUNT OF BLOOD REQUIRED

12:42PM 24      IN THE PINPRICK AND NUMBER OF ASSAYS IN THE CARTRIDGE."

12:42PM 25           WHAT WAS YOUR UNDERSTANDING OF WHAT THERANOS DID?  WHAT

TOLBERT DIRECT BY MR. SCHENK                                        4445

12:42PM   1    WAS THE TECHNOLOGY AT THIS POINT?

12:42PM   2    A.   SO MY UNDERSTANDING AT THIS TIME WAS THAT, YOU KNOW, THERE

12:42PM   3    WAS AN ABILITY TO TAKE A FINGER PRICK OF BLOOD AND PUT THAT

12:42PM   4    DROP OF BLOOD IN A CARTRIDGE.  IT WOULD HAVE BEEN PUT IN A

12:42PM   5    READER.  THAT READER COULD THEN GO AND DO DIFFERENT TESTS ON

12:42PM   6    THE BLOOD AND RETURN RESULTS.

12:42PM   7         YOU KNOW, THE EXPECTATION AT THIS TIME, AS THIS NOTES,

12:42PM   8    THAT PART OF THE INVESTMENT PROCEEDS WOULD BE USED TO KIND OF

12:42PM   9    FURTHER ADVANCE WHAT THAT TECHNOLOGY WAS ABLE TO DO, THE NUMBER

12:42PM  10    OF TESTS IT WOULD BE ABLE TO BE PERFORMED, OR, YOU KNOW, THE

12:42PM  11    AMOUNT OF BLOOD THAT WOULD BE REQUIRED.

12:42PM  12         IT WAS ALSO TO BE USED FOR MANUFACTURING.  AS I UNDERSTOOD

12:43PM  13    IT IN THESE EARLY DAYS, YOU KNOW, THERE WAS A MANUFACTURING

12:43PM  14    SYSTEM THAT THINGS WERE PUT TOGETHER BY HAND, AND THAT THE

12:43PM  15    INTENT WAS TO SCALE UP AND MEET WHAT WAS EXPECTED TO BE LARGE

12:43PM  16    DEMAND, THAT THERE WOULD HAVE TO BE SOME KIND OF AUTOMATED

12:43PM  17    MANUFACTURING SYSTEM BUILT.

12:43PM  18    Q.   WHAT DID YOU UNDERSTAND THERANOS MANUFACTURED?

12:43PM  19    A.   SO THERANOS MANUFACTURED THE CARTRIDGES THAT THE BLOOD

12:43PM  20    WOULD BE PLACED INTO, AS WELL AS THE READER THAT WOULD PERFORM

12:43PM  21    THE ACTUAL TESTS ON THE BLOOD ON THE CARTRIDGE.

12:43PM  22    Q.   IS "DEVICE" ANOTHER WORD FOR "READER" AS YOU'RE USING IT?

12:43PM  23    A.   CORRECT.

12:43PM  24    Q.   AND DID YOU HAVE AN UNDERSTANDING OF WHETHER, IN 2006, THE

12:43PM  25    DEVICE WAS A MATURE TECHNOLOGY OR WHETHER IT WAS STILL GROWING,

12:43PM  1    DEVELOPING DIFFERENT GENERATIONS?

12:43PM  2    A.   YOU KNOW CERTAINLY, CERTAINLY MY UNDERSTANDING WAS THAT IT

12:44PM  3    WORKED AT THIS TIME.  YOU KNOW, THERE WERE PROJECTIONS THAT WE

12:44PM  4    HAD SEEN ABOUT DIFFERENT TRIALS AND DIFFERENT PHARMACEUTICAL

12:44PM  5    TRIALS THAT WOULD BE UNDERTAKEN, AND IN ORDER FOR THOSE TO BE

12:44PM  6    DONE, THERE HAD TO BE SOME KIND OF FUNCTIONING, YOU KNOW,

12:44PM  7    DEVICE OR READER SYSTEM.

12:44PM  8        THE EXPECTATION WAS THAT THAT WOULD CONTINUE TO ADVANCE

12:44PM  9    AND GET, YOU KNOW, MORE ROBUST OVER TIME.

12:44PM  10       BUT THERE WAS AT THIS TIME A FUNCTIONING PRODUCT.

12:44PM  11   Q.   IF YOU'LL TURN NOW TO THE NEXT PAGE, PAGE 3 OF THE

12:44PM  12   EXHIBIT.

12:44PM  13       AT THE TOP THERE'S A SUMMARY OF MS. HOLMES'S BACKGROUND.

12:44PM  14       DO YOU RECALL, WAS THAT DISCUSSED ON THE CALL?

12:44PM  15   A.   IT WAS.

12:44PM  16   Q.   AND THEN BELOW THAT THERE'S A SECTION CALLED FINANCIALS,

12:45PM  17   AND IT READS, "THE CURRENT BURN RATE $1 MILLION PER MONTH."

12:45PM  18       WHAT DOES THAT MEAN?

12:45PM  19   A.   THAT MEANS THAT THE COMPANY WAS SPENDING AROUND A MILLION

12:45PM  20   DOLLARS A MONTH IN OVERHEAD COSTS.

12:45PM  21   Q.   "$3 MILLION IN REVENUES SHOULD BE RECEIVED FOR 2 CONTRACTS

12:45PM  22   WHICH HAVE ALREADY BEEN SHIPPED.

12:45PM  23       "HAS SIGNED/IN NEGOTIATIONS CONTRACTS THROUGH 2007 FOR

12:45PM  24   $30-$50 MILLION.

12:45PM  25       "EXPECTS TO BE CASH FLOW POSITIVE BY THE FOURTH QUARTER OF

TOLBERT DIRECT BY MR. SCHENK                                    4447

12:45PM  1    2007."

12:45PM  2         EXPLAIN TO ME THE SIGNIFICANCE OF THESE SIGNED CONTRACTS,

12:45PM  3    OR IN NEGOTIATION CONTRACTS AND CASH FLOW POSITIVE.

12:45PM  4    A.   CERTAINLY.  SO, YOU KNOW, AS WE HAD LOOKED AT FINANCIAL

12:45PM  5    PROJECTIONS AT THIS TIME, YOU KNOW, THAT WERE ANTICIPATED, YOU

12:45PM  6    KNOW, OUR UNDERSTANDING WAS THAT THERE WAS A SIGNIFICANT AMOUNT

12:45PM  7    OF REVENUES THAT WERE ALREADY IN PLACE BASED ON CONTRACTS THAT

12:46PM  8    HAD PRODUCT OUT THE DOOR TO THOSE COMPANIES, AS WELL AS, YOU

12:46PM  9    KNOW, SIGNIFICANT CONTRACTS THAT WERE SIGNED OR IN

12:46PM 10    NEGOTIATIONS, WHICH FELT LIKE, YOU KNOW, THAT WAS AN EXTREMELY

12:46PM 11    EXCITING PROSPECT.

12:46PM 12         AND THE LAST NOTE I MADE, "EXPECTS TO BE CASH FLOW

12:46PM 13    POSITIVE BY 4TH QUARTER 2007," SO THAT MEANS THAT THE CONTRACTS

12:46PM 14    THAT WOULD HAVE BEEN SHIPPED OR REVENUE WOULD HAVE BEEN

12:46PM 15    RECEIVED ON WOULD HAVE BEEN FOR MORE THAN ENOUGH CASH TO COVER

12:46PM 16    ALL OF THE OPERATIONAL EXPENSES SO THE COMPANY WOULD BE

12:46PM 17    PROFITABLE AT THAT POINT.

12:46PM 18    Q.   WERE THE STATEMENTS THAT YOU RECEIVED ABOUT GENERATION OF

12:46PM 19    REVENUE AND GOING CASH FLOW POSITIVE IN THE FOURTH QUARTER OF

12:46PM 20    2007 RELEVANT TO YOUR DUE DILIGENCE PROCESS?

12:47PM 21    A.   THEY WERE.

12:47PM 22    Q.   WHY?

12:47PM 23    A.   YOU KNOW, AS WE LOOK TO EVALUATE ANY INVESTMENT

12:47PM 24    OPPORTUNITY, YOU KNOW, THERE NEEDS TO BE A SYSTEM OR A BUSINESS

12:47PM 25    IN PLACE THAT CAN GENERATE ENOUGH MONEY TO MAKE THAT INVESTMENT

ER-6190

TOLBERT DIRECT BY MR. SCHENK                    4448

12:47PM   1   WORTHWHILE TO MAKE, AND, YOU KNOW, THESE PROJECTIONS WERE SUCH

12:47PM   2   THAT IT MEANT THAT OUR INVESTMENT WOULD INCREASE AND BE WORTH

12:47PM   3   SOMETHING MORE THAN WE INVESTED INTO IT IN THE FIRST PLACE.

12:47PM   4       AND SO THAT'S WHY THESE ARE IMPORTANT NUMBERS TO LOOK AT.

12:47PM   5   Q.   YOU RECEIVED THIS INFORMATION AROUND OCTOBER OF 2006; IS

12:47PM   6   THAT RIGHT?

12:47PM   7   A.   CORRECT.

12:47PM   8   Q.   AND THE PROJECTIONS WERE FOR 2007, THE NEXT YEAR?

12:47PM   9   A.   CORRECT.

12:47PM  10   Q.   IS THAT CLOSE IN TIME SO YOU WOULD EXPECT THEM TO BE MORE

12:47PM  11   ACCURATE, OR IS THAT FAR INTO THE FUTURE SO THAT YOU APPRECIATE

12:48PM  12   THAT THERE IS A LACK OF CERTAINTY?

12:48PM  13   A.   WELL, AND I GUESS MAYBE TO CLARIFY, AS I REMEMBER, AND I

12:48PM  14   DON'T -- AS I REMEMBER, THOSE PROJECTIONS WERE FOR 2007 AND

12:48PM  15   2008, SO FOR TWO YEARS.

12:48PM  16       AND, YOU KNOW, CERTAINLY THE FARTHER OUT IN THE FUTURE THE

12:48PM  17   PROJECTIONS ARE, THE MORE VARIABILITY THERE MAY BE INTO HOW

12:48PM  18   THOSE ARE ACTUALLY RECEIVED.

12:48PM  19       BUT WE FELT SOME COMFORT OR SOME EXCITEMENT AROUND, YOU

12:48PM  20   KNOW, THE FACT THAT THE 2007 PROJECTIONS REPRESENTED WHAT WE

12:48PM  21   BELIEVED WERE CONTRACTS THAT HAD BEEN SIGNED OR WERE DEEP IN

12:48PM  22   NEGOTIATIONS.

12:48PM  23       IN FACT, I BELIEVE THERE WAS ACTUALLY A LIST OF WHAT

12:48PM  24   THOSE, YOU KNOW, DIFFERENT CONTRACTS WERE.  SO IT FELT LIKE

12:48PM  25   THERE WAS SOME MEASURE OF CERTAINTY AROUND THOSE.

TOLBERT DIRECT BY MR. SCHENK                                    4449

12:48PM  1    Q.   BECAUSE THE CONTRACTS ACTUALLY WERE SIGNED?

12:49PM  2    A.   SOME PORTION OF THEM HAD BEEN SIGNED.

12:49PM  3    Q.   OKAY.  IF YOU'LL TURN IN YOUR BINDER NOW TO 4871.

12:49PM  4         YOUR HONOR, THE GOVERNMENT OFFERS THIS BY STIPULATION.

12:49PM  5              MR. DOWNEY:  THAT'S CORRECT, YOUR HONOR.

12:49PM  6              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:49PM  7         (GOVERNMENT'S EXHIBIT 4871 WAS RECEIVED IN EVIDENCE.)

12:49PM  8    BY MR. SCHENK:

12:49PM  9    Q.   MR. TOLBERT, I'M GOING TO ASK YOU SOME QUESTIONS ABOUT THE

12:49PM  10   INFORMATION ON PAGE 8 OF THE DOCUMENT, BUT IF YOU COULD JUST

12:49PM  11   TAKE A MOMENT AND LOOK THROUGH THIS EXHIBIT AND EXPLAIN TO THE

12:49PM  12   JURY WHAT THIS EXHIBIT IS, 4871.

12:49PM  13   A.   SO THIS DOCUMENT REPRESENTS INFORMATION THAT WOULD HAVE

12:49PM  14   BEEN GIVEN TO US IN THAT DUE DILIGENCE PROCESS IN 2006.  IT

12:49PM  15   WOULD HAVE CONTAINED SOME DETAILED INFORMATION ABOUT, YOU KNOW,

12:49PM  16   WHO THE OFFICERS AND DIRECTORS OF THE COMPANY WERE, KIND OF

12:50PM  17   WHAT THE COMPANY DID, AS WELL AS THE FINANCIAL PROJECTIONS

12:50PM  18   THEN.

12:50PM  19   Q.   YOU RECEIVED THIS INFORMATION BEFORE YOU MADE A DECISION

12:50PM  20   TO INVEST IN 2006?

12:50PM  21   A.   CORRECT.

12:50PM  22   Q.   IF YOU'LL LOOK AT PAGE 8, THERE ARE SOME CHARTS AND THE

12:50PM  23   ONE THAT WE'RE LOOKING AT NOW, THE TOP IS CALLED THERANOS PLAN

12:50PM  24   '06, BASE FORECAST, AND THEN THERE IS INCOME STATEMENT WITH A

12:50PM  25   LINE FOR REVENUE.

TOLBERT DIRECT BY MR. SCHENK                                    4450

12:50PM   1          DO YOU SEE THAT?

12:50PM   2    A.    I DO SEE THAT.

12:50PM   3    Q.    AND THEN WE SEE TIME GOING ACROSS THE COLUMNS ALONG THE

12:50PM   4    RIGHT.

12:50PM   5          IS THAT CORRECT?

12:50PM   6    A.    THAT IS CORRECT.

12:50PM   7    Q.    FROM THE THIRD QUARTER OF 2006 THROUGH THE FOURTH QUARTER

12:50PM   8    OF 2008?

12:50PM   9    A.    CORRECT.

12:50PM   10   Q.    IF YOU COULD EXPLAIN TO THE JURY, WHAT IS HAPPENING TO THE

12:50PM   11   REVENUE OVER THAT PERIOD OF TIME?

12:50PM   12   A.    SO THE REVENUE IN, YOU KNOW, Q4 OF '06 WHEN WE WERE HAVING

12:50PM   13   THESE DISCUSSIONS WAS ZERO, BUT, YOU KNOW, IT STARTS IN THE

12:51PM   14   BEGINNING OF 2007 TO BE -- I CAN'T TELL IF THAT'S A --

12:51PM   15   4.6 MILLION IN THE FIRST QUARTER GROWING TO 67 MILLION IN THE

12:51PM   16   FOURTH QUARTER OF '08, SO A SIGNIFICANT INCREASE IN REVENUE

12:51PM   17   OVER THAT PERIOD OF TIME.

12:51PM   18   Q.    YOU SAID THAT THE NUMBER FOR Q1 2007 IS ABOUT

12:51PM   19   $4.6 MILLION; IS THAT RIGHT?

12:51PM   20   A.    CORRECT.

12:51PM   21   Q.    AND CNA YOU EXPLAIN TO THE JURY THE CONVENTION THAT'S USED

12:51PM   22   FOR REVENUE AND IF THE ZEROS ARE ADDED?

12:51PM   23   A.    SO TYPICALLY ON THESE STATEMENTS, IN ORDER TO MAKE THE

12:51PM   24   NUMBERS EASY TO READ AND DEAL WITH, YOU TAKE OFF THE LAST THREE

12:51PM   25   ZEROS.  SO YOU DIVIDE IT BY 1,000.

TOLBERT DIRECT BY MR. SCHENK                                      4451

12:51PM  1      SO THESE NUMBERS WOULD ALL HAVE HAD, YOU KNOW, THREE

12:51PM  2   ZEROS, OR HAVE BEEN IN THE MILLIONS OF DOLLARS.

12:51PM  3   Q.   OKAY.  AND NOW IF WE'LL LOOK AT THE BOTTOM OF THIS CHART

12:52PM  4   THAT YOU'RE LOOKING AT NOW, THE ROW CALLED NET INCOME, IT

12:52PM  5   BEGINS IN 2006 WITH NUMBERS THAT ARE IN PARENTHETICALS, BUT

12:52PM  6   THEN IT STOPS THAT AS WE MOVE ALONG IN TIME.

12:52PM  7      WHAT IS THAT INDICATING?

12:52PM  8   A.   SO THAT NET INCOME LINE REPRESENTS WHAT THE REVENUE AND

12:52PM  9   INCOME WAS, MINUS THE EXPENSES.  AND SO WHEN WE WERE

12:52PM  10  ANTICIPATING THIS INVESTMENT IN 2006, YOU CAN SEE THAT FOR THE

12:52PM  11  FOURTH QUARTER, THE COMPANY EXPECTED TO SPEND $5 MILLION MORE

12:52PM  12  THAN IT MADE.

12:52PM  13     SO THE NET INCOME WAS NEGATIVE $5 MILLION.

12:52PM  14     BUT OVER TIME, BASED ON WHAT THE PROJECTIONS FOR THEIR

12:52PM  15  REVENUE WAS, MINUS THOSE EXPENSES, GREW TO ABOUT $12 MILLION A

12:52PM  16  QUARTER.

12:52PM  17  Q.   AND WE SEE THE NUMBER BECOMING POSITIVE IN THE FOURTH

12:53PM  18  QUARTER OF 2007?

12:53PM  19  A.   CORRECT.

12:53PM  20  Q.   AND WAS THAT REFLECTED IN THE NOTES THAT WE LOOKED AT A

12:53PM  21  MOMENT AGO?

12:53PM  22  A.   CORRECT.  SO THAT WAS, THAT WAS WHAT THE DISCUSSION HAD

12:53PM  23  BEEN THAT -- AND IN '07 IS WHEN THINGS TURNED INTO A POSITIVE

12:53PM  24  CASH FLOW POSITION.

12:53PM  25  Q.   IN ADDITION TO THE PHONE CALL THAT YOU TALKED ABOUT AND

TOLBERT DIRECT BY MR. SCHENK                                      4452

12:53PM  1    REVIEWING DOCUMENTS, AS PART OF DUE DILIGENCE, DID YOU ALSO GO

12:53PM  2    FROM TEXAS TO CALIFORNIA AT SOME POINT?

12:53PM  3    A.   I DID MAKE A TRIP TO CALIFORNIA.

12:53PM  4    Q.   DO YOU REMEMBER GENERALLY WHEN THAT WAS?

12:53PM  5    A.   I BELIEVE IT WAS EARLY NOVEMBER OF 2006.

12:53PM  6    Q.   WAS THAT BEFORE A DECISION REGARDING AN INVESTMENT WAS

12:53PM  7    MADE?

12:53PM  8    A.   IT WAS.

12:53PM  9    Q.   AND WHAT DID YOU DO IN CALIFORNIA?

12:53PM  10   A.   SO AS PART OF MY TRIP, I WENT TO DINNER WITH DON LUCAS AND

12:53PM  11   CHRIS LUCAS AND ELIZABETH HOLMES AND, YOU KNOW, WE SPENT, AS I

12:53PM  12   REMEMBER, A FEW HOURS AT DINNER THAT NIGHT TALKING ABOUT WHAT

12:54PM  13   THERANOS DID, TALKING ABOUT ELIZABETH'S VISION FOR THE COMPANY.

12:54PM  14        YOU KNOW, WE ALSO, I'M SURE, HEARD SOME FUN STORIES FROM

12:54PM  15   DON LUCAS, YOU KNOW, ABOUT HIS INVESTMENT CAREER.

12:54PM  16        BUT IT WAS MOSTLY FOCUSSED ON THERANOS AND WHAT THE

12:54PM  17   OPPORTUNITY WAS.

12:54PM  18   Q.   DID MS. HOLMES DESCRIBE TO YOU THE TECHNOLOGY?

12:54PM  19   A.   SHE DID.

12:54PM  20   Q.   AND DID THAT DESCRIPTION CHANGE YOUR UNDERSTANDING?

12:54PM  21        YOU DESCRIBED EARLIER THINKING THAT THEY HAD A READER THAT

12:54PM  22   TESTED BLOOD ON A CARTRIDGE DRAWN FROM A FINGERSTICK.

12:54PM  23        WAS THE DESCRIPTION THAT YOU RECEIVED DURING DINNER

12:54PM  24   CONSISTENT WITH THAT, OR DID YOU LEARN SOMETHING DIFFERENT?

12:54PM  25   A.   YEAH, I WOULD SAY IT DIDN'T, IT DIDN'T CHANGE IT THAT

12:54PM  1    MUCH.  IT AMPLIFIED IT.  I CAME AWAY WITH A MUCH BETTER

12:54PM  2    UNDERSTANDING OF WHAT IT WOULD DO AND WHAT THE VISION WAS FOR

12:54PM  3    WHERE IT MAY GO.

12:54PM  4         BUT THE BASIC THESIS WAS THE SAME.

12:55PM  5    Q.   AND DID YOU ALSO VISIT THERANOS HEADQUARTERS DURING THIS

12:55PM  6    TRIP?

12:55PM  7    A.   YOU KNOW, AS I RECALL I DID.  IT WAS EITHER THAT DAY

12:55PM  8    BEFORE DINNER OR MAYBE THE NEXT MORNING.  I DON'T REMEMBER.

12:55PM  9    Q.   DID YOU LOOK AT ANY OF THE DEVICES THAT THERANOS

12:55PM 10    MANUFACTURED?

12:55PM 11    A.   YOU KNOW, I DON'T RECALL KIND OF TAKING A TOUR AND SEEING

12:55PM 12    THE DEVICES.  I DO KNOW -- I MAY HAVE.  I JUST DON'T REMEMBER.

12:55PM 13         I DID COME HOME FROM THAT TRIP WITH A CARTRIDGE, AN EARLY

12:55PM 14    VERSION OF THE CARTRIDGE THAT HAD A PLACE WHERE THE FINGERSTICK

12:55PM 15    BLOOD WOULD GO IN.

12:55PM 16         SO AT SOME POINT, YOU KNOW, I SAW SOMETHING THAT WOULD

12:55PM 17    HAVE BEEN RELATED TO THOSE DEVICES.  BUT I, I DON'T REMEMBER

12:55PM 18    TAKING A TOUR.

12:55PM 19    Q.   DID MS. HOLMES GIVE YOU THAT CARTRIDGE?

12:55PM 20    A.   I DON'T REMEMBER IF SHE DID OR IF SOMEBODY ELSE DID WHILE

12:55PM 21    I WAS THERE.

12:55PM 22    Q.   WHEN YOU THEN RETURNED TO TEXAS, DID YOU MAKE A

12:55PM 23    RECOMMENDATION REGARDING AN INVESTMENT IN THERANOS?

12:55PM 24    A.   YOU KNOW, AT SOME POINT AFTER THAT I WOULD HAVE RECOUNTED,

12:56PM 25    YOU KNOW, THE EXPERIENCE THAT I HAD AND MY TAKEAWAYS FROM THAT,

12:56PM  1    AND AT SOME POINT AFTER THAT MR. HALL AND I MADE A DECISION TO

12:56PM  2    INVEST.

12:56PM  3    Q.   AND HOW MUCH DID YOU DECIDE TO INVEST?

12:56PM  4    A.   SO OUR INVESTMENT IN 2006 WAS $2 MILLION.

12:56PM  5    Q.   AND, AGAIN, THAT WAS THROUGH BLACK DIAMOND VENTURES; IS

12:56PM  6    THAT RIGHT?

12:56PM  7    A.   CORRECT.  SO IN ESSENCE WE JOINED CHRIS LUCAS'S FUND.  WE

12:56PM  8    COMMITTED $2 MILLION TO THAT FUND THAT WAS ULTIMATELY

12:56PM  9    AGGREGATED WITH OTHER INVESTORS, I BELIEVE, AND INVESTED INTO

12:56PM  10   THE COMPANY.

12:56PM  11   Q.   OKAY.  AND WAS THAT LATE 2006, OR SOMETIME AFTER THE

12:56PM  12   EVENTS THAT WE HAVE TALKED ABOUT IN 2006?

12:56PM  13   A.   YES, IT'S AFTER -- IT'S AFTER MY TRIP OUT.

12:56PM  14   Q.   I'D LIKE TO NOW TAKE A CHUNK OF TIME ALL AT ONCE WITH YOU.

12:56PM  15        FROM THIS TIME IN 2006 WHEN THIS INVESTMENT WAS MADE UNTIL

12:57PM  16   2013, HOW MUCH, IF ANY, COMMUNICATION DID YOU HAVE WITH

12:57PM  17   MS. HOLMES DURING THAT PERIOD OF TIME?

12:57PM  18   A.   NONE THAT I RECALL.

12:57PM  19   Q.   HOW ABOUT WITH ANYBODY FROM THERANOS?

12:57PM  20   A.   YOU KNOW, I DON'T RECALL ANY, ANY DIRECT COMMUNICATION

12:57PM  21   WITH ANYBODY AT THE COMPANY OVER THAT PERIOD OF TIME.

12:57PM  22   Q.   DID YOU RECEIVE ANY UPDATES AT ALL ABOUT YOUR INVESTMENT

12:57PM  23   IN THERANOS?

12:57PM  24   A.   I DID.

12:57PM  25        BECAUSE WE HAD INVESTED THROUGH CHRIS LUCAS'S, THROUGH

12:57PM  1    BLACK DIAMOND VENTURES, I HAD REGULAR CONVERSATIONS WITH

12:57PM  2    MR. LUCAS ABOUT, YOU KNOW, ABOUT OUR INVESTMENT, ABOUT HOW

12:57PM  3    THINGS WERE GOING.

12:57PM  4         YOU KNOW, AS I UNDERSTOOD, MR. LUCAS WAS A PRETTY REGULAR

12:57PM  5    VISITOR AT THE COMPANY HEADQUARTERS AND, YOU KNOW, MAY HAVE HAD

12:57PM  6    SOME PROJECTS THAT HE WAS WORKING ON.

12:57PM  7         ANYWAY, HE WAS A REGULAR SOURCE OF INFORMATION FOR US

12:57PM  8    THROUGH THOSE YEARS.

12:57PM  9    Q.   OKAY.  WERE THERE ANY OTHER SOURCES OF INFORMATION DURING

12:57PM  10   THAT PERIOD OF TIME?  DID YOU LOOK ON THE INTERNET OR ANY OTHER

12:58PM  11   PUBLIC SOURCES?

12:58PM  12   A.   YOU KNOW, CERTAINLY I WOULD HAVE LOOKED AT GOOGLE OR THE

12:58PM  13   INTERNET.

12:58PM  14        YOU KNOW, DURING THAT TIME, AS I RECALL, THERE WAS NOT

12:58PM  15   MUCH PUBLIC INFORMATION THAT WAS PUBLICLY AVAILABLE.

12:58PM  16        YOU KNOW, IN MY CONVERSATIONS WITH CHRIS, I THINK THAT WAS

12:58PM  17   BY DESIGN, OR I UNDERSTOOD IT WAS BY DESIGN, THAT THE COMPANY

12:58PM  18   DIDN'T WANT TO LOSE A COMPETITIVE ADVANTAGE BY HAVING, YOU

12:58PM  19   KNOW, LOTS OF INFORMATION OUT IN THE PUBLIC DOMAIN.

12:58PM  20   Q.   YOU WEREN'T SURPRISED THAT THERE WASN'T MORE IN THE PUBLIC

12:58PM  21   DOMAIN?

12:58PM  22   A.   NO.  IN FACT, I WAS ENCOURAGED BECAUSE IT FELT LIKE A --

12:58PM  23   IT DID FEEL LIKE A REVOLUTIONARY TECHNOLOGY THAT YOU WANTED TO

12:58PM  24   KIND OF PRESERVE AN ADVANTAGE.

12:58PM  25   Q.   OKAY.  WE SAW IN YOUR NOTES FROM 2006 THE IPO, AND I THINK

12:58PM 1    IT WAS THE FIRST QUARTER OF 2008.

12:58PM 2         DID YOU KNOW WHETHER THAT HAPPENED?

12:58PM 3    A.   IT DID NOT HAPPEN.

12:58PM 4    Q.   OKAY.  WE SAW IN YOUR NOTES THAT THE COMPANY WAS GOING TO

12:59PM 5    BECOME CASH FLOW POSITIVE AT ONE POINT.

12:59PM 6         DID YOU RECEIVE ANY INFORMATION ABOUT WHETHER THAT

12:59PM 7    HAPPENED?

12:59PM 8    A.   YOU KNOW, CHRIS AND I WOULD HAVE HAD SOME CONVERSATIONS

12:59PM 9    ABOUT THAT.  I DON'T RECALL WITH SPECIFICS, YOU KNOW, KNOWING

12:59PM 10   IF OR WHEN THE COMPANY BECAME CASH FLOW POSITIVE.

12:59PM 11   Q.   OKAY.  LET'S NOW TURN TO 2013, AND IF YOU'LL LOOK IN THAT

12:59PM 12   BINDER AT 3940.

12:59PM 13        MR. TOLBERT, IS THIS AN EMAIL FROM CHRIS LUCAS TO YOU

12:59PM 14   ABOUT THERANOS?

12:59PM 15   A.   IT IS.

12:59PM 16            MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 3940.

12:59PM 17            MR. DOWNEY:  NO OBJECTION, YOUR HONOR.

12:59PM 18            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:59PM 19        (GOVERNMENT'S EXHIBIT 3940 WAS RECEIVED IN EVIDENCE.)

01:00PM 20            MR. SCHENK:  THANK YOU.

01:00PM 21   Q.   FIRST LET'S NOTE THE TIME.  IT'S JULY NOW, THE END OF

01:00PM 22   JULY 2013.

01:00PM 23        CHRIS LUCAS SENDS YOU AN EMAIL AND THE SUBJECT IS THERANOS

01:00PM 24   NEW BOARD MEMBERS.

01:00PM 25        DO YOU SEE THAT?

TOLBERT DIRECT BY MR. SCHENK                                    4457

01:00PM  1    A.   I DO.

01:00PM  2    Q.   "THERANOS LAUNCHED THEIR NEW WEBSITE THIS MORNING AND

01:00PM  3    ANNOUNCED NEW BOARD MEMBERS.

01:00PM  4         "SHE IS CLEARLY ASSEMBLING AN IMPRESSIVE GROUP.

01:00PM  5         "HOPEFULLY, THIS ALSO MEANS THAT WE WILL START RECEIVING

01:00PM  6    MORE COMMUNICATION FROM THE COMPANY."

01:00PM  7         FIRST, IS THIS THE TYPE OF INFORMATION THAT YOU WOULD

01:00PM  8    RECEIVE FROM MR. LUCAS OVER THE YEARS?

01:00PM  9    A.   CERTAINLY THIS KIND OF INFORMATION, OR ANYTHING THAT FELT

01:00PM 10    LIKE IT WAS NEWS OR DEVELOPMENT I FELT LIKE HE WOULD RELAY TO

01:00PM 11    ME.

01:00PM 12         SO, YOU KNOW, WE HAD HAD SOME CONVERSATIONS IN ADVANCE OF

01:00PM 13    JULY ABOUT, YOU KNOW, THE POSSIBILITY THAT THERE WOULD BE AN

01:00PM 14    ANNOUNCEMENT OF A BOARD.

01:00PM 15         AND SO, YOU KNOW, HE WAS, AS I REMEMBER, EXCITED TO HAVE

01:01PM 16    SOMETHING TO SEND TO ME THAT WAS PUBLIC THAT, YOU KNOW,

01:01PM 17    EVIDENCED SOME GREAT MOMENTUM ON THE COMPANY'S PART.

01:01PM 18    Q.   MR. LUCAS WROTE THAT, HOPEFULLY, THIS MEANS THAT WE WILL

01:01PM 19    START RECEIVING MORE INFORMATION FROM THE COMPANY.

01:01PM 20         WHAT DID YOU TAKE THAT TO MEAN?

01:01PM 21    A.   YOU KNOW, CHRIS AND I HAD HAD LOTS OF CONVERSATIONS OVER

01:01PM 22    THOSE INTERVENING YEARS ABOUT, YOU KNOW, JUST WANTING

01:01PM 23    INFORMATION, MORE FINANCIAL INFORMATION, AND MORE VISIBILITY AS

01:01PM 24    TO WHAT WAS GOING ON.

01:01PM 25         SO AS I RECALL, WE HAD SOME SPECIFIC CONVERSATIONS AROUND

TOLBERT DIRECT BY MR. SCHENK                                    4458

01:01PM  1    THIS TIME THAT MAYBE THIS MEANT THERE WAS A DAY THAT THAT

01:01PM  2    CONVERSATION WOULD BECOME MORE FREQUENT, MORE OPEN.

01:01PM  3    Q.   AND DID YOU AGREE WITH THIS SENTIMENT, THAT THE COMPANY

01:01PM  4    HADN'T PROVIDED A LOT OF INFORMATION AND HOPEFULLY THEY WOULD

01:02PM  5    START TO PROVIDE MORE?

01:02PM  6    A.   CORRECT.

01:02PM  7    Q.   AND IS AN EXAMPLE OF THEM PROVIDING MORE INFORMATION A

01:02PM  8    PHONE CALL, FOR INSTANCE, BETWEEN YOU AND MS. HOLMES WHERE YOU

01:02PM  9    COULD LEARN MORE ABOUT THE COMPANY?  IS THAT THE KIND OF THING

01:02PM  10   THAT YOU WANTED?

01:02PM  11   A.   YOU KNOW, CERTAINLY THAT WOULD HAVE WELCOMED.  BECAUSE WE

01:02PM  12   WEREN'T A DIRECT INVESTOR AT THIS POINT, I WOULDN'T HAVE

01:02PM  13   EXPECTED THAT KIND OF DIRECT COMMUNICATION FROM THE COMPANY.

01:02PM  14        YOU KNOW, I WOULD HAVE EXPECTED SOME DIRECT COMMUNICATION

01:02PM  15   WITH CHRIS, WHO THEN WOULD HAVE KIND OF REFLECTED THAT TO US.

01:02PM  16   Q.   I SEE.

01:02PM  17        IF YOU'LL NOW TURN TO EXHIBIT 949.

01:02PM  18        IS THIS AN EMAIL CHAIN FROM AN EMPLOYEE AT CHRIS LUCAS'S

01:02PM  19   FUND, AND YOU, CONTAINING INFORMATION ABOUT THERANOS?

01:02PM  20   A.   THAT'S CORRECT.

01:02PM  21            MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 949.

01:03PM  22            MR. DOWNEY:  NO OBJECTION.

01:03PM  23            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:03PM  24        (GOVERNMENT'S EXHIBIT 949 WAS RECEIVED IN EVIDENCE.)

01:03PM  25   BY MR. SCHENK:

ER-6201

TOLBERT DIRECT BY MR. SCHENK                                        4459

01:03PM  1    Q.   LET'S ACTUALLY START AT THE TOP OF THIS DOCUMENT,

01:03PM  2    MR. TOLBERT.

01:03PM  3         FIRST, THIS IS FROM SOMEONE NAMED ANA QUINTANA.

01:03PM  4         DO YOU KNOW WHO THAT IS?

01:03PM  5    A.   I DO.  SHE WORKS WITH CHRIS LUCAS AT BLACK DIAMOND

01:03PM  6    VENTURES.

01:03PM  7    Q.   SO SHE'S WRITING TO YOU IN AUGUST, SO A FEW DAYS LATER

01:03PM  8    FROM THAT EMAIL FROM MR. LUCAS, "PLEASE FIND THE SHAREHOLDER

01:03PM  9    LETTER BELOW.

01:03PM  10        THE SUBJECT LINE IS BLACK DIAMOND VENTURES THERANOS

01:03PM  11   SHAREHOLDER LETTER.

01:03PM  12        DO YOU SEE THAT?

01:03PM  13   A.   YES, I DO.

01:03PM  14   Q.   AND BELOW THIS EMAIL NOW, AT THE BOTTOM OF THIS FIRST

01:03PM  15   PAGE, MS. QUINTANA IS FORWARDING TO YOU ANOTHER EMAIL THAT

01:04PM  16   SAYS, "BELOW PLEASE FIND A SHAREHOLDER UPDATE LETTER FROM

01:04PM  17   THERANOS CEO ELIZABETH HOLMES."

01:04PM  18        DO YOU SEE THAT?

01:04PM  19   A.   I DO SEE THAT.

01:04PM  20   Q.   SO THAT'S AT THE VERY BOTTOM OF THIS FIRST PAGE.

01:04PM  21        NOW, IF YOU'LL TURN WITH ME TO PAGE 2.

01:04PM  22        THERE'S AN EMAIL FROM AND TO THERANOS FROM JULY OF 2013,

01:04PM  23   "DEAR SHAREHOLDER.

01:04PM  24        "IT IS WITH GREAT PLEASURE THAT I WRITE TO INFORM YOU OF

01:04PM  25   OUR UPCOMING CONSUMER LAUNCH."

ER-6202

TOLBERT DIRECT BY MR. SCHENK                                    4460

01:04PM 1       DID YOU KNOW WHAT THAT WAS A REFERENCE TO?

01:04PM 2   A.   AT THIS TIME THERANOS WAS UNDERTAKING A CONSUMER LAUNCH

01:04PM 3   WHERE, IN PARTNERSHIP WITH DIFFERENT RETAIL ESTABLISHMENTS, TO

01:05PM 4   BE ABLE TO TAKE THEIR TECHNOLOGY DIRECTLY TO THE CONSUMER AND

01:05PM 5   PUT IT IN CLOSE PROXIMITY TO WHERE THE CONSUMERS WERE.

01:05PM 6   Q.   DO YOU KNOW IF, AT THIS TIME, YOU KNEW WHICH STORES OR

01:05PM 7   WHICH COMPANIES THERANOS WAS IN PARTNERSHIP WITH?

01:05PM 8   A.   YOU KNOW, AT THIS TIME IN JULY I DON'T BELIEVE THAT I KNEW

01:05PM 9   SPECIFICALLY.  CHRIS AND I HAD HAD SEVERAL CONVERSATIONS OVER

01:05PM 10  THE YEARS.

01:05PM 11      I SAY "OVER THE YEARS."  IN THOSE CONVERSATIONS THAT CHRIS

01:05PM 12  AND I WOULD HAVE HAD, I KNEW THAT THERE WAS A BUILDOUT BY SOME

01:05PM 13  MAJOR RETAIL CHAINS.  I THINK I KNEW THAT SAFEWAY WAS ONE OF

01:05PM 14  THOSE.  YOU KNOW, AND THERE WAS SPECULATION ABOUT WHO THE

01:05PM 15  OTHERS WOULD HAVE BEEN.

01:05PM 16      BUT I DON'T, I DON'T RECALL IF I KNEW KIND OF WHO AND

01:05PM 17  WHERE EXACTLY AT THIS POINT.

01:05PM 18  Q.   OKAY.  THE EMAIL CONTINUES.  "AS YOU ALL KNOW, WE HAVE

01:05PM 19  BEEN WORKING IN STEALTH MODE FOR SEVERAL YEARS TO PREPARE FOR

01:05PM 20  THIS."

01:05PM 21      WHAT IS STEALTH MODE A REFERENCE TO, IF YOU KNOW?

01:06PM 22  A.   YOU KNOW, I ASSUME IT'S, YOU KNOW, TRYING TO WORK BELOW

01:06PM 23  THE RADAR SO THAT YOU DON'T LOSE A COMPETITIVE ADVANTAGE BY

01:06PM 24  HAVING, YOU KNOW, OTHER PEOPLE KNOW THAT THE TECHNOLOGY IS

01:06PM 25  COMING AND IT'S GOING TO BE ROLLED OUT.

TOLBERT DIRECT BY MR. SCHENK                                    4461

01:06PM  1          AND SO, YOU KNOW, IN PART THAT'S WHY I THINK -- OR AT

01:06PM  2     LEAST THAT'S WHY I HADN'T BEEN AS CONCERNED THROUGH THOSE YEARS

01:06PM  3     AT THE LACK OF INFORMATION THAT WE HAD BECAUSE IT FELT LIKE

01:06PM  4     THERE WAS A SPECIFIC PURPOSE THAT, YOU KNOW, WAS BEING

01:06PM  5     ANTICIPATED.

01:06PM  6          BUT TO ANSWER YOUR QUESTION, WORKING IN STEALTH MODE WAS

01:06PM  7     TO TRY TO DO IT SO THAT THEY COULD CAPITALIZE ON THE MARKET

01:06PM  8     WITHOUT A LOT OF COMPETITION AT THE MOMENT WHEN THEY LAUNCHED.

01:06PM  9     Q.   SO WAS THE LACK OF INFORMATION THAT YOU RECEIVED FROM AT

01:06PM 10     LEAST 2006 TO 2013 SOMETHING THAT YOU THOUGHT WAS INTENTIONAL,

01:07PM 11     INTENTIONAL BY THERANOS?

01:07PM 12     A.   I CERTAINLY THOUGHT THAT IT WAS INTENTIONAL THAT THEY WERE

01:07PM 13     TRYING TO KEEP THINGS UNDER WRAPS.

01:07PM 14     Q.   THE NEXT SENTENCE IS, "WITH THIS LAUNCH, WE WILL BEGIN

01:07PM 15     SENDING INFORMATION TO OUR SHAREHOLDERS THROUGH EMAIL BRIEFS."

01:07PM 16          WHAT DID THAT MEAN TO YOU?

01:07PM 17     A.   YOU KNOW, IT MEANT THAT, YOU KNOW, BECAUSE THEY HAD COME

01:07PM 18     TO A POINT IN TIME WHERE THEY ANTICIPATED BEING MORE PUBLIC

01:07PM 19     ABOUT THE PROGRESS THE COMPANY WAS MAKING WITH THE

01:07PM 20     SHAREHOLDERS, THAT THEY WOULD SEND OUT EMAILS DIRECTLY TO THE

01:07PM 21     SHAREHOLDERS WITH UPDATED INFORMATION.

01:07PM 22     Q.   AND IT CONTINUES.

01:07PM 23          OUR FIRST WEBSITE CONTENT IS UP TODAY.  THE BOARD IS

01:07PM 24     PUBLICLY LISTED AND THEY DID THEIR COMPANY'S FIRST PRESS

01:07PM 25     RELEASE.

01:07PM 1          DO YOU SEE THAT?

01:07PM 2     A.   I DO.

01:07PM 3     Q.   AND THEN ON THE NEXT PAGE AT THE BOTTOM, DO YOU SEE

01:08PM 4     INFORMATION REGARDING THE ADDITION OF MEMBERS OF THE BOARD OF

01:08PM 5     DIRECTORS?

01:08PM 6     A.   I DO.

01:08PM 7     Q.   "THERANOS ANNOUNCED TODAY THAT RICHARD KOVACEVICH AND

01:08PM 8     GENERAL JAMES MATTIS WERE APPOINTED TO ITS BOARD OF DIRECTORS."

01:08PM 9          DO YOU SEE THAT?

01:08PM 10    A.   I DO SEE THAT.

01:08PM 11    Q.   AND THEN FURTHER DOWN THERE'S SOME PRESS LINKS, A MARKET

01:08PM 12    WATCH AND A CNBC.

01:08PM 13         DO YOU SEE THAT?

01:08PM 14    A.   I DO.

01:08PM 15    Q.   WERE THERE OCCASIONS WHEN THERANOS SENT INFORMATION TO YOU

01:08PM 16    THAT INCLUDED LINKS TO ARTICLES IN THE PRESS?

01:08PM 17    A.   YOU KNOW, JUST TO BE CLEAR, THEY DIDN'T SEND IT TO ME

01:08PM 18    BECAUSE WE WERE NOT A DIRECT INVESTOR.  BUT THEY WOULD HAVE

01:08PM 19    SENT IT TO MR. LUCAS, AND MR. LUCAS WOULD HAVE FORWARDED IT TO

01:08PM 20    ME AND SO I WOULD HAVE RECEIVED THE LINKS.

01:08PM 21    Q.   YOU RECEIVED THIS THROUGH YOUR INVESTMENT IN BLACK DIAMOND

01:08PM 22    VENTURES?

01:08PM 23    A.   CORRECT.

01:08PM 24    Q.   AND DID YOU THINK THE CONTENT OF THESE ARTICLES THAT WAS

01:08PM 25    SENT ALONG TO INVESTORS WOULD BE ACCURATE?

TOLBERT DIRECT BY MR. SCHENK                                    4463

01:09PM  1      A.   I DID.

01:09PM  2      Q.   IF YOU'LL NOW TURN TO EXHIBIT 4030, EXHIBIT 4030.

01:09PM  3           MR. TOLBERT, WHAT IS THIS DOCUMENT?

01:09PM  4      A.   THIS IS AN EMAIL THAT WE WOULD HAVE GOTTEN FROM

01:09PM  5      MR. LUCAS'S BLACK DIAMOND VENTURES ABOUT AN ANNUAL MEETING THAT

01:09PM  6      THEY WERE HAVING TO REVIEW THE INVESTMENTS THAT WERE MADE IN

01:09PM  7      THEIR FUND.

01:09PM  8      Q.   AND THEN THERE'S AN ATTACHMENT BEGINNING ON PAGE 3.

01:09PM  9           DO YOU RECOGNIZE THAT ATTACHMENT?

01:09PM 10      A.   CORRECT.  SO ONE OF THEIR PORTFOLIO INVESTMENT COMPANIES

01:09PM 11      WAS OBVIOUSLY THERANOS, AND SO THIS WAS A, YOU KNOW, AN UPDATE

01:10PM 12      ON THEIR INVESTMENT AT THERANOS THAT THEY FORWARDED ALONG IN

01:10PM 13      ANTICIPATION OF THEIR SHAREHOLDER MEETING.

01:10PM 14              MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 4030.

01:10PM 15              MR. DOWNEY:  NO OBJECTION, YOUR HONOR.

01:10PM 16              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:10PM 17          (GOVERNMENT'S EXHIBIT 4030 WAS RECEIVED IN EVIDENCE.)

01:10PM 18      BY MR. SCHENK:

01:10PM 19      Q.   MR. TOLBERT, THE EMAIL IS FROM AN INDIVIDUAL NAMED

01:10PM 20      YASMIN IBARRA.

01:10PM 21           DO YOU KNOW WHO THAT IS?

01:10PM 22      A.   SHE WAS AN EMPLOYEE AT BLACK DIAMOND VENTURES.

01:10PM 23      Q.   AND ALSO LOOK AT THE ATTACHMENT STARTING ON PAGE 6.

01:10PM 24           ON PAGE 6 AT THE BOTTOM OF THE SLIDE, WELL, AT THE TOP IT

01:10PM 25      READS "NEWLY DEVELOPED WEBSITE."

TOLBERT DIRECT BY MR. SCHENK                    4464

01:10PM   1        DID YOU UNDERSTAND THAT THERANOS HAD RECENTLY UPDATED OR

01:10PM   2   DEVELOPED ITS WEBSITE?

01:10PM   3   A.   I DID.  I WOULD HAVE -- AS SOON AS THE WEBSITE WOULD HAVE

01:10PM   4   BEEN AVAILABLE, I WOULD HAVE LOOKED AT IT.

01:10PM   5   Q.   AT THE BOTTOM IT READS, "FOR THE FIRST TIME, THERANOS IS

01:10PM   6   INTRODUCING CLIA-CERTIFIED LABORATORY SERVICES WITH THE ABILITY

01:11PM   7   TO RUN ITS TEST ON MICRO-SAMPLES."

01:11PM   8        IS THAT CONSISTENT WITH YOUR UNDERSTANDING OF THE THERANOS

01:11PM   9   TECHNOLOGY?

01:11PM  10   A.   IT IS.

01:11PM  11   Q.   AND IS THAT ALSO CONSISTENT WITH THE WAY THAT MS. HOLMES

01:11PM  12   EXPLAINED THE TECHNOLOGY TO YOU?

01:11PM  13   A.   YEAH.  I MEAN, I WILL SAY THAT WHEN -- SO WHEN THIS --

01:11PM  14   BEAR WITH ME.

01:11PM  15        WHEN THIS WAS SENT, THIS WAS NOVEMBER OF 2013, SO THE LAST

01:11PM  16   TIME I TALKED WITH MS. HOLMES AS I REMEMBER WAS IN 2006, SO

01:11PM  17   THAT WOULD HAVE BEEN A LOT OF YEARS BEFORE.

01:11PM  18        BUT THIS WAS CERTAINLY THE VISION THAT I FELT HAD BEEN

01:11PM  19   LAID OUT IN THE BEGINNING.

01:11PM  20   Q.   IN 2006, DID MS. HOLMES DESCRIBE THE TECHNOLOGY TO YOU?

01:11PM  21   A.   SHE DID.

01:11PM  22   Q.   AND ALSO HER VISION?

01:11PM  23   A.   CORRECT.

01:11PM  24   Q.   AND WAS THIS CONSISTENT WITH BOTH HER DESCRIPTION OF THE

01:11PM  25   TECHNOLOGY AND THE VISION?

01:11PM 1    A.    YEAH.  I MEAN, I DON'T REMEMBER HOW SPECIFICALLY IT LINED

01:11PM 2    UP, BUT I KNEW DIRECTIONALLY IT WAS.

01:11PM 3    Q.    AND DID YOU READ THIS AND WERE YOU SURPRISED THAT -- DID

01:12PM 4    THIS STRIKE YOU AS INCONSISTENT?

01:12PM 5    A.    NO.  I MEAN, IT CERTAINLY MADE SENSE, AND SO THAT'S WHERE

01:12PM 6    THINGS WERE HEADED.

01:12PM 7    Q.    OKAY.

01:12PM 8    A.    AND IN MY CONVERSATIONS WITH MR. LUCAS THROUGH THE YEARS,

01:12PM 9    THAT EVOLUTION OF WHERE THE TECHNOLOGY WAS HEADED, THIS MADE

01:12PM 10   PERFECT SENSE.

01:12PM 11   Q.    IF YOU'LL TURN NOW TO PAGE 7, THE NEXT PAGE.  THIS SLIDE

01:12PM 12   IN THE MIDDLE SAYS "THE LAB TEST, REINVENTED."

01:12PM 13        DO YOU SEE THAT?

01:12PM 14   A.    I DO.

01:12PM 15   Q.    AND THERE'S AN IMAGE OF A DEVICE CALLED A NANOTAINER.

01:12PM 16        DO YOU SEE THAT?

01:12PM 17   A.    I DO.

01:12PM 18   Q.    IS THAT ALSO CONSISTENT WITH THE WAY THAT YOU UNDERSTOOD

01:12PM 19   THAT THE THERANOS TECHNOLOGY TO BE BASED ON MS. HOLMES'S

01:12PM 20   STATEMENTS TO YOU AND HER DESCRIPTION OF THE VISION?

01:12PM 21   A.    IT IS.

01:12PM 22   Q.    IF YOU'LL NOW TURN TO PAGE 8.  UNDER "WELCOME TO

01:13PM 23   THERANOS," THERE'S SOME LANGUAGE.

01:13PM 24        IS THAT CLEAR ENOUGH FOR YOU TO READ?  CAN YOU SEE IT?

01:13PM 25   A.    I CAN.

TOLBERT DIRECT BY MR. SCHENK                                    4466

01:13PM   1    Q.   "THERANOS'S LABORATORY CAN ANALYZE SMALLER SAMPLES THAN

01:13PM   2    PREVIOUSLY POSSIBLE WITH SPEED AND THE HIGHEST LEVELS OF

01:13PM   3    ACCURACY.  IT'S EASIER ON YOUR PATIENTS AND HELPS YOU MAKE THE

01:13PM   4    BEST DIAGNOSIS AS FAST AS POSSIBLE."

01:13PM   5         I'M GOING TO ASK YOU, ACTUALLY, IF THIS IS CONSISTENT WITH

01:13PM   6    SOMETHING THAT YOU LEARNED A LITTLE BIT LATER.

01:13PM   7         BUT FOR NOW, DID I READ THAT CORRECTLY?

01:13PM   8    A.   YOU DID.

01:13PM   9    Q.   IF YOU'LL NOW TURN TO 1436.

01:13PM   10        IS 1436 ANOTHER EMAIL FROM MS. QUINTANA REGARDING YOUR

01:13PM   11   INVESTMENT IN THERANOS THROUGH BLACK DIAMOND VENTURES?

01:13PM   12   A.   IT IS.

01:14PM   13            MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 1346.

01:14PM   14            MR. DOWNEY:  NO OBJECTION, YOUR HONOR.

01:14PM   15            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:14PM   16        (GOVERNMENT'S EXHIBIT 1346 WAS RECEIVED IN EVIDENCE.)

01:14PM   17   BY MR. SCHENK:

01:14PM   18   Q.   FIRST, AT THE VERY TOP WE SEE YOUR NAME ABOVE THE BLACK

01:14PM   19   LINE.

01:14PM   20        DO YOU SEE THAT?

01:14PM   21   A.   I DO.

01:14PM   22   Q.   AND EVEN THOUGH ON THE TO LINE IT JUST SAYS ANA QUINTANA,

01:14PM   23   DID YOU RECEIVE THIS EMAIL?

01:14PM   24   A.   CORRECT.  SHE SENT IT TO SEVERAL INVESTORS I THINK AND I

01:14PM   25   WAS ONE OF THOSE WHO WAS COPIED ON THAT.

ER-6209

TOLBERT DIRECT BY MR. SCHENK                                    4467

01:14PM   1    Q.   THE DATE IS DECEMBER 18TH, 2013.

01:14PM   2         SO WE'RE COMING UP TOWARDS THE END OF THE YEAR.

01:14PM   3         SHE WRITES, "DEAR BLACK DIAMOND INVESTOR.  AN INVESTOR

01:14PM   4    CONFERENCE CALL HAS BEEN SCHEDULED FOR THIS FRIDAY,

01:14PM   5    DECEMBER 20TH, PROMPTLY STARTING AT 10:15 A.M. PACIFIC.  THE

01:14PM   6    CONFIDENTIAL UPDATE CALL WILL BE PRESENTED BY THERANOS'S CEO,

01:15PM   7    ELIZABETH HOLMES."

01:15PM   8         WAS THERE A CONFERENCE CALL ON DECEMBER 20TH?

01:15PM   9    A.   THERE WAS.

01:15PM  10    Q.   AND DID YOU PARTICIPATE IN THAT CALL?

01:15PM  11    A.   I DID.

01:15PM  12    Q.   AND WAS MS. HOLMES ALSO ON THE CALL?

01:15PM  13    A.   SHE WAS.

01:15PM  14    Q.   THE NEXT PARAGRAPH TALKS ABOUT THE THERANOS LAUNCH TO

01:15PM  15    CONSUMER HEALTH CARE THIS YEAR, THEY ARE RAPIDLY SCALING TO

01:15PM  16    ESTABLISH A NATIONAL FOOTPRINT AND CAPTURE THE OPPORTUNITY WE

01:15PM  17    HAVE TO SERVE AS THE ONLY CERTIFIED NATIONAL LABORATORY CAPABLE

01:15PM  18    OF RUNNING ANY OF ITS LABORATORY TESTS FROM A FEW TINY DROPLETS

01:15PM  19    OF BLOOD.

01:15PM  20         WAS THAT SOMETHING THAT WAS DISCUSSED ON THE CALL TWO DAYS

01:15PM  21    AFTER THIS EMAIL?

01:15PM  22    A.   IT WAS.

01:15PM  23    Q.   THE NEXT PARAGRAPH READS, "AS PART OF THIS INITIATIVE,

01:15PM  24    THEY'RE COMPLETING A SERIES OF FINANCIAL TRANSACTIONS WITH

01:15PM  25    STRATEGIC PARTNERS THAT PROVIDE ACCESS TO ADDITIONAL CAPITAL IN

ER-6210

01:15PM  1    ORDER TO ACCELERATE THEIR GROWTH."

01:15PM  2        AND THEN A SENTENCE OR TWO DOWN IT CONTINUES, "THE PRICE

01:16PM  3    PER SHARE OF THERANOS SERIES C-1 PREFERRED STOCK IN THE

01:16PM  4    TRANSACTIONS CLOSING BETWEEN NOW AND DECEMBER 31ST, 2013 IS $75

01:16PM  5    PER SHARE (PRE-SPLIT)."

01:16PM  6        DID YOU EVENTUALLY SEND MONEY TO THERANOS TO INVEST AT THE

01:16PM  7    END OF THIS YEAR?

01:16PM  8    A.   WE DID.  SO ON DECEMBER 31ST, WE DID MAKE AN INVESTMENT OF

01:16PM  9    $5 MILLION AT THE $75 SHARE LEVEL.

01:16PM  10   Q.   THAT'S MY QUESTION.  YOU BOUGHT AT $75 PER SHARE?

01:16PM  11   A.   CORRECT.

01:16PM  12   Q.   AND WERE THEY THE SERIES C-1?

01:16PM  13   A.   THEY WERE.

01:16PM  14   Q.   IN 2016, DO YOU RECALL WHAT THE SHARE PRICE WAS?

01:16PM  15   A.   YOU KNOW, SO THE 2 MILLION WE INVESTED WAS A LITTLE LESS

01:16PM  16   THAN $3 A SHARE.

01:16PM  17   Q.   AND NOW THEY'RE SELLING SHARES AT $75?

01:16PM  18   A.   CORRECT.

01:16PM  19   Q.   AND DID YOU UNDERSTAND THAT BETWEEN NOW -- IT READS THE

01:17PM  20   TRANSACTIONS CLOSING BETWEEN NOW AND DECEMBER 31ST, 2013, MEANT

01:17PM  21   THAT FROM THE CALL, WHICH WAS DECEMBER 20TH, YOU HAD ABOUT 10

01:17PM  22   OR 11 DAYS TO MAKE THE INVESTMENT?

01:17PM  23   A.   CORRECT.  AS I UNDERSTOOD IT, THE INVESTMENT WINDOW CLOSED

01:17PM  24   ON DECEMBER 31ST, AND SO THERE WAS A LIMITED AMOUNT OF TIME TO

01:17PM  25   REACT AND TO MAKE AN INVESTMENT DECISION.

01:17PM 1      Q.   OKAY.  SO YOU MENTIONED A MOMENT AGO THAT THERE WAS A

01:17PM 2      CALL, THE CALL HAPPENED ON DECEMBER 20TH; IS THAT RIGHT?

01:17PM 3      A.   THERE WAS A CALL.

01:17PM 4      Q.   AND DID YOU PARTICIPATE IN THIS CALL?

01:17PM 5      A.   I DID.

01:17PM 6      Q.   AND DID YOU RECORD THE CALL?

01:17PM 7      A.   I DID RECORD THE CALL.

01:17PM 8      Q.   AND WHEN DID YOU MAKE THE DECISION TO RECORD THE CALL?

01:17PM 9      A.   THE MORNING OF THE CALL, OR I GUESS AS THE CALL WAS

01:17PM 10     GETTING READY TO START.

01:17PM 11     Q.   WHY?  WHY DID YOU DECIDE TO RECORD THE CALL?

01:17PM 12     A.   YOU KNOW, SO MR. HALL AND I, THROUGH CONVERSATIONS THAT I

01:18PM 13     HAD HAD WITH CHRIS LUCAS, WE KNEW THAT THERE WAS A POTENTIAL

01:18PM 14     INVESTMENT OPPORTUNITY AND, YOU KNOW, WE HAD KIND OF DISCUSSED

01:18PM 15     THERANOS AND THE PROGRESS THAT THEY HAD MADE AND, YOU KNOW,

01:18PM 16     KIND OF ANTICIPATED WHAT A FURTHER INVESTMENT WOULD LOOK LIKE.

01:18PM 17         WE HAD ALSO HAD SOME FRUSTRATION THAT WE HADN'T, YOU KNOW,

01:18PM 18     THROUGH THOSE YEARS, HAD THE KIND OF FINANCIAL INFORMATION THAT

01:18PM 19     WE WOULD HAVE HAD FROM A NORMAL INVESTMENT.

01:18PM 20         AND SO MR. HALL AND I DISCUSSED DIFFERENT QUESTIONS THAT

01:18PM 21     WE WANTED TO ASK ELIZABETH, OR HEAR ASKED ON THIS CALL.

01:18PM 22         AND MR. HALL WAS GOING TO BE TRAVELLING POTENTIALLY, OR

01:18PM 23     NOT HAVE AN ABILITY TO BE ON THE CALL AND SO, YOU KNOW, THAT

01:18PM 24     MORNING, AS I THOUGHT ABOUT HOW TO CAPTURE THE INFORMATION ON

01:18PM 25     THE CALL, I'M NOT A VERY FAST TYPIST, AND SO I ELECTED TO

01:19PM  1    RECORD THE CALL TO MAKE SURE THAT I COULD RELAY TO MR. HALL ALL

01:19PM  2    OF THE PERTINENT INVESTMENT INFORMATION THAT WAS ON IT.

01:19PM  3    Q.   AND WHERE WERE YOU WHEN YOU WERE PARTICIPATING IN THE

01:19PM  4    CALL?

01:19PM  5    A.   I WAS IN MY OFFICE IN FRISCO, TEXAS.

01:19PM  6    Q.   DO YOU KNOW WHETHER MR. HALL -- WHERE WAS MR. HALL?  DO

01:19PM  7    YOU KNOW?

01:19PM  8    A.   DO YOU KNOW, HE WAS TRAVELLING, AND SO WHEN THE CALL

01:19PM  9    STARTED, I DIDN'T KNOW WHERE HE WAS OR EVEN IF HE WOULD BE ON

01:19PM 10    THE CALL.

01:19PM 11    Q.   DURING THE CALL, DID YOU LEARN WHETHER MR. HALL MADE IT TO

01:19PM 12    PARTICIPATE IN THE CALL?

01:19PM 13    A.   I DO.  HE ASKED A QUESTION, SO I ANTICIPATED HE WAS ON.

01:19PM 14    Q.   OKAY.  WHEN YOU HEARD HIM ASK A QUESTION ON THE CALL, DID

01:19PM 15    YOU SAY, WELL, I DON'T NEED THE TAPE ANYMORE, AND TURN OFF THE

01:19PM 16    TAPE?

01:19PM 17    A.   NO.  AT THAT POINT I WAS RECORDING AND I JUST CONTINUED TO

01:19PM 18    TYPE AND MAKE MY NOTES OF THE CALL, BUT CONTINUED TO RECORD IT.

01:19PM 19    Q.   AND AFTER THE CALL WAS OVER, DID YOU SAVE OR PRESERVE THE

01:20PM 20    TAPE?

01:20PM 21    A.   I DID.  I PUT THE TAPE IN MY DESK DRAWER AND THAT'S WHERE

01:20PM 22    IT STAYED.

01:20PM 23    Q.   AND AT SOME POINT, DID YOU THEN PRODUCE THAT TAPE TO THE

01:20PM 24    FEDERAL GOVERNMENT?

01:20PM 25    A.   I DIDN'T PRODUCE IT TO THE FEDERAL GOVERNMENT.

TOLBERT DIRECT BY MR. SCHENK                                    4471

```
01:20PM   1        AT SOME POINT A FEW YEARS LATER WHEN I REMEMBERED I HAD
01:20PM   2   IT, I GAVE IT TO MY ATTORNEY AND I ASSUME THAT MY ATTORNEY MUST
01:20PM   3   HAVE PRODUCED IT.
01:20PM   4   Q.   AND HAVE YOU LISTENED TOD THAT RECORDING?
01:20PM   5   A.   I HAVE.
01:20PM   6   Q.   AND IN 2006, YOU SAID YOU HAD DINNER WITH MS. HOLMES?
01:20PM   7   A.   I DID.
01:20PM   8   Q.   AND DID YOU HAVE AN OPPORTUNITY TO OBSERVE HER VOICE AT
01:20PM   9   THAT DINNER?
01:20PM  10   A.   I DID.
01:20PM  11   Q.   AND WHEN YOU LISTENED TO THE RECORDING, DID YOU ALSO HAVE
01:20PM  12   AN OPPORTUNITY TO HEAR HER VOICE?
01:20PM  13   A.   I HEARD HER ON THE CALL.
01:20PM  14   Q.   AND DID YOU RECOGNIZE THE VOICE AS THE VOICE OF
01:20PM  15   MS. HOLMES?
01:20PM  16   A.   I DID.
01:20PM  17   Q.   DO YOU -- WHEN YOU LISTENED TO THE RECORDING, DO YOU
01:20PM  18   RECOGNIZE IT AS A RECORDING OF THIS DECEMBER 20TH, 2013 CALL?
01:21PM  19   A.   I DO.
01:21PM  20   Q.   AND DO YOU THINK THAT IT ACCURATELY RECORDS OR CAPTURES
01:21PM  21   THE CALL AS YOU HEARD IT THAT DAY?
01:21PM  22   A.   IT DOES.
01:21PM  23        MR. SCHENK:  SO THE RECORDING IS EXHIBITS 1348 AND
01:21PM  24   1349.
01:21PM  25        YOUR HONOR, AT THIS TIME THE GOVERNMENT WOULD OFFER 1348
```

TOLBERT DIRECT BY MR. SCHENK                    4472

01:21PM  1    AND 1349.

01:21PM  2              MR. DOWNEY:  NO OBJECTION, YOUR HONOR.

01:21PM  3              THE COURT:  THOSE EXHIBITS ARE ADMITTED.

01:21PM  4        (GOVERNMENT'S EXHIBITS 1348 AND 1349 WERE RECEIVED IN

01:21PM  5    EVIDENCE.)

01:21PM  6              THE COURT:  WHAT DO YOU INTEND TO DO WITH THOSE

01:21PM  7    EXHIBITS?

01:21PM  8              MR. SCHENK:  YOUR HONOR, I'VE TALKED TO THE DEFENSE

01:21PM  9    ABOUT 106 ISSUES.  WE'VE AGREED ON CLIPS TO PLAY.

01:21PM 10        SO WITH THE COURT'S PERMISSION, I WOULD LIKE TO PLAY A

01:21PM 11    HANDFUL OF CLIPS FROM 1348 AND 1349.

01:21PM 12              THE COURT:  THANK YOU.  DO YOU HAVE -- ARE YOU GOING

01:21PM 13    TO OFFER TRANSCRIPTS AT ALL OF THESE CALLS?

01:21PM 14              MR. SCHENK:  NO, YOUR HONOR.

01:21PM 15              THE COURT:  ALL RIGHT.  THANK YOU.

01:21PM 16        LADIES AND GENTLEMEN, WE'RE GOING TO -- YOU'RE NOW GOING

01:21PM 17    TO HEAR CLIPS, AS MR. SCHENK SAYS, FROM PHONE CALLS.

01:21PM 18        AND I'LL ASK YOU, MR. SCHENK, TO AUTHENTICATE THESE BEFORE

01:21PM 19    THE CLIP IS PLAYED, JUST THE DATE AND TIME, AND IF THEY RELATE

01:22PM 20    TO THE TESTIMONY THAT WE JUST HEARD.

01:22PM 21        YOU WILL NOT HAVE A TRANSCRIPT TO FOLLOW OF THESE, SO

01:22PM 22    PLEASE, LADIES AND GENTLEMEN, PLEASE LISTEN CLOSELY TO THE

01:22PM 23    CONVERSATIONS AND THE CONTENTS OF THE TAPES.

01:22PM 24        AND WHICH ONE WILL YOU PLAY FIRST?

01:22PM 25        GO AHEAD, MR. SCHENK.

TOLBERT DIRECT BY MR. SCHENK    4473

01:22PM  1        MR. SCHENK:  THANK YOU.

01:22PM  2   Q.   MR. TOLBERT, ON THE FIRST CALL -- I'M SORRY, THE FIRST

01:22PM  3   EXHIBIT, 1348, I HAVE SEVEN CLIPS THAT I'D LIKE TO PLAY FOR

01:22PM  4   YOU, SO I'LL REFER TO THEM AS 1348-1 THROUGH 1348-7, AND THEN I

01:22PM  5   HAVE ONE CLIP ON 1349, SO THAT WILL JUST BE 1349-1.

01:22PM  6        JUST A COUPLE OF QUESTIONS BEFORE WE GET STARTED ON THAT.

01:22PM  7        DID MS. HOLMES KNOW THAT YOU WERE RECORDING?

01:22PM  8   A.   SHE DID NOT.

01:22PM  9   Q.   ON THE RECORDING WE CAN HEAR SOME TYPING.  HAVE YOU

01:22PM 10   NOTICED THAT?

01:22PM 11   A.   I HAVE.

01:22PM 12   Q.   WHO IS THAT?

01:22PM 13   A.   THAT'S ME TYPING.

01:22PM 14   Q.   THAT'S YOU TAKING NOTES DURING THE CALL?

01:23PM 15   A.   CORRECT.

01:23PM 16        MR. SCHENK:  OKAY.  SO THEN AGAIN WITH YOUR

01:23PM 17   PERMISSION, YOUR HONOR, WE'LL START WITH 1348-1.

01:23PM 18        THE COURT:  ARE YOU ASKING THAT THESE RECORDINGS

01:23PM 19   NEED NOT BE RECORDED BY THE COURT REPORTERS?

01:23PM 20        MR. SCHENK:  YES, I THINK THAT THAT'S FINE, BUT I

01:23PM 21   THINK I PROBABLY WOULD THEN APPEND TO THE TRANSCRIPT, APPEND TO

01:23PM 22   THE TRAIL TRANSCRIPT A TRANSCRIPT OF THE RECORDINGS, BUT I CAN

01:23PM 23   MEET AND CONFER WITH THE DEFENSE ON THAT.

01:23PM 24        THE COURT:  IF YOU'LL AGREE TO THAT, AN AGREED

01:23PM 25   TRANSCRIPT THAT COULD BE APPENDED, THAT WOULD BE ACCEPTABLE.

01:23PM 1    THEN OUR COURT REPORTERS NEED NOT TRANSCRIBE THESE CALLS.

01:23PM 2            MR. SCHENK:  YES, THANK YOU.

01:23PM 3            THE COURT:  DO YOU AGREE WITH THAT, MR. DOWNEY?

01:23PM 4            MR. DOWNEY:  WELL, I WOULD RATHER CONFER.  I HAD

01:23PM 5    ASKED IF THEY WOULD HAVE A TRANSCRIPT IN ADVANCE AND THEY SAID

01:23PM 6    NO, SO I GUESS IF IT'S AN ISSUE OF THE COURT REPORTERS

01:23PM 7    RECORDING THE TRANSCRIPT NOW.

01:24PM 8        I'M GOING TO TURN TO THE COURT REPORTER AND SEE IF IT'S

01:24PM 9    POSSIBLE TO RECORD THEM NOW.

01:24PM 10       (DISCUSSION OFF THE RECORD.)

01:24PM 11           THE COURT:  OUR COURT REPORTER SAYS SHE CAN TAKE

01:24PM 12   THESE DOWN.  I DON'T KNOW HOW FAST THE SPEAKING IS, BUT IF

01:24PM 13   THERE'S A PROBLEM WITH THIS, THE COURT REPORTER WILL LET US

01:24PM 14   KNOW AND OR WE CAN STOP OR WE CAN REPLAY IT.

01:24PM 15           MR. SCHENK:  YES.

01:24PM 16           MR. DOWNEY:  I SHOULD SAY ALSO, WE'LL HAVE NO

01:24PM 17   OBJECTION AT THE TIME THE JURY DELIBERATES TO RELISTENING TO

01:24PM 18   THE RECORDING.

01:24PM 19           THE COURT:  ALL RIGHT.  THANK YOU.  OKAY.  GO AHEAD,

01:24PM 20   MR. SCHENK.

01:24PM 21           MR. SCHENK:  THANK YOU VERY MUCH.

01:24PM 22       SO, MS. HOLLIMAN, IF WE COULD START WITH 1348-1.

01:24PM 23   Q.  I'LL PLAY THE WHOLE CLIP FOR YOU, AND SOMETIMES I MIGHT

01:24PM 24   HAVE SOME FOLLOW-UP QUESTIONS, AND SOMETIMES WE MIGHT JUST MOVE

01:24PM 25   TO THE NEXT CLIP.

TOLBERT DIRECT BY MR. SCHENK                                              4475

01:24PM  1            THE COURT:  I'M SORRY, MR. SCHENK.  CAN YOU TELL US,

01:24PM  2    HOW LONG ARE THESE CLIPS?

01:24PM  3            MR. SCHENK:  THE LONGEST IS EIGHT MINUTES, BUT MOST

01:24PM  4    OF THEM ARE CLOSER TO TWO TO FOUR MINUTES.

01:25PM  5            THE COURT:  THAT'S HELPFUL.  THANK YOU.

01:25PM  6            MR. DOWNEY:  YOUR HONOR, MAY I JUST TALK TO

01:25PM  7    MR. SCHENK?

01:25PM  8            THE COURT:  YES, OF COURSE.

01:25PM  9        (DISCUSSION OFF THE RECORD.)

01:26PM 10            MR. DOWNEY:  YOUR HONOR, JUST THE APPROACH OF

01:26PM 11    PLAYING IT, I THOUGHT THAT OUR AGREEMENT WAS THAT WE WOULD PLAY

01:26PM 12    THE ENTIRE TAPE AND NOT BREAK IT UP, WHICH WAS THE SUBJECT OF

01:26PM 13    OUR 106 DISCUSSIONS.

01:26PM 14        I THINK MR. SCHENK HAD A DIFFERENT UNDERSTANDING, SO WE'RE

01:26PM 15    AT A LITTLE BIT OF A -- WE'LL NEED SOME GUIDANCE.

01:26PM 16            THE COURT:  OH.

01:26PM 17            MR. SCHENK:  YOUR HONOR, MY UNDERSTANDING IS THAT

01:26PM 18    THE DEFENSE IS REQUESTING THAT WE PLAY ALL -- THERE ARE EIGHT

01:26PM 19    TOTAL CLIPS, WE PLAY ALL EIGHT CLIPS, AND THEN I GO BACK AND

01:26PM 20    PLAY EACH ONE SEPARATELY AND ASK FOLLOW-UP QUESTIONS.

01:26PM 21        IN OUR MEET AND CONFER, MY UNDERSTANDING WAS THAT THE

01:26PM 22    DEFENSE WANTED TWO OF THE CLIPS TO BE PLAYED CONSECUTIVELY

01:26PM 23    BECAUSE IT CARRIES OVER.  THE LAST ONE OF 1348 AND THE FIRST

01:26PM 24    ONE OF 1349 ARE ABOUT THE SAME TOPIC.

01:26PM 25            SO I INTENDED TO DO THAT AND TO NOT SEPARATE THOSE TWO.

ER-6218

TOLBERT DIRECT BY MR. SCHENK                    4476

01:27PM  1        SO MY INTENTION WAS NOT TO PLAY ALL OF THEM AND THEN

01:27PM  2   REPLAY ALL OF THEM, BUT RATHER TO CAPTURE JUST THAT ONE.

01:27PM  3        BUT I MIGHT HAVE MISUNDERSTOOD DURING OUR MEET AND CONFER.

01:27PM  4            MR. DOWNEY:  YES, I APOLOGIZE.  I THINK WE DID NOT

01:27PM  5   CONNECT ON THAT.

01:27PM  6        I THINK WE VIEW THE ENTIRE CONVERSATION AS RELEVANT FOR

01:27PM  7   THE CONTEXT, AND I UNDERSTAND THAT, LIKE A DOCUMENT, THERE MAY

01:27PM  8   BE INDIVIDUAL PIECES OF IT THAT MR. SCHENK WANTS TO QUESTION

01:27PM  9   ABOUT, AND THAT'S OBVIOUSLY FAIR GAME.

01:27PM 10        AND HE'S GIVEN US SOME CLIPS WITH WHICH HE INTENDS TO DO

01:27PM 11   THAT.

01:27PM 12        SO I JUST WOULD HAVE THE RECORD REFLECT THAT I DIDN'T

01:27PM 13   CONSENT TO KIND OF SPLITTING THE TAPE UP AS IT'S PLAYED.

01:27PM 14            THE COURT:  ALL RIGHT.  BUT IT SOUNDS LIKE THE 1348

01:27PM 15   AND 1349 WILL BE PLAYED CONSECUTIVE FOR 106 PURPOSES AT LEAST

01:27PM 16   AS TO THAT.

01:27PM 17            MR. SCHENK:  YES.

01:27PM 18            THE COURT:  AND YOU DON'T HAVE ANY PROBLEM WITH THAT

01:27PM 19   OF COURSE.

01:27PM 20            MR. DOWNEY:  THAT'S FINE.

01:27PM 21            THE COURT:  ALL RIGHT.  WELL, THANK YOU FOR THIS.

01:27PM 22        I THINK, MR. SCHENK, WHY DON'T YOU PLAY THEM THE WAY THAT

01:27PM 23   YOU'VE INDICATED THAT YOU INTEND TO.  YOU'LL PLAY AND THEN

01:28PM 24   YOU'RE GOING TO EXAMINE, AND THEN PLAY AND THEN EXAMINE; IS

01:28PM 25   THAT RIGHT.

01:28PM  1                    MR. SCHENK:  YES, YOUR HONOR.

01:28PM  2                    THE COURT:  I THINK THAT MAKES SENSE TO PROCEED THAT

01:28PM  3        WAY.

01:28PM  4                    MR. DOWNEY:  FAIR ENOUGH.

01:28PM  5                    THE COURT:  THANK YOU.

01:28PM  6                    MR. SCHENK:  PERMISSION TO PUBLISH?

01:28PM  7                    THE COURT:  YES, PLEASE.

01:28PM  8                    MR. SCHENK:  SO, MS. HOLLIMAN, IF WE COULD START

01:28PM  9        WITH 1348-1.

01:28PM 10            (AUDIO PLAYED IN OPEN COURT ON THE RECORD.)

01:28PM 11            "MS. HOLMES:  ABSOLUTELY.  IT'S WONDERFUL TO SPEAK WITH

01:28PM 12        YOU ALL.  AND IT'S WONDERFUL TO -- TO BE IN A PLACE IN WHICH WE

01:28PM 13        CAN BEGIN TO TALK ABOUT THIS.  AS YOU ALL KNOW, WE HAVE BEEN

01:28PM 14        WORKING VERY HARD FOR A LONG TIME TO BUILD UP THIS

01:28PM 15        INFRASTRUCTURE.

01:28PM 16            "AND WHEN I STARTED THE COMPANY, WE KNEW THAT IT WOULD

01:28PM 17        TAKE US A LONG TIME TO BE ABLE TO ESTABLISH AN INFRASTRUCTURE

01:28PM 18        THAT COULD DO ANY LAB TEST THAT IS RUN IN A TRADITIONAL LAB

01:28PM 19        FROM A MICRO SAMPLE OR THESE TINY DROPLETS THAT WE TAKE NOW

01:28PM 20        FROM THE FINGER.

01:28PM 21            "AND WE THUS BUILT A BUSINESS AROUND OUR PARTNERSHIPS WITH

01:29PM 22        PHARMACEUTICAL COMPANIES AND OUR CONTRACTS WITH THE MILITARY

01:29PM 23        WHEREIN WE COULD DEPLOY OUR FRAMEWORK IN THE ONE CASE FOR

01:29PM 24        HELPING TO ACCELERATE CLINICAL TRIALS AND IN THE OTHER FOR

01:29PM 25        EXTREME USE CASE SITUATIONS IN TRAUMA AND OTHER AREAS WHERE

TOLBERT DIRECT BY MR. SCHENK                              4478

01:29PM   1    THERE WAS A VERY COMPELLING VALUE PROPOSITION.

01:29PM   2         "IN ORDER TO BUILD OUT OUR TEST MENU AND OUR

01:29PM   3    INFRASTRUCTURE TO BE ABLE TO GET TO THIS POINT, SEVERAL YEARS

01:29PM   4    AGO WE REALIZED THAT WE HAD CREATED AN INFRASTRUCTURE THAT

01:29PM   5    COULD, IN FACT, MAKE IT POSSIBLE TO GET RID OF PHLEBOTOMY OR

01:29PM   6    THE BIG TUBES OF BLOOD THAT ARE DRAWN FROM THE ARM IN ITS

01:29PM   7    ENTIRETY.

01:29PM   8         "AND WE BEGAN THIS WORK TO BE ABLE TO CREATE A FRAMEWORK

01:30PM   9    WHEREIN WORKING WITH INSURANCE COMPANIES, WORKING WITH

01:30PM  10    MEDICARE, WORKING WITH MEDICAID, WORKING WITH PHYSICIAN AND

01:30PM  11    HOSPITALS GROUPS, AND NOW RETAIL, WE COULD ESTABLISH WHAT HAS

01:30PM  12    THE OPPORTUNITY TO BE ULTIMATELY THE LARGEST LAB IN THE

01:30PM  13    COUNTRY.

01:30PM  14         "AND MOST IMPORTANTLY, TO CHANGE THE REALITY IN LAB

01:30PM  15    TESTING TODAY, WHICH IS THAT IT'S VERY PAINFUL AND 50 PERCENT

01:30PM  16    OF THE POPULATION DOESN'T DO IT IN TERMS OF COMPLIANCE WITH THE

01:30PM  17    REQUISITION FROM A PHYSICIAN TO DO A TEST BECAUSE THE FEAR OF

01:30PM  18    NEEDLES IS SUCH A GREAT PHOBIA.  AND EQUALLY THE FEAR OF HAVING

01:30PM  19    TO WAIT LONG PERIODS OF TIME FOR THE RESULTS DETERS MANY PEOPLE

01:30PM  20    FROM GETTING TESTED IN THE FIRST PLACE BECAUSE THEY DON'T WANT

01:30PM  21    TO BE SITTING AROUND WORRYING WHETHER THEY'RE POSITIVE WITH

01:31PM  22    SOMETHING OR NOT, FOR EXAMPLE."

01:31PM  23         MR. SCHENK:  THAT'S THE END OF 1348-1.

01:31PM  24         YOUR HONOR, I WONDER IF IT WOULD BE HELPFUL TO PROVIDE THE

01:31PM  25    COURT REPORTER A COPY OF THE TRANSCRIPT, EVEN IF WE'RE NOT

01:31PM  1      ATTACHING IT.

01:31PM  2                  THE COURT:  IT WOULD BE.  I THINK IT WOULD BE, YES,

01:31PM  3      IF YOU HAVE ONE.

01:31PM  4                  MR. SCHENK:  YES.

01:32PM  5            (DISCUSSION OFF THE RECORD.)

01:32PM  6                  MR. SCHENK:  I HAVE A COPY FOR THE COURT.

01:32PM  7                  THE COURT:  THAT WOULD BE HELPFUL.  THANK YOU.

01:32PM  8         I HAVE JUST BEEN INFORMED THAT OUR OVERFLOW ROOM, THE

01:32PM  9      REMOTE CONNECTION WE HAVE SOMEHOW IS DISCONNECTED, AND THEY'RE

01:32PM  10     ATTEMPTING TO REESTABLISH THAT.

01:32PM  11        SO MAYBE WE'LL TAKE OUR BREAK NOW, IF THAT'S CONVENIENT TO

01:32PM  12     EVERYONE.  WE'LL TAKE OUR BREAK.  LET'S TAKE 30 MINUTES.

01:32PM  13        THE OVERFLOW ROOM HAS A ZOOM CONNECTION.  APPARENTLY THE

01:32PM  14     ZOOM HAS DROPPED, AND IN FAIRNESS TO THE PUBLIC WHO ARE

01:32PM  15     WATCHING THIS TRIAL -- I AM INFORMED THERE ARE MEMBERS OF THE

01:32PM  16     PUBLIC IN THAT ROOM, AND IN FAIRNESS TO THEM, I THINK WE SHOULD

01:32PM  17     TRY TO GET THAT CONNECTION STARTED.

01:32PM  18        SO WE'LL TAKE OUR BREAK NOW.  30 MINUTES, I BELIEVE,

01:32PM  19     30 MINUTES, AND WE'LL SEE IF WE CAN GET THAT RESOLVED.

01:32PM  20                  THANK YOU.  WE'LL BE IN RECESS FOR 30 MINUTES.

01:33PM  21                  THE CLERK:  COURT IS IN RECESS.

01:33PM  22            (RECESS FROM 1:33 P.M. UNTIL 2:02 P.M.).

02:02PM  23            (JURY IN AT 2:02 P.M.)

02:02PM  24                  THE COURT:  THANK YOU.  PLEASE BE SEATED.

02:02PM  25        WE'RE BACK ON THE RECORD.  WE'LL GET OUR WITNESS BACK.

TOLBERT DIRECT BY MR. SCHENK                                    4480

02:02PM  1          MR. SCHENK:  YES, YOUR HONOR.

02:02PM  2          THE COURT:  BEFORE WE CONCLUDE FOR THE DAY, I'VE

02:02PM  3   GONE OVER OUR SCHEDULE AND I WANTED TO OFFER SOME CHANGES TO

02:02PM  4   OUR SCHEDULE AT THE END OF THE DAY TODAY FOR EVERYONE'S BENEFIT

02:02PM  5   AND ASK OUR JURY TO DO SOME RESEARCH WITH THEIR SCHEDULES OVER

02:02PM  6   THE WEEKEND.  BUT WE'LL SHARE THAT AT THE END OF THE DAY TODAY.

02:02PM  7          MR. SCHENK:  THANK YOU.

02:03PM  8       (PAUSE IN PROCEEDINGS.)

02:03PM  9          THE COURT:  WE'RE BACK ON THE RECORD.  ALL COUNSEL

02:03PM 10   ARE PRESENT.  MS. HOLMES IS PRESENT.  OUR JURY IS PRESENT.

02:03PM 11   MR. TOLBERT IS BACK ON THE STAND.

02:03PM 12       MR. SCHENK.

02:03PM 13          MR. SCHENK:  THANK YOU VERY MUCH.

02:03PM 14   Q.   MR. TOLBERT, I'LL REMIND YOU THAT YOU'RE STILL UNDER OATH.

02:03PM 15       BEFORE WE BROKE, I PLAYED FOR YOU THE FIRST CLIP.  IT'S

02:03PM 16   LABELLED 1348-1.

02:03PM 17       DO YOU RECALL THAT?

02:03PM 18   A.   I DO.

02:03PM 19   Q.   THE VOICE ON THE TAPE, DO YOU RECOGNIZE THAT VOICE?

02:03PM 20   A.   THAT WAS MS. HOLMES.

02:04PM 21   Q.   ON THAT, ON THAT SECTION, MS. HOLMES SAYS THAT WHEN SHE

02:04PM 22   STARTED THE COMPANY, SHE KNEW IT WOULD TAKE A LONG TIME TO

02:04PM 23   ESTABLISH AN INFRASTRUCTURE THAT COULD DO ANY LAB TESTS THAT

02:04PM 24   COULD DO ANY LAB TEST THAT IS RUN IN A TRADITIONAL LAB WITH A

02:04PM 25   MICRO SAMPLE OR THESE TINY DROPLETS THAT WE NOW TAKE FROM A

ER-6223

TOLBERT DIRECT BY MR. SCHENK                                    4481

```
02:04PM   1    FINGER.

02:04PM   2         WHEN WE HEARD THAT, DID YOU DRAW ANY CONCLUSIONS ABOUT THE

02:04PM   3    CURRENT CAPABILITIES OF THE THERANOS TECHNOLOGY?

02:04PM   4    A.   WELL, MY UNDERSTANDING WAS THAT, YOU KNOW, WHEN THINGS HAD

02:04PM   5    STARTED IN 2006 OR WHEN WE HAD, YOU KNOW, THAT OPPORTUNITY TO

02:04PM   6    EXPLORE THINGS IN 2006, THAT WAS TRUE THAT THERE HAD BEEN A

02:04PM   7    PROGRESSION OF THINGS IN 2013 WHEN THE INVESTOR CALL WAS MADE.

02:04PM   8         SO MY UNDERSTANDING WAS THAT OVER THE YEARS THE

02:05PM   9    TECHNOLOGY, THEY HAD PERFECTED IT OR IMPROVED IT AND MADE LOTS

02:05PM   10   OF ADVANCES FROM BEING ABLE TO DO, YOU KNOW, SOME TEST, AND

02:05PM   11   BEING ABLE TO DO LOTS AND LOTS OF TESTS ON THE SAME DROP OF

02:05PM   12   BLOOD.

02:05PM   13   Q.   WAS THAT REPRESENTATION IMPORTANT TO YOU AND YOUR DECISION

02:05PM   14   TO INVEST LATER IN DECEMBER OF 2013?

02:05PM   15   A.   IT WAS.

02:05PM   16   Q.   WHY?

02:05PM   17   A.   WELL, YOU KNOW, IF THEY HAD SPENT SEVEN YEARS WORKING ON

02:05PM   18   BUILDING A DEVICE THAT COULD DO TESTS AND THEY COULDN'T DO ANY

02:05PM   19   MORE TESTS THAN THEY DID SEVEN YEARS PRIOR, THEN IT WOULD HAVE

02:05PM   20   BEEN CONCERNING BECAUSE THERE WOULDN'T HAVE BEEN A LOT OF

02:05PM   21   PROGRESS THAT WOULD HAVE BEEN MADE.

02:05PM   22        BUT MY UNDERSTANDING WAS THAT THINGS REALLY PROGRESSED AND

02:05PM   23   IT REALLY PRESENTED AN OPPORTUNITY TO ENGAGE IN THIS CONSUMER

02:05PM   24   ROLLOUT WHERE ANYBODY COULD GO TO THEIR DOCTOR AND GET AN ORDER

02:05PM   25   TO HAVE THE TEST DONE AND THAT TEST COULD BE DONE ON THIS
```

TOLBERT DIRECT BY MR. SCHENK                                    4482

02:06PM   1    DEVICE.

02:06PM   2    Q.   LATER IN THAT SAME CLIP WHEN MS. HOLMES SAYS, "WE HAVE

02:06PM   3    THUS BUILT A BUSINESS AROUND OUR PARTNERSHIPS WITH

02:06PM   4    PHARMACEUTICAL COMPANIES AND OUR CONTRACTS WITH THE MILITARY

02:06PM   5    WHEREIN WE CAN DEPLOY OUR FRAMEWORK IN THE ONE CASE FOR HELPING

02:06PM   6    TO ACCELERATE CLINICAL TRIALS AND IN THE OTHER FOR EXTREME USE

02:06PM   7    CASE SITUATIONS IN TRAUMA AND OTHER AREAS WHERE THERE WAS A

02:06PM   8    VERY COMPELLING VALUE PROPOSITION."

02:06PM   9         DID YOU UNDERSTAND MS. HOLMES TO BE MAKING STATEMENTS

02:06PM  10    ABOUT THE WORK THAT THERANOS HAD DONE FIRST WITH PHARMACEUTICAL

02:06PM  11    COMPANIES AND SECOND WITH THE MILITARY?

02:06PM  12    A.   I DID.

02:06PM  13    Q.   AND WERE THOSE REPRESENTATIONS IMPORTANT WHEN YOU DECIDED

02:06PM  14    TO INVEST LATER THAT MONTH?

02:06PM  15    A.   THEY WERE.

02:06PM  16    Q.   WHY?

02:06PM  17    A.   WELL, IT REPRESENTED BUSINESS THAT THERANOS NEEDED TO HAVE

02:06PM  18    TO GENERATE REVENUE.  IF THEY HAD NOT HAD, YOU KNOW, AN ABILITY

02:06PM  19    TO DO WHAT THEY SET OUT TO DO, THEN THERE WOULDN'T HAVE BEEN A

02:07PM  20    REASON TO INVEST.

02:07PM  21    Q.   LATER ON IN THAT CLIP MS. HOLMES SAYS, "WE COULD ESTABLISH

02:07PM  22    WHAT HAS THE OPPORTUNITY TO BE ULTIMATELY THE LARGEST LAB IN

02:07PM  23    THE COUNTRY."

02:07PM  24         DID YOU UNDERSTAND THAT AT THIS TIME IN DECEMBER OF 2013

02:07PM  25    THERANOS WAS NOT YET THE LARGEST LAB IN THE COUNTRY?

TOLBERT DIRECT BY MR. SCHENK                                      4483

02:07PM  1    A.   OH, I DIDN'T -- YOU KNOW, IN MY MIND I DIDN'T REALLY THINK

02:07PM  2    ABOUT THERANOS AS ITS OWN LAB.

02:07PM  3         I THOUGHT THAT THERE WERE THESE, YOU KNOW, DEVICES THAT A

02:07PM  4    DROP OF BLOOD WOULD BE, YOU KNOW, KIND OF TESTED ON SITE AND

02:07PM  5    SO, YOU KNOW, I GUESS MAYBE THINKING ABOUT ALL OF THOSE DEVICES

02:07PM  6    AS BEING CONNECTED AS A LABORATORY THAT WOULD HAVE MADE SENSE,

02:07PM  7    BUT I DIDN'T REALIZE, YOU KNOW, EXACTLY WHAT THAT -- I DIDN'T

02:07PM  8    THINK ABOUT THERANOS AS ONE BIG LAB.  I THOUGHT ABOUT IT AS

02:08PM  9    THIS DISTRIBUTED NETWORK OF, YOU KNOW, TESTING CAPABILITIES, IT

02:08PM 10    COULD KIND OF BE DEPLOYED ANYWHERE.

02:08PM 11    Q.   AND WHEN MS. HOLMES SAID THAT THEY HAD THE OPPORTUNITY TO

02:08PM 12    ULTIMATELY BE THE LARGEST LAB, DID YOU UNDERSTAND HER TO, IN

02:08PM 13    THAT INSTANCE, TO BE FORWARD LOOKING, SOMETHING THAT THEY HAD

02:08PM 14    NOT YET ACCOMPLISHED, BUT THAT THEY COULD ACCOMPLISH

02:08PM 15    POTENTIALLY IN THE FUTURE?

02:08PM 16    A.   WELL, I CERTAINLY THOUGHT THAT THERE WOULD BE CONTINUED

02:08PM 17    GROWTH OF CAPABILITIES, YOU KNOW, WELL INTO THE FUTURE.  I

02:08PM 18    DIDN'T THINK THAT THE TECHNOLOGY HAD FINISHED EVOLVING OR WAS

02:08PM 19    AT A PERFECT STATE.

02:08PM 20         YOU KNOW, I THOUGHT THAT IT REPRESENTED AN OPPORTUNITY TO

02:08PM 21    GO HAVE TESTS DONE, YOU KNOW, BY ANY, ANY CONSUMER OR BY, YOU

02:08PM 22    KNOW, ON THOSE PHARMACEUTICAL TRIALS OR IN MILITARY

02:08PM 23    APPLICATIONS.

02:08PM 24         SO, YOU KNOW, MY UNDERSTANDING WAS THAT THERE WAS

02:08PM 25    SIGNIFICANT CAPABILITY AT THIS MOMENT IN TIME, BUT THAT IT

02:09PM   1    WOULD CONTINUE TO PROGRESS AND BE PERFECTED.

02:09PM   2    Q.   OKAY.

02:09PM   3         YOUR HONOR, WITH PERMISSION I'LL NOW PUBLISH 1348-2.

02:09PM   4              THE COURT:  YES.

02:09PM   5    BY MR. SCHENK:

02:09PM   6    Q.   MR. TOLBERT, THE VOICE THAT WE'RE GOING TO HEAR IS ALSO

02:09PM   7    MS. HOLMES'S VOICE?

02:09PM   8    A.   I ASSUME IT WILL BE.

02:09PM   9    Q.   OKAY.  I'LL ASK YOU THAT WHEN THE CLIP IS OVER.

02:09PM  10    A.   OKAY.

02:09PM  11    Q.   THANK YOU.

02:09PM  12         (AUDIO PLAYED IN OPEN COURT ON THE RECORD.)

02:09PM  13         "MS. HOLMES:  AND SO NOW IN THIS FRAMEWORK THAT WE HAVE

02:09PM  14    CREATED, WE'VE BUILT AN OPPORTUNITY FOR PEOPLE TO BE ABLE TO DO

02:09PM  15    THEIR TEST IN A WHOLE NEW WAY AND BECOME MORE COMPLIANT WITH

02:09PM  16    BEING ABLE TO GET ACCESS TO THIS LABORATORY DATA, WHICH IS

02:09PM  17    INCREDIBLY POWERFUL INFORMATION THAT DRIVES SO MUCH OF CLINICAL

02:09PM  18    DECISION MAKING AND IN DOING SO CREATES A RICHER DATA FRAMEWORK

02:09PM  19    FOR THE PURPOSE OF BEING ABLE TO BETTER CHARACTERIZE THE

02:10PM  20    PROGRESSION OF CERTAIN CONDITIONS BY VIRTUE OF THE FACT THAT

02:10PM  21    NOT ONLY ARE WE HELPING TO GET PEOPLE TESTED -- BECAUSE IT'S A

02:10PM  22    SMALL SAMPLE, WE CAN GET PEOPLE TESTED AT THE NEEDED

02:10PM  23    FREQUENCIES.

02:10PM  24         "AND BECAUSE NOW THE SAMPLE IS FRESH AND IT'S NOT, YOU

02:10PM  25    KNOW, A BIG SERIES OF TUBES OF BLOOD THAT ARE SITTING ON A

TOLBERT DIRECT BY MR. SCHENK                                    4485

02:10PM   1    COUNTER AND EXPOSED TO TEMPERATURE, WE DON'T SUFFER THE RATES

02:10PM   2    OF DECAY OF KEY ANALYTES THAT HAPPEN WHEN YOU SHIP SAMPLES OFF

02:10PM   3    TO A CENTRAL LAB.

02:10PM   4        "AND THEN BY VIRTUE OF THE FACT THAT OUR ANALYTICAL

02:10PM   5    INFRASTRUCTURE IS STANDARDIZED SO WE DON'T HAVE THE VARIABILITY

02:10PM   6    THAT IS ASSOCIATED WITH TRADITIONAL LABORATORY TESTING.

02:10PM   7    MEANING, TODAY IF YOU GO TO A LAB IN SAN FRANCISCO AND YOU GO

02:10PM   8    TO A LAB IN L.A. ON THE SAME DAY FOR THE SAME VALUE, ONE COULD

02:11PM   9    REPORT A RESULT THAT IS, FOR EXAMPLE, ON A TEST LIKE HDL

02:11PM  10    CHOLESTEROL, PLUS OR MINUS 30 PERCENT FROM SOME STANDARD AND BE

02:11PM  11    CONSIDERED ACCURATE IN THE EYES OF REGULATORS.

02:11PM  12        "WHICH MEANS ON THE SAME DAY FOR A SINGLE TEST, BASED ON

02:11PM  13    THE FACT THAT EACH LAB IS CENTRALIZED AND HAS ITS OWN LAB

02:11PM  14    DIRECTOR AND HAS ITS OWN REFERENCE RANGE AND USES ITS OWN

02:11PM  15    EQUIPMENT WHICH IS DIFFERENT FROM WHAT OTHER LABS USE, YOU

02:11PM  16    COULD SEE A 60 PERCENT VARIANCE IN DATA.

02:11PM  17        "AND IF YOU START TO THINK ABOUT HOW THAT COMPOUNDS OVER

02:11PM  18    TIME, IT MAKES IT VERY DIFFICULT TO LOOK LONGITUDINALLY AT THE

02:11PM  19    PROGRESSION OF A CONDITION BY VIRTUE OF THE FACT THAT THERE'S

02:11PM  20    SO MUCH NOISE BETWEEN TIME POINTS.

02:11PM  21        "AND HERE BECAUSE THIS IS A SINGLE FRAMEWORK AND WE HAVE

02:12PM  22    BUILT THIS OUT IN SUCH A WAY IN WHICH WE HAVE A LESS THAN

02:12PM  23    5 PERCENT VARIANCE ON OUR TESTS, IF WE BEGIN TO SEE A CHANGE OF

02:12PM  24    30 PERCENT IN PATIENT VALUES OVER TIME, IT'S BECAUSE IT'S

02:12PM  25    CLINICAL.

ER-6228

TOLBERT DIRECT BY MR. SCHENK                           4486

02:12PM  1        "AND THIS IS A RICHNESS OF DATA FOR THE PHYSICIAN

02:12PM  2    COMMUNITY THAT HAS NOT BEEN ACCESSIBLE BEFORE.  AND IT ALLOWS

02:12PM  3    THE PHYSICIAN TO BEGIN LOOKING AT LABORATORY DATA IN THE SAME

02:12PM  4    WAY THAT PEOPLE TALK ABOUT LOOKING AT A TEST FOR PSA, FOR

02:12PM  5    CANCER, PROSTATE CANCER, CALLED PSA, WHICH THEY FOCUS MORE ON

02:12PM  6    THE RATE OF RANGE OR ITS VELOCITY THAN THEY DO ON ITS ABSOLUTE

02:12PM  7    CONCENTRATION AT ANY GIVEN POINT IN TIME.

02:12PM  8        "AND WE'RE GOING TO BE ABLE TO START PRESENTING THIS

02:12PM  9    LABORATORY INFORMATION IN THAT WAY SO THAT IT CAN BE USED MORE

02:12PM 10    TOWARDS EARLY DETECTION."

02:12PM 11    BY MR. SCHENK:

02:12PM 12    Q.   MR. TOLBERT, THAT'S THE END OF 1348-2.

02:13PM 13        DID YOU RECOGNIZE THE VOICE ON THAT RECORDING?

02:13PM 14    A.   I DID.  THAT WAS MS. HOLMES.

02:13PM 15    Q.   IN THAT PORTION WHEN MS. HOLMES SAYS THAT "BECAUSE NOW THE

02:13PM 16    SAMPLE IS FRESH AND IT'S NOT, YOU KNOW, A BIG SERIES OF TUBES

02:13PM 17    OF BLOOD THAT ARE SITTING ON A COUNTER AND EXPOSED TO

02:13PM 18    TEMPERATURE, WE DON'T SUFFER THE RATES OF DECAY OF KEY ANALYTES

02:13PM 19    THAT HAPPEN WHEN YOU SHIP SAMPLES OFF TO A CENTRAL LAB."

02:13PM 20        WHEN MS. HOLMES SAYS IT'S NOT "A BIG SERIES OF TUBES OF

02:13PM 21    BLOOD," DID YOU UNDERSTAND THAT TO BE A REPRESENTATION ABOUT

02:13PM 22    THE WAY THERANOS, AND THE VOLUME OF BLOOD THAT THERANOS

02:13PM 23    COLLECTS?

02:13PM 24    A.   I DID.

02:13PM 25    Q.   WHAT DID YOU UNDERSTAND THAT TO MEAN?

TOLBERT DIRECT BY MR. SCHENK                                    4487

02:13PM  1    A.   WELL, WHEN I GO TO THE DOCTOR AND HAVE A LAB TEST, THEY

02:13PM  2    DRAW LOTS OF VIALS OF BLOOD AND THOSE GET SHIPPED OFF TO A

02:13PM  3    CENTRAL LABORATORY SITE WHERE THEY GET TESTED.

02:13PM  4         YOU KNOW, MY UNDERSTANDING OF THERANOS IS THAT I WOULD

02:14PM  5    POTENTIALLY GO TO THE DOCTOR, OR WHEREVER, AND GIVE A FINGER

02:14PM  6    PRICK OF BLOOD AND THEY CAN RUN THOSE TESTS ON SITE WITHOUT

02:14PM  7    HAVING TO BE SHIPPED OFF BECAUSE BEING SHIPPED OFF CAUSE SOME

02:14PM  8    VARIABILITY IN THE RESULTS.

02:14PM  9         AND SO, YOU KNOW, IT FELT LIKE IT WAS A BIG ADVANTAGE TO

02:14PM 10    BE ABLE TO DO THAT TESTING KIND OF IN HOUSE OR ON SITE.

02:14PM 11    Q.   AND HOW ABOUT THE VOLUME ALSO?  FOR INSTANCE, WHEN YOU GO

02:14PM 12    TO YOUR DOCTOR AND YOU GET BLOOD DRAWN FROM THE VEIN IN YOUR

02:14PM 13    ARM, IS THE VOLUME DIFFERENT THAN WHAT YOU UNDERSTOOD THERANOS

02:14PM 14    TO BE OFFERING?

02:14PM 15    A.   SURE.  THAT'S ONE OF THE REASONS WHY I WAS SO EXCITED

02:14PM 16    ABOUT IT.  I -- WHEN I SEE THOSE FOUR OR FIVE VIALS OF BLOOD

02:14PM 17    COMING OUT, I START FEELING A LITTLE -- THE EFFECTS OF THAT.

02:14PM 18         THE IDEA OF BEING ABLE TO HAVE MY FINGER STUCK AND GIVE

02:14PM 19    THAT SAMPLE AND HAVE THOSE TESTS RUN FROM THAT SMALL SAMPLE

02:15PM 20    SIZE WAS INTRIGUING, AND, YOU KNOW, CERTAINLY SEEMED TO SPEAK

02:15PM 21    TO WHAT -- TO THE REFERENCE THAT HAD BEEN MADE THAT MORE AND

02:15PM 22    MORE PEOPLE WOULD DO MORE AND MORE TESTS BECAUSE IT WOULD BE

02:15PM 23    MUCH LESS INVASIVE.

02:15PM 24    Q.   IF THERANOS DREW THOSE BIG TUBES OR VIALS OF BLOOD FROM

02:15PM 25    THE VEIN IN THE ARM, WOULD YOU LOSE THIS ADVANTAGE THAT YOU

ER-6230

TOLBERT DIRECT BY MR. SCHENK                                    4488

02:15PM  1    JUST DESCRIBED TO ME?

02:15PM  2    A.   CERTAINLY.

02:15PM  3    Q.   FURTHER ON IN THIS PORTION MS. HOLMES SAYS, "BECAUSE THIS

02:15PM  4    IS A SINGLE FRAMEWORK AND WE HAVE BUILT THIS OUT IN SUCH A WAY

02:15PM  5    IN WHICH WE HAVE A LESS THAN 5 PERCENT VARIANCE ON OUR TESTS,

02:15PM  6    IF WE BEGIN TO SEE A CHANGE OF 30 PERCENT IN PATIENT VALUES

02:15PM  7    OVER TIME, IT'S BECAUSE IT'S CLINICAL."

02:15PM  8        DID YOU UNDERSTAND MS. HOLMES TO BE MAKING REPRESENTATIONS

02:15PM  9    ABOUT THE VARIANCE IN THERANOS TEST RESULTS DEVICE TO DEVICE

02:15PM  10   BEING LESS THAN THE VARIANCE IN, LET'S SAY, ONE LAB TO ANOTHER

02:16PM  11   LAB WITH TRADITIONAL PHLEBOTOMY?

02:16PM  12   A.   I DID.

02:16PM  13   Q.   AND WAS THAT REPRESENTATION SIGNIFICANT IN YOUR DECISION

02:16PM  14   TO INVEST?

02:16PM  15   A.   IT WAS.  CERTAINLY IF, YOU KNOW, IF A NORMAL LAB COMPANY

02:16PM  16   HAD A 30 PERCENT OR GREATER VARIANCE AND I COULD GO IN AND HAVE

02:16PM  17   A LOT MORE CONFIDENCE THAT THE RESULTS DIDN'T HAVE THAT KIND OF

02:16PM  18   VARIANCE, I WOULD -- YOU KNOW, IT WOULD BE A MUCH MORE VALUABLE

02:16PM  19   TEST.

02:16PM  20        MY UNDERSTANDING FROM THE BEGINNING HAD ALSO BEEN THAT ONE

02:16PM  21   OF THE ADVANTAGES TO THE PHARMACEUTICAL COMPANIES IS WHEN THEY

02:16PM  22   DO THOSE DRUG TRIALS THAT, YOU KNOW, SOMEBODY TAKES A DRUG AND

02:16PM  23   THEN THEY MAY BE TESTED ONCE A WEEK OR ONCE A DAY.

02:16PM  24        BUT IF WE COULD NOW TEST, BECAUSE IT WAS IN A LOT LESS

02:16PM  25   INVASIVE WAY, THOSE TESTS COULD BE PERFORMED MUCH MORE

02:17PM 1    FREQUENTLY THAN WE -- I SAY "WE" -- THAT THERANOS WOULD HAVE

02:17PM 2    BEEN ABLE TO, YOU KNOW, CAPITALIZED ON DOING SOMETHING THAT

02:17PM 3    HADN'T BEEN DONE BEFORE.

02:17PM 4    Q.   OKAY.  WITH PERMISSION, YOUR HONOR, I WOULD NOW PLAY

02:17PM 5    1348-3.

02:17PM 6            THE COURT:  YES.

02:17PM 7        (AUDIO PLAYED IN OPEN COURT ON THE RECORD.)

02:17PM 8        "MS. HOLMES:  WE HAVE LAUNCHED OUR RETAIL INFRASTRUCTURE.

02:17PM 9    WE ARE OPERATING NOW IN CALIFORNIA AND IN ARIZONA.  AND WE HAVE

02:17PM 10   OPENED OUR FIRST STORES AND HAVE PATIENTS COMING IN LIVE EVERY

02:17PM 11   DAY.  AND WE ARE WORKING TO EXPAND THAT AS FAST AS POSSIBLE.

02:17PM 12   THE SPEED WITH WHICH WE EXPAND IS CRITICAL IN THE CONTEXT OF

02:17PM 13   CAPTURING THE MARKET OPPORTUNITY THAT WE HAVE CREATED.

02:17PM 14       "AND WE'RE PUTTING A LOT OF RESOURCES INTO ESTABLISHING A

02:17PM 15   NATIONAL FOOTPRINT AS FAST AS WE CAN.  BUT THAT STARTS WITH

02:18PM 16   EXCELLENCE IN EACH LOCAL MARKET AND CAPTURING MARKET SHARE IN

02:18PM 17   EACH LOCAL MARKET, WHICH IS WHERE WE ARE FOCUSSED NOW.  AND AS

02:18PM 18   WE DO THAT, WE'RE LEVERAGING CAPITAL FROM OUR STRATEGIC

02:18PM 19   PARTNERS AND ALSO FROM EQUITY OPPORTUNITIES THAT WE HAVE ON THE

02:18PM 20   TABLE TO BE ABLE TO GROW VERY FAST.

02:18PM 21       "AND AS YOU ALL KNOW, WE HAVE RECENTLY ISSUED SHARES AT

02:18PM 22   $75 A SHARE.  AND FOR REFERENCE, THE INITIAL INVESTMENT IN

02:18PM 23   THERANOS THAT YOU ALL MADE WAS AT 82 CENTS.  AND SO WE ARE

02:18PM 24   ALREADY CREATING SIGNIFICANT VALUE.  AND OF COURSE, WE'RE --

02:18PM 25   WE'RE JUST GETTING STARTED IN THE CONTEXT OF BEING ABLE TO

TOLBERT DIRECT BY MR. SCHENK                                   4490

02:18PM   1    ESTABLISH AND ROLL OUT THIS INFRASTRUCTURE.

02:19PM   2         AS WE GO FORWARD INTO 2014, IN ADDITION TO THE SPEED OF

02:19PM   3    SCALE PUTTING THE RESOURCES INTO THE BUSINESS TO BE ABLE TO

02:19PM   4    BUILD THE ORGANIZATIONS THAT ARE REQUIRED TO HANDLE THIS TYPE

02:19PM   5    OF CONSUMER TYPE BUSINESS IS ANOTHER CORE AREA OF FOCUS FOR US.

02:19PM   6    OBVIOUSLY, A GREAT CONTRAST IN THE CONTEXT OF A PHARMACEUTICAL

02:19PM   7    DEAL COULD BE VERY GREAT FINANCIALLY, BUT IT WAS VERY SMALL

02:19PM   8    RELATIVELY SPEAKING IN THE CONTEXT OF VOLUME.  AND NEXT TO WHAT

02:19PM   9    WE'RE FACING NOW, THERE'S, YOU KNOW, 7 MILLION PEOPLE IN THE

02:19PM   10   BAY AREA, 39 MILLION IN CALIFORNIA.  AND THAT SCALE IS VERY

02:19PM   11   DIFFERENT FROM THE SCALE ON WHICH WE'VE OPERATED IN THE PAST.

02:19PM   12        "SO WE'RE VERY FOCUSSED ON BEING ABLE TO ESTABLISH THE

02:20PM   13   OPERATIONAL FRAMEWORK TO BE ABLE TO HANDLE THAT TYPE OF VOLUME.

02:20PM   14   AND IT'S -- IT'S AN AREA THAT WE'RE SPENDING A LOT OF TIME ON

02:20PM   15   NOW.

02:20PM   16        "THE RETAIL INFRASTRUCTURE IS THE FOUNDATION FOR BEING

02:20PM   17   ABLE TO REACTIVATE A LOT OF THE PHARMACEUTICAL PROGRAMS THAT WE

02:20PM   18   DID THAT ALLOWED US TO BUILD THE BUSINESS FROM CASH FROM

02:20PM   19   OPERATIONS SINCE WE DID OUR SERIES C ROUND IN 2006.  AND

02:20PM   20   THERE'S A VERY STRONG SYNERGY BETWEEN THE ABILITY TO RUN

02:20PM   21   CLINICAL TRIALS AT RETAIL AND THE ABILITY TO SPEED AND ROLL IT

02:20PM   22   AND BETTER DEMONSTRATE THAT IT'S POSSIBLE TO DELIVER THERAPIES

02:20PM   23   IN A NEW WAY BY VIRTUE OF THE FACT THAT THIS TESTING CAN BE

02:20PM   24   DONE PRACTICALLY INSIDE A RETAIL PHARMACY WHERE THE DRUG IS

02:21PM   25   DELIVERED IN AND OF ITSELF.

02:21PM 1        "SO -- AND THE FOCUS ON THE PHARMACEUTICAL BUSINESS IS

02:21PM 2    STILL A SIGNIFICANT FOCUS FOR US AND WILL CONTINUE EFFECTIVELY

02:21PM 3    AS A BUSINESS UNIT AS WE NOW GROW AND WILL BE VERY SYNERGISTIC

02:21PM 4    WITH WHAT WE HAVE ESTABLISHED IN RETAIL.

02:21PM 5        "SO MAYBE -- CHRIS, LET ME PAUSE THERE AND JUST SEE OUT OF

02:21PM 6    WHAT I HAVE SAID SO FAR IF THERE'S ANY QUESTIONS ON ANYTHING WE

02:21PM 7    HAVE COVERED UP TO NOW."

02:21PM 8    BY MR. SCHENK:

02:21PM 9    Q.   MR. TOLBERT, THAT WAS THE END OF 1348-3.  WAS THAT

02:21PM 10   MS. HOLMES VOICE?

02:21PM 11   A.   YES, IT WAS.

02:21PM 12   Q.   AND WHEN MS. HOLMES SAYS "WE'RE LEVERAGING CAPITAL FROM

02:21PM 13   OUR STRATEGIC PARTNERS AND ALSO FROM EQUITY OPPORTUNITIES THAT

02:21PM 14   WE HAVE ON THE TABLE TO BE ABLE TO GROW VERY FAST," WHAT DID

02:21PM 15   YOU UNDERSTAND THAT TO BE SPEAKING TO?

02:22PM 16   A.   IF I REMEMBER RIGHT, THE WALGREENS PARTNERSHIP HAD BEEN

02:22PM 17   ANNOUNCED AND THERE WAS A POTENTIAL OF 8,000-PLUS RETAIL

02:22PM 18   LOCATIONS THAT NEEDED TO BE OUTFITTED, YOU KNOW, WITH EQUIPMENT

02:22PM 19   BUILDOUT AND PEOPLE, AND THAT THE PROCEEDS OF THIS FUND RAISE

02:22PM 20   THAT WAS UNDERWAY WOULD BE USED TO SCALE THAT OPPORTUNITY AGAIN

02:22PM 21   SO THAT, YOU KNOW, SO THAT THERE WEREN'T OTHER COMPETITORS THAT

02:22PM 22   WOULD COME IN AND TAKE ADVANTAGE OF UNDERSTANDING WHAT THERANOS

02:22PM 23   WAS DOING.

02:22PM 24   Q.   WHEN YOU JUST SAID THE PROCEEDS OF THIS FINANCIAL RAISE,

02:22PM 25   THIS FUND RAISING, DID YOU MEAN IF YOU INVESTED, THIS IS HOW

02:22PM   1    YOUR MONEY WOULD BE SPENT?

02:22PM   2    A.    CORRECT.  I THOUGHT THE INVESTMENT CASE, THE USE OF THE

02:22PM   3    PROCEEDS FROM OUR INVESTMENT THAT WE ULTIMATELY WOULD MAKE, AS

02:22PM   4    WELL AS OTHERS THAT WERE REFERENCED THERE BY STRATEGIC, BY

02:22PM   5    OTHER NOT JUST INVESTORS LIKE US, BUT BY RETAIL PARTNERS AND

02:23PM   6    OTHERWISE WOULD BE TO, YOU KNOW, TO SPEED THAT ROLLOUT AND TO

02:23PM   7    MAKE IT GO FASTER AND, YOU KNOW, KIND OF ACCOMPLISH WHAT IT WAS

02:23PM   8    DESIGNED TO ACCOMPLISH.

02:23PM   9    Q.    AND ARE YOU NOW DRAWING A DISTINCTION BETWEEN YOUR MONEY

02:23PM  10    BEING SPENT ON THE RETAIL ROLLOUT AS OPPOSED TO R&D AT

02:23PM  11    THERANOS, RESEARCH AND DEVELOPMENT TO ACTUALLY CREATE THE

02:23PM  12    TECHNOLOGY NECESSARY TO DO THE BLOOD TESTING?

02:23PM  13    A.    CORRECT.  IT FELT LIKE THE PROCEEDS OF THIS FUND RAISE

02:23PM  14    WERE NOT ABOUT PERFECTING THE TECHNOLOGY, ALTHOUGH I'M

02:23PM  15    CONFIDENT THAT THAT WOULD HAVE CONTINUED TO EVOLVE, BUT IT WAS

02:23PM  16    NOW AT A PLACE, RIGHT, WHERE THE COMPANY WAS OUT OF STEALTH

02:23PM  17    MODE, THEY ANNOUNCED THIS PARTNERSHIP, AND WE'RE GOING TO PUT

02:23PM  18    THESE, THIS CAPABILITY IN ALL OF THESE LOCATIONS JUST COSTS A

02:24PM  19    LOT OF MONEY TO PHYSICALLY DO THAT, AND SO THE POINT OF RAISING

02:24PM  20    THIS MONEY WAS TO BE ABLE TO ACCELERATE THAT DEPLOYMENT.

02:24PM  21    Q.    WAS THIS IMPORTANT IN YOUR DECISION TO INVEST, AND BY THIS

02:24PM  22    I MEAN THAT YOUR MONEY WOULD BE SPENT TO ACCELERATE THE

02:24PM  23    DEPLOYMENT THAT YOU JUST DESCRIBED?

02:24PM  24    A.    THAT'S CORRECT.  YOU KNOW, IF IT FELT TO US LIKE THE

02:24PM  25    TECHNOLOGY STILL WAS IN ITS INFANCY OR DIDN'T WORK THE WAY IT

02:24PM 1   SEEMED TO, YOU KNOW, OUR INVESTMENT CONSIDERATION WOULD HAVE

02:24PM 2   BEEN A LOT DIFFERENT.

02:24PM 3   Q.   AND THAT SAME PORTION WHERE MS. HOLMES SAYS, "THE RETAIL

02:24PM 4   INFRASTRUCTURE IS THE FOUNDATION FOR BEING ABLE TO REACTIVATE A

02:24PM 5   LOT OF THE PHARMACEUTICAL PROGRAMS THAT WE DID THAT ALLOWED US

02:24PM 6   TO BUILD THE BUSINESS FROM CASH FROM OPERATIONS SINCE WE DID

02:24PM 7   OUR SERIES C ROUND IN 2006."

02:25PM 8        WHAT DID YOU UNDERSTAND THAT TO BE A REFERENCE TO,

02:25PM 9   BUILDING THE BUSINESS FROM CASH FROM OPERATIONS?

02:25PM 10  A.   WELL, MY UNDERSTANDING FROM THE TIME WE MADE OUR FIRST

02:25PM 11  INVESTMENT WAS THE BACKBONE OF THE BUSINESS HAD BEEN THESE

02:25PM 12  PHARMACEUTICAL TRIALS THAT THERANOS WAS ABLE TO HELP, AND SO

02:25PM 13  THERE WAS A LOT OF VALUE FOR THE PHARMACEUTICAL COMPANIES TO DO

02:25PM 14  THAT.

02:25PM 15       SO I HAD, YOU KNOW, ANTICIPATED FROM THAT FIRST INVESTMENT

02:25PM 16  THAT THE COMPANY HAD BEEN ABLE TO RECOGNIZE SIGNIFICANT AMOUNTS

02:25PM 17  OF CASH, PROFIT, TO BE ABLE TO REINVEST NOT ONLY IN R&D, BUT TO

02:25PM 18  KIND OF COVER ITS OWN OPERATIONAL BURN RATES.

02:25PM 19       AND THAT, YOU KNOW, WE WERE NOW AT A POINT WHERE THE

02:25PM 20  RETAIL FOCUS WOULD TAKE OVER.

02:25PM 21       BUT STILL, EVEN FROM DAY ONE AS I UNDERSTOOD IT, IT STILL

02:26PM 22  REPRESENTED A GREAT ADVANCEMENT FOR THESE PHARMACEUTICAL

02:26PM 23  COMPANIES BECAUSE NOW INSTEAD OF HAVING TO RECRUIT PATIENTS FOR

02:26PM 24  DRUG TRIALS TO COME TO SPECIFIC LOCATIONS, THEY COULD ENROLL

02:26PM 25  PEOPLE IN TRIALS THAT COULD JUST GO TO THEIR DOCTOR'S OFFICE OR

02:26PM   1     LOCAL PHARMACY.

02:26PM   2         AND SO IT REPRESENTED A GREAT GAIN AND EFFICIENCY FOR

02:26PM   3     THESE PHARMACEUTICAL COMPANIES TO CONTINUE AS WELL.

02:26PM   4     Q.   OKAY.   AND I WANT TO BE CLEAR, YOU SAID THAT YOU HAD AN

02:26PM   5     UNDERSTANDING THAT THERANOS WAS DOING SOME OF THIS

02:26PM   6     PHARMACEUTICAL WORK FROM BACK IN YOUR 2006 INVESTMENT AND ON,

02:26PM   7     SOMETIME AFTER THAT.

02:26PM   8         DID YOU GET THAT UNDERSTANDING IN PART FROM CHRIS LUCAS?

02:26PM   9     A.   CORRECT.   SO THOSE CONVERSATIONS THAT I HAD WITH CHRIS

02:26PM   10   OVER THE YEARS SUGGESTED THAT THOSE PHARMACEUTICAL TRIALS, YOU

02:26PM   11   KNOW, CONTINUED TO BE SOMETHING THAT THERANOS HAD AS A STAPLE

02:26PM   12   OF BUSINESS.

02:27PM   13   Q.   AND NOW ON THIS CALL, IS MS. HOLMES CONFIRMING THAT FOR

02:27PM   14   YOU, THAT THE PHARMACEUTICAL WORK WAS GENERATING CASH FOR

02:27PM   15   OPERATIONS?

02:27PM   16           MR. DOWNEY:   EXCUSE ME, YOUR HONOR.   OBJECTION,

02:27PM   17   YOUR HONOR, TO THOSE TWO STATEMENTS.

02:27PM   18       I THINK HE CAN CERTAINLY COMMENT ON HIS UNDERSTANDING,

02:27PM   19   WHICH HE HAS.

02:27PM   20       I THINK TO LINK STATEMENTS FROM TWO PEOPLE TOGETHER AND

02:27PM   21   TRY TO GET A CONFIRMATION IS INAPPROPRIATE.

02:27PM   22           THE COURT:   OVERRULED.

02:27PM   23           MR. SCHENK:   YOUR HONOR, WITH PERMISSION, I'LL NOW

02:27PM   24   TURN TO -- OH, I'M SORRY.   ONE MORE QUESTION.

02:27PM   25   Q.   ON 1348-3, WHAT WE HAVE JUST LISTENED TO, WHEN MS. HOLMES

TOLBERT DIRECT BY MR. SCHENK                    4495

02:27PM  1    SAYS "THE FOCUS ON THE PHARMACEUTICAL BUSINESS IS STILL A

02:27PM  2    SIGNIFICANT FOCUS FOR US," WHAT DID YOU TAKE THAT TO MEAN?

02:28PM  3    A.   JUST THAT FROM THE VERY BEGINNING, LIKE I DESCRIBED, I

02:28PM  4    THOUGHT PHARMACEUTICAL, THE PHARMACEUTICAL BUSINESS, YOU KNOW,

02:28PM  5    WAS A PROFITABLE OR A FOUNDATIONAL PART OF WHAT THERANOS WAS

02:28PM  6    DOING AND SO, YOU KNOW, I HAD NO INDICATION THAT THAT HAD NEVER

02:28PM  7    BEEN THE CASE.

02:28PM  8    Q.   AND WHEN SHE SAID IT IS STILL A SIGNIFICANT FOCUS AND YOU

02:28PM  9    HAD THIS CALL IN DECEMBER OF 2013 --

02:28PM  10   A.   DECEMBER OF 2013.

02:28PM  11   Q.   YES, I'M SORRY.  DID YOU THINK THAT THAT PHARMACEUTICAL

02:28PM  12   BUSINESS WAS STILL, IN DECEMBER OF 2013, A SIGNIFICANT FOCUS?

02:28PM  13   A.   I DID.

02:28PM  14         MR. SCHENK:  YOUR HONOR, WITH YOUR PERMISSION, I'LL

02:28PM  15   NOW PLAY 1348-4.

02:28PM  16         THE COURT:  YES.

02:28PM  17         MR. SCHENK:  THANK YOU.

02:28PM  18   (AUDIO PLAYED IN OPEN COURT ON THE RECORD.)

02:28PM  19   "QUESTIONER:  THANK YOU.  HI, ELIZABETH.  I GUESS I HAVE A

02:28PM  20   TWO-PART QUESTION.  FIRST OF ALL, IF YOU COULD JUST COVER

02:29PM  21   GENERALLY THE CURRENT CAPITALIZATION IN TERMS OF WHAT THE --

02:29PM  22   WHAT THE $75 A SHARE, WHAT THE CAPITALIZATION WOULD BE AND WHAT

02:29PM  23   YOU'RE LOOKING TO RAISE AND WHAT THE -- I TAKE IT FROM WHAT

02:29PM  24   YOU'VE SAID, BUT MAYBE YOU COULD GO INTO A LITTLE MORE OF THE

02:29PM  25   USE.  IS IT -- IS IT HEAVILY WEIGHTED TOWARD THE RETAIL BUILD

02:29PM  1      OUT WHICH YOU'RE LOOKING TO DO ON A NATIONAL BASIS AND HOW LONG

02:29PM  2      DO YOU EXPECT THE TIME-WISE TO DO THE BUILD OUT OF THE RETAIL

02:29PM  3      SIDE OF IT?

02:29PM  4          "MS. HOLMES:  ABSOLUTELY.  SO AND -- SO WHEN YOU ALL CAME

02:29PM  5      IN IN THE SERIES B AT PRE MONEY WAS ABOUT $20 MILLION VALUATION

02:29PM  6      OF THE COMPANY AND THAT WAS -- IT WAS PREVIOUSLY ASSOCIATED

02:29PM  7      WITH THE SERIES A PRICE OF 75 CENTS A SHARE.  NOW THE VALUATION

02:29PM  8      OF THE COMPANY IS -- IS JUST OVER $7 BILLION AND THAT'S AT THE

02:30PM  9      $75 A SHARE.

02:30PM  10     "AND THE RETAIL IS EXACTLY WHERE WE'RE FOCUSSING OUR

02:30PM  11     INVESTMENT AND THE -- IT'S REALLY NOW A QUESTION OF HOW FAST DO

02:30PM  12     WE SCALE, YOU KNOW, WHAT -- THE FACT THAT WE WILL SCALE IS A

02:30PM  13     GIVEN.  OUR RETAIL PARTNERS HAVE INVESTED HUNDREDS OF MILLIONS

02:30PM  14     OF DOLLARS IN BUILDING OUT THIS FRAMEWORK.  AND WE TOO HAVE

02:30PM  15     BEEN PREPARING FOR THIS FOR MANY YEARS NOW.  AND THE GOAL IS TO

02:30PM  16     BE ABLE TO BE NATIONAL VERY, VERY, VERY QUICKLY.

02:30PM  17     "SO THE IMMEDIATE FOCUS IS CALIFORNIA AND ARIZONA.

02:30PM  18     CERTAINLY, YOU KNOW, AS WE GO INTO 2014, ONE OF OUR GOALS FOR

02:30PM  19     2014 IS TO HAVE THOSE MARKETS AND BEACH HEADS IN TERMS OF

02:30PM  20     REALLY OWNING THE MARKETPLACE AND BEING ABLE TO EXPAND FROM

02:30PM  21     THEM.

02:30PM  22     "BUT THE ABILITY TO EXPAND THROUGHOUT RETAIL, ONCE YOU'VE

02:31PM  23     OPERATIONALIZED A GIVEN MARKET, IT IS -- IT'S NOT VERY

02:31PM  24     COMPLICATED.  AND, YOU KNOW, COMPANIES LIKE WALGREENS HAVE DONE

02:31PM  25     THIS VERY WELL IN AREAS LIKE THE FLU SHOT OR VACCINATION

02:31PM   1    BUSINESS WHERE THEY TRAINED ALL OF THEIR PHARMACISTS AND HAD IT

02:31PM   2    DEPLOYED NATIONALLY WITHIN, I THINK, ABOUT AN 18-MONTH PERIOD.

02:31PM   3         "AND THERE'S -- THERE'S A PARALLEL TO WHAT CAN BE DONE

02:31PM   4    HERE AND WE'RE WORKING TO DO THAT."

02:31PM   5    BY MR. SCHENK:

02:31PM   6    Q.   MR. TOLBERT, I'VE PLAYED FOR YOU NOW 1348-4.

02:31PM   7         DO YOU RECOGNIZE TWO INVOICES ON THIS PORTION?

02:31PM   8    A.   I DO.

02:31PM   9    Q.   AND WHO ARE THOSE INDIVIDUALS?

02:31PM  10    A.   THE FIRST INDIVIDUAL WAS CRAIG HALL, WHO IS MY BOSS, AND

02:31PM  11    THE SECOND WAS ELIZABETH HOLMES.

02:31PM  12    Q.   SO WAS THIS THE MOMENT YOU REALIZED MR. HALL DID MAKE IT

02:31PM  13    TO THE CALL?

02:31PM  14    A.   IT WAS.

02:31PM  15    Q.   AND I THINK YOU SAID YOU DIDN'T STOP THE RECORDING?

02:32PM  16    A.   I DID NOT.

02:32PM  17    Q.   AND DESCRIBE FOR THE JURY FOR A MOMENT THE STRUCTURE OF

02:32PM  18    THE CALL.  THE FIRST CLIPS WE HEARD MS. HOLMES TALKING, AND

02:32PM  19    THIS TIME WE HEARD A QUESTION.

02:32PM  20    A.   SO AT THE BEGINNING OF THE CALL, CHRIS LUCAS HAD JUST HAD

02:32PM  21    AN INTRODUCTORY COMMENT OR TWO AND THEN TURNED IT OVER TO

02:32PM  22    ELIZABETH.

02:32PM  23         YOU KNOW, SHE KIND OF WALKED THROUGH AN UPDATE OF WHERE

02:32PM  24    THE COMPANY WAS AND WHAT WAS GOING ON.

02:32PM  25         AND THEN AT THIS POINT, OR AT SOME POINT AROUND THIS TIME

TOLBERT DIRECT BY MR. SCHENK                                    4498

02:32PM   1   ON THE CALL, IT OPENED UP FOR Q AND A, AND THIS WAS ONE OF THE

02:32PM   2   FIRST QUESTIONS.

02:32PM   3   Q.   SO THE FIRST PORTION THAT I'VE PLAYED FOR YOU BEFORE

02:32PM   4   MR. HALL, WAS THAT MS. HOLMES SPEAKING NOT IN RESPONSE TO

02:32PM   5   QUESTIONS, BUT RATHER GIVING, AS YOU SAID, I THINK AN OVERVIEW?

02:32PM   6   A.   CORRECT.

02:32PM   7   Q.   AND THEN THE INDIVIDUALS ON THE CALL HAD THE OPPORTUNITY

02:32PM   8   TO ASK QUESTIONS?

02:32PM   9   A.   CORRECT.

02:32PM  10   Q.   AND WHEN SHE RESPONDS TO MR. HOLMES'S QUESTION BY SAYING,

02:32PM  11   "IT'S REALLY NOW A QUESTION OF HOW WE SCALE.  YOU KNOW, THE

02:33PM  12   FACT THAT WE WILL SCALE IS A GIVEN."

02:33PM  13        WHAT DID YOU UNDERSTAND THAT TO MEAN?

02:33PM  14   A.   WELL, WE KNEW THAT WALGREENS WAS A BIG OPPORTUNITY WITH

02:33PM  15   SOMETHING OVER 8,000 LOCATIONS.  I THINK AT THE TIME OF THIS

02:33PM  16   CALL THERE MAY HAVE BEEN, YOU KNOW, A DOZEN LOCATIONS OPENED OR

02:33PM  17   SOMETHING.

02:33PM  18        AND SO THE NEED TO GO FROM, YOU KNOW, 10 TO 8,000 IS

02:33PM  19   PRETTY SUBSTANTIAL.

02:33PM  20        SO IT FELT LIKE IT WAS GOING TO HAPPEN, IT'S JUST HOW FAST

02:33PM  21   CAN WE MAKE IT HAPPEN?  HOW FAST CAN WE GET IN ALL OF THESE

02:33PM  22   LOCATIONS?

02:33PM  23   Q.   AND WAS THAT SIGNIFICANT OR IMPORTANT IN YOUR DECISION TO

02:33PM  24   INVEST?

02:33PM  25   A.   IT WAS.  I MEAN, THAT -- YOU KNOW, THE OPPORTUNITY TO DO

TOLBERT DIRECT BY MR. SCHENK                    4499

02:33PM  1    THAT VOLUME OF TESTS, RIGHT, IF IT'S IN 8,000 LOCATIONS AND

02:33PM  2    REPRESENTED A SIGNIFICANT OPPORTUNITY, AND SO, YOU KNOW,

02:34PM  3    CERTAINLY IF, IF WE HAD THOUGHT THAT THOSE LOCATIONS WOULD NOT

02:34PM  4    BECOME OPERATIONAL, IT WOULD HAVE BEEN A BIG NEGATIVE FOR THE

02:34PM  5    INVESTMENT.

02:34PM  6              MR. SCHENK:  YOUR HONOR, WITH PERMISSION I'LL PLAY

02:34PM  7    1348-5.

02:34PM  8              THE COURT:  YES.

02:34PM  9         (AUDIO PLAYED IN OPEN COURT ON THE RECORD.)

02:34PM  10        "MEETING OPERATOR:  THANK YOU.  THE NEXT QUESTION COMES

02:34PM  11   FROM LARRY (INAUDIBLE).  PLEASE GO AHEAD.  LARRY, ARE YOU

02:34PM  12   THERE?

02:34PM  13        "QUESTIONER:  YES, I AM.

02:34PM  14        "HI ELIZABETH, THIS IS LARRY (INAUDIBLE).

02:34PM  15        "MS. HOLMES:  HI LARRY, HOW ARE YOU?

02:34PM  16        "QUESTIONER:  GOOD.  GOOD.  CONGRATULATIONS ON ALL OF THIS

02:34PM  17   PROGRESS.

02:34PM  18        "MS. HOLMES:  WELL, THANK YOU.

02:34PM  19        "QUESTIONER:  NOW, ELIZABETH, YOU MENTIONED THAT YOU MIGHT

02:34PM  20   HAVE SOME ADDITIONAL EQUITY ROUNDS THAT ARE COMING UP.  CAN YOU

02:34PM  21   GIVE ANY INDICATION OF HOW MUCH MONEY YOU WANT TO RAISE AND

02:34PM  22   WHAT MARKET CAPS YOU WOULD LIKE TO SEE YOURSELF ACHIEVE IN

02:34PM  23   THOSE ROUNDS?

02:34PM  24        "MS. HOLMES:  SURE.  ABSOLUTELY.  SO WE -- THIS RECENT

02:34PM  25   TRANSACTION AT $75 A SHARE IS ACTUALLY PART OF CONTRACTS THAT

02:35PM   1    WE HAVE WITH STRATEGIC ENTITIES AND PARTNERS WHO PREVIOUSLY HAD

02:35PM   2    AN EQUITY RELATIONSHIP WITH THERANOS AND HAD AN OPTION TO

02:35PM   3    EXERCISE TO INVEST ADDITIONAL CAPITAL BEFORE THE END OF 2013,

02:35PM   4    WHICH THEY LITERALLY JUST EXERCISED.  AND SO WE'RE WORKING

02:35PM   5    THROUGH THAT NOW, AS MANY OF YOU ALL KNOW IN SOME OF THE RECENT

02:35PM   6    SHAREHOLDER CONSENT AND -- AND THAT VALUATION THAT I PREVIOUSLY

02:35PM   7    MENTIONED IS ASSOCIATED WITH THOSE TRANSACTIONS.

02:35PM   8         "WE DO HAVE OFFERS ON THE TABLE RIGHT NOW FROM FINANCIAL

02:35PM   9    INSTITUTIONS THAT ARE IN THE SEVERAL HUNDRED MILLION DOLLAR

02:35PM  10    RANGE IN TERMS OF THE AMOUNT OF CAPITAL AND WE'RE CONSIDERING

02:35PM  11    THAT IN THE CONTEXT OF HOW WE -- HOW WE INVEST.  AND ALSO WE'RE

02:36PM  12    AWARE THAT CERTAIN SHAREHOLDERS HAVE SOME LIQUIDITY NEEDS.  AND

02:36PM  13    SO THE ABILITY TO PUT A LARGE AMOUNT OF CAPITAL INTO THE

02:36PM  14    COMPANY AND THEN WHEREIN AS RELEVANT AND AT THE RIGHT TIME FOR

02:36PM  15    THE BUSINESS ADDRESS THAT.  LIQUIDITY IS -- IS HOW WE'RE

02:36PM  16    LOOKING AT THAT AND THERE'S A VERY HIGH LIKELIHOOD THAT WE

02:36PM  17    WILL -- WE WILL DO TRANSACTIONS THAT ARE IN THE SEVERAL HUNDRED

02:36PM  18    MILLION DOLLAR RANGE.

02:36PM  19         "INSOFAR AS THE VALUATION, WE KNOW THAT IT IS HIGHER THAN

02:36PM  20    $75 A SHARE.  WE ARE HAVING NEGOTIATIONS RIGHT NOW ABOUT

02:36PM  21    EXACTLY WHAT PRICE WE PICK AND MORE IMPORTANTLY WHO WE PICK AS,

02:36PM  22    YOU KNOW, THE INVESTOR BASE HERE.

02:36PM  23         "AND SOME OF THIS IN TERMS OF WHAT THE ACTUAL PRICE PER

02:36PM  24    SHARE AND THEREFORE THE ASSOCIATED EQUITY CAPITALIZATION OF THE

02:36PM  25    COMPANY WILL BE IS GOING TO DEPEND ON HOW THAT PLAYS OUT, BUT

02:37PM  1    THAT'S SOMETHING THAT -- THAT IS GOING ON AS WE SPEAK AND --

02:37PM  2    AND WILL LIKELY BE EFFECTED EARLY IN Q1."

02:37PM  3             MR. SCHENK:  THAT'S THE END OF 1348-5.

02:37PM  4    Q.   MR. TOLBERT, DID WE HEAR A QUESTION AND MS. HOLMES'S VOICE

02:37PM  5    IN RESPONSE?

02:37PM  6    A.   WE DID.

02:37PM  7    Q.   AND MS. HOLMES MAKES A STATEMENT ABOUT THE AMOUNT OF MONEY

02:37PM  8    SHE INTENDED TO RAISE AND SHARE PRICE.

02:37PM  9         WAS THAT STUFF THAT WAS ALSO IMPORTANT TO YOU IN YOUR

02:37PM  10   DECISION TO INVEST?

02:37PM  11   A.   THEY WERE.  CERTAINLY TO THE EXTENT LIKE WE FELT LIKE IF

02:37PM  12   WE INVESTED, THERE WERE SEVERAL HUNDRED MILLION DOLLARS

02:37PM  13   ADDITIONAL INVESTMENT THAT WOULD COME THAT WOULD HELP

02:37PM  14   ACCOMPLISH THE DESIGNS OF THIS ROLLOUT THAT, YOU KNOW, IT WOULD

02:37PM  15   MAKE IT A LOT MORE CERTAIN THAT THERE WOULD BE A POSITIVE

02:37PM  16   OUTCOME TO IT.

02:37PM  17   Q.   SO IF THE -- AS YOU TESTIFIED A MOMENT AGO, IF THE

02:37PM  18   INVESTOR MONEY WOULD BE SPENT FOR THE WALGREENS ROLLOUT, IT WAS

02:37PM  19   IMPORTANT TO YOU THAT THERE WAS MORE MONEY COMING IN, NOT JUST

02:37PM  20   YOUR 5 MILLION?

02:37PM  21   A.   CORRECT.  YOU KNOW, THE ADDITIONAL MONEY THAT WOULD COME

02:38PM  22   IN JUST REPRESENTED ADDITIONAL SPEED AND CAPABILITY AND MORE

02:38PM  23   MARKETS THAT COULD BE SERVICED, PUT INTO SERVICE SOONER.

02:38PM  24   Q.   THANK YOU.

02:38PM  25             MR. SCHENK:  YOUR HONOR, WITH YOUR PERMISSION I'LL

TOLBERT DIRECT BY MR. SCHENK                          4502

02:38PM   1    NOW PLAY 1348-6.

02:38PM   2              THE COURT:  YES.

02:38PM   3        "QUESTIONER:  HI, ELIZABETH.  ALSO CONGRATULATIONS FROM

02:38PM   4    US.  THAT'S REMARKABLE WHAT YOU HAVE ACCOMPLISHED.

02:38PM   5        "AND JUST TO FOLLOW ON WHAT YOU WERE JUST DISCUSSING, I

02:38PM   6    ASSUME THAT WOULD ALL BE PRIVATE AND I'M WONDERING IF YOU SEE A

02:38PM   7    PUBLIC LIQUIDITY EVENT AT SOME POINT WHERE YOU GO OUT WITH AN

02:38PM   8    IPO.  I'M WONDERING ABOUT THAT.

02:38PM   9        "AND AS LONG AS I'M SPEAKING, I WAS -- I WAS ALSO CURIOUS

02:38PM  10    IF THERE'S A MILITARY ASPECT THAT YOU'RE GOING TO PURSUE.

02:38PM  11        "AND, AGAIN, SINCE I HAVE THE FLOOR, WITH REGARD TO

02:39PM  12    COMPETITION, CHRIS HAD MENTIONED THAT THERE DOESN'T APPEAR TO

02:39PM  13    BE ANY OUT THERE.  I'M WONDERING IF YOUR PATENT SIDE IS LOOKING

02:39PM  14    AT ANY CONCERNS THERE OR IF YOU THINK THERE'S ANY POSSIBILITY

02:39PM  15    FOR PATENT INFRINGEMENT OR -- OR OTHERS DOING SOMETHING SIMILAR

02:39PM  16    AND COMPETING WITH YOU.

02:39PM  17        "MS. HOLMES:  ABSOLUTELY.  AND I WILL START WITH THE FIRST

02:39PM  18    ONE.  SO THESE IMMEDIATE TRANSACTIONS WHEN WE'RE TALKING IN

02:39PM  19    DECEMBER, JANUARY, EARLY Q1 TIMEFRAME ARE ALL PRIVATE

02:39PM  20    TRANSACTIONS.

02:39PM  21        "WE HAVE PUT A CORPORATE STRUCTURE IN PLACE THAT POSITIONS

02:39PM  22    US TO BE ABLE TO PROCEED WITH FUTURE EQUITY RELATED EVENTS AND

02:39PM  23    RETAIN THE CONTROL TO REALIZE THE LONG-TERM VISION THAT WE

02:39PM  24    HAVE.  AND AS YOU KNOW, THIS COMPANY IS ABOUT BEING ABLE TO

02:40PM  25    CHANGE THE HEALTH CARE INDUSTRY.  AND THAT'S SOMETHING THAT,

TOLBERT DIRECT BY MR. SCHENK                                    4503

02:40PM  1    YOU KNOW, WE PLAN ON DOING FOR THE NEXT 10, 20, 30, 40, 50,

02:40PM  2    60 YEARS.

02:40PM  3         "WE HAVE THE OPPORTUNITY TO CREATE AN INDUSTRY HERE AND

02:40PM  4    THAT'S WHAT THIS IS ABOUT.  SO WE HAVE ALWAYS BEEN VERY

02:40PM  5    LONG-TERM IN OUR MINDSET.  AND THE POTENTIAL FOR SOME TYPE OF

02:40PM  6    PUBLIC TRANSACTION, A PUBLIC OFFERING TRANSACTION DOWN THE ROAD

02:40PM  7    IS THERE.

02:40PM  8         "RIGHT NOW WE THINK THERE'S A LOT OF ADVANTAGES TO

02:40PM  9    CONTINUING TO OPERATE AS A PRIVATE COMPANY, ESPECIALLY IN THE

02:40PM  10   CONTEXT OF WHAT WE'VE JUST DONE WHERE WE MADE SOME VERY

02:40PM  11   DIFFICULT DECISIONS WHEN WE SIGNED OUR RETAIL CONTRACTS TO

02:40PM  12   EFFECTIVELY AGREE TO CONTRACTS THAT SAID WE COULDN'T TALK ABOUT

02:40PM  13   THIS BECAUSE THESE COMPANIES WERE PUTTING HUNDREDS OF MILLIONS

02:40PM  14   OF DOLLARS INTO THE INFRASTRUCTURE AND THEY HADN'T ANNOUNCED IT

02:40PM  15   TO THE STREET AND IT WAS MATERIAL AND PUBLIC INFORMATION AND

02:40PM  16   SOME OF IT STILL IS.

02:41PM  17        "AND SO -- AND SO WHAT WE GOT OUT OF THAT IS WE GOT A LEAD

02:41PM  18   TIME AND WE WERE ABLE TO LAUNCH AND -- AND REALLY SURPRISE THE

02:41PM  19   MARKET IN TERMS OF THE EXISTENCE OF THIS CAPABILITY AND THERE'S

02:41PM  20   A LOT OF POWER IN THAT FROM A MARKET OWNERSHIP STANDPOINT.  BUT

02:41PM  21   WE ARE -- WE ARE LOOKING AT LIQUIDITY OPTIONS AND AN IPO WOULD

02:41PM  22   BE ONE OF THEM.

02:41PM  23        "IN TERMS OF THE MILITARY ASPECT OF THIS, MILITARY IS A

02:41PM  24   BIG DEAL FOR US AND I CAN TELL YOU CONFIDENTIALLY A COUPLE OF

02:41PM  25   THE AREAS WHICH WE HAVE BEEN FOCUSSED THERE.

ER-6246

TOLBERT DIRECT BY MR. SCHENK                                    4504

02:41PM   1        "ONE IS IN THE CONTEXT OF WORK IN THE MIDDLE EAST AND

02:41PM   2   SPECIFICALLY IN AFGHANISTAN.  THE SURVIVAL RATE OF OUR MEN AND

02:41PM   3   WOMEN IN THE FIELD WHEN THEY'RE HIT IS 98 PERCENT IF THEY GET

02:42PM   4   THROUGH THE DOORS OF AN EMERGENCY ROOM WITHIN 60 MINUTES FROM

02:42PM   5   THE POINT OF INJURY.  AND IF WE MISS THAT WINDOW THAT'S WHERE

02:42PM   6   THE BULK OF OUR FATALITIES OCCUR.

02:42PM   7        "AND SO THE ABILITY TO TAKE A TECHNOLOGY LIKE THIS AND PUT

02:42PM   8   IT IN FLIGHT, SPECIFICALLY ON A MEDEVAC, HAS THE POTENTIAL TO

02:42PM   9   CHANGE SURVIVAL RATES.  AND WHAT IT DOES IS IT MAKES IT

02:42PM  10   POSSIBLE TO BEGIN TRANSFUSION AND STABILIZATION IN PLACE.  AND

02:42PM  11   SO WE'RE BEEN DOING A LOT OF WORK THERE.

02:42PM  12        "WE HAVE ALSO BEEN DOING A LOT OF WORK FOR SPECIAL

02:42PM  13   OPERATIONS COMMAND IN THE CONTEXT OF MISSIONS IN REMOTE AREAS

02:42PM  14   WHERE NOT ONLY IS THERE NO CAPABILITY TO DO TESTING FOR CERTAIN

02:42PM  15   THINGS THAT NEED TO BE MEASURED, BUT IF SITUATIONS ARISE IN

02:42PM  16   WHICH THOSE TESTS ARE WARRANTED, THE MISSION IS ABORTED AND

02:43PM  17   PEOPLE ARE EVACUATED GENERALLY OUT OF CONTINENT.  AND SO WE'VE,

02:43PM  18   YOU KNOW, CREATED A DISTRIBUTED SYSTEM THAT CAN BE USED IN

02:43PM  19   REMOTE AREAS AND THAT IS -- THAT IS ANOTHER VENUE AND FOCUS FOR

02:43PM  20   US.  AND AS WE NOW REACH THIS STAGE IN OUR BUSINESS AND GOING

02:43PM  21   BACK TO THE COMMENT THAT I MADE EARLIER ON ORGANIZATION THAT

02:43PM  22   REALLY IS ANOTHER BUSINESS UNIT.

02:43PM  23        "AND SO THAT, THE PHARMACEUTICAL BUSINESS AND RETAIL ARE

02:43PM  24   THESE THREE UNITS THAT WE HAVE.  OBVIOUSLY TO BE ABLE TO DO

02:43PM  25   WHAT WE'VE JUST DONE, WE HAD TO PAUSE A LARGE NUMBER OF OUR

TOLBERT DIRECT BY MR. SCHENK                                    4505

02:43PM  1    ONGOING PHARMACEUTICAL AND MILITARY PROGRAMS SO THAT WE COULD

02:43PM  2    FOCUS LIKE A LASER ON THIS AND EXECUTING ON THIS.

02:43PM  3         "AND THE SCALE OF THIS RETAIL INFRASTRUCTURE NOW IS WHERE

02:43PM  4    WE WILL CONTINUE TO FOCUS LIKE A LASER.  BUT AS WE GET THE

02:43PM  5    RESOURCES AND ORGANIZATIONS TO CAPTURE SOME OF THESE ADDITIONAL

02:44PM  6    OPPORTUNITIES IN PARALLEL, WE WILL PROCEED WITH THE

02:44PM  7    PHARMACEUTICAL AND MILITARY BUSINESS IN LEVERAGING SOME OF THIS

02:44PM  8    INFRASTRUCTURE AND THE RESOURCES FROM IT THAT WE'RE BUILDING

02:44PM  9    OUT NOW.  SO THAT, FOR THE LONG-TERM, WILL BE AN IMPORTANT

02:44PM  10   THING FOR US.  AND IT'S ALSO VERY SYMBOLIC BECAUSE IT'S OUR WAY

02:44PM  11   OF BEING ABLE TO HELP MAKE A DIFFERENCE IN WHATEVER SMALL WAY

02:44PM  12   WE CAN THERE."

02:44PM  13         MR. SCHENK:  THAT'S THE END OF 1348-6.

02:44PM  14    WITH THE COURT'S PERMISSION, I'LL CONTINUE PLAYING 1348-7

02:44PM  15   AND THEN 1349-1.  IT'S ALL A CONTINUATION.

02:44PM  16         THE COURT:  YES, PLEASE.

02:44PM  17     (AUDIO PLAYED IN OPEN COURT ON THE RECORD.)

02:44PM  18     "QUESTIONER:  INSOFAR AS COMPETITION IS CONCERNED, EXACTLY

02:45PM  19   THE REASON THAT WE WERE SO AGGRESSIVE ABOUT BEING IN SELF-MODE

02:45PM  20   WAS TO PRESERVE THE WINDOW FOR CAPTURING AS MUCH MARKET SHARE

02:45PM  21   AS POSSIBLE WITHOUT DIRECT COMPETITION.  WE HAVE NOT SEEN OTHER

02:45PM  22   COMPANIES DOING THIS THAT --"

02:45PM  23         MR. SCHENK:  AND THEN THAT'S THE END OF 1348-7.

02:45PM  24   Q.   MR. TOLBERT, DOES THE RECORDING CUT OFF AT THAT POINT?

02:45PM  25   A.   IT DOES.

02:45PM 1    Q.   AND THEN WHAT DID YOU DO?

02:45PM 2    A.   AND THEN I FLIPPED THE TAPE OVER AND STARTED RECORDING ON

02:45PM 3    THE SECOND SIDE OF THE TAPE.

02:45PM 4         MR. SCHENK:   OKAY.  MS. HOLLIMAN NOW, WITH THE

02:45PM 5    COURT'S PERMISSION, IF WE CAN PLAY 1349-1.

02:45PM 6         THE COURT:   YES.

02:45PM 7    (AUDIO PLAYED IN OPEN COURT ON THE RECORD.)

02:45PM 8    "MS. HOLMES:  -- LIKE, FOR EXAMPLE, THE ABILITY TO USE THE

02:45PM 9    CLOUD TO CONTROL A HEALTH DEVICE OR THE ABILITY TO RUN ANY

02:46PM 10   COMBINATION OF LAB TESTS ON, YOU KNOW, THESE DISTRIBUTED

02:46PM 11   DEVICES.  AND, OBVIOUSLY, WE HAVE COMPLIMENTED THOSE WITH A

02:46PM 12   VERY BROAD PORTFOLIO OF VERY NARROW CLAIMS, YEAH, BUT -- BUT WE

02:46PM 13   HAVE BEEN PREPARING FOR LITIGATION IN THE CONTEXT OF BEING ABLE

02:46PM 14   TO PROTECT THEM AND INTEND TO PROTECT THEM VERY AGGRESSIVELY.

02:46PM 15   "IN OUR CASE, IP LITIGATION IS NOT ABOUT LICENSING -- OR

02:46PM 16   IP PROSECUTION IS NOT ABOUT LICENSING, BUT IT'S ABOUT BEING

02:46PM 17   ABLE TO MAINTAIN OUR OWNERSHIP OF THIS SPACE.  WE HAVE A GREAT

02:46PM 18   LAWYER, DAVID BOIES, WHO JOINS US AT ALL OF OUR BOARD MEETINGS

02:46PM 19   WHO ALSO DOES OUR IP LITIGATION.  AND WE DID FILE A LAWSUIT

02:46PM 20   ABOUT A YEAR AND A HALF AGO OR TWO YEARS AGO AGAINST A PATENT

02:46PM 21   TROLL WHO HAD GONE TO SOME ELABORATE MEANS TO ATTEMPT TO STEAL

02:47PM 22   FROM AN INTELLECTUAL PROPERTY.

02:47PM 23   "AND OUR MAIN POINT THERE IS WE WILL NOT SETTLE ON ANY

02:47PM 24   INTELLECTUAL PROPERTY VIOLATION.  IN THAT CASE, THE SPECIFIC

02:47PM 25   PATENT IN QUESTION WAS -- WAS NOT -- WE HAVE THAT CONTENT

TOLBERT DIRECT BY MR. SCHENK                                4507

02:47PM   1    COVERED BY OTHER OF OUR PATENTS, BUT -- BUT SETTING THE

02:47PM   2    PRECEDENT THAT WE HAVE A ZERO TOLERANCE APPROACH TO

02:47PM   3    INTELLECTUAL PROPERTY VIOLATIONS OR PEOPLE TRYING TO THREATEN

02:47PM   4    US OR TRYING TO GET US TO SETTLE AND PAY THEM MONEY.  IT'S JUST

02:47PM   5    NOT SOMETHING THAT WE'RE GOING TO DO.

02:47PM   6         "AND I THINK ULTIMATELY AS WE GO FORWARD, OBVIOUSLY

02:47PM   7    CONTINUING TO BUILD OUT THE PORTFOLIO AND DEFENDING IT

02:47PM   8    AGGRESSIVELY ARE GOING TO BE TWO VERY IMPORTANT THINGS WHICH WE

02:47PM   9    WILL DO IN A BIG WAY.  BUT ULTIMATELY, OUR REAL STRATEGY HERE

02:47PM  10    IS THE SPEED OF EXECUTION AND THE WAY WE PRICE IN THE MARKET

02:47PM  11    WHICH IS A BIG DEAL.

02:48PM  12         "WE HAVEN'T TALKED ABOUT THIS DIRECTLY ON THIS CALL, BUT

02:48PM  13    WE ARE CHANGING THE COST STRUCTURE OF LABORATORY TESTING.  AND

02:48PM  14    THAT, YOU KNOW, ALSO HAS A COMPETITIVE ASPECT TO IT IN TERMS OF

02:48PM  15    WINNING AND OWNING THIS SPACE.  AND THEN DOING WHAT -- WHAT WE

02:48PM  16    LOVE AND TRY TO DO BEST, WHICH IS BEING ON VERSION 12 OF THIS

02:48PM  17    TYPE OF SYSTEM BY THE TIME ANYBODY ELSE CAN TRY TO BE ON

02:48PM  18    VERSION 1.  AND THAT'S A -- THAT'S AN ONGOING FOCUS FOR US

02:48PM  19    INTERNALLY."

02:48PM  20         "MEETING OPERATOR:  THERE ARE NO FURTHER QUESTIONS AT THIS

02:48PM  21    TIME.

02:48PM  22         "MR. LUCAS:  WELL, IF THERE'S ANYONE, PLEASE QUEUE UP WITH

02:48PM  23    DAWN IF THERE'S ANY OTHER QUESTIONS.

02:48PM  24         "ELIZABETH, JUST AS -- AS, YOU KNOW, AS AN OBSERVATION,

02:48PM  25    WHEN YOU PUBLISHED YOUR PRICES ON THE WEBSITE THAT ARE

TOLBERT DIRECT BY MR. SCHENK                                    4508

02:48PM  1    SIGNIFICANTLY CLEARLY LOWER THAN -- THAN WHAT TYPICALLY LABS

02:49PM  2    CHARGE, HOW DOES THAT STRATEGY EVOLVE AND AS IT RELATES TO

02:49PM  3    MEDICAID OR MEDICARE AND SO FORTH?

02:49PM  4        "MS. HOLMES:  ABSOLUTELY.  AND I -- SO -- SO THERE'S --

02:49PM  5    THERE'S MULTIPLE ASPECTS OF THIS.  ONE IS OUR BELIEF THAT

02:49PM  6    ACCESS TO THIS LABORATORY INFORMATION, THIS BIOCHEMICAL

02:49PM  7    INFORMATION WHICH DRIVES MOST OF CLINICAL DECISIONS, IS A BASIC

02:49PM  8    HUMAN RIGHT AND IT SHOULD COST THE SAME NO MATTER WHO YOU ARE,

02:49PM  9    IF YOU'RE INSURED, YOU'RE UNINSURED, YOU'RE MEDICARE, YOU'RE

02:49PM  10   MEDICAID.  AND THAT -- THAT IS VERY DIFFERENT THAN THE WAY THAT

02:49PM  11   OTHER COMPANIES OPERATE IN THIS SPACE."

02:49PM  12       "MR. LUCAS:  OH, GOOD.  THANK YOU, ELIZABETH.

02:50PM  13       "MS. HOLMES:  WE ALSO BELIEVE THAT THE ABILITY TO CREATE A

02:50PM  14   TECHNOLOGY DRIVEN BUSINESS MODEL WHERE WE'RE GOING AFTER VOLUME

02:50PM  15   IN A BIG WAY AND MAKE THESE TESTS AVAILABLE AT REALLY LOW COSTS

02:50PM  16   AT THE SAME TIME HAS A GREAT POTENTIAL.

02:50PM  17       "AND IT'S ALSO DIFFERENT FROM WAYS PEOPLE HAVE OPERATED IN

02:50PM  18   THIS SPACE.  BECAUSE GENERALLY THE CONVERSATION IS, OH,

02:50PM  19   WE'VE -- YOU INVENTED THIS NEW TEST AND IT'S GOING TO BE REALLY

02:50PM  20   GOOD SO WE'RE GOING TO GO TRY TO CONVINCE MEDICARE TO PAY

02:50PM  21   $5,000 FOR THE TEST.  WE'RE TAKING THE SAME TESTS AND MAKING

02:50PM  22   THEM AVAILABLE FOR $30 AND WE'LL CONTINUE TO DO THAT.  WE ARE

02:50PM  23   THE FIRST COMPANY WHO HAS BILLED MEDICARE AND MEDICAID AT A

02:50PM  24   FRACTION OF WHAT THEY'RE WILLING TO REIMBURSE.  AND THAT'S VERY

02:50PM  25   INTERESTING BECAUSE WHAT HAPPENS AS A RESULT IS THAT THEY

ER-6251

02:50PM 1    SURVEY EVERY YEAR WHAT THEY'RE BEING BILLED AND REDUCE THEIR

02:51PM 2    REIMBURSEMENT THRESHOLDS ACCORDINGLY.

02:51PM 3        "AND SO IN THE CONTEXT OF THIS LOWER PRICING, THEIR

02:51PM 4    REIMBURSEMENT THRESHOLD WILL FALL AND WILL BE REDUCED OVER

02:51PM 5    TIME.  AND THE SAVINGS TO MEDICARE AND MEDICAID ARE SIGNIFICANT

02:51PM 6    AT -- IT'S PROJECTED TO BE AT LEAST $160 BILLION IN DIRECT OUT

02:51PM 7    OF POCKET SAVINGS OVER THE COURSE OF THE NEXT TEN YEARS.

02:51PM 8        "AND THERE ARE ADDITIONAL SAVINGS THAT COME WITH THE WAY

02:51PM 9    THAT IT CHANGES THE CARE PROCESS, MEANING WHAT'S HAPPENING

02:51PM 10   RIGHT NOW IN PALO ALTO IS THAT UNLIKE IN THE PAST WHERE I WOULD

02:51PM 11   GO SEE MY DOC.  THE DOC WOULD SAY, ELIZABETH, I HAVEN'T SEEN

02:51PM 12   YOU FOR A YEAR AND GO DO A TEST.

02:51PM 13       "I WOULD GO AND DO MY TEST AND COME BACK.  AND THE DOC

02:51PM 14   SAYS, OH, YOU KNOW, YOUR HEMOGLOBIN WAS SEVEN AND THAT MEANS

02:52PM 15   YOU'RE REALLY ANEMIC.  I DON'T KNOW WHAT KIND OF ANEMIA IT IS

02:52PM 16   SO I'M GOING TO PUT YOU ON THIS ANEMIA DRUG IMMEDIATELY AND GO

02:52PM 17   DO ANOTHER TEST SO I CAN FIGURE OUT WHAT KIND OF ANEMIA IT IS.

02:52PM 18       "SO I GO GET MY PRESCRIPTION, THE HEAVY DUTY DRUG.  AND IN

02:52PM 19   THE MEANTIME I DO MY SECOND LAB TEST AND I COME BACK FOR MY

02:52PM 20   THIRD OFFICE VISIT.  AND THE DOC SAYS, OH, IRON DEFICIENCY.

02:52PM 21   GET OFF THE DRUG AND TAKE SOME IRON PILLS.

02:52PM 22       "AND YOU HAVE THIS SIX-WEEK PROCESS WITH THREE OFFICE

02:52PM 23   VISITS, TWO LABS, ONE UNNECESSARY PRESCRIPTION.  AND BECAUSE WE

02:52PM 24   HAVE MADE IT POSSIBLE TO RUN ANY COMBINATION OF LAB TESTS FROM

02:52PM 25   THESE TINY SAMPLES, THE PHYSICIAN CAN NOW SAY ON THE LAB FORM

TOLBERT DIRECT BY MR. SCHENK                                4510

02:52PM  1    IF, IN MY EXAMPLE, HEMOGLOBIN IS LOW, AUTOMATICALLY RUN IRON

02:52PM  2    AND B12 AND OTHER TESTS ON THE SAME SAMPLE BECAUSE BIG

02:52PM  3    DEDICATED TUBES OF BLOOD ARE NO LONGER REQUIRED TO RUN EACH OF

02:53PM  4    THOSE DIFFERENT ASSAY METHODOLOGIES WHICH REQUIRE THEIR OWN BIG

02:53PM  5    ANALYZERS IN A TRADITIONAL LAB.

02:53PM  6        "AND SO WE GET THESE LAB FORMS THAT SAY, OKAY, YOU KNOW,

02:53PM  7    IF THIS IS OUT OF RANGE, THEN RUN THIS.  AND ON THE SAME SAMPLE

02:53PM  8    IN THAT SAME WINDOW WHEN WE'RE PROCESSING THE SAMPLE, WE CAN DO

02:53PM  9    WHAT WE CALL THIS AUTOMATED REFLEX TO THOSE ADDITIONAL TESTS

02:53PM 10    AND THEN SEND THE DATA BACK TO THE DOC.  AND BECAUSE WE'VE

02:53PM 11    GENERATED THE DATA SO FAST, NAMELY, WITHIN HOURS, I, AS A

02:53PM 12    PATIENT, THEN COULD GO SEE MY DOC THAT AFTERNOON AND THE DOC

02:53PM 13    ALREADY HAS THE DATA.

02:53PM 14        "SO WE'RE STARTING TO SEE A SHIFT IN THE WORKFLOW WHERE,

02:53PM 15    FOR PEOPLE WHO HAVE PHYSICIANS, THEY'RE SENDING THE TESTS AHEAD

02:53PM 16    OF TIME AND THEN THEY'RE SEEING THE PATIENT.  AND THAT

02:53PM 17    SIGNIFICANTLY CHANGES SOME OF THE REDUNDANCY IN COSTS AROUND

02:53PM 18    VISITS THAT ARE ASSOCIATED WITH FOLLOW UP LAB TESTS AND/OR NOT

02:54PM 19    HAVING THE INFORMATION THAT IS NEEDED AT THE TIME A DIAGNOSIS

02:54PM 20    IS MADE.

02:54PM 21        "SO FROM A SAVINGS PERSPECTIVE TO MEDICARE AND MEDICAID

02:54PM 22    THAT IS A MUCH BIGGER DEAL THAN THE DIRECT OUT OF POCKET

02:54PM 23    SAVINGS THAT I PREVIOUSLY REFERENCED AND ULTIMATELY WILL LEAD

02:54PM 24    TO -- TO BETTER CARE IS THE GOAL."

02:54PM 25    BY MR. SCHENK:

02:54PM 1     Q.   MR. TOLBERT, FOR THE RECORD I'VE JUST PLAYED FOR YOU

02:54PM 2     1348-6, 1348-7, AND 1349-1.

02:54PM 3          ON EACH OF THOSE, DID YOU HEAR AND RECOGNIZE MS. HOLMES'S

02:54PM 4     VOICE?

02:54PM 5     A.   I DID.

02:54PM 6     Q.   AND IF WE COULD WORK THROUGH THEM BACKWARDS, SO THE MOST

02:54PM 7     RECENT ONE, 1349-1, DID YOU HEAR A GENTLEMAN ASK A QUESTION?

02:54PM 8     A.   I DID.

02:54PM 9     Q.   DID YOU RECOGNIZE THAT VOICE?

02:54PM 10    A.   I BELIEVE IT WAS CHRIS LUCAS.

02:54PM 11    Q.   IN MS. HOLMES'S RESPONSE SHE SAYS, "AND BECAUSE WE HAVE

02:55PM 12    MADE IT POSSIBLE TO RUN ANY COMBINATION OF LAB TESTS FROM THESE

02:55PM 13    TINY SAMPLES."

02:55PM 14         DID YOU BELIEVE -- WHAT DID YOU TAKE THAT TO MEAN?

02:55PM 15    A.   WELL, I TOOK IT AT FACE VALUE, RIGHT?  THAT THERE WAS AN

02:55PM 16    OPPORTUNITY OUT OF A FINGERSTICK OF BLOOD TO RUN MULTIPLE TESTS

02:55PM 17    ON IT, AND TO RUN REFLECTS OF TESTS SO THAT IF TEST A SAID I

02:55PM 18    HAD A CERTAIN RESULT, THEN TEST B OR TEST C OR TEST D COULD BE

02:55PM 19    RUN.

02:55PM 20    Q.   AND WHEN SHE SAID THAT IT WAS POSSIBLE TO RUN ANY

02:55PM 21    COMBINATION OF THESE LAB TESTS, YOU SAID YOU TOOK IT AT FACE

02:55PM 22    VALUE.  DID YOU TRUST THAT SHE WAS TELLING YOU SOMETHING THAT

02:55PM 23    THERANOS CURRENTLY COULD DO, IT WAS A PRESENT CAPABILITY?

02:55PM 24    A.   I BELIEVE IT WAS A CAPABILITY THAT THEY HAD AT THAT POINT.

02:55PM 25    Q.   WHEN SHE SAID THAT "BIG DEDICATED TUBES OF BLOOD ARE NO

TOLBERT DIRECT BY MR. SCHENK                    4512

02:55PM   1    LONGER REQUIRED," WHAT DID YOU TAKE THAT TO MEAN?

02:55PM   2    A.   THAT THE TECHNOLOGY WAS AT A PLACE THAT A FINGERSTICK OF

02:56PM   3    BLOOD COULD BE USED TO DO THOSE TESTS AND THAT, YOU KNOW, IT

02:56PM   4    NEGATED THE NEED FOR THE BIG TUBES OF BLOOD.

02:56PM   5    Q.   AND SHE TALKED ABOUT SOMETHING THAT SHE CALLED AUTOMATED

02:56PM   6    REFLEX.

02:56PM   7         DID YOU UNDERSTAND WHAT SHE WAS TALKING ABOUT THERE?

02:56PM   8    A.   I DID.

02:56PM   9    Q.   AND WHAT DID YOU TAKE THAT TO MEAN?

02:56PM  10    A.   WELL, IF TEST A GIVES A CERTAIN RESULT, THEN TEST B OR

02:56PM  11    TEST C OR TEST D COULD HAVE BEEN RUN, AND, YOU KNOW, IN

02:56PM  12    RESPONSE TO WHAT TEST A SHOWED.

02:56PM  13    Q.   AND WHEN SHE SAID "WE CAN DO WHAT WE CALL THIS AUTOMATED

02:56PM  14    REFLEX," DID YOU UNDERSTAND THAT SHE WAS DESCRIBING REFLEX

02:56PM  15    TESTING AS A PRESENT CAPABILITY?

02:56PM  16    A.   I DID.

02:56PM  17    Q.   IF WE TURN BACK TO 1348-6.

02:56PM  18         DO YOU RECALL MS. HOLMES MAKING SOME STATEMENTS ABOUT THE

02:56PM  19    MILITARY?

02:56PM  20    A.   I DO.

02:56PM  21    Q.   AND I'D LIKE TO ASK YOU SOME QUESTIONS ABOUT THAT.

02:56PM  22         SHE SAYS, "IN TERMS OF A MILITARY ASPECT OF THIS, MILITARY

02:56PM  23    IS A BIG DEAL FOR US AND I CAN TELL YOU CONFIDENTIALLY A COUPLE

02:57PM  24    THE AREAS IN WHICH WE HAVE BEEN FOCUSSED THERE."

02:57PM  25         WHEN SHE SAID THE WORD THERE THAT SHE COULD TELL YOU

TOLBERT DIRECT BY MR. SCHENK                    4513

02:57PM   1    CONFIDENTIALLY, WHAT DID YOU TAKE THAT TO MEAN?

02:57PM   2    A.   THAT THIS IS INFORMATION THAT WASN'T PUBLIC AND THAT

02:57PM   3    WASN'T TO BE SHARED PUBLICLY, BUT THAT IT REPRESENTED

02:57PM   4    CAPABILITIES THAT THERANOS AND THE COMPANY HAD DEVELOPED AND

02:57PM   5    WERE, YOU KNOW, WERE OPERATIONAL AT THAT POINT.

02:57PM   6    Q.   AND WHEN SHE SAID, "ONE IS IN THE CONTEXT OF WORK IN THE

02:57PM   7    MIDDLE EAST AND SPECIFICALLY AFGHANISTAN," DID YOU TAKE THAT TO

02:57PM   8    MEAN THAT THERANOS HAD DONE WORK IN AFGHANISTAN?

02:57PM   9    A.   I DID.

02:57PM  10    Q.   AND SO WHEN SHE SAID "THE ABILITY TO TAKE A TECHNOLOGY

02:57PM  11    LIKE THIS AND PUT IT IN FLIGHT, SPECIFICALLY ON A MEDEVAC, HAS

02:57PM  12    THE POTENTIAL TO CHANGE SURVIVAL RATES," WHAT DID YOU TAKE THAT

02:57PM  13    TO MEAN?

02:57PM  14    A.   YOU KNOW, MY UNDERSTANDING FROM WHAT WE LISTENED TO WAS

02:57PM  15    THAT THE SOONER A TEST COULD BE ADMINISTERED TO FIGURE OUT, YOU

02:58PM  16    KNOW, HOW TO ADDRESS WHATEVER TRAUMATIC SITUATION THAT

02:58PM  17    HAPPENED, THAT SURVIVAL RATES WENT UP EXPONENTIALLY.

02:58PM  18         YOU KNOW, THIS IS SOMETHING THAT REALLY RESONATED WITH ME.

02:58PM  19    I HAVE A BROTHER WHO IS IN THE MARINES, AND HE DID A TOUR IN

02:58PM  20    AFGHANISTAN, SO THE THOUGHT THAT OUR SERVICE MEN AND WOMEN, IF

02:58PM  21    THEY GOT HURT, THERE WAS AN ABILITY TO, YOU KNOW, DO EVERYTHING

02:58PM  22    THAT WE COULD TO HELP THEM WAS SOMETHING THAT I THOUGHT

02:58PM  23    THERANOS WAS DOING.

02:58PM  24    Q.   SHE CONTINUES.  "AND WHAT IT DOES IS IT MAKES IT MAKES IT

02:58PM  25    POSSIBLE TO BEGIN TRANSFUSION AND STABILIZATION IN PLACE.  AND

TOLBERT DIRECT BY MR. SCHENK                                    4514

02:58PM  1        SO WE HAVE BEEN DOING A LOT OF WORK THERE."

02:58PM  2            WHAT DID YOU UNDERSTAND THAT TO MEAN?

02:58PM  3     A.   SO I UNDERSTOOD THAT THERE HAD BEEN SIGNIFICANT WORK BEING

02:58PM  4     DONE TO DEPLOY THE THERANOS SYSTEM IN THEATRE AS IT WERE.

02:58PM  5     Q.   SHE SAYS, "WE HAVE ALSO BEEN DOING A LOT OF WORK FOR

02:58PM  6     SPECIAL OPERATIONS COMMAND IN THE CONTEXT OF MISSIONS IN REMOTE

02:59PM  7     AREAS WHERE NOT ONLY IS THERE NO CAPABILITY TO DO TESTING FOR

02:59PM  8     CERTAIN THINGS THAT NEED TO BE MEASURED, BUT IF SITUATIONS

02:59PM  9     ARISE IN WHICH THOSE TESTS ARE WARRANTED, THE MISSION IS

02:59PM  10    ABORTED AND PEOPLE ARE EVACUATED GENERALLY OUT OF CONTINENT."

02:59PM  11           WHAT DID YOU TAKE HER STATEMENTS ABOUT SPECIAL OPERATIONS

02:59PM  12    COMMAND?

02:59PM  13    A.   MY UNDERSTANDING WAS THAT THERANOS HAD BEEN, YOU KNOW,

02:59PM  14    WORKING WITH SPECIAL OPERATIONS COMMAND AND IT REPRESENTED A

02:59PM  15    PORTION OF THE BUSINESS THAT THEY HAD BEEN ENGAGED IN.

02:59PM  16           AND LIKE WE HEARD EARLIER, IT WASN'T THE PRIMARY FOCUS AT

02:59PM  17    THIS MOMENT IN TIME, BUT IT CERTAINLY REPRESENTED A CAPABILITY

02:59PM  18    AND A BUSINESS THAT THEY HAD PURSUED.

02:59PM  19    Q.   SHE SAYS, "AND SO WE'VE, YOU KNOW, CREATED A DISTRIBUTED

02:59PM  20    SYSTEM THAT CAN BE USED IN REMOTE AREAS AND THAT IS -- THAT IS

02:59PM  21    ANOTHER VENUE AND FOCUS FOR US."

02:59PM  22           WHAT DID YOU TAKE THAT TO MEAN?

03:00PM  23    A.   THAT THESE, YOU KNOW, DEPLOYMENTS IN MILITARY KIND OF

03:00PM  24    SITUATIONS WAS ONE OF THE THREE, YOU KNOW, BUSINESS UNITS THAT

03:00PM  25    HAD BEEN REPRESENTED TO KIND OF COMPLEMENT, YOU KNOW, THE

TOLBERT DIRECT BY MR. SCHENK                                    4515

03:00PM  1    PHARMACEUTICAL BUSINESS AND THE CURRENT BIG RETAIL OPPORTUNITY

03:00PM  2    THAT WAS THE GENESIS FOR THIS CALL.

03:00PM  3    Q.    DID MS. HOLMES'S STATEMENTS ABOUT THE MILITARY PLAY A ROLE

03:00PM  4    IN YOUR DECISION TO INVEST?

03:00PM  5    A.    CERTAINLY THEY WOULD HAVE BEEN SUPPORTIVE TO AN INVESTMENT

03:00PM  6    DECISION TO PROCEED.

03:00PM  7    Q.    WHY?

03:00PM  8    A.    WELL, IF -- YOU KNOW, THIS WAS A SITUATION WHERE THERE WAS

03:00PM  9    AN INVESTMENT OPPORTUNITY THAT REPRESENTED A POTENTIAL TO MAKE

03:00PM  10   MONEY ON OUR INVESTMENT, BUT IT'S ALSO ONE THAT REPRESENTED AN

03:00PM  11   OPPORTUNITY TO DO GOOD AND TO, YOU KNOW, TO HELP CHANGE AN

03:00PM  12   INDUSTRY FOR THE BETTER.

03:00PM  13         AND SO, YOU KNOW, UNDERSTANDING THAT THERE WAS AN ABILITY

03:01PM  14   FOR, FOR WORK TO BE DONE WITH THE MILITARY TO HELP SERVICE MEN

03:01PM  15   AND WOMEN WHO WERE INJURED REPRESENTED, YOU KNOW, SOMETHING

03:01PM  16   THAT WAS AN EXCITING PART OF THE INVESTMENT BASIS FOR US.

03:01PM  17   Q.    AND MS. HOLMES SAYS, "AND IT'S ALSO VERY SYMBOLIC BECAUSE

03:01PM  18   IT'S OUR WAY TO HELP MAKE A DIFFERENCE IN WHATEVER SMALL WAY WE

03:01PM  19   CAN THERE."

03:01PM  20         DID YOU TAKE HER TO BE AGREEING WITH THE SENTIMENT THAT

03:01PM  21   YOU JUST EXPRESSED THAT YOU CAN MAKE MONEY, BUT YOU CAN ALSO DO

03:01PM  22   GOOD?

03:01PM  23   A.    YOU KNOW, CERTAINLY THAT'S WHAT I TOOK AWAY FROM THOSE

03:01PM  24   COMMENTS IS THAT, YOU KNOW, THERANOS WASN'T JUST ABOUT AN

03:01PM  25   OPPORTUNITY TO MAKE MONEY, BUT THAT IT WAS ABOUT -- IT WAS

TOLBERT DIRECT BY MR. SCHENK                          4516

03:01PM  1    ABOUT AN OPPORTUNITY TO MAKE MONEY, BUT TO DO SO IN A WAY THAT

03:01PM  2    WAS BENEFICIAL FOR LOTS AND LOTS AND LOTS OF PEOPLE.

03:01PM  3    Q.   AND THEN ON THE WHOLE OR IN GENERAL, WAS THIS CALL

03:01PM  4    IMPORTANT IN YOUR DECISION TO INVEST $5 MILLION?

03:01PM  5    A.   IT WAS.

03:01PM  6    Q.   WHY?

03:02PM  7    A.   WELL, YOU KNOW, LIKE I DESCRIBED BEFORE, AS WE, YOU KNOW,

03:02PM  8    HAD MADE AN INITIAL INVESTMENT AND HAD OVER TIME LEARNED ABOUT

03:02PM  9    WHAT THE COMPANY WAS DOING AND HAD SEEN THE PROGRESS THAT WE

03:02PM  10   FELT ALONG THE WAY, THIS FELT LIKE VALIDATION OF WHAT THAT

03:02PM  11   PROGRESS WAS.

03:02PM  12        BUT IT ALSO REPRESENTED A GREAT FUTURE OPPORTUNITY.  YOU

03:02PM  13   KNOW, THERE WOULD BE AN ABILITY TO SEE THIS ROLLOUT HAPPEN AND

03:02PM  14   TO HAVE, TO HAVE THE BENEFITS COME OUT OF THAT.

03:02PM  15        AND SO IT -- AND THIS CALL WAS CENTRAL TO, YOU KNOW, TO

03:02PM  16   OUR DECISION TO INVEST FURTHER FUNDS.

03:02PM  17   Q.   MR. TOLBERT, NOW, IF YOU'LL GO BACK TO THE BINDER IN FRONT

03:02PM  18   OF YOU AND TURN TO 3530.  3530.

03:02PM  19        YOUR HONOR, THE GOVERNMENT OFFERS 3530 BY STIPULATION.

03:02PM  20            MR. DOWNEY:  THAT'S CORRECT, YOUR HONOR.

03:03PM  21            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:03PM  22        (GOVERNMENT'S EXHIBIT 3530 WAS RECEIVED IN EVIDENCE.)

03:03PM  23            MR. SCHENK:  THANK YOU, YOUR HONOR.

03:03PM  24   Q.   MR. TOLBERT, DO YOU RECOGNIZE THE DOCUMENT LOCATED AT

03:03PM  25   3530?

03:03PM  1     A.   I DO.

03:03PM  2     Q.   WHAT IS THIS DOCUMENT?

03:03PM  3     A.   THIS IS THE STOCK PURCHASE AGREEMENT THAT REPRESENTED THE

03:03PM  4     ABILITY TO PURCHASE STOCK IN 2013.

03:03PM  5     Q.   OKAY.  AND WAS THIS AN AGREEMENT THAT YOU ENTERED INTO

03:03PM  6     AFTER THAT CALL WHEN YOU INVESTED THE 5 MILLION THAT WE'VE BEEN

03:03PM  7     TALKING ABOUT?

03:03PM  8     A.   IT WAS.

03:03PM  9     Q.   AND DID YOU BUY IN SERIES C-1?

03:03PM 10     A.   CORRECT.

03:03PM 11     Q.   AND IF YOU'LL LOOK AT PAGE 5 OF THE EXHIBIT AT THE TOP IN

03:03PM 12     THAT FIRST PARAGRAPH.  IT SAYS, "AMENDED AND RESTATED SERIES

03:03PM 13     C-1 PREFERRED STOCK PURCHASE AGREEMENT."

03:03PM 14          SO DID YOU THINK THAT WHEN YOU WERE SIGNING THIS DOCUMENT,

03:03PM 15     YOU WERE BUYING THE SHARES OF SERIES C-1 STOCK WE'VE TALKED

03:03PM 16     ABOUT?

03:03PM 17     A.   I DID.

03:03PM 18     Q.   IF YOU WILL TURN TO PAGE 11 AT THE BOTTOM, 4.4, AND THEN

03:04PM 19     IT WILL CARRY ON OVER TO THE NEXT PAGE.

03:04PM 20          4.4 READS, "SPECULATIVE NATURE OF INVESTMENT.  SUCH

03:04PM 21     INVESTOR UNDERSTANDS AND ACKNOWLEDGES THAT THE COMPANY HAS A

03:04PM 22     LIMITED FINANCIAL AND OPERATING HISTORY AND THAT AN INVESTMENT

03:04PM 23     IN THE COMPANY IS," AND THEN IT CONTINUES ON THE NEXT PAGE,

03:04PM 24     "HIGHLY SPECULATIVE AND INVOLVES SUBSTANTIAL RISKS.  SUCH

03:04PM 25     INVESTOR CAN BEAR THE ECONOMIC RISK OF SUCH INVESTOR'S

03:04PM  1      INVESTMENT AND IS ABLE, WITHOUT IMPAIRING SUCH INVESTOR'S

03:04PM  2      FINANCIAL CONDITION, TO HOLD THE SHARES AND THE CONVERSION

03:04PM  3      SHARES FOR AN INDEFINITE PERIOD OF TIME AND TO SUFFER A

03:04PM  4      COMPLETE LOSS OF SUCH INVESTOR'S INVESTMENT."

03:04PM  5          THIS SECTION HAS SOME REPRESENTATIONS ABOUT YOU OR HALL'S

03:04PM  6      GROUP ABILITY TO BEAR THE LOSS.

03:04PM  7          WERE THOSE ALL TRUE AT THE TIME YOU SIGNED THIS?

03:04PM  8      A.   THEY WERE TRUE.

03:05PM  9      Q.   AND EARLIER ON IN THIS SECTION IT TALKS ABOUT LIMITED

03:05PM 10      FINANCIAL AND OPERATING HISTORY.

03:05PM 11          DID YOU ALSO UNDERSTAND THAT TO BE TRUE?

03:05PM 12      A.   I DID.

03:05PM 13      Q.   AND DID YOU UNDERSTAND THAT ONE OF THE RISKS, OR ONE OF

03:05PM 14      THE SPECULATIVE ASPECTS OF THIS INVESTMENT WAS THAT INFORMATION

03:05PM 15      THAT MS. HOLMES WOULD PROVIDE TO YOU WOULD BE INACCURATE?  WAS

03:05PM 16      THAT A RISK THAT YOU UNDERSTOOD?

03:05PM 17      A.   THAT IS NOT.

03:05PM 18      Q.   4.5, ACCESS TO DATA IS JUST BELOW THE SECTION I READ TO

03:05PM 19      YOU.

03:05PM 20          IT SAYS THAT YOU HAD, "SUCH INVESTOR HAS HAD AN

03:05PM 21      OPPORTUNITY TO ASK QUESTIONS OF, AND RECEIVE ANSWERS FROM, THE

03:05PM 22      OFFICERS OF THE COMPANY CONCERNING THE AGREEMENTS, THE EXHIBITS

03:05PM 23      AND SCHEDULES," AND IT CONTINUES.

03:05PM 24          DID YOU HAVE THE OPPORTUNITY TO ASK MS. HOLMES QUESTIONS?

03:05PM 25      A.   WE DID ON THAT CALL.

TOLBERT DIRECT BY MR. SCHENK                    4519

03:05PM  1    Q.   WE LISTENED TO THE CALL; IS THAT RIGHT?

03:05PM  2    A.   CORRECT.

03:05PM  3    Q.   WERE THE ANSWERS THAT SHE GAVE ON THAT CALL PUT INTO THIS

03:05PM  4    AGREEMENT?

03:05PM  5    A.   THE ANSWERS WERE NOT APPENDED TO THIS AGREEMENT, NO.

03:05PM  6    Q.   SO DID YOU UNDERSTAND THAT WHEN IT TALKS ABOUT YOU HAD THE

03:06PM  7    OPPORTUNITY TO ASK QUESTIONS, YOU RECEIVED ANSWERS TO THOSE,

03:06PM  8    AND THAT'S ALSO WHAT CAUSED YOU TO INVEST?

03:06PM  9    A.   CORRECT.

03:06PM  10   Q.   4.6 SAID ACCREDITED INVESTOR.  THAT'S JUST BELOW THE

03:06PM  11   SECTION THAT I JUST READ TO YOU.

03:06PM  12        "THE INVESTOR IS AN ACCREDITED INVESTOR WITHIN THE MEANING

03:06PM  13   OF REGULATION D."

03:06PM  14        HAVE YOU HEARD THAT PHRASE, AN ACCREDITED INVESTOR?

03:06PM  15   A.   I HAVE.

03:06PM  16   Q.   AND WERE YOU AND HALL GROUP AN ACCREDITED INVESTOR AT THE

03:06PM  17   TIME THAT YOU SIGNED?

03:06PM  18   A.   THEY WERE.  WE WERE.

03:06PM  19   Q.   WOULD YOU NOW TURN TO PAGE 24 OF THIS EXHIBIT.

03:06PM  20        ABOVE THE NAME ELIZABETH HOLMES, CHIEF EXECUTIVE OFFICER,

03:06PM  21   IS THERE A SIGNATURE?

03:06PM  22   A.   THERE IS.

03:06PM  23   Q.   AND IF YOU WILL TURN TO PAGE 32.

03:07PM  24        ON PAGE 32 UNDER SOMETHING CALLED HALL BLACK DIAMOND, IS

03:07PM  25   THAT YOUR SIGNATURE?

TOLBERT DIRECT BY MR. SCHENK                    4520

```
03:07PM    1      A.    THAT IS MY SIGNATURE.

03:07PM    2      Q.    AND ALSO DID YOU WRITE IN YOUR NAME AND DATE IT?

03:07PM    3      A.    I DID.

03:07PM    4      Q.    AND WHAT IS HALL BLACK DIAMOND?

03:07PM    5      A.    HALL BLACK DIAMOND IS THE ENTITY THAT WE USED TO INVEST

03:07PM    6      THE $5 MILLION.

03:07PM    7      Q.    AND JUST TO BE CLEAR, THE ADDRESS THAT WE'RE SEEING,

03:07PM    8      THAT'S NOT YOUR PERSONAL ADDRESS, THAT'S HALL GROUP'S ADDRESS;

03:07PM    9      IS THAT RIGHT?

03:07PM   10      A.    CORRECT.

03:07PM   11      Q.    AND THEN THERE'S A SIGNATURE ON THAT SAME PAGE ABOVE

03:07PM   12      ELIZABETH HOLMES, CHIEF EXECUTIVE OFFICER.

03:07PM   13            DO YOU SEE THAT?

03:07PM   14      A.    I DO.

03:07PM   15      Q.    THIS IS DATED 12/31/2013.  IS THAT THE DATE THAT YOU

03:07PM   16      SIGNED AND SENT A WIRE TRANSFER TO PURCHASE THESE SHARES?

03:07PM   17      A.    THAT IS THE DATE.

03:07PM   18            MR. SCHENK:  YOUR HONOR, WE WOULD ADMIT 4845,

03:08PM   19      PAGE 20, THE CUSTODIAN FROM THE FEDERAL RESERVE BANK.

03:08PM   20            THE COURT:  YES.

03:08PM   21      BY MR. SCHENK:

03:08PM   22      Q.    I THINK IT IS ALSO IN YOUR BINDER IF IT'S EASIER FOR YOU

03:08PM   23      TO SEE, MR. TOLBERT.

03:08PM   24      A.    IF YOU BLOW IT UP I CAN SEE IT.

03:08PM   25      Q.    OKAY.  IF WE COULD -- THAT'S GREAT.
```

TOLBERT DIRECT BY MR. SCHENK                                    4521

03:08PM  1          ARE YOU FAMILIAR WITH TEXAS CAPITAL BANK?

03:08PM  2     A.   I AM.

03:08PM  3     Q.   AND THEN THERE IS, UNDER AMOUNT, 4,875,000.

03:08PM  4          DOES THAT AMOUNT LOOK FAMILIAR TO YOU?

03:08PM  5     A.   THAT IS.  THAT IS THE AMOUNT THAT WE SENT IN.

03:08PM  6     Q.   WE'VE BEEN TALKING, YOU AND I, ABOUT $5 MILLION.  THE WIRE

03:08PM  7     TRANSFER IS FOR A LITTLE OVER 4.8 MILLION.  CAN YOU EXPLAIN

03:08PM  8     THAT?

03:08PM  9     A.   I CAN.  SO, YOU KNOW, OUR FIRST INVESTMENT HAD BEEN

03:09PM  10    THROUGH CHRIS LUCAS'S INVESTMENT FUND, BLACK DIAMOND VENTURES.

03:09PM  11         YOU KNOW, OUR DESIRE WAS TO BE A DIRECT INVESTOR INTO THE

03:09PM  12    COMPANY SO THAT WE WOULD HAVE ACCESS OF THE DIRECT

03:09PM  13    COMMUNICATION FROM THE COMPANY TO ITS SHAREHOLDERS AND NOT RELY

03:09PM  14    ON CHRIS TO BE OUR SOLE SOURCE OF INFORMATION.

03:09PM  15         AND SO OUR AGREEMENT, THE AGREEMENT WE CAME TO WITH CHRIS

03:09PM  16    AND ELIZABETH AROUND THIS INVESTMENT WAS THAT WE WOULD PAY

03:09PM  17    CHRIS A COMMISSION TO BE A DIRECT INVESTOR AND TO NOT BE

03:09PM  18    INVESTED THROUGH HIS FUND.

03:09PM  19         AND SO THE $125,000 DIFFERENCE HERE REPRESENTS THE CASH

03:09PM  20    THAT WE PAID TO CHRIS FOR HIS COMMISSION ON THAT INVESTMENT.

03:09PM  21    Q.   I SEE.  A LITTLE FURTHER DOWN ON THIS DOCUMENT, THERE'S

03:09PM  22    SOMETHING CALLED HALL PHOENIX INWOOD LTD.

03:10PM  23         DO YOU SEE THAT?

03:10PM  24    A.   YES.

03:10PM  25    Q.   AND WHAT IS THAT?

03:10PM 1    A.   SO HALL PHOENIX INWOOD IS THE PRIMARY OPERATING COMPANY OF

03:10PM 2    HALL GROUP, AND HALL PHOENIX INWOOD WOULD HAVE WIRED THIS MONEY

03:10PM 3    ON BEHALF OF HALL BLACK DIAMOND TO --

03:10PM 4    Q.   TO WHERE?  WHERE DID THE WIRE GO?

03:10PM 5    A.   THE WIRE WOULD HAVE GONE TO THERANOS.  IT SAYS HERE ON THE

03:10PM 6    LINE IT WENT TO THEIR ACCOUNT AT COMERICA BANK.

03:10PM 7    Q.   OKAY.  I UNDERSTAND MULTIPLE PEOPLE WORK AT HALL GROUP.

03:10PM 8    DID YOU PUT IN PLACE OR INITIATE THE WIRE TRANSFER?

03:10PM 9    A.   I GAVE AUTHORIZATION FOR THE WIRE TO BE INITIATED, AND

03:10PM 10   THEN ONCE IT HAD BEEN INITIATED, I APPROVED IT.

03:10PM 11   Q.   OKAY.  AND HOW ABOUT THE AMOUNT, THE DOLLAR AMOUNT?  DID

03:10PM 12   YOU DECIDE THE AMOUNT THAT HALL GROUP WOULD INVEST IN THERANOS?

03:10PM 13   A.   I DID.  MR. HALL AND I HAD DISCUSSIONS ABOUT WHAT THAT

03:11PM 14   AMOUNT WOULD BE, AND, YOU KNOW, THE $5 MILLION THAT WE SETTLED

03:11PM 15   ON IS THE ONE THAT I INDICATED WE WOULD SEND, AND SO WE SENT

03:11PM 16   THAT AMOUNT.

03:11PM 17   Q.   OKAY.  AND DO YOU KNOW WHETHER ULTIMATELY MR. HALL LEFT IT

03:11PM 18   UP TO YOU TO DECIDE THE EXACT AMOUNT, OR MAYBE EVEN WHETHER YOU

03:11PM 19   INVESTED?

03:11PM 20   A.   HE DID.

03:11PM 21   Q.   OKAY.

03:11PM 22        YOUR HONOR, MAY I JUST HAVE ONE MOMENT?

03:11PM 23            THE COURT:  YES.

03:11PM 24        (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

03:11PM 25            MR. SCHENK:  THANK YOU, YOUR HONOR.

03:11PM  1          NO FURTHER QUESTIONS AT THIS TIME.

03:11PM  2                THE COURT:  CROSS-EXAMINATION?

03:11PM  3                MR. DOWNEY:  YES, YOUR HONOR.

03:11PM  4                THE COURT:  FOLKS, FEEL FREE TO STAND UP AND STRETCH

03:11PM  5     WHILE WE DO THE TRANSITION IF YOU WOULD LIKE.

03:11PM  6          SAME WITH YOU, MR. TOLBERT, IF YOU WOULD LIKE TO STAND AND

03:11PM  7     STRETCH.

03:11PM  8                THE WITNESS:  THANK YOU, YOUR HONOR.

03:11PM  9          (STRETCHING.)

03:12PM  10                        **CROSS-EXAMINATION**

03:12PM  11    BY MR. DOWNEY:

03:12PM  12    Q.   GOOD AFTERNOON, MR. TOLBERT.  MY NAME IS KEVIN DOWNEY, AND

03:12PM  13    I REPRESENT MS. HOLMES.

03:12PM  14         I WANT TO START BY ASKING YOU ABOUT HOW THE RELATIONSHIP

03:12PM  15    WITH THERANOS BEGAN IN VERY SUMMARY FORM, BECAUSE I THINK WE'VE

03:12PM  16    HEARD ABOUT IT DURING THE COURSE OF YOUR DIRECT.

03:13PM  17         AS I UNDERSTAND IT, MR. HALL GOT A PHONE CALL FROM

03:13PM  18    SOMEBODY THAT INFORMED HIM ABOUT THERANOS AND A POTENTIAL

03:13PM  19    OPPORTUNITY TO INVEST; IS THAT RIGHT?

03:13PM  20    A.   I BELIEVE THAT'S CORRECT.

03:13PM  21    Q.   AND THAT TELEPHONE CALL CAME FROM DON LUCAS, DIDN'T IT?

03:13PM  22    A.   THAT -- I DON'T BELIEVE THAT'S CORRECT.

03:13PM  23    Q.   OKAY.  WELL, DO YOU KNOW -- DID THE TELEPHONE CALL COME

03:13PM  24    FROM GARY NORDHEIMER?

03:13PM  25    A.   I BELIEVE THAT'S CORRECT.

TOLBERT CROSS BY MR. DOWNEY                                    4524

03:13PM  1    Q.   AND GARY NORDHEIMER WAS AN INDIVIDUAL WHO WAS AN INVESTOR

03:13PM  2    IN THERANOS; CORRECT?

03:13PM  3    A.   YOU KNOW, I DON'T KNOW IF HE WAS A PRIOR INVESTOR, BUT I

03:13PM  4    KNOW HE WAS CONTEMPLATING AN INVESTMENT IN 2006.

03:13PM  5    Q.   OKAY.

03:13PM  6    A.   AND SO HE CALLED MR. HALL TO PUT THE OPPORTUNITY ON HIS

03:13PM  7    RADAR SCREEN.

03:13PM  8    Q.   OKAY.  AND DID HE SUGGEST TO MR. HALL OR TO YOU THAT YOU

03:14PM  9    SPEAK WITH DON LUCAS ABOUT THE POTENTIAL OPPORTUNITY TO INVEST?

03:14PM  10   A.   HE MAY HAVE.  HE MAY HAVE REFERENCED THAT WITH MR. HALL.

03:14PM  11        I NEVER TALKED WITH MR. NORDHEIMER DIRECTLY AT THAT POINT.

03:14PM  12   Q.   SO THE CONVERSATION THAT MR. HALL WOULD HAVE HAD WITH

03:14PM  13   MR. LUCAS YOU'RE PERSONALLY NOT AWARE OF?

03:14PM  14   A.   I AM NOT.

03:14PM  15   Q.   SO MR. HALL GOT IN TOUCH WITH YOU AND ASKED YOU TO DO DUE

03:14PM  16   DILIGENCE; CORRECT?

03:14PM  17   A.   CORRECT.

03:14PM  18   Q.   AND THAT WOULD INVOLVE GETTING AS MUCH INFORMATION ABOUT

03:14PM  19   THE COMPANY AS YOU COULD GET; CORRECT?

03:14PM  20   A.   CORRECT.

03:14PM  21   Q.   DID YOU KNOW AT THE OUTSET THAT THE ARRANGEMENT WOULD BE

03:14PM  22   ONE THAT WOULD HAVE TO GO THROUGH, THROUGH A THIRD PARTY, OR

03:14PM  23   DID YOU THINK THIS MIGHT BE AN OPPORTUNITY WHERE YOU COULD

03:14PM  24   INVEST DIRECTLY IN THERANOS?

03:14PM  25   A.   NO.  MY UNDERSTANDING WAS THAT IT WAS AN INVESTMENT

TOLBERT CROSS BY MR. DOWNEY                                          4525

03:14PM  1    THROUGH CHRIS LUCAS, YOU KNOW, THROUGH THAT SERIES OF

03:14PM  2    CONVERSATIONS THAT HE'S THE ONE THAT PRESENTED THE OPPORTUNITY

03:14PM  3    TO US AND SO THE INVESTMENT WOULD GO THROUGH THAT, THROUGH HIS

03:15PM  4    VEHICLE.

03:15PM  5    Q.    OKAY.  SO SOMEHOW THE OPPORTUNITY BECAME NOTICED -- THE

03:15PM  6    HALL GROUP BECAME AWARE OF THE OPPORTUNITY, MR. HALL SPOKE TO

03:15PM  7    SOMEONE ABOUT THE OPPORTUNITY, HE ASKED YOU TO DO DUE

03:15PM  8    DILIGENCE, AND YOU CALLED CHRIS LUCAS; IS THAT RIGHT?

03:15PM  9    A.    CORRECT.

03:15PM  10   Q.    AND THEN YOU HAD A -- I BELIEVE YOU HAD AT LEAST ONE OR

03:15PM  11   TWO TELEPHONE CONVERSATIONS WITH -- INVOLVING MR. LUCAS BEFORE

03:15PM  12   YOU WENT TO THERANOS?

03:15PM  13   A.    BEFORE I MADE THE TRIP TO THERANOS?

03:15PM  14   Q.    YES.

03:15PM  15   A.    CORRECT.

03:15PM  16   Q.    AND YOU TALKED ABOUT THOSE CONVERSATIONS THUS FAR,

03:15PM  17   EITHER -- MS. HOLMES WAS EITHER ON ONE OR TWO OF THOSE CALLS;

03:15PM  18   IS THAT RIGHT?

03:15PM  19   A.    CORRECT.

03:15PM  20   Q.    AND THEN YOU TOOK THE TRIP TO THERANOS AND YOU HAD THE

03:15PM  21   DINNER THAT YOU DESCRIBED; CORRECT?

03:15PM  22   A.    CORRECT.

03:15PM  23   Q.    AND IN ADDITION TO YOURSELF, MS. HOLMES, DON LUCAS, AND

03:15PM  24   CHRIS LUCAS WERE AT THAT DINNER; CORRECT?

03:16PM  25   A.    THEY BOTH WERE.

TOLBERT CROSS BY MR. DOWNEY                                        4526

03:16PM  1    Q.   OKAY.  AND DID YOU, AT THAT DINNER, ASK FOR INFORMATION

03:16PM  2    FROM ALL THREE ABOUT THERANOS?

03:16PM  3    A.   YOU KNOW, CERTAINLY IN THE DISCUSSIONS WE HAD THAT NIGHT

03:16PM  4    ALL THREE OF THEM PARTICIPATED.

03:16PM  5    Q.   DID YOU LEARN THAT DON LUCAS WAS THE CHAIR OF THE BOARD OF

03:16PM  6    THERANOS?

03:16PM  7    A.   I DID.

03:16PM  8    Q.   AND DID YOU UNDERSTAND THAT CHRIS LUCAS WAS HIS NEPHEW?

03:16PM  9    A.   I DID.

03:16PM  10   Q.   AND DID YOU ASK, AT ANY POINT, YOURSELF TO SPEAK WITH

03:16PM  11   DON LUCAS TO HAVE A ONE-ON-ONE CONVERSATION ABOUT INFORMATION

03:16PM  12   THAT HE KNEW ABOUT THERANOS?

03:16PM  13   A.   I DID NOT.

03:16PM  14   Q.   OKAY.  DO YOU KNOW IF MR. HALL HAD THAT TYPE OF A

03:16PM  15   CONVERSATION?

03:16PM  16   A.   I DON'T REMEMBER.

03:16PM  17   Q.   OKAY.  SO YOU HAD A COUPLE OF CALLS, THE DINNER, AND THEN

03:16PM  18   YOU VISITED THE FACILITY THE NEXT MORNING; CORRECT?

03:16PM  19   A.   I BELIEVE THAT'S CORRECT.

03:16PM  20   Q.   OKAY.  AND THEN FROM THAT TIME FOR THE FOLLOWING SIX

03:17PM  21   YEARS, YOU'VE NEVER HAD ANY DIRECT CONTACT WITH THERANOS; IS

03:17PM  22   THAT RIGHT?

03:17PM  23   A.   CORRECT.

03:17PM  24   Q.   AND THEN YOU PARTICIPATED IN THE PHONE CALL, A PORTION OF

03:17PM  25   WHICH WE'VE HEARD THIS AFTERNOON; CORRECT?

TOLBERT CROSS BY MR. DOWNEY                                        4527

03:17PM  1    A.   CORRECT.

03:17PM  2    Q.   AND THEN YOU MADE YOUR SECOND INVESTMENT DIRECTLY IN

03:17PM  3    THERANOS; CORRECT?

03:17PM  4    A.   THAT'S CORRECT.

03:17PM  5    Q.   SO THE ONLY CONTACTS THAT YOU HAD WITH MS. HOLMES DURING

03:17PM  6    THOSE SIX YEARS WERE -- SEVEN YEARS, WERE THOSE LIMITED

03:17PM  7    OCCASIONS; CORRECT?

03:17PM  8    A.   THAT'S CORRECT.

03:17PM  9    Q.   OKAY.  LET ME ASK YOU ABOUT THE CONTACT THAT YOU HAD WITH

03:17PM  10   MR. LUCAS IN THE INTERVENING PERIOD.

03:17PM  11       HOW OFTEN WOULD YOU TALK TO CHRIS LUCAS DURING THAT PERIOD

03:17PM  12   ABOUT THERANOS?

03:17PM  13   A.   YOU KNOW, AS I RECALL, I WOULD PROBABLY TALK TO HIM THREE

03:17PM  14   OR FOUR TIMES A YEAR.

03:17PM  15   Q.   OKAY.  SO YOU HAD A QUARTERLY CALL, LET'S SAY, WITH

03:17PM  16   MR. LUCAS?

03:17PM  17   A.   SOMETHING LIKE THAT.

03:17PM  18   Q.   AND YOUR CONVERSATIONS WITH CHRIS LUCAS WERE BECAUSE YOUR

03:18PM  19   INVESTMENT WAS THROUGH HIM; CORRECT?

03:18PM  20   A.   THAT'S CORRECT.

03:18PM  21   Q.   AND, IN FACT, YOU WERE PAYING HIM TO MANAGE THAT

03:18PM  22   INVESTMENT; CORRECT?

03:18PM  23   A.   CORRECT, WE DID HAVE A MANAGEMENT FEE THAT WE WERE PAYING

03:18PM  24   TO HIM.

03:18PM  25   Q.   AND SO A PERCENTAGE OF THE MONEY THAT YOU INVESTED WITH

TOLBERT CROSS BY MR. DOWNEY                              4528

03:18PM  1    THERANOS EACH YEAR YOU WERE PAYING TO HIM; CORRECT?

03:18PM  2    A.   WELL, YOU KNOW, TO BE CLEAR ABOUT IT, WE PAID HIM A

03:18PM  3    MANAGEMENT FEE FOR A CERTAIN PERIOD OF TIME, FOR TWO YEARS.

03:18PM  4    AND SO AS I RECALL, IT WAS TWO YEARS, AND SO THAT MANAGEMENT

03:18PM  5    FEE WE PAID TWO YEARS.

03:18PM  6         AND THEN AN ADDITIONAL SEVEN OR SIX YEARS, WHATEVER IT

03:18PM  7    WOULD BE, WE DID NOT PAY A MANAGEMENT FEE.

03:18PM  8    Q.   AND THE FEE THAT YOU PAID HIM IN THE FIRST TWO YEARS WAS A

03:18PM  9    PERCENTAGE OF THE AMOUNT THAT YOU HAD INVESTED; CORRECT?

03:18PM  10   A.   I BELIEVE THAT'S CORRECT.

03:18PM  11   Q.   AND DID YOU AT ANY TIME TRY TO CONTACT MS. HOLMES DURING

03:18PM  12   THAT PERIOD?

03:18PM  13   A.   NOT DIRECTLY TO MY RECOLLECTION.

03:18PM  14   Q.   OKAY.  DID YOU TRY TO CONTACT ANY THERANOS EMPLOYEE DURING

03:18PM  15   THAT TIME PERIOD?

03:19PM  16   A.   I DID NOT.

03:19PM  17   Q.   OKAY.  DID YOU ASK, THROUGH MR. LUCAS, FOR ANY FINANCIAL

03:19PM  18   STATEMENTS THAT THERANOS HAD GIVEN HIM?

03:19PM  19   A.   I DID.

03:19PM  20   Q.   AND DID HE PROVIDE YOU ANY FINANCIAL STATEMENTS?

03:19PM  21   A.   WELL, AS I RECALL, HE HAD NOT RECEIVED ANY FINANCIALS, SO

03:19PM  22   I NEVER RECEIVED ANY FROM HIM DURING THOSE INTERVENING YEARS.

03:19PM  23   Q.   AND HE TOLD YOU HE HAD NOT RECEIVED THEM?

03:19PM  24   A.   YOU KNOW, THAT WAS MY RECOLLECTION.  WHEN I WOULD ASK HIM

03:19PM  25   FOR FINANCIALS, HE WOULD SAY, I HAVEN'T RECEIVED ANYTHING

ER-6271

03:19PM  1    SPECIFICALLY FROM THE COMPANY.

03:19PM  2    Q.   OKAY.  DID HE TELL YOU WHETHER HE HAD BEEN GIVEN ANY

03:19PM  3    ACCESS TO INFORMATION FROM THE COMPANY FOR PURPOSES OF

03:19PM  4    PREPARING REVENUE PROJECTIONS?

03:19PM  5              MR. SCHENK:  OBJECTION.  HEARSAY.

03:19PM  6              THE COURT:  OVERRULED.

03:19PM  7         IF YOU KNOW.

03:19PM  8              THE WITNESS:  OH, CAN YOU --

03:19PM  9    BY MR. DOWNEY:

03:19PM 10    Q.   I'M ONLY ASKING WHAT YOU WERE TOLD.

03:19PM 11         DID MR. LUCAS TELL YOU THAT HE HAD BEEN GIVEN FINANCIAL

03:19PM 12    INFORMATION ABOUT THE COMPANY FOR PURPOSES OF PREPARING

03:20PM 13    FINANCIAL PROJECTIONS?

03:20PM 14    A.   I DON'T KNOW IF -- I DON'T RECALL HIM SAYING THAT HE HAD

03:20PM 15    RECEIVED INFORMATION TO PREPARE PROJECTIONS.

03:20PM 16         I KNEW THAT MR. LUCAS HAD TOLD ME THAT HE WAS, YOU KNOW,

03:20PM 17    AT THE COMPANY HEADQUARTERS A LOT, THAT HE WAS -- THERE WERE

03:20PM 18    SOME KIND OF PROJECTS THAT HE WAS INVOLVED IN THAT GAVE HIM

03:20PM 19    ACCESS TO INFORMATION, BUT I DIDN'T KNOW SPECIFICALLY WHAT THAT

03:20PM 20    WAS OR FOR WHAT PURPOSE IT WAS.

03:20PM 21    Q.   DID HE EVER TELL YOU SPECIFICALLY THAT I, CHRIS LUCAS,

03:20PM 22    HAVE PREPARED FINANCIAL PROJECTIONS FOR THE COMPANY?

03:20PM 23    A.   HE DID NOT.

03:20PM 24    Q.   DID YOU EVER, DURING THAT PERIOD, HAVE ANY FURTHER CONTACT

03:20PM 25    WITH MR. DON LUCAS?

03:20PM 1    A.   NOT DIRECTLY I DID NOT.

03:20PM 2    Q.   DID THE FACT THAT MR. LUCAS, MR. DON LUCAS WAS INVOLVED IN

03:21PM 3    THE INVESTMENT PLAY ANY ROLE IN THE HALL GROUP'S INITIAL

03:21PM 4    DECISION TO MAKE AN INVESTMENT?

03:21PM 5    A.   IT CERTAINLY WAS A POSITIVE.  YOU KNOW, WE -- YOU KNOW, I

03:21PM 6    BECAME AWARE OF WHO MR. LUCAS WAS AND OF HIS, YOU KNOW,

03:21PM 7    INVESTMENT BACKGROUND, AND SOME OF THE THINGS -- SOME OF THE

03:21PM 8    OPPORTUNITIES THAT HE HAD HELPED CULTIVATE ALONG, AND SO THAT

03:21PM 9    WAS, THAT WAS A POSITIVE.

03:21PM 10   Q.   YOU KNEW THAT HE HAD A REPUTATION AS A SAVVY INVESTOR IN

03:21PM 11   TECHNOLOGY; CORRECT?

03:21PM 12   A.   I DID.

03:21PM 13   Q.   AND YOU KNEW THAT HE HAD EXPERIENCE WITH A NUMBER OF

03:21PM 14   TECHNOLOGY COMPANIES THAT HAD GROWN FROM STARTUPS INTO WELL

03:21PM 15   RESPECTED NATIONAL COMPANIES; CORRECT?

03:21PM 16   A.   THAT'S CORRECT.

03:21PM 17   Q.   AND YOU KNEW THAT HE WAS AN INVESTOR IN THERANOS; CORRECT?

03:21PM 18   A.   I DID.

03:21PM 19   Q.   AND YOU KNEW THAT CHRIS LUCAS WAS AN INVESTOR IN THERANOS?

03:21PM 20   A.   I DID.

03:21PM 21   Q.   YOU WERE TASKED WITH PERFORMING DUE DILIGENCE DURING THIS

03:21PM 22   PERIOD; CORRECT?

03:22PM 23   A.   THAT'S CORRECT.

03:22PM 24   Q.   PRIOR TO THE FIRST INVESTMENT; CORRECT?

03:22PM 25   A.   CORRECT.

03:22PM   1    Q.   DID DON LUCAS TALK TO YOU AT ALL ABOUT THE DUE DILIGENCE

03:22PM   2    THAT HE HAD PERFORMED BEFORE HIS DECISION TO MAKE AN

03:22PM   3    INVESTMENT?

03:22PM   4    A.   NO, I HAD NO CONVERSATIONS WITH DON LUCAS, SO HE WOULDN'T

03:22PM   5    HAVE HAD AN OCCASION TO.

03:22PM   6    Q.   OKAY.  WELL, I THOUGHT YOU SAID HE WAS AT THE DINNER WITH

03:22PM   7    YOU.

03:22PM   8    A.   OH, AT THE DINNER.

03:22PM   9    Q.   IN 2006?

03:22PM  10    A.   OH, I THOUGHT YOU WERE TALKING ABOUT SUBSEQUENT OR AFTER

03:22PM  11    THAT.

03:22PM  12    Q.   NO.  I'M ASKING YOU NOW ABOUT YOUR INITIAL INVESTMENT

03:22PM  13    DECISION --

03:22PM  14    A.   OH, OKAY.

03:22PM  15    Q.   -- IN 2006.

03:22PM  16         DID HE PROVIDE ACCESS TO ANY OF THE DUE DILIGENCE THAT HE

03:22PM  17    HAD DONE?

03:22PM  18    A.   NO, HE DID NOT.  THERE WAS -- HE DIDN'T COMMUNICATE

03:22PM  19    ANYTHING TO ME OTHER THAN AT THE DINNER.  HE DIDN'T SEND ME ANY

03:22PM  20    ADDITIONAL INFORMATION.

03:22PM  21    Q.   OKAY.  DID HE TELL YOU, FOR EXAMPLE, THAT HE HAD PERFORMED

03:22PM  22    DUE DILIGENCE ON THE PATENT PORTFOLIO OF THE COMPANY?

03:22PM  23    A.   HE DID NOT.

03:23PM  24    Q.   NOW, AFTER SIX YEARS, I THINK YOU TESTIFIED ABOUT THE

03:23PM  25    CONTACT THAT HAD LED YOU TO WANT TO MAKE THE SECOND INVESTMENT,

TOLBERT CROSS BY MR. DOWNEY                                    4532

03:23PM  1   AND THAT'S IN CONNECTION WITH THIS CALL AND YOUR CONVERSATIONS

03:23PM  2   WITH CHRIS LUCAS AROUND THAT TIME PERIOD; CORRECT?

03:23PM  3   A.   CORRECT.

03:23PM  4   Q.   HAD CHRIS LUCAS SAID TO YOU AT ANY POINT IN 2013, THE

03:23PM  5   OPPORTUNITY TO INVEST MIGHT PRESENT ITSELF DURING THE COURSE OF

03:23PM  6   THIS YEAR?

03:23PM  7   A.   AS I RECALL, IN SOME OF OUR -- IN SOME OF OUR PHONE CALLS

03:23PM  8   EARLIER IN THAT YEAR -- AND IT WASN'T JUST IN THAT YEAR, AT

03:23PM  9   OTHER TIMES OVER THAT PERIOD OF TIME HE HAD REFERENCED THAT

03:23PM  10  THERE MAY BE A FURTHER INVESTMENT OPPORTUNITY.

03:23PM  11       BUT CERTAINLY IN 2013 HE DID INDICATE THAT THERE WOULD

03:23PM  12  LIKELY BE ANOTHER INVESTMENT OPPORTUNITY COMING.

03:23PM  13  Q.   OKAY.  AND WHEN YOU HEARD THAT, DID YOU ASK ANY QUESTIONS

03:23PM  14  OF HIM ABOUT, YOU KNOW, WHAT THE OPPORTUNITY WOULD BE AND THE

03:24PM  15  STATE OF THERANOS'S BUSINESS?

03:24PM  16  A.   YEAH, CERTAINLY.  I WAS ALWAYS ASKING HIM ABOUT THE STATE

03:24PM  17  OF THERANOS'S BUSINESS BECAUSE IT FELT LIKE HE HAD ACCESS TO

03:24PM  18  INFORMATION AND I WAS TRYING TO ELICIT THAT FROM HIM.

03:24PM  19  Q.   OKAY.  SO THE STATE OF THE RELATIONSHIP UP UNTIL REALLY

03:24PM  20  THAT TELEPHONE CALL WAS YOU PERCEIVED HIM TO KNOW A LOT ABOUT

03:24PM  21  THERANOS; CORRECT?

03:24PM  22  A.   THAT'S CORRECT.

03:24PM  23  Q.   AND YOU WOULD ASK HIM QUESTIONS; CORRECT?

03:24PM  24  A.   THAT'S CORRECT.

03:24PM  25  Q.   AND HE WOULD PROVIDE YOU INFORMATION; CORRECT?

03:24PM   1    A.   THAT'S CORRECT.

03:24PM   2    Q.   AND THAT WOULD BE IN THESE QUARTERLY CALLS?

03:24PM   3    A.   YEAH, THAT WOULD BE IN THESE CALLS, THAT'S CORRECT.

03:24PM   4    Q.   OKAY.  DID HE PROVIDE ANY INFORMATION ABOUT THE TECHNOLOGY

03:24PM   5    OF THERANOS DURING THAT PERIOD IN THE NATURE OF ANY KIND OF AN

03:24PM   6    ANALYSIS OR WRITTEN PRESENTATION OF HOW THERANOS WAS PLANNING

03:24PM   7    TO ROLL OUT ITS TECHNOLOGY?

03:24PM   8    A.   NOT THAT I RECALL.

03:24PM   9    Q.   WOULD YOU HAVE BELIEVED THAT WAS RESPONSIVE TO YOUR

03:25PM  10    REQUEST FOR THE INFORMATION THAT YOU WERE SEEKING?

03:25PM  11    A.   I WOULD HAVE.

03:25PM  12    Q.   YOU HAD HEARD, I THINK, DURING THE COURSE OF THAT SEVEN

03:25PM  13    YEAR PERIOD SOME INFORMATION ABOUT THE PROSPECT THAT THERE

03:25PM  14    WOULD BE RETAIL PARTNERSHIPS WITH SOME LARGE RETAILERS;

03:25PM  15    CORRECT?

03:25PM  16    A.   THAT'S CORRECT.

03:25PM  17    Q.   AND IS THAT INFORMATION THAT YOU LEARNED THROUGH

03:25PM  18    CHRIS LUCAS AS WELL?

03:25PM  19    A.   THAT'S WHERE I WOULD HAVE LEARNED THAT.

03:25PM  20    Q.   AND IS IT FAIR TO SAY THAT IN THE TELEPHONE CALL THAT YOU

03:25PM  21    HAD IN DECEMBER OF 2013 THAT MS. HOLMES INDICATED THAT DURING

03:25PM  22    THAT PERIOD THAT WOULD FOLLOW THE INVESTMENT, THAT THE COMPANY

03:25PM  23    WOULD BE FOCUSSED INTENSELY ON THAT RETAIL OUTLET?

03:25PM  24    A.   I DID --

03:25PM  25    Q.   RETAIL ROLLOUT?

03:25PM 1    A.   THAT'S CORRECT.  I MEAN, THAT WAS THE CENTRAL FOCUS OF

03:26PM 2    WHAT THAT ADDITIONAL INVESTMENT OPPORTUNITY WAS ABOUT.

03:26PM 3    Q.   INDEED, MR. SCHENK PLAYED YOU SOME TAPES IN WHICH THERE

03:26PM 4    WERE REFERENCES TO THE PHARMACEUTICAL BUSINESS AND THE MILITARY

03:26PM 5    BUSINESS.

03:26PM 6        DO YOU RECALL THAT?

03:26PM 7    A.   I DO.

03:26PM 8    Q.   BUT DURING THE COURSE OF THE CALL, MS. HOLMES TOLD YOU

03:26PM 9    THAT, IN FACT, THERANOS WAS GOING TO PAUSE ITS WORK ON THOSE

03:26PM 10   BUSINESSES IN ORDER TO FOCUS ON THE RETAIL BUSINESS ROLLOUT;

03:26PM 11   CORRECT?

03:26PM 12   A.   YEAH.  I DON'T REMEMBER THE EXACT LANGUAGE, BUT I DO

03:26PM 13   REMEMBER THAT REFERENCE.

03:26PM 14   Q.   WELL, LET ME PLAY THAT PORTION OF THE TAPE FOR YOU.

03:26PM 15   A.   OKAY.

03:26PM 16       MR. DOWNEY:  YOUR HONOR, I'VE DIVIDED OUR CLIPS BY

03:26PM 17   LETTER JUST TO AVOID CONFUSION IN THAT REGARD.  SO I WILL OFFER

03:26PM 18   1348F.

03:27PM 19       "OBVIOUSLY TO BE ABLE TO DO."

03:27PM 20       THE COURT:  I BEG YOUR PARDON.  MR. SCHENK?

03:27PM 21       MR. SCHENK:  IS THIS SOMETHING THAT HAS ALREADY BEEN

03:27PM 22   PLAYED?

03:27PM 23       MR. DOWNEY:  THIS HAS ALREADY BEEN PLAYED.

03:27PM 24       THE COURT:  THAT WAS MY UNDERSTANDING.  CAN YOU JUST

03:27PM 25   IDENTIFY FOR THE PARTIES WHERE IT IS?

TOLBERT CROSS BY MR. DOWNEY                                    4535

03:27PM  1              MR. DOWNEY:  ON THE TRANSCRIPT I HAVE, IT'S ON

03:27PM  2     PAGE 6.  I DON'T HAVE THE TRANSCRIPT THAT THE GOVERNMENT

03:27PM  3     PREPARED.

03:27PM  4              THE COURT:  OH, I SEE.

03:27PM  5              MR. DOWNEY:  YEAH.

03:27PM  6              THE COURT:  CAN YOU JUST TAKE A MOMENT TO SHARE YOUR

03:27PM  7     TRANSCRIPTS?  IS THAT POSSIBLE.

03:27PM  8          (DISCUSSION OFF THE RECORD.)

03:27PM  9              MR. DOWNEY:  ACTUALLY, I THINK I CAN IDENTIFY IT,

03:27PM 10     YOUR HONOR.

03:27PM 11              THE COURT:  SURE.

03:28PM 12          (PAUSE IN PROCEEDINGS.)

03:28PM 13              MR. DOWNEY:  MAY I CONFER WITH MR. SCHENK?  THIS

03:28PM 14     DOESN'T MATCH.

03:28PM 15              THE COURT:  YES, PLEASE.

03:28PM 16          (DISCUSSION OFF THE RECORD.)

03:29PM 17              MR. DOWNEY:  YOUR HONOR, I JUST WANT TO RETRIEVE

03:29PM 18     MINE.

03:29PM 19              THE COURT:  SURE.

03:29PM 20          (PAUSE IN PROCEEDINGS.)

03:30PM 21              MR. DOWNEY:  YOUR HONOR, I DON'T SEE IT ON THIS

03:30PM 22     TRANSCRIPT EITHER, SO LET ME JUST HAVE ONE MORE MOMENT.

03:30PM 23              THE COURT:  OF COURSE.

03:31PM 24          (PAUSE IN PROCEEDINGS.)

03:31PM 25          (DISCUSSION OFF THE RECORD.)

03:31PM  1          MR. DOWNEY:  YOUR HONOR, THIS WILL BE ON THE

03:31PM  2    TRANSCRIPT THAT WE GOT FROM THE GOVERNMENT ON PAGE 18 OF SIDE

03:32PM  3    A, STARTING AT LINE 19.

03:32PM  4          THE COURT:  THANK YOU.  AND YOU'D LIKE TO PLAY THAT

03:32PM  5    NOW?

03:32PM  6          MR. DOWNEY:  I'D LIKE TO PLAY IT.

03:32PM  7    Q.  BUT JUST TO REORIENT US TO WHERE WE WERE, MY QUESTION TO

03:32PM  8    YOU IS, MS. HOLMES TOLD YOU DURING THE COURSE OF THIS CALL THAT

03:32PM  9    THERANOS WOULD BE PUTTING A PAUSE ON ITS RETAIL AND MILITARY

03:32PM 10    BUSINESSES; CORRECT?

03:32PM 11    A.  I BELIEVE ON THE PHARMACEUTICAL AND RETAIL --

03:32PM 12    PHARMACEUTICAL AND MILITARY BUSINESSES.

03:32PM 13          MR. DOWNEY:  OKAY.  I'D LIKE TO JUST PLAY THAT

03:32PM 14    SECTION OF THE TAPE.

03:32PM 15          THE COURT:  SURE.

03:32PM 16    "MS. HOLMES:  OBVIOUSLY, TO BE ABLE TO DO WHAT WE JUST

03:32PM 17    HAVE DONE, WE HAD TO PAUSE A LARGE NUMBER OF OUR ONGOING

03:32PM 18    PHARMACEUTICAL AND MILITARY PROGRAMS SO THAT WE COULD FOCUS

03:32PM 19    LIKE A LASER ON THIS AND EXECUTING ON THIS.

03:32PM 20    "AND THE SCALE OF THIS RETAIL INFRASTRUCTURE NOW IS WHERE

03:32PM 21    WE WILL CONTINUE TO FOCUS LIKE A LASER.  BUT AS WE GET THE

03:33PM 22    RESOURCES AND ORGANIZATIONS TO CAPTURE SOME OF THESE ADDITIONAL

03:33PM 23    OPPORTUNITIES IN PARALLEL, WE WILL PROCEED WITH THE

03:33PM 24    PHARMACEUTICAL AND MILITARY BUSINESS IN LEVERAGING SOME OF THIS

03:33PM 25    INFRASTRUCTURE AND RESOURCES FROM IT THAT WE'RE BUILDING OUT

TOLBERT CROSS BY MR. DOWNEY                                    4537

03:33PM  1    NOW.  SO THAT, FOR THE LONG-TERM, WILL BE AN IMPORTANT THING

03:33PM  2    FOR US.  AND IT'S ALSO VERY SYMBOLIC BECAUSE IT'S OUR WAY OF

03:33PM  3    BEING ABLE TO HELP MAKE A DIFFERENCE IN WHATEVER SMALL WAY WE

03:33PM  4    CAN THERE."

03:33PM  5    BY MR. DOWNEY:

03:33PM  6    Q.   WAS THAT MS. HOLMES'S VOICE THAT YOU JUST HEARD?

03:33PM  7    A.   IT WAS.

03:33PM  8    Q.   AND MAY I ASK YOU, DID YOU ASK ANY QUESTIONS DURING THE

03:33PM  9    CALL?

03:33PM 10    A.   I DID NOT.

03:33PM 11    Q.   DID YOU FOLLOW UP AT ALL ON THAT COMMENT TO FIND OUT WHAT

03:33PM 12    THE PAUSE WOULD BE OR HOW LONG IT WOULD BE?

03:33PM 13    A.   I DIDN'T.  I MEAN, AS I JUST LISTENED TO IT, IT DIDN'T

03:33PM 14    SOUND LIKE IT WAS A COMPLETE PAUSE.  IT SOUNDED LIKE IT WAS A

03:33PM 15    PAUSE THAT -- I DON'T REMEMBER THE EXACT WORDING -- BUT IT

03:34PM 16    WASN'T COMPLETE.

03:34PM 17         BUT, NO, I DID NOT FOLLOW UP WITH ANY SPECIFIC QUESTIONS

03:34PM 18    ABOUT THAT.

03:34PM 19    Q.   OKAY.  DID YOU FOLLOW UP AFTER THE CALL TO ASK TO SEE ANY

03:34PM 20    CONTRACTS OR OTHER AGREEMENTS BETWEEN THERANOS AND THE

03:34PM 21    MILITARY?

03:34PM 22    A.   I DID NOT.

03:34PM 23    Q.   DID YOU FOLLOW UP AFTERWARDS TO SEE ANY CONTRACTS OR OTHER

03:34PM 24    ARRANGEMENT THAT WERE IN PLACE WITH PHARMACEUTICAL COMPANIES?

03:34PM 25    A.   I DID NOT.

TOLBERT CROSS BY MR. DOWNEY                                    4538

03:34PM  1    Q.   OKAY.  DURING THE COURSE OF THE CALL, MR. HALL DID ASK

03:34PM  2    SOME QUESTIONS; CORRECT?

03:34PM  3    A.   CORRECT.

03:34PM  4    Q.   DID ANY OF THE QUESTIONS THAT MR. HALL ASKED RELATE TO THE

03:34PM  5    MILITARY ASPECT OF THERANOS'S BUSINESS?

03:34PM  6    A.   YOU KNOW, I DON'T BELIEVE SO.  I MEAN, I'D HAVE TO LOOK

03:34PM  7    BACK AT THE TRANSCRIPT TO KNOW FOR SURE.

03:34PM  8    Q.   OKAY.

03:34PM  9    A.   BUT I DON'T BELIEVE.

03:34PM  10   Q.   DID, DID, DID -- DID MR. HALL, TO YOUR KNOWLEDGE, DO ANY

03:34PM  11   FOLLOWUP TO ASK FOR FURTHER INFORMATION FROM THERANOS AFTER THE

03:34PM  12   CALL ABOUT THOSE TWO BUSINESS UNITS?

03:35PM  13   A.   YOU KNOW, I -- HERE'S -- LET ME ANSWER YOUR QUESTION THIS

03:35PM  14   WAY.

03:35PM  15        SO PRIOR TO THIS CALL --

03:35PM  16   Q.   WELL, LET ME JUST GET AN ANSWER TO THE QUESTION I'VE

03:35PM  17   ASKED.

03:35PM  18        DO YOU KNOW -- AND IF YOU DON'T, IT'S FINE.  DID MR. HALL

03:35PM  19   FOLLOW UP TO ASK FOR MORE INFORMATION ABOUT THOSE TWO BUSINESS

03:35PM  20   UNITS?

03:35PM  21   A.   SO I KNOW MR. HALL HAD A FOLLOW-ON CONVERSATION WITH

03:35PM  22   ELIZABETH A FEW DAYS LATER.

03:35PM  23   Q.   OKAY.

03:35PM  24   A.   I DON'T KNOW IF HE SPECIFICALLY ASKED THOSE QUESTIONS OR

03:35PM  25   NOT.

ER-6281

03:35PM  1    Q.   OKAY.  AND WAS -- IS THE RECORDING OF THE CALL THE FIRST

03:35PM  2    TIME THAT YOU HAVE ANY RECORDED COMMUNICATION WITH THERANOS OR

03:35PM  3    ANYONE ELSE REFERENCING A MILITARY BUSINESS AT THERANOS?

03:35PM  4    A.   THAT'S THE FIRST RECORDING THAT I HAVE, PERIOD.

03:35PM  5    Q.   WELL, DID YOU HAVE ANY -- DID YOU RECEIVE ANY WRITTEN

03:35PM  6    INFORMATION IN ADVANCE OF THIS CALL ABOUT A MILITARY BUSINESS

03:35PM  7    AT THERANOS?

03:35PM  8    A.   NOT THAT I REMEMBER.

03:35PM  9    Q.   OKAY.  DID YOU KNOW THE PARTICULAR PHARMACEUTICAL

03:36PM  10   COMPANIES THAT THERANOS HAD WORKED WITH PRIOR TO 2013?

03:36PM  11   A.   NOT BY NAME.

03:36PM  12   Q.   OKAY.  DID YOU UNDERSTAND FROM MR. CHRIS LUCAS THAT THERE

03:36PM  13   HAD BEEN REFINEMENT AND DEVELOPMENT OF THE TECHNOLOGY PRIOR TO

03:36PM  14   2013?

03:36PM  15   A.   I DID.

03:36PM  16   Q.   AND DID HE GIVE PERIODIC UPDATES ON THAT DURING THE COURSE

03:36PM  17   OF THOSE YEARS?

03:36PM  18   A.   YOU KNOW, CERTAINLY IN OUR CONVERSATIONS I WOULD HAVE

03:36PM  19   ASKED HIM, OR WE WOULD HAVE HAD DISCUSSIONS ABOUT THE STATE OF

03:36PM  20   THE TECHNOLOGY.

03:36PM  21   Q.   OKAY.  AND DO YOU RECALL IF HE MENTIONED THAT THERE WERE

03:36PM  22   VARIOUS SERIES OF THE TECHNOLOGY THAT THERANOS HAD DEVELOPED?

03:36PM  23   A.   I DON'T REMEMBER SPECIFIC CONVERSATIONS ABOUT SERIES.

03:36PM  24   Q.   OKAY.  DO YOU RECALL WHEN THERE WAS A FIRST CONVERSATION

03:37PM  25   THAT THERE HAD BEEN A REFERENCE TO A THERANOS 1.0 DEVICE?

03:37PM   1      A.   I REMEMBER SEEING 1.0 --

03:37PM   2      Q.   YEAH.

03:37PM   3      A.   -- IN SOME OF THOSE EARLY MATERIALS THAT WE RECEIVED.

03:37PM   4      Q.   OKAY.  AND DO YOU KNOW WHAT SERIES THERANOS HAD DEVELOPED

03:37PM   5      TO BY 2013?

03:37PM   6      A.   I DON'T KNOW THE SPECIFICS SERIES NUMBER.

03:37PM   7      Q.   OKAY.  YOU DIDN'T HAVE THE DETAILED INFORMATION ABOUT

03:37PM   8      WHERE THEY WERE IN THE DEVELOPMENT OF THEIR TECHNOLOGY?

03:37PM   9      A.   WELL, I KNEW THE TECHNOLOGY HAD STARTED FROM A LIMITED SET

03:37PM  10      OF TESTS, OR A SMALL SET OF TESTS TO, YOU KNOW, I THINK AROUND

03:37PM  11      THIS 2013 TIMEFRAME THERE WERE THOUSANDS OF TESTS THAT COULD BE

03:37PM  12      RUN AND SO THAT REPRESENTED A SUBSTANTIAL IMPROVEMENT.

03:37PM  13           SO I DON'T KNOW IF IT WENT FROM 1.0 TO 12.0 OR 10.0, BUT

03:37PM  14      THERE WAS --

03:37PM  15      Q.   DID MS. HOLMES MAKE REFERENCE IN THE RECORDING WE JUST

03:37PM  16      HEARD TO THOUSANDS OF TESTS?

03:37PM  17      A.   SHE DID NOT.

03:37PM  18      Q.   DID SHE ASSOCIATE THERANOS'S DEVICE AT THAT TIME WITH

03:38PM  19      THOUSANDS OF TESTS?

03:38PM  20      A.   NOT ON THAT CALL.

03:38PM  21      Q.   OKAY.  NOW, YOU WERE ASKED QUESTIONS ABOUT THE PORTION OF

03:38PM  22      THIS CONVERSATION THAT RELATED TO QUESTIONING OF MS. HOLMES;

03:38PM  23      CORRECT?

03:38PM  24      A.   I'M SORRY, I DON'T UNDERSTAND.

03:38PM  25      Q.   WELL, THE PORTIONS OF THE CALL THAT HAVE BEEN PLAYED THUS

03:38PM  1    FAR ARE PORTIONS OF A CALL WHERE MS. HOLMES IS PRESENT ON THE

03:38PM  2    CALL; CORRECT?

03:38PM  3    A.   CORRECT.

03:38PM  4    Q.   BUT THEN THE TAPE CONTINUED; CORRECT?

03:38PM  5    A.   THAT'S CORRECT.

03:38PM  6    Q.   AND INDIVIDUALS ON THE CALL HAD THE OPPORTUNITY TO ASK

03:38PM  7    QUESTIONS OF CHRIS LUCAS; CORRECT?

03:38PM  8    A.   CORRECT.

03:38PM  9    Q.   AND DID YOU ASK ANY QUESTIONS OF CHRIS LUCAS DURING THAT

03:38PM 10    TIME?

03:38PM 11    A.   NOT ON THAT CALL.

03:38PM 12    Q.   DID MR. HALL ASK QUESTIONS OF CHRIS LUCAS DURING THAT

03:39PM 13    PERIOD?

03:39PM 14    A.   I THINK HE MAY HAVE ASKED A FOLLOWUP.

03:39PM 15    Q.   LET ME ASK THAT THE FOLLOWING SEGMENT OF 1349 BE PLAYED.

03:39PM 16         1349-A.

03:39PM 17              MR. SCHENK:  I'M SORRY.  IS THIS SOMETHING THAT HAS

03:39PM 18    BEEN PREVIOUSLY PUBLISHED?

03:39PM 19              MR. DOWNEY:  WELL, IT'S WITHIN THE RECORDING THAT HE

03:39PM 20    HAS ALREADY AUTHENTICATED, YES.

03:39PM 21              THE COURT:  OKAY.  THAT'S FINE.  THAT CAN BE PLAYED

03:39PM 22    NOW.

03:39PM 23    "MEETING OPERATOR:  THANK YOU.  THE NEXT QUESTION COMES

03:39PM 24    FROM CRAIG HALL.  PLEASE GO AHEAD."

03:39PM 25              MR. SCHENK:  I'M SORRY, YOUR HONOR.  OBJECTION.

03:39PM  1          THIS IS NOT SOMETHING THAT WAS PREVIOUSLY PLAYED FOR THE

03:39PM  2   JURY.  THIS IS A DIFFERENT PART OF 1349.  HEARSAY.

03:39PM  3          MR. DOWNEY:  IT'S PART OF THE SAME RECORDING.  THIS

03:39PM  4   IS JUST A SEGMENT THAT WE WISH TO PLAY FOR THE BENEFIT OF THE

03:39PM  5   JURY.

03:39PM  6          THE COURT:  WELL, LET'S SEE.  ALL RIGHT.  LET'S

03:40PM  7   IDENTIFY THIS SO I CAN FIND IT.

03:40PM  8       THIS IS IN 1349.  THIS IS SIDE B THEN?

03:40PM  9          MR. SCHENK:  YES, YOUR HONOR.

03:40PM 10          THE COURT:  AND DO YOU HAVE -- MR. DOWNEY, DO YOU

03:40PM 11   HAVE THE GOVERNMENT'S TRANSCRIPT THAT YOU COULD GUIDE ME TO?

03:40PM 12          MR. DOWNEY:  I DO, YOUR HONOR, AND IT WILL BE

03:40PM 13   TOWARDS THE BACK OF THE TRANSCRIPT.

03:40PM 14          MR. SCHENK:  YOUR HONOR, I BELIEVE IT'S ON PAGE 18,

03:40PM 15   LINE 6.

03:40PM 16          THE COURT:  YES.  THIS WAS NOT PLAYED PREVIOUSLY.

03:40PM 17          MR. DOWNEY:  IT WAS NOT PLAYED PREVIOUSLY, BUT IT IS

03:40PM 18   PART OF THE SAME RECORDING THAT MR. SCHENK PLAYED.

03:40PM 19          MR. SCHENK:  YOUR HONOR, WE MET ON 106 AND THIS WAS

03:40PM 20   NOT PRESENTED TO THE GOVERNMENT.

03:40PM 21          MR. DOWNEY:  I BEG YOUR PARDON, I THOUGHT IT WAS.

03:40PM 22          THE COURT:  LET ME LET YOU MEET AND CONFER FOR JUST

03:40PM 23   A MOMENT ABOUT THIS WHILE I LOOK AT THIS.  THANK YOU.

03:41PM 24       (DISCUSSION OFF THE RECORD.)

03:42PM 25          MR. SCHENK:  YOUR HONOR, WE STILL OBJECT ON HEARSAY,

03:42PM   1    AND I'M NOT SURE -- THIS HAS NOT BEEN PREVIOUSLY PLAYED FOR THE

03:42PM   2    JURY.  IT HASN'T BEEN MOVED INTO EVIDENCE YET, SO I THINK WE

03:42PM   3    HAVE TO GET OVER THAT HURDLE BEFORE IT COMES IN.

03:42PM   4             THE COURT:  IT ALSO SEEMS TO BE A DIFFERENT PARTY

03:42PM   5    SPEAKING.

03:42PM   6             MR. SCHENK:  YES, YOUR HONOR.

03:42PM   7             MR. DOWNEY:  IT IS THE PARTY THROUGH WHOM

03:42PM   8    MR. TOLBERT HAS TESTIFIED HE INVESTED AND RECEIVED INFORMATION

03:42PM   9    ABOUT THE COMPANY FOR THE PRIOR SEVEN YEARS, AND IT'S AN

03:43PM  10    EXCHANGE THAT COMPLETES THE CALL AND PURPORTS TO EXPLAIN

03:43PM  11    PORTIONS OF THE CALL THAT HAVE PREVIOUSLY -- IN WHICH

03:43PM  12    MS. HOLMES PREVIOUSLY PARTICIPATED AND --

03:43PM  13             THE COURT:  I SEE THAT.

03:43PM  14         BUT THE SPEAKER IS NOT MS. HOLMES.  IT'S SOMEBODY ELSE

03:43PM  15    ANSWERING A QUESTION --

03:43PM  16             MR. DOWNEY:  THAT'S CORRECT.

03:43PM  17             THE COURT:  -- THAT'S POSED ABOUT A DIFFERENT TOPIC.

03:43PM  18             MR. DOWNEY:  THAT'S CORRECT.

03:43PM  19             THE COURT:  AND I DON'T SEE THE 106 CONNECTION

03:43PM  20    THERE.  THAT'S MY PROBLEM.

03:43PM  21             MR. DOWNEY:  WELL, THIS WITNESS HAS BEEN TESTIFYING

03:43PM  22    ABOUT WHAT'S IMPORTANT TO HIS ENTITY AS AN INVESTOR.

03:43PM  23         THE QUESTION IS THE ONLY QUESTION THAT HIS ENTITY ASKS,

03:43PM  24    OTHER THAN THE ONE THAT HAS BEEN PLAYED.

03:44PM  25             THE COURT:  WELL, THE QUESTION IS TO -- AS I READ

03:44PM  1    THE TRANSCRIPT, MR. DOWNEY, I JUST DON'T SEE THE RELATIONSHIP

03:44PM  2    BETWEEN THAT AND THE QUESTION THAT HE'S PREVIOUSLY ASKED.  I

03:44PM  3    JUST DON'T SEE IT IN THE 106 CONTEXT.

03:44PM  4        MAYBE YOU CAN ASK SOME MORE QUESTIONS ABOUT THIS FOR

03:44PM  5    FOUNDATION.

03:44PM  6            MR. DOWNEY:  SURE.

03:44PM  7            THE COURT:  WELL, MR. LOOBY IS GOING TO GIVE YOU A

03:44PM  8    LIFELINE HERE.

03:44PM  9            MR. DOWNEY:  YOUR HONOR, IF THERE ARE PORTIONS OF

03:44PM 10    THIS -- WELL, LET ME EXPLAIN AGAIN FOR JUST ONE MOMENT.

03:44PM 11        I THINK THE WITNESS ALREADY TESTIFIED THAT THE ENTIRE TAPE

03:44PM 12    IS A TAPE RECORDING OF THE SAME CONVERSATION.  THE ONLY

03:44PM 13    VARIATION IS PARTICIPANTS GOING IN AND OUT.

03:44PM 14        THERE'S ONLY A PORTION OF THE TAPE FOR MS. HOLMES IS A

03:44PM 15    PARTICIPANT.

03:45PM 16        THE TAPE THEN CONTINUES AND THEN THERE'S A DISCUSSION,

03:45PM 17    WHICH IS A DISCUSSION OF INFORMATION THAT IS IMPORTANT TO

03:45PM 18    POTENTIAL INVESTORS, INCLUDING THE WITNESS'S GROUP, AS TO

03:45PM 19    WHETHER TO INVEST OR NOT AT THIS TIME.

03:45PM 20        I WOULD CERTAINLY THINK IT GOES TO MATERIALITY.

03:45PM 21        THERE'S NOT -- I DON'T KNOW IF THERE'S A HEARSAY CONCERN

03:45PM 22    OR WHAT THE CONCERN IS.  IT'S NOT A 106 CONCERN CERTAINLY.

03:45PM 23            THE COURT:  WELL, THE RELEVANCE OF THIS IS YOU'RE

03:45PM 24    TRYING TO SEE WHETHER OR NOT THIS INFORMATION WAS MATERIAL TO

03:45PM 25    THIS WITNESS'S INVESTMENT?

TOLBERT CROSS BY MR. DOWNEY                                        4545

03:45PM   1            MR. DOWNEY:  THAT'S CORRECT.

03:45PM   2            THE COURT:  AND MAYBE YOU SHOULD HAND THE WITNESS

03:45PM   3    THE TRANSCRIPT AND SEE IF THAT ANSWER -- HE READS THE

03:45PM   4    TRANSCRIPT AND THEN YOU CAN ASK THE QUESTION, AND IF IT WAS,

03:45PM   5    THEN MAYBE YOU PLAY IT.

03:45PM   6            MR. DOWNEY:  SURE.

03:45PM   7        IS THERE A REASON, YOUR HONOR, WE CAN'T -- I DON'T

03:46PM   8    UNDERSTAND THE BASIS ON WHICH WE WOULDN'T BE ABLE TO PLAY

03:46PM   9    PORTIONS OF THE SAME CALL WHERE THE DISCUSSION IS ALL RELATED

03:46PM  10    TO THE SAME THING.

03:46PM  11            THE COURT:  WELL, WHAT YOU'VE TOLD ME IS THAT THE

03:46PM  12    BASIS OF THIS COMING IN IS THAT YOU THINK IT'S MATERIAL TO

03:46PM  13    THAT.

03:46PM  14        BUT IF IT'S NOT MATERIAL, THEN IT'S NOT RELEVANT, IS IT?

03:46PM  15            MR. DOWNEY:  THAT'S RIGHT.

03:46PM  16        BUT THE GOVERNMENT WAS ALLOWED TO PLAY THE ENTIRE TAPES

03:46PM  17    AND THEN HAVE THE DISCUSSION AFTER THE TAPE WAS PLAYED.

03:46PM  18            THE COURT:  RIGHT.  BUT YOU'RE OFFERING THIS FOR --

03:46PM  19    I GUESS I'M JUST SAYING, SHOULDN'T WE FIND OUT WHETHER OR NOT

03:46PM  20    THIS WAS MATERIAL TO HIS DECISION?

03:46PM  21            MR. DOWNEY:  WELL, IT'S NOT ENTIRELY DEPENDENT ON

03:46PM  22    HIS TESTIMONY.  IT'S CONTEMPORANEOUS EVIDENCE OF WHAT WAS

03:46PM  23    IMPORTANT.

03:46PM  24            THE COURT:  WELL, THEN WE'RE BACK TO THE 106 THEN.

03:46PM  25    WE'RE KIND OF GOING IN A CIRCLE HERE.

TOLBERT CROSS BY MR. DOWNEY                                    4546

03:46PM  1            MR. DOWNEY:  I DON'T THINK IT'S A 106 ISSUE.

03:46PM  2        MR. SCHENK HAS HAD THE OPPORTUNITY TO, TO REVIEW IT.  I

03:46PM  3    MEAN, WE CAN PLAY THE ENTIRE TAPE, WHICH I SUGGESTED BEFORE,

03:46PM  4    BUT I JUST DON'T -- WE'VE ALREADY HEARD THE ONE QUESTION THAT

03:46PM  5    THIS ENTITY ASKED.

03:46PM  6        I JUST WANT TO PLAY THE OTHER ONE.

03:46PM  7            THE COURT:  AND YOU'D LIKE TO PLAY FROM LINE 6 --

03:47PM  8    PAGE 18, LINE 6, THROUGH PAGE 20, LINE 22?  OR LESS THAN THAT?

03:47PM  9            MR. DOWNEY:  YES -- PAGE 18, LINE 6, THROUGH PAGE

03:47PM  10   20, LINE 25.

03:47PM  11           THE COURT:  DOWN TO THE BOTTOM.

03:47PM  12       AND YOU HAVE QUESTIONS FOR THIS WITNESS REGARDING THIS

03:47PM  13   COLLOQUY?

03:47PM  14           MR. DOWNEY:  I DO.

03:47PM  15           THE COURT:  SO IS IT POSSIBLE -- CAN YOU FRAME YOUR

03:47PM  16   QUESTION AND THEN PLAY THE TAPE AND ASK HIM IF IT ANSWERS THE

03:48PM  17   QUESTION.

03:48PM  18           MR. DOWNEY:  WELL, I THINK I HAVE A SERIES OF

03:48PM  19   QUESTIONS.  THE FIRST QUESTION WILL BE WHETHER THE VOICE THAT

03:48PM  20   IS ASKING THE QUESTION IS, IN FACT, MR. HALL TO WHOM HE

03:48PM  21   REPORTS.

03:48PM  22       BUT THEN THE SECOND QUESTION WILL -- I DON'T PLAN TO

03:48PM  23   QUESTION IN DETAIL HERE.  THIS WAS THE QUESTION --

03:48PM  24           THE COURT:  I'M NOT TRYING TO GIVE YOU TROUBLE HERE.

03:48PM  25           MR. DOWNEY:  YES.

TOLBERT CROSS BY MR. DOWNEY                                    4547

03:48PM   1            THE COURT:  WE'RE DISCUSSING WHETHER THIS IS AN

03:48PM   2     8 TRACK TAPE, A CASSETTE, OR A MICROCASSETTE.

03:48PM   3        BUT -- WELL, I'LL ALLOW THIS TO BE PLAYED.  IT'S LINE 6

03:48PM   4     THROUGH -- ON PAGE 18, THROUGH PAGE 20, LINE 25.

03:48PM   5        DO YOU HAVE THAT CUED UP ALREADY?

03:48PM   6            MR. DOWNEY:  YES.

03:48PM   7            THE COURT:  AND YOU'D LIKE TO PLAY THE ENTIRETY?

03:48PM   8     YOU HAVE THE EXAMINATION FOLLOWING THAT?

03:48PM   9            MR. DOWNEY:  YES.

03:48PM  10            THE COURT:  ALL RIGHT.  THANK YOU.  WE'LL PLAY THAT.

03:48PM  11     THANK YOU.

03:48PM  12        "MEETING OPERATOR:  THANK YOU.  OUR NEXT QUESTION COMES

03:48PM  13     FROM CRAIG HALL.  PLEASE GO AHEAD.

03:48PM  14        "QUESTIONER:  HI, CHRIS.  I'M CONFUSED A LITTLE BIT ON THE

03:48PM  15     SHARE PRICING.  ELIZABETH TALKED FAIRLY QUICKLY ABOUT 13.4 OR 5

03:49PM  16     MILLION AND UP TO THAT NUMBER AT $15 A SHARE.  AND THEN 225

03:49PM  17     MILLION AT HIGHER SHARE PRICES ALL RELATED TO SOME STRATEGIC

03:49PM  18     PARTNER AGREEMENT.  AND THEN SHE TALKED ABOUT A SHARE SPLIT AND

03:49PM  19     EARLIER SHE TALKED ABOUT $75 IN SHARE.  SO IS THE $15 THE SAME

03:49PM  20     THING AS THE $75 AFTER THE MULTIPLE OR -- HOW DOES IT ALL

03:49PM  21     RELATE TO THE CAPITALIZATION AND KIND OF WHERE WE ARE NOW AT

03:49PM  22     WHAT IS BEING OFFERED HERE?  IT'S A LITTLE HARD FOR ME TO

03:49PM  23     FOLLOW THE BOUNCING BALL.

03:49PM  24        "MR. LUCAS:  SO, CRAIG, THANKS.  HI.  SO, YES, SHE RAN

03:49PM  25     THROUGH THOSE NUMBERS QUICKLY AND -- I WAS DOING THE MATH ALSO

TOLBERT CROSS BY MR. DOWNEY                                    4548

03:49PM  1    IN MY HEAD.  SO TO BE CLEAR, WHEN THE -- WE'VE INVESTED TWICE

03:49PM  2    IN THERANOS, SERIES B AND SERIES C.  SERIES B WE INVESTED AT

03:50PM  3    ABOUT 90 CENTS A SHARE.  SERIES C WAS A LITTLE UNDER $3 PER

03:50PM  4    SHARE.  OKAY?  AND THAT RELATES TO THE $75 VALUE.  SO THAT'S

03:50PM  5    ALL PRE-SPLIT SHARES.  SO, IF YOU PAID $3, YOU KNOW, IN SERIES

03:50PM  6    C, THAT $3 IS NOW WORTH $75.

03:50PM  7         "WHAT THEY EFFECTED, AND THESE ARE IN SOME OF THE

03:50PM  8    DOCUMENTS I'VE SIGNED, IS A FIVE FOR ONE FORWARD SPLIT.  SO

03:50PM  9    THERE ARE FIVE TIMES AS MANY SHARES THAT THE COMPANY HAS AND

03:50PM  10   THAT WE OWN AND SO NOW THE PRICE IS AT $15 PER SHARE.  SO

03:50PM  11   THAT'S THE PRICE THAT SHE'S TALKING ABOUT.

03:50PM  12        "GOING FORWARD -- NOW, IF I WAS DOING THE MATH CORRECTLY,

03:50PM  13   SHE SAYS THERE'S ABOUT 13 MILLION SHARES THAT CAN BE EXERCISED

03:51PM  14   THIS YEAR.  AND SO IF YOU MULTIPLY 15 TIMES 13 THAT'S, YOU

03:51PM  15   KNOW, CLOSE TO $200 MILLION THAT SHE TALKED ABOUT.  THEN IF WE

03:51PM  16   GO FORWARD, SHE SAID NEXT YEAR THERE ARE A COUPLE HUNDRED

03:51PM  17   MILLION SHARES THAT ARE AUTHORIZED.

03:51PM  18        "SO I SHOULD SAY THAT ACTIONS THAT SHE'S TAKING JUST

03:51PM  19   COOPERATE-WISE IN THE DOCUMENTS THAT I HAVE BEEN SIGNING

03:51PM  20   RECENTLY, FIRST OFF, I SHOULD SAY SHE -- SHE HAS CONTROLLING

03:51PM  21   INTERESTS OF THE COMPANY.  SHE HAS A FIRM GRASP ON THE COMPANY.

03:51PM  22   OKAY?  LET THERE BE NO MISTAKE, BOTH IN HOW SHE LEADS IT AND

03:51PM  23   THEN LEGALLY AND CONTRACTUALLY.

03:51PM  24        "SHE HAS DONE SOME THINGS IN THOSE DOCUMENTS THAT ALLOWS

03:51PM  25   HER TO MAINTAIN CONTROL BECAUSE SHE IS CONCERNED ABOUT SOME

ER-6291

03:51PM 1    FOLKS THAT MAY END UP INVESTING IN THE COMPANY, A PARTNER AND

03:52PM 2    SO FORTH, WHERE, GEE, THEY AREN'T ACTING RESPONSIBLY AS A

03:52PM 3    PARTNER AND SO MAYBE SHE WOULD WANT TO CASH THEM OUT.  SO SHE

03:52PM 4    WOULD HAVE THE RIGHT TO DO THAT.

03:52PM 5        "SO LET THERE BE NO MISTAKE, JUST LIKE SOME OF THE OTHER

03:52PM 6    HIGH FLYING COMPANIES IN SILICON VALLEY, THE STRUCTURE IS IN

03:52PM 7    PLACE THAT EVEN AFTER THE COMPANY GOES PUBLIC -- AND THAT IS

03:52PM 8    WHY THE SPLIT AND SO FORTH AND DIFFERENT CLASSES OF STOCK --

03:52PM 9    THAT EVEN AFTER THE COMPANY GOES PUBLIC, SHE WILL MAINTAIN THE

03:52PM 10   ESSENTIAL CONTROL, WHICH HAS BEEN BRILLIANTLY PLANNED BY

03:52PM 11   THEMSELVES AND THEIR LAW FIRM.  AND HAVING SAID THAT, FOLLOWING

03:52PM 12   THE SAME PLAY BOOK AS SOME OF THE OTHER NOTABLE COMPANIES.

03:52PM 13       "I WOULD MAKE ANOTHER COMMENT JUST IN THIS FINANCING, AS

03:52PM 14   SHE SAID, THERE ARE A HOST OF HIGH PROFILE COMPANIES THAT ARE

03:52PM 15   INTERESTED IN INVESTING AT THAT HIGHER DOLLAR AMOUNT.  SO IT

03:53PM 16   GIVES ME CONFIDENCE THAT THIS IS BEING WELL-VETTED BY THE VERY

03:53PM 17   SOPHISTICATED MONEY.  AND AS YOU CAN IMAGINE, THE TOP TIER

03:53PM 18   BANKS AROUND THE COUNTRY ARE ALL OVER WANTING TO PARTICIPATE IN

03:53PM 19   THIS.

03:53PM 20       "SO HOPEFULLY, CRAIG, THAT ANSWERS WHAT YOU'RE ASKING.

03:53PM 21   AND IF NOT, PLEASE, YOU KNOW, ASK OR CALL ME, CERTAINLY."

03:53PM 22   BY MR. DOWNEY:

03:53PM 23   Q.   MR. TOLBERT, DO YOU RECOGNIZE THE VOICE OF THE PERSON WHO

03:53PM 24   ASKED THAT QUESTION AS CRAIG HALL?

03:53PM 25   A.   I DO.

03:53PM 1    Q.   AND DO YOU RECOGNIZE THE VOICE OF THE PERSON WHO ANSWERED

03:53PM 2    THAT QUESTION AS CHRIS LUCAS?

03:53PM 3    A.   I DO.

03:53PM 4    Q.   AND IN SUMMARY FORM, DID MR. HALL'S QUESTION RELATE TO THE

03:53PM 5    AMOUNT OF MONEY THAT THE HALL GROUP WOULD HAVE REALIZED ON THE

03:53PM 6    PROFIT IT HAD MADE THUS FAR?

03:53PM 7    A.   I THINK HIS QUESTION RELATED TO WHAT THE VALUE WAS THAT WE

03:54PM 8    WERE INVESTING, THAT OUR 2013 POTENTIAL INVESTMENT WOULD BE

03:54PM 9    MADE AT.

03:54PM 10   Q.   OKAY.  BUT HE DID NOT ASK ANY QUESTION OF MR. LUCAS EITHER

03:54PM 11   ABOUT THE PHARMA BUSINESS; CORRECT?

03:54PM 12   A.   NOT IN THAT INTERCHANGE.

03:54PM 13   Q.   AND HE DID NOT ASK MR. LUCAS ANY QUESTIONS ABOUT WHAT

03:54PM 14   MS. HOLMES HAD JUST SAID ABOUT THE MILITARY BUSINESS; CORRECT?

03:54PM 15   A.   NOT IN THAT INTERCHANGE.

03:54PM 16   Q.   AND ARE THERE ANY OTHER QUESTIONS THAT YOU ARE AWARE OF

03:54PM 17   THAT MR. HALL ASKED DURING THE COURSE OF THAT TAPE OR

03:54PM 18   CONVERSATION?

03:54PM 19   A.   I DON'T BELIEVE THERE'S ANY OTHERS.

03:54PM 20   Q.   OKAY.  HOW SOON AFTER THAT CONVERSATION DID THE HALL GROUP

03:54PM 21   DECIDE TO MAKE AN INVESTMENT IN THERANOS?

03:54PM 22   A.   SO I BELIEVE THAT PHONE CALL WAS ON DECEMBER 20TH.  WE

03:55PM 23   MADE THE INVESTMENT AND WIRED THE FUNDS ON DECEMBER 31ST, SO

03:55PM 24   THAT WOULD HAVE BEEN 11 DAYS.

03:55PM 25   Q.   DO YOU KNOW IN THAT INTERIM WHEN THE DECISION WAS MADE?

TOLBERT CROSS BY MR. DOWNEY                                      4551

03:55PM  1    A.   NOT SPECIFICALLY.

03:55PM  2    Q.   AND AGAIN, BETWEEN THE 20TH OF DECEMBER AND THE 31ST OF

03:55PM  3    DECEMBER, DID YOU REQUEST ANY FURTHER INFORMATION -- YOU

03:55PM  4    PERSONALLY REQUEST ANY FURTHER INFORMATION OF THERANOS?

03:55PM  5    A.   NOT DIRECTLY.

03:55PM  6    Q.   WHEN YOU SAY "NOT DIRECTLY," DID YOU ASK FOR INFORMATION

03:55PM  7    INDIRECTLY?

03:55PM  8    A.   I THINK I PROBABLY HAD A CONVERSATION WITH CHRIS LUCAS --

03:55PM  9    WELL, I KNOW I HAD SEVERAL CONVERSATIONS WITH CHRIS AFTER THIS

03:55PM 10    PHONE CALL ON THE 20TH AND BEFORE THE 31ST, AND SO I WOULD HAVE

03:55PM 11    ASKED HIM FOR -- WE WOULD HAVE HAD ADDITIONAL DISCUSSION AND

03:55PM 12    THERE WOULD HAVE BEEN THINGS THAT I ASKED HIM FOR.

03:55PM 13    Q.   DID YOU ASK HIM TO GO AND GET DOCUMENTS, FOR EXAMPLE, FROM

03:55PM 14    THERANOS?

03:55PM 15    A.   I DON'T REMEMBER SPECIFICALLY.

03:55PM 16    Q.   OKAY.  DID YOU ASK HIM TO GET ANY OF THE CONTRACTS THAT

03:56PM 17    THERANOS HAD IN PLACE WITH RETAILERS, FOR EXAMPLE?

03:56PM 18    A.   I DID NOT ASK HIM THAT.

03:56PM 19    Q.   YOU HEARD DURING THE COURSE OF THE CALL SEGMENTS THAT

03:56PM 20    MR. SCHENK PLAYED TO YOU THAT THERE WAS REFERENCE TO STRATEGIC

03:56PM 21    PARTNERS MAKING AN INVESTMENT.

03:56PM 22        YOU HEARD THAT?  DO YOU RECALL THAT?

03:56PM 23    A.   I DID, YEP.

03:56PM 24    Q.   AND DO YOU KNOW WHAT HAD HAPPENED TO CHANGE THE TERMS OF

03:56PM 25    THOSE RELATIONSHIPS AND LED TO AN INVESTMENT AT THE END OF

TOLBERT CROSS BY MR. DOWNEY                                      4552

03:56PM  1    2013?

03:56PM  2    A.   WELL, MY UNDERSTANDING FROM THOSE PERIODIC PHONE CALLS

03:56PM  3    WITH MR. LUCAS IS THAT THE COMPANY WAS MAKING GREAT PROGRESS

03:56PM  4    AND IT WAS EVIDENCED BY COMING OUT OF STEALTH MODE AND THE

03:56PM  5    ANNOUNCEMENT OF THE PARTNERSHIP WITH WALGREENS.

03:56PM  6         SO THOSE WERE THE THINGS THAT I THOUGHT KIND OF INDICATED

03:56PM  7    THAT THERE WAS MOMENTUM AROUND THOSE RELATIONSHIPS.

03:56PM  8    Q.   DID YOU KNOW ANYTHING ABOUT AGREEMENTS THAT WERE SIGNED IN

03:56PM  9    THAT WINDOW BETWEEN DECEMBER 20TH AND DECEMBER 31ST BETWEEN

03:57PM 10    RETAILERS AND THERANOS?

03:57PM 11    A.   I HADN'T SEEN SPECIFIC CONTRACTS.

03:57PM 12    Q.   AND YOU HADN'T ASKED FOR SPECIFIC CONTRACTS; RIGHT?

03:57PM 13    A.   NO.

03:57PM 14    Q.   AND DID YOU IN THAT PERIOD GO TO ONE OF THE WALGREENS

03:57PM 15    STORES WHERE, YOU KNOW, THE THERANOS OPERATION WAS IN PLACE?

03:57PM 16    A.   NOT IN 2013.

03:57PM 17    Q.   OKAY.  YOU WENT AT A LATER TIME; CORRECT?

03:57PM 18    A.   I DID GO AT A LATER TIME.

03:57PM 19    Q.   AND WHEN YOU WENT AT A LATER TIME, DID YOU HAVE AN ORDER

03:57PM 20    FROM YOUR PHYSICIAN FOR A BLOOD TEST?

03:57PM 21    A.   I DID.

03:57PM 22    Q.   AND WHEN YOU GAVE THAT ORDER TO THE PHLEBOTOMIST OR TO THE

03:57PM 23    PERSON AT WALGREENS, THEY TOLD YOU THAT YOUR BLOOD WOULD HAVE

03:57PM 24    TO BE DRAWN BY VENOUS DRAW; CORRECT?

03:57PM 25    A.   WELL, ON THE ORDER -- JUST TO BE CLEAR, ON THE ORDER THERE

03:57PM   1     WERE TWO OR THREE DIFFERENT TESTS THAT WERE NOTED, AND THEY

03:57PM   2     TOLD ME THAT FOR ONE OF THE TESTS THERE WOULD HAVE TO BE A

03:57PM   3     VENOUS DRAW DONE.

03:57PM   4     Q.   OKAY.  AND DID YOU THEN HAVE THE VENOUS DRAW DONE?

03:58PM   5     A.   I DID NOT.  I HAD THE FINGERSTICK DONE FOR THE PORTION

03:58PM   6     THAT I COULD DO THAT WAY.  BUT I DID NOT HAVE THE VENOUS DRAW

03:58PM   7     DONE.

03:58PM   8     Q.   SO YOU CANCELLED OUT ESSENTIALLY ONE OF THE ORDERS THAT

03:58PM   9     YOUR DOCTOR HAD FILLED OUT IN THE FORM FOR YOU; IS THAT RIGHT?

03:58PM   10    A.   CORRECT.

03:58PM   11    Q.   NOW, I THINK YOU HAD TESTIFIED THAT YOUR UNDERSTANDING IN

03:58PM   12    THIS CALL IN 2013 WAS THAT, YOU KNOW, THERANOS HAD MADE VENOUS

03:58PM   13    DRAWS NO LONGER NECESSARY.  IS THAT THE ESSENCE OF WHAT YOU

03:58PM   14    SAID TO MR. SCHENK?

03:58PM   15    A.   THAT'S WHAT I BELIEVED IN 2013.

03:58PM   16    Q.   AND SO WERE YOU SHOCKED WHEN YOU WENT IN 2015 AND HAD TO

03:58PM   17    HAVE A VENOUS DRAW?

03:58PM   18    A.   I WAS SURPRISED.

03:58PM   19    Q.   AND DID YOU CONTACT MR. CHRIS LUCAS AT THAT TIME?

03:58PM   20    A.   YOU KNOW, I DIDN'T -- I BELIEVE I DID HAVE A CONVERSATION

03:58PM   21    WITH CHRIS WHERE I REFERENCED THAT EXPERIENCE.

03:58PM   22    Q.   OKAY.  AND DID YOU CONTACT MS. HOLMES ABOUT THAT

03:58PM   23    EXPERIENCE?

03:58PM   24    A.   I DID NOT CALL MS. HOLMES.

03:58PM   25    Q.   AND DID YOU CALL ANYONE ELSE AT THERANOS ABOUT THAT

TOLBERT CROSS BY MR. DOWNEY                                          4554

03:58PM   1    EXPERIENCE?

03:58PM   2    A.   I DID NOT.

03:58PM   3    Q.   I'D LIKE TO SHOW YOU A DOCUMENT THAT IS MARKED AS

03:59PM   4    EXHIBIT 1393.

03:59PM   5    A.   IS THAT ONE IN THE BINDER THAT I CURRENTLY HAVE OR IS THAT

03:59PM   6    IN THE --

03:59PM   7    Q.   IT SHOULD BE IN THE BINDER THAT YOU CURRENTLY -- LET ME --

03:59PM   8    ACTUALLY, I DON'T THINK I'VE GIVEN YOU YOUR BINDER YET, SO --

03:59PM   9         YOUR HONOR, MAY I APPROACH THE WITNESS?

03:59PM  10         THE COURT:  YES.

04:00PM  11         (PAUSE IN PROCEEDINGS.)

04:00PM  12         THE COURT:  MR. DOWNEY, LET ME JUST ASK YOU, SIR,

04:00PM  13    HOW MUCH LONGER DO YOU THINK YOU HAVE?

04:00PM  14         MR. DOWNEY:  MAYBE 15 TO 20 MINUTES.

04:00PM  15         THE COURT:  AND I'M JUST TRYING TO TIME THIS.

04:00PM  16     AND I THINK THIS IS AN OUT OF TOWN WITNESS.  IS THAT

04:00PM  17    RIGHT?

04:00PM  18         MR. DOWNEY:  I BELIEVE IT IS, YES.

04:00PM  19         MR. SCHENK:  YES.

04:00PM  20         THE COURT:  AND THEN, MR. SCHENK, WHAT DO YOU

04:00PM  21    THINK -- I'M TRYING TO SEE HOW MUCH TIME WE HAVE LEFT WITH THIS

04:00PM  22    WITNESS AND THEN I CAN ASK THE JURY WHETHER OR NOT IT'S,

04:01PM  23    THEY'RE WILLING TO STAY TO COMPLETE THIS WITNESS'S TESTIMONY

04:01PM  24    JUST BECAUSE OF THE TRAVEL.

04:01PM  25         MR. SCHENK:  MR. DOWNEY SAID 15 TO 20 MINUTES?  I

TOLBERT CROSS BY MR. DOWNEY                                          4555

04:01PM 1    THINK IF WE WENT TO THE BOTTOM OF THE HOUR -- ONE QUESTION

04:01PM 2    REMAINS THAT WE HAD DISCUSSED THIS MORNING ABOUT TIMING AND

04:01PM 3    WHETHER DOCUMENTS AFTER A CERTAIN DATE WOULD COME IN, AND

04:01PM 4    THAT'S STILL UNKNOWN TO ME AND SO THAT MIGHT AFFECT IT.

04:01PM 5            MR. DOWNEY:  I DON'T THINK THAT WILL BE -- I DON'T

04:01PM 6    THINK THAT WILL EVENTUATE, YOUR HONOR.

04:01PM 7            THE COURT:  IT SOUNDS LIKE THAT'S NOT GOING TO BE AN

04:01PM 8    ISSUE.

04:01PM 9            MR. SCHENK:  I WOULD THINK I HAVE 15 MINUTES IN

04:01PM 10   REDIRECT, MAYBE LESS.

04:01PM 11           THE COURT:  IT SOUNDS LIKE WE WOULD BE GOING BEFORE

04:01PM 12   5:00 O'CLOCK, IF I WERE TO ASK THIS GOOD JURY IF THEY WOULD

04:01PM 13   STAY UNTIL 5:00 O'CLOCK.

04:01PM 14           MR. DOWNEY:  I THINK FOR CERTAIN, YOUR HONOR, YES.

04:01PM 15           THE COURT:  OKAY.  LET ME TURN TO THE JURY.

04:01PM 16       LADIES AND GENTLEMEN, I -- I WANT TO KNOW IF I CAN PRESS

04:01PM 17   ON YOU THIS AFTERNOON FOR ANOTHER 40 MINUTES OR SO TO FINISH

04:01PM 18   THIS WITNESS.

04:02PM 19       DOES ANYONE HAVE AN ISSUE WITH THAT?

04:02PM 20       THANK YOU SO MUCH.  I DON'T SEE ANY HANDS.  THAT'S VERY

04:02PM 21   GENEROUS OF YOU.

04:02PM 22           MR. DOWNEY:  AND I'LL TRY TO GO THROUGH IT QUICKLY.

04:02PM 23           THE WITNESS:  YOUR HONOR, CAN I SAY THANK YOU AS

04:02PM 24   WELL?

04:02PM 25           (LAUGHTER.)

04:02PM  1              THE COURT:  TO OUR JURY, YES.

04:02PM  2              MR. DOWNEY:  YOUR HONOR, I'VE PASSED UP THROUGH

04:02PM  3     MS. KRATZMANN A COPY FOR THE COURT.

04:02PM  4     Q.  MR. TOLBERT, CAN I ASK YOU TO LOOK AT EXHIBIT 1393 IN THAT

04:02PM  5     NOTEBOOK?

04:02PM  6              MR. SCHENK:  YOUR HONOR, I DON'T HAVE THAT DOCUMENT.

04:03PM  7              THE WITNESS:  I DON'T SEE THAT ONE.

04:03PM  8              THE COURT:  IT DIDN'T GET IN HERE YET.

04:03PM  9              MR. DOWNEY:  I'M SORRY.  IT'S NUMBERED TWICE, BUT

04:03PM 10     IT'S 7384.

04:03PM 11              THE COURT:  THANK YOU.

04:03PM 12              THE CLERK:  SO FOR THE RECORD, COUNSEL, THE EXHIBIT

04:03PM 13     IS 7384?

04:03PM 14              MR. DOWNEY:  THAT'S CORRECT.

04:03PM 15          (PAUSE IN PROCEEDINGS.)

04:04PM 16     BY MR. DOWNEY:

04:04PM 17     Q.  HAVE YOU HAD AN OPPORTUNITY TO REVIEW THAT?

04:04PM 18     A.  I HAVE.

04:04PM 19     Q.  DO YOU RECOGNIZE THIS AS AN EMAIL EXCHANGE RELATED TO THE

04:04PM 20     INVESTMENT THAT THE HALL GROUP MADE IN THERANOS BETWEEN

04:04PM 21     YOURSELF AND OTHERS?

04:04PM 22     A.  I DO.

04:04PM 23              MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

04:04PM 24     7384.

04:04PM 25              MR. SCHENK:  YOUR HONOR, TWO OBJECTIONS.  FIRST,

04:04PM  1    IT'S HEARSAY.  SECOND, IT IS AFTER THE DATE WE DISCUSSED,

04:04PM  2    12-31-2013.

04:04PM  3              MR. DOWNEY:  YOUR HONOR, I THINK THE EMAIL IS FROM

04:04PM  4    2014.  THE DATE WE DISCUSSED WAS THE END OF 2015.

04:05PM  5              THE COURT:  AND IS IT HEARSAY?

04:05PM  6              MR. DOWNEY:  WELL, I -- LET ME SEE.

04:05PM  7              THE COURT:  SURE.

04:05PM  8    BY MR. DOWNEY:

04:05PM  9    Q.   IS THIS AN EMAIL THAT WAS EXCHANGED DURING THE COURSE OF

04:05PM  10   BUSINESS OF THE HALL GROUP RELATED TO ITS INVESTMENTS IN

04:05PM  11   COMPANIES?

04:05PM  12   A.   IT WAS.

04:05PM  13   Q.   AND IS THERE A SYSTEM IN PLACE AT THE HALL GROUP TO

04:05PM  14   PRESERVE THE EMAILS THAT IT SENDS?

04:05PM  15   A.   THERE IS.

04:05PM  16   Q.   AND WAS THIS EMAIL -- EXCHANGE OF EMAILS, ARE THOSE

04:05PM  17   EMAILS, WHEN THEY ARE EXCHANGED, DO THEY -- ARE THEY GENERALLY

04:05PM  18   MADE AT OR NEAR THE TIME OF THE EVENTS THAT THEY REFER TO?

04:05PM  19   A.   YEAH, I GUESS I DON'T -- I DON'T UNDERSTAND THAT QUESTION,

04:05PM  20   SO --

04:05PM  21   Q.   WELL, DO THEY RELATE TO EVENTS THAT ARE CURRENT AT THE

04:05PM  22   TIME THAT IS EXCHANGED IN THE EMAIL?

04:05PM  23   A.   YES.

04:05PM  24   Q.   AND DO PERSONS AT THE HALL GROUP STRIVE FOR THE EMAILS TO

04:06PM  25   ACCURATELY REFLECT WHAT IS GOING ON?

04:06PM 1    A.   I BELIEVE SO.

04:06PM 2    Q.   OKAY.

04:06PM 3              MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

04:06PM 4    7384.

04:06PM 5              MR. SCHENK:  YOUR HONOR, SAME OBJECTION.  IT'S FROM

04:06PM 6    MR. HALL'S AOL TO SOMEONE WHO DOESN'T WORK AT HALL, AND THE

04:06PM 7    INDIVIDUAL THAT IT'S SENT TO I THINK WAS NOT PART OF THE

04:06PM 8    ORDINARY BUSINESS OF THE HALL GROUP.  I THINK IT HAD TO DO WITH

04:06PM 9    A SPECIAL ARRANGEMENT THAT MR. HALL MADE WITH SOME OTHER

04:06PM 10   INDIVIDUAL.  THIS IS NOT A BUSINESS RECORD.

04:06PM 11             MR. DOWNEY:  YOUR HONOR, I WOULD JUST SAY COUPLE OF

04:06PM 12   THINGS.  FIRST, THIS WITNESS HAS ACTUALLY HIMSELF SIGNED AN

04:06PM 13   AUTHENTICATION OF DOCUMENTS THAT HAVE BEEN PRODUCED AS BUSINESS

04:06PM 14   RECORDS.

04:06PM 15        SECOND, THIS EMAIL GOES TO THIS WITNESS AT THE BUSINESS

04:06PM 16   ADDRESS, I BELIEVE, OF THE HALL GROUP.  AND SO IT WAS PRINTED,

04:06PM 17   I THINK, THERE.

04:06PM 18             THE COURT:  WELL, THERE'S -- LET ME JUST SAY, I

04:06PM 19   THINK THERE'S A FEW GAPS HERE AS FAR AS 803(6).

04:07PM 20        BUT -- AND THE QUESTION IS RELIABILITY.

04:07PM 21        WHY DON'T YOU JUST ASK -- I'LL ALLOW THIS TO COME IN BASED

04:07PM 22   ON YOU --

04:07PM 23             MR. DOWNEY:  WELL, I DON'T HAVE TO PUBLISH IT,

04:07PM 24   YOUR HONOR, IF THAT'S THE ISSUE.

04:07PM 25             THE COURT:  SURE.  WHY DON'T YOU JUST PROBE THIS AND

04:07PM  1     GET WHAT YOU NEED OUT OF IT.  MINE IT FOR WHAT YOU NEED AND

04:07PM  2     THEN WE CAN MOVE ON.

04:07PM  3              MR. DOWNEY:  OKAY.

04:07PM  4     Q.   DO YOU RECALL THAT MR. HALL LEFT TO TAKE A TRIP DURING THE

04:07PM  5     LATTER PART OF 2013 WHEN THIS INVESTMENT WAS UNDER

04:07PM  6     CONSIDERATION?

04:07PM  7     A.   I DO.

04:07PM  8     Q.   AND DO YOU RECALL THAT WHEN HE LEFT, THE HALL GROUP HAD

04:07PM  9     NOT YET MADE A DECISION AS TO WHETHER OR NOT TO INVEST?

04:07PM 10     A.   I DO.

04:07PM 11     Q.   AND DO YOU RECALL THAT HE ADVISED YOU THAT THERE WAS A

04:07PM 12     RANGE OF INVESTMENT AMOUNT AND YOU COULD SELECT THAT WHEN THE

04:07PM 13     INVESTMENT DECISION WAS MADE?

04:07PM 14     A.   THAT'S CORRECT.

04:07PM 15     Q.   AND DO YOU RECALL THAT HE TOLD YOU YOU COULD EVEN CHOOSE

04:07PM 16     NOT TO INVEST IF YOU THOUGHT THAT WAS APPROPRIATE?

04:08PM 17     A.   CORRECT.

04:08PM 18     Q.   AND SO WAS IT THE CASE THAT YOU PERSONALLY ULTIMATELY MADE

04:08PM 19     THE DECISION TO INVEST IN THERANOS?

04:08PM 20     A.   YEAH.  YOU KNOW, SO WE -- MY DISCUSSIONS WITH MR. HALL HAD

04:08PM 21     BEEN THAT WE WERE, THAT WE WERE GOING TO INVEST UP TO

04:08PM 22     $5 MILLION.

04:08PM 23         WHEN HE LEFT, HE ANTICIPATED THAT WE WERE GOING TO MAKE AN

04:08PM 24     INVESTMENT.  SO HE WOULD HAVE BEEN SURPRISED IF WE HAD NOT

04:08PM 25     INVESTED ANYTHING.

TOLBERT CROSS BY MR. DOWNEY 4560

04:08PM 1        BUT I THINK YOU'RE ACCURATE THAT, YOU KNOW, IF I WOULD

04:08PM 2   HAVE CHOSEN NOT TO MAKE AN INVESTMENT, THAT WOULD HAVE BEEN

04:08PM 3   OKAY.

04:08PM 4   Q.   AND DO YOU RECALL THAT HE HAD A TECHNICAL ISSUE RELATED

04:08PM 5   TO -- THAT RAISED A CONCERN FOR HIM IN CONNECTION WITH THE

04:08PM 6   INVESTMENT?

04:08PM 7   A.   I'M NOT AWARE OF IT.  I MEAN, MY DISCUSSIONS WITH MR. HALL

04:08PM 8   HAD BEEN PRIMARILY AROUND THE FACT THAT WE WANTED TO BE A

04:08PM 9   DIRECT INVENTOR WITH THERANOS, AND SO I THINK THAT THE TECH

04:09PM 10  ISSUE THAT HE REFERS TO HERE IS A TECHNICAL ISSUE, AN ISSUE OF

04:09PM 11  WANTING TO MAKE SURE THAT WE WOULD BE A DIRECT INVESTOR OF THE

04:09PM 12  COMPANY.

04:09PM 13  Q.   DO YOU RECALL DISCUSSING WITH MR. HALL HIS VIEW OF

04:09PM 14  ANALYZING AND DILIGENCE THAT COULD BE DONE ON THE INVESTMENT?

04:09PM 15  A.   CERTAINLY WE HAD HAD LOTS OF DISCUSSIONS ABOUT HOW TO

04:09PM 16  ANALYZE THE OPPORTUNITY THAT, YOU KNOW, EXISTED.

04:09PM 17  Q.   OKAY.  DID HE TELL YOU THAT HE THOUGHT IT WAS A DEAL THAT

04:09PM 18  HAD HUGE POTENTIAL?

04:09PM 19  A.   CERTAINLY.  YEAH, IN THOSE DISCUSSIONS WE BOTH FELT LIKE

04:09PM 20  THERE WAS POTENTIAL.

04:09PM 21  Q.   OKAY.  AND DO YOU THINK THAT HE -- DO YOU RECALL HIM

04:09PM 22  HAVING THE VIEW THAT THE DEAL WAS REALLY HARD TO ANALYZE OR

04:09PM 23  UNDERSTAND?

04:09PM 24  A.   YOU KNOW, I KNOW HE REFERENCES THAT HERE.  YOU KNOW, I

04:09PM 25  KNOW THAT WE BOTH, OVER THOSE LOTS OF YEARS LIKE WE TALKED

ER-6303

04:09PM  1    ABOUT, HAD WISHED WE HAD MORE CONCRETE FINANCIAL INFORMATION.

04:10PM  2         AND, YOU KNOW, SO IT'S HARD TO -- I MEAN, I KNOW HE SAYS

04:10PM  3    HERE THAT IT'S HARD TO UNDERSTAND OR ANALYZE.

04:10PM  4         I DON'T KNOW SPECIFICALLY WHAT THINGS HE WAS TALKING

04:10PM  5    ABOUT.  BUT I WOULD AGREE THAT IT WAS HARD TO ANALYZE.

04:10PM  6    Q.   BUT YOUR BEST UNDERSTANDING AT THE TIME THAT YOU MADE THE

04:10PM  7    INVESTMENT WAS THAT THERANOS -- FIRST, THAT THERANOS WAS IN

04:10PM  8    RETAIL PARTNERSHIPS AND THOSE STORES WOULD ROLL OUT; CORRECT?

04:10PM  9    A.   CORRECT.

04:10PM  10   Q.   AND THEN IF THAT WAS SUCCESSFUL, THEY MIGHT RETURN TO

04:10PM  11   OTHER AREAS OF THEIR BUSINESS, INCLUDING THE PHARMACEUTICAL

04:10PM  12   BUSINESS AND THE MILITARY BUSINESS; CORRECT?

04:10PM  13   A.   WELL, LIKE I SAID, I DIDN'T REALIZE THAT WAS A COMPLETE

04:10PM  14   PAUSE, AND FROM THE LANGUAGE WE READ EARLIER, IT DIDN'T SEEM

04:10PM  15   LIKE A COMPLETE PAUSE.

04:10PM  16        BUT, YOU KNOW, I DID KNOW THAT RETAIL REPRESENTED A LARGE

04:10PM  17   ENOUGH OPPORTUNITY AND A LARGE ENOUGH INVESTMENT OF TIME AND

04:10PM  18   CAPITAL THAT IT WAS THE PRIMARY OPPORTUNITY AT THE MOMENT.

04:10PM  19   Q.   AND YOU THOUGHT THE FACT THAT WALGREENS HAD MADE A

04:10PM  20   DECISION TO ENTER INTO A RETAIL PARTNERSHIP WITH THERANOS WAS

04:11PM  21   SIGNIFICANT; CORRECT?

04:11PM  22   A.   I DID THINK IT WAS VERY SIGNIFICANT.

04:11PM  23   Q.   AND YOU THOUGHT THAT WALGREENS HAD LIKELY DONE A FAIR

04:11PM  24   AMOUNT OF DUE DILIGENCE IN CONNECTION WITH ITS DECISION TO DO

04:11PM  25   THAT; CORRECT?

TOLBERT CROSS BY MR. DOWNEY                                    4562

04:11PM  1    A.   I WOULD HAVE BELIEVED THAT.

04:11PM  2    Q.   AND THAT WOULD HAVE BEEN IMPORTANT TO YOU IN MAKING YOUR

04:11PM  3    DECISION; CORRECT?

04:11PM  4    A.   IT WOULD HAVE FACTORED INTO IT.

04:11PM  5    Q.   AND YOU ALSO KNEW DURING THE PERIOD IN BETWEEN YOUR TWO

04:11PM  6    INVESTMENTS THAT DON LUCAS AND CHRIS LUCAS HAD SOME INVOLVEMENT

04:11PM  7    IN CONNECTION WITH THERANOS; CORRECT?

04:11PM  8    A.   I DID.

04:11PM  9    Q.   AND I THINK AS WE DISCUSSED BEFORE, DON LUCAS WAS A VERY

04:11PM 10    SOPHISTICATED INVESTOR AND A PERSON WITH A SUBSTANTIAL

04:11PM 11    REPUTATION AS A TECHNOLOGY INVESTOR; CORRECT?

04:11PM 12    A.   CORRECT.

04:11PM 13    Q.   AND THAT WAS IMPORTANT TO YOU IN MAKING YOUR DECISION;

04:11PM 14    CORRECT?

04:11PM 15    A.   THAT FACTORED INTO IT.

04:11PM 16    Q.   AND I THINK WE SAW DURING YOUR --

04:11PM 17    A.   NOW, LET ME SAY THIS.  SO, YOU KNOW, DON'S INVOLVEMENT

04:12PM 18    FACTORED IN A BIG WAY INTO OUR FIRST INVESTMENT.

04:12PM 19         AND TO THIS 2013 INVESTMENT, I DON'T REMEMBER WITH

04:12PM 20    CLARITY.  I KNOW AT SOME POINT HE STEPPED AWAY FROM THE

04:12PM 21    COMPANY, OR AT LEAST STEPPED FARTHER AWAY, AND SO I DON'T

04:12PM 22    REMEMBER EXACTLY WHEN IN THE TIMEFRAME, BUT CERTAINLY HIS

04:12PM 23    INVOLVEMENT -- OR HIS INVOLVEMENT I DON'T THINK WAS AS MUCH

04:12PM 24    AROUND THIS SECOND INVESTMENT AS IT WAS AROUND THE FIRST.

04:12PM 25    Q.   BUT YOU ASSUMED IN CONNECTION WITH THE RELATIONSHIP THAT

04:12PM  1    HALL GROUP HAD WITH THERANOS THROUGH THOSE YEARS THAT HE HAD

04:12PM  2    DONE -- HE HAD THE ABILITY TO EVALUATE THERANOS; CORRECT?

04:12PM  3    A.   I -- CORRECT.

04:12PM  4    Q.   AND YOU KNEW HE WAS CHAIRMAN OF THE BOARD; CORRECT?

04:12PM  5    A.   CORRECT.

04:12PM  6    Q.   AND YOU ASSUMED THE BOARD OF DIRECTORS HAD REGULAR

04:12PM  7    MEETINGS, FOR EXAMPLE; CORRECT?

04:12PM  8    A.   I DID ASSUME THAT.

04:12PM  9    Q.   AND THAT WOULD HAVE INFLUENCED YOU AS TO WHETHER THERANOS

04:12PM 10    WOULD HAVE CONTINUED ITS DEVELOPMENT THROUGH THOSE YEARS;

04:13PM 11    CORRECT?

04:13PM 12    A.   CORRECT.

04:13PM 13    Q.   AND I THINK MR. SCHENK SHOWED YOU A RELEASE THAT THERANOS

04:13PM 14    PUT OUT IN THE MIDDLE OF 2013 RELATED TO ITS BOARD; CORRECT?

04:13PM 15    A.   CORRECT.

04:13PM 16    Q.   AND IS IT SAFE TO SAY THAT RECOGNIZING THAT THEY HAD A

04:13PM 17    BOARD WITH PEOPLE WHO WERE WELL REGARDED WAS -- INFLUENCED YOU

04:13PM 18    IN CONNECTION WITH MAKING YOUR 2013 INVESTMENT?

04:13PM 19    A.   THAT CERTAINLY WOULD HAVE BEEN A POSITIVE, NOT A NEGATIVE.

04:13PM 20    Q.   OKAY.  IS THAT SOMETHING THAT YOU TYPICALLY EVALUATE IN

04:13PM 21    CONNECTION WITH MAKING INVESTMENTS?

04:13PM 22    A.   YOU KNOW, CERTAINLY WE LOOK AT MANAGEMENT TEAMS AND BOARD

04:13PM 23    OF DIRECTORS AND EXPERTISE THAT THEY HAVE.

04:13PM 24    Q.   OKAY.  AND IS IT FAIR TO SAY THAT YOU UNDERSTOOD THAT

04:13PM 25    THERANOS HAD A VERY SUBSTANTIAL PATENT PORTFOLIO?

TOLBERT CROSS BY MR. DOWNEY                                          4564

04:13PM  1     A.   I DID.

04:13PM  2     Q.   AND DID THAT INFLUENCE YOUR DECISION TO MAKE AN INVESTMENT

04:13PM  3     IN 2013?

04:13PM  4     A.   YOU KNOW, I DON'T KNOW IN 2013.  IT CERTAINLY DID IN 2006.

04:14PM  5     Q.   OKAY.  DID YOU GAIN ANY MORE INFORMATION THAT YOU RECALL

04:14PM  6     IN THE PERIOD 2006 TO 2013 ABOUT THE PATENT PORTFOLIO?

04:14PM  7     A.   YOU KNOW, I BELIEVE IN MY CONVERSATIONS WITH CHRIS WE

04:14PM  8     WOULD HAVE REFERENCED ONCE OR TWICE THAT THERE WOULD HAVE BEEN

04:14PM  9     ONGOING PATENTS THAT WOULD HAVE BEEN APPLIED FOR AND GRANTED,

04:14PM 10     OR THAT THERE WERE -- THERE WAS A LOT OF WORK RELATIVE TO THE

04:14PM 11     INTELLECTUAL PROPERTY THAT WAS ONGOING.

04:14PM 12          IN FACT, I THINK IT WAS EVEN REFERENCED ON ONE OF THE

04:14PM 13     TAPES, ONE OF THE SEGMENTS OF THE TAPE THAT WE LISTENED TO.

04:14PM 14     Q.   OKAY.  BUT IT'S FAIR TO SAY THAT YOU, YOU -- IN MAKING THE

04:14PM 15     INVESTMENT, YOU VIEWED THIS AS A COMPANY THAT HAD A LOT OF

04:14PM 16     POTENTIAL FOR THE FUTURE; CORRECT?

04:14PM 17     A.   THAT'S CORRECT.

04:14PM 18     Q.   AND YOU WERE ATTRACTED TO ITS MISSION; CORRECT?

04:14PM 19     A.   I WAS, CORRECT.

04:14PM 20     Q.   AND YOU FELT THAT THE -- AS A RESULT OF ALL OF THE

04:14PM 21     INFORMATION THAT YOU HAD BEEN ABLE TO GATHER OVER THE YEARS,

04:14PM 22     THE INVESTMENT MADE SENSE; CORRECT?

04:14PM 23     A.   I DID.

04:14PM 24     Q.   AND YOU HAD THE ABILITY TO PARTICIPATE OR NOT PARTICIPATE

04:15PM 25     IN THE INVESTMENT; CORRECT?

04:15PM  1    A.   CORRECT.

04:15PM  2    Q.   MR. SCHENK SHOWED YOU THE LANGUAGE IN THE LEGAL DOCUMENTS

04:15PM  3    RELATED TO ACTUALLY MAKING THE INVESTMENT; CORRECT?

04:15PM  4    A.   THAT'S CORRECT.

04:15PM  5    Q.   ARE THOSE THE ONLY DOCUMENTS THAT YOU RECEIVED FROM

04:15PM  6    THERANOS IN THE WINDOW BETWEEN DECEMBER 20TH AND DECEMBER 31ST?

04:15PM  7    A.   I BELIEVE THEY ARE.

04:15PM  8    Q.   DID THOSE DOCUMENTS ACCURATELY DESCRIBE THE SOPHISTICATION

04:15PM  9    OF THE HALL GROUP AS INVESTORS?

04:15PM 10    A.   THEY DID.

04:15PM 11    Q.   AND WAS IT THE CASE THAT YOU HAD ASKED ALL OF THE

04:15PM 12    QUESTIONS THAT YOU WANTED TO ASK PRIOR TO THE TIME THAT YOU

04:15PM 13    MADE THE INVESTMENT?

04:15PM 14    A.   YOU KNOW, CERTAINLY WE HAD LOTS OF ADDITIONAL QUESTIONS

04:15PM 15    THAT WE WOULD HAVE LIKED TO HAVE ASKED, BUT WE FELT SATISFIED

04:15PM 16    THAT WE HAD ENOUGH INFORMATION TO MOVE FORWARD WITH THE

04:15PM 17    INVESTMENT.

04:15PM 18    Q.   OKAY.

04:15PM 19         YOUR HONOR, I THINK I MIGHT BE DONE, BUT ONE MOMENT?

04:15PM 20              THE COURT:  SURE.

04:16PM 21    (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

04:16PM 22              MR. DOWNEY:  YOUR HONOR, THAT'S ALL FOR

04:16PM 23    CROSS-EXAMINATION.

04:16PM 24              THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

04:16PM 25         THANK YOU, MR. DOWNEY.

04:16PM 1     MR. SCHENK.

04:16PM 2          MR. SCHENK:  YES.  THANK YOU.

04:16PM 3                    **REDIRECT EXAMINATION**

04:16PM 4     BY MR. SCHENK:

04:16PM 5     Q.   MR. TOLBERT, MR. DOWNEY ASKED YOU SOME QUESTIONS AND

04:16PM 6     PLAYED A PORTION OF A RECORDING THAT I PLAYED FOR YOU.  IT

04:16PM 7     WAS --

04:16PM 8          YOUR HONOR, FOR THE RECORD, IT'S AT LINE 22 ON PAGE 18 OF

04:16PM 9     SIDE A.

04:16PM 10         AND IN THIS SECTION I WANT TO GIVE YOU AN OPPORTUNITY TO

04:16PM 11    EXPAND.  YOU SAID, I DON'T THINK THAT THEY WERE PAUSING

04:16PM 12    EVERYTHING, ALL MILITARY AND ALL PHARMACEUTICAL WORK.

04:16PM 13         MS. HOLMES SAYS, "OBVIOUSLY, TO BE ABLE TO DO WHAT WE HAVE

04:17PM 14    JUST DONE, WE HAD TO PAUSE A LARGE NUMBER OF OUR ONGOING

04:17PM 15    PHARMACEUTICAL AND MILITARY PROGRAMS SO THAT WE COULD FOCUS

04:17PM 16    LIKE A LASER ON THIS AND EXECUTING ON THIS."

04:17PM 17         IS THERE MORE YOU WANTED TO TESTIFY ABOUT FOR THAT

04:17PM 18    CONCEPT?

04:17PM 19    A.   WELL, YOU KNOW WE, WE -- MY UNDERSTANDING WAS THAT THERE

04:17PM 20    WERE LOTS OF PHARMACEUTICAL CONTRACTS AND WORK GOING ON AND

04:17PM 21    THERE WAS A LARGE NUMBER OF, YOU KNOW, MILITARY DEPLOYMENT

04:17PM 22    APPLICATIONS.

04:17PM 23         AND SO WHEN IT SAID WE'RE PAUSING -- WHAT WAS THE LANGUAGE

04:17PM 24    AGAIN?

04:17PM 25    Q.   A LARGE NUMBER.

04:17PM   1    A.   -- A LARGE NUMBER, YOU KNOW, I DIDN'T TAKE THAT TO MEAN A

04:17PM   2    MAJORITY OR ALL OF THEM.

04:17PM   3         I JUST THOUGHT IT MEANT IF THERE WAS 100 GOING ON, MAYBE

04:17PM   4    WE WOULD PAUSE 30 OR 40, OR WHATEVER THE CASE MAY BE.

04:17PM   5         SO, YOU KNOW, I DIDN'T -- WHEN I HEARD THAT, I DIDN'T

04:17PM   6    THINK, OH, EVERYTHING HAS STOPPED EXCEPT FOR RETAIL.

04:17PM   7    Q.   WHEN MS. HOLMES SAID THAT THEY HAD TO PAUSE ONGOING

04:18PM   8    PHARMACEUTICAL WORK, DID YOU THINK THAT THERANOS HAD ONGOING

04:18PM   9    PHARMACEUTICAL WORK IN DECEMBER OF 2013?

04:18PM  10    A.   I BELIEVE THEY DID.

04:18PM  11    Q.   WHEN MS. HOLMES SAID THAT SHE HAD TO PAUSE ONGOING

04:18PM  12    MILITARY PROGRAMS, DID YOU THINK THAT THEY HAD ONGOING MILITARY

04:18PM  13    PROGRAMS IN DECEMBER OF 2013?

04:18PM  14    A.   I DID.

04:18PM  15    Q.   MR. DOWNEY ALSO ASKED YOU IF THERE WAS A TIME DURING THE

04:18PM  16    CALL WHERE MS. HOLMES SAID THAT THE TECHNOLOGY COULD DO

04:18PM  17    THOUSANDS OF TESTS.

04:18PM  18         DO YOU REMEMBER THAT QUESTION?

04:18PM  19    A.   I DO.

04:18PM  20    Q.   AND DO YOU RECALL MS. HOLMES SAYING, "AND BECAUSE WE HAVE

04:18PM  21    MADE IT POSSIBLE TO RUN ANY COMBINATION OF LAB TESTS FROM THESE

04:18PM  22    TINY SAMPLES, THE PHYSICIAN CAN NOW SAY ON THE LAB FORM IF IN

04:18PM  23    MY EXAMPLE HEMOGLOBIN IS LOW, AUTOMATICALLY RUN IRON AND B12

04:18PM  24    AND OTHER TESTS ON THE SAME SAMPLE BECAUSE BIG DEDICATED TUBES

04:18PM  25    OF BLOOD ARE NO LONGER REQUIRED TO RUN EACH OF THOSE DIFFERENT

ER-6310

04:18PM 1    ASSAY METHODOLOGIES WHICH REQUIRE THEIR OWN BIG ANALYZERS IN A

04:18PM 2    TRADITIONAL LAB."

04:19PM 3        DO YOU RECALL MS. HOLMES SAYING THAT?

04:19PM 4    A.   I DO.

04:19PM 5    Q.   AND INSTEAD OF MS. HOLMES SAYING THEY COULD RUN THOUSANDS

04:19PM 6    OF TESTS, THE QUESTION THAT MR. DOWNEY ASKED YOU, DID SHE SAY

04:19PM 7    THAT THEY COULD RUN ANY COMBINATION OF LAB TESTS FROM THESE

04:19PM 8    TINY SAMPLES?

04:19PM 9    A.   CORRECT.

04:19PM 10   Q.   THANK YOU.

04:19PM 11       NO FURTHER QUESTIONS, YOUR HONOR.

04:19PM 12           THE COURT:  MR. DOWNEY?

04:19PM 13                     **RECROSS-EXAMINATION**

04:19PM 14   BY MR. DOWNEY:

04:19PM 15   Q.   JUST TWO QUESTIONS I THINK.

04:19PM 16       YOU RECALL THE QUESTION AND ANSWER BETWEEN MR. HALL AND

04:19PM 17   MS. HOLMES THAT APPEARED ON THE TAPE?

04:19PM 18       YOU HAVE TO GIVE A VERBAL AUDIBLE ANSWER.

04:19PM 19   A.   YES, I DO REMEMBER.

04:19PM 20   Q.   AND DO YOU RECALL THAT MR. HALL ASKED, REALLY WHAT IS THE

04:19PM 21   PURPOSE OF THESE INVESTMENTS?

04:19PM 22       DO YOU RECALL THAT?

04:19PM 23   A.   I DO.

04:19PM 24   Q.   AND DO YOU RECALL THAT MS. HOLMES ANSWERED BY DESCRIBING

04:19PM 25   DEVELOPMENTS THAT WOULD TAKE PLACE IN CONNECTION WITH THE

04:19PM  1    RETAIL PROJECTS OF THERANOS?

04:20PM  2    A.   I DO.

04:20PM  3              MR. DOWNEY:  THAT'S ALL I HAVE, YOUR HONOR.

04:20PM  4              THE COURT:  THANK YOU.

04:20PM  5              MR. SCHENK:  NO FURTHER QUESTIONS.

04:20PM  6              THE COURT:  MAY THIS WITNESS BE EXCUSED?

04:20PM  7              MR. SCHENK:  YES.

04:20PM  8              MR. DOWNEY:  YES, YOUR HONOR.

04:20PM  9              THE COURT:  YOU'RE EXCUSED, SIR.  THANK YOU.

04:20PM 10              THE WITNESS:  THANK YOU.

04:20PM 11              THE COURT:  YOU'RE WELCOME.  JUST LEAVE THAT THERE.

04:20PM 12    THANK YOU.

04:20PM 13         ALL RIGHT.  THANK YOU, LADIES AND GENTLEMEN.  WE'LL NOW

04:20PM 14    TAKE OUR WEEKEND BREAK.  THANK YOU FOR YOUR GENEROSITY OF GOING

04:20PM 15    OVER THIS.  THIS WITNESS WAS FROM OUT OF TOWN AND, AS HE SAID,

04:20PM 16    HE WAS GRATEFUL ALSO FOR THE ABILITY TO LEAVE ON A FRIDAY.

04:20PM 17         I DO WANT TO, BEFORE WE ADJOURN, I DID WANT TO TALK TO YOU

04:20PM 18    ABOUT A SCHEDULE CHANGE FOR -- THIS IS FOR EVERYONE'S BENEFIT.

04:20PM 19         I'D LIKE TO CAPTURE SOME TIME.  I'VE TALKED TO YOU ABOUT

04:20PM 20    OUR DEFAULT NOW IS 3:00 O'CLOCK.  I'M GOING TO THINK ABOUT 4:00

04:21PM 21    O'CLOCK.  I'LL ASK YOU TO CONSIDER THAT, PLEASE.

04:21PM 22         BUT I ALSO WANT TO ASK YOU TO WRITE THESE DATES DOWN

04:21PM 23    BECAUSE THIS MIGHT -- I'M GOING TO ASK YOU IF WE CAN MEET ON

04:21PM 24    THESE DATES IN ADDITION.

04:21PM 25         NEXT WEEK, THE 28TH.  WE DON'T MEET ON THURSDAYS, AS YOU

1               UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3                SAN JOSE DIVISION

4

   UNITED STATES OF AMERICA,     )  CR-18-00258-EJD

5                      )

            PLAINTIFF,   )  SAN JOSE, CALIFORNIA

6                      )

         VS.           )  VOLUME 27

7                      )

   ELIZABETH A. HOLMES,      )  NOVEMBER 3, 2021

8                      )

           DEFENDANT.   )  PAGES 5187 - 5382

9   _____  )

10

            TRANSCRIPT OF TRIAL PROCEEDINGS

11       BEFORE THE HONORABLE EDWARD J. DAVILA

             UNITED STATES DISTRICT JUDGE

12

   A P P E A R A N C E S:

13

   FOR THE PLAINTIFF:   UNITED STATES ATTORNEY'S OFFICE

14                    BY:  JOHN C. BOSTIC

                       JEFFREY B. SCHENK

15                  150 ALMADEN BOULEVARD, SUITE 900

                  SAN JOSE, CALIFORNIA 95113

16

                  BY:  ROBERT S. LEACH

17                       KELLY VOLKAR

                  1301 CLAY STREET, SUITE 340S

18                  OAKLAND, CALIFORNIA 94612

19     (APPEARANCES CONTINUED ON THE NEXT PAGE.)

20

21   OFFICIAL COURT REPORTERS:

                   IRENE L. RODRIGUEZ, CSR, RMR, CRR

22                  CERTIFICATE NUMBER 8074

                  LEE-ANNE SHORTRIDGE, CSR, CRR

23                  CERTIFICATE NUMBER 9595

24    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY

         TRANSCRIPT PRODUCED WITH COMPUTER

25

5188

A P P E A R A N C E S: (CONT'D)


FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                         BY:   KEVIN M. DOWNEY
                               LANCE A. WADE
                               KATHERINE TREFZ
                               PATRICK LOOBY
                               RICHARD CLEARY
                               J.R. FLEURMONT
                               SEEMA ROPER
                               PATRICK LOOBY
                         725 TWELFTH STREET, N.W.
                         WASHINGTON, D.C. 20005

                         LAW OFFICE OF JOHN D. CLINE
                         BY:   JOHN D. CLINE
                         ONE EMBARCADERO CENTER, SUITE 500
                         SAN FRANCISCO, CALIFORNIA 94111


ALSO PRESENT:            FEDERAL BUREAU OF INVESTIGATION
                         BY:   ADELAIDA HERNANDEZ

                         OFFICE OF THE U.S. ATTORNEY
                         BY:   LAKISHA HOLLIMAN, PARALEGAL
                               MADDI WACHS, PARALEGAL

                         WILLIAMS & CONNOLLY
                         BY:   TIMIKA ADAMS-SHERMAN, PARALEGAL

                         TBC
                         BY:   BRIAN BENNETT, TECHNICIAN

ER-6314

1                        INDEX OF PROCEEDINGS

2       GOVERNMENT'S:

3

4       **DANIEL MOSLEY**
        CROSS-EXAM BY MR. WADE (RES.)          P. 5217
5       REDIRECT EXAM BY MR. SCHENK            P. 5374

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          INDEX OF EXHIBITS

2
                                        IDENT.      EVIDENCE
3       GOVERNMENT'S:

4       2110                                        5342

5

6

7       DEFENDANT'S:

8       14118                                       5226
        14119                                       5232
9       14149                                       5328
        14124                                       5330
10      14151                                       5336
        14152                                       5339
11      14153                                       5340
        14169                                       5348
12      14135                                       5353
        14207                                       5359
13      14208                                       5363

14

15

16

17

18

19

20

21

22

23

24

25

ER-6316

08:46AM 1    THEY SAY, OKAY, WE RECEIVED -- AFTER WE HAD SOME

08:46AM 2    LITIGATION ON THIS, WE THEN FILED AN INFORMATION AND THEN THE

08:46AM 3    GRAND JURY ISSUED THE THIRD SUPERSEDING INDICTMENT.

08:47AM 4    AND YOU'VE HAD NOTICE ABOUT THAT.  AND YOU'VE HAD NOTICE

08:47AM 5    ABOUT BB IN AT LEAST THIS CONTEXT SINCE THE MIL MOTION ALSO.

08:47AM 6    SO AREN'T YOU -- DIDN'T YOU HAVE A FULSOME KNOWLEDGE ABOUT

08:47AM 7    THE POTENTIAL FOR HIM TESTIFYING?

08:47AM 8    MS. TREFZ:  WELL, THE POTENTIAL FOR HIM POTENTIALLY

08:47AM 9    TESTIFYING ABOUT SOMETHING, AND IF THE GOVERNMENT HAD ACTUALLY

08:47AM 10   TAKEN ANY ACTUAL ACTION AS OPPOSED TO EITHER INACTION OR MOVING

08:47AM 11   TO DISCLAIM THIS PARTICULAR TEST, FOR EXAMPLE, IF THE

08:47AM 12   GOVERNMENT HAD AMENDED ITS BILL OF PARTICULARS TO INCLUDE CBC

08:47AM 13   IN OUR -- THEN WE MIGHT BE IN A DIFFERENT SITUATION.

08:47AM 14   FOR EXAMPLE, IN OUR REPLY TO OUR MOTION IN LIMINE, WE

08:47AM 15   SPECIFICALLY IDENTIFIED THIS PATIENT AND THIS ISSUE.

08:47AM 16   THAT WAS SIX MONTHS BEFORE TRIAL EVEN BEGAN IN THIS CASE,

08:47AM 17   BEFORE JURY SELECTION EVEN BEGAN IN THIS CASE, AND YOU WOULD

08:47AM 18   HAVE EXPECTED DURING THAT TIME PERIOD IF THERE WAS SOME KIND OF

08:47AM 19   A MISTAKE OR THE GOVERNMENT REALIZED IT HAD -- IF THERE WAS

08:47AM 20   SOME ERROR OR OVERSIGHT, THEN IT WOULD HAVE SAID, OH, BY THE

08:48AM 21   WAY, YOU'RE WRONG ABOUT THAT ONE, EITHER HERE'S A SUPPLEMENTAL

08:48AM 22   PLEADING BEFORE THE MOTIONS IN LIMINE AND HERE'S A MOTION FOR A

08:48AM 23   BILL OF PARTICULARS THAT HAS ANOTHER TEST, OR YES, WE ACTUALLY

08:48AM 24   DO HAVE AN EXPERT TO TESTIFY ON THIS.

08:48AM 25   IT HAD PLENTY OF OPPORTUNITY TO DO THAT AND, IN FACT, IT

5197

08:48AM 1   DIDN'T AND IT TOOK ACTIONS IN THE OPPOSITE DIRECTION.

08:48AM 2          THE COURT:  WELL, WE'LL ASK MR. BOSTIC ABOUT THIS.

08:48AM 3      I NOTICE ON DOCUMENT 664 ON PAGE 2 AT FOOTNOTE 1, I THINK

08:48AM 4   THE GOVERNMENT INDICATES THAT SHOULD YOU WISH TO ADD TO OR

08:48AM 5   AMEND THE BILL OF PARTICULARS PRIOR TO THE TESTIMONY, THE

08:48AM 6   GOVERNMENT WOULD DO THAT, AND I'M NOT CERTAIN THAT THAT HAS

08:48AM 7   OCCURRED.

08:48AM 8      MR. BOSTIC?

08:48AM 9          MR. BOSTIC:  YES, YOUR HONOR.

08:48AM 10     SO AS TO THAT LAST POINT, THE GOVERNMENT HAS NOT AMENDED

08:48AM 11  ITS BILL OF PARTICULARS, AND, FRANKLY, IF WE COULD GO BACK IN

08:48AM 12  TIME AND AMEND THE BILL OF PARTICULARS TO AVOID THIS DISPUTE,

08:48AM 13  OF COURSE WE WOULD DO SO.

08:48AM 14     OUR GOAL IS NOT TO CREATE DISPUTES OR ANY

08:49AM 15  MISUNDERSTANDINGS.

08:49AM 16     BUT THE POINT OF THE BILL OF PARTICULARS, TO BEGIN WITH --

08:49AM 17  AND THIS HAS BEEN SINCE BEFORE THE COURT EVEN ORDERED THE BILL

08:49AM 18  OF PARTICULARS CREATED IN THIS CASE -- THE PURPOSE OF THE

08:49AM 19  DOCUMENT IS TO MAKE SURE THAT THE DEFENSE HAS NOTICE AS TO THE

08:49AM 20  NATURE OF THE CHARGES.  IT'S A SUPPLEMENT TO THE INFORMATION IN

08:49AM 21  THE INDICTMENT.

08:49AM 22     AND DUE TO THE WAY THAT THE EVENTS OCCURRED IN THIS CASE

08:49AM 23  WHERE THE BILL OF PARTICULARS WAS ORDERED, SUBSEQUENTLY THE

08:49AM 24  GOVERNMENT INTERVIEWED THE PATIENT BB, GATHERED INFORMATION

08:49AM 25  ABOUT HIS INACCURATE PLATELET RESULTS.

08:49AM 1    AND JUST TO BE CLEAR, THE RESULTS ARE FROM THE PLATELET OR

08:49AM 2  THE PLT ASSAY, WHICH IS AN -- THE TEST AT ISSUE HERE IS THE

08:49AM 3  PLT, OR PLATELET ASSAY, AND IT'S ONE ASSAY THAT IS GROUPED IN

08:50AM 4  THE CBC PANEL OF TESTS.

08:50AM 5    SO REALLY THE ONLY TEST RESULT WHOSE ACCURACY IS AT ISSUE

08:50AM 6  IN CONNECTION WITH PATIENT BB IS THE PLATELET TEST, OR PLT.

08:50AM 7    THE --

08:50AM 8    THE COURT:  IS THAT -- I'M SORRY TO INTERRUPT YOU.

08:50AM 9    IS THAT IN THE BILL OF PARTICULARS, THE PLT?

08:50AM 10    MR. BOSTIC:  THE PLT IS NOT LISTED IN THE BILL OF

08:50AM 11  PARTICULARS, YOUR HONOR.

08:50AM 12    AND I THINK WHEN IT COMES TO NOTICE TO THE DEFENSE, THE

08:50AM 13  CRITICAL POINT IS THAT THE INTERVIEW WITH BB AND THE FACT THAT

08:50AM 14  THE ONLY ASSAY AT ISSUE WITH HIM IS PLT WAS DISCLOSED TO THE

08:50AM 15  DEFENSE IN THE FIRST HALF OF LAST YEAR.

08:50AM 16    IN MAY OF LAST YEAR THE GOVERNMENT FILED AN AMENDING

08:50AM 17  CHARGING DOCUMENT INCLUDING FOR THE FIRST TIME BB AS THE BASIS

08:50AM 18  FOR AN ACTUAL WIRE FRAUD COUNT AS ONE OF THREE PATIENTS THAT

08:50AM 19  CURRENTLY ARE IN THE OPERATIVE INDICTMENT.

08:50AM 20    THE COURT:  THIS IS COUNT NINE, I BELIEVE.

08:51AM 21    MR. BOSTIC:  THAT'S CORRECT, YOUR HONOR.

08:51AM 22    THE COURT:  AND IT'S A PHONE CALL FROM ARIZONA TO

08:51AM 23  CALIFORNIA FROM BB TO THERANOS, I THINK.  IS THAT RIGHT?

08:51AM 24    MR. BOSTIC:  CORRECT, CORRECT.  AND THE SOLE TOPIC

08:51AM 25  OF THAT CALL WAS THE ACCURACY -- OR CONCERNS ABOUT THE ACCURACY

08:51AM 1    OF THIS PLT OR PLATELET TEST.

08:51AM 2        SO CERTAINLY AT LEAST SINCE MAY OF 2020 THE DEFENSE HAS

08:51AM 3    BEEN ON NOTICE THAT THIS IS A COUNT IN THE INDICTMENT, THAT THE

08:51AM 4    ONLY TOPIC, THE ONLY ASSAY THAT THIS PATIENT HAS DISCUSSED, THE

08:51AM 5    ONLY ASSAY THAT'S IMPACTED THIS PATIENT WAS THAT PLT, OR

08:51AM 6    PLATELET, ASSAY.

08:51AM 7        THE DEFENSE IS CORRECT THAT EARLIER THIS YEAR THE DEFENSE

08:51AM 8    NOTED IN A REPLY TO ITS MOTION ABOUT THE BILL OF PARTICULARS

08:51AM 9    THAT THAT PLATELET ASSAY WAS NOT LISTED IN THE BILL OF

08:51AM 10   PARTICULARS.

08:51AM 11       I THINK AT THAT TIME, IF MEMORY SERVES, FRANKLY, THERE MAY

08:51AM 12   HAVE BEEN SOME CONFUSION ON THE GOVERNMENT'S SIDE ABOUT WHETHER

08:51AM 13   THE PT ASSAY, WHICH IS LISTED IN THE INDICTMENT AND BILL OF

08:52AM 14   PARTICULARS, WAS THE SAME THING AS THE PLATELET ASSAY.  PT ALSO

08:52AM 15   INVOLVES CLOTTING, BLOOD CLOTTING.  SO I THINK THAT MIGHT HAVE

08:52AM 16   BEEN PART OF THE CONFUSION HERE.

08:52AM 17       TO THE DEFENSE'S CREDIT, THEY WERE NOT CONFUSED BY THAT.

08:52AM 18   THEY HAVE, THE RECORD SHOWS, UNDERSTOOD THE DIFFERENCE BETWEEN

08:52AM 19   THOSE TWO ASSAYS.

08:52AM 20       SO THEY'VE HAD THE BENEFIT OF UNDERSTANDING THAT BB WAS IN

08:52AM 21   THE CASE, WAS AN INTEGRAL PART OF THE CASE BY VIRTUE OF BEING

08:52AM 22   CONNECTED TO AN INDICTED COUNT, AND THAT HIS TESTIMONY RELATED

08:52AM 23   SOLELY TO THE ACCURACY OF THAT PLT RESULT.

08:52AM 24       SO IF THE PURPOSE OF THE BILL OF PARTICULARS WERE TO SET

08:52AM 25   UP TRAPS FOR THE GOVERNMENT WHERE THERE ARE VARIATIONS BETWEEN

5200

08:52AM  1    THE PROOF AT TRIAL AND WHAT IS STRICTLY LAID OUT IN THE BILL,

08:52AM  2    THEN THAT WOULD BE ONE THING.

08:52AM  3        BUT BECAUSE, AS THE GOVERNMENT UNDERSTANDS IT, THE PURPOSE

08:52AM  4    OF THE BILL OF PARTICULARS IS TO SIMPLY ENSURE THAT THERE IS

08:53AM  5    NOTICE -- AND AGAIN, IT'S THE SUPPLEMENT TO THE INFORMATION IN

08:53AM  6    THE INDICTMENT AND THE INDICTMENT HERE INCLUDES THE BB COUNT,

08:53AM  7    WHICH RELATES ONLY TO THE PLATELET TEST -- AND THE LIST OF

08:53AM  8    ASSAYS, BY THE WAY, IN PARAGRAPH 16 OF THE INDICTMENT DOES

08:53AM  9    INDICATE THAT THAT LIST IS A LIST OF THE ASSAYS THAT ARE AT

08:53AM  10   ISSUE IN THE CASE AND THE LANGUAGE DOES INCLUDE, "INCLUDING BUT

08:53AM  11   NOT LIMITING TO."

08:53AM  12       SO CERTAINLY WE WOULD SUBMIT THAT AS TO ASSAYS

08:53AM  13   SPECIFICALLY TIED TO INDICTED COUNTS IN THAT SAME DOCUMENT, THE

08:53AM  14   SAME CHARGING DOCUMENT, THE DEFENSE HAS FAIR NOTICE.

08:53AM  15        THE COURT:  THANK YOU.  WHAT ABOUT, WHAT ABOUT

08:53AM  16   DOCUMENT 798 AND THE COURT'S RULING ON PAGES 78 THROUGH 80?  I

08:53AM  17   KNOW YOU'VE READ THAT.  AND THE COURT INDICATED THAT THE

08:53AM  18   GOVERNMENT IS PRECLUDED FROM INTRODUCING ANY EVIDENCE OR

08:53AM  19   ARGUMENT REGARDING THE PURPORTED INACCURACY AND UNRELIABILITY

08:53AM  20   OF TESTS NOT IDENTIFIED IN THE GOVERNMENT'S BILL OF

08:54AM  21   PARTICULARS.

08:54AM  22       AND THE ORDER GOES FURTHER TO SAY THAT THE GOVERNMENT MAY

08:54AM  23   STILL INTRODUCE EVIDENCE OR TESTIMONY ABOUT TESTS NOT LISTED IN

08:54AM  24   THE BILL OF PARTICULARS FOR PURPOSES UNRELATED TO THE ACCURACY

08:54AM  25   AND RELIABILITY OF THOSE TESTS.

ER-6321

5201

08:54AM 1      I GUESS THE THRESHOLD QUESTION I SHOULD HAVE ASKED IS, IS

08:54AM 2  BB, IS HIS TESTIMONY RELATED TO ACCURACY AND RELIABILITY?

08:54AM 3          MR. BOSTIC:  IT IS, YOUR HONOR.  IT IS.

08:54AM 4          THE COURT:  RIGHT.

08:54AM 5          MR. BOSTIC:  I THINK AS TO THE COURT'S ORDER, WE

08:54AM 6  WOULD ASK THAT THE COURT CONSTRUE IT TO INCLUDE INFORMATION

08:54AM 7  DISCLOSED IN THE INDICTMENT AS A WHOLE, WHICH WOULD INCLUDE

08:54AM 8  BB'S COUNT RELATING TO PLATELETS.  BECAUSE THE DEFENSE HAS BEEN

08:54AM 9  ON NOTICE OF THAT, WE BELIEVE IT'S APPROPRIATE AND THAT THERE'S

08:54AM 10  NO PREJUDICE ISSUE INVOLVED IN HAVING HIM TESTIFY ON THAT

08:54AM 11  TOPIC.

08:54AM 12          MS. TREFZ:  SO I HEARD A COUPLE OF THINGS THAT I

08:54AM 13  JUST WANT TO RESPOND TO.

08:54AM 14      ONE IS THE IDEA THAT THE GOVERNMENT DIDN'T KNOW WHAT

08:55AM 15  ASSAYS IT WAS CHARGING AND IT THOUGHT THAT PT INR IS THE SAME

08:55AM 16  THING AS PLATELETS IS PRETTY SHOCKING.  IT'S THE FIRST THING --

08:55AM 17  IT'S THE FIRST TIME I'VE HEARD OF THIS PARTICULAR ARGUMENT.

08:55AM 18      AND, I MEAN, I CAN'T BELIEVE THAT THE GOVERNMENT WOULD GO

08:55AM 19  FORWARD WITH AN INDICTMENT AND PROCEED, YOU KNOW, SEVERAL

08:55AM 20  MONTHS BEYOND THAT INTO THE MOTIONS IN LIMINE STAGE AND BE

08:55AM 21  SUDDENLY SURPRISED AT I DON'T KNOW WHAT POINT TO LEARN THAT

08:55AM 22  PLATELETS ARE DIFFERENT THAN PROTHROMBIN.

08:55AM 23      BUT THESE ARE TOTALLY DIFFERENT ASSAYS.  THIS IS THE

08:55AM 24  GOVERNMENT'S CASE.  IT'S A SCIENTIFIC CASE.  THEY SHOULD KNOW

08:55AM 25  WHICH ASSAYS THEY'RE CHARGING WHEN THEY CHARGE IT.  THAT'S

ER-6322

08:55AM  1      NUMBER ONE.

08:55AM  2           NUMBER TWO IS TO THE EXTENT THAT MR. BOSTIC ASKS THE COURT

08:55AM  3      TO CONSTRUE THE COURT'S ORDER TO INCLUDE TESTS BEYOND THE 25,

08:55AM  4      THE COURT'S ORDER IS CLEAR.  IT SAYS 25.  THE 25 TESTS LISTED

08:56AM  5      IN THE BILL OF PARTICULARS, AND THE TSI ALSO LISTED THE SAME 25

08:56AM  6      ASSAYS.

08:56AM  7           OF COURSE THE COURT'S ORDER SAYS THAT BECAUSE DURING THE

08:56AM  8      MOTIONS IN LIMINE BRIEFING, THAT'S WHAT WE WERE TALKING ABOUT.

08:56AM  9      IT WAS VERY CLEAR.  THAT'S WHY WE FILED THE MOTION IN LIMINE ON

08:56AM 10      THE BILL OF PARTICULARS.

08:56AM 11           WE SPECIFICALLY IDENTIFIED CBC AND THE FACT THAT BB WAS

08:56AM 12      ABOUT A DIFFERENT SET OF ASSAYS, AND THE GOVERNMENT NOT ONLY

08:56AM 13      DIDN'T FILE AN UPDATED BILL OF PARTICULARS AT THE TIME, THERE

08:56AM 14      WERE TWO AND A HALF MONTHS BETWEEN THE TIME OF OUR REPLY AND

08:56AM 15      THE MOTION IN LIMINE HEARINGS IN WHICH THE GOVERNMENT

08:56AM 16      PRESUMABLY COULD HAVE, YOU KNOW, SAID, HEY, YOU GUYS ARE

08:56AM 17      MISTAKEN.  SORRY, WE THOUGHT THIS WAS SOMETHING DIFFERENT.  BY

08:56AM 18      THE WAY, YOU'RE ON NOTICE OF THIS.

08:56AM 19           AND INSTEAD OF DOING THAT, WHAT THEY DID -- ALL OF THEIR

08:56AM 20      ACTIONS WERE TO TAKE STEPS TO ESSENTIALLY DISCLAIM OR, OR NO

08:56AM 21      ACTION AT ALL WITH RESPECT TO THESE ASSAYS.

08:56AM 22           MR. BOSTIC:  AND, YOUR HONOR, JUST ON THAT

08:57AM 23      DISCLAIMING POINT, I DO WANT TO ADDRESS THAT BECAUSE I'M NOT

08:57AM 24      EXACTLY SURE WHAT EXPERT NOTICE MS. TREFZ IS REFERRING TO, BUT

08:57AM 25      I DON'T BELIEVE IT WAS AN EXPERT NOTICE RELATING TO THE



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-18-00258-EJD |
| | ) | |
| PLAINTIFF, | ) | SAN JOSE, CALIFORNIA |
| | ) | |
| VS. | ) | VOLUME 28 |
| | ) | |
| ELIZABETH A. HOLMES, | ) | NOVEMBER 4, 2021 |
| | ) | |
| DEFENDANT. | ) | PAGES 5383 - 5597 |
| _____ | ) | |

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                       BY:  JOHN C. BOSTIC
                            JEFFREY B. SCHENK
                       150 ALMADEN BOULEVARD, SUITE 900
                       SAN JOSE, CALIFORNIA 95113

                       BY:  ROBERT S. LEACH
                            KELLY VOLKAR
                       1301 CLAY STREET, SUITE 340S
                       OAKLAND, CALIFORNIA 94612

     (APPEARANCES CONTINUED ON THE NEXT PAGE.)


OFFICIAL COURT REPORTERS:
                            IRENE L. RODRIGUEZ, CSR, RMR, CRR
                            CERTIFICATE NUMBER 8074
                            LEE-ANNE SHORTRIDGE, CSR, CRR
                            CERTIFICATE NUMBER 9595

     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
          TRANSCRIPT PRODUCED WITH COMPUTER

09:39AM   1              MR. BOSTIC:  YES, YOUR HONOR.

09:39AM   2         THE UNITED STATES CALLS CHRIS LUCAS.

09:39AM   3              THE COURT:  GOOD MORNING, SIR.  IF YOU WOULD PLEASE

09:40AM   4    WALK OVER HERE AND FACE OUR COURTROOM DEPUTY WHILE YOU RAISE

09:40AM   5    YOUR RIGHT HAND, SHE HAS A QUESTION FOR YOU.

09:40AM   6              THE WITNESS:  SURE.

09:40AM   7              THE CLERK:  GOOD MORNING.

09:40AM   8              THE WITNESS:  GOOD MORNING.

09:40AM   9         **(GOVERNMENT'S WITNESS, CHRISTOPHER LUCAS, WAS SWORN.)**

09:40AM  10              THE WITNESS:  YES.

09:40AM  11              THE CLERK:  THANK YOU.

09:40AM  12              THE COURT:  PLEASE HAVE A SEAT HERE, SIR.  LET ME

09:40AM  13    INVITE YOU TO MAKE YOURSELF COMFORTABLE.

09:40AM  14              THE WITNESS:  THANK YOU.

09:40AM  15              THE COURT:  YOU'RE WELCOME.

09:40AM  16         FEEL FREE TO ADJUST THE CHAIR AND MICROPHONE AS YOU NEED,

09:40AM  17    AND I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE.

09:40AM  18         WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR

09:40AM  19    NAME, AND THEN SPELL IT, PLEASE.

09:40AM  20              THE WITNESS:  SURE.  MY NAME IS CHRISTOPHER LUCAS.

09:40AM  21    C-H-R-I-S-T-O-P-H-E-R, LUCAS, L-U-C-A-S.

09:40AM  22              THE COURT:  THANK YOU.

09:40AM  23         COUNSEL.

09:40AM  24         MR. BOSTIC:  THANK YOU, YOUR HONOR.

09:40AM  25                    **DIRECT EXAMINATION**

09:41AM 1       BY MR. BOSTIC:

09:41AM 2       Q.   MR. LUCAS, IF YOU ARE FULLY VACCINATED AND COMFORTABLE

09:41AM 3       DOING SO, I UNDERSTAND THE COURT WILL ALLOW YOU TO TESTIFY

09:41AM 4       WITHOUT A MASK.

09:41AM 5       A.   OKAY.  THANK YOU.

09:41AM 6       Q.   I'LL REMOVE MY MASK AS WELL.

09:41AM 7            MR. LUCAS, WERE YOU AN INVESTOR IN A COMPANY CALLED

09:41AM 8       THERANOS?

09:41AM 9       A.   YES, I WAS.

09:41AM 10      Q.   I'LL ASK YOU SOME QUESTIONS ABOUT THAT, BUT FIRST LET ME

09:41AM 11      ASK YOU SOME QUESTIONS ABOUT YOUR BACKGROUND.

09:41AM 12           CAN YOU SUMMARIZE FOR US YOUR EDUCATION, PLEASE?

09:41AM 13      A.   SURE.  I HAVE A BACHELOR'S IN ENGINEERING FROM UCLA AND AN

09:41AM 14      MBA FROM U.S.C.

09:41AM 15      Q.   AND AFTER YOU OBTAINED THOSE DEGREES, CAN YOU SUMMARIZE

09:41AM 16      YOUR WORK HISTORY, YOUR CAREER FOR US, PLEASE?

09:41AM 17      A.   SURE.  AFTER MY MBA, I WORKED IN STARTUPS FOR QUITE SOME

09:41AM 18      TIME, BOTH AS CFO, AS WELL AS SOME SALES POSITIONS.

09:41AM 19           AND THEN IN 1998 -- AND I'VE BEEN AROUND VENTURE

09:41AM 20      INVESTMENTS ALL OF MY LIFE.  I STARTED OUR FIRM,

09:42AM 21      BLACK DIAMOND VENTURES, IN 1998.

09:42AM 22      Q.   AND WHAT IS BLACK DIAMOND VENTURES?

09:42AM 23      A.   SO WE'RE A VENTURE CAPITAL FIRM.  WE INVEST IN TECHNOLOGY

09:42AM 24      COMPANIES, PRIMARILY SEMICONDUCTOR SOFTWARE, MEDICAL, AND

09:42AM 25      MEDICAL DEVICE.

09:42AM  1    Q.   AND HAVE YOU BEEN AFFILIATED WITH BLACK DIAMOND VENTURES

09:42AM  2    SINCE 1998?

09:42AM  3    A.   YES.

09:42AM  4    Q.   WHAT IS YOUR TITLE AT BLACK DIAMOND VENTURES?

09:42AM  5    A.   MANAGING DIRECTOR.

09:42AM  6    Q.   AND IN PLAIN TERMS, WHAT DOES THAT MEAN ABOUT YOUR ROLE AT

09:42AM  7    BLACK DIAMOND?

09:42AM  8    A.   SO I FOUNDED THE FIRM IN '98, AND OBVIOUSLY BACK -- WELL,

09:42AM  9    NOT OBVIOUSLY, BUT BACK THEN I DID MOST OF THE RESEARCH,

09:42AM  10   ANALYSIS, AND SO FORTH.

09:42AM  11       AND THEN AS WE HAD OTHER FOLKS COME INTO THE FIRM, THEY

09:42AM  12   DID MORE OF THAT, AND I WAS MORE IN A MANAGING ROLE.

09:42AM  13   Q.   AS MANAGING DIRECTOR, ARE YOU THE SENIOR MOST PERSON AT

09:42AM  14   BLACK DIAMOND VENTURES?

09:43AM  15   A.   YES.

09:43AM  16   Q.   AND IN THAT CAPACITY, HAVE YOU WORKED ON A NUMBER OF

09:43AM  17   VENTURE INVESTMENTS AT BLACK DIAMOND VENTURES?

09:43AM  18   A.   YES.

09:43AM  19   Q.   I'D LIKE TO TALK ABOUT HOW YOU APPROACH A POTENTIAL

09:43AM  20   INVESTMENT.

09:43AM  21       FIRST OF ALL, CAN YOU GIVE US AN OVERVIEW OF THE PROCESS,

09:43AM  22   IF THERE IS ONE, THAT BLACK DIAMOND VENTURES USES IN EVALUATING

09:43AM  23   A POSSIBLE INVESTMENT?

09:43AM  24   A.   SURE.  SO GENERALLY MOST OF OUR INVESTMENTS COME FROM

09:43AM  25   REFERRALS, EITHER FROM EITHER VC FIRMS OR FOLKS THAT WE KNOW.

LUCAS DIRECT BY MR. BOSTIC                                      5391

09:43AM   1        AND THEN WE START OUR PROCESS OF -- OBVIOUSLY WE MEET THE

09:43AM   2    CEO AND ANY OF THE FOUNDING MANAGEMENT TEAM.  AND GENERALLY

09:43AM   3    THEY PUT TOGETHER MATERIALS THAT WE THEN REVIEW.

09:43AM   4        TO THE EXTENT SOMETIMES THEY PUT TOGETHER WHAT IS CALLED A

09:44AM   5    DATA ROOM WHERE THEY PUT ALL OF THE RELEVANT DOCUMENTS INTO

09:44AM   6    THAT PLACE ON A HARD DRIVE.

09:44AM   7    Q.   AND WHEN BDV IS DECIDING WHETHER TO INVEST IN A COMPANY --

09:44AM   8    WELL, LET ME ASK, WHERE IS THE -- WHERE ARE THE FUNDS COMING

09:44AM   9    FROM THAT ACTUALLY MAKE UP THE INVESTMENT IN A TYPICAL CASE?

09:44AM  10    A.   SO UNIQUELY, OUR FIRM IS COMPRISED OF ALL INDIVIDUALS, SO

09:44AM  11    IT'S FOLKS WHO HAVE THE CAPACITY AND ARE ACCREDITED INVESTORS

09:44AM  12    SO THAT THEY CAN INVEST IN DEALS LIKE THIS.

09:44AM  13    Q.   AND --

09:44AM  14    A.   AND I MAKE THE DISTINCTION THAT WE DO NOT HAVE ANY

09:44AM  15    INSTITUTIONAL INVESTORS.

09:44AM  16    Q.   UNDERSTOOD.  SO THE FIRM IS MANAGING AND IMPLEMENTING THE

09:44AM  17    INVESTMENT ON BEHALF OF THOSE INDIVIDUALS?

09:44AM  18    A.   THAT'S CORRECT.

09:44AM  19    Q.   WHEN -- CAN I CALL BLACK DIAMOND VENTURES BDV FOR SHORT?

09:45AM  20    DO YOU EVER USE THAT ABBREVIATION?

09:45AM  21    A.   YES.

09:45AM  22    Q.   WHEN BDV IS EVALUATING A POTENTIAL INVESTMENT, DO YOU

09:45AM  23    CATEGORIZE COMPANIES BASED ON HOW LONG THEY'VE BEEN AROUND AND

09:45AM  24    HOW FAR ALONG THEY ARE?

09:45AM  25    A.   WE DO.  AND IT GOES FROM SOMEONE MAY HAVE AN IDEA FOR A

09:45AM  1    COMPANY VERY EARLY STAGE, KIND OF THE DREAM STAGE, AND THEN UP

09:45AM  2    FROM THERE EARLY STAGE, MEDIUM STAGE, LATE STAGE WHERE LATE

09:45AM  3    STAGE IS YOU'RE ROLLING WHATEVER IT IS YOU'RE DOING OUT TO THE

09:45AM  4    MARKETPLACE AND YOU'RE NOW RAISING CAPITAL JUST TO CONTINUE

09:45AM  5    THAT PROCESS.

09:45AM  6    Q.   AND HOW DOES THAT FACTOR, THE STAGE OF GROWTH THAT A

09:45AM  7    COMPANY IS IN, HOW DOES THAT FACTOR AFFECT YOUR EVALUATION OF A

09:45AM  8    POTENTIAL INVESTMENT?

09:45AM  9    A.   SO CLEARLY EARLIER STAGE COMPANIES, IT'S MORE RISKY AND

09:46AM  10   IT'S MORE UNCERTAIN, SO WHEN YOU EVALUATE IT, YOU HOPE TO BE --

09:46AM  11   YOU HOPE TO GET A LARGER RETURN FOR THAT.

09:46AM  12        AS YOU'RE FARTHER UP THE CHAIN, MAYBE IT'S MORE CERTAIN

09:46AM  13   THAT YOU'RE GOING TO MAKE A RETURN, AND YOU AREN'T SURE HOW

09:46AM  14   MUCH, BUT YOU ARE GOING TO MAKE A RETURN AND UNLIKELY THAT

09:46AM  15   YOU'RE GOING TO LOSE MONEY.

09:46AM  16        AND SO SUBSEQUENTLY THE RETURNS ARE GENERALLY NOT AS GREAT

09:46AM  17   THAN IF YOU HAD INVESTED IN AN EARLY STAGE.

09:46AM  18   Q.   SO IN DETERMINING WHETHER TO INVEST IN EVALUATING A

09:46AM  19   POTENTIAL COMPANY, WHAT ARE YOUR PRIMARY SOURCES OF

09:46AM  20   INFORMATION?

09:46AM  21   A.   CERTAINLY INITIALLY MEETING WITH THE MANAGEMENT TEAM AND

09:46AM  22   UNDERSTANDING THE CAPABILITY OF THEM, ANALYZING THE POTENTIAL

09:46AM  23   OF WHATEVER IT IS THAT THEY'RE GOING TO DO, AND THE SIZE OF THE

09:47AM  24   MARKET, AND IS THIS WORTHWHILE AND SO FORTH.

09:47AM  25        AND THEN HOW MUCH MONEY IS IT GOING TO TAKE TO GET THE

09:47AM  1    COMPANY TO FRUITION.

09:47AM  2    Q.   I'D LIKE TO TALK ABOUT YOUR EXPERIENCE WITH THERANOS

09:47AM  3    SPECIFICALLY.

09:47AM  4         HOW WERE YOU FIRST INTRODUCED TO THE COMPANY, OR HOW DID

09:47AM  5    YOU BECOME AWARE OF THERANOS?

09:47AM  6    A.   MY UNCLE, DON LUCAS, HAS BEEN A VENTURE CAPITALIST A LONG

09:47AM  7    TIME IN THE VALLEY, AND HE HAD MET ELIZABETH EARLY ON THROUGH

09:47AM  8    ONE OF HIS FRIENDS, AND SO HE INTRODUCED HER TO ME

09:47AM  9    SUBSEQUENTLY.

09:47AM 10    Q.   DO YOU RECALL APPROXIMATELY WHEN YOU FIRST BECAME AWARE OF

09:47AM 11    THE COMPANY?

09:47AM 12    A.   APPROXIMATELY 2005, I BELIEVE, 2005, 2006.

09:47AM 13    Q.   AND AROUND THAT TIME PERIOD, DO YOU RECALL WHAT

09:48AM 14    DON LUCAS'S CONNECTION TO THERANOS WAS?

09:48AM 15    A.   WELL, AS I SAY, HE WAS INTRODUCED TO ELIZABETH, AND HE

09:48AM 16    STARTED SPENDING CONSIDERABLE TIME WITH HER, AND HE WAS VERY

09:48AM 17    EXCITED ABOUT THE OPPORTUNITY, AND THAT WAS PRETTY MUCH THE

09:48AM 18    INVOLVEMENT.

09:48AM 19         AND THEN HE TOOK IT FROM THERE.

09:48AM 20    Q.   DID DON LUCAS INVEST IN THERANOS TO YOUR KNOWLEDGE?

09:48AM 21    A.   HE DID.

09:48AM 22    Q.   AND WAS THERE A TIME WHEN DON LUCAS WAS ON THE BOARD OF

09:48AM 23    DIRECTORS FOR THERANOS?

09:48AM 24    A.   HE WAS ON THE BOARD CERTAINLY IN THE BEGINNING, AND FOR

09:48AM 25    SOME TIME HE WAS CHAIRMAN OF THE BOARD.

09:48AM   1              MR. BOSTIC:  MAY I APPROACH, YOUR HONOR?

09:48AM   2              THE COURT:  YES.

09:48AM   3      BY MR. BOSTIC:

09:48AM   4      Q.   (HANDING.)

09:48AM   5          MR. LUCAS, I'VE HANDED YOU A BINDER OF DOCUMENTS.  I'VE

09:48AM   6      PROVIDED THE COURT AND DEFENSE COUNSEL WITH COPIES AS WELL.

09:48AM   7          I'LL ASK YOU TO TURN TO TAB 5016 IN THAT BINDER IF YOU

09:49AM   8      COULD.

09:49AM   9          DO YOU HAVE 5016 IN FRONT OF YOU?

09:49AM  10      A.   I DO.

09:49AM  11      Q.   DO YOU RECOGNIZE THAT DOCUMENT?

09:49AM  12      A.   I DO.

09:49AM  13      Q.   IS THIS AN EMAIL FROM JANUARY 2006 TO YOU ABOUT AN

09:49AM  14      INVESTMENT IN THERANOS?

09:49AM  15      A.   DID YOU SAY JANUARY 6TH?

09:49AM  16      Q.   JANUARY 2006.

09:49AM  17      A.   MAYBE I'M IN THE WRONG ONE.  THIS IS --

09:49AM  18      Q.   ARE YOU AT TAB 50 --

09:49AM  19      A.   OH, JANUARY 2006.  I'M SORRY.

09:50AM  20          YES, YES.  JANUARY 30TH.  YEP.

09:50AM  21              MR. BOSTIC:  YOUR HONOR, I OFFER EXHIBIT 5016.

09:50AM  22              MR. DOWNEY:  NO OBJECTION.

09:50AM  23              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:50AM  24          (GOVERNMENT'S EXHIBIT 5016 WAS RECEIVED IN EVIDENCE.)

09:50AM  25      BY MR. BOSTIC:

09:50AM 1    Q.   AND, MR. LUCAS, WE SEE HERE AN EMAIL HERE FROM SOMEONE

09:50AM 2    NAMED NICOLE HARPER AT FENWICK & WEST.

09:50AM 3        DO YOU SEE THAT?

09:50AM 4    A.   YES.

09:50AM 5    Q.   AND IS THAT YOUR EMAIL AT THE TOP, CHRIS@BDVENTURES AT THE

09:50AM 6    TOP?

09:50AM 7    A.   IT IS.

09:50AM 8    Q.   CAN YOU DESCRIBE FOR US WHAT WAS HAPPENING AS REFERENCED

09:50AM 9    IN THIS EMAIL IN JANUARY 2006?

09:50AM 10   A.   THIS IS REFERRING TO A SERIES B FINANCING, WHICH WE

09:50AM 11   INVESTED SOME MONEY BACK THERE AT THAT TIME.

09:50AM 12   Q.   SO THIS IS IN CONNECTION WITH AN INVESTMENT BY BDV IN

09:50AM 13   THERANOS?

09:50AM 14   A.   CORRECT.

09:50AM 15   Q.   DO YOU RECALL THE APPROXIMATE AMOUNT OF THAT INVESTMENT IN

09:50AM 16   EARLY 2006?

09:51AM 17   A.   I DO.  I BELIEVE IT WAS ABOUT 400,000.

09:51AM 18   Q.   APPROXIMATELY?

09:51AM 19   A.   APPROXIMATELY.

09:51AM 20   Q.   AND THOSE FUNDS, GENERALLY SPEAKING, WHAT WAS THE SOURCE

09:51AM 21   OF THOSE FUNDS?  DID THEY COME FROM THE INDIVIDUAL CLIENTS OF

09:51AM 22   BDV, OR WERE YOUR PERSONAL FUNDS INCLUDED IN THAT?

09:51AM 23   A.   THERE MAY HAVE BEEN SOME OF MY PERSONAL FUNDS, BUT THE

09:51AM 24   MAJORITY FROM OUR INVESTORS.

09:51AM 25   Q.   AROUND THIS TIME IN JANUARY 2006, DID YOU HAVE OCCASION TO

09:51AM  1    HAVE CONVERSATIONS WITH MS. HOLMES?

09:51AM  2    A.   YES.

09:51AM  3    Q.   WOULD THIS HAVE BEEN AROUND THE TIME WHEN YOU FIRST MET

09:51AM  4    MS. HOLMES?

09:51AM  5    A.   YES.  IF I'M RECOLLECTING PROPERLY, IT MAY HAVE BEEN A

09:51AM  6    LITTLE BIT BEFORE.  I'M JUST NOT RECALLING.

09:51AM  7    Q.   WE TALKED A LITTLE BIT BEFORE ABOUT BDV'S PROCESS FOR

09:52AM  8    EVALUATING INVESTMENTS.  FOR THIS INVESTMENT IN JANUARY OF

09:52AM  9    2006, WHAT WERE YOUR SOURCES OF INFORMATION ABOUT THERANOS

09:52AM  10   GENERALLY SPEAKING?

09:52AM  11   A.   GENERALLY IT WOULD HAVE BEEN EARLY ON THAT I MET ELIZABETH

09:52AM  12   AND -- BUT THE MAJORITY OF THE INFORMATION AT THAT TIME WAS

09:52AM  13   COMING FROM MY UNCLE, AND I THINK AT THAT TIME THERE WAS

09:52AM  14   ANOTHER INVESTOR AS WELL THAT WAS PROVIDING INFORMATION.

09:52AM  15        BUT BACK THEN IT WAS, AGAIN, WOULD HAVE BEEN ON A REFERRAL

09:52AM  16   BASIS, AND YOU WANT TO CLEARLY INVEST IN WONDERFUL

09:52AM  17   OPPORTUNITIES, AND SOMETIMES YOU DO GET THE SENSE THAT THIS IS

09:52AM  18   A GREAT OPPORTUNITY.  AND SO, YEAH, YOU'RE BEING INVITED TO

09:52AM  19   COME INTO A DEAL AND INVEST.

09:52AM  20   Q.   AND IN YOUR MIND, WHAT MADE THERANOS A WONDERFUL

09:52AM  21   OPPORTUNITY IN 2006?

09:52AM  22   A.   CERTAINLY WITH ELIZABETH, AND AGAIN, IF I HAD MET HER

09:53AM  23   AROUND THAT TIME AND SO FORTH, SHE WAS VERY PASSIONATE ABOUT

09:53AM  24   THE PROJECT, VERY SINCERE WHAT SHE WAS TRYING TO DO, WORKED ALL

09:53AM  25   OF THE TIME.  IT WAS ALL THERANOS ALL THE TIME FOR ELIZABETH.

ER-6333

09:53AM 1    Q.   AND IN CONNECTION WITH THAT INVESTMENT, DID YOU HAVE THE

09:53AM 2    OPPORTUNITY TO REVIEW ANY DOCUMENTATION PROVIDED BY THE

09:53AM 3    GOVERNMENT?

09:53AM 4    A.   I MAY HAVE, AND IT WAS -- AGAIN, IF IT WAS AT THIS TIME --

09:53AM 5    A RUDIMENTARY DISCUSSION OF WHAT THE COMPANY WAS TRYING TO

09:53AM 6    ACHIEVE WITH A DROP OF BLOOD AND ALL OF THE TESTS AND SO FORTH.

09:53AM 7    Q.   TELL US MORE ABOUT THAT.  BASED ON THE INFORMATION THAT

09:53AM 8    YOU HAD AT THAT TIME, WHAT WAS YOUR UNDERSTANDING OF WHERE THE

09:53AM 9    COMPANY WAS, WHAT ITS PRODUCT WAS, THINGS LIKE THAT?

09:53AM 10   A.   YEAH.  SO, SO THIS WAS AT THE TIME VERY EARLY STAGE.

09:54AM 11   ELIZABETH WAS SPENDING ALL THE TIME WITH SOME OF THE FOLKS.

09:54AM 12       SO IT IS TRULY AT THAT STAGE, YOU DON'T KNOW IF THE

09:54AM 13   COMPANY IS GOING TO BE ABLE TO COME UP WITH IT OR NOT.  YOU

09:54AM 14   TAKE A SHOT, IT SOUNDS VERY INTERESTING AND EXCITING, AND IF IT

09:54AM 15   ALL WORKED OUT, WONDERFUL.

09:54AM 16       AND IF THEY WERE NOT ABLE TO DEVELOP THE TECHNOLOGY, GIVEN

09:54AM 17   THAT THIS WAS SO EARLY STAGE, YOU KNOW, YOU TOOK YOUR CHANCE,

09:54AM 18   AND IF IT DIDN'T WORK OUT, YOU MOVE ON.

09:54AM 19   Q.   AND AS YOU UNDERSTOOD IT AT THE TIME, WHAT WAS THE

09:54AM 20   TECHNOLOGY THAT THE COMPANY WAS TRYING TO DEVELOP?

09:54AM 21   A.   SO FROM A SMALL AMOUNT OF BLOOD, A VERY SMALL AMOUNT OF

09:54AM 22   BLOOD, FINGERSTICK, THAT THE COMPANY'S TECHNOLOGY WOULD

09:54AM 23   ULTIMATELY BE ABLE TO EVALUATE AND TEST THE BLOOD CERTAINLY

09:55AM 24   WITH THE MOST OF THE GENERAL TESTS THAT WOULD BE ADMINISTRATED

09:55AM 25   BY A QUEST OR A LABCORP.

09:55AM    1        BUT THE ULTIMATE VISION WAS TO HAVE ALL TESTS BE ABLE TO

09:55AM    2   TEST WITH A SMALL AMOUNT OF BLOOD.

09:55AM    3   Q.   AND BASED ON THE INFORMATION THAT YOU WERE GETTING FROM

09:55AM    4   MS. HOLMES AND THERANOS AT THIS TIME, WHAT WAS YOUR

09:55AM    5   UNDERSTANDING OF HOW FAR ALONG THAT TECHNOLOGY WAS?  WAS IT A

09:55AM    6   VERY ROUGH CONCEPT?  A DRAWING ON A NAPKIN?  WAS IT A FULLY

09:55AM    7   FINISHED PRODUCT?  OR SOMEWHERE IN BETWEEN?

09:55AM    8   A.   IT WAS CERTAINLY BEYOND A DRAWING ON A NAPKIN, BUT WE

09:55AM    9   CERTAINLY DIDN'T BELIEVE AT THAT TIME THAT IT WAS FULLY

09:55AM   10   FUNCTIONAL AND DEVELOPED.

09:55AM   11   Q.   AND FINALLY, HOW DID THAT UNDERSTANDING RELATE TO YOUR

09:55AM   12   ASSESSMENT OF THE AMOUNT OF RISK INVOLVED IN THE INVESTMENT?

09:56AM   13   A.   AT THAT POINT IT WOULD HAVE BEEN VERY HIGH RISK.

09:56AM   14   Q.   WAS THE 2006 INVESTMENT THE ONLY TIME THAT BDV INVESTED IN

09:56AM   15   THERANOS?

09:56AM   16   A.   WE INVESTED LATER THAT YEAR AS WELL, AND AGAIN IN 2013.

09:56AM   17   Q.   AND DO YOU RECALL THE AMOUNT OF THE SECOND INVESTMENT IN

09:56AM   18   2006?

09:56AM   19   A.   I BELIEVE IT WAS AROUND A MILLION AND A HALF.

09:56AM   20   Q.   AND THEN YOU SAID THERE WAS AN INVESTMENT AFTER THAT AS

09:56AM   21   WELL?

09:56AM   22   A.   YES.

09:56AM   23   Q.   AND WHEN DID THAT OCCUR?

09:56AM   24   A.   THAT OCCURRED IN DECEMBER OF 2013.

09:56AM   25   Q.   OKAY.  LET'S TALK ABOUT THE TIME PERIOD LEADING UP TO THAT

09:56AM   1    2013 INVESTMENT, IF WE COULD.

09:56AM   2         FIRST, DO YOU RECALL THE APPROXIMATE AMOUNT OF THAT 2013

09:56AM   3    INVESTMENT?

09:56AM   4    A.   YES.  ABOUT 5.4 MILLION.

09:56AM   5    Q.   SO APPROXIMATELY FIVE TO TEN TIMES THE AMOUNT OF THE

09:57AM   6    INVESTMENT IN 2006?

09:57AM   7    A.   ABOUT FOUR TIMES.

09:57AM   8    Q.   THREE TO FOUR TIMES?

09:57AM   9    A.   YEP.

09:57AM  10    Q.   FOLLOWING YOUR INITIAL CONVERSATIONS WITH MS. HOLMES IN

09:57AM  11    2006, DID YOU REMAIN IN CONTACT WITH HER?

09:57AM  12    A.   YES.

09:57AM  13    Q.   AND DURING THOSE FURTHER CONTACTS, DID YOU RECEIVE

09:57AM  14    ADDITIONAL INFORMATION FROM HER ABOUT THERANOS?

09:57AM  15    A.   YES.

09:57AM  16    Q.   CAN YOU GIVE US A SENSE OF HOW FREQUENTLY YOU WERE IN

09:57AM  17    TOUCH WITH MS. HOLMES DURING THAT TIME PERIOD?  AND AGAIN,

09:57AM  18    WE'RE TALKING GENERALLY FROM 2006 TO 2013.

09:57AM  19    A.   CERTAINLY BY, BY PHONE QUITE OFTEN, AND WHEN I WOULD BE UP

09:57AM  20    HERE IN THE BAY AREA WE WOULD GET TOGETHER, AND THAT COULD HAVE

09:57AM  21    BEEN FOUR OR FIVE TIMES A YEAR.

09:57AM  22    Q.   IN-PERSON MEETINGS APPROXIMATELY FOUR TO FIVE TIMES A

09:57AM  23    YEAR?

09:57AM  24    A.   I WOULD SAY SO, AND, YES, IN PERSON.

09:58AM  25    Q.   AND AS FAR AS THE PHONE CONTACT, HOW FREQUENT WAS THAT?

09:58AM  1    A.   I'M REALLY NOT REMEMBERING, BUT I COULD IMAGINE ONCE A

09:58AM  2    MONTH, SOMETHING LIKE THAT.

09:58AM  3    Q.   AND DURING THAT TIME PERIOD, THOSE YEARS LEADING UP TO THE

09:58AM  4    2013 INVESTMENT, WERE THERE OTHER INDIVIDUALS AT THERANOS WITH

09:58AM  5    WHOM YOU WERE ALSO IN CONTACT?

09:58AM  6    A.   GENERALLY ELIZABETH, CERTAINLY SOME OF HER ASSISTANTS, AND

09:58AM  7    THEN I'M JUST FORGETTING THE TIMEFRAME WHEN I THEN GOT TO KNOW

09:58AM  8    HER BROTHER, CHRISTIAN, AND SOME OF THE OTHER FOLKS.

09:58AM  9         BUT PRIMARILY IT WAS DIRECTLY WITH ELIZABETH.

09:58AM 10    Q.   DOES THAT MEAN THAT MS. HOLMES WAS THE PRIMARY SOURCE OF

09:58AM 11    INFORMATION ABOUT THERANOS IN THE TIME LEADING UP TO THAT 2013

09:58AM 12    INVESTMENT?

09:58AM 13    A.   YES.  YES.

09:58AM 14    Q.   YOU MENTIONED THAT YOUR UNCLE, DON LUCAS, HAD BEEN ON THE

09:59AM 15    BOARD OF DIRECTORS AT THERANOS; IS THAT CORRECT?

09:59AM 16    A.   CORRECT.

09:59AM 17    Q.   AND DID YOU ALSO HAVE CONVERSATIONS WITH HIM ABOUT THE

09:59AM 18    COMPANY DURING THAT TIME PERIOD?

09:59AM 19    A.   YES.

09:59AM 20    Q.   WAS HE THEN A SECONDARY SOURCE OF INFORMATION FOR YOU

09:59AM 21    ABOUT THE COMPANY?

09:59AM 22    A.   ABSOLUTELY.

09:59AM 23    Q.   WHEN YOU WERE IN TOUCH WITH MS. HOLMES DURING THIS TIME

09:59AM 24    PERIOD, WAS IT ONLY IN BUSINESS SETTINGS OR DID YOU ALSO HAVE

09:59AM 25    SOCIAL CONTACT WITH MS. HOLMES?

09:59AM   1    A.   WELL, WE WOULD A NUMBER OF TIMES GO HAVE DINNER OR HAVE

09:59AM   2    LUNCH, AND IF THAT'S CONSIDERED A SOCIAL SETTING, THEN

09:59AM   3    ABSOLUTELY.  I FELT THAT SHE AND I GOT TO KNOW EACH OTHER QUITE

09:59AM   4    WELL.

09:59AM   5    Q.   DURING THOSE CONVERSATIONS WITH MS. HOLMES -- AND I'LL ASK

09:59AM   6    YOU FOR SOME MORE DETAILS IN A MOMENT -- WAS THE NEWS THAT YOU

09:59AM   7    GOT ABOUT THERANOS GENERALLY POSITIVE, OR DID YOU EVER RECEIVE

09:59AM   8    NEGATIVE NEWS ABOUT THE COMPANY?

10:00AM   9    A.   GENERALLY POSITIVE, AND I DON'T RECOLLECT, IF ANY,

10:00AM  10    NEGATIVE NEWS.

10:00AM  11    Q.   AS FAR AS THE AMOUNT OF INFORMATION THAT YOU RECEIVED

10:00AM  12    ABOUT THE COMPANY, DID YOU FEEL THAT THERE WAS A HIGH DEGREE OF

10:00AM  13    TRANSPARENCY AT THERANOS?  DID YOU GET A LOT OF INSIGHT INTO

10:00AM  14    WHAT WAS HAPPENING AT THE COMPANY DURING THAT TIME PERIOD?

10:00AM  15    A.   THERE WAS NOT A LOT OF TRANSPARENCY.

10:00AM  16         HOWEVER, WE FELT, AND I FELT WITH MY RELATIONSHIP WITH

10:00AM  17    ELIZABETH, THAT I WAS CERTAINLY BEING TOLD THE INFORMATION THAT

10:00AM  18    I NEEDED IN MAKING ANY DECISIONS.

10:00AM  19    Q.   WHEN YOU SAY THERE WAS NOT A HIGH DEGREE OF TRANSPARENCY,

10:00AM  20    WHAT MAKES YOU SAY THAT?

10:00AM  21    A.   WELL, TYPICALLY WE WOULD RECEIVE FINANCIAL STATEMENTS AND

10:00AM  22    ACTUALLY SEE EVERYTHING WORKING IN THE LABORATORY AND SO FORTH,

10:01AM  23    AND A LOT OF THAT WAS -- WE WERE NOT PROVIDED THE OPPORTUNITY.

10:01AM  24    Q.   DID THERE COME A TIME DURING THAT TIME PERIOD WHEN YOUR

10:01AM  25    UNCLE, DON LUCAS, STEPPED AWAY FROM INVOLVEMENT WITH THERANOS?

10:01AM  1    A.   YES.  OFFICIALLY IN 2012 HE RESIGNED FROM THE BOARD.

10:01AM  2    Q.   AND WHAT EFFECT, IF ANY, DID THAT HAVE ON HOW YOU RECEIVED

10:01AM  3    INFORMATION ABOUT THE COMPANY?

10:01AM  4    A.   CERTAINLY AFTER THAT TIME HE HAD NO -- NOTHING MORE TO BE

10:01AM  5    ABLE TO CONTRIBUTE BECAUSE HE WAS NOT WITH THE COMPANY.

10:01AM  6         BUT AT THAT TIME I HAD A GREAT RELATIONSHIP WITH

10:01AM  7    ELIZABETH, AND WE TALKED, AND I RECEIVED THE INFORMATION MAINLY

10:01AM  8    FROM HER.

10:01AM  9    Q.   I'LL ASK YOU TO TURN TO TAB 5095 IN THE BINDER.  IT SHOULD

10:02AM 10    BE THE NEXT ONE.

10:02AM 11         DO YOU HAVE THAT EMAIL IN FRONT OF YOU?

10:02AM 12    A.   I DO.

10:02AM 13    Q.   ARE YOU LOOKING AT AN EMAIL FROM JULY OF 2013 FROM

10:02AM 14    THERANOS TO A NUMBER OF INDIVIDUALS, INCLUDING YOURSELF?

10:02AM 15    A.   YES.

10:02AM 16    Q.   AND IS THIS MESSAGE ADDRESSED "DEAR SHAREHOLDER" AT THE

10:02AM 17    TOP?

10:02AM 18    A.   IT IS.

10:02AM 19              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS

10:02AM 20    EXHIBIT 5095.

10:02AM 21              MR. DOWNEY:  NO OBJECTION.

10:02AM 22              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:02AM 23         (GOVERNMENT'S EXHIBIT 5095 WAS RECEIVED IN EVIDENCE.)

10:02AM 24    BY MR. BOSTIC:

10:02AM 25    Q.   AND, MR. LUCAS, WE'VE REDACTED A MAJORITY OF THE EMAIL

LUCAS DIRECT BY MR. BOSTIC                                      5403

10:02AM   1    ADDRESSES HERE.

10:02AM   2        DO YOU SEE AT THE TOP THAT YOU WERE INCLUDED ON THIS

10:02AM   3    EMAIL?

10:02AM   4    A.   YES, I WAS.

10:02AM   5    Q.   AND DO YOU SEE MS. HOLMES WAS BCC'ED AS WELL?

10:02AM   6    A.   YES.

10:02AM   7    Q.   LET'S ZOOM IN ON THE TEXT OF THE MESSAGE ITSELF.

10:03AM   8        AND THIS EMAIL SAYS, "DEAR SHAREHOLDER.

10:03AM   9        "IT IS WITH GREAT PLEASURE THAT I WRITE YOU TO INFORM YOU

10:03AM  10    OF OUR UPCOMING CONSUMER LAUNCH."

10:03AM  11        DO YOU SEE THAT?

10:03AM  12    A.   YES.

10:03AM  13    Q.   AND THE LINE BELOW SAYS, AS YOU ALL KNOW, WE HAVE BEEN

10:03AM  14    WORKING IN STEALTH MODE TO PREPARE FOR THIS.

10:03AM  15        DO YOU RECALL AT THIS TIME IN 2013 WHEN YOU WERE INFORMED

10:03AM  16    BY THERANOS ABOUT THEIR UPCOMING CONSUMER LAUNCH?

10:03AM  17    A.   YES.

10:03AM  18    Q.   AND WHAT WAS YOUR REACTION TO THIS AS AN INVESTOR?

10:03AM  19    A.   VERY EXCITING.

10:03AM  20    Q.   WHY?

10:03AM  21    A.   IT'S EXCITING BECAUSE THIS IS WHAT ELIZABETH AND HER

10:03AM  22    DEDICATED TEAM HAD BEEN WORKING ON FOR SO LONG, AND THEY FELT

10:03AM  23    IT WAS NOW READY FOR PRIMETIME, TO BE TAKEN OUT TO THE MARKET.

10:03AM  24    Q.   AND -- APOLOGIES.

10:03AM  25    A.   NO, I'M SORRY.  THAT'S IT.

10:03AM 1    Q.   AND FROM THE PERSPECTIVE OF SOMEONE WHO HAS INVESTED IN

10:04AM 2    THE COMPANY, WHY WOULD THIS BE EXCITING OR GOOD NEWS?

10:04AM 3    A.   WELL, IT WOULD INDICATE THAT ALL OF THEIR EFFORTS HAD NOW

10:04AM 4    STARTED TO COME TO FRUITION.  THAT ALLOWED THEM, AS I SAID, TO

10:04AM 5    TAKE IT TO MARKET.

10:04AM 6         AND, OF COURSE, IN DOING SO, THE VALUE OF THE COMPANY AND

10:04AM 7    OUR INVESTMENT WAS CERTAINLY INCREASING.

10:04AM 8    Q.   DO YOU SEE TWO PARAGRAPHS DOWN FROM WHERE WE WERE JUST

10:04AM 9    LOOKING IN THAT EMAIL, THERE'S A LINE THAT SAYS, "WE HAVE BEEN

10:04AM 10   PREPARING A NEW WEBSITE IN ANTICIPATION OF THE LAUNCH"?

10:04AM 11   A.   YES.

10:04AM 12   Q.   DO YOU REMEMBER EVENTUALLY REVIEWING THE THERANOS WEBSITE

10:04AM 13   WHEN IT BECAME PUBLIC?

10:04AM 14   A.   YES.

10:04AM 15   Q.   TURN NOW, PLEASE, TO TAB 1102, PLEASE, IN YOUR BINDER.

10:05AM 16   A.   I'M SORRY.  SAY THE NUMBER AGAIN.

10:05AM 17   Q.   1102.

10:05AM 18   A.   1102.

10:05AM 19   Q.   IT SHOULD BE THE --

10:05AM 20   A.   OH, IT'S BACK.  SORRY.

10:05AM 21   Q.   AND DO YOU HAVE THAT ONE IN FRONT OF YOU?

10:05AM 22   A.   I DO.

10:05AM 23   Q.   AND DO YOU SEE AN EMAIL DATED SEPTEMBER 7TH, 2013?

10:05AM 24   A.   YES.

10:05AM 25            MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS

10:05AM 1    EXHIBIT 1102.

10:05AM 2              MR. DOWNEY:  NO OBJECTION, YOUR HONOR.

10:05AM 3              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:05AM 4        (GOVERNMENT'S EXHIBIT 1102 WAS RECEIVED IN EVIDENCE.)

10:05AM 5    BY MR. BOSTIC:

10:05AM 6    Q.   AND, MR. LUCAS, WERE YOU INCLUDED ON THIS EMAIL TO

10:05AM 7    THERANOS SHAREHOLDERS?

10:05AM 8        I'LL DIRECT YOUR ATTENTION TO THE TOP QUARTER OF THE PAGE

10:05AM 9    ON THE LEFT-HAND SIDE THERE IS AN EMAIL IS

10:06AM 10   CHRIS@BDVENTURES.COM?

10:06AM 11       I PUT A MARK NEXT TO IT IF THAT HELPS.

10:06AM 12   A.   YES.

10:06AM 13   Q.   ALL RIGHT.  LET'S ZOOM OUT AND THEN ZOOM IN ON THE CONTENT

10:06AM 14   OF THIS EMAIL.

10:06AM 15       SO ON SEPTEMBER 7TH, 2013, THERANOS SENT THIS MESSAGE.

10:06AM 16       IT SAYS, "TO OUR SHAREHOLDERS.

10:06AM 17       "I AM DELIGHTED TO SHARE THAT WE HAVE NOW BEGUN THE

10:06AM 18   COMMERCIAL LAUNCH OF THE NEW PRODUCTS AND SERVICES WE HAVE BEEN

10:06AM 19   WORKING ON FOR THE PAST YEARS."

10:06AM 20       DO YOU SEE THAT?

10:06AM 21   A.   I DO.

10:06AM 22   Q.   AND DO YOU RECALL RECEIVING THIS ANNOUNCEMENT, THAT THE

10:06AM 23   COMMERCIAL LAUNCH OF THERANOS'S SERVICES HAD BEGUN?

10:06AM 24   A.   YES.

10:07AM 25   Q.   AND WHAT WAS YOUR REACTION TO THIS?

10:07AM  1    A.  I'M SORRY.  AGAIN, VERY EXCITING.  THIS IS WHAT YOU WOULD

10:07AM  2    HOPE FOR AND EXPECT FOR IN INVESTING IN A COMPANY THAT HAD

10:07AM  3    WORKED SO HARD TO GET TO THIS POINT.

10:07AM  4    Q.  AND SPECIFICALLY FROM THE PERSPECTIVE OF AN INVESTOR, WAS

10:07AM  5    THIS GOOD NEWS ABOUT THE STATUS OF AN INVESTMENT?

10:07AM  6    A.  IT IS INDEED GOOD NEWS.

10:07AM  7    Q.  DO YOU SEE THAT BELOW THE HIGHLIGHTED LANGUAGE THERE, THIS

10:07AM  8    EMAIL ANNOUNCES THE NEW WEBSITE AT WWW.THERANOS.COM?

10:07AM  9    A.  YES.

10:07AM  10   Q.  AND IS THAT THE WEBSITE THAT YOU REVIEWED AS AN INVESTOR

10:07AM  11   IN THE COMPANY?

10:07AM  12   A.  YES.

10:07AM  13   Q.  BELOW THAT THIS EMAIL PROVIDES A LINK TO A STORY IN "THE

10:07AM  14   WALL STREET JOURNAL."

10:07AM  15       DO YOU SEE THAT?

10:07AM  16   A.  I DO.

10:07AM  17   Q.  IF YOU CAN TURN THE TAB TO 1106.

10:07AM  18       DO YOU SEE THERE "THE WALL STREET JOURNAL" STORY THAT IS

10:08AM  19   REFERENCED IN THE EMAIL THAT WE WERE JUST LOOKING AT?

10:08AM  20   A.  I DO.

10:08AM  21          MR. BOSTIC:  YOUR HONOR, I BELIEVE THIS IS IN

10:08AM  22   EVIDENCE ALREADY.  PERMISSION TO PUBLISH?

10:08AM  23          MR. DOWNEY:  IT IS IN EVIDENCE.

10:08AM  24          THE COURT:  YES, IT MAY BE PUBLISHED.  THANK YOU.

10:08AM  25   BY MR. BOSTIC:

10:08AM  1    Q.   MR. LUCAS, DID YOU READ THIS "WALL STREET JOURNAL" ARTICLE

10:08AM  2    IN SEPTEMBER OF 2013?

10:08AM  3    A.   YES.

10:08AM  4    Q.   AND THE TITLE IS "ELIZABETH HOLMES:  THE BREAKTHROUGH OF

10:08AM  5    INSTANT DIAGNOSIS."

10:08AM  6         AND I'D LIKE TO DRAW YOUR ATTENTION TO FURTHER DOWN THAT

10:08AM  7    PAGE, THE FIRST INDENTED PARAGRAPH.

10:08AM  8    A.   OKAY.

10:08AM  9    Q.   THANK YOU, MS. HOLLIMAN.

10:08AM  10        AND DO YOU SEE LANGUAGE IN THE PARAGRAPH THAT BEGINS "THE

10:08AM  11   SECRET"?

10:08AM  12        IT SAYS, "THE SECRET THAT HUNDREDS OF EMPLOYEES ARE NOW

10:08AM  13   REFINING INVOLVES DEVICES THAT AUTOMATE AND MINIATURIZE MORE

10:08AM  14   THAN 1,000 LABORATORY TESTS FROM ROUTINE BLOOD WORK AND

10:09AM  15   ADVANCED GENETIC ANALYSES."

10:09AM  16        DO YOU SEE THAT?

10:09AM  17   A.   I DO.

10:09AM  18   Q.   AND IT SAYS, "THERANOS'S PROCESSES ARE FASTER, CHEATER AND

10:09AM  19   MORE ACCURATE THAN CONVENTIONAL METHODS AND REQUIRE ONLY

10:09AM  20   MICROSCOPIC BLOOD VOLUMES, NOT VIAL AFTER VIAL OF THE STUFF."

10:09AM  21        DO YOU REMEMBER READING THAT LANGUAGE IN 2013?

10:09AM  22   A.   I'M SURE I READ THE ARTICLE.  I DON'T SPECIFICALLY

10:09AM  23   REMEMBER THAT LANGUAGE, BUT CERTAINLY THERE IT IS.

10:09AM  24   Q.   THAT CLAIM, THAT THE THERANOS PROCESSES WERE FASTER,

10:09AM  25   CHEAPER, AND MORE ACCURATE THAN CONVENTIONAL METHODS, WAS THAT

ER-6344

10:09AM  1    IMPORTANT TO YOU AS AN INVESTOR IN THE COMPANY?

10:09AM  2    A.   YES, AND IT WAS VERY IMPORTANT TO THE COMPANY.  THAT WAS

10:09AM  3    THE WHOLE ESSENCE OF THE COMPANY.

10:09AM  4    Q.   AND YOUR UNDERSTANDING THAT THAT WAS THE ESSENCE OF THE

10:09AM  5    COMPANY, WHERE DID THAT UNDERSTANDING COME FROM?

10:09AM  6    A.   WELL, CERTAINLY NOW AT THIS POINT, BEING AROUND THE

10:09AM  7    COMPANY FOR ABOUT SEVEN YEARS AND AROUND ELIZABETH, I MEAN,

10:09AM  8    THAT'S ITS MISSION CLEARLY.

10:09AM  9    Q.   AND WHY WAS THAT IMPORTANT TO YOU AS AN INVESTOR, THE

10:10AM 10    CLAIM THAT THE COMPANY'S PROCESSES WERE FASTER, CHEAPER AND

10:10AM 11    MORE ACCURATE THAN CONVENTIONAL METHODS?

10:10AM 12    A.   BECAUSE IT WOULD ALLOW THE COMPANY TO EFFECTIVELY COMPETE

10:10AM 13    IN THE LAB SPACE, THE LAB TESTING SPACE.

10:10AM 14    Q.   AND HOW ABOUT THE FACT THAT THOSE METHODS OR THE PROCESSES

10:10AM 15    OF THERANOS REQUIRED ONLY MICROSCOPIC BLOOD VOLUMES, NOT VIAL

10:10AM 16    AFTER VIAL OF THE STUFF?  WAS THAT IMPORTANT TO YOU AS WELL?

10:10AM 17    A.   WELL, IT WAS IMPORTANT IN THE SENSE THAT SINCE ELIZABETH

10:10AM 18    STARTED THE COMPANY, HER -- AS SHE HAS SAID AND SAID TO ME

10:10AM 19    OFTEN, SHE HERSELF IS AFRAID OF NEEDLES AND OTHER PEOPLE ARE

10:10AM 20    AFRAID OF NEEDLES AND THE AMOUNT OF BLOOD, AND THIS WAS GOING

10:10AM 21    TO ALLOW MANY FOLKS TO JUST HAVE A PIN PRICK AND BE ABLE TO --

10:10AM 22    ALL OF THE TESTS COULD BE RUN JUST ON, ON THAT.

10:10AM 23    Q.   AND IN YOUR VIEW, WAS THAT ABILITY OF THERANOS IMPORTANT

10:11AM 24    TO THE LIKELIHOOD OF SUCCESS OF THE COMPANY?

10:11AM 25    A.   YES.

10:11AM  1      Q.   LET'S GO TO PAGE 2 OF THIS ARTICLE.  ABOUT HALFWAY DOWN

10:11AM  2      THE PAGE, THERE'S A PARAGRAPH THAT SAYS, "THERANOS'S TECHNOLOGY

10:11AM  3      ELIMINATES."

10:11AM  4           DO YOU SEE THAT?

10:11AM  5      A.   YES.

10:11AM  6      Q.   AND IT READS, "THERANOS'S TECHNOLOGY ELIMINATES MULTIPLE

10:11AM  7      LAB TRIPS BECAUSE IT CAN 'RUN ANY COMBINATION OF TESTS,

10:11AM  8      INCLUDING SETS OF FOLLOW-ON TESTS' AT ONCE VERY QUICKLY, ALL

10:11AM  9      FROM A SINGLE MICRO-SAMPLE."

10:11AM 10           DO YOU SEE THAT LANGUAGE?

10:11AM 11      A.   I DO.

10:11AM 12      Q.   WAS THE ABILITY OF THE THERANOS TECHNOLOGY TO RUN MULTIPLE

10:11AM 13      TESTS AN IMPORTANT FACT FOR YOU AS AN INVESTOR?

10:11AM 14      A.   YES.

10:11AM 15      Q.   LET'S GO DOWN TO THE PARAGRAPH THAT BEGINS "ANOTHER

10:12AM 16      THERANOS ADVANCE" AT THE BOTTOM OF THE PAGE THERE.

10:12AM 17           AND, MS. HOLLIMAN, IF WE CAN ZOOM BACK IN ON THAT?

10:12AM 18           IT SAYS, "ANOTHER THERANOS ADVANCE IS ITS TESTING

10:12AM 19      ACCURACY."

10:12AM 20           AND THEN THERE'S SOME LANGUAGE ABOUT CONVENTIONAL

10:12AM 21      LABORATORY CHAIN OF CUSTODY INTRODUCING OPPORTUNITIES FOR

10:12AM 22      ERROR.

10:12AM 23           DO YOU SEE THAT?

10:12AM 24      A.   I DO.

10:12AM 25      Q.   AT THE BOTTOM OF THIS PAGE, IT SAYS, "THERANOS'S

LUCAS DIRECT BY MR. BOSTIC                                          5410

10:12AM  1    TECHNOLOGY IS AUTOMATED, STANDARDIZED, AND ATTEMPTS TO SUBTRACT

10:12AM  2    HUMAN ERROR," LET'S GO TO PAGE 3 AND ZOOM IN ON THE TOP,

10:12AM  3    "ATTEMPTS TO SUBTRACT HUMAN ERROR FROM THE PROCESS.  IT CAN

10:12AM  4    THUS ACHIEVE MUCH LOWER VARIANCE RANGES FOR A GIVEN TEST."

10:13AM  5        DO YOU SEE THAT?

10:13AM  6    A.   I DO.

10:13AM  7    Q.   AS AN INVESTOR IN THE COMPANY, WAS THE ACCURACY OF

10:13AM  8    THERANOS'S TESTING AN IMPORTANT FACTOR FOR YOU?

10:13AM  9    A.   ABSOLUTELY.

10:13AM  10   Q.   WHY IS THAT?

10:13AM  11   A.   WELL, WHAT THEY ARE SHOWING IS THAT THEY CAN DO SOMETHING

10:13AM  12   AT A HIGHER -- IN ADDITION TO THE FAST TURN AROUND OF THE BLOOD

10:13AM  13   TEST, THAT THEY ARE MORE ACCURATE THAN THE CONVENTIONAL TESTING

10:13AM  14   THAT THE VIAL AND VIAL OF BLOODS TYPICALLY COULD DO.

10:13AM  15   Q.   AND WHY DOES THAT MATTER FOR AN INVESTOR?

10:13AM  16   A.   AGAIN, YOU HAVE SOMETHING THAT IS UNIQUE AND THAT GIVEN

10:13AM  17   HOW THE PROCESS WAS, THAT THEY WERE GOING TO BE ABLE TO BRING

10:13AM  18   THAT TO MARKET AND BEAT THE COMPETITION.

10:13AM  19   Q.   AROUND THE TIME OF THE COMMERCIAL LAUNCH IN SEPTEMBER OF

10:13AM  20   2013, WERE YOU STILL IN CONTACT WITH MS. HOLMES AT THERANOS?

10:13AM  21   A.   IN WHAT PART OF 2013?

10:13AM  22   Q.   SO THIS IS AROUND THE TIME OF THE COMMERCIAL LAUNCH IN

10:14AM  23   SEPTEMBER OF 2013.

10:14AM  24   A.   YES.

10:14AM  25   Q.   AND WAS THE INFORMATION THAT YOU WERE RECEIVING FROM

ER-6347

10:14AM   1    MS. HOLMES GENERALLY CONSISTENT WITH WHAT YOU WERE READING IN

10:14AM   2    ARTICLES LIKE THIS ONE?

10:14AM   3    A.   YES.

10:14AM   4    Q.   IF I COULD ASK YOU TO LOOK AT TAB 4153 IN YOUR BINDER.

10:14AM   5    AND IS EXHIBIT 4153 AN EMAIL FROM YOU TO A COWORKER OF YOURS AT

10:14AM   6    BDV RELATING TO THE THERANOS INVESTMENT?

10:14AM   7    A.   YES.

10:14AM   8            MR. BOSTIC:  YOUR HONOR, I OFFER EXHIBIT 4153.

10:14AM   9            MR. DOWNEY:  NO OBJECTION.

10:14AM  10            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:14AM  11        (GOVERNMENT'S EXHIBIT 4153 WAS RECEIVED IN EVIDENCE.)

10:14AM  12    BY MR. BOSTIC:

10:14AM  13    Q.   AND FIRST LET'S GO DOWN TO THE HEADER AT THE BOTTOM OF

10:15AM  14    PAGE 1.

10:15AM  15        MR. LUCAS, DO YOU SEE WE'RE ABOUT TO LOOK AT AN EMAIL FROM

10:15AM  16    THERANOS, THE ADDRESS SHAREHOLDERINFO@THERANOS.COM TO YOU IN

10:15AM  17    MID-DECEMBER 2013?

10:15AM  18    A.   YES.

10:15AM  19    Q.   AND LET'S TURN THE PAGE AND GO TO PAGE 2, AND ZOOM IN ON

10:15AM  20    THE TOP THIRD, PLEASE.

10:15AM  21        AND THIS EMAIL FROM THERANOS SAYS, "DEAR CHRIS.

10:15AM  22        "WE HOPE THIS EMAIL FINDS YOU WELL.  PLEASE FIND A MEMO TO

10:15AM  23    STOCKHOLDERS REGARDING CERTAIN DEALS AND TRANSACTIONS WE'RE

10:15AM  24    WORKING TO CLOSE BY YEAR END."

10:15AM  25        DO YOU SEE THAT?

10:15AM 1      A.   YES.

10:15AM 2      Q.   AND THEN THE MEMO TO STOCKHOLDERS SAYS, "DEAR THERANOS

10:15AM 3      STOCKHOLDER.

10:15AM 4           "WITH OUR LAUNCH TO CONSUMER HEALTH CARE THIS YEAR, WE ARE

10:15AM 5      RAPIDLY SCALING TO ESTABLISH A NATIONAL FOOTPRINT AND CAPTURE

10:15AM 6      THE OPPORTUNITY WE HAVE TO SERVE AS THE ONLY CERTIFIED,

10:16AM 7      NATIONAL LABORATORY CAPABLE OF RUNNING ANY OF ITS LABORATORY

10:16AM 8      TESTS FROM A FEW TINY DROPLETS OF BLOOD."

10:16AM 9           DO YOU SEE THAT?

10:16AM 10     A.   I DO.

10:16AM 11     Q.   AND WAS IT YOUR UNDERSTANDING THAT THIS WAS A MESSAGE THAT

10:16AM 12     THERANOS SENT TO ALL OF ITS SHAREHOLDERS AT THE TIME?

10:16AM 13     A.   YES.

10:16AM 14     Q.   AT THE BOTTOM OF THAT SAME PARAGRAPH IT SAYS, "AS WE

10:16AM 15     PREPARE FOR 2014 AND CLOSING YEAR END, WE ARE ACTIVELY

10:16AM 16     INVESTING IN INFRASTRUCTURE TO BUILD THIS NEW INDUSTRY WE HAVE

10:16AM 17     CREATED."

10:16AM 18          DO YOU SEE THAT?

10:16AM 19     A.   I DO.

10:16AM 20     Q.   THAT LANGUAGE IN THE FIRST SENTENCE OF THAT MEMO, "WITH

10:16AM 21     OUR LAUNCH TO CONSUMER HEALTH CARE THIS YEAR, WE ARE RAPIDLY

10:16AM 22     SCALING," CAN YOU EXPLAIN THE SIGNIFICANCE OF SCALING TO AN

10:16AM 23     INVESTOR?

10:16AM 24     A.   WELL, WITH THE PARTNERSHIPS THAT THEY HAD OR WERE

10:16AM 25     ESTABLISHING, IT'S NOW TIME, AS IT SAYS, TO ROLL IT OUT IN A

10:16AM  1    STAGED WAY.

10:16AM  2         AND THIS, AGAIN, WAS THE WHOLE REASON THAT THE COMPANY WAS

10:17AM  3    CREATED AND THE TECHNOLOGY, TO COME OUT AND HELP FOLKS AND BE

10:17AM  4    OUT THERE INTO THE DRUG STORES AND SO FORTH.

10:17AM  5    Q.   IS THERE A DIFFERENCE BETWEEN SCALING ACTIVITY THAT A

10:17AM  6    COMPANY DOES AND DEVELOPMENT ACTIVITY THAT A COMPANY DOES?

10:17AM  7    A.   DEVELOPMENT IN MY MIND REFERS TO ALL OF THE THINGS THAT GO

10:17AM  8    BEFORE YOU CAN SCALE, ALL OF THE DEVELOPMENT, ALL OF THE R&D.

10:17AM  9         AND WHEN YOU'RE SCALING, IT REFERS TO YOU'RE RAMPING UP

10:17AM  10   PRODUCTION AND STARTING TO GO OUT TO THE WORLD AND SELL YOUR

10:17AM  11   PRODUCT.

10:17AM  12   Q.   LET'S ZOOM IN ON THE BOTTOM HALF OF THIS PAGE, PAGE 2.

10:17AM  13        AND WAS THIS EMAIL FROM THERANOS GENERALLY ANNOUNCING AN

10:18AM  14   ADDITIONAL RAISING OF FUNDS OR INVESTMENT CAPITAL BY THE

10:18AM  15   COMPANY?

10:18AM  16   A.   YES.

10:18AM  17   Q.   AND DO YOU SEE THAT THE COMPANY AT THE BOTTOM THERE WAS

10:18AM  18   ALSO SEEKING SHAREHOLDER CONSENT FOR A NUMBER OF TRANSACTIONS,

10:18AM  19   ISSUING STOCK AND SIMILAR THINGS?

10:18AM  20   A.   YES.

10:18AM  21   Q.   LET'S TURN TO PAGE 1 OF THE EXHIBIT, AND LET'S ZOOM IN ON

10:18AM  22   THE BOTTOM HALF OF THE PAGE.  THERE'S AN EMAIL THERE FROM

10:18AM  23   SOMEONE NAMED ANA QUINTANA.

10:18AM  24        DO YOU SEE THAT?

10:18AM  25   A.   YES.

10:18AM  1    Q.   AND WHO IS SHE?

10:18AM  2    A.   ANA IS WITH BLACK DIAMOND VENTURES.

10:18AM  3    Q.   AND WHAT IS HER --

10:18AM  4    A.   RIGHT NOW SHE'S A PARTNER, BUT BACK THEN SHE WAS A

10:18AM  5    PRINCIPAL.

10:18AM  6    Q.   DID SHE WORK WITH YOU ON EVALUATING AND IMPLEMENTING

10:19AM  7    INVESTMENTS FOR BDV?

10:19AM  8    A.   YES.

10:19AM  9    Q.   IN HER EMAIL RESPONDING TO THERANOS ON DECEMBER 16TH, SHE

10:19AM  10   SAYS, "DEAR SHAREHOLDER INFORMATION REPRESENTATIVE.

10:19AM  11        "BLACK DIAMOND VENTURES IS INTERESTED IN INCREASING ITS

10:19AM  12   EQUITY POSITION IN THERANOS."

10:19AM  13        DO YOU SEE THAT?

10:19AM  14   A.   I DO.

10:19AM  15   Q.   AT THIS TIME IN MID-DECEMBER 2013, HAD BDV ALREADY MADE

10:19AM  16   THE FINAL DECISION TO INVEST MORE MONEY IN THERANOS?

10:19AM  17   A.   WELL, WE CERTAINLY WERE VERY INTERESTED AND WE -- YOU

10:19AM  18   KNOW, WE'LL ULTIMATELY PRESENT IT TO OUR INVESTORS, AND IF

10:19AM  19   FOLKS WANT TO INVEST, THEN WE'RE GOING TO INVEST.

10:19AM  20        BUT IT CERTAINLY WOULD HAVE BEEN OUR RECOMMENDATION TO OUR

10:19AM  21   GROUP TO INVEST.

10:19AM  22   Q.   I'LL ASK YOU TO LOOK AT THE NEXT TAB IN THE BINDER, WHICH

10:20AM  23   IS 5144.

10:20AM  24        DO YOU SEE THERE AN EMAIL CHAIN INCLUDING YOU, MS. HOLMES,

10:20AM  25   AND OTHERS RELATING TO THIS THERANOS FUND RAISE IN DECEMBER OF

10:20AM  1      2013?

10:20AM  2      A.   YES.

10:20AM  3              MR. BOSTIC:  YOUR HONOR, I OFFER EXHIBIT 5144.

10:20AM  4              MR. DOWNEY:  NO OBJECTION.

10:20AM  5              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:20AM  6          (GOVERNMENT'S EXHIBIT 5144 WAS RECEIVED IN EVIDENCE.)

10:20AM  7      BY MR. BOSTIC:

10:20AM  8      Q.   AND LET'S START ON PAGE 3 OF THIS EXHIBIT.

10:20AM  9          AND, MR. LUCAS, DO YOU SEE ON PAGE 3 THIS IS THE SAME

10:20AM 10      MESSAGE FROM THERANOS TO ALL STOCKHOLDERS THAT WE WERE JUST

10:20AM 11      LOOKING AT?

10:20AM 12      A.   YES.

10:21AM 13      Q.   OKAY.  LET'S FOLLOW THAT EMAIL CHAIN UP AND LOOK AT

10:21AM 14      PAGE 2, AND IF WE CAN ZOOM IN ON THE MIDDLE OF THAT PAGE.

10:21AM 15          AND WE SEE HERE AN EMAIL FROM YOU TO THERANOS, CC'ING

10:21AM 16      MS. QUINTANA ON DECEMBER 18TH, 2013; IS THAT RIGHT?

10:21AM 17      A.   YES.

10:21AM 18      Q.   AND YOU SAY, "I HAVE THE FOLLOWING QUESTIONS," AND YOU

10:21AM 19      LIST THE QUESTIONS THERE; IS THAT RIGHT?

10:21AM 20      A.   CORRECT.

10:21AM 21      Q.   AND WHAT WAS THE PURPOSE OF POSING THOSE QUESTIONS TO

10:21AM 22      THERANOS AT THIS TIME?

10:21AM 23      A.   TO FIND OUT ADDITIONAL INFORMATION AS I'M READING THIS AS

10:21AM 24      IT RELATED PRIMARILY TO THIS FINANCING.

10:21AM 25      Q.   AND WAS THIS AN EFFORT TO GATHER INFORMATION AND FACTS TO

10:21AM 1    INCORPORATE INTO YOUR DECISION OF WHETHER TO INVEST OR

10:21AM 2    RECOMMEND AN INVESTMENT IN THERANOS?

10:22AM 3    A.   YES.

10:22AM 4    Q.   I WANT TO ASK YOU ABOUT A FEW OF THESE QUESTIONS.

10:22AM 5         FIRST, QUESTION NUMBER 1 SAYS, "WHEN AND HOW CAN WE EXPECT

10:22AM 6    A PARTIAL OR FULL LIQUIDITY EVENT?"

10:22AM 7         DO YOU SEE THAT?

10:22AM 8    A.   I DO.

10:22AM 9    Q.   WHAT WAS THE SIGNIFICANCE OF THAT QUESTION AT THE TIME?

10:22AM 10   A.   WELL, WHEN YOU INVEST IN A COMPANY, YOU ARE GENERALLY

10:22AM 11   CONCERNED, FIRST, DOES THE PRODUCT -- DOES EVERYTHING WORK?

10:22AM 12        AND THEN, WHEN ARE WE GOING TO HAVE THE COMPANY MATURE

10:22AM 13   ENOUGH THAT POTENTIALLY THE COMPANY WOULD GO PUBLIC OR IT WOULD

10:22AM 14   BE SOLD?

10:22AM 15        AND SO PERIODICALLY YOU WOULD CHECK ON TIMING AND SEE

10:22AM 16   WHERE WE ARE.

10:22AM 17   Q.   HOW ABOUT QUESTION NUMBER 2?  YOU ASK, "WHAT AMOUNT OF

10:22AM 18   MONEY IS EXPECTED TO BE RAISED IN THIS FINANCING?"

10:22AM 19        WHY WOULD THAT HAVE BEEN AN IMPORTANT FACT FOR YOU TO KNOW

10:22AM 20   AS AN INVESTOR?

10:22AM 21   A.   SO IF YOU'RE SCALING UP, RAMPING UP PRODUCTION AND

10:22AM 22   DISTRIBUTION, YOU WANT TO UNDERSTAND HOW MUCH MONEY IS BEING

10:22AM 23   RAISED THAT CAN THEN FULFILL THAT MISSION, THAT PART OF THE --

10:23AM 24   WHERE THE COMPANY IS AT, IF THEY'RE RAISING TOO LITTLE MONEY,

10:23AM 25   IT'S NOT GOING TO HAPPEN.

10:23AM  1    Q.  MOVING TO QUESTION NUMBER 4, YOU SAY, "WE HAVE EXPRESSED

10:23AM  2    INTEREST IN THIS ROUND, HOWEVER, OUR CONCERN IS THAT THE

10:23AM  3    EXPECTED CLOSING DATE OF 12/31/13 MAY PRECLUDE US FROM

10:23AM  4    PARTICIPATING.  DUE TO THIS SHORT PERIOD OF TIME, IS AN

10:23AM  5    EXTENSION CONTEMPLATED?"

10:23AM  6        CAN YOU EXPLAIN WHAT YOU WERE GETTING AT THERE?

10:23AM  7    A.  WELL, AS YOU CAN SEE, THE TIMING WAS QUITE COMPRESSED AND

10:23AM  8    I WANTED TO UNDERSTAND IF IT TRULY HAD TO CLOSE BY

10:23AM  9    DECEMBER 31ST OR NOT, AND INDEED, IT DID HAVE TO CLOSE BY

10:23AM 10    DECEMBER 31ST.

10:23AM 11    Q.  YOU TESTIFIED EARLIER THAT DURING YOUR TIME WITH BDV

10:23AM 12    YOU'VE WORKED ON A NUMBER OF INVESTMENTS; IS THAT RIGHT?

10:23AM 13    A.  YES.

10:23AM 14    Q.  THIS TIME SCALE, APPROXIMATELY TWO WEEKS BETWEEN THE

10:23AM 15    ANNOUNCEMENT OF A FUND RAISE AND THE CLOSING OF THE ROUND,

10:24AM 16    WHERE DOES THAT FALL ON THE SPECTRUM AS FAR AS PACE OF

10:24AM 17    INVESTMENT?

10:24AM 18    A.  VERY SHORT.

10:24AM 19    Q.  AND WHAT EFFECT DOES THAT HAVE ON BDV'S PROCESS IN

10:24AM 20    EVALUATING THE INVESTMENT?

10:24AM 21    A.  THIS WAS HOLIDAY TIME, AND WE ENDED UP WORKING AROUND THE

10:24AM 22    CLOCK TO -- I FELT THIS WAS IMPORTANT TO INVEST AND FOR OUR

10:24AM 23    GROUP TO INVEST, AND SO WE WORKED TO GET IT DONE, AND IT TOOK A

10:24AM 24    LOT OF EXTRA HOURS.

10:24AM 25    Q.  LET'S LOOK AT THE TOP OF THAT PAGE, PAGE 2.

LUCAS DIRECT BY MR. BOSTIC                                          5418

10:24AM  1          AND YOU SEE PART OF AN EMAIL FROM SHAREHOLDER INFORMATION

10:24AM  2   AT THERANOS?

10:24AM  3          DO YOU SEE THAT?

10:24AM  4   A.   YES.

10:24AM  5   Q.   AND IT READS, "ELIZABETH'S OFFICE MENTIONED THAT SHE SPOKE

10:25AM  6   WITH YOU DIRECTLY.  PLEASE LET US KNOW IF THERE IS ANY FURTHER

10:25AM  7   INFORMATION YOU NEED TO TURN THE CONSENT BACK TO US."

10:25AM  8          DO YOU SEE THAT?

10:25AM  9   A.   I DO.

10:25AM 10   Q.   AND SO AROUND THIS TIME, IN ADDITION TO YOUR EMAILS WITH

10:25AM 11   THERANOS, WERE YOU ALSO HAVE ONE-ON-ONE PHONE CONVERSATIONS

10:25AM 12   WITH MS. HOLMES?

10:25AM 13   A.   CLEARLY IF THAT'S WHAT THE EMAIL SAYS, YES, I'M SURE I

10:25AM 14   DID.

10:25AM 15   Q.   AND LET ME JUST ASK ABOUT YOUR MEMORY.

10:25AM 16          DO YOU RECALL THAT DURING THIS TIME PERIOD YOU WERE STILL

10:25AM 17   IN PERIODIC CONTACT WITH MS. HOLMES AT THERANOS?

10:25AM 18   A.   ABSOLUTELY, YEAH.

10:25AM 19   Q.   LET'S GO TO PAGE 1, PLEASE, OF THIS EXHIBIT, AND ZOOM IN

10:25AM 20   ON THE BOTTOM HALF.  ACTUALLY, IF WE CAN ZOOM IN ON THE MIDDLE,

10:25AM 21   CAPTURE THE MIDDLE TWO MESSAGES.

10:25AM 22          THANK YOU, MS. HOLLIMAN.

10:26AM 23          DO YOU SEE AT THE BOTTOM THERE, THERE'S A MESSAGE FROM

10:26AM 24   MS. QUINTANA TO THERANOS SAYING, "WE VERY MUCH APPRECIATE THE

10:26AM 25   TIME ELIZABETH SPENT DISCUSSING THIS MATTER WITH CHRIS"?

10:26AM  1    A.   YES.

10:26AM  2    Q.   AND WOULD YOU BE THE CHRIS REFERENCED IN THIS EMAIL?  ARE

10:26AM  3    YOU THE CHRIS REFERENCED IN THIS EMAIL?

10:26AM  4    A.   YES.

10:26AM  5    Q.   AND THE EMAIL ABOVE THAT IS AGAIN FROM MS. QUINTANA, AND

10:26AM  6    IN THAT EMAIL, SHE SAYS, "PLEASE LET ME KNOW IF YOU'D LIKE TO

10:26AM  7    DISCUSS THE DETAILS REGARDING FRIDAY'S CALL WITH ELIZABETH."

10:26AM  8         DO YOU SEE THAT?

10:26AM  9    A.   I DO.

10:26AM 10    Q.   THIS WAS ON WEDNESDAY, DECEMBER 18TH.  DO YOU RECALL THERE

10:26AM 11    WAS A FRIDAY CALL WITH MS. HOLMES ON DECEMBER 20TH, 2013?

10:26AM 12    A.   YES.

10:26AM 13    Q.   AND DO YOU REMEMBER, GENERALLY SPEAKING, HOW THAT CALL

10:26AM 14    HAPPENED AND WHO WAS ON THAT CALL?

10:27AM 15    A.   IF THIS IS -- I JUST WANT TO MAKE SURE THAT WE'RE TALKING

10:27AM 16    ABOUT THE RIGHT CALL.  IS THIS THE INVESTOR CALL THAT I HAD

10:27AM 17    WITH OUR GROUP?

10:27AM 18    Q.   LET ME ASK, FIRST OF ALL, HAVE YOU -- LET ME ASK IT A

10:27AM 19    DIFFERENT WAY.

10:27AM 20         DO YOU HAVE A RECOLLECTION OF AN INVESTOR CALL THAT BDV

10:27AM 21    HAD WHERE MS. HOLMES PARTICIPATED AND ANSWERED QUESTIONS?

10:27AM 22    A.   YES.

10:27AM 23    Q.   AND WAS THAT CALL AROUND DECEMBER 20TH, 2013?

10:27AM 24    A.   YES.

10:27AM 25    Q.   A RECORDING OF THAT CALL HAS BEEN REFERENCED IN THIS TRIAL

ER-6356

10:27AM   1   AS EXHIBIT 1348 AND 1349.

10:27AM   2        AT THE TIME, WERE YOU AWARE THAT THAT CALL WAS BEING

10:27AM   3   RECORDED?

10:27AM   4   A.   NO.

10:27AM   5   Q.   SINCE THEN, HAVE YOU HAD AN OPPORTUNITY TO REVIEW THE

10:28AM   6   RECORDING OF THAT DECEMBER 20TH, 2013 CALL?

10:28AM   7   A.   YES.

10:28AM   8   Q.   AND DID THAT RECORDING REFRESH YOUR RECOLLECTION GENERALLY

10:28AM   9   ABOUT THE TOPICS DISCUSSED ON THE CALL?

10:28AM  10   A.   YES.

10:28AM  11   Q.   SO GOING BACK TO KIND OF HOW THAT CALL HAPPENED AND WHO

10:28AM  12   WAS ON IT.

10:28AM  13        WHAT IS YOUR MEMORY?  AND LET ME BREAK THAT OUT.

10:28AM  14        FIRST OF ALL, HOW DID THAT CALL HAPPEN?  WHAT WAS ITS

10:28AM  15   PURPOSE?

10:28AM  16   A.   SO, AS I'VE SAID, I WAS IN QUITE FREQUENT CONTACT WITH

10:28AM  17   ELIZABETH, AND IF THIS FINANCING WAS COMING UP, TYPICALLY THE

10:28AM  18   WAY WE OPERATE IS THAT WE HAVE THE CEO OR THE MANAGEMENT TEAM

10:28AM  19   THEN PRESENT TO OUR GROUP.

10:28AM  20        SO THE PURPOSE WAS TO HAVE THIS CALL AND HAVE ELIZABETH

10:28AM  21   PRESENT, AND THEN LET ANY OF OUR PEOPLE ASK ANY QUESTIONS.

10:28AM  22   Q.   AND WAS THE PURPOSE OF THIS CALL TO HELP INFORM THE GROUP

10:28AM  23   SO THAT YOU AND OTHER INDIVIDUALS COULD DECIDE WHETHER TO

10:29AM  24   INVEST IN THE COMPANY?

10:29AM  25   A.   YES.

10:29AM  1    Q.   DO YOU RECALL A PORTION OF THAT CALL AFTER MS. HOLMES

10:29AM  2    DROPPED OFF THE CALL WHEN YOU REMAINED ON THE LINE?

10:29AM  3    A.   YES.

10:29AM  4    Q.   AND DID YOU CONTINUE TO ANSWER SOME QUESTIONS POSED BY

10:29AM  5    POTENTIAL INVESTORS DURING THAT PERIOD OF THE CALL?

10:29AM  6    A.   THAT'S CORRECT.

10:29AM  7    Q.   IN ANSWERING THOSE QUESTIONS, WHERE DID YOUR INFORMATION

10:29AM  8    COME FROM?

10:29AM  9    A.   WELL, PRIMARILY FROM ELIZABETH, FROM THE CALL THAT -- OR

10:29AM  10   FROM THE CONVERSATION THAT WE JUST HAD WITH HER, AND THROUGH

10:29AM  11   WHAT I KNEW FROM MY CONVERSATIONS WITH HER.

10:29AM  12   Q.   LET'S TURN NEXT TO TAB 5444.

10:30AM  13        DO YOU HAVE EXHIBIT 5444 IN FRONT OF YOU?

10:30AM  14   A.   I DO.

10:30AM  15   Q.   AND IS THAT AN EMAIL CHAIN BETWEEN YOU AND MS. HOLMES

10:30AM  16   RELATING TO THE BDV INVESTMENT?

10:30AM  17   A.   YES.

10:30AM  18        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5444.

10:30AM  19        MR. DOWNEY:  NO OBJECTION.

10:30AM  20        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:30AM  21   (GOVERNMENT'S EXHIBIT 5444 WAS RECEIVED IN EVIDENCE.)

10:30AM  22        MR. BOSTIC:  AND IF WE CAN START WITH PAGE 2 OF THIS

10:30AM  23   EXHIBIT.  AND IF WE ZOOM DOWN AT THE BOTTOM, WE'LL SEE A

10:30AM  24   HEADER.

10:30AM  25   Q.   SHOWING THAT, WE'RE ABOUT TO LOOK AT AN EMAIL FROM YOU TO

10:30AM  1    MS. HOLMES ON DECEMBER 24TH, 2013.

10:31AM  2         AT THE VERY BOTTOM OF THE PAGE.

10:31AM  3         DO YOU SEE THAT, MR. LUCAS?

10:31AM  4    A.   YES.

10:31AM  5    Q.   AND LET'S TURN TO PAGE 3 AND SEE THAT EMAIL.  LET'S ZOOM

10:31AM  6    IN ON THE CONTENT AT THE TOP.

10:31AM  7         MR. LUCAS, YOU WRITE TO MS. HOLMES, YOU SAY THAT YOU'VE

10:31AM  8    CONTINUED TO HAVE CALLS WITH BDV'S INVESTORS AND YOU'VE

10:31AM  9    DETERMINED THAT THERE IS SIGNIFICANT INTEREST IN PARTICIPATING

10:31AM 10    IN THIS ROUND.

10:31AM 11         DO YOU SEE THAT?

10:31AM 12    A.   I DO.

10:31AM 13    Q.   AND YOU THEN PASS ALONG SOME QUESTIONS THAT YOU HAD

10:31AM 14    RECEIVED FROM BDV INVESTORS; IS THAT RIGHT?

10:31AM 15    A.   YES.

10:31AM 16    Q.   AND WE SEE HERE, FOR EXAMPLE, THERE'S THE QUESTION, IN

10:31AM 17    ADDITION TO THE CONVERSIONS, HOW MUCH NEW CAPITAL IS COMING IN?

10:31AM 18         DO YOU SEE THAT QUESTION?

10:31AM 19    A.   YES.

10:31AM 20    Q.   AND THEN ABOVE THAT THERE'S A QUESTION ABOUT STRATEGIC

10:31AM 21    PARTNERS CONVERTING THE ENTIRE AMOUNT OF THEIR NOTES IN THIS

10:32AM 22    OFFERING?

10:32AM 23    A.   YES.

10:32AM 24    Q.   CAN YOU GIVE US, AT A HIGH LEVEL, AN EXPLANATION FOR WHY

10:32AM 25    THESE QUESTIONS WERE IMPORTANT TO YOU AT THE TIME?

10:32AM 1    A.   SO ONE OF THE PARTNERS, WALGREENS, AND THIS I THINK WAS

10:32AM 2    THE PRIMARILY REASON WHY IT HAD TO CLOSE BY THE END OF 2013, IS

10:32AM 3    THAT THEY HAD INVESTED -- I'M SORRY, THEY HAD LENT THE COMPANY

10:32AM 4    MONEY IN THE FORM OF A NOTE, AND THEY HAD THE OPTION TO CONVERT

10:32AM 5    THAT NOTE INTO STOCK, BUT THEY HAD TO EXERCISE THAT OPTION

10:32AM 6    PRIOR TO THE END OF 2013.

10:32AM 7    Q.   AND WHY DID YOU WANT TO KNOW WHAT THE STATUS WAS IN THAT

10:32AM 8    AREA?

10:32AM 9    A.   WELL, YOU WANT MORE PEOPLE IN THE WAGON HELPING FUND THE

10:33AM 10   COMPANY, AND IF THEY WERE MAKING THE DECISION AND THEY WERE

10:33AM 11   CONFIDENT IN THEIR DECISION AND THE SCALEUP THEMSELVES, THEY

10:33AM 12   WOULD CONVERT AND WANT TO PARTICIPATE IN THE UP SIDE OF THE

10:33AM 13   COMPANY FOR SURE.

10:33AM 14   Q.   IN YOUR EMAIL THERE'S ALSO A REFERENCE THERE NEAR THE TOP

10:33AM 15   WHERE YOU SAY, "THE CHALLENGE WILL BE GETTING ALL OF THE FUNDS

10:33AM 16   PRIOR TO YEAR END.  IF THERE IS ANY TIME FLEXIBILITY, PLEASE

10:33AM 17   LET ME KNOW."

10:33AM 18        DO YOU SEE THAT?

10:33AM 19   A.   YES.

10:33AM 20   Q.   AND IS THIS ANOTHER REFERENCE TO WHAT YOU MENTIONED BEFORE

10:33AM 21   ABOUT THE FAST PACE OF THIS INVESTMENT?

10:33AM 22   A.   YES.

10:33AM 23   Q.   LET'S GO TO PAGE 2.  AND IF WE CAN ZOOM IN ON THE MIDDLE

10:33AM 24   THIRD OF THE PAGE.

10:33AM 25        DO YOU SEE THERE, THERE'S A RESPONSE FROM MS. HOLMES TO

10:33AM  1    YOU ON DECEMBER 24TH, 2013?

10:34AM  2    A.   YES.

10:34AM  3    Q.   AND SHE WRITES IN RESPONSE TO YOUR QUESTION ABOUT TIMING,

10:34AM  4    "OUR CURRENT DOCUMENTS ARE STRUCTURED TO ALLOW FOR INVESTMENT

10:34AM  5    AT $15 A SHARE UP TO 12/31, AFTER WHICH TIME THE NEW

10:34AM  6    PRICE/SHARE TAKES EFFECT."

10:34AM  7         DO YOU SEE THAT?

10:34AM  8    A.   YES.

10:34AM  9    Q.   AND WHAT WAS THE ULTIMATE OUTCOME HERE?  WAS BDV REQUIRED

10:34AM  10   TO COMPLETE ITS INVESTMENT BY THE 31ST, OR WAS AN EXTENSION

10:34AM  11   GIVEN?

10:34AM  12   A.   NO.  WE HAD TO COMPLETE BY DECEMBER 31ST.

10:34AM  13   Q.   BELOW THAT MS. HOLMES MENTIONS THAT, "ALL CAPITAL COMING

10:34AM  14   IN NOW IS ASSOCIATED WITH STRATEGIC PARTNERS/ENTITIES WITH

10:34AM  15   EXISTING EQUITY POSITIONS AND ABILITY TO MAKE FURTHER

10:34AM  16   INVESTMENTS."

10:34AM  17        DO YOU SEE THAT?

10:34AM  18   A.   YES.

10:34AM  19   Q.   LET'S GO TO PAGE 1 OF THIS EXHIBIT.  AND IF WE COULD ZOOM

10:34AM  20   IN ON THE BOTTOM HALF.

10:35AM  21        AND IN THIS EMAIL ON DECEMBER 26TH YOU SAY, "ON A

10:35AM  22   DIFFERENT TOPIC, ONE OF OUR INVESTORS ASKED WHAT INFORMATION

10:35AM  23   WAS PROVIDED TO THE STRATEGIC PARTNERS SO THAT THEY COULD MAKE

10:35AM  24   THEIR DECISION WHETHER TO CONVERT OR NOT."

10:35AM  25        DO YOU SEE THAT?

10:35AM 1    A.    I DO.

10:35AM 2    Q.    AND ABOVE THAT THERE'S A RESPONSE FROM MS. HOLMES THAT

10:35AM 3    SAYS -- WELL, FIRST LET ME ASK, WHY WAS THAT INFORMATION

10:35AM 4    IMPORTANT FOR AN INVESTOR AT THAT TIME?

10:35AM 5    A.    WELL, SO THEY WOULD BE INFORMED, WELL INFORMED AND MAKE AN

10:35AM 6    EDUCATED DECISION WHETHER THEY SHOULD CONVERT.

10:35AM 7    Q.    ABOVE THAT MS. HOLMES RESPONDS, "OUR RECENT MILESTONES IN

10:35AM 8    ENTERING THIS $180 BILLION-PLUS INDUSTRY, AND THE POTENTIAL OUR

10:35AM 9    PARTNERS THINK WE HAVE TO REVOLUTIONIZE HEALTH CARE, OBVIOUSLY

10:36AM 10   ALSO SPEAK FOR THEMSELVES IN THIS CONTEXT BASED ON EVERYTHING

10:36AM 11   IN THE PUBLIC DOMAIN."

10:36AM 12        DO YOU SEE THAT?

10:36AM 13   A.    YES.

10:36AM 14   Q.    AND WHAT WAS YOUR RESPONSE TO THAT QUESTION?

10:36AM 15   A.    GREAT.  IT MEANS EVERYONE IS SET TO GO.

10:36AM 16   Q.    DID YOU FIND THAT TO BE A SATISFYING RESPONSE THAT

10:36AM 17   ENCOURAGED YOU TO INVEST?

10:36AM 18   A.    YES.

10:36AM 19   Q.    LET'S LOOK AT THE TOP PART OF PAGE 1 AND CAPTURE THOSE TWO

10:36AM 20   TOP MESSAGES.

10:36AM 21        YOU RESPOND, "YES, ABSOLUTELY."

10:36AM 22        YOU SAY, "AS WE PULL TOGETHER OUR FINANCING, I WOULD LIKE

10:36AM 23   TO HAVE A CONVERSATION WITH YOU."

10:36AM 24        MS. HOLMES RESPONDS THE FOLLOWING DAY, OR ACTUALLY IT

10:36AM 25   MIGHT HAVE BEEN THE SAME DAY GIVEN THE TIME STAMP, BUT SHE

10:36AM  1    RESPONDS SHORTLY TO SAY, "I'M IN THE OFFICE NOW AND COULD

10:36AM  2    CONNECT," AND SHE PROVIDES THE NUMBER.

10:36AM  3        DO YOU SEE?

10:36AM  4    A.   YES.

10:36AM  5    Q.   AND IS THIS CONSISTENT WITH YOUR MEMORY THAT IN THE DAYS

10:36AM  6    LEADING UP TO BDV'S INVESTMENT IN THERANOS, YOU HAD ACCESS TO

10:37AM  7    MS. HOLMES AND ADDITIONAL CONVERSATIONS WITH HER?

10:37AM  8    A.   YES.

10:37AM  9    Q.   LET'S LOOK AT TAB 5446.

10:37AM  10       IS THIS ANOTHER EMAIL CHAIN BETWEEN YOU AND MS. HOLMES

10:37AM  11   REGARDING THAT DECEMBER 2013 INVESTMENT?

10:37AM  12   A.   YES.

10:37AM  13            MR. BOSTIC:  YOUR HONOR, I OFFER EXHIBIT 5446.

10:37AM  14            MR. DOWNEY:  NO OBJECTION.

10:37AM  15            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:37AM  16       (GOVERNMENT'S EXHIBIT 5446 WAS RECEIVED IN EVIDENCE.)

10:37AM  17   BY MR. BOSTIC:

10:37AM  18   Q.   MR. LUCAS -- IF WE CAN JUST ZOOM IN ON THE TOP HALF OF

10:37AM  19   PAGE 1 HERE -- AND DO YOU SEE HERE THAT ON DECEMBER 29TH, 2013,

10:38AM  20   THERE'S SOME ADDITIONAL DISCUSSION ABOUT ANOTHER CALL WITH

10:38AM  21   MS. HOLMES RELATING TO THE INVESTMENT?

10:38AM  22   A.   YES.

10:38AM  23   Q.   LET'S LOOK NEXT AT THE FOLLOWING TAB, WHICH IS TAB 5447.

10:38AM  24       AND, MR. LUCAS, IS THIS EMAIL CHAIN SIMILARLY RELATED TO

10:38AM  25   THE BDV INVESTMENT IN DECEMBER OF 2013 AND INCLUDING YOU AND

10:38AM 1    OTHERS?

10:38AM 2    A.   YES.

10:38AM 3              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5447.

10:38AM 4              MR. DOWNEY:  NO OBJECTION.

10:38AM 5              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:38AM 6         (GOVERNMENT'S EXHIBIT 5447 WAS RECEIVED IN EVIDENCE.)

10:38AM 7              MR. BOSTIC:  AND IF WE CAN ZOOM IN ON THE TOP HALF

10:38AM 8    OF THIS PAGE, PLEASE.

10:38AM 9    Q.   AND IN THE BOTTOM MESSAGE HERE, THERE'S AN EMAIL FROM

10:39AM 10   MS. QUINTANA TO THERANOS, CC'ING YOU, AND IT SAYS, "ATTACHED

10:39AM 11   PLEASE FIND BLACK DIAMOND VENTURE'S EXECUTED MASTER SIGNATURE

10:39AM 12   PAGE," AND IT SAYS "OUR WIRE IN THE AMOUNT OF $5,349,900 WAS

10:39AM 13   INITIATED THIS MORNING."

10:39AM 14        COULD YOU EXPLAIN WHAT WAS HAPPENING AS REFERENCED IN THIS

10:39AM 15   EMAIL?

10:39AM 16   A.   THIS WAS THE LAST IN THE PROCESS.  WE MADE THE DECISION

10:39AM 17   WITH OUR GROUP TO INVEST, WE'RE ACKNOWLEDGING THE WIRE AND

10:39AM 18   SIGNING THIS SIGNATURE PAGE OF THE SHAREHOLDER, OF THE STOCK

10:39AM 19   PURCHASE AGREEMENT.

10:39AM 20   Q.   SO THIS IS HAPPENING ON DECEMBER 31ST.  THAT'S THE

10:39AM 21   DEADLINE FOR THE INVESTMENT; CORRECT?

10:39AM 22   A.   YES.

10:39AM 23   Q.   CAN YOU EXPLAIN WHEN THE ACTUAL DECISION WAS MADE TO

10:39AM 24   INVEST?  DID IT HAPPEN EXACTLY ON THE 31ST OR THE DAYS LEADING

10:39AM 25   UP TO IT?  WHAT IS YOUR RECOLLECTION THERE?

ER-6364

10:40AM  1      A.   CERTAINLY AFTER WE -- WELL, INITIALLY WE WERE VERY

10:40AM  2      INTERESTED IN INVESTING, WE HAD THE CALL WITH ELIZABETH, WE

10:40AM  3      THEN FOLLOW UP WITH OUR INVESTORS, AND SO WHETHER WE WERE

10:40AM  4      EXCITED -- "WE" BLACK DIAMOND -- WERE EXCITED TO INVEST OR NOT,

10:40AM  5      IF NO ONE ELSE WAS INTERESTED IN INVESTING, WE WOULDN'T HAVE

10:40AM  6      THE CAPITAL TO INVEST, SO THAT WOULD HAVE ENDED THE PROCESS.

10:40AM  7           HOWEVER, WE DID HAVE SIGNIFICANT INTEREST, AND THIS WAS

10:40AM  8      THE LEVEL, $5.3 MILLION, AND WE COLLECT THE FUNDS, WIRE, AND

10:40AM  9      THEN WE MANAGE THE FUNDS ON BEHALF OF OUR INVESTORS.

10:41AM 10      Q.   AND DO YOU RECALL WHETHER THIS $5.3 MILLION AMOUNT

10:41AM 11      INCLUDED ANY OF YOUR PERSONAL FUNDS?

10:41AM 12      A.   I EXPECT IT DID, BUT I JUST DON'T RECALL.

10:41AM 13      Q.   LET'S GO TO EXHIBIT 4845.

10:41AM 14           YOUR HONOR, THAT IS IN EVIDENCE.  PERMISSION TO PUBLISH?

10:41AM 15              THE COURT:  YES.

10:41AM 16      BY MR. BOSTIC:

10:41AM 17      Q.   LET'S LOOK AT PAGE 19 OF THIS EXHIBIT.

10:41AM 18      A.   PLEASE SAY AGAIN WHICH EXHIBIT.

10:41AM 19      Q.   THIS WILL BE ON THE SCREEN BECAUSE IT'S ALREADY IN

10:41AM 20      EVIDENCE.

10:41AM 21      A.   OH, OKAY.

10:41AM 22      Q.   DO YOU SEE IN FRONT OF YOU THE DETAILS OF A WIRE

10:41AM 23      TRANSACTION INVOLVING BLACK DIAMOND VENTURES?

10:41AM 24      A.   YES.

10:41AM 25      Q.   AND DO YOU SEE AT THE TOP THERE IN A LINE THAT READS OMAD,

10:41AM  1    THERE'S A DATE INDICATED 2013-12-31?

10:42AM  2    A.   YES.

10:42AM  3    Q.   AND IN THE NEXT SECTION UNDER AMOUNT, THERE'S THE AMOUNT

10:42AM  4    THAT WE JUST SAW, APPROXIMATELY $5.35 MILLION?

10:42AM  5    A.   YES.

10:42AM  6    Q.   AND UNDER ORIGINATOR, IT SHOWS THAT THIS IS COMING FROM

10:42AM  7    BLACK DIAMOND VENTURES.

10:42AM  8         AND UNDER BENEFICIARY, IT SHOWS THAT THIS IS GOING TO

10:42AM  9    THERANOS.

10:42AM 10         DO YOU SEE THAT?

10:42AM 11    A.   YES.

10:42AM 12    Q.   IS THIS THE WIRE THROUGH WHICH BDV INVESTED IN THERANOS?

10:42AM 13    A.   YES.

10:42AM 14    Q.   LET'S GO BACK TO EXHIBIT 5143 JUST BRIEFLY.  THIS IS IN

10:42AM 15    EVIDENCE.

10:42AM 16         AND IF WE COULD LOOK AT PAGE 1 FIRST.

10:42AM 17         WE SEE THAT THIS EMAIL ATTACHES SOME TRANSACTION DOCUMENTS

10:42AM 18    AT THE TOP.

10:42AM 19         DO YOU SEE THAT?

10:42AM 20    A.   YES.

10:42AM 21    Q.   LET'S GO TO PAGE 55 OF THE EXHIBIT.  I WOULD JUST LIKE TO

10:43AM 22    SHOW YOU A FEW PORTIONS OF ONE OF THESE AGREEMENTS.

10:43AM 23         DO YOU SEE THAT ONE OF THE DOCUMENTS ATTACHED WAS NAMED

10:43AM 24    PREFERRED STOCK PURCHASE AGREEMENT?

10:43AM 25    A.   YES.

10:43AM  1    Q.   AND LET'S LOOK AT THE FOLLOWING PAGE IN THIS DOCUMENT.

10:43AM  2         LET'S GO TO PAGE 65 OF THE EXHIBIT.  AND LET'S ZOOM IN ON

10:43AM  3    SECTIONS 4.3 AND 4.4.

10:43AM  4         MR. LUCAS, DO YOU SEE THAT THIS AGREEMENT REPRESENTS THAT

10:43AM  5    THE INVESTOR INVESTING IN THERANOS, IT SAYS, HAS SUBSTANTIAL

10:43AM  6    EXPERIENCE IN EVALUATING AND INVESTING IN PRIVATE PLACEMENT

10:43AM  7    TRANSACTIONS OF SECURITIES AND COMPANIES SIMILAR TO THE

10:43AM  8    COMPANY?

10:43AM  9    A.   YES.

10:43AM 10    Q.   AND IT ALSO SAYS THAT THE INVESTOR CAN PROTECT ITS OWN

10:43AM 11    INTERESTS AND HAS KNOWLEDGE AND EXPERIENCE IN FINANCIAL AND

10:44AM 12    BUSINESS MATTERS SO THAT THE INVESTOR IS CAPABLE OF EVALUATING

10:44AM 13    THE MERITS AND RISKS OF THE INVESTMENT.

10:44AM 14         DO YOU SEE THAT?

10:44AM 15    A.   YES.

10:44AM 16    Q.   AND WAS THAT TRUE AS TO YOU AND BDV AT THE TIME OF THE

10:44AM 17    INVESTMENT?

10:44AM 18    A.   YES.  AND GENERALLY FOR ANY KIND OF INVESTMENT LIKE THIS,

10:44AM 19    THIS LANGUAGE IS IN THE DOCUMENTATION.

10:44AM 20    Q.   YOU WERE FAMILIAR WITH LANGUAGE LIKE THIS FROM YOUR

10:44AM 21    PREVIOUS INVESTMENTS?

10:44AM 22    A.   YES.

10:44AM 23    Q.   UNDER SECTION 4.4, THE NEXT ONE, IT'S LABELLED

10:44AM 24    "SPECULATIVE NATURE OF INVESTMENT."

10:44AM 25         DO YOU SEE THAT?

10:44AM   1     A.   YES.

10:44AM   2     Q.   THAT SECTION TALKS ABOUT THE COMPANY HAVING LIMITED

10:44AM   3     FINANCIAL AND OPERATING HISTORY.

10:44AM   4          AND THEN IF WE GO TO PAGE 66 OF THE EXHIBIT, AT THE TOP

10:44AM   5     THERE, THERE'S A CONFIRMATION THAT THE INVESTOR UNDERSTANDS

10:44AM   6     THAT THIS IS A HIGHLY SPECULATIVE INVESTMENT AND IT INVOLVES

10:44AM   7     SUBSTANTIAL RISKS.

10:44AM   8          DO YOU SEE THAT?

10:44AM   9     A.   YES.

10:44AM  10     Q.   AND DID YOU UNDERSTAND THAT AT THE TIME AS TO THERANOS?

10:45AM  11     A.   YES.

10:45AM  12     Q.   SECTION 4.5 TALKS ABOUT THE INVESTOR'S ACCESS TO

10:45AM  13     INFORMATION ABOUT THE COMPANY.

10:45AM  14          DO YOU SEE THAT?

10:45AM  15     A.   YES.

10:45AM  16     Q.   AND WERE THOSE STATEMENTS TRUE AS TO YOU AND BDV AT THE

10:45AM  17     TIME?

10:45AM  18     A.   WELL, CERTAINLY WE RECEIVED ENOUGH INFORMATION THAT

10:45AM  19     ALLOWED US TO MAKE A DECISION.

10:45AM  20          THERE COULD HAVE BEEN ADDITIONAL INFORMATION, AS I SAID

10:45AM  21     EARLIER, LIKE FINANCIAL STATEMENTS AND SO FORTH THAT WOULD HAVE

10:45AM  22     BEEN HELPFUL.

10:45AM  23          BUT, AGAIN, I HAD A VERY COMFORTABLE RELATIONSHIP WITH

10:45AM  24     ELIZABETH AND EVERYTHING SEEMED TO BE GOING GREAT.

10:45AM  25     Q.   DID THE FACT THAT YOU FELT THAT YOU HAD A GOOD

10:45AM  1    RELATIONSHIP WITH MS. HOLMES INCREASE YOUR COMFORT LEVEL WITH

10:45AM  2    THE INVESTMENT?

10:45AM  3    A.   YES.

10:45AM  4    Q.   DID IT INCREASE YOUR COMFORT LEVEL WITH THE INVESTMENT

10:45AM  5    DESPITE THE FACT THAT YOU DIDN'T HAVE INFORMATION LIKE

10:45AM  6    FINANCIAL INFORMATION FROM THE COMPANY?

10:45AM  7    A.   YES.

10:45AM  8         AND IF I MAY ADD?  THE FACT THAT SHE HAD BEEN ABLE TO

10:46AM  9    ATTRACT PARTNERS LIKE WALGREENS AND OTHERS, THAT'S A HUGE

10:46AM 10    FACTOR.

10:46AM 11    Q.   YOU MENTIONED WALGREENS.

10:46AM 12         IN DECEMBER OF 2013, WAS IT YOUR UNDERSTANDING THAT THE

10:46AM 13    PARTNERSHIP WITH WALGREENS HAD BEEN IN OPERATION FOR A FEW

10:46AM 14    MONTHS?

10:46AM 15    A.   I DON'T REMEMBER THE AMOUNT OF TIME, BUT SOMETHING LIKE

10:46AM 16    THAT.

10:46AM 17    Q.   BASED ON YOUR CONVERSATIONS WITH MS. HOLMES, DID YOU

10:46AM 18    UNDERSTAND THAT THAT PARTNERSHIP WAS GOING WELL?

10:46AM 19    A.   YES.

10:46AM 20    Q.   FINALLY, IF WE COULD JUST MOVE DOWN TO SECTION 4.6.

10:46AM 21         THIS SECTION IN THE AGREEMENT HAS THE INVESTOR CONFIRMING

10:46AM 22    THAT IT IS AN ACCREDITED INVESTOR WITHIN THE MEANING OF A

10:46AM 23    CERTAIN REGULATION.

10:46AM 24         WAS THAT TRUE AS TO BDV AND YOU AT THE TIME?

10:47AM 25    A.   YES.

10:47AM  1    Q.   I'LL ASK YOU TO LOOK AT TAB 7366 IN YOUR BINDER.  IT

10:47AM  2    SHOULD BE AT THE VERY BACK.

10:47AM  3         AND DO YOU HAVE 7366 IN FRONT OF YOU?

10:47AM  4    A.   I DO.

10:47AM  5    Q.   I'LL ASK YOU TO GO TO PAGE 2 OF THE EXHIBIT.

10:47AM  6         DO YOU SEE THERE AN EMAIL FROM MS. QUINTANA AT BDV TO YOU

10:47AM  7    REGARDING THE THERANOS INVESTMENT?

10:47AM  8    A.   YES.

10:47AM  9              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS PAGES

10:47AM  10   2 THROUGH THE END OF EXHIBIT 7366.

10:48AM  11              MR. DOWNEY:  YOUR HONOR, CAN I HAVE JUST ONE SECOND

10:48AM  12   TO TALK TO MR. BOSTIC?

10:48AM  13              THE COURT:  SURE.

10:48AM  14        (DISCUSSION OFF THE RECORD.)

10:48AM  15              THE COURT:  FOLKS, WHY DON'T YOU STAND UP RIGHT NOW

10:48AM  16   AND STRETCH A LITTLE BIT.  WE'LL BE TAKING OUR BREAK IN ABOUT

10:48AM  17   45 MINUTES OR SO, BUT FEEL FREE TO STAND AND STRETCH.

10:48AM  18        (STRETCHING.)

10:48AM  19              THE COURT:  YOU AS WELL, SIR, IF YOU WOULD LIKE,

10:48AM  20   YES.

10:48AM  21              THE WITNESS:  THANK YOU.

10:49AM  22        (STRETCHING.)

10:49AM  23              THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

10:49AM  24        MR. BOSTIC?

10:49AM  25              MR. BOSTIC:  THANK YOU, YOUR HONOR.

10:49AM 1        THE GOVERNMENT JUST HAD MOVED TO ADMIT EXHIBIT 7366, PAGES

10:49AM 2    2 THROUGH THE END.

10:49AM 3            MR. DOWNEY:  TO WHICH WE HAVE NO OBJECTION.

10:49AM 4            THE COURT:  THANK YOU.  IT'S ADMITTED.  IT MAY BE

10:49AM 5    PUBLISHED.

10:49AM 6        (DEFENDANT'S EXHIBIT 7366, PAGES 2 - END, WAS RECEIVED IN

10:49AM 7    EVIDENCE.)

10:49AM 8    BY MR. BOSTIC:

10:49AM 9    Q.   MR. LUCAS, DO YOU SEE HERE AN EMAIL BETWEEN INDIVIDUALS AT

10:49AM 10   BDV RELATING TO THE THERANOS INVESTMENT IN DECEMBER 2013?

10:49AM 11   A.   YES.

10:49AM 12   Q.   AND THE EMAIL READS, "DEAR BDV INVESTOR.

10:49AM 13       "THANK YOU FOR YOUR INTEREST AND PARTICIPATION IN THIS

10:49AM 14   SERIES C-1 STOCK FINANCING.  PER OUR COUNSEL'S RECOMMENDATION,

10:50AM 15   WE WOULD LIKE TO SHARE ADDITIONAL INFORMATION AND DISCLOSURES

10:50AM 16   IN THE ATTACHED ACKNOWLEDGEMENT LETTER AND ACCOMPANYING

10:50AM 17   EXHIBIT A."

10:50AM 18       DO YOU SEE THAT?

10:50AM 19   A.   YES.

10:50AM 20   Q.   NOW, I DON'T WANT YOU TO DISCLOSE ANY PRIVILEGED

10:50AM 21   COMMUNICATIONS THAT YOU HAD WITH COUNSEL, BUT CAN YOU EXPLAIN

10:50AM 22   WHAT THIS COMMUNICATION WAS AND WHAT WAS BEING DISCLOSED TO BDV

10:50AM 23   INVESTORS ABOUT THERANOS AT THIS TIME?

10:50AM 24   A.   JUST GENERALLY, AS I DON'T HAVE THAT PART OF IT IN FRONT

10:50AM 25   OF ME, BUT GENERALLY WE WERE SAYING TO OUR GROUP THAT THERE WAS

10:50AM  1    A CERTAIN AMOUNT OF INFORMATION THAT WE DID NOT HAVE ACCESS TO,

10:50AM  2    AND WE WANTED THEM TO KNOW THAT AND ACKNOWLEDGE THAT, AND IF

10:50AM  3    THEY STILL WANTED TO INVEST, THEY WOULD ACKNOWLEDGE AND SIGN

10:50AM  4    THAT, AND OBVIOUSLY GET US THE FUNDS.

10:50AM  5        IF THAT MEMO SWAYED THEM OR CAUSED THEM TO CHANGE THEIR

10:50AM  6    MIND, THEN AT THAT POINT THEY WOULDN'T SIGN IT, THEY WOULDN'T

10:51AM  7    INVEST, AND THAT WOULD BE THE END OF THEIR PARTICIPATION.

10:51AM  8    Q.  YOU SPOKE EARLIER ABOUT SOME KINDS OF INFORMATION THAT YOU

10:51AM  9    DIDN'T HAVE FROM THERANOS AT THE TIME, INCLUDING SOME FINANCIAL

10:51AM 10    INFORMATION; IS THAT RIGHT?

10:51AM 11    A.  YES.

10:51AM 12    Q.  WHEN IT CAME TO THE AMOUNT OF INFORMATION THAT YOU HAD

10:51AM 13    FROM THERANOS AND THE LEVEL OF TRANSPARENCY, HOW WOULD YOU

10:51AM 14    COMPARE IT TO PREVIOUS INVESTMENTS THAT YOU HAD PARTICIPATED

10:51AM 15    IN?

10:51AM 16    A.  CERTAINLY IRREGULAR IN THAT GENERALLY WE WOULD HAVE

10:51AM 17    FINANCIAL STATEMENTS, AS I'VE SAID BEFORE, AND OTHER

10:51AM 18    DOCUMENTATION AND SO FORTH COMING FROM THE COMPANY.

10:51AM 19        I FELT COMFORTABLE WITH ELIZABETH AND A FEW OTHERS THAT I

10:51AM 20    MET THAT SHE WAS VERY CONCERNED, AND POTENTIALLY RIGHTLY SO,

10:51AM 21    THAT WHAT SHE WAS WORKING ON AND THE COMPANY WAS WORKING ON WAS

10:52AM 22    VERY TRANSFORMATIVE, AND THEY DID NOT WANT TO HAVE ANY

10:52AM 23    INFORMATION GET OUT INTO THE PUBLIC DOMAIN SO AS TO GIVE ONE OF

10:52AM 24    HER COMPETITORS A CHANCE TO CRUSH THE COMPANY BEFORE THE

10:52AM 25    COMPANY GOT TO FRUITION.

10:52AM  1        BUT THERE IS CERTAIN INFORMATION, AS I SAID BEFORE, LIKE

10:52AM  2    FINANCIALS, THAT TYPICALLY WOULD HAVE BEEN PROVIDED.

10:52AM  3    Q.   AND AT THE TIME THAT YOU WERE MOVING FORWARD WITH THIS

10:52AM  4    INVESTMENT AND LACKED THAT INFORMATION, WERE YOU SATISFIED WITH

10:52AM  5    THAT EXPLANATION FROM MS. HOLMES ABOUT THE REASON WHY YOU

10:52AM  6    DIDN'T HAVE THAT INFORMATION?

10:52AM  7    A.   YES.

10:52AM  8    Q.   THIS STEP OF SENDING THIS KIND OF DISCLOSURE TO BDV

10:52AM  9    INVESTORS, HAD BDV EVER TAKEN THIS ACTION BEFORE WITH RESPECT

10:52AM  10   TO A PREVIOUS INVESTMENT?

10:52AM  11   A.   NO, NOT SOMETHING LIKE THIS.  OUR DOCUMENTATION WOULD

10:52AM  12   INCLUDE SOMETHING SIMILAR AS WAS BEFORE, YOU ARE AN ACCREDITED

10:53AM  13   INVESTOR, YOU REALIZE THIS IS SPECULATIVE, AND SO FORTH.  BUT

10:53AM  14   WE FELT THAT IT WAS IMPORTANT TO PROVIDE THIS ADDITIONAL

10:53AM  15   DISCLOSURE.

10:53AM  16   Q.   IN DECIDING TO INVEST IN THERANOS, I JUST WANT TO MAKE

10:53AM  17   SURE THAT I UNDERSTAND THE SOURCES OF INFORMATION THAT YOU

10:53AM  18   RELIED UPON.

10:53AM  19        IN ADDITION TO THE CALLS WITH MS. HOLMES THAT WE'VE BEEN

10:53AM  20   TALKING ABOUT, DID YOU EVER RECEIVE WRITTEN MATERIALS FROM THE

10:53AM  21   COMPANY IN THE TIME PERIOD LEADING UP TO THE 2013 INVESTMENT?

10:53AM  22   A.   I DON'T RECALL OTHER THAN WHAT WAS MADE GENERALLY PUBLICLY

10:53AM  23   AVAILABLE.  I DON'T THINK I RECEIVED ANYTHING PROPRIETARY.

10:53AM  24   Q.   DID YOU VIEW ANY PRESENTATIONS FROM MS. HOLMES DURING ANY

10:53AM  25   IN-PERSON MEETINGS LEADING UP TO THAT 2013 INVESTMENT?

10:53AM  1    A.   IF, IF YOU LITERALLY MEAN RIGHT BEFORE THE INVESTMENT OR

10:54AM  2    WITHIN A FEW MONTHS, I DON'T THINK SO.  BUT I WOULD ALSO HAVE

10:54AM  3    TO SAY THAT I DON'T REMEMBER FOR SURE.

10:54AM  4    Q.   TO THE EXTENT THAT YOU WERE PRESENTED WITH ANY SLIDE

10:54AM  5    PRESENTATIONS BY MS. HOLMES OR THERANOS AROUND THE 2013 TIME

10:54AM  6    PERIOD, WERE YOU ALLOWED TO RETAIN COPIES OF THOSE

10:54AM  7    PRESENTATIONS?

10:54AM  8    A.   I JUST DON'T, DON'T REMEMBER.  YEAH, I JUST DON'T

10:54AM  9    REMEMBER.

10:54AM  10   Q.   WE SPOKE ABOUT NEWS ARTICLES REGARDING THERANOS.  DID YOU

10:54AM  11   GENERALLY LOOK FOR AND REVIEW NEWS ARTICLES ABOUT THE COMPANY

10:54AM  12   LEADING UP TO THE INVESTMENT?

10:54AM  13   A.   YES.

10:54AM  14   Q.   YOU ALSO TALKED ABOUT THE WEBSITE.  DID YOU REVIEW THE

10:54AM  15   THERANOS WEBSITE BEFORE DECIDING TO INVEST IN THE COMPANY IN

10:54AM  16   DECEMBER OF 2013?

10:54AM  17   A.   YES.

10:54AM  18   Q.   WHEN IT CAME TO YOUR UNDERSTANDING OF THE COMPANY STATUS

10:55AM  19   AT THAT TIME, I'D LIKE TO ASK YOU ABOUT A FEW SPECIFICS, AND

10:55AM  20   THIS IS BASED ON THE SOURCES OF INFORMATION THAT WE JUST TALKED

10:55AM  21   ABOUT.

10:55AM  22        FIRST, WHEN IT CAME TO THE COMPANY'S TECHNOLOGY, WHAT WAS

10:55AM  23   YOUR UNDERSTANDING OF THE DEVICES, THE DEVICE OR DEVICES THAT

10:55AM  24   THERANOS WAS USING TO CONDUCT ITS BLOOD TESTS?

10:55AM  25   A.   SO THE BRAIN OF THE DEVICE WAS, AND I THINK IT HAD

10:55AM   1    DIFFERENT NAMES, BUT THE ANALYZER WAS A BOX THE SIZE OF A PC,

10:55AM   2    YOU KNOW, A COUPLE FEET LONG, FOOT WIDE, AND LIKE OTHER

10:55AM   3    TECHNOLOGIES -- AND ABOUT A FOOT AND A HALF TALL.

10:55AM   4        AND LIKE OTHER TECHNOLOGIES, THEY WERE CONSTANTLY WORKING

10:55AM   5    TO MINIMIZE THAT, SO THERE WERE LARGER VERSIONS BEFORE, AND

10:55AM   6    WITH EACH ITERATION IT GOT SMALLER.

10:56AM   7        SO THAT WAS THE GUTS.

10:56AM   8    Q.   DID YOU EVER HAVE AN OPPORTUNITY TO SEE THE THERANOS

10:56AM   9    ANALYZER ITSELF?

10:56AM  10    A.   YES.

10:56AM  11    Q.   AND WHEN DID THAT HAPPEN?

10:56AM  12    A.   I'M SURE OVER THE YEARS A NUMBER OF TIMES.

10:56AM  13    Q.   MULTIPLE TIMES?

10:56AM  14    A.   YES.

10:56AM  15    Q.   AND WOULD THAT HAVE BEEN AT THERANOS'S HEADQUARTERS?

10:56AM  16    A.   YES.  AND PRIOR TO THAT, MY UNCLE WOULD HAVE AN ANNUAL

10:56AM  17    CONFERENCE FOR HIS INVESTORS, FOLKS WHO HAD COME IN ON OCCASION

10:56AM  18    AS THE TECHNOLOGY WAS DEVELOPED, AND ELIZABETH HAD BROUGHT A

10:56AM  19    BOX OR TWO, AN ANALYZER TO LET PEOPLE SEE IT.

10:56AM  20    Q.   BASED ON YOUR CONVERSATIONS WITH MS. HOLMES, DID YOU HAVE

10:56AM  21    AN UNDERSTANDING THAT THERE WAS ONE THERANOS ANALYZER THAT WAS

10:56AM  22    KIND OF GOING THROUGH VERSIONS, OR WAS THERE EVER A DISCUSSION

10:56AM  23    OF THE NEED FOR MULTIPLE DEVICES TO DO DIFFERENT KINDS OF

10:57AM  24    TESTS?

10:57AM  25    A.   MY GENERAL RECOLLECTION IS THAT IT WAS ONE DEVICE THAT WAS

10:57AM  1    BEING DEVELOPED TO HANDLE ALL OF THE TESTS.

10:57AM  2    Q.   AND AS FAR AS WHAT IT COULD DO, DID YOU UNDERSTAND THAT

10:57AM  3    THAT DEVICE WOULD RUN BLOOD TESTS USING A FINGERSTICK SAMPLE?

10:57AM  4    A.   YES.

10:57AM  5    Q.   HOW ABOUT AS TO THE AMOUNT OF TESTS THAT THAT DEVICE COULD

10:57AM  6    RUN?  DID YOU UNDERSTAND THAT IT COULD DO MULTIPLE KINDS OF

10:57AM  7    BLOOD TESTS?

10:57AM  8    A.   YES.

10:57AM  9    Q.   DID YOU HAVE AN UNDERSTANDING AROUND THE TIME THAT YOU

10:57AM  10   INVESTED ABOUT HOW MANY BLOOD TESTS THERANOS WAS OFFERING TO

10:57AM  11   THE PUBLIC?

10:57AM  12   A.   MY ESTIMATE WAS THAT IT COULD DO THE MAJORITY OF THE MOST

10:57AM  13   COMMON TESTS OUT THERE, SO THAT WOULD HAVE BEEN AT LEAST DOZENS

10:57AM  14   OF TESTS.

10:57AM  15   Q.   AND WAS THAT YOUR UNDERSTANDING BASED ON CONVERSATIONS

10:58AM  16   WITH MS. HOLMES?

10:58AM  17   A.   YES.  I WOULD JUST ADD, WITH THE INTENT OF CONTINUING TO

10:58AM  18   DEVELOP OTHER TESTS AS THEY'RE ABLE TO EXPAND THEIR EXPERTISE.

10:58AM  19   Q.   YOU UNDERSTOOD THAT THE NUMBER OF TESTS THAT THE ANALYZER

10:58AM  20   COULD PERFORM WAS GROWING?

10:58AM  21   A.   CORRECT.

10:58AM  22   Q.   BUT AT THE TIME WHEN YOU INVESTED IN DECEMBER OF 2013,

10:58AM  23   WHAT WAS YOUR UNDERSTANDING AS TO THE PROPORTION OF THERANOS'S

10:58AM  24   TESTS THAT COULD BE DONE USING THE THERANOS ANALYZER?

10:58AM  25   A.   YEAH.  AS I SAY, YOU KNOW, DOZENS, BUT CERTAINLY SOME HIGH

10:58AM  1    PERCENTAGE OF THE MOST COMMON BLOOD TESTS OUT THERE.

10:58AM  2    Q.   WOULD YOU HAVE BEEN SURPRISED AT THE TIME TO HEAR THAT THE

10:58AM  3    THERANOS ANALYZER WAS NEVER USED TO RUN MORE THAN 12 DIFFERENT

10:58AM  4    KINDS OF BLOOD TESTS IN THE THERANOS LAB?

10:58AM  5    A.   YES.

10:58AM  6    Q.   WOULD YOU HAVE BEEN VERY SURPRISED TO HEAR THAT?

10:58AM  7    A.   VERY SURPRISED.

10:59AM  8    Q.   WOULD THAT HAVE BEEN IMPORTANT INFORMATION FOR YOU TO KNOW

10:59AM  9    AT THE TIME THAT YOU INVESTED?

10:59AM  10   A.   YES.

10:59AM  11   Q.   WHY?

10:59AM  12   A.   WELL, IF WE HAD SPENT ALL OF THIS TIME AND NOW WE CAN ONLY

10:59AM  13   DO 12, THAT WOULD BE A PROBLEM.

10:59AM  14        HOWEVER, IF ONE WAS TOLD, GEE, WE CAN ONLY DO 12, BUT

10:59AM  15   WE'RE ADDING DOZENS EVERY MONTH, OR SOME NUMBER LIKE THAT, THEN

10:59AM  16   THAT'S JUST THE PROCESS THAT YOU GO THROUGH AS THE TECHNOLOGY

10:59AM  17   IS GETTING PREPARED FOR PRIMETIME AND DISTRIBUTION.

10:59AM  18   Q.   SO IT SOUNDS LIKE YOU WOULD HAVE BEEN UNDERSTANDING IF THE

10:59AM  19   ANSWER HAD BEEN, HERE'S WHERE WE ARE AND THERE'S MORE TO COME?

10:59AM  20   A.   YES.  IF TRULY THAT WAS THE CASE, YES.

10:59AM  21   Q.   BUT JUST TO BE CLEAR, WERE YOU TOLD IN 2013 THAT THE

10:59AM  22   THERANOS ANALYZER COULD RUN NO MORE THAN 12 TESTS?

10:59AM  23   A.   NO.

10:59AM  24   Q.   SPEAKING MORE ABOUT THE CAPABILITIES OF THE THERANOS

11:00AM  25   ANALYZER, DID MS. HOLMES TELL YOU ANYTHING ABOUT THE LEVEL OF

11:00AM 1    AUTOMATION AND ACCURACY THAT THE DEVICE WAS CAPABLE OF?

11:00AM 2    A.   I DON'T REMEMBER IF WE GOT INTO SPECIFICS, BUT CERTAINLY

11:00AM 3    THAT WAS THE WHOLE PURPOSE OF DEVELOPING THE TECHNOLOGY.

11:00AM 4    Q.   IF THE DEVICE HAD HAD THE SAME LEVEL OF AUTOMATION AS

11:00AM 5    CONVENTIONAL DEVICES AND IT HAD ACCURACY PROBLEMS, WOULD THOSE

11:00AM 6    FACTS HAVE BEEN IMPORTANT TO YOU AS A POTENTIAL INVESTOR IN THE

11:00AM 7    COMPANY?

11:00AM 8    A.   YES.

11:00AM 9    Q.   DURING YOUR CONVERSATIONS WITH MS. HOLMES, DID SHE EVER

11:00AM 10   TELL YOU ABOUT ANY ACCURACY OR RELIABILITY PROBLEMS EXPERIENCED

11:00AM 11   BY THE THERANOS ANALYZER?

11:00AM 12   A.   I DON'T RECALL THAT HAPPENING.

11:00AM 13   Q.   IN YOUR CONVERSATIONS WITH MS. HOLMES, DID SHE EVER

11:00AM 14   DISCUSS THERANOS'S WORK WITH THE UNITED STATES MILITARY?

11:01AM 15   A.   YES.

11:01AM 16   Q.   AT THE TIME THAT YOU INVESTED, WHAT WAS YOUR UNDERSTANDING

11:01AM 17   FROM THOSE CONVERSATIONS ABOUT THE MILITARY'S USE OF THERANOS'S

11:01AM 18   TECHNOLOGY?

11:01AM 19   A.   WELL, THAT IT WAS BEING USED IN THE FIELD AND THAT IT WAS

11:01AM 20   VERY EXCITING BECAUSE OF THE THINGS THAT THE TECHNOLOGY COULD

11:01AM 21   DO THAT OTHER TECHNOLOGIES COULD NOT DO IN THE FIELD, AND IT

11:01AM 22   WAS IMPORTANT FOR THE SURVIVOR RATE FOR FOLKS WHO HAD BEEN

11:01AM 23   WOUNDED IN THE FIELD.

11:01AM 24   Q.   JUST TO BE CLEAR, FROM WHAT MS. HOLMES TOLD YOU, DID YOU

11:01AM 25   UNDERSTAND THAT THE THERANOS ANALYZER WAS ACTIVELY BEING USED

11:01AM  1    BY THE MILITARY TO TREAT SOLDIERS IN THE FIELD?

11:01AM  2    A.   YES.

11:01AM  3    Q.   WOULD YOU HAVE BEEN SURPRISED AT THAT TIME TO HEAR THAT

11:01AM  4    THE MILITARY HAD NEVER USED ANY THERANOS TECHNOLOGY IN THE

11:01AM  5    TREATMENT OF SOLDIERS?

11:01AM  6    A.   YES, I WOULD HAVE BEEN SURPRISED.

11:01AM  7    Q.   WOULD IT HAVE SURPRISED YOU AT THAT TIME TO HEAR THAT

11:02AM  8    THERANOS OR THE MILITARY HAD NEVER SENT EVEN A SINGLE ANALYZER

11:02AM  9    TO THE MIDDLE EAST?

11:02AM  10   A.   YES, I WOULD HAVE BEEN SURPRISED.

11:02AM  11   Q.   COMPARING BDV'S INVESTMENT IN 2013 TO ITS INVESTMENT IN

11:02AM  12   2006, CAN YOU TELL ME ABOUT WHETHER YOU VIEWED THOSE TWO

11:02AM  13   INVESTMENTS AS CARRYING THE SAME AMOUNT OF RISK?

11:02AM  14   A.   NO.  THE ONE IN 2006, AS I SAID EARLIER, WE HOPED THAT

11:02AM  15   ELIZABETH AND HER TEAM, WHO SEEMED VERY DEDICATED AND VERY

11:02AM  16   PURPOSEFUL AND PASSIONATE, COULD DEVELOP IT, BUT THERE WAS NO

11:02AM  17   GUARANTEE.  HOPEFULLY IT HAPPENED, AND HOPEFULLY NOT.  THAT'S

11:02AM  18   WHAT VENTURE INVESTING IS.

11:02AM  19        HOWEVER, ALSO, AS I SAID EARLIER, AS YOU GO UP TO LATER

11:02AM  20   STAGE INVESTMENTS, THE RISK PROFILE GOES DOWN AND YOU WOULD

11:02AM  21   EXPECT TO HAVE A HIGHER CERTAINTY OF A RETURN.

11:03AM  22        SO THE DIFFERENCE BETWEEN THE TWO TIME PERIODS WAS HUGE.

11:03AM  23   Q.   AND IN DRAWING THAT COMPARISON AND REACHING THAT

11:03AM  24   UNDERSTANDING ABOUT THE LEVEL OF RISK IN 2013, WERE YOU RELYING

11:03AM  25   ON YOUR CONVERSATIONS WITH MS. HOLMES?

| | | |
|--|--|--|
| 11:03AM | 1 | A.   YES. |
| 11:03AM | 2 | Q.   FOLLOWING BDV'S INVESTMENT IN THERANOS IN 2013, DID YOU |
| 11:03AM | 3 | CONTINUE TO STAY IN CONTACT WITH MS. HOLMES? |
| 11:03AM | 4 | A.   YES. |
| 11:03AM | 5 | Q.   DID SHE CONTINUE TO PROVIDE YOU WITH INFORMATION ABOUT THE |
| 11:03AM | 6 | COMPANY? |
| 11:03AM | 7 | A.   YES, WE WOULD SPEAK REGULARLY. |
| 11:03AM | 8 | Q.   I'LL ASK YOU TO LOOK, JUST BRIEFLY, AT EXHIBIT 1770.  IT'S |
| 11:03AM | 9 | TAB 1770 IN YOUR BINDER. |
| 11:04AM | 10 | AND DO YOU HAVE THAT IN FRONT OF YOU? |
| 11:04AM | 11 | A.   YES. |
| 11:04AM | 12 | Q.   IS THIS ANOTHER EMAIL FROM THERANOS TO A GROUP OF |
| 11:04AM | 13 | INVESTORS, INCLUDING YOU, IN JUNE OF 2014? |
| 11:04AM | 14 | A.   YES. |
| 11:04AM | 15 | MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT -- |
| 11:04AM | 16 | THE WITNESS:  I CAN'T FIND MY ADDRESS, BUT I'M SURE |
| 11:04AM | 17 | I'M IN HERE. |
| 11:04AM | 18 | MR. BOSTIC:  I THINK WE CAN HIGHLIGHT IT FOR YOU. |
| 11:04AM | 19 | YOUR HONOR, THE GOVERNMENT MOVES TO ADMIT EXHIBIT 1770. |
| 11:04AM | 20 | MR. DOWNEY:  YOUR HONOR, I ACTUALLY THINK THE |
| 11:04AM | 21 | ATTACHMENT TO THIS IS A LITTLE DIFFERENT THAN WHAT WAS |
| 11:04AM | 22 | CONTEMPORANEOUSLY SENT. |
| 11:04AM | 23 | THIS SAME EXHIBIT ATTACHMENT HAS BEEN ADMITTED ELSEWHERE. |
| 11:04AM | 24 | I DON'T OBJECT TO THE EMAIL, BUT I OBJECT TO THE CONTENT |
| 11:04AM | 25 | FROM AFTER THE EMAIL WAS SENT. |

ER-6380

11:04AM  1        MR. BOSTIC:  YOUR HONOR, I'M HAPPY TO ADMIT JUST

11:04AM  2    PAGES 1 AND 2 OF THE EXHIBIT IF THAT WOULD ADDRESS THE CONCERN.

11:05AM  3        MR. DOWNEY:  IT WOULD, YOUR HONOR.

11:05AM  4        THE COURT:  PAGES 1 AND 2 OF 1770 ARE ADMITTED, AND

11:05AM  5    THEY MAY BE PUBLISHED.

11:05AM  6        MR. BOSTIC:  THANK YOU, YOUR HONOR.

11:05AM  7        (GOVERNMENT'S EXHIBIT 1770, PAGES 1 AND 2, WAS RECEIVED IN

11:05AM  8    EVIDENCE.)

11:05AM  9    BY MR. BOSTIC:

11:05AM 10    Q.   AND, MR. LUCAS, DO YOU SEE THAT WE'VE REDACTED A NUMBER OF

11:05AM 11    EMAIL ADDRESSES HERE, BUT APPEARING ON THE PAGE SHOULD BE YOUR

11:05AM 12    ADDRESS AND MS. HOLMES IN THAT BCC FIELD.

11:05AM 13        DO YOU SEE THAT?

11:05AM 14    A.   YES.

11:05AM 15    Q.   AND THIS IS A JUNE 12TH, 2014 EMAIL.

11:05AM 16        LET'S LOOK AT PAGE 2 AND ZOOM IN ON THE TEXT THERE.

11:05AM 17        IT SAYS, "TO OUR SHAREHOLDERS:

11:05AM 18        "LAST SEPTEMBER, WE INTRODUCED OUR PRODUCTS TO THE

11:05AM 19    CONSUMER AND CLINICAL MARKETS AFTER TEN YEARS OF INCREDIBLE

11:05AM 20    WORK AND DEDICATION OF SO MANY PEOPLE."

11:05AM 21        DO YOU SEE THAT?

11:05AM 22    A.   YES.

11:05AM 23    Q.   AND THE SECOND PARAGRAPH SAYS, "WITH THIS EMAIL, WE'RE

11:05AM 24    VERY PLEASED TO SHARE WITH YOU THIS MONTH'S 'FORTUNE' MAGAZINE

11:05AM 25    COVER STORY.  FORTUNE DID IN-DEPTH RESEARCH TO UNDERSTAND THE

11:06AM 1     IMPACT OUR WORK WILL HAVE ON THE WORLD AND WE SELECTIVELY

11:06AM 2     SHARED MORE OF OUR WORK FOR THIS PIECE."

11:06AM 3        DO YOU SEE THAT?

11:06AM 4     A.   YES.

11:06AM 5     Q.   AND THERE'S A LINK TO THE JUNE 2014 "FORTUNE" ARTICLE; IS

11:06AM 6     THAT CORRECT?

11:06AM 7     A.   YES.

11:06AM 8     Q.   AND DO YOU REMEMBER REVIEWING THAT 2014 "FORTUNE" ARTICLE

11:06AM 9     WHEN THEY SENT IT TO YOU?

11:06AM 10    A.   YES.  IT WAS VERY EXCITING.

11:06AM 11    Q.   LET'S LOOK AT THAT ARTICLE.  IT'S EXHIBIT 1776, AND IT'S

11:06AM 12    ALREADY IN EVIDENCE.

11:06AM 13       MR. LUCAS, THIS IS AN ARTICLE TITLED "THIS CEO IS OUT FOR

11:06AM 14    BLOOD" WRITTEN BY SOMEONE NAMED ROGER PARLOFF, PUBLISHED ON

11:06AM 15    JUNE 12TH, 2014; IS THAT CORRECT?

11:06AM 16    A.   YES.

11:06AM 17    Q.   AND DO YOU RECALL READING THIS ARTICLE?

11:06AM 18    A.   GREAT ARTICLE AND GREAT PICTURES, THE WHOLE THING.

11:06AM 19    Q.   AND DID THIS ARTICLE CAUSE YOU TO FEEL MORE POSITIVE ABOUT

11:07AM 20    THE INVESTMENT THAT YOU HAD MADE IN THERANOS?

11:07AM 21    A.   YES.  I WAS VERY PROUD OF THE SITUATION, PROUD WE WERE

11:07AM 22    INVOLVED, PROUD OF ELIZABETH, THE WHOLE THING, YES.

11:07AM 23            MR. BOSTIC:  A MOMENT, YOUR HONOR?

11:07AM 24            THE COURT:  YES.

11:07AM 25       (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

| | | |
|---|---|---|
| 11:07AM | 1 | MR. BOSTIC:  NO FURTHER QUESTIONS AT THIS TIME. |
| 11:07AM | 2 | THANK YOU, MR. LUCAS. |
| 11:07AM | 3 | THE COURT:  CROSS-EXAMINATION? |
| 11:07AM | 4 | MR. DOWNEY:  YES, YOUR HONOR. |
| 11:07AM | 5 | THE COURT:  FOLKS, IF YOU WOULD LIKE TO STAND AND |
| 11:07AM | 6 | STRETCH AGAIN WHILE WE MAKE THIS CHANGE, FEEL FREE. |
| 11:07AM | 7 | (STRETCHING.) |
| 11:08AM | 8 | MR. DOWNEY:  YOUR HONOR, MAY I APPROACH THE WITNESS? |
| 11:08AM | 9 | THE COURT:  YES. |
| 11:08AM | 10 | MR. DOWNEY:  (HANDING.) |
| 11:08AM | 11 | THE WITNESS:  GOOD MORNING. |
| 11:08AM | 12 | MR. DOWNEY:  GOOD MORNING. |
| 11:08AM | 13 | THE WITNESS:  THANK YOU. |
| 11:08AM | 14 | THE COURT:  MR. DOWNEY. |
| 11:08AM | 15 | **CROSS-EXAMINATION** |
| 11:08AM | 16 | BY MR. DOWNEY: |
| 11:08AM | 17 | Q.  MR. LUCAS, I'M GOING TO REMOVE MY MASK AS WELL. |
| 11:08AM | 18 | A.  SURE. |
| 11:08AM | 19 | Q.  GOOD MORNING TO YOU. |
| 11:08AM | 20 | MY NAME IS KEVIN DOWNEY, AND I REPRESENT MS. HOLMES.  I'M |
| 11:08AM | 21 | GOING TO ASK YOU A FEW QUESTIONS TODAY. |
| 11:08AM | 22 | I WANT TO TALK ABOUT THE PERIOD WHEN YOU WERE INTRODUCED |
| 11:08AM | 23 | TO THERANOS.  THAT WAS IN -- I BELIEVE YOU TESTIFIED THAT WAS |
| 11:08AM | 24 | EITHER 2005 OR 2006; CORRECT? |
| 11:09AM | 25 | A.  YES. |

11:09AM 1   Q.   AND YOU WERE INTRODUCED TO THE INVESTMENT OPPORTUNITY BY

11:09AM 2   YOUR UNCLE, DON LUCAS; IS THAT RIGHT?

11:09AM 3   A.   YES.

11:09AM 4   Q.   AND HE WAS -- HE HAD BEEN A LEGENDARY VENTURE CAPITAL

11:09AM 5   INVESTOR FOR YEARS IN THE VALLEY; CORRECT?

11:09AM 6   A.   HE HAD BEEN VERY SUCCESSFUL, YES.

11:09AM 7   Q.   AND HE WAS SOMEWHAT OF A MENTOR TO YOU; CORRECT?

11:09AM 8   A.   YES.

11:09AM 9   Q.   AND HE RECOMMENDED THAT YOU LOOK AT THERANOS AS A

11:09AM 10  POTENTIAL INVESTMENT; IS THAT RIGHT?

11:09AM 11  A.   YES.

11:09AM 12  Q.   IN CONNECTION WITH YOUR DECISION TO INVEST IN THERANOS,

11:09AM 13  DID YOU ENGAGE IN THE NORMAL PROCESS THAT YOU ENGAGE IN OF

11:09AM 14  ASSESSING A COMPANY ALONG THE LINES OF WHAT YOU DESCRIBED TO

11:09AM 15  MR. BOSTIC ON DIRECT EXAMINATION?

11:09AM 16  A.   IN THE VERY BEGINNING I DON'T REMEMBER HOW MUCH DILIGENCE

11:09AM 17  WE DID.  THIS WAS A SITUATION WHERE DON HAD ALREADY BEEN ON THE

11:09AM 18  BOARD, OR ABOUT TO BE ON THE BOARD, AND SO OBVIOUSLY WE FELT

11:10AM 19  VERY COMFORTABLE WITH HIS EXPERIENCE AND KNOWLEDGE.

11:10AM 20  Q.   IN THE ORDINARY COURSE, I THINK YOU TESTIFIED THAT YOU

11:10AM 21  WOULD MEET THE CEO OR THE MANAGEMENT TEAM; CORRECT?

11:10AM 22  A.   CORRECT.

11:10AM 23  Q.   AND YOU DID THAT WITH MS. HOLMES PRIOR TO THE INVESTMENT;

11:10AM 24  CORRECT?

11:10AM 25  A.   I, I BELIEVE SO.  I DON'T, I DON'T ABSOLUTELY RECALL --

11:10AM    1      Q.   OKAY.

11:10AM    2      A.   -- IF IT WAS BEFORE.

11:10AM    3      Q.   OKAY.  AT WHATEVER POINT YOU MET HER, YOUR IMPRESSIONS OF

11:10AM    4      HER WERE VERY POSITIVE; CORRECT?

11:10AM    5      A.   VERY POSITIVE.

11:10AM    6      Q.   AND THAT'S AN IMPORTANT FACTOR IN MAKING A DECISION TO

11:10AM    7      INVEST IN A COMPANY; CORRECT?

11:10AM    8      A.   YES.

11:10AM    9      Q.   AND COULD YOU TELL US WHAT CHARACTERISTICS OF MS. HOLMES

11:10AM   10      GAVE YOU A POSITIVE IMPRESSION AS YOU WERE EVALUATING THE

11:10AM   11      INVESTMENT?

11:10AM   12      A.   SURE.  SHE WAS VERY ARTICULATE, VERY PASSIONATE, SHE IS

11:10AM   13      VERY SMART, AND SHE WAS ON A MISSION.  THIS WAS NOT JUST FOR

11:11AM   14      HER, "WE'RE GOING TO MAKE A BUNCH OF MONEY."  SHE WAS ON A

11:11AM   15      MISSION TO PROVIDE TECHNOLOGY TO THE WORLD THAT WOULD BE VERY

11:11AM   16      HELPFUL.

11:11AM   17      Q.   AND WAS THAT IMPRESSION OF HER IMPORTANT TO YOUR DECISION

11:11AM   18      TO INVEST IN 2006?

11:11AM   19      A.   YES.

11:11AM   20      Q.   WAS IT IMPORTANT TO YOUR DECISION TO INVEST IN 2013?

11:11AM   21      A.   YES.

11:11AM   22      Q.   YOU TALKED ABOUT HER VISION.  TELL US HER VISION AS YOU

11:11AM   23      UNDERSTOOD IT IN 2006.

11:11AM   24      A.   IT WAS -- JUST BROADLY, WITH A SMALL AMOUNT OF BLOOD,

11:11AM   25      WE'RE GOING TO DEVELOP THE TECHNOLOGY TO BE ABLE TO RUN TESTS

11:11AM   1    ON THAT BLOOD SO THAT VIALS DID NOT HAVE TO BE DRAWN FROM THE

11:11AM   2    ARM.

11:11AM   3    Q.   OKAY.  AND DO YOU RECALL THE CONTEXT IN WHICH SHE WANTED

11:11AM   4    TO BRING THAT PRODUCT TO MARKET AT THAT TIME IN 2006?

11:11AM   5    A.   THERE MAY HAVE BEEN SOME THOUGHTS, BUT THIS WOULD HAVE

11:12AM   6    BEEN VERY PREMATURE GIVEN THAT THE TECHNOLOGY WASN'T AVAILABLE

11:12AM   7    YET.

11:12AM   8    Q.   WAS IT YOUR UNDERSTANDING THAT THE SITUATION WAS THAT THEY

11:12AM   9    HAD A PROTOTYPE AND THEY WERE WORKING TO DEVELOP THAT INTO A

11:12AM  10    MORE DEVELOPED FORM OF TECHNOLOGY?

11:12AM  11    A.   I DON'T FULLY RECALL, BUT CERTAINLY THEY HAD SOME

11:12AM  12    TECHNOLOGY THAT HAD BEEN DEVELOPED THAT THEY WERE WORKING ON.

11:12AM  13    Q.   OKAY.  YOU DESCRIBED FOR MR. BOSTIC THE TYPICAL PROCESS IN

11:12AM  14    VENTURE CAPITAL OF ASSESSING AN INVESTMENT, AND I REALIZE IT'S

11:12AM  15    A LONG TIME AGO AND YOU DON'T RECALL PRECISELY WHAT PROCESS YOU

11:12AM  16    WENT THROUGH.

11:12AM  17         I WANT TO ASK YOU ABOUT YOUR UNCLE AND HIS PROCESSES IN

11:12AM  18    ASSESSING INVESTMENTS.

11:12AM  19         DO YOU KNOW IF HE WENT THROUGH THE TYPE OF PROCESS IN

11:12AM  20    ASSESSING AN INVESTMENT THAT YOU DESCRIBED ON DIRECT TO

11:13AM  21    MR. BOSTIC?

11:13AM  22    A.   TYPICALLY HE, HE WOULD.

11:13AM  23         HAVING SAID THAT, HE WAS VERY MUCH ONE THAT PUT A LOT OF

11:13AM  24    FAITH IN THE FOUNDER OR FOUNDERS OF THE COMPANY.

11:13AM  25         HE WOULD SAY IT'S ALWAYS ABOUT THE PEOPLE.  IT'S ALL ABOUT

11:13AM 1    THE PEOPLE.

11:13AM 2    Q.   AND THAT, THAT WAS A THOUGHT THAT HE COMMUNICATED TO YOU

11:13AM 3    AS A GENERAL INVESTING PHILOSOPHY?

11:13AM 4    A.   YES.

11:13AM 5    Q.   AND HE COMMUNICATED HIS VIEWS -- DID HE COMMUNICATE HIS

11:13AM 6    VIEWS OF MS. HOLMES TO YOU AROUND THE TIME THAT YOU MADE YOUR

11:13AM 7    ORIGINAL INVESTMENT?

11:13AM 8    A.   YES.

11:13AM 9    Q.   AND WHAT DID HE CONVEY TO YOU AT THE TIME ABOUT

11:13AM 10   MS. HOLMES?

11:13AM 11   A.   THAT, AS I SAID EARLIER, SHE WAS VERY PASSIONATE, AND THAT

11:13AM 12   IT SEEMED LIKE SHE WAS GOING TO BE ABLE TO DEVELOP THE

11:13AM 13   TECHNOLOGY, AND THIS LOOKED LIKE A WONDERFUL INVESTMENT

11:14AM 14   OPPORTUNITY.

11:14AM 15   Q.   I THINK YOU MENTIONED ON DIRECT THAT IN ADDITION TO YOUR

11:14AM 16   UNCLE, THERE WAS ANOTHER VENTURE INVESTOR WHO WAS INVOLVED IN

11:14AM 17   INVESTING IN THE COMPANY AT THE SAME TIME.

11:14AM 18       DO YOU RECALL TELLING THAT TO US ON DIRECT?

11:14AM 19   A.   YES.

11:14AM 20   Q.   LET ME -- IF I MIGHT, I WILL FINISH THE QUESTION AND THEN

11:14AM 21   YOU CAN RESPOND SO IT'S EASIER FOR OUR COURT REPORTER TO TAKE

11:14AM 22   DOWN WHAT WE'RE SAYING.

11:14AM 23       WAS THE OTHER INVESTOR PETE THOMAS?

11:14AM 24   A.   YES.

11:14AM 25   Q.   AND HE WAS AFFILIATED WITH A FIRM CALLED ATA VENTURES;

11:14AM  1    CORRECT?

11:14AM  2    A.   CORRECT.

11:14AM  3    Q.   AND DID YOU BECOME FAMILIAR WITH THE PROCESS THAT

11:14AM  4    MR. THOMAS WENT THROUGH IN INVESTING PRIOR TO THE TIME THAT YOU

11:14AM  5    MADE YOUR FIRST INVESTMENT IN THERANOS?

11:14AM  6    A.   I MAY HAVE HAD A CONVERSATION WITH HIM, BUT I DON'T KNOW

11:14AM  7    FULLY THE PROCESS THAT HE DID.

11:14AM  8    Q.   OKAY.  IS IT CUSTOMARY IN CONNECTION WITH THE DILIGENCE

11:15AM  9    PROCESS FOR THE VENTURE CAPITAL FIRM TO IN SOME INSTANCES

11:15AM  10   RETAIN A LAW FIRM TO ASSIST IT IN CONDUCTING DUE DILIGENCE?

11:15AM  11   A.   SOMETIMES.

11:15AM  12   Q.   WAS THAT DONE IN CONNECTION -- BY EITHER YOUR UNCLE OR BY

11:15AM  13   MR. THOMAS IN CONNECTION WITH ASSESSING THE INVESTMENT IN 2006?

11:15AM  14   A.   I DON'T KNOW.  YEAH, I DON'T KNOW.

11:15AM  15   Q.   LET ME SEE IF I CAN SHOW YOU A DOCUMENT, AND JUST TAKE A

11:15AM  16   LOOK AT IT, AND WE'LL SEE IF IT REFRESHES YOUR RECOLLECTION IN

11:15AM  17   ANY REGARD.  I DON'T WANT YOU TO COMMENT ON THE DOCUMENT.  I

11:15AM  18   JUST WANT YOU TO LOOK AT IT IN THE FIRST INSTANCE.

11:15AM  19        THE DOCUMENT WILL BE IN THE NOTEBOOK THAT I GAVE YOU, AND

11:15AM  20   IT'S LABELLED 14219.

11:16AM  21        (PAUSE IN PROCEEDINGS.)

11:16AM  22   BY MR. DOWNEY:

11:16AM  23   Q.   HAVE YOU HAD AN OPPORTUNITY TO LOOK AT THAT?

11:16AM  24   A.   OH, I'M SORRY.  I'VE JUST SEEN -- I DON'T KNOW WHAT YOU

11:16AM  25   WANT ME TO LOOK AT.

11:16AM  1    Q.   WELL, IF YOU LOOK AT THE EMAIL, AND YOU CAN SKIM THE

11:17AM  2    ATTACHMENT.

11:17AM  3    A.   YOU WANT ME TO LOOK AT THE WHOLE?

11:17AM  4    Q.   YEAH.  YOU DON'T HAVE TO LOOK AT IT IN DETAIL.  I JUST

11:17AM  5    WANT YOU TO LOOK AT THE NATURE OF THE ATTACHMENT.

11:17AM  6    A.   YES.

11:17AM  7    Q.   DOES THAT REFRESH YOUR RECOLLECTION THAT YOU WERE TOLD IN

11:17AM  8    2005 OR 2006 THAT MR. THOMAS HAD ENGAGED IN A DUE DILIGENCE

11:17AM  9    PROCESS IN CONNECTION WITH MAKING A DECISION TO INVEST IN

11:17AM  10   THERANOS?

11:17AM  11   A.   NO.  I DID NOT KNOW PETE THOMAS VERY WELL, AND CERTAINLY

11:17AM  12   AT THIS TIME I DIDN'T KNOW ANYTHING ABOUT THIS.

11:17AM  13   Q.   OKAY.  DO YOU HAVE ANY RECOLLECTION WHETHER YOU ENGAGED IN

11:17AM  14   THE REVIEW OF ANY OF THE TYPES OF MATERIALS THAT ARE IDENTIFIED

11:17AM  15   IN EXHIBIT 14219?

11:17AM  16   A.   THERE MAY HAVE BEEN SOME MATERIAL.  THERE WAS -- IF I AM

11:17AM  17   REMEMBERING CORRECTLY -- A DESCRIPTION OF THE TECHNOLOGY AND

11:18AM  18   WHAT THE INTENT WAS SUPPOSED TO BE AND SO FORTH.

11:18AM  19        BUT IN TERMS OF GOING THROUGH THE CORPORATE RECORDS AND IP

11:18AM  20   LIST AND MATERIAL AGREEMENTS AND SO FORTH, I MEAN, THIS IS A

11:18AM  21   STANDARD DUE DILIGENCE LIST THAT ONE WOULD CERTAINLY DO.

11:18AM  22   Q.   OKAY.  AND AM I UNDERSTANDING YOU THAT YOU JUST DON'T

11:18AM  23   RECALL ONE WAY OR ANOTHER WHETHER YOU DID THAT PRIOR TO THE

11:18AM  24   TIME THAT YOU UNDERTOOK YOUR INVESTMENT?

11:18AM  25   A.   OTHER THAN, AS I SAY, MAYBE SEEING SOME MATERIAL.  NO, WE

11:18AM  1    DID NOT CONDUCT ALL OF THIS --

11:18AM  2    Q.   OKAY.

11:18AM  3    A.   -- AS I WOULD BELIEVE THAT MAYBE IT WAS DONE.

11:18AM  4         AND, AGAIN, WITH MY UNCLE'S INVOLVEMENT, IT CERTAINLY

11:18AM  5    WOULD -- YOU KNOW, WE'RE GOING ON HIS EXPERIENCE AS WELL.

11:18AM  6    Q.   OKAY.  AND IT'S CUSTOMARY IN THESE SITUATIONS TO LOOK AT

11:18AM  7    THE PATENT PORTFOLIO OF THE COMPANY; CORRECT?

11:19AM  8    A.   YES, MANY TIMES, YES.

11:19AM  9    Q.   AND IT IS CUSTOMARY TO LOOK AT THE MATERIAL AGREEMENTS

11:19AM  10   THAT THE COMPANY HAS, THE CONTRACTS THAT IT HAS IN PLACE THAT

11:19AM  11   WILL AFFECT ITS BUSINESS?

11:19AM  12   A.   YES.

11:19AM  13   Q.   AND IT'S CUSTOMARY TO LOOK AT OTHER CORPORATE DOCUMENTS TO

11:19AM  14   SEE HOW THE COMPANY IS SET UP; CORRECT?

11:19AM  15   A.   YES.

11:19AM  16   Q.   OKAY.  LET ME SHOW YOU AN EXHIBIT THAT IS ALSO IN THE

11:19AM  17   BLACK BINDER THAT IS NUMBERED 12022.

11:19AM  18        AND THERE'S AN ATTACHMENT TO THIS.  I DON'T WANT TO OR

11:19AM  19   REALLY NEED YOU TO TAKE THE TIME TO REVIEW THE ENTIRE

11:20AM  20   ATTACHMENT.

11:20AM  21        I GUESS MY FIRST QUESTION IS, DO YOU JUST RECOGNIZE THIS

11:20AM  22   AS AN EMAIL BETWEEN YOU AND MS. HOLMES AT YOUR BDVENTURES EMAIL

11:20AM  23   ADDRESS IN LATE 2005?

11:20AM  24   A.   YES, AND THIS IS -- AND AGAIN, I'VE NOT LOOKED AT IT, BUT

11:20AM  25   THIS IS -- WHEN I WAS REFERRING TO SOME MATERIAL, I WOULD HAVE

11:20AM 1    SEEN THIS.  IT LOOKS LIKE WHAT I MAY HAVE SEEN.

11:20AM 2    Q.   THIS APPEARS TO BE MATERIAL THAT SHE SENT TO YOU IN

11:20AM 3    CONNECTION WITH YOUR 2006 INVESTMENT?

11:20AM 4    A.   YEAH, YEAH.

11:20AM 5    Q.   AGAIN, MR. LUCAS, I KNOW IT'S NOT CUSTOMARY, IF YOU COULD

11:20AM 6    WAIT UNTIL THE QUESTION HAS ENDED, IT WILL MAKE OUR TRANSCRIPT

11:20AM 7    A LITTLE BETTER.

11:20AM 8       THIS IS MATERIAL THAT MS. HOLMES SENT YOU IN CONNECTION

11:20AM 9    WITH YOUR CONSIDERATION OF AN INVESTMENT IN 2006?

11:20AM 10   A.   YES.

11:20AM 11          MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

11:20AM 12   12022.

11:21AM 13          MR. BOSTIC:  NO OBJECTION.

11:21AM 14          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:21AM 15      (DEFENDANT'S EXHIBIT 12022 WAS RECEIVED IN EVIDENCE.)

11:21AM 16   BY MR. DOWNEY:

11:21AM 17   Q.   YOU CAN REVIEW AS MUCH OF THE ATTACHMENT AS YOU NEED TO,

11:21AM 18   BUT I'M GOING TO POINT YOU TO SOME PARTICULAR PLACES THAT ARE

11:21AM 19   OF INTEREST TO ME.

11:21AM 20      FIRST OF ALL, IF YOU SEE THE EMAIL ON THE FIRST PAGE

11:21AM 21   BETWEEN -- THE EMAIL ON THE TOP INDICATES THAT THIS IS THE

11:21AM 22   COMMUNICATION BETWEEN YOU AND MS. HOLMES; CORRECT?

11:21AM 23   A.   YES.

11:21AM 24   Q.   AND SHE WAS SENDING YOU A POWERPOINT ABOUT THE THERANOS

11:21AM 25   INDUSTRY; CORRECT?

11:21AM 1    A.   YES.

11:21AM 2    Q.   AND AN OFFERING MEMORANDUM; CORRECT?

11:21AM 3    A.   YES.

11:21AM 4    Q.   AND VARIOUS FINANCIAL INFORMATION RELATED TO THE COMPANY;

11:21AM 5    CORRECT?

11:21AM 6    A.   YES.

11:21AM 7    Q.   AND IF YOU GO DOWN TO THE BOTTOM EMAIL ON THAT PAGE, YOU

11:22AM 8    SEE THAT THERE'S AN EMAIL FROM YOU, AND IT SAYS, "I REALLY

11:22AM 9    ENJOYED MEETING YOU AND LEARNING ABOUT YOUR COMPANY"?

11:22AM 10       CORRECT?

11:22AM 11   A.   YES.

11:22AM 12   Q.   AND SO THIS LOOKS LIKE TO BE A FOLLOWUP AFTER YOUR FIRST

11:22AM 13   MEETING WITH MS. HOLMES; CORRECT?

11:22AM 14   A.   YES.

11:22AM 15   Q.   AND THEN IN THE NEXT PARAGRAPH IT SAYS, "I KNOW THAT DON

11:22AM 16   IS VERY EXCITED ABOUT YOUR FUTURE AND SEES HOW WE CAN HELP MAKE

11:22AM 17   YOUR COMPANY A HUGE SUCCESS."

11:22AM 18       DO YOU SEE THAT?

11:22AM 19   A.   YES.

11:22AM 20   Q.   AND THAT'S A REFERENCE TO YOUR UNCLE; CORRECT?

11:22AM 21   A.   CORRECT.

11:22AM 22   Q.   AND THAT'S CONSISTENT WITH YOUR RECOLLECTION THAT HE WAS

11:22AM 23   EXCITED ABOUT THE COMPANY; CORRECT?

11:22AM 24   A.   YES.  SORRY.

11:22AM 25   Q.   IN THE CONTEXT OF MAKING AN INVESTMENT, OF COURSE YOUR

11:22AM 1    UNCLE'S VIEW OF HOW THE -- A VIEW OF THE INVESTMENT AND YOUR

11:22AM 2    LIKELY SUCCESS IN CONNECTION WITH THE INVESTMENT WAS AN

11:22AM 3    IMPORTANT FACTOR TO YOU?

11:23AM 4    A.   CORRECT.

11:23AM 5    Q.   I WANT YOU TO -- I WANT TO JUST DIRECT YOUR ATTENTION TO

11:23AM 6    THE ATTACHMENTS.  I THINK THERE'S AN ATTACHMENT SET OF SLIDES,

11:23AM 7    AND THAT STARTS IMMEDIATELY THEREAFTER AND CONTINUES FOR

11:23AM 8    SEVERAL PAGES.

11:23AM 9         BUT IF YOU GO TO THE SECOND SLIDE OF THAT GROUP OF SLIDES,

11:23AM 10   WHICH I'LL PUT UP ON THE SCREEN, THIS IS JUST -- IS THIS AN

11:23AM 11   INDEX OF THE MATERIALS THAT SHE COVERS IN THE ATTACHED SLIDE

11:23AM 12   DECK?

11:23AM 13   A.   YES.

11:23AM 14   Q.   AND, AND THIS TYPE OF INFORMATION IS CUSTOMARY INFORMATION

11:23AM 15   TO GIVE TO AN INVESTOR THAT IS CONSIDERING AN INVESTMENT;

11:23AM 16   CORRECT?

11:23AM 17   A.   YES.

11:23AM 18   Q.   AND SHE PROFILED THE MANAGEMENT TEAM; CORRECT?

11:23AM 19   A.   YES.

11:23AM 20   Q.   AND SHE TALKED ABOUT THE INTELLECTUAL PROPERTY OF THE

11:23AM 21   COMPANY; CORRECT?

11:23AM 22   A.   YES.

11:23AM 23   Q.   AND SHE TALKED ABOUT THE TECHNOLOGY OF THE COMPANY;

11:23AM 24   CORRECT?

11:23AM 25   A.   YES.

11:23AM   1    Q.   AND SHE ALSO TALKED ABOUT REGULATORY ISSUES; CORRECT?

11:24AM   2    A.   YES, IT CERTAINLY IS SHOWN HERE, YES.

11:24AM   3    Q.   AND REGULATORY ISSUES IN THE MEDICAL DEVICE BUSINESS CAN

11:24AM   4    BE IMPORTANT; CORRECT?

11:24AM   5    A.   VERY IMPORTANT.

11:24AM   6    Q.   OKAY.  AND YOU KNOW THAT FROM YOUR INVESTMENTS IN OTHER

11:24AM   7    ENTITIES IN THAT INDUSTRY; CORRECT?

11:24AM   8    A.   CORRECT.

11:24AM   9    Q.   AND YOU KNEW THAT IN 2006; CORRECT?

11:24AM  10    A.   YES.

11:24AM  11    Q.   LET ME ASK YOU TO GO FORWARD IN THIS COMPANY -- IN THIS

11:24AM  12    SLIDE TO WHAT IS SLIDE NUMBER 22.  IT'S ON PAGE 26 OF THE

11:24AM  13    EXHIBIT.

11:24AM  14        AND THIS SLIDE SEEMS TO SET FORTH WHAT IS CALLED A

11:24AM  15    THERANOS PRODUCT PIPELINE.

11:24AM  16        DO YOU SEE THAT?

11:24AM  17    A.   YES.

11:24AM  18    Q.   AND DO YOU SEE THAT ON THE LEFT-HAND SIDE OF THE SLIDE,

11:25AM  19    THERE SEEMS TO BE A LIST OF DIFFERENT SERIES OF THE THERANOS

11:25AM  20    ANALYZER; CORRECT?

11:25AM  21    A.   CORRECT.

11:25AM  22    Q.   AND THEN ON THE RIGHT-HAND SIDE, THERE SEEMS TO ASSOCIATE,

11:25AM  23    WITH WHATEVER SERIES IS ACROSS FROM IT, THE NUMBER OF ASSAYS

11:25AM  24    THAT THAT SERIES OF THERANOS ANALYZER WOULD BE CAPABLE OF

11:25AM  25    PERFORMING.

11:25AM 1        DO YOU SEE THAT?

11:25AM 2    A.   YES.

11:25AM 3    Q.   AND THIS PROJECTS GOING THROUGH A THERANOS 5.0 SERIES.

11:25AM 4        DO YOU SEE THAT?

11:25AM 5    A.   YES.

11:25AM 6    Q.   AND THIS IS BECAUSE THE TECHNOLOGY WAS EXPECTED TO CHANGE

11:25AM 7    AND DEVELOP AND GROW BETTER OVER TIME; CORRECT?

11:25AM 8    A.   CORRECT.

11:25AM 9    Q.   AND ON THE RIGHT-HAND SIDE WITH THE NUMBER OF ASSAYS

11:25AM 10   LISTED, IT APPEARS TO REFLECT THAT MS. HOLMES THOUGHT THAT AS

11:25AM 11   THE DEVICE DEVELOPED, THE NUMBER OF ASSAYS THAT IT COULD

11:25AM 12   PERFORM WOULD GROW OVER TIME; CORRECT?

11:25AM 13   A.   CORRECT.

11:25AM 14   Q.   AND THAT WAS A CONCEPT THAT SHE COMMUNICATED TO YOU EVEN

11:26AM 15   BEFORE YOU INVESTED; CORRECT?

11:26AM 16   A.   YES.

11:26AM 17   Q.   AND THAT'S A CONCEPT THAT YOU UNDERSTOOD THROUGHOUT THE

11:26AM 18   TIME THAT YOU WERE AN INVESTOR IN THERANOS; CORRECT?

11:26AM 19   A.   YES.

11:26AM 20   Q.   YOU, I THINK, TESTIFIED ON YOUR DIRECT EXAMINATION WITH

11:26AM 21   MR. BOSTIC ABOUT SEEING VERSIONS OF THE ANALYZER; CORRECT?

11:26AM 22   A.   CORRECT.

11:26AM 23   Q.   DO YOU KNOW WHICH SERIES OF DEVICE YOU ACTUALLY SAW WHEN

11:26AM 24   MS. HOLMES SHOWED IT TO YOU EITHER AT THERANOS OR TO YOUR

11:26AM 25   UNCLE'S ANNUAL MEETING?

11:26AM  1    A.   I, I DON'T KNOW AS YOU'RE -- AS HIGHLIGHTED HERE 1.0, 2.0.

11:26AM  2         I KNOW I SAW A FEW VERSIONS.  I MAY HAVE SEEN 1.0 AND 2.0.

11:26AM  3    I JUST DON'T RECALL.

11:26AM  4    Q.   OKAY.  DO YOU SEE ON THE RIGHT-HAND SIDE NEXT TO THE

11:27AM  5    SERIES THERE ALSO IS A PROJECTION OF -- NEXT TO THE 2.0, THAT

11:27AM  6    THERE WOULD BE OVER-THE-COUNTER SALES.

11:27AM  7         DO YOU SEE THAT?

11:27AM  8    A.   I DO.

11:27AM  9    Q.   DO YOU KNOW WHAT THAT MEANS?

11:27AM  10   A.   WELL, CERTAINLY OVER THE COUNTER WOULD MEAN TO ME THAT YOU

11:27AM  11   ARE SELLING SOMETHING THAT WHOEVER PURCHASES IT CAN DO IT FOR

11:27AM  12   THEMSELVES.

11:27AM  13   Q.   OKAY.  DO YOU KNOW HOW THAT ASSOCIATED WITH ANY BUSINESS

11:27AM  14   PLAN FOR THERANOS AS OF 2006?

11:27AM  15   A.   I, I DON'T.

11:27AM  16   Q.   OKAY.

11:27AM  17   A.   IT NEVER HAPPENED, BUT I DON'T.

11:27AM  18   Q.   OKAY.  LET ME ASK YOU NOW TO LOOK AT THE SECOND DOCUMENT

11:27AM  19   WHICH IS ATTACHED TO EXHIBIT 12022.

11:28AM  20        AND DO YOU SEE THAT THIS IS -- THIS APPEARS TO BE SOME

11:28AM  21   TYPE OF A DOCUMENT.  IT'S MARKED THERANOS AND CONFIDENTIAL ON

11:28AM  22   THE FIRST PAGE.

11:28AM  23        DO YOU SEE THAT?

11:28AM  24   A.   AM I LOOKING ON THE SCREEN OR BACK IN THE BOOK?

11:28AM  25   Q.   I THINK IT MIGHT BE EASIER TO LOOK AT THE SCREEN, BUT --

11:28AM   1      A.   OH, THIS IS THE DOCUMENT.  YES, I SEE IT.

11:28AM   2      Q.   OKAY.  AND DO YOU SEE IN THE BOTTOM CAPTION THE FIRST

11:28AM   3      SENTENCE READS, "THIS CONFIDENTIAL SUMMARY HAS BEEN PREPARED

11:28AM   4      FOR PARTIES WISHING TO ESTABLISH A BUSINESS RELATIONSHIP WITH

11:28AM   5      THERANOS"?

11:28AM   6           DO YOU SEE THAT?

11:28AM   7      A.   YES.

11:28AM   8      Q.   AND THIS DOCUMENT IS THE KIND OF DOCUMENT THAT YOUNG

11:28AM   9      COMPANIES OFTEN PRESENT TO POTENTIAL INVESTORS TO EXPLAIN HOW

11:29AM  10      THEY THINK THEIR COMPANY WILL DEVELOP OVER TIME; CORRECT?

11:29AM  11      A.   YES.

11:29AM  12      Q.   AND IF YOU GO FORWARD -- JUST FLIP THROUGH THE PAGES OF

11:29AM  13      THAT DOCUMENT.  DO YOU SEE THAT THERE'S A SUMMARY AND

11:29AM  14      DISCUSSION OF THE MARKETS THAT THERANOS WILL BE IN AND A

11:29AM  15      DISCUSSION OF OTHER ASPECTS OF HOW THERANOS THOUGHT ABOUT ITS

11:29AM  16      BUSINESS; CORRECT?

11:29AM  17      A.   YES.

11:29AM  18      Q.   ALL RIGHT.  I WANT TO GO TO WHAT IS PAGE 36 OF THE

11:29AM  19      EXHIBIT, ALTHOUGH IT'S PAGE 9 OF THIS ATTACHMENT.

11:29AM  20           AND DO YOU SEE THAT THERE'S A DISCUSSION THERE OF THE

11:29AM  21      THERANOS 1.0?

11:29AM  22      A.   YES.

11:29AM  23      Q.   AND DO YOU SEE THAT THE INDICATION WAS THAT IT WAS BEING

11:29AM  24      INTRODUCED TO THE COMPANY FOR IMPROVING RISK PROFILES AND

11:30AM  25      SAFETY PROFILES IN CONNECTION WITH THE DEVELOPMENT OF DRUGS?

11:30AM   1     A.   YES.

11:30AM   2     Q.   AND WAS THAT THE ORIGINAL BUSINESS PLAN FOR THERANOS AS

11:30AM   3     YOU UNDERSTOOD IT?

11:30AM   4     A.   YES.

11:30AM   5     Q.   IN OTHER WORDS --

11:30AM   6     A.   I UNDERSTOOD THAT THEY WERE WORKING WITH SOME

11:30AM   7     PHARMACEUTICAL COMPANIES.

11:30AM   8     Q.   OKAY.  WELL, LET ME ACTUALLY DIRECT YOU IN THAT SAME

11:30AM   9     LITTLE BOX TO THE LAST TWO PARAGRAPHS.

11:30AM  10          AND DO YOU SEE THE SECOND TO THE LAST PARAGRAPH READS,

11:30AM  11     "THE COMPANY IS WORKING WITH LEADING PHARMACEUTICAL COMPANIES

11:30AM  12     TO INTRODUCE THE SYSTEMS ALONGSIDE THERAPEUTICS IN DRUG-DEVICE

11:30AM  13     COMBINATIONS WHICH DRAMATICALLY IMPROVE THE SAFETY PROFILES OF

11:30AM  14     WHAT WILL NOW BE THE NEXT GENERATION OF BLOCKBUSTERS"?

11:30AM  15          DO YOU SEE THAT?

11:30AM  16     A.   YES.

11:30AM  17     Q.   AND WAS THAT A STATEMENT OF THEIR DESIRE TO INTRODUCE THE

11:31AM  18     PRODUCT INTO PHARMACEUTICAL TRIALS?

11:31AM  19     A.   THAT'S WHAT I UNDERSTOOD WAS GOING ON, THAT BY USING THE

11:31AM  20     THERANOS TECHNOLOGY, THEY COULD REDUCE THE TIME OF ANALYSIS AND

11:31AM  21     THE COST WHICH, AGAIN, WHAT I UNDERSTOOD AT THE TIME, WAS THE

11:31AM  22     LARGE COST OF CLINICAL TRIALS IS THE BLOOD TESTING.

11:31AM  23     Q.   AND I THINK YOU MENTIONED SEVERAL TIMES NOW THAT THIS WAS

11:31AM  24     AN EARLY STAGE COMPANY; CORRECT?

11:31AM  25     A.   ESPECIALLY AT THAT TIME, YES.

11:31AM  1    Q.   OKAY.  DID YOU KNOW THAT AS OF THIS TIME, NOVARTIS HAD

11:31AM  2    ALREADY AGREED TO EVALUATE THE TECHNOLOGY THAT THERANOS WAS

11:31AM  3    DEVELOPING TO ANALYZE -- TO ASSESS WHETHER IT COULD BE USED IN

11:31AM  4    CONNECTION WITH ITS CLINICAL TRIALS?

11:32AM  5    A.   EITHER I DON'T RECALL OR I DIDN'T KNOW.

11:32AM  6    Q.   YOU RECALL MS. HOLMES TELLING YOU AT VARIOUS POINTS ABOUT

11:32AM  7    CERTAIN PHARMACEUTICAL COMPANIES ASSESSING THERANOS'S

11:32AM  8    TECHNOLOGY; IS THAT RIGHT?

11:32AM  9    A.   YES, AS THEY WERE WORKING WITH THERANOS IN THEIR CLINICAL

11:32AM  10   TRIALS.

11:32AM  11   Q.   OKAY.  BUT AM I RIGHT THAT IT'S BEEN SUCH A LONG TIME THAT

11:32AM  12   YOU ACTUALLY DON'T REMEMBER WHICH PHARMACEUTICAL COMPANIES YOU

11:32AM  13   HEARD ABOUT?

11:32AM  14   A.   I KNEW IT WAS SOME OF THE LEADING COMPANIES, AND I MAY

11:32AM  15   VERY WELL REMEMBER NOVARTIS, BUT I CAN'T TELL YOU FOR CERTAIN.

11:32AM  16   Q.   OKAY.  WE'LL LOOK AT SOME MATERIALS IN A LITTLE BIT TO SEE

11:32AM  17   IF THAT WILL REFRESH YOUR RECOLLECTION IN ANY SENSE.

11:32AM  18        BUT LET ME LOOK NOW AT THE BALANCE OF THIS DOCUMENT.

11:32AM  19        LET ME GO FORWARD IN THIS DOCUMENT TO PAGE 64 OF THE

11:32AM  20   EXHIBIT, AND I WANT TO DIRECT YOUR ATTENTION TO THE BOTTOM

11:33AM  21   THREE-QUARTERS OF THE DOCUMENT, THE SECTION THAT BEGINS

11:33AM  22   "ASSAY."

11:33AM  23        DO YOU SEE THAT?

11:33AM  24   A.   YES.

11:33AM  25   Q.   AND I THINK ON DIRECT YOU TALKED ABOUT THE ANALYZER BEING

11:33AM  1    THE BRAIN OF THE TECHNOLOGY THAT MS. HOLMES WAS DEVELOPING;

11:33AM  2    CORRECT?

11:33AM  3    A.   YES.

11:33AM  4    Q.   BUT YOU ALSO UNDERSTOOD THAT ANOTHER COMPONENT OF

11:33AM  5    TECHNOLOGY THAT SHE WAS DEVELOPING WERE SMALL SAMPLE ASSAYS;

11:33AM  6    CORRECT?

11:33AM  7    A.   I'M NOT SURE WHAT YOU'RE REFERRING TO OTHER THAN THERE WAS

11:33AM  8    SOMETHING AT ONE TIME CALLED A NANOTAINER THAT -- THAT WAS THE

11:33AM  9    COLLECTION DEVICE THAT THE PIN PRICK WAS THEN USED TO COLLECT

11:33AM 10    THE BLOOD.

11:33AM 11    Q.   OKAY.  DO YOU RECALL IN THE EARLY DISCUSSIONS THE

11:34AM 12    DISCUSSION OF CARTRIDGES FOR USE IN CONNECTION WITH THE

11:34AM 13    TECHNOLOGY?

11:34AM 14    A.   YES.

11:34AM 15    Q.   OKAY.  AND DO YOU RECALL THAT THOSE CARTRIDGES CONTAIN THE

11:34AM 16    CHEMISTRY THAT WOULD ACTUALLY PERFORM THE BLOOD TESTS ON THE

11:34AM 17    ANALYZER?

11:34AM 18    A.   YES.

11:34AM 19    Q.   AND DID YOU UNDERSTAND THAT THOSE ASSAYS ASSOCIATED WITH

11:34AM 20    BLOOD TESTS, THAT EACH ASSAY WAS A SEPARATE BLOOD TEST?

11:34AM 21    A.   CORRECT.

11:34AM 22    Q.   AND DID YOU UNDERSTAND THAT THERANOS OVER TIME WAS

11:34AM 23    DEVELOPING AN INCREASING NUMBER OF SMALL SAMPLE ASSAYS?

11:34AM 24    A.   CORRECT.

11:34AM 25    Q.   LET ME DIRECT YOUR ATTENTION TO SOME OF THE LANGUAGE THAT

ER-6400

11:34AM  1    WAS CONTAINED IN THIS BUSINESS PLAN.  I'LL JUST DIRECT YOUR

11:34AM  2    ATTENTION TO THE -- UNDER THE SECOND HEADER, IT READS, "DETAILS

11:34AM  3    OF THE ASSAY/CHEMILUMINESCENCE."

11:35AM  4        DO YOU SEE THAT?

11:35AM  5    A.   YES.

11:35AM  6    Q.   AND DO YOU SEE THAT UNDER THIS DOCUMENT IT DESCRIBES WHAT

11:35AM  7    THE METHOD IS FOR DEVELOPING EACH OF THESE BLOOD TESTS.

11:35AM  8        DO YOU SEE THAT?

11:35AM  9    A.   YES.

11:35AM  10   Q.   IF YOU GO BELOW, YOU WILL SEE THAT THERE'S A TIMELINE WITH

11:35AM  11   THE DEVELOPMENT OF EACH ASSAY.

11:35AM  12       YOU HAVE TO ACTUALLY TURN TO PAGE 65, I THINK, OF THE

11:35AM  13   EXHIBIT.

11:35AM  14       AND DO YOU SEE THAT THIS DOCUMENT FROM LATE 2005 DESCRIBED

11:35AM  15   THE PROCESS BY WHICH ASSAYS WOULD BE DEVELOPED?

11:36AM  16       DO YOU SEE THAT?

11:36AM  17   A.   YES.

11:36AM  18   Q.   AND DO YOU SEE IN THE LAST SENTENCE IT GIVES THE TIMELINE

11:36AM  19   THAT IT WOULD TAKE TO DEVELOP EACH ASSAY?

11:36AM  20   A.   YES.

11:36AM  21   Q.   AND IT INDICATED THAT EACH ASSAY WOULD TAKE ABOUT THREE

11:36AM  22   MONTHS TO DEVELOP; CORRECT?

11:36AM  23   A.   YES.

11:36AM  24   Q.   AND THEN THAT THEY COULD BE FULLY DEVELOPED AT SOMETHING

11:36AM  25   CALLED ISO 9000 STANDARDS WITHIN ABOUT SIX MONTHS.

LUCAS CROSS BY MR. DOWNEY                    5465

11:36AM  1        DO YOU SEE THAT?

11:36AM  2    A.   YES.

11:36AM  3    Q.   AND DO YOU KNOW WHAT ISO 9000 STANDARDS ARE?

11:36AM  4    A.   I'M NOT FAMILIAR WITH THE SPECIFICS, BUT IT'S A STANDARD

11:36AM  5    WHICH IS RECOGNIZED WORLDWIDE AS A CERTAIN LEVEL OF COMPETENCE

11:36AM  6    AND -- OF THE TECHNOLOGY AND ITS DURABILITY AND RELIABILITY AND

11:36AM  7    ACCURACY.

11:36AM  8    Q.   IT'S A QUALITY MANAGEMENT METRIC; RIGHT?

11:36AM  9    A.   SURE.

11:36AM 10    Q.   SO YOU KNEW EVEN BEFORE YOU INVESTED THAT THERE WAS A

11:36AM 11    PROCESS FOR DEVELOPING ASSAYS; CORRECT?

11:36AM 12    A.   YES.

11:36AM 13    Q.   AND YOU KNEW THAT THOSE ASSAYS WOULD DEVELOP AND CHANGE

11:37AM 14    AND HOPEFULLY GET BETTER OVER TIME; CORRECT?

11:37AM 15    A.   CORRECT.

11:37AM 16    Q.   AND GENERALLY THE TIME TO DEVELOP EACH ONE WAS ABOUT SIX

11:37AM 17    MONTHS; CORRECT?

11:37AM 18    A.   YES, AS STATED HERE.

11:37AM 19    Q.   NOW, AS YOU WERE LEARNING INFORMATION GOING FORWARD ABOUT

11:37AM 20    THE COMPANY, DID YOU ALSO LOOK AT SOME OF THE INFORMATION THAT

11:37AM 21    IS DISCUSSED IN HERE?  DID YOU ACTUALLY LOOK AT ANY MATERIALS

11:37AM 22    IN THE COMPANY ABOUT QUALITY MANAGEMENT, OR ABOUT THE

11:37AM 23    DEVELOPMENT OF ASSAYS, OR ANY KIND OF DATA WITHIN THE COMPANY?

11:37AM 24    DID YOU GO AND HAVE THE OPPORTUNITY TO DO THAT?

11:37AM 25    A.   CERTAINLY I BELIEVE I WAS AT THEIR OLD OFFICE OR THIS

11:37AM   1    ORIGINAL OFFICE, AND WHAT I WOULD HAVE SEEN WOULD HAVE BEEN

11:38AM   2    QUITE RUDIMENTARY I BELIEVE.

11:38AM   3        BUT I DON'T HAVE A VIVID RECOLLECTION.

11:38AM   4    Q.   OKAY.  DO YOU KNOW IF YOU AT SOME POINT LOOKED AT THE

11:38AM   5    PATENTS THAT THE COMPANY HAD APPLIED FOR AND OBTAINED IN

11:38AM   6    CONNECTION WITH ITS TECHNOLOGY?

11:38AM   7    A.   YES, AND NOT IN GREAT DETAIL.

11:38AM   8        MY UNDERSTANDING WAS THAT THE PATENT, OR THE PRINCIPAL

11:38AM   9    PATENT WAS, YOU KNOW, A FUNDAMENTAL PATENT OF WHICH IT WAS

11:38AM  10    OUTSTANDING TO HAVE BEEN GRANTED BECAUSE IT MAY, ALONG WITH

11:38AM  11    OTHER PATENTS, BLOCK OTHERS FROM USING THAT TECHNOLOGY.

11:38AM  12    Q.   OKAY.  AND AM I RIGHT THAT THE STRENGTH OF A COMPANY'S

11:38AM  13    PATENTS IS AN IMPORTANT FACTOR IN DECIDING WHETHER TO INVEST IN

11:38AM  14    THE COMPANY; CORRECT?

11:38AM  15    A.   IT IS, BUT NOT ALL -- THE DEVELOPMENT OF THE TECHNOLOGY IS

11:39AM  16    AT TIMES MORE IMPORTANT THAN THE PATENT PORTFOLIO.

11:39AM  17    Q.   HAVING THE PATENT MIGHT JUST BE THE FIRST STEP; CORRECT?

11:39AM  18    A.   YEAH, AND HAVING THE PATENT IS CERTAINLY A PLUS,

11:39AM  19    ABSOLUTELY.

11:39AM  20    Q.   AND EVEN AS OF THIS TIME, 2005/2006, YOU UNDERSTOOD THAT

11:39AM  21    THERANOS WAS DEVELOPING THE TECHNOLOGY THAT IT EITHER OBTAINED

11:39AM  22    OR SOUGHT INTELLECTUAL PROPERTY PROTECTION FOR?

11:39AM  23    A.   YES.

11:39AM  24    Q.   I WANT TO GO FORWARD IN THIS DOCUMENT A LITTLE BIT TO LOOK

11:39AM  25    AT ITS DISCUSSION OF THE RISKS THAT THE BUSINESS WOULD FACE

11:39AM 1    OVER ITS LIFE, AND I'LL DIRECT YOUR ATTENTION TO PAGE 45 OF THE

11:39AM 2    EXHIBIT.

11:39AM 3        AND ON THE BOTTOM HALF OF THE DOCUMENT, DO YOU SEE THAT

11:39AM 4    THERE'S A DISCUSSION OF REGULATORY?

11:39AM 5        DO YOU SEE THAT?

11:40AM 6    A.   IF IT'S LITERALLY THE LAST PARAGRAPH, IT'S NOT

11:40AM 7    HIGHLIGHTED, SO I --

11:40AM 8    Q.   WELL, LET ME SEE IF I CAN CALL OUT THAT LAST PARAGRAPH TO

11:40AM 9    MAKE IT A LITTLE EASIER FOR YOU TO READ.

11:40AM 10            THE COURT:  MR. DOWNEY, SHOULD WE TAKE A BREAK NOW

11:40AM 11   BEFORE WE LAUNCH INTO THIS?

11:40AM 12            MR. DOWNEY:  YEAH, THAT'S FINE.

11:40AM 13            THE COURT:  LET'S DO THAT.  LET'S TAKE OUR MORNING

11:40AM 14   BREAK, LADIES AND GENTLEMEN, 30 MINUTES, 30 MINUTES.

11:40AM 15       WE'LL SEE YOU -- YOU CAN STAND DOWN, SIR.  WE'LL TAKE A

11:40AM 16   BREAK FOR 30 MINUTES AND THEN YOU CAN RETURN.

11:40AM 17            THE WITNESS:  OKAY.  THANK YOU.

11:40AM 18            THE COURT:  YOU'RE WELCOME.

11:40AM 19       (JURY OUT AT 11:40 A.M.)

11:41AM 20            THE COURT:  YOU CAN STAND DOWN, SIR.

11:41AM 21            THE WITNESS:  OH.  THANK YOU.

11:41AM 22            THE COURT:  PLEASE BE SEATED.  THANK YOU.

11:41AM 23            THE WITNESS:  JUST WALK OUT?

11:41AM 24            THE COURT:  ALL RIGHT.  THE RECORD SHOULD REFLECT

11:41AM 25   THAT THE JURY HAS LEFT THE COURTROOM.

11:41AM   1          MR. LUCAS IS LEAVING THE COURTROOM.

11:41AM   2          DO YOU WANT A BREAK NOW AND TALK ABOUT THAT MORNING MATTER

11:41AM   3    LATER BEFORE WE COME BACK?

11:41AM   4              MR. DOWNEY:  MAYBE BEFORE WE COME BACK.

11:41AM   5              THE COURT:  SURE:  YES, THAT'S FINE.  ALL RIGHT.

11:41AM   6    THANK YOU.

11:41AM   7              THE CLERK:  COURT IS IN RECESS.

11:41AM   8          (LUNCH RECESS TAKEN AT 11:41 A.M.)

          9

         10

         11

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

ER-6405

|        |    |                                                          |
|--------|----|----------------------------------------------------------|
| 11:41AM | 1 | **AFTERNOON SESSION** |
| 12:31PM | 2 | (JURY IN AT 12:31 P.M.) |
| 12:31PM | 3 | THE COURT:  THANK YOU FOR YOUR PATIENCE.  WE'RE BACK |
| 12:31PM | 4 | ON THE RECORD. |
| 12:31PM | 5 | ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN. |
| 12:31PM | 6 | MR. LUCAS IS ON THE STAND AGAIN. |
| 12:31PM | 7 | YOU CAN REMOVE YOUR MASK AGAIN IF YOU WOULD LIKE AS YOU |
| 12:31PM | 8 | HAD BEFORE. |
| 12:31PM | 9 | THE WITNESS:  YES? |
| 12:31PM | 10 | THE COURT:  YES.  AND OUR JURY IS PRESENT. |
| 12:31PM | 11 | MR. DOWNEY. |
| 12:31PM | 12 | MR. DOWNEY:  THANK YOU, YOUR HONOR. |
| 12:31PM | 13 | Q.  MR. LUCAS, DO YOU RECALL BEFORE THE BREAK WE WERE TALKING |
| 12:31PM | 14 | ABOUT SOME REGULATORY ISSUES RELATED TO THERANOS; CORRECT? |
| 12:31PM | 15 | A.  YES. |
| 12:31PM | 16 | Q.  AND WE WERE LOOKING AT EXHIBIT 12022 AT PAGE 45, WHICH IS |
| 12:31PM | 17 | DISPLAYED ON THE SCREEN. |
| 12:32PM | 18 | AND I WANT TO DRAW YOUR ATTENTION TO THE LAST PARAGRAPH |
| 12:32PM | 19 | THERE, AND THE FIRST SENTENCE OF THAT PARAGRAPH SAYS, "AS |
| 12:32PM | 20 | THERANOS PREPARES TO INTRODUCE ITS SYSTEMS TO MARKET, THE |
| 12:32PM | 21 | COMPANY WILL ENTER A TWO-PART 510(K) PROCESS FOR USE OF THE |
| 12:32PM | 22 | DEVICE IN THERAPEUTIC DRUG MONITORING ACROSS A RANGE OF |
| 12:32PM | 23 | THERAPEUTIC COMPOUNDS." |
| 12:32PM | 24 | DO YOU SEE THAT? |
| 12:32PM | 25 | A.  YES. |

12:32PM   1    Q.   AND DO YOU KNOW WHAT THE 510(K) PROCESS IS?

12:32PM   2    A.   THAT'S ONE OF THE REGULATORY PROCESSES THAT ARE USED FOR

12:32PM   3    APPROVING A MEDICAL DEVICE.

12:32PM   4    Q.   OKAY.  THERANOS WAS INDICATING TO YOU, AS A POTENTIAL

12:32PM   5    INVESTOR, THAT IT INTENDED TO APPLY FOR THAT APPROVAL?

12:32PM   6    A.   YES.

12:32PM   7    Q.   IF YOU LOOK AT THE SECOND SENTENCE, IT SAYS, "THE 510(K)

12:32PM   8    PROCESS WILL CONSIST FIRST OF APPROVAL OF THE ASSAYS, AND

12:32PM   9    SECOND TO APPROVE THE NON-DISPOSABLE READER."

12:33PM  10         DO YOU SEE THAT?

12:33PM  11    A.   YES.

12:33PM  12    Q.   AND THERANOS HAD INDICATED THAT IT INTENDED TO APPLY FOR

12:33PM  13    FDA APPROVAL OF BOTH OF ITS ASSAYS; CORRECT?

12:33PM  14    A.   YES.

12:33PM  15    Q.   AND OF ITS ANALYZER; CORRECT?

12:33PM  16    A.   YES.

12:33PM  17    Q.   NOW, HAVING BEEN AROUND THE REGULATORY PROCESS FOR

12:33PM  18    COMPANIES THAT YOU'VE INVESTED IN, YOU REALIZE THAT'S AN

12:33PM  19    UNCERTAIN PROCESS; CORRECT?

12:33PM  20    A.   CORRECT.

12:33PM  21    Q.   AND DEPENDING ON HOW LONG THAT PROCESS TAKES, IT CAN

12:33PM  22    AFFECT THE VALUE OF A COMPANY; CORRECT?

12:33PM  23    A.   THAT'S RIGHT.

12:33PM  24    Q.   AND DEPENDING ON WHETHER THE COMPANY -- THE DEVICES ARE

12:33PM  25    APPROVED, THAT CAN AFFECT THE VALUE OF THE COMPANY, CAN'T IT?

12:33PM  1      A.   YES.

12:33PM  2      Q.   ALL RIGHT.  I WANT TO DRAW YOUR ATTENTION NOW TO PAGE 42

12:33PM  3      OF THE ATTACHMENT, WHICH IS PAGE 69 OF THE EXHIBIT.

12:34PM  4           DO YOU SEE THAT THIS IS LABELED RISKS RELATED TO OUR

12:34PM  5      BUSINESS?

12:34PM  6      A.   YES.

12:34PM  7      Q.   IS THIS A RISK DISCLOSURE THAT THERANOS MADE TO YOU BEFORE

12:34PM  8      YOU MADE YOUR FIRST INVESTMENT IN THE COMPANY?

12:34PM  9      A.   I'M JUST FORGETTING THE DATE OF THIS DOCUMENT, IF IT'S

12:34PM  10     2005.

12:34PM  11     Q.   WELL, LET ME ASK YOU TO LOOK BACK AT THE FIRST PAGE OF THE

12:34PM  12     EXHIBIT, WHICH IS 12022.  WE CAN PUT THAT ON THE SCREEN.

12:34PM  13          AND IF WE FOCUS ON THE ADDRESS LINE ON THE TOP, DO YOU SEE

12:34PM  14     THAT THESE MATERIALS WERE SENT TO YOU IN LATE 2005?

12:34PM  15     A.   YES.

12:34PM  16     Q.   AND THAT PREDATES THE TIME OF YOUR FIRST INVESTMENT IN

12:35PM  17     THERANOS; CORRECT?

12:35PM  18     A.   CORRECT.

12:35PM  19     Q.   OKAY.  SO LET'S RETURN TO PAGE 69 OF THE EXHIBIT.  AND

12:35PM  20     ARE, ARE -- IS THIS A RISK DISCLOSURE THAT THERANOS MADE TO YOU

12:35PM  21     PRIOR TO THE TIME OF YOUR FIRST INVESTMENT IN THERANOS?

12:35PM  22     A.   IF THIS IS A CONTINUATION OF THE DOCUMENT THAT WE'VE BEEN

12:35PM  23     LOOKING AT, YES.

12:35PM  24     Q.   AND YOU SEE THAT THE FIRST DISCUSSION UNDER RISKS RELATED

12:35PM  25     TO OUR BUSINESS RELATES TO CAPITAL RESOURCES?

LUCAS CROSS BY MR. DOWNEY                                    5472

12:35PM   1          DO YOU SEE THAT SECTION?

12:35PM   2     A.   YES.

12:35PM   3     Q.   AND IT SAYS, "BASED ON CURRENT PROJECTIONS, THERANOS

12:35PM   4     BELIEVES THAT THE PROCEEDS OF THIS OFFERING WILL ENABLE THE

12:35PM   5     COMPANY TO BUILD THE PRODUCTION INFRASTRUCTURE NECESSARY TO

12:35PM   6     SERVICE ITS PHARMACEUTICAL CUSTOMERS AND REACH CASH FLOW

12:35PM   7     POSITIVE.  HOWEVER, WE CANNOT BE ASSURED THAT CHANGED

12:35PM   8     CIRCUMSTANCES WILL NOT RESULT IN THE DEPLETION OF OUR CAPITAL

12:36PM   9     RESOURCES MORE RAPIDLY THAN WE CURRENTLY ANTICIPATE."

12:36PM  10          DO YOU SEE THAT?

12:36PM  11     A.   YES.

12:36PM  12     Q.   AND THAT WAS A RISK THAT YOU UNDERSTOOD IN CONNECTION WITH

12:36PM  13     MAKING THIS INVESTMENT IN THERANOS?

12:36PM  14     A.   YES.

12:36PM  15     Q.   AND, INDEED, IN CONNECTION WITH ALL SUBSEQUENT INVESTMENTS

12:36PM  16     IN THERANOS?

12:36PM  17     A.   I WOULDN'T NECESSARILY AGREE WITH THAT COMMENT AS IN 2013

12:36PM  18     IT WAS INFRASTRUCTURE CAPITAL AND INVESTMENTS BY OTHERS OF

12:36PM  19     HUNDREDS OF MILLIONS OF DOLLARS, SO ONE COULD, ONE COULD HAVE

12:36PM  20     BELIEVED AT THAT TIME THAT THE COMPANY COULD GET THE CASH FLOW

12:36PM  21     POSITIVE.

12:36PM  22     Q.   IN 2013 THERE WERE CERTAIN STRATEGIC PARTNERS THAT HAD

12:36PM  23     ENTERED INTO RELATIONSHIPS WITH THERANOS; CORRECT?

12:36PM  24     A.   YES.  YES.

12:36PM  25     Q.   AND SO THE NATURE OF THERANOS'S BUSINESS AT THAT TIME WAS

12:36PM  1    DIFFERENT; CORRECT?

12:36PM  2    A.   CORRECT.

12:36PM  3    Q.   AND IT WAS OFFERING SERVICES FOR BLOOD TESTING TO THE

12:37PM  4    PUBLIC; CORRECT?

12:37PM  5    A.   CORRECT.

12:37PM  6    Q.   AND IT WAS DOING THAT THROUGH WALGREENS; CORRECT?

12:37PM  7    A.   CORRECT.

12:37PM  8    Q.   OKAY.  AND AT THIS TIME THE COMPANY WAS FOCUSSED ON USING

12:37PM  9    ITS TECHNOLOGY IN CONNECTION WITH PHARMACEUTICAL COMPANIES;

12:37PM  10   CORRECT?

12:37PM  11   A.   CORRECT.

12:37PM  12   Q.   OKAY.  SO LET'S LOOK AT THE BALANCE OF THE OTHER RISK

12:37PM  13   FACTORS ON THIS PAGE.  HIGHLIGHT THAT MIDDLE SECTION.

12:37PM  14        DO YOU SEE THAT THE FIRST RISK THAT WAS DISCLOSED WAS THAT

12:37PM  15   "THE RATE OF PROGRESS AND COSTS OF OUR RESEARCH AND DEVELOPMENT

12:37PM  16   ACTIVITIES, LEADING TO THE PRODUCTION OF OUR FIRST GENERATION

12:37PM  17   DEVICE."

12:37PM  18        DO YOU SEE THAT?

12:37PM  19   A.   YES.

12:37PM  20   Q.   AND IT'S TRUE THAT IT'S SOMETIMES DIFFICULT, WITH

12:37PM  21   TECHNOLOGY DEVELOPMENT, TO ASSESS HOW QUICKLY THE TECHNOLOGY

12:37PM  22   WILL BE DEVELOPED; CORRECT?

12:37PM  23   A.   CORRECT.

12:37PM  24   Q.   AND ALSO HOW MUCH IT WILL COST TO DEVELOP THAT TECHNOLOGY;

12:37PM  25   CORRECT?

12:37PM  1    A.   CORRECT.

12:37PM  2    Q.   AND COMPANIES OFTEN ASSESS THAT THE PROCESS WILL TAKE A

12:38PM  3    SHORTER PERIOD OF TIME THAN IT DOES; CORRECT?

12:38PM  4    A.   THAT THEY PROJECT IT WOULD BE A SHORTER LENGTH OF TIME,

12:38PM  5    YES.   IT'S GENERALLY LONGER.

12:38PM  6    Q.   AND IT'S A LITTLE BIT LIKE RENOVATING YOUR KITCHEN, RIGHT?

12:38PM  7    IT TAKES LONGER AND COSTS MORE THAN YOU THINK?

12:38PM  8    A.   THAT'S PARTICULARLY RELEVANT TO ME RIGHT NOW ACTUALLY.

12:38PM  9         (LAUGHTER.)

12:38PM 10    BY MR. DOWNEY:

12:38PM 11    Q.   OKAY.   WE TALKED ABOUT THE REGULATORY APPROVAL ISSUES.

12:38PM 12         AND THEN YOU SEE THE THIRD RISK, "OUR SUCCESS IN

12:38PM 13    ESTABLISHING STRATEGIC BUSINESS COLLABORATIONS."

12:38PM 14         DO YOU SEE THAT?

12:38PM 15    A.   YES.

12:38PM 16    Q.   AND THAT'S JUST SAYING WE EXPECT WE'LL BE ABLE TO HAVE

12:38PM 17    ENTITIES INTERESTED IN US, BUT WE MAY OR MAY NOT BE RIGHT ABOUT

12:38PM 18    THAT; CORRECT?

12:38PM 19    A.   CORRECT.

12:38PM 20    Q.   NOW, IN 2013 YOU LEARNED THAT THERANOS HAD ESTABLISHED A

12:38PM 21    VERY IMPORTANT STRATEGIC BUSINESS COLLABORATION; CORRECT?

12:39PM 22    A.   YES.

12:39PM 23    Q.   IT HAD DONE SO WITH WALGREENS; CORRECT?

12:39PM 24    A.   YES.

12:39PM 25    Q.   AND THAT WAS A VERY IMPORTANT FACTOR IN YOUR CONSIDERATION

12:39PM  1    OF THE VALUE OF THERANOS; CORRECT?

12:39PM  2    A.   YES.

12:39PM  3    Q.   AND LET ME HIGHLIGHT NEXT, "THE TIMING AND AMOUNT OF FEES

12:39PM  4    FROM POTENTIAL CUSTOMERS."

12:39PM  5         DO YOU SEE THAT?

12:39PM  6    A.   YES.

12:39PM  7    Q.   AND MS. HOLMES WAS GIVING YOU IN THIS TIME PERIOD HER

12:39PM  8    PROJECTION OF HOW MUCH THE COMPANY MIGHT BE ABLE TO EARN IN THE

12:39PM  9    FUTURE; CORRECT?

12:39PM 10    A.   YES.

12:39PM 11    Q.   BUT SHE WAS INDICATING HERE THAT, YOU KNOW, HER ASSESSMENT

12:39PM 12    OF THAT COULD BE WRONG; CORRECT?

12:39PM 13    A.   YES.

12:39PM 14    Q.   OKAY.  AND THEN THE NEXT ENTRY SAYS, "OUR SUCCESS IN

12:39PM 15    COMMERCIALIZING OUR PRODUCT CANDIDATES"?

12:39PM 16         CORRECT?

12:39PM 17    A.   YES.

12:39PM 18    Q.   AND YOU KNEW THAT WAS A RISK?

12:39PM 19    A.   CORRECT.

12:39PM 20    Q.   AND IT MIGHT BE, AS THERANOS DEVELOPED THIS PRODUCT, THAT

12:40PM 21    PHARMACEUTICAL COMPANIES JUST MIGHT NOT BE INTERESTED IN IT;

12:40PM 22    CORRECT?

12:40PM 23    A.   THAT'S RIGHT.

12:40PM 24    Q.   OR THEY MIGHT NOT BE INTERESTED IN USING IT IN THE WAY

12:40PM 25    THAT SHE THOUGHT THEY WOULD; CORRECT?

ER-6412

12:40PM   1    A.   YES.

12:40PM   2    Q.   AND THE NEXT RISK THAT CAN IT IDENTIFIES IS "THE EMERGENCE

12:40PM   3    OF COMPETING TECHNOLOGIES AND PRODUCTS."

12:40PM   4         THAT'S ALWAYS A RISK FOR ANY COMPETING COMPANY; RIGHT?

12:40PM   5    A.   GENERALLY, YES.

12:40PM   6    Q.   AND THE NEXT RISK TO BE AWARE OF WAS THE COST OF

12:40PM   7    ESSENTIALLY PROTECTING THE COMPANY'S INTELLECTUAL PROPERTY;

12:40PM   8    CORRECT?

12:40PM   9    A.   YES.

12:40PM  10    Q.   AND THEN SOME ADDITIONAL RISK FACTORS ARE IDENTIFIED

12:40PM  11    UNDERNEATH THAT.

12:40PM  12         THERE'S A RISK IN CONNECTION WITH FUTURE FINANCING.

12:40PM  13         DO YOU SEE THAT?

12:40PM  14    A.   YES.

12:40PM  15    Q.   AND THE INDICATION THERE WAS THAT THEY MIGHT HAVE

12:40PM  16    FUTURE -- THERE MIGHT BE FUTURE INSTANCES WHERE THEY WANTED TO

12:40PM  17    RAISE ADDITIONAL MONEY; CORRECT?

12:40PM  18    A.   CORRECT.

12:40PM  19    Q.   AND THAT COULD AFFECT YOUR RIGHTS AS A SHAREHOLDER;

12:41PM  20    CORRECT?

12:41PM  21    A.   YES.

12:41PM  22    Q.   AND, IN FACT, THERE WERE IN THE FUTURE SUBSEQUENT

12:41PM  23    INSTANCES WHERE THERANOS WENT OUT AND RAISED ADDITIONAL MONEY;

12:41PM  24    CORRECT?

12:41PM  25    A.   YES.

12:41PM  1    Q.   BUT FROM THE POINT OF TIME IN 2006, THAT YOU MADE YOUR

12:41PM  2    LAST INVESTMENT IN 2006 UNTIL 2010, THERANOS DIDN'T RAISE ANY

12:41PM  3    MONEY, DID IT?

12:41PM  4    A.   I DON'T KNOW THAT THAT'S ACCURATE ACTUALLY.

12:41PM  5    Q.   DO YOU KNOW WHEN THE NEXT RAISE OF MONEY WAS AFTER 2006?

12:41PM  6    A.   I WOULDN'T REMEMBER.

12:41PM  7    Q.   OKAY.  DID YOU PARTICIPATE IN THE NEXT RAISE OF MONEY

12:41PM  8    AFTER 2006?

12:41PM  9    A.   NO.

12:41PM  10   Q.   OKAY.  THE NEXT ENTRY IS MANAGING GROWTH.

12:41PM  11        AND THIS IS AN IMPORTANT RISK FOR A TECHNOLOGY COMPANY;

12:41PM  12   RIGHT?  THERANOS IS TELLING YOU HERE THAT THEY MAY NOT BE ABLE

12:41PM  13   TO MANAGE THEIR GROWTH IN CONNECTION WITH TRANSITIONING FROM A

12:41PM  14   DEVELOPMENT COMPANY TO A COMPANY THAT CAN SUCCESSFULLY

12:41PM  15   COMMERCIALIZE ITS PRODUCT.

12:42PM  16        DO YOU SEE THAT?

12:42PM  17   A.   YES.

12:42PM  18   Q.   AND THAT'S A RISK FOR COMPANIES THAT MAY BE VERY GOOD AT

12:42PM  19   DEVELOPING TECHNOLOGY, BUT AREN'T VERY GOOD AT INTRODUCING IT

12:42PM  20   INTO THE MARKETS WHERE IT'S GOING TO BE USED; CORRECT?

12:42PM  21   A.   CORRECT.

12:42PM  22   Q.   AND THEN THE LAST ENTRY RELATES TO MARKET ACCEPTANCE;

12:42PM  23   CORRECT?

12:42PM  24   A.   YES.

12:42PM  25   Q.   AND THAT INDICATES THAT THE MARKET MAY OR MAY NOT BE

12:42PM  1    INTERESTED IN OUR PRODUCT IN THE WAY THAT WE EXPECT THEY WILL;

12:42PM  2    CORRECT?

12:42PM  3         AND THEN UNDER THAT -- CORRECT?  IS THAT CORRECT?

12:42PM  4    A.   YES.

12:42PM  5    Q.   AND THEN IT IDENTIFIES SOME PARTICULAR RISKS THAT

12:42PM  6    ACCOMPANIED THERANOS'S ATTEMPT TO USE THIS IN CONNECTION WITH

12:42PM  7    TAKING BLOOD TESTS FROM PATIENTS; CORRECT?

12:42PM  8    A.   YES.

12:42PM  9    Q.   OKAY.  AND THEN PRODUCT LIABILITIES AND KEY EMPLOYEES ARE

12:42PM  10   ALSO IDENTIFIED; CORRECT?

12:42PM  11   A.   YES.

12:43PM  12   Q.   AND DO YOU SEE UNDER KEY EMPLOYEES THERE'S A REFERENCE

12:43PM  13   THAT MS. HOLMES WAS A KEY EMPLOYEE?

12:43PM  14   A.   YES.

12:43PM  15   Q.   I HAD ASKED YOU BEFORE ABOUT YOUR PERCEPTIONS OF

12:43PM  16   MS. HOLMES.

12:43PM  17        DO YOU KNOW HOW OLD MS. HOLMES WAS WHEN YOU MET HER AT

12:43PM  18   THIS TIME IN 2005?

12:43PM  19   A.   I BELIEVE 19.

12:43PM  20   Q.   LET ME -- I WANT TO JUST MAKE SURE WE INTRODUCE THE RIGHT

12:43PM  21   DOCUMENTS TO DOCUMENT YOUR EARLY INVESTMENTS IN 2006, SO I'D

12:43PM  22   LIKE TO START BY SHOWING YOU EXHIBIT 14213.

12:44PM  23   A.   DO YOU WANT ME TO OPEN IT IN THIS?

12:44PM  24   Q.   IT SHOULD BE IN YOUR BLACK BINDER, YES.

12:44PM  25   A.   SAY THE NUMBER AGAIN, PLEASE.

12:44PM  1     Q.   14213.

12:44PM  2     A.   OKAY.

12:44PM  3     Q.   AND IF YOU -- IF YOU LOOK AT THE COVER PAGE OF THIS, DO

12:44PM  4     YOU SEE THAT THIS IS THE SERIES B PREFERRED STOCK PURCHASE

12:44PM  5     AGREEMENT FROM FEBRUARY 2006?

12:44PM  6     A.   YES.

12:44PM  7     Q.   AND THEN I'D LIKE TO ASK YOU TO JUST TAKE A MOMENT AND

12:44PM  8     FLIP THROUGH ALL THE WAY TO PAGE 32 OF THE EXHIBIT, AND I WILL

12:45PM  9     TELL YOU THAT THE WAY PERHAPS TO DO THAT IS THAT THE BOTTOM

12:45PM 10     RIGHT-HAND CORNER HAS SOME NUMBERS, AND THE LAST FOUR DIGITS

12:45PM 11     WILL BE 6326.

12:45PM 12     A.   YES.

12:45PM 13     Q.   DO YOU SEE A SIGNATURE ON THAT PAGE?

12:45PM 14     A.   YES.

12:45PM 15     Q.   IS THAT YOUR SIGNATURE?

12:45PM 16     A.   IT SURE LOOKS LIKE IT, YES.

12:45PM 17     Q.   OKAY.

12:45PM 18          YOUR HONOR, I MOVE THE ADMISSION OF 14213.

12:45PM 19               MR. BOSTIC:  NO OBJECTION.

12:45PM 20               THE COURT:  IT'S ADMITTED AND MAY BE PUBLISHED.

12:45PM 21          (DEFENDANT'S EXHIBIT 14213 WAS RECEIVED IN EVIDENCE.)

12:45PM 22     BY MR. DOWNEY:

12:45PM 23     Q.   AND THEN IF YOU LOOK AT THE FIRST PAGE, THIS IS THE

12:45PM 24     AGREEMENT WHICH SETS FORTH THE TERMS UNDER WHICH YOU PURCHASED

12:45PM 25     STOCK FROM THERANOS IN FEBRUARY OF 2006; CORRECT?

12:46PM 1      A.    YES.

12:46PM 2      Q.    AND I THINK YOU'VE TESTIFIED ON DIRECT THAT YOU HAVE

12:46PM 3      EXPERIENCE WITH THESE KINDS OF DOCUMENTS; CORRECT?

12:46PM 4      A.    CORRECT.

12:46PM 5      Q.    AND ARE THESE DOCUMENTS THAT YOU TYPICALLY SIGN IN

12:46PM 6      CONNECTION WITH MAKING AN INVESTMENT IN A PRIVATE COMPANY?

12:46PM 7      A.    YES.

12:46PM 8      Q.    AND YOU UNDERSTAND THAT THIS IS INTENDED TO BE THE

12:46PM 9      AGREEMENT THAT DOCUMENTS THE TERMS ON WHICH YOU'RE BUYING THE

12:46PM 10     STOCK; CORRECT?

12:46PM 11     A.    YES.   THERE ARE OTHER AGREEMENTS THAT COME ALONG WITH

12:46PM 12     THIS, BUT THIS IS, AS IT SAYS, IT'S A STOCK PURCHASE AGREEMENT.

12:46PM 13     Q.    OKAY.   AND LET ME ASK YOU TO LOOK, AND WE'LL JUST DISPLAY

12:46PM 14     IT ON THE SCREEN FOR SIMPLICITY'S SAKE, I'M GOING TO DIRECT

12:46PM 15     YOUR ATTENTION TO PAGES 70 AND 71 OF THE DOCUMENT.

12:46PM 16         DO YOU SEE THAT THIS IS A SCHEDULE THAT IS ATTACHED TO THE

12:47PM 17     STOCK PURCHASE AGREEMENT THAT LISTS THE INVESTORS IN THIS

12:47PM 18     SERIES B INVESTMENT IN THERANOS?

12:47PM 19     A.    YES.

12:47PM 20     Q.    AND DO YOU SEE THAT BLACK DIAMOND VENTURES XII IS LISTED

12:47PM 21     AT THE TOP?

12:47PM 22     A.    YES.

12:47PM 23     Q.    AND YOU BOUGHT 433,304 SHARES OF STOCK IN THIS OFFERING?

12:47PM 24     A.    YES.

12:47PM 25     Q.    AND YOU PAID JUST A LITTLE BIT OVER $400,000; CORRECT?

LUCAS CROSS BY MR. DOWNEY                                          5481

12:47PM    1    A.   CORRECT.

12:47PM    2    Q.   AND FOR SOME REASON THERE'S AN EXTRA $0.25 THERE.  WHY IS

12:47PM    3    THAT?

12:47PM    4    A.   DO YOU WANT ME TO ANSWER?

12:47PM    5    Q.   YEAH.  DO YOU KNOW?

12:47PM    6    A.   DEPENDING ON THE PRICE PER SHARE OF THE STOCK, THAT WOULD

12:47PM    7    HAVE TO BE THE NUMBER TO MAKE AN EVEN NUMBER OF SHARES.

12:47PM    8    Q.   SO IT LOOKS LIKE, JUST DOING THE MATH BASED LOOKING AT

12:48PM    9    THESE TWO NUMBERS, IT LOOKS LIKE YOU PAID A LITTLE UNDER A

12:48PM   10    DOLLAR A SHARE FOR THE SERIES B SHARES IN 2006.  CORRECT?

12:48PM   11    A.   CORRECT.

12:48PM   12    Q.   AND I THINK YOU TESTIFIED THAT YOU'RE NOT SURE IF THIS WAS

12:48PM   13    MONEY FROM PEOPLE WHO INVEST IN YOUR FIRM OR YOUR OWN MONEY OR

12:48PM   14    BOTH?

12:48PM   15    A.   YES.  IT WAS THE MAJORITY OF OUR INVESTORS, AND IT COULD

12:48PM   16    HAVE BEEN AND LIKELY SOME OF MY OWN.

12:48PM   17    Q.   I WANT TO ASK YOU TO JUST LOOK AT ONE OTHER SCHEDULE WHICH

12:48PM   18    IS ATTACHED TO THIS, WHICH IS AT PAGE 76 OF THE EXHIBIT.  I'LL

12:48PM   19    JUST DRAW YOUR ATTENTION TO THE SCHEDULE 3.8(A), WHICH IS ON

12:49PM   20    THE BOTTOM.

12:49PM   21         AND IS THIS A LISTING OF THE PATENT APPLICATIONS THAT

12:49PM   22    THERANOS HAD PENDING AT THE TIME?

12:49PM   23    A.   YES, IF THAT'S AN ACCURATE STATEMENT, YES.

12:49PM   24    Q.   AND IS THIS TYPICALLY THE KIND OF INFORMATION THAT WOULD

12:49PM   25    BE AVAILABLE IN WHAT YOU CALLED A DATA ROOM PRIOR TO AN

ER-6418

12:49PM  1    INVESTMENT?

12:49PM  2    A.  YES.

12:49PM  3    Q.  OKAY.  I TAKE IT THAT REVIEWING ALL OF THIS MATERIAL, DOES

12:49PM  4    IT REFRESH YOUR RECOLLECTION ONE WAY OR ANOTHER WHETHER YOU

12:49PM  5    ACTUALLY ACCESSED THAT DATA ROOM PRIOR TO THIS INVESTMENT?

12:49PM  6    A.  I AM NOT CERTAIN.  HOWEVER, I DON'T BELIEVE THAT THERE WAS

12:49PM  7    AT THAT TIME A DATA ROOM AND ALL OF THE INFORMATION WAS

12:49PM  8    PROVIDED BY EMAILS AND/OR PRINTED MATERIAL.

12:50PM  9    Q.  OKAY.  NOW, I THINK YOU TESTIFIED THAT AT SOME POINT YOUR

12:50PM  10   UNCLE BECAME THE CHAIRMAN OF THE BOARD OF THERANOS; IS THAT

12:50PM  11   RIGHT?

12:50PM  12   A.  CORRECT.

12:50PM  13   Q.  AND THAT WAS AROUND THE TIME OF THIS INVESTMENT; CORRECT?

12:50PM  14   A.  YES, I WOULD SAY SO.  BUT HE -- I DON'T ABSOLUTELY RECALL

12:50PM  15   WHEN.

12:50PM  16   Q.  OKAY.  BUT DO YOU REMEMBER THAT GENERALLY WHEN YOU

12:50PM  17   INVESTED, THAT HE INVESTED IN THE COMPANY AT THE SAME TIME?

12:50PM  18   A.  CORRECT.  IF NOT, MAYBE HE DID SOMETHING SOONER.  BUT

12:50PM  19   CERTAINLY ONCE WE INVESTED, HE WAS AN INVESTOR.

12:50PM  20   Q.  OKAY.  NOW, DID I UNDERSTAND YOU ON DIRECT TO SAY THAT YOU

12:50PM  21   MADE ANOTHER INVESTMENT IN THERANOS PRIOR TO THE END OF THAT

12:50PM  22   CALENDAR YEAR?

12:50PM  23   A.  CORRECT.

12:50PM  24   Q.  WAS THAT IN CONNECTION WITH ANOTHER RAISE OF STOCK?

12:51PM  25   A.  YES.

| 12:51PM | 1 | Q.   DO YOU KNOW WHY THERE WAS THAT ADDITIONAL RAISE OF STOCK |
| 12:51PM | 2 | IN THE LATTER PART OF 2006? |
| 12:51PM | 3 | A.   I WOULD EXPECT IT'S BECAUSE THE COMPANY NEEDED ADDITIONAL |
| 12:51PM | 4 | FUNDS AND SO THEY WENT AND RAISED IT AND PROGRESS WAS BEING |
| 12:51PM | 5 | MADE. |
| 12:51PM | 6 | Q.   OKAY.  LET ME ASK YOU TO LOOK IN YOUR BLACK NOTEBOOK AT |
| 12:51PM | 7 | THE EXHIBIT THAT IS MARKED AS 12003A. |
| 12:52PM | 8 | A.   OKAY. |
| 12:52PM | 9 | Q.   AND DO YOU HAVE THAT DOCUMENT? |
| 12:52PM | 10 | A.   YES. |
| 12:52PM | 11 | Q.   OKAY.  AND I'M GOING TO ASK YOU TO GO TO THE PAGE THAT IS |
| 12:52PM | 12 | BATES LABELLED IN THE LOWER RIGHT-HAND CORNER AS 8412.  THAT'S |
| 12:52PM | 13 | A GOOD DISTANCE AHEAD OF THE DOCUMENT OF WHERE IT STARTS, |
| 12:52PM | 14 | ALMOST AT THE END OF THE DOCUMENTS. |
| 12:52PM | 15 | A.   YES. |
| 12:52PM | 16 | Q.   AND DO YOU SEE REFERENCE TO -- DO YOU SEE A REFERENCE TO |
| 12:53PM | 17 | YOUR FIRM ON THAT PAGE? |
| 12:53PM | 18 | A.   8412? |
| 12:53PM | 19 | Q.   YEAH.  I'M SORRY.  I THINK IT'S ACTUALLY -- LET ME GIVE |
| 12:53PM | 20 | YOU THE RIGHT PAGE.  THERE IS THAT REFERENCE, BUT LET ME ASK |
| 12:53PM | 21 | YOU TO DEAL WITH FIRST 8316. |
| 12:53PM | 22 | A.   YES. |
| 12:53PM | 23 | Q.   AND IS THAT YOUR SIGNATURE UNDER BLACK DIAMOND VENTURES |
| 12:53PM | 24 | THERE? |
| 12:53PM | 25 | A.   YES, IT CERTAINLY APPEARS THAT WAY. |

ER-6420

12:53PM  1              MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

12:53PM  2      12003A.

12:53PM  3              MR. BOSTIC:  YOUR HONOR, IS THIS COMING IN AS A

12:53PM  4      BUSINESS RECORD?

12:54PM  5              MR. DOWNEY:  YES, THIS IS THE DOCUMENTATION OF HIS

12:54PM  6      INVESTMENT WHICH WAS DISCUSSED ON DIRECT.

12:54PM  7              THE COURT:  DOES THIS MEMORIALIZE THAT?  HAVE YOU

12:54PM  8      ESTABLISHED THAT?

12:54PM  9              MR. DOWNEY:  WELL, HE SIGNED IT AND HE LOOKED AT THE

12:54PM  10     FIRST PAGE.

12:54PM  11             THE COURT:  RIGHT.  CAN YOU JUST ASK A COUPLE OF

12:54PM  12     QUESTIONS, DOES THIS MEMORIALIZE --

12:54PM  13             MR. DOWNEY:  SURE, SURE.

12:54PM  14     Q.  IS THIS THE CONTRACT THAT WAS ENTERED INTO IN CONNECTION

12:54PM  15     WITH THE INVESTMENT THAT YOU MADE IN THERANOS IN THE LATTER

12:54PM  16     PART OF 2006?

12:54PM  17     A.  IT LOOKS THAT WAY, YES.

12:54PM  18             MR. DOWNEY:  OKAY.  YOUR HONOR, I MOVE THE

12:54PM  19     ADMISSION.

12:54PM  20             MR. BOSTIC:  NO OBJECTION.

12:54PM  21             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:54PM  22         (DEFENDANT'S EXHIBIT 12003A WAS RECEIVED IN EVIDENCE.)

12:54PM  23     BY MR. DOWNEY:

12:54PM  24     Q.  I WANT TO ASK YOU TO LOOK AT PAGE 91 OF THE EXHIBIT, WHICH

12:55PM  25     WE'LL DISPLAY ON THE SCREEN TO MAKE IT EASY FOR YOU TO SEE.

LUCAS CROSS BY MR. DOWNEY                                    5485

12:55PM  1          IF YOU GO ABOUT HALF -- A LITTLE OVER HALFWAY DOWN THE

12:55PM  2   PAGE, DO YOU SEE A REFERENCE TO BLACK DIAMOND VENTURES XII?

12:55PM  3   A.   YES.

12:55PM  4   Q.   AND DOES THAT INDICATE THAT YOU INVESTED ABOUT $925,000 IN

12:55PM  5   CONNECTION WITH THIS INVESTMENT?

12:55PM  6   A.   YES.

12:55PM  7   Q.   AND I WANT TO SHOW YOU THE COVER PAGE JUST TO ORIENT YOU

12:55PM  8   AS TO -- BECAUSE I THINK THERE ARE A FEW MORE ENTRIES ON HERE

12:55PM  9   I'M GOING TO SHOW YOU.

12:55PM  10         LET ME JUST SHOW YOU THE COVER PAGE OF THIS DOCUMENT.

12:55PM  11  BRING IT UP ON THE SCREEN.

12:55PM  12         DO YOU SEE THAT THIS IS, THIS IS THE STOCK PURCHASE

12:55PM  13  AGREEMENT FROM THE SECOND HALF OF 2006; CORRECT?

12:55PM  14  A.   CORRECT.

12:55PM  15  Q.   AND THEN THERE'S A SERIES OF CLOSING DATES, DIFFERENT

12:56PM  16  CLOSING DATES, FOR DIFFERENT CLOSING DATES THAT ARE ASSOCIATED

12:56PM  17  WITH THIS STOCK PURCHASE?

12:56PM  18  A.   YES.

12:56PM  19  Q.   AND WHY IS THIS -- CAN YOU EXPLAIN WHY THERE ARE DIFFERENT

12:56PM  20  CLOSING DATES?

12:56PM  21  A.   GENERALLY IT'S BECAUSE A CERTAIN AMOUNT OF FUNDS HAVE COME

12:56PM  22  IN DURING A PERIOD OF TIME AND THEY CLOSE ON THAT AMOUNT.  THEY

12:56PM  23  WAIT FOR ANOTHER AMOUNT TO COME IN.

12:56PM  24         AND IN THIS CASE USUALLY DOCUMENTS ALLOW FOR A 60-DAY

12:56PM  25  CLOSING PERIOD, AND IT LOOKS LIKE THAT'S THE CASE HERE.

12:56PM 1    Q.   OKAY.  SO LET'S GO BACK TO PAGE 91, WHERE WE WERE, THE

12:56PM 2    $925,000 INVESTMENT.

12:56PM 3         AND THAT'S IN CONNECTION WITH THE FIRST CLOSE ON

12:57PM 4    OCTOBER 13TH.

12:57PM 5         DO YOU SEE THAT?

12:57PM 6    A.   YES.

12:57PM 7    Q.   OKAY.  NOW I WANT YOU TO LOOK AT -- AND BY THE WAY,

12:57PM 8    BLACK DIAMOND VENTURES XII, DOES THAT CONSIST OF MONEY OF

12:57PM 9    INVESTORS WHO INVEST THROUGH BLACK DIAMOND VENTURES?

12:57PM 10   A.   CORRECT.

12:57PM 11   Q.   I WANT TO SHOW YOU PAGE 102 OF THE EXHIBIT AND BLOW THAT

12:57PM 12   UP.

12:57PM 13        AND DO YOU SEE THAT THERE'S ANOTHER REFERENCE -- WELL, DO

12:57PM 14   YOU SEE, FIRST OF ALL, IN THE TOP THAT THIS INDICATES THE THIRD

12:57PM 15   CLOSE IN NOVEMBER OF 2006?

12:57PM 16   A.   YES.

12:57PM 17   Q.   OKAY.  AND THAT UNDERNEATH THERE IT APPEARS THAT

12:57PM 18   BLACK DIAMOND VENTURES XII BOUGHT ANOTHER $425,000 SHARES IN

12:57PM 19   THIS OFFERING; CORRECT?

12:57PM 20   A.   CORRECT.

12:57PM 21   Q.   AND THE PURCHASE PRICE FOR THAT WAS A LITTLE UNDER

12:58PM 22   $1.2 MILLION; CORRECT?

12:58PM 23   A.   CORRECT.

12:58PM 24   Q.   AND THERE'S ANOTHER REFERENCE THERE TO

12:58PM 25   BLACK DIAMOND VENTURES 55, LLC.

12:58PM   1            DO YOU SEE THAT?

12:58PM   2    A.    YES.

12:58PM   3    Q.    IS THAT AN ENTITY THAT HAS SOME ASSOCIATION WITH YOUR

12:58PM   4    FIRM?

12:58PM   5    A.    YES.

12:58PM   6    Q.    AND CAN YOU EXPLAIN WHAT THAT IS?

12:58PM   7    A.    SO WE HAVE HAD AN INVESTOR, CRAIG HALL AND HIS GROUP, AND

12:58PM   8    WE ESTABLISHED A SEPARATE ENTITY FOR HIS AMOUNT.

12:58PM   9    Q.    I SEE.  WAS THAT OF HIS REQUEST?

12:58PM  10    A.    YES.

12:58PM  11    Q.    OKAY.  AND IT APPEARS THAT BLACK DIAMOND 55 INVESTED A

12:58PM  12    LITTLE UNDER $1,930,000.

12:58PM  13            DO YOU SEE THAT?

12:58PM  14    A.    YES.

12:58PM  15    Q.    AND THE INVESTOR, CRAIG HALL, WHO HAD THIS SEPARATE ENTITY

12:59PM  16    SET UP, HE IS SOMEONE WHO HAD BEEN INTRODUCED TO YOU BY YOUR

12:59PM  17    UNCLE; IS THAT RIGHT?

12:59PM  18    A.    NO.  INTRODUCED BY A MUTUAL FRIEND.

12:59PM  19    Q.    I SEE.  OKAY.

12:59PM  20            BUT THE INTRODUCTION WAS MADE AROUND THE POTENTIAL

12:59PM  21    INVESTMENT IN THERANOS?

12:59PM  22    A.    AROUND THAT TIME, YES.

12:59PM  23    Q.    OKAY.  SO YOU REALLY MET HIM IN CONNECTION WITH THERANOS?

12:59PM  24    A.    I DON'T RECALL IF IT WAS SPECIFICALLY BECAUSE OF THERANOS,

12:59PM  25    BUT IT CERTAINLY WAS AROUND THAT TIME.

LUCAS CROSS BY MR. DOWNEY                                    5488

12:59PM  1    Q.   OKAY.  BUT YOU CAME TO LEARN THAT HE WAS A VERY SUCCESSFUL

12:59PM  2    REAL ESTATE INVESTOR IN TEXAS; CORRECT?

12:59PM  3    A.   CORRECT.

12:59PM  4    Q.   AND THAT HE HAD A LOT OF EXPERIENCE IN INVESTMENT;

12:59PM  5    CORRECT?

12:59PM  6    A.   YES.

12:59PM  7    Q.   AND HE HAD BEEN, FOR EXAMPLE, AT ONE POINT THE LARGEST

12:59PM  8    SHAREHOLDER IN AMERICAN AIRLINES?

12:59PM  9    A.   AS I UNDERSTAND IT, YES.

12:59PM  10   Q.   BUT HE ALSO INVESTED IN A LOT OF REAL ESTATE ENTITIES,

12:59PM  11   HOTELS AND WINERIES, ET CETERA; CORRECT?

01:00PM  12   A.   CORRECT.

01:00PM  13   Q.   ALL RIGHT.  NOW, WERE THE INVESTORS IN BLACK DIAMOND XII,

01:00PM  14   THEY WERE INVESTORS WHO HAD BEEN LONG TIME INVESTORS IN OTHER

01:00PM  15   PROJECTS WITH BLACK DIAMOND?

01:00PM  16   A.   NOT NECESSARILY.  LARGELY TRUE, BUT BECAUSE WE HAVE

01:00PM  17   SEPARATE ENTITIES, THERE COULD HAVE BEEN SOME NEW INVESTORS IN

01:00PM  18   THAT ENTITY INVESTING WITH BLACK DIAMOND FOR THE FIRST TIME.

01:00PM  19   Q.   NOW, I SHOWED YOU A MOMENT AGO, AND WE WENT THROUGH IN

01:00PM  20   SOME DETAIL, THE -- A BUSINESS PLAN THAT MS. HOLMES HAD GIVEN

01:00PM  21   YOU IN CONNECTION WITH THERANOS.

01:00PM  22        DO YOU RECALL THAT?

01:00PM  23   A.   YES.

01:00PM  24   Q.   DID YOU TRANSMIT THAT BUSINESS PLAN TO BLACK DIAMOND XII

01:00PM  25   INVESTORS FOR PURPOSES OF THEIR EVALUATION OF AN INVESTMENT IN

01:00PM   1      THERANOS?

01:00PM   2      A.   I DON'T RECALL.

01:00PM   3      Q.   WHETHER YOU TRANSMITTED IT, THE ACTUAL DOCUMENT OR NOT,

01:01PM   4      DID YOU COMMUNICATE THE SUBSTANCE OF WHAT WAS IN THE DOCUMENT

01:01PM   5      TO BLACK DIAMOND XII INVESTORS?

01:01PM   6      A.   I WOULD THINK I WOULD HAVE SHARED SOME OF THE INFORMATION.

01:01PM   7      Q.   OKAY.  AND WHAT ABOUT WITH MR. HALL?  DID YOU SHARE THE

01:01PM   8      INFORMATION THAT WAS CONTAINED IN THE BUSINESS PLAN WITH

01:01PM   9      MR. HALL OR HIS REPRESENTATIVES?

01:01PM  10      A.   I CERTAINLY WOULD HAVE SPOKEN ABOUT WHAT WAS GOING ON AT

01:01PM  11      THERANOS.  I DON'T KNOW IF I SHARED THE DOCUMENT.

01:01PM  12      Q.   OKAY.  YOU DON'T RECALL ONE WAY OR THE OTHER?

01:01PM  13      A.   NOT RIGHT NOW, NO.

01:01PM  14      Q.   OKAY.  LET ME JUST TRY TO GET A SENSE OF THE MAGNITUDE OF

01:01PM  15      THE INVESTMENT AND REALLY SEPARATE THOSE INVESTMENTS OUT.

01:01PM  16           IT LOOKS LIKE BETWEEN THE CLOSE THAT YOU HAD INVESTED IN

01:01PM  17      OCTOBER FOR THE BLACK DIAMOND XII GROUP AND THE NOVEMBER CLOSE,

01:02PM  18      THAT THE INVESTMENT TOTALLED ABOUT A LITTLE BIT OVER

01:02PM  19      $2 MILLION.

01:02PM  20           IS THAT RIGHT?

01:02PM  21      A.   YES.  IF I'M REMEMBERING CORRECTLY, THE FIRST IS AROUND

01:02PM  22      900,000, AND THEN THIS, AND THAT WOULD TOTAL OVER 2 MILLION.

01:02PM  23      Q.   AND THE CLOSE THAT IS ASSOCIATED WITH BLACK DIAMOND LLC,

01:02PM  24      THAT'S THE ONLY CLOSE THAT THE HALL GROUP INVESTOR PARTICIPATED

01:02PM  25      IN; CORRECT?

01:02PM   1      A.   YES.

01:02PM   2      Q.   OKAY.  I WOULD LIKE YOU TO JUST GO BACK TO THE TEXT OF

01:02PM   3      THIS DOCUMENT AND LOOK AT PAGES 14 AND 15.

01:02PM   4           I'LL DRAW YOUR ATTENTION TO SECTION 4.

01:03PM   5           AND DO YOU SEE THAT THESE ARE REPRESENTATIONS AND

01:03PM   6      WARRANTIES THAT YOU WERE MAKING IN CONNECTION WITH

01:03PM   7      PARTICIPATING IN THE INVESTMENT IN 2006?

01:03PM   8      A.   YES.

01:03PM   9      Q.   OKAY.  AND IF YOU TAKE A MOMENT TO JUST REVIEW THIS

01:03PM  10      SECTION, YOU'LL RECOGNIZE IT AS SIMILAR TO A SECTION THAT

01:03PM  11      MR. BOSTIC COVERED WITH YOU WHEN YOU WERE ON DIRECT

01:03PM  12      EXAMINATION; IS THAT RIGHT?

01:03PM  13      A.   YES.

01:03PM  14      Q.   LET ME JUST DRAW YOUR ATTENTION FIRST TO SECTION 4.3.

01:03PM  15           AND THAT RELATES TO A REPRESENTATION THAT YOU MAKE ABOUT

01:03PM  16      YOURSELF, CORRECT, IN TERMS OF YOUR QUALIFICATION TO EVALUATE

01:03PM  17      AN INVESTMENT?

01:03PM  18      A.   YES.

01:03PM  19      Q.   AND YOU REPRESENTED THAT YOU HAD SUBSTANTIAL EXPERIENCE IN

01:04PM  20      EVALUATING AND INVESTING IN PRIVATE PLACEMENT TRANSACTIONS OF

01:04PM  21      SECURITIES AND COMPANIES SIMILAR TO THE COMPANY; CORRECT?

01:04PM  22      A.   YES.

01:04PM  23      Q.   AND THAT WAS CERTAINLY TRUE; CORRECT?

01:04PM  24      A.   YES.

01:04PM  25      Q.   OKAY.  BECAUSE THIS WAS -- YOU NOT ONLY HAD INVESTED, BUT

LUCAS CROSS BY MR. DOWNEY                                    5491

01:04PM   1    REALLY YOU WERE -- THIS WAS YOUR LIFE'S WORK?  YOU'RE A VENTURE

01:04PM   2    CAPITALIST BY TRADE?

01:04PM   3    A.   CORRECT.

01:04PM   4    Q.   AND IN THE NEXT SECTION, WHICH IS SECTION 4.4, YOU

01:04PM   5    REPRESENT YOUR -- THAT YOU UNDERSTAND THE SPECULATIVE NATURE OF

01:04PM   6    THE INVESTMENT; CORRECT?

01:04PM   7    A.   CORRECT.

01:04PM   8    Q.   AND ALSO THAT IF THE INVESTMENT IS COMPLETELY LOST, THAT

01:04PM   9    THAT'S SOMETHING THAT YOU CAN SUSTAIN; CORRECT?

01:04PM  10    A.   CORRECT.

01:04PM  11    Q.   AND THAT WOULD BE TRUE NOT ONLY FOR YOU, BUT FOR THOSE WHO

01:04PM  12    INVESTED THROUGH YOU; CORRECT?

01:04PM  13    A.   THAT'S RIGHT.

01:04PM  14    Q.   AND LET ME DIRECT YOUR ATTENTION TO SECTION 4.5.  AND THIS

01:05PM  15    IS ABOUT YOUR ACCESS TO DATA.

01:05PM  16        AND YOU REPRESENT THAT YOU'VE HAD THE OPPORTUNITY TO ASK

01:05PM  17    QUESTIONS OF AND RECEIVE ANSWERS FROM THE OFFICERS OF THE

01:05PM  18    COMPANY CONCERNING THE AGREEMENTS, AND THEN IT LISTS THE

01:05PM  19    VARIOUS SCHEDULES AND EXHIBITS AND SO FORTH, AND AS WELL AS THE

01:05PM  20    COMPANY'S BUSINESS MANAGEMENT AND FINANCIAL AFFAIRS, WHICH

01:05PM  21    QUESTIONS WERE ANSWERED TO ITS SATISFACTION.

01:05PM  22        DO YOU SEE THAT?

01:05PM  23    A.   YES.

01:05PM  24    Q.   AND THAT WAS ALSO TRUE; CORRECT?

01:05PM  25    A.   AS I STATED EARLIER, THERE CERTAINLY WOULD HAVE BEEN MORE

01:05PM  1    INFORMATION WE WOULD HAVE POTENTIALLY HAD LIKED, BUT WE DIDN'T

01:05PM  2    HAVE ACCESS TO IT, AND WE MADE THE DECISION TO INVEST.

01:05PM  3    Q.   OKAY.  BECAUSE AFTER ALL, YOU HAD THE OPPORTUNITY TO

01:06PM  4    REVIEW THAT LARGE DOCUMENT THAT WE WENT THROUGH AT SOME LENGTH

01:06PM  5    ABOUT WHAT THE COMPANY'S BUSINESS PLAN WAS; CORRECT?

01:06PM  6    A.   WELL, WE CERTAINLY REVIEWED IT.  THAT WOULDN'T NECESSARILY

01:06PM  7    BE SUFFICIENT, BUT CERTAINLY WE RELIED ON THE DOCUMENT AND THE

01:06PM  8    OTHER INFORMATION THAT WE RECEIVED FROM ELIZABETH.

01:06PM  9    Q.   EXCUSE ME.  I'M SORRY.

01:06PM  10   AND YOUR ASSESSMENT OF MANAGEMENT; CORRECT?

01:06PM  11   A.   YES.

01:06PM  12   Q.   AND SOME OF THE OTHER FACTORS WE DISCUSSED EARLIER?

01:06PM  13   A.   SURE.

01:06PM  14   Q.   OKAY.  NOW, I WANT TO ASK YOU TO GO FORWARD IN THE EXHIBIT

01:06PM  15   TO PAGE 116, AND WE'LL PUT IT UP ON THE SCREEN FOR EASE.

01:07PM  16   I THINK IT'S THE PAGE BEFORE THIS.  OH, NO, SORRY, IT IS

01:07PM  17   THIS PAGE.

01:07PM  18   COULD YOU BLOW UP THE SECTION ENTITLED SCHEDULE 3.8(B).

01:07PM  19   I'M SHOWING YOU A LATER PAGE IN 12 -- IN THIS STOCK

01:07PM  20   PURCHASE AGREEMENT FROM OCTOBER 2006.

01:07PM  21   AND DO YOU SEE THERE'S A REFERENCE HERE TO AN EVALUATION

01:07PM  22   AGREEMENT BETWEEN THERANOS AND SMITHKLINE BEECHAM?

01:07PM  23   A.   YES.

01:07PM  24   Q.   AND YOU RECOGNIZE SMITHKLINE BEECHAM AS A LEADING

01:07PM  25   PHARMACEUTICAL COMPANY; CORRECT?

01:08PM  1    A.   YES.

01:08PM  2    Q.   AT THAT TIME ANY WAY; CORRECT?

01:08PM  3    A.   YES.

01:08PM  4    Q.   AND DID YOU REVIEW THE AGREEMENT THAT IS REFERENCED IN

01:08PM  5    SCHEDULE 3.8(B) PRIOR TO THE TIME THAT YOU HAD MADE AN

01:08PM  6    INVESTMENT?

01:08PM  7    A.   I WOULD THINK SO.  I JUST DON'T ABSOLUTELY RECALL.

01:08PM  8    Q.   OKAY.  WELL, DO YOU RECALL THAT THE ADDITIONAL RAISE PRIOR

01:08PM  9    TO THE END OF 2006 WAS BECAUSE THE COMPANY HAD HAD SUCCESS IN

01:08PM 10    CONNECTION WITH TRYING TO ESTABLISH RELATIONSHIPS WITH

01:08PM 11    PHARMACEUTICAL COMPANIES AND THAT IT WAS SEEKING FUNDS TO BUILD

01:08PM 12    FURTHER INFRASTRUCTURE TO PERFORM THOSE CONTRACTS?

01:08PM 13    A.   THAT WOULD MAKE SENSE.

01:08PM 14    Q.   LET ME ASK YOU TO JUST LOOK AT, IN YOUR BINDER, BUT DON'T

01:08PM 15    COMMENT ON IT AND I'M NOT GOING TO PUT IT ON THE SCREEN, AT

01:09PM 16    EXHIBIT 14111.

01:09PM 17         AND REALLY MY ONLY QUESTION ABOUT THIS DOCUMENT FOR YOU,

01:09PM 18    MR. LUCAS, IS WHETHER YOU RECALL EVER SEEING THIS DOCUMENT.

01:09PM 19    A.   I DON'T RECALL.

01:09PM 20    Q.   OKAY.  YOU CAN PUT THAT ASIDE.

01:09PM 21         LET ME JUST GO BACK FOR ONE MOMENT TO EXHIBIT A ON

01:10PM 22    PAGE 91, AND JUST -- I WANT TO PUT IT BACK UP FOR A MOMENT AND

01:10PM 23    HIGHLIGHT THE BLACK DIAMOND VENTURES XII INVESTMENT AMOUNT.

01:10PM 24         THIS IS THE DOCUMENT THAT WE LOOKED AT A MOMENT AGO WITH

01:10PM 25    THE $925,000 INVESTMENT.

01:10PM  1          DO YOU SEE THAT?

01:10PM  2     A.   YES.

01:10PM  3     Q.   AND FOR $925,000 AT THIS STAGE, YOU ONLY GOT -- WELL, YOU

01:10PM  4     GOT 328,000 SHARES.

01:10PM  5          DO YOU SEE THAT?

01:10PM  6     A.   YES.

01:10PM  7     Q.   OKAY.  AND DO YOU RECALL THAT IN FEBRUARY, THE FEBRUARY

01:10PM  8     RAISE WHEN YOU BOUGHT STOCK, YOU HAD PAID A LITTLE BIT LESS

01:10PM  9     THAN A DOLLAR PER SHARE; RIGHT?

01:10PM 10     A.   CORRECT.

01:10PM 11     Q.   AND IN CONNECTION WITH THIS OCTOBER RAISE, YOU WERE PAYING

01:10PM 12     A LITTLE BIT UNDER $3 A SHARE; CORRECT?

01:10PM 13     A.   YES.

01:10PM 14     Q.   AND DID THAT REFLECT THAT THERE WAS INCREASING VALUE IN

01:11PM 15     THE COMPANY?

01:11PM 16     A.   CORRECT.

01:11PM 17     Q.   DO YOU KNOW IF THAT RELATED AT ALL TO WHAT THERANOS WAS

01:11PM 18     DOING IN CONNECTION WITH THE PHARMACEUTICAL BUSINESS?

01:11PM 19     A.   AFTER YOU SHOW ME -- YOU'VE SHOWN THE AGREEMENT HERE, I

01:11PM 20     WOULD EXPECT --

01:11PM 21     Q.   MR. LUCAS, IF YOU DON'T RECOGNIZE THE DOCUMENT, DON'T,

01:11PM 22     DON'T -- I DON'T WANT YOU TO TESTIFY ABOUT THINGS YOU DIDN'T

01:11PM 23     KNOW AT THE TIME.  SO IF YOU DON'T RECOGNIZE IT, I DON'T WANT

01:11PM 24     YOU TO DESCRIBE IT TO THE JURY BECAUSE IT WILL BE EVIDENCE IN

01:11PM 25     THE CASE.

01:11PM  1    A.   OH.  OKAY.

01:11PM  2    Q.   BUT IS IT TYPICALLY THE CASE THAT IF PHARMACEUTICAL

01:11PM  3    CONTRACTS ARE OBTAINED, IT CAN CONTRIBUTE TO INCREASING THE

01:11PM  4    VALUE OF THE COMPANY?

01:11PM  5    A.   YES.

01:11PM  6    Q.   DO YOU RECALL LEARNING THAT, SHORTLY AFTER YOU INVESTED IN

01:12PM  7    THE COMPANY, THAT THERANOS FINALIZED ANOTHER CONTRACT WITH A

01:12PM  8    PHARMACEUTICAL COMPANY?

01:12PM  9    A.   THIS IS THE 2006?

01:12PM  10   Q.   YES, YES.  AND I'M REFERRING TO THE SECOND INVESTMENT IN

01:12PM  11   2006.

01:12PM  12   A.   GOT IT.

01:12PM  13   Q.   OCTOBER, NOVEMBER CLOSE.

01:12PM  14   A.   GOT IT.

01:12PM  15   Q.   OKAY.  DO YOU RECALL LEARNING THAT THEY HAD OBTAINED

01:12PM  16   ANOTHER PHARMACEUTICAL CONTRACT?

01:12PM  17   A.   I BELIEVE THAT THERE WERE MULTIPLE COMPANIES THAT THERANOS

01:12PM  18   WAS WORKING FOR, BUT I DON'T RECALL THE NAMES.

01:12PM  19   Q.   OKAY.  AND YOU DON'T RECALL THE DRUGS THAT THERANOS WAS

01:12PM  20   INVOLVED IN, IN EVALUATING IN THOSE PROJECTS, DO YOU?

01:12PM  21   A.   NOT NOW, NO.

01:12PM  22   Q.   OKAY.  YOU THINK YOU MAY HAVE BEEN TOLD AT THE TIME, BUT

01:12PM  23   YOU DON'T RECALL NOW?

01:12PM  24   A.   CORRECT.

01:12PM  25   Q.   OKAY.  ALL RIGHT.  SO AFTER THE INVESTMENT IN THE LATTER

01:13PM  1    HALF OF 2006, I THINK YOU DESCRIBED THAT YOU WOULD STAY IN

01:13PM  2    TOUCH WITH MS. HOLMES ABOUT THE COMPANY PERIODICALLY AND GET

01:13PM  3    UPDATES ON THE COMPANY; CORRECT?

01:13PM  4    A.   CORRECT.

01:13PM  5    Q.   DO YOU RECALL THAT YOU WERE ACTUALLY ASKED TO REVIEW THE

01:13PM  6    FINANCIAL INFORMATION OF THE COMPANY AND PREPARE REVENUE MODELS

01:13PM  7    GOING FORWARD FOR THE COMPANY SHORTLY AFTER THIS 2006

01:14PM  8    INVESTMENT?

01:14PM  9    A.   I DON'T RECALL.

01:14PM 10    Q.   OKAY.  LET ME ASK YOU TO LOOK AT AN EXHIBIT, AND THE

01:14PM 11    NUMBER IN YOUR NOTEBOOK WILL BE, THE BLACK NOTEBOOK AGAIN,

01:14PM 12    12051.

01:14PM 13    A.   OKAY.

01:14PM 14    Q.   AND IS THIS AN EMAIL EXCHANGE BETWEEN YOU AND MS. HOLMES

01:14PM 15    RELATED TO THERANOS IN 2007?

01:14PM 16    A.   YES.

01:14PM 17    Q.   OKAY.

01:14PM 18         YOUR HONOR, I MOVE THE ADMISSION OF 12051.

01:14PM 19              MR. BOSTIC:  NO OBJECTION.

01:14PM 20              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:14PM 21         (DEFENDANT'S EXHIBIT 12051 WAS RECEIVED IN EVIDENCE.)

01:14PM 22    BY MR. DOWNEY:

01:14PM 23    Q.   I'M SHOWING YOU AT THE TOP THAT THIS IS AN EMAIL IN JUNE

01:15PM 24    OF 2007 BETWEEN -- WHICH WAS SENT FROM YOU TO MS. HOLMES;

01:15PM 25    CORRECT?

01:15PM 1    A.   YES.

01:15PM 2    Q.   AND IN THE BODY OF THE EMAIL YOU SAY, "ELIZABETH.

01:15PM 3         "ATTACHED IS THE LATEST SPREADSHEET WHICH SHOWS THREE

01:15PM 4    SCENARIOS OF CASH PAYMENTS.  SPECIFICALLY, THEY ARE AN ADVANCE

01:15PM 5    OF ONE MONTH'S PAYMENT, TWO MONTH'S PAYMENT, THREE MONTH'S

01:15PM 6    PAYMENT.  THE RESULTS ARE SHOWN AT THE BOTTOM OF THE

01:15PM 7    SPREADSHEET.  USING A THREE MONTH ADVANCE PAYMENT TERM, WE DO

01:15PM 8    ACHIEVE CASH BREAKEVEN BY THE END OF THIS YEAR."

01:15PM 9         DO YOU SEE THAT?

01:15PM 10   A.   YES.

01:15PM 11   Q.   AND IS THIS IN CONNECTION WITH YOUR PREPARATION OF A

01:15PM 12   SPREADSHEET THAT WILL REFLECT A MODEL ANTICIPATING WHAT

01:15PM 13   THERANOS'S REVENUE WOULD BE GOING FORWARD?

01:15PM 14   A.   YES.  IT CERTAINLY APPEARS THAT I WAS TRYING TO HELP OUT

01:15PM 15   AND I PUT SOMETHING TOGETHER THAT WE COULD ALL REVIEW.

01:16PM 16   Q.   AND LET ME JUST ASK YOU TO LOOK AT THE ATTACHMENT.  AND I

01:16PM 17   DON'T NECESSARILY WANT TO SHOW YOU THIS IN -- ON A

01:16PM 18   MONTH-BY-MONTH BASIS, BUT I WANT TO GET A SENSE OF HOW THIS WAS

01:16PM 19   ANALYZING THERANOS'S BUSINESS.

01:16PM 20        DO YOU SEE ON THE LEFT-HAND COLUMN THE -- I'VE EXCERPTED

01:16PM 21   THE TOP HALF OF THE PAGE, WHICH IS REVENUE.

01:16PM 22        DO YOU SEE THAT?

01:16PM 23   A.   YES.

01:16PM 24   Q.   AND DO YOU SEE THAT THERE APPEAR TO BE DIFFERENT ITEMS

01:16PM 25   THAT IT'S ANTICIPATED WILL GENERATE REVENUE.

LUCAS CROSS BY MR. DOWNEY                    5498

01:16PM   1           DO YOU SEE THAT?

01:16PM   2    A.    YES.

01:16PM   3    Q.    ONE OF THOSE IS READERS, ONE OF THEM IS CARTRIDGES, AND

01:16PM   4    ONE OF THEM IS DATABASE.

01:16PM   5           DO YOU SEE THAT?

01:16PM   6    A.    YES.

01:16PM   7    Q.    AND THAT'S A REFERENCE TO THE FACT THAT THERANOS HAD

01:17PM   8    DIFFERENT COMPONENTS TO ITS TECHNOLOGY; CORRECT?

01:17PM   9    A.    CORRECT.

01:17PM  10    Q.    AND THE READERS ARE THE ANALYZERS THAT YOU'VE BEEN TALKING

01:17PM  11    ABOUT; CORRECT?

01:17PM  12    A.    YES.

01:17PM  13    Q.    AND THE CARTRIDGES WERE THE TECHNOLOGY THAT CONTAIN THE

01:17PM  14    ASSAYS; CORRECT?

01:17PM  15    A.    CORRECT.

01:17PM  16    Q.    AND THEN WE DIDN'T TALK ABOUT THIS BEFORE, BUT ANOTHER

01:17PM  17    ELEMENT OF ITS TECHNOLOGY WAS ITS DATABASE; CORRECT?

01:17PM  18    A.    YES, YOU WERE ANNOUNCING THAT.  I HADN'T RECOLLECTED IT.

01:17PM  19    Q.    I AGREE.  BUT THAT IS CORRECT, ISN'T IT?  LET ME ASK --

01:17PM  20    A.    IT'S CORRECT THAT THAT IS HERE.

01:17PM  21    Q.    YEAH, YEAH.  A DATABASE WAS A TECHNOLOGY THAT THERANOS WAS

01:17PM  22    WORKING ON IN THE PERIOD BETWEEN 2006 AND 2013.

01:17PM  23           DO YOU RECALL -- DO YOU KNOW THAT ONE WAY OR ANOTHER?

01:17PM  24    A.    IN THINKING IT WAS AS -- YES, AS THEY WOULD AMASS THE DATA

01:18PM  25    INFORMATION, THEY COULD PUT IT IN A DATABASE SO THEY COULD

ER-6435

01:18PM 1      CROSS REFERENCE AND SO FORTH.

01:18PM 2      Q.   OKAY.  THEY WANTED TO BE ABLE TO PERFORM CERTAIN WHAT THEY

01:18PM 3      CALLED ANALYTICS IN CONNECTION WITH PEOPLE'S HEALTH; RIGHT?

01:18PM 4      A.   YES.

01:18PM 5      Q.   SO THE MORE DATA THEY COMPILED ABOUT A PERSON, THE MORE

01:18PM 6      THEY THOUGHT THEY COULD ANALYZE WHAT MIGHT OR MIGHT NOT BE

01:18PM 7      HELPFUL IN TREATMENT OF THAT PERSON; CORRECT?

01:18PM 8      A.   CORRECT.

01:18PM 9      Q.   IN PROJECTING THE REVENUE THAT IS CONTAINED HERE, WHICH

01:18PM 10     LOOKS TO BE FOR CERTAIN MONTHS OF 2008, DO YOU KNOW WHAT YOU

01:18PM 11     WERE REVIEWING TO COMPLETE THIS MODEL?

01:18PM 12     A.   I MEAN WHAT I USED TO HELP OUT?

01:18PM 13     Q.   YES.  LET ME ASK IT DIFFERENT.  LET ME ASK IT IN A CLEARER

01:18PM 14     WAY FOR YOU.

01:18PM 15         WHAT DOCUMENT DID YOU USE TO PREPARE THE MODEL THAT IS

01:19PM 16     PART OF EXHIBIT 12051?

01:19PM 17     A.   I DON'T REMEMBER.

01:19PM 18     Q.   OKAY.  LET ME ASK YOU TO JUST LOOK AT 12052, WHICH SHOULD

01:19PM 19     BE THE NEXT DOCUMENT IN YOUR NOTEBOOK.

01:19PM 20     A.   OKAY.

01:19PM 21     Q.   AND IS THIS AN EMAIL EXCHANGE BETWEEN YOU AND MS. HOLMES

01:19PM 22     FROM JULY OF 2007 RELATED TO THERANOS'S BUSINESS?

01:19PM 23     A.   YES.

01:19PM 24     Q.   OKAY.

01:19PM 25         YOUR HONOR, I MOVE THE ADMISSION OF 12052.

LUCAS CROSS BY MR. DOWNEY                                          5500

01:19PM   1                    MR. BOSTIC:  NO OBJECTION.

01:19PM   2                    THE COURT:  IT'S ADMITTED AND IT MAY BE PUBLISHED.

01:20PM   3                    MR. DOWNEY:  12052.

01:20PM   4           (DEFENDANT'S EXHIBIT 12052 WAS RECEIVED IN EVIDENCE.)

01:20PM   5      BY MR. DOWNEY:

01:20PM   6      Q.   AND THIS IS A DOCUMENT CONSISTING OF REALLY ONLY ONE EMAIL

01:20PM   7      AND ATTACHMENT.

01:20PM   8           DO YOU SEE THIS IS AN EMAIL THAT YOU SENT TO MS. HOLMES IN

01:20PM   9      JULY OF 2007 WITH THE SUBJECT THERANOS MODELS?

01:20PM  10      A.   YES.

01:20PM  11      Q.   AND DO YOU SEE IN THE BODY OF THE EMAIL YOU TOLD HER THAT

01:20PM  12      YOU WERE ATTACHING TWO CURRENT MODELS; CORRECT?

01:20PM  13      A.   YES.

01:20PM  14      Q.   AND ONE OF THE MODELS WAS LABELLED REV. 9 (EXPECTED).

01:20PM  15           DO YOU SEE THAT?

01:20PM  16      A.   YES.

01:20PM  17      Q.   AND ONE WAS LABELLED REV. 10 (CAPACITY).

01:20PM  18           DO YOU SEE THAT?

01:20PM  19      A.   YES.

01:20PM  20      Q.   AND DO YOU KNOW WHAT -- CAN YOU EXPLAIN WHAT THAT MEANS TO

01:20PM  21      US?

01:20PM  22      A.   AT THIS POINT I CAN'T.

01:20PM  23      Q.   OKAY.

01:20PM  24      A.   I JUST CAN'T RECOLLECT.

01:20PM  25      Q.   OKAY.  LET ME ASK YOU TO LOOK AT THE ATTACHMENT, AND

ER-6437

01:21PM   1    THERE'S A LONG SERIES OF PAGES THAT SEEM TO CONTAIN SOME

01:21PM   2    FINANCIAL DATA.

01:21PM   3         DO YOU SEE THAT?

01:21PM   4         ON THE SCREEN I'M ACTUALLY PUTTING IT UP IN NATIVE FORMAT.

01:21PM   5         DO YOU SEE THAT, MR. LUCAS?

01:21PM   6    A.   WHAT DO YOU MEAN BY "NATIVE"?

01:21PM   7    Q.   I'M DISPLAYING IT AS A SPREADSHEET AS IT WOULD LOOK

01:21PM   8    ONLINE, WHEREAS IN YOUR NOTEBOOK I HAVE ACTUALLY PRINTED THE

01:21PM   9    PAGES OUT.

01:21PM  10    A.   YEAH.

01:21PM  11    Q.   AND THIS SPREADSHEET IS A SPREADSHEET THAT IS -- LOOKS

01:21PM  12    LIKE OTHER MODELS THAT YOU HAVE CREATED TO PROJECT THE REVENUE

01:21PM  13    OF BUSINESSES; CORRECT?

01:21PM  14    A.   YES.  I'M -- I DON'T KNOW THAT WE, BLACK DIAMOND,

01:22PM  15    DEVELOPED THIS MODEL.

01:22PM  16    Q.   OKAY.

01:22PM  17    A.   IT ACTUALLY IS QUITE A GOOD MODEL IT SEEMS, SO I'M --

01:22PM  18    Q.   YOU'RE ESPECIALLY MODEST.  MAYBE YOU DID DEVELOP IT.

01:22PM  19    A.   NO.  I'M LOOKING AT THE TABS DOWN BELOW AND I DON'T THINK

01:22PM  20    THAT WE PREPARED THIS.

01:22PM  21    Q.   OKAY.  WELL, DID YOU FORM AN IMPRESSION AT SOME POINT THAT

01:22PM  22    THE FINANCIAL EXPERTISE WITHIN THERANOS NEEDED SOME HELP?

01:22PM  23    A.   CERTAINLY INITIALLY WITH THE OTHER.

01:22PM  24         I DON'T KNOW IF THIS -- I'M TRYING TO REMEMBER IF THIS IS

01:22PM  25    A YEAR PAST THE OTHER MODEL.  I'M JUST FORGETTING AS -- YOU

LUCAS CROSS BY MR. DOWNEY                                     5502

01:22PM   1       SHOWED IT.

01:22PM   2       Q.   YEAH.

01:22PM   3       A.   BUT THIS LOOKS LIKE THIS COULD HAVE BEEN AN INTERNALLY

01:22PM   4       PREPARED MODEL.

01:22PM   5       Q.   OKAY.  IF YOU LOOK BACK AT EXHIBIT 12051, THAT LOOKS LIKE

01:22PM   6       IT'S FROM -- IF YOU LOOK AT THE -- JUST THE EMAIL.

01:23PM   7       A.   YES.

01:23PM   8       Q.   YEAH.  THIS APPEARS TO BE FROM JUNE OF 2007.

01:23PM   9            DO YOU SEE THAT?

01:23PM  10       A.   YES.

01:23PM  11       Q.   AND THEN IF YOU LOOK AT 12052 AND WE LOOK AT THAT, THAT

01:23PM  12       APPEARS TO BE FROM JULY OF 2007?

01:23PM  13       A.   YES.

01:23PM  14       Q.   AND REVIEWING THIS TODAY WITHOUT RECALLING IT, DOES IT

01:23PM  15       APPEAR TO BE SOMETHING THAT IS TRYING TO PROJECT THE EXPECTED

01:23PM  16       REVENUE OF THERANOS AND THE CAPACITY TO GENERATE REVENUE THAT

01:23PM  17       THERANOS HAD?

01:23PM  18       A.   YES, WHOEVER PREPARED THEM, YES.

01:23PM  19       Q.   I UNDERSTAND.

01:23PM  20            LET ME ASK YOU TO LOOK AT EXHIBIT 12054.

01:24PM  21       A.   YES, I HAVE IT.

01:24PM  22       Q.   AND IS THIS AN EMAIL EXCHANGE BETWEEN YOU AND MS. HOLMES

01:24PM  23       CONCERNING THERANOS'S BUSINESS IN AUGUST OF 2007?

01:24PM  24       A.   YES.

01:24PM  25       Q.   OKAY.

01:24PM  1          YOUR HONOR, I MOVE THE ADMISSION OF EXHIBIT 12054.

01:24PM  2              MR. BOSTIC:  NO OBJECTION.

01:24PM  3              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:24PM  4      (DEFENDANT'S EXHIBIT 12054 WAS RECEIVED IN EVIDENCE.)

01:24PM  5  BY MR. DOWNEY:

01:24PM  6  Q.  LET ME ASK YOU TO LOOK AT THE BOTTOM EMAIL, WHICH MAYBE WE

01:24PM  7  CAN BREAK THAT OUT AND MOVE IT UP A LITTLE SO THAT EVERYONE CAN

01:25PM  8  SEE FROM THEIR LOCATIONS.

01:25PM  9      DO YOU SEE THERE'S AN EMAIL FROM MS. HOLMES IN JULY SAYING

01:25PM 10  "RUCHITA MENTIONS SHE HAS BEEN FOLLOWING UP WITH YOU.  I HAVE

01:25PM 11  NOT YET FOLLOWED UP WITH DON BUT WILL DO SO FRIDAY"?

01:25PM 12      AND THEN SHE TALKED ABOUT FOLLOWING UP ON A GO FORWARD

01:25PM 13  PLAN AND THAT SHE'S CONTINUING HARD CORE ON IMPLEMENTING OUR

01:25PM 14  PLAN.

01:25PM 15      I ASSUME DON IN THAT EMAIL IS A REFERENCE TO YOUR UNCLE?

01:25PM 16  A.  YES.

01:25PM 17  Q.  WAS RUCHITA THE INTERNAL FINANCE PERSON AT THERANOS?

01:25PM 18  A.  YOU'RE CERTAINLY TAKING ME DOWN MEMORY LANE WITH SOME OF

01:25PM 19  THE NAMES.  AND WE'RE GOING THROUGH HERE, AND I'M SEEING THEM

01:25PM 20  AND I'M GOING, OH, MY GOSH, I FORGOT THAT PERSON.

01:25PM 21      YES, SHE WAS INTERNAL TO THE COMPANY IN THE FINANCE

01:25PM 22  DEPARTMENT.

01:26PM 23  Q.  AND SHE WAS SOMEBODY WHO YOU DEALT WITH IN CONNECTION WITH

01:26PM 24  FINANCIAL INFORMATION FROM THERANOS?

01:26PM 25  A.  YES.

LUCAS CROSS BY MR. DOWNEY                                    5504

01:26PM 1    Q.   AND RUCHITA SINGAL, WAS THAT HER FULL NAME?

01:26PM 2    A.   SURE.  I'M SORRY.

01:26PM 3    Q.   LET'S LOOK AT THE TOP EMAIL.

01:26PM 4         THIS IS A RESPONSE FROM YOU TO MS. HOLMES, CORRECT, IN

01:26PM 5    AUGUST?

01:26PM 6    A.   YES.

01:26PM 7    Q.   AND YOU INDICATE, "YESTERDAY, I SPOKE WITH RUCHITA AND

01:26PM 8    SEPARATELY I SPOKE WITH DON ABOUT THE PROJECTIONS.  WITH THE

01:26PM 9    LATEST REVISIONS, WE ARE IN AGREEMENT THAT THEY PROPERLY

01:26PM 10   REPRESENT THERANOS'S FINANCIAL FORECAST BASED UPON OUR

01:26PM 11   DISCUSSIONS AND ASSUMPTIONS.  I'VE REALLY ENJOYED WORKING

01:26PM 12   THROUGH THE PROCESS WITH RUCHITA."

01:26PM 13        DO YOU KNOW WHAT THE PROCESS IS THAT YOU'RE DESCRIBING

01:27PM 14   HERE AFTER HAVING HAD THE BENEFIT OF REVIEWING THESE DOCUMENTS?

01:27PM 15   A.   JUST -- I WOULD THINK REFINING THE MODEL.

01:27PM 16   Q.   AND WHEN YOU SAY "THE MODEL," DO YOU MEAN THE MODEL THAT

01:27PM 17   WOULD BE USED TO PROJECT FUTURE REVENUES OF THE COMPANY?

01:27PM 18   A.   YES.  TAKING WHAT THE COMPANY WOULD HAVE THOUGHT AND

01:27PM 19   PUTTING IT INTO A PROJECTION IN READABLE FORMAT.

01:27PM 20   Q.   YOU WOULD LOOK, FOR EXAMPLE, AT THE CONTRACTS THAT THE

01:27PM 21   COMPANY HAD?

01:27PM 22   A.   NO, I DON'T BELIEVE SO.  IT WAS, IT WAS -- WE WOULD TALK

01:27PM 23   ABOUT THE NUMBERS AND THEN MAKE SURE THAT THE MODEL ACCURATELY

01:28PM 24   REPRESENTED WHAT WAS -- WHAT THEY EXPECTED.

01:28PM 25   Q.   OKAY.  AND YOU WORKED ON THAT PROCESS WITH MS. HOLMES I

01:28PM  1    PRESUME?

01:28PM  2    A.   I JUST DON'T REMEMBER WHO.  I KNOW THERE WAS CERTAINLY A

01:28PM  3    BACK AND FORTH EXCHANGE.

01:28PM  4    Q.   OKAY.

01:28PM  5    A.   BUT AS IT SAYS HERE IT WAS WITH RUCHITA THAT I SPENT TIME

01:28PM  6    WITH.

01:28PM  7    Q.   NOW, THERE'S A REFERENCE TO YOUR UNCLE AND TALKING TO HIM

01:28PM  8    ABOUT THE PROJECTIONS.

01:28PM  9         AT THE TIME OF YOUR 2006 INVESTMENT AND UNTIL THE TIME

01:28PM 10    THAT HE STEPPED BACK FROM THE COMPANY, WERE YOU IN REGULAR

01:28PM 11    TOUCH WITH HIM ABOUT THE COMPANY?

01:28PM 12    A.   YES.

01:28PM 13    Q.   AND DO YOU RECALL HEARING FROM HIM THAT THE COMPANY WAS

01:29PM 14    DOING WELL?

01:29PM 15    A.   YES.

01:29PM 16    Q.   AND DO YOU RECALL HEARING FROM HIM AT A CERTAIN POINT THAT

01:29PM 17    THE COMPANY WAS EXPLORING TRYING TO TAKE ITS TECHNOLOGY INTO

01:29PM 18    RETAIL STORES?

01:29PM 19         DO YOU RECALL TALKING TO HIM ABOUT THAT?

01:29PM 20              MR. BOSTIC:  HEARSAY, YOUR HONOR.

01:29PM 21              MR. DOWNEY:  WELL, I --

01:29PM 22              THE COURT:  YOU'RE JUST ASKING HIM IF HE RECALLS?

01:29PM 23              MR. DOWNEY:  YEAH, I'M JUST ASKING IF HE RECALLS.

01:29PM 24    I'M TRYING TO ORIENT HIM.

01:29PM 25              THE COURT:  YOU CAN ANSWER THE QUESTION, SIR, IF YOU

ER-6442

01:29PM  1    RECALL SPEAKING WITH YOUR UNCLE ABOUT THAT?

01:29PM  2            THE WITNESS:  CERTAINLY AS IT BECAME CLOSER WE WOULD

01:29PM  3    HAVE HAD CONVERSATIONS.

01:29PM  4        I DON'T REMEMBER AT THIS TIME.  EXCUSE ME.  I DON'T

01:29PM  5    REMEMBER AT THIS TIME THE CONVERSATIONS.

01:29PM  6    BY MR. DOWNEY:

01:29PM  7    Q.   OKAY.  LET ME ASK YOU, YOU LOOKED ON YOUR DIRECT

01:30PM  8    EXAMINATION AT DOCUMENTS FROM LATE 2013 AND THE INVESTMENT THAT

01:30PM  9    YOU MADE THEN.

01:30PM 10        DO YOU RECALL THAT?

01:30PM 11    A.   YES.

01:30PM 12    Q.   AND YOU KNOW THAT BY LATE 2013 YOU KNEW THAT THERANOS WAS

01:30PM 13    IN A PARTNERSHIP WITH WALGREENS; CORRECT?

01:30PM 14    A.   CORRECT.

01:30PM 15    Q.   WHAT I'M TRYING TO ORIENT US TOWARDS IS WHEN DID YOU FIRST

01:30PM 16    LEARN THERE WAS A PARTNERSHIP BETWEEN WALGREENS AND THERANOS?

01:30PM 17    A.   I DON'T REMEMBER.

01:30PM 18    Q.   DO YOU RECALL IF IT WAS YEARS BEFORE THE DECEMBER '13

01:30PM 19    INVESTMENT OR JUST A MATTER OF MONTHS?

01:30PM 20    A.   I DON'T RECALL.  IF I HAD TO THINK ABOUT IT, IT WOULD HAVE

01:30PM 21    BEEN SHORTLY BEFORE THAT THEY HAD AN AGREEMENT.

01:30PM 22    Q.   OKAY.  DID YOU LEARN AT SOME POINT THAT WALGREENS HAD ALSO

01:30PM 23    ENTERED INTO AN AGREEMENT WITH SAFEWAY?

01:30PM 24    A.   I'M SORRY, ASK AGAIN.

01:30PM 25    Q.   DID YOU LEARN AT SOME POINT THAT THERANOS HAD ALSO ENTERED

01:30PM  1    INTO AN AGREEMENT WITH SAFEWAY?

01:31PM  2    A.   OH, YES.

01:31PM  3    Q.   OKAY.  AND DO YOU REMEMBER WHEN YOU LEARNED THAT?

01:31PM  4    A.   I DON'T.

01:31PM  5    Q.   DO YOU RECALL HOW YOU LEARNED THAT?

01:31PM  6    A.   I DON'T.

01:31PM  7    Q.   DO YOU RECALL THAT YOUR UNCLE HAD INTRODUCED THERANOS TO

01:31PM  8    SAFEWAY?

01:31PM  9    A.   I DON'T KNOW WHO MADE THE INTRODUCTION.  I KNOW AT SOME

01:31PM  10   POINT THAT DON KNEW SOMEBODY AT SAFEWAY, ONE OF THE EXECUTIVES.

01:31PM  11   Q.   ALL RIGHT.  NOW, I THINK YOU TESTIFIED THAT AT A CERTAIN

01:31PM  12   POINT YOUR UNCLE STEPPED DOWN AS CHAIRMAN OF THE BOARD OF

01:31PM  13   THERANOS; CORRECT?

01:31PM  14   A.   YES.

01:31PM  15   Q.   AND HE WAS SUCCEEDED IN THAT POSITION BY GEORGE SHULTZ;

01:31PM  16   CORRECT?

01:31PM  17   A.   I DON'T REMEMBER.

01:31PM  18   Q.   OKAY.  YOU ARE AWARE AT SOME POINT THAT MR. SHULTZ BECAME

01:31PM  19   THE CHAIRMAN OF THERANOS'S BOARD?

01:32PM  20   A.   YES.

01:32PM  21   Q.   AND WAS PART OF THE REASON THAT YOUR UNCLE STEPPED BACK

01:32PM  22   WAS A HEALTH REASON?

01:32PM  23   A.   CORRECT.

01:32PM  24   Q.   AND AFTER HE STEPPED BACK, YOU WOULD STILL INTERACT WITH

01:32PM  25   MS. HOLMES OCCASIONALLY ABOUT THE COMPANY; CORRECT?

LUCAS CROSS BY MR. DOWNEY                                          5508

01:32PM  1    A.   CORRECT.

01:32PM  2    Q.   BUT YOU LEARNED AT LEAST AT SOME POINT IN 2013 THAT

01:32PM  3    THERANOS HAD ENTERED INTO A RETAIL AGREEMENT WITH WALGREENS; IS

01:32PM  4    THAT RIGHT?

01:32PM  5    A.   YES.

01:32PM  6    Q.   AND THAT WAS GOOD NEWS; RIGHT?

01:32PM  7    A.   GREAT NEWS.

01:32PM  8    Q.   AND THAT WAS BECAUSE -- TELL US WHY IT WAS GREAT NEWS?

01:32PM  9    A.   WELL, AS I SAID EARLIER, IT MEANS THAT THE TECHNOLOGY WAS

01:32PM  10   NOW READY TO BE ROLLED OUT IN A COMMERCIAL ENDEAVOR, AND

01:32PM  11   OBVIOUSLY THAT MEANS MORE REVENUE FOR THE COMPANY, MORE VALUE

01:32PM  12   FOR THE COMPANY, AND THAT WE WERE IN A REAL BUSINESS.

01:33PM  13   Q.   SO YOU HAD INVESTED IN THE COMPANY SEVEN YEARS BEFORE;

01:33PM  14   CORRECT?

01:33PM  15   A.   CORRECT.

01:33PM  16   Q.   AND YOU HAD INVESTED WHEN STOCK WAS, INITIALLY WHEN IT WAS

01:33PM  17   LESS THAN A DOLLAR A SHARE; CORRECT?

01:33PM  18   A.   YES.

01:33PM  19   Q.   AND THEN YOU MADE AN ADDITIONAL INVESTMENT WHEN IT WAS A

01:33PM  20   LITTLE UNDER $3 A SHARE; CORRECT?

01:33PM  21   A.   CORRECT.

01:33PM  22   Q.   AND IN LATE 2013 YOU WERE INFORMED THAT THERE WOULD BE

01:33PM  23   ANOTHER OPPORTUNITY TO INVEST IN THE COMPANY; CORRECT?

01:33PM  24   A.   CORRECT.

01:33PM  25   Q.   LET ME TAKE YOU BACK TO EXHIBIT 5143, WHICH WAS ADMITTED

01:33PM 1    BY -- ON YOUR DIRECT EXAMINATION.

01:33PM 2         SO THIS WOULD BE IN YOUR WHITE NOTEBOOK, BUT WE'LL ALSO

01:33PM 3    DISPLAY IT ON THE SCREEN.

01:34PM 4         YOU CAN GO TO THE BOTTOM OF PAGE 1.  AND I'M JUST SHOWING

01:34PM 5    YOU THAT THIS APPEARS TO BE AN EMAIL THAT WAS SENT FROM

01:34PM 6    THERANOS TO YOU.

01:34PM 7         DO YOU SEE THAT?

01:34PM 8    A.   YES.

01:34PM 9    Q.   AND THAT WAS ON DECEMBER 15TH, 2013; CORRECT?

01:34PM 10   A.   YES.

01:34PM 11   Q.   AND THEN IF WE LOOK AT THE SECOND PAGE OF THE DOCUMENT, DO

01:34PM 12   YOU SEE THAT THIS IS TELLING YOU THAT THERE'S A MEMO ABOUT

01:34PM 13   CERTAIN DEALS AND TRANSACTIONS THAT THE COMPANY IS GOING TO

01:34PM 14   CLOSE BY YEAREND.

01:34PM 15        DO YOU SEE THAT?

01:34PM 16   A.   YES.

01:34PM 17   Q.   AND IF YOU GO BENEATH THAT, YOU ACTUALLY SEE THE MEMO;

01:34PM 18   CORRECT?

01:34PM 19   A.   YES.

01:35PM 20   Q.   OKAY.  AND DO YOU SEE THE FIRST PARAGRAPH DESCRIBES NEWS

01:35PM 21   ABOUT THE LAUNCH AND OTHER PUBLIC NEWS ABOUT THE COMPANY.

01:35PM 22        DO YOU SEE THAT?

01:35PM 23   A.   YES.

01:35PM 24   Q.   AND THEN IN THE SECOND PARAGRAPH IT SAYS IN THE FIRST

01:35PM 25   SENTENCE OF THE SECOND PARAGRAPH IT SAYS, "AS PART OF THIS

LUCAS CROSS BY MR. DOWNEY                                    5510

01:35PM   1    INITIATIVE, WE ARE COMPLETING A SERIES OF FINANCIAL

01:35PM   2    TRANSACTIONS WITH STRATEGIC PARTNERS THAT PROVIDE ACCESS TO

01:35PM   3    ADDITIONAL CAPITAL IN ORDER TO ACCELERATE OUR GROWTH."

01:35PM   4        DO YOU SEE THAT?

01:35PM   5    A.   YES.

01:35PM   6    Q.   AND IN REFERRING TO STRATEGIC PARTNERS, DID YOU UNDERSTAND

01:35PM   7    THAT THAT WAS LIKELY A REFERENCE TO, AMONG OTHERS, WALGREENS?

01:35PM   8    A.   WHAT WAS THE DATE OF THIS, THIS COMMUNICATION?

01:35PM   9    Q.   WELL, IF YOU RECALL AT THE TOP OF EXHIBIT 5143, DO YOU

01:36PM  10    RECALL THAT IT WAS DECEMBER 15TH OF 2013?

01:36PM  11    A.   SO THEN THE ANSWER WOULD BE YES.

01:36PM  12    Q.   OKAY.  AND THIS MEMO IS TELLING YOU AND ALL OTHER

01:36PM  13    SHAREHOLDERS THAT THERE'S GOING TO BE A SERIES OF FINANCIAL

01:36PM  14    TRANSACTIONS THAT ARE GOING TO TAKE PLACE WITH WALGREENS AND

01:36PM  15    PERHAPS OTHERS BY THE END OF THE YEAR; CORRECT?

01:36PM  16    A.   YES.

01:36PM  17    Q.   AND IT ALSO SAYS -- IT GOES ON TO TELL SHAREHOLDERS THAT

01:36PM  18    THERANOS WAS COMPLETING EQUITY TRANSACTIONS WITH STRATEGIC

01:36PM  19    ENTITIES WHO HAD PREVIOUSLY INVESTED IN THERANOS AND THAT

01:36PM  20    THOSE -- THEY WERE PEOPLE WHO HAD THE OPTION TO INVEST

01:36PM  21    ADDITIONAL EQUITY.

01:36PM  22        DO YOU SEE THAT?

01:36PM  23    A.   YES.

01:36PM  24    Q.   AND YOU KNEW THAT IN ADDITION TO WALGREENS AND SAFEWAY,

01:36PM  25    THAT THERANOS ALSO HAD PARTNERSHIPS, FOR EXAMPLE, WITH HOSPITAL

ER-6447

01:37PM  1    GROUPS; CORRECT?

01:37PM  2    A.   I DON'T RECALL THAT.

01:37PM  3    Q.   OKAY.  DO YOU KNOW WHO THE STRATEGIC ENTITIES ARE WHO ARE

01:37PM  4    REFERENCED IN THE SECOND SENTENCE?

01:37PM  5    A.   IF I DID, I DON'T REMEMBER.

01:37PM  6    Q.   OKAY.  NOW, IN THE SECOND PARAGRAPH THIS SETS FORTH THE

01:37PM  7    PRICE THAT WAS BEING ATTACHED TO THERANOS STOCK IN CONNECTION

01:37PM  8    WITH THOSE TRANSACTIONS.

01:37PM  9         DO YOU SEE THAT?

01:37PM  10   A.   YEAH.

01:37PM  11   Q.   SO, IN OTHER WORDS, THIS IS THE AMOUNT THAT STRATEGIC

01:37PM  12   PARTNERS WERE WILLING TO PAY FOR STOCK IN THERANOS AT THE END

01:37PM  13   OF 2013; CORRECT?

01:37PM  14   A.   CORRECT.

01:37PM  15   Q.   AND THAT PRICE WAS $75 A SHARE; CORRECT?

01:37PM  16   A.   YES.

01:37PM  17   Q.   AND THOSE WERE THE SAME SHARES THAT IN 2006 YOU, FOR

01:37PM  18   EXAMPLE, HAD PAID ON ONE OCCASION LESS THAN A DOLLAR; CORRECT?

01:38PM  19   A.   CORRECT.

01:38PM  20   Q.   AND ON ANOTHER OCCASION YOU HAD PAID A LITTLE BIT LESS

01:38PM  21   THAN $3; CORRECT?

01:38PM  22   A.   CORRECT.

01:38PM  23   Q.   SO UPON RECEIVING THIS NEWS YOU IMMEDIATELY REALIZED THAT

01:38PM  24   THE INVESTMENT THAT YOU HAD MADE SEVEN YEARS BEFORE HAD BECOME

01:38PM  25   INCREDIBLY VALUABLE; CORRECT?

01:38PM  1      A.   CORRECT.

01:38PM  2      Q.   AND THE QUESTION THAT WAS BEING POSED TO YOU IN THIS

01:38PM  3      MEMORANDUM IS YOU COULD -- YOU CAN INVEST NOW AGAIN, BUT YOU'RE

01:38PM  4      GOING TO HAVE TO PAY THE $75 A SHARE THAT OTHER ENTITIES ARE

01:38PM  5      PAYING AT THE END OF THE YEAR; CORRECT?

01:38PM  6      A.   YES.

01:38PM  7      Q.   AND SO THAT WAS REALLY WHAT THIS DISCUSSION WAS ABOUT IN

01:38PM  8      THE TIME PERIOD BETWEEN DECEMBER 15TH AND DECEMBER 31ST, 2013;

01:38PM  9      CORRECT?

01:38PM  10     A.   YES.

01:38PM  11     Q.   AND YOU KNEW AS YOU TOOK THIS INFORMATION IN THAT FOR

01:38PM  12     WHATEVER THIS PRECISE LENGTH OF IT WAS, THAT WALGREENS HAD BEEN

01:39PM  13     IN A PARTNERSHIP WITH THERANOS FOR A SUBSTANTIAL NUMBER OF

01:39PM  14     YEARS; CORRECT?

01:39PM  15     A.   I DON'T KNOW THAT.

01:39PM  16     Q.   OKAY.  YOU KNEW, HOWEVER, THAT AS OF THE TIME OF THIS

01:39PM  17     ANNOUNCEMENT, THERANOS HAD ACTUALLY BEEN LAUNCHED IN WALGREENS

01:39PM  18     STORES; CORRECT?

01:39PM  19     A.   I FORGET IF IT HAD BEEN LAUNCHED OR IT CERTAINLY WAS GOING

01:39PM  20     TO BE SHORTLY LAUNCHED.

01:39PM  21     Q.   OKAY.  DO YOU RECALL THAT THERE WAS INITIALLY THE LAUNCH

01:39PM  22     OF A FEW STORES AND THEN OVER TIME ADDITIONAL STORES WERE

01:39PM  23     LAUNCHED THROUGHOUT 2014?

01:39PM  24     A.   YES.

01:39PM  25     Q.   AND YOU WERE AT LEAST AWARE THAT THERE WAS GOING TO BE A

01:39PM  1    RETAIL LAUNCH AS OF THIS TIME; CORRECT?

01:39PM  2    A.   CORRECT.

01:39PM  3    Q.   AND YOU ASSUMED THAT WALGREENS, IN MAKING A DECISION TO

01:39PM  4    PARTNER WITH THERANOS, HAD EVALUATED THAT -- THERANOS VERY

01:39PM  5    CLOSELY; CORRECT?

01:39PM  6    A.   I CERTAINLY WOULD HAVE BELIEVED THAT, YES.

01:40PM  7    Q.   OKAY.  AND, IN FACT, AT THIS TIME THEY WERE STARTING TO

01:40PM  8    SEE THERANOS EVERY DAY, ITS OPERATIONS EVERY DAY IN THEIR

01:40PM  9    STORES; CORRECT?

01:40PM 10    A.   THAT THEY WERE STARTING TO?

01:40PM 11    Q.   WELL, THAT THERANOS WAS BEGINNING TO OPERATE OUT OF THEIR

01:40PM 12    STORES; CORRECT?

01:40PM 13    A.   WELL, AS YOU SAID, STARTING TO -- SORRY TO STOP YOU.  BUT

01:40PM 14    UP HERE IN PALO ALTO THERE WAS ONE, OR MAYBE THERE WERE TWO UP

01:40PM 15    HERE, AND THEN THE ROLLOUT WAS SUPPOSED TO CONTINUE IN SOUTHERN

01:40PM 16    CALIFORNIA.  I DON'T KNOW IF THERE WAS ANYTHING EVER DONE DOWN

01:40PM 17    THERE, BUT THEN INDEED THE PHOENIX AREA.

01:40PM 18    Q.   RIGHT.  AND MY QUESTION IS ONLY AS YOU SAT HERE

01:40PM 19    CONSIDERING THIS INVESTMENT BY WALGREENS, YOU KNEW THAT THEY

01:40PM 20    WERE HAVING THE OPPORTUNITY TO WATCH THAT ROLLOUT AND THE

01:40PM 21    PLANNING FOR IT; CORRECT?

01:40PM 22    A.   ABSOLUTELY.

01:40PM 23    Q.   AND THAT WAS INCREDIBLY IMPORTANT TO YOU IN CONNECTION

01:40PM 24    WITH MAKING THE INVESTMENT DECISION THAT WAS THE SUBJECT OF

01:40PM 25    THIS MEMORANDUM; CORRECT?

LUCAS CROSS BY MR. DOWNEY                                    5514

01:41PM   1    A.   CORRECT.

01:41PM   2    Q.   AND BECAUSE YOU UNDERSTOOD THAT THEY -- WHETHER YOU WERE

01:41PM   3    WILLING TO PAY $75 WAS ONE QUESTION; RIGHT?

01:41PM   4    A.   YES.

01:41PM   5    Q.   BUT THEY WERE WILLING TO PAY $75 A SHARE FOR THERANOS;

01:41PM   6    CORRECT?

01:41PM   7    A.   YES.

01:41PM   8    Q.   AND THEY HAD A LOT MORE INFORMATION ABOUT THERANOS AND ITS

01:41PM   9    TECHNOLOGY AND ITS OPERATIONS THAN YOU DID; RIGHT?

01:41PM  10         MR. BOSTIC:   CALLS FOR SPECULATION.

01:41PM  11         THE COURT:   SUSTAINED.   YOU CAN ASK ANOTHER

01:41PM  12    QUESTION.

01:41PM  13    BY MR. DOWNEY:

01:41PM  14    Q.   WELL, MY QUESTION IS JUST DID YOU MAKE AN ASSUMPTION ABOUT

01:41PM  15    THE RELATIVE DEGREE OF YOUR EVALUATION OF THERANOS AND

01:41PM  16    WALGREENS'S EVALUATION OF THERANOS?

01:41PM  17         THE COURT:   YOU CAN ANSWER THAT?

01:41PM  18         THE WITNESS:   I CAN?

01:41PM  19         THE COURT:   YES.

01:41PM  20         THE WITNESS:   YEAH, I WOULD BELIEVE THAT THEY DID AN

01:41PM  21    EXTENSIVE ANALYSIS PRIOR TO WANTING TO ROLL IT OUT AND INVEST.

01:42PM  22    BY MR. DOWNEY:

01:42PM  23    Q.   OKAY.   AND THAT WAS MEANINGFUL TO YOU; CORRECT?

01:42PM  24    A.   CORRECT.

01:42PM  25    Q.   NOW, THE SECOND PARAGRAPH OF THIS -- ACTUALLY, I BELIEVE

LUCAS CROSS BY MR. DOWNEY                                    5515

01:42PM   1    IT'S ACTUALLY REALLY THE SECOND PARAGRAPH, BUT IT'S THE THIRD

01:42PM   2    PARAGRAPH ON THE SCREEN, GOES ON TO DESCRIBE THAT THERE'S GOING

01:42PM   3    TO BE A STOCK SPLIT; CORRECT?

01:42PM   4    A.   YES.

01:42PM   5    Q.   AND A STOCK SPLIT IS JUST WHEN YOU HAVE A SHARE IN A

01:42PM   6    COMPANY AND IT'S JUST DIVIDED IN HALF OR IN THREE OR FOUR OR

01:42PM   7    FIVE, WHATEVER THE SPLIT IS; CORRECT?

01:42PM   8    A.   CORRECT.

01:42PM   9    Q.   AND SO THE NEW PRICE OF SHARES WAS GOING TO BE $15 A

01:42PM   10   SHARE; CORRECT?

01:42PM   11   A.   CORRECT.

01:42PM   12   Q.   BUT YOU, WITH YOUR OLD SHARES, WOULD OWN FIVE TIMES AS

01:42PM   13   MANY SHARES; CORRECT?

01:42PM   14   A.   CORRECT.

01:42PM   15   Q.   AND SO EFFECTIVELY YOU WOULD BE REALIZING A GAIN TO THE

01:42PM   16   POINT WHERE THE SHARES THAT YOU HAD BOUGHT IN 2006 WERE NOW

01:42PM   17   WORTH $75; RIGHT?

01:42PM   18   A.   YES.

01:42PM   19   Q.   NOW, MR. BOSTIC WAS ASKING YOU ON DIRECT ABOUT KIND OF THE

01:43PM   20   COMPRESSED PERIOD AND YOUR EXPERIENCE OF THE COMPRESSED PERIOD

01:43PM   21   AT THE END OF 2013.

01:43PM   22       WHAT WAS YOUR UNDERSTANDING OF WHY THERE WAS A

01:43PM   23   DECEMBER 31ST, 2013 DEADLINE FOR YOU TO MAKE A DECISION IN

01:43PM   24   CONNECTION WITH THIS INVESTMENT?

01:43PM   25   A.   AS I THINK I SAID DURING THE DIRECT, MY UNDERSTANDING WAS

ER-6452

LUCAS CROSS BY MR. DOWNEY                                    5516

01:43PM 1    THAT WALGREENS HAD AN AGREEMENT TO CONVERT THEIR STOCK AT A

01:43PM 2    PRE-DETERMINED PRICE PRIOR TO THE END OF 2013, AND THIS WAS THE

01:43PM 3    PRICE, AND THAT WAS THE TIMING, AND IF OTHERS WANTED TO INVEST,

01:43PM 4    THEY COULD INVEST AT THAT PRICE ALSO.

01:43PM 5    Q.   LET ME ASK YOU TO LOOK AT AN EXHIBIT THAT IS ALREADY IN

01:43PM 6    EVIDENCE, 1387.

01:44PM 7        IF YOU SEE THE FIRST PAGE, YOU SEE THAT THIS IS SOME FORM

01:44PM 8    OF A LETTER TO MS. HOLMES FROM DECEMBER 31ST, 2013.  THE

01:44PM 9    SUBJECT IS AN AMENDED AND RESTATED THERANOS MASTER SERVICES

01:44PM 10   AGREEMENT.

01:44PM 11       DO YOU SEE THAT?

01:44PM 12   A.   YES.

01:44PM 13   Q.   AND THEN IF I CAN DIRECT YOUR ATTENTION TO THE BACK OF THE

01:44PM 14   DOCUMENT, THE SIGNATURE PAGE.

01:44PM 15       DO YOU SEE THIS IS SIGNED BETWEEN THERANOS AND WALGREENS

01:44PM 16   ON THE 31ST OF DECEMBER 2013?

01:44PM 17   A.   YES.

01:44PM 18   Q.   AND IF I COULD DIRECT YOUR ATTENTION IN CONNECTION WITH

01:44PM 19   THIS TO PARAGRAPH 7, DO YOU SEE THAT THERE ARE EQUITY RIGHTS

01:45PM 20   GRANTED TO THERANOS, OR TO WALGREENS, PURSUANT TO THIS

01:45PM 21   AGREEMENT?

01:45PM 22   A.   YES.

01:45PM 23   Q.   AND DO YOU KNOW WHAT THE PRICE WAS THAT WAS CHARGED TO

01:45PM 24   WALGREENS IN CONNECTION WITH THIS EQUITY RIGHT THAT THEY WERE

01:45PM 25   OBTAINING UNDER THIS AGREEMENT?

01:46PM  1              (PAUSE IN PROCEEDINGS.)

01:46PM  2                    THE WITNESS:  SORRY TO TAKE THE TIME.

01:46PM  3         DO YOU WANT ME TO UNDERSTAND THIS, OR ARE YOU JUST ASKING,

01:46PM  4    DO I SEE IT?

01:46PM  5    BY MR. DOWNEY:

01:46PM  6    Q.   YEAH.  CAN YOU SEE THE PRICE THAT IS BEING CHARGED TO

01:46PM  7    WALGREENS -- THE SHARE PRICE IN CONNECTION WITH THE DIVISION

01:46PM  8    EQUITY RIGHTS THAT ARE PART OF THIS AGREEMENT, SPECIFICALLY

01:46PM  9    WHETHER IT'S $15 A SHARE --

01:46PM  10   A.   YEAH, IT APPEARS TO BE $15 PER SHARE.

01:46PM  11   Q.   OKAY.  AND THAT IS THE POST-SPLIT PRICING THAT IS -- THAT

01:46PM  12   WAS USED FOR PURPOSES OF YOUR INVESTMENT IN LATE 2013; CORRECT?

01:46PM  13   A.   THAT'S HOW I WOULD -- THAT'S HOW I UNDERSTOOD IT BACK

01:46PM  14   THEN, THAT WE'RE ALL INVESTING AT THE SAME PRICE.

01:46PM  15   Q.   OKAY.  AND MS. HOLMES WAS DESCRIBING TO YOU THAT THERE WAS

01:46PM  16   A TRANSACTION LIKE THIS GOING ON; CORRECT?

01:47PM  17         LET ME ASK THAT A LITTLE MORE CLEARLY.

01:47PM  18         IN TELLING YOU THAT YOU HAD THE OPPORTUNITY TO BUY NEW

01:47PM  19   SHARES, SHE TOLD YOU, WE HAVE TO DO THIS BY THE END OF THE YEAR

01:47PM  20   BECAUSE WE HAVE TO SIGN A NEW DEAL WITH OUR STRATEGIC PARTNER

01:47PM  21   BY THE END OF THE YEAR; CORRECT?

01:47PM  22   A.   I UNDERSTOOD IT TO BE DIFFERENTLY, THAT THEY HAD THE

01:47PM  23   OPTION TO DO THIS CONVERSION AT THE END OF THE YEAR.

01:47PM  24         YOU MAY BE CORRECT ON THE OTHER OF WHAT YOU SAID, BUT I

01:47PM  25   CERTAINLY DON'T RECALL THAT.

LUCAS CROSS BY MR. DOWNEY                    5518

01:47PM 1    Q.   OKAY.  AND DO YOU RECALL, IF YOU LOOK AT THE FIRST

01:47PM 2    PARAGRAPH, THAT MS. HOLMES WAS DESCRIBING A -- SORRY, THE

01:47PM 3    PARAGRAPH LABELLED NUMBER 1 ON PAGE 2.

01:47PM 4        DO YOU SEE THAT THIS RELATES TO THE ROLLOUT OF THERANOS

01:47PM 5    STORES IN SEVERAL DIFFERENT MARKETS AND SETTING UP A PLAN TO DO

01:48PM 6    THAT?

01:48PM 7    A.   YES.

01:48PM 8    Q.   AND DO YOU -- AND THAT WAS SOMETHING THAT YOU WERE

01:48PM 9    GENERALLY AWARE WAS GOING ON; CORRECT?

01:48PM 10   A.   THIS IS WHAT IT WAS ALL ABOUT, YEP.

01:48PM 11   Q.   OKAY.  THAT'S WHAT YOUR INVESTMENT WAS ALL ABOUT YOU MEAN?

01:48PM 12   A.   WELL, I MEAN, TO GET TO THE POINT OF HAVING SOMEONE OF

01:48PM 13   NATIONAL PRESENCE START TO ROLL OUT THE COMPANY'S TECHNOLOGY.

01:48PM 14   Q.   OKAY.  LET ME ASK YOU TO LOOK BACK AT EXHIBIT 5143, WHICH

01:48PM 15   IS THE EXHIBIT THAT WAS INTRODUCED BY THE GOVERNMENT.

01:48PM 16       DO YOU SEE IN THE MIDDLE THERE THAT MS. QUINTANA

01:49PM 17   INDICATED, IN RESPONSE TO THE DECEMBER 15TH EMAIL, THAT ON THE

01:49PM 18   16TH SHE SAID, "BLACK DIAMOND VENTURES IS INTERESTED IN

01:49PM 19   INCREASING ITS EQUITY POSITION IN THERANOS"?

01:49PM 20       DO YOU SEE THAT?

01:49PM 21   A.   YES.

01:49PM 22   Q.   AND THAT WAS SOMETHING THAT YOU AND SHE COMMUNICATED ABOUT

01:49PM 23   AND AGREED TO SEND THIS MESSAGE; CORRECT?

01:49PM 24   A.   YES.

01:49PM 25   Q.   OKAY.  ALL RIGHT.  NOW, I WANT TO LOOK -- GO BACK TO

LUCAS CROSS BY MR. DOWNEY 5519

01:49PM 1     PAGE 2 OF THIS EXHIBIT.  SORRY.

01:49PM 2         LET ME -- I'LL SHOW YOU A DIFFERENT EXHIBIT, AND I WILL

01:49PM 3     MAKE IT A LITTLE EASIER TO SHOW YOU THIS.

01:49PM 4         LOOK AT -- IF WE CAN PULL UP EXHIBIT 5144, WHICH WAS ALSO

01:49PM 5     ADMITTED, I BELIEVE, DURING THE GOVERNMENT'S EXAMINATION.

01:50PM 6         AND JUST TO REORIENT YOU, DO YOU SEE THAT THIS IS THE --

01:50PM 7     MS. QUINTANA'S TRANSMISSION AT THE VERY END OF THE EMAIL STRING

01:50PM 8     OF VARIOUS SHAREHOLDER CONSENTS THAT HAD BEEN ASKED FOR IN THE

01:50PM 9     MEMO?

01:50PM 10    A.   YES.

01:50PM 11    Q.   OKAY.  AND IF YOU GO DOWN EARLIER IN THE MEMO, I WANT TO

01:50PM 12    HIGHLIGHT THE PART THAT MR. BOSTIC DISCUSSED WITH YOU.

01:50PM 13        AND THIS IS THE SERIES OF QUESTIONS THAT YOU ASKED OF

01:50PM 14    THERANOS IN CONNECTION WITH THE ANNOUNCEMENT THAT THERE WOULD

01:50PM 15    BE THIS INVESTMENT; CORRECT?

01:50PM 16    A.   CORRECT.

01:50PM 17    Q.   AND DO YOU RECALL THAT YOU WERE -- I WANT TO SEE WHAT YOU

01:51PM 18    RECALL ABOUT THE ANSWERS THAT YOU GOT TO THESE QUESTIONS OVER

01:51PM 19    THE PERIOD THAT FOLLOWED AND PRIOR TO YOUR INVESTMENT.

01:51PM 20        DO YOU RECALL IF THERE WAS ANY DISCUSSION OF A PARTIAL OR

01:51PM 21    FULL LIQUIDITY EVENT?

01:51PM 22    A.   YES, AND I'M NOT SURE WHAT TIMEFRAME THAT WAS GOING TO BE.

01:51PM 23    Q.   OKAY.  AND IF YOU GO TO THE FIFTH ITEM THAT YOU RAISED,

01:51PM 24    YOU RAISED THE QUESTION, "IS THERE A PRO-RATA AMOUNT?"

01:51PM 25        DO YOU SEE THAT?

LUCAS CROSS BY MR. DOWNEY                                          5520

01:51PM  1    A.   YES.

01:51PM  2    Q.   AND THIS IS JUST ASKING, IS THIS GOING TO BE APPORTIONED

01:51PM  3    BASED ON HOW WE PREVIOUSLY INVESTED; IS THAT RIGHT?

01:51PM  4    A.   YES, TYPICALLY IN DOCUMENTS AND PRIOR FINANCINGS, YOU'RE

01:51PM  5    GIVEN THE RIGHT FOR ANY FUTURE FINANCING TO PURCHASE AT A PRO

01:52PM  6    RATA AMOUNT.

01:52PM  7    Q.   AND IF YOU LOOK AT NUMBER 3, YOU SAY, "DO THE NEW

01:52PM  8    INVESTORS IN THIS SERIES INCLUDE BOTH FINANCIAL AND STRATEGIC

01:52PM  9    PARTNERS?"

01:52PM  10       DO YOU SEE THAT?

01:52PM  11   A.   YES.

01:52PM  12   Q.   AND STRATEGIC PARTNERS I THINK WE DISCUSSED INCLUDED

01:52PM  13   WALGREENS, FOR EXAMPLE?

01:52PM  14   A.   YES.

01:52PM  15   Q.   AND WHAT DID FINANCIAL PARTNERS MEAN?

01:52PM  16   A.   ANY OTHER INSTITUTION OR INVESTOR THAT WAS JUST PROVIDING

01:52PM  17   MONEY AND THAT WAS IT.

01:52PM  18   Q.   WELL, WHY DID YOU WANT TO KNOW THAT INFORMATION?

01:52PM  19   A.   WELL, JUST TO HAVE A FULL PICTURE OF THE FINANCING.

01:52PM  20   Q.   OKAY.  AND DO YOU RECALL THAT YOU WERE TOLD, PRIOR TO

01:52PM  21   MAKING YOUR DECEMBER 2013 INVESTMENT, THAT THERANOS ANTICIPATED

01:52PM  22   THAT AFTER THE NEW YEAR IT WOULD DO AN ADDITIONAL FUND RAISE?

01:52PM  23       DO YOU REMEMBER THAT?

01:52PM  24   A.   YES.

01:52PM  25   Q.   AND DO YOU REMEMBER THAT THERANOS TOLD YOU THAT IT

ER-6457

LUCAS CROSS BY MR. DOWNEY                                               5521

01:53PM   1    EXPECTED THAT AFTER THE NEW YEAR WHEN IT DID AN ADDITIONAL FUND

01:53PM   2    RAISE, THAT THE COMPANY WOULD BE VALUED A BIT HIGHER THAN IT

01:53PM   3    WAS FOR PURPOSES OF THIS OFFERING?

01:53PM   4    A.   YES.

01:53PM   5    Q.   AND DO YOU RECALL THAT THE REASON THAT THIS OFFERING WAS

01:53PM   6    BEING MADE AVAILABLE WAS THAT YOU AND OTHER SERIES C

01:53PM   7    SHAREHOLDERS HAD ACTUALLY A CONTRACTUAL RIGHT TO HAVE THIS

01:53PM   8    OFFERING MADE TO THEM?

01:53PM   9    A.   YES.  AS I SAID EARLIER, THAT'S THE PRO RATA RIGHT THAT

01:53PM  10    EVERYONE IS GIVEN.

01:53PM  11    Q.   OKAY.

01:53PM  12         SO THE QUESTION REALLY FOR YOU WAS, DO I WANT TO MAKE THIS

01:53PM  13    INVESTMENT AT THE $15 A SHARE PRICE OR DO I WANT TO TAKE A

01:53PM  14    LONGER TIME AND CONSIDER IT AND INVEST AT A SLIGHTLY HIGHER

01:53PM  15    PRICE IN 2017 -- 2014; CORRECT?

01:53PM  16    A.   SURE.

01:53PM  17    Q.   OKAY.  AND, AND AM I RIGHT THAT NOTHING WOULD HAVE

01:54PM  18    PRECLUDED YOU FROM INVESTING AGAIN IN 2014?  CORRECT?

01:54PM  19    A.   I WOULD EXPECT NOT.  I JUST DON'T REMEMBER.

01:54PM  20    Q.   OKAY.  I WANT TO SHOW YOU NEXT EXHIBIT 5444.

01:54PM  21    A.   IS THIS ONE I GO TO THE BOOK AGAIN?

01:54PM  22    Q.   NO.  YOU'LL BE ABLE TO SEE IT I BELIEVE BECAUSE IT WAS

01:54PM  23    ADMITTED BY THE GOVERNMENT DURING YOUR DIRECT EXAMINATION.

01:54PM  24    A.   OKAY.

01:54PM  25    Q.   YEAH.  ALL RIGHT.

ER-6458

LUCAS CROSS BY MR. DOWNEY                                    5522

01:54PM   1          AND JUST TO REORIENT YOU, DO YOU REMEMBER THAT THIS IS

01:55PM   2     REALLY THE PART OF A SERIES OF EMAILS BETWEEN YOU AND

01:55PM   3     MS. HOLMES ABOUT TWO WEEKS LATER WHERE YOU'RE TRYING TO FIND A

01:55PM   4     TIME TO TALK; CORRECT?

01:55PM   5     A.   YES.

01:55PM   6     Q.   AND I WANT TO ASK YOU TO GO BACK IN THIS EMAIL STRING TO

01:55PM   7     THE EMAIL THAT YOU SENT HER ON DECEMBER THE 24TH.

01:55PM   8          DO YOU SEE THAT?  IT'S AT THE -- IT SHOULD BE ON THE

01:55PM   9     SCREEN IN A MOMENT.  IT'S THE BOTTOM OF PAGE 2.

01:55PM  10          AND THEN DO YOU SEE THERE'S AN EMAIL EXCHANGE HERE ON

01:55PM  11     CHRISTMAS EVE; CORRECT?

01:55PM  12     A.   YES.

01:55PM  13     Q.   AND THEN LET ME JUST SHOW YOU THAT.

01:55PM  14          AND YOU INFORM MS. HOLMES HERE, "I HAVE CONTINUED TO HAVE

01:55PM  15     CALLS WITH OUR INVESTORS AND HAVE DETERMINED THAT THERE IS

01:55PM  16     SIGNIFICANT INTEREST IN PARTICIPATING IN THIS ROUND.  THE

01:56PM  17     CHALLENGE WILL BE GETTING ALL OF THE FUNDS PRIOR TO YEAR END.

01:56PM  18     IF THERE IS ANY FLEXIBILITY, PLEASE LET ME KNOW."

01:56PM  19          AND THEN YOU GO ON TO SAY THAT YOU'VE BEEN ASKED A SERIES

01:56PM  20     OF ADDITIONAL QUESTIONS.

01:56PM  21          AND ARE THESE QUESTIONS THAT THE INVESTORS IN BDV WERE

01:56PM  22     ASKING ABOUT THE INVESTMENT?

01:56PM  23     A.   QUITE LIKELY.  I JUST DON'T REMEMBER.

01:56PM  24     Q.   OKAY.  THE FIRST QUESTION IS, "ARE THE STRATEGIC PARTNERS

01:56PM  25     CONVERTING THE ENTIRE AMOUNT OF THEIR NOTES IN THIS OFFERING?"

ER-6459

LUCAS CROSS BY MR. DOWNEY                                    5523

01:56PM    1            DO YOU SEE THAT?

01:56PM    2    A.    YES.

01:56PM    3    Q.    AND WHY WAS THAT IMPORTANT?

01:56PM    4    A.    WELL, IF AN INVESTING ENTITY, OR ANY ENTITY, IS CONVERTING

01:56PM    5    THEIR NOTES, THEIR NOTES ARE AT A HIGHER SECURITY THAN STOCK,

01:56PM    6    AND SO IF THEY'RE WILLING TO CONVERT IT INTO EQUITY, IT MEANS

01:57PM    7    THEY FEEL GOOD ABOUT THE INVESTMENT AND THAT THEY CAN THEN

01:57PM    8    APPRECIATE.

01:57PM    9    Q.    I SEE.  AND THEN YOU WERE ASKED, "WAS THIS CONVERSION

01:57PM   10    PRICE AND EXPIRATION DATE SET AT THE TIME WHEN THEY MADE THE

01:57PM   11    LOANS?"

01:57PM   12            DO YOU SEE THAT?

01:57PM   13    A.    YES.

01:57PM   14    Q.    AND TELL US WHY THAT WAS IMPORTANT.

01:57PM   15    A.    BECAUSE THAT WOULD VALIDATE THAT THIS FINANCING HAD TO

01:57PM   16    CLOSE PRIOR TO DECEMBER OF 2013.

01:57PM   17    Q.    I SEE.  PEOPLE WOULD HAVE TO UNDERSTAND WHAT IS THE

01:57PM   18    TRANSACTION HAPPENING BEFORE THE END OF 2013; CORRECT?

01:57PM   19    A.    YES.

01:57PM   20    Q.    I SEE.

01:57PM   21    A.    AND WHY THE URGENCY.

01:57PM   22    Q.    AND WHY IT IS BEING OFFERED WITH THIS 12/31 DEADLINE?

01:57PM   23    A.    CORRECT.

01:57PM   24    Q.    NOW, YOU WERE NOT GIVEN THE OPPORTUNITY, I THINK, AM I

01:57PM   25    RIGHT, IN 2013 TO LOOK AT ANY OF THE EITHER DRAFT OR FINAL

ER-6460

01:57PM   1    DOCUMENTS RELATED TO NEGOTIATIONS BETWEEN THERANOS AND

01:57PM   2    WALGREENS IN THAT PERIOD?

01:58PM   3    A.   NO.

01:58PM   4    Q.   IN FACT, WHEN I SHOWED YOU THAT AGREEMENT, THAT'S THE

01:58PM   5    FIRST TIME YOU'VE SEEN IT; CORRECT?

01:58PM   6    A.   YES, AND THAT WAS PRETTY EXCITING TO SEE ACTUALLY.

01:58PM   7         (LAUGHTER.)

01:58PM   8    BY MR. DOWNEY:

01:58PM   9    Q.   AND YOU HAD CONVERSATIONS WITH MS. HOLMES AND SHE CONVEYED

01:58PM  10    SOME OF THIS INFORMATION TO YOU, BUT NOT ALL OF IT; CORRECT?

01:58PM  11    A.   JUST THE, THE OVERALL, WE'RE GOING TO START ROLLING IT

01:58PM  12    OUT.

01:58PM  13    Q.   RIGHT.  SHE TOLD YOU THERE WAS SOME INFORMATION SHE COULD

01:58PM  14    SHARE WITH YOU, BUT SOME INFORMATION SHE COULDN'T; CORRECT?

01:58PM  15    A.   I DON'T KNOW IF IT WAS PUT THAT WAY.

01:58PM  16         BUT IT WAS CERTAINLY WE HAVE A DEAL WITH WALGREENS, WE'RE

01:58PM  17    GOING TO START ROLLING OUT, CHRIS, ISN'T THIS EXCITING?

01:58PM  18         YES, ABSOLUTELY.

01:58PM  19    Q.   OKAY.  LET ME ASK YOU ALSO, I ASSUME YOU KNEW LESS ABOUT

01:59PM  20    THE BOARD OF DIRECTORS AND ITS OPERATIONS AFTER YOUR UNCLE

01:59PM  21    STEPPED BACK FROM THE COMPANY; IS THAT RIGHT?

01:59PM  22    A.   YES.

01:59PM  23    Q.   OKAY.  BUT DID YOU KNOW THAT THE PRICE THAT WAS SET FOR

01:59PM  24    THIS OFFERING AT THE END OF 2013 HAD ACTUALLY BEEN APPROVED BY

01:59PM  25    THE BOARD OF DIRECTORS OF THE COMPANY?

01:59PM 1    A.   ANY FINANCING WOULD HAVE TO BE APPROVED BY THE BOARD,

01:59PM 2    SO -- JUST AS THE AGREEMENT PRIOR TO GIVE WALGREENS THE

01:59PM 3    OPPORTUNITY TO CONVERT, THAT WOULD HAVE HAD TO HAVE BEEN

01:59PM 4    APPROVED.

01:59PM 5    Q.   AND THE COMPOSITION OF THE BOARD GAVE YOU CONFIDENCE THAT

01:59PM 6    THIS WAS A REASONABLE INVESTMENT TO MAKE; CORRECT?

02:00PM 7    A.   YES.

02:00PM 8    Q.   WE TALKED A LITTLE BIT A FEW MOMENTS AGO ABOUT SAFEWAY.

02:00PM 9         I WANT TO ASK YOU WHETHER YOU TRIED TO FOLLOW EVENTS IN

02:00PM 10   THE THERANOS/SAFEWAY RELATIONSHIP, AS WELL AS IN THE

02:00PM 11   THERANOS/WALGREENS RELATIONSHIP.

02:00PM 12   A.   TO THE EXTENT I COULD.

02:00PM 13   Q.   OKAY.

02:00PM 14   A.   BUT I DID NOT HAVE SPECIFIC, YOU KNOW, UPDATES FOR EITHER

02:00PM 15   OF THEM.

02:00PM 16        AND THEN IT BECAME CLEAR, AS WALGREENS STARTED TO ROLL

02:00PM 17   OUT, I WAS AWARE THAT IT WAS GOING TO -- THEY WERE GOING TO

02:00PM 18   CONCENTRATE THEIR EFFORT IN THE PHOENIX AREA.

02:00PM 19   Q.   OKAY.  LET ME ASK YOU TO LOOK AT -- THIS YOU WILL HAVE TO

02:00PM 20   GO TO YOUR BLACK BINDER FOR THIS -- TO 12323.

02:01PM 21   A.   YES.

02:01PM 22   Q.   DO YOU SEE THAT THIS IS AN EMAIL EXCHANGE BETWEEN YOU AND

02:01PM 23   MS. QUINTANA FROM FEBRUARY OF 2013?

02:01PM 24   A.   YES.

02:01PM 25   Q.   AND WAS THIS AN EMAIL EXCHANGE THAT WAS MADE IN CONNECTION

02:02PM  1    WITH BDV'S EFFORTS TO KEEP UP WITH THERANOS INVESTMENT?

02:02PM  2    A.   YES.

02:02PM  3              MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

02:02PM  4    12323.

02:02PM  5              MR. BOSTIC:  YOUR HONOR, HEARSAY AND RELEVANCE.

02:02PM  6              THE COURT:  IT'S THE ENTIRETY OF THE DOCUMENT YOU

02:02PM  7    WANT IN, MR. DOWNEY?

02:02PM  8              MR. DOWNEY:  WELL, THERE'S AN INDICATION IN THE

02:02PM  9    COVER MEMO THAT CERTAIN PORTIONS WERE HIGHLIGHTED FOR REVIEW BY

02:02PM  10   THE INDIVIDUAL RECEIVING THE EMAIL.  THAT'S REALLY -- THOSE ARE

02:02PM  11   REALLY THE ONLY SECTIONS I'M INTERESTED IN, ALTHOUGH I WILL SAY

02:02PM  12   THAT I DON'T THINK THE BALANCE OF IT IS OF REALLY GREAT

02:02PM  13   CONCERN.  IT'S ABOUT OTHER MATTERS.

02:02PM  14             THE COURT:  ARE YOU REFERRING TO THE TRANSCRIPT CALL

02:03PM  15   DATA?

02:03PM  16             MR. DOWNEY:  YES.

02:03PM  17             THE COURT:  IS IT POSSIBLE FOR YOU TO LOOK AT THESE

02:03PM  18   AND PARSE OUT EXACTLY WHAT IT IS YOU WOULD LIKE?

02:03PM  19             MR. DOWNEY:  I THINK THAT WOULD BE, YOUR HONOR.

02:03PM  20             THE COURT:  AND SHOULD WE DO THAT AFTER OUR

02:03PM  21   2:00 O'CLOCK BREAK?  WE'LL GIVE YOU TIME TO DO THAT.

02:03PM  22             MR. DOWNEY:  I CERTAINLY COULD, OR I CAN EVEN

02:03PM  23   IDENTIFY -- THAT WOULD BE FINE.  I CAN GIVE YOU THE SECTIONS

02:03PM  24   NOW IF YOU WANT TO --

02:03PM  25             THE COURT:  WELL, I THINK A BREAK IS PROBABLY

02:03PM  1    APPROPRIATE AT THIS TIME.

02:03PM  2              MR. DOWNEY:  OKAY.

02:03PM  3              THE COURT:  SO LET'S TAKE OUR AFTERNOON BREAK,

02:03PM  4    LADIES AND GENTLEMEN.  WE'LL TAKE 30 MINUTES, 30 MINUTES.

02:03PM  5              THE WITNESS:  OKAY.

02:03PM  6              THE COURT:  AND THEN WE'LL COME BACK AND WE'LL

02:03PM  7    CONTINUE THE TESTIMONY.  THANK YOU.

02:04PM  8         (JURY OUT AT 2:04 P.M.)

02:04PM  9              THE COURT:  PLEASE BE SEATED.  THANK YOU.

02:04PM 10         ANYTHING BEFORE WE BREAK?

02:04PM 11              MR. DOWNEY:  NO, YOUR HONOR.

02:04PM 12              MR. BOSTIC:  NO, YOUR HONOR.

02:04PM 13              THE COURT:  OKAY.  THANK YOU.  BUT CAN I SEE YOU

02:04PM 14    BEFORE WE BREAK?

02:04PM 15              MR. DOWNEY:  SURE.

02:04PM 16         (RECESS FROM 2:04 P.M. UNTIL 2:37 P.M.)

02:37PM 17         (JURY IN AT 2:37 P.M.)

02:37PM 18              THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

02:37PM 19    ALL COUNSEL ARE PRESENT.  MS. HOLMES IS PRESENT.

02:37PM 20         THE JURY IS PRESENT.  PLEASE BE SEATED.

02:37PM 21         MR. LUCAS IS STILL ON THE STAND.

02:37PM 22         COUNSEL?

02:37PM 23              MR. DOWNEY:  YOUR HONOR, I THINK BEFORE WE BROKE I

02:37PM 24    WAS SEEKING TO ADMIT EXHIBIT 12323.

02:37PM 25              THE COURT:  YES.

02:37PM   1          MR. DOWNEY:  THEN THERE HAD BEEN AN OBJECTION AND

02:37PM   2   THEN A COLLOQUY.

02:37PM   3       I JUST WANTED TO IDENTIFY FOR THE COURT THE PORTIONS OF

02:37PM   4   THE DOCUMENT THAT WERE OF INTEREST.  I THINK THAT THEY WERE AT

02:38PM   5   THE, BY MY READ, THE 12TH AND 13TH PAGE OF THE EXHIBIT, AND I

02:38PM   6   THINK THAT THEY ARE TWO QUESTIONS AND ANSWERS AND THEY ARE

02:38PM   7   ELECTRONICALLY HIGHLIGHTED IN THE DOCUMENT.

02:38PM   8          THE COURT:  OKAY.  LET ME -- THESE ARE NOT

02:38PM   9   PAGINATED, ARE THEY?  NO.

02:38PM  10          MR. DOWNEY:  NO.

02:38PM  11          THE COURT:  OKAY.  I THINK I'VE GOT IT.

02:38PM  12          MR. DOWNEY:  IF IT HELPS, ONE QUESTION IS FROM A

02:38PM  13   KELLY BANIA, B-A-N-I-A, AND THEN THERE'S ANOTHER ONE ON THE

02:38PM  14   OPPOSITE PAGE.

02:38PM  15          MR. BOSTIC:  YOUR HONOR, AS TO THOSE PORTIONS, NO

02:38PM  16   RELEVANCE OBJECTION AS TO THOSE PORTIONS.

02:38PM  17       I WOULD STILL HAVE HEARSAY CONCERNS IF THE DEFENSE IS

02:38PM  18   SEEKING TO ADMIT THEM FOR THE TRUTH.

02:38PM  19          MR. DOWNEY:  NO.  I'M ONLY SEEKING TO ADMIT THEM FOR

02:38PM  20   WHAT WAS IMPORTANT FOR THIS INVESTOR AND NOT FOR ANY OF THE

02:39PM  21   TRUTH OF THE STATEMENTS CONTAINED HEREIN.

02:39PM  22          THE COURT:  I HAVE A HIGHLIGHTED PORTION THAT BEGINS

02:39PM  23   WITH "MORE RECENTLY."

02:39PM  24       IS THAT SOMETHING -- THAT'S EARLIER ON.

02:39PM  25          MR. DOWNEY:  I ACTUALLY -- THAT IS HIGHLIGHTED, BUT

02:39PM   1      I'M NOT -- I'D BE HAPPY TO --

02:39PM   2                THE COURT:  YOU'RE NOT SEEKING AN INTRODUCTION OF

02:39PM   3      THAT?

02:39PM   4                MR. DOWNEY:  I'M NOT SEEKING TO INTRODUCE THAT, NO.

02:39PM   5                THE COURT:  OKAY.

02:39PM   6                MR. DOWNEY:  I MEAN, IN ALL CANDOR, YOUR HONOR, I

02:39PM   7      WOULD SAY 98 PERCENT OF THIS DOCUMENT IS, IS NOT RELEVANT TO

02:39PM   8      OUR PROCEEDINGS.  IT'S JUST THAT THERE ARE TWO QUESTIONS THAT

02:39PM   9      ARE.

02:39PM  10                THE COURT:  SO YOU'RE SEEKING TO INTRODUCE THESE NOT

02:39PM  11      FOR THE TRUTH OF THE MATTER ASSERTED IN EACH OF THESE

02:39PM  12      STATEMENTS, BUT RATHER, HOW AND IF AND WHETHER THESE STATEMENTS

02:39PM  13      INFORMED ANY CONDUCT OF THIS WITNESS?

02:39PM  14                MR. DOWNEY:  THAT'S CORRECT.

02:39PM  15                THE COURT:  OKAY.  ALL RIGHT.  WITH THAT RESERVATION

02:40PM  16      THEN, I'LL ADMIT THEM.

02:40PM  17           LADIES AND GENTLEMEN, YOU'RE GOING TO SEE CERTAIN PAGES OF

02:40PM  18      DOCUMENT 12323.  THEY'RE NOT PAGINATED, SO I DON'T KNOW HOW

02:40PM  19      WE'LL MARK THOSE.

02:40PM  20           BUT THE HIGHLIGHTED STATEMENTS HERE ARE NOT, LADIES AND

02:40PM  21      GENTLEMEN, OFFERED FOR THE TRUTH OF THE MATTER ASSERTED IN EACH

02:40PM  22      OF THOSE STATEMENTS THAT YOU WILL SEE, THE HIGHLIGHTED

02:40PM  23      PORTIONS.

02:40PM  24           THEIR ONLY EFFECT AND RELEVANCE HERE IS AS TO WHETHER OR

02:40PM  25      NOT THEY HAD AN EFFECT ON THE CONDUCT OF THIS WITNESS, AND

LUCAS CROSS BY MR. DOWNEY                                    5530

02:40PM   1      WE'LL FIND THAT OUT WHEN MR. DOWNEY ASKS HIS QUESTIONS.

02:40PM   2           SO YOU CAN -- THOSE PORTIONS ARE ADMITTED, AND YOU CAN

02:40PM   3      DISPLAY THOSE TO THE JURY.

02:40PM   4           (DEFENDANT'S EXHIBIT 12323, 12TH AND 13TH PAGES, WAS

02:40PM   5      RECEIVED IN EVIDENCE.)

02:40PM   6           MR. DOWNEY:  THANK YOU, YOUR HONOR.  AND WE'LL, JUST

02:40PM   7      IN AN ABUNDANCE OF CAUTION, WE'LL REDACT THE BALANCE OF THE

02:40PM   8      DOCUMENT TO THE EXTENT THAT IT RAISES ANY CONCERNS AND WE CAN

02:40PM   9      BE CONFIDENT THAT WE'VE ONLY ADMITTED WHAT WE NEED.

02:40PM  10           THE COURT:  OKAY.  THANK YOU.

02:40PM  11      BY MR. DOWNEY:

02:40PM  12      Q.  IF YOU LOOK AT THE COVER PAGE OF THIS DOCUMENT, FIRST AT

02:41PM  13      PAGE 1, THERE'S AN EMAIL FROM MS. QUINTANA TO YOU AND SHE SAYS

02:41PM  14      SHE'S ATTACHING AND FORWARDING A CONFERENCE CALL TRANSCRIPT AND

02:41PM  15      A Q&A PORTION OF THAT.

02:41PM  16           DO YOU SEE THAT?

02:41PM  17      A.  YES.

02:41PM  18      Q.  AND IF YOU GO TO A FURTHER PAGE OF THIS EXHIBIT, THERE'S

02:41PM  19      FURTHER COLOR ON WHAT SHE'S TALKING ABOUT.

02:41PM  20           THE NEXT PAGE FROM THAT.  SORRY, THE PRIOR PAGE.  I BEG

02:41PM  21      YOUR PARDON.

02:41PM  22           SORRY, IT'S THE THIRD PAGE OF THE EXHIBIT.

02:42PM  23           YES.  OKAY.

02:42PM  24           ALL RIGHT.  THIS IS AN EMAIL FROM MELISSA FINDLEY TO YOU

02:42PM  25      WITH THE SUBJECT BEING KURT.

02:42PM   1          DO YOU SEE THAT?

02:42PM   2     A.   YES.

02:42PM   3     Q.   AND IS MELISSA FINDLEY SOMEBODY WHO WORKED FOR YOU?

02:42PM   4     A.   NO.  SHE WAS ONE OF THE ASSISTANTS TO MY UNCLE.

02:42PM   5     Q.   I SEE.  OKAY.

02:42PM   6          AND IN THE EMAIL SHE SAYS THAT "KURT WILL GIVE YOU A CALL

02:42PM   7     LATER TODAY.  HE DID ASK ME TO HAVE YOU HIT THE HIGHLIGHTS OF

02:42PM   8     THE SAFEWAY CALL FOR ME WITH REGARD TO THE WELLNESS PROGRAM SO

02:42PM   9     THAT I AM PREPARED IF PEOPLE ASK ME.  CAN YOU EMAIL ME THE KEY

02:42PM  10     POINTS?"

02:42PM  11          SO IS THIS A COMMUNICATION REALLY FROM YOUR UNCLE?

02:43PM  12          (PAUSE IN PROCEEDINGS.)

02:43PM  13             THE WITNESS:  SURE.  BETWEEN THE TWO OF THEM, YES.

02:43PM  14     BY MR. DOWNEY:

02:43PM  15     Q.   OKAY.  AND THIS IS JUST A REQUEST THAT YOU SUMMARIZE A

02:43PM  16     TRANSCRIPT OF A SAFEWAY CALL, WHICH IS ATTACHED; CORRECT?

02:43PM  17     A.   YES.

02:43PM  18     Q.   AND I WANT TO DRAW YOUR ATTENTION TO A FEW EXCERPTS THAT

02:43PM  19     WE'VE BEEN EXCHANGING ABOUT HERE.  FIRST TO THE QUESTION THAT

02:43PM  20     IS ASKED BY AN ANALYST.

02:43PM  21          IN SEEING THIS DOCUMENT, IF WE CAN GO TO THAT 12TH PAGE,

02:43PM  22     BUT IN SEEING THIS DOCUMENT, BEFORE WE TALK ABOUT THE SUBSTANCE

02:43PM  23     OF IT, DO YOU RECOGNIZE THIS AS AN EXCHANGE THAT TOOK PLACE IN

02:43PM  24     AN ANALYST CALL WITH SAFEWAY?

02:44PM  25     A.   YES.

02:44PM  1    Q.   AND ANALYST CALLS ARE CALLS THAT ARE CONDUCTED BY WALL

02:44PM  2    STREET ANALYSTS WHO FOLLOW THE STOCK OF PARTICULAR COMPANIES;

02:44PM  3    IS THAT CORRECT?

02:44PM  4    A.   CORRECT.

02:44PM  5    Q.   AND THEY PRESENT OPPORTUNITIES FOR THOSE ANALYSTS TO ASK

02:44PM  6    QUESTIONS OF THE SENIOR MANAGEMENT OF THE COMPANY THAT THEY'RE

02:44PM  7    FOLLOWING; CORRECT?

02:44PM  8    A.   RIGHT.

02:44PM  9    Q.   AND THIS PORTION OF A TRANSCRIPT IS JUST ONE EXCHANGE IN

02:44PM  10   SUCH A CALL BETWEEN ANALYSTS FOR MERRILL LYNCH AND STEVEN BURD,

02:44PM  11   THE CHAIRMAN AND CEO OF SAFEWAY.

02:44PM  12        DO YOU SEE THAT?

02:44PM  13   A.   YES.

02:44PM  14   Q.   AND WE DON'T HAVE TO GO THROUGH THE ANSWER, BUT TO LOOK AT

02:44PM  15   THE ANSWER.

02:44PM  16        HE'S PROVIDING AN UPDATE AT THIS POINT TO THE ANALYSTS AS

02:44PM  17   TO HIS EXPECTATIONS FOR THE LAUNCH; CORRECT?

02:45PM  18   A.   THERANOS IS CERTAINLY NOT MENTIONED, BUT I AM BELIEVING

02:45PM  19   THAT'S WHAT THEY'RE TALKING ABOUT.

02:45PM  20   Q.   OKAY.  AND DOES THE FACT THAT YOU RECEIVED THIS EXCHANGE

02:45PM  21   REFLECT THAT MONITORING THE ACTIVITIES OF SAFEWAY WAS -- THE

02:45PM  22   SAFEWAY/THERANOS PARTNERSHIP WAS IMPORTANT TO YOU IN

02:45PM  23   CONSIDERING YOUR INVESTMENT DECISION IN 2013?

02:45PM  24   A.   YES.

02:45PM  25   Q.   LET ME SHOW YOU JUST THE OTHER QUESTION, WHICH COMES FROM

02:45PM  1    A DIFFERENT ANALYST, AGAIN, ADDRESSED TO MR. BURD.  AND, AGAIN,

02:45PM  2    THIS IS JUST FURTHER COLOR ON THE STATUS OF THE

02:46PM  3    THERANOS/SAFEWAY PARTNERSHIP IN EARLY 2013; CORRECT?

02:46PM  4    A.   YES.

02:46PM  5    Q.   AND BY THE WAY, DID YOU KNOW BY EARLY 2013 THAT MR. BURD,

02:46PM  6    WHO WAS THE CHAIRMAN OF SAFEWAY, HAD ACTUALLY ANNOUNCED THAT HE

02:46PM  7    WAS LEAVING THE COMPANY?

02:46PM  8    A.   I JUST DON'T REMEMBER.

02:46PM  9    Q.   OKAY.  DO YOU RECALL LEARNING FROM ELIZABETH,

02:46PM  10   ELIZABETH HOLMES THAT SHE HAD BEEN IN SUBSTANTIAL COMMUNICATION

02:46PM  11   WITH MR. BURD OVER A PERIOD OF YEARS ABOUT THAT PARTNERSHIP?

02:46PM  12   A.   I WAS NOT SURE WHO IT WAS, BUT CERTAINLY ONE OF THE

02:46PM  13   EXECUTIVES AT SAFEWAY.

02:46PM  14   Q.   FAIR ENOUGH.  WE CAN TAKE THAT DOWN.

02:47PM  15        NOW, I THINK YOU WERE TALKING DURING YOUR DIRECT

02:47PM  16   EXAMINATION ABOUT A PERIOD OF WHEN THERANOS WAS A DEVELOPMENT

02:47PM  17   COMPANY; CORRECT?

02:47PM  18   A.   YES.

02:47PM  19   Q.   AND YOU UNDERSTOOD THAT THERANOS HAD SPENT A LOT OF MONEY

02:47PM  20   ON THE RESEARCH AND DEVELOPMENT OF ITS INVESTMENTS; CORRECT?

02:47PM  21   A.   OVER THE YEARS, YES.

02:47PM  22   Q.   AND YOU UNDERSTOOD THAT ONE ELEMENT OF WHAT THEY WERE

02:47PM  23   DEVELOPING WAS THESE SMALL SAMPLES, ASSAYS, SO THAT THEY COULD

02:47PM  24   TEST FINGERSTICK SAMPLES; CORRECT?

02:47PM  25   A.   YES.

02:47PM 1    Q.   AND YOU WOULD PERIODICALLY GET UPDATES FROM MS. HOLMES AS

02:47PM 2    TO HOW THE DEVELOPMENT OF THAT WAS GOING; CORRECT?

02:47PM 3    A.   YES.

02:47PM 4    Q.   AND WOULD IT BE CONSISTENT WITH YOUR RECOLLECTION THAT YOU

02:47PM 5    UNDERSTOOD THAT THERANOS HAD DEVELOPED FOR USE IN A CLINICAL

02:47PM 6    LAB ABOUT 70 FINGERSTICK SAMPLE ASSAYS?

02:48PM 7    A.   I DON'T KNOW -- I DON'T REMEMBER EXACTLY THE NUMBER, BUT

02:48PM 8    AS I SAID EARLIER, IT CERTAINLY WAS DOZENS.

02:48PM 9    Q.   OKAY.  AND YOU JUST DON'T RECALL HER ASSIGNING A

02:48PM 10   PARTICULAR NUMBER, OR DO YOU BELIEVE THAT SHE SAID DOZENS?

02:48PM 11   A.   I DON'T REMEMBER EITHER.

02:48PM 12   Q.   OKAY.  BUT IT WOULD BE CONSISTENT IN YOUR VIEW WITH YOUR

02:48PM 13   RECOLLECTION IF THERANOS HAD, IN FACT, DEVELOPED AND VALIDATED

02:48PM 14   70 FINGERSTICK SMALL SAMPLE ASSAYS?

02:48PM 15   A.   YES.

02:48PM 16   Q.   AND YOU UNDERSTOOD THAT THEY WERE WORKING ALL OF THE TIME

02:48PM 17   TO DEVELOP MORE ASSAYS; CORRECT?

02:48PM 18   A.   CORRECT.

02:48PM 19   Q.   AND IT WOULD BE CONSISTENT WITH YOUR CONVERSATIONS WITH

02:48PM 20   MS. HOLMES IF, AS OF THE TIME OF YOUR 2013 INVESTMENT, THERANOS

02:48PM 21   HAD ACTUALLY DEVELOPED, TO THE POINT OF BEGINNING CLINICAL

02:49PM 22   VALIDATION, ABOUT 300 SMALL SAMPLE ASSAYS; CORRECT?

02:49PM 23   A.   I JUST DON'T RECOLLECT WHAT NUMBER.  I MORE FOCUSSED ON

02:49PM 24   THAT THEY WERE ROLLING OUT THE PLATFORM WITH WALGREENS, AND

02:49PM 25   WHATEVER IT IS THAT THEY HAD AT THAT TIME CERTAINLY WAS

LUCAS CROSS BY MR. DOWNEY                                          5535

02:49PM   1    RELEVANT, OTHERWISE THEY WOULDN'T BE ROLLING IT OUT

02:49PM   2    COMMERCIALLY AND WALGREENS WOULDN'T BE DOING IT.

02:49PM   3    Q.   OKAY.  DID YOU UNDERSTAND THAT SOME OF THE SAMPLES THAT

02:49PM   4    WERE BEING DRAWN AT THE THERANOS SITES IN WALGREENS, AT LEAST

02:49PM   5    IN THE FIRST INSTANCE, WOULD BE DRAWN FROM VENOUS SAMPLES?

02:49PM   6         DO YOU REMEMBER KNOWING THAT?

02:49PM   7    A.   I THINK I REMEMBER THAT THERE WERE SOME TESTS THAT

02:49PM   8    THERANOS SAID THEY COULDN'T DO, AND SO IF YOU'RE HERE FOR THE

02:49PM   9    OTHERS, THEN WE HAVE TO DRAW THE BLOOD.

02:49PM  10    Q.   OKAY.  I THINK I NEGLECTED, WHEN WE WERE TALKING ABOUT

02:50PM  11    YOUR 2013 INVESTMENT, JUST TO ADMIT THE DOCUMENTS WHICH

02:50PM  12    DOCUMENTED IT.

02:50PM  13         SO I WANT TO MAKE SURE THAT WE HAVE ALL OF THAT IN

02:50PM  14    EVIDENCE, SO PARDON ME FOR ONE MOMENT.

02:50PM  15    A.   SURE.

02:50PM  16    Q.   WELL, LET ME ASK YOU TO LOOK AT EXHIBIT 3530, WHICH I

02:50PM  17    THINK IS ALREADY IN EVIDENCE THROUGH ANOTHER WITNESS.

02:51PM  18         ALL RIGHT.  AND DO YOU SEE THAT THIS IS AN AMENDED

02:51PM  19    PREFERRED STOCK PURCHASE AGREEMENT FROM AN INITIAL CLOSING DATE

02:51PM  20    IN 2010?

02:51PM  21         DO YOU SEE THAT?

02:51PM  22    A.   YES.

02:51PM  23    Q.   AND DO YOU RECALL THAT AT SOME POINT IN 2010 YOU HAD BEEN

02:51PM  24    ASKED FOR CERTAIN APPROVALS IN CONNECTION WITH THE STOCK THAT

02:51PM  25    YOU ALREADY HELD AND THAT THAT RESULTED IN THE ISSUANCE OF A

ER-6472

| | | |
|---|---|---|
| 02:51PM | 1 | NEW STOCK PURCHASE AGREEMENT? |
| 02:51PM | 2 | A.   I'M NOT SURE WHAT TIMEFRAME IT WAS, BUT I DO REMEMBER THAT |
| 02:51PM | 3 | THERE WAS -- THERE WERE SOME DOCUMENTS THAT WE HAD TO APPROVE. |
| 02:51PM | 4 | Q.   OKAY.  LET ME ASK YOU JUST TO LOOK AT PAGE 25 OF THIS |
| 02:51PM | 5 | AGREEMENT. |
| 02:51PM | 6 | AND THIS, I THINK -- IS THIS THE MASTER SIGNATURE PAGE IN |
| 02:51PM | 7 | CONNECTION WITH THE DECEMBER 31ST, 2013 AGREEMENT THAT YOU |
| 02:51PM | 8 | SIGNED? |
| 02:52PM | 9 | A.   IT CERTAINLY LOOKS LIKE MY SIGNATURE.  I'M NOT SURE WHAT |
| 02:52PM | 10 | IS MEANT BY THE MASTER SIGNATURE PAGE. |
| 02:52PM | 11 | Q.   WELL, I THINK, I THINK YOU HAD TESTIFIED THAT THERE WERE |
| 02:52PM | 12 | SEVERAL DOCUMENTS IN CONNECTION -- |
| 02:52PM | 13 | A.   YES. |
| 02:52PM | 14 | Q.   -- WITH THIS.  AND A MASTER SIGNATURE PAGE IS SOMETIMES |
| 02:52PM | 15 | USED TO SIGN ONCE AND INDICATE YOUR AGREEMENT TO MULTIPLE |
| 02:52PM | 16 | AGREEMENTS? |
| 02:52PM | 17 | A.   YES, THAT LOOKS LIKE THE CASE. |
| 02:52PM | 18 | Q.   OKAY.  IF YOU WOULD JUST GO FORWARD TO SECTION 4.  THIS, |
| 02:52PM | 19 | AGAIN, IS THE REPRESENTATIONS AND WARRANTIES THAT YOU MADE IN |
| 02:52PM | 20 | CONNECTION WITH THE TRANSACTION. |
| 02:52PM | 21 | AND I DON'T WANT TO GO THROUGH THESE, BUT I JUST WANT TO |
| 02:52PM | 22 | GIVE YOU AN OPPORTUNITY TO REVIEW THEM AND CONFIRM THAT YOU |
| 02:52PM | 23 | MADE THESE REPRESENTATIONS IN CONNECTION WITH THE 2013 |
| 02:52PM | 24 | AGREEMENT. |
| 02:53PM | 25 | A.   YES.  IF THIS IS PART OF THAT DOCUMENT, YES. |

ER-6473