No. 22-10338

---

IN THE

# United States Court of Appeals for the Ninth Circuit

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

*v.*

RAMESH "SUNNY" BALWANI,

*Defendant-Appellant*.

---

On Appeal from United States District Court
for the Northern District of California
No. 5:18-cr-00258-EJD-2, Hon. Edward J. Davila

---

**APPELLANT'S EXCERPTS OF RECORD
VOLUME 24 OF 26 (PAGES ER-6474 – ER-6696)**

---

Jeffrey B. Coopersmith
Amy Walsh
Stephen A. Cazares
Aaron P. Brecher
Sachi Schuricht
Amari L. Hammonds
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105

Mark S. Davies
James Anglin Flynn
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005
(202) 339-8400

*Counsel for Appellant*

02:53PM 1    Q.   OKAY.  AND LET ME GO FORWARD TO PAGE 41.

02:53PM 2         AND JUST SO WE HAVE THE PRECISE DETAILS, YOU, I THINK IN

02:53PM 3    CONNECTION WITH THIS TRANSACTION, PURCHASED -- IF WE LOOK AT

02:53PM 4    THE CLOSING INFORMATION, IT INDICATES THAT YOU PURCHASED ABOUT

02:53PM 5    357,000 SHARES AND THAT YOU PAID ABOUT $5.35 MILLION FOR THEM;

02:53PM 6    CORRECT?

02:53PM 7    A.   YES.

02:53PM 8    Q.   AND SO THAT REFLECTS THE $15 PRICE; CORRECT?

02:53PM 9    A.   YES.

02:53PM 10   Q.   OKAY.  NOW, SHORTLY AFTER THIS INVESTMENT CLOSED, I THINK

02:54PM 11   YOU WERE -- AM I RIGHT THAT YOU WERE OFFERED IN WRITING THE

02:54PM 12   OPPORTUNITY TO INVEST AGAIN AT THE HIGHER $17 PRICE?

02:54PM 13   A.   YES.

02:54PM 14   Q.   OKAY.  LET ME SHOW YOU EXHIBIT 5448 IN THE GOVERNMENT'S

02:54PM 15   BINDER, WHICH IS THE WHITE BINDER.

02:55PM 16   A.   OKAY.

02:55PM 17   Q.   IS THIS DOCUMENT AN EMAIL EXCHANGE BETWEEN THERANOS AND

02:55PM 18   BLACK DIAMOND VENTURES ABOUT A POTENTIAL INVESTMENT IN 2014

02:55PM 19   WITH THERANOS?

02:55PM 20   A.   YES.

02:55PM 21        MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

02:55PM 22   EXHIBIT 5448.

02:55PM 23        MR. BOSTIC:  NO OBJECTION.

02:55PM 24        THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

02:55PM 25        (GOVERNMENT'S EXHIBIT 5448 WAS RECEIVED IN EVIDENCE.)

02:55PM  1    BY MR. DOWNEY:

02:55PM  2    Q.   SO IF YOU LOOK AT THE SORT OF BLAST EMAIL TO SHAREHOLDERS

02:55PM  3    THAT YOU'RE ADDRESSED ON AS BLACK DIAMOND VENTURES, DO YOU SEE

02:55PM  4    THAT THERE'S AN OFFERING HERE AND THE OFFERING IS AT ABOUT $17

02:56PM  5    PER SHARE; CORRECT?

02:56PM  6    A.   CORRECT.

02:56PM  7    Q.   AND IF YOU LOOK AT THE DATE IN THE ADDRESS BLOCK AT THE

02:56PM  8    TOP, IT'S FROM JANUARY 21ST, 2014; CORRECT?

02:56PM  9    A.   YES.

02:56PM  10   Q.   AND SO THIS IS ABOUT THREE WEEKS AFTER THE CLOSING ON THE

02:56PM  11   INVESTMENT YOU MADE IN 2013 AT $15 A SHARE; CORRECT?

02:56PM  12   A.   YES.

02:56PM  13   Q.   DID, DID YOU INVEST AT -- ADDITIONAL MONEY IN THERANOS IN

02:56PM  14   CONNECTION WITH THIS 2014 OFFERING?

02:56PM  15   A.   NO.

02:56PM  16   Q.   OKAY.  WE SPOKE BRIEFLY BEFORE ABOUT THE BLACK DIAMOND 55

02:57PM  17   THAT REFLECTED MR. HALL'S INVESTMENT.

02:57PM  18        DO YOU RECALL THAT?

02:57PM  19   A.   YES.

02:57PM  20   Q.   AND MR. HALL INVESTED IN BOTH 2006 AND 2013 IN THERANOS;

02:57PM  21   CORRECT?

02:57PM  22   A.   CORRECT.

02:57PM  23   Q.   AND IN 2006 WHEN HE MADE HIS INVESTMENT, HE AGREED TO PAY

02:57PM  24   A FORM OF COMPENSATION TO YOU FOR BEING ESSENTIALLY HIS

02:57PM  25   INVESTMENT MANAGER WITH REGARD TO THE COMPANY; CORRECT?

02:57PM   1    A.   YES.

02:57PM   2    Q.   DO YOU RECALL THE TERMS OF THAT?

02:57PM   3    A.   I DON'T.

02:57PM   4    Q.   OKAY.  LET ME ASK YOU JUST TO LOOK AT AN EXHIBIT THAT IS

02:57PM   5    IN EVIDENCE AND SEE IF THESE ARE TERMS THAT WERE ULTIMATELY

02:57PM   6    AGREED TO.

02:57PM   7        IF YOU'LL LOOK AT EXHIBIT 3790.

02:57PM   8        DO YOU SEE AT THE TOP THAT THIS IS AN EXCHANGE BETWEEN

02:58PM   9    BRYAN TOLBERT OF HALL GROUP AND SEEMINGLY WITH MR. HALL.

02:58PM  10        DO YOU SEE THAT?

02:58PM  11    A.   YES.

02:58PM  12    Q.   OKAY.  AND THEN ATTACHED TO THIS DOCUMENT THERE ARE SOME

02:58PM  13    NOTES, AND I JUST WANT TO FOCUS ON SOME NOTES AT THE BOTTOM OF

02:58PM  14    PAGE 3.  IT'S THE SECOND TO THE LAST PARAGRAPH REALLY.  OKAY.

02:58PM  15        THIS DESCRIBES THAT THE 2006 INVESTMENT WOULD TAKE PLACE

02:58PM  16    THROUGH BLACK DIAMOND VENTURES, YOUR FUND; CORRECT?

02:58PM  17    A.   YES.

02:58PM  18    Q.   AND THAT MR. HALL WOULD PAY A 2.5 PERCENT ANNUAL

02:58PM  19    MANAGEMENT FEE ON THE FUNDS THAT WERE COMMITTED; CORRECT?

02:58PM  20    A.   YES.

02:58PM  21    Q.   AND 16 PERCENT OF THE UP SIDE; CORRECT?

02:58PM  22    A.   CORRECT.

02:58PM  23    Q.   AND IS THE MANAGEMENT FEE JUST A FEE THAT IS PAID ANNUALLY

02:59PM  24    BASED ON A PERCENTAGE OF THE MONEY THAT HAS BEEN INVESTED?

02:59PM  25    A.   CORRECT.

02:59PM  1    Q.   AND DOES THE UP SIDE REFER TO WHATEVER MONEY IS EVER

02:59PM  2    REALIZED ON THE INVESTMENT?

02:59PM  3    A.   YES, THAT WOULD BE THE PROFIT PARTICIPATION.

02:59PM  4    Q.   OKAY.  AND WERE THESE TERMS ULTIMATELY AGREED TO BETWEEN

02:59PM  5    BDV AND THE HALL GROUP?

02:59PM  6    A.   IT SEEMS THAT THEY WERE, BUT I JUST DON'T RECALL --

02:59PM  7    Q.   OKAY.

02:59PM  8    A.   -- THE EXACT.  IT CERTAINLY SEEMS WHAT WE DID, BUT I DON'T

02:59PM  9    RECALL THAT THEY WERE THE FINAL NUMBERS.

02:59PM  10   Q.   OKAY.  AND DO YOU RECALL IN 2013 THAT MR. HALL DID NOT

02:59PM  11   WANT TO CONTINUE TO INVEST IN THERANOS THROUGH

02:59PM  12   BLACK DIAMOND VENTURES?

02:59PM  13   A.   YES.

02:59PM  14   Q.   AND DO YOU RECALL THAT HE ASKED TO BECOME A DIRECT

02:59PM  15   INVESTOR WITHOUT HAVING A MANAGEMENT ARRANGEMENT WITH

02:59PM  16   BLACK DIAMOND VENTURES?

03:00PM  17   A.   I FORGET WHAT THE TERMS ENDED UP BEING, BUT, YES, HE

03:00PM  18   WANTED TO INVEST DIRECTLY.

03:00PM  19   Q.   OKAY.  AND THAT WAS A SUBSTANTIAL SUBJECT OF DISCUSSION

03:00PM  20   BETWEEN YOU AND -- ON THE ONE HAND AND MR. HALL AND MR. TOLBERT

03:00PM  21   ON THE OTHER HAND IN THIS 15-DAY WINDOW IN LATE DECEMBER 2013?

03:00PM  22   A.   YEAH.  I DON'T KNOW HOW SUBSTANTIAL, BUT IT CERTAINLY WAS

03:00PM  23   A DISCUSSION, YES.

03:00PM  24   Q.   AND MS. HOLMES WAS ALSO DRAWN INTO THAT CONVERSATION;

03:00PM  25   CORRECT?

03:00PM  1    A.   I DON'T, I DON'T RECALL.

03:00PM  2    Q.   OKAY.  I WANT YOU, FOR THE TIME BEING, JUST TO LOOK AT A

03:00PM  3    PAGE THAT IS IN YOUR NOTEBOOK.  IT'S THE FIRST PAGE OF

03:01PM  4    EXHIBIT 14217.

03:01PM  5    A.   THIS IS YOUR BOOK NOW?

03:01PM  6    Q.   YES, AND IN THE -- THAT'S RIGHT, YES.

03:01PM  7    A.   PLEASE SAY AGAIN THE NUMBER.

03:01PM  8    Q.   IT'S 14217.

03:01PM  9    A.   YES.

03:01PM  10   Q.   IS THIS A LIST OF THE INDIVIDUALS WHO INVESTED IN THERANOS

03:01PM  11   THROUGH BLACK DIAMOND VENTURES IN LATE 2013?

03:02PM  12   A.   YES, IT APPEARS TO BE.

03:02PM  13   Q.   OKAY.  AND THERE'S, THERE'S, I DON'T KNOW, 30 OR SO

03:02PM  14   INDIVIDUALS ON THAT LIST?

03:02PM  15   A.   YES.

03:02PM  16   Q.   AND WHAT -- UNDER WHAT TERMS DID THEY INVEST WITH

03:02PM  17   BLACK DIAMOND VENTURES IN CONNECTION WITH THEIR THERANOS

03:02PM  18   INVESTMENT?

03:02PM  19   A.   IT WOULD HAVE BEEN A 2 AND A HALF PERCENT ANNUAL

03:02PM  20   MANAGEMENT FEE, AND THEN I'M JUST NOT REMEMBERING WHAT THE

03:02PM  21   PROFIT PARTICIPATION WAS AS OUR NUMBERS HAVE INCREASED OVER THE

03:02PM  22   YEARS, AND SO IT MAY VERY WELL BE THE 16 PERCENT THAT WAS SHOWN

03:02PM  23   PRIOR.  I JUST FORGET.

03:02PM  24   Q.   OKAY.  AND IN EXCHANGE FOR, FOR THESE MANAGEMENT FEES AND

03:02PM  25   POTENTIAL UP SIDE, YOU KEEP THE INVESTORS INFORMED OF WHAT YOU

LUCAS CROSS BY MR. DOWNEY                                                    5542

03:03PM  1    KNOW ABOUT THE COMPANY; CORRECT?

03:03PM  2    A.   THAT'S CERTAINLY ONE OF THE ACTIVITIES, YES.

03:03PM  3    Q.   OKAY.  AND WHAT ELSE IS ASSOCIATED WITH THAT MANAGEMENT

03:03PM  4    FEE AND POTENTIAL UP SIDE?  WHAT DO YOU DO FOR THE INVESTORS?

03:03PM  5    A.   WELL, CERTAINLY IN MONITORING THE INVESTMENT AND TALKING

03:03PM  6    WITH MANAGEMENT AND SO FORTH, AND I'M SAYING THIS IN GENERAL,

03:03PM  7    WE HELP ALSO AS MUCH AS WE CAN WITH THE COMPANY TO HELP THEM

03:03PM  8    SUCCEED.

03:03PM  9    Q.   OKAY.  AND DO YOU RECALL, FOR EXAMPLE, WITH REGARD TO THE

03:03PM 10    THERANOS INVESTMENT, THAT YOU WOULD DO THINGS AFTER THESE

03:03PM 11    INVESTORS INVESTED, LIKE KEEP THEM UP TO DATE WITH THE OPENING

03:03PM 12    OF NEW WALGREENS, OPENING OF NEW THERANOS CENTERS IN WALGREENS

03:03PM 13    STORES?

03:03PM 14    A.   I WOULD EXPECT WE DID BECAUSE THAT'S VERY EXCITING AND I

03:03PM 15    WANT EVERYONE TO KNOW.

03:03PM 16    Q.   OKAY.  LET ME JUST SHOW YOU A DOCUMENT, WHICH WILL BE

03:04PM 17    EXHIBIT 12604.

03:04PM 18         YOUR HONOR, MAY I JUST HAVE A MOMENT?

03:04PM 19              THE COURT:  YES.  YES.

03:04PM 20         (PAUSE IN PROCEEDINGS.)

03:04PM 21              MR. DOWNEY:  YOUR HONOR, MAY I APPROACH THE WITNESS?

03:04PM 22              THE COURT:  YES, OF COURSE.

03:04PM 23    BY MR. DOWNEY:

03:04PM 24    Q.   (HANDING.)

03:04PM 25    A.   OKAY.

ER-6480

03:04PM 1    Q.   THIS EXHIBIT 12604, IS THIS AN EMAIL COMMUNICATION BETWEEN

03:05PM 2    YOU AND AN INVESTOR IN BDV ABOUT THERANOS?

03:05PM 3    A.   IT CERTAINLY LOOKS LIKE THAT.  I'M JUST GOING DOWN THE

03:05PM 4    LIST TO SEE IF HE WAS AN INVESTOR.

03:05PM 5         HE CERTAINLY IS ONE OF OUR INVESTORS.  I'M NOT SEEING

03:06PM 6    HIS -- UNLESS I'M MISSING IT, I'M NOT SEEING HIS NAME ON OUR

03:06PM 7    INVESTOR LIST.

03:06PM 8    Q.   OKAY.  YOU CAN PUT THAT DOCUMENT ASIDE.

03:06PM 9         DO YOU ALSO REMEMBER KEEPING INVESTORS UP TO SPEED ON

03:06PM 10   PUBLIC DEVELOPMENTS WITH THE COMPANY IN TERMS OF BOARD

03:06PM 11   APPOINTMENTS AND SO FORTH?

03:06PM 12   A.   YES.  IF THERE WAS SOMETHING RELEVANT, WE GENERALLY GOT IT

03:06PM 13   OUT TO OUR GROUP.

03:07PM 14            MR. DOWNEY:  YOUR HONOR, MAY I HAVE ONE MOMENT?

03:07PM 15            THE COURT:  YES.

03:07PM 16        (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

03:07PM 17   BY MR. DOWNEY:

03:07PM 18   Q.   MR. LUCAS, I'M JUST GOING TO ASK YOU A QUESTION, AND I'M

03:07PM 19   NOT GOING TO HAVE YOU GO BACK AND LOOK AT IT, BUT DO YOU RECALL

03:07PM 20   WE WERE LOOKING AT A SLIDE WHICH WAS PART OF A BUSINESS PLAN

03:08PM 21   WHICH INDICATED VARIOUS SERIES OF ANALYZERS THAT THERANOS

03:08PM 22   INTENDED TO DEVELOP?

03:08PM 23        DO YOU RECALL THAT?

03:08PM 24   A.   YES.

03:08PM 25   Q.   AND THERE WAS TO BE 1.0, 2.0, ET CETERA?

03:08PM  1      A.   YES.

03:08PM  2      Q.   AND DID YOU EXPECT THAT EVEN AFTER THERANOS BEGAN TO OFFER

03:08PM  3      BLOOD TESTING SERVICES TO THE PUBLIC, IT WOULD CONTINUE TO

03:08PM  4      DEVELOP THE SERIES OF TECHNOLOGIES THAT IT OFFERED?

03:08PM  5      A.   YES.

03:08PM  6      Q.   AND DID YOU EXPECT THAT IT WOULD CONTINUE TO DEVELOP AND

03:08PM  7      VALIDATE SMALL SAMPLE ASSAYS TO USE IN CONNECTION WITH THOSE

03:08PM  8      ANALYZERS?

03:08PM  9      A.   YES.

03:08PM 10      Q.   OKAY.  SO A COMPANY CAN BOTH SCALE AND BE A DEVELOPMENT

03:08PM 11      COMPANY AT THE SAME TIME; CORRECT?

03:08PM 12      A.   YES, IT WOULD HAVE TO BE.

03:08PM 13      Q.   OKAY.

03:09PM 14           ALL RIGHT.  YOUR HONOR, I HAVE NO FURTHER QUESTIONS FOR

03:09PM 15      THIS WITNESS AT THIS TIME.

03:09PM 16              THE COURT:  ALL RIGHT.  MR. BOSTIC?

03:09PM 17              MR. BOSTIC:  YES, YOUR HONOR.

03:09PM 18              THE COURT:  FEEL FREE TO STRETCH AT THIS TIME.

03:09PM 19      WE'RE GOING TO END OUR DAY TODAY AT 4:00 O'CLOCK, 4:00 O'CLOCK.

03:09PM 20              MR. BOSTIC:  MAY I PROCEED, YOUR HONOR?

03:09PM 21              THE COURT:  PLEASE.

03:09PM 22                         **REDIRECT EXAMINATION**

03:09PM 23      BY MR. BOSTIC:

03:09PM 24      Q.   GOOD AFTERNOON, MR. LUCAS.  I'D JUST LIKE TO FOLLOW UP ON

03:09PM 25      A FEW THINGS YOU DISCUSSED WITH MR. DOWNEY.

LUCAS REDIRECT BY MR. BOSTIC                                    5545

03:09PM  1          FIRST OF ALL, IN THE BLACK BINDER, CAN I ASK YOU TO TURN

03:09PM  2    BACK TO TAB 14217.

03:10PM  3          DO YOU HAVE THAT IN FRONT OF YOU?

03:10PM  4    A.   YES.

03:10PM  5    Q.   YOU DISCUSSED THIS DOCUMENT WITH MR. DOWNEY.  DID YOU

03:10PM  6    IDENTIFY IT AS A LIST OF INDIVIDUALS WHO INVESTED IN THERANOS

03:10PM  7    IN DECEMBER 2013?

03:10PM  8    A.   YES.

03:10PM  9    Q.   I'LL ASK YOU TO REVIEW THE LIST, AND LET ME KNOW IF IT

03:10PM  10   REFRESHES YOUR RECOLLECTION AS TO WHETHER YOUR PERSONAL FUNDS

03:10PM  11   WERE ALSO INCLUDED IN THIS INVESTMENT BATCH.

03:10PM  12   A.   YES.

03:10PM  13   Q.   IT DOES REFRESH YOUR RECOLLECTION?

03:10PM  14   A.   WELL, MY NAME IS THERE.

03:10PM  15   Q.   LET ME ASK YOU, MR. LUCAS, BASED ON YOUR CURRENT MEMORY,

03:11PM  16   ARE YOU AWARE OF WHETHER OR NOT YOUR PERSONAL FUNDS WERE

03:11PM  17   ACTUALLY INCLUDED IN THIS 2013 THERANOS INVESTMENT?

03:11PM  18   A.   YES.

03:11PM  19   Q.   AND --

03:11PM  20   A.   I MEAN, AGAIN, THIS IS OUR INVESTOR SCHEDULE, AND IT LISTS

03:11PM  21   ALL OF OUR INVESTORS, AND I'M ONE OF THEM.

03:11PM  22   Q.   THANK YOU.

03:11PM  23          DO YOU REMEMBER SOME DISCUSSION WITH MR. DOWNEY ABOUT

03:11PM  24   MS. HOLMES'S AGE IN 2005?

03:11PM  25   A.   I DO.

LUCAS REDIRECT BY MR. BOSTIC                                    5546

03:11PM   1    Q.   AND LET'S LOOK JUST BRIEFLY AT EXHIBIT 1776 ONE MORE TIME,

03:11PM   2    AND THAT'S ADMITTED.

03:11PM   3         MAY WE PUBLISH, YOUR HONOR?

03:11PM   4              THE COURT:   YES.

03:11PM   5    BY MR. BOSTIC:

03:11PM   6    Q.   AND, MR. LUCAS, I BELIEVE YOU SAID THAT YOU RECALL THAT

03:11PM   7    MS. HOLMES MIGHT HAVE BEEN APPROXIMATELY 19 IN 2005?

03:11PM   8    A.   YES.

03:11PM   9    Q.   I'LL INVITE YOU TO JUST LOOK AT THE FIRST LINE OF THIS

03:11PM  10    "FORTUNE" ARTICLE THAT WE LOOKED AT BEFORE, AND WE'LL ZOOM IN

03:12PM  11    ON THE SCREEN.

03:12PM  12         DO YOU SEE WHERE IT SAYS, "IN THE FALL OF 2013" -- EXCUSE

03:12PM  13    ME.  "IN THE FALL OF 2003, ELIZABETH HOLMES, A 19-YEAR OLD

03:12PM  14    SOPHOMORE AT STANFORD."

03:12PM  15         DO YOU SEE THAT LANGUAGE?

03:12PM  16    A.   I DO.

03:12PM  17    Q.   SO JUST TO CLARIFY, IF THIS IS CORRECT, WOULD THAT MAKE

03:12PM  18    MS. HOLMES 21 IN 2005?

03:12PM  19    A.   YES.

03:12PM  20    Q.   OKAY.  AND WOULD THAT MEAN THAT SHE WAS THEN 29 YEARS OLD

03:12PM  21    IN 2013 AT THE TIME OF THE FOLLOW-ON INVESTMENT?

03:12PM  22    A.   YES.

03:12PM  23    Q.   AT THAT POINT IN 2013, WOULD THAT MEAN THAT MS. HOLMES HAD

03:12PM  24    BEEN CEO OF THERANOS FOR APPROXIMATELY TEN YEARS?

03:12PM  25    A.   YES.

LUCAS REDIRECT BY MR. BOSTIC                                        5547

03:12PM  1    Q.   AS AN INVESTOR LOOKING AT AN INVESTMENT OPPORTUNITY IN

03:12PM  2    2006 VERSUS 2013, DID YOU HAVE MORE CONFIDENCE IN MS. HOLMES

03:12PM  3    AND THERANOS IN 2013 GIVEN THAT SHE WAS A MORE SEASONED CEO?

03:13PM  4    A.   YES.

03:13PM  5    Q.   OKAY.  WE CAN PUT THAT EXHIBIT ASIDE.

03:13PM  6         DO YOU RECALL DISCUSSING WITH MR. DOWNEY SOME FINANCIAL

03:13PM  7    PROJECTIONS THAT YOU APPEARED TO HAVE BEEN INVOLVED WITH IN

03:13PM  8    COLLABORATION WITH THERANOS?

03:13PM  9    A.   YES.

03:13PM  10   Q.   AND JUST TO BE CLEAR, DO YOU RECALL WHAT INFORMATION YOU

03:13PM  11   RELIED UPON IN ASSISTING WITH THOSE PROJECTIONS?

03:13PM  12   A.   I DON'T FULLY RECALL THE PROCESS, BUT I WOULD HAVE

03:13PM  13   RECEIVED NUMBERS FROM THE COMPANY, AND THEN I WOULD HAVE PUT

03:13PM  14   THEM IN A NICE FORMAT.

03:13PM  15   Q.   AND THAT'S MY QUESTION.  AT THAT TIME, DID YOU HAVE ANY

03:13PM  16   INDEPENDENT SOURCE OF INFORMATION OR KNOWLEDGE ABOUT THE

03:13PM  17   COMPANY'S FINANCIALS OTHER THAN MS. HOLMES AND THE COMPANY

03:13PM  18   ITSELF?

03:13PM  19   A.   NO.

03:13PM  20   Q.   DURING THAT PERIOD OF TIME, WAS MS. HOLMES STILL YOUR

03:14PM  21   PRIMARY SOURCE OF INFORMATION ABOUT THERANOS?

03:14PM  22   A.   YES.  AND IN THAT PROCESS, AS WAS MENTIONED EARLIER, THE

03:14PM  23   PEOPLE THAT I WORKED WITH IN PUTTING THE NUMBERS TOGETHER.

03:14PM  24   Q.   THE DOCUMENTS THAT YOU REVIEWED WITH MR. DOWNEY WERE FROM

03:14PM  25   2007 PROJECTING FINANCIALS FOR 2008.

LUCAS REDIRECT BY MR. BOSTIC                                    5548

03:14PM   1          DO YOU RECALL THAT?

03:14PM   2    A.   YES.

03:14PM   3    Q.   IN THE YEARS AFTER 2007 LEADING UP TO 2013, DO YOU RECALL

03:14PM   4    DOING ANY ADDITIONAL WORK ON THERANOS FINANCIAL INFORMATION?

03:14PM   5    A.   I DON'T.

03:14PM   6    Q.   IN THE TIME AROUND THE 2013 INVESTMENT, DID YOU HAVE

03:14PM   7    ACCESS TO THERANOS FINANCIAL INFORMATION?

03:14PM   8    A.   NO.

03:14PM   9    Q.   AT THE TIME THAT YOU DECIDED TO INVEST IN LATE 2013, DID

03:14PM  10    YOU HAVE ANY KNOWLEDGE AS TO WHETHER THERANOS WAS SHORT ON

03:14PM  11    MONEY AND NEEDED INVESTMENT TO CONTINUE OPERATIONS?

03:14PM  12    A.   I WAS NOT -- EXCUSE ME -- I WAS NOT AWARE OF THE CASH

03:15PM  13    POSITION.

03:15PM  14          BUT CERTAINLY WHEN YOU'RE RAISING MONEY, IT'S -- YOU NEED

03:15PM  15    THE MONEY, SO YOU'RE RAISING IT FOR EITHER -- YOU'RE RAISING

03:15PM  16    MONEY FOR THE EXPANSION, AND YOU MAY NOT BE OUT OF MONEY, BUT

03:15PM  17    YOU CERTAINLY NEED ADDITIONAL MONEY FOR THAT SORT OF ROLLOUT.

03:15PM  18    Q.   AND TO BE CLEAR, YOUR TESTIMONY IS THAT YOU DIDN'T KNOW

03:15PM  19    ONE WAY OR ANOTHER WHAT THERANOS'S FINANCIAL SITUATION WAS IN

03:15PM  20    LATE 2013; IS THAT RIGHT?

03:15PM  21    A.   CORRECT.

03:15PM  22    Q.   EXHIBIT 10 -- EXCUSE ME, 12022 WAS PREVIOUSLY ADMITTED.

03:15PM  23          MS. HOLLIMAN, DO WE HAVE THE ABILITY TO PROJECT THAT?

03:16PM  24          AND IF WE CAN GO TO, LET'S SEE, SLIDE 22 IN THE

03:16PM  25    PRESENTATION.  SO FOUR MORE PAGES FORWARD, PLEASE,

03:16PM   1    MS. HOLLIMAN.

03:16PM   2        MR. LUCAS, DO YOU REMEMBER REVIEWING THIS SLIDE THAT YOU

03:16PM   3    RECEIVED IN LATE 2005?

03:16PM   4    A.   YES.

03:16PM   5    Q.   THIS SLIDE HAS PROJECTIONS FOR A SERIES OF THE THERANOS

03:16PM   6    ANALYZER; IS THAT CORRECT?

03:16PM   7    A.   CORRECT.

03:16PM   8    Q.   AND DOWN AT THE BOTTOM, DO YOU SEE THAT THERE ARE YEARS

03:16PM   9    LISTED SO THAT THE VERSIONS OF THE ANALYZER APPEAR ON A

03:16PM   10   TIMELINE?

03:16PM   11   A.   YES.

03:16PM   12   Q.   AND THIS TIMELINE GOES TO 2010; CORRECT?

03:16PM   13   A.   YES.

03:16PM   14   Q.   INDICATING THAT AT THIS TIME THE COMPANY WAS PROJECTING

03:16PM   15   THAT ITS ANALYZER WOULD BE ABLE TO DO MORE THAN 1,000 ASSAYS BY

03:17PM   16   APPROXIMATELY 2010?  IS THAT HOW YOU READ THIS CHART?

03:17PM   17   A.   YES.

03:17PM   18   Q.   AT THE TIME THAT YOU INVESTED IN 2013, I THINK YOU

03:17PM   19   TESTIFIED BEFORE YOU UNDERSTOOD FROM MS. HOLMES THAT THE

03:17PM   20   ANALYZER COULD PERFORM DOZENS OF TESTS; IS THAT CORRECT?

03:17PM   21   A.   CORRECT.

03:17PM   22   Q.   SO THEN BASED ON THIS CHART, WOULD THAT MEAN THAT YOU

03:17PM   23   UNDERSTOOD THAT THERANOS WAS PAST WHAT WOULD BE VERSION 3.0 ON

03:17PM   24   THIS CHART WHICH COULD ONLY DO TEN ASSAYS?

03:17PM   25   A.   I DON'T REMEMBER WHAT I WOULD HAVE ASSUMED AT THAT TIME.

03:17PM   1    THIS HAD BEEN DONE BACK IN 2006.  YOU KNOW, THAT'S A GOOD PIECE

03:17PM   2    OF TIME, AND I PROBABLY DID NOT EVEN GO BACK AND REFER TO THIS

03:18PM   3    DOCUMENT.

03:18PM   4    Q.    SORRY TO TALK OVER YOU.

03:18PM   5          IN 2013 THEN, TO UNDERSTAND WHERE THERANOS WAS WITH ITS

03:18PM   6    TECHNOLOGY, YOU WERE NOT REFERRING BACK TO THIS DOCUMENT;

03:18PM   7    CORRECT?

03:18PM   8    A.    NO.

03:18PM   9    Q.    WHAT WERE YOU RELYING ON FOR YOUR UNDERSTANDING OF HOW FAR

03:18PM  10    ALONG THERANOS'S ANALYZER WAS IN 2013?

03:18PM  11    A.    AS I SAID EARLIER, IT WAS MY UNDERSTANDING THAT THERANOS

03:18PM  12    WAS ABLE TO DO DOZENS OF TESTS, AND WHICH VERSION THE COMPANY

03:18PM  13    WAS ON I DIDN'T KNOW.

03:18PM  14    Q.    AND YOUR UNDERSTANDING THAT THE COMPANY COULD DO DOZENS OF

03:18PM  15    TESTS, FIRST OF ALL, DID YOU UNDERSTAND THAT THAT MEANT THAT

03:18PM  16    THE COMPANY'S HOME GROWN ANALYZER COULD PERFORM DOZENS OF

03:18PM  17    TESTS?

03:18PM  18    A.    YES.

03:18PM  19    Q.    AND WHERE DID THAT UNDERSTANDING COME FROM?  WHAT SOURCE?

03:18PM  20    A.    LIKELY JUST FROM ELIZABETH.

03:18PM  21    Q.    AND THERE WAS SOME TALK DURING YOUR CROSS-EXAMINATION

03:18PM  22    ABOUT THE IMPORTANCE THAT YOU ASCRIBED TO THERANOS'S

03:19PM  23    PARTNERSHIPS WITH WALGREENS AND SAFEWAY.

03:19PM  24          DO YOU REMEMBER THAT TESTIMONY?

03:19PM  25    A.    YES.

03:19PM 1    Q.   WERE THOSE PARTNERSHIPS ALL THAT MATTERED TO YOU IN MAKING

03:19PM 2    YOUR DECISION TO INVEST IN 2013, OR DID THE STATE OF THE

03:19PM 3    COMPANY'S TECHNOLOGY AND HOW FAR ALONG IT WAS ALSO MATTER TO

03:19PM 4    YOU AT THAT TIME?

03:19PM 5    A.   ABSOLUTELY.  IT WAS THE WHOLE THING AND THE FACT THAT

03:19PM 6    THERE WERE OTHER RELATIONSHIPS WITH THE PHARMAS AND GOVERNMENT.

03:19PM 7          MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN ACTUALLY KEEP

03:19PM 8    12022 UP AND GO TO THE PAGE WITH THE BATES NUMBER 18849.

03:19PM 9          I'M SORRY.  I COULD TRY TO FIGURE OUT WHAT PAGE NUMBER

03:19PM 10   THAT IS IN THE DOCUMENT, BUT I'M NOT GOING TO TRY TO DO MATH IN

03:19PM 11   FRONT OF A CROWD.

03:19PM 12         SO ABOUT 50 PAGES MORE.

03:20PM 13         HERE WE ARE.  THANK YOU.

03:20PM 14   Q.   MR. LUCAS, DO YOU REMEMBER REVIEWING THIS PORTION OF A

03:20PM 15   MEMO WITH MR. DOWNEY WHERE IN 2005 THERE WERE RISKS DISCLOSED

03:20PM 16   RELATING TO THE THERANOS INVESTMENT?

03:20PM 17   A.   YES.

03:20PM 18   Q.   AND ONE OF THOSE RISKS, IN FACT, THE FIRST ONE, "THE RATE

03:20PM 19   OF PROGRESS AND COSTS OF OUR RESEARCH AND DEVELOPMENT

03:20PM 20   ACTIVITIES, LEADING TO THE PRODUCTION OF OUR FIRST GENERATION

03:20PM 21   DEVICE."

03:20PM 22         DO YOU SEE THAT?

03:20PM 23   A.   YES.

03:20PM 24   Q.   AND FIRST, WHEN YOU MADE YOUR 2013 INVESTMENT, DID YOU

03:21PM 25   RECEIVE A SIMILAR DISCLOSURE ABOUT RISKS FROM THERANOS OR

03:21PM  1    MS. HOLMES?

03:21PM  2    A.   THIS PERTAINS TO THE SECOND 2006 INVESTMENT?  I'M SORRY.

03:21PM  3    Q.   UM, SO I -- I DON'T WANT YOU TO RELY ON ME FOR THAT, BUT

03:21PM  4    YOU UNDERSTAND THAT THIS WAS RELATING TO YOUR INVESTMENT IN THE

03:21PM  5    2006 TIME PERIOD?

03:21PM  6    A.   YES.

03:21PM  7    Q.   AND MY QUESTION IS FOR 2013.

03:21PM  8    A.   OH.

03:21PM  9    Q.   SEVEN YEARS LATER, DID YOU RECEIVE A SIMILAR LIST OR

03:21PM  10   DISCLOSURE FROM THERANOS ABOUT RISKS INVOLVED IN THAT

03:21PM  11   INVESTMENT?

03:21PM  12   A.   I DON'T REMEMBER.  I'D HAVE TO LOOK AT THE DOCUMENTS.

03:21PM  13   Q.   SITTING HERE TODAY, DO YOU HAVE A MEMORY OF RECEIVING SUCH

03:21PM  14   A LIST?

03:21PM  15   A.   I JUST DON'T RECALL.

03:21PM  16   Q.   THAT FIRST RISK THAT IS LISTED HERE IN 2006 RELATES TO

03:21PM  17   PROGRESS AND COST OF R&D.

03:22PM  18        DO YOU SEE THAT?

03:22PM  19   A.   YES.

03:22PM  20   Q.   AND WHAT WAS YOUR UNDERSTANDING IN 2013 OF THE AMOUNT OF

03:22PM  21   R&D RISK ASSOCIATED WITH THERANOS.

03:22PM  22        WAS IT THE SAME AS IT WAS IN 2006?

03:22PM  23   A.   NO.  IF THEY'RE STARTING TO ROLL OUT THE TECHNOLOGY TO

03:22PM  24   COMMERCIAL PARTNERS, THEN CERTAINLY WE'RE BEYOND -- ONE WOULD

03:22PM  25   THINK WE'RE BEYOND THE R&D RISK FOR THE INITIAL ROLLOUT.

03:22PM 1          BUT AS WE DISCUSSED EARLIER, R&D IS REALLY IMPORTANT IN

03:22PM 2     TECHNOLOGY COMPANIES TO KEEP GOING, ALSO MAKING IT BETTER,

03:22PM 3     FASTER, SMALLER, AND SO FORTH.

03:22PM 4          BUT CERTAINLY IF YOU'RE ROLLING IT OUT, YOU WOULD BELIEVE

03:22PM 5     THE R&D FOR THAT PORTION OF IT WAS DONE.

03:22PM 6     Q.   AND TO BE CLEAR, WHEN WE'RE TALKING ABOUT YOUR

03:22PM 7     UNDERSTANDING OF HOW FAR ALONG THE THERANOS TECHNOLOGY WAS, WAS

03:22PM 8     THAT UNDERSTANDING JUST BASED ON YOUR ASSUMPTIONS BECAUSE THE

03:22PM 9     ROLLOUT WAS HAPPENING, OR WAS IT ALSO INFORMED BY CONVERSATIONS

03:23PM 10    WITH MS. HOLMES ABOUT THE TECHNOLOGY?

03:23PM 11    A.   I WOULD CERTAINLY THINK BOTH.

03:23PM 12    Q.   SO BOTH OF THOSE SOURCES OF INFORMATION WOULD HAVE BEEN

03:23PM 13    IMPORTANT TO YOU AS AN INVESTOR?

03:23PM 14    A.   YES.

03:23PM 15    Q.   DO YOU RECALL REVIEWING THE STOCK PURCHASE AGREEMENT WITH

03:23PM 16    MR. DOWNEY THAT CONTAINED A SECTION FOR REPRESENTATIONS AND

03:23PM 17    WARRANTIES THAT THE INVESTOR HAD TO MAKE?

03:23PM 18    A.   YES.

03:23PM 19    Q.   AND DO YOU RECALL THAT ONE OF THOSE PORTIONS TALKED ABOUT

03:23PM 20    ACCESS TO INFORMATION AND WHETHER YOU AS THE INVESTOR HAD HAD A

03:23PM 21    CHANCE TO ASK QUESTIONS OF COMPANY MANAGEMENT AND RECEIVE

03:23PM 22    INFORMATION BACK?

03:23PM 23    A.   YES.

03:23PM 24    Q.   WHEN YOU MADE THE 2013 INVESTMENT, WERE YOU SATISFIED WITH

03:23PM 25    YOUR ABILITY TO ASK MS. HOLMES QUESTIONS AND THE ANSWERS THAT

| 03:23PM | 1 | SHE HAD PROVIDED TO YOU AT THE TIME? |
| 03:23PM | 2 | A.   WITH THE QUESTIONS WE ASKED AND THE RESPONSES, YES. |
| 03:24PM | 3 | Q.   AND WAS THAT SATISFACTION BASED ON AN ASSUMPTION THAT THE |
| 03:24PM | 4 | INFORMATION THAT YOU HAD GOTTEN FROM MS. HOLMES WAS TRUTHFUL |
| 03:24PM | 5 | AND ACCURATE? |
| 03:24PM | 6 | A.   YES. |
| 03:24PM | 7 | MR. BOSTIC:  NO FURTHER QUESTIONS. |
| 03:24PM | 8 | THANK YOU. |
| 03:24PM | 9 | **RECROSS-EXAMINATION** |
| 03:24PM | 10 | BY MR. DOWNEY: |
| 03:24PM | 11 | Q.   I REALLY JUST HAVE A COUPLE OF QUESTIONS FOR YOU. |
| 03:24PM | 12 | COULD YOU LOOK BACK AT EXHIBIT 1776 IN THE WHITE NOTEBOOK. |
| 03:25PM | 13 | A.   OKAY. |
| 03:25PM | 14 | Q.   AND I'M GOING TO DIRECT YOUR ATTENTION TO THE BOTTOM OF |
| 03:25PM | 15 | PAGE 8 OF THAT EXHIBIT. |
| 03:25PM | 16 | ON YOUR REDIRECT EXAMINATION, DO YOU RECALL THAT -- |
| 03:25PM | 17 | MR. WADE:  I THINK WE NEED A TECH SWITCH HERE. |
| 03:25PM | 18 | SORRY FOR THE INTERRUPTION. |
| 03:25PM | 19 | THE CLERK:  APOLOGIES. |
| 03:25PM | 20 | THE COURT:  IT'S ON THE SCREEN NOW I BELIEVE. |
| 03:25PM | 21 | JUROR:  UH-HUH. |
| 03:25PM | 22 | MR. DOWNEY:  I CAN SEE IT.  CAN OTHERS?  OKAY. |
| 03:25PM | 23 | Q.   FIRST OF ALL, I THINK WE ESTABLISHED THAT MS. HOLMES WAS |
| 03:25PM | 24 | ACTUALLY 21? |
| 03:25PM | 25 | A.   YES. |

03:25PM   1    Q.   YES.  OKAY.

03:25PM   2         AND THEN CAN I ASK YOU TO LOOK AT THE BOTTOM OF PAGE 8 IN

03:25PM   3    THIS EXHIBIT, AND I'M REALLY JUST INTERESTED IN THE LAST

03:25PM   4    PARAGRAPH THERE.

03:26PM   5         AND BEFORE I DO THAT, DO YOU RECALL THAT MR. BOSTIC WAS

03:26PM   6    JUST ASKING YOU QUESTIONS ABOUT THE FACT THAT YOU WERE RELYING

03:26PM   7    ON DATA THAT THERANOS PROVIDED TO YOU IN CONSIDERATION CERTAIN

03:26PM   8    ASPECTS OF YOUR INVESTMENT?

03:26PM   9    A.   YES.  BACK AT THIS 2006 OR 2013 TIMEFRAME?

03:26PM   10   Q.   YES, RIGHT.  DO YOU RECALL HE WAS ASKING YOU THAT?

03:26PM   11   A.   YEAH.

03:26PM   12   Q.   OKAY.  I WANT TO DIRECT YOUR ATTENTION TO A QUOTE

03:26PM   13   CONTAINED IN THE ARTICLE THAT MR. BOSTIC FIRST REFERRED YOU TO,

03:26PM   14   WHICH READS AS FOLLOWS:

03:26PM   15        "THE FIRST TIME I HEARD ABOUT THIS, I THOUGHT IT WAS SNAKE

03:26PM   16   OIL AND MIRRORS SAYS DAVID HELFET, THE CHIEF OF ORTHOPEDIC

03:26PM   17   TRAUMA AT THE HOSPITAL FOR SPECIAL SURGERY IN MANHATTAN.  BUT

03:26PM   18   AFTER REVIEWING VOLUMINOUS VALIDATION STUDIES SUPPLIED TO HIM

03:26PM   19   BY THE COMPANY, HE HAS BECOME A BELIEVER AND IS URGING HIS

03:26PM   20   HOSPITAL TO CONSIDER ADOPTION."

03:27PM   21        DO YOU SEE THAT?

03:27PM   22   A.   YES.

03:27PM   23   Q.   AND IF YOU SEE, IT CARRIES OVER TO THE NEXT PAGE AND IT

03:27PM   24   SAYS -- THE FIRST PARAGRAPH SAYS, "'IT'S REAL DATA,' HE SAYS.

03:27PM   25   IT'S NOT THEIR INTERPRETATION."

1

2                     UNITED STATES DISTRICT COURT

3                    NORTHERN DISTRICT OF CALIFORNIA

4                          SAN JOSE DIVISION

5

      UNITED STATES OF AMERICA,        )   CR-18-00258-EJD
6                                       )
                        PLAINTIFF,      )   SAN JOSE, CALIFORNIA
7                                       )
            VS.                         )   VOLUME 46
8                                       )
      ELIZABETH A. HOLMES,              )   DECEMBER 16, 2021
9                                       )
                        DEFENDANT.      )   PAGES 8899 - 9110
10    _____   )

11

12                   TRANSCRIPT OF TRIAL PROCEEDINGS
                 BEFORE THE HONORABLE EDWARD J. DAVILA
13                   UNITED STATES DISTRICT JUDGE

     A P P E A R A N C E S:
14

15    FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
                            BY:  JOHN C. BOSTIC
16                               JEFFREY B. SCHENK
                            150 ALMADEN BOULEVARD, SUITE 900
17                          SAN JOSE, CALIFORNIA 95113

                            BY:  ROBERT S. LEACH
18                               KELLY VOLKAR
                            1301 CLAY STREET, SUITE 340S
19                          OAKLAND, CALIFORNIA 94612

20        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21

     OFFICIAL COURT REPORTERS:
22                            IRENE L. RODRIGUEZ, CSR, RMR, CRR
                             CERTIFICATE NUMBER 8074
23                            LEE-ANNE SHORTRIDGE, CSR, CRR
                             CERTIFICATE NUMBER 9595
24

         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25            TRANSCRIPT PRODUCED WITH COMPUTER

09:08AM  1            **(MR. SCHENK GAVE HIS CLOSING ARGUMENT ON BEHALF OF THE**

09:08AM  2    **GOVERNMENT.)**

09:08AM  3            MR. SCHENK:  GOOD MORNING.

09:08AM  4        ELIZABETH HOLMES HAD A CHOICE TO MAKE IN 2009, 2010, AND

09:08AM  5    THEN AGAIN IN 2013.  THERANOS WAS RUNNING OUT OF MONEY, AND

09:08AM  6    MS. HOLMES HAD STOPPED RECEIVING POSITIVE FEEDBACK FROM THE

09:08AM  7    LARGE PHARMACEUTICAL COMPANIES THAT THERANOS HAD BEEN DOING

09:08AM  8    WORK WITH, AND SHE WAS SPENDING HER TIME INSTEAD ON THE PHONE

09:08AM  9    WITH A THERANOS BANKER BEGGING HIM TO CLEAR A CHECK EARLY SO

09:09AM 10    THAT THERANOS COULD PAY ITS EXPENSES.

09:09AM 11        AND IT WAS IN THAT MOMENT THAT MS. HOLMES HAD A CHOICE TO

09:09AM 12    MAKE.  SHE COULD WATCH THERANOS SLOWLY FAIL, OR SHE COULD MAKE

09:09AM 13    A DIFFERENT DECISION.

09:09AM 14        AND WE NOW KNOW, THROUGH THE EVIDENCE, THAT SHE MADE A

09:09AM 15    DIFFERENT DECISION.  MS. HOLMES MADE THE DECISION TO DEFRAUD

09:09AM 16    HER INVESTORS AND THEN TO DEFRAUD PATIENTS.  SHE CHOSE FRAUD

09:09AM 17    OVER BUSINESS FAILURE.  SHE CHOSE TO BE DISHONEST WITH HER

09:09AM 18    INVESTORS AND WITH PATIENTS.

09:09AM 19        THAT CHOICE WAS NOT ONLY CALLOUS, IT WAS CRIMINAL.  AND

09:09AM 20    THAT'S WHY WE'VE SPENT THE LAST THREE-PLUS MONTHS TOGETHER.

09:09AM 21    IT'S BECAUSE MS. HOLMES KNEW ONE THING FOR CERTAIN, AND THAT

09:09AM 22    WAS IN THAT TIMEFRAME -- LET'S SAY 2013, 2014 -- AN HONEST

09:09AM 23    PITCH FILLED WITH HONEST REPRESENTATIONS TO HER INVESTORS AND

09:09AM 24    TO PATIENTS WOULD NOT HAVE RESULTED IN ANY REVENUE FOR

09:10AM 25    THERANOS, NO MONEY FOR THERANOS WITH HONEST STATEMENTS.

| | |
|---|---|
| 09:10AM 1 | IMAGINE FOR A MOMENT WHAT AN HONEST PITCH WOULD HAVE |
| 09:10AM 2 | SOUNDED LIKE TO INVESTORS IN 2013.  MS. HOLMES WOULD HAVE TOLD |
| 09:10AM 3 | HER INVESTORS THAT THE COMPANY, THAT THERANOS HAD BEEN AROUND |
| 09:10AM 4 | FOR ABOUT A DECADE BY THAT POINT AND ONLY HAD A HANDFUL OF |
| 09:10AM 5 | TESTS OR ASSAYS ON ITS DEVICE, AND THOSE TESTS FREQUENTLY |
| 09:10AM 6 | CAUSED PROBLEMS.  THEY STILL REMAINED INACCURATE AND |
| 09:10AM 7 | UNRELIABLE. |
| 09:10AM 8 | MS. HOLMES WOULD HAVE TOLD THESE POTENTIAL INVESTORS THAT |
| 09:10AM 9 | THERANOS HAD NOT BEEN VALIDATED BY PHARMACEUTICAL COMPANIES. |
| 09:10AM 10 | MS. HOLMES WOULD HAVE TOLD INVESTORS THAT THERANOS DID NOT |
| 09:10AM 11 | HAVE A HEALTHY AND GROWING OR EXPANDING RELATIONSHIP WITH |
| 09:10AM 12 | WALGREENS. |
| 09:10AM 13 | MS. HOLMES WOULD HAVE TOLD HER INVESTORS THAT THERANOS DID |
| 09:10AM 14 | NOT, OR ITS TECHNOLOGY WAS NOT ON MILITARY HELICOPTERS, MEDEVAC |
| 09:11AM 15 | HELICOPTERS, IT WAS NOT DEPLOYED IN THE BATTLEFIELD, IT WAS NOT |
| 09:11AM 16 | IN AFGHANISTAN, IT WAS NOT IN THE MIDDLE EAST. |
| 09:11AM 17 | MS. HOLMES KNEW THAT THESE HONEST STATEMENTS WOULD NOT |
| 09:11AM 18 | HAVE LED TO ANY REVENUE, AND SHE CHOSE A DIFFERENT PATH. |
| 09:11AM 19 | NOW, AN HONEST PITCH TO PATIENTS WOULD HAVE BEEN MUCH |
| 09:11AM 20 | SIMPLER, MORE STRAIGHTFORWARD.  SHE WOULD HAVE INVITED PATIENTS |
| 09:11AM 21 | TO USE THE BLOOD TESTING SERVICE AT WALGREENS, BUT THEN TOLD |
| 09:11AM 22 | THEM NOT TO RELY ON THE RESULTS, THAT THE BLOOD TESTS WERE NOT |
| 09:11AM 23 | OFTEN ACCURATE, THEY WERE NOT RELIABLE, AND YOU'RE WELCOME TO |
| 09:11AM 24 | COME TO WALGREENS TO GET A BLOOD TEST, BUT YOU SHOULDN'T RELY |
| 09:11AM 25 | ON THEM. |

CLOSING ARGUMENT BY MR. SCHENK                                    8911

09:11AM  1        YOU CAN TELL THAT AN HONEST PITCH, FIRST TO INVESTORS AND

09:11AM  2   THEN TO PATIENTS, WOULD NOT HAVE RESULTED IN ANY REVENUE FOR

09:11AM  3   HER, AND WHEN THERANOS WAS RUNNING OUT OF MONEY, THAT WAS

09:11AM  4   NECESSARY.

09:11AM  5        NOW, I WANT TO GIVE YOU A LITTLE BIT OF A ROADMAP, WHAT

09:11AM  6   WE'RE GOING TO TALK ABOUT THIS MORNING.  I'M GOING TO START BY

09:11AM  7   GOING THROUGH SOME SLIDES WITH YOU, AND THESE SLIDES COVER FOUR

09:12AM  8   TOPICS.

09:12AM  9        THE FIRST TOPIC IS A SUMMARY OF THE WITNESSES THAT

09:12AM 10   TESTIFIED IN THE CASE.  THE GOVERNMENT CALLED ABOUT 30

09:12AM 11   WITNESSES IN THIS CASE, AND I WANT TO REMIND YOU WHO TESTIFIED,

09:12AM 12   WHERE THEIR TESTIMONY FITS INTO THE STORY, AND A HIGHLIGHT OR

09:12AM 13   TWO FROM THEIR TESTIMONY.

09:12AM 14        THE SECOND TOPIC WE'LL COVER ARE THE CRIMES THAT

09:12AM 15   MS. HOLMES IS CHARGED WITH COMMITTING.  SHE'S CHARGED WITH

09:12AM 16   COMMITTING A COUPLE OF CRIMES, AND I WANT TO GO THROUGH THOSE

09:12AM 17   WITH YOU AND EXPLAIN HOW THEY FIT INTO THE STORY.

09:12AM 18        I THEN WANT TO TALK TO YOU ABOUT THE ELEMENTS OF THOSE

09:12AM 19   CRIMES, WHAT THE GOVERNMENT IS REQUIRED TO PROVE BEYOND A

09:12AM 20   REASONABLE DOUBT IN ORDER FOR YOU TO CONVICT MS. HOLMES.

09:12AM 21        AND THEN FINALLY WITH THE SLIDES, WE'LL TALK ABOUT THE

09:12AM 22   EVIDENCE.  YOU'VE SEEN MANY EMAILS, TEXT MESSAGES, RECORDINGS.

09:12AM 23   WE'LL GO THROUGH SOME OF THOSE AND WE'LL TALK ABOUT HOW THE

09:12AM 24   EVIDENCE FITS INTO THOSE ELEMENTS, HOW THE EVIDENCE PROVES

09:12AM 25   THOSE ELEMENTS.

CLOSING ARGUMENT BY MR. SCHENK                          8912

09:12AM  1        AND THEN AFTER THAT WE'LL STEP AWAY FROM THE SLIDES FOR A

09:13AM  2   WHILE.  THERE ARE A FEW FINAL TOPICS THAT I WANT TO TALK TO YOU

09:13AM  3   ABOUT BEFORE WE BRIEFLY RETURN TO THE SLIDES AT THE VERY END.

09:13AM  4        SO LET'S START.

09:13AM  5        THE FIRST WITNESS IN TRIAL WAS A WOMAN NAMED

09:13AM  6   SO HAN SPIVEY.  THAT'S HER NAME NOW.  YOU RECALL AT THE TIME

09:13AM  7   SHE WORKED AT THERANOS, HER NAME WAS DANISE YAM.  SHE WAS THE

09:13AM  8   CONTROLLER AT THERANOS.

09:13AM  9        YOU ALSO MAY REMEMBER SHE TESTIFIED TWICE IN THIS TRIAL.

09:13AM 10   SHE TESTIFIED AT THE VERY BEGINNING, AND THEN SHE CAME BACK AND

09:13AM 11   TALKED ABOUT ONE PARTICULAR EMAIL, AND WE'LL TALK ABOUT THAT

09:13AM 12   EMAIL A LITTLE BIT LATER ON THIS MORNING.

09:13AM 13        MS. YAM, AS I'LL TRY TO REFER TO HER THIS MORNING BECAUSE

09:13AM 14   THAT'S HOW YOU'LL SEE HER NAME IN DOCUMENTS, TOLD YOU THAT SHE

09:13AM 15   HAD TALKED TO MS. HOLMES IN 2009 ABOUT THE CASH POSITION, ABOUT

09:13AM 16   THE FINANCIAL TROUBLES AT THERANOS, THAT THERANOS WOULD NOT BE

09:13AM 17   ABLE TO PAY ALL OF ITS VENDORS, AND THAT THEY WOULD HAVE TO

09:13AM 18   CONTACT THIS PARTICULAR BANKER TO GET A CHECK CLEARED, WHAT I

09:14AM 19   REFERENCED A MOMENT AGO.

09:14AM 20        LET ME SAY ONE BRIEF THING ABOUT THESE SLIDES IN GENERAL.

09:14AM 21   THEY WON'T BE BACK IN THE DELIBERATION ROOM WITH YOU.  YOU

09:14AM 22   WON'T HAVE A COPY OF THESE SLIDES.

09:14AM 23        IN THE LOWER RIGHT CORNER, SOMETIMES YOU'LL SEE THE PAGE

09:14AM 24   NUMBER FOR A TRANSCRIPT.  YOU ALSO WON'T HAVE THE TRANSCRIPT OF

09:14AM 25   THE TESTIMONY.

09:14AM   1        YOUR MEMORY OF WHAT THE WITNESS TESTIFIED TO IS WHAT YOU

09:14AM   2    SHOULD FOCUS ON.

09:14AM   3        THERE ARE INSTANCES WHEN I WILL SHOW YOU AN EXHIBIT, AND

09:14AM   4    THE EXHIBIT NUMBER WILL BE IN THE LOWER RIGHT CORNER, AND IF

09:14AM   5    THAT'S AN EXHIBIT THAT TRIGGERS SOMETHING IN YOUR MIND, YOU MAY

09:14AM   6    WANT TO JOT THAT DOWN.

09:14AM   7        THERE ALSO MAY BE INSTANCES WHEN I WILL ACTUALLY SUGGEST

09:14AM   8    TO YOU THAT YOU WRITE SOMETHING DOWN FROM THE SLIDES.

09:14AM   9        FORGIVE ME FOR BEING PRESUMPTUOUS IN THOSE MOMENTS.  I

09:14AM  10    THINK THERE MIGHT BE INSTANCES WHEN YOU'LL FIND IT USEFUL TO

09:14AM  11    HAVE CERTAIN INFORMATION DURING YOUR DELIBERATIONS.

09:14AM  12        ERIKA CHEUNG WAS THE NEXT WITNESS WHO TESTIFIED.

09:14AM  13    MS. CHEUNG ALSO WORKED AT THERANOS, AND JUST ONE OF THE

09:15AM  14    HIGHLIGHTS FROM HER TESTIMONY WAS THAT SHE DESCRIBED TO YOU THE

09:15AM  15    REASON THAT SHE RESIGNED FROM THERANOS, AND IT WAS SIMPLE.  SHE

09:15AM  16    WAS UNCOMFORTABLE PROCESSING PATIENT SAMPLES.

09:15AM  17        THE NEXT WITNESS WAS SUREKHA GANGADKHEDKAR.  SHE ALSO

09:15AM  18    WORKED AT THERANOS.  SHE TOLD YOU THAT WHEN SHE RETURNED FROM A

09:15AM  19    VACATION IN OR AROUND AUGUST IN 2013, SHE LEARNED THAT THERANOS

09:15AM  20    WAS ABOUT TO BEGIN TESTING.  THAT'S RIGHT AROUND THE TIME THEY

09:15AM  21    OPENED WITH WALGREENS.  THAT WAS SEPTEMBER OF 2013.

09:15AM  22        AND MS. GANGAKHEDKAR FELT THAT THE VALIDATION PROCESS WAS

09:15AM  23    BEING RUSHED.  SHE FELT PRESSURE.  SHE SAID THAT PRESSURE CAME

09:15AM  24    FROM THE DEFENDANT, AND SHE HAD SOME CONCERNS BECAUSE OF THAT.

09:15AM  25        SHE ALSO TOLD YOU THAT WHEN SHE RESIGNED, SHE SPOKE TO

CLOSING ARGUMENT BY MR. SCHENK                                    8914

09:15AM   1    MS. HOLMES ABOUT THE DECISION TO RESIGN.  SHE EXPRESSED HER

09:15AM   2    CONCERNS, AND HERE IT'S REFERRED TO AS THE EDISON 3.0.

09:15AM   3        THEY HAD A 3 SERIES AND A 4 SERIES, AND WE'RE GOING TO

09:16AM   4    TALK A FAIR AMOUNT ABOUT THOSE DIFFERENT DEVICES.  YOU NOW KNOW

09:16AM   5    THAT THE 3 SERIES WAS THE DEVICE THAT WAS USED TO TEST

09:16AM   6    PATIENTS' BLOOD IN THE WALGREENS ROLLOUT.  THE 4 SERIES WAS THE

09:16AM   7    DEVICE THAT YOU SAW AT SOME POINT, A VIDEO OF WHERE THE SORT OF

09:16AM   8    ARM WAS MOVING AND PICKING UP SAMPLES.

09:16AM   9        A DEFENSE WITNESS NAMED DR. BONANNI TESTIFIED THAT WAS

09:16AM  10    NEVER USED FOR PATIENT SAMPLES.  THAT WAS A DIFFERENT DEVICE.

09:16AM  11        SO WHAT MS. GANGAKHEDKAR WAS WORRIED ABOUT WAS THIS 3

09:16AM  12    SERIES DEVICE, THE ONE THAT THEY WERE GOING TO USE WITH

09:16AM  13    WALGREENS PATIENTS.  SHE CONFRONTED MS. HOLMES ABOUT IT, AND

09:16AM  14    THE RESPONSE THAT SHE GOT WAS ELIZABETH HOLMES SAID, I MADE A

09:16AM  15    PROMISE AND I NEED TO DELIVER.  ESSENTIALLY THE TRAIN IS ON THE

09:16AM  16    TRACKS AND I CAN'T STOP IT.

09:16AM  17        AND MS. GANGAKHEDKAR WAS UNCOMFORTABLE WITH THAT AND

09:16AM  18    RESIGNED.

09:16AM  19        DR. ZACHMAN WAS THE NEXT WITNESS WHO TESTIFIED.  YOU

09:16AM  20    RECALL THAT DR. ZACHMAN WAS TREATING A PATIENT OF HERS NAME

09:17AM  21    BRITTANY GOULD.  MS. GOULD WAS PREGNANT AND GOT AN HCG TEST AT

09:17AM  22    THERANOS.  YOU HEARD THAT THE NUMBERS, HCG NUMBERS ARE SUPPOSED

09:17AM  23    TO CONSTANTLY GO UP, MAYBE DOUBLE OR SO IF THERE'S A HEALTHY,

09:17AM  24    VIABLE PREGNANCY.

09:17AM  25        MS. GOULD, BRITTANY GOULD, GOT A NUMBER AT THERANOS THAT

ER-6500

CLOSING ARGUMENT BY MR. SCHENK                    8915

09:17AM  1    SUGGESTED OTHERWISE, THAT SUGGESTED THAT THERE WAS A PROBLEM OR

09:17AM  2    THAT THE PREGNANCY WAS NOT HEALTHY.

09:17AM  3         AND FIRST DR. ZACHMAN TESTIFIED AND DESCRIBED THAT PROCESS

09:17AM  4    TO YOU, SORT OF BACKGROUND ON THE HCG TEST, AND ALSO HER

09:17AM  5    OPINION THAT THE BRITTANY GOULD TEST WAS NOT ACCURATE BECAUSE

09:17AM  6    THE END OF THE STORY WAS BRITTANY GOULD DID HAVE A VIABLE

09:17AM  7    PREGNANCY THAT SHE TOOK TO TERM.

09:17AM  8         AND THEN MS. GOULD HERSELF TESTIFIED AFTERWARDS AND SHE

09:17AM  9    WALKED YOU THROUGH SOME OF THE VARIOUS TESTS THAT SHE RECEIVED.

09:17AM  10   IT'S THE THIRD ONE DOWN.  THAT WAS THE ONE THAT WAS CONCERNING

09:17AM  11   TO DR. ZACHMAN.  THAT WAS THE ONE THAT SHOWED A SIGNIFICANT

09:17AM  12   DROP FROM AROUND A NUMBER OF 12,000 TO A LITTLE OVER 100, AND

09:18AM  13   THAT THAT WAS NOT AN ACCURATE TEST.

09:18AM  14        BRITTANY GOULD ALSO TOLD YOU THAT BASED ON MARKETING

09:18AM  15   MATERIALS, INFORMATION THAT SHE HAD HEARD ABOUT -- SHE LIVED IN

09:18AM  16   ARIZONA.  THERANOS MARKETED ITS SERVICES IN ARIZONA.  MS. GOULD

09:18AM  17   THOUGHT THAT, I WILL GET ACCURATE AND RELIABLE RESULTS IF I GO

09:18AM  18   TO THERANOS.

09:18AM  19        THIS HELPED SATISFY AN ELEMENT CALLED MATERIALITY.  WE'LL

09:18AM  20   TALK ABOUT THAT LATER WHEN WE GET TO THE ELEMENTS, BUT I JUST

09:18AM  21   SORT OF WANT TO JUST PUT A PIN IN THAT RIGHT NOW SO YOU KNOW

09:18AM  22   WHEN WE GET TO IT LATER THAT THIS IS ONE OF THE ARGUMENTS OR

09:18AM  23   PIECES OF EVIDENCE THAT YOU HAVE HEARD THAT MAKES REFERENCES TO

09:18AM  24   THE STATEMENTS THAT WERE MADE MATTERED, THE FALSE STATEMENTS

09:18AM  25   THAT WERE MADE TO INVESTORS AND ALSO TO PATIENTS WERE OF THE

ER-6501

09:18AM   1    TYPE THAT WOULD ACTUALLY INFLUENCE SOMEONE TO SPEND MONEY TO

09:18AM   2    INVEST OR TO PURCHASE BLOOD TESTS.

09:18AM   3        GENERAL MATTIS WAS THE NEXT WITNESS IN THE CASE.  YOU MAY

09:18AM   4    RECALL THAT GENERAL MATTIS WAS ON THE BOARD OF DIRECTORS AT

09:18AM   5    THERANOS.  AMONG THE THINGS THAT HE TOLD YOU WAS THAT HE BEGAN

09:19AM   6    TO LEARN THINGS ABOUT THERANOS FROM THE PRESS.

09:19AM   7        THERE WAS AN ARTICLE THAT YOU HEARD ABOUT IN "THE

09:19AM   8    WALL STREET JOURNAL" IN AROUND OCTOBER OF 2015 BY A REPORTER

09:19AM   9    NAMED JOHN CARREYROU, AND THAT WAS SORT OF ONE OF THE FIRST

09:19AM  10    INSTANCES WHEN NEGATIVE INFORMATION, SIGNIFICANT NEGATIVE

09:19AM  11    INFORMATION ENTERED THE PUBLIC DOMAIN ABOUT THERANOS, AND EVEN

09:19AM  12    BOARD MEMBERS WERE LEARNING THINGS IN THE PRESS.

09:19AM  13        AND GENERAL MATTIS TOLD YOU THAT THAT LACK OF TRANSPARENCY

09:19AM  14    WAS CONCERNING TO HIM.

09:19AM  15        THE NEXT WITNESS THAT TESTIFIED WAS JUSTIN OFFEN.

09:19AM  16    MR. OFFEN WORKS FOR PWC AND HE CAME HERE TO EXPLAIN TO YOU THE

09:19AM  17    PROCESS OF EXTRACTING TEXT MESSAGES.

09:19AM  18        THEN AFTER MR. OFFEN TESTIFIED, YOU BEGAN TO SEE A LOT

09:19AM  19    MORE TEXT MESSAGES OVER THE COURSE OF THE TRIAL, AND MR. OFFEN

09:19AM  20    DESCRIBED TO YOU THE PROCESS, HOW TEXT MESSAGES WERE DOWNLOADED

09:19AM  21    FROM PHONES AND COMPUTERS.

09:19AM  22        AND THERE'S ONE THREAD THAT WAS INTRODUCED THROUGH

09:20AM  23    MR. OFFEN THAT I HAVE ON THE SCREEN NOW.

09:20AM  24        FIRST LET ME HIGHLIGHT THE DATE FOR YOU, SEPTEMBER 22ND,

09:20AM  25    2015.  THAT WAS DURING A CMS INSPECTION.

CLOSING ARGUMENT BY MR. SCHENK                    8917

09:20AM   1        CMS IS THE CENTER FOR MEDICARE AND MEDICAID SERVICES

09:20AM   2   WITHIN THE DEPARTMENT OF HEALTH AND HUMAN SERVICES.  YOU HEARD

09:20AM   3   THAT THEY HAVE A ROLE IN REGULATING CLINICAL LABORATORIES, AND

09:20AM   4   THEY DO PERIODIC INSPECTIONS.

09:20AM   5        THEY WERE DOING AN INSPECTION AT THIS TIME, AND HOLMES AND

09:20AM   6   BALWANI ARE TEXTING EACH OTHER DURING THE INSPECTION.  AND YOU

09:20AM   7   CAN SEE SOME OF THE COMMENTS ARE, "VERY HOSTILE SO FAR.  THEY

09:20AM   8   HAVE COMPLAINTS."

09:20AM   9        AND THEN FURTHER DOWN THEY TALK ABOUT NAMES OF

09:20AM  10   INDIVIDUALS, TYLER, ADAM, AND JC, THAT'S TYLER SHULTZ,

09:20AM  11   ADAM ROSENDORFF AND JOHN CARREYROU.

09:20AM  12        HOLMES AND BALWANI ARE TRYING TO FIGURE OUT THE SOURCE,

09:20AM  13   WHERE ARE THE COMPLAINTS THAT CMS IS FOLLOWING UP ON, AND

09:20AM  14   THEY'RE IDENTIFYING TWO FORMER EMPLOYEES, YOU'VE HEARD THESE

09:20AM  15   NAMES BEFORE, AND THE REPORTER.

09:21AM  16        AND HOLMES AND BALWANI ARE SORT OF WONDERING -- AND MAYBE

09:21AM  17   "INVESTIGATING" IS A FAIR WORD TO USE -- WHERE DID THESE

09:21AM  18   COMPLAINTS COME FROM?  HOW DID THE LEAKS HAPPEN?

09:21AM  19        AND THEN MS. HOLMES WRITES, "PRAYING LITERALLY NONSTOP."

09:21AM  20        MS. HOLMES IS PRAYING DURING A CMS INSPECTION.  THIS IS A

09:21AM  21   POINT I'M GOING TO COME BACK TO LATER.

09:21AM  22        WHEN MS. HOLMES WAS ON THE STAND, SHE TOLD YOU THAT WHEN

09:21AM  23   CMS ISSUED A REPORT -- ACTUALLY, JUDGE DAVILA JUST A MOMENT AGO

09:21AM  24   REFERRED TO IT -- IT'S THAT JANUARY 2016 REPORT FROM CMS.

09:21AM  25        MS. HOLMES TOLD YOU THAT WHEN THAT REPORT CAME OUT, THAT

09:21AM   1    WAS SORT OF A LIGHT BULB MOMENT FOR HER, A EUREKA, IF YOU WILL.

09:21AM   2    SHE DISCOVERED THAT THE LAB HAD PROBLEMS, THAT MR. BALWANI WAS

09:21AM   3    NOT THE BUSINESSMAN THAT HE SAID HE WAS, AND THAT THE LAB

09:21AM   4    WASN'T THE BEST LAB IN THE COUNTRY.

09:21AM   5         BUT DURING THE INSPECTION THE PRIOR YEAR, SHE'S PRAYING.

09:21AM   6    WE'LL COME BACK TO THAT TESTIMONY THAT SHE GAVE A LITTLE BIT

09:22AM   7    LATER.

09:22AM   8         THE NEXT WITNESS THAT TESTIFIED WAS DR. ROSENDORFF.  HE

09:22AM   9    WAS THE LAB DIRECTOR AT THERANOS DURING ROUGHLY THAT FIRST YEAR

09:22AM  10    WITH WALGREENS, SORT OF LATE 2013 TO 2014.

09:22AM  11         DR. ROSENDORFF DESCRIBED TO YOU WHY HE LEFT, WHY HE

09:22AM  12    RESIGNED FROM THERANOS, AND HE TOLD YOU THAT HE REACHED A POINT

09:22AM  13    WHERE HE CONCLUDED THAT AT THERANOS THEY CARED MORE ABOUT PR

09:22AM  14    AND FUNDRAISING THAN PATIENT CARE.

09:22AM  15         THAT'S ANOTHER CONCEPT THAT I'LL COME BACK TO A LITTLE BIT

09:22AM  16    LATER.

09:22AM  17         THE NEXT WITNESS THAT TESTIFIED WAS DR. SUNG.  SHE WORKED

09:22AM  18    FOR A COMPANY CALLED CELGENE.  YOU'VE HEARD A LOT ABOUT WORK

09:22AM  19    THAT THERANOS DID WITH VARIOUS PHARMACEUTICAL COMPANIES OVER

09:22AM  20    THE YEAR, AND SORT OF THE DIFFERENCE BETWEEN WHAT THE

09:22AM  21    PHARMACEUTICAL COMPANIES SAY THAT THEY DID AND WHAT MS. HOLMES

09:22AM  22    TOLD OTHERS THEY DID.

09:22AM  23         THERE'S A DIFFERENCE IN WHAT ACTUALLY HAPPENED BETWEEN THE

09:22AM  24    PHARMACEUTICAL COMPANY AND THERANOS AND THE WAY THAT THAT

09:22AM  25    RELATIONSHIP WAS DESCRIBED TO INVESTORS, AND MS. SUNG WAS THE

CLOSING ARGUMENT BY MR. SCHENK                                8919

09:22AM 1      FIRST OF THOSE TO COME AND TALK TO YOU.

09:23AM 2          AND SHE TOLD YOU THAT CELGENE HAD NEVER VALIDATED,

09:23AM 3      COMPREHENSIVELY VALIDATED THERANOS'S TECHNOLOGY.  YOU'VE NOW

09:23AM 4      SEEN A BUNCH OF TIMES A SLIDE IN THE BINDERS THAT WERE SENT TO

09:23AM 5      POTENTIAL INVESTORS INFORMING POTENTIAL INVESTORS THAT THERANOS

09:23AM 6      HAD BEEN COMPREHENSIVELY VALIDATED BY 10 OF THE 15 LARGEST

09:23AM 7      PHARMACEUTICAL COMPANIES, A PHRASE SOMETHING LIKE THAT, AND

09:23AM 8      THEN PHARMACEUTICAL COMPANIES CAME INTO THIS COURTROOM AND TOLD

09:23AM 9      YOU, WE DIDN'T COMPREHENSIVELY VALIDATE.

09:23AM 10         HERE'S THE FIRST ONE.

09:23AM 11         THE NEXT WITNESS THAT TESTIFIED WAS STEVE BURD.  MR. BURD

09:23AM 12     WAS THE CEO OF SAFEWAY.

09:23AM 13         LET ME TAKE A MOMENT TO TALK TO YOU ABOUT SOME OF THESE

09:23AM 14     OTHER SORT OF THIRD PARTY ENTITIES THAT YOU'VE HEARD ABOUT IN

09:23AM 15     THIS TRIAL:  SAFEWAY, WALGREENS, THE DEPARTMENT OF DEFENSE.

09:23AM 16     THE GOVERNMENT HAS NOT CHARGED MS. HOLMES WITH DEFRAUDING THOSE

09:23AM 17     THIRD PARTIES, SAFEWAY, WALGREENS, THE DEPARTMENT OF DEFENSE.

09:24AM 18         SO WHEN I'M POINTING OUT TO YOU FALSE STATEMENTS THAT WERE

09:24AM 19     MADE FROM MS. HOLMES OR THERANOS TO THESE THIRD PARTIES, IT'S

09:24AM 20     FOR REALLY THESE TWO REASONS, TWO CONCLUSIONS THAT I THINK IT'S

09:24AM 21     APPROPRIATE FOR YOU TO DRAW FROM THEM.

09:24AM 22         THE FIRST IS THAT WHEN THE FALSE STATEMENT THAT IS MADE TO

09:24AM 23     THESE THIRD PARTIES, LIKE SAFEWAY, IS EXACTLY LIKE THE FALSE

09:24AM 24     STATEMENT THAT IS MADE TO AN INVESTOR, YOU BEGIN TO SEE THAT

09:24AM 25     THERE'S A SCHEME GOING ON HERE.

09:24AM 1         "SCHEME" IS A TERM OF ART, WE'LL GET TO IT A LITTLE BIT

09:24AM 2    LATER IN THE ELEMENTS, BUT IT'S ALL THE SAME SCHEME THAT IS

09:24AM 3    HAPPENING.

09:24AM 4         THE INVESTORS HEARD IT, THE THIRD PARTIES HEARD IT, THE

09:24AM 5    BOARD HEARD IT.

09:24AM 6         SO IT'S VALUABLE.  IT'S USEFUL EVIDENCE TO YOU FOR THAT

09:24AM 7    CONCLUSION.

09:24AM 8         BUT IT'S ALSO USEFUL FOR ANOTHER REASON, AND LET ME USE

09:24AM 9    WALGREENS AS AN EXAMPLE.  YOU'VE HEARD FROM, AND I'LL SHOW YOU

09:24AM 10   THEIR PHOTOS IN A MOMENT, SOME WALGREENS WITNESSES WHO CAME

09:24AM 11   INTO THE COURTROOM AND SAID, HERE'S WHAT WE UNDERSTOOD THERANOS

09:24AM 12   COULD DO, AND THEN WE STARTED THIS BUSINESS RELATIONSHIP WITH

09:25AM 13   THERANOS, AND THEN WE TRACKED THE VENOUS DRAW PERCENT NUMBERS,

09:25AM 14   AND IN ORDER TO GO NATIONAL, WE WANTED THAT TO BE LOW.  WE SORT

09:25AM 15   OF UNDERSTOOD THAT THE TECHNOLOGY AT THERANOS WAS FINGERSTICK

09:25AM 16   BLOOD TESTING.

09:25AM 17        BUT THEN THEY ROLL OUT AND THERE'S A REALLY HIGH

09:25AM 18   PERCENTAGE, 40 PERCENT OR SO, OF VEIN DRAWS, AND THAT WAS

09:25AM 19   CONFUSING TO WALGREENS.

09:25AM 20        AND THE POINT HERE IS THAT WHEN THERANOS, WHEN MS. HOLMES

09:25AM 21   AND MR. BALWANI ARE TELLING INVESTORS THAT WE ARE GOING TO ROLL

09:25AM 22   OUT NATIONALLY WITH WALGREENS, THE RELATIONSHIP IS GOING WELL,

09:25AM 23   THERE ARE SORT OF TWO WAYS THEY KNOW THAT HOLMES KNOWS THAT

09:25AM 24   THAT'S FALSE.

09:25AM 25        ONE IS BECAUSE WALGREENS IS TELLING THEM, WE'RE CONCERNED

CLOSING ARGUMENT BY MR. SCHENK                                   8921

09:25AM   1    ABOUT IT, WE'RE CONCERNED ABOUT VEIN DRAWS, WE'RE CONCERNED

09:25AM   2    WITH OTHER SORT OF THINGS THAT ARE DIFFERENT THAN WHAT WE

09:25AM   3    EXPECTED.

09:25AM   4        BUT ANOTHER IS BECAUSE THE FOUNDATION OF THE RELATIONSHIP

09:25AM   5    BETWEEN THERANOS AND WALGREENS WAS BUILT ON FRAUD.  FALSE

09:25AM   6    STATEMENTS MADE TO WALGREENS ARE VALUABLE BECAUSE MS. HOLMES

09:26AM   7    DOESN'T NEED TO HEAR SOMEONE FROM WALGREENS TELL HER THERE'S

09:26AM   8    TOO MANY VEIN DRAWS OR THAT THE PATIENT SATISFACTION SCORE

09:26AM   9    ISN'T HIGH ENOUGH OR SOME OTHER FACT ABOUT THE RELATIONSHIP.

09:26AM  10        SHE KNOWS THAT THE RELATIONSHIP IS DESTINED TO FAIL

09:26AM  11    BECAUSE THE TECHNOLOGY CAN'T DO WHAT WALGREENS THINKS IT CAN

09:26AM  12    DO.

09:26AM  13        SO WHETHER SHE'S HEARING BACK FROM WALGREENS

09:26AM  14    REPRESENTATIONS, STATEMENTS THAT WALGREENS IS CONCERNED, IS ONE

09:26AM  15    WAY SHE KNOWS IT'S GOING TO FAIL.

09:26AM  16        BUT IT ISN'T THE ONLY WAY.  IT REALLY IS JUST A MATTER OF

09:26AM  17    TIME BEFORE WALGREENS DISCOVERS THAT THEY HAD BEEN DEFRAUDED.

09:26AM  18        AND THERE ARE A FEW WAYS, AND WE'LL TALK ABOUT THEM, THAT

09:26AM  19    FALSE STATEMENTS WERE COMMUNICATED TO WALGREENS.

09:26AM  20        IN FACT, WALGREENS DID PURCHASE EQUITY AT SOME POINT.

09:26AM  21    THEY BOUGHT EQUITY INTO THERANOS.

09:26AM  22        YOU DON'T HAVE TO RESOLVE THE QUESTION.  YOU'RE NOT GOING

09:26AM  23    TO BE ASKED TO, IN YOUR VERDICT FORM, DECIDE IF SAFEWAY OR

09:26AM  24    WALGREENS OR THE DEPARTMENT OF DEFENSE ARE VICTIMS.

09:26AM  25        "VICTIMS" IN THIS CASE, AS I'M USING THAT WORD, REFER TO

CLOSING ARGUMENT BY MR. SCHENK                                    8922

```
09:27AM   1    THE INVESTORS AND REFER TO THE PATIENTS, BUT THAT DOESN'T MEAN
09:27AM   2    THAT THIS THIRD PARTY TESTIMONY ISN'T STILL RELEVANT AND
09:27AM   3    VALUABLE TO YOU.
09:27AM   4        AND STEVE BURD IS THIS FIRST EXAMPLE.  THE CEO AT SAFEWAY
09:27AM   5    DESCRIBED HIS INITIAL INTERACTIONS WITH MS. HOLMES AND WHAT HE
09:27AM   6    WAS LEARNING, AND MR. BURD SAID THAT ELIZABETH HOLMES INFORMED
09:27AM   7    HIM AND SAFEWAY AND THE DEPARTMENT OF DEFENSE ABOUT WORK THAT
09:27AM   8    THERANOS HAD DONE, INCLUDING THE FACT THAT THE DEVICE WAS IN A
09:27AM   9    MEDEVAC AROUND THE WORLD, PLACES THAT AMERICANS DIDN'T EVEN
09:27AM  10    KNOW WE WERE.
09:27AM  11        YOU KNOW THAT ISN'T TRUE, AND THAT'S WHY STATEMENTS LIKE
09:27AM  12    THIS TO SAFEWAY ARE VALUABLE BECAUSE IT'S THE SAME KIND OF
09:27AM  13    STATEMENT THAT INVESTORS HEARD.
09:27AM  14        WADE MIQUELON WAS THE NEXT WITNESS TO TESTIFY.
09:27AM  15    MR. MIQUELON WAS THE CFO AT WALGREENS, AND MR. MIQUELON TOLD
09:27AM  16    YOU AND SHOWED YOU -- IN FACT, I THINK THIS MIGHT BE THE FIRST
09:27AM  17    INSTANCE, IF YOU SEE IN THE LOWER RIGHT CORNER THERE'S AN
09:28AM  18    EXHIBIT NUMBER, 617, THAT REFERS TO AN AGREEMENT, A MASTER
09:28AM  19    SERVICES AGREEMENT BETWEEN THERANOS AND WALGREENS, AND IN THE
09:28AM  20    AGREEMENT IT TALKED ABOUT THERE NEEDING TO BE SATISFACTION OF
09:28AM  21    WALGREENS FOR FURTHER ROLLOUTS.
09:28AM  22        YOU HEARD THAT TESTIMONY, BUT IT'S ALSO IN THE DOCUMENTS.
09:28AM  23        SO A NATIONAL ROLLOUT OF WALGREENS, OF THERANOS STORES --
09:28AM  24    OR THERANOS SERVICE CENTERS WITHIN WALGREENS STORES CERTAINLY
09:28AM  25    WASN'T GUARANTEED.  IT WAS SOMETHING THAT WAS GOING TO BE
```

CLOSING ARGUMENT BY MR. SCHENK                                    8923

```
09:28AM   1    EVALUATED, AND MR. MIQUELON TOLD YOU IT WAS GOING TO BE
09:28AM   2    EVALUATED.
09:28AM   3         AND AGAIN, THE TWO POINTS I MADE TO YOU:  MS. HOLMES WAS
09:28AM   4    TOLD BY WALGREENS THAT THERE WERE PROBLEMS; BUT ALSO, SHE
09:28AM   5    DIDN'T NEED TO BE TOLD THAT THERE WERE PROBLEMS.  SHE KNOWS
09:28AM   6    THAT THERE WERE FALSE STATEMENTS MADE TO WALGREENS ABOUT WHAT
09:28AM   7    THE TECHNOLOGY COULD DO, AND THEREFORE, THE RELATIONSHIP WAS
09:28AM   8    DESTINED TO FAIL.  IT WAS JUST A MATTER OF TIME UNTIL WALGREENS
09:28AM   9    LEARNED THAT THEY HAD BEEN DECEIVED.
09:28AM  10         MR. AMENTA WAS THE NEXT WITNESS THAT TESTIFIED.  YOU MAY
09:28AM  11    RECALL THAT MR. AMENTA WORKED, OR WORKS, FOR THE FEDERAL
09:28AM  12    RESERVE BANK IN NEW YORK, AND HE CAME TO COURT TO TALK TO YOU
09:29AM  13    ABOUT SOMETHING CALLED FEDWIRE.
09:29AM  14         FEDWIRE IS AN ELECTRONIC FUNDS TRANSFER SYSTEM.  WHEN YOU
09:29AM  15    WIRE MONEY FROM ONE BANK ACCOUNT TO ANOTHER BANK ACCOUNT,
09:29AM  16    SOMETIMES IT USES FEDWIRE, AND WHEN IT DOES USE FEDWIRE, A WIRE
09:29AM  17    CROSSES STATE LINES.
09:29AM  18         WHEN WE GET TO THE ELEMENTS OF CERTAIN COUNTS THAT ARE
09:29AM  19    CHARGED THAT YOU'RE GOING TO HAVE TO DELIBERATE ABOUT, ONE OF
09:29AM  20    THE ELEMENTS IS AN INTERSTATE WIRE, AND IN THIS CASE ALL OF THE
09:29AM  21    INVESTORS' INVESTMENTS WERE WIRES, ELECTRONIC FUNDS TRANSFERS,
09:29AM  22    FROM ONE BANK ACCOUNT TO THERANOS'S BANK ACCOUNT AND MR. AMENTA
09:29AM  23    PROVIDED THE TESTIMONY AND THE DOCUMENTS TO SHOW YOU THAT THOSE
09:29AM  24    WIRES CROSSED STATE LINES.
09:29AM  25         THERE IS ALSO ONE COUNT RELATED TO THE PATIENT FRAUD THAT
```

ER-6509

09:29AM 1    ALSO WAS AN INTERSTATE WIRE.  THERANOS BOUGHT A MEDIA BUY,

09:29AM 2    ADVERTISEMENTS IN THE ARIZONA MARKET, AND THEY DID THAT WITH AN

09:30AM 3    ELECTRONIC WIRE.

09:30AM 4        SO THE INTERSTATE NEXUS ELEMENT IS SATISFIED BY

09:30AM 5    MR. AMENTA'S TESTIMONY.  THAT'S WHY HE CAME.

09:30AM 6        THE NEXT WITNESS WAS NIMESH JHAVERI.  MR. JHAVERI ALSO

09:30AM 7    WORKED AT WALGREENS.  HE TOLD YOU THAT HIS JOB WAS SORT OF TO

09:30AM 8    OPERATIONALIZE THE BUSINESS RELATIONSHIP.

09:30AM 9        WHEN MR. MIQUELON STEPPED BACK, HE DID THE NEGOTIATION OF

09:30AM 10   THE TWO PARTIES, HELPED SORT OF FORMULATE THE AGREEMENTS.

09:30AM 11       BUT THEN WHEN THEY STARTED TO ROLL OUT IN STORES,

09:30AM 12   MR. JHAVERI PLAYED MORE OF A ROLE.  AND MR. JHAVERI DESCRIBED

09:30AM 13   TO YOU THESE PERIODIC, MAYBE MONTHLY -- I CAN'T REMEMBER

09:30AM 14   EXACTLY HOW OFTEN -- MEETINGS BETWEEN THERANOS AND WALGREENS,

09:30AM 15   AND THE TOPICS THAT WERE DISCUSSED.

09:30AM 16       HE EVEN TESTIFIED ABOUT SOME POWERPOINT SLIDES THAT WERE

09:30AM 17   SHOWN DURING THESE PERIODIC MEETINGS.

09:30AM 18       AND ONE OF THE THINGS THAT WALGREENS WAS TRACKING WAS

09:30AM 19   VENOUS DRAW NUMBERS TO SEE IF THAT NUMBER EVER GOT LOW.  THAT'S

09:30AM 20   WHAT WALGREENS WAS EXPECTING WAS THAT THE TESTING WOULD BE DONE

09:31AM 21   BY A FINGERSTICK.  IT WASN'T THAT THAT WAS SURPRISING TO

09:31AM 22   WALGREENS.  THEY TRACKED IT.  THEY TALKED TO THERANOS ABOUT IT.

09:31AM 23       IT WAS MR. BALWANI WHO WAS PRESENT IN THESE MEETINGS.  YOU

09:31AM 24   SAW AN EMAIL, AND I'LL SHOW IT TO YOU A LITTLE LATER, WHERE

09:31AM 25   MR. BALWANI RECEIVES AN EMAIL FROM MR. JHAVERI CONCERNED ABOUT

09:31AM  1    THE VENOUS DRAW NUMBERS, AND MR. BALWANI FORWARDS THAT EMAIL TO

09:31AM  2    MS. HOLMES.

09:31AM  3        SO SHE WAS NOT AT MEETINGS BETWEEN MR. JHAVERI AND

09:31AM  4    MR. BALWANI, BUT SHE KNOWS ABOUT THE INFORMATION THAT WAS BEING

09:31AM  5    DISCUSSED AT THE MEETINGS.

09:31AM  6        MR. JHAVERI ALSO TALKED TO YOU ABOUT SOME TEXT MESSAGES.

09:31AM  7    YOU MAY RECALL HE READ SOME TEXT MESSAGES.

09:31AM  8        AND THE ONE I HAVE ON THE SCREEN NOW IS FROM OCTOBER 16,

09:31AM  9    2015.  THIS IS RIGHT WHEN THAT NEGATIVE "WALL STREET JOURNAL"

09:31AM 10    ARTICLE CAME OUT.  I THINK IT CAME OUT OCTOBER 15TH, 2016 --

09:31AM 11    I'M SORRY -- OCTOBER 15TH, 2015.

09:31AM 12        SO AT THAT TIME HOLMES AND BALWANI ARE TEXTING EACH OTHER

09:32AM 13    AND MR. BALWANI IS SAYING, OK WAG, W-A-G, WALGREENS, IS

09:32AM 14    FREAKING OUT.  LACK OF TRANSPARENCY.

09:32AM 15        "WHY DIDN'T WE TELL THEM ABOUT TURNING OFF THE

09:32AM 16    NANOTAINER."

09:32AM 17        YOU HEARD THAT AT THERANOS WHEN THEY USED FINGERSTICK, THE

09:32AM 18    BLOOD WAS COLLECTED IN A DEVICE, AND SOMETIMES YOU'VE HEARD

09:32AM 19    THAT DEVICE CALLED A NANOTAINER, SOMETIMES YOU'VE HEARD IT

09:32AM 20    CALLED A CTN, A CAPILLARY TUBE AND NANOTAINER.

09:32AM 21        AND AT THIS POINT IN TIME, OCTOBER 2015, THERANOS HAD

09:32AM 22    STOPPED USING THAT DEVICE.  THEY WERE DOING THE BLOOD TESTING

09:32AM 23    BY VEIN DRAW.

09:32AM 24        AND WALGREENS, THERANOS'S BUSINESS PARTNER, IS READING IN

09:32AM 25    "THE WALL STREET JOURNAL" THAT THAT HAPPENED.  AND MR. BALWANI

09:32AM  1    IS HAVING A PHONE CALL WITH WALGREENS, AND WALGREENS WAS

09:32AM  2    FRUSTRATED THAT THEY'RE LEARNING ABOUT THAT FACT.  THEY TURNED

09:32AM  3    IT OFF.  THEY STOPPED USING THE NANOTAINER.

09:32AM  4        AND MS. HOLMES SAYS, "THEN LET'S SHOW THEM THAT THIS

09:33AM  5    LITERALLY IS STILL UP IN AIR SO WE LITERALLY JUST DECIDED SINCE

09:33AM  6    THE DISCUSSION IS GETTING AIRED OUT IN PRESS."

09:33AM  7        LET'S TELL WALGREENS THE DECISION TO STOP USING THE

09:33AM  8    NANOTAINER IS SOMETHING THAT WE'RE STILL CONSIDERING, WE'RE

09:33AM  9    STILL SORT OF FIGURING OUR WAY THROUGH.

09:33AM  10       MR. BALWANI WRITES, "HOWEVER ISSUE IS WE DIDN'T TELL THEM

09:33AM  11   IN ADVANCE ABOUT SWITCHING."

09:33AM  12       MS. HOLMES RESPONDS, REPLIES, "WE'LL HAVE TO PRESENT WELL

09:33AM  13   THAT WE HADN'T DECIDED TO."

09:33AM  14       AND MR. BALWANI WRITES, "BAD IDEA.  AT THIS POINT THEY

09:33AM  15   KNOW.  SO NEED TO BE TRANSPARENT."

09:33AM  16       MR. BALWANI ISN'T SAYING SORT OF SOMETHING THAT FLOWS FROM

09:33AM  17   THE IDEA OF HONESTY IS THE BEST POLICY.  HE'S NOT SURPRISED

09:33AM  18   THAT ELIZABETH HOLMES IS SUGGESTING TO HIM, LET'S SAY SOMETHING

09:33AM  19   OTHER THAN THE COMPLETE TRUTH TO WALGREENS.

09:33AM  20       MR. BALWANI IS SAYING, WE CAN'T BE DECEPTIVE IN THIS ONE

09:33AM  21   INSTANCE ON THIS ONE OCCASION BECAUSE WALGREENS ALREADY KNOWS,

09:34AM  22   SO WE HAVE TO SAY SOMETHING DIFFERENT.  YOUR SUGGESTED

09:34AM  23   STATEMENT TO WALGREENS, MS. HOLMES, IS NOT A GOOD IDEA BECAUSE

09:34AM  24   WALGREENS WILL CATCH US IN THIS FALSE STATEMENT.

09:34AM  25       THE NEXT WITNESS THAT TESTIFIED WAS DR. DHAWAN.

CLOSING ARGUMENT BY MR. SCHENK                                    8927

09:34AM  1    DR. DHAWAN WAS A LABORATORY DIRECTOR AT THERANOS.  HE ALSO, AS

09:34AM  2    YOU KNOW, WAS SUNNY BALWANI'S DERMATOLOGIST.

09:34AM  3        WHEN DR. ROSENDORFF LEFT THERANOS, THERE WERE SEVERAL LAB

09:34AM  4    DIRECTORS WHO FOLLOWED, AND YOU HEARD FROM THEM, DR. DHAWAN,

09:34AM  5    DR. SAWYER, AND DR. DAS.  DR. DHAWAN WAS THE FIRST OF THOSE

09:34AM  6    NEXT GROUP OF LAB DIRECTORS AND DR. DHAWAN TOLD YOU FROM WHEN

09:34AM  7    HE STARTED, WHICH WAS FROM NOVEMBER 2014 TO ABOUT JUNE OR JULY

09:34AM  8    OF 2015 -- SO I'LL CALL IT SEVEN MONTHS -- HE SPENT A TOTAL OF

09:34AM  9    FIVE TO TEN HOURS WORKING ON THERANOS THINGS.

09:34AM  10       COMPARE THAT FOR JUST A MOMENT TO YOUR IMPRESSION OF

09:35AM  11   DR. ROSENDORFF, THE LAB DIRECTOR WHO WAS THERE FOR THAT PRIOR

09:35AM  12   YEAR, FALL '13 TO FALL '14.  FIVE TO TEN HOURS IN SEVEN MONTHS.

09:35AM  13       THE NEXT WITNESS WHO TESTIFIED WAS DAN EDLIN.  MR. EDLIN

09:35AM  14   ALSO WORKED AT THERANOS.  AND A LOT OF HIS JOB, DURING THE TIME

09:35AM  15   THAT HE WAS TESTIFYING ABOUT, WAS WORKING VERY CLOSELY WITH

09:35AM  16   ELIZABETH HOLMES ON SPECIAL PROJECTS, THINGS LIKE THE WORK THAT

09:35AM  17   THEY WERE DOING WITH THE MILITARY, AND MR. EDLIN TOLD YOU THAT

09:35AM  18   IN HIS KNOWLEDGE, THE THERANOS DEVICE WAS IN NONE OF THOSE

09:35AM  19   PLACES.  AND YOU CAN SEE THERE ARE SORT OF A LIST OF THEM.

09:35AM  20       WAS IT EVER USED BY THE MILITARY CLINICALLY IN THE

09:35AM  21   TREATMENT OF SOLDIERS?  ON THE BATTLEFIELD FOR CLINICAL USE?

09:35AM  22   IN THE MIDDLE EAST AT ALL?  ON MEDEVAC?  AND HIS ANSWER WAS,

09:35AM  23   NOT TO MY KNOWLEDGE.

09:35AM  24       AT THAT POINT YOU HAD HEARD FROM GENERAL MATTIS WHO SAID

09:35AM  25   SIMILAR THINGS.  YOU SORT OF HEARD EXTERNALLY FROM THERANOS

CLOSING ARGUMENT BY MR. SCHENK                                          8928

```
09:36AM   1        THAT IT WASN'T USED IN THOSE PLACES.

09:36AM   2            AND THEN YOU HEARD INTERNALLY FROM DAN EDLIN.

09:36AM   3            AND THEN YOU ALSO HEARD, WHEN MS. HOLMES GOT ON THE STAND,

09:36AM   4        SHE AGREED TO THESE THINGS.  IT ISN'T REALLY IN DEBATE ABOUT

09:36AM   5        WHETHER IT WAS USED IN THESE PLACES.

09:36AM   6            THE QUESTION IS MUCH MORE:  WERE THESE REPRESENTATIONS

09:36AM   7        MADE TO INVESTORS?

09:36AM   8            THE NEXT WITNESS THAT TESTIFIED WAS SHANE WEBER.

09:36AM   9        MR. WEBER WORKED AT PFIZER, AND YOU'VE HEARD A LOT ABOUT THE

09:36AM  10        USE OF LOGOS ON CERTAIN VALIDATION DOCUMENTS THAT THE

09:36AM  11        PHARMACEUTICAL COMPANIES DIDN'T AUTHORIZE.  IN SOME INSTANCES

09:36AM  12        THEY DIDN'T WRITE, THEY DIDN'T AUTHORIZE THE APPLICATION, THE

09:36AM  13        APPLYING OF THE LOGO TO THE DOCUMENT, AND THEY DIDN'T REACH THE

09:36AM  14        CONCLUSIONS IN THE DOCUMENT.

09:36AM  15            AND THE FIRST OF THOSE KIND OF WITNESSES WAS MR. WEBER AND

09:36AM  16        HE TOLD YOU THOSE WERE TRUE, THE LINE THAT I JUST RAN THROUGH,

09:36AM  17        VIS-À-VIS PFIZER, PFIZER DIDN'T AGREE TO THE LOGO AND DIDN'T

09:37AM  18        ASK TO APPLY THEIR LOGO AND THEY DIDN'T VALIDATE THERANOS'S

09:37AM  19        TECHNOLOGY.

09:37AM  20            BRYAN TOLBERT WAS THE NEXT WITNESS.  MR. TOLBERT WAS THE

09:37AM  21        FIRST VICTIM INVESTOR THAT YOU HEARD FROM IN THIS CASE.  HE

09:37AM  22        WORKS FOR A COMPANY CALLED HALL GROUP.

09:37AM  23            AND MR. TOLBERT TALKED TO YOU ABOUT HALL HAD INVESTED

09:37AM  24        TWICE.  THEY INVESTED BACK IN 2016 AND THEY INVESTED AGAIN AT

09:37AM  25        THE END OF 2013.
```

```
09:37AM   1         AND IN THOSE LAST COUPLE OF WEEKS OF 2013 IN DECEMBER,

09:37AM   2    HALL AND OTHER INVESTORS WERE DECIDING WHETHER TO INVEST AGAIN,

09:37AM   3    WHETHER TO MAKE ANOTHER INVESTMENT IN THERANOS, AND THERE WAS A

09:37AM   4    CALL TO DISCUSS THERANOS TO HEAR UPDATES.

09:37AM   5         AND MR. TOLBERT'S BOSS, CRAIG HALL, MIGHT NOT BE ABLE TO

09:37AM   6    MAKE THAT CALL, SO BRYAN TOLBERT MADE THE DECISION TO RECORD

09:37AM   7    THE CALL.

09:37AM   8         MS. HOLMES DID NOT KNOW THAT SHE WAS BEING RECORDED.

09:37AM   9    THAT'S WHAT MR. TOLBERT TOLD YOU.

09:37AM  10         AND DURING THIS CALL, YOU HEARD MANY PORTIONS PLAYED FOR

09:37AM  11    YOU, YOU HEARD MS. HOLMES MAKE REPRESENTATIONS TO MR. TOLBERT.

09:38AM  12         LET'S LISTEN TO ONE.

10:32AM  13         (AN AUDIOTAPE WAS PLAYED IN OPEN COURT OFF THE RECORD.)

09:40AM  14           MR. SCHENK:  IN THAT CLIP, YOU HEARD MS. HOLMES HAS

09:40AM  15    THE CAPABILITY OF EXPLAINING TO AN INVESTOR WHEN SOMETHING HAS

09:41AM  16    NOT YET BEEN ACCOMPLISHED AT THERANOS.  SHE SUCCESSFULLY

09:41AM  17    COMMUNICATED TO BRYAN TOLBERT THAT THERANOS WOULD HAVE THE

09:41AM  18    OPPORTUNITY TO BE THE LARGEST LAB IN THE COMPANY.  SHE CAN

09:41AM  19    SUCCESSFULLY COMMUNICATE CONCEPTS THAT ARE ASPIRATIONAL.

09:41AM  20         IN THAT SAME CLIP, THOUGH, SHE TALKS ABOUT THERANOS HAVING

09:41AM  21    THE ABILITY TO RUN ANY LAB TEST THAT IS DONE IN TRADITIONAL

09:41AM  22    LABS.

09:41AM  23         MR. TOLBERT, AND ALL OF THE OTHER INVESTORS WHO

09:41AM  24    COMMUNICATED WITH MS. HOLMES, LEFT INTERACTIONS WITH HER WITH

09:41AM  25    THE UNDERSTANDING THAT THAT WAS A PRESENT CAPABILITY, THAT
```

```
09:41AM   1    THERANOS'S TECHNOLOGY COULD RUN ANY TEST.

09:41AM   2         WHEN SHE WANTS TO COMMUNICATE SOMETHING ASPIRATIONAL, SHE

09:41AM   3    CAN.  IT WAS OBVIOUS TO MR. TOLBERT, AND I THINK IT WAS KNOWN

09:41AM   4    TO HIM EVEN IF SHE HADN'T SAID IT, THAT THERANOS WASN'T YET THE

09:41AM   5    LARGEST LAB COMPANY IN THE COUNTRY.

09:41AM   6         BUT WHEN SHE WANTED TO COMMUNICATE FACTS FAVORABLE TO HER

09:42AM   7    COMPANY, LIKE WE CAN RUN ANY TESTS, SHE COMMUNICATED THAT

09:42AM   8    SUCCESSFULLY TO MR. TOLBERT ALSO.

09:42AM   9         THE NEXT WITNESS THAT TESTIFIED WAS LISA PETERSON.

09:42AM  10         MS. PETERSON WORKS FOR RDV, THE DEVOS FAMILY INVESTMENT.

09:42AM  11    AND WE'LL GO THROUGH MANY EXAMPLES OF WHAT MS. PETERSON HEARD.

09:42AM  12         ONE OF THE FACTS SHE HEARD -- RDV'S INVESTMENT WAS IN

09:42AM  13    2014 -- WAS THAT THE WALGREENS RELATIONSHIP WAS FINE, THAT IT

09:42AM  14    WASN'T STALLING, AND THERE WERE NO PROBLEMS.

09:42AM  15         THAT FOLDS INTO A FINANCIAL PROJECTION THAT SHE RECEIVED

09:42AM  16    AND MR. MOSLEY RECEIVED, AND WE'LL TALK ABOUT THAT IN A MOMENT.

09:42AM  17         BUT ONE OF THE THINGS THAT IS IMPORTANT IS THE FINANCIAL

09:42AM  18    PROJECTION IS BASED UPON A HEALTHY AND EXPANDING WALGREENS

09:42AM  19    RELATIONSHIP, AND MS. PETERSON HAD THE UNDERSTANDING THAT THE

09:42AM  20    RELATIONSHIP BETWEEN THERANOS AND WALGREENS WAS HEALTHY AND

09:42AM  21    EXPANDING.

09:42AM  22         THE NEXT WITNESS THAT TESTIFIED WAS DR. CULLEN.

09:43AM  23    DR. CULLEN WORKED AT SCHERING-PLOUGH, AND SORT OF SIMILAR TO

09:43AM  24    MR. WEBER FROM PFIZER, DR. CULLEN CAME IN AND TOLD YOU, WE

09:43AM  25    DIDN'T AGREE TO PUT OUR LOGO ON THAT DOCUMENT, THESE
```

09:43AM 1    CONCLUSIONS IN THIS DOCUMENT, THE DOCUMENT YOU SEE IS

09:43AM 2    EXHIBIT 259, THESE ARE THERANOS'S CONCLUSIONS, THEY'RE NOT

09:43AM 3    SCHERING-PLOUGH'S.

09:43AM 4        SHE ALSO WENT A LITTLE BIT FURTHER AND DESCRIBED TO YOU

09:43AM 5    WHERE THE WORK HAD BEEN DONE, SORT OF WHAT THE STUDY WAS AND

09:43AM 6    WHERE THAT WORK WAS DONE, AND SHE TOLD YOU THAT FOR THE

09:43AM 7    SCHERING-PLOUGH WORK, THE DEVICES, THE THERANOS DEVICES STAYED

09:43AM 8    AT THERANOS AND THAT TESTING THAT WAS RUN WAS AT THERANOS.

09:43AM 9        AND AS A RESULT, SHE'S SAYING, WE COULDN'T HAVE REACHED

09:43AM 10   THESE CONCLUSIONS.  WE DIDN'T WRITE THIS DOCUMENT.  BUT ALSO WE

09:43AM 11   WOULDN'T HAVE BEEN IN A POSITION TO DO IT BECAUSE OF WHAT THE

09:43AM 12   WORK WAS, THE STUFF THAT WAS DONE WAS ALL DONE AT THERANOS.

09:43AM 13       AND, IN FACT, SHE TESTIFIED ABOUT AN INSTANCE WHEN SHE AND

09:43AM 14   SOME OTHERS FROM SCHERING-PLOUGH FLEW FROM NEW JERSEY TO

09:43AM 15   PALO ALTO, WENT TO A MEETING AT THERANOS, AND ASKED QUESTIONS

09:44AM 16   TO TRY TO LEARN ABOUT THE DATA THAT WAS GENERATED, AND SHE FELT

09:44AM 17   THAT MS. HOLMES WASN'T FORTHCOMING IN THAT MEETING.  WE'LL TALK

09:44AM 18   ABOUT THAT IN A LITTLE BIT.

09:44AM 19       DAN MOSLEY WAS THE NEXT WITNESS WHO TESTIFIED.

09:44AM 20       HE WAS ALSO AN INVESTOR.  YOU'LL RECALL THAT MR. MOSLEY

09:44AM 21   WAS AN ATTORNEY FOR A LAW FIRM IN NEW YORK, AND HE HAD A

09:44AM 22   BACKGROUND IN TRUSTS AND ESTATES, AND HE HAD AS CLIENTS OTHER

09:44AM 23   INDIVIDUALS, DR. KISSINGER WAS ONE OF THEM.

09:44AM 24       DR. KISSINGER ASKED MR. MOSLEY TO LOOK AT THERANOS AND LET

09:44AM 25   DR. KISSINGER KNOW WHAT MR. MOSLEY THOUGHT.  AND TO ACCOMPLISH

09:44AM  1    THAT, DAN MOSLEY RECEIVED A BINDER OF DOCUMENTS, AN INVESTOR

09:44AM  2    BINDER.

09:44AM  3         YOU HEARD ABOUT INVESTOR BINDERS IN THIS CASE, AND WE'LL

09:44AM  4    TALK A LITTLE BIT MORE ABOUT THEM THIS MORNING.

09:44AM  5         IN THE INVESTMENT BINDER WAS THE PFIZER REPORT.  SO THAT

09:44AM  6    PFIZER DOCUMENT WASN'T JUST SENT TO WALGREENS.  IT WAS ALSO

09:45AM  7    SENT TO INVESTORS.

09:45AM  8         AND IT WAS PARTICULARLY SIGNIFICANT TO MR. MOSLEY.

09:45AM  9    MR. MOSLEY THOUGHT PFIZER WROTE THE DOCUMENT, AND MR. MOSLEY

09:45AM 10    THOUGHT THAT IT WAS, THE PFIZER REPORT, WAS THE MOST VALUABLE

09:45AM 11    VALIDATION, INDEPENDENT VALIDATION OF THE EFFICACY OF THE

09:45AM 12    THERANOS TECHNOLOGY.

09:45AM 13         AND YOU KNOW HE THOUGHT THAT, HE TESTIFIED ABOUT IT, BUT

09:45AM 14    HE ALSO PREPARED A DOCUMENT FOR DR. KISSINGER, AND IN IT, AND

09:45AM 15    I'LL SHOW IT TO YOU A LITTLE LATER, HE SAYS THAT, HE SAYS HOW

09:45AM 16    IMPORTANT THE PFIZER DOCUMENT IS, AND I THINK THERE'S EVEN

09:45AM 17    UNDERLINING IN IT.  HE TALKS ABOUT THE TIME THAT HE SPENT WITH

09:45AM 18    THAT PARTICULAR DOCUMENT.

09:45AM 19         CHRIS LUCAS WAS THE NEXT WITNESS.  HE WAS ALSO AN

09:45AM 20    INVESTOR.

09:45AM 21         MR. LUCAS HAD A FUND CALLED BLACK DIAMOND VENTURES.  AND

09:45AM 22    IN ADDITION TO BEING AN INVESTOR FOR MULTIPLE OCCASIONS, HE

09:45AM 23    ALSO DID SOME WORK WITH THERANOS.  I THINK HE SAID HE WAS

09:46AM 24    HELPING OUT WITH FINANCIALS, LOOKING AT SOME OF THE DATA IN

09:46AM 25    EXCEL CHARTS.

CLOSING ARGUMENT BY MR. SCHENK                                     8933

09:46AM 1        AND ALL OF THAT EXPOSURE, BEING A MULTIPLE TIME INVESTOR

09:46AM 2    AND DOING SOME WORK WITH THERANOS, HE STILL TOLD YOU THAT HE

09:46AM 3    WOULD HAVE BEEN SURPRISED IF HE LEARNED THAT THERANOS'S

09:46AM 4    TECHNOLOGY, ITS ANALYZER, COULD NEVER DO MORE THAN 12 TESTS.

09:46AM 5        LOOK AT ALL OF THE EXPOSURE THAT SOMEONE HAD TO THE

09:46AM 6    COMPANY, INVESTING MULTIPLE TIMES, DOING SOME WORK FOR THE

09:46AM 7    COMPANY, AND STILL SORT OF THE FUNDAMENTAL TRUTH ABOUT THERANOS

09:46AM 8    WAS SURPRISING TO MR. LUCAS.

09:46AM 9        DR. SAWYER TESTIFIED NEXT.  SHE WAS ALSO A LAB DIRECTOR.

09:46AM 10   SHE WORKED AT THERANOS AROUND THE SAME TIME, EVEN OVERLAPPING

09:46AM 11   WITH DR. DHAWAN AT SOME POINT IN TIME.

09:46AM 12       AND IF IT WAS POSSIBLE, SHE SPENT LESS TIME WORKING AT

09:46AM 13   THERANOS THAN DR. DHAWAN.

09:46AM 14       DR. DHAWAN'S FIVE TO TEN HOURS THAT HE ESTIMATED,

09:46AM 15   DR. DHAWAN WENT TO THE LAB.

09:47AM 16       DR. SAWYER NEVER SET FOOT IN THE LAB.  SHE NEVER SAW THE

09:47AM 17   EDISON DEVICE.  SHE NEVER SPOKE TO DOCTORS.  SHE NEVER SPOKE TO

09:47AM 18   PATIENTS.  AND SHE WAS NEVER SPOKEN TO ABOUT CRITICAL VALUES.

09:47AM 19   IF A LAB TEST WAS CONDUCTED AT THERANOS AND THE VALUE WAS VERY

09:47AM 20   HIGH, WAS OF THIS -- OR VERY LOW -- WAS OF THIS SORT THAT WAS

09:47AM 21   CALLED A CRITICAL VALUE, SHE WAS NEVER CONSULTED, NOT ONE TIME

09:47AM 22   ON ANY OCCASION.

09:47AM 23       DR. DAS WAS THE NEXT WITNESS.  HE WAS THE LAB DIRECTOR

09:47AM 24   AFTER SAWYER AND DHAWAN.

09:47AM 25       AND DR. DAS TALKED TO YOU ABOUT THE PRACTICE AT THERANOS

09:47AM 1    LATER ON OF VOIDING TESTS.  AFTER THE CMS INSPECTION AND REPORT

09:47AM 2    CAME OUT, THERANOS THEN VOIDED ALL OF THE TESTS RUN ON THE

09:47AM 3    THERANOS DEVICE, AND HE SAID HE DID THAT BECAUSE HE FOUND THE

09:47AM 4    DEVICE UNSUITABLE FOR, AS IT SAYS HERE, CLINICAL USE.

09:47AM 5         MR. EISENMAN WAS THE NEXT WITNESS.  MR. EISENMAN WAS ALSO

09:47AM 6    AN INVESTOR.  YOU MAY RECALL SOME OF THE FRUSTRATIONS THAT WERE

09:48AM 7    PRESENT ON BOTH SIDES, ON MR. EISENMAN'S PART AND ON THERANOS'S

09:48AM 8    PART.  MR. EISENMAN WANTED MORE INFORMATION AND THERANOS WAS

09:48AM 9    NOT PROVIDING MORE INFORMATION.

09:48AM 10        HERE MR. EISENMAN IS THIRSTY FOR INFORMATION, SO HE'S

09:48AM 11   DOING RESEARCH, AND HE DISCOVERS A UBS ANALYST REPORT.  AND IN

09:48AM 12   THAT REPORT THE ANALYST -- THIS IS BEFORE THE 2015

09:48AM 13   "WALL STREET JOURNAL" ARTICLE COMES OUT THAT SAYS WHAT IS

09:48AM 14   HAPPENING WITHIN THE FOUR WALLS OF THERANOS -- MR. EISENMAN

09:48AM 15   DISCOVERS THIS UBS ANALYST SAYING THINGS LIKE THEY DRAW BLOOD

09:48AM 16   MOSTLY THROUGH VENIPUNCTURE, THEY THEN SHIP THE BLOOD TO A

09:48AM 17   REGIONAL LAB, AND IT'S HIGHLY UNLIKELY THAT ALL OF THE TESTS

09:48AM 18   ARE BEING DONE ON ONE MACHINE.

09:48AM 19        THIS IS SURPRISING TO MR. EISENMAN.  THAT'S NOT WHAT HIS

09:48AM 20   UNDERSTANDING OF THE TECHNOLOGY WAS OR THE WAY THE BLOOD WAS

09:49AM 21   TESTED.

09:49AM 22        SO HE SENDS THAT REPORT TO HOLMES AND BALWANI AND SAID,

09:49AM 23   LOOK AT THIS LINK, THE UBS ANALYST IS MAKING SOME CLAIMS, THE

09:49AM 24   BLOOD IS SENT TO PALO ALTO, THE TESTING IS LESS RELIABLE THAN

09:49AM 25   TRADITIONAL LAB TESTING, TURNAROUND TIMES IS OVER 24 HOURS.

09:49AM  1        MR. BALWANI RESPONDS, DOESN'T SURPRISE US, SOUNDS LIKE AN

09:49AM  2    UNINFORMED CONSULTANT.

09:49AM  3        AND THEN YOU SEE ON THE LEFT SIDE OF THE SCREEN,

09:49AM  4    MR. BALWANI FORWARDS WHAT HE RESPONDED TO MR. EISENMAN TO

09:49AM  5    MS. HOLMES.

09:49AM  6        BRIAN GROSSMAN WAS THE NEXT WITNESS, AND HE WORKED FOR PFM

09:49AM  7    AND THEY WERE ALSO AN INVESTOR.

09:49AM  8        MR. GROSSMAN TALKED ABOUT WHAT HE LEARNED IN SOME OF THE

09:49AM  9    MEETINGS WHEN PFM WAS MAKING SOME DECISIONS TO INVEST.  AND HE

09:49AM 10    WAS TOLD THAT THEY COULD DO OVER A THOUSAND CPT CODES WITH

09:50AM 11    THEIR TECHNOLOGY.

09:50AM 12        YOU'VE HEARD THAT CPT CODES ARE A BILLING CODE, AND

09:50AM 13    THERE'S BEEN SOME DISCUSSION AFTER THAT ABOUT WHETHER THAT

09:50AM 14    REALLY MEANS A THOUSAND TESTS, OR DO CODES COVER MORE THAN ONE

09:50AM 15    TEST?  SO WOULD ONE TEST APPLY TO MULTIPLE CODES BRING THE

09:50AM 16    NUMBER DOWN?

09:50AM 17        I'LL SHOW YOU A LITTLE BIT LATER AN INSTANCE WHERE IT IS

09:50AM 18    CLEAR THAT A THOUSAND TESTS IS REPRESENTED.

09:50AM 19        BUT FOR NOW, NOTICE WHAT MR. GROSSMAN TALKED ABOUT, AND

09:50AM 20    YOU ACTUALLY ALSO HEARD IT JUST A MOMENT AGO IN THAT RECORDING.

09:50AM 21        MR. GROSSMAN SAYS THAT THERANOS WAITED TO LAUNCH UNTIL

09:50AM 22    THEY COULD HAVE A CERTAIN COVERAGE OF THE TESTING MARKET.  HERE

09:50AM 23    IT'S 100 PERCENT OF WHAT THE BIG PLAYERS COULD DO, SORT OF THE

09:50AM 24    QUEST AND LABCORP OF THE WORLD.

09:50AM 25        THERANOS DIDN'T GO OUT PREMATURELY AND DIDN'T GO OUT WHEN

ER-6521

09:50AM  1    THEY COULD ONLY DO 12 TESTS, DIDN'T GO OUT WHEN THEY NEEDED TO

09:50AM  2    MODIFY SOME THIRD PARTY DEVICES IN ORDER TO DO TESTING.

09:51AM  3        HIS UNDERSTANDING WAS THERANOS WAITED TO LAUNCH UNTIL THEY

09:51AM  4    HAD A CERTAIN AMOUNT OF COVERAGE, AND YOU HEARD VERY SIMILAR

09:51AM  5    STATEMENTS IN THE RECORDING FROM TOLBERT A MOMENT AGO.

09:51AM  6        THE NEXT WITNESS WAS ERIN TOMPKINS.  MS. TOMPKINS

09:51AM  7    TESTIFIED ABOUT AN HIV TEST THAT SHE RECEIVED.  SHE TOLD YOU

09:51AM  8    THAT SHE TOOK AN HIV 1 PLUS 2 ANTIBODIES TEST AND IT CAME BACK

09:51AM  9    REACTIVE.

09:51AM 10        AND SHE DESCRIBED TO YOU THAT SHE DIDN'T HAVE ANY OTHER

09:51AM 11    SYMPTOMS OF HIV, AND SHE HAD A TEST AFTERWARDS LATER ON THAT

09:51AM 12    SHOWED SHE WAS NEGATIVE FOR HIV, AND THEREFORE, SHE QUESTIONED

09:51AM 13    WHETHER THE RESULT THAT SHE GOT FROM THERANOS WAS ACCURATE.

09:51AM 14        DR. BURNES TESTIFIED NEXT.  DR. BURNES WAS THE TREATING

09:51AM 15    PHYSICIAN FOR DR. ELLSWORTH.  IN THIS CASE HE WAS A PATIENT.

09:51AM 16    MEHRL ELLSWORTH IS ALSO A DOCTOR, AND HIS PHYSICIAN,

09:51AM 17    DR. ELLSWORTH'S PHYSICIAN WAS DR. BURNES.

09:52AM 18        DR. BURNES TOLD YOU ABOUT THE PSA TEST FOR PROSTATE CANCER

09:52AM 19    AND WHAT IT TESTS FOR.

09:52AM 20        AND DR. BURNES DESCRIBED TO YOU -- ACTUALLY WHAT I HAVE

09:52AM 21    HERE IS SOMETHING THAT HE SAID ON CROSS-EXAMINATION, THAT

09:52AM 22    ERRORS IN PSA SCORES IN HIS EXPERIENCE ACTUALLY ARE RARE.

09:52AM 23        ON DIRECT HE TALKED ABOUT WHY THE SCORES THAT HIS PATIENT,

09:52AM 24    DR. ELLSWORTH, RECEIVED, WHY THOSE WERE NOT ACCURATE.  THERE

09:52AM 25    WERE, YOU MAY RECALL -- AND I'LL SHOW YOU IN A MOMENT -- THEY

09:52AM  1    WERE AROUND 1 OR 2 AND THEN 20, AND THEN AROUND 1 AND 2 AND

09:52AM  2    THEN 20.

09:52AM  3        AND DR. BURNES TOLD YOU, IN MY EXPERIENCE AND KNOWING THIS

09:52AM  4    PATIENT, I DON'T THINK THOSE 20 WERE ACCURATE.

09:52AM  5        BUT HE ALSO WENT A LITTLE FURTHER ON CROSS-EXAMINATION AND

09:52AM  6    HE TOLD YOU INACCURACY IN PSA TESTING IS RARE IN MY EXPERIENCE.

09:52AM  7        DR. ELLSWORTH FOLLOWED, AND HE TALKED ABOUT HIS TESTS.

09:52AM  8    THE FIRST TEST THERE, THE MAY 14TH BLOOD DRAW IS A COUNT IN THE

09:53AM  9    INDICTMENT.  WE'LL GET TO THAT A LITTLE BIT LATER, BUT IT'S

09:53AM 10    ACTUALLY ONE OF THE CHARGES THAT YOU DELIBERATE OVER AND YOU

09:53AM 11    DECIDE ON THE VERDICT FORM, YOU WRITE GUILTY OR NOT GUILTY.

09:53AM 12    AND IT WILL BE NEXT TO -- ON THE VERDICT FORM IT SAYS M.E., IT

09:53AM 13    HAS HIS INITIALS, MEHRL ELLSWORTH, AND IT IS THIS FIRST BLOOD

09:53AM 14    TEST.

09:53AM 15        THE BLOOD DRAW WAS MAY 14TH, AND THE RESULT WAS FAXED BACK

09:53AM 16    TO HIS DOCTOR, DR. BURNES'S OFFICE TWO DAYS LATER ON MAY 16TH.

09:53AM 17        SO THE DATE ON THE TEST IS MAY 16TH, BUT IT'S THIS SCORE

09:53AM 18    OF 26, AND THERE'S AN EMAIL I'LL SHOW YOU WHERE INTERNALLY AT

09:53AM 19    THERANOS THEY'RE SORT OF ANALYZING THIS PROBLEM AND THEY TRACK

09:53AM 20    WHICH DEVICE THE TESTS WERE DONE ON.

09:53AM 21        HE GOT -- DR. ELLSWORTH GOT FOUR PSA TESTS ALL WITHIN

09:53AM 22    ABOUT A MONTH AND A HALF AT THERANOS.  THE FIRST ONE WAS ON AN

09:53AM 23    EDISON, THE SECOND ONE WAS ON A COMMERCIAL, THE THIRD ONE WAS

09:54AM 24    ON EDISON, THE THERANOS DEVICE, AND THE FOURTH ONE WAS ON A

09:54AM 25    COMMERCIAL, AND YOU SEE THAT HERE:  26, 1, 22, 1.

09:54AM  1          AND THEN FOR GOOD MEASURE A COUPLE YEARS LATER,

09:54AM  2    DR. ELLSWORTH TOLD YOU HE WENT TO LABCORP AND GOT A TEST AND IT

09:54AM  3    STILL WAS STILL 2.

09:54AM  4          THE GOVERNMENT'S FINAL WITNESS WAS ROGER PARLOFF.

09:54AM  5          MR. PARLOFF WAS A REPORTER, IS A REPORTER, AND HE WROTE A

09:54AM  6    STORY FOR "FORTUNE" MAGAZINE IN 2014 ABOUT MS. HOLMES AND

09:54AM  7    THERANOS.

09:54AM  8          AND IN THAT PROCESS, HE SAT DOWN AND INTERVIEWED

09:54AM  9    ELIZABETH HOLMES, AND HE HAD HOURS OF TAPES AND NOTES FROM

09:54AM 10    THOSE INTERVIEWS, AND HE DESCRIBED THAT PROCESS TO YOU, AND IT

09:54AM 11    RESULTED IN THE CREATION OF AN ARTICLE.

09:54AM 12          AND THERE ARE SORT OF TWO ARTICLES THAT PLAY A SIGNIFICANT

09:54AM 13    ROLE, OR PLAY A ROLE IN THIS TRIAL.

09:54AM 14          ONE IS A 2013 "WALL STREET JOURNAL" ARTICLE BY JOE RAGO,

09:55AM 15    R-A-G-O, AND A 2014 "FORTUNE" ARTICLE BY ROGER PARLOFF.

09:55AM 16          AND THE REASON THOSE TWO ARE SIGNIFICANT -- AND YOU HAVE

09:55AM 17    COPIES OF THEM, THEY ARE IN EVIDENCE -- WAS BECAUSE THERANOS,

09:55AM 18    MS. HOLMES TOOK THOSE ARTICLES AND SENT THEM TO INVESTORS.

09:55AM 19          AND PART OF THE SCHEME THE GOVERNMENT ALLEGES OCCURRED

09:55AM 20    HERE WAS MS. HOLMES USED THE MEDIA TO DO SOME OF THE WORK FOR

09:55AM 21    HER.  SHE MADE FALSE STATEMENTS TO THE MEDIA, AND THEN WHEN

09:55AM 22    THOSE FALSE STATEMENTS APPEARED IN ARTICLES, SHE THEN SENT

09:55AM 23    THOSE ARTICLES TO INVESTORS.

09:55AM 24          AND PARLOFF AND RAGO -- THOSE ARE THE AUTHORS OF THOSE TWO

09:55AM 25    ARTICLES -- YOU HEARD SOME RECORDINGS FROM MR. PARLOFF.  ONE OF

09:55AM    1    THE TOPICS THAT WAS DISCUSSED WAS MR. PARLOFF UNDERSTANDS THAT

09:55AM    2    ON OCCASION AN INDIVIDUAL, A PATIENT, GOES TO A WALGREENS AND

09:55AM    3    GETS A VEIN DRAW, AND HE'S ASKING MS. HOLMES, HELP ME

09:56AM    4    UNDERSTAND WHY THAT HAPPENS.

09:56AM    5         AND YOU CAN SORT OF -- YOU CAN HEAR IT.  I'LL PLAY IT FOR

09:56AM    6    YOU.  HE'S A LITTLE CONFUSED AS WHY IT'S FINGERSTICK BLOOD

09:56AM    7    TESTING, AND HELP ME UNDERSTAND THE CIRCUMSTANCES THAT WOULD

09:56AM    8    CAUSE AN INDIVIDUAL TO GO TO A WALGREENS AND GET A VEIN DRAW.

09:56AM    9         (AN AUDIOTAPE WAS PLAYED IN COURT OFF THE RECORD.)

09:57AM   10         MR. SCHENK:  SO IN THAT CLIP, FORGIVE ME, HE'S NOT

09:57AM   11    ASKING ABOUT THE VEIN DRAWS, HE'S ASKING ABOUT SEEING THE

09:57AM   12    DEVICES.

09:57AM   13         AND HE WANTS TO TOUR THE LAB IN ARIZONA, AND MR. PARLOFF

09:57AM   14    IS SORT OF ASKING QUESTIONS ABOUT THAT.  WHAT DOES IT LOOK

09:57AM   15    LIKE?  CAN I COME OUT AND SEE IT?

09:57AM   16         AND MS. HOLMES SAYS, IT'S NOT OPERATIONAL YET, BUT YOU'VE

09:57AM   17    SEEN IT.  REMEMBER WHEN YOU SAW ALL OF OUR DEVICES STACKED UP,

09:57AM   18    WELL, THE LAB LOOKS JUST LIKE THAT, THE LAB IS JUST THAT.

09:57AM   19         YOU KNOW AS JURORS NOW, BECAUSE YOU'VE LISTENED TO THE

09:57AM   20    TRIAL, THAT ISN'T TRUE.  THERANOS ACTUALLY TESTED -- YOU CAN

09:58AM   21    THINK OF IT IN THREE WAYS.  THERANOS TESTED ON EDISON DEVICES,

09:58AM   22    THE BANKS OF DEVICES THAT SHE'S TALKING ABOUT HERE, AND THEN

09:58AM   23    THEY ALSO TESTED BLOOD ON THIRD PARTY DEVICES, AND THOSE THIRD

09:58AM   24    PARTY DEVICES SEPARATE INTO TWO CATEGORIES.  SOMETIMES THEY

09:58AM   25    MODIFIED THEM.  THERANOS CHANGED THEM SO THAT THE DEVICE COULD

09:58AM 1    ACCEPT A SMALLER AMOUNT OF BLOOD, AND SOMETIMES THERANOS DID

09:58AM 2    NOT MODIFY THE DEVICE.  SO ESSENTIALLY THREE.  THE EDISON,

09:58AM 3    MODIFIED THIRD PARTY, AND UNMODIFIED THIRD PARTY.

09:58AM 4        AND YOU'VE HEARD IN THIS TRIAL WHEN MS. HOLMES WAS

09:58AM 5    TESTIFYING THAT "I DID NOT," MS. HOLMES DID NOT TELL INVESTORS

09:58AM 6    OR WALGREENS OR THIRD PARTIES ABOUT THE USE OF THIRD PARTY

09:58AM 7    DEVICES BECAUSE IT WAS A TRADE SECRET.

09:58AM 8        AND THIS CLIP WITH MR. PARLOFF IS ILLUMINATING ON THAT

09:58AM 9    POINT.

09:58AM 10       ONE, EVEN IF YOU ACCEPT FOR A MOMENT THAT THE USE OF THE

09:58AM 11   THIRD PARTY DEVICES WAS A TRADE SECRET, SHE'S STILL MAKING

09:59AM 12   FALSE STATEMENTS TO MR. PARLOFF.  SHE'S SAYING, HERE'S WHAT THE

09:59AM 13   LAB LOOKS LIKE, IT LOOKS LIKE A BUNCH OF OUR DEVICES.

09:59AM 14       SO I DON'T THINK YOU SHOULD ACCEPT THE FACT THAT TRADE

09:59AM 15   SECRETS GIVE HER PERMISSION TO MADE FALSE STATEMENTS ABOUT IT.

09:59AM 16       BUT IT'S ACTUALLY MORE THAN THAT.  THE USE OF UNMODIFIED

09:59AM 17   THIRD PARTY DEVICES, THE ONE THEY MADE NO CHANGES TO, WAS NOT A

09:59AM 18   TRADE SECRET AT THERANOS.  THAT WAS JUST A SECRET.

09:59AM 19       AT THERANOS THEY JUST DIDN'T TELL PEOPLE THAT THEY WERE

09:59AM 20   USING THIRD PARTY DEVICES TO TEST BLOOD BECAUSE IT WAS

09:59AM 21   INCONSISTENT WITH THE NARRATIVE THAT THEY WERE PITCHING.

09:59AM 22       SO THE TRADE SECRET, I'M GOING TO CALL IT EXCUSE, EVEN IF

09:59AM 23   YOU ACCEPT IT, IS ONLY AN EXCUSE FOR THE MODIFIED THIRD PARTY.

09:59AM 24   IT'S NOT AN EXCUSE FOR THE FALSE STATEMENT TO PARLOFF THAT THEN

09:59AM 25   ENDS UP IN AN ARTICLE, AND IT ISN'T AN EXCUSE FOR WHY THE USE

CLOSING ARGUMENT BY MR. SCHENK                                    8941

09:59AM    1      OF THIRD PARTY DEVICES, THE ONES THAT DON'T GET CHANGED, THE

09:59AM    2      ONES THAT DON'T GET MODIFIED, WHY THAT NEEDS TO BE HIDDEN FROM

09:59AM    3      INVESTORS.

09:59AM    4          I TOLD YOU THAT WE WERE GOING TO TALK ABOUT FOUR TOPICS

10:00AM    5      WITH THE SLIDES.  THE FIRST WAS WITNESSES.

10:00AM    6          THE SECOND TOPIC IS CHARGES IN THIS CASE.

10:00AM    7          MS. HOLMES IS CHARGED WITH COMMITTING TWO CRIMES.  THE

10:00AM    8      FIRST CRIME IS THE CRIME OF CONSPIRACY TO COMMIT WIRE FRAUD.

10:00AM    9          THE SECOND CRIME IS THE CRIME OF WIRE FRAUD.

10:00AM   10          EACH OF THOSE TWO CRIMES IS CHARGED TWO DIFFERENT WAYS.

10:00AM   11      THINK OF IT FROM THE PERSPECTIVE OF THE VICTIMS, INVESTORS AND

10:00AM   12      PATIENTS.  SO THERE'S A CONSPIRACY TO COMMIT WIRE FRAUD FOR

10:00AM   13      INVESTORS, AND THEN THERE'S SUBSTANTIVE WIRE FRAUD COUNTS FOR

10:00AM   14      DEFRAUDING INVESTORS.

10:00AM   15          AND THEN THE SAME REPEATS.  THERE'S A CONSPIRACY TO COMMIT

10:00AM   16      WIRE FRAUD TO DEFRAUD PATIENTS, AND THEN THERE ARE SUBSTANTIVE

10:00AM   17      WIRE FRAUD COUNTS FOR PATIENTS.

10:00AM   18          THE LENGTH OF THE CONSPIRACY PERIOD IS A LITTLE BIT

10:00AM   19      DIFFERENT.  YOU SEE IT HERE FOR THE INVESTORS, IT'S 2010 TO

10:01AM   20      2015.  FOR PATIENTS, IT'S THE WALGREENS PERIOD, IT'S 2013 TO

10:01AM   21      2016.

10:01AM   22          THE SUBSTANTIVE COUNTS OF WIRE FRAUD, FOR INVESTORS THERE

10:01AM   23      ARE SIX OF THEM.  YOU'VE HEARD FROM THE INVESTORS.  WE'VE JUST

10:01AM   24      WENT THROUGH SOME OF THEM AND I'LL SPEND SOME MORE IN TIME IN A

10:01AM   25      MOMENT TALKING ABOUT THEM.

CLOSING ARGUMENT BY MR. SCHENK                                    8942

10:01AM   1          THE PATIENTS, THERE WERE THREE PATIENT COUNTS.

10:01AM   2          NOTICE COUNT NINE IS NOT BEFORE YOU.  WHEN THE JUDGE READS

10:01AM   3   YOU JURY INSTRUCTIONS AND TALKS ABOUT THE COUNTS, THAT COUNT IS

10:01AM   4   NOT BEFORE YOU.  YOU MAY RECALL THAT THE GOVERNMENT DISMISSED

10:01AM   5   THAT COUNT RIGHT AT THE CLOSE OF THE GOVERNMENT'S EVIDENCE.

10:01AM   6          SO THERE ARE THREE PATIENT COUNTS FOR YOU TO DELIBERATE

10:01AM   7   ON.  YOU WON'T SEE A COUNT NINE ON YOUR VERDICT FORM.

10:01AM   8          THE FIRST TWO PATIENT COUNTS INVOLVE SPECIFIC PATIENTS,

10:01AM   9   TOMPKINS AND ELLSWORTH.

10:01AM  10          THE FINAL COUNT IN THE INDICTMENT, THE FINAL PATIENT

10:01AM  11   COUNT, COUNT TWELVE, INVOLVES THAT TRANSFER, THE WIRE TRANSFER

10:01AM  12   TO PURCHASE ADS IN THE ARIZONA MARKET, THE MEDIA BUY.

10:02AM  13          EACH OF THE COUNTS, EACH CRIME, HAS ELEMENTS, THINGS THAT

10:02AM  14   THE GOVERNMENT MUST PROVE.

10:02AM  15          AFTER I FINISH CLOSING, THE DEFENSE HAS AN OPPORTUNITY TO

10:02AM  16   GIVE A CLOSING, THE GOVERNMENT CAN THEN GIVE A REBUTTAL, AND

10:02AM  17   THEN THE JUDGE READS YOU JURY INSTRUCTIONS, GUIDELINES OR

10:02AM  18   GUIDANCE FOR YOUR DELIBERATION.

10:02AM  19          AND IN THOSE, YOU ARE READ THE LAW ON THE CRIME OF

10:02AM  20   CONSPIRACY, SECTION 1349, THE CRIME OF WIRE FRAUD, SECTION

10:02AM  21   1343.

10:02AM  22          AND CRIMES HAVE ELEMENTS.  THE GOVERNMENT HAS TO PROVE

10:02AM  23   EACH ELEMENT BEYOND A REASONABLE DOUBT IN ORDER FOR YOU TO

10:02AM  24   CONVICT FOR THAT COUNT.

10:02AM  25          AND THE ELEMENTS THE JUDGE IS GOING TO READ TO YOU.  WHAT

10:02AM  1    THE JUDGE SAYS CONTROLS.

10:02AM  2        HERE ARE TWO ELEMENTS OF CONSPIRACY THAT I THINK THE JUDGE

10:02AM  3    IS GOING TO READ TO YOU:  THAT THERE WAS AN AGREEMENT BETWEEN

10:02AM  4    TWO OR MORE PERSONS TO COMMIT WIRE FRAUD; AND THAT MS. HOLMES

10:02AM  5    BECAME A MEMBER OF THE CONSPIRACY KNOWING OF AT LEAST ONE OF

10:02AM  6    ITS OBJECTS AND INTENDING TO HELP ACCOMPLISH IT.

10:03AM  7        IN ORDER TO BREAK THOSE DOWN, THE AGREEMENT FIRST SHOULD

10:03AM  8    BE DEFINED.  WHAT IS THE AGREEMENT BETWEEN HOLMES AND BALWANI?

10:03AM  9        WELL, FOR THE INVESTOR SIDE, IT'S TO GET MONEY FROM

10:03AM 10    INVESTORS THROUGH FRAUD, THROUGH FRAUD STATEMENTS.  THEY EACH

10:03AM 11    HAVE A DIFFERENT ROLE IN THE CONSPIRACY.

10:03AM 12        MS. HOLMES'S ROLE IS TO RECRUIT INVESTORS BY MAKING FALSE

10:03AM 13    STATEMENTS, AND I'VE LISTED JUST A COUPLE.  WE'LL GO THROUGH

10:03AM 14    MORE OF THEM LATER.  BUT THE FALSE STATEMENTS FALL INTO

10:03AM 15    DIFFERENT CATEGORIES, AND THOSE FALSE STATEMENTS YOU WILL SEE

10:03AM 16    ARE REPEATED IN THE SUBSTANTIVE WIRE FRAUD COUNTS.

10:03AM 17        WHEN SHE MAKES FALSE STATEMENTS TO SOMEONE LIKE EISENMAN

10:03AM 18    OR MOSLEY, IT'S THE SAME KIND OF FALSE STATEMENT THAT ARE PART

10:03AM 19    OF THE CONSPIRACY, AND THOSE FALSE STATEMENTS ARE ABOUT THINGS

10:03AM 20    LIKE THE CAPABILITY OF THE TECHNOLOGY, THE FINANCIAL HEALTH OF

10:03AM 21    THE COMPANY, THE RELATIONSHIP WITH WALGREENS, DOD WORK.  IT'S

10:03AM 22    THE TOPICS THAT WE HAVE ALREADY BEEN DISCUSSING THIS MORNING.

10:03AM 23        MR. BALWANI ALSO HAD A ROLE IN THIS CONSPIRACY, THE

10:04AM 24    INVESTOR CONSPIRACY.

10:04AM 25        MR. BALWANI RAN THE LAB.  YOU HEARD THAT REFERRED TO AS

ER-6529

10:04AM   1    SORT OF RUNNING OPERATIONS AT THE LAB.  THAT WAS USEFUL.

10:04AM   2        WHEN THERANOS HAD A LAB AND THEN PITCHED INVESTORS, IT WAS

10:04AM   3    USEFUL TO HAVE THAT LAB OPERATING, TO BE RUNNING, BECAUSE

10:04AM   4    INVESTORS WOULD VIEW IT AS A SORT OF PROOF OF CONCEPT, AS SORT

10:04AM   5    OF A VALUABLE THING THAT THERANOS HAD TO MAKE THE INVESTMENT

10:04AM   6    MORE ATTRACTIVE.

10:04AM   7        HE ALSO -- MR. BALWANI ALSO RECRUITED INVESTORS.

10:04AM   8        ALAN EISENMAN TOLD YOU THAT HE HAD CONVERSATIONS WITH

10:04AM   9    MR. BALWANI.

10:04AM  10        BRIAN GROSSMAN TOLD YOU THAT HE HAD CONVERSATIONS WITH

10:04AM  11    MR. BALWANI.

10:04AM  12        SO THE LINES, THE DIVISION WASN'T A CLEAR LINE BETWEEN

10:04AM  13    HOLMES AND BALWANI IN THE CONSPIRACY.  THEY EACH DID EACH

10:04AM  14    OTHER'S JOB AT TIMES, BUT MR. BALWANI RAN THE LAB AND

10:04AM  15    MS. HOLMES RECRUITED INVESTORS, THOUGH AGAIN, AS I SAID,

10:04AM  16    MR. BALWANI ALSO RECRUITED INVESTORS.

10:04AM  17        IN PARTICULAR WHEN MR. BALWANI WAS COMMUNICATING WITH

10:05AM  18    INVESTORS, IT WAS OFTEN ABOUT THE TOPIC OF FINANCES.

10:05AM  19    MR. BALWANI HANDLED THE FINANCES, I THINK IS A FAIR WORD, MORE

10:05AM  20    THAN MS. HOLMES AT THERANOS.

10:05AM  21        ONE OF THE INSTANCES WHEN YOU'VE SEEN THIS SORT OF IN ITS

10:05AM  22    MOST STARK FORM IS IN SOME PROJECTIONS THAT WERE GIVEN TO

10:05AM  23    LISA PETERSON WITH RDV AND MOSLEY, AND THOSE PROJECTIONS SHOWED

10:05AM  24    THAT IN 2014 -- AND THIS DOCUMENT WAS COMMUNICATED IN OCTOBER

10:05AM  25    OF 2014 -- THERANOS'S REVENUE WOULD BE ABOUT $140 MILLION.

CLOSING ARGUMENT BY MR. SCHENK                                    8945

10:05AM   1          AND IN 2015, THERANOS'S REVENUE WOULD BE ABOUT A BILLION

10:05AM   2     DOLLARS, $990 MILLION.

10:05AM   3          AND YOU'VE HEARD WITNESSES LIKE MR. MOSLEY TALK ABOUT --

10:05AM   4     AND PETERSON AS WELL -- WHEN YOU RECEIVED THIS DOCUMENT IN

10:05AM   5     OCTOBER OF 2014, YOU THINK TEN MONTHS OF THE YEAR ARE DONE,

10:05AM   6     THAT NUMBER IS PROBABLY PRETTY GOOD, PRETTY ACCURATE.

10:06AM   7          2015, I THINK MOSLEY SAID, CUT THEM SOME SLACK.  YOU MIGHT

10:06AM   8     GET THAT NUMBER WRONG.  IN 2014, YOU MIGHT NOT BE ABLE TO

10:06AM   9     ACCURATELY PREDICT YOUR REVENUE IN 2015.  THERE'S A BALLPARK,

10:06AM  10     AND IT SHOULD BE SOMEWHERE IN THAT BALLPARK.

10:06AM  11          BUT I THINK MR. MOSLEY COMMUNICATED TO YOU THAT HE WASN'T

10:06AM  12     EXPECTING THEM TO HIT THE 2015 NUMBER RIGHT ON THE NOSE.  HE

10:06AM  13     THOUGHT THAT ONE MIGHT BE OFF.  YOU'VE HEARD NOW IT WAS OFF BY

10:06AM  14     ABOUT A BILLION DOLLARS.

10:06AM  15          BUT IN 2014, THE NUMBER IN MOSLEY AND PETERSON'S MIND

10:06AM  16     SHOULD HAVE BEEN CLOSER, AND IT WAS BASED ON A NUMBER OF

10:06AM  17     WALGREENS STORES, ANTICIPATED NUMBER OF WALGREENS STORES.

10:06AM  18          SO IT'S THINGS LIKE THAT WHERE MR. BALWANI IS PLAYING AN

10:06AM  19     ACTIVE ROLE IN THE CONSPIRACY.

10:06AM  20          WE'RE GOING TO SPEND A LITTLE BIT OF TIME TALKING ABOUT

10:06AM  21     INSTANCES WHERE MS. HOLMES EXERCISED CONTROL AT THERANOS.  THIS

10:06AM  22     IS GOING TO BE USEFUL TO US BECAUSE IT'S A CONCEPT THAT WILL

10:07AM  23     PLAY OUT IN ALL OF THE COUNTS.

10:07AM  24          THERE WEREN'T EVENTS OCCURRING THAT SHE WASN'T AWARE OF,

10:07AM  25     THAT SHE WASN'T INTERESTED IN, THAT OCCURRED WITHOUT HER

ER-6531

CLOSING ARGUMENT BY MR. SCHENK                    8946

10:07AM  1    DECISIONS OR INVOLVEMENT, AND BECAUSE OF THAT, IT SHOWS THAT

10:07AM  2    SHE HAD KNOWLEDGE THAT CERTAIN STATEMENTS THAT WERE

10:07AM  3    COMMUNICATED WERE FALSE, AND THAT THEY WERE COMMUNICATED WITH

10:07AM  4    THE INTENT THAT THEIR PURPOSE BE TO DEFRAUD.

10:07AM  5         THE FIRST AREA IS PUBLIC RELATIONS AND LEGAL.

10:07AM  6         IN THIS TEXT MESSAGE, MR. BALWANI IS TELLING MS. HOLMES

10:07AM  7    THAT HE DOES NOT LIKE, HE DISLIKES THE DIRECTION THAT SHE'S

10:07AM  8    TAKEN WITH ALL OF THIS PR AND LEGAL WORK AND A LOT OF OTHER

10:07AM  9    THINGS.  SHE HAS CONTROL IN THOSE AREAS.

10:07AM 10         IN BUSINESS DEVELOPMENT, STEVE BURD TOLD YOU, THE CEO AT

10:07AM 11    SAFEWAY -- REMEMBER HE WAS SAYING SOME COMPLIMENTARY THINGS

10:07AM 12    ABOUT MS. HOLMES, HOW SHE OWNED A ROOM, HOW SHE PRESENTED TO

10:07AM 13    HIS BOARD, HOW THOUGHTFUL AND ARTICULATE AND CLEAR SHE WAS IN

10:07AM 14    HER DESCRIPTIONS, AND HOW SHE ALSO PLAYED SIMILAR ROLES WITH

10:08AM 15    DOD AND WALGREENS AND SHE WAS INVOLVED WITH BUSINESS

10:08AM 16    DEVELOPMENT.

10:08AM 17         IT WAS NOT THAT SHE WAS PUTTING THE 4 SERIES TOGETHER AT

10:08AM 18    HER DESK AND SOMEONE WAS OUT THERE PITCHING THE BUSINESS.  SHE

10:08AM 19    WAS INVOLVED IN THAT.  SHE WAS RESPONSIBLE.  SHE KNOWS HOW

10:08AM 20    THOSE RELATIONSHIPS ARE GOING AND WHAT REPRESENTATIONS ARE

10:08AM 21    BEING MADE.

10:08AM 22         IN PRESENTATIONS TO INVESTORS, MR. GROSSMAN TOLD YOU THAT

10:08AM 23    MS. HOLMES DID MOST OF THE TALKING IN THIS PARTICULAR MEETING,

10:08AM 24    DECEMBER OF 2013.

10:08AM 25         IN THE CLIA LAB -- YOU'VE HEARD THE CLINICAL LAB WHERE

ER-6532

CLOSING ARGUMENT BY MR. SCHENK                          8947

10:08AM   1     PATIENT TESTING OCCURRED, THERE WERE TWO LABS AT THERANOS, THE

10:08AM   2     R&D LAB, AND SOMETIMES IT'S BEEN CALLED THE CLIA LAB, SOMETIMES

10:08AM   3     THE CLINICAL LAB, THAT'S WHERE THE PATIENT TESTING WAS DONE.

10:08AM   4          IN THE CLIA LAB, MS. HOLMES ON THE STAND DESCRIBED TO YOU

10:08AM   5     SORT OF A HANDS OFF APPROACH.  SHE WASN'T QUALIFIED BECAUSE SHE

10:08AM   6     WASN'T THE LAB DIRECTOR.

10:08AM   7          BUT THE EMAILS ACTUALLY SUGGEST SOMETHING DIFFERENT, AND

10:08AM   8     THIS EXHIBIT 4189 TALKS ABOUT ELIZABETH DECIDING WHETHER TO PUT

10:09AM   9     COMMENTS WHEN CERTAIN REPORTS OR RESULTS ARE WITHHELD.

10:09AM  10          SO "PER ELIZABETH'S REQUEST, IN THE SHORT TERM, PLEASE DO

10:09AM  11     NOT PUT ANY COMMENT OR NOTE ON THE RESULT REPORT IF CO2 VALUES

10:09AM  12     ARE VOIDED.  IF DOCTORS CALL TO INQUIRE, WE HAVE PROVIDED THE

10:09AM  13     FOLLOWING MESSAGING TO CUSTOMER SERVICE TEAM:"

10:09AM  14          AND THEN THERE'S A MESSAGING BELOW.

10:09AM  15          SO MS. HOLMES KNOWS THAT CERTAIN TESTS, LIKE IN THIS

10:09AM  16     INSTANCE, CO2, MAY NOT GET REPORTED, AND SHE'S MAKING THE

10:09AM  17     DECISION ABOUT WHETHER THE LAB REPORT, THE RESULT SHOULD SAY

10:09AM  18     SOMETHING ABOUT THAT, AND THEN WHAT TO DO IF THERE'S A

10:09AM  19     PHYSICIAN WHO ORDERS A CO2 TEST FOR A PATIENT GETS THE RECORD

10:09AM  20     BACK AND SEES THAT IT'S MISSING AND THEN CALLS, WHAT IS THAT

10:09AM  21     PHYSICIAN GOING TO BE TOLD?  SHE'S INVOLVED IN THAT, TOO.

10:09AM  22          THE SCRIPTING TO DOCTORS.

10:09AM  23          I SHOWED YOU AN INSTANCE WHERE SHE'S DECIDING WHAT TO PUT

10:10AM  24     ON THE REPORT.  SHE'S ALSO INVOLVED IN WHAT TO SAY TO DOCTORS.

10:10AM  25          THIS IS AN EMAIL ABOUT A DISCREPANCY OF AN INR TEST AT

CLOSING ARGUMENT BY MR. SCHENK                                    8948

10:10AM   1    THERANOS.  AND YOU SEE THE EMAIL AT THE TOP FROM

10:10AM   2    CHRISTIAN HOLMES, MS. HOLMES'S BROTHER WHO WORKED AT THERANOS.

10:10AM   3    HE SAID HE'S GOING TO WORK WITH ELIZABETH ON SCRIPTING WHILE

10:10AM   4    SUNNY ADDRESSES ROOT CAUSE.

10:10AM   5        SO IT'S NOT JUST WHAT APPEARS ON THE REPORT.  IT'S ALSO

10:10AM   6    WHAT DOCTORS ARE GOING TO CALL WHEN THERE'S A DISCREPANCY, WHEN

10:10AM   7    THERE ARE QUESTIONS ABOUT THE REPORT.  SHE'S INVOLVED IN THAT,

10:10AM   8    TOO.

10:10AM   9        INVESTOR BINDERS.

10:10AM  10        YOU'VE HEARD SEVERAL INVESTORS MADE THEIR DECISION TO

10:10AM  11    INVEST AFTER RECEIVING A BINDER OF DOCUMENTS FROM THERANOS.

10:10AM  12        MS. HOLMES WAS INVOLVED IN REVIEWING AND DETERMINING THE

10:10AM  13    CONTENT OF THOSE BINDERS.

10:10AM  14        DAN EDLIN TOLD YOU THAT SHE APPROVED MATERIALS, AND HERE'S

10:10AM  15    AN EMAIL WHERE SHE'S ASKING ABOUT THE CONTENTS OF TWO BINDERS.

10:10AM  16        THE DOD.

10:11AM  17        DAN EDLIN TOLD YOU THAT MS. HOLMES WAS VERY INVOLVED IN

10:11AM  18    THE INTERACTIONS WITH THE DOD.  IF HE WAS GOING TO SEND AN

10:11AM  19    EMAIL TO SOMEONE AT DOD, HE REVIEWED THAT DRAFT EMAIL WITH HER.

10:11AM  20    IF AN EMAIL CAME IN FROM DOD, SHE WOULD REVIEW IT WITH

10:11AM  21    DAN EDLIN, BUT SHE WAS VERY INVOLVED IN THE DOD RELATIONSHIP.

10:11AM  22        THERANOS HAD A WEBSITE.  YOU MAY RECALL AROUND THE TIME OF

10:11AM  23    THE WALGREENS LAUNCH IN SEPTEMBER OF 2013, WHEN THAT WEBSITE

10:11AM  24    WENT LIVE, THERE WAS EMAIL TRAFFIC WITH A LAWYER DISCOURAGING

10:11AM  25    CERTAIN WORDS, THE USE OF CERTAIN WORDS TO MS. HOLMES.

10:11AM  1      AND DAN EDLIN TOLD YOU THAT THE CONTENT OF THE WEBSITE WAS

10:11AM  2   SOMETHING THAT MS. HOLMES WAS VERY INVOLVED IN AND WAS, HIS

10:11AM  3   WORD, DETAILED ORIENTED.

10:11AM  4      FINANCIALS.

10:11AM  5      MS. YAM TOLD YOU THAT SHE REVIEWED FINANCIALS WITH

10:11AM  6   MS. HOLMES, THINGS LIKE THE CASH POSITION.

10:12AM  7      YOU HAVE HEARD TESTIMONY THAT MR. BALWANI WAS MORE

10:12AM  8   INVOLVED IN THAT AREA, BUT ELIZABETH HOLMES WASN'T IGNORANT OF

10:12AM  9   THE FINANCIAL STATE OF THE COMPANY AT THERANOS.

10:12AM  10      DANISE YAM SAID, I REPORTED TO ELIZABETH HOLMES AND I

10:12AM  11   SHARED THE INFORMATION ABOUT THE FINANCIAL HEALTH OF THE

10:12AM  12   COMPANY.

10:12AM  13      THE PHARMACEUTICAL RELATIONSHIP.

10:12AM  14      DR. CULLEN FROM SCHERING-PLOUGH DESCRIBED THAT OCCASION

10:12AM  15   WHEN SHE FLEW OUT TO PALO ALTO AND MET WITH MS. HOLMES AND

10:12AM  16   OTHERS FROM THERANOS TO DISCUSS THE WORK THAT THE TWO HAD DONE,

10:12AM  17   THE THERANOS AND SCHERING-PLOUGH RELATIONSHIP, AND DR. CULLEN

10:12AM  18   DESCRIBED TO YOU ASKING QUESTIONS OF THE THERANOS FOLKS ABOUT

10:12AM  19   THE WORK THAT WAS DONE, AND MS. HOLMES WAS ANSWERING ALL OF THE

10:12AM  20   QUESTIONS.

10:12AM  21      AND DR. CULLEN MADE AN EFFORT TO DIRECT QUESTIONS TO OTHER

10:12AM  22   THERANOS EMPLOYEES DURING THE MEETING, AND DR. CULLEN SAID

10:12AM  23   MS. HOLMES WOULD INTERRUPT OR ANSWER THOSE QUESTIONS, TOO.

10:12AM  24   ELIZABETH HOLMES WAS INVOLVED IN THE RELATIONSHIP BETWEEN

10:13AM  25   THERANOS AND PHARMACEUTICAL COMPANIES.

CLOSING ARGUMENT BY MR. SCHENK                                    8950

10:13AM  1        SO THE SECOND ELEMENT IS MEMBERSHIP -- THIS IS THE

10:13AM  2   CONSPIRACY COUNT FOR INVESTORS.  THE SECOND ELEMENT IS

10:13AM  3   MEMBERSHIP IN THE CONSPIRACY, KNOWLEDGE OF ITS OBJECTIVE AND

10:13AM  4   INTENT.

10:13AM  5        SO THE OBJECTIVE OF THE CONSPIRACY TO DEFRAUD INVESTORS IS

10:13AM  6   TO GET MONEY FROM INVESTORS THROUGH FRAUD.

10:13AM  7        KNOWLEDGE OF THE OBJECTIVE.

10:13AM  8        HOW DO WE KNOW THAT MS. HOLMES KNEW THAT WAS THE

10:13AM  9   OBJECTIVE?  THROUGH TEXT MESSAGES, EMAILS, AND FROM DANISE YAM

10:13AM 10   SHARING FINANCIALS WITH ELIZABETH HOLMES THAT CREATE THE NEED

10:13AM 11   TO GET THE MONEY.

10:13AM 12        INTENT TO ACCOMPLISH.

10:13AM 13        THERE ARE EMAILS THAT WE WILL TALK ABOUT THAT THE

10:13AM 14   GOVERNMENT WILL SUBMIT TO YOU SHOW INTENT, BUT THERE IS ALSO A

10:13AM 15   MORE BROAD OR OVERARCHING INTENT POINT HERE.

10:13AM 16        MS. HOLMES COMMUNICATED FALSE STATEMENTS TO INVESTORS, WE

10:13AM 17   CAN RUN ALL OF THE TESTS, WE HAVE A HEALTHY RELATIONSHIP WITH

10:13AM 18   WALGREENS, DOD WORK.  THERE ARE A LOT OF THINGS THAT SHE SAID

10:14AM 19   TO INVESTORS THAT WERE FALSE.

10:14AM 20        THERE ARE SUGGESTIONS THAT SHE KNEW THOSE STATEMENTS WERE

10:14AM 21   FALSE.  SO SHE'S COMMUNICATING KNOWINGLY FALSE STATEMENTS TO

10:14AM 22   INVESTORS.

10:14AM 23        IMAGINE FOR A MOMENT, THOUGH, SHE'S COMMUNICATING A

10:14AM 24   DIFFERENT KIND OF KNOWINGLY FALSE STATEMENT TO AN INVESTOR.

10:14AM 25        IF SHE TELLS AN INVESTOR, THERANOS ISN'T A REAL COMPANY,

10:14AM   1    IT'S A P.O. BOX, WE DON'T HAVE REAL EMPLOYEES, WE DON'T DO ANY

10:14AM   2    REAL WORK, IF SHE HAD SAID THAT TO INVESTORS, THAT, TOO, WOULD

10:14AM   3    HAVE BEEN A KNOWINGLY FALSE STATEMENT ABOUT THERANOS.  IT WAS A

10:14AM   4    COMPANY WITH EMPLOYEES.  IT WASN'T JUST A P.O. BOX.

10:14AM   5        BUT IT'S SORT OF HARD TO THINK THAT THAT WOULD BE

10:14AM   6    COMMUNICATED WITH THE INTENT TO DEFRAUD.  THAT WOULD DISCOURAGE

10:14AM   7    AN INVESTOR FROM INVESTING.

10:14AM   8        WHEN ELIZABETH HOLMES COMMUNICATES KNOWINGLY FALSE

10:14AM   9    STATEMENTS TO INVESTORS, THEY'RE THE FAVORABLE KIND.  THEY'RE

10:14AM  10    THE KIND THAT CAUSE AN INVESTOR TO WANT TO INVEST IN THERANOS,

10:14AM  11    AND THAT IS USEFUL INTENT EVIDENCE.  THE KIND OF INFORMATION

10:14AM  12    THAT SHE COMMUNICATES THAT IS KNOWINGLY FALSE IS KNOWINGLY AND

10:15AM  13    FAVORABLE INFORMATION.

10:15AM  14        KNOWLEDGE OF THE OBJECTIVE.

10:15AM  15        THERE ARE TEXT MESSAGES WHERE MS. HOLMES AND MR. BALWANI

10:15AM  16    ARE TALKING ABOUT INVESTOR MONEY COMING IN.

10:15AM  17        THIS ONE IS TALKING ABOUT ALICE WALTON INVESTING 50

10:15AM  18    MILLION; GREG PENNER INVESTING 100 MILLION; RUPERT MURDOCH IN

10:15AM  19    FOR OVER 100.

10:15AM  20        THEY'RE PAYING ATTENTION TO THAT MONEY COMING IN.

10:15AM  21        INTENT TO ACCOMPLISH.

10:15AM  22        MR. EISENMAN TOLD YOU THAT HE INVESTED ON DIFFERENT

10:15AM  23    OCCASIONS, AND BEFORE HIS INVESTMENT IN 2013, HE THOUGHT

10:15AM  24    THERANOS WAS RUDE -- I'M NOT SURE HE WOULD ADOPT THAT WORD --

10:15AM  25    BUT HE WAS UNSATISFIED WITH THE RELATIONSHIP, WITH THE

CLOSING ARGUMENT BY MR. SCHENK                              8952

10:15AM  1    DISCUSSIONS.

10:15AM  2         AND AFTER HIS INVESTMENT, HE WAS SIMILARLY DISSATISFIED.

10:15AM  3    I THINK PROBABLY BOTH SIDES WERE UNHAPPY WITH THOSE

10:15AM  4    INTERACTIONS.

10:15AM  5         BUT ALAN EISENMAN DESCRIBED TO YOU SORT OF THAT STRANGE

10:15AM  6    PERIOD OF TIME WHERE THEY WERE SURPRISINGLY NICE TO HIM RIGHT

10:15AM  7    BEFORE HE MADE THE DECISION TO INVEST IN 2013.  THIS IS SORT OF

10:16AM  8    LIKE A CATCH FLIES WITH HONEY IDEA.

10:16AM  9         THEY KNEW WHAT TO SAY TO INVESTORS, HOW TO TREAT INVESTORS

10:16AM 10    AT A TIME WHEN THEY WERE INTERESTED IN INVESTING.  THAT IS ALSO

10:16AM 11    INTENT EVIDENCE.

10:16AM 12         SO WE TALKED ABOUT THE CONSPIRACY TO DEFRAUD INVESTORS.

10:16AM 13         WE'RE NOW GOING TO MOVE TO THE CONSPIRACY TO DEFRAUD

10:16AM 14    PATIENTS.

10:16AM 15         THERE IS MORE INTENT EVIDENCE, MORE KNOWLEDGE EVIDENCE

10:16AM 16    THAT WE'LL GO THROUGH WHEN WE GET TO THE SUBSTANTIVE WIRE FRAUD

10:16AM 17    INVESTOR COUNTS, AND I'M GOING TO ASK YOU TO CONSIDER THAT

10:16AM 18    EVIDENCE FOR THE CONSPIRACY COUNT ALSO.  I DON'T JUST WANT TO

10:16AM 19    REPEAT THE EVIDENCE OVER AND OVER.

10:16AM 20         SO SOME OF IT I'M GOING TO SAVE FOR THE SUBSTANTIVE WIRE

10:16AM 21    FRAUD COUNTS BECAUSE THEY HAVE, AS AN ELEMENT, INTENT AND

10:16AM 22    KNOWLEDGE AND SOME OF THE THINGS THAT WE'VE TALKED ABOUT.

10:16AM 23         THE PATIENT SIDE.

10:16AM 24         IT'S THE SAME TWO ELEMENTS, CONSPIRACY UNDER 1349 TO

10:16AM 25    DEFRAUD INVESTORS, AND IT HAS THE SAME ELEMENTS THAT CONSPIRACY

CLOSING ARGUMENT BY MR. SCHENK                                    8953

10:16AM  1    UNDER 1349 TO DEFRAUD PATIENTS HAS.

10:16AM  2         AGAIN, THE ROLES.

10:17AM  3         ON THE PATIENT SIDE, ELIZABETH HOLMES -- I'M SORRY.

10:17AM  4         THE AGREEMENT WAS TO GET MONEY FROM PATIENTS.

10:17AM  5         NOW, OF COURSE, THE AMOUNT OF MONEY IS MUCH, MUCH SMALLER,

10:17AM  6    THE $5, $10 BLOOD TESTING.

10:17AM  7         BUT IT'S A VOLUME BUSINESS.  THE IDEA IS TO SET UP THE LAB

10:17AM  8    AND GET THE PATIENTS TO BEGIN BUYING BLOOD TESTS, BECAUSE IT IS

10:17AM  9    STILL REVENUE, TOO.  AND YOU'VE SEEN EXCEL SPREADSHEETS WHEN

10:17AM  10   THERANOS WAS DOWN TO ABOUT $7 MILLION.  THEY STILL NEEDED

10:17AM  11   REVENUE.  IT'S A MUCH SMALLER AMOUNT, OF COURSE, FROM

10:17AM  12   INDIVIDUAL BLOOD TESTS.  IT'S A VOLUME BUSINESS.

10:17AM  13        MS. HOLMES'S ROLE IN THE PATIENT FRAUD IS TO RECRUIT

10:17AM  14   INVESTORS THROUGH FALSE STATEMENTS, FALSE STATEMENTS THAT WERE

10:17AM  15   MADE IN THE PRESS, FALSE STATEMENTS THAT WERE MADE ON THE

10:17AM  16   WEBSITE, ABOUT THINGS LIKE THE ACCURACY, THE RELIABILITY OF THE

10:17AM  17   BLOOD TESTING.

10:17AM  18        MR. BALWANI ALSO PLAYED A ROLE IN THE CONSPIRACY TO

10:17AM  19   DEFRAUD PATIENTS.  YOU'VE HEARD THAT HE RAN OPERATIONS IN THE

10:17AM  20   LAB.

10:17AM  21        AND YOU CAN ALSO TELL A LOT ABOUT WHAT THEY VALUE BY THE

10:18AM  22   DECISION, THERE'S AN EMAIL WHERE THEY SUGGEST CUTTING OR FIRING

10:18AM  23   DR. ROSENDORFF.  HE ENDS UP RESIGNING.

10:18AM  24        BUT WHO DO THEY REPLACE DR. ROSENDORFF WITH?

10:18AM  25        DR. ROSENDORFF IS COMPLAINING ABOUT ACCURACY, ASKING THEM

10:18AM  1    TO DO MORE PROFICIENCY TESTING.

10:18AM  2         WHO THEY REPLACE HIM WITH IS SUNNY BALWANI'S DERMATOLOGIST

10:18AM  3    WHO WORKS FIVE HOURS OVER SIX OR SEVEN MONTHS, AND

10:18AM  4    LYNETTE SAWYER, WHO WORKS LESS.

10:18AM  5         YOU CAN TELL WHAT THEY VALUE AND WHAT THEIR INTENT IS BY

10:18AM  6    WHO THEY GET TO RUN THE LAB, AND YOU KNOW THE DIFFERENCE IN LAB

10:18AM  7    DIRECTORS, JUST THE ENGAGEMENT -- I DON'T MEAN AS PEOPLE, I

10:18AM  8    JUST MEAN THE LEVEL OF ENGAGEMENT, THE KINDS OF ISSUES THAT ARE

10:18AM  9    RAISED TO THE LAB DIRECTOR AND THE KIND OF ISSUES THAT THE LAB

10:18AM 10    DIRECTOR RAISES ARE VERY DIFFERENT BETWEEN ROSENDORFF AND

10:18AM 11    DHAWAN AND SAWYER.

10:18AM 12         SO THE SECOND ELEMENT FOR A CONSPIRACY FOR PATIENTS IS THE

10:18AM 13    SAME, MEMBERSHIP IN THE CONSPIRACY, KNOWLEDGE OF THE OBJECTIVE,

10:18AM 14    AND INTENT TO ACCOMPLISH IT.

10:18AM 15         AGAIN, YOU GATHER THIS EVIDENCE FROM THE TEXT MESSAGES.

10:19AM 16    THERE'S A TEXT MESSAGE THAT YOU PROBABLY REMEMBER, WE'LL LOOK

10:19AM 17    AT IT A COUPLE OF TIMES, WHERE MR. BALWANI TELLS MS. HOLMES

10:19AM 18    THAT THE LAB IS A DISASTER.  THERE'S AN EXPLETIVE IN THE TEXT.

10:19AM 19         AND THERE ARE EMAILS WHERE MS. HOLMES AND MR. BALWANI ARE

10:19AM 20    INFORMED OF ALL OF THE PROBLEMS IN THE LAB.

10:19AM 21         AND THEN INTENT, AGAIN, THE KINDS OF FALSE STATEMENTS THAT

10:19AM 22    THEY'RE COMMUNICATING TO PATIENTS THROUGH THE PRESS, THE MEDIA

10:19AM 23    AND THE WEBSITE, ARE THE KIND THAT WOULD GET THE PATIENT TO GO

10:19AM 24    THERE ABOUT ACCURACY, RELIABILITY, SPEED, PRICE, THINGS LIKE

10:19AM 25    THAT, FINGERSTICK, THOSE ARE ALL THINGS THAT ARE SAID TO

CLOSING ARGUMENT BY MR. SCHENK                                                8955

10:19AM 1    ENCOURAGE SOMEONE TO PURCHASE BLOOD TESTS.

10:19AM 2        HERE'S THE TEXT THAT I JUST REFERRED TO.  THE NORMANDY LAB

10:19AM 3    IS A DISASTER ZONE, MR. BALWANI SAYS TO MS. HOLMES.  THIS IS IN

10:19AM 4    NOVEMBER OF 2014.  I'LL MAKE A POINT OF NOTING THAT FOR YOU A

10:19AM 5    LITTLE BIT LATER ON THIS MORNING.

10:19AM 6        IN 2014, AND ACTUALLY EARLIER, IN 2014 MS. HOLMES IS TOLD

10:20AM 7    ABOUT PROBLEMS IN THE LAB AND THEY GO ON FURTHER TO DISCUSS THE

10:20AM 8    USE OF HUMAN JUDGMENT, OF PEOPLE IN THE LAB MAKING THE

10:20AM 9    DECISIONS.

10:20AM 10       RECALL ONE OF THE PITCHES, ONE OF THE BENEFITS TO THE

10:20AM 11   THERANOS DEVICE WAS THAT IT DID ALL OF THE WORK ON ITS OWN SO

10:20AM 12   YOU DIDN'T HAVE TO HAVE PEOPLE IN THE LAB MAKING JUDGMENTS,

10:20AM 13   MAKING DECISIONS.

10:20AM 14       THIS SORT OF PREANALYTICAL PHASE WHERE THERE WERE A LOT OF

10:20AM 15   ERRORS IN LAB TESTING OCCUR, THE BENEFIT THAT INVESTORS AND

10:20AM 16   PATIENTS WERE TOLD WAS THAT THERANOS ELIMINATED THAT.

10:20AM 17       IN FACT, WHAT THEY SEE IS INDIVIDUALS, PEOPLE IN THE LAB

10:20AM 18   USING THEIR JUDGMENT BECAUSE THE DEVICE DOESN'T WORK THAT WAY.

10:20AM 19       PRICE.

10:20AM 20       THE THERANOS PRICE WAS ADVERTISED.  THIS IS IN A BINDER OF

10:20AM 21   DOCUMENTS SENT TO INVESTORS, BUT YOU'LL SEE TESTIMONY FROM

10:20AM 22   EDLIN SAYING IT'S THE SAME KIND OF INFORMATION THAT APPEARED ON

10:20AM 23   THERANOS'S WEBSITE.

10:21AM 24       ANOTHER SLIDE ABOUT PRICE.

10:21AM 25       IN THE MEDIA, THIS IS THE PARLOFF ARTICLE, THE 2014

ER-6541

10:21AM   1    "FORTUNE" ARTICLE.  THE STATEMENTS THAT MS. HOLMES MADE TO

10:21AM   2    MR. PARLOFF MAKE IT INTO THE ARTICLE AND THEN ARE AVAILABLE FOR

10:21AM   3    POTENTIAL PATIENTS TO READ AND USE TO MAKE DECISIONS TO USE THE

10:21AM   4    SERVICE, AND IT SAYS THINGS LIKE THE COST, TRANSPARENCY,

10:21AM   5    ADVERTISING OF THE PRICE, THINGS LIKE THAT.

10:21AM   6         THIS IS THE EMAIL THAT I MENTIONED A MOMENT AGO WHERE

10:21AM   7    RIGHT BEFORE THE WEBSITE GOES LIVE, AN ATTORNEY SENDS

10:21AM   8    MS. HOLMES AN EMAIL SAYING, REMOVE THIS STUFF FROM YOUR

10:21AM   9    WEBSITE, THESE WORDS, THESE PHRASES, THINGS LIKE "ALL TESTS,"

10:21AM  10    BECAUSE IT IS UNLIKELY THAT A LAB CAN PERFORM EVERY CONCEIVABLE

10:21AM  11    TEST.

10:21AM  12         AND THEN THESE COMPARATIVE WORDS, REPLACE "FASTER AND

10:21AM  13    EASIER" WITH "FAST AND EASY," ALL TO AVOID MISLEADING PEOPLE.

10:22AM  14         AND YOU HEARD MS. HOLMES WHEN SHE WAS ON THE STAND TALK

10:22AM  15    ABOUT THIS, AND WHAT SHE SAID WAS, IT WAS SOMEBODY ELSE'S JOB

10:22AM  16    AT THERANOS TO MAKE THE CHANGES TO THE WEBSITE.

10:22AM  17         DAN EDLIN TOLD YOU HOW INVOLVED SHE WAS IN THE WEBSITE.

10:22AM  18         BUT THAT ALSO MISSES THE POINT.

10:22AM  19         SHE'S INFORMED ABOUT THE MISLEADING NATURE OF THESE WORDS,

10:22AM  20    HOW SOMEONE MIGHT GET THE WRONG IMPRESSION AND THINK THAT

10:22AM  21    THERANOS COULD ACTUALLY DO ALL OF THE TESTS BY USING THESE

10:22AM  22    PHRASES.  IT'S STRONG INTENT EVIDENCE FOR THAT REASON.

10:22AM  23         EDLIN TOLD YOU MS. HOLMES WAS INVOLVED IN THE WEBSITE.  SO

10:22AM  24    IT WASN'T THAT MS. HOLMES NEVER LOOKED AT THE WEBSITE, HAD NO

10:22AM  25    IDEA THAT PATIENTS OR POTENTIAL PATIENTS MIGHT LOOK AT IT.  SHE

10:22AM  1    WAS INVOLVED IN THAT ALSO.

10:22AM  2        THE QUESTIONS ABOUT QUALITY APPEARED ON THE LEFT IN AN

10:22AM  3    INVESTOR BINDER.  BUT DAN EDLIN SAID, I ALSO RECOGNIZE THAT AS

10:22AM  4    SOMETHING THAT APPEARED ON THE WEBSITE.

10:22AM  5        SO IT WASN'T JUST PRICE THAT THEY ADVERTISED TO LURE

10:23AM  6    PATIENTS.  QUALITY.  ACCURACY.

10:23AM  7        NOW WE'LL MOVE ON TO THE WIRE FRAUD COUNTS.

10:23AM  8        THE CRIME OF WIRE FRAUD HAS FOUR ELEMENTS.  I TOLD YOU

10:23AM  9    THAT THERE ARE SIX COUNTS RELATED TO INVESTORS, AND THEN THREE

10:23AM 10    COUNTS RELATED TO PATIENTS.

10:23AM 11        LET'S START BY FOCUSSING ON THE COUNTS RELATED TO

10:23AM 12    INVESTORS.

10:23AM 13        THE FOUR ELEMENTS ARE THAT MS. HOLMES KNOWINGLY

10:23AM 14    PARTICIPATED IN A SCHEME OR PLAN TO DEFRAUD, OR A SCHEME OR

10:23AM 15    PLAN FOR OBTAINING MONEY OR PROPERTY BY FALSE REPRESENTATIONS.

10:23AM 16        IT MIGHT BE EASIER TO BREAK THAT INTO TWO, TO ACTUALLY

10:23AM 17    FOCUS ON THE EXISTENCE OF A SCHEME OR PLAN, AND THEN KNOWLEDGE.

10:23AM 18    SO THAT'S THE WAY THAT WE WILL TALK ABOUT IT.

10:23AM 19        THE SECOND ELEMENT IS MATERIALITY, THAT THE FALSE

10:23AM 20    STATEMENTS WERE THE KIND OF FALSE STATEMENTS THAT COULD WOULD

10:23AM 21    CAUSE SOMEONE TO SPEND MONEY OR PART WITH MONEY.

10:23AM 22        THE THIRD ELEMENT IS THAT MS. HOLMES ACTED WITH THE INTENT

10:23AM 23    TO DEFRAUD.

10:23AM 24        AND THE FOURTH ELEMENT IS THAT INTERSTATE ELEMENT THAT I

10:24AM 25    MENTIONED TO YOU EARLIER, AN INTERSTATE WIRE.

CLOSING ARGUMENT BY MR. SCHENK                    8958

10:24AM  1          HERE'S A SLIDE THAT I'M GOING TO ASK YOU TO TAKE A FEW

10:24AM  2     NOTES ON IF YOU'LL ALLOW ME TO MAKE THAT REQUEST.

10:24AM  3          THE VERDICT FORM FOR THESE COUNTS SAYS COUNT THREE, THE

10:24AM  4     DATE -- SO FOR COUNT THREE, DECEMBER 30TH, 2013 -- AND THE

10:24AM  5     AMOUNT, THE DOLLAR AMOUNT.

10:24AM  6          THE VERDICT FORM DOES NOT SAY THE NAME OF THE INVESTOR,

10:24AM  7     AND WE ALL WANT TO MAKE SURE THAT YOU REACH THE VERDICT THAT

10:24AM  8     YOU HAD WANT TO REACH.

10:24AM  9          IF YOU INTEND TO CONVICT HER OF THE EISENMAN COUNT AND

10:24AM  10    ACQUIT HER OF THE BLACK DIAMOND OR THE LUCAS COUNT, KNOWING

10:24AM  11    WHICH COUNT APPLIES TO WHICH INVESTOR IS USEFUL.

10:24AM  12         SO COUNT THREE IS EISENMAN;

10:24AM  13         COUNT FOUR IS LUCAS, OR BDV, BLACK DIAMOND VENTURES.

10:24AM  14    LUCAS INVESTED A LITTLE OVER 5 MILLION;

10:24AM  15         COUNT FIVE IS BRYAN TOLBERT, OR THE HALL GROUP, AND THEY

10:25AM  16    INVESTED A LITTLE UNDER 5 MILLION;

10:25AM  17         COUNT SIX IS BRIAN GROSSMAN, OR PFM, AND THIS WIRE, THIS

10:25AM  18    INVESTMENT WAS A LITTLE OVER $38 MILLION;

10:25AM  19         COUNT SEVEN WAS LISA PETERSON, OR RDV, THIS WAS ABOUT

10:25AM  20    $100 MILLION; AND,

10:25AM  21         COUNT EIGHT WAS DAN MOSLEY, AND HIS INVESTMENT WAS JUST

10:25AM  22    UNDER $6 MILLION.

10:25AM  23         SO YOU SEE WHICH COUNT APPLIES TO WHICH INVESTOR.

10:25AM  24         I TOLD YOU THAT THE FALSE STATEMENTS THAT WERE MADE IN

10:25AM  25    THIS CASE FALL INTO DIFFERENT CATEGORIES.  THERE ARE DIFFERENT

10:25AM   1    KINDS OF FALSE STATEMENTS THAT MS. HOLMES MADE IN ORDER TO

10:25AM   2    DEFRAUD INVESTORS, AND SOME INVESTORS HEARD MORE THAN ONE OF

10:25AM   3    THEM, SOME HEARD ONE, BUT NOT ANOTHER.  IT'S NOT THE CASE THAT

10:25AM   4    EVERY INVESTOR HEARD EVERY STATEMENT.

10:25AM   5         THERE ARE CERTAIN KINDS OF STATEMENTS, THOUGH, I THINK

10:25AM   6    THAT ARE A THREAD THROUGH THIS SCHEME, ESPECIALLY THIS FIRST

10:26AM   7    ONE ABOUT THE CAPABILITIES OF THE ANALYZER, AND IN PARTICULAR

10:26AM   8    ITS ACCURACY.

10:26AM   9         AND, IN FACT, THE ACCURACY OF THE TESTING ALSO WAS A FALSE

10:26AM  10    STATEMENT ON THE PATIENT SIDE.  IT'S SORT OF THE UNDERLYING

10:26AM  11    FALSE STATEMENT IN THE CASE, BUT IT IS CERTAINLY NOT THE ONLY

10:26AM  12    FALSE STATEMENT.

10:26AM  13         THERE ARE FALSE STATEMENTS IN MANY CATEGORIES ABOUT THE

10:26AM  14    FULL RANGE OF TESTS, ABOUT WHAT DEVICE THEY USED, THAT THE

10:26AM  15    TESTING WAS DONE ON THE FINGERSTICK.

10:26AM  16         THERE'S FALSE STATEMENTS ABOUT THE FINANCIAL STABILITY OR

10:26AM  17    THE FINANCIAL HEALTH OF THE COMPANY.

10:26AM  18         THERE ARE FALSE STATEMENTS ABOUT MISLEADING

10:26AM  19    DEMONSTRATIONS, OR YOU MAY RECALL THAT ON OCCASION VIP'S -- AT

10:26AM  20    THERANOS A VIP WAS A POTENTIAL INVESTOR.  A VIP WOULD COME INTO

10:26AM  21    THERANOS AND HAVE A DEMONSTRATION OF THE BLOOD TEST AND THAT

10:26AM  22    WOULD OFTEN BE DONE ON A DEVICE THAT THERANOS DID NOT USE AT

10:26AM  23    WALGREENS, THE 4 SERIES DEVICE.

10:26AM  24         OFTEN THE TESTING OF THAT BLOOD WAS NOT DONE ON THE DEVICE

10:26AM  25    IN THE ROOM.  IT WAS DONE BACK AT THE LAB, AND WE'LL GO THROUGH

10:27AM  1    SOME EMAILS ON THAT.

10:27AM  2         SO THIS -- THE PROCESS, THE SETTING UP AND USING OF THE

10:27AM  3    DEMONSTRATIONS WAS ALSO A WAY THAT THERANOS DEFRAUDED POTENTIAL

10:27AM  4    INVESTORS.

10:27AM  5         OTHER CATEGORIES.

10:27AM  6         THE WALGREENS RELATIONSHIP, THAT IT WAS HEALTHY AND

10:27AM  7    EXPANDING; THE DEPARTMENT OF DEFENSE WORK, THAT THE TECHNOLOGY

10:27AM  8    HAD BEEN DEPLOYED ON THE BATTLEFIELD; THE USE OF THIRD PARTY

10:27AM  9    DEVICES, OR THE NOT REVEALING THE FACT THAT THEY USED THIRD

10:27AM 10    PARTY DEVICES; VALIDATION BY LARGE PHARMACEUTICAL COMPANIES,

10:27AM 11    YOU KNOW THAT FOR PEOPLE LIKE DAN MOSLEY WAS IMPORTANT; AND

10:27AM 12    THEN THE USE OF FALSE STATEMENTS IN THE MEDIA.

10:27AM 13         I TOLD YOU THAT SOME OF THE WORK WASN'T DONE JUST BY

10:27AM 14    HOLMES AND BALWANI MAKING FALSE STATEMENTS TO POTENTIAL

10:27AM 15    INVESTORS, BUT MS. HOLMES WOULD MAKE FALSE STATEMENTS TO RAGO

10:27AM 16    OR PARLOFF AND IT WOULD APPEAR IN AN ARTICLE AND THEN THEY

10:27AM 17    WOULD SENT THAT ARTICLE TO POTENTIAL INVESTORS.

10:28AM 18         THAT FIRST CATEGORY, THE CAPABILITIES OF THE ANALYZER.

10:28AM 19         FIRST LET'S TALK ABOUT WHERE YOU CAN FIND THAT FALSE

10:28AM 20    STATEMENT.  IF YOU ARE A POTENTIAL INVESTOR, WHERE ARE THE

10:28AM 21    PLACES YOU MAY HAVE SEEN IT?  THE INVESTOR BINDERS THERE ARE

10:28AM 22    FALSE STATEMENTS IN.

10:28AM 23         IT ALSO APPEARED IN THE PRESENTATION TO THE BOARD.  THE

10:28AM 24    BOARD WAS TOLD THINGS ABOUT THE CAPABILITIES OF THE ANALYZER

10:28AM 25    THAT INVESTORS WERE ALSO -- AND YOU CAN THINK OF THAT SIMILARLY

10:28AM   1    TO THE WAY THAT AT THE BEGINNING THIS MORNING I ASKED YOU TO

10:28AM   2    THINK ABOUT FALSE STATEMENTS MADE TO SAFEWAY OR THE DEPARTMENT

10:28AM   3    OF DEFENSE.

10:28AM   4         IT IS ALL THE SAME SCHEME.  IT IS ALL THE SAME KIND OF

10:28AM   5    FALSE STATEMENTS THAT ARE BEING TOLD TO INVESTORS AND TO THE

10:28AM   6    BOARD AND ON OCCASION TO PATIENTS.

10:28AM   7         YOU FIND THE FALSE STATEMENTS IN INTERVIEWS AND IN THE

10:28AM   8    MEDIA.  WE'LL LOOK AT SOME PORTIONS OF THE ARTICLES.

10:28AM   9         AND THEN DIRECTLY.  THERE WERE OCCASIONS -- YOU HEARD A

10:28AM  10    RECORDING ALREADY THIS MORNING -- WHERE MS. HOLMES IS SPEAKING

10:28AM  11    TO POTENTIAL INVESTORS.

10:28AM  12         SO IT'S WRITTEN, IT'S SPOKEN.

10:28AM  13         HERE'S ONE OF THE FIRST LOCATIONS.  THIS IS WITHIN A

10:29AM  14    BINDER, AN INVESTOR BINDER.  INVESTORS ARE TOLD THAT THERANOS'S

10:29AM  15    PROPRIETARY, PATENTED TECHNOLOGY RUNS COMPREHENSIVE BLOOD TESTS

10:29AM  16    FROM A FINGERSTICK AND FROM MICRO-SAMPLES.

10:29AM  17         AND THEN YOU SEE THE LITTLE CHART ON THE LOWER LEFT SHOWS

10:29AM  18    YOU WHICH INVESTOR, WHICH EXHIBIT NUMBER.  IT WAS IN THE MOSLEY

10:29AM  19    BINDER, IT WAS IN THE PETERSON BINDER, AND IT WAS IN THE

10:29AM  20    MURDOCH BINDER.  YOU'VE HEARD ABOUT THE MURDOCH BINDER THROUGH

10:29AM  21    TESTIMONY.

10:29AM  22         THESE EXHIBIT NUMBERS ARE GOING TO REPEAT IN MANY OF THE

10:29AM  23    SLIDES.

10:29AM  24         THIS IMAGE ABOUT THE SAME TESTS, A WHOLE NEW APPROACH.

10:29AM  25    THERANOS RUNS ANY TEST AVAILABLE IN CENTRAL LABORATORIES AND

CLOSING ARGUMENT BY MR. SCHENK                                    8962

10:29AM   1    PROCESSES ALL SAMPLE TYPES.

10:29AM   2         AND THEN THIS IMAGE SORT OF COMPARING THE VERY SMALL BLOOD

10:29AM   3    DRAW AT THERANOS VERSUS THE FOUR VIALS OF BLOOD THAT

10:29AM   4    TRADITIONAL LABS USE TO FURTHER PAINT THE IMAGE OR LAND THE

10:30AM   5    POINT THAT THERANOS'S TECHNOLOGY IS DIFFERENT AND IT'S -- THE

10:30AM   6    HALLMARK OF IT IS FINGERSTICK WITH MUCH SMALLER BLOOD.

10:30AM   7         IT APPEARS IN THESE OCCASIONS.  IN FACT, ON SOME

10:30AM   8    OCCASIONS, SOME OF THE IMAGES LOOK A LITTLE DIFFERENT BETWEEN

10:30AM   9    THE INVESTOR BINDERS.  SOMETIMES THEY DIDN'T HAVE A VERSUS

10:30AM   10   PHRASE OR ABBREVIATION BETWEEN THE TWO IMAGES, BUT IMAGES LIKE

10:30AM   11   THIS APPEARED IN THESE LOCATIONS.

10:30AM   12        THE BOARD GOT IT, INVESTORS GOT IT, EVEN ROGER PARLOFF GOT

10:30AM   13   IT.

10:30AM   14        THERE WERE FALSE STATEMENTS ABOUT THE QUALITY, THERANOS

10:30AM   15   AUTOMATES PRE- AND POST-ANALYTICAL PROCESSES, AND IT REDUCES

10:30AM   16   ERROR.  AGAIN, HERE ARE THE LOCATIONS THAT THAT APPEARED.  THEY

10:30AM   17   WERE COMMUNICATING THIS CONCEPT TO THE INVESTORS, TO THE BOARD,

10:30AM   18   AND TO MR. PARLOFF.

10:30AM   19        ACCURACY AND SPEED.

10:30AM   20        THESE WERE COMMUNICATED.  THE HIGHEST LEVELS OF ACCURACY,

10:30AM   21   AND SPEED, FASTER ANSWERS, FASTER RESULTS.

10:31AM   22        BUT YOU KNOW THAT IF THERANOS TESTING ACTUALLY WAS THE

10:31AM   23   BLOOD DRAW OCCURRED IN A WALGREENS, AND THEN IT WAS SHIPPED TO

10:31AM   24   A CENTRAL LAB IN CALIFORNIA AND RUN ON AN UNMODIFIED THIRD

10:31AM   25   PARTY DEVICE, IT WOULDN'T BE FASTER, NOR ACCURACY FOR A MOMENT,

10:31AM   1    NOR RELIABILITY FOR A MOMENT, IT WOULD BE WHAT LABCORP AND

10:31AM   2    QUEST ALREADY ARE.  THERE WOULD BE NO COMPARATIVE ADVANTAGE TO

10:31AM   3    THERANOS FOR THAT PORTION OF THINGS IN ISOLATION.

10:31AM   4         FINANCIAL STABILITY.

10:31AM   5         MR. EISENMAN TOLD YOU THAT HE WAS TOLD THERANOS BECAME

10:31AM   6    CASH FLOW POSITIVE BY THE END OF 2008.

10:31AM   7         YOU KNOW FROM THE EXCEL DOCUMENTS THAT THAT ISN'T TRUE.

10:31AM   8    THERANOS WAS NOT MAKING ENOUGH MONEY TO SURVIVE BASED ON ITS

10:31AM   9    PRIOR WORK, MILITARY WORK OR PHARMA WORK.

10:31AM  10         MR. MOSLEY RECEIVED A LETTER ON TOP OF THE BINDER FROM

10:31AM  11    MS. HOLMES THAT TOLD HIM THAT THERANOS'S WORK WAS, IN THE PAST,

10:31AM  12    FOCUSSED ON CONTRACTS WITH PHARMACEUTICAL AND MILITARY CLIENTS

10:32AM  13    AND IT'S GROWN CASH FROM CONTRACTS FOR SOME TIME.

10:32AM  14         AGAIN, YOU KNOW AND YOU HAVE SEEN FROM THE EXCEL DOCUMENTS

10:32AM  15    THAT THERANOS LOSING AND DECREASING THE AMOUNT OF REVENUE OR

10:32AM  16    ASSETS IT HAD AND THE NEED TO GO GET INVESTOR MONEY TO REFILL

10:32AM  17    THE COFFERS.

10:32AM  18         MR. TOLBERT TOLD US THAT HE HEARD STATEMENTS ABOUT THIS.

10:32AM  19    LET'S TAKE A LISTEN.

10:32AM  20         (AN AUDIOTAPE WAS PLAYED IN OPEN COURT OFF THE RECORD.)

10:32AM  21         MR. SCHENK:  YOU HEARD THE CONCEPT THAT I WAS JUST

10:32AM  22    EXPLAINING TO YOU, THAT THEY WERE COMMUNICATING TO INVESTORS

10:32AM  23    THAT THERANOS WAS MAKING MONEY, WAS MAKING MONEY TO GROW CASH

10:33AM  24    FROM ITS OPERATIONS DOING THE PHARMACEUTICAL WORK.

10:33AM  25         BUT YOU THEN HEARD FROM THE PHARMACEUTICAL COMPANY

10:33AM   1    EMPLOYEES SAYING WE WEREN'T INTERESTED IN FURTHER WORK WITH

10:33AM   2    THERANOS.

10:33AM   3         THERANOS WASN'T MAKING MONEY FROM PHARMACEUTICAL COMPANIES

10:33AM   4    TO SURVIVE.  THERANOS WENT -- AND YOU HEARD TESTIMONY ABOUT

10:33AM   5    GOING TO PEER VENTURES AT ONE POINT.  I THINK IT WAS RELATED TO

10:33AM   6    DON LUCAS, TO GET MONEY AT A POINT WHEN THEY WERE PARTICULARLY

10:33AM   7    LOW.

10:33AM   8         THE DEMOS THAT I MENTIONED A MOMENT AGO.

10:33AM   9         DAN EDLIN WAS INVOLVED IN SETTING UP THOSE DEMOS AND HE

10:33AM  10    TOLD YOU THAT THE CHOICE, THE DECISION OF WHICH DEVICE TO PUT

10:33AM  11    IN THE CONFERENCE ROOM WAS MADE BY EITHER HOLMES OR BALWANI.

10:33AM  12         AND IN THIS EMAIL, EXHIBIT 871, THERE'S A DISCUSSION ABOUT

10:33AM  13    WHICH DEVICES TO PUT IN THERE, A MINILAB, A 4S, OR A MONOBAY

10:33AM  14    WITH THE NORMANDY SHELL.

10:33AM  15         SO 4S, MONOBAY, THOSE WERE NOT DEVICES THAT THERANOS USED

10:33AM  16    TO TEST PATIENT BLOOD.  SO BRING AN INVESTOR IN THE ROOM AND

10:34AM  17    PUT A DEVICE IN THE ROOM AND THAT ISN'T A DEVICE THAT THEY USED

10:34AM  18    TO TEST PATIENT BLOOD, AND THEN THEY PUT SOMETHING ON THE

10:34AM  19    DEVICE, SOMETHING CALLED A NORMANDY SHELL.

10:34AM  20         AND YOU'VE SEEN WHAT THAT IS.  THE DEMO APP OR THE

10:34AM  21    NORMANDY APP IN THIS EMAIL, WHICH IS 959, IT TALKS ABOUT THE

10:34AM  22    VALUE OF THAT NORMANDY OR DEMO APP AT THE BOTTOM.

10:34AM  23         SO THE PROCESS LOOKS EFFORTLESS IN FRONT OF THE CLIENT,

10:34AM  24    AND AT THE TOP IT SAYS, "THE DEMO APP MERELY SHIELDS PROTOCOL

10:34AM  25    FAILURES FROM THE CLIENT."

CLOSING ARGUMENT BY MR. SCHENK                                    8965

10:34AM  1          ALSO IN THERE YOU SEE A DESCRIPTION OF THE COLLECTION

10:34AM  2   PROCESS.  "MOST LIKELY WE WILL COLLECT A NUMBER OF SAMPLES AND

10:34AM  3   STORE THEM IN THE SHIPPING CONTAINER LIKE THE LAST MEETING WE

10:34AM  4   HAD, AND THEN PROCESS THEM SEPARATELY IN THE LAB."

10:34AM  5          SO THE BLOOD ISN'T BEING TESTED ON THE DEVICES IN THE

10:34AM  6   ROOM, BUT BLOOD IS BEING TAKEN TO THE THERANOS LAB FOR TESTING.

10:34AM  7          THE WALGREENS PARTNERSHIP.

10:34AM  8          YOU HEARD FROM LISA PETERSON THAT SHE WAS TOLD THERANOS

10:35AM  9   EXPECTED TO HAVE 900 WALGREENS STORES IN 2015.  AND THAT

10:35AM 10   NUMBER, 900, WAS IMPORTANT BECAUSE SHE RECEIVED THIS DOCUMENT.

10:35AM 11          AND MR. MOSLEY ALSO RECEIVED THIS DOCUMENT.

10:35AM 12          THIS IS MS. PETERSON'S HANDWRITING ON IT.  AND YOU SEE

10:35AM 13   ABOVE THE 2015 NUMBERS, SHE WRITES, 900 LOCATIONS, SORT OF THE

10:35AM 14   REVENUE PROJECTION.  THE $990 MILLION REVENUE PROJECTION WAS

10:35AM 15   BASED ON THERANOS GOING INTO 900 WALGREENS STORES IN 2015, AND

10:35AM 16   IT'S FALSE, AND IT'S FALSE FOR A COUPLE OF REASONS.

10:35AM 17          ONE, BECAUSE HOLMES AND BALWANI WERE BEING TOLD BY

10:35AM 18   WALGREENS THAT THEY WEREN'T GOING TO EXPAND FURTHER, THEY

10:35AM 19   NEEDED THE FINGERSTICK NUMBERS TO GET MUCH HIGHER, THE VEIN

10:35AM 20   DRAW NUMBERS TO GET MUCH LOWER.

10:35AM 21          BUT IT'S ALSO FALSE BECAUSE HOLMES AND BALWANI KNOW THAT

10:35AM 22   THE WALGREENS RELATIONSHIP WILL INEVITABLY FAIL.  THE WALGREENS

10:35AM 23   RELATIONSHIP WAS BASED ON FALSE STATEMENTS.

10:35AM 24          WALGREENS LOOKED AT THE THINGS LIKE THE PFIZER REPORT FOR

10:36AM 25   VALIDATION.

ER-6551

CLOSING ARGUMENT BY MR. SCHENK                               8966

10:36AM   1          WALGREENS IS SITTING THERE WAITING FOR THE VENOUS NUMBERS

10:36AM   2    TO DROP BECAUSE WALGREENS THINKS THAT THERANOS IS A FINGERSTICK

10:36AM   3    BLOOD TESTING COMPANY.

10:36AM   4          SO TO SUGGEST TO A POTENTIAL INVESTOR THAT IT IS EVEN

10:36AM   5    POSSIBLE THAT WE MIGHT HIT A BILLION DOLLARS OF REVENUE NEXT

10:36AM   6    YEAR -- REMEMBER, THIS IS COMMUNICATED AROUND OCTOBER OF

10:36AM   7    2014 -- TO SUGGEST THAT YOU'RE GOING TO GET A BILLION DOLLARS

10:36AM   8    OF REVENUE WITH WALGREENS AND 900 STORES SUGGESTS TO THE

10:36AM   9    INVESTOR THAT IT'S REASONABLE THAT YOU MIGHT HIT 900 STORES.

10:36AM  10          AND THAT IS OBVIOUSLY FALSE WHEN WALGREENS IS SAYING,

10:36AM  11    WE'RE MONITORING THE VENOUS DRAW NUMBERS, AND WHEN THE

10:36AM  12    RELATIONSHIP WAS BASED ON FALSE STATEMENTS THAT WALGREENS WAS

10:36AM  13    PROVIDED.

10:36AM  14          DOD.

10:36AM  15          MS. HOLMES LOOKED AT, ACCORDING TO DAN EDLIN, THIS

10:36AM  16    DOCUMENT.  THIS SPECIFIC DOCUMENT WAS REVIEWED AND APPROVED BY

10:36AM  17    ELIZABETH HOLMES.  THIS WAS SENT TO SPECIAL OPERATIONS COMMAND

10:36AM  18    US SOC, AND IN IT THERANOS IS DESCRIBING THE FINGERSTICK BLOOD

10:37AM  19    TESTING TECHNOLOGY, HIGHER QUALITY DATA THAN PREVIOUSLY

10:37AM  20    POSSIBLE.

10:37AM  21          BUT LOOK AT THAT FIRST BULLET, "EACH THERANOS DEVICE CAN

10:37AM  22    RUN EVERY TEST CURRENTLY AVAILABLE THROUGH THE TRADITIONAL AND

10:37AM  23    CENTRALIZED OR HOSPITAL LABORATORY INFRASTRUCTURE."

10:37AM  24          THERE'S NO AMBIGUITY HERE.  THE DEPARTMENT OF DEFENSE IS

10:37AM  25    COMMUNICATING AND BEING TOLD THE SAME THING THAT THE INVESTORS

10:37AM  1      TESTIFIED THAT THEY UNDERSTOOD, THAT EACH THERANOS DEVICE COULD

10:37AM  2      RUN ANY TEST.

10:37AM  3          IT WASN'T SOME ASPIRATIONAL STATEMENT.  IT WASN'T SOME

10:37AM  4      CLEARLY DELINEATED, NO, I MEAN THE 4 SERIES WHEN WE EVENTUALLY

10:37AM  5      GET THERE.

10:37AM  6          WHAT WAS TOLD TO THE DEPARTMENT OF DEFENSE WAS THE SAME

10:37AM  7      FALSE STATEMENT THAT WAS TOLD TO INVESTORS:  EACH THERANOS

10:37AM  8      DEVICE CAN RUN EVERY TEST CURRENTLY AVAILABLE IN TRADITIONAL

10:37AM  9      LABS.  YOU KNOW THAT WAS FALSE.

10:38AM  10         ANOTHER PORTION OF THE TOLBERT RECORDING TALKS ABOUT THE

10:38AM  11     MILITARY, THE DEPARTMENT OF DEFENSE, AND HERE'S THAT CLIP.

10:38AM  12         (AN AUDIOTAPE WAS PLAYED IN COURT OFF THE RECORD.)

10:40AM  13             MR. SCHENK:  YOU HEARD IN THERE MS. HOLMES STARTS BY

10:40AM  14     TELLING MR. TOLBERT AND OTHERS THAT THE MILITARY IS A BIG DEAL

10:40AM  15     FOR US.

10:40AM  16         YOU'VE ACTUALLY SEEN NOW THE CONTRACTS AND THE LACK OF

10:40AM  17     WORK THERE.

10:40AM  18         SHE SAID CONFIDENTIALLY, SAID TO TRY TO DISCOURAGE FURTHER

10:40AM  19     DISCUSSION.

10:40AM  20         THERE'S ALSO, I'LL SHOW YOU A LITTLE BIT LATER,

10:40AM  21     COMMUNICATIONS TO GENERAL MATTIS THAT ARE SIMILAR.  ONE IS IN

10:40AM  22     THE CONTEXT OF WORK IN THE MIDDLE EAST, AND SPECIFICALLY IN

10:40AM  23     AFGHANISTAN.

10:40AM  24         MS. HOLMES TESTIFIED THAT THERE WASN'T WORK IN THE MIDDLE

10:40AM  25     EAST OR AFGHANISTAN.

CLOSING ARGUMENT BY MR. SCHENK                                    8968

10:40AM   1        AND SHE ALSO SAYS THAT WE'VE BEEN DOING A LOT OF WORK

10:40AM   2   THERE WHEN SHE TALKS ABOUT MEDEVACS.

10:40AM   3        SHE'S MAKING FALSE STATEMENT AFTER FALSE STATEMENT ABOUT

10:40AM   4   WORK THAT THERANOS HAD DONE, WAS DOING WITH THE DEPARTMENT OF

10:40AM   5   DEFENSE IN ORDER TO GET INVESTORS TO INVEST, FOR INVESTORS TO

10:40AM   6   BELIEVE THAT THE TECHNOLOGY WORKED WASN'T JUST VALIDATED BY ITS

10:41AM   7   WORK WITH PHARMACEUTICAL COMPANIES, BUT ALSO THROUGH ITS WORK

10:41AM   8   WITH THE DEPARTMENT OF DEFENSE.

10:41AM   9        LISA PETERSON TOLD YOU THAT SHE THOUGHT, BECAUSE SHE WAS

10:41AM  10   TOLD, THAT THERANOS WAS USING THE DEVICES ON MILITARY

10:41AM  11   HELICOPTERS.

10:41AM  12        CHRIS LUCAS TOLD YOU THAT HE WAS TOLD THAT THE THERANOS

10:41AM  13   ANALYZER WAS ACTIVELY BEING USED BY THE MILITARY TO TREAT

10:41AM  14   SOLDIERS IN THE FIELD.

10:41AM  15        IN THE LETTER TO DAN MOSLEY, MR. MOSLEY WAS TOLD THAT

10:41AM  16   THERANOS'S PRIOR WORK WAS FOCUSSED ON CONTRACTS WITH MILITARY

10:41AM  17   CLIENTS.

10:41AM  18        BRIAN GROSSMAN WAS TOLD THAT WITH REGARD TO THE DEPARTMENT

10:41AM  19   OF DEFENSE, THE TECHNOLOGY HAD BEEN USED IN THE BATTLEFIELD ON

10:41AM  20   MEDEVACS.

10:41AM  21        THERE IS ALSO FALSE STATEMENTS THAT FALL INTO THIS

10:41AM  22   CATEGORY ABOUT THE USE OF THIRD PARTY DEVICES.

10:41AM  23        BRYAN TOLBERT TOLD YOU THAT HE DID NOT KNOW THAT THERANOS

10:41AM  24   USED THIRD PARTY TESTING OR THIRD PARTY MACHINES TO DO SOME OR

10:42AM  25   THE MAJORITY OF ITS TESTING.

ER-6554

CLOSING ARGUMENT BY MR. SCHENK                                    8969

10:42AM  1          AND HE DID NOT KNOW THAT THE TSPU, THE THERANOS SAMPLE

10:42AM  2     PROCESSING UNIT, THAT IT COULD ONLY DO 12 TESTS.

10:42AM  3          LET ME REMIND YOU WHAT YOU HEARD FROM MS. HOLMES WAS, THE

10:42AM  4     REASON THAT I DIDN'T TELL INDIVIDUALS, LIKE INVESTORS, ABOUT

10:42AM  5     THE USE OF THIRD PARTY DEVICES WAS TO PROTECT TRADE SECRETS.

10:42AM  6          I MENTIONED TO YOU THAT THAT WOULD NOT APPLY TO THE

10:42AM  7     UNMODIFIED TRADE SECRETS.  THAT WAS JUST A SECRET AT THERANOS.

10:42AM  8          BUT ALSO THERE WAS THE OPPORTUNITY TO SIGN CDA'S, THE

10:42AM  9     CONFIDENTIAL DISCLOSURE AGREEMENTS, THAT WOULD STILL COVER THE

10:42AM 10     TRADE SECRET, THAT REALLY THE TRADE SECRET EXCUSE IS A RED

10:42AM 11     HERRING.  IT IS TO NOW JUSTIFY TO YOU WHY THEY DIDN'T TELL

10:42AM 12     INVESTORS ABOUT THE USE OF THIRD PARTY DEVICES.  IT WAS NOT THE

10:42AM 13     REASON AT THE TIME.

10:42AM 14          ALAN EISENMAN TOLD YOU THAT HE DID NOT KNOW THAT THERANOS

10:42AM 15     WAS PURCHASING ANALYZERS FROM OTHER MANUFACTURERS.

10:43AM 16          BRIAN GROSSMAN GOT EVEN A LITTLE MORE NUANCED.  HE ASKED,

10:43AM 17     WHAT IS THE SQUARE FOOTAGE THAT IT WOULD TAKE TO COVER THE

10:43AM 18     PHOENIX, THE MARKET IN ARIZONA?  HOW BIG A LAB DO YOU NEED?

10:43AM 19     AND HE'S TOLD 200 SQUARE FEET.

10:43AM 20          AND THAT -- HIS UNDERSTANDING IS THAT'S ONLY POSSIBLE

10:43AM 21     BECAUSE THERANOS DOES ITS TESTING USING ITS SMALL DEVICES.

10:43AM 22          AND THERE'S EVEN SORT OF AN ADDITIONAL LEVEL AT WHICH THIS

10:43AM 23     IS DECEPTIVE.  YOU'VE HEARD THAT LABS HAVE DIFFERENT

10:43AM 24     COMPLEXITIES, THAT CLIA CERTIFIES SOME AS HIGH COMPLEXITY AND

10:43AM 25     SOME AS MODERATE COMPLEXITY.

10:43AM   1        YOU HEARD THAT THE LAB IN CALIFORNIA WAS HIGH COMPLEXITY

10:43AM   2   AND THEREFORE COULD RUN LDT'S, LAB DEVELOPED TESTS, LIKE THE

10:43AM   3   EDISON DEVICE OR LIKE MODIFIED THIRD PARTY DEVICES.

10:43AM   4        THE LAB IN ARIZONA WAS MODERATE COMPLEXITY, SO IT COULD

10:43AM   5   NOT RUN THE MODIFIED THIRD PARTIES OR THE EDISON.

10:44AM   6        SO THE LAB, THE KIND OF AUTHORIZATION, THE CERTIFICATION

10:44AM   7   THAT THE LAB IN ARIZONA HAD, MODERATE, WOULDN'T HAVE ALLOWED IT

10:44AM   8   TO USE THE EDISON DEVICES.

10:44AM   9        SO NOT ONLY IN ARIZONA, OR THERANOS GENERALLY, THEY

10:44AM  10   WEREN'T DOING THE TESTING BY THE SMALL BOX TO COVER THE MARKET

10:44AM  11   IN 200 SQUARE FEET, BUT IT WASN'T EVEN THAT KIND OF LAB TO USE

10:44AM  12   THE EDISON DEVICE.

10:44AM  13        VALIDATION BY PHARMACEUTICAL COMPANIES.

10:44AM  14        FIRST, IT'S COMMUNICATED IN THE INVESTOR BINDER THAT

10:44AM  15   THERANOS HAD BEEN COMPREHENSIVELY VALIDATED OVER THE COURSE OF

10:44AM  16   THE LAST SEVEN YEARS BY 10 OF THE 15 LARGEST PHARMACEUTICAL

10:44AM  17   COMPANIES.

10:44AM  18        YOU THEN HEARD FROM SEVERAL PHARMACEUTICAL COMPANIES THAT

10:44AM  19   CAME INTO COURT AND TOLD YOU THAT THEY DID NOT VALIDATE THE

10:44AM  20   THERANOS TECHNOLOGY.

10:44AM  21        YOU'VE SEEN THESE DOCUMENTS.  EXHIBIT 291 IS THE VERSION

10:44AM  22   SENT TO WALGREENS.  YOU KNOW SOME OF THESE WENT TO INVESTORS,

10:44AM  23   MOSLEY, PETERSON, FOR INSTANCE.

10:45AM  24        BUT THE VERSION THAT WENT TO PFIZER AND SCHERING-PLOUGH

10:45AM  25   HAD THE PFIZER -- I'M SORRY, DID NOT HAVE THE PFIZER OR THE

CLOSING ARGUMENT BY MR. SCHENK                                    8971

10:45AM   1       SCHERING-PLOUGH LOGO.

10:45AM   2            THE VERSION THAT WENT TO WALGREENS DID.

10:45AM   3            THE FALSE STATEMENTS MADE IN THE MEDIA.

10:45AM   4            MS. HOLMES SENT THE RAGO ARTICLE TO SHAREHOLDERS IN THIS

10:45AM   5       EXHIBIT, 1102.  THIS IS THE RAGO ARTICLE GOING TO SHAREHOLDERS.

10:45AM   6            HERE'S THE RAGO ARTICLE GOING TO THE BOARD OF DIRECTORS.

10:45AM   7            AND HERE'S THE RAGO ARTICLE.  IN IT, IT SAYS THE DEVICE

10:45AM   8       AUTOMATES AND MINIATURIZES MORE THAN A THOUSAND LAB TESTS.

10:45AM   9            REMEMBER THERE WAS DISCUSSION ABOUT DOES A THOUSAND MEAN

10:45AM  10       CPT CODES AND, THEREFORE, NOT REALLY A THOUSAND TESTS?

10:45AM  11            MS. HOLMES IS INTERVIEWED FOR AN ARTICLE IN "THE

10:45AM  12       WALL STREET JOURNAL" AND THAT THAT ARTICLE A THOUSAND TESTS.

10:45AM  13            IT ALSO SAYS, QUOTE, RUNS ANY COMBINATION OF TESTS,

10:45AM  14       INCLUDING SETS OF FOLLOW-ON TESTS, ALL FROM A SINGLE

10:46AM  15       MICRO-SAMPLE, READ OUT IN AS LITTLE AS TWO HOURS, AND

10:46AM  16       THERANOS'S TECHNOLOGY IS AUTOMATED, STANDARDIZED, AND ATTEMPTS

10:46AM  17       TO SUBTRACT HUMAN MORE FROM THE PROCESS.  IT CAN THUS ACHIEVE

10:46AM  18       MUCH LOWER VARIANCE RANGES FOR A GIVEN TEST.

10:46AM  19            THIS ARTICLE I'VE SHOWN YOU WAS SENT TO POTENTIAL

10:46AM  20       INVESTORS.

10:46AM  21            THE "FORTUNE" ARTICLE ALSO WAS SHARED WITH POTENTIAL

10:46AM  22       INVESTORS.  THAT IS THE COVER OF THE "FORTUNE" ARTICLE ON THE

10:46AM  23       RIGHT.  THE TITLE OF IT IS THE SECOND ONE DOWN, "THIS CEO IS

10:46AM  24       OUT FOR BLOOD."

10:46AM  25            AND THEN THOSE ARE EXHIBIT NUMBERS WHERE THIS WAS SENT IN

CLOSING ARGUMENT BY MR. SCHENK                                    8972

10:46AM   1    THE INVESTOR BINDER TO INVESTORS.

10:46AM   2        IN THE PARLOFF ARTICLE THERE ARE MANY INSTANCES OF

10:46AM   3    STATEMENTS THAT THE GOVERNMENT BELIEVES ARE FALSE.  HERE'S JUST

10:46AM   4    A COUPLE:  THE TESTS CAN BE PERFORMED ON JUST A FEW DROPS OF

10:46AM   5    BLOOD, AND THAT THERANOS DOES NOT BUY ANY ANALYZERS FROM THIRD

10:46AM   6    PARTIES.

10:46AM   7        EVEN IF THERE IS A TRADE SECRET EXCUSE THERE, YOU DON'T

10:47AM   8    HAVE TO MAKE FALSE STATEMENTS TO ROGER PARLOFF TO APPEAR IN THE

10:47AM   9    ARTICLE THAT THEN DECEIVE INVESTORS.

10:47AM  10        SO I TOLD YOU THE CATEGORIES OF FALSE STATEMENTS AND WHAT

10:47AM  11    THOSE CATEGORIES WERE.  HERE'S A REPEAT OF THOSE CATEGORIES.

10:47AM  12        NOW WE'RE GOING TO TALK ABOUT MS. HOLMES'S KNOWLEDGE OF

10:47AM  13    THE FALSITY OF THOSE STATEMENTS.  HERE'S THE SECOND HALF OF

10:47AM  14    THOSE CATEGORIES.

10:47AM  15        YOU CAN FIND KNOWLEDGE, EVIDENCE PROVING THAT

10:47AM  16    ELIZABETH HOLMES KNEW THAT THESE CATEGORIES WERE FALSE IN THESE

10:47AM  17    LOCATIONS.  I'M GOING TO GO THROUGH SOME OF THEM, BUT I WANT

10:47AM  18    YOU TO UNDERSTAND THAT THERE -- YOU WILL HAVE THE EXHIBITS BACK

10:47AM  19    THERE WITH YOU, AND THERE ARE INSTANCES IN THESE EXHIBIT

10:47AM  20    NUMBERS WHERE ELIZABETH HOLMES HAS KNOWLEDGE THAT THESE CERTAIN

10:47AM  21    FALSE STATEMENTS ARE FALSE.

10:47AM  22        THERE IS ONE HERE I WANT TO MENTION TO YOU, AND I'LL SHOW

10:47AM  23    YOU IN A MOMENT, THE THIRD EXHIBIT NUMBER, 1660, IS ONE OF

10:47AM  24    THOSE INSTANCES WHEN AN EXHIBIT WOULD GET ADMITTED FOR A

10:47AM  25    LIMITED PURPOSE AND THE JUDGE WOULD TURN TO YOU AND SAY, THIS

10:48AM  1    EXHIBIT NOT COMING IN FOR THE TRUTH, BUT IT IS COMING IN FOR,

10:48AM  2    AND THEN THE REASON, KNOWLEDGE IN THIS INSTANCE.

10:48AM  3         SO I'M GOING TO SHOW YOU AN EXHIBIT THAT WAS NOT ADMITTED

10:48AM  4    FOR THE TRUTH.  THE CONTENT OF THE EMAIL IS NOT FACTUALLY TRUE

10:48AM  5    FOR YOU, BUT IT'S USED FOR KNOWLEDGE, FOR WHAT WE'RE TALKING

10:48AM  6    ABOUT RIGHT NOW.

10:48AM  7         ERIKA CHEUNG SAID THAT THE DEVICE COULD ONLY DO BETWEEN 4

10:48AM  8    AND 12 TESTS.  ELIZABETH HOLMES KNEW THAT.  IN FACT, SHE

10:48AM  9    TESTIFIED TO THAT ALSO.

10:48AM  10        SO WHEN INVESTORS ARE TOLD A THOUSAND TESTS, OR AS THAT

10:48AM  11   SPECIAL OPERATIONS COMMAND, ALL OF THE TESTS, SHE KNOWS THAT'S

10:48AM  12   FALSE.  SHE KNOWS THE LIMITS.

10:48AM  13        IN THIS EMAIL EXCHANGE BETWEEN MS. HOLMES AND

10:48AM  14   SUREKHA GANGADKHEDKAR RIGHT BEFORE THEY ROLL OUT WITH

10:48AM  15   WALGREENS -- SO THIS IS THE END OF AUGUST OF 2013 -- MS. HOLMES

10:48AM  16   IS ASKING, WHAT IS THE TOTAL NUMBER OF IMMUNOCHEMISTRY MICRO

10:48AM  17   SAMPLE ASSAYS?

10:48AM  18        YOU HEARD THAT THERE ARE FOUR DIFFERENT KINDS OF ASSAYS.

10:48AM  19   IMMUNOASSAYS WERE THE ONLY KIND THAT THE 3 SERIES EDISON COULD

10:49AM  20   DO.

10:49AM  21        SO MS. HOLMES IS ASKING, WHAT IS THE NUMBER OF THEM THAT

10:49AM  22   HAVE COMPLETED VALIDATION WITH THE ADVIA OR WITH THERANOS?  AND

10:49AM  23   SHE'S TOLD 11.

10:49AM  24        SO, AGAIN, STATEMENTS THAT CLAIM MORE, ALL OF THE TESTS,

10:49AM  25   IS A KNOWINGLY FALSE STATEMENT.

CLOSING ARGUMENT BY MR. SCHENK                                    8974

10:49AM   1        MS. HOLMES ASKS SOMEONE ELSE AT THERANOS, ROSE EDMONDS,

10:49AM   2    ABOUT GENERAL CHEMISTRY ASSAYS, A SECOND KIND OF ASSAY, WHAT IS

10:49AM   3    THE NUMBER OF GENERAL CHEMISTRY MICRO SAMPLE ASSAYS THAT HAVE

10:49AM   4    COMPLETED VALIDATION?

10:49AM   5        AND ROSE TELLS HER, AS OF RIGHT NOW, NONE.

10:49AM   6        IN TEXT MESSAGES, MS. HOLMES IS ALSO ALERTED TO THE

10:49AM   7    MISLEADING NATURE OR THE INCORRECT NATURE OF SOME CONTENT.

10:49AM   8    HERE BALWANI IS SAYING, YOU SHOULD REVISIT THE NEW.COM, THE

10:49AM   9    WEBSITE COPY, IN LIGHT OF US DOING ABOUT 50 PERCENT

10:49AM  10    FINGERSTICKS.

10:49AM  11        ESSENTIALLY THE POINT BEING YOU READ THE CONTENT AND IT

10:49AM  12    SEEMS LIKE WE DO FINGERSTICK.  THAT ISN'T THE REALITY.

10:50AM  13        MS. HOLMES IS ASKING MR. BALWANI IF THEY CAN TAKE

10:50AM  14    FINGERSTICK -- I THINK THE WORD SHOULD BE LIVE -- TOMORROW.

10:50AM  15        MR. BALWANI CLARIFIES, GENERAL CHEMISTRY?  YOU MEAN GC?

10:50AM  16        VERY RISKY.  WE NEED TO DO MORE SOFTWARE TESTING.

10:50AM  17        THIS IS ALL THE WAY INTO 2015.  SO EVEN IN THE SECOND

10:50AM  18    CATEGORY OF ASSAYS THERE'S CONCERNS ABOUT.

10:50AM  19        MR. BALWANI TELLS HER THAT HE'S WORRIED ABOUT YOUR "ALL

10:50AM  20    FINGERSTICKS ON OUR TECHNOLOGY" COMMENT.

10:50AM  21        AGAIN, WHEN MS. HOLMES COMMUNICATES STATEMENTS ABOUT THE

10:50AM  22    CAPABILITIES OF THE TECHNOLOGY, THOSE ARE FALSE STATEMENTS AND

10:50AM  23    THEY ARE KNOWINGLY FALSE STATEMENTS.

10:50AM  24        MS. GANGADKHEDKAR ALSO TESTIFIED THAT SHE HAD MEETINGS

10:50AM  25    WITH ELIZABETH HOLMES WHERE SHE DESCRIBED TO MS. HOLMES

10:50AM  1     RELIABILITY ISSUES WITH THE 3.0 AND THE 3.5 DEVICES, THINGS

10:50AM  2     LIKE THEIR INABILITY TO GIVE CONSISTENT RESULTS, AND THESE WERE

10:50AM  3     ISSUES THAT WERE DISCUSSED WITH ELIZABETH HOLMES.

10:51AM  4         AGAIN, MORE EVIDENCE THAT THESE WERE NOT JUST FALSE

10:51AM  5     STATEMENTS, THEY WERE KNOWINGLY FALSE STATEMENTS.

10:51AM  6         DR. ROSENDORFF SAID THAT IN THE MIDDLE OF 2014, HE HAD

10:51AM  7     CONVERSATIONS WITH MS. HOLMES ABOUT QC, QUALITY CONTROL

10:51AM  8     FAILURES AT THERANOS.  AND IT INCLUDED THE HIGH FAILURE RATE ON

10:51AM  9     THE EDISON.

10:51AM  10        AGAIN, MORE KNOWLEDGE EVIDENCE.

10:51AM  11        THIS IS THE 1660 EMAIL THAT I SAID CAME IN FOR A LIMITED

10:51AM  12    PURPOSE.  YOU'VE HEARD THAT TYLER SHULTZ WORKED AT THERANOS AND

10:51AM  13    HE COMMUNICATED WITH MS. HOLMES, AND ALSO SOMEONE NAMED

10:51AM  14    DANIEL YOUNG, SOME OF HIS CONCERNS, THINGS THAT HE WAS SEEING

10:51AM  15    THAT WERE PROBLEMS AT THERANOS.

10:51AM  16        AND, AGAIN, THE CONTENT OF THE EMAIL, THE THINGS THAT HE

10:51AM  17    SAYING THAT HE SEES AS A PROBLEM, THAT IS NOT IN FOR THE TRUTH.

10:51AM  18        WHAT IT IS IN FOR, THOUGH, IS KNOWLEDGE FOR MS. HOLMES.

10:51AM  19    WHEN SHE'S GIVEN THIS EMAIL BY TYLER SHULTZ RAISING THESE

10:51AM  20    PROBLEMS, THEN YOU CAN SORT OF INFER OR UNDERSTAND THAT SHE

10:51AM  21    BECOMES AWARE OF THAT FOR THINGS LIKE HER KNOWLEDGE.

10:51AM  22        MS. YAM TOLD MS. HOLMES ABOUT THE FINANCIAL CONDITION OF

10:52AM  23    THE COMPANY.  SO WHEN MS. HOLMES MAKES FALSE STATEMENTS TO

10:52AM  24    OTHER PEOPLE ABOUT THE FINANCIAL HEALTH, IT'S A KNOWINGLY FALSE

10:52AM  25    STATEMENT.

CLOSING ARGUMENT BY MR. SCHENK                          8976

10:52AM   1        MS. YAM ALSO SHOWED YOU THE TRUE REVENUE NUMBERS FOR

10:52AM   2   THERANOS.  IN '13, NONE; IN '12, NONE; IN 2011, ABOUT 500,000.

10:52AM   3        YOU'VE SEEN THIS SPREADSHEET FROM MS. YAM.  IT'S THAT WEEK

10:52AM   4   IN SEPTEMBER OF 2013 WHEN THERANOS WAS DOWN TO ABOUT

10:52AM   5   $14 MILLION, BUT YOU HEARD THAT 7 AND A HALF OF IT WAS A LETTER

10:52AM   6   OF CREDIT.  SO IT WASN'T FREE MONEY TO SPEND FOR ANY PURPOSE,

10:52AM   7   WHICH BRINGS THE TOTAL DOWN CLOSER TO ABOUT $7 MILLION, THAT

10:52AM   8   THERANOS AT THIS POINT WAS DOWN TO ABOUT $7 MILLION, AND

10:52AM   9   MS. YAM TOLD YOU THAT THINGS AT THERANOS WERE GETTING TIGHT.

10:52AM  10        YOU ALSO SAW MS. YAM'S TRACKING OF THE WORK THAT THERANOS

10:53AM  11   HAD DONE AND THE REVENUE THAT IT RECEIVED FROM THE

10:53AM  12   PHARMACEUTICAL COMPANIES.

10:53AM  13        AND IN HERE YOU SEE THE NAME OF THE PHARMACEUTICAL

10:53AM  14   COMPANY, AND THEN THAT MIDDLE COLUMN IS THE LAST PAYMENT DATE,

10:53AM  15   THE LAST TIME THAT THEY RECEIVED MONEY FROM THAT COMPANY.

10:53AM  16        SO CELGENE, THE LAST TIME WAS IN JUNE OF 2011; PFIZER,

10:53AM  17   IT'S NOVEMBER OF 2008; SCHERING-PLOUGH, MAY OF 2009.

10:53AM  18        AND THEN THOSE TOTALS, THE TOTAL AMOUNT IF YOU ADD ALL OF

10:53AM  19   THE TIMES THAT THERANOS RECEIVED MONEY FROM THESE

10:53AM  20   PHARMACEUTICAL COMPANIES, AND THEN YOU SEE WHY STATEMENTS LIKE

10:53AM  21   WE'RE GROWING CASH FROM OPERATIONS OR WE HAVE BEEN GROWING CASH

10:53AM  22   FROM OPERATIONS FROM OUR PHARMA WORK ARE NOT JUST FALSE

10:53AM  23   STATEMENTS, THEY'RE KNOWINGLY FALSE STATEMENTS.

10:53AM  24        EDLIN TALKED TO YOU ABOUT THE DEMOS AND WHO WAS INVOLVED

10:53AM  25   IN THE DECISION WHICH DEVICES TO PUT IN THE ROOM, AND THEN TOLD

ER-6562

10:53AM  1      YOU IT WAS HOLMES AND BALWANI.  AGAIN, NOT JUST FALSE

10:53AM  2      STATEMENTS, KNOWINGLY FALSE STATEMENTS.

10:54AM  3          MS. HOLMES DIDN'T JUST DECIDE WHAT DEVICE TO PUT IN THE

10:54AM  4      ROOM.  SHE ALSO PLAYED A ROLE IN THE REPORTS THAT WERE SENT OUT

10:54AM  5      AFTER THE DEMO, WHAT RESULTS TO PUT INTO THE REPORT, AND

10:54AM  6      MS. HOLMES SAYS, OKAY, LET'S SET IT OUT AFTER THESE CHANGES.

10:54AM  7          SO SHE JUST DOESN'T JUST PICK THE DEVICE, SHE ALSO PLAYS A

10:54AM  8      ROLE IN EVALUATING OR REVIEWING THE RESULTS THAT GO BACK TO THE

10:54AM  9      VIP AFTERWARDS.

10:54AM 10          IN TEXT MESSAGES, MS. HOLMES BECOME AWARE ABOUT PROBLEMS

10:54AM 11      WITH WALGREENS.

10:54AM 12          MR. BALWANI TELLS HER IN NOVEMBER OF 2014, "WE CAN'T SCALE

10:54AM 13      WITH WAG."

10:54AM 14          "THEY TOLD OUR TEAM IN WAG MEETING THAT THEY DON'T INTEND

10:54AM 15      TO OPEN MORE PSC'S," PATIENT SERVICE CENTERS, "UNTIL JULY."

10:54AM 16          AGAIN, WHEN MS. HOLMES WAS ON THE STAND, SHE TOLD YOU, I

10:54AM 17      SAW THAT TEXT, BUT MR. BALWANI WAS UNAWARE OF THE FACT THAT I

10:54AM 18      WAS COMMUNICATING WITH SOMEONE ELSE AT WALGREENS AND HIS NAME

10:55AM 19      WAS ALEX GOURLAY AND HE WAS SAYING POSITIVE THINGS TO ME.  SO

10:55AM 20      THIS DID NOT PUT ME ON NOTICE THAT WALGREENS WAS COLLAPSING

10:55AM 21      BECAUSE I WAS HEARING DIFFERENT THINGS FROM GOURLAY, AND EVEN

10:55AM 22      MIQUELON BEFORE HIM.

10:55AM 23          BUT I EXPLAINED TO YOU WHY THAT ARGUMENT FAILS.  IT'S ONLY

10:55AM 24      A MATTER OF TIME BEFORE WALGREENS FIGURES OUT THE PROBLEM.  SHE

10:55AM 25      DOESN'T NEED TO HEAR WALGREENS TELL HER THAT THE RELATIONSHIP

CLOSING ARGUMENT BY MR. SCHENK                                    8978

```
10:55AM   1    IS FAILING.

10:55AM   2         SHE KNOWS WHAT SHE TOLD WALGREENS TO BAIT THE HOOK.  SHE

10:55AM   3    KNOWS THAT WALGREENS THINKS THAT THEY'RE A FINGERSTICK BLOOD

10:55AM   4    TESTING COMPANY THAT CAN ACCURATELY TEST BLOOD.

10:55AM   5         IT'S ONLY A MATTER OF TIME BEFORE WALGREENS REALIZES THAT,

10:55AM   6    AND WALGREENS IS REALIZING THAT.  THEY'RE TRACKING THE VENOUS

10:55AM   7    DRAWS NUMBERS.  THEY'RE STOPPING FURTHER ROLLOUTS.

10:55AM   8         SO IT ISN'T THAT MS. HOLMES GETS TO SAY, GOURLAY WAS STILL

10:55AM   9    TELLING ME GOOD THINGS AND, THEREFORE, IF I TELL THE INVESTORS

10:55AM  10    THAT THE ROLLOUT WITH WALGREENS WAS GOING WELL, THAT WASN'T A

10:55AM  11    KNOWINGLY FALSE STATEMENT.

10:55AM  12         SHE DOESN'T NEED GOURLAY TO DISCOVER THE FRAUD.  SHE KNOWS

10:56AM  13    THAT THEY'RE NOT GOING TO HAVE A NATIONAL ROLLOUT WITH

10:56AM  14    WALGREENS.

10:56AM  15         MR. BALWANI TELLS HER THAT HE'S ABOUT TO GO INTO A

10:56AM  16    WALGREENS MEETING.  THIS IS IN APRIL OF 2015.

10:56AM  17         THEN AFTERWARDS, IT WAS A MOSLEY TERRIBLE MEETING, BUT

10:56AM  18    "THE POINT ABOUT NARROWING DOWN MENU TO HIT HIGH FINGERSTICK

10:56AM  19    PERCENT CAME TO ME LIKE GIFT FROM GOD."

10:56AM  20         THE POINT HERE IS THAT MS. HOLMES KNOWS THAT WALGREENS

10:56AM  21    CARES ABOUT FINGERSTICK NUMBERS.  SHE DID NOT GO TO THE

10:56AM  22    MEETINGS BETWEEN JHAVERI AND BALWANI WHERE THEY TRACKED THE

10:56AM  23    FINGERSTICK NUMBER.

10:56AM  24         BUT THAT'S NOT A FACT SHE WAS UNAWARE OF.  SHE KNEW

10:56AM  25    WALGREENS TRACKED AND CARED ABOUT THE FINGERSTICK NUMBERS, AND
```

ER-6564

10:56AM  1    THEY'RE EVEN TALKING ABOUT WAYS THAT THEY CAN IMPROVE THEIR

10:56AM  2    FINGERSTICK NUMBERS OTHER THAN MORE FINGERSTICK TESTING, OTHER

10:56AM  3    THAN ACTUALLY DEVELOPING THE TECHNOLOGY TO TEST BLOOD VIA

10:56AM  4    FINGERSTICK, NARROW THE MENU DOWN SO THE PERCENT BECOMES A

10:56AM  5    HIGHER NUMBER, A SMALLER TOTAL.

10:57AM  6         HERE'S THE DOCUMENT I WAS JUST REFERENCING WHERE WALGREENS

10:57AM  7    IS TRACKING VENOUS DRAWS.  THE FIRST IS IN FEBRUARY OF 2014.

10:57AM  8    IT'S AT 43 PERCENT OF THE TIME IT'S A VENOUS DRAW.  BY MAY IT'S

10:57AM  9    ONLY DROPPED TO 39 PERCENT.

10:57AM 10         SO IT IS NOT MOVING SIGNIFICANTLY, AND THIS IS SOMETHING

10:57AM 11    THAT WALGREENS, BALWANI, AND JHAVERI ARE PAYING ATTENTION TO,

10:57AM 12    BUT YOU SEE IT COMMUNICATED IN TEXT MESSAGES TO MS. HOLMES.

10:57AM 13         THIS IS AN EMAIL ALSO I MENTIONED EARLIER WHERE JHAVERI

10:57AM 14    ORIGINALLY SENDS THE EMAIL JUST TO MR. BALWANI SAYING,

10:57AM 15    "PATIENTS PER DAY WITH A 4 PLUS EXPERIENCE AND VENOUS PERCENT

10:57AM 16    IN THE 10 PERCENT RANGE."

10:57AM 17         THEY NEED, WALGREENS AND THERANOS, A DOCUMENTED DETAILED

10:57AM 18    PLAN ON BOTH, THE PATIENT EXPERIENCE AND THE VENOUS DRAW, OR IT

10:57AM 19    WILL BE DIFFICULT FOR ME TO CONVINCE EXPANSION BEYOND ARIZONA.

10:57AM 20         AND THEN YOU SEE MR. BALWANI FORWARDS THIS EMAIL TO

10:58AM 21    MS. HOLMES.  SO SHE KNOWS FURTHER EXPANSION WITH WALGREENS IS

10:58AM 22    DEPENDENT ON SOMETHING THAT IS NOT GOING TO HAPPEN, AND THAT IS

10:58AM 23    MORE FINGERSTICK.

10:58AM 24         FOR DOD, MR. EDLIN CONFIRMED FOR YOU THAT THE THERANOS

10:58AM 25    ANALYZER WAS NOT USED BY THE MILITARY FOR CLINICAL TESTING ON

10:58AM   1      SOLDIERS.

10:58AM   2           AND MS. HOLMES ALSO, WHEN SHE WAS ON THE STAND, CONFIRMED

10:58AM   3      THIS FACT FOR YOU.  SO STATEMENTS TO INVESTORS TO THE CONTRARY

10:58AM   4      WERE NOT JUST FALSE, THEY WERE KNOWINGLY FALSE.

10:58AM   5           MR. EDLIN TOLD YOU THAT ELIZABETH HOLMES WAS VERY INVOLVED

10:58AM   6      IN THE COMMUNICATIONS BETWEEN THERANOS AND THE MILITARY.

10:58AM   7           THE USE OF THIRD PARTY DEVICES, THAT ALSO WAS KNOWINGLY

10:58AM   8      FALSE WHEN SHE HIDES THAT FACT BECAUSE SHE KNOWS THAT THEY'RE

10:58AM   9      USING THIRD PARTY DEVICES AND THAT GETS DISCUSSED HERE WHEN

10:58AM  10      THEY'RE TALKING ABOUT A REPORTER FROM "THE WALL STREET JOURNAL"

10:58AM  11      SHOWING UP AND THEY DON'T KNOW WHERE HE'S GOING TO SHOW UP OR

10:59AM  12      WHEN.

10:59AM  13           AND THERE'S A QUESTION ABOUT WHAT KIND OF DRAW HE'S GOING

10:59AM  14      TO GET AND THEY'RE SAYING BETTER A PERFECT VENIPUNCTURE THAN A

10:59AM  15      BAD FINGERSTICK OR MISS A TEST.

10:59AM  16           SO THE USE OF THIRD PARTY DEVICES, THE DEVICES THAT WOULD

10:59AM  17      TEST THE VEIN DRAW BLOOD, WAS SOMETHING THAT MS. HOLMES KNEW.

10:59AM  18      SO WHEN SHE COMMUNICATES STATEMENTS TO INVESTORS TO THE

10:59AM  19      CONTRARY, THOSE ARE KNOWINGLY FALSE STATEMENTS.

10:59AM  20           BRIAN GROSSMAN TOLD YOU THAT WHEN HE TOURED THE CLIA LAB,

10:59AM  21      HE SAW THE THERANOS DEVICES.  HE DIDN'T SEE SIEMENS OR THIRD

10:59AM  22      PARTY DEVICES.  THEY'RE HIDING THAT FACT.

10:59AM  23           AND THEN VALIDATION BY PHARMACEUTICAL COMPANIES.

10:59AM  24           MR. WEBER TOLD YOU THAT HE TOLD ELIZABETH HOLMES BACK IN

10:59AM  25      2009 THAT PFIZER DID NOT HAVE MORE WORK FOR THERANOS IN THE

CLOSING ARGUMENT BY MR. SCHENK                                    8981

10:59AM   1      FORESEEABLE FUTURE.

10:59AM   2           AND MS. HOLMES IS COMMUNICATING SOMETHING DIFFERENT TO

10:59AM   3      INVESTORS.  SO THAT'S, AGAIN, NOT JUST A FALSE STATEMENT, BUT A

11:00AM   4      KNOWINGLY FALSE STATEMENT.

11:00AM   5           THERE ARE EMAILS BETWEEN MS. HOLMES AND DR. SUNG WHERE

11:00AM   6      CELGENE IS COMMUNICATING THE SAME THING, THIS TIME IN 2012,

11:00AM   7      THAT CELGENE IS NOT INTERESTED IN THE CURRENT GENERATION OF

11:00AM   8      THERANOS TECHNOLOGY.

11:00AM   9           SAME THING FROM SCHERING-PLOUGH.

11:00AM  10           DR. CULLEN TOLD YOU THAT ESSENTIALLY THIS WORK JUST DIED

11:00AM  11      ON THE VINE, THERE WASN'T, AFTER A CERTAIN DATE, MORE

11:00AM  12      COMMUNICATION, MORE WORK BETWEEN SCHERING-PLOUGH AND THERANOS.

11:00AM  13           THE USE OF THE MEDIA.

11:00AM  14           I TOLD YOU THAT THERE WERE TWO ARTICLES THAT WERE RELEVANT

11:00AM  15      FOR THIS, THE RAGO AND THE PARLOFF ARTICLE.

11:00AM  16           HERE'S AN EXAMPLE.  BEFORE RAGO PUBLISHES THE ARTICLE, HE

11:00AM  17      SENDS LANGUAGES, PARAPHRASES AND FACTUAL STATEMENTS, TO

11:00AM  18      ELIZABETH HOLMES TO REVIEW BEFORE PUBLISHING.

11:00AM  19           SO THINGS LIKE THE THOUSAND TESTS, DOCUMENTS, FACTS ABOUT

11:00AM  20      THERANOS WERE PROVIDED TO MS. HOLMES BEFOREHAND, SO WHEN SHE'S

11:00AM  21      USING THE RAGO ARTICLE TO RECRUIT INVESTORS AND IT CONTAINS

11:01AM  22      FALSE STATEMENTS, IT ISN'T JUST THE USE OF THE FALSE

11:01AM  23      STATEMENTS, THEY'RE KNOWINGLY FALSE, AND SHE KNOWS THAT THOSE

11:01AM  24      STATEMENTS ARE IN THE ARTICLE, AND SHE KNEW THAT THEY WERE

11:01AM  25      GOING TO BE IN THE ARTICLE BEFORE IT WAS PUBLISHED.

11:01AM  1        PARLOFF TOLD YOU THAT HE TALKED TO MS. HOLMES ABOUT THEIR

11:01AM  2   WORK WITH THE MILITARY, AND IN FACT, SHE TOLD HIM THAT HE

11:01AM  3   WASN'T SUPPOSED TO PRINT IT, TO USE IT IN THE PIECE BECAUSE IT

11:01AM  4   WAS SENSITIVE, BUT THAT THERANOS'S TECHNOLOGY HAD BEEN USED BY

11:01AM  5   THE MILITARY IN AFGHANISTAN.

11:01AM  6        HE ALSO ASKED QUESTIONS OF MS. HOLMES ABOUT ITS USE OF

11:01AM  7   PURCHASING TESTS, WHERE IT GOT ITS TESTS FROM.  AND SHE SAYS

11:01AM  8   OTHER LABS BUY THEIR TESTS, BUT AT THERANOS WE MAKE ALL OF OUR

11:01AM  9   TESTS.

11:01AM 10        MR. PARLOFF ASKS HER, WHEN AN INDIVIDUAL GOES TO A

11:02AM 11   WALGREENS AND GETS A VEIN DRAW, HELP ME UNDERSTAND WHY THAT

11:02AM 12   HAPPENS.  WHY IS IT THE CASE THAT SOMEONE AT A WALGREENS MIGHT

11:02AM 13   GET A VEIN DRAW?

11:02AM 14        YOU, AS THE JURY, NOW KNOW THE ANSWER.  THE ANSWER IS

11:02AM 15   BECAUSE THERANOS COULD ONLY RUN ON ITS DEVICE A VERY SMALL

11:02AM 16   NUMBER OF TESTS, AND A LITTLE BIT BIGGER NUMBER ON THE MODIFIED

11:02AM 17   THIRD PARTY.

11:02AM 18        BUT IT COULD NOT RUN ALL OF THE TESTS ON ITS TECHNOLOGY

11:02AM 19   AND NEEDED TO DO VEIN DRAWS.  THAT'S THE HONEST ANSWER IS, WE

11:02AM 20   CAN'T RUN ALL OF THE TESTS.

11:02AM 21        BUT LISTEN TO WHAT SHE SAYS.

11:02AM 22        (AN AUDIOTAPE PLAYED IN OPEN COURT OFF THE RECORD.)

11:06AM 23        MR. SCHENK:  PARLOFF KEEPS GOING AFTER IT.

11:06AM 24   I DON'T UNDERSTAND.  WHEN SOMEONE COMES INTO A WALGREENS,

11:06AM 25   HELP ME UNDERSTAND THE SITUATION WHEN THEY GET A VEIN DRAW,

11:06AM  1    WHEN YOU WOULD HAVE VENIPUNCTURE, IS IT BECAUSE YOU CAN'T DO

11:06AM  2    THE TEST?  YOU DON'T YET HAVE THAT TEST?

11:06AM  3         AND SHE SAYS, IT'S A VOLUME QUESTION, SORT OF SUGGESTING

11:06AM  4    WE'RE GETTING SO MANY REQUESTS FOR BLOOD TESTS THAT WE CAN'T

11:06AM  5    HANDLE THAT VOLUME.  NOT, WE DON'T HAVE THE ABILITY TO RUN THAT

11:06AM  6    TEST ON OUR TECHNOLOGY, OUR DEVICE DOES 12 TESTS.  SHE DOESN'T

11:06AM  7    SAY THAT.

11:06AM  8         SHE MAKES HIM BELIEVE, CONSISTENT WITH WHAT ALL OF THE

11:06AM  9    INVESTORS BELIEVED, WAS THAT THEY HAD THE ABILITY, THEIR

11:06AM  10   TECHNOLOGY RUNS ALL OF THESE BLOOD TESTS, CONSISTENT WITH WHAT

11:06AM  11   WAS SAID IN THAT BULLET POINT TO SPECIAL OPERATIONS COMMAND.

11:06AM  12        AND PARLOFF KEEPS GOING AFTER IT BECAUSE IT DOESN'T MAKE

11:06AM  13   SENSE TO HIM THAT A FINGERSTICK COMPANY IS DOING VEIN DRAWS IN

11:06AM  14   A WALGREENS, AND WHAT HE'S TOLD IS THAT IT'S A QUESTION OF

11:07AM  15   VOLUME.  IT'S, ALL OF THIS BLOOD COMING IN AND WE NEED TO RUN

11:07AM  16   IT ON OTHER KINDS OF DEVICES, ON VOLUME DEVICES, AND YOU KNOW

11:07AM  17   THAT ISN'T WHAT ACTUALLY IS TRUE.  THEY COULD DO 12 TESTS.

11:07AM  18        THE NEXT ELEMENT FOR WIRE FRAUD IS MATERIALITY.  THE IDEA

11:07AM  19   THAT THE FALSE STATEMENTS, THESE CATEGORIES OF FALSE STATEMENTS

11:07AM  20   WERE THE KIND OF FALSE STATEMENTS THAT WOULD CAUSE AN INVESTOR

11:07AM  21   TO INVEST IN THIS CASE WERE NOT ABOUT SOMETHING IMMATERIAL.

11:07AM  22        WE'RE GOING TO RUN THROUGH SOME OF THE FALSE STATEMENTS

11:07AM  23   THAT EACH INVESTOR SAID MATTERED TO THEM, BUT MATERIALITY

11:07AM  24   DOESN'T REQUIRE ACTUAL RELIANCE.  IT IS NOT THAT A PARTICULAR

11:07AM  25   FALSE STATEMENT WAS COMMUNICATED TO AN INVESTOR AND THEN THE

11:07AM   1    INVESTOR CONFIRMS THAT THAT FALSE STATEMENT IS WHAT CAUSED HER

11:07AM   2    OR HIM TO INVEST.  IT'S THE KIND OF STATEMENT THAT IS CAPABLE

11:07AM   3    OF INFLUENCING.

11:07AM   4         MR. TOLBERT TOLD YOU ABOUT THE IMPORTANCE OF THE MILITARY,

11:07AM   5    THE WORK THERANOS WAS DOING WITH THE MILITARY WAS IMPORTANT TO

11:08AM   6    MR. TOLBERT AND THE HALL GROUP.

11:08AM   7         MS. PETERSON TALKED ABOUT THE SAMPLE SIZE, THE SMALL

11:08AM   8    VOLUME OF BLOOD.

11:08AM   9         MR. MOSLEY TALKED ABOUT THE PFIZER REPORT.  HERE'S THE

11:08AM  10    MOSLEY OUTLINE WHERE HE SAYS THAT THE PFIZER REPORT WAS THE

11:08AM  11    MOST EXTENSIVE EVIDENCE SUPPLIED REGARDING THE RELIABILITY OF

11:08AM  12    THE THERANOS TECHNOLOGY AND ITS APPLICATION IN A STUDY REPORT

11:08AM  13    PREPARED BY PFIZER BASED ON A CLINICAL CANCER TREATMENT TRIAL.

11:08AM  14         YOU KNOW THAT REPORT WAS NOT PREPARED BY PFIZER.  YOU KNOW

11:08AM  15    PFIZER DID NOT AUTHORIZE THE USE OF ITS LOGO.

11:08AM  16         IT WASN'T JUST SENT TO WALGREENS.  THE PFIZER REPORT WAS

11:08AM  17    ALSO SENT TO INVESTORS LIKE MR. MOSLEY, AND IT MATTERED TO

11:08AM  18    INVESTORS LIKE MR. MOSLEY.

11:08AM  19         MR. EISENMAN TOLD YOU THAT ACCURACY WAS IMPORTANT,

11:08AM  20    ACCURACY OF THE DEVICE WAS IMPORTANT IN HIS DECISION TO INVEST.

11:09AM  21         MR. LUCAS TALKED ABOUT ACCURACY AND AUTOMATION AS BEING

11:09AM  22    IMPORTANT IN HIS DECISION TO INVEST.

11:09AM  23         MR. GROSSMAN TALKED ABOUT THE REVENUE THAT THERANOS

11:09AM  24    CLAIMED IT HAD AS RECENTLY AS 2013 FROM PHARMACEUTICAL

11:09AM  25    COMPANIES, THAT THAT WAS IMPORTANT IN PFM'S DECISION TO INVEST.

CLOSING ARGUMENT BY MR. SCHENK                                8985

11:09AM  1        THE THIRD ELEMENT IS INTENT, THAT THE DEFENDANT HAD THE

11:09AM  2    INTENT TO DEFRAUD.

11:09AM  3        AND WE'LL LOOK THROUGH SOME OF THE INTENT EVIDENCE, BUT

11:09AM  4    MUCH OF THE EVIDENCE THAT WE'VE BEEN DISCUSSING TODAY IS ALSO

11:09AM  5    RELEVANT FOR INTENT.

11:09AM  6        HERE YOU SEE MS. HOLMES ASKING ABOUT THE CONTENT OF

11:09AM  7    CERTAIN BINDERS.  ARE THERE ANY MATERIALS IN THE BINDERS YOU

11:09AM  8    THINK SHOULD BE REMOVED FOR MURDOCH?

11:09AM  9        SO WHEN I SHOWED YOU INSTANCES OF THINGS THAT WERE IN THE

11:09AM 10    MURDOCH BINDER, MS. HOLMES IS WONDERING, SHE'S THINKING ABOUT

11:09AM 11    AHEAD OF TIME WHAT IS GOING TO GO TO MURDOCH AND WHAT IS NOT

11:09AM 12    GOING TO GO TO HIM.

11:09AM 13        AND THIS IS ONE OF THE THINGS THAT WENT TO HIM, THAT

11:10AM 14    THERANOS'S PROPRIETARY, PATENTED TECHNOLOGY RUNS COMPREHENSIVE

11:10AM 15    BLOOD TESTS FROM A FINGERSTICK.

11:10AM 16        BUT IT DIDN'T JUST GO TO MR. MURDOCH.  IT ALSO WENT TO

11:10AM 17    MOSLEY AND PETERSON AND, IN FACT, THE BOARD.

11:10AM 18        YOU SEE, I'M SHOWING YOU AGAIN BECAUSE THIS IS ALSO INTENT

11:10AM 19    EVIDENCE, THE LAWYER TELLING MS. HOLMES CERTAIN PHRASES ON YOUR

11:10AM 20    WEBSITE SHOULD BE REMOVED, COINCIDENTALLY, PHRASES THAT

11:10AM 21    INVESTORS ALSO HEARD, BUT BECAUSE PEOPLE ARE GOING TO LEAVE

11:10AM 22    WITH THE IMPRESSION THAT THE LAB CAN PERFORM EVERY TEST.

11:10AM 23        THE UBS EMAIL THAT WE TALKED ABOUT EARLIER WHERE EISENMAN

11:10AM 24    SAYS THIS ANALYST IS REACHING SORT OF CONCLUSIONS ABOUT

11:10AM 25    THERANOS.  WHAT SAY YOU?

CLOSING ARGUMENT BY MR. SCHENK                    8986

11:10AM  1        AND MR. BALWANI SAYS, SOUNDS LIKE AN UNINFORMED

11:10AM  2    CONSULTANT.

11:10AM  3        THAT'S FORWARDED TO MS. HOLMES.  THAT'S ALSO INTENT

11:10AM  4    EVIDENCE.

11:10AM  5        THE AMOUNT OF REVENUE THAT THERANOS AND, IN THIS INSTANCE,

11:11AM  6    MS. HOLMES COMMUNICATES TO SAFEWAY HERE, THE REVENUE FOR '11 IS

11:11AM  7    $220 MILLION; '12 IS 460 MILLION; AND 2013 IS AGAIN GETTING

11:11AM  8    CLOSE TO A BILLION DOLLARS.  IT'S NOT JUST BALWANI WHO IS

11:11AM  9    COMMUNICATING THESE KNOWINGLY FALSE REVENUE NUMBERS.

11:11AM 10        THE PETERSON NUMBER, AND THEN YOU SEE IN THE LOWER LEFT

11:11AM 11    CORNER, MOSLEY RECEIVED THIS DOCUMENT, NOT WITH THE PETERSON

11:11AM 12    HANDWRITING ON IT, BUT THE SAME INCORRECT, KNOWINGLY FALSE

11:11AM 13    REVENUE NUMBERS WERE SENT BOTH TO PETERSON AND MOSLEY.

11:11AM 14        THERE ARE THESE TEXT MESSAGES WHERE THEY TALK ABOUT

11:11AM 15    FINANCIAL STABILITY, THE NEED TO BREAK EVEN.  THIS IS IN JULY

11:11AM 16    OF 2015 WHERE MR. BALWANI IS TALKING ABOUT BREAKING EVEN.  "WE

11:11AM 17    NEED TO GET THE BUSINESS TO BREAK EVEN AND THEN I WILL LEAVE.

11:11AM 18        "BUT I CAN'T LEAVE.  I WILL TRY TO FIX THIS.

11:11AM 19        "I KNOW BUT UR SAYING EVEN IF WE FIX DON'T WANT TO BE

11:12AM 20    HERE.

11:12AM 21        "CORRECT.  ONLY FIX IS CASH AND BREAK EVEN."

11:12AM 22        I KNOW ABOUT THE FINANCIAL PROBLEMS BEFORE 2009 AND 2010,

11:12AM 23    2013 AND STILL IN 2015.

11:12AM 24        THE DEMOS AS WELL.  YOU'VE SEEN EMAILS AND YOU'VE HEARD

11:12AM 25    TESTIMONY ABOUT MS. HOLMES'S INVOLVEMENT IN THE DEMOS AND IN

11:12AM 1    THE SELECTION OF THE DEVICES, THE USE OF THAT APP, THE DEMO APP

11:12AM 2    TO SHIELD FAILURES FROM THE VIP'S, HOW THE APP SHIELDS THOSE

11:12AM 3    FROM THE CLIENT AND TO MAKE THE PROCESS LOOK EFFORTLESS.

11:12AM 4        THIS IS THE JHAVERI EMAIL THAT GETS FORWARDED TO HOLMES

11:12AM 5    SAYING THAT WALGREENS, IN ORDER TO CONVINCE EXPANSION BEYOND

11:12AM 6    ARIZONA, NEEDS TO GET THE VENOUS DRAW IN THE 10 PERCENT RANGE.

11:12AM 7        THAT IS SHARED WITH MS. HOLMES.  MORE INTENT EVIDENCE.

11:13AM 8        SO WHEN INVESTORS HEAR SOMETHING TO THE CONTRARY, IT'S

11:13AM 9    BECAUSE IT IS SENT, IT IS SHARED WITH AN INTENT TO DEFRAUD THE

11:13AM 10   INVESTORS.

11:13AM 11       LUCAS TOLD YOU THAT WHEN HE WAS SPEAKING WITH THERANOS IN

11:13AM 12   DECEMBER OF 2013, HIS UNDERSTANDING WAS THAT THE PARTNERSHIP

11:13AM 13   WITH WALGREENS WAS GOING WELL, WAS EXPANDING.

11:13AM 14       AGAIN, CONTRARY TO WHAT MS. HOLMES AND MR. BALWANI KNEW,

11:13AM 15   IN FACT, TO BE THE TRUTH.

11:13AM 16       THIS IS THE SPECIAL OPERATIONS COMMAND EMAIL.  I WANTED

11:13AM 17   TO -- I'M SORRY.  EMAIL.  I WANTED TO SHOW YOU IT AGAIN BECAUSE

11:13AM 18   IT APPLIES TO BOTH KNOWLEDGE AND TO INTENT.  WHEN THEY'RE

11:13AM 19   SHARING THESE KIND OF FALSE STATEMENTS, IT'S BECAUSE THESE ARE

11:13AM 20   THE TYPE OF FALSE STATEMENTS THAT INVESTORS ARE HEARING WITH

11:13AM 21   THE INTENT TO DEFRAUD THOSE INVESTORS.

11:13AM 22       GENERAL MATTIS CONFIRMED FOR YOU THE LACK OF USE BY THE

11:13AM 23   MILITARY OF CERTAIN DEVICES.  WHEN GENERAL MATTIS TESTIFIED,

11:13AM 24   THAT WAS BEFORE EDLIN AND BEFORE MS. HOLMES HERSELF TESTIFIED,

11:14AM 25   SO YOU WERE STILL LEARNING THESE FACTS, WHETHER, IN FACT, THE

11:14AM   1    DEVICE HAD BEEN USED THAT WAY, AND NOW YOU'VE HEARD NOT JUST

11:14AM   2    FROM GENERAL MATTIS, YOU'VE HEARD THAT FROM EDLIN AND FROM THE

11:14AM   3    DEFENDANT HERSELF.

11:14AM   4        BUT CHRIS LUCAS TOLD YOU THAT HE UNDERSTOOD FROM

11:14AM   5    MS. HOLMES THAT THE ANALYZER WAS ACTIVELY BEING USED BY

11:14AM   6    MILITARY TO TREAT SOLDIERS IN THE FIELD.

11:14AM   7        HE ALSO SAID THAT HE WOULD HAVE BEEN SURPRISED TO LEARN

11:14AM   8    THAT IT WASN'T -- AND HIS UNDERSTANDING WAS THAT THEY HAD SENT

11:14AM   9    AN ANALYZER TO THE MIDDLE EAST, AND HE WOULD HAVE BEEN

11:14AM  10    SURPRISED TO HEAR THAT THEY, IN FACT, HAD NOT.

11:14AM  11        LISA PETERSON TOLD YOU THAT SHE UNDERSTOOD THAT THE DEVICE

11:14AM  12    WAS USED ON MILITARY HELICOPTERS.

11:14AM  13        AND IN THE "FORTUNE" ARTICLE, INVESTORS, WHEN THEY

11:14AM  14    RECEIVED THE ARTICLE, ARE TOLD THAT THERANOS DOES NOT BUY

11:14AM  15    ANALYZERS FROM THIRD PARTIES.

11:14AM  16        AGAIN, A FALSE STATEMENT THAT WAS KNOWINGLY FALSE AND

11:15AM  17    COMMUNICATED WITH THE INTENT TO DEFRAUD BECAUSE THAT PLAYED A

11:15AM  18    ROLE IN THE INVESTORS' DECISIONS.  THEY THOUGHT THEY WERE

11:15AM  19    INVESTING IN A FINGERSTICK BLOOD TESTING TECHNOLOGY THAT USED

11:15AM  20    ITS OWN TECHNOLOGY TO TEST BLOOD.

11:15AM  21        MS. PETERSON CONFIRMED THAT FOR YOU, THAT HER

11:15AM  22    UNDERSTANDING WAS THAT THERANOS USED ITS OWN ANALYZER

11:15AM  23    EQUIPMENT.  SHE GOT THAT FROM ELIZABETH HOLMES.  IT'S IN THE

11:15AM  24    ARTICLE, BUT MS. PETERSON ALSO LEARNED THAT FROM CONVERSATIONS

11:15AM  25    WITH ELIZABETH HOLMES.

CLOSING ARGUMENT BY MR. SCHENK                                    8989

11:15AM   1        THE USE OF THE PFIZER LOGO, LET'S TALK ABOUT THAT FOR A

11:15AM   2   MOMENT.

11:15AM   3        THE DOCUMENT ON THE LEFT IS THE DOCUMENT THAT WAS SENT TO

11:15AM   4   PFIZER.  THE DOCUMENT ON THE RIGHT IS THE DOCUMENT THAT WAS

11:15AM   5   SENT TO WALGREENS.

11:15AM   6        THE DOCUMENT ON THE LEFT IS THE DOCUMENT THAT WAS SENT TO

11:15AM   7   SCHERING-PLOUGH.  THE DOCUMENT ON THE RIGHT IS THE DOCUMENT

11:15AM   8   THAT WAS SENT TO WALGREENS.

11:15AM   9        THE CONCLUSIONS IN THE SCHERING-PLOUGH DOCUMENT WERE

11:15AM  10   ENHANCED.  THE VERSION THAT WAS SENT TO SCHERING-PLOUGH IS THE

11:16AM  11   ONE ON TOP.

11:16AM  12        THE VERSION THAT WAS SENT TO WALGREENS HAD ADDITIONAL

11:16AM  13   LANGUAGE IN IT, THAT THE THERANOS TESTS WERE MORE ACCURATE THAN

11:16AM  14   THE CURRENT GOLD STANDARD REFERENCE.  SO IT WASN'T JUST ADDING

11:16AM  15   THE LOGO, IT WAS ACTUALLY ALSO DOCTORING OR ENHANCING THE

11:16AM  16   CONCLUSIONS IN THE REPORT.

11:16AM  17        AND NOW LOOK AT WHAT MS. HOLMES SAID TO WALGREENS ABOUT

11:16AM  18   THESE REPORTS.  MS. HOLMES TOLD YOU ON THE STAND THAT SHE

11:16AM  19   APPLIED THE LOGOS TO THOSE DOCUMENTS, I THINK FROM THAT TO

11:16AM  20   SUGGEST I NEVER WOULD HAVE INTENDED -- THOUGHT I WAS DEFRAUDING

11:16AM  21   ANYBODY IF I HAD GIVEN IT BACK TO THE PHARMA COMPANIES.

11:16AM  22        FIRST, IT CERTAINLY ISN'T ON THE PHARMA COMPANIES TO

11:16AM  23   DISCOVER THAT, TO REPORT IT BACK TO THERANOS, BUT IT ALSO

11:16AM  24   MISSES THE POINT.

11:16AM  25        LOOK AT WHAT USE MS. HOLMES IS MAKING OF THESE DOCUMENTS.

11:16AM   1      SHE WRITES IN AN EMAIL TO WALGREENS, "ATTACHED PER OUR

11:16AM   2   DISCUSSION PLEASE FIND THREE INDEPENDENT DUE DILIGENCE REPORTS

11:17AM   3   ON THERANOS SYSTEMS ATTACHED TO THIS EMAIL.  THESE REPORTS ARE

11:17AM   4   FROM GLAXOSMITHKLINE, PFIZER, AND SCHERING-PLOUGH AFTER THEIR

11:17AM   5   OWN TECHNICAL VALIDATION AND EXPERIENCE WITH THERANOS SYSTEMS

11:17AM   6   IN THE FIELD."

11:17AM   7      SHE WANTS WALGREENS, AND THEN THESE WERE ALSO SENT TO

11:17AM   8   PETERSON AND MOSLEY, TO CONCLUDE THAT THEY ARE INDEPENDENT DUE

11:17AM   9   DILIGENCE REPORTS, THAT THE PHARMA COMPANIES PREPARED THE

11:17AM  10   REPORTS AFTER THEIR OWN TECHNICAL VALIDATION.

11:17AM  11      DR. CULLEN TOLD YOU THAT FOR THE SCHERING-PLOUGH WORK, THE

11:17AM  12   DEVICE WAS AT THERANOS; THAT THAT'S WHERE THE TESTING WAS DONE.

11:17AM  13   SO NOT ONLY WERE THE CONCLUSIONS IN THE SCHERING-PLOUGH

11:17AM  14   DOCUMENTS THERANOS'S, THEY COULD NOT HAVE BEEN

11:17AM  15   SCHERING-PLOUGH'S, BECAUSE SCHERING-PLOUGH WASN'T THE ONE WHO

11:17AM  16   DID THE WORK.

11:17AM  17      PETERSON RECEIVED THE PFIZER DOCUMENT.  AND YOU KNOW

11:18AM  18   MOSLEY RECEIVED THE PFIZER DOCUMENT ALSO.

11:18AM  19      THE USE OF THE MILITARY.  THIS CHART -- I'M SORRY, USE OF

11:18AM  20   THE MEDIA.

11:18AM  21      THIS CHART SHOWS YOU SORT OF THE THREE RELEVANT FACTS

11:18AM  22   ABOUT EACH OF THE ARTICLES, "THE WALL STREET JOURNAL" AND THE

11:18AM  23   PARLOFF.

11:18AM  24      AT THE TOP YOU SEE THERANOS EMAILING THE RAGO ARTICLE TO

11:18AM  25   SHAREHOLDERS, AND THEN YOU SEE THE LOCATIONS AND EXHIBITS WHERE

CLOSING ARGUMENT BY MR. SCHENK                    8991

11:18AM 1    YOU CAN FIND THE RAGO ARTICLE, AND THEN YOU SEE THERANOS

11:18AM 2    SENDING THE RAGO ARTICLE OR INCLUDING THE RAGO ARTICLE IN

11:18AM 3    PRESENTATIONS TO THE BOARD.

11:18AM 4         AND THEN EQUALLY TRUE FOR THE "FORTUNE" ARTICLE.  YOU SEE

11:18AM 5    LOCATIONS IN THE EVIDENCE IN THE EXHIBITS WHERE YOU CAN FIND

11:18AM 6    THE "FORTUNE" ARTICLE, YOU SEE WHERE THE "FORTUNE" ARTICLE IS

11:18AM 7    SENT TO SHAREHOLDERS, AND YOU SEE WHERE THE "FORTUNE" ARTICLE

11:18AM 8    IS REFERENCED OR INCLUDED IN THE INVESTOR BINDERS.

11:19AM 9         RAGO SHARES THE ARTICLE OR THE CONTENT BEFORE IT'S

11:19AM 10   PUBLISHED WITH MS. HOLMES.  IT'S NOT JUST KNOWLEDGE EVIDENCE, I

11:19AM 11   SHOWED YOU THIS A MOMENT AGO FOR KNOWLEDGE.  IT'S ALSO THE

11:19AM 12   CONTENT.  SHE KNOWS THE CONTENT OF THE ARTICLE, SHE KNOWS THERE

11:19AM 13   ARE FALSE STATEMENTS IN THE ARTICLE, AND AS YOU SAW A MOMENT

11:19AM 14   AGO, IT GETS SENT TO SHAREHOLDERS.  INTENT.

11:19AM 15        GENERAL MATTIS WAS GOING TO TALK TO A REPORTER FROM "THE

11:19AM 16   NEW YORKER," AND HE WANTED TO PREP WITH MS. HOLMES TO

11:19AM 17   COMMUNICATE WITH HER BEFOREHAND WHAT HE CAN SAY AND WHAT HE

11:19AM 18   CAN'T SAY, AND SOME OF THAT PREP HAPPENS OVER EMAIL.

11:19AM 19        AND MS. HOLMES TELLS HIM ANY QUESTIONS HE ASKS YOU ABOUT

11:19AM 20   HOW OUR TECHNOLOGY WORKS, I.E., THAT THERE IS A SINGLE DEVICE

11:19AM 21   THAT DOES ALL TESTS, YOU CAN LET HIM KNOW WE DON'T TALK ABOUT

11:19AM 22   THESE ON THE RECORD.

11:19AM 23        YOU KNOW THAT AN HONEST STATEMENT WOULD HAVE BEEN THAT OUR

11:19AM 24   DEVICE CAN'T DO THAT.  WE DON'T HAVE A SINGLE DEVICE THAT DOES

11:19AM 25   ALL OF THE TESTS.  THAT'S NOT WHAT SHE'S COMMUNICATING TO

ER-6577

11:20AM   1    GENERAL MATTIS AND WHAT THEN, PRESUMABLY THE GOAL IS, WHAT

11:20AM   2    APPEAR NOW IN ANOTHER ARTICLE, "A NEW YORKER" ARTICLE.

11:20AM   3        SO THE CONTENT OF THESE ARTICLES IN THE MEDIA CONTAINING

11:20AM   4    FALSE STATEMENTS WAS INTENTIONAL.  SHE WANTED THEM TO CONTAIN

11:20AM   5    FALSE STATEMENTS.  AND THEN SENDING THE ARTICLE TO INVESTORS TO

11:20AM   6    USE TO HELP THEM IN THEIR EVALUATION OF WHETHER OR NOT TO

11:20AM   7    INVEST WAS ALSO DONE WITH AN INTENT TO DEFRAUD.

11:20AM   8        MOSLEY SPECIFICALLY TOLD YOU THAT THE "FORTUNE" ARTICLE

11:20AM   9    WAS IN HIS BINDER, AND HE THOUGHT THAT IF THERANOS WAS

11:20AM  10    INCLUDING IT IN HIS BINDER, THAT MEANT THAT EITHER THEY AGREED

11:20AM  11    WITH IT OR THEY THOUGHT IT WAS SORT OF VALUABLE, ACCURATE

11:20AM  12    REPRESENTATIONS OF THE THERANOS TECHNOLOGY, AND THAT'S WHY THEY

11:20AM  13    WOULD INCLUDE IT.

11:20AM  14        HERE'S THE EMAIL TO SHAREHOLDERS, POTENTIAL INVESTORS WITH

11:20AM  15    THE "FORTUNE" ARTICLE.  YOU'VE SEEN THE ONE WITH THE RAGO

11:20AM  16    ARTICLE.  HERE'S THE "FORTUNE" EMAIL AND THE RAGO ARTICLE AS

11:21AM  17    WELL.

11:21AM  18        THE LAST ELEMENT FOR WIRE FRAUD FOR INVESTORS IS THE

11:21AM  19    INTERSTATE NEXUS, THE FEDWIRE, THAT THE INVESTORS WIRED MONEY

11:21AM  20    TO THERANOS, AND THAT WIRE CROSSED STATE LINES.

11:21AM  21        YOU'VE SEEN THIS ALL WITHIN EXHIBIT 4845.  YOU'VE SEEN THE

11:21AM  22    DOCUMENTS THAT SHOW THE USE OF THE FEDWIRE.  SO EVEN IF IN

11:21AM  23    THEORY THE INVESTOR'S BANK WAS IN CALIFORNIA AND IT WENT TO --

11:21AM  24    EVEN IF THE THERANOS BANK WAS IN CALIFORNIA, THE USE OF FEDWIRE

11:21AM  25    STILL CAUSES AN INTERSTATE WIRE.

11:21AM  1      YOU'VE HEARD IN THIS CASE INSTANCES WHERE THE WIRE ITSELF

11:21AM  2   ORIGINATED OUTSIDE OF CALIFORNIA BECAUSE MOSLEY SENT IT FROM

11:21AM  3   NEW YORK OR PETERSON SENT IT FROM MICHIGAN, BUT THE USE OF THE

11:21AM  4   FEDWIRE SYSTEM.

11:21AM  5      AND MR. AMENTA'S TESTIMONY PROVIDED THE EVIDENCE TO YOU

11:21AM  6   THAT THE WIRES THAT ARE CHARGED IN COUNT THREE; AND THIS IS

11:21AM  7   COUNT FOUR FOR LUCAS; AND THIS IS COUNT FIVE FOR THE HALL

11:22AM  8   GROUP'S INVESTMENT FROM BRYAN TOLBERT; AND THIS IS COUNT SIX,

11:22AM  9   GROSSMAN'S PFM INVESTMENT; COUNT SEVEN, LISA PETERSON'S RDV

11:22AM 10   INVESTMENT; COUNT EIGHT, MOSLEY'S INVESTMENT.

11:22AM 11      NOW WE MOVE ON TO THE WIRE FRAUD FOR PATIENTS.

11:22AM 12      YOUR HONOR, THIS MIGHT BE A GOOD TIME FOR A BREAK IF WE'RE

11:22AM 13   THINKING OF TAKING ONE?

11:22AM 14          THE COURT:  SURE.  LET'S DO THAT.

11:22AM 15      THANK YOU, MR. SCHENK.

11:22AM 16      LADIES AND GENTLEMEN, LET'S TAKE OUR MORNING BREAK.

11:22AM 17   SHOULD WE TAKE ABOUT 30 MINUTES THEN, ABOUT 30 MINUTES?

11:22AM 18      I JUST WANT YOU TO KNOW, LADIES AND GENTLEMEN, WE WILL

11:22AM 19   FINISH NO LATER THAN 4:00.  WE WILL NOT GO BEYOND 4:00 O'CLOCK

11:22AM 20   TODAY, AND I ANTICIPATE THAT WE WILL START TOMORROW AT 9:00, SO

11:22AM 21   JUST TO LET THE PARTIES KNOW.

11:22AM 22      LET'S TAKE 30 MINUTES, PLEASE.  THANK YOU.

11:22AM 23          THE CLERK:  COURT IS IN RECESS.

11:22AM 24      (RECESS FROM 11:22 A.M. UNTIL 12:01 P.M.)

12:01PM 25          THE COURT:  PLEASE BE SEATED.  LADIES AND GENTLEMEN,

12:01PM  1    WE'RE BACK ON THE RECORD.  ALL COUNSEL ARE PRESENT, MS. HOLMES

12:01PM  2    IS PRESENT.  OUR JURY IS BACK.

12:01PM  3        COUNSEL, I THINK WE'LL TAKE OUR NEXT BREAK AT 1:30.  DOES

12:01PM  4    THAT WORK FOR COUNSEL?

12:01PM  5            MR. SCHENK:  YES, YOUR HONOR.

12:01PM  6            MR. DOWNEY:  THAT'S FINE, YOUR HONOR.

12:01PM  7            THE COURT:  ALL RIGHT.  OUR NEXT BREAK WILL BE AT

12:01PM  8    1:30, LADIES AND GENTLEMEN.

12:01PM  9        WE'RE BACK ON THE RECORD.

12:01PM 10        MR. SCHENK, WOULD YOU LIKE TO CONTINUE WITH YOUR OPENING

12:01PM 11    ARGUMENT?

12:02PM 12            MR. SCHENK:  YES.  THANK YOU.

12:02PM 13        WHEN WE LEFT OFF, WE WERE ABOUT TO TRANSITION TO SPEAKING

12:02PM 14    ABOUT THE WIRE FRAUD COUNTS RELATED TO PATIENTS.  LET ME

12:02PM 15    REVISIT AND JUST SAY ONE ADDITIONAL THING.

12:02PM 16        ON THE INVESTOR SIDE, WE SAW EVIDENCE ABOUT WALGREENS AND

12:02PM 17    SAFEWAY, AND I TALKED TO YOU A LITTLE BIT ABOUT THE WAYS THAT

12:02PM 18    YOU CAN USE THAT EVIDENCE, AND I MENTIONED THAT WALGREENS WAS

12:02PM 19    ALSO AN INVESTOR.

12:02PM 20        I THINK THERE MAY BE EVIDENCE IN THE RECORD AS WELL WITH

12:02PM 21    REGARD TO SAFEWAY, THAT SAFEWAY ALSO MAY HAVE BEEN AN INVESTOR.

12:02PM 22        SO THEY'RE INVESTOR VICTIMS OF THE SCHEME.  YOU JUST

12:02PM 23    AREN'T DELIBERATING ABOUT COUNTS RELATING TO WALGREENS AND

12:02PM 24    SAFEWAY.  I SUGGESTED TO YOU THAT WALGREENS WAS AN INVESTOR.  I

12:02PM 25    THINK THERE MAY BE SOME EVIDENCE IN THE RECORD AS WELL ABOUT

CLOSING ARGUMENT BY MR. SCHENK                                    8995

12:02PM   1    SAFEWAY.

12:02PM   2        LET'S MOVE ON NOW TO THE WIRE FRAUD COUNTS AS THEY RELATE

12:03PM   3    TO PATIENTS.  THE SAME COUNTS -- I'M SORRY, THE SAME ELEMENTS

12:03PM   4    APPLY FOR THE WIRE FRAUD TO PATIENTS AS THEY DID WIRE FRAUD TO

12:03PM   5    INVESTORS, THE SAME FOUR ELEMENTS.

12:03PM   6        HERE ARE THE PATIENT COUNTS.

12:03PM   7        THE FIRST COUNT, COUNT TEN, IS ERIN TOMPKINS.  YOU RECALL

12:03PM   8    THAT SHE RECEIVED THE HIV TEST.  ON THE VERDICT FORM IT HAS HER

12:03PM   9    INITIALS E.T.

12:03PM   10       COUNT ELEVEN IS ELLSWORTH, MEHRL ELLSWORTH'S PSA TEST.

12:03PM   11   IT'S M.E. ON THE VERDICT FORM.

12:03PM   12       AND THEN COUNT TWELVE IS AN ELECTRONIC FUNDS TRANSFER FOR

12:03PM   13   THE PURCHASE OF A MEDIA BUY IN THE ARIZONA MARKET.

12:03PM   14       AND THE WIRES FOR TEN AND ELEVEN ARE ACTUALLY FAXES, A FAX

12:03PM   15   OF LAB REPORTS FROM CALIFORNIA TO THE DOCTOR'S OFFICES IN

12:03PM   16   ARIZONA.

12:03PM   17       SO THE FIRST ELEMENT IS THAT A SCHEME OR PLAN EXISTED.

12:04PM   18       AND WE'VE ACTUALLY COVERED A FAIR AMOUNT OF THIS ALREADY,

12:04PM   19   BUT THE SCHEME VIS-A-VIS PATIENTS INVOLVE BOTH ELECTRONIC WIRES

12:04PM   20   TO PURCHASE ADVERTISEMENTS TO INDUCE OR ENCOURAGE PATIENTS TO

12:04PM   21   USE THE SERVICE, THAT'S SOMETHING LIKE COUNT 12 IN THE

12:04PM   22   INDICTMENT, AND ALSO THE USE OF THE THERANOS WEBSITE OR

12:04PM   23   ARTICLES IN THE MEDIA THAT SAID ACCURATE TESTING, LOW COST

12:04PM   24   TESTING, FINGERSTICK TESTING, THE KINDS OF THINGS THAT WOULD

12:04PM   25   INDUCE A PATIENT TO GO TO THE THERANOS PATIENT SERVICE CENTER

CLOSING ARGUMENT BY MR. SCHENK                                    8996

12:04PM   1    INSIDE OF A WALGREENS STORES.

12:04PM   2         AND THEN FINALLY, TO SEND THE LAB RESULTS.  THEY USED

12:04PM   3    ELECTRONIC WIRES.  THERANOS USED ELECTRONIC WIRES TO SEND THE

12:04PM   4    LAB RESULTS FROM THEIR LAB TO THE DOCTOR'S OFFICE KNOWING THAT

12:04PM   5    THOSE LAB RESULTS WERE LIKELY TO CONTAIN INACCURATE OR

12:04PM   6    UNRELIABLE RESULTS.

12:05PM   7         SO THE ADVERTISEMENT LOOKED LIKE THIS.

12:05PM   8         DAN EDLIN SAID THAT THIS EXHIBIT, EXHIBIT 3696, WAS IN AN

12:05PM   9    INVESTOR BINDER, BUT THIS WAS ALSO THE KIND OF THIS THING THAT

12:05PM  10    APPEARED ON THE THERANOS WEBSITE, AND IT ADVERTISES THE HIGHEST

12:05PM  11    LEVELS OF ACCURACY, THERANOS OFFERS TESTS WITH THE HIGHEST

12:05PM  12    LEVELS OF ACCURACY.

12:05PM  13         YOU EVEN HEARD BRITTANY GOULD TOLD YOU THAT THEY WENT TO

12:05PM  14    THERANOS BECAUSE THEY THOUGHT THEY WOULD PROVIDE HIGH LEVELS OF

12:05PM  15    ACCURACY.

12:05PM  16         RESULTS IN HOURS, NOT DAYS.  THAT TESTS ARE PERFORMED AT

12:05PM  17    AMAZING SPEED.  FASTER THAN PREVIOUSLY POSSIBLE.

12:05PM  18         AGAIN, EDLIN SUGGESTED WHILE THIS SLIDE WAS SENT TO

12:05PM  19    INVESTORS, IT WAS ALSO DISPLAYED ON THE WEBSITE.

12:05PM  20         IN ARTICLES.  THIS IS THE RAGO ARTICLE.  IT TALKS ABOUT

12:05PM  21    THERANOS PROCESSES BEING FASTER, CHEAPER, MORE ACCURATE THAN

12:05PM  22    CONVENTIONAL METHODS, REQUIRING ONLY A MICROSCOPIC BLOOD

12:06PM  23    VOLUME, NOT VIAL AFTER VIAL OF THE STUFF LIKE A TRADITIONAL LAB

12:06PM  24    WOULD REQUIRE.

12:06PM  25         MS. HOLMES ESTIMATES THAT PATIENTS AND DOCTORS WILL

ER-6582

```
12:06PM   1    RECEIVE READOUTS IN AS LITTLE AS TWO HOURS.

12:06PM   2         AND THEN THE TECHNOLOGY IS AUTOMATED, STANDARDIZED,

12:06PM   3    ATTEMPTING TO SUBTRACT HUMAN ERROR FROM THE PROCESS TO ACHIEVE

12:06PM   4    LOWER VARIANCE IN THE RANGES FOR A GIVEN TEST.

12:06PM   5         AND THEN YOU ALSO SEE STATEMENTS IN THE PARLOFF ARTICLE,

12:06PM   6    THINGS LIKE THE TESTS CAN BE PERFORMED ON JUST A FEW DROPS OF

12:06PM   7    BLOOD, A FRACTION OF THE AMOUNT ORDINARILY REQUIRED.  AND THEY

12:06PM   8    TALK ABOUT THE DRAW FROM A FINGERSTICK AND THE RESULTS WITHIN

12:06PM   9    HOURS.

12:06PM  10         SO, AGAIN, THE SAME KIND OF STATEMENTS THAT ARE ON THE

12:06PM  11    WEBSITE ARE ALSO IN ARTICLES IN THE MEDIA.

12:06PM  12         THE FALSE CLAIMS REGARDING ACCURACY.  MS. HOLMES KNEW THAT

12:07PM  13    THAT WAS LIKELY TO OCCUR, AND THE WAY SHE KNEW IT IS FROM

12:07PM  14    SEVERAL PLACES.

12:07PM  15         NOW WE'RE LOOKING AT TEXT MESSAGES.  AND IN THIS INSTANCE

12:07PM  16    WE'RE SEEING A TEXT MESSAGE WHERE MR. BALWANI SAYS, "WE CAN

12:07PM  17    MARKET OUR LAB AND EVERYTHING AND PEOPLE WILL TALK ABOUT OUR

12:07PM  18    FINGERSTICK WITHOUT US TALKING ABOUT IT."

12:07PM  19         SO THERE'S AN UNDERSTANDING ON THEIR PART THAT FIRST

12:07PM  20    PEOPLE READ WHAT IS MARKETED AND ALSO THAT THE STORY OF

12:07PM  21    THERANOS BEING FINGERSTICK IS ALREADY OUT THERE.  THE MEDIA HAS

12:07PM  22    DONE AND THE DEFENDANTS THEMSELVES HAVE DONE THE WORK.

12:07PM  23         SO NOW THAT THE PUBLIC IS SEEING LOW OR HIGH VENOUS DRAW

12:07PM  24    NUMBERS, LOW FINGERSTICK NUMBERS, WE CAN CHANGE THE THINGS WE

12:07PM  25    SAY.  WE DON'T HAVE TO SAY FINGERSTICK, AND THAT'S ALREADY THE
```

12:07PM  1    NARRATIVE.  THE STORY OF THERANOS HAS BEEN TOLD.  PEOPLE GET

12:07PM  2    IT.  WE DON'T NEED TO SAY IT.

12:07PM  3        IN ADVERTISING MS. HOLMES WRITES THEN TEXT MESSAGE, "I

12:07PM  4    THINK WE SHOULD SHOW THEM THE FIRST AD THAT'S GOING TO RUN IN

12:08PM  5    ARIZONA.  IT DOESN'T MENTION NANOTAINERS OR FINGERSTICK.  JUST

12:08PM  6    LESS BLOOD WHICH I WILL MAKE A BIG DEAL ABOUT BEING ABOUT

12:08PM  7    BUTTERFLY AND SMALLER NEEDLES.  BETTER FOR US TO SHOW THAN

12:08PM  8    NOT."

12:08PM  9        ACTUALLY, YOU'VE SEEN IN THIS COURTROOM AN ARGUMENT SORT

12:08PM  10   OF SIMILAR TO THAT, THE IDEA THAT WHEN WE SAID "SMALL VOLUMES"

12:08PM  11   OR "SMALL NEEDLES," WE ALSO MEANT BUTTERFLY NEEDLES, A VERY

12:08PM  12   SMALL PEDIATRIC NEEDLE THAT CAN GO IN THE ARM.

12:08PM  13       BACK IN 2015 THEY ALREADY WERE INCLUDING THIS IN PART OF

12:08PM  14   THE SCHEME.  THEY APPRECIATED THAT THE NARRATIVE OUT THERE WAS

12:08PM  15   SMALL BLOOD DRAWS, VERY SMALL VIALS, COMPARED TO VIAL AFTER

12:08PM  16   VIAL OF THE STUFF, AND THEN TRY TO RATIONALIZE AWAY WHERE WHAT

12:08PM  17   THEY'RE ACTUALLY DOING CAN ATTEMPT TO STILL BE CONSISTENT WITH

12:08PM  18   THE NARRATIVE.  THEY KNOW WHAT PEOPLE THINK, AND THEY'RE TRYING

12:08PM  19   TO COME UP WITH A WAY OF TRYING TO MAKE THE CURRENT STATE OF

12:08PM  20   THE OFFERING CONSISTENT WITH THE FALSE NARRATIVE THAT HAS BEEN

12:08PM  21   TOLD.  THE ACCURACY AND INACCURACY AND RELIABILITY AND

12:09PM  22   UNRELIABILITY OF THE ASSAYS ON THE DEVICE.

12:09PM  23       THE FIRST DOCUMENT I'M SHOWING YOU CAME IN I BELIEVE

12:09PM  24   THROUGH DR. DAS.  AFTER THE CMS INSPECTION, THERANOS WAS GOING

12:09PM  25   THROUGH, YOU'VE HEARD THE PROCESS OF, VOIDING TESTS AND TAKING

CLOSING ARGUMENT BY MR. SCHENK                                    8999

12:09PM  1    OTHER ACTIONS, INTERACTING WITH CMS.

12:09PM  2        AND IN THIS DOCUMENT ABOUT THE IMPACT ON PATIENTS THEY

12:09PM  3    WRITE, THIS IS THERANOS YOU SEE, "THE QC FAILURES IDENTIFIED BY

12:09PM  4    THIS COMPREHENSIVE RETROSPECTIVE ANALYSIS REFLECT A GLOBAL AND

12:09PM  5    LONG-TERM FAILURE OF THE QUALITY CONTROL PROGRAM FOR THIS

12:09PM  6    INSTRUMENTALITY, AS WELL AS FAILURES OF RELATED QUALITY

12:09PM  7    ASSURANCE PROCEDURES THAT SHOULD HAVE ALERTED THE LABORATORY TO

12:09PM  8    CORRECT SUCH AN UNSTABLE PROCESS.  THEREFORE, THE LABORATORY

12:09PM  9    HAS CONCLUDED THAT THERE IS A POSSIBLE PATIENT IMPACT FOR EVERY

12:09PM 10    TEST REPORTED FROM THE LABORATORIES PTS," THERANOS PROCESSING

12:10PM 11    SYSTEM,  "3.5 INSTRUMENTS."

12:10PM 12        SO THIS DOES NOT PROVE KNOWLEDGE EARLIER ON.  THIS

12:10PM 13    DOCUMENT CAME IN 2015.  BUT IT HELPS IDENTIFY THE INACCURACY,

12:10PM 14    THE PROBLEMS WITH THE TESTS THAT OCCURRED WHEN THEY WERE

12:10PM 15    TESTING PATIENTS USING THE THERANOS DEVICES.

12:10PM 16        DR. DAS TOLD YOU THAT 50- TO 60,000 TESTS WERE VOIDED AND

12:10PM 17    THAT THAT WAS THE TOTAL UNIVERSE OF TESTS RUN ON THE EDISON

12:10PM 18    DEVICE IN THE CLIA LAB.

12:10PM 19        HE TOLD YOU THERE WERE INSTANCES WHEN THEY WERE REPORTING

12:10PM 20    PATIENT RESULTS FROM THE EDISON DEVICE EVEN AFTER QUALITY

12:10PM 21    CONTROL FAILURE.

12:10PM 22        YOU HEARD THROUGH SOME OF THE INFORMATION OF

12:10PM 23    DR. ROSENDORFF THAT QC WAS THE CHECK ON INACCURATE RESULTS

12:10PM 24    GOING OUT.  AND DR. DAS SAID THAT ACTUALLY DIDN'T HAPPEN.

12:10PM 25    THERE WERE INSTANCES WHEN RESULTS WENT OUT EVEN AFTER QC

CLOSING ARGUMENT BY MR. SCHENK                                    9000

12:11PM   1    FAILURES.

12:11PM   2         DR. DAS ALSO TALKED TO YOU ABOUT A CONVERSATION THAT HE

12:11PM   3    HAD WITH MS. HOLMES WHEN THEY WERE MAKING THE DECISION TO VOID

12:11PM   4    THE TESTS, SORT OF WHAT THEY WOULD SAY, WHAT THE REASON WAS

12:11PM   5    THAT THEY WERE VOIDING.

12:11PM   6         AND DR. DAS SAID THERE WAS SORT OF A DISCUSSION ABOUT

12:11PM   7    WHETHER IT WAS BECAUSE OF QUALITY CONTROL OR QUALITY ASSURANCE

12:11PM   8    FAILURES, MORE SYSTEMIC THINGS IN THE LAB, OR IF THERE WAS A

12:11PM   9    FUNDAMENTAL PROBLEM WITH THE DEVICE.

12:11PM  10         AND DR. DAS SAID THAT MS. HOLMES DID NOT WANT TO SAY THAT

12:11PM  11    THERE WAS A FUNDAMENTAL PROBLEM WITH A DEVICE, AND THIS IS A

12:11PM  12    CONCEPT THAT I'LL COME BACK TO A LITTLE BIT LATER, BUT DR. DAS

12:11PM  13    REACHED A DIFFERENT CONCLUSION.

12:11PM  14         DR. DAS TOLD YOU THAT THERE WERE INSTANCES WHEN THE

12:11PM  15    DEVICES WERE REPORTING PSA RESULTS FOR FEMALES.  DR. DAS TOLD

12:11PM  16    YOU THERE WERE INSTANCES WHEN THE DEVICE WAS FUNDAMENTALLY

12:11PM  17    FLAWED.  IT WASN'T A QC OR A QA PROBLEM, IT WAS A MORE BROAD

12:12PM  18    PROBLEM.

12:12PM  19         I WANT TO WALK THROUGH A COUPLE OF TIMELINES.  THE FIRST

12:12PM  20    IS WITH THE ASSAY HCG, THAT'S THE PREGNANCY TEST THAT

12:12PM  21    BRITTANY GOULD GOT.  THE VALIDATION FOR HCG OCCURRED IN MARCH

12:12PM  22    OF 2014, AND YOU'VE SEEN THE VALIDATION DOCUMENTS.

12:12PM  23         TESTING BEGAN ON THE EDISON A MONTH AND A HALF LATER, THE

12:12PM  24    BEGINNING OF MAY.  YOU'VE SEEN THE DOCUMENT THAT HAS SHOWED YOU

12:12PM  25    THAT DATE, MAY 9TH, 2014.

CLOSING ARGUMENT BY MR. SCHENK                        9001

12:12PM  1          DR. ROSENDORFF THEN HALTED TESTING OF HCG ON THE EDISON

12:12PM  2   DEVICE IN THIS EMAIL 4147.  DR. ROSENDORFF SENDS OUT AN EMAIL

12:12PM  3   STOPPING FURTHER TESTING.

12:12PM  4          THEY STILL ARE RECEIVING EMAILS FROM CUSTOMER COMPLAINING.

12:12PM  5   THOSE GO TO MS. HOLMES.  IN FACT, THIS ONE, CHRISTIAN HOLMES,

12:12PM  6   HER BROTHER, IS TALKING TO HER ABOUT, "JUST FYI -- HCG RIGHT

12:13PM  7   NOW CAUSING SOME SERIOUS ISSUES AND PATIENT COMPLAINTS.  BEEN

12:13PM  8   SPENDING ALL MORNING TALKING TO DOCS ABOUT JUST HCG AND WILL

12:13PM  9   CONTINUE TO DO SO...IT'S A SENSITIVE ONE OBVIOUSLY BECAUSE OF

12:13PM 10   PEOPLE FINDING OUT IF PREGNANT."

12:13PM 11          JUNE OF 2014 MS. HOLMES IS INFORMED BY HER BROTHER ABOUT

12:13PM 12   PROBLEMS WITH THE HCG TEST.

12:13PM 13          THE HCG -- I'M SORRY, THE EDISON DEVICE IS FAILING QC.

12:13PM 14   FOR HCG YOU SEE THIS EMAIL HERE, EXHIBIT 5421, THAT TALKS ABOUT

12:13PM 15   THE NUMBERS, THE NUMBER OF EDISONS RUN AND THEN THE NUMBER OF

12:13PM 16   QC FAILURES, AND IT LISTS ASSAYS AND THE THIRD ASSAY LISTED IS

12:13PM 17   HCG.

12:13PM 18          MORE EMAILS OF CUSTOMER COMPLAINTS TO ELIZABETH HOLMES AND

12:13PM 19   SHE'S LEFT WITH ASKING "HOW DID THAT HAPPEN?"

12:13PM 20          BRITTANY GOULD THEN RECEIVED HER INACCURATE TEST.  YOU

12:13PM 21   HEARD HER TESTIMONY, AND SHE TALKED ABOUT THAT PROCESS.

12:14PM 22          AND THEN LATER, THE BEGINNING OF THE NEXT YEAR, IN

12:14PM 23   JANUARY, TESTING OF HCG ON THE EDISON IS TERMINATED.

12:14PM 24          HER DOCTOR, BRITTANY GOULD'S DOCTOR, DR. ZACHMAN, TALKED

12:14PM 25   TO YOU ABOUT ACCURACY OR INACCURACY OF BRITTANY GOULD'S

CLOSING ARGUMENT BY MR. SCHENK                    9002

12:14PM   1    SPECIFIC TESTS IN LIGHT OF THE OTHER FACTS THAT WERE KNOWN.

12:14PM   2         LET'S DO THAT FOR PSA.

12:14PM   3         PSA TESTING IS HELPFUL IN DETERMINING PROSTATE CANCER.

12:14PM   4    THE VALIDATION REPORT FOR PSA ON THE EDISON WAS IN SEPTEMBER OF

12:14PM   5    2013.  YOU'VE SEEN THAT DOCUMENT.  THERE WAS AN INTERNAL

12:14PM   6    RESULTS COMPARISON.  YOU'VE HEARD SOME TESTIMONY THERE WAS A

12:14PM   7    DISAGREEMENT AT THERANOS ABOUT WHETHER THIS WAS REAL PT,

12:14PM   8    WHETHER THIS WAS REAL PROFICIENCY TESTING, AND THERE WAS

12:14PM   9    DISAGREEMENT OR DISCUSSION ABOUT WHETHER IT ACTUALLY WAS

12:14PM  10    PROFICIENCY TESTING.

12:14PM  11         NEVERTHELESS, IT STILL WAS A RESULTS COMPARISON.  THEY HAD

12:14PM  12    A KNOWN PSA SAMPLE AND TESTED IT ON A PREDICATE DEVICE, A THIRD

12:15PM  13    PARTY DEVICE, AND ALSO THE THERANOS DEVICE.  AND NOTICE, THE

12:15PM  14    PREDICATE DEVICE IS RUN THE FIRST TIME AND IT SCORES A 3.1, AND

12:15PM  15    IT'S RERUN AND GETS A 3.1.

12:15PM  16         THEN THEY TEST ANOTHER SAMPLE ON THE PREDICATE DEVICE,

12:15PM  17    7.5.  THEY RERUN IT AND THEY GET A 7.5.

12:15PM  18         WHEN THEY ARE USING THE THERANOS DEVICE, THEY GET A 1.9

12:15PM  19    THE FIRST TIME AND THEN A 2.6.

12:15PM  20         WHEN THEY TEST THE NEXT SAMPLE THEY GET A 4.9 AND THEN A

12:15PM  21    7.2.  THERE'S EARLY INDICATIONS ABOUT THE PROBLEM OF TESTING

12:15PM  22    PSA ON THERANOS DEVICES.

12:15PM  23         THEN DR. ELLSWORTH GETS HIS PSA TESTS IN MAY, IN JUNE OF

12:15PM  24    2015.  THE FIRST ONE IS FAXED ON MAY 16TH.  THAT'S A COUNT IN

12:15PM  25    THE INDICTMENT.

12:15PM 1        THEN THEY CEASE TESTING OF PSA ON THE EDISON DEVICE

12:15PM 2    JUNE OF 2015.

12:15PM 3        AFTER THAT DR. ELLSWORTH GETS HIS FINAL RESULT.  THIS WAS

12:16PM 4    FROM THERANOS WAS RUN ON A PREDICATE DEVICE, ON A THIRD PARTY

12:16PM 5    DEVICE.  HERE IS THAT -- THE VERY LAST TEST THAT DR. ELLSWORTH

12:16PM 6    GETS, IT'S THE ONE THAT IS BELOW A 1.

12:16PM 7        AND THEN DR. DAS TOLD YOU THAT ONE OF THE EXAMPLES THAT HE

12:16PM 8    USED WHEN HE WAS COMMUNICATING WITH MS. HOLMES ABOUT THE

12:16PM 9    PROBLEMS WITH THE TECHNOLOGY, THE PROPENSITY TO RETURN

12:16PM 10   ERRONEOUS RESULTS WAS PSA, BECAUSE PSA SHOULD BE DETECTABLE IN

12:16PM 11   MALES, NOT FEMALES, AND IT WAS OFTEN DETECTED -- OR "OFTEN"

12:16PM 12   MIGHT NOT BE A FAIR WORD -- IT WAS DETECTED IN FEMALES, AND

12:16PM 13   THAT WAS NOTIFIABLE TO DR. DAS.  AND HE USED THAT AS AN EXAMPLE

12:16PM 14   WHEN HE WAS INTERACTING WITH MS. HOLMES ON THIS SUBJECT.

12:16PM 15       THERE ARE OTHER TEXT MESSAGES AND THERE ARE OTHER WAYS

12:16PM 16   THAT MS. HOLMES HAD KNOWLEDGE OF THESE PROBLEMS THAT IS

12:16PM 17   GENERATING ACCURATE AND RELIABLE RESULTS.

12:16PM 18       IN TEXT MESSAGES MR. BALWANI TELLS HER, "WE NEED THE LAB

12:16PM 19   AND CALL CENTER FIXED."

12:17PM 20       THIS IS BACK IN 2014.

12:17PM 21       "WE NEED PROFESSIONALS ACROSS THE BOARD."

12:17PM 22       MR. BALWANI TELLS HER "WE NEED THE CTN," THE CAPILLARY

12:17PM 23   TUBE AND NANOTAINER, "FIXED.  OUR ROOT CAUSE OF ISSUES."

12:17PM 24       THE EXPLETIVE TEXT, THE ONE YOU'VE SEEN BEFORE, WHERE

12:17PM 25   MR. BALWANI TELLS HER THAT THE NORMANDY LAB, WHERE THEY USE THE

CLOSING ARGUMENT BY MR. SCHENK                                    9004

12:17PM  1    EDISON DEVICE TO TEST PATIENTS, IS A DISASTER ZONE, AND HE

12:17PM  2    SEES, INSTEAD OF REMOVING HUMAN JUDGMENT, PEOPLE IN THE LAB

12:17PM  3    MAKING THEIR -- MAKING DECISIONS AND SORT OF BEING THE OPPOSITE

12:17PM  4    OF WHAT THE DEVICE WAS PITCHED AT BEING ABLE TO DO.

12:17PM  5        IT'S ALSO KNOWLEDGE OF THESE PROBLEMS IS ALSO FOUND IN

12:17PM  6    EMAILS.  THIS IS BEFORE THE LAUNCH.  THIS IS IN AUGUST OF 2013.

12:17PM  7        MS. HOLMES IS TALKING TO THE VARIOUS TEAMS ABOUT

12:17PM  8    DEVELOPING THE ELISA, THE IMMUNOASSAYS, AND IT'S THE ONLY

12:17PM  9    PRIORITY OF THE ENTIRE ELISA TEAM MOVING FORWARD.  WE HAVE 61

12:18PM 10    ASSAYS TO VALIDATE ON THE 3.X AND 27 ON THE SIEMENS.  THIS IS

12:18PM 11    AUGUST 21ST, 2013.

12:18PM 12        THEY GO LIVE WITH PATIENT TESTING AT WALGREENS AROUND

12:18PM 13    SEPTEMBER 9TH, 2013, A COUPLE WEEKS LATER.

12:18PM 14        MS. GANGAKHEDKAR IS COMMUNICATING WITH ELIZABETH HOLMES IN

12:18PM 15    THE SAME TIMEFRAME, AUGUST OF 2013, AND SHE IS TELLING

12:18PM 16    MS. HOLMES, "WE HAD ISSUES WITH ALL RUNS ON THE 3.5 YESTERDAY

12:18PM 17    AS NONE OF THE RUNS COMPLETED DUE TO TEMPERATURE NOT BEING

12:18PM 18    REACHED AND PIPETTE INITIALIZATION ERRORS."  THESE RUNS WERE

12:18PM 19    FOR VITAMIN D.

12:18PM 20        BEFORE THEY EVEN LAUNCH WITH WALGREENS, THEY ARE RUSHING

12:18PM 21    TO VALIDATE THE ELISA ASSAYS, AND THEY'RE HAVING PROBLEMS.

12:18PM 22        MS. GANGAKHEDKAR ALSO SAID THAT SHE COMMUNICATED WITH

12:18PM 23    MS. HOLMES ABOUT RELIABILITY ISSUES WITH THE 3 AND THE 3.5.

12:18PM 24    THEY HAD PROBLEMS GIVING CONSISTENT RESULTS.  AND THESE WERE

12:19PM 25    DISCUSSED WITH MS. HOLMES.

CLOSING ARGUMENT BY MR. SCHENK                                      9005

12:19PM   1          AGAIN, IN 2013 MS. HOLMES KNEW ABOUT PROBLEMS ON THE

12:19PM   2     3 AND THE 3.5, THE DEVICES USED FOR PATIENT TESTING.

12:19PM   3          MS. GANGAKHEDKAR WENT FURTHER AND SAID THAT SHE DIDN'T

12:19PM   4     BELIEVE THAT THERE WAS MUCH IN THE WAY OF A MARKED IMPROVEMENT

12:19PM   5     BETWEEN THE 3 AND THE 3.5.  SO LEST YOU THINK THAT THE 3.5 WAS

12:19PM   6     SOME SIGNIFICANT ADVANCEMENT OVER THE 3, EVEN BEFORE THEY GO

12:19PM   7     LIVE WITH WALGREENS, MS. GANGAKHEDKAR BELIEVES THAT BOTH OF

12:19PM   8     THEM HAVE PROBLEMS, AND SHE EXPRESSED THESE CONCERNS TO

12:19PM   9     MS. HOLMES.

12:19PM  10          IN FACT, SHE EXPRESSED CONCERNS TO MS. HOLMES, YOU SEE AT

12:19PM  11     THE BOTTOM HERE, ABOUT EVEN THE COLLECTION DEVICE, THE

12:19PM  12     NANOTAINER, THE BLOOD COLLECTION DEVICE, ALSO HAVING PROBLEMS

12:19PM  13     PRETTY MUCH EACH DAY.  IT'S NOT JUST THE DEVICE THAT TESTS THE

12:19PM  14     BLOOD BUT ALSO THE DEVICE THAT IS COLLECTING THE BLOOD.

12:19PM  15          DR. ROSENDORFF RIGHT BEFORE THE LAUNCH SAYS TO MS. HOLMES,

12:19PM  16     "I HAVE SOME MEDICAL AND OPERATIONAL CONCERNS ABOUT OUR

12:20PM  17     READINESS FOR 9/9," THE WALGREENS LAUNCH.

12:20PM  18          "I WOULD LIKE US TO BE THE BEST THAT WE CAN BE.  A FEW

12:20PM  19     MORE WEEKS TO SORT THROUGH THESE MEDICAL AND LOGISTICAL ISSUES,

12:20PM  20     AND GETTING THE PROPER LEVEL OF TRAINING AND STAFFING WOULD

12:20PM  21     HELP US TREMENDOUSLY."

12:20PM  22          EVEN BEFORE THEY LAUNCH, HER LAB DIRECTOR IS SAYING LET'S

12:20PM  23     PAUSE, LET'S WAIT.

12:20PM  24          DR. ROSENDORFF SAID THAT -- THE EMAIL THAT YOU JUST SAW

12:20PM  25     WAS IN AUGUST OF '13.  NOW WE MOVE TO THE MIDDLE OF 2014, HE'S

CLOSING ARGUMENT BY MR. SCHENK                    9006

12:20PM   1      SAYING I HAD DISCUSSIONS ABOUT QC FAILURES WITH MS. HOLMES AT

12:20PM   2      THAT POINT ABOUT THE HIGH FAILURE RATE OF THE EDISONS.

12:20PM   3          SO IT ISN'T AS THOUGH THEY DELAYED THE LAUNCH.  THEY

12:20PM   4      LAUNCHED AROUND 9/9.  THEY LAUNCHED, AND THEY STILL HAD

12:20PM   5      QC PROBLEMS AND OTHER FAILURES WITH THE EDISON.

12:20PM   6          DR. ROSENDORFF DESCRIBED ONE PARTICULAR OCCASION TO YOU

12:20PM   7      THAT MIGHT BE MEMORABLE.  HE SAID ELIZABETH HOLMES CAME TO HIM

12:20PM   8      AND SAID HOW IT GOING?

12:21PM   9          AND DR. ROSENDORFF SAID I WAS FREAKED OUT.

12:21PM  10          AND MS. HOLMES SAYS WHY?

12:21PM  11          AND DR. ROSENDORFF TOLD HER ABOUT THE HCG ISSUE THAT HE

12:21PM  12      AND MS. HOLMES WERE DISCUSSING.

12:21PM  13          MS. HOLMES SAID DON'T BE FREAKED OUT OR -- YOU KNOW, SHE

12:21PM  14      DIDN'T SEEM ALARMED BY IT.

12:21PM  15          SHE KNEW ABOUT PROBLEMS IN THE LAB BEFORE THE LAUNCH AND

12:21PM  16      ALL THROUGH '14 AND '15.

12:21PM  17          THERE WERE EMAILS ON SPECIFIC ISSUES THAT WERE SENT TO

12:21PM  18      HER.  THIS ONE IS ABOUT A LAB SAYING THERE'S A PATIENT WHOSE

12:21PM  19      TEST CAME BACK NEGATIVE.  WE HAD HER DISCONTINUE HER CURRENT

12:21PM  20      MEDICATIONS AND BEGAN GETTING HER READY FOR HER NEXT CYCLE.

12:21PM  21          OUR CONCERN IS THAT YOUR LAB TOLD US THAT SHE HAD A

12:21PM  22      NEGATIVE PREGNANCY.  WE RELAYED THAT TO OUR PATIENT AND

12:21PM  23      CONTINUED OUR PROTOCOL AS SHE WASN'T PREGNANT.

12:21PM  24          AND MS. HOLMES IS LEFT TO SAY "HOW DID THAT HAPPEN?"

12:21PM  25          IN THIS INSTANCE AN HCG RESULT GETS FORWARDED UP.

CLOSING ARGUMENT BY MR. SCHENK                          9007

12:22PM  1    DANIEL YOUNG SAYS THE RESULT WAS RUN ON EDISON, THAT HCG

12:22PM  2    PATIENT FOR THE VALUE WAS HIGH ON MAY 21ST INDICATING A

12:22PM  3    PREGNANCY, AND THEN DROPPED VERY, VERY LOW ON MAY 23RD,

12:22PM  4    POSSIBLY INDICATING A MISCARRIAGE OR ABORTION.  SO WE WANT TO

12:22PM  5    BE CAREFUL WITH THIS ONE.

12:22PM  6        AND MS. HOLMES IS LEFT TO SAY I'VE DONE MANY MEETINGS ON

12:22PM  7    THIS TODAY.

12:22PM  8        IT WASN'T JUST HCG.  YOU'VE HEARD ABOUT ISE'S, ANOTHER

12:22PM  9    GROUP OF ASSAYS.  SHE'S TOLD IN THIS ONE THAT THERE ARE A LOT

12:22PM  10   OF ISSUES THAT ARE CAUSING US A LOT OF PAIN NOW WITH REGARD TO

12:22PM  11   THE ISE.

12:22PM  12       IN THIS INSTANCE THE LIST OF ASSAYS WITH PROBLEMS IS

12:22PM  13   COMMUNICATED JUST TO MR. BALWANI.  THIS PARTICULAR LIST DOESN'T

12:22PM  14   GO TO MS. HOLMES.  THIS ONE IS PT INR, HCG, TESTOSTERONE,

12:22PM  15   VITAMIN B12, OTHERS.  BUT YOU'VE SEEN INSTANCES WHERE

12:22PM  16   MR. BALWANI IS COMMUNICATING PROBLEMS IN THE LAB TO MS. HOLMES,

12:23PM  17   AND YOU CAN SEE FROM THE KIND OF INFORMATION THAT MR. BALWANI

12:23PM  18   GETS THE SORT OF BASKET OF INFORMATION HE IS DRAWING UPON WHEN

12:23PM  19   HE COMMUNICATES INFORMATION TO MS. HOLMES.  THE KINDS OF

12:23PM  20   PROBLEMS IN THE LAB THAT SHE WOULD HEAR ABOUT FROM MR. BALWANI

12:23PM  21   WOULD COME FROM SOURCES LIKE THIS WE CAN TRACE BACK WHERE

12:23PM  22   MR. BALWANI LEARNED AND FOUND OUT ABOUT PROBLEMS.

12:23PM  23       IN THIS INSTANCE THEY'RE TALKING ABOUT VOIDED C02 RESULTS.

12:23PM  24       DR. ROSENDORFF SAYS, "I AM THINKING THAT SINCE WE VOID ALL

12:23PM  25   ABNORMAL BICARBONATE RESULTS, THE TEST HAS LOST ANY DIAGNOSTIC

CLOSING ARGUMENT BY MR. SCHENK                                    9008

12:23PM  1    VALUE, AND PROBABLY ALSO RELIABILITY WHEN RESULTS ARE REPORTED

12:23PM  2    IN THE NORMAL RANGE.  FOR INSTANCE THE CORRECT BICARB VALUE IN

12:23PM  3    THE PATIENT MAY IN FACT BE HIGH, AND DUE TO OUTGASSING, THE

12:23PM  4    BICARB MIGHT NORMALIZE, AND WE WOULD BE REPORTING A FALSELY

12:23PM  5    NORMAL BICARB WHEN IN FACT IT SHOULD BE HIGH.

12:23PM  6         "PROBABLY SHOULD DISCONTINUE THIS METHOD UNTIL WE HAVE

12:24PM  7    WORKED IT OUT BETTER."

12:24PM  8         MR. BALWANI FORWARDS THIS EMAIL TO ELIZABETH HOLMES.  THE

12:24PM  9    PROBLEMS ARE NOT LIMITED TO ONE ASSAY, AND THE PROBLEMS ARE NOT

12:24PM 10    HIDDEN FROM MS. HOLMES.

12:24PM 11         IN THIS INSTANCE THEY ARE TALKING ABOUT AN ISSUE WITH

12:24PM 12    PT INR, AND MR. BALWANI IS LEFT SAYING TO MS. HOLMES, "ALWAYS

12:24PM 13    ANOTHER STUDY AFTER THE FACT."

12:24PM 14         THEY CAN'T STOP THE PROBLEMS ON THE FRONT END.  THEY

12:24PM 15    DISCOVERY THE PROBLEMS WHEN THE TESTS GO OUT, AND THEN THEY'RE

12:24PM 16    LEFT DOING THE STUDIES AFTER THE FACT.

12:24PM 17         IN THIS CASE DR. ROSENDORFF SAYS "I EXPECT OUR HDL ASSAY

12:24PM 18    HAS FAILED AND I DO NOT WANT TO REPORT OUT THIS RESULT UNTIL WE

12:24PM 19    FIX IT."

12:24PM 20         IN THIS EMAIL THAT IS SENT TO MS. HOLMES, DANIEL YOUNG

12:24PM 21    TALKS ABOUT HOW THE HDL QC DATA HAS BEEN RUNNING CONSISTENTLY

12:25PM 22    LOW, ROUGHLY 10 PERCENT.  THESE QC DATA SHOULD HAVE RAISED AN

12:25PM 23    ALARM FLAG SEVERAL WEEKS AGO.  THE QC RESULTS SEEM SIMILAR FOR

12:25PM 24    BOTH THE DEFAULT SIEMENS PROTOCOL, AS WELL AS FOR THE THERANOS

12:25PM 25    DILUTED PROTOCOL.

ER-6594

CLOSING ARGUMENT BY MR. SCHENK                                    9009

12:25PM  1        IN THIS INSTANCE MS. HOLMES IS INFORMED ABOUT PROBLEMS

12:25PM  2   WITH THE HDL TESTING.  DR. ROSENDORFF WANTS TO DISCONTINUE HDL

12:25PM  3   TESTING.

12:25PM  4        MR. BALWANI RESPONDS, WE CAN'T NOT -- I THINK IT MIGHT BE

12:25PM  5   WE CANNOT REVERT BACK TO VENIPUNCTURE FOR HDL.  WHICH WAY ARE

12:25PM  6   THEY GOING TO DO THE TESTING?  THEY'RE DISCOURAGING USING THE

12:25PM  7   TRADITIONAL METHOD, THE VEIN DRAW.

12:25PM  8        IN THIS INSTANCE THEY'RE SEEING MORE PROBLEMS WITH THE

12:25PM  9   ISE'S AND THE NEED FOR RERUNS.  THERE'S A DISCUSSION HERE ABOUT

12:25PM 10   IMPLEMENTING A BIAS CORRECTION TO HELP FIX IT.

12:25PM 11        AND MS. HOLMES WRITES, "I'LL TAKE A LOOK.  IF THE BIAS

12:25PM 12   CORRECTION IS ROBUST, WE SHOULD IMPLEMENT IT."

12:26PM 13        NOT ONLY IS SHE NOT HANDS OFF IN THE LAB, YOU HAVE HEARD

12:26PM 14   THAT SHE WAS INVOLVED IN THE R&D SIDE AND YOU'VE NOW SEEN

12:26PM 15   EMAILS EARLIER THIS MORNING AND NOW WHERE THERE'S INVOLVED IN

12:26PM 16   THE CLIA SIDE WHERE SHE KNOWS THAT THERE ARE PROBLEMS AND SHE'S

12:26PM 17   WEIGHING IN ON HOW THEY'RE GOING TO FIX THOSE PROBLEMS.

12:26PM 18        IN THIS INSTANCE DR. ROSENDORFF IS RAISING A CONCERN ABOUT

12:26PM 19   THE POTASSIUM ASSAY THAT WAS OPTIMIZED ON MAY 24TH.  HE SENDS

12:26PM 20   THIS EMAIL A MONTH LATER, JUNE 25TH, "TOO MANY POTASSIUMS ARE

12:26PM 21   FLAGGING HIGH, TOO FEW ARE FLAGGING LOW, OUR TEST IS CURRENTLY

12:26PM 22   NOT CAPABLE OF DIFFERENTIATING TRUE CRITICAL POTASSIUM."

12:26PM 23        AND THIS IS FORWARDED TO MS. HOLMES.

12:26PM 24        IN THIS INSTANCE MS. HOLMES IS ASKING MEMBERS OF HER

12:26PM 25   EMPLOYEES AT THERANOS ABOUT THIS PARTICULAR PROBLEM WITH AN INR

CLOSING ARGUMENT BY MR. SCHENK                          9010

12:27PM  1    TEST WHERE SOMEBODY GETS A RESULT AT THERANOS AND IMMEDIATELY

12:27PM  2    GOES TO LABCORP AND GETS A DIFFERENT RESULT.  AND MR. FOSQUE IS

12:27PM  3    SAYING HE'LL WORK WITH ELIZABETH HOLMES ON SCRIPTING.

12:27PM  4        SO SHE WAS INVOLVED IN MAKING DECISIONS ABOUT THE BIAS

12:27PM  5    CORRECTION AND WHETHER THAT SHOULD BE IMPLEMENTED AND ALSO ON

12:27PM  6    THE BACK END WHEN A PHYSICIAN HAS A CONCERN ABOUT WHETHER A

12:27PM  7    RESULT IS PROBLEMATIC, WHAT THERANOS WAS GOING TO COMMUNICATE

12:27PM  8    TO THAT PHYSICIAN.  ELIZABETH HOLMES IS INVOLVED IN THAT

12:27PM  9    SCRIPTING AS WELL.

12:27PM  10        THE SECOND ELEMENT FOR THE WIRE FRAUD FOR PATIENTS IS

12:27PM  11   MATERIALITY, THAT IS, THAT THE FALSE STATEMENTS WERE CAPABLE OF

12:27PM  12   INFLUENCING A DECISION TO SPEND MONEY, TO BUY A TEST.

12:27PM  13        YOU DON'T NEED ACTUAL RELIANCE IN THIS INSTANCE, JUST THAT

12:27PM  14   THEY WERE THE KIND OF STATEMENTS THAT WOULD BE CAPABLE OF

12:27PM  15   INFLUENCING.

12:27PM  16        MS. TOMPKINS TOLD YOU THAT SHE WENT TO THERANOS.  SHE

12:27PM  17   COUNTS ON A LAB'S ABILITY TO RETURN ACCURATE RESULTS, RELIABLE

12:27PM  18   RESULTS.

12:27PM  19        AGAIN, I APPRECIATE IT'S OBVIOUS THAT PATIENTS WOULD SAY I

12:28PM  20   ASSUMED I WOULD GET AN ACCURATE RESULT IF I HAD MY BLOOD TESTED

12:28PM  21   HERE AND THIS IS THE MATERIALITY CONCEPT.

12:28PM  22        DR. ELLSWORTH, THE SAME THING, HE SAID HE EXPECTED THE

12:28PM  23   RESULTS THAT HE RECEIVED FROM TESTS AT THERANOS TO BE ACCURATE

12:28PM  24   AND ACCURACY WITH LAB RESULTS OBVIOUSLY IS IMPORTANT.

12:28PM  25        BRITTANY GOULD ALSO TALKED ABOUT SORT OF WHAT SHE SAW IN

12:28PM  1   MARKETING MATERIALS FOR THERANOS, WHY THOSE -- THAT INFORMATION

12:28PM  2   WAS IMPORTANT TO HER AND AFFECTED HER DECISION TO GO GET

12:28PM  3   TESTING AT THERANOS, THINGS LIKE ACCURACY.

12:28PM  4        THE NEXT AND THE THIRD ELEMENT IS AN INTENT TO DEFRAUD,

12:28PM  5   THAT THE FALSE STATEMENTS, THAT THE KNOWINGLY FALSE STATEMENTS

12:28PM  6   WERE COMMUNICATED WITH THE INTENT TO DEFRAUD.

12:28PM  7        MUCH OF THE EVIDENCE WE LOOKED AT HERE APPLIES HERE.  WE

12:28PM  8   SEE INSTANCES WHERE MS. HOLMES KNOWS THAT THERE ARE PROBLEMS IN

12:28PM  9   THE LAB WITH REGARD TO GENERATING ACCURATE AND RELIABLE TESTS,

12:28PM 10   AND YET THE COMMUNICATION CONTINUES.  INDIVIDUALS, PATIENTS ARE

12:29PM 11   STILL LED TO BELIEVE THAT THERANOS CAN TEST BLOOD ACCURATELY

12:29PM 12   AND RELIABLY.

12:29PM 13        SHE'S TOLD IN THIS INSTANCE IN 2014 BY MR. BALWANI ABOUT

12:29PM 14   PROBLEMS WITH THE COLLECTION DEVICE, THAT THAT'S THE ROOT CAUSE

12:29PM 15   OF ISSUES.

12:29PM 16        THE EXPLETIVE TEXT ALSO IS IMPORTANT IN THIS IDEA AND THIS

12:29PM 17   CONCEPT.  SHE KNOWS THERE ARE PROBLEMS AND PATIENTS CONTINUE TO

12:29PM 18   GO TO THERANOS.

12:29PM 19        SHE'S TOLD THAT THEIR VALIDATION REPORTS ARE TERRIBLE.

12:29PM 20        DR. ROSENDORFF TOLD YOU ABOUT AN INSTANCE WHEN HE WENT

12:29PM 21   INTO HER OFFICE AND SHE HAD TAPED TO THE WALL NUMBERS SORT OF

12:29PM 22   COUNTING DOWN THE DATES UNTIL THE LAUNCH.

12:29PM 23        AND THEN HE SAYS I TOLD HER THAT THE POTASSIUM WAS

12:29PM 24   UNRELIABLE, THE SODIUM WAS UNRELIABLE, THE GLUCOSE WAS

12:29PM 25   UNRELIABLE.

CLOSING ARGUMENT BY MR. SCHENK                                9012

12:29PM  1              EXPLAIN WHY.

12:29PM  2              SHE WAS VERY NERVOUS.  SHE WAS NOT HER USUAL COMPOSED

12:30PM  3     SELF.  SHE WAS TREMBLING A LITTLE BIT.  HER KNEE WAS TAPPING.

12:30PM  4     HER VOICE WAS BREAKING UP.  SHE WAS CLEARLY UPSET.  SHE DIDN'T

12:30PM  5     SEEM SURPRISED TO ME.  SHE JUST SEEMED NERVOUS AND UPSET BEFORE

12:30PM  6     THE LAUNCH.

12:30PM  7              SUREKHA GANGADKHEDKAR TOLD YOU THAT SHE RAISED CONCERNS

12:30PM  8     ALSO BEFORE THE LAUNCH ABOUT THE 3 SERIES GIVING -- HAVING

12:30PM  9     PROBLEMS, EVEN IN THOSE LAST FEW DAYS BEFORE THE LAUNCH, AND

12:30PM 10     THAT MS. HOLMES'S RESPONSE WAS THAT SHE HAD MADE A PROMISE TO

12:30PM 11     DELIVER TO THE CUSTOMER, AND SHE DIDN'T HAVE MUCH CHOICE BUT TO

12:30PM 12     GO AHEAD WITH THE LAUNCH.

12:30PM 13              DR. ROSENDORFF BEFORE THE LAUNCH SAYS LET'S DELAY IT.  I

12:30PM 14     HAVE MEDICAL AND OPERATIONAL CONCERNS FOR OUR READINESS FOR

12:30PM 15     9/9, AND HE SENT THIS BEFORE THE LAUNCH.

12:30PM 16              IN 2014 MS. HOLMES'S BROTHER WRITES HER THIS EMAIL:

12:30PM 17     "HEY -- WANTED TO HAVE JUST A MORE CANDID CONVERSATION ABOUT

12:31PM 18     THIS WITH YOU.  I AM ALWAYS CONFIDENT IN OUR TECHNOLOGY, BUT

12:31PM 19     IT'S PRETTY OBVIOUS THAT WE HAVE ISSUES WITH CALCIUM,

12:31PM 20     POTASSIUM, AND SODIUM SPECIFICALLY.

12:31PM 21              "I'M 1,000 PERCENT CONFIDENT THIS IS AN EASILY SOLVABLE

12:31PM 22     ISSUE AND ONE THAT WE WILL FIX, BUT JUST MORE A QUESTION AROUND

12:31PM 23     THE COST/BENEFIT OF CONTINUING TO SEND THESE RESULTS TO DOCS

12:31PM 24     WHEN THERE SEEM TO BE ISSUES WITH THEIR ACCURACY.

12:31PM 25              "I AM ALSO BRINGING THIS UP BECAUSE I HAVEN'T HEARD ANY

12:31PM   1    REASON OR ROOT CAUSE FOR WHY THESE TESTS ARE OFF.  I JUST GET A

12:31PM   2    RESPONSE FROM DANIEL THAT WE 'ARE AWARE OF THE ISSUES AND ARE

12:31PM   3    CONDUCTING A STUDY.'  LEAVES ME A BIT HANDS TIED WITH THE

12:31PM   4    DOCS -- OBVIOUSLY I CAN'T TELL THEM WE ARE WRONG, BUT THEY

12:31PM   5    CONTINUE TO SEND PATIENTS TO QUEST AFTER WE REPORT HIGH, AND

12:31PM   6    THE PATIENTS RESULTS COME BACK NORMAL."

12:31PM   7       SHE HEARD IT NOT FROM MR. BALWANI, BUT SHE HEARD IT FROM

12:32PM   8    HER BROTHER WHO ASKED TO HAVE A CANDID CONVERSATION ABOUT THE

12:32PM   9    ACCURACY PROBLEMS OF THEIR TESTING IN 2014.

12:32PM 10       DR. ROSENDORFF SAID THAT HE HAD CONCERNS ABOUT WHETHER THE

12:32PM 11    PARTICULAR MESSAGE HERE, THE SCRIPTING, WAS ACCURATE; THAT WHAT

12:32PM 12    WAS APPROVED TO SAY WAS IN THE SHORT TERM DON'T PUT ANY COMMENT

12:32PM 13    OR NOTE ON THE RESULT IF $CO_2$ VALUES ARE VOIDED.  BUT IF DOCTORS

12:32PM 14    CALL, YOU SHOULD SAY THE SCRIPT, AND THE SCRIPT IS $CO_2$ RESULTS

12:32PM 15    WERE NOT REPORTED DUE TO TEMPORARY UNAVAILABILITY OF THIS TEST

12:32PM 16    FOR THIS SAMPLE.  WE ARE GROWING AS FAST AS WE CAN AND ARE

12:32PM 17    WORKING TO ENSURE THIS DOES NOT HAPPEN GOING FORWARD.  WE

12:32PM 18    APOLOGIZE FOR THE TEMPORARY INCONVENIENCE.

12:32PM 19       DR. ROSENDORFF TOLD YOU I DIDN'T THINK THAT SCRIPTING WAS

12:32PM 20    ACCURATE BECAUSE HE FIRMLY BELIEVED THAT THIS WOULD BE A

12:32PM 21    PERMANENT PROBLEM, THAT THIS WAS NOT A TEMPORARY PROBLEM, AND

12:33PM 22    HE DID NOT THINK THAT THIS SCRIPTING APPROVED BY MS. HOLMES WAS

12:33PM 23    APPROPRIATE.

12:33PM 24       THERE'S A QUESTION HERE.  THIS IS ACTUALLY A VIP VISIT

12:33PM 25    WHERE THEY WERE NOT ABLE TO GENERATE RESULTS, AND THERE'S A

12:33PM  1    DISCUSSION ABOUT WHY THAT WAS, WHY THEY WEREN'T ABLE TO

12:33PM  2    GENERATE RESULTS.

12:33PM  3        AND MS. HOLMES IS TOLD HERE BY CHRISTIAN HOLMES THE ROOT

12:33PM  4    CAUSE FROM TINA, THE CONTAMINATION OF THE CTN IS NOT DUE TO ANY

12:33PM  5    HUMAN ERROR.

12:33PM  6        MS. HOLMES RESPONDS, YOU CAN SAY WE DO RUN THOSE ASSAYS,

12:33PM  7    BUT WE'RE NOT ABLE TO RUN THEM ON THIS SAMPLE, APPARENTLY DUE

12:33PM  8    TO HUMAN ERROR IN SAMPLE HANDLING.

12:33PM  9        SHE'S SPECIFICALLY TOLD THAT THE ISSUE WAS NOT HUMAN ERROR

12:33PM 10    AND THEN SHE SPECIFICALLY SAYS TO SAY IT WAS.

12:33PM 11        IN THIS EXCHANGE DR. ROSENDORFF IS TELLING HOLMES AND

12:33PM 12    BALWANI, WE ARE STILL VOIDING CRITICAL ISE RESULTS AND ASKING

12:34PM 13    FOR REDRAW.  THIS MEANS WE WOULD MISS A TRULY CRITICAL ISE

12:34PM 14    RESULT.  BY THE SAME TOKEN, IT CALLS INTO QUESTION THE ACCURACY

12:34PM 15    OF EVEN THE NORMAL ISE RESULTS.

12:34PM 16        ARE YOU BOTH COMFORTABLE WITH THIS?

12:34PM 17        AND MR. BALWANI WRITES TO MS. HOLMES, "WE NEED TO RESPOND

12:34PM 18    TO HIM NOW AND CUT HIM MONDAY."

12:34PM 19        THEY'RE GOING TO GET RID OF THE LAB DIRECTOR WHO ACTUALLY

12:34PM 20    RAISES QUESTIONS, WHO HAS CONCERNS, WHO PUSHES FOR PT TESTING.

12:34PM 21    AND WHO DO THEY REPLACE HIM WITH?  THEY REPLACE HIM WITH

12:34PM 22    MR. BALWANI'S DERMATOLOGIST, WHO WORKS FIVE HOURS OVER THE

12:34PM 23    COURSE OF SEVEN MONTHS, AND DR. SAWYER WHO WORKS EVEN LESS.

12:34PM 24        DR. DHAWAN DURING CROSS, THE CROSS-EXAMINATION OF

12:34PM 25    DR. DHAWAN -- YOU MAY RECALL THIS LINE OF QUESTIONING --

12:34PM 1    MR. WADE WAS ASKING DR. DHAWAN IF HE EVER MET SOMEONE OR IF HE

12:34PM 2    KNEW SOMEONE NAMED DR. SAWYER.

12:34PM 3        "YOU NEVER MET HER, SO IT MAY HAVE BEEN SHE WAS DOING

12:35PM 4    SEPARATE FUNCTIONS FROM THE FUNCTIONS YOU PERFORMED AT

12:35PM 5    THERANOS; IS THAT FAIR?"

12:35PM 6        AND THEN THE DISCUSSION CONTINUES SUGGESTING TO DR. DHAWAN

12:35PM 7    THAT HE DIDN'T WORK THAT MUCH AT THERANOS, BUT THERE WAS A

12:35PM 8    CO-LAB DIRECTOR, DR. SAWYER, AND YOU DON'T KNOW, DR. DHAWAN,

12:35PM 9    WHETHER SHE WAS THE ONE WHO WAS MINDING THE STORE WHILE YOU

12:35PM 10   WEREN'T?

12:35PM 11       THEN DR. SAWYER CAME AND TESTIFIED AND SHE TOLD YOU, IF

12:35PM 12   YOU CAN BELIEVE IT, I DID LESS.  SHE NEVER WENT TO THE LAB, SHE

12:35PM 13   DIDN'T SEE THE THERANOS DEVICE, SHE NEVER SPOKE TO A PATIENT,

12:35PM 14   SHE NEVER SPOKE TO A DOCTOR.  SHE WAS NEVER ASKED ABOUT

12:35PM 15   CRITICAL VALUES.

12:35PM 16       IF IT'S POSSIBLE, SHE WAS LESS INVOLVED THAN DR. DHAWAN.

12:35PM 17       THERE ARE OTHER EXAMPLES.  THERE ARE EMAILS WHERE

12:35PM 18   MS. HOLMES IS INCLUDED ON THE EMAIL AND ISSUES WITH CERTAIN

12:35PM 19   ASSAYS WERE SENT TO HER.  A GROUP INVOLVING THE HCG ASSAYS, A

12:36PM 20   GROUP INVOLVING THE ISE ASSAYS, PT INR, HDL, POTASSIUM, AND

12:36PM 21   BICARB.  THERE ARE MORE EMAILS THAT TALK ABOUT THIS.

12:36PM 22       THE NEXT IS THE INTERSTATE NEXUS, THAT THE WIRES THAT ARE

12:36PM 23   THE SUBJECT OF THESE COUNTS CROSSED STATE LINES.

12:36PM 24       THIS IS THE LAB REPORT THAT WENT TO MS. TOMPKINS, THE HIV

12:36PM 25   TESTING.  AND YOU SEE THE FAX WENT FROM THERANOS, THE 650, TO

12:36PM   1    ACTUALLY DR. ASIN, THE PHYSICIAN FOR ERIN TOMPKINS, HIS OFFICE

12:36PM   2    IN ARIZONA ON INTERSTATE WIRE.

12:36PM   3         DR. ELLSWORTH, THE SAME THING.  HIS REPORT WENT FROM

12:36PM   4    THERANOS TO DR. ELLSWORTH'S PHYSICIAN, DR. BURNES.  DR. BURNES

12:36PM   5    HAD AN OFFICE IN ARIZONA.  AND, IN FACT, YOU HAVE AN EMAIL

12:36PM   6    WHERE IT TELLS YOU THE SPECIFIC DEVICE THAT DR. ELLSWORTH'S

12:36PM   7    TEST WAS RUN ON.  YOU KNOW FROM THIS EMAIL THAT THE PSA TEST

12:36PM   8    WAS RUN ON A THERANOS EDISON DEVICE FROM EXHIBIT 4415.

12:37PM   9         AND THEN DR. BURNES DURING HIS TESTIMONY TOLD YOU WHERE

12:37PM  10    HIS OFFICE WAS LOCATED AND THAT HE WOULD HAVE LAB RESULTS FAXED

12:37PM  11    TO HIS OFFICE, TO COMPLETE THE CIRCLE OF THAT INTERSTATE WIRE.

12:37PM  12         THE LAST COUNT INVOLVES THE PURCHASE OF AD TIME IN

12:37PM  13    ARIZONA.

12:37PM  14         MR. AMENTA ALSO PROVIDED TESTIMONY TO YOU ON THIS SUBJECT,

12:37PM  15    THAT THE WIRE -- IT WAS CALLED HORIZON MEDIA -- THAT THERANOS

12:37PM  16    SENT ABOUT A MILLION DOLLARS TO, THAT THAT USED FEDWIRE AND

12:37PM  17    CROSSED STATE LINES AS WELL.

12:37PM  18         AND THEN MS. YAM CAME BACK AND TESTIFIED AT THE END OF THE

12:37PM  19    GOVERNMENT'S CASE AND TALKED ABOUT THIS EMAIL, 5454, WHERE THIS

12:37PM  20    PARTICULAR WIRE WAS FOR THE PHOENIX MEDIA PLAN.  AND THEN IT

12:37PM  21    TALKED ABOUT WHAT SOME OF THE FUNDS WERE USED FOR:  CINEMA, IT

12:37PM  22    TALKS ABOUT OUTDOOR, STATIC, AND DIGITAL, AND "PEOPLE" MAGAZINE

12:38PM  23    AND COVER WRAP, AND THEN ARIZONA REPUBLIC.

12:38PM  24         I WANT TO TAKE A BREAK, AS I TOLD YOU, FROM THE SLIDES AND

12:38PM  25    COVER A FEW ADDITIONAL TOPICS, AND THEN WE'LL RETURN TO THE

12:38PM  1    SLIDES VERY BRIEFLY AT THE END.

12:38PM  2         THE DEFENSE HAS MADE SOME COMMENTS TO YOU DURING THE

12:38PM  3    COURSE OF THE TRIAL THAT I WANT TO SPEND A MOMENT DISCUSSING.

12:38PM  4         NO, THEY DON'T HAVE TO SPEAK.  THE DEFENSE DOESN'T HAVE

12:38PM  5    TO GIVE AN OPENING.  THEY DON'T HAVE TO CROSS-EXAMINE ANY

12:38PM  6    WITNESSES OR CALL ANY WITNESSES ON THEIR OWN.

12:38PM  7         THE BURDEN IS ON THE GOVERNMENT.  THAT NEVER CHANGES.

12:38PM  8         THE DEFENSE HAS MADE SOME ARGUMENTS, AND I WANT TO RESPOND

12:38PM  9    TO A COUPLE OF THEM.

12:38PM 10         THE FIRST ARGUMENT THAT YOU'VE HEARD IS THAT BUSINESS

12:38PM 11    FAILURE IS NOT FRAUD.  BUSINESSES FAIL AND THAT DOESN'T PROVE

12:38PM 12    THAT FRAUD HAPPENED.

12:38PM 13         TO THE EXTENT THAT YOU MIGHT BE DISAPPOINTED IN SOME OF

12:38PM 14    THE ACTIONS THAT OCCURRED AT THERANOS, YOU SHOULD ATTRIBUTE IT

12:38PM 15    TO MS. HOLMES'S INEXPERIENCE.

12:38PM 16         FIRST, IT IS CERTAINLY TRUE THAT BUSINESSES FAIL, AND THAT

12:38PM 17    IS NOT PROOF OF FRAUD.  THE GOVERNMENT HAS NO QUARREL WITH THAT

12:38PM 18    IDEA.  JUST BECAUSE IT'S A TRUE STATEMENT DOESN'T MEAN IT

12:39PM 19    APPLIES TO THIS CASE.

12:39PM 20         I STARTED THIS MORNING BY TELLING YOU THAT THERE WERE

12:39PM 21    INSTANCES WHEN THERANOS WAS RUNNING OUT OF MONEY, WHEN THEY

12:39PM 22    WERE ON THE PHONE WITH BANKERS ABOUT CLEARING CHECKS EARLY.

12:39PM 23         IF MS. HOLMES HAD JUST ALLOWED THERANOS TO FAIL, IF SHE

12:39PM 24    HAD NOT CHOSEN TO GO DOWN THE PATH OF FRAUD, THEN I THINK THAT

12:39PM 25    STATEMENT WOULD APPLY THAT BUSINESSES FAIL AND THAT DOESN'T

12:39PM  1    MEAN THAT THERE IS FRAUD.  THAT'S NOT PROOF OF FRAUD BY ITSELF.

12:39PM  2        BUT WHAT HAPPENED HERE IS SORT OF WHEN FACED WITH THE

12:39PM  3    POTENTIAL OF BUSINESS FAILURE, MS. HOLMES CHOSE A DIFFERENT

12:39PM  4    PATH, AND THAT'S WHERE THE FRAUD COMES IN.

12:39PM  5        THE DEFENSE ALSO, I THINK, WOULD LIKE TO FREEZE TIME, HAVE

12:39PM  6    YOU THINK OF MS. HOLMES AS THE 19-YEAR-OLD-COLLEGE DROPOUT THAT

12:39PM  7    STARTED THERANOS THE ENTIRE TIME SHE WAS AT THERANOS.

12:39PM  8        BUT THE TRUTH IS BY THE TIME THE INVESTORS WHO INVESTED IN

12:39PM  9    2013 OR 2014 WERE INTERACTING WITH HER, SHE WAS NEARLY 30 AND

12:39PM  10   HAD BEEN CEO FOR A DECADE AT THAT POINT.  THEY WERE NOT

12:40PM  11   INTERACTING WITH SOMEONE WHO HAD INEXPERIENCE RUNNING HER

12:40PM  12   COMPANY.

12:40PM  13       THERANOS DIDN'T NEED MORE EXPERIENCE TO AVOID FRAUD HERE.

12:40PM  14   THEY DIDN'T NEED ONE MORE M.D. OR ONE MORE PH.D. TO AVOID THE

12:40PM  15   FRAUD.  IT WASN'T A QUESTION OF EXPERIENCE.  THEY NEEDED A CEO

12:40PM  16   AND A COO WHO INTERACTED WITH PEOPLE HONESTLY, WHO TOLD THEM

12:40PM  17   THE TRUTH ABOUT WHAT THERANOS COULD AND WHAT IT COULDN'T DO.

12:40PM  18   IT WASN'T A QUESTION OF EXPERIENCE OR A LACK OF PH.D.'S OR

12:40PM  19   M.D.'S AT THERANOS.

12:40PM  20       THE DEFENSE HAS ARGUED TO YOU THAT ELIZABETH HOLMES NEVER

12:40PM  21   SOLD HER STOCK.  I THINK FROM THAT THEY WOULD SUGGEST THAT IF

12:40PM  22   THIS WAS A FRAUD AND IF SHE KNEW IT WAS A FRAUD, THEN WHY

12:40PM  23   DIDN'T SHE SELL STOCK?  AND I'M NOT SURE WHAT THE NEXT ACTION

12:40PM  24   AFTER THAT IS, SELL STOCK AND -- THE EVIDENCE IS STILL THERE.

12:40PM  25   SO EVEN IF SHE HAD SOLD HER STOCK, THE EVIDENCE THAT YOU HAVE

```
12:40PM   1    HEARD ABOUT IN THE CASE IS HERE.

12:40PM   2         THERE ARE AS MANY DIFFERENT REACTIONS TO FRAUD AS THERE

12:40PM   3    ARE FRAUDSTERS.  BECAUSE SHE DIDN'T PICK A PARTICULAR RESPONSE

12:41PM   4    WHEN FACED WITH FRAUD I DON'T THINK SUGGESTS THAT FRAUD DID NOT

12:41PM   5    HAPPEN HERE.

12:41PM   6         BUT DAN MOSLEY ALSO PROVIDED YOU SOME INSIGHT INTO THIS

12:41PM   7    PARTICULAR QUESTION.  RECALL DAN MOSLEY TOLD YOU THAT THERE

12:41PM   8    WERE DIFFERENT KINDS OF STOCK, THERE WAS COMMON AND THERE WAS

12:41PM   9    PREFERRED.

12:41PM  10         MR. MOSLEY TOLD YOU THAT INVESTORS LIKE HIMSELF BOUGHT

12:41PM  11    PREFERRED SHARES.  AND THAT MEANT THAT IF THERE WAS A

12:41PM  12    BANKRUPTCY OR LIQUIDATION EVENT OF SOME KIND, THE PREFERRED

12:41PM  13    SHAREHOLDERS GOT TO GO TO THE FRONT OF THE LINE TO RECOVER

12:41PM  14    ASSETS.

12:41PM  15         AND HE TOLD THAT YOU MS. HOLMES DID NOT HAVE THAT KIND OF

12:41PM  16    STOCK.  SHE HAD COMMON STOCK.  AND WHAT SHE GAVE UP IN THOSE

12:41PM  17    PREFERENCE RIGHTS, SHE GAINED IN VOTING RIGHTS.

12:41PM  18         THE COMMON STOCK HAD 100 VOTES FOR EVERY SHARE.  THE

12:41PM  19    PREFERRED HAD ONE VOTE FOR EVERY SHARE.

12:41PM  20         SO IF MS. HOLMES SOLD HER STOCK, SHE WASN'T JUST SELLING

12:41PM  21    IT FOR MONEY, SHE WAS SELLING ACCESS TO INFORMATION.

12:41PM  22         AND WHEN THERANOS WAS A HOUSE OF CARDS, WHEN IT WAS FRAUD,

12:42PM  23    SHE COULD NOT GIVE SOMEONE ELSE THE POWER THAT CAME WITH THOSE

12:42PM  24    VOTING RIGHTS, THE POWER TO ASK QUESTIONS TO GET REAL ANSWERS.

12:42PM  25    MS. HOLMES COULDN'T SELL HER STOCK.
```

CLOSING ARGUMENT BY MR. SCHENK                                              9020

12:42PM  1        THE DEFENSE HAS ARGUED TO YOU AND MADE THIS ARGUMENT IN

12:42PM  2    OPENING THAT THE GOVERNMENT WAS LOOKING AT THE CASE THROUGH A

12:42PM  3    DIRTY LENS; THAT JUST WAIT AND YOU'LL SEE THE EVIDENCE IN THE

12:42PM  4    CASE, AND YOU'LL SEE THAT THERE'S A LOT OF JUST INNOCENT

12:42PM  5    EVENTS; AND ONLY WHEN YOU PUT ON THE GOVERNMENT'S LENS AND LOOK

12:42PM  6    THROUGH THE GOVERNMENT'S EYES WILL YOU SEE SOME NEFARIOUS

12:42PM  7    INTENT OR BAD CONDUCT.

12:42PM  8        HERE THAT ARGUMENT -- IT MIGHT WORK IN A CASE WHERE

12:42PM  9    WITNESS AFTER WITNESS IS A GOVERNMENT EMPLOYEE, LAW ENFORCEMENT

12:42PM 10    OR A GOVERNMENT REGULATOR WHO IS DESCRIBING FACTS TO YOU AND

12:42PM 11    WANTS YOU TO APPRECIATE THOSE FACTS THROUGH THEIR EYES.

12:42PM 12        BUT THINK FOR A MOMENT ABOUT THE WITNESSES THAT TESTIFIED

12:42PM 13    IN THIS CASE.  YOU HEARD FROM FORMER EMPLOYEES THAT

12:42PM 14    ELIZABETH HOLMES HIRED.  YOU HEARD FROM INVESTORS THAT

12:43PM 15    ELIZABETH HOLMES RECRUITED.  YOU HEARD FROM PATIENTS THAT

12:43PM 16    ELIZABETH HOLMES ADVERTISED TO.  YOU HEARD FROM STRATEGIC

12:43PM 17    PARTNERS, THE WALGREENS AND SAFEWAYS OF THE WORLD THAT

12:43PM 18    ELIZABETH HOLMES NEGOTIATED WITH.

12:43PM 19        YOU'RE NOT BEING ASKED TO LOOK AT THE FACTS OF THIS CASE

12:43PM 20    THROUGH THE GOVERNMENT'S EYES, THROUGH THE LENS THAT THE

12:43PM 21    GOVERNMENT PUTS ON.

12:43PM 22        YOU'RE BEING ASKED TO HEAR AND EVALUATE THE TESTIMONY OF

12:43PM 23    WITNESSES THAT AT LEAST AT ONE POINT IN TIME THE DEFENDANT

12:43PM 24    HERSELF SELECTED.

12:43PM 25        I WANT TO SAY A FEW WORDS ABOUT THE WITNESSES THAT THE

12:43PM  1      DEFENSE CALLED.  THEY CALLED THREE WITNESSES.

12:43PM  2          THE FIRST WITNESS WAS TRENT MIDDLETON.  YOU MAY RECALL

12:43PM  3      THAT MR. MIDDLETON WORKS FOR THE LAW FIRM THAT IS REPRESENTING

12:43PM  4      THE DEFENDANT HERE IN COURT.  AND HE TESTIFIED ABOUT SOME

12:43PM  5      SUMMARY CHARTS THAT HE HAD CREATED, AND HE TOLD YOU THAT THE

12:43PM  6      DATA FOR THE CHARTS WAS GATHERED, BUT I DON'T KNOW THAT HE KNEW

12:43PM  7      WHO GATHERED THAT DATA.  THAT WASN'T SOMETHING THAT HE WAS

12:43PM  8      FAMILIAR WITH.

12:44PM  9          HE DIDN'T KNOW ANY OF THE FACTS ABOUT THERANOS.  HE WASN'T

12:44PM  10     WORKING ON THE THERANOS CASE.  HE DIDN'T HAVE ANYTHING TO ADD

12:44PM  11     TO THAT.

12:44PM  12         AND ALSO THE STRUCTURE, THE WORDS THAT WERE ON THE SUMMARY

12:44PM  13     CHART, WERE NOT CHOSEN BY MR. MIDDLETON.  I THINK HE SAID IT

12:44PM  14     WAS CHOSEN BY THE LAWYERS HERE.

12:44PM  15         AND IF THEY SHOW THEM TO YOU, NOTICE THAT WHEN THEY TALK

12:44PM  16     ABOUT INVESTORS, THEY CALLED THEM ENTITIES.  HOPEFULLY YOU WILL

12:44PM  17     REMEMBER THAT THE CASE IS ABOUT REAL PEOPLE WHO LOST REAL

12:44PM  18     MONEY.

12:44PM  19         AND WHEN THEY TALK ABOUT PATIENTS, THEY DON'T CALL THEM

12:44PM  20     PATIENTS.  THEY CALL THEM CUSTOMERS.  THESE ARE REAL PEOPLE WHO

12:44PM  21     PAID REAL MONEY FOR REAL BLOOD TESTS HERE.

12:44PM  22         THE NEXT PERSON THE DEFENSE CALLED WAS DR. BONANNI.  YOU

12:44PM  23     RECALL THAT DR. BONANNI JOINED THE THERANOS BOARD IN 2014.  SO

12:44PM  24     AFTER "THE WALL STREET JOURNAL" IN 2015, AFTER CMS INSPECTION

12:44PM  25     AND THEN REPORT IN 2016.

CLOSING ARGUMENT BY MR. SCHENK                                    9022

```
12:44PM  1        DR. BONANNI JOINED THERANOS AT A TIME WHEN THEY ARE
12:44PM  2   FIGURATIVELY POURING BLEACH ON ALL OF THE SURFACES TO CLEAN
12:44PM  3   THINGS UP, AND DR. BONANNI TOLD YOU THAT HIS TESTIMONY WAS
12:45PM  4   EXCLUSIVELY FOCUSSED ON THE 4 SERIES DEVICE, NOT A DEVICE USED
12:45PM  5   AT WALGREENS OR FOR PATIENT TESTING.  HE WAS TALKING TO YOU
12:45PM  6   ABOUT THE 4 SERIES DEVICE.
12:45PM  7        HE WORKED THERE ABOUT A DAY A WEEK, I THINK HE SAID.  AND
12:45PM  8   STILL IN ONLY A COUPLE OF MONTHS, DR. BONANNI FOUND PROBLEMS
12:45PM  9   WITH THE DATA FOR A ZIKA VIRUS ASSAY.  HE TOLD YOU THAT WHEN HE
12:45PM 10   WAS AT THERANOS, THEY WERE WORKING ON DEVELOPING AN ASSAY TO
12:45PM 11   TEST FOR THE ZIKA VIRUS, AND HE TALKED TO MS. HOLMES ABOUT THAT
12:45PM 12   DATA.
12:45PM 13        SO HE WASN'T TALKING TO YOU ABOUT THE DEVICE USED FOR
12:45PM 14   PATIENT TESTING, AND EVEN THIS NEXT GENERATION DEVICE, THE 4
12:45PM 15   SERIES DEVICE, ONLY WORKING ONE DAY A WEEK, IT TOOK HIM A
12:45PM 16   COUPLE OF MONTHS TO FIND PROBLEMS WITH THAT DEVICE.
12:45PM 17        THE NEXT WITNESS AND THE LAST WITNESS IN THE CASE WAS THE
12:45PM 18   DEFENDANT HERSELF.  A FEW THINGS ON THAT.
12:45PM 19        THE JUDGE WILL READ YOU JURY INSTRUCTIONS AND THEY WILL
12:45PM 20   COVER THINGS LIKE BIAS AND CREDIBILITY OF WITNESSES, AND YOU
12:46PM 21   CAN CONCLUDE THAT THERE IS NO WITNESS THAT TESTIFIED IN THIS
12:46PM 22   CASE THAT HAS MORE BIAS, MORE INTEREST IN THE OUTCOME OF THE
12:46PM 23   PROCEEDINGS THAN THE DEFENDANT HERSELF.  THAT MEANS THAT YOU
12:46PM 24   SHOULD LOOK SKEPTICALLY AT ANYTHING THAT SHE TESTIFIED ABOUT
12:46PM 25   THAT WAS SELF-SERVING.
```

12:46PM 1          WHEN SHE WAS ON THE STAND, MR. DOWNEY SHOWED HER A NUMBER

12:46PM 2     OF EMAILS FROM PEOPLE LIKE IAN GIBBONS OR DANIEL YOUNG THAT

12:46PM 3     WERE COMMUNICATING POSITIVE OR FAVORABLE DEVELOPMENTS AT

12:46PM 4     THERANOS.

12:46PM 5          AND I THINK THE CONCLUSION THAT IS HOPED THAT YOU WOULD

12:46PM 6     DRAW IS MS. HOLMES RECEIVED POSITIVE NEWS, GOOD THINGS

12:46PM 7     HAPPENING AT THERANOS, SO WHEN SHE COMMUNICATED GOOD THINGS OR

12:46PM 8     POSITIVE NEWS TO INVESTORS, SHE WASN'T INTENDING TO DEFRAUD

12:46PM 9     THEM, SHE WAS MERELY A FUNNEL OR CONDUIT OF INFORMATION.  SHE

12:46PM 10    HEARD IT FROM PEOPLE WHO WORKED FOR HER AND SHE PASSED IT ON

12:46PM 11    AND SHARED IT WITH INVESTORS.  NO INTENT TO DEFRAUD.

12:47PM 12         THE PROBLEM IS THAT'S INCONSISTENT WITH THE FACTS AND THE

12:47PM 13    EVIDENCE THAT YOU HAVE SEEN.  YOU HAVE ALSO SEEN EMAIL AFTER

12:47PM 14    EMAIL, EXAMPLE AFTER EXAMPLE WHERE SHE IS TOLD NEGATIVE THINGS,

12:47PM 15    POOR DEVELOPMENTS, UNFORTUNATE THINGS THAT ARE HAPPENING AT

12:47PM 16    THERANOS, AND THOSE THINGS ARE NOT BEING COMMUNICATED TO

12:47PM 17    INVESTORS.

12:47PM 18         SHE IS DECIDING WHAT IS THE KIND OF INFORMATION TO OR

12:47PM 19    SHOULD BE COMMUNICATED AND WHAT ISN'T.

12:47PM 20         THINK ABOUT IT ANOTHER WAY.  IF YOU WENT AFTER THE FACT

12:47PM 21    AND SORT OF GATHERED UP ALL OF THE STATEMENTS THAT THE

12:47PM 22    INVESTORS HEARD, IF THERE WAS NO INTENT HERE, IF THEY WERE JUST

12:47PM 23    TOLD WHATEVER SHE KNEW, YOU WOULD EXPECT THERE TO BE A RANDOM

12:47PM 24    DISTRIBUTION OF SOME STATEMENTS SAYING POSITIVE THINGS THAT SHE

12:47PM 25    HEARD AND SOME SAYING NEGATIVE THINGS THAT SHE HEARD.

CLOSING ARGUMENT BY MR. SCHENK                    9024

12:47PM 1        BUT WHEN THE WITNESSES, THE VICTIM INVESTORS TESTIFIED,

12:47PM 2    YOU HEARD FAVORABLE AND FALSE OVER AND OVER, A FAVORABLE THING

12:47PM 3    ABOUT THERANOS THAT WASN'T TRUE, BUT NOT THE, WE'RE HAVING

12:48PM 4    PROBLEMS TESTING PATIENTS OR THIS -- WE SHOULDN'T LAUNCH.  MY

12:48PM 5    LAB DIRECTOR IS TELLING ME WE SHOULDN'T LAUNCH AND WE SHOULD

12:48PM 6    DELAY THE LAUNCH.

12:48PM 7        THERE'S ANOTHER WORD FOR THAT, AND THAT'S INTENT.  SHE'S

12:48PM 8    CHOOSING WHICH ARE THE KIND OF FACTS TO COMMUNICATE AND WHICH

12:48PM 9    ARE THE KIND OF FACTS THAT SHOULD NOT BE COMMUNICATED.

12:48PM 10       I WANT TO READ TO YOU JUST VERY BRIEFLY ONE PORTION OF HER

12:48PM 11   DIRECT TESTIMONY.  WHEN SHE WAS ON THE STAND, AND MR. DOWNEY

12:48PM 12   ASKED HER:

12:48PM 13       "NOW, YOU MENTIONED THAT WHEN YOU MET HIM WHEN YOU WERE AN

02:48PM 14   18 YEAR OLD, YOU THOUGHT THAT HE WAS AN IMPRESSIVE EXECUTIVE.

02:48PM 15       DURING THE TIME PERIOD THAT WE'RE CONCERNED WITH, THE

02:48PM 16   PERIOD FROM 2010 TO 2016, HOW DID YOU PERCEIVE MR. BALWANI'S

02:48PM 17   CAPABILITIES AS A BUSINESS PERSON AND WHAT EFFECT DID YOUR

02:48PM 18   RELATIONSHIP HAVE ON THAT?"

12:48PM 19       MS. HOLMES RESPONDS:  "HE HAD TAUGHT ME EVERYTHING THAT I

12:48PM 20   THOUGHT I KNEW ABOUT BUSINESS, AND I THOUGHT HE WAS THE BEST

12:49PM 21   BUSINESS PERSON THAT I KNEW.

12:49PM 22       "AND I THINK THAT I DIDN'T QUESTION HIM IN THE WAY THAT I

12:49PM 23   OTHERWISE WOULD HAVE.

12:49PM 24       "DID THAT REMAIN YOUR VIEW UNTIL 2006?

12:49PM 25       "IT DID.

CLOSING ARGUMENT BY MR. SCHENK                                    9025

12:49PM   1          "DID THAT VIEW CHANGE IN 2016?

12:49PM   2          "IT DID.

12:49PM   3          "WHAT HAPPENED TO CHANGE THAT VIEW?

12:49PM   4          " THE CMS INSPECTION.  I HAD GONE INTO THAT INSPECTION

02:49PM   5     THINKING THAT WE HAD ONE OF THE BEST LABS IN THE WORLD, AND THE

02:49PM   6     FINDINGS FROM THOSE INSPECTIONS WERE SO FUNDAMENTALLY DIFFERENT

02:49PM   7     FROM WHAT I BELIEVED THAT IT COULDN'T BE THE CASE THAT OUR

02:49PM   8     OPERATIONS WERE RUNNING LIKE ONE OF THE BEST COMPANIES IN THE

02:49PM   9     WORLD."

12:49PM  10          THAT'S FROM PAGE 7875.

12:49PM  11          MS. HOLMES GOT ON THE STAND AND TOLD YOU WHEN CMS DID

12:49PM  12     THEIR INSPECTION AND ISSUED A REPORT, THAT REPORT WAS A LIGHT

12:49PM  13     BULB MOMENT.  THAT'S WHEN SHE DISCOVERED THERE WERE PROBLEMS IN

12:49PM  14     THE LAB.

12:49PM  15          THERE'S A FUNDAMENTAL PROBLEM WITH THAT TESTIMONY.  THAT

12:50PM  16     TESTIMONY IS NOT TRUE.

12:50PM  17          YOU HAVE SEEN EXAMPLE AFTER EXAMPLE OF MS. HOLMES BEING

12:50PM  18     TOLD BY MR. BALWANI, SOMETIMES IN TEXT MESSAGES, BUT ALSO

12:50PM  19     THROUGH REQUESTS FOR CANDID CONVERSATIONS BY HER OWN BROTHER

12:50PM  20     ABOUT PROBLEMS IN THE LAB.

12:50PM  21          MS. HOLMES TOLD YOU THAT IN 2016 SHE DISCOVERED THERE WERE

12:50PM  22     PROBLEMS, BECAUSE IF SHE KNEW ABOUT THEM EARLIER, THEN THE

12:50PM  23     FALSE STATEMENTS TO INVESTORS AND TO PATIENTS WERE NOT JUST

12:50PM  24     FALSE, THEY WERE KNOWINGLY FALSE.

12:50PM  25          MS. HOLMES ALSO TALKED TO YOU ABOUT HER RELATIONSHIP WITH

12:50PM  1        MR. BALWANI AND SHE TOLD YOU THAT THERE WAS VIOLENCE IN THAT

12:50PM  2    RELATIONSHIP.

12:50PM  3        SHE TOLD YOU THAT THERE WERE TWO PEOPLE WHO KNEW ABOUT

12:50PM  4    THAT, WHO WOULD KNOW ABOUT IT AND WHO WERE PRESENT FOR THAT.

12:50PM  5        I CERTAINLY AM NOT ONE OF THEM.

12:50PM  6        IF YOU RETURN A VERDICT OF GUILTY, YOU'RE NOT SAYING THAT

12:50PM  7    WE, THE JURY, DO NOT BELIEVE MS. HOLMES'S CLAIMS OF ABUSE.

12:50PM  8        IF YOU RETURN A VERDICT OF NOT GUILTY, YOU ARE NOT SAYING

12:51PM  9    WE, THE JURY, BELIEVE MS. HOLMES'S CLAIMS OF ABUSE.

12:51PM 10        YOUR VERDICT DOES NOT VALIDATE HER CLAIMS OF ABUSE.  YOU

12:51PM 11    DO NOT NEED TO DECIDE WHETHER THAT ABUSE HAPPENED IN ORDER TO

12:51PM 12    REACH A VERDICT.

12:51PM 13        THE CASE IS ABOUT FALSE STATEMENTS MADE TO INVESTORS AND

12:51PM 14    FALSE STATEMENTS MADE TO PATIENTS.  YOU DO NOT NEED TO DECIDE

12:51PM 15    THE QUESTION ABOUT WHETHER THAT ABUSE HAPPENED.

12:51PM 16        I WANT TO SAY A COUPLE OF WORDS ABOUT THE JURY

12:51PM 17    INSTRUCTIONS.  THE JUDGE WILL READ YOU INSTRUCTIONS TO GUIDE

12:51PM 18    YOUR DELIBERATIONS.  THEY WILL COVER TOPICS LIKE REASONABLE

12:51PM 19    DOUBT, A PHRASE THAT YOU PROBABLY HAVE HEARD BEFORE, THE

12:51PM 20    STANDARD USED IN CRIMINAL CASES THROUGHOUT THE COUNTRY.  THE

12:51PM 21    JUDGE WILL INFORM YOU THAT IT'S A DOUBT BASED ON REASON AND

12:51PM 22    COMMON SENSE, NOT PURELY ON SPECULATION.

12:51PM 23        THAT MEANS WHEN YOU LEAVE THIS ROOM AND GO BACK TO

12:51PM 24    DELIBERATE, YOU BRING YOUR COMMON SENSE WITH YOU.  YOU USE THAT

12:51PM 25    TO LOOK AT AND EVALUATE THE EVIDENCE.

CLOSING ARGUMENT BY MR. SCHENK                                    9027

12:51PM  1        THE JUDGE WILL READ YOU AN INSTRUCTION ABOUT PUNISHMENT.

12:52PM  2    I THINK WE -- THE JUDGE HAS SPOKEN TO YOU ABOUT THAT BEFORE.

12:52PM  3    THE JUDGE WILL TELL YOU IT SHOULD PLAY NO ROLE IN YOUR

12:52PM  4    DELIBERATIONS.  IT IS EXCLUSIVELY THE PROVINCE OF THE COURT

12:52PM  5    SHOULD IT EVER GET THERE.  YOU ARE READ THE LAW ON THINGS LIKE

12:52PM  6    THE CRIME OF CONSPIRACY OR WIRE FRAUD.  YOU ARE NOT GIVEN THE

12:52PM  7    RULES OR THE GUIDELINES FOR PUNISHMENT, AND THAT MAKES SENSE

12:52PM  8    BECAUSE IT SHOULD PLAY NO ROLE IN YOUR DELIBERATIONS.

12:52PM  9        THERE ARE ALSO INSTRUCTIONS ON THINGS LIKE AIDING AND

12:52PM 10    ABETTING, OR INSTANCES WHEN MORE THAN ONE PERSON COMMITS A

12:52PM 11    CRIME, THE CRIME OF CONSPIRACY OR THE CRIME OF WIRE FRAUD, AND

12:52PM 12    IN THOSE INSTRUCTIONS THERE ARE ELEMENTS AS WELL AND WE ASK

12:52PM 13    THAT YOU PAY ATTENTION TO THOSE AS WELL.

12:52PM 14        THE STORY OF THERANOS IS IN SOME WAYS A TRAGEDY.  WHAT

12:52PM 15    HAPPENED TO THE INVESTORS AND TO THE PATIENTS SHOULD NOT HAVE

12:52PM 16    HAPPENED.  THEY SHOULD HAVE BEEN ENGAGED WITH HONESTLY.

12:52PM 17        BUT IT'S ALSO THE STORY OF INDIVIDUALS ACTING WITH

12:53PM 18    REMARKABLE INTEGRITY.  ERIKA CHEUNG TOLD YOU THAT THIS WAS HER

12:53PM 19    FIRST JOB OUT OF COLLEGE.  SHE SAID DURING THE INTERVIEW WITH

12:53PM 20    MS. HOLMES SHE WAS STAR STRUCK.  ERIKA DEEPLY HOPED THAT THIS

12:53PM 21    COMBINATION OF TECHNOLOGY AND HEALTH CARE WOULD WORK.  IT WAS

12:53PM 22    VERY INTERESTING TO HER.

12:53PM 23        BUT AFTER NOT WORKING THERE VERY LONG, SHE BEGAN TO SEE

12:53PM 24    PROBLEMS WITH THE DEVICE, WITH THE TESTING, AND SHE RAISED

12:53PM 25    THOSE CONCERNS FIRST TO HER IMMEDIATE SUPERVISORS, AND THEN

12:53PM  1        DIRECTLY TO MR. BALWANI.

12:53PM  2            I THINK SHE TOLD YOU THAT SHE WAS FRIENDS WITH

12:53PM  3    TYLER SHULTZ AND SHE KNEW THAT TYLER HAD SPOKEN TO MS. HOLMES,

12:53PM  4    TO ELIZABETH HOLMES, AND SO SHE, ERIKA, DECIDED TO GO TO

12:53PM  5    MR. BALWANI, AND ERIKA DESCRIBED HOW SHE ASSUMED THAT

12:53PM  6    MANAGEMENT WOULD WANT TO HEAR THESE THINGS, THAT THEY WOULD

12:53PM  7    WANT TO KNOW ABOUT THE PROBLEMS AND FIX THEM.

12:53PM  8            BUT SURPRISINGLY, THAT WAS NOT ERIKA'S EXPERIENCE.

12:53PM  9            MR. BALWANI DID NOT SEEM SURPRISED BY HER COMPLAINTS, BUT

12:53PM 10    INSTEAD A LITTLE FRUSTRATED THAT SHE WAS RAISING THEM.

12:53PM 11            AND ERIKA DECIDED TO QUIT.  SHE DIDN'T HAVE ANOTHER JOB TO

12:54PM 12    GO TO.  ERIKA SAID, I DON'T WANT TO BE A PART OF THIS COMPANY'S

12:54PM 13    FUTURE AND I'M GOING TO QUIT, AND SHE LEFT.

12:54PM 14            SUREKHA GANGADKHEDKAR.  SHE WAS PROUD OF THE WORK THAT SHE

12:54PM 15    HAD DONE OVER THE YEARS DEVELOPING ASSAYS AT THERANOS.

12:54PM 16            BUT WHEN SHE RETURNED FROM VACATION IN AROUND AUGUST OF

12:54PM 17    2013 AND DISCOVERED THAT THERANOS WAS ABOUT TO BEGIN TESTING

12:54PM 18    PATIENTS' BLOOD USING ITS DEVICES, ITS COLLECTION, SHE WENT TO

12:54PM 19    MS. HOLMES AND SAID THERE ARE PROBLEMS, THERE'S PROBLEMS WITH

12:54PM 20    THE DEVICE, WE CAN'T TEST ACCURATELY.

12:54PM 21            AND WHEN MS. HOLMES ESSENTIALLY SAID THE TRAIN IS ON THE

12:54PM 22    TRACKS, I CAN'T STOP IT, SUREKHA QUIT.  SHE ALSO DID NOT WANT

12:54PM 23    TO BE A PART OF THERANOS'S FUTURE.

12:54PM 24            DR. ROSENDORFF.  HE WAS THE LAB DIRECTOR DURING THAT FIRST

12:54PM 25    YEAR AT THERANOS.  HE -- YOU SAW IN EMAILS WHERE HE WARNS ABOUT

12:54PM   1   THEIR READINESS TO LAUNCH, AND THEN DURING THAT YEAR WHEN HE IS

12:54PM   2   LAB DIRECTOR, HE IS SENDING EMAILS ABOUT TESTS THAT NO LONGER

12:55PM   3   CAN ACCURATELY EVALUATE THE ASSAY, THE THING THAT THEY'RE

12:55PM   4   TESTING FOR.  HE ENCOURAGES MORE PROFICIENCY TESTING.

12:55PM   5         AND THEN HE SAYS THERE CAME A POINT IN TIME WHEN I

12:55PM   6   REALIZED THAT MANAGEMENT CARED MORE ABOUT PR AND FUNDRAISING

12:55PM   7   THAN IT DID PATIENT CARE, AND HE LEFT.  DR. ROSENDORFF DID NOT

12:55PM   8   WANT TO BE A PART OF THERANOS'S FUTURE.

12:55PM   9         IT IS THE STORY OF A TRAGEDY, BUT IT IS ALSO THE STORY OF

12:55PM   10   SOME PEOPLE ACTING WITH REALLY REMARKABLE INTEGRITY.

12:55PM   11         FRAUD IS SORT OF LIKE A HEAD START ON THE TRUTH.  FOR A

12:55PM   12   LONG TIME, HOLMES AND BALWANI KNEW THE TRUTH.  THEY KNEW WHAT

12:55PM   13   THERANOS COULD DO AND WHAT IT COULDN'T DO, AND THE PEOPLE THAT

12:55PM   14   THEY INTERACTED WITH, THE INVESTORS AND THE PATIENTS, DID NOT.

12:55PM   15         AND THEY TOOK ADVANTAGE OF THAT SORT OF GAP IN

12:55PM   16   INFORMATION.  AND FOR THAT, THEY WERE ABLE TO COMMIT FRAUD, AND

12:55PM   17   BECAUSE OF THAT, YOU SHOULD FIND ELIZABETH HOLMES GUILTY OF THE

12:55PM   18   CHARGED OFFENSES.

12:55PM   19         BUT YOU SHOULDN'T FIND HER GUILTY BECAUSE OF MY WORDS.

12:56PM   20   YOU SHOULD FIND HER GUILTY BECAUSE OF HER WORDS.

12:56PM   21         DECEMBER 27TH, 2014, JUST A FEW DAYS BEFORE -- NEW YEAR'S

12:56PM   22   IS A TIME FOR REFLECTION AND MAYBE A NEW YEAR'S RESOLUTION OR

12:56PM   23   TWO.  HOLMES AND BALWANI ARE TEXTING EACH EITHER SAYING THAT

12:56PM   24   THIS YEAR, 2015, WILL BE OUR YEAR; THAT THIS YEAR, WE WILL

12:56PM   25   EXECUTE.

12:56PM  1          THE PROBLEM IS THAT BY DECEMBER 27TH, 2014, EVERY INVESTOR

12:56PM  2  THAT YOU HAD HEARD FROM HAD ALREADY INVESTED.

12:56PM  3          BY DECEMBER 27TH, 2014, THERANOS WAS TESTING PATIENTS'

12:56PM  4  BLOOD THROUGH WALGREENS FOR MORE THAN A YEAR AT THAT POINT, AND

12:56PM  5  THOSE INDIVIDUALS, PATIENTS, INVESTORS, THEY ALL THOUGHT THAT

12:56PM  6  THEY WERE ENGAGING WITH A COMPANY THAT HAD BEEN EXECUTING, THAT

12:56PM  7  DIDN'T NEED TO HOPE THAT THEY WOULD FINALLY EXECUTE.

12:56PM  8          AND BECAUSE OF THAT, THERE REALLY IS ONLY ONE VERDICT

12:56PM  9  SUPPORTED BY THE EVIDENCE, AND THAT'S GUILTY ON ALL COUNTS.

12:56PM 10          THANK YOU.

12:57PM 11              THE COURT:  THANK YOU, MR. SCHENK.

12:57PM 12          DOES THE DEFENSE HAVE AN ARGUMENT?

12:57PM 13              MR. DOWNEY:  WE DO, YOUR HONOR.  I BELIEVE IT WILL

12:57PM 14  TAKE US A FEW MINUTES TO GET THE TECHNOLOGY TRANSFERRED.  I

12:57PM 15  DON'T KNOW IF YOU WANT TO TAKE A STANDING BREAK.

12:57PM 16              THE COURT:  SURE.  LADIES AND GENTLEMEN, WHY DON'T

12:57PM 17  YOU TAKE A STANDING BREAK WHILE WE DO THE CHANGE HERE.  THANK

12:57PM 18  YOU.

12:58PM 19          (PAUSE IN PROCEEDINGS.)

12:59PM 20              THE COURT:  MR. DOWNEY, I JUST WANT TO REMIND YOU

12:59PM 21  THAT WE'LL BREAK AT 1:30 JUST FOR YOUR INFORMATION.

12:59PM 22              MR. DOWNEY:  THANK YOU, YOUR HONOR.

12:59PM 23          MAY I TAKE THE MASK OFF?

12:59PM 24              THE COURT:  YES.  PLEASE.  PLEASE.

12:59PM 25  ///

12:59PM  1          **(MR. DOWNEY GAVE HIS CLOSING ARGUMENT ON BEHALF OF**

12:59PM  2    **MS. HOLMES.)**

12:59PM  3              MR. DOWNEY:  MAY IT PLEASE THE COURT, LADIES AND

12:59PM  4    GENTLEMEN.

12:59PM  5          ELIZABETH HOLMES WAS BUILDING A BUSINESS AND NOT A

12:59PM  6    CRIMINAL ENTERPRISE.

12:59PM  7          THE GOVERNMENT WOULD HAVE YOU BELIEVE THAT THE ENTITY THAT

12:59PM  8    SHE PRESIDED OVER AS CEO WAS BUILT BY LIES, BY SWINDLING, BY

12:59PM  9    HALF-TRUTHS, BY MISREPRESENTATIONS THAT WERE CARRIED OUT OVER

12:59PM  10   YEARS AND YEARS AND YEARS.

12:59PM  11         IN FACT, THERANOS WAS BUILT AND ITS BUSINESS WAS CONDUCTED

12:59PM  12   BY A LARGE GROUP OF PEOPLE WHO SHARED MANY CHARACTERISTICS.

12:59PM  13   THEY WERE BRIGHT, THEY WERE INTELLIGENT, THEY WERE CREATIVE.

12:59PM  14   THEY BELIEVED IN THE MISSION THAT THERANOS BELIEVED IN.

01:00PM  15         THEY WANTED TO INVENT AND THEN TO MAKE A PRODUCT OF

01:00PM  16   TECHNOLOGY THAT COULD BE USED TO MAKE BLOOD TESTING SERVICES

01:00PM  17   MORE CONVENIENT, MORE AFFORDABLE, CHEAPER, AND AT THE END OF

01:00PM  18   THE DAY, MAKE PEOPLE HEALTHIER.

01:00PM  19         NOW, I RECALL AT THE BEGINNING OF THE CASE, AS MR. SCHENK

01:00PM  20   DID, THAT MR. WADE TOLD YOU TO UNDERSTAND THE CASE YOU HAD TO

01:00PM  21   UNDERSTAND THE PERSPECTIVE THAT THERE ARE TWO SIDES AND THAT

01:00PM  22   THE GOVERNMENT MIGHT BE LOOKING AT EVENTS THROUGH A DIRTY LENS,

01:00PM  23   AND HE ASKED YOU TO BE PATIENT AND LISTEN UNTIL ALL OF THE

01:00PM  24   EVIDENCE CAME IN BECAUSE YOU MIGHT HAVE A DIFFERENT VIEW.

01:00PM  25         MR. SCHENK JUST SAID TO YOU THAT WE CAN'T MEET THAT

CLOSING ARGUMENT BY MR. DOWNEY                    9032

```
01:00PM   1    CHALLENGE BECAUSE THIS IS NOT THAT KIND OF CASE.

01:00PM   2         I ACCEPT THAT CHALLENGE, LADIES AND GENTLEMEN, BECAUSE I

01:00PM   3    THINK WHEN I GO THROUGH ALL OF THE EVIDENCE WITH YOU AND ASK

01:00PM   4    YOU TO REVIEW THE EVIDENCE AS PART OF YOUR DELIBERATIONS, I

01:01PM   5    THINK YOU WILL SEE THAT THE FULL PICTURE REVEALS SOMETHING VERY

01:01PM   6    DIFFERENT FROM WHAT THE GOVERNMENT HAS BEEN PRESENTING TO YOU

01:01PM   7    FOR THREE MONTHS AND, INDEED, FOR THE LAST THREE HOURS.

01:01PM   8         LET ME BEGIN BY TAKING ONE EXAMPLE, AND THIS IS ONLY ONE

01:01PM   9    EXAMPLE OF THE EVIDENCE THAT THE GOVERNMENT PRESENTED TO YOU,

01:01PM  10    MR. SCHENK DISCUSSED JUST NOW, AND THIS IS THE ISSUE THAT HAS

01:01PM  11    BEEN DISCUSSED THROUGHOUT THE CASE OF THERANOS'S PARTNERSHIP

01:01PM  12    WITH PHARMACEUTICAL COMPANIES.

01:01PM  13         YOU'LL RECALL THAT THERANOS HAD PARTNERSHIPS WITH

01:01PM  14    COMPANIES THAT ARE HOUSEHOLD NAMES NOW, PFIZER AND OTHERS, AND

01:01PM  15    THAT HAS BEEN DISCUSSED THROUGHOUT THE CASE.

01:01PM  16         BUT WHAT IS THERANOS CHARGED WITH -- WHAT IS MS. HOLMES

01:01PM  17    CHARGED WITH IN CONNECTION WITH PHARMACEUTICAL COMPANIES?

01:01PM  18         WELL, SHE'S NOT CHARGED WITH DEFRAUDING THEM.  SHE'S NOT

01:01PM  19    CHARGED WITH DOING ANYTHING WITH PATIENTS IN CONNECTION WITH

01:01PM  20    CLINICAL TRIALS THAT IS UNTOWARD.

01:01PM  21         WHAT MS. HOLMES IS CHARGED WITH IS, SHE'S CHARGED WITH

01:02PM  22    MAKING FALSE REPRESENTATIONS TO SUBSEQUENT INVESTORS ABOUT

01:02PM  23    WHETHER THERANOS HAD PARTNERSHIPS WITH PHARMACEUTICAL COMPANIES

01:02PM  24    AND WHETHER THOSE PHARMACEUTICAL COMPANIES DURING THE COURSE OF

01:02PM  25    THAT PARTNERSHIP EXAMINED, USED, AND VALIDATED THERANOS'S
```

ER-6618

CLOSING ARGUMENT BY MR. DOWNEY                                      9033

01:02PM  1    TECHNOLOGY.

01:02PM  2         NOW, WHERE DOES THAT THEORY COME FROM?  WELL, MR. SCHENK

01:02PM  3    JUST SHOWED IT TO YOU DURING THE COURSE OF HIS OPENING TO YOU,

01:02PM  4    AND I'LL SHOW IT TO YOU AGAIN.

01:02PM  5         THIS IS A SLIDE THAT WAS SHOWN AS PART OF A PRESENTATION

01:02PM  6    TO WALGREENS IN MARCH OF 2010, AND THE GOVERNMENT'S THEORY AS

01:02PM  7    JUST EXPRESSED BY MR. SCHENK AND THROUGHOUT THE CASE IS THAT

01:02PM  8    THIS IS THE POINT AT WHICH THE CONSPIRACY TO DEFRAUD PEOPLE

01:02PM  9    REALLY BEGAN.

01:02PM  10        THE REPRESENTATION WAS THAT THERANOS SYSTEMS HAD BEEN

01:02PM  11   COMPREHENSIVELY VALIDATED OVER THE COURSE OF THE LAST SEVEN

01:02PM  12   YEARS BY 10 OF THE 15 LARGEST PHARMACEUTICAL COMPANIES.

01:03PM  13        NOW, IN THE GOVERNMENT'S CASE YOU HEARD ABOUT ONLY THREE

01:03PM  14   OF -- I'LL TAKE THIS.

01:03PM  15             THE COURT:  I APOLOGIZE, MR. DOWNEY.  I THINK OUR

01:03PM  16   EQUIPMENT IS -- THAT MICROPHONE DOESN'T SEEM TO BE WORKING FOR

01:03PM  17   SOME REASON.

01:03PM  18             MR. DOWNEY:  IS THAT A LITTLE BETTER?

01:03PM  19        THROUGHOUT THE COURSE OF THE GOVERNMENT'S CASE, YOU HEARD

01:03PM  20   ABOUT THREE PHARMACEUTICAL COMPANIES:  PFIZER, GLAXOSMITHKLINE,

01:03PM  21   AND SCHERING-PLOUGH.

01:03PM  22        YOU MIGHT HAVE THOUGHT AS A RESULT OF THAT PRESENTATION

01:03PM  23   THAT THOSE WERE THE ONLY PARTNERSHIPS WITH PHARMACEUTICAL

01:03PM  24   COMPANIES THAT THERANOS EVER HAD.

01:03PM  25        AND FROM THE EVIDENCE THAT WAS PRESENTED, YOU MIGHT HAVE

ER-6619

CLOSING ARGUMENT BY MR. DOWNEY                                    9034

01:03PM   1    THOUGHT THAT ALL THREE OF THOSE PARTNERSHIPS WENT VERY POORLY.

01:04PM   2         WHAT DOES THE EVIDENCE, IN FACT, SHOW?

01:04PM   3         THE EVIDENCE SHOWS THAT IN THE YEARS BETWEEN 2005 AND

01:04PM   4    2010, THERANOS HAD A NUMBER OF SUCCESSFUL PARTNERSHIPS WITH

01:04PM   5    PHARMACEUTICAL COMPANIES, AND THAT INDIVIDUALS WITHIN THERANOS

01:04PM   6    BELIEVED THAT, TALKED ABOUT IT, REPRESENTED IT TO EACH OTHER,

01:04PM   7    AND TALKED ABOUT IT EXTERNALLY.

01:04PM   8         EXHIBIT 7742, WHICH IS IN FRONT OF YOU, IS A SLIDE

01:04PM   9    PREPARED BY STEFAN HRISTU, WHO WAS AN INDIVIDUAL WHO WORKED

01:04PM  10    FULL TIME ON PHARMACEUTICAL PRODUCTS WITHIN THERANOS.

01:04PM  11         YOU'LL SEE THAT WITHIN THIS SLIDE THERE ARE

01:04PM  12    REPRESENTATIONS ABOUT 11 DIFFERENT PROGRAMS THAT WERE COMPLETED

01:04PM  13    SUCCESSES.  ON THE NEXT PAGE THERE ARE A LIST OF ADDITIONAL

01:04PM  14    PROGRAMS THAT WERE ONGOING.

01:04PM  15         IF YOU LOOK THEN TO THE NEXT SLIDE, WHAT I'LL SHOW YOU IS

01:05PM  16    THAT DURING THE COURSE OF MS. HOLMES'S TESTIMONY, YOU LEARNED A

01:05PM  17    LOT ABOUT THESE PARTNERSHIPS THAT YOU DIDN'T KNOW AS A RESULT

01:05PM  18    OF THE GOVERNMENT'S CASE.  IN FACT, THERE WERE 12 CONTRACTS

01:05PM  19    BETWEEN THERANOS AND PHARMACEUTICAL COMPANIES IN WHICH THOSE

01:05PM  20    PHARMACEUTICAL COMPANIES WERE IN SOME FORM OR ANOTHER

01:05PM  21    EXAMINING, USING, OR TRYING TO VALIDATE THERANOS'S TECHNOLOGY.

01:05PM  22         WHAT WAS THE RESULT OF THESE 12 CONTRACTS?  WELL, LET'S

01:05PM  23    TAKE A LOOK.

01:05PM  24         THERE ARE A NUMBER OF PARTNERSHIPS AND A NUMBER OF THE

01:05PM  25    CONTRACTS THAT I JUST SHOWED YOU WHERE IT'S NOT AT ALL DISPUTED

01:05PM   1    THAT THOSE COMPANIES EXAMINED, USED, AND VALIDATED THERANOS'S

01:05PM   2    TECHNOLOGY.

01:05PM   3         YOU HEARD NOTHING OF THIS IN THE GOVERNMENT'S CASE.  THOSE

01:05PM   4    ARE SEVEN COMPANIES:  ASTRAZENECA, NOVARTIS, GLAXOSMITHKLINE,

01:05PM   5    DIICHI, CENTOCOR, MERCK, AND BRISTOL MYERS, LARGE NATIONAL OR

01:06PM   6    MULTINATIONAL PHARMACEUTICAL COMPANIES.

01:06PM   7         MS. HOLMES TALKED ABOUT THAT DURING HER DIRECT EXAM

01:06PM   8    RECENTLY.  DURING ITS TWO DAY CROSS-EXAMINATION, THE GOVERNMENT

01:06PM   9    DIDN'T ASK HER A QUESTION ABOUT THOSE PROGRAMS.

01:06PM  10         NEXT, THERE WERE PARTNERS WHERE THE GOVERNMENT WITNESSES

01:06PM  11    CONCEDED THAT ALTHOUGH THE GOVERNMENT WITNESSES HAVE NEGATIVE

01:06PM  12    THINGS TO SAY ABOUT THERANOS'S TECHNOLOGY, THAT THOSE WITNESSES

01:06PM  13    DID NOT SAY THAT THEY HAD CONVEYED ANY OF THAT NEGATIVE

01:06PM  14    FEEDBACK TO MS. HOLMES, AND THAT'S PFIZER AND SCHERING-PLOUGH

01:06PM  15    WHO WE WILL TALK ABOUT IN A MINUTE.

01:06PM  16         THEN WE'LL TALK ALSO ABOUT CELGENE, WHICH WAS THE THIRD

01:06PM  17    COMPANY THAT THE GOVERNMENT MENTIONED DURING ITS CASE, AND

01:06PM  18    THAT'S THE CASE WHERE DR. SUNG TESTIFIED ABOUT A PARTNERSHIP.

01:06PM  19         IN THAT INSTANCE, THERE WAS -- THE SELECTION OF DR. SUNG

01:06PM  20    AS A WITNESS, I WOULD SUGGEST TO YOU, VERY MUCH OBSCURED THE

01:07PM  21    FULL PICTURE AS TO WHAT WAS OCCURRING IN THOSE PARTNERSHIPS.

01:07PM  22         NOW, LET'S LOOK AT THE TWO COMPANIES THAT WERE A PART OF

01:07PM  23    THE GOVERNMENT'S PRESENTATION ABOUT LOGOS.

01:07PM  24         FIRST, THIS IS THE CONTRACT WITH PFIZER.

01:07PM  25         NOW, THERE'S A SUGGESTION IN THE GOVERNMENT'S CASE,

01:07PM  1    THROUGH QUESTIONING OF WITNESSES, THAT IT IS SUSPICIOUS THAT

01:07PM  2    THERANOS DRAFTED THIS REPORT RATHER THAN PFIZER, AND THAT, IN

01:07PM  3    FACT, THE IMPLICATION WAS CREATED THAT IT WAS EVIDENCE OF BAD

01:07PM  4    FAITH ON THERANOS'S PART, THAT IT WAS A FRAUD AND THEY WERE

01:07PM  5    USING IT TO TELL PEOPLE THAT THEY HAD PARTNERED WITH PFIZER AND

01:07PM  6    HAD HAD SUCCESS.

01:07PM  7         IN FACT, THE CONTRACT BETWEEN PFIZER AND THERANOS

01:07PM  8    SPECIFIED THAT THERANOS SHOULD PREPARE THE REPORT AND IT SHOULD

01:08PM  9    SUBMIT THE REPORT AT THE END OF THE PROGRAM FOR AN ASSESSMENT

01:08PM 10    BY PFIZER.

01:08PM 11         THIS IS THE WAY A NUMBER OF CONTRACTS BETWEEN

01:08PM 12    PHARMACEUTICAL COMPANIES AND THERANOS WORKED.  WE'VE PLACED

01:08PM 13    THEM ALL IN EXHIBITS, AND YOU'LL BE ABLE TO SEE THEM AT 7753

01:08PM 14    AND ELSEWHERE.

01:08PM 15         WITH RESPECT TO CELGENE, THE GOVERNMENT FOCUSSED ON ONLY

01:08PM 16    ONE OF SEVERAL CONTRACTS THAT THERANOS HAD WITH CELGENE.

01:08PM 17         FIRST OF ALL, THEY DIDN'T EVEN MENTION A 3.25 MILLION BIO

01:08PM 18    MATHEMATICAL MODELING CONTRACT THAT TOOK PLACE.  DR. SUNG WAS

01:08PM 19    NOT INVOLVED WITH THAT PROJECT AND KNEW NOTHING ABOUT IT.

01:08PM 20         AS TO THE PK ASSAY THAT DR. SUNG TOUCHED ON, THAT CONTRACT

01:08PM 21    WAS, IN FACT, A SUCCESS.  CELGENE ACCEPTED THE REPORT THAT

01:08PM 22    THERANOS PREPARED DEMONSTRATING VALIDATION.  THE CONTRACT TERMS

01:09PM 23    PROVIDED IF IT ACCEPTED IT, IT WAS OBLIGATED TO PAY THERANOS.

01:09PM 24    IT ACCEPTED IT AS A VALIDATION, AND IT PAID THERANOS.

01:09PM 25         DR. SUNG TESTIFIED REALLY FOR A VERY SIMPLE REASON.  SHE

CLOSING ARGUMENT BY MR. DOWNEY                    9037

01:09PM   1    WASN'T INVOLVED AT ALL IN CONNECTION WITH ANY OF THE MANY

01:09PM   2    UNDERLYING PROJECTS THAT TOOK PLACE BETWEEN CELGENE AND

01:09PM   3    THERANOS.

01:09PM   4         BUT SHE HAD WITNESSED ON A COUPLE OF OCCASIONS, IN

01:09PM   5    CONNECTION WITH A PROJECT THAT THERANOS WORKED ON OF

01:09PM   6    DEVELOPMENT OF AN ASSAY, SOME NEGATIVE COMMENTARY FROM ANOTHER

01:09PM   7    CELGENE EMPLOYEE.  SHE DID NOT KNOW ABOUT THE PROGRAM, WHETHER

01:09PM   8    THERE WAS A VALIDATION IN CONNECTION WITH THE BIO MODELING

01:09PM   9    CONTRACT, AND SHE DID NOT KNOW ABOUT ANY WORK ON THE ORIGINAL

01:09PM  10    PK ASSAY.

01:09PM  11         SIMILARLY WITH RESPECT TO PFIZER WHERE I JUST SHOWED YOU

01:09PM  12    THE CONTRACT.  THIS WAS NO ERROR THAT DR. WEBER COULD -- HAD NO

01:09PM  13    KNOWLEDGE.  HE WASN'T THAT INVOLVED WITH RESPECT TO THIS

01:10PM  14    CONTRACT.

01:10PM  15         THIS WAS A CONTRACT THAT WAS SIGNED IN 2006.  THE

01:10PM  16    AGREEMENT WAS THAT THERANOS WOULD DEPLOY DEVICES IN REMOTE

01:10PM  17    AREAS OF TENNESSEE AND THAT THAT WOULD TAKE PLACE OVER THE

01:10PM  18    COURSE OF MORE THAN A YEAR.

01:10PM  19         ALL THAT WAS DONE.  DEVICES WERE PLACED IN PATIENTS'

01:10PM  20    HOMES, AND THE DRUG THAT WAS BEING EVALUATED BY PFIZER RELATED

01:10PM  21    TO CANCER PATIENTS, DATA WAS GENERATED, THE DATA THAT THERANOS

01:10PM  22    GENERATED WAS COMPARED TO THE DATA FROM A REFERENCE MODEL OR

01:10PM  23    FROM A STANDARD BLOOD TESTING RESULT, AND THERANOS PREPARED THE

01:10PM  24    REPORT THAT YOU'VE SEEN MANY TIMES IN THE CASE STATING THAT THE

01:10PM  25    COMPARISON WAS FAVORABLE.

ER-6623

CLOSING ARGUMENT BY MR. DOWNEY                        9038

01:10PM  1        WITH THIS CONTRACT, AS WITH THE OTHER CONTRACTS, THERE IS

01:10PM  2    NO DEMONSTRATION BY DR. WEBER THAT HE EVER CONVEYED TO THERANOS

01:10PM  3    THE NEGATIVE FEEDBACK OR THE NEGATIVE VIEW THAT HE TESTIFIED

01:11PM  4    ABOUT ON THE STAND.  HE ADMITTED THAT HE HADN'T.

01:11PM  5        SO WHAT IS THE SUM TOTAL OF WHAT YOU SAW IN THE

01:11PM  6    GOVERNMENT'S CASE?  YOU SAW A 14-MONTH PARTNERSHIP BETWEEN

01:11PM  7    THERANOS AND PFIZER WHICH, DURING THE FIRST 14 MONTHS OF THAT

01:11PM  8    PARTNERSHIP, DR. WEBER HAD NO INVOLVEMENT AT ALL.

01:11PM  9        HE WAS THEN INVOLVED FOR A PERIOD OF THREE MONTHS TO

01:11PM 10    REVIEW THE REPORT.  HE HAD A NEGATIVE REACTION TO THAT, AND HE

01:11PM 11    REPORTED IT UP.  HIS INVOLVEMENT CEASED THREE MONTHS LATER.

01:11PM 12        WHAT DO WE KNOW ABOUT ACTUALLY THE ENTIRETY OF THE

01:11PM 13    RELATIONSHIP BETWEEN THERANOS AND PFIZER?

01:11PM 14        WELL, AS I MENTIONED, IT BEGINS IN DECEMBER OF 2006.  IN

01:11PM 15    2007 TO 2008, THE STUDY RUNS FOR 16 MONTHS.  FROM NOVEMBER 2008

01:11PM 16    TO JANUARY 2009 IS THE WINDOW DURING WHICH DR. WEBER WAS

01:12PM 17    INVOLVED.

01:12PM 18        NOW, DR. WEBER SAID HE WASN'T AWARE OF CONTACT BETWEEN

01:12PM 19    THERANOS AND PFIZER AFTER THAT DAY.  HE WAS NOT AWARE OF

01:12PM 20    THERANOS EVER BEING IN DISCUSSIONS OF ANY KIND WITH PFIZER

01:12PM 21    AFTER JANUARY OF 2009.

01:12PM 22        WELL, OTHERS AT THERANOS -- OTHERS AT PFIZER KNEW ABOUT

01:12PM 23    CONTACT WITH THERANOS.  TWO OF THE PRINCIPAL PERSONS WHO HAD

01:12PM 24    BEEN INVOLVED IN THE STUDY PROJECT BETWEEN PFIZER AND THERANOS

01:12PM 25    REMAINED IN CONTACT WITH THERANOS FOR THE FOLLOWING SIX YEARS.

01:12PM  1        THEY HAD CONTACT IN AS CLOSE A PROXIMITY TO THIS JANUARY

01:12PM  2   '09 DATE WHEN DR. WEBER SAID CONTACT HAD CEASED AS AUGUST OF

01:12PM  3   2009.

01:12PM  4        AND WHY DID THEY CONTACT THERANOS?  BECAUSE THEY WANTED

01:12PM  5   THEM TO DO A CLINICAL TRIAL.

01:13PM  6        NOW, THAT DOES NOT SUGGEST SKEPTICISM OR A NEGATIVE VIEW

01:13PM  7   OF THERANOS'S TECHNOLOGY AS DR. WEBER'S TESTIMONY WOULD HAVE

01:13PM  8   CONVEYED.  MAKE NO MISTAKE ABOUT IT.

01:13PM  9        I'M NOT CRITICIZING DR. WEBER.  BUT DR. WEBER HAD A VERY

01:13PM 10   LIMITED VIEW OF THE RELATIONSHIP BETWEEN PFIZER AND THERANOS.

01:13PM 11        WE SEE, GOING FORWARD FOR A PERIOD OF SEVERAL YEARS,

01:13PM 12   DR. LIPSET AND DR. SAKUL, WHO WERE THE INDIVIDUALS INVOLVED, TO

01:13PM 13   CONTINUE TO HAVE CONTACT WITH THERANOS, INCLUDING AFTER

01:13PM 14   THERANOS ENGAGED IN ITS RETAIL LAUNCH, AND THEY CONTINUED TO

01:13PM 15   STATE THAT THEY HAD AN INTEREST IN WORKING WITH THERANOS.

01:13PM 16        LOOK AT THIS COMMUNICATION IN FEBRUARY OF 2015.  AND

01:13PM 17   THEY'RE TALKING ABOUT THERANOS'S RETAIL STORES BEING USED --

01:13PM 18   THE THERANOS SERVICE CENTERS IN RETAIL STORES BEING USED AS A

01:14PM 19   BASIS TO CONDUCT CLINICAL STUDIES.

01:14PM 20        THE IMPLICATION FROM THE GOVERNMENT IS THE RELATIONSHIP

01:14PM 21   WITH PFIZER WENT POORLY.  THEY DID NOT EXAMINE, USE, AND

01:14PM 22   VALIDATE THERANOS'S TECHNOLOGY.

01:14PM 23        THE FULL FACTS AS TO THIS SUGGEST OTHERWISE.

01:14PM 24        NOW, LET'S LOOK AT THE SCHERING-PLOUGH EXAMPLE.  AS YOU

01:14PM 25   KNOW, DR. CULLEN FROM SCHERING-PLOUGH TESTIFIED.  AND SHE

CLOSING ARGUMENT BY MR. DOWNEY                                9040

01:14PM  1    TESTIFIED THAT THERE WAS A CONTRACT FOR A COMPREHENSIVE

01:14PM  2    VALIDATION OF A MULTIPLEX, SO-CALLED MULTIPLEX ASSAY.

01:14PM  3         NOW, UNDER THAT CONTRACT, AS UNDER THE PFIZER CONTRACT,

01:14PM  4    THERANOS WAS TO PREPARE A REPORT, SUBMIT IT TO SCHERING-PLOUGH,

01:14PM  5    AND IF SCHERING-PLOUGH AGREED THAT THERE WAS A VALIDATION, THEY

01:14PM  6    WERE TO PAY THERANOS.

01:14PM  7         WHAT HAPPENED?  THERANOS COMPLETED THE STUDY, THEY

01:14PM  8    COMPLETED THE REPORT, SUBMITTED IT TO SCHERING-PLOUGH, AND THEY

01:15PM  9    WERE PAID.

01:15PM 10         THERE WAS NO NEGATIVE FEEDBACK CONVEYED FROM DR. CULLEN TO

01:15PM 11    THERANOS, AND SHE CONCEDED THAT THE VIEWS THAT SHE EXPRESSED

01:15PM 12    HERE ON THE STAND AS TO THE TECHNOLOGY WERE NEVER CONVEYED TO

01:15PM 13    MS. HOLMES.

01:15PM 14         NOW, I WANT TO REALLY FOCUS ON WHAT THE GOVERNMENT HAS

01:15PM 15    FOCUSSED ON WITH RESPECT TO THE LOGOS.

01:15PM 16         BUT WHAT DOES WHAT HAVE I JUST SHOWN YOU IMPLY WITH REGARD

01:15PM 17    TO THE EVIDENCE THAT THE GOVERNMENT HAS PRESENTED TO YOU IN

01:15PM 18    THIS CASE?

01:15PM 19         IF THERE HAD NOT BEEN A DEFENSE CASE, YOU WOULD NOT HAVE

01:15PM 20    KNOWN ABOUT MANY, MANY PHARMACEUTICAL PROJECTS THAT THERANOS

01:15PM 21    HAD AND COMPLETED SUCCESSFULLY.

01:15PM 22         YOU WOULD NOT KNOW THAT WITNESSES LIKE DR. WEBER HAD A

01:15PM 23    VERY LIMITED VIEW OF WHAT HAPPENED BECAUSE THEY WERE ONLY

01:15PM 24    INVOLVED FOR A BRIEF PERIOD OF TIME.

01:15PM 25         AND YOU WOULD NOT KNOW THAT FOR MANY YEARS IN THE

01:16PM   1    RELATIONSHIP BETWEEN PFIZER AND CELGENE, THERE WAS A GREAT DEAL

01:16PM   2    OF SUCCESS.  YOU WOULD KNOW NONE OF THAT.

01:16PM   3        YOU ONLY KNOW THAT BECAUSE THERE WAS A PRESENTATION ON

01:16PM   4    THAT FROM THE DEFENSE.

01:16PM   5        SO WHEN I ASK YOU TO WAIT AND HEAR THE FULL STORY AND TO

01:16PM   6    GO THROUGH THE EVIDENCE WITH ME, AND TO GO THROUGH THE EVIDENCE

01:16PM   7    WHEN YOU GO BACK TO DELIBERATE IN THE JURY ROOM, REMEMBER THAT

01:16PM   8    EXAMPLE WHERE THE PICTURE CAN CHANGE QUITE A GOOD DEAL AS THE

01:16PM   9    RESULT OF WAITING FOR THE FULL STORY AND LOOKING THROUGH THE

01:16PM  10    FULL MATERIAL.

01:16PM  11        NOW, LET ME TALK ABOUT THIS LOGO ISSUE.  YOU HAVE HEARD

01:16PM  12    ABOUT IT THROUGHOUT THE CASE, THAT MS. HOLMES ADDED LOGOS TO

01:16PM  13    THREE PHARMACEUTICAL REPORTS, AND THIS WAS DONE FOR THE PURPOSE

01:16PM  14    OF DECEIVING A VARIETY OF PEOPLE.

01:16PM  15        BUT THE FIRST GROUP THAT IT WAS SUPPOSEDLY DESIGNED TO

01:16PM  16    FOOL AND DEFRAUD WAS WALGREENS.

01:17PM  17        NOW, MS. HOLMES ADMITTED TO YOU THAT SHE ADDED THE LOGOS

01:17PM  18    AND DID IT WITHOUT THINKING THERE WAS ANYTHING WRONG WITH IT.

01:17PM  19        WELL, WHY WOULD THAT BE HER STATE OF MIND?

01:17PM  20        WELL, LET'S CONSIDER HOW MS. HOLMES COMMUNICATED WITH

01:17PM  21    INVESTORS ABOUT THESE PHARMACEUTICAL RELATIONSHIPS.

01:17PM  22        IF INVESTORS WANTED TO KNOW ABOUT PARTICULAR

01:17PM  23    PHARMACEUTICAL PROJECTS, YOU WOULD THINK, TO LISTEN TO THE

01:17PM  24    GOVERNMENT'S CASE, THAT SHE WOULD SAY, OH, NO, YOU CAN'T TALK

01:17PM  25    TO THE PHARMACEUTICAL COMPANY.

CLOSING ARGUMENT BY MR. DOWNEY                    9042

01:17PM   1          BUT, IN FACT, SHE PUTS INVESTORS IN TOUCH WITH PFIZER WHEN

01:17PM   2     THEY ASK FOR THAT INFORMATION, AS IN THIS EXHIBIT 15016 WHERE

01:17PM   3     AN INVESTOR EXPRESSES CURIOSITY ABOUT WHAT IS GOING ON BETWEEN

01:17PM   4     PFIZER AND THERANOS, AND THEY'RE GIVING CONTACT INFORMATION FOR

01:17PM   5     SOMEBODY AT PFIZER TO TALK TO.

01:17PM   6          OR IN THIS INSTANCE WHERE ANOTHER POTENTIAL INVESTOR

01:18PM   7     EXPRESSES INTEREST IN TALKING TO SEVERAL PHARMACEUTICAL

01:18PM   8     PARTNERS, MS. HOLMES NOT ONLY SAYS THAT'S FINE WITH HER, SHE

01:18PM   9     GIVES THE CONTACT INFORMATION, WHICH IS REDACTED HERE, FOR A

01:18PM  10     LARGE GROUP OF PHARMACEUTICAL COMPANIES:  PFIZER,

01:18PM  11     GLAXOSMITHKLINE, BRISTOL MYERS, NOVARTIS.

01:18PM  12          MS. HOLMES HAS NO INTENT TO DECEIVE PEOPLE OR HIDE FROM

01:18PM  13     PEOPLE THINGS THAT ARE GOING ON IN THOSE RELATIONSHIPS,

01:18PM  14     CONTRARY TO THE GOVERNMENT'S ASSERTIONS.

01:18PM  15          NOW, I WANT TO TALK VERY SPECIFICALLY AND VERY -- I'LL ASK

01:18PM  16     YOU TO LOOK VERY MUCH AT THE RELATIONSHIP BETWEEN

01:18PM  17     GLAXOSMITHKLINE AND THERANOS BECAUSE THAT IS THE COMPANY, ONE

01:18PM  18     OF THE THREE COMPANIES, ON WHICH A LOGO FROM THERANOS WAS

01:18PM  19     ADDED.

01:18PM  20          NOW, WE DIDN'T HEAR MUCH ABOUT THE

01:19PM  21     GLAXOSMITHKLINE/THERANOS -- THE ACTUAL RELATIONSHIP DURING THE

01:19PM  22     GOVERNMENT'S CASE.

01:19PM  23          BUT, IN FACT, IT'S FAIRLY IMPORTANT TO UNDERSTAND WHAT IS

01:19PM  24     GOING ON WHEN MS. HOLMES INTERACTS WITH INVESTORS AND WHAT SHE

01:19PM  25     UNDERSTANDS WHEN SHE'S PARTICIPATING IN DISCUSSIONS WITH

CLOSING ARGUMENT BY MR. DOWNEY                    9043

01:19PM  1    WALGREENS IN 2010.

01:19PM  2         FIRST OF ALL, IN 2008, THERANOS SENT ITS DEVICES TO

01:19PM  3    GLAXOSMITHKLINE AND SAID, WE WANT YOU TO EVALUATE OUR

01:19PM  4    TECHNOLOGY TO SEE IF THAT TECHNOLOGY CAN BE VALIDATED.

01:19PM  5         SO THEY SENT THE TECHNOLOGY TO GLAXOSMITHKLINE TO EXAMINE

01:19PM  6    AND ASK, IS THIS A TECHNOLOGY THAT YOU THINK WOULD BE USEFUL IN

01:19PM  7    CONNECTION WITH CONDUCTING BLOOD TESTING SERVICES?

01:19PM  8         THAT REPORT WAS SENT BACK BY GSK.  THAT REPORT DID NOT

01:19PM  9    HAVE LOGOS OF EITHER THERANOS OR GSK ON IT.

01:20PM 10         THEN AT SOME DATE IN BETWEEN JUNE 2008 AND MARCH 2009,

01:20PM 11    THERANOS ADDED THE LOGOS OF BOTH THERANOS AND GSK.  MIND YOU,

01:20PM 12    THIS IS A YEAR, AT LEAST A YEAR BEFORE THE GOVERNMENT SAYS SHE

01:20PM 13    ADDED LOGOS TO DEFRAUD WALGREENS IN THEIR NEGOTIATION.

01:20PM 14         AT SOME POINT THOSE LOGOS ARE ADDED TO THE REPORT.  WE

01:20PM 15    DON'T KNOW FROM THE EVIDENCE WHEN THAT HAPPENED.

01:20PM 16         NOW, DOES MS. HOLMES FEEL LIKE SHE'S COMMITTING A FRAUD IN

01:20PM 17    CONNECTION WITH ADDING GSK'S LOGO TO THE REPORT?

01:20PM 18         WELL, APPARENTLY NOT, BECAUSE IN MARCH OF 2009, ONE FULL

01:20PM 19    YEAR BEFORE SHE SENDS THAT REPORT, SHE'S ADDED THE LOGO TO

01:21PM 20    WALGREENS, SHE SENDS IT TO GSK WITH BOTH THE THERANOS LOGO AND

01:21PM 21    THE GSK LOGO ON IT.  AND YOU CAN SEE THAT IN EXHIBIT 15066.

01:21PM 22         THAT'S A YEAR BEFORE THE LOGOS ARE TRANSMITTED TO

01:21PM 23    WALGREENS AND THE GOVERNMENT SAYS THAT THE FRAUD BEGAN.

01:21PM 24         THEN IN DECEMBER OF 2009, SHE SENDS IT AGAIN.  AND YOU CAN

01:21PM 25    LOOK AT EXHIBIT 15058 TO SEE THAT.

CLOSING ARGUMENT BY MR. DOWNEY                                    9044

01:21PM   1        AND THEN IN MARCH OF 2010, BECAUSE YOU ALREADY KNOW AND

01:21PM   2   WHAT WAS PRESENTED IN THE GOVERNMENT'S CASE, IS THAT SHE SENDS

01:21PM   3   A COPY OF THAT REPORT WITH BOTH LOGOS TO WALGREENS AS PART OF

01:21PM   4   THEIR DISCUSSIONS ABOUT WHETHER OR NOT THEY'LL HAVE A

01:21PM   5   PARTNERSHIP.

01:21PM   6        AGAIN, JUST LIKE PUTTING PEOPLE IN TOUCH WITH THE

01:21PM   7   PHARMACEUTICAL COMPANIES TO TALK ABOUT THE WORK THAT THERANOS

01:21PM   8   WAS DOING, SHE FEELS NO SELF-CONSCIOUSNESS ABOUT EXPRESSING

01:22PM   9   THAT IN THESE JOINT PROJECTS, THEY ARE JOINT PROJECTS OF BOTH

01:22PM  10   THERANOS AND THE PHARMACEUTICAL COMPANY.

01:22PM  11        THAT'S GSK.

01:22PM  12        NOW, I SHOULD MENTION WITH RESPECT TO GSK, MR. SCHENK

01:22PM  13   MENTIONED IN PASSING, HE TALKS ABOUT THE WORDS COMPREHENSIVE

01:22PM  14   VALIDATION.

01:22PM  15        IN CONNECTION WITH GSK, THERANOS HAD THE OPPORTUNITY TO

01:22PM  16   GIVE A PRESENTATION TO GSK ABOUT WHAT IT UNDERSTOOD GSK HAD

01:22PM  17   DONE AS PART OF THE RELATIONSHIP BETWEEN GSK AND THERANOS.

01:22PM  18        AND WHAT DID SHE CONVEY IN EXHIBIT 15058?  SHE SAID THAT

01:22PM  19   GSK HAD COMPLETED A COMPREHENSIVE VALIDATION OF THERANOS

01:22PM  20   SYSTEMS IN 2008, EXACTLY THE CLAIM THAT SHE MAKES IN CONNECTION

01:22PM  21   WITH SOME OF THE CONVERSATIONS THAT THE GOVERNMENT IS FOCUSSED

01:23PM  22   ON.

01:23PM  23        DOES GSK DISAGREE WITH THAT?  DOES GSK SAY, WE'RE SHOCKED

01:23PM  24   TO SEE THAT?  DOES GSK SAY, WE'RE SHOCKED TO SEE THAT AND WE'RE

01:23PM  25   SHOCKED TO SEE OUR LOGO ON THIS?  NOT AT ALL.  NOT AT ALL.

CLOSING ARGUMENT BY MR. DOWNEY                    9045

01:23PM   1    THEY RECEIVED ALL OF THAT INFORMATION AND TREATED IT AS

01:23PM   2    PERFECTLY NORMAL.

01:23PM   3         NOW, LET'S MOVE ON TO THE PFIZER SITUATION.  VERY

01:23PM   4    SIMILARLY.  I SHOWED YOU THAT MS. HOLMES WAS NOT SELF-CONSCIOUS

01:23PM   5    ABOUT PUTTING INVESTORS IN TOUCH WITH PFIZER.

01:23PM   6         BUT SPECIFICALLY WITH RESPECT TO THE LOGOS, WE KNOW THAT

01:23PM   7    MS. HOLMES APPLIED THE PFIZER LOGO AND SENT THE DOCUMENT WITH

01:23PM   8    BOTH THE PFIZER LOGO AND THE THERANOS LOGO BACK TO PFIZER.

01:23PM   9         NOW, WE DON'T KNOW IF PFIZER WAS NOT SURPRISED BY THAT

01:23PM  10    BECAUSE THEY KNEW IT WAS A JOINT PROJECT OR BECAUSE THEY HAD

01:23PM  11    READ THE REPORT MANY TIMES AND THOUGHT OF IT AS THEIR JOINT

01:24PM  12    WORK.  WE DON'T KNOW.

01:24PM  13         BUT WHAT WE DO KNOW IS THAT PFIZER CERTAINLY DIDN'T REACT

01:24PM  14    AS IF ANYTHING UNTOWARD HAD HAPPENED.  THEY RECEIVED THE REPORT

01:24PM  15    WITH BOTH LOGOS ON IT, AND AS I SHOWED YOU A MOMENT AGO,

01:24PM  16    CONVERSATIONS CONTINUED BETWEEN PFIZER AND THERANOS ABOUT

01:24PM  17    WORKING TOGETHER INTO 2015 ON LARGE PROJECTS.

01:24PM  18         PFIZER AS WELL SAW NOTHING UNTOWARD IN THE ADDING OF ITS

01:24PM  19    LOGO TO THE REPORT.

01:24PM  20         WHAT ABOUT SCHERING-PLOUGH?

01:24PM  21         NOW, WE KNOW THAT WITH RESPECT TO SCHERING-PLOUGH,

01:24PM  22    DR. CULLEN TESTIFIED THAT SHE HAD A NEGATIVE VIEW OF THE WORK

01:24PM  23    THAT THERANOS HAD DONE.

01:24PM  24         WE ALSO KNOW THAT SHE TESTIFIED THAT SHE DIDN'T ACTUALLY

01:24PM  25    CONCEDE THAT -- OR SHE DIDN'T CONVEY THAT TO MS. HOLMES.

CLOSING ARGUMENT BY MR. DOWNEY                                    9046

01:24PM   1          BUT WHAT DID MS. HOLMES UNDERSTAND WAS DR. CULLEN'S

01:25PM   2     REACTION TO THE THERANOS VALIDATION PROJECT?

01:25PM   3          WHAT IS THE EVIDENCE WHICH WOULD TEACH US, HERE'S WHAT

01:25PM   4     MS. HOLMES THOUGHT AS PART OF HER STATE OF MIND AS TO WHAT

01:25PM   5     HAPPENED IN THAT PROJECT AND HOW IT WAS VIEWED BY

01:25PM   6     SCHERING-PLOUGH?

01:25PM   7          WELL, YOU CAN SEE THAT IN EXHIBIT 15045 WHERE AN EMPLOYEE

01:25PM   8     OF THERANOS WHO ALSO WORKED ALMOST FULL TIME ON PHARMACEUTICAL

01:25PM   9     PROJECTS REPORTS TO MS. HOLMES THAT SHE HAS HAD A CONVERSATION

01:25PM  10     WITH DR. CULLEN, AND IT WAS A GREAT CALL.  AND DURING THE

01:25PM  11     COURSE OF THE CALL SHE SUGGESTS THAT DR. CULLEN HAS READ THE

01:25PM  12     REPORT AND SHE'S PLANNING TO PASS IT AROUND IN HER NEW COMPANY,

01:25PM  13     MERCK, AND IT MAY BE USEFUL IN GENERATING FURTHER WORK FOR

01:25PM  14     THERANOS.

01:25PM  15          THERE'S NO SUGGESTION THAT MS. HOLMES THOUGHT OR BELIEVED

01:25PM  16     THAT SCHERING-PLOUGH HAD INVALIDATED ITS TECHNOLOGY UNDER THE

01:25PM  17     TERMS OF THAT CONTRACT.

01:26PM  18          SO WHAT DO WE HAVE?  WE HAVE THE GOVERNMENT PRESENTING

01:26PM  19     THREE WITNESSES WHO CONVEY A VIEW OF THE WORLD ABOUT THERANOS

01:26PM  20     AND ITS PARTNERSHIPS WITH PHARMACEUTICAL COMPANIES.  THAT VIEW

01:26PM  21     IS THERANOS'S TECHNOLOGY IS NO GOOD, MS. HOLMES KNEW IT, AND

01:26PM  22     SHE HAD NO BASIS FOR MAKING THOSE STATEMENTS.

01:26PM  23          WHAT DO WE, IN FACT, KNOW?

01:26PM  24          THERANOS HAD AT LEAST 11 PARTNERSHIPS WITH PHARMACEUTICAL

01:26PM  25     COMPANIES THEY BELIEVED WERE SUCCESSFUL, THAT FOR MANY OF THOSE

01:26PM  1    PARTNERSHIPS THE GOVERNMENT HAS NOT DISPUTED THAT THOSE

01:26PM  2    PARTNERSHIPS WERE SUCCESSFUL.

01:26PM  3        AND WITH REGARD TO THE THREE COMPANIES WHERE THE COMPANY

01:26PM  4    HAS -- WHERE THE GOVERNMENT HAS RAISED AN ISSUE, WITH THE

01:26PM  5    EXCEPTION OF DR. CULLEN, THE WITNESSES AREN'T EVEN THE PEOPLE

01:26PM  6    WHO WERE PRIMARILY INVOLVED IN THE RELATIONSHIP.

01:26PM  7        THAT SHOULD CAUSE YOU TO BEGIN TO QUESTION AND TAKE ON A

01:26PM  8    WILLINGNESS AS YOU EXAMINE THE EVIDENCE AS PART OF YOUR JURY

01:27PM  9    DELIBERATIONS TO LOOK AT BOTH SIDES OF THE STORY, BECAUSE IT'S

01:27PM 10    EASY TO MAKE THAT ACCUSATION.  IT COULD TAKE SOME EFFORT AND

01:27PM 11    TIME TO UNPACK IT.

01:27PM 12        NOW, THAT'S ONE EXAMPLE.  ONE EXAMPLE.

01:27PM 13        BUT THAT PATTERN WILL RUN THROUGHOUT THE CASE.  THE

01:27PM 14    GOVERNMENT IS SHOWING AN EVENT LOOKS BAD, BUT AT THE END OF THE

01:27PM 15    DAY WHEN ALL OF THE EVIDENCE FLOWS TOGETHER, IT ISN'T SO BAD.

01:27PM 16        I WILL SAY TO YOU THAT YOU ARE GOING TO SEE THAT WITH

01:27PM 17    REGARD TO SEVERAL ISSUES AS I CONTINUE TO GO THROUGH THE

01:27PM 18    EVIDENCE WITH YOU TODAY.

01:27PM 19        BUT I WANT TO TALK FIRST ABOUT THE ROLE THAT YOU

01:27PM 20    ULTIMATELY PLAY WHEN YOU GO BACK TO THE JURY ROOM, AND THEN I

01:27PM 21    WANT TO TALK ABOUT WHAT I THINK IS THE CRITICAL ISSUE IN THE

01:27PM 22    CASE AND EXAMINE THE EVIDENCE IN LIGHT OF IT, AND THAT IS

01:27PM 23    MS. HOLMES'S INTENT, WHAT SHE UNDERSTOOD AND BELIEVED WHY SHE

01:28PM 24    DID WHAT SHE DID.

01:28PM 25        AND I'LL GO THROUGH THAT SYSTEMATICALLY BECAUSE I THINK I

01:28PM  1    WILL BE HELPFUL TO YOU IF I COMPARE THAT, THE ELEMENTS OF WHAT

01:28PM  2    THE OFFENSES ARE, AND EXPLAIN HOW THEY RELATE TO WHAT THE

01:28PM  3    EVIDENCE IS.

01:28PM  4         AND I'LL ASK YOU THAT YOU REMEMBER FROM OUR ORIGINAL JURY

01:28PM  5    INSTRUCTIONS THAT YOU HAD AN OBLIGATION, WHICH YOU ALL

01:28PM  6    UNDERTOOK AND WHICH YOU'VE ALL DONE, TO MAINTAIN A PRESUMPTION

01:28PM  7    OF INNOCENCE THROUGHOUT THIS CASE.

01:28PM  8         AS YOU KNOW, MS. HOLMES IS PRESUMED INNOCENT UNTIL EACH

01:28PM  9    AND EVERY ONE OF YOU DETERMINES BEYOND A REASONABLE DOUBT THAT

01:28PM 10    SHE HAS COMMITTED EVERY ELEMENT OF THE OFFENSES WITH WHICH SHE

01:28PM 11    IS CHARGED.

01:28PM 12         SHE NEVER HAS TO PROVE HER INNOCENCE.  SHE NEVER HAS TO

01:28PM 13    EVEN OFFER A DEFENSE, ALTHOUGH THAT WAS DONE IN THIS CASE.

01:29PM 14         IF YOU HAVE A REASONABLE DOUBT AS TO WHETHER MS. HOLMES

01:29PM 15    COMMITTED ANY ELEMENT OF THE OFFENSE, YOU SHOULD FIND HER NOT

01:29PM 16    GUILTY.

01:29PM 17         NOW, MR. SCHENK MENTIONED IT IN PASSING, BUT I WANT TO

01:29PM 18    TALK ABOUT IT A LITTLE MORE AND IN A LITTLE MORE DEPTH, AND

01:29PM 19    THAT IS THE CONCEPT OF REASONABLE DOUBT.  WE HEAR THAT PHRASE

01:29PM 20    ALL OF THE TIME.

01:29PM 21         WHAT DOES REASONABLE DOUBT MEAN?

01:29PM 22         WELL, I THINK YOU CAN THINK OF REASONABLE DOUBT AS A --

01:29PM 23    REALLY AS A STANDARD.  IF YOU THINK ABOUT THE DIFFERENT

01:29PM 24    ELEMENTS OF PROOF OR THE DIFFERENT BURDENS OF PROOF THAT APPLY

01:29PM 25    IN THE LAW, I JUST WANT TO EXPLAIN HOW THE CONCEPT OF THE

CLOSING ARGUMENT BY MR. DOWNEY                                    9049

```
01:29PM   1        REASONABLE DOUBT FITS WITHIN THAT.

01:29PM   2            IF YOU LOOK AT THE EVIDENCE AS AN ASCENDING STAIRCASE,

01:29PM   3        THIS IS WHAT IT WOULD LOOK LIKE AS COMPARED TO THE BURDENS THAT

01:30PM   4        SOMEONE FACES IN CONNECTION WITH A CASE.

01:30PM   5            AT THE BOTTOM YOU HAVE NO EVIDENCE, SO THERE IS NOTHING TO

01:30PM   6        DO.

01:30PM   7            ABOVE THAT WE HAVE WHAT IS CALLED A SCINTILLA OF EVIDENCE,

01:30PM   8        WHICH IS JUST A TINY BIT OF EVIDENCE WHICH MIGHT RAISE WITH

01:30PM   9        SOMEONE A CONCERN, BUT IT'S NOT MUCH EVIDENCE.

01:30PM  10            NOW, ABOVE THAT IS REASONABLE SUSPICION.  REASONABLE

01:30PM  11        SUSPICION IS EVIDENCE FROM WHICH A REASONABLE PERSON COULD

01:30PM  12        CONCLUDE THAT A CRIME HAS BEEN COMMITTED.  NOT EVERY PERSON

01:30PM  13        WOULD HAVE TO CONCLUDE THAT, BUT A REASONABLE PERSON COULD

01:30PM  14        CONCLUDE FROM THE EVIDENCE THAT IS PRESENTED.

01:30PM  15            PROBABLE CAUSE IS NEXT ABOVE THAT, AND THAT TAKES US TO

01:30PM  16        THE POINT WHERE PEOPLE -- WHERE A COURT MAKES A DETERMINATION

01:30PM  17        THAT THERE'S ENOUGH EVIDENCE OF AN OFFENSE THAT CERTAIN ACTIONS

01:30PM  18        MIGHT BE JUSTIFIED, FOR EXAMPLE, A SEARCH OF SOMEONE'S HOME.

01:31PM  19        BUT IT IS NOT, IT IS NOT REQUIRED THAT THERE BE A HIGHER LEVEL

01:31PM  20        OF PROOF.

01:31PM  21            NOW, WHAT IS ABOVE THAT?  WHAT IS ABOVE THAT IS A CONCEPT

01:31PM  22        THAT SOME OF YOU ARE FAMILIAR WITH BECAUSE I KNOW YOU'VE SERVED

01:31PM  23        ON CIVIL JURIES IN CONNECTION WITH OTHER TRIALS, AND THAT'S A

01:31PM  24        PREPONDERANCE OF THE EVIDENCE.  IF SOMEONE IS FOUND TO HAVE

01:31PM  25        PROVEN BY A PREPONDERANCE OF THE EVIDENCE SOMETHING, THEY'VE
```

ER-6635

01:31PM  1    PROVEN THAT WHEN EVIDENCE IS WEIGHED, IT'S A LITTLE MORE LIKELY

01:31PM  2    THAT SOMETHING IS TRUE THAN FALSE.  THAT'S A PREPONDERANCE OF

01:31PM  3    EVIDENCE.

01:31PM  4         ABOVE THAT IS THE CLEAR AND CONVINCING STANDARD.  NOW, YOU

01:31PM  5    MEET THE CLEAR AND CONVINCING STANDARD IF YOU ARE FIRMLY

01:31PM  6    CONVINCED THAT SOMETHING HAPPENS, YOU ARE FIRMLY CONVINCED THAT

01:31PM  7    SOMETHING HAPPENS.

01:31PM  8         THAT DOESN'T MEAN IT HAS TO BE BEYOND A REASONABLE DOUBT

01:31PM  9    THAT IT HAPPENED, BUT YOU ARE FIRMLY CONVINCED OF IT.

01:32PM 10         REASONABLE DOUBT IS ABOVE THAT.  IT'S A HIGHER STANDARD OF

01:32PM 11    PROOF.  AND REASONABLE DOUBT MEANS NOT BEYOND SPECULATION, BUT

01:32PM 12    BEYOND ANY REASONABLE DOUBT THAT A PERSON WOULD HAVE, THEY

01:32PM 13    DETERMINED THAT THE EVIDENCE DOES NOT ALLOW FOR A DETERMINATION

01:32PM 14    THAT THE PERSON DID NOT COMMIT AN OFFENSE.

01:32PM 15         THAT IS THE HIGHEST BURDEN IN THE LAW.

01:32PM 16         THAT IS THE BURDEN WHICH THE GOVERNMENT BEARS IN THIS CASE

01:32PM 17    AND THEY ACCEPT.  YOU SHOULD EXAMINE THE EVIDENCE WITH THAT

01:32PM 18    BURDEN IN MIND.

01:32PM 19         THIS IS NOT A CASE WHERE YOU'RE EVALUATING, DO I THINK IT

01:32PM 20    IS MORE LIKELY THAN NOT THAT MS. HOLMES HAS COMMITTED AN

01:32PM 21    OFFENSE?  AM I FIRMLY CONVINCED THAT MS. HOLMES HAS COMMITTED

01:32PM 22    AN OFFENSE?

01:32PM 23         THIS IS A CASE IN WHICH YOU ARE QUESTIONING, IS IT BEYOND

01:32PM 24    A REASONABLE DOUBT THAT MS. HOLMES HAS COMMITTED THE OFFENSES

01:32PM 25    OF WHICH SHE IS ACCUSED?

CLOSING ARGUMENT BY MR. DOWNEY                                    9051

01:33PM   1        NOW, I WANT TO TALK A LITTLE BIT, AND I WON'T GO INTO THEM

01:33PM   2    IN DEPTH BECAUSE I THINK MR. SCHENK HOPEFULLY SPUN OUT FOR YOU

01:33PM   3    THE ELEMENTS THAT ARE AT ISSUE HERE, BUT I WANT TO PAY

01:33PM   4    ATTENTION TO A FEW OF THE ELEMENTS.

01:33PM   5        AS MR. SCHENK TOLD YOU, WIRE FRAUD REQUIRES THAT THE

01:33PM   6    GOVERNMENT PROVE THAT SOMEONE HAS KNOWINGLY DEVISED A SCHEME TO

01:33PM   7    DEFRAUD; AND THEY'VE MADE MATERIAL FALSE STATEMENTS AS PART OF

01:33PM   8    THAT; AND THAT THEY ACTED WITH THE INTENT TO DEFRAUD, I'LL

01:33PM   9    RETURN TO THAT; AND AS MR. SCHENK SAID, THEY USED INTERSTATE

01:33PM   10   WIRES TO CARRY OUT AN ESSENTIAL PART OF THAT SCHEME.

01:33PM   11       LET'S FOCUS ON THE INTENT AND WHAT THAT MEANS IN THIS

01:33PM   12   CONTEXT.  INTENT TO DEFRAUD MEANS THE INTENT TO DEPRIVE SOMEONE

01:33PM   13   OF MONEY OR PROPERTY BY MEANS OF A DECEPTION.

01:33PM   14       IF SOMEONE IS ACTING IN GOOD FAITH OR SOMEONE DOES NOT

01:33PM   15   BELIEVE THAT WHAT THEY ARE DOING ACTUALLY IS PART OF A SCHEME

01:34PM   16   TO DEFRAUD, THEN THE CORRECT VERDICT IS A NOT GUILTY VERDICT.

01:34PM   17       LET'S TALK BRIEFLY ABOUT CONSPIRACY, AND THEN WE'LL TAKE

01:34PM   18   OUR BREAK.

01:34PM   19       CONSPIRACY REQUIRES THAT YOU FIND THAT SOMEONE AGREED WITH

01:34PM   20   SOMEONE ELSE TO COMMIT WIRE FRAUD AND THAT THE PERSON BECAME A

01:34PM   21   MEMBER OF THAT CONSPIRACY BY WILLFULLY PARTICIPATING IN AN

01:34PM   22   UNLAWFUL PLAN WITH INTENT TO COMMIT WIRE FRAUD.

01:34PM   23       LET'S FOCUS ON THAT WORD "WILLFULLY."

01:34PM   24       WILLFULLY MEANS THAT SOMEONE IS ACTING WITH THE KNOWLEDGE

01:34PM   25   THAT THEIR CONDUCT IS ILLEGAL.  THEY'RE DOING SOMETHING WITH

ER-6637

01:34PM  1    THE INTENT TO DO SOMETHING THAT THE LAW FORBIDS.

01:34PM  2        IF SOMEONE IS ACTING IN GOOD FAITH, YOU HAVE NO REASON TO

01:34PM  3    FIND THEM GUILTY, EVEN IF THE OTHER ELEMENTS OF AN OFFENSE ARE

01:34PM  4    FOUND.

01:34PM  5        I THINK, LADIES AND GENTLEMEN, THAT THE CONCEPTS OF INTENT

01:35PM  6    AND WILLFULNESS ARE GOING TO INFORM YOUR EVALUATION OF A LOT OF

01:35PM  7    THE EVIDENCE IN THIS CASE, AND WHEN WE COME BACK, I WILL GO

01:35PM  8    THROUGH SOME OF THAT EVIDENCE WITH YOU.

01:35PM  9        THE COURT:  LET'S TAKE OUR BREAK NOW.  LET'S TAKE

01:35PM 10    30 MINUTES, LADIES AND GENTLEMEN, 30 MINUTES.  THANK YOU.

01:35PM 11        THE CLERK:  COURT IS IN RECESSION.

01:35PM 12        (RECESS FROM 1:35 P.M. UNTIL 2:08 P.M.)

02:08PM 13        THE COURT:  THANK YOU.  PLEASE BE SEATED.

02:08PM 14        WE'RE BACK ON THE RECORD.  ALL COUNSEL ARE PRESENT.

02:08PM 15    MS. HOLMES IS PRESENT.  OUR JURY IS PRESENT.

02:08PM 16        MR. DOWNEY, DO YOU HAVE A NEW BATTERY AND THE MICROPHONE

02:08PM 17    IS OPERATIONAL?

02:08PM 18        MR. DOWNEY:  THAT'S WHAT I UNDERSTAND, YES.

02:08PM 19        THE COURT:  GREAT.  WOULD YOU LIKE TO CONTINUE WITH

02:08PM 20    YOUR ARGUMENT?

02:08PM 21        MR. DOWNEY:  YES, SIR.

02:08PM 22        GOOD AFTERNOON.  I TOLD YOU BEFORE WE BROKE THAT I WAS

02:08PM 23    GOING TO START TO TALK ABOUT EVIDENCE OF INTENT, AND I AM GOING

02:08PM 24    TO DO THAT, BUT I WANTED TO TAKE A MOMENT BEFORE WE RESUMED TO

02:08PM 25    THANK ALL OF YOU FOR SERVING IN THE ROLE THAT YOU HAVE SERVED

02:08PM   1      FOR THE LAST THREE AND A HALF, ALMOST FOUR MONTHS.

02:08PM   2          I KNOW THAT AT THE 4TH OF JULY, IF SOMEONE ASKED YOU, HOW

02:08PM   3      ARE YOU GOING TO SPEND THE SECOND HALF OF THE YEAR, YOU

02:08PM   4      WOULDN'T SAY, I'M GOING TO BE SPENDING THREE OR FOUR OR FIVE

02:08PM   5      DAYS A WEEK IN A COURTHOUSE IN DOWNTOWN SAN JOSE.

02:08PM   6          BUT YOU'VE DONE IT.  YOU'VE PAID CLOSE ATTENTION, YOU'VE

02:08PM   7      LISTENED, AND I KNOW YOU WILL FULFILL THE RESPONSIBILITIES OF

02:08PM   8      YOUR OATH WITH PROPER APPROACH.

02:09PM   9          AND I SAY TO YOU, BEFORE I GET BACK INTO THE EVIDENCE, I

02:09PM  10      KNOW, BECAUSE THERE HAVE BEEN SOME EXTRAORDINARY PROCEEDINGS IN

02:09PM  11      CONNECTION WITH THIS MATTER, THAT YOU'RE ALL AWARE THERE HAS

02:09PM  12      BEEN A LOT OF ATTENTION TO THE CASE.  WE DISCUSSED SOME OF THAT

02:09PM  13      IN VOIR DIRE.

02:09PM  14          BUT YOU HAVE A PARTICULARLY IMPORTANT ROLE BECAUSE ALL OF

02:09PM  15      YOU HAVE SEEN IN THE CONTEXT OF THIS CASE THE EVIDENCE, THE

02:09PM  16      FULL EVIDENCE.  AND YOU WILL BE IN A POSITION TO DECIDE WHETHER

02:09PM  17      MS. HOLMES IS GUILTY OF AN OFFENSE OR NOT.

02:09PM  18          IT'S NOT A LIGHT RESPONSIBILITY, BUT I KNOW YOU'VE

02:09PM  19      UNDERTAKEN IT WITH A LOT OF SERIOUSNESS AND I AM GRATEFUL TO

02:09PM  20      YOU, AND I KNOW MR. SCHENK JOINS ME IN THAT.

02:09PM  21          LET ME RETURN TO THE SUBJECT OF MS. HOLMES'S INTENT, WHICH

02:09PM  22      I WAS DISCUSSING BEFORE THE BREAK.

02:10PM  23          AND I WOULD SAY TO YOU THAT IN ORDER TO UNDERSTAND

02:10PM  24      MS. HOLMES'S INTENT, THERE ARE REALLY FIVE BODIES OF EVIDENCE

02:10PM  25      THAT HAVE BEEN INTRODUCED IN CONNECTION WITH THE CASE THAT GIVE

CLOSING ARGUMENT BY MR. DOWNEY                                    9054

02:10PM   1    YOU THE CLOSEST AND THE CLEAREST PICTURE OF WHAT MS. HOLMES WAS

02:10PM   2    THINKING DURING THE YEARS FROM 2010 TO 2016, AND THEY ARE FIRST

02:10PM   3    THE INTERACTIONS THAT SHE AND THERANOS HAD WITH THE FOOD AND

02:10PM   4    DRUG ADMINISTRATION AND THE PURSUIT OF APPROVAL FOR THE

02:10PM   5    TECHNOLOGY AT THE FOOD AND DRUG ADMINISTRATION.

02:10PM   6         SECOND, THE FEEDBACK WHICH SHE GOT OVER MANY YEARS FROM

02:10PM   7    THE PEOPLE WHO WORKED INSIDE THERANOS WITH HER, HOW DID THEY

02:10PM   8    FEEL ABOUT THE TECHNOLOGY THAT THE COMPANY WAS INVENTING, AND

02:10PM   9    HOW DID THEY TALK WITH MS. HOLMES ABOUT IT?

02:10PM  10         THIRD IS THE FEEDBACK THAT THE COMPANY GOT FROM OUTSIDERS,

02:11PM  11    WHAT TYPES OF INSTITUTIONS LOOKED AT THERANOS'S TECHNOLOGY, AND

02:11PM  12    WHAT DID THEY CONCLUDE?

02:11PM  13         FOURTH, I THINK YOU SHOULD TAKE INTO ACCOUNT MS. HOLMES'S

02:11PM  14    REPEATED WILLINGNESS TO EXPOSE THERANOS'S TECHNOLOGY TO OUTSIDE

02:11PM  15    REVIEW, WHAT THIRD PARTIES SHE TALKED TO, WHAT THIRD PARTIES

02:11PM  16    ACTUALLY LOOKED AT THERANOS'S TECHNOLOGY, WHAT FEEDBACK DID

02:11PM  17    THEY GIVE?

02:11PM  18         AND LAST, I WANT TO TALK ABOUT MS. HOLMES'S REACTION TO

02:11PM  19    THE DETERMINATION THAT THERE WERE ISSUES WITH RESPECT TO THE

02:11PM  20    PERFORMANCE OF THERANOS'S LAB AND THE ACTIONS SHE TOOK

02:11PM  21    THEREAFTER THROUGHOUT BEGINNING IN 2016.

02:11PM  22         SO LET'S START FIRST WITH HER INTERACTIONS WITH THE FDA

02:11PM  23    AND THE PURSUIT OF FDA APPROVAL FOR SOME OF THERANOS'S

02:12PM  24    TECHNOLOGY.

02:12PM  25         YOU KNOW THAT THE FDA HAS BEEN A SUBJECT OF SOME

CLOSING ARGUMENT BY MR. DOWNEY                                    9055

```
02:12PM   1    DISCUSSION IN CONNECTION WITH THE CASE.

02:12PM   2         BUT MS. HOLMES'S INTERACTIONS WITH IT PROFOUNDLY INFORMED

02:12PM   3    HER BELIEF ABOUT WHERE THERANOS WAS AS A COMPANY, AND THE

02:12PM   4    CLEAREST MEASURE OF WHAT SHE BELIEVED IS BY MATCHING UP HOW SHE

02:12PM   5    WAS INTERACTING WITH THE FOOD AND DRUG ADMINISTRATION AND THE

02:12PM   6    STATEMENTS THAT SHE WAS MAKING WHICH MR. SCHENK READ TO YOU IN

02:12PM   7    GREAT LENGTH DURING HIS SUMMATION THIS MORNING.

02:12PM   8         MS. HOLMES WORKED PROACTIVELY BETWEEN 2013 AND 2015 TO GET

02:12PM   9    THERANOS'S SYSTEM 4.0 APPROVED BY THE FOOD AND DRUG

02:13PM  10    ADMINISTRATION.

02:13PM  11         IF YOU LOOK AT SLIDE 29, YOU SEE THE REFERENCE TO EXHIBIT

02:13PM  12    NUMBERS WHICH REFLECT THAT IN THE FALL OF 2013, THERANOS'S 4.0

02:13PM  13    SYSTEM OF TECHNOLOGY HAD REACHED A POINT WHERE THE COMPANY WAS

02:13PM  14    WILLING TO GO TO THE FOOD AND DRUG ADMINISTRATION AND SAY, WE

02:13PM  15    WANT TO BEGIN THE PROCESS OF BRINGING THIS TECHNOLOGY TO

02:13PM  16    MARKET, AND WE WANT TO HAVE A DIALOGUE WITH YOU.

02:13PM  17         AND THEY DID THAT IN CONNECTION WITH ALL OF THE DIFFERENT

02:13PM  18    METHODS OF ASSAYS, WHICH WE'LL DISCUSS IN A BIT.

02:13PM  19         THEN IN NOVEMBER OF 2014, THERANOS ACTUALLY SUBMITTED WHAT

02:13PM  20    IS CALLED A PREMARKET NOTIFICATION, WHICH YOU SAW DURING HER

02:13PM  21    DIRECT TESTIMONY, SAYING WE'RE READY NOW TO BRING THIS

02:13PM  22    MARKET -- THIS PROCESS, THIS TECHNOLOGY AND THIS SYSTEM TO

02:13PM  23    MARKET, PLEASE GIVE US AN APPROVAL.

02:14PM  24         AND OF COURSE THEN, AS YOU'VE HEARD A FEW TIMES IN THE

02:14PM  25    CASE, IN JULY OF 2015, THE FDA DID APPROVE THERANOS'S
```

ER-6641

02:14PM  1    TECHNOLOGY IN CONNECTION WITH THE HSV ASSAY.  MS. HOLMES'S

02:14PM  2    INTENT WAS PROFOUNDLY AFFECTED BY THAT.

02:14PM  3        HOW DID SHE DEAL WITH THE FDA WHEN SHE TALKED TO THEM?

02:14PM  4        WELL, FIRST OF ALL, I WOULD SAY THAT SHE MADE VERY BROAD

02:14PM  5    DISCLOSURES.  SHE DISCLOSED WHAT WAS GOING ON IN CONNECTION

02:14PM  6    WITH THERANOS'S BUSINESS IN GREAT DETAIL TO THE FDA.  SHE

02:14PM  7    EXPLAINED TO THEM THE CONCEPT THAT THERE WOULD BE TWO PHASES TO

02:14PM  8    THE BUSINESS, PHASE I, THERANOS WOULD OPERATE A CENTRAL LAB;

02:14PM  9    AND PHASE II, AFTER THERANOS HAD GAINED APPROVAL FROM THE FDA,

02:14PM 10    THEY WOULD BEGIN TO ACTUALLY PLACE THEIR DEVICES AT LOCATIONS.

02:15PM 11        BLOOD TESTS.

02:15PM 12        SHE EXPLAINED THAT HERE IN THE FALL OF 2013.  AND ALTHOUGH

02:15PM 13    A LOT HAS BEEN MADE THROUGHOUT THE CASE AND A LOT WAS SUGGESTED

02:15PM 14    THIS MORNING IN MR. SCHENK'S PRESENTATION, SHE WAS SENSITIVE

02:15PM 15    ABOUT PEOPLE KNOWING THAT THE CLIA LAB AT THERANOS WAS USING

02:15PM 16    THIRD PARTY DEVICES.

02:15PM 17        IN FACT, WHEN SHE WENT TO THE FDA IN THE FALL OF 2013, SHE

02:15PM 18    EXPLAINED THAT DURING THE PHASE I PROCESS, NOT ONLY WAS THAT

02:15PM 19    GOING TO HAPPEN, BUT THAT WAS HAPPENING.

02:15PM 20        IF YOU LOOK AT EXHIBIT 15029, SHE LAYS OUT EVERY TEST THAT

02:15PM 21    THE COMPANY WAS OFFERING, THE KIND OF DEVICE THAT TEST WAS

02:15PM 22    OFFERED ON, AND THE TYPE OF ASSAY THAT WAS PERFORMED, WHETHER

02:15PM 23    IT WAS A THERANOS ASSAY OR SOMEONE ELSE'S.

02:15PM 24        SO SHE WAS VERY CLEAR CUT IN THESE DISCUSSIONS WITH THE

02:16PM 25    FDA ABOUT WHAT WAS GOING ON.

ER-6642

CLOSING ARGUMENT BY MR. DOWNEY                    9057

02:16PM 1        SECOND, AS I MENTIONED, SHE SUBMITTED -- SHE CAUSED

02:16PM 2   THERANOS TO SUBMIT EVERY FORM OF ASSAY IT COULD DO TO THE FDA

02:16PM 3   FOR APPROVAL IN THE FALL OF 2013, AROUND THE TIME THAT THERANOS

02:16PM 4   LAUNCHED ITS SERVICE CENTERS IN WALGREENS STORES.

02:16PM 5        SO THEY WERE COMPREHENSIVELY SAYING TO THE FDA, WE WANT TO

02:16PM 6   BEGIN THE PROCESS WITH YOU OF GAINING APPROVAL FOR ALL OF OUR

02:16PM 7   TECHNOLOGY.

02:16PM 8        NEXT, THE 4.0 SYSTEM AS A WHOLE WAS SUBMITTED IN NOVEMBER

02:16PM 9   OF 2014.

02:16PM 10       WHY WAS THAT -- WHY IS THAT IMPORTANT?  WHAT WE'VE HEARD

02:16PM 11  THIS MORNING FROM MR. SCHENK AND THROUGHOUT THE CASE IS THAT

02:16PM 12  REPRESENTATIONS WERE MADE DURING THE FALL OF 2014 THAT WERE

02:16PM 13  FALSE AS TO THE CAPACITIES OF THERANOS'S TECHNOLOGY.

02:17PM 14       AT THE TIME THAT MS. HOLMES WAS HAVING THOSE

02:17PM 15  CONVERSATIONS, SHE WAS SUBMITTING TO THE FDA AN APPLICATION FOR

02:17PM 16  APPROVAL OF THE TECHNOLOGY THAT CONTAINED A FULL DESCRIPTION OF

02:17PM 17  ITS CAPABILITIES AND THAT MADE THE ARGUMENT THAT THIS WAS

02:17PM 18  TECHNOLOGY THAT WAS READY TO BE PLACED AT LOCAL LOCATIONS TO

02:17PM 19  CONDUCT BLOOD TESTING SERVICES.  THAT'S EXHIBIT 13288A.

02:17PM 20       AND WE'LL TALK ABOUT SCIENTISTS AT THERANOS IN A MINUTE,

02:17PM 21  BUT YOU WILL SEE THAT THAT WAS A VERY THOROUGH PRESENTATION TO

02:17PM 22  THE FDA OF WHAT THERANOS THOUGHT ITS ABILITIES WERE, HOW THE

02:17PM 23  SYSTEM WORKED, THE DATA THAT HAD BEEN GENERATED TO PROVE THAT

02:17PM 24  THE TECHNOLOGY WORKED.  EVERYTHING YOU WOULD EXPECT DONE IN A

02:17PM 25  COMPREHENSIVE WAY.

CLOSING ARGUMENT BY MR. DOWNEY                              9058

```
02:17PM   1           NOW, I THINK THERE'S A SUGGESTION GENERALLY AS PART OF THE
02:17PM   2      GOVERNMENT'S CASE, AND I WANT TO DISPEL IT, WHICH IS THAT
02:18PM   3      THERANOS WAS RELUCTANT TO SHOW ITS TECHNOLOGY TO REALLY ANYONE.
02:18PM   4           YOU NOTICE THAT MR. SCHENK MENTIONED THIS MORNING THAT
02:18PM   5      THERANOS DID NOT SEND DEVICES TO SCHERING-PLOUGH AS PART OF THE
02:18PM   6      WORK THAT THEY DID TOGETHER.
02:18PM   7           I THINK YOU SHOULD NOT INFER FROM ANY PARTICULAR SITUATION
02:18PM   8      SOME HESITATION ON MS. HOLMES'S PART TO EXPOSE THE TECHNOLOGY.
02:18PM   9           IN FACT, WHEN SHE DEALT WITH THE FDA, SHE WENT TO THEM
02:18PM  10      WITH A PRESENTATION WHICH GAVE THEM A VIDEO OF THE ENTIRE
02:18PM  11      OPERATION OF THE INTERNAL PARTS OF THE SERIES 4.0 DEVICE SO
02:18PM  12      THEY COULD WATCH, FROM SOUP TO NUTS, HOW DOES THIS DEVICE WORK?
02:18PM  13      WHY WAS THERANOS CLAIMING THAT THE SYSTEM WAS READY FOR MARKET?
02:18PM  14           NOW, THE DATE ON WHICH THE THERANOS 4.0 SYSTEM AND THE
02:19PM  15      HSV-1 ASSAY WERE APPROVED WAS IN THE SUMMER OF 2015.
02:19PM  16           I THINK YOU SAW DURING THE COURSE OF THE CASE THIS EMAIL
02:19PM  17      FROM MS. HOLMES.  YOU SEE HER REACTION AND THE PRIDE THAT SHE
02:19PM  18      EXPRESSES THAT THE 4 SYSTEM HSV ASSAY BE APPROVED.  THIS IS
02:19PM  19      FOUR MONTHS BEFORE THE DIFFICULTIES THAT HAD AROSE DURING THE
02:19PM  20      FALL THAT HAVE BEEN THE SUBJECT OF SO MUCH DISCUSSION.
02:19PM  21           NOW, THAT'S WHAT IS REFLECTED IN HER DEALINGS WITH THE
02:19PM  22      FDA, TRANSPARENCY, COMPREHENSIVENESS, THE PRESENTATION OF DATA.
02:19PM  23      THE ENTIRE SYSTEM IS PRESENTED TO THE FDA FOR APPROVAL.
02:19PM  24           BUT I WANT TO LOOK NOW AT WHAT WAS HAPPENING INSIDE OF
02:19PM  25      THERANOS, NOT WHAT WAS HAPPENING EXTERNALLY WITH RESPECT TO THE
```

CLOSING ARGUMENT BY MR. DOWNEY                9059

02:20PM  1    FDA OR OTHER OUTSIDE PARTIES.

02:20PM  2         AND I WANT TO DRAW TO YOUR ATTENTION A SIMPLE FACT IN

02:20PM  3    CONNECTION WITH THIS CASE THAT MIGHT NOT BE AS NOTICEABLE WHEN

02:20PM  4    YOU SIT THROUGH THE CASE DAY AFTER DAY AFTER DAY.

02:20PM  5         BUT I THINK YOU KNOW, AND MS. HOLMES TESTIFIED TO THIS,

02:20PM  6    THAT SHE BELIEVED, STARTING AS EARLY AS 2010, THAT THERANOS WAS

02:20PM  7    GOING TO BE CAPABLE OF PUTTING IN PLACE THIS 4.0 TECHNOLOGY

02:20PM  8    THAT WOULD BE CAPABLE OF PERFORMING ANY BLOOD TEST.

02:20PM  9         AND I THINK YOU ALSO SAW, AND I'LL SHOW YOU IN A MOMENT

02:20PM  10   SOME EXAMPLES OF IT, THAT OVER THE COURSE OF THE NEXT THREE TO

02:20PM  11   FIVE YEARS, SHE RECEIVED REGULAR UPDATES ABOUT WHERE THAT

02:20PM  12   TECHNOLOGY WAS.

02:20PM  13        THAT'S FUNDAMENTAL AND CENTRAL TO HER THINKING WHEN SHE

02:20PM  14   GOES OUT AND MAKES PUBLIC STATEMENTS.

02:20PM  15        NOW, ASK YOURSELF, DURING THE COURSE OF THE GOVERNMENT'S

02:20PM  16   CASE, HOW MANY WITNESSES WHO ACTUALLY WORKED ON THE BUILDING OF

02:21PM  17   THERANOS'S TECHNOLOGY TESTIFIED?  WE WERE HERE FOR THREE AND A

02:21PM  18   HALF MONTHS.  HOW MANY WITNESSES?

02:21PM  19        THE ANSWER IS ONE.  THERE WAS NOT ONE SINGLE WITNESS THAT

02:21PM  20   THE GOVERNMENT CALLED WHO TESTIFIED ABOUT THE DEVELOPMENT OF

02:21PM  21   THE HARDWARE THAT YOU HAVE HEARD SO MUCH ABOUT DURING THE

02:21PM  22   COURSE OF THE CASE.

02:21PM  23        THERE WAS NOT A SINGLE WITNESS WHO WAS CALLED WHO WORKED

02:21PM  24   ON THE BUILDING OF THE TECHNOLOGY THAT WENT INTO THE SOFTWARE

02:21PM  25   THAT WAS PART OF THE 4.0 SYSTEM.

02:21PM 1     AND WITH RESPECT TO THE ASSAYS THAT WERE DISCUSSED A LOT

02:21PM 2 DURING THE CASE, THE ONLY WITNESS WHO WAS CALLED WHO WORKED ON

02:21PM 3 THE DEVELOPMENT OF ASSAYS WAS MS. GANGAKHEDKAR, WHO I WILL

02:21PM 4 DISCUSS IN A LITTLE BIT.

02:21PM 5     BUT THE OTHER SCIENTISTS WHO WORKED ON THE DEVELOPMENT OF

02:21PM 6 THE ASSAYS, THEY DIDN'T COME AND TESTIFY AT ALL ABOUT WHAT THEY

02:21PM 7 BELIEVED THE CAPABILITIES OF THERANOS'S TECHNOLOGY WAS.

02:22PM 8     SO IT WAS NOT UNTIL DOCUMENTS WERE INTRODUCED DURING

02:22PM 9 MS. HOLMES'S TESTIMONY THAT YOU REALLY BEGAN TO SEE WHAT THE

02:22PM 10 BELIEFS WERE OF THE ENGINEERS AND THE SCIENTISTS WITHIN

02:22PM 11 THERANOS AS TO WHAT THE COMPANY BELIEVED IT WAS CAPABLE OF

02:22PM 12 TECHNOLOGICALLY.

02:22PM 13     AND LET ME LOOK A LITTLE BIT AT THE TECHNOLOGY HERE, WHICH

02:22PM 14 IS THE DRAWING OF THE 4.0 SYSTEM THAT I SHOWED YOU. LOOK AT

02:22PM 15 ALL OF THE NAMES OF PEOPLE THAT YOU'VE SEEN ON DOCUMENTS THAT

02:22PM 16 SURROUND THIS TECHNOLOGY. THESE ARE THE NAMES OF PEOPLE WHO

02:22PM 17 APPEAR ON DOCUMENTS IN THE CASE AS CONTRIBUTING TO BUILDING

02:22PM 18 THIS SYSTEM.

02:22PM 19     AND I THINK YOU WILL CONFIRM WHEN YOU REVIEW THAT THAT THE

02:22PM 20 ONLY WITNESS WHO CAME AND TESTIFIED WAS MS. GANGAKHEDKAR.

02:22PM 21     BUT THAT DOESN'T LEAVE US COMPLETELY IGNORANT AS TO WHAT

02:22PM 22 THEY THOUGHT. AND LET ME SHOW YOU FROM 2008 FORWARD WHAT

02:23PM 23 MS. HOLMES WAS TOLD.

02:23PM 24     FIRST, AS YOU KNOW, THERE WAS A 3.0 SERIES BEFORE THERE

02:23PM 25 WAS A 4.0 SERIES. AND THAT'S THE DEVICE THAT WAS USED IN

CLOSING ARGUMENT BY MR. DOWNEY                    9061

```
02:23PM   1    CONNECTION WITH, FOR EXAMPLE, PHARMACEUTICAL COMPANIES.
02:23PM   2         AND IN CONNECTION WITH THAT, YOU SEE HERE THE REPORTS
02:23PM   3    BEGAN TO COME IN TO MS. HOLMES IN CONNECTION WITH THE PROJECTS
02:23PM   4    THAT THE COMPANY WAS DOING, THAT THE PERFORMANCE DESIGN GOALS
02:23PM   5    WERE BEING DEMONSTRATED IN THE WORK THAT THERANOS WAS DOING.
02:23PM   6         THE SYSTEM WAS BEING EVALUATED AT SEVERAL SITES, AND THAT
02:23PM   7    THE RESULTS WERE EXCELLENT.
02:23PM   8         THAT'S WHAT MS. HOLMES WAS TOLD ABOUT THE 3.0 DEVICE AND
02:23PM   9    ITS PERFORMANCE DURING THE COURSE OF THE YEARS 2008 TO 2013.
02:23PM  10         AND THIS IS THE OUTSET.  THAT'S THE 3.0 DEVICE.
02:23PM  11         NOW, THAT 3.0 DEVICE ITSELF HAD A LOT OF CAPACITY.  IT
02:24PM  12    COULDN'T DO EVERY BLOOD TEST.  IT COULD ONLY DO SOME BLOOD
02:24PM  13    TESTS.  IT COULD DO THE CLASS OF BLOOD TESTS OR THE METHOD OF
02:24PM  14    BLOOD TESTING CALLED THE IMMUNOASSAYS.  AND YOU'VE HEARD THAT
02:24PM  15    TERM THROUGHOUT THE COURSE OF THE CASE.
02:24PM  16         I WANT YOU TO BEAR IN MIND THAT THE 3 SYSTEM WAS DOING
02:24PM  17    IMMUNOASSAYS AS WE GO FORWARD AND LOOK AT SOME OF THE
02:24PM  18    REPRESENTATIONS TO INVESTORS.
02:24PM  19         BUT DESPITE ITS LIMITATIONS IN METHOD, IT PERFORMED VERY
02:24PM  20    WELL.  IT WAS PART OF -- IT WAS DEPLOYED AND USED AS PART OF
02:24PM  21    CLINICAL STUDIES.  YOU SAW EVIDENCE ABOUT THE ARMY BURN STUDY.
02:24PM  22    YOU SAW THE EVIDENCE ABOUT THE PERFORMANCE WITH STANFORD
02:24PM  23    UNIVERSITY CONDUCTED A STUDY.
02:24PM  24         THE REPORTS THAT MS. HOLMES GOT DURING THAT WINDOW WAS
02:24PM  25    THAT THIS TECHNOLOGY, ALTHOUGH IT'S LIMITED TO ONE CLASS, IS
```

ER-6647

CLOSING ARGUMENT BY MR. DOWNEY                    9062

02:24PM   1      EFFECTIVE.

02:24PM   2          AND THEN IN 2009, LADIES AND GENTLEMEN, WHAT THE EVIDENCE

02:24PM   3      SHOWED YOU IS THAT THE ENGINEERS AND SCIENTISTS AT THERANOS

02:25PM   4      BEGAN TO THINK, WE COULD DO MORE THAN THIS.  WE COULD DO

02:25PM   5      MULTIPLE METHODS OF BLOOD TESTING.  AND IF WE COULD COMBINE THE

02:25PM   6      RIGHT METHODS OF BLOOD TESTING, THEN WE CAN PERFORM THE SAME

02:25PM   7      KINDS OF TESTS THAT ARE PERFORMED BY A CONVENTIONAL LAB.

02:25PM   8          BUT CONVENTIONAL LABS CAN'T PERFORM THOSE TESTS AT THE

02:25PM   9      POINT OF CARE.  THEY CAN'T DO THEM IN A RETAIL STORE.  THEY

02:25PM  10      CAN'T DO THEM IN A DOCTOR'S OFFICE WITHOUT BEING SENT TO A

02:25PM  11      CENTRAL LABORATORY.

02:25PM  12          AND IN EARLY 2010, AS MS. HOLMES TOLD YOU, AND THESE

02:25PM  13      DOCUMENTS REFLECT, MS. HOLMES WAS TOLD THAT THE RESULTS OF THAT

02:25PM  14      EFFORT TO DEVELOP THAT TECHNOLOGY HAD BEEN SUCCESSFUL.

02:25PM  15          I'D LIKE TO ASK YOU TO FOCUS IN PARTICULAR ON THIS

02:25PM  16      EXHIBIT, EXHIBIT 7098, WHICH IS THE REPORT THAT WAS WIDELY

02:25PM  17      CIRCULATED AMONGST THE SCIENTIFIC AND ENGINEERING TEAMS AT

02:26PM  18      THERANOS, AND SHARED WITH MS. HOLMES AS ATTACHED TO THIS

02:26PM  19      EXHIBIT.

02:26PM  20          IN THIS DOCUMENT DR. GIBBONS, WHO WAS LEADING ASSAYS AT

02:26PM  21      THAT TIME, REPORTS THAT THE 4.0 SYSTEM WILL BE CAPABLE OF

02:26PM  22      PERFORMING ANY MEASUREMENT, ANY MEASUREMENT REQUIRED IN A

02:26PM  23      DISTRIBUTED TEST SETTING.

02:26PM  24          HE THEN GOES ON TO TALK ABOUT HOW THAT WILL BE DONE,

02:26PM  25      DIFFERENT FORMS OF TECHNOLOGY ARE GOING TO BE USED, AND THAT

```
02:26PM   1      THIS WILL BE OPEN ARCHITECTURE, MEANING THAT MORE ASSAYS CAN BE

02:26PM   2   ADDED TO IT OVER TIME AS THE ASSAYS ARE DEVELOPED.

02:26PM   3      MS. HOLMES WAS TOLD THAT ABOUT THE 4.0 SYSTEM AS EARLY AS

02:26PM   4   4.0 -- AS EARLY AS 2010.

02:26PM   5      NOW, YOU HAVE TO BEAR IN MIND THOSE REPRESENTATIONS TO

02:26PM   6   MS. HOLMES AS YOU ASK ABOUT WHY WAS SHE TALKING IN THE WAY THAT

02:26PM   7   SHE WAS TALKING EXTERNALLY ABOUT THE CAPACITIES OF THERANOS'S

02:26PM   8   TECHNOLOGY.

02:26PM   9      NOW, OVER THE COURSE OF TIME AFTER THE 4.0 SYSTEM WAS

02:27PM  10   DEVELOPED, IT WASN'T JUST THAT THE TECHNOLOGIES WERE COMBINED

02:27PM  11   TO ALLOW THEM TO DO THIS, TO GIVE THEM THE CAPABILITY TO DO

02:27PM  12   EVERY BLOOD TEST, BUT ACTUALLY IN THE RESEARCH AND DEVELOPMENT

02:27PM  13   LAB AT THERANOS, HUNDREDS AND HUNDREDS OF ASSAYS WERE

02:27PM  14   VALIDATED.

02:27PM  15      WHEN MS. GANGAKHEDKAR TESTIFIED BACK IN SEPTEMBER, SHE

02:27PM  16   TOLD YOU THAT THEY HAD VALIDATED 300 PROPRIETARY ASSAYS WITHIN

02:27PM  17   THE ASSAY TEAM IN THE RESEARCH AND DEVELOPMENT FUNCTION.

02:27PM  18      SO THEY THOUGHT THEY HAD A SYSTEM.  THEY THOUGHT THEY HAD

02:27PM  19   300 VALID ASSAYS THAT THEY COULD PERFORM.

02:27PM  20      THEY ALSO CAME TO UNDERSTAND THAT NOT ONLY HAD THEY

02:27PM  21   VALIDATED THEM FOR R&D PURPOSES, BUT THEY WOULD BE ABLE, WITH

02:28PM  22   THESE 300 ASSAYS, TO VALIDATE THEM ON A VERY QUICK BASIS WHEN

02:28PM  23   THEY TOOK THEM INTO THE CLIA LAB.

02:28PM  24      NOW, YOU'VE HEARD THAT THAT DIDN'T HAPPEN AND THERE WERE

02:28PM  25   DIFFICULTIES IN CONNECTION WITH THE 3 SYSTEM VALIDATING ASSAYS.
```

CLOSING ARGUMENT BY MR. DOWNEY                                    9064

02:28PM  1        BUT THEY BELIEVED THAT WITH RESPECT TO THE ASSAYS THAT

02:28PM  2   THEY HAD DEVELOPED FOR THE 4 SYSTEM, THEY COULD BE VALIDATED

02:28PM  3   VERY QUICKLY.

02:28PM  4        IN THIS REPORT AT EXHIBIT 7329, DR. PANGARKAR REPORTED TO

02:28PM  5   MS. HOLMES THAT THEY -- IF YOU LOOK AT THE BULLET POINT, HE'S

02:28PM  6   REPORTING ON THE NUMBERS OF ASSAYS THAT THEY HAVE VALIDATED.

02:28PM  7        AND IN THE LAST BULLET POINT HE REPORTS TO MS. HOLMES, OUR

02:28PM  8   ASSAYS GIVE RESULTS THAT AGREE WITH PREDICATE METHODS WITHIN

02:28PM  9   CLIA PRESCRIBED LIMITS.

02:28PM 10        YOU'VE HEARD A LOT OF DISCUSSION ABOUT THE FOUR DIFFERENT

02:29PM 11   METHODS, AND I'M NOT GOING TO TAKE YOU THROUGH THIS, BUT I DO

02:29PM 12   WANT YOU TO TAKE DOWN THE EXHIBIT NUMBERS BECAUSE I DID SHOW

02:29PM 13   YOU, THROUGH MS. HOLMES'S TESTIMONY, REPORTS OF EVERY FORM OF

02:29PM 14   TECHNOLOGY THAT MS. HOLMES WAS GETTING AS TO ITS PROGRESS AND

02:29PM 15   HOW COMPLETE IT WAS.  THESE ARE EXHIBITS 7239, 7286, 7297,

02:29PM 16   7222, AND 7315.

02:29PM 17        ACROSS THOSE IN THE YEARS 2011, '12, AND '13, SHE WAS

02:29PM 18   RECEIVING REGULAR REPORTS THAT THESE ASSAYS ARE READY AND WILL

02:29PM 19   BE CAPABLE OF PERFORMING BLOOD TESTS ON THE 4.0 SERIES.

02:29PM 20        SHE WAS ALSO TOLD THAT BY THE TIME THE PROCESS WAS DONE,

02:29PM 21   MORE THAN 3,000 -- MORE THAN 1,000 CPT CODES WOULD BE COVERED

02:29PM 22   BY THE ASSAYS THAT WOULD BE VALIDATED.

02:29PM 23        FROM ALL OF THIS, WHAT DID MS. HOLMES TAKE AWAY?

02:29PM 24        WELL, SHE TOOK AWAY THAT THERANOS HAD A TECHNOLOGY.  THAT

02:30PM 25   THE TECHNOLOGY HAD THIS CAPACITY.  AND WHEN SHE TALKED ABOUT IT

02:30PM  1      TO WHATEVER AUDIENCE, SHE WAS REPRESENTING WHAT WAS HAPPENING

02:30PM  2      INTERNALLY AT THERANOS.

02:30PM  3          IT'S VERY DIFFICULT TO EVALUATE THAT WITHOUT HEARING FROM

02:30PM  4      THE SCIENTISTS AND ENGINEERS WHO WORKED ON DEVELOPING IT WITH

02:30PM  5      HER.

02:30PM  6          AT THE TIME OF THE LAUNCH, MR. SCHENK SHOWED YOU THIS

02:30PM  7      MORNING SOME DOCUMENTS THAT REFLECTED THAT CERTAIN NUMBERS OF

02:30PM  8      ASSAYS HAD BEEN VALIDATED.

02:30PM  9          YOU'LL RECALL THAT THE POINT OF HIS PRESENTATION WAS THAT

02:30PM  10     WHEN THERE WAS A LAUNCH IN 2013, THAT THE NUMBER OF ASSAYS IN

02:30PM  11     VARIOUS GROUPS WAS EITHER ZERO OR A SMALL NUMBER THAT HAD BEEN

02:30PM  12     VALIDATED.

02:30PM  13         BUT AT THE SAME TIME THAT MS. HOLMES WAS TOLD THAT, SHE

02:30PM  14     WAS TOLD THAT 200 PROPRIETARY TESTS WOULD BE VALIDATED AND

02:30PM  15     WOULD BE PART OF THE LAUNCH MENU.

02:30PM  16         SHE'S TOLD THAT HERE BY DR. YOUNG ON AUGUST 19TH, 2013,

02:31PM  17     ALMOST AT THE SAME TIME THAT THEY'RE REPORTING ON THE STATUS OF

02:31PM  18     THOSE CLINICAL VALIDATIONS.

02:31PM  19         SO MS. HOLMES WAS LIVING PRINCIPALLY IN A WORLD WITHIN

02:31PM  20     THERANOS FOCUSSED ON RESEARCH AND DEVELOPMENT, AND IN THAT

02:31PM  21     RESEARCH AND DEVELOPMENT FUNCTION AT THERANOS, THEY THOUGHT

02:31PM  22     THAT THEY HAD INVENTED A TECHNOLOGY WITH MASSIVE CAPABILITY,

02:31PM  23     AND MS. HOLMES WAS TELLING THE WORLD ABOUT THAT.

02:31PM  24         LET ME FOCUS ALSO ON THE FEEDBACK THAT THERANOS GOT FROM

02:31PM  25     OUTSIDERS DURING THE TIME PERIOD THAT THE CONSPIRACY COVERS.

CLOSING ARGUMENT BY MR. DOWNEY                                    9066

02:31PM  1        LET'S LOOK FIRST JUST VERY BASICALLY AT A HUMAN LEVEL, THE

02:31PM  2   FEEDBACK THAT MS. HOLMES GETS FROM PEOPLE SHE REALLY RESPECTS

02:31PM  3   ABOUT WHAT THERANOS'S TECHNOLOGY IS CAPABLE OF DOING, BUT LET'S

02:31PM  4   NOT DO IT IN CONNECTION WITH HER TESTIMONY ABOUT CONVERSATIONS

02:32PM  5   THAT SHE HAD, BUT IN CONNECTION WITH THE TESTIMONY OF OTHERS

02:32PM  6   WHO INTERACTED WITH THE SAME PEOPLE SHE WAS INTERACTING WITH.

02:32PM  7        YOU'LL RECALL THAT BRIAN GROSSMAN, WHO WAS THE PRINCIPAL

02:32PM  8   OF PFM, ONE OF THE INVESTORS, TESTIFIED THAT HE WANTED TO

02:32PM  9   UNDERSTAND THE TECHNOLOGY, AND THAT ACTUALLY, WITHOUT

02:32PM 10   MS. HOLMES'S KNOWLEDGE, HE REACHED OUT TO HER MENTOR,

02:32PM 11   CHANNING ROBERTSON.

02:32PM 12        AND RECALL WHAT CHANNING ROBERTSON IS REPORTED TO HAVE

02:32PM 13   SAID ABOUT THE TECHNOLOGY, THAT THERE WAS NOT ANY TECHNICAL

02:32PM 14   RISK IN THEIR CORE TECHNOLOGY, AND THAT THERE WAS NOTHING THE

02:32PM 15   TECHNOLOGY COULDN'T DO.

02:32PM 16        THAT TYPE OF REVIEW WAS SIMILAR, I MENTIONED TO YOU THIS

02:32PM 17   MORNING, OR EARLIER TODAY, THEY SENT THE TECHNOLOGY TO GSK AND

02:32PM 18   IT VALIDATED IT AND SAID IT WOULD ELIMINATE THE NEED FOR A LAB.

02:32PM 19        THEY HAD POSITIVE FEEDBACK IN THEIR PARTNERSHIP WITH THE

02:33PM 20   MAYO CLINIC WHERE DEVICES WERE DEPLOYED AT THE MAYO CLINIC AND

02:33PM 21   USED AND COMMENTS OF THE PHYSICIANS PARTICIPATING IN THOSE

02:33PM 22   PROGRAMS WERE VERY POSSIBLE.

02:33PM 23        AND YOU'LL READ, AS PART OF THIS ARTICLE THAT THE

02:33PM 24   GOVERNMENT HAS BEEN MENTIONING BY MR. PARLOFF, WHAT A NUMBER OF

02:33PM 25   OTHER MEDICAL EXPERTS SAID ABOUT THERANOS'S TECHNOLOGY DURING

02:33PM  1    THE PERIOD OF THE SUPPOSED CONSPIRACY.

02:33PM  2         I THINK WHAT YOU WILL SEE UPON REVIEW OF THOSE, AND

02:33PM  3    PARTICULARLY THE INTERNAL DOCUMENTS WRITTEN BY WITNESSES YOU

02:33PM  4    DID NOT HEAR FROM, THAT THERE WAS A STRONG BELIEF THAT THIS

02:33PM  5    TECHNOLOGY HAD THE CAPABILITY TO PERFORM A BROAD RANGE OF

02:33PM  6    TESTING.

02:33PM  7         IT'S ALSO TRUE, AND YOU'LL LEARN IN CONNECTION WITH THE

02:33PM  8    PARTNERSHIP BETWEEN THERANOS AND WALGREENS, YOU'VE LEARNED THAT

02:33PM  9    WALGREENS ASKED JOHNS HOPKINS, MAYBE THE -- CERTAINLY ONE OF

02:33PM 10    THE TOP TEN MEDICAL FACILITIES IN THE UNITED STATES, TO LOOK AT

02:34PM 11    THE TECHNOLOGY.

02:34PM 12         NOW, I VIEW THIS NOT SO MUCH THROUGH THE LENS OF WHAT DID

02:34PM 13    JOHNS HOPKINS SAY ABOUT THE TECHNOLOGY.  YOU KNOW IT WAS

02:34PM 14    POSITIVE THINGS.

02:34PM 15         BUT I ALSO WANT YOU TO THINK ABOUT IT FROM THE PERSPECTIVE

02:34PM 16    OF WHAT DOES IT SAY ABOUT MS. HOLMES, THAT SHE WAS WILLING TO

02:34PM 17    TAKE THE TECHNOLOGY TO AN INSTITUTION LIKE JOHNS HOPKINS AND

02:34PM 18    HAVE IT EVALUATED?

02:34PM 19         WE KNOW WHAT THE WRITTEN RECORD REFLECTS AS TO WHAT

02:34PM 20    JOHNS HOPKINS'S IMPRESSIONS WERE.  THEY SAID -- YOU KNOW, THEY

02:34PM 21    WERE ASKED, AS PART OF WHAT THEY WERE BEING TASKED TO DO, TO

02:34PM 22    COMMENT ON THE VALIDITY AND THE USEFULNESS OF THERANOS'S

02:34PM 23    TECHNOLOGY, AND THEY CONCLUDED THAT THE TECHNOLOGY WAS NOVEL

02:34PM 24    AND SOUND, THAT IT COULD REPLACE A CENTRAL LAB, AND THAT IT

02:34PM 25    DIDN'T HAVE ANY MAJOR WEAKNESSES.

CLOSING ARGUMENT BY MR. DOWNEY                                    9068

02:34PM    1          THAT SAYS A LOT ABOUT THE TECHNOLOGY, BUT WHAT DOES IT SAY

02:35PM    2     ABOUT MS. HOLMES?

02:35PM    3          SHE WASN'T AFRAID TO HAVE THIS TECHNOLOGY VALIDATED.

02:35PM    4          SIMILARLY, IN CONNECTION WITH THE PARTNERSHIP WITH

02:35PM    5     SAFEWAY, YOU LEARNED THAT SAFEWAY DID NOT WANT TO PROCEED WITH

02:35PM    6     THE PARTNERSHIP WITH THERANOS UNLESS ONE OF THE LEADING

02:35PM    7     CLINICAL RESEARCHERS OF THE LAST 50 YEARS HAD THE OPPORTUNITY

02:35PM    8     TO LEAD A GROUP THAT EVALUATED THE TECHNOLOGY,

02:35PM    9     DR. SUE DESMOND-HELLMANN.

02:35PM   10          MS. HOLMES WASN'T AFRAID TO SUBMIT THE DATA THAT

02:35PM   11     MS. HOLMES HAD PREPARED, OR TO SUBMIT THE TECHNOLOGY FOR

02:35PM   12     REVIEW, INCLUDING DR. DESMOND-HELLMANN PERSONALLY.

02:35PM   13          THAT SAYS THAT SHE THOUGHT THE TECHNOLOGY MATCHED WHAT SHE

02:35PM   14     WAS SAYING ABOUT THE TECHNOLOGY CERTAINLY TO WALGREENS,

02:35PM   15     SAFEWAY, BUT ALSO SUBSEQUENTLY TO OTHERS.

02:35PM   16          NOW, I WANT TO TALK LAST, IN YOUR EVALUATION OF

02:35PM   17     MS. HOLMES'S INTENT, ABOUT WHAT HAPPENED AFTER PROBLEMS WERE

02:35PM   18     IDENTIFIED BY CMS IN CONNECTION WITH THERANOS'S CLINICAL

02:36PM   19     LABORATORY OPERATIONS AND HOW SHE REACTED, WHAT THOSE REACTIONS

02:36PM   20     MEAN AND WHAT THEY SHOULD LEAD YOU TO CONCLUDE WITH RESPECT TO

02:36PM   21     WHAT MS. HOLMES HAS BEEN CHARGED WITH HERE.

02:36PM   22          WELL, ONE OF THE FIRST THINGS THAT MS. HOLMES DID, ONE OF

02:36PM   23     THE FIRST THINGS WAS TO ASK A LARGE GROUP OF NATIONAL

02:36PM   24     SCIENTISTS, INCLUDING CLINICAL LABORATORY EXPERTS, TO COME TO

02:36PM   25     THERANOS AND EVALUATE THE TECHNOLOGY, THE DATA, THE TECHNOLOGY

CLOSING ARGUMENT BY MR. DOWNEY                              9069

02:36PM  1        ITSELF.

02:36PM  2             WHAT DID THEY THINK WAS WRONG WITH THE TECHNOLOGY?  WHAT

02:36PM  3        DID THEY THINK SHOULD BE DONE IN REACTION TO THE FINDINGS OF

02:36PM  4        CMS?

02:36PM  5             AND YOU SAW SOME OF THAT.  THAT WAS IN CONNECTION WITH THE

02:36PM  6        SCIENTIFIC AND MEDICAL ADVISORY BOARD.  WE WENT THROUGH THAT

02:36PM  7        AND WE LOOKED AT SOME OF THOSE EMAILS.

02:36PM  8             BUT SHE WAS NOT JUST ASKING HER INTERNAL PEOPLE TO

02:37PM  9        EVALUATE WHAT HAPPENED.  SHE WANTED TO KNOW THE VIEWS OF PEOPLE

02:37PM  10       LIKE THE JOHNS HOPKINS SCIENTISTS WHO HAD DONE THE ORIGINAL

02:37PM  11       REVIEW.

02:37PM  12            AND SHE ASKED THE BOARD MEMBER WITH THE MOST KNOWLEDGE OF

02:37PM  13       CLINICAL MEDICINE, DR. FOEGE, WHO WAS THE FORMER DIRECTOR OF

02:37PM  14       THE CENTER OF DISEASE CONTROL, TO LEAD THESE EFFORTS TO

02:37PM  15       EVALUATE WHAT THE RESPONSE SHOULD BE.

02:37PM  16            IT'S HARD TO SEE HOW SOMEONE ACTING WITH BAD INTENT WOULD

02:37PM  17       UNDERTAKE THOSE STEPS IN RESPONSE TO THE TYPE OF CRITICISM THAT

02:37PM  18       SHE WAS SUFFERING.

02:37PM  19            NOW, CONSIDER ALSO WITH RESPECT TO HER RESPONSE THE ROLE

02:37PM  20       OF DR. DAS.  YOU HEARD MR. SCHENK TALK ABOUT DR. DAS TODAY AND

02:37PM  21       HIS CONCLUSIONS AND SO FORTH.

02:38PM  22            AND HE SAID TO YOU THAT WHAT DR. DAS DID AND WHAT

02:38PM  23       MS. HOLMES'S REACTION WAS TO WHAT DR. DAS DID, THAT THAT WAS

02:38PM  24       EVIDENCE OF NOTICE TO MS. HOLMES OF AN ISSUE.

02:38PM  25            AND THAT'S TRUE, DR. DAS DID COME TO MS. HOLMES IN MARCH

02:38PM  1    OF 2016 AND SAY THAT, I THINK LAB RESULTS GENERATED IN

02:38PM  2    CONNECTION WITH THE 3 SERIES DEVICE IN THE CLINICAL LAB AT

02:38PM  3    THERANOS SHOULD BE VOIDED.

02:38PM  4        AND WHAT DID MS. HOLMES DO IN RESPONSE TO THAT?  HOW LONG

02:38PM  5    DID IT TAKE HER TO REACT TO THAT BY VOIDING ALL OF THE TESTS IN

02:38PM  6    THE CLINICAL LAB THAT HAD BEEN RUN ON THE EDISON DEVICE?  NO

02:38PM  7    TIME AT ALL.  SHE TURNED ON A DIME.

02:38PM  8        AND YOU KNOW WHY SHE HAD DONE THAT?  BECAUSE, AS WE'LL

02:38PM  9    DISCUSS IN CONNECTION WITH THE LAB, SHE DIDN'T ASK DR. DAS TO

02:38PM 10    COME IN AND TELL HER WHAT SHE WANTED TO HEAR.  SHE ASKED

02:39PM 11    DR. DAS TO COME IN, AND AS HE TESTIFIED, TURN OVER EVERY ROCK,

02:39PM 12    TURN OVER EVERY ROCK.

02:39PM 13        AND DR. DAS CONCLUDED, AS PART OF THAT PROCESS, THAT STEP

02:39PM 14    SHOULD BE TAKEN, AND SHE REACTED BY DOING EXACTLY WHAT HE HAD

02:39PM 15    ADVISED.

02:39PM 16        RECALL ALSO THAT AFTER THAT TIME, THE COMPANY RESTRUCTURED

02:39PM 17    ITSELF.  YOU HEARD FROM DR. BONANNI, AND DR. BONANNI TESTIFIED

02:39PM 18    THAT HE UNDERTOOK A WIDE RANGE OF REFORMS IN THE STRUCTURE OF

02:39PM 19    THE COMPANY, THE COMPLIANCE PROCEDURES, THE SYSTEMS FOR

02:39PM 20    EVALUATING TECHNOLOGY, AND HE DESCRIBED THOSE AS MAJOR EFFORTS.

02:39PM 21        AND HE SAID THIS WAS MS. HOLMES'S FOCUS IN RESPONSE TO THE

02:39PM 22    CRITICISM THAT THE COMPANY HAD SUFFERED.

02:39PM 23        NOW, WE ALSO HEARD, DURING THE COURSE OF THE GOVERNMENT'S

02:39PM 24    CASE, A PRESENTATION THAT WOULD HAVE LED ME TO BELIEVE THAT

02:39PM 25    THERANOS WAS TRYING TO HIDE FROM THIRD PARTY REVIEW OF ITS

CLOSING ARGUMENT BY MR. DOWNEY                                    9071

02:40PM  1    TECHNOLOGY IN CONNECTION WITH PEER REVIEW OR EVALUATION BY

02:40PM  2    OTHERS, AND THAT IT WAS NEVER ABLE TO SUCCESSFULLY CONCLUDE AN

02:40PM  3    EFFORT LIKE THAT, AND PERHAPS NEVER EVEN ABLE TO UNDERTAKE AN

02:40PM  4    EFFORT LIKE THAT.

02:40PM  5         WITNESSES WHO TESTIFIED ABOUT THAT -- GENERAL MATTIS

02:40PM  6    ACTUALLY MENTIONED IT IN PASSING, AS DID MR. EDLIN.

02:40PM  7         LADIES AND GENTLEMEN, THAT'S NOT TRUE.  THOSE WITNESSES

02:40PM  8    DON'T KNOW WHAT HAPPENED BECAUSE THEY WEREN'T THERE THE

02:40PM  9    FOLLOWING YEAR WHEN, AS I SHOWED YOU DURING THE COURSE OF

02:40PM  10   MS. HOLMES'S DIRECT, SEVERAL PEER REVIEW ARTICLES WERE

02:40PM  11   PUBLISHED.  THERE WAS DATA AND RESEARCH SUBMITTED FOR PEER

02:40PM  12   REVIEW.  AND THE EXHIBIT NUMBERS ARE REFLECTED THERE.

02:40PM  13        NOW, AGAIN I SAY, WHAT IS THE QUALITY OF THE GOVERNMENT'S

02:41PM  14   EVIDENCE ON THAT INTENT POINT?

02:41PM  15        YOU DID NOT HEAR IN THE GOVERNMENT'S CASE FROM THE

02:41PM  16   INDIVIDUALS WHO PARTICIPATED WITH THE TECHNOLOGY IN SUBMITTING

02:41PM  17   IT FOR THESE PEER REVIEWS FOR EVALUATION, ET CETERA.

02:41PM  18        YOU HEARD FROM TWO WITNESSES WHO LEFT AND STOPPED THEIR

02:41PM  19   INVOLVEMENT WITH THE COMPANY BEFORE THOSE PEER REVIEW ARTICLES

02:41PM  20   WERE PUBLISHED.  THOSE WERE THE WITNESSES WHO WERE ASKED BY THE

02:41PM  21   GOVERNMENT ABOUT THE PROCESS OF GAINING PEER REVIEW FOR

02:41PM  22   THERANOS TECHNOLOGY AFTERWARDS.

02:41PM  23        CONSIDER THAT IN EVALUATING WHETHER YOU SHOULD HAVE A

02:41PM  24   REASONABLE DOUBT AS TO THE EVIDENCE THAT THE GOVERNMENT HAS

02:41PM  25   PROVIDED YOU WITH.

02:41PM  1        NOW, WE TALKED A LITTLE BIT AGO ABOUT WHAT EFFECT DOES ALL

02:41PM  2   OF THIS EVIDENCE HAVE IN YOUR PERCEPTION OF THE UNDERLYING

02:41PM  3   OFFENSES?

02:41PM  4        WELL, AT THE END OF THE DAY, THE QUESTION YOU'RE REALLY

02:41PM  5   ASKING YOURSELF IS, WHAT WAS MS. HOLMES'S INTENT?  WAS SHE

02:42PM  6   TRYING TO DEFRAUD PEOPLE?  DID SHE BELIEVE IN GOOD FAITH IN HER

02:42PM  7   TECHNOLOGY?  DID SHE RESPOND TO EVENTS IN A WAY THAT SUGGESTS

02:42PM  8   SHE KNEW SHE HAD BEEN CAUGHT?

02:42PM  9        I WOULD SAY TO YOU, LADIES AND GENTLEMEN, THAT THIS

02:42PM 10   EVIDENCE, TAKEN IN AGGREGATE, SAYS TO YOU THE FOLLOWING:  SHE

02:42PM 11   BELIEVED THAT SHE HAD INVENTED A VERY VALID FORM OF TECHNOLOGY

02:42PM 12   THAT SHE WAS SUBMITTING TO THE FOOD AND DRUG ADMINISTRATION FOR

02:42PM 13   APPROVAL TO TAKE TO THE MARKET.

02:42PM 14        IT SAYS THAT SHE BELIEVED THAT OTHERS OUTSIDE OF THE

02:42PM 15   COMPANY SHARED THAT VIEW, AND SHE HAD NO FEAR OF SHOWING THAT

02:42PM 16   TECHNOLOGY TO PEOPLE OUTSIDE OF THE COMPANY.

02:42PM 17        AND IT SAYS TO YOU THAT AS SOON AS SOMEONE SAID, NO, THERE

02:42PM 18   ARE PROBLEMS HERE, HER REACTION WAS TO INVITE PEOPLE IN TO LOOK

02:42PM 19   FOR THOSE PROBLEMS AND ROOT THOSE PROBLEMS OUT.

02:42PM 20        THE QUESTION YOU WILL BE ASKING YOURSELF ULTIMATELY AS

02:42PM 21   PART OF DELIBERATION HERE IS, ARE THOSE THE ACTIONS OF SOMEONE

02:42PM 22   WHO HAD BEEN ENGAGED IN A CONSPIRACY TO DEFRAUD PEOPLE?

02:43PM 23        IF YOU FIND THAT THEY ARE NOT, THIS IS THE EFFECT ON YOUR

02:43PM 24   VERDICT FORM.

02:43PM 25        IF THE GOVERNMENT FAILS TO PROVE THAT ONE ELEMENT BEYOND A

CLOSING ARGUMENT BY MR. DOWNEY                              9073

02:43PM   1     REASONABLE DOUBT, THEN WITH RESPECT TO THE COUNTS THAT ARE IN

02:43PM   2     YOUR VERDICT FORM, YOU SHOULD RETURN A VERDICT OF NOT GUILTY.

02:43PM   3          NOW, HAVING REVIEWED THE EVIDENCE THAT I THINK ACCURATELY

02:43PM   4     REFLECTS WHAT MS. HOLMES'S INTENT WAS DURING THIS PERIOD, I

02:43PM   5     WANT TO TAKE A MOMENT TO LOOK AT THE EVIDENCE THAT THE

02:43PM   6     GOVERNMENT STRONGLY RELIED ON THROUGHOUT THE COURSE OF THE CASE

02:43PM   7     AND REALLY AS PART OF MR. SCHENK'S PRESENTATION OF EVIDENCE

02:43PM   8     THIS MORNING.

02:43PM   9          AND I THINK IT'S FAIR TO SAY THAT THE GOVERNMENT HAS FIVE,

02:43PM   10    SIX, SEVEN DIFFERENT AREAS THAT THEY'VE EMPHASIZED WHERE THEY

02:43PM   11    SAY THERE WAS A NONDISCLOSURE, OR THEY SAY THAT THERE WAS AN

02:44PM   12    OVERSTATEMENT, OR THEY SAY THAT THERE WAS SOME TYPE OF ACTIVITY

02:44PM   13    ON MS. HOLMES'S PART THAT WAS DESIGNED TO CONCEAL SOMETHING.

02:44PM   14          SO I WANT TO TAKE THOSE ONE BY ONE.

02:44PM   15          FIRST, YOU HEARD THIS MORNING FROM MR. SCHENK THAT

02:44PM   16    THERANOS DID NOT HAVE THE TESTING CAPABILITIES THAT MS. HOLMES

02:44PM   17    WAS PUBLICLY SAYING THAT IT HAD, AND HE PRESENTED THIS EVIDENCE

02:44PM   18    ACROSS A WIDE RANGE OF EMAILS AND TESTIMONY AND SO FORTH.

02:44PM   19          AND THE GIST OF IT WAS THAT MS. HOLMES FREQUENTLY SAID

02:44PM   20    FORMULATIONS LIKE WE CAN DO MORE THAN 1,000 LABORATORY TESTS,

02:44PM   21    WE CAN DO ANY LAB TEST, WE CAN DO ANY TEST AVAILABLE, ET

02:44PM   22    CETERA.

02:44PM   23          I HAVEN'T PUT EVERY ONE THAT MR. SCHENK MENTIONED, BUT I

02:44PM   24    THINK YOU GET THE GIST OF IT.  THAT IS THE STATEMENT THAT HE IS

02:44PM   25    VERY FOCUSSED ON.

CLOSING ARGUMENT BY MR. DOWNEY                                    9074

02:44PM   1            NOW, HOW DO WE KNOW THAT MS. HOLMES ACTUALLY BELIEVED THAT

02:45PM   2     STATEMENT TO BE TRUE?

02:45PM   3            WELL, I'VE BEGUN TO TELL YOU THE STORY OF THE 4.0 SERIES,

02:45PM   4     AND I'LL TELL YOU IT MORE IN CONNECTION WITH THE PARTNERSHIP

02:45PM   5     WITH WALGREENS.

02:45PM   6            BUT YOU KNOW AS A BACKDROP THAT THERE WAS AN INVENTION AND

02:45PM   7     DEVELOPMENT OF TECHNOLOGY IN THERANOS THAT, AS OF 2013, HAD

02:45PM   8     BEEN GOING ON FOR YEARS WHERE PEOPLE IN THE COMPANY ARE WIDELY

02:45PM   9     TALKING ABOUT THE TECHNOLOGY AS HAVING THE CAPABILITY TO

02:45PM   10    PERFORM ANY BLOOD TEST.

02:45PM   11           HOW DOES THE GOVERNMENT TRY TO AVOID FOCUSSING ON THAT AS

02:45PM   12    PART OF ITS CASE?

02:45PM   13           IT FOCUSES ON WHAT WAS GOING ON IN THE CLINICAL LAB DURING

02:45PM   14    WHAT MS. HOLMES TOLD YOU SHE THOUGHT WOULD BE A VERY BRIEF

02:45PM   15    PERIOD BEFORE APPROVAL OF THE TECHNOLOGY AND SAYS THAT THERE

02:45PM   16    WERE DIFFICULTIES WITH THE 3.0 SERIES BECAUSE THE NUMBER OF

02:45PM   17    TESTS APPROVED IN CONNECTION WITH THAT WAS INSUFFICIENT.

02:45PM   18           NOW, IS THAT A PROBLEM THAT MS. HOLMES WAS NOT TRANSPARENT

02:46PM   19    ABOUT WITH OUTSIDERS WHEN THE ISSUE CAME UP?

02:46PM   20           WELL, LET'S LOOK AT WHAT HAPPENED IN HER EXCHANGES WITH

02:46PM   21    ROGER PARLOFF, PARTS OF WHICH WERE SHOWN TO YOU BY MR. SCHENK

02:46PM   22    THIS MORNING.

02:46PM   23           HERE IS HER EXCHANGE WITH MR. PARLOFF WHERE MR. PARLOFF IS

02:46PM   24    TRYING TO UNDERSTAND WHAT IS GOING ON IN CONNECTION WITH HOW

02:46PM   25    TESTS ARE OFFERED IN THERANOS SERVICE CENTERS AT THIS MOMENT.

CLOSING ARGUMENT BY MR. DOWNEY                                        9075

```
02:46PM   1            AND HE ASKS HER A QUESTION ABOUT THAT.

02:46PM   2            AND SHE SAYS, WELL, WE HAVE VALIDATION REPORTS FOR THESE

02:46PM   3     TESTS THAT GO BACK MANY YEARS.  SHE'S REFERRING TO THE 300

02:46PM   4     VALIDATION REPORTS THAT YOU HAVE LEARNED ABOUT AS EVIDENCE IN

02:46PM   5     MS. HOLMES'S TESTIMONY.

02:46PM   6            AND THEN HE SAID ONE OF THE TESTS WE'RE GOING TO DO -- SHE

02:46PM   7     SAID ONE OF THE TESTS -- I THINK THAT'S ONE OF THE TESTS

02:47PM   8     THEY'RE GOING TO DO TODAY IS POTASSIUM, AND THE POTASSIUM

02:47PM   9     REPORT IS FROM I THINK 2012.  THAT'S TRUE FOR THE R&D

02:47PM  10     VALIDATION REPORT.

02:47PM  11            AND SHE SAYS, WE HAVE LOTS OF TESTS THAT WE HAVE VALIDATED

02:47PM  12     ON OUR SYSTEMS A LONG TIME AGO.

02:47PM  13            MR. PARLOFF SAYS, UH-HUH.

02:47PM  14            MS. HOLMES RESPONDS, BUT WE HAVEN'T BROUGHT INTO THE LAB

02:47PM  15     YET.  WE'RE CONTINUALLY BRINGING INTO THE LAB.

02:47PM  16            SHE SAYS, THESE TESTS ARE NOT PART OF OUR OFFERING IN THE

02:47PM  17     CLINICAL LAB.  WE HAVE NOT YET BEEN ABLE, AS THE TERMINOLOGY IS

02:47PM  18     USED BY ALL OF THE CLINICAL LAB PERSONNEL, WE HAVE NOT BROUGHT

02:47PM  19     THEM UP IN THE LAB.

02:47PM  20            AND THEN IF YOU GO TO THE NEXT PART, THE SYSTEMS CAN RUN

02:47PM  21     ALL OF THESE TESTS, BUT THE SPEED WITH WHICH WE BRING UP NEW

02:47PM  22     AND MORE FINGERSTICK TESTS IN OUR LAB IS SOMETHING THAT WE'RE

02:47PM  23     CONSTANTLY WORKING TO PUT MORE AND MORE ON THE PLATFORM.

02:47PM  24            THAT'S A PERFECT DEMONSTRATION OF HER UNDERSTANDING OF THE

02:48PM  25     TECHNOLOGY.  THE TECHNOLOGY HAS THE CAPABILITY, BUT OVER TIME
```

CLOSING ARGUMENT BY MR. DOWNEY                    9076

02:48PM  1    THEY WILL ADD TO THAT BY VALIDATING INDIVIDUAL ASSAYS.

02:48PM  2          NOW, IT'S ALSO THE CASE THAT THERE HAS BEEN SPECIFIC FOCUS

02:48PM  3    ON A NUMBER OF THERANOS'S CAPABILITIES AS THEY RELATE TO CPT

02:48PM  4    CODES, ET CETERA.

02:48PM  5          THIS IS REALLY A VERY SIMPLE ISSUE.  CPT CODES RELATE TO

02:48PM  6    BILLING NUMBERS.

02:48PM  7          THERE'S NOT EVEN EVIDENCE REALLY OF HOW MANY BLOOD TESTS

02:48PM  8    THERE ARE IN THE WORLD, BUT THERE HASN'T BEEN A LOT OF EVIDENCE

02:48PM  9    SUGGESTING THAT THE THOUSAND ASSAYS WOULD BE WANTED OR NEEDED

02:48PM 10    IN CONNECTION WITH OPERATING A STANDARD CLINICAL LAB.

02:48PM 11          A THOUSAND CPT CODES WERE PLANNED TO BE COVERED.

02:48PM 12          YOU SEE HERE DR. YOUNG REPORTED IN 2012 TO MS. HOLMES THAT

02:48PM 13    MORE THAN A THOUSAND WOULD BE ON THE LIST THAT WOULD BE

02:48PM 14    OFFERED.  THERE WERE ABOUT 116 THAT WOULDN'T BE OFFERED.

02:48PM 15          SO WHEN SHE USES THIS NUMBER A THOUSAND EXTERNALLY, SHE'S

02:49PM 16    REFERRING BACK TO HER CONVERSATIONS WITH DR. YOUNG ABOUT THAT.

02:49PM 17          THREE HUNDRED SAMPLES WERE VALIDATED.  YOU KNOW THAT.

02:49PM 18    SEVENTY ASSAYS, SMALL SAMPLE ASSAYS WERE USED IN THE CLIA

02:49PM 19    LABORATORY.  AND THEY THOUGHT, AS A RESULT OF REPORTING BY

02:49PM 20    DR. YOUNG, THAT 43 TESTS WOULD COVER 90 PERCENT OF RETAIL

02:49PM 21    ORDERS.

02:49PM 22          YOU LOOK AT THE STATEMENTS THAT MS. HOLMES MADE OVER TIME,

02:49PM 23    AND YOU SEE IF THEY'RE CONSISTENT WITH THAT.  AND I SUBMIT TO

02:49PM 24    YOU THEY WILL BE BECAUSE SHE IS TALKING ABOUT THE 4.0 DEVICE,

02:49PM 25    AND SHE IS TALKING ABOUT CAPACITIES THAT TIE BACK TO WHAT SHE

02:49PM  1    WAS BEING TOLD IN THE CLINICAL LAB.

02:49PM  2         NOW, THERE'S SOME SUGGESTION BY MR. SCHENK THAT, YOU KNOW,

02:49PM  3    THE DIFFERENCE BETWEEN TESTS AND CPT CODES DOESN'T MATTER.

02:49PM  4         I DON'T THINK THAT'S A FAIR CHARACTERIZATION.  INVESTORS

02:49PM  5    TESTIFIED IN THE CASE THAT THEY UNDERSTOOD THAT.

02:49PM  6         MR. GROSSMAN SAID -- WAS ASKED THAT AND HE SAID HE KNEW

02:50PM  7    THERE WAS A DIFFERENCE BETWEEN A CPT CODE AND A TEST.

02:50PM  8         AND MR. PARLOFF, IN HIS REPORTING, REPORTS THAT A THOUSAND

02:50PM  9    CPT CODES AS A THOUSAND TESTS, AND THAT'S BEEN FOCUSSED ON TO A

02:50PM 10    GREAT DEGREE BY THE GOVERNMENT.

02:50PM 11         BUT HOW DID THAT REALLY HAPPEN?

02:50PM 12         WELL, IT HAPPENED, AS WE'LL SEE IN A BIT, THAT MS. HOLMES

02:50PM 13    ACTUALLY TOLD MR. PARLOFF WE CAN DO A THOUSAND CPT CODES, BUT

02:50PM 14    HE TRANSLATED THAT IN HIS REPORTING INTO A THOUSAND TESTS.

02:50PM 15         NOW, THE SECOND CATEGORY OF STATEMENTS THAT THE GOVERNMENT

02:50PM 16    IS FOCUSSED ON IS STATEMENTS ABOUT ACCURACY AND AUTOMATION AND

02:50PM 17    HOW ACCURATE THERANOS'S TESTS WERE, AND HOW AUTOMATED

02:50PM 18    THERANOS'S TESTS WERE.  AND YOU'VE HEARD THAT AND YOU'VE HEARD

02:50PM 19    IT AGAIN THIS MORNING.

02:50PM 20         I WANT TO GIVE YOU A VERY SIMPLE AND CLEAR EXPLANATION OF

02:50PM 21    WHAT MS. HOLMES UNDERSTOOD ABOUT THE AUTOMATION OF THERANOS

02:51PM 22    TECHNOLOGY, BECAUSE WITHOUT ARGUING ABOUT WHAT ACCURACY IS

02:51PM 23    RETROSPECTIVELY, AS THE GOVERNMENT'S CASE DOES, WE KNOW WHAT

02:51PM 24    MS. HOLMES BELIEVED SHE WAS SAYING WHEN SHE SAID THERANOS'S

02:51PM 25    TECHNOLOGY WAS MORE ACCURATE.

ER-6663

CLOSING ARGUMENT BY MR. DOWNEY                                    9078

02:51PM  1        SHE SAID THERE WERE TWO ASPECTS TO IT.  RECALL THIS.  THIS

02:51PM  2   WAS JUST INTRODUCED IN THE CASE DURING MS. HOLMES'S TESTIMONY

02:51PM  3   LAST WEEK.

02:51PM  4        A CLAIM IS BROUGHT UP BY TYLER SHULTZ AND HE SAYS, YOU'RE

02:51PM  5   SAYING YOU'RE MORE ACCURATE, BUT I DON'T THINK YOU'RE MORE

02:51PM  6   ACCURATE BASED ON MY ANALYSES.

02:51PM  7        MS. HOLMES COMMENTS ON HIS COMMENT AND SHE USES SCIENTIFIC

02:51PM  8   TERMINOLOGY IN RESPONSE TO THAT.  SHE SAID, "ADD PRE-ANALYTICAL

02:51PM  9   ERROR AND VARIANCE POINT.  THIS IS WHAT 'THE

02:51PM 10   WALL STREET JOURNAL' AND EVERYONE ELSE IS TALKING ABOUT BY THE

02:51PM 11   WORD 'ACCURACY.'"

02:51PM 12        SECOND ASPECT OF WHAT THEY MEAN BY THAT IS VARIABILITY

02:52PM 13   OVER TIME.

02:52PM 14        NOW, WHAT DOES THAT MEAN?  WELL, SHE'S LINKING THE IDEA OF

02:52PM 15   AUTOMATION AND ACCURACY TO THE COMMENTS THAT SHE HAS MADE

02:52PM 16   PUBLICLY.

02:52PM 17        WHAT DO THOSE COMMENTS MEAN?

02:52PM 18        WELL, WHEN SHE TALKS ABOUT AUTOMATION, WHAT SHE'S TALKING

02:52PM 19   ABOUT IS THE CONCEPT THAT IN THE 4.0 SYSTEM, THERE WON'T BE,

02:52PM 20   FOR EXAMPLE, THE TRANSPORT OF SAMPLES BACK TO A CENTRALIZED

02:52PM 21   CLINICAL LAB.

02:52PM 22        THE TEST WILL BE RUN ON SITE.

02:52PM 23        THE ONLY HUMAN PARTICIPATION IN THOSE TESTS WILL BE

02:52PM 24   INSERTING THE SAMPLE INTO THE 4.0 DEVICE.

02:52PM 25        IN CONNECTION WITH THERANOS'S ACTIVITIES OVER TIME, THEY

ER-6664

02:52PM  1    TALKED ABOUT THIS CONCEPT A LOT.

02:52PM  2        YOU SEE HERE AN ARTICLE WAS SENT TO MS. HOLMES IN 2012

02:52PM  3    TALKING ABOUT THE HUMAN INTERVENTION WAS THE SOURCE OF ERROR.

02:53PM  4    AND THIS NUMBER IS USED A LOT INSIDE OF THE DOCUMENTS THAT YOU

02:53PM  5    SEE INSIDE OF THERANOS.

02:53PM  6        93 PERCENT OF TESTING ERRORS WERE BELIEVED TO COME FROM

02:53PM  7    HUMAN PARTICIPATION IN THE PROCESS OF BLOOD TESTING.

02:53PM  8        SO IF THE 4.0 SYSTEM WERE APPROVED AND PLACED AT THE SITE

02:53PM  9    OF TESTING, THOSE ERRORS WOULD PRESUMABLY BE ELIMINATED.

02:53PM 10        THAT IS WHAT MS. HOLMES WAS TALKING ABOUT WHEN SHE TALKED

02:53PM 11    TO REPORTERS.

02:53PM 12        HOW DO WE KNOW THAT?  WELL, IF YOU LOOK AT THE BACK AND

02:53PM 13    FORTH BETWEEN THERANOS AND "THE WALL STREET JOURNAL," BEFORE

02:53PM 14    "THE WALL STREET JOURNAL" ARTICLE WAS PUBLISHED IN SEPTEMBER OF

02:53PM 15    2013, THEY'RE ASKED, THEY TRANSMIT THROUGH GROW MARKETING,

02:53PM 16    WHICH AS YOU HEARD WAS MANAGING THERANOS'S RELATIONSHIP WITH

02:53PM 17    THE REPORTER, THEY'RE ASKING ABOUT, WHY ARE YOU USING THE

02:53PM 18    STATIC OF 93 PERCENT OF ERRORS, AND IS THERE A MORE RECENT

02:54PM 19    STATIC?

02:54PM 20        MS. HOLMES'S BROTHER RESPONDS AND HE CITES THE 1993

02:54PM 21    ARTICLE, BUT HE THEN GOES ON TO CITE OTHER ARTICLES TALKING

02:54PM 22    ABOUT THIS PRECISE CONCEPT.

02:54PM 23        THAT'S WHAT MS. HOLMES CLEARLY WAS TALKING ABOUT WHEN SHE

02:54PM 24    SPOKE, AND IT IS CLEAR FROM THE CONTEMPORANEOUS DOCUMENTS

02:54PM 25    THAT'S WHAT SHE UNDERSTOOD SHE WAS SAYING.

CLOSING ARGUMENT BY MR. DOWNEY                                    9080

02:54PM    1          WHAT IS THE OTHER CONCEPT THAT SHE WAS TRYING TO CONVEY?

02:54PM    2          WELL, SHE MENTIONED IT IN THAT OTHER LITTLE COMMENT IN

02:54PM    3     RESPONSE TO TYLER SHULTZ.  SHE'S TALKING ABOUT VARIABILITY OVER

02:54PM    4     TIME.

02:54PM    5          WHAT DOES THAT MEAN?  WELL, WHAT THAT MEANS IS THAT

02:54PM    6     THERANOS WAS DESIGNING A PROCESS FOR THE MANUFACTURE OF ITS 4.0

02:54PM    7     DEVICES WHERE THEY WOULD BE WHAT IS CALLED CALIBRATED TO EACH

02:54PM    8     OTHER, SO THAT A DESIRE WOULD BE THAT EVERY 4.0 DEVICE WOULD

02:54PM    9     GENERATE RESULTS THAT WERE SIMILAR AND MEASURED IN THE SAME

02:55PM   10     RANGE AS EVERY OTHER DEVICE.

02:55PM   11          SO IF ONE WENT TO A THERANOS SERVICE CENTER OVER YEARS, IT

02:55PM   12     WOULD BE ABLE TO KEEP VERY GOOD TRACK OF WHERE YOUR SODIUM

02:55PM   13     LEVEL WAS AND OTHER NORMAL MEASUREMENTS THAT YOU TRY TO TAKE

02:55PM   14     ACCOUNT FOR.

02:55PM   15          IS THAT TRUE TODAY?  AS MS. HOLMES TESTIFIED, YOU MAY BE

02:55PM   16     SURPRISED TO LEARN THAT IT'S NOT.  WHEN YOU GET ONE BLOOD TEST,

02:55PM   17     IT MIGHT BE ON ONE FORM OF MACHINE.  WHEN YOU GET THE SECOND

02:55PM   18     BLOOD TEST, IT MIGHT BE ON A DIFFERENT FORM OF MACHINE, AND THE

02:55PM   19     COMPARISON OF THOSE TWO RESULTS MAY NOT BE AS MEANINGFUL AS YOU

02:55PM   20     THINK.

02:55PM   21          WHEN SHE TALKED ABOUT ACCURACY, SHE WAS TALKING ABOUT THIS

02:55PM   22     CONCEPT OF VARIATION AND THE VARIABILITY OF RESULTS OVER TIME.

02:55PM   23          AND WE SEE HERE, LEST THERE BE ANY DOUBT ABOUT WHAT SHE

02:55PM   24     WAS TALKING ABOUT, THIS CONCEPT WAS EXPLAINED IN THE SLIDE DECK

02:55PM   25     SENT TO MANY OF THE INVESTORS.  IT'S DONE THROUGH THE

02:56PM 1    STANDARDIZATION OF A SYSTEM AS THEY EMERGE OVER TIME.

02:56PM 2        LET'S TALK NEXT ABOUT SOME OF THE PARTICULAR ISSUES WHICH

02:56PM 3    WERE FOCUSSED ON BY MR. SCHENK THIS MORNING THAT APPEARED ON

02:56PM 4    THE WEBSITE.

02:56PM 5        MR. SCHENK QUESTIONS THE BASIS FOR THE REPRESENTATION THAT

02:56PM 6    APPEARED ON THE WEBSITE ABOUT THE COEFFICIENT OF VARIATION, AND

02:56PM 7    THE QUESTION IS, WHERE DID THIS COME FROM AND WHY DID

02:56PM 8    MS. HOLMES BELIEVE THAT THAT SLIDE, WHICH APPEARED AS MR. EDLIN

02:56PM 9    TESTIFIED AND AS APPEARS IN CERTAIN DECKS, WHY DID SHE BELIEVE

02:56PM 10   THAT WAS A VALID STATEMENT TO MAKE?

02:56PM 11       WELL, BECAUSE MR. EDLIN TALKED TO DR. YOUNG ABOUT IT, AND

02:56PM 12   HE CONVEYED WHAT THE ACCURATE SCIENCE WAS IN RESPONSE.

02:57PM 13       YOU SEE THAT HERE IN COMMENTARY BY DR. YOUNG IN RESPONSE

02:57PM 14   TO QUESTIONS SPECIFICALLY ON THE COEFFICIENT OF VARIATION WITH

02:57PM 15   RESPECT TO THE VITAMIN D RANGE.

02:57PM 16       ALSO, THERE WAS A QUESTION ABOUT HOW CAN YOU SAY YOUR

02:57PM 17   SAMPLES REMAIN FRESH AND YOU GET BETTER TESTS, THAT HAS BEEN

02:57PM 18   QUESTIONED BY THE GOVERNMENT DURING THE COURSE OF THE CASE, AND

02:57PM 19   THE EVIDENCE SHOWED YOU THAT FAR FROM BEING CAVALIER ABOUT

02:57PM 20   ADVICE THAT MS. HOLMES RECEIVED AS TO WHAT WAS SAID ON THE

02:57PM 21   WEBSITE, SHE REACTED TO IT IN A VERY PARTICULAR WAY.

02:57PM 22       SO LET'S LOOK AT THIS INTERACTION BETWEEN HER AND

02:57PM 23   DR. YOUNG WHERE DR. YOUNG WAS MAKING A PARTICULAR CLAIM BASED

02:57PM 24   ON A SET OF ASSUMPTIONS AS TO HOW LONG SAMPLES WERE STORED

02:57PM 25   WITHIN THE THERANOS LAB DURING THE TIME THAT IT WAS PHASE I AND

CLOSING ARGUMENT BY MR. DOWNEY                                    9082

02:58PM   1     WHAT WAS THAT BEING COMPARED TO.

02:58PM   2          DR. YOUNG GAVE A NUMBER.  MS. HOLMES SAID, WELL, WHAT DOES

02:58PM   3     THAT MEAN IN TERMS OF WHETHER IT'S REFRIGERATED OR NOT?

02:58PM   4          DR. YOUNG RESPONDED, AND SHE CAME BACK AND SAID, WE SHOULD

02:58PM   5     REFLECT THAT WE'RE MAKING AN ACCURATE CLAIM.

02:58PM   6          SHE ACTUALLY WAS WITHIN THE COMPANY MONITORING WHAT THE

02:58PM   7     SCIENTISTS SAID AND MAKING SURE THAT THE ADDITIONS REFLECTED

02:58PM   8     ACCURATE INFORMATION.

02:58PM   9          SIMILARLY, MR. SCHENK FOCUSSED TODAY ON STATEMENTS ABOUT

02:58PM  10     SPEED.  THAT'S BEEN FOCUSSED ON THROUGHOUT THE CASE.  HOW CAN

02:58PM  11     YOU MAKE THESE CLAIMS ABOUT SPEED?

02:58PM  12          OF COURSE THOSE CLAIMS IN THE MAIN RELATED TO POINT OF

02:58PM  13     CARE SERVICE AS OPPOSED TO SERVICE IN A CLINICAL LAB.  THAT WAS

02:58PM  14     NO MYSTERY TO THE INVESTORS WITH WHOM MS. HOLMES WAS TALKING.

02:58PM  15          WE SEE -- WE SAW IN MR. GROSSMAN'S TESTIMONY THAT HE KNEW

02:58PM  16     THERANOS WASN'T DOING ITS TESTING WITHIN FOUR HOURS, EVEN

02:59PM  17     THOUGH THAT WAS ON THE SLIDE DECK THAT WAS SENT TO HIM.

02:59PM  18          SIMILARLY, MR. MIQUELON TESTIFIED THAT CONTEXT IS

02:59PM  19     IMPORTANT FOR THESE KINDS OF REPRESENTATIONS.

02:59PM  20          THE LAST ISSUE THAT MR. SCHENK MENTIONED WITH REGARD TO

02:59PM  21     SCIENTIFIC CLAIMS ARE CLAIMS ABOUT THE CONCEPT OF REFLEX

02:59PM  22     TESTING.

02:59PM  23          WHY WAS THERANOS SAYING, WE CAN REACT, AS IT APPEARS IN

02:59PM  24     MR. RAGO'S ARTICLE, WE CAN PERFORM FOLLOW-ON TESTS?

02:59PM  25          WELL, ITS TEST MENU DID OFFER THESE KINDS OF TESTS.  LOOK

02:59PM   1    AT EXHIBIT 3741A.  THIS IS THE TEST MENU THAT IS AVAILABLE TO

02:59PM   2    ANYONE WHO LOOKS FOR IT ON A VISIT TO A THERANOS STORE, AND IT

03:00PM   3    TELLS YOU WHICH TEST OFFERED REFLEX TESTING AND WHICH TESTS

03:00PM   4    DIDN'T.

03:00PM   5         THE SUGGESTION THAT MS. HOLMES MADE A CLAIM THAT WAS

03:00PM   6    BROADER IN "THE WALL STREET JOURNAL" ARTICLE IS TEMPERED BY THE

03:00PM   7    FACT THAT THOSE WHO WENT TO GET TESTS KNEW EXACTLY WHAT TESTS

03:00PM   8    WERE AVAILABLE AND THOSE WHERE IT WAS UNAVAILABLE.

03:00PM   9         NOW, LET'S TALK A LITTLE MORE ABOUT SOME OF THE BIGGER

03:00PM  10    CONCEPTS THAT I THINK ARE IMPORTANT IN THE CASE.

03:00PM  11         IN ADDITION TO ALL OF THESE TECHNICAL AND SCIENTIFIC

03:00PM  12    ISSUES, THERE'S A BASIC CLAIM MADE AGAIN THIS MORNING THAT

03:00PM  13    MS. HOLMES DID NOT DISCLOSE TO INVESTORS THE EXISTENCE OF THE

03:00PM  14    PHASE I CENTRAL LABORATORY MEASURE.

03:00PM  15         MR. SCHENK SHOWED YOU AN EMAIL FROM MR. EISENMAN WHERE HE

03:00PM  16    WAS SAYING, I DON'T KNOW WHETHER THE TESTING IS PERFORMED IN

03:00PM  17    THE WALGREENS STORE OR WHETHER IT'S PERFORMED OFF SITE.  I

03:00PM  18    THOUGHT IT WAS IN THE WALGREENS STORE.

03:01PM  19         WELL, THAT'S NOT FOR THE LACK OF PUBLIC INFORMATION ABOUT

03:01PM  20    THAT FACT.  IF YOU LOOK AT THE RAGO ARTICLE, MR. RAGO HIMSELF

03:01PM  21    SAYS THE TESTING WAS DONE IN A THERANOS LABORATORY.

03:01PM  22         WHEN MS. HOLMES SPOKE TO MR. PARLOFF, SHE TALKED TO HIM

03:01PM  23    ABOUT THE PHASE I, PHASE II MODEL.  HE WAS AWARE THAT THE

03:01PM  24    TESTING WAS DONE NOT IN THE STORES BUT IN A CENTRALIZED LAB

03:01PM  25    LOCATION.

CLOSING ARGUMENT BY MR. DOWNEY                                    9084

03:01PM  1        INDIVIDUALS WHO WALKED INTO THE STORES KNEW THAT THE

03:01PM  2   TESTING WAS NOT PERFORMED WITHIN THE STORES.

03:01PM  3        MR. EISENMAN LIVES IN HOUSTON AND HAD NOT VISITED A

03:01PM  4   WALGREENS STORE.

03:01PM  5        NEXT, THERE WAS A LONG DISCUSSION TODAY ABOUT THE

03:01PM  6   DISCLOSURE OF WHETHER OR NOT VENOUS TESTING WAS BEING PERFORMED

03:01PM  7   AND WHY VENOUS TESTING WAS BEING PERFORMED, ET CETERA.

03:02PM  8        LET ME FIRST DEAL WITH THE QUESTION OF WHETHER IT WAS

03:02PM  9   KNOWN TO INVESTORS AND OTHERS THAT THERANOS WAS DOING VENOUS

03:02PM 10   TESTING, AS WELL AS OTHER FORMS OF TESTING.

03:02PM 11        THE ANSWER IS THAT IT'S CLEAR FROM THE RECORD THAT HAS

03:02PM 12   BEEN PRESENTED, THIS WAS NO SECRET.  THE FDA WAS TOLD IN THE

03:02PM 13   SUBMISSION THAT WENT TO THE FDA IN THE FALL OF 2013 THAT VENOUS

03:02PM 14   TESTING WAS BEING PERFORMED.

03:02PM 15        AS I MENTIONED BEFORE, THE SPECIFIC MACHINES BEING USED

03:02PM 16   WERE IDENTIFIED.

03:02PM 17        AGAIN, THE TEST MENU THAT WAS IN THERANOS STORES DISCLOSED

03:02PM 18   AND OFFERED THE OPPORTUNITY FOR VENOUS TESTS AS INDICATED HERE

03:02PM 19   WERE THOSE FORMS MARKED OFF TRADITIONAL PHLEBOTOMY SHOWING THAT

03:02PM 20   WAS A TRADITIONAL FORM OF TESTING THAT THERANOS WAS DOING.

03:02PM 21        IN THE PRESS RELEASE THAT WAS DONE JOINTLY BY THERANOS AND

03:02PM 22   WALGREENS BEFORE TESTING BEGAN, IT SAID THAT TRADITIONAL

03:03PM 23   METHODS, MEANING VENOUS METHODS, WILL BE USED IN CONNECTION

03:03PM 24   WITH THE PROGRAM THAT IS BEING RUN IN WALGREENS STORES.

03:03PM 25        THERE WAS A PRESS RELEASE ISSUED BY THERANOS IN NOVEMBER

ER-6670

CLOSING ARGUMENT BY MR. DOWNEY                                    9085

```
03:03PM   1    OF 2013, AND THEY SAID, WE SOMETIMES USE TRADITIONAL METHODS
03:03PM   2    LIKE VENOUS TESTING.
03:03PM   3         THE FACT THAT THERANOS WAS USING VENOUS TESTING WAS
03:03PM   4    DISCLOSED ON ITS WEBSITE AS YOU SEE HERE.
03:03PM   5         AND IN FACT, THE DISCLOSURE THAT WAS PROPOSED TO BE
03:03PM   6    INCLUDED WAS A DISCLOSURE WHICH SAID, WHICH PUT IN A FOOTNOTE
03:03PM   7    THE COMMENT THAT THERE WERE TRADITIONAL METHODS BEING USED.
03:03PM   8         HOW DID MS. HOLMES REACT TO THAT SUGGESTION?  THIS EMAIL
03:03PM   9    REFLECTS HOW SHE REACTED.
03:03PM  10         SHE SAID, "IF WE ARE GOING TO SAY SOMETHING LIKE THIS WE
03:04PM  11    NEED TO OWN IT.  THIS COPY SHOULD BE UPDATED."
03:04PM  12         WE SHOULD SAY THIS, AND WE SHOULD SAY IT IN THE TEXT.
03:04PM  13         THAT IS CLEAR EVIDENCE OF WHAT MS. HOLMES'S INTENT WAS AS
03:04PM  14    TO SUPPOSED NONCONCEALMENT OR NONDISCLOSURE OF A FACT IN
03:04PM  15    CONNECTION WITH THERANOS'S OPERATIONS.
03:04PM  16         ALSO, THE FACT THAT THERE WAS VENOUS TESTING, OF COURSE,
03:04PM  17    IS PUBLISHED ELSEWHERE ON THE WEBSITE.
03:04PM  18         AND IT WAS DISCLOSED SEPARATELY ON THE WALGREENS WEBSITE.
03:04PM  19         IT'S JUST NOT CREDIBLE THAT INVESTORS WERE UNAWARE OF THE
03:04PM  20    REVIEW, OF THE PROVISION OF THE VENOUS TESTING METHODS.
03:04PM  21         THOSE WHO SAID SO, FOR EXAMPLE, MS. PETERSON ACKNOWLEDGED
03:04PM  22    THAT SHE HAD READ THE WEBSITE, AND, OF COURSE, ON THE WEBSITE
03:04PM  23    THERE'S A DISCLOSURE OF IT.
03:04PM  24         OTHER INVESTORS WENT TO WALGREENS STORES AND HAD THEIR
03:04PM  25    BLOOD TESTED, AND THEY HAD VENOUS TESTS ON SOME OCCASIONS.
```

03:05PM  1    THAT WAS TRUE FOR MR. TOLBERT, MR. GROSSMAN, AND MR. LUCAS.

03:05PM  2        ALSO IN CONNECTION WITH THE EVALUATION BY PFM OF ITS

03:05PM  3    INVESTMENT IN THERANOS, THEY DISCUSSED WHAT SIGNIFICANCE DOES

03:05PM  4    IT HAVE THAT THERE IS VENOUS TESTING?  WILL THAT AFFECT OUR

03:05PM  5    INVESTMENT?

03:05PM  6        YOU KNOW WHY THEY DID THAT?  BECAUSE THE FACT THAT THERE

03:05PM  7    WAS VENOUS TESTING WAS DISCLOSED IN THE SLIDE DECK THAT WAS

03:05PM  8    SENT TO THEM AS YOU SEE HERE WITH THE PICTURE IN THE LOWER

03:05PM  9    RIGHT HAND CORNER SHOWING THE DRAWING OF A VENOUS SAMPLE.

03:05PM 10        MR. BURD, WHO WAS MENTIONED THIS MORNING, HE TESTIFIED

03:05PM 11    THAT HE SPOKE WITH MS. HOLMES ABOUT THE FACT THAT THERANOS WAS

03:05PM 12    GOING TO BE OPERATING WHAT WAS CALLED A DINOSAUR LAB, MEANING A

03:05PM 13    LAB USING THE OLD METHODS, THE VENOUS METHODS, AND HOW HE WAS

03:06PM 14    NOT INTERESTED IN OPERATING THAT KIND OF -- PARTICIPATING WITH

03:06PM 15    THAT KIND OF A LAB.

03:06PM 16        NOW, THE OTHER ISSUE WITH REGARD TO VENOUS, JUST TO BE

03:06PM 17    CLEAR, IS THAT THERE'S A SUGGESTION THAT THERE WERE TOO MANY

03:06PM 18    VENOUS TESTS, AND THAT WAS GOING TO AFFECT THE WALGREENS

03:06PM 19    PARTNERSHIP BECAUSE, AS MR. JHAVERI SUGGESTED, THE NUMBER OF

03:06PM 20    PATIENTS WHO RECEIVED THOSE TESTS NEEDED TO COME DOWN FOR THE

03:06PM 21    PARTNERSHIP TO SUCCEED.

03:06PM 22        I WANT TO EXPLAIN TO YOU WHY THE NUMBER OF VENOUS TESTS

03:06PM 23    GREW TO BE WHAT IT WAS AS OPPOSED TO THE ISSUE THAT MR. JHAVERI

03:06PM 24    DISCLOSED -- WITH MR. JHAVERI DISCLOSING IT.

03:06PM 25        LET ME SHOW YOU THIS DIAGRAM.  THIS IS -- IF WE ASSUME

CLOSING ARGUMENT BY MR. DOWNEY                    9087

```
03:07PM   1    THAT A PATIENT COMES IN FOR TEN DIFFERENT ASSAYS DURING A VISIT
03:07PM   2    TO A WALGREENS STORE TO HAVE THEIR BLOOD TESTED, IF ALL TEN
03:07PM   3    METHODS ARE AVAILABLE ON FINGERSTICK, THEN THE BLOOD OF THAT
03:07PM   4    PATIENT IS DRAWN ON FINGERSTICK.
03:07PM   5        BUT IF ONLY NINE OF THOSE TESTS ARE AVAILABLE WITH THE
03:07PM   6    FINGERSTICK METHOD, OR TEN, BUT THE ELEVENTH IS VENOUS, THEN IT
03:07PM   7    HAD TO BE DRAWN BY VENOUS BECAUSE YOU NEEDED THE VENOUS BLOOD
03:07PM   8    DRAW TO PERFORM THE TESTS THAT REQUIRED A VENOUS DRAW.
03:07PM   9        THAT HAD A MUCH MORE PROFOUND EFFECT, AS MS. HOLMES
03:07PM  10    TESTIFIED, ON THE NUMBER OF TESTS THAT WERE BEING PERFORMED BY
03:07PM  11    VENOUS DRAW THAN DID THE NUMBER OF ASSAYS THAT THERANOS COULD
03:07PM  12    DO ON A SMALL SAMPLE.
03:07PM  13        NOW, I THINK AS WELL, JUST TO CLEAR UP THE DISCUSSION WITH
03:08PM  14    MR. PARLOFF, I THINK IT'S CLEAR AS WELL THAT MR. PARLOFF WAS
03:08PM  15    WELL AWARE THAT THE CAPACITY OF THERANOS WAS BEING SUPPLEMENTED
03:08PM  16    WITH VENIPUNCTURE.
03:08PM  17        I SHOWED YOU BEFORE THAT SHE HAD TOLD HIM SOME OF THE
03:08PM  18    TESTS WEREN'T AVAILABLE IN THE CLIA LAB, AND SHE EXPLAINED TO
03:08PM  19    YOU THAT SHE WAS SUPPLEMENTING THE CAPACITY IN THE CLIA LAB
03:08PM  20    WITH VENIPUNCTURE.
03:08PM  21        SO WHAT HAS THE GOVERNMENT DONE IN CONNECTION WITH
03:08PM  22    MS. HOLMES'S INTENT HERE?  THEY'VE COMBINED A LARGE BODY OF
03:08PM  23    EVIDENCE THAT DOES TWO THINGS.  THEY'VE TAKEN SOME PEOPLE WHO
03:08PM  24    KNOW -- WHO SAY, I DIDN'T KNOW THAT THERE WAS VENOUS TESTING,
03:08PM  25    EVEN THOUGH THERE WAS WIDESPREAD PUBLIC DISCLOSURE OF VENOUS
```

03:08PM   1   TESTING BY THERANOS, AND OTHER PEOPLE WHO SAY, WELL, I DIDN'T

03:08PM   2   WANT VENOUS TESTING, LIKE MR. JHAVERI.

03:08PM   3        THE TRUTH IS THAT IN BOTH INSTANCES THE GOVERNMENT'S CLAIM

03:08PM   4   REALLY DOESN'T HOLD EVIDENCE -- HOLD WATER AS TO MS. HOLMES'S

03:09PM   5   INTENT.

03:09PM   6        MS. HOLMES KNEW THAT THERE WERE DISCLOSURES OF VENOUS

03:09PM   7   TESTING.  SHE OBVIOUSLY WAS FAMILIAR WITH THE ONES THAT I'VE

03:09PM   8   JUST MENTIONED TO YOU.

03:09PM   9        BUT AS WELL, MS. HOLMES KNEW THAT IF A SMALL NUMBER OF

03:09PM  10   ADDITIONAL ASSAYS WERE FINALIZED BY THERANOS, AND AS SHE SAID,

03:09PM  11   BROUGHT UP TO THE LAB, IT COULD HAVE A PROFOUND EFFECT ON THE

03:09PM  12   AVAILABILITY OF FINGERSTICK TESTS WITHIN THE THERANOS SERVICE

03:09PM  13   CENTERS.

03:09PM  14        NOW, HAVING GONE THROUGH THE INTENT EVIDENCE FROM BOTH

03:09PM  15   PARTIES, I WANT TO TAKE TIME NOW TO TAKE YOU THROUGH THE STORY

03:09PM  16   NOT BY HURLING AT YOU A NUMBER OF EMAILS THAT ARE OUT OF

03:09PM  17   CONTEXT, I WANT TO TELL YOU THE STORY OF WHAT ACTUALLY HAPPENED

03:09PM  18   AT THERANOS AND HOW THE UNDERSTANDING OF PEOPLE AT THERANOS

03:09PM  19   DEVELOPED.

03:09PM  20        YOU ALREADY KNOW FROM MS. HOLMES'S TESTIMONY A LOT OF THIS

03:09PM  21   STORY FROM THE EARLY YEARS, AND I WON'T REPEAT IT.

03:09PM  22        YOU KNOW THAT SHE HAD AN IDEA AS A YOUNG PERSON THAT THEN

03:10PM  23   BECAME A PATENT, AND THAT THAT PATENT ULTIMATELY BECAME A

03:10PM  24   PRODUCT, AND THAT PRODUCT WAS PART OF A COMPANY THAT SHE

03:10PM  25   STARTED AND WAS DEVELOPING.

CLOSING ARGUMENT BY MR. DOWNEY                                    9089

03:10PM  1        AND AFTER THAT BECAME A PRODUCT, MS. HOLMES ORGANIZED THE

03:10PM  2    COMPANY EARLY IN ITS LIFE AND FOREVER THEREAFTER TO FOCUS ON

03:10PM  3    THREE DIFFERENT THINGS:  THE ASSAYS, THE TESTS; THE HARDWARE;

03:10PM  4    AND THE SOFTWARE.

03:10PM  5        THERE WAS A LOT OF PROGRESS IN THE EARLY YEARS.  AS YOU

03:10PM  6    KNOW, THERE WAS THE 3 SERIES, THE 1, THE 2, AND THE 3, AND

03:10PM  7    MS. HOLMES SHOWED YOU DURING THE COURSE OF HER TESTIMONY SOME

03:10PM  8    EXCITING DEVELOPMENTS.

03:10PM  9        YOU RECALL THAT I SHOWED YOU A PICTURE OF SOME

03:10PM 10    DEMONSTRATION IN SWITZERLAND, BUT SHE ALSO TOLD YOU THAT THEY

03:10PM 11    HAD A LOT OF MAJOR SETBACKS, INCLUDING IN CONNECTION WITH THEIR

03:11PM 12    1 SERIES DEVICE, WHERE THE CARTRIDGES COULDN'T MAINTAIN

03:11PM 13    SEALANT, AND THEY HAD TO REINVENT THE DEVICES TO ACCOMMODATE

03:11PM 14    THAT.

03:11PM 15        THEN IN EARLY 2010, AS WE DISCUSSED A FEW MOMENTS AGO,

03:11PM 16    THERE WAS THIS EXTRAORDINARY BREAKTHROUGH WHERE SCIENTISTS AND

03:11PM 17    ENGINEERS IN A LARGE NUMBER BEGAN TO BELIEVE THAT THEY HAD

03:11PM 18    INVENTED THE TECHNOLOGY THAT WOULD REALIZE THERANOS'S GOAL.

03:11PM 19        THAT, AS YOU KNOW, ULTIMATELY BECAME A REAL PRODUCT AS I

03:11PM 20    DEMONSTRATED TO YOU IN THE PICTURE THAT WAS SHOWN TO YOU DURING

03:11PM 21    MS. HOLMES'S TESTIMONY.

03:11PM 22        NOW, THE POINT AT WHICH THAT EXCITEMENT ABOUT THAT

03:11PM 23    INVENTION WAS CIRCULATING WITHIN THE COMPANY WHERE PEOPLE

03:11PM 24    BELIEVED THAT THEY HAD ACTUALLY BROKEN THROUGH AND INVENTED THE

03:11PM 25    METHODOLOGY TO DO ANY BLOOD TEST, THAT IS THE MOMENT AT WHICH

03:11PM  1    THE GOVERNMENT SAYS A CRIMINAL CONSPIRACY BEGAN WITHIN

03:12PM  2    THERANOS.

03:12PM  3        THE GOVERNMENT FOCUSES ON THE PARTNERSHIP THAT THERANOS

03:12PM  4    HAD WITH WALGREENS AND SAYS THAT WALGREENS WAS MISLED IN

03:12PM  5    MATERIAL WAYS BY THERANOS IN ENTERING INTO THAT RELATIONSHIP.

03:12PM  6        AND YOU'LL RECALL MR. MIQUELON TESTIFIED, WHO WAS THE CFO

03:12PM  7    OF WALGREENS.

03:12PM  8        WE DIDN'T HEAR DURING THE COURSE OF THE GOVERNMENT'S

03:12PM  9    PRESENTATION FROM DR. JAY ROSAN, WHO WAS ACTUALLY THE PRINCIPAL

03:12PM 10    PERSON AT WALGREENS WHO MANAGED THE RELATIONSHIP WITH THERANOS,

03:12PM 11    HAD A LOT OF MEDICAL EXPERTISE.  HE BOTH INITIATED THE

03:12PM 12    RELATIONSHIP AND HAD THE MOST CONTACT WITH THE COMPANY OVER

03:12PM 13    TIME.  HE PARTICIPATED IN LOOKING AT ALL OF THE TECHNOLOGY,

03:12PM 14    UNDERSTANDING THE TECHNOLOGY IN ITS CAPACITIES, AND HE

03:12PM 15    INTERACTED WITH MS. HOLMES FOR YEARS THEREAFTER.

03:12PM 16        BUT THE PROPOSITION IS THAT THERANOS IN 2010 DEFRAUDED

03:13PM 17    WALGREENS.

03:13PM 18        BEFORE I GET INTO THE DETAILS OF WHAT HAPPENED BETWEEN THE

03:13PM 19    COMPANIES, LET ME JUST ASK YOU ABOUT YOUR THOUGHTS ABOUT THE

03:13PM 20    PLAUSIBILITY OF THAT ALLEGATION.

03:13PM 21        WALGREENS, AS YOU ALL KNOW, IS A BIG PUBLICLY TRADED

03:13PM 22    COMPANY.  IT'S GOT A LOT OF STORES.  IT OPERATES IN RETAIL

03:13PM 23    ACROSS THE COUNTRY.  IT'S AVAILABLE UNDER DIFFERENT BRAND NAMES

03:13PM 24    OVERSEAS.

03:13PM 25        THERANOS AT THIS TIME WAS A 6 YEAR OLD COMPANY WITH A

ER-6676

03:13PM 1    26 YEAR OLD CEO, HAD NO PUBLIC PRESENCE, AND NO RETAIL

03:13PM 2    EXPERIENCE.

03:13PM 3         BUT THE GOVERNMENT SAYS THERANOS CAME TO NEGOTIATE, AND

03:13PM 4    DURING THE COURSE OF THOSE NEGOTIATIONS, DEFRAUDED WALGREENS.

03:13PM 5         HOW?

03:13PM 6         WELL, THE GOVERNMENT FOCUSES ON TWO THINGS THAT WERE SAID

03:13PM 7    DURING THE COURSE OF THOSE NEGOTIATIONS.  I ALREADY TALKED TO

03:13PM 8    YOU EARLIER ABOUT THE REPRESENTATION THAT IS THE THIRD ITEM ON

03:13PM 9    THIS SLIDE, ABOUT THE 10 TO 15 PHARMACEUTICAL COMPANIES AND WHY

03:13PM 10   THAT REPRESENTATION IS NOT ONLY MADE IN GOOD FAITH, BUT THE

03:14PM 11   EVIDENCE IS CONSISTENT WITH IT BEING ACCURATE.

03:14PM 12        THE OTHER CLAIM IS THAT THE FIRST BULLET POINT HERE IS

03:14PM 13   FALSE, THAT THERANOS COULD RUN COMPREHENSIVE BLOOD TESTS ACROSS

03:14PM 14   A WIDE RANGE OF TECHNOLOGIES.

03:14PM 15        NOW, YOU KNOW WHERE THAT STATEMENT CAME FROM?  IT'S FROM

03:14PM 16   THE DISCUSSIONS WITH DR. GIBBONS AND OTHERS IN THE EARLY PART

03:14PM 17   OF 2010.

03:14PM 18        NOW, THE GOVERNMENT SAYS, WELL, YOU SHOULD NOW NOT HAVE

03:14PM 19   MADE THIS REPRESENTATION, BECAUSE AT THAT TIME THE ONLY DEVICE

03:14PM 20   THAT YOU ACTUALLY OPERATIONALIZED WAS THE 3 DEVICE, AND THE

03:14PM 21   3 DEVICE COULD ONLY DO IMMUNOASSAYS, NOT ALL FORMS OF ASSAYS.

03:14PM 22        SO HOW DID WALGREENS TESTIFY THROUGH MR. MIQUELON WHEN

03:14PM 23   THEY CAME TO COURT IN THIS PROCEEDING TO EXPLAIN WHAT THEY

03:15PM 24   UNDERSTOOD THERANOS'S TECHNICAL CAPACITY WAS?

03:15PM 25        MR. MIQUELON WAS ASKED, "WHAT DID YOU UNDERSTAND 'RUNS

03:15PM  1    COMPREHENSIVE BLOOD TESTS' TO MEAN?

03:15PM  2        HE SAYS, "MY UNDERSTANDING WAS A PRETTY BROAD RANGE OF

03:15PM  3    IMMUNOASSAY TESTS, YOU KNOW, BLOOD TESTS, THAT EXACTLY."

03:15PM  4        IN OTHER WORDS, MR. MIQUELON UNDERSTOOD AND COULD

03:15PM  5    ARTICULATE 11 YEARS LATER THAT THERANOS'S CAPACITY IN 2010 WHEN

03:15PM  6    HE TALKED WITH THEM WAS TO PERFORM IMMUNOASSAYS, WHICH IS

03:15PM  7    CONSISTENT WITH EXACTLY WHERE THERANOS'S 3.0 SYSTEM WAS AT THAT

03:15PM  8    TIME.

03:15PM  9        HE WAS ALSO ASKED, WELL, DID YOU UNDERSTAND THE TECHNOLOGY

03:15PM 10    WAS GOING TO DEVELOP FURTHER INTO FURTHER GENERATIONS OF A

03:15PM 11    MINILAB?

03:15PM 12        HE SAID HE WAS.  THE TECHNOLOGY IS ALWAYS AN EVOLUTION.

03:15PM 13        HARD TO SEE THAT SERIES OF REPRESENTATIONS TO HIM AS FALSE

03:15PM 14    IN LIGHT OF WHAT YOU KNOW ABOUT THE DEVELOPMENT OF TECHNOLOGY

03:16PM 15    WITHIN THERANOS.

03:16PM 16        NOW, I THINK IT'S ALSO TRUE, IF WE LOOK AT WHAT MS. HOLMES

03:16PM 17    WAS DOING DURING THIS PERIOD, THAT SHE WAS ACTUALLY CLEAR IN

03:16PM 18    OTHER PARTS OF THE POWERPOINT AS TO EXACTLY WHAT THERANOS WAS

03:16PM 19    PROPOSING.

03:16PM 20        IN THAT SAME DOCUMENT, SHE DIDN'T PROPOSE AS OF 2010,

03:16PM 21    LET'S LAUNCH A BLOOD TESTING SERVICE WHERE WE'RE DOING ALL

03:16PM 22    FORMS OF BLOOD TESTING OR ALL TESTS.

03:16PM 23        SHE PROPOSED THAT A LIMITED NUMBER OF TESTS BE DONE,

03:16PM 24    GENERAL CHEMISTRY, INFLUENZA, AND FERTILITY, AND THAT THEY BE

03:16PM 25    OFFERED LATER THAT YEAR, AND SHE ALSO EXPLAINED THAT THE

CLOSING ARGUMENT BY MR. DOWNEY                          9093

03:16PM   1    TECHNOLOGY WOULD HAVE TO BE CUSTOMIZED TO GET THERE.

03:16PM   2        THAT'S WHERE HER HEAD WAS, AND THAT REMAINED THE CASE

03:16PM   3    THROUGHOUT AS WHEN SHE WAS COMMENTING ON THE DRAFT AGREEMENT IN

03:16PM   4    CONNECTION WITH THE TECHNOLOGY AND SHE WAS VERY DIRECT IN

03:16PM   5    SAYING THIS IS A NEW PRODUCT THAT IS GOING TO BE DEPLOYED IN

03:17PM   6    CONNECTION.  WE DON'T KNOW AND CAN'T MAKE COMMITMENTS WHERE THE

03:17PM   7    CAPACITIES OF THE TECHNOLOGY HAVEN'T EVEN YET BEEN, AS SHE

03:17PM   8    SAID, CHARACTERIZED.

03:17PM   9        NOW, THE IDEA IS THAT WALGREENS WOULD NEVER HAVE ENTERED

03:17PM  10    INTO ITS JULY 2010 AGREEMENT IF IT HAD KNOWN ACCURATELY WHAT

03:17PM  11    THERANOS'S TECHNOLOGY WAS AT THAT TIME.

03:17PM  12        I THINK IT'S FAIRLY CLEAR THE EVIDENCE SHOWS IT DID KNOW.

03:17PM  13        BUT IN ANY EVENT, WHEN THAT AGREEMENT WAS NEGOTIATED, IT'S

03:17PM  14    HARD TO SEE HOW WALGREENS WAS DEFRAUDED.

03:17PM  15        I THINK IT'S FAIRLY CLEAR THAT THEY GOT THE BETTER END OF

03:17PM  16    THE DEAL, THAT WALGREENS MADE A NUMBER OF COMMITMENTS TO IT, TO

03:17PM  17    DEMONSTRATE THE EFFECTIVENESS OF ITS TECHNOLOGY, TO OBTAIN

03:17PM  18    REGULATORY APPROVALS, OTHER THINGS THAT THERANOS HAD TO DO AS

03:17PM  19    PART OF ITS OBLIGATIONS UNDER THE CONTRACT.

03:17PM  20        AND IF, IF THERANOS COULD NOT PERFORM THAT, THEN WALGREENS

03:18PM  21    WOULD GET ITS MONEY BACK UNDER THE CONTRACT.

03:18PM  22        HARD TO SEE THAT AS A PROCESS OF DEFRAUDING WALGREENS.

03:18PM  23        NOW, AS YOU KNOW, THE RELATIONSHIP WENT FORWARD FROM

03:18PM  24    THERE.  THE PARTIES WORKED ON GETTING READY TO LAUNCH IN A

03:18PM  25    RETAIL SYSTEM UNTIL EARLY 2012 WHEN WALGREENS BEGAN TO BECOME

ER-6679

03:18PM   1    UNCOMFORTABLE WITH THE PROSPECT THAT DEVICES MIGHT BE LAUNCHED

03:18PM   2    IN ITS STORES WITHOUT YET HAVING FDA APPROVAL.

03:18PM   3         THE PARTIES DECIDED TO GO TO THE PHASE I, PHASE II MODEL,

03:18PM   4    WHICH THEY -- WHICH THERANOS DISCLOSED TO THE FDA, THE CONCEPT

03:18PM   5    BEING PHASE I IS TESTING IN THE CENTRAL LAB AFTER THE BLOOD IS

03:18PM   6    DRAWN IN THE STORES, PHASE II BEING BLOOD IS DRAWN IN THE

03:18PM   7    STORES AND THAT TESTING IS PERFORMED ON SITE AT THE STORES.

03:18PM   8         THAT CHANGE, LADIES AND GENTLEMEN, WAS FOUNDATIONAL, I

03:19PM   9    THINK, TO A LOT OF THE CONFUSION THAT HAS PERVADED THIS CASE,

03:19PM  10    BECAUSE IT'S CLEAR THAT WHEN MS. HOLMES WAS TALKING ABOUT

03:19PM  11    THERANOS TECHNOLOGY, SHE WAS TALKING ABOUT THE 4.0 SYSTEM AND

03:19PM  12    ITS FULL IMPLEMENTATION AND ITS FULL CAPACITY.

03:19PM  13         NOW, AFTER THE CONTRACT WAS ENTERED AND AFTER THESE

03:19PM  14    MODIFICATIONS TO THE CONTRACT WERE NEGOTIATED, THE LONG PROCESS

03:19PM  15    OF DEVELOPING THAT TECHNOLOGY, YOU SAW THAT IN LATE 2010

03:19PM  16    MS. HOLMES REPORTED TO THE BOARD THAT THIS NEW TECHNOLOGY WAS

03:19PM  17    BEING DEVELOPED, ALL OF THE CAPACITIES OF THE TECHNOLOGY, WHAT

03:19PM  18    IT WOULD TAKE, YOU SAW THAT THE RESEARCH AND DEVELOPMENT TEAM

03:19PM  19    AT THERANOS WAS RESTRUCTURED, THAT A HUGE AMOUNT OF EMPLOYEES

03:19PM  20    WERE ADDED TO DEVELOP THIS TECHNOLOGY.

03:19PM  21         AND YOU SAW THAT BY THE TIME THAT PROCESS WAS IN FULL

03:19PM  22    GEAR, MS. HOLMES WAS RELYING ON A LARGE NUMBER OF VERY HIGHLY

03:20PM  23    QUALIFIED SCIENTISTS TO LEAD THAT R&D EFFORT, MOSLEY PH.D.'S,

03:20PM  24    BUT OTHERS WITH SKILLS IN OTHER AREAS.  I'VE GIVEN YOU THE

03:20PM  25    EXHIBIT NUMBERS FOR SOME OF THE IMPORTANT DOCUMENTS AS TO WHAT

CLOSING ARGUMENT BY MR. DOWNEY                                    9095

03:20PM  1    THEY REPORTED DURING THAT PERIOD.

03:20PM  2         BUT WHAT INDIVIDUAL WOULD BE THE MOST KNOWLEDGEABLE ON

03:20PM  3    THIS LIST OF INDIVIDUALS AS TO WHAT HAPPENED WITH RESPECT TO

03:20PM  4    THERANOS'S TECHNOLOGY, WELL, THAT WOULD BE DANIEL YOUNG.

03:20PM  5         YOU'VE HEARD HIS NAME THROUGHOUT THE COURSE OF THE CASE.

03:20PM  6    HE APPEARS ON SOMETHING LIKE 200 EXHIBITS DURING THE COURSE OF

03:20PM  7    THE CASE.  HE WAS EFFECTIVELY THE CHIEF TECHNOLOGY OFFICER OF

03:20PM  8    THERANOS DURING THIS PERIOD.

03:20PM  9         AND HE OVERSAW AND DEVELOPED AND REPORTED TO MS. HOLMES

03:20PM 10    REPEATEDLY AS TO WHAT THERANOS'S TECHNOLOGY WAS CAPABLE OF.

03:20PM 11         YOU DID NOT HEAR FROM DR. YOUNG DURING THE COURSE OF THE

03:20PM 12    CASE EXCEPT THROUGH THOSE EMAILS IN WHICH HE REPORTED TO

03:21PM 13    MS. HOLMES THAT 200 ASSAYS WOULD BE AVAILABLE IN THE CLIA LAB

03:21PM 14    ON THE FINGERSTICK, FOR EXAMPLE; ABOUT DEVELOPMENTS WITH

03:21PM 15    RESPECT TO THE HARDWARE DEVICE.

03:21PM 16         HE WAS NOT CALLED, AND SO YOU DON'T KNOW WHAT HIS

03:21PM 17    TESTIMONY WOULD BE WITH RESPECT TO THERANOS'S TECHNOLOGY.

03:21PM 18         BUT YOU KNOW WHAT HE SAID IN REALTIME, AND YOU KNOW WHAT

03:21PM 19    MS. HOLMES TESTIFIED TO AS TO HER UNDERSTANDING OF THOSE

03:21PM 20    CAPACITIES.

03:21PM 21         NOW, I MENTIONED TO YOU A FEW MOMENTS AGO, WHY DID THE

03:21PM 22    VENOUS DRAW PERCENTAGE BECOME HIGHER THAN WHAT WAS EXPECTED?

03:21PM 23         AND I THINK THAT REALLY RESULTS FROM ANALYTICAL ERROR,

03:21PM 24    ALTHOUGH I THINK THE PEOPLE AT THERANOS WERE VERY SMART.

03:21PM 25    SOMETIMES YOU CAN MAKE AN ERROR THAT IS VERY BASIC.

CLOSING ARGUMENT BY MR. DOWNEY                                    9096

03:21PM   1          I THINK WHEN THERANOS WENT TO BUILD THE MENU FOR THE TESTS

03:21PM   2     IT WOULD OFFER IN ITS STORES, IT TRIED TO ANALYZE WHAT TESTS

03:21PM   3     THE PEOPLE ACTUALLY ORDER, AND DR. YOUNG PERFORMED THAT

03:22PM   4     ANALYSIS AND HE SAID, WELL, IF WE VALIDATE ABOUT 43 TESTS,

03:22PM   5     WE'LL BE OFFERING ABOUT 90 PERCENT OF THE TESTS THAT ARE

03:22PM   6     ORDERED, AND IF WE DO 102, WE'LL BE COVERING ABOUT 96 PERCENT

03:22PM   7     OF THE RETAIL TESTS THAT ARE ACTUALLY OFFERED.

03:22PM   8          AND THERANOS WENT TO WORK ON THAT.

03:22PM   9          AS IT TURNED OUT, THAT ASSUMPTION AS TO HOW THE PROCESS

03:22PM  10     WOULD WORK WAS WRONG, BUT I THINK THAT WAS BELIEVED IN GOOD

03:22PM  11     FAITH AND ANALYZED BY DR. YOUNG IN GREAT DETAIL.

03:22PM  12          SO THERANOS WENT ABOUT DEVELOPING THOSE ASSAYS IN THE

03:22PM  13     PERIOD BEFORE THE LAUNCH.

03:22PM  14          AS YOU HEARD BOTH FROM DR. -- FROM MS. GANGAKHEDKAR AND

03:22PM  15     SAW IN THE DOCUMENTS, THERANOS HAD A VERY RIGOROUS PROCESS FOR

03:22PM  16     DEVELOPING AND VALIDATING ITS ASSAYS IN RESEARCH AND

03:22PM  17     DEVELOPMENT.  MS. HOLMES WAS RECEIVING REGULAR UPDATES ABOUT

03:22PM  18     WHAT HAPPENED DURING THE COURSE OF THOSE VALIDATIONS.

03:23PM  19          YOU'LL RECALL SHE RECEIVED A NUMBER OF EXCEL SPREADSHEETS.

03:23PM  20     WE VALIDATED THIS NUMBER, WE VALIDATED THIS NUMBER, THIS NUMBER

03:23PM  21     IS READY, TO THE POINT WHERE ULTIMATELY ALMOST ALL OF THE

03:23PM  22     ASSAYS WERE REPORTED AS BEING VALIDATED.

03:23PM  23          IMPORTANTLY ALSO, THERANOS DECIDED TO ACTUALLY BUILD A

03:23PM  24     MANUFACTURING UNIT WHERE THEY WOULD DO THEIR MANUFACTURING FOR

03:23PM  25     THEIR OWN DEVICE IN HOUSE, AND THAT HAPPENED DURING THIS

CLOSING ARGUMENT BY MR. DOWNEY                          9097

03:23PM   1    PERIOD.

03:23PM   2         ALL OF THAT WAS A HUGE AMOUNT OF ACTIVITY.  THE REPORTING

03:23PM   3    TO MS. HOLMES DURING THIS PERIOD WAS ITERATIVELY, AS MR. SCHENK

03:23PM   4    SAYS, CERTAINLY THERE WERE ISSUES, BUT THE REPORTING WAS THAT

03:23PM   5    THE COMPANY WAS HEADED TOWARDS FINALIZATION OF A 4.0 SERIES

03:23PM   6    DEVICE.

03:23PM   7         AND BECAUSE OF THAT, THE PLAN THAT WAS DEVELOPED

03:23PM   8    ORIGINALLY WHEN THERANOS WAS GOING TO OPERATE A CENTRAL LAB WAS

03:23PM   9    WE'LL JUST TAKE ALL OF THE INDIVIDUAL DEVICES THAT WE

03:23PM  10    MANUFACTURE AND WE WILL PUT THEM IN THE CENTRAL LAB, AND WE

03:24PM  11    WILL RUN THE TESTS ON THOSE INDIVIDUAL DEVICES WITHIN THE

03:24PM  12    CENTRAL LAB.

03:24PM  13         NOW, AS THIS DIAGRAM, EXHIBIT 7272, SHOWS, THEY BEGAN TO

03:24PM  14    WORK ON THAT PLAN.

03:24PM  15         AND WHAT HAPPENED AS A RESULT OF THEIR WORK ON THAT PLAN?

03:24PM  16    WELL, A NUMBER OF THINGS HAPPENED IN TERMS OF THEIR REALIZATION

03:24PM  17    OF HOW USING INDIVIDUAL SERIES 4 DEVICES IN A CENTRAL LAB WAS

03:24PM  18    NOT SENSIBLE OR THE BEST WAY TO OPERATE THAT LAB.

03:24PM  19         WHY?  THE 4 SERIES DEVICE WORKS GREAT WHEN IT'S AT A POINT

03:24PM  20    OF CARE.  SOMEBODY COULD HAVE THEIR BLOOD DRAWN, AND THEIR

03:24PM  21    BLOOD IS PUT RIGHT IN THE DEVICE, THE TEST RUNS, THE RESULTS

03:24PM  22    ARE GENERATED.

03:24PM  23         BUT THE DEVICE TAKES A WHILE TO RUN.  SO IT'S FINE AT THE

03:24PM  24    POINT OF CARE WHERE TEN CUSTOMERS MIGHT COME IN ONE DAY AND ONE

03:24PM  25    PATIENT GETS TESTED AND ANOTHER PATIENT GETS TESTED AT A

CLOSING ARGUMENT BY MR. DOWNEY                          9098

03:25PM   1    DIFFERENT TIME, ET CETERA.

03:25PM   2        BUT AT A CENTRAL LAB, THE SAMPLES WOULD ALL ARRIVE AT THE

03:25PM   3    SAME TIME, AND LITERALLY A PROCESS WOULD BE REQUIRED WHERE

03:25PM   4    THOSE INDIVIDUAL SAMPLES WERE MOVED, SOMETIMES TENS OF

03:25PM   5    THOUSANDS OF SAMPLES WERE EXPECTED, AND THEY WERE EXPECTED TO

03:25PM   6    MOVE THEM ACROSS A LAB AND PERFORM TESTING.

03:25PM   7        THAT BECAME IMPRACTICAL AND THEY STARTED TO LOOK FOR, IS

03:25PM   8    THERE A WAY, WHILE WE'RE OPERATING A CENTRAL LAB, THAT WE CAN

03:25PM   9    DO THIS IN A MORE EFFICIENT WAY?

03:25PM  10        AND WHAT DID THAT RESULT IN?  LADIES AND GENTLEMEN, YOU'VE

03:25PM  11    HEARD FROM MS. HOLMES THAT THEY BEGAN TO LOOK AT COMMERCIAL

03:25PM  12    MACHINES AND ASK, CAN WE MODIFY THESE IN SOME WAY SO THAT WE

03:25PM  13    CAN RUN SMALL SAMPLES ON THEM?  AND THEY WERE ABLE TO DESIGN

03:25PM  14    THOSE MODIFICATIONS.

03:25PM  15        DR. ROSENDORFF TESTIFIED HE WAS AWARE OF THAT.  MANY

03:25PM  16    OTHERS WITHIN THERANOS WERE AWARE OF IT.  IN FACT, NO ONE

03:25PM  17    WITHIN THERANOS TESTIFIED THAT THEY HAD ANY DISCOMFORT ABOUT

03:26PM  18    THAT PROCESS BEING USED.

03:26PM  19        AND MS. HOLMES AND MR. BALWANI CAME TO BELIEVE THAT WHILE

03:26PM  20    THIS WAS AN INGENIOUS INVENTION THAT THERANOS HAD COME UP WITH,

03:26PM  21    IT WAS ALSO AN INVENTION THAT WAS AN INCREDIBLY IMPORTANT TRADE

03:26PM  22    SECRET.

03:26PM  23        WHY?  WELL, MODIFIED MACHINES WERE BASED ON COMMERCIAL

03:26PM  24    MACHINES THAT ANYONE ELSE COULD BUY, AND IF A COMPETITOR KNEW

03:26PM  25    THAT THOSE DEVICES COULD BE MODIFIED TO RUN THE TYPES OF SMALL

CLOSING ARGUMENT BY MR. DOWNEY                    9099

03:26PM   1    SAMPLES THAT THERANOS WAS RUNNING, THEN THEY COULD TAKE THE

03:26PM   2    FINGERSTICK BUSINESS, WHETHER IT BE QUEST OR LABCORP, WHICH

03:26PM   3    ALREADY HAD ALL OF THE INFRASTRUCTURE TO RUN A LAB BUSINESS, OR

03:26PM   4    INDEED WHETHER IT EVEN BE WALGREENS ITSELF, WHICH MIGHT SAY,

03:26PM   5    WHY DO WE NEED TO HAVE THERANOS WHEN WE CAN USE A CENTRAL LAB

03:26PM   6    WITH THIS NEW FORM OF TECHNOLOGY.

03:27PM   7         CONTRARY TO WHAT MR. SCHENK TOLD YOU THIS MORNING, THE

03:27PM   8    EVIDENCE IN THE CASE IS CLEAR THAT INSIDE THERANOS THEY THOUGHT

03:27PM   9    THIS WAS AN INCREDIBLY IMPORTANT AND INCREDIBLY VALUABLE TRADE

03:27PM  10    SECRET THAT NEEDED PROTECTION.

03:27PM  11         LOOK AT THIS EMAIL FROM MR. BALWANI IN MAY OF 2014 JUST

03:27PM  12    TALKING ABOUT THE MODIFIED DEVICES.  HE SAYS THIS IS A BIG

03:27PM  13    COMPETITIVE ADVANTAGE.  HE TALKS ABOUT KEEPING EVERYTHING AS A

03:27PM  14    TRADE SECRET.  HE SAYS THERE'S NO ONE IN THE INDUSTRY WHO CAN

03:27PM  15    DO THAT BECAUSE WE'VE HAD MASSIVE TRIAL AND ERROR AND WE NEED

03:27PM  16    TO PROTECT IT.

03:27PM  17         AND HE WANTED FURTHER SIGNATURES ON TRADE SECRET

03:27PM  18    DOCUMENTS.

03:27PM  19         NOW, ONCE YOU BEGIN TO TREAT SOMETHING LIKE THIS AS A

03:27PM  20    TRADE SECRET, HOW DO YOU HAVE TO BEHAVE?

03:27PM  21         WELL, MS. HOLMES HAD RECEIVED GUIDANCE IN CONNECTION WITH

03:27PM  22    THAT WHEN SHE ASKED THAT A POLICY BE PREPARED FOR THE COMPANY,

03:28PM  23    AND THERE WAS -- WITHIN THE DRAFT POLICY THAT WAS SENT TO HER,

03:28PM  24    SHE GOT A BASIC OUTLINE OF WHAT THE COMPANY HAD TO DO TO

03:28PM  25    PREPARE -- TO PRESERVE ITS TRADE SECRETS.

03:28PM   1          YOU SAW THAT IN EXHIBIT 15055.

03:28PM   2          AND MR. DOYLE, WHO WAS AN ATTORNEY AT THE COMPANY WHO WAS

03:28PM   3   WORKING ON THIS POLICY, REPORTED AS PART OF THE DRAFT THAT IN

03:28PM   4   CASES WHERE OUR PATENTS ARE PENDING, TRADE SECRETS PROVIDE

03:28PM   5   ANOTHER CRITICAL LAYER OF PROTECTION.

03:28PM   6          AND HE CHARACTERIZED, WHY IS SOMETHING A TRADE SECRET?

03:28PM   7          SOMETHING IS A TRADE SECRET BECAUSE THE OWNER HAS TO KEEP

03:28PM   8   IT SECRET AND BECAUSE IT'S REALLY VALUABLE.  IT'S CLEAR THAT

03:28PM   9   THE MODIFIED MACHINES WERE REALLY VALUABLE, AND SO THERANOS

03:28PM  10   DETERMINED THAT IT HAD TO KEEP IT SECRET.

03:28PM  11          THE QUESTION IS, TO WHOM CAN YOU DISCLOSE THIS?

03:29PM  12          YOU HEARD MR. LEACH IMAGINE THAT THERE WERE A LOT OF THIRD

03:29PM  13   PARTIES YOU COULD DISCLOSE IT TO IF THEY JUST SIGNED AN

03:29PM  14   AGREEMENT.

03:29PM  15          BUT WHAT THIS MEMO FROM MR. DOYLE SAYS IS THAT THE

03:29PM  16   DEFINING CHARACTERISTIC OF A TRADE SECRET IN FACT IS THAT IT IS

03:29PM  17   NEVER DISCLOSED PUBLICLY.

03:29PM  18          THAT'S HOW ZEALOUS THERANOS THOUGHT IT HAD TO BE WITH

03:29PM  19   RESPECT TO THESE MODIFIED MACHINE DEVICES.

03:29PM  20          AND THEN YOU HEARD DURING THE COURSE OF THE CASE, YOU

03:29PM  21   KNOW, SOME CRITICISM OF SOME OF THE INTERNAL SECURITY

03:29PM  22   PROCEDURES AND SO FORTH AT THERANOS.  YOU KNOW AS A RESULT OF

03:29PM  23   SEEING MR. DOYLE'S COMMUNICATIONS TO MS. HOLMES THAT THAT

03:29PM  24   DIDN'T COME FROM SOME DESIRE ON MS. HOLMES'S PART TO KEEP SOME

03:29PM  25   CRIMINAL SECRET.

03:29PM  1          IT CAME FROM THE FACT THAT THEIR TRADE SECRET POLICY

03:29PM  2     REQUIRED THEM TO PRESERVE THIS AND OTHER TRADE SECRETS.

03:29PM  3          NOW, I THINK THAT THE ONLY ANSWER THAT THE GOVERNMENT HAS

03:30PM  4     TO THIS IS THAT THEY SAY, WELL, YOU COULD HAVE GOTTEN PEOPLE TO

03:30PM  5     SIGN NONDISCLOSURE AGREEMENTS, AND YOU COULD HAVE ASKED THEM TO

03:30PM  6     BE BOUND BY THE SAME PROTECTIONS YOU ARE.

03:30PM  7          I DON'T THINK THERE'S MUCH EVIDENCE FOR THAT EVEN AS A

03:30PM  8     PRACTICAL MATTER IN THE REAL WORLD.  I DON'T THINK IF YOU LOOK

03:30PM  9     AT THE DISCUSSION THAT MS. HOLMES DESCRIBED IN THE BOARD

03:30PM 10     MEETING WHEN THIS ISSUE CAME UP, SENATOR NUNN, WHO WAS A BOARD

03:30PM 11     MEMBER AND SERVED ON THE COCA-COLA BOARD, AND HE SAID THIS IS

03:30PM 12     JUST LIKE THE SECRET FORMULA FOR COCA-COLA.  I DON'T THINK

03:30PM 13     COCA-COLA IS SIGNING NONDISCLOSURE AGREEMENTS WITH BURGER KING

03:30PM 14     AND MCDONALDS AND THE OTHER PLACES THAT IT HAS PARTNERSHIPS TO

03:30PM 15     SELL ITS PRODUCT CONTENT TO KEEP THAT TRADE SECRET MERELY BY

03:30PM 16     THE FACT THAT THEY AS AN OUTSIDER HAVE SIGNED A CONFIDENTIALITY

03:30PM 17     AGREEMENT.

03:30PM 18          NOW, WHERE DID MS. HOLMES DISCLOSE THIS?  DID SHE TRY TO

03:31PM 19     KEEP IT A SECRET TO HERSELF?

03:31PM 20          THAT'S WHAT THE GOVERNMENT'S PRESENTATION TO YOU WOULD

03:31PM 21     SUGGEST, THAT BECAUSE THIS WAS A CRIME, SHE DIDN'T WANT ANYONE

03:31PM 22     TO KNOW.

03:31PM 23          WELL, THE EVIDENCE SUGGESTS THAT SHE DID DISCLOSE IT IN

03:31PM 24     THREE PLACES, AND THOSE THREE PLACES HAD A COMMON

03:31PM 25     CHARACTERISTIC.

CLOSING ARGUMENT BY MR. DOWNEY                              9102

03:31PM   1          THE FIRST PLACE SHE TALKED ABOUT IT IS IN CONNECTION WITH

03:31PM   2    THE BOARD MEETING THAT FOLLOWED THE LAUNCH WITH WALGREENS.  AND

03:31PM   3    YOU WERE SHOWN THE MINUTES OF THAT MEETING IN WHICH IT'S

03:31PM   4    RECORDED THAT MS. HOLMES TALKED TO THE BOARD ABOUT TRADE SECRET

03:31PM   5    ELEMENTS OF THE COMPANY'S WORK AND CERTAIN MATTERS THAT WERE

03:31PM   6    DISCUSSED NEEDED TO BE PROTECTED FROM DISCLOSURE FOR

03:31PM   7    COMPETITIVE REASONS.

03:31PM   8          WE THEN LOOKED AT THE ATTACHMENT TO THAT AND AMONGST THOSE

03:31PM   9    TRADE SECRETS DISCUSSED AT THAT TIME WAS THE INVENTION

03:31PM  10    ASSOCIATED WITH THE MODIFIED DEVICE.

03:31PM  11          THE GOVERNMENT'S ANSWER TO THAT IS THAT IT SUGGESTS THAT

03:32PM  12    GENERAL MATTIS DIDN'T RECALL THAT, AND I DON'T QUESTION THAT.

03:32PM  13    I THINK GENERAL MATTIS'S TESTIMONY WAS THAT THIS WAS HIS FIRST

03:32PM  14    BOARD MEETING AT THERANOS; THAT HE HAD TAKEN AN ALL-NIGHT

03:32PM  15    FLIGHT TO PARTICIPATE IN THAT BOARD MEETING; AND HE TESTIFIED

03:32PM  16    IT WAS ACTUALLY POSSIBLE EVEN THAT HE WASN'T AT THAT BOARD

03:32PM  17    MEETING.

03:32PM  18          SO I DON'T THINK THAT GENERAL MATTIS'S LACK OF

03:32PM  19    RECOLLECTION IS IN CONTRAST WITH WHAT MS. HOLMES SAID.  I THINK

03:32PM  20    IT REFLECTS WHERE HE WAS IN HIS SERVICE AT THERANOS AT THAT

03:32PM  21    TIME.

03:32PM  22          YOU KNOW THAT THE MODIFIED DEVICES WERE DISCLOSED TO THE

03:32PM  23    FOOD AND DRUG ADMINISTRATION.

03:32PM  24          WHY?  THAT'S A LEGAL REQUIREMENT IMPOSED IN THAT

03:32PM  25    CIRCUMSTANCE.  YOU CAN'T BE DISHONEST IF THE FDA ASKS YOU TO

CLOSING ARGUMENT BY MR. DOWNEY                    9103

03:32PM  1      REVEAL DEVICES WHICH YOU'RE USING.

03:33PM  2          AND YOU ALSO SAW WITH CMS THAT THERANOS DISCLOSED THAT

03:33PM  3      THEY WERE PERFORMING BLOOD TESTS ON THIS FORM OF TECHNOLOGY.

03:33PM  4          NOW, THE, THE PROPOSAL OF THE GOVERNMENT IS THAT, WELL,

03:33PM  5      EVEN THOUGH THIS WAS A TRADE SECRET, YOU SHOULD HAVE FOUND SOME

03:33PM  6      WAY TO DISCLOSE IT TO YOUR INVESTORS.

03:33PM  7          BUT THE EVIDENCE SUGGESTS AT THE TIME THAT THE INVESTORS

03:33PM  8      WERE VERY WELL AWARE THAT THERANOS HAD TRADE SECRETS OF WHICH

03:33PM  9      THEY DID NOT HAVE KNOWLEDGE.

03:33PM  10         LET'S LOOK AT THIS EMAIL FROM MR. MOSLEY REACTING TO AN

03:33PM  11     ARTICLE ABOUT MS. HOLMES IN "THE NEW YORKER."

03:33PM  12         HE SAYS, YOU KNOW, I THOUGHT THE PIECE WAS POSITIVE, BUT

03:33PM  13     THEY SPENT TOO MUCH TIME SPECULATING AS TO WHY YOUR TECHNOLOGY

03:33PM  14     IS CONFIDENTIAL, WHICH SHOULD BE OBVIOUS TO ANYONE.

03:33PM  15         THAT'S A COMMENT FROM MR. MOSLEY, WHO IS ONE OF THE

03:33PM  16     INVESTORS YOU SAW TESTIFY HERE.

03:34PM  17         NOW, AFTER THE DECISION WAS MADE TO USE THESE MODIFIED

03:34PM  18     MACHINES, THE SHIFT IN FOCUS CAME IN CONNECTION WITH THE 4

03:34PM  19     SERIES.  I TALKED ABOUT THAT WITH YOU A LITTLE EARLIER IN MY

03:34PM  20     PRESENTATION.

03:34PM  21         AT THAT POINT THERANOS'S FOCUS WAS NOT TO GET THE 4.0

03:34PM  22     DEVICE INTO THE LAB.  IT WASN'T READY AT THE TIME OF THE LAUNCH

03:34PM  23     WITH WALGREENS, AS MS. HOLMES TOLD YOU.

03:34PM  24         AND THERANOS DECIDED THAT THE PATH THAT IT WOULD PURSUE

03:34PM  25     WITH THE 4.0 DEVICE WAS TO GET APPROVAL FROM THE FDA AS SOON AS

CLOSING ARGUMENT BY MR. DOWNEY                                    9104

03:34PM   1      AND AS BROADLY AS IT COULD BECAUSE WHEN IT ACHIEVED THAT, IT

03:34PM   2      COULD TAKE THOSE DEVICES AND THEN DEPLOY THEM IN THE STORE.

03:34PM   3          NOW, WALGREENS DID LAUNCH IN SEPTEMBER OF 2013.  THERE WAS

03:34PM   4      A LOT OF FOCUS ON DATES IN CONNECTION WITH THIS LAUNCH.

03:34PM   5          I THINK IT'S FAIR TO SAY, WITHOUT CHARACTERIZING THINGS,

03:34PM   6      THAT THE LAUNCH OF SERVICES IN SEPTEMBER WAS A SOFT LAUNCH OR A

03:35PM   7      LIMITED LAUNCH WHERE IT WAS FRIENDS AND FAMILY WHO WERE ABLE TO

03:35PM   8      USE THE SERVICES.  YOU SAW THAT VERY FEW PEOPLE WERE ACTUALLY

03:35PM   9      BEING TESTED AT THAT TIME.

03:35PM  10          THERANOS WORKED ON A MARKETING PITCH WITH CHIAT/DAY, YOU

03:35PM  11      HEARD TESTIMONY ABOUT THAT, AND THEIR ADVICE WAS THAT THERANOS

03:35PM  12      OUGHT TO HAVE PUBLICITY WHICH EXPLAINED WHAT THERANOS WAS.

03:35PM  13          WHY?  WELL, THERANOS WAS LAUNCHING AS PART OF ANOTHER

03:35PM  14      RETAIL STORE.  THERANOS WAS IN WALGREENS.

03:35PM  15          AND IF YOU WALK INTO A WALGREENS AND YOU GET A BLOOD TEST,

03:35PM  16      UNLESS IT WAS THOUGHT OF AS A SEPARATE BRAND, PEOPLE LOSE TRACK

03:35PM  17      OF YOU.  THEY THOUGHT IT WAS WALGREENS WHO WAS PERFORMING THE

03:35PM  18      TESTS.

03:35PM  19          SO THE WORK BEGAN TO TRY TO PUBLICIZE THERANOS THROUGH

03:35PM  20      NEWSPAPER ARTICLES AND SO FORTH, AND THE FIRST OF THOSE

03:35PM  21      ARTICLES IS THE ARTICLE THAT WAS WRITTEN BY JOSEPH RAGO IN THE

03:35PM  22      FALL OF 2013.

03:35PM  23          THAT'S THE EXPLANATION FOR WHAT HAPPENED PRIOR TO AND AT

03:36PM  24      THE TIME OF THE LAUNCH.

03:36PM  25          NOW, YOU KNOW THAT THERANOS DID LAUNCH, AND THERE WAS

03:36PM  1    TESTIMONY IN THE CASE BY MR. JHAVERI THAT AT SOME POINT, IN HIS

03:36PM  2    PERCEPTION, THE ROLLOUT OF STORES RUN BY THERANOS WITHIN

03:36PM  3    WALGREENS WAS SLOWING AND THAT IT WASN'T GOING TO RECOVER DUE

03:36PM  4    TO VENOUS DRAWS.

03:36PM  5        LET ME COMMENT ON THAT A BIT.  I THINK IT'S MAYBE AN

03:36PM  6    UNDERREPRESENTATION OF THE RECORD.

03:36PM  7        FIRST OF ALL, WHEN MR. JHAVERI INTERACTED WITH MS. HOLMES,

03:36PM  8    ALL OF THE INTERACTIONS WERE VERY POSITIVE AND OPTIMISTIC AS IN

03:36PM  9    THIS EMAIL THAT HE SENT TO HER IN SEPTEMBER OF 2014, WHICH IS

03:36PM  10   PRECISELY THE TIME IN WHICH HE SAYS THAT THE LAUNCH WAS BEING

03:36PM  11   SLOWED.

03:36PM  12       BUT LET ME PUT THIS WHOLE DEBATE AND DISCUSSION IN A

03:36PM  13   BROADER CONTEXT WITH RESPECT TO SOMETHING THAT MR. SCHENK DID

03:37PM  14   NOT MENTION AS PART OF HIS REMARKS.

03:37PM  15       WALGREENS AND THERANOS HAD A CONTRACT UNDER WHICH THERANOS

03:37PM  16   WAS TO LAUNCH IN 3,000 STORES IN THE 24 MONTHS FOLLOWING

03:37PM  17   DECEMBER 31ST, 2013.  THEY HAD AGREED THAT THE ROLLOUT WOULD

03:37PM  18   CONSIST OF 3,000 STORES IN THAT TIMEFRAME.

03:37PM  19       THERE WAS A LITTLE BIT OF A MODIFICATION IN THAT NUMBER

03:37PM  20   OVER TIME.  IN MARCH OF 2014, THE NUMBER WAS LOWERED TO ABOUT

03:37PM  21   500 BASED ON, BASED ON PROGRESS AND DECISIONS AS TO WHAT

03:37PM  22   GEOGRAPHY THE ROLLOUT WOULD TAKE PLACE IN.

03:37PM  23       BUT ALL OF THIS WAS GOVERNED NOT BY THE PERCEPTIONS OF ONE

03:37PM  24   EMPLOYEE OF WALGREENS OR THE TESTIMONY OF SOMEONE TODAY, IT WAS

03:37PM  25   DEFINED BY THIS CONTRACT WHICH DISCUSSED WHAT THE EXPECTATIONS

ER-6691

03:38PM   1    OF THE PARTIES WERE.

03:38PM   2         NOW, MR. JHAVERI, THE BASIC THRUST OF MR. JHAVERI'S

03:38PM   3    TESTIMONY WAS, WELL, IF THE PERCENTAGE OF VENOUS DRAWS IN OUR

03:38PM   4    STORES DIDN'T GO DOWN, WE WEREN'T GOING TO CONTINUE TO ROLLOUT.

03:38PM   5         WELL, THE CONTRACT DIDN'T CONTAIN ANY LANGUAGE OR ANY

03:38PM   6    REQUIREMENT THAT THERANOS MEET A CERTAIN NUMBER OF TESTS.

03:38PM   7         THERE WAS NOT A METRIC THAT WAS DEFINED BETWEEN THE

03:38PM   8    PARTIES AT ALL AS TO WHETHER STORES WOULD CONTINUE TO ROLLOUT.

03:38PM   9         IT WASN'T IDENTIFIED AS ANY KIND OF PERFORMANCE STANDARD

03:38PM  10    THAT THERANOS HAD TO MEET.  IT IS SIMPLY AN ISSUE THAT CAME UP

03:38PM  11    AS PART OF MR. JHAVERI'S DISCUSSIONS WITH MR. BALWANI.

03:38PM  12         MS. HOLMES, IN FACT, UNDERSTOOD THAT THE PARTNERSHIP

03:38PM  13    BETWEEN WALGREENS AND THERANOS WAS GOING WELL.  IN 2014, AS YOU

03:38PM  14    RECALL, SHE WAS SENT THESE, THESE CUSTOMER FEEDBACK SLIDES

03:39PM  15    WHICH COMMENTED ON THE EXPERIENCE OF PATIENTS WHO VISITED

03:39PM  16    WALGREENS STORES.

03:39PM  17         THE OVERALL EXPERIENCE OF THOSE PATIENTS WAS EXCELLENT,

03:39PM  18    ABOUT 4.85 OUT OF 5.

03:39PM  19         AND WITH RESPECT TO MR. JHAVERI'S COMMENTS ABOUT HIS

03:39PM  20    INTERACTIONS WITH MR. BALWANI, MS. HOLMES CONTINUED TO ENGAGE

03:39PM  21    WITH WALGREENS EXECUTIVES HERSELF.  SHE TESTIFIED ABOUT HER

03:39PM  22    MEETINGS WITH MR. GOURLAY.

03:39PM  23         THE GOVERNMENT SAYS THAT SHE KNEW THAT STORES WEREN'T

03:39PM  24    GOING TO CONTINUE TO ROLLOUT BECAUSE OF ONE TEXT THAT SHE

03:39PM  25    RECEIVED IN NOVEMBER OF 2014, ONE TEXT THAT SHE RECEIVED FROM

03:39PM  1      MR. BALWANI WHICH THEY HAVE REPEATEDLY SHOWN.

03:39PM  2      WHAT DO WE KNOW ABOUT THE TIMING OF THAT TEXT?  WE KNOW

03:39PM  3   THAT TWO WEEKS LATER MS. HOLMES HAD A MEETING WITH AN

03:39PM  4   INDIVIDUAL TO WHOM MR. JHAVERI REPORTED IN WALGREENS, AND THAT

03:40PM  5   THEY AGREED AT THAT MEETING THAT THERANOS WOULD CONTINUE TO

03:40PM  6   ROLL OUT IN WALGREENS STORES.  THIS IS WELL AFTER ANY OF THE

03:40PM  7   INVESTORS WHO WERE THE SUBJECT OF TESTIMONY TESTIFIED DURING

03:40PM  8   THE COURSE OF THIS CASE.

03:40PM  9      THERE SIMPLY IS NOT EVIDENCE THAT MS. HOLMES IN 2014

03:40PM 10   THOUGHT THERE WAS NOT GOING TO BE A WALGREENS PARTNERSHIP.

03:40PM 11      NOW, I WANT TO ASK A BASIC QUESTION ABOUT THE CONDUCT OF

03:40PM 12   MS. HOLMES WITHIN THERANOS, BUT NOT WITH THE EMPLOYEES.

03:40PM 13      I WANT TO ASK A QUESTION OF YOU TO CONSIDER AS TO IF

03:40PM 14   MS. HOLMES WERE A CRIMINAL, AS THE GOVERNMENT ALLEGES, WHAT

03:40PM 15   KIND OF A BOARD OF DIRECTORS WOULD SHE APPOINT?  WOULD SHE

03:40PM 16   APPOINT CRONIES OR PEOPLE WHO MIGHT FOLLOW HER INSTRUCTIONS?

03:40PM 17   YOU WOULD THINK SO.

03:41PM 18      BUT SHE APPOINTED THESE PEOPLE, AN INCREDIBLY ILLUSTRIOUS

03:41PM 19   GROUP OF PEOPLE, WHO HAD EXPERIENCE OVER TIME IN THE TECHNOLOGY

03:41PM 20   INDUSTRY, IN THE MEDICAL INDUSTRY, IN GOVERNMENT, IN RETAIL,

03:41PM 21   MANY, MANY DIFFERENT AREAS THAT TOUCHED ON THERANOS'S OPERATION

03:41PM 22   AND IN WHICH SHE COULD GET CANDID AND DIRECT FEEDBACK.

03:41PM 23      GENERAL MATTIS TESTIFIED THE BOARD WAS VERY ENGAGED, THEY

03:41PM 24   WERE VERY STRONG INDIVIDUALS, THEY GAVE FEEDBACK, THEY WERE

03:41PM 25   CAPABLE OF ASKING QUESTIONS.

03:41PM  1          IT'S CLEAR FROM THE BOARD DOCUMENTS OVER TIME THAT THE

03:41PM  2     BOARD WAS TOLD ABOUT THE DEVELOPMENT OF THE 4.0 SERIES AS EARLY

03:41PM  3     AS 2010.  THEY SAW THE INSIDE OF THE DEVICE, JUST AS YOU HAVE

03:41PM  4     SEEN DURING THE COURSE OF THIS TRIAL.

03:41PM  5          NOW, I WANT TO ASK A QUESTION WITH RESPECT TO THE LIST OF

03:41PM  6     INDIVIDUALS THAT YOU LOOKED AT.  DO YOU THINK THAT MS. HOLMES,

03:42PM  7     IN CONNECTION WITH UNDERTAKING HER WORK AT THERANOS, DECIDED

03:42PM  8     THAT SHE WOULD ASSEMBLE THAT GROUP OF INDIVIDUALS FOR PURPOSES

03:42PM  9     OF CONDUCTING A CRIMINAL CONSPIRACY?

03:42PM 10          THAT SEEMS TO ME, LADIES AND GENTLEMEN, TO BE VERY, VERY

03:42PM 11     UNLIKELY.  AND THAT'S AN ADDITIONAL JUDGMENT OF HER INTENT THAT

03:42PM 12     YOU CAN CONSIDER AS PART OF YOUR DELIBERATIONS.

03:42PM 13          YOUR HONOR, I'M AT SORT OF A BREAKING POINT THERE.  I KNOW

03:42PM 14     YOU WANTED TO BREAK AT 3:45.

03:42PM 15          THE COURT:  WELL, LET'S DO THAT.  LET'S TAKE OUR

03:42PM 16     EVENING BREAK NOW IF THIS IS A GOOD TIME FOR YOU, MR. DOWNEY.

03:42PM 17          WE'LL DO THAT AND WE'LL RESUME AGAIN AT 9:00 A.M.

03:42PM 18     TOMORROW, LADIES AND GENTLEMEN.

03:42PM 19          WE'LL RESUME AGAIN TOMORROW AT 9:00 A.M., LADIES AND

03:43PM 20     GENTLEMEN, AND WE'LL CONTINUE WITH CLOSING ARGUMENTS THEN AND

03:43PM 21     ANY REBUTTAL THAT THE GOVERNMENT HAS.

03:43PM 22          SO DURING THE BREAK, DURING THE EVENING, PLEASE AGAIN --

03:43PM 23     IT'S EVER MORE IMPORTANT NOW THAT YOU'RE IN THE MIDDLE OF

03:43PM 24     ARGUMENTS TO AVOID, DO NOT DISCUSS, DO NOT READ, LISTEN TO, OR

03:43PM 25     IN ANY WAY TRY TO INFORM YOURSELVES ABOUT ANY INFORMATION ABOUT

03:43PM  1    THIS CASE OTHER THAN WHAT YOU'VE LEARNED HERE IN THIS

03:43PM  2    COURTROOM.

03:43PM  3        TOMORROW MORNING I WILL ASK YOU THE QUESTION OF WHETHER OR

03:43PM  4    NOT ANY OF THAT HAS HAPPENED AS TO EACH OF YOU.

03:43PM  5        SO ANYTHING FURTHER BEFORE WE BREAK FOR THE AFTERNOON?

03:43PM  6            MR. DOWNEY:  NOT FROM US, YOUR HONOR.

03:43PM  7            THE COURT:  MR. SCHENK?

03:43PM  8            MR. SCHENK:  NO, YOUR HONOR.

03:43PM  9            THE COURT:  ALL RIGHT.  WE'LL BREAK THIS AFTERNOON

03:43PM 10    NOW.  HAVE A GOOD EVENING.

03:43PM 11        WE'LL SEE YOU TOMORROW MORNING, LADIES AND GENTLEMEN.

03:44PM 12        (JURY OUT AT 3:44 P.M.)

03:44PM 13            THE COURT:  ALL RIGHT.  PLEASE BE SEATED.  THANK

03:44PM 14    YOU.

03:44PM 15        THE RECORD SHOULD REFLECT THAT OUR JURY HAS LEFT FOR THE

03:44PM 16    DAY.

03:44PM 17        BEFORE WE RECESS FOR THE DAY, LET ME CALL ON THE PARTIES,

03:44PM 18    ANYTHING FURTHER FROM THE GOVERNMENT?

03:44PM 19            MR. SCHENK:  NO, YOUR HONOR.  THANK YOU.

03:44PM 20            THE COURT:  MR. DOWNEY?

03:44PM 21            MR. DOWNEY:  NOTHING FROM US, YOUR HONOR.

03:44PM 22            THE COURT:  IS 9:00 O'CLOCK TOMORROW A GOOD TIME TO

03:44PM 23    START THEN?

03:44PM 24        I'LL BE HERE EARLY.  IF THE PARTIES NEED TO BRING ANYTHING

03:44PM 25    TO OUR ATTENTION, WE CAN TAKE THAT UP.

ER-6695

CLOSING ARGUMENT BY MR. DOWNEY                                        9110

03:44PM   1          HAVE A GOOD EVENING.

03:44PM   2                MR. SCHENK:  THANK YOU, YOUR HONOR.

03:44PM   3                MR. LEACH:  THANK YOU, YOUR HONOR.

03:44PM   4                MR. DOWNEY:  THANK YOU, YOUR HONOR.

03:44PM   5                MR. WADE:  THANK YOU, YOUR HONOR.

03:44PM   6             THE CLERK:  COURT IS ADJOURNED.

03:44PM   7          (COURT ADJOURNED AT 3:44 P.M.)

          8

          9

         10

         11

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

ER-6696