**Docket No. 22-10338**
_____

**United States Court of Appeals for the Ninth Circuit**
_____

UNITED STATES OF AMERICA,

                              *Plaintiff-Appellee*,

v.

RAMESH "SUNNY" BALWANI,

                              *Defendant-Appellant*.

_____

*Appeal from a Decision of the United States District Court for the Northern District of California, No. 5:18-cr-00258-EJD-2, Hon. Edward J. Davila*
_____

**CONSENT MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF ON BEHALF OF THE AMERICAN BOARD OF CRIMINAL LAWYERS, CALIFORNIA ATTORNEYS FOR CRIMINAL JUSTICE, AND DUE PROCESS INSTITUTE IN SUPPORT OF APPELLANT**
_____

| | |
|---|---|
| Paul N. Monnin<br>Danielle K. Goldstein<br>**ALSTON & BIRD LLP**<br>1201 W. Peachtree Street<br>Atlanta, Georgia 30309<br>Tel.: 404-881-7000<br>Paul.Monnin@alston.com<br>Danielle.Goldstein@alston.com<br><br>*Of Counsel* | Kim Chemerinsky<br>*Counsel of Record*<br>**ALSTON & BIRD LLP**<br>333 South Hope Street<br>Los Angeles, California 90071-3004<br>Tel: 213-576-1000<br>Kim.Chemerinsky@alston.com<br><br>*Counsel for Amici Curiae,*<br>*The American Board of Criminal Lawyers, California Attorneys for Criminal Justice, and Due Process Institute* |

The American Board of Criminal Lawyers, California Attorneys for Criminal Justice, and Due Process Institute (collectively, "*amici*") respectfully move this Court for leave to appear as *amicus curiae* in the above-captioned appeal in support of Appellant, Ramesh "Sunny" Balwani. *Amici* further respectfully move, with the government's consent, for leave of Court to file an out-of-time brief, which has been submitted concurrently with this motion. *See* Fed. R. App. P. 29(a)(6) (the Court "may grant leave for later filing"). *Amici* respectfully state as follows in support of their motion.

1. *Amici* are criminal defense organizations that have a direct and substantial interest in Appellant's third assertion of error in his principal brief on appeal; namely, that presentation of investor testimony in Appellant's trial, and specifically exclusion of an audiotape of an alleged co-conspirator's actual statements to these investors from Appellant's trial, implicates *Napue v. Illinois*, 360 U.S. 264 (1959), and its progeny in this Circuit. *Amici*'s brief addresses the prejudicial errors inherent in the proceeding below, which are of constitutional dimension, and the threat such errors pose to the constitutional protections afforded to criminal defendants in federal criminal proceedings that *amici* seek to preserve.

2. With the government's consent, *Amici* respectfully seek leave to file their brief out of time pursuant to Federal Rule of Civil Procedure 29(a)(6). Appellant's principal brief was filed on May 4, making *amici*'s brief due by May 11.

While counsel to *amici* worked diligently in preparing their brief, this process was delayed due to several work and travel conflicts. Counsel also needed to coordinate review and approval of the brief with multiple clients.

WHEREFORE, *amici* respectfully request leave to appear as *amicus curiae* in the above-captioned matter and to submit the brief accompanying this motion.

Dated: <u>May 19, 2023</u>　　　　　　　　　Respectfully submitted,

Paul N. Monnin　　　　　　　　　　　　<u>*s/ Kim Chemerinsky*</u>
Danielle K. Goldstein　　　　　　　　　Kim Chemerinsky
**ALSTON & BIRD LLP**　　　　　　　　　*Counsel of Record*
1201 W. Peachtree Street　　　　　　　**ALSTON & BIRD LLP**
Atlanta, Georgia 30309　　　　　　　　333 South Hope Street
Tel.: 404-881-7000　　　　　　　　　　Los Angeles, California 90071-3004
Paul.Monnin @alston.com　　　　　　　Tel: 213-576-1000
Danielle.Goldstein@alston.com　　　　Kim.Chemerinsky@alston.com

*Of Counsel*　　　　　　　　　　　　　*Counsel for Amici Curiae,*
　　　　　　　　　　　　　　　　　　　*The American Board of Criminal Lawyers,*
　　　　　　　　　　　　　　　　　　　*California Attorneys for Criminal Justice,*
　　　　　　　　　　　　　　　　　　　*and Due Process Institute*