**FILED**

MAY 23 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> RAMESH SUNNY BALWANI, <br><br> Defendant-Appellant. | No. 22-10338 <br><br> D.C. No. 5:18-cr-00258-EJD-2 <br> Northern District of California, <br> San Jose <br><br> ORDER |

The motion of American Board of Criminal Lawyers, California Attorneys for Criminal Justice, and Due Process Institute for leave to file an amicus curiae brief (Docket Entry No. 34) and any responses are referred for resolution to the panel that will consider the merits of the case.

Within 7 days after the date of this order, amici curiae are ordered to file 6 copies of the brief in paper format, with a green cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the court's website at http://www.ca9.uscourts.gov/forms/.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

OSA168

The answering brief is now due June 13, 2023. The optional reply brief is due within 21 days after service of the answering brief.

                                                    FOR THE COURT:

                                                    MOLLY C. DWYER
                                                    CLERK OF COURT