# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)** | 22-10338

**Case Name** | USA v. Ramesh Balwani

Requesting Party Name(s) | United States of America

I am: ○ The party requesting the extension.
⦿ Counsel for the party or parties requesting the extension.

I request an extension of time to file a:

☒ Brief (*you **must** also complete the Declaration on page 3*)
☐ Motion to proceed in forma pauperis
☐ Motion for a certificate of appealability
☐ Response/opposition to a pending motion
☐ Reply to a response/opposition to a pending motion
☐ Certified Administrative Record
☐ Response to court order dated [          ]
☐ Other (*you **must** describe the document*)
[                                        ]

The requested new due date is: | Sep 20, 2023

I request the extension of time because (**cannot be left blank**):
*(attach additional pages if necessary)*

due to extensive length of the trial and appeal records and competing schedules, including completing the government's brief in co-defendant Elizabeth Holmes's appeal (No. 22-10312) due August 17, 2023, I ask for additional time of 30 days from the current deadline of August 21, 2023. Before filing, the brief must be circulated for supervisory review, which also requires more time. This is the government's third request, and I do not anticipate seeking further extensions.

**Signature** | /s/ Kelly I. Volkar | **Date** | 8/14/2023
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 14** | *1* | *New 12/01/2018*

| **Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8** |
| :---: |
| *Complete this section for criminal or immigration cases.* |

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

○ I have **NOT** filed a previous request to extend time to file the document.

◉ I have previously requested an extension of time to file the document.

This motion is my | third | request.

(*Examples: first, second*)

Bail/detention status (*select one*):

◉ The defendant is incarcerated. The projected release date is: | 03/22/2034 | .

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** | /s/   Kelly I. Volkar | **Date** | 8/14/2023

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**                    2                    *New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the | answering | brief.

    *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: | 08/21/2023 |

3. The brief's first due date was: | 06/05/2023 (after service of Opening Brief) |

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

    See attachment.

5. The position of the other party/parties regarding this request is:

    ☐ Unopposed.

    ☒ Opposed by *(name of party/parties opposing this motion):*

    Ramesh Balwani

    ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

    If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** | /s/   Kelly I. Volkar | **Date** | 8/14/2023 |

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 14**                                 3                                 *New 12/01/2018*

**Supplement to Form 14 Declaration (Question 4)**

I am an Assistant United States Attorney for the Northern District of California, and I am the primary drafter of the government's answering brief in *United States v. Balwani*, No. 22-10338 (relating to Defendant-Appellant Ramesh "Sunny" Balwani), as well as in *United States v. Holmes*, No. 22-10312 (relating to Balwani's co-defendant, Elizabeth Holmes).

Following jury convictions, the district court sentenced Holmes on November 18, 2022, and Balwani on December 7, 2022 (deferring a decision on restitution for both), and both defendants appealed to this Court. *Id.*

On March 15, 2023, Balwani moved for bail pending appeal. *United States v. Balwani*, No. 22-10338, Dkts. 8–14. I was the primary drafter of the government's opposition, which was filed on March 27, 2023. *Id.* The Court subsequently denied Balwani's motion. *Id.*

On April 17, 2023, Holmes filed an oversized opening brief accompanied by three motions and 57 volumes of excerpts of record. *United States v. Holmes*, No. 22-10312, Dkts. 22–31. I was the primary reviewer and drafter of the government's responses to those motions. *Id.*, Dkts. 35, 40. On April 25, 2023, Holmes moved for bail pending appeal. *Id.*, Dkts. 36–39. I was the primary drafter of the government's opposition to Holmes's bail motion, which was filed on May 5, 2023. *Id.*, Dkts. 44. The Court subsequently denied Holmes's motion for bail pending appeal and issued rulings on her other motions, including

accepting Holmes's oversized opening brief on May 15, 2023. *Id.*, Dkts. 47–52.

On May 4, 2023, following two extensions of time, Balwani filed an opening brief accompanied by 26 volumes of excerpts of record. *United States v. Balwani*, No. 22-10338, Dkts. 21–24.

On May 16, 2023, the district court issued one order addressing restitution owed by both defendants, an order which both Holmes and Balwani have appealed separately. *United States v. Holmes*, Nos. 23-1040, 23-1167; *United States v. Balwani*, No. 23-1166.

The government's answering briefs were originally due June 2 and 5, 2023, respectively, in *United States v. Holmes*, No. 22-10312, Dkt. 47, and *United States v. Balwani*, No. 22-10338, Dkt. 20. The government sought extensions for each, resulting in current deadlines of August 17 and 21, 2023, respectively, in *United States v. Holmes*, No. 22-10312, Dkts. 55–56, 62–63, and *United States v. Balwani*, No. 22-10338, Dkts. 37–38, 39, 41.

I have exercised diligence in preparing the government's answering briefs for both respective appeals, each of which must undergo an internal review process before filing. Both appeals include extensive trial records and appellate claims raised in their respective opening briefs, all of which require additional time to thoroughly review and respond. I anticipate the government will file its answering brief to co-defendant Holmes's appeal by the deadline of August 17, 2023.

The government's answering brief in this matter is currently due August 21, 2023, and I request an additional 30 days to complete the government's brief and internal review process, making the new deadline September 20, 2023.  I do not anticipate seeking further extensions.

I have contacted appellant's counsel, Jeffrey Coopersmith, who advised that appellant opposes the government's third request for an extension.