UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 30 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-10338 |
| Plaintiff-Appellee, | D.C. No. 5:18-cr-00258-EJD-2 Northern District of California, San Jose |
| v. | |
| RAMESH SUNNY BALWANI, | ORDER |
| Defendant-Appellant. | |

Appellee's motion (Docket Entry No. 42) for an extension of time to file the answering brief is granted.

The answering brief is due September 20, 2023. Due to the length of extensions granted, the court is not inclined to grant further motions for an extension of time to file the answering brief absent extraordinary and compelling circumstances.

The optional reply brief is due within 21 after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA167