**No. 22-10338**

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

        v.

RAMESH "SUNNY" BALWANI,

    Defendant-Appellant.

_____

**SUPPLEMENTAL EXCERPTS OF RECORD
INDEX VOLUME**

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
NO. 18-CR-00258-EJD-2

_____

**THOMAS A. COLTHURST**
Attorney for the United States
Acting Under Authority Conferred By
28 U.S.C. § 515

**MATTHEW M. YELOVICH**
Chief, Appellate Section, Criminal Division

**KELLY I. VOLKAR**
Assistant United States Attorney
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
(415) 436-7185
**Attorneys for Plaintiff-Appellee
UNITED STATES OF AMERICA**

# INDEX

| District Court Docket (CR) No. | Document & File Date | Excerpts of Record (SER) Page No. |
|---|---|---|
| | **VOLUME 1 OF 9** | |
| 1630 | Final Jury Instructions (6/24/2022) | SER-2 |
| 1487 | Balwani's Motion for Leave to File for Reconsideration of Court's Order at Dkt. 1483 (6/11/2022) | SER-41 |
| 1483 | Order Re Balwani's Motion to Strike Portions of Sarah Bennett's Testimony (6/10/2022) | SER-52 |
| 1476 | Balwani's Supplemental Proposal Re Jury Instructions and Verdict Form (6/7/2022) | SER-54 |
| 1395-2 | Transcript of Audio Recordings Between Roger Parloff and Elizabeth Holmes (4/8/2022) | SER-81 |
| 1395-3 | Transcript of CNBC *Mad Money* on October 15, 2015 (4/8/2022) | SER-128 |
| 1395-4 | Transcript of NBC *Today Show* on April 18, 2016 (4/8/2022) | SER-140 |
| 1355 | Trial Stipulation No. 1 (3/15/2022) | SER-147 |
| 1326 | Order Re Motions in Limine (2/28/2022) | SER-150 |
| 1237 (1391) | Government's Amended Bill of Particulars – Redacted Version (1/3/2022) | SER-201 |
| | **VOLUME 2 OF 9** | |
| 887 | Order Denying Motion to Suppress (8/4/2021) | SER-228 |
| 552 | Order Re Defendants' Motions to Dismiss the Second and Third Superseding Indictments (10/13/2020) | SER-246 |
| 330 | Order Granting in Part & Denying in Part Defendants' Motion to Dismiss Superseding Indictment (2/11/2020) | SER-274 |

*United States v. Ramesh "Sunny" Balwani*
No. 22-10338

- 1 -

# INDEX

| District Court Docket (CR) No. | Document & File Date | Excerpts of Record (SER) Page No. |
|---|---|---|
| 1711-3 | (Excerpted) Exhibit 1 to Balwani's Motion for Release Pending Appeal – Transcript of Christopher McCollow's Testimony at Grand Jury on July 14, 2020 (1/9/2023) | SER-313 |
| | **VOLUME 3 OF 9** | |
| 1521 | (Excerpted) Trial Transcript for March 22, 2022 (Vol. 8): Opening Statements | SER-348 |
| 1527 | (Excerpted) Trial Transcript for April 6, 2022 (Vol. 14): Dr. Constance Cullen's Testimony | SER-448 |
| 1536 | (Excerpted) Trial Transcript for April 27, 2022 (Vol. 23): Dr. Sunil Dhawan's Testimony | SER-498 |
| | **VOLUME 4 OF 9** | |
| 1538 | (Excerpted) Trial Transcript for May 3, 2022 (Vol. 25): Shane Weber's Testimony | SER-641 |
| 1541 | (Excerpted) Trial Transcript for May 11, 2022 (Vol. 28): Dr. Lynette Sawyer's Testimony | SER-715 |
| 1542 | (Excerpted) Trial Transcript for May 13, 2022 (Vol. 29): Dr. Lynette Sawyer's Testimony (Cont'd) | SER-745 |
| 1548 | Trial Transcript for June 8, 2022 (Vol. 35): Charging Conference | SER-768 |
| 1550 | Trial Transcript for June 10, 2022 (Vol. 37): Charging Conference | SER-864 |
| | **VOLUME 5 OF 9** | |
| 1551 | (Excerpted) Trial Transcript for June 21, 2022 (Vol. 38): Defense Closing Argument | SER-900 |
| 1552 | (Excerpted) Trial Transcript for June 22, 2022 (Vol. 39): Defense Closing Argument (Cont'd) | SER-972 |

# INDEX

| District Court Docket (CR) No. | Document & File Date | Excerpts of Record (SER) Page No. |
|---|---|---|
| | **VOLUME 6 OF 9** | |
| 1552 | (Excerpted) Trial Transcript for June 22, 2022 (Vol. 39): Defense Closing Argument (Cont'd) | SER-1130 |
| 1553 | (Excerpted) Trial Transcript for June 23, 2022 (Vol. 40): Defense Closing Argument | SER-1215 |
| 1554 | (Excerpted) Trial Transcript for June 24, 2022 (Vol. 41): Final Jury Instructions | SER-1371 |
| | **VOLUME 7 OF 9** | |
| Admitted Trial Exhibits: (below are exhibit numbers) | | |
| **Exhibit No.** | **Descriptions (from CR No. 1562)** | |
| | Final Admitted Exhibit List (CR-1562) | SER-1401 |
| 277 | 3/19/2010 Holmes Email to Shepard (cc: Balwani) re times to talk, and Attachment: multiplex panel validation report FDA | SER-1456 |
| 291 | 4/14/2010 Holmes Email to Jung re Follow Up from Walgreens, and Attachment: Excerpts from GSK Metabolic Study Report | SER-1477 |
| 1049 | 2013-08-29 Rosendorff/Holmes/Balwani Email String re Concerns about the launch | SER-1532 |
| 1090 | 2013-09-06 Email Chain re Readback | SER-1535 |
| 1102 | 2013-09-07 Theranos Email to Shareholders re Theranos | SER-1539 |
| 1106 | Joseph Rago, The Wall Street Journal, *Elizabeth Holmes: The Breakthrough of Instant Diagnosis*, Sep. 8, 2013 | SER-1541 |

# INDEX

| District Court Docket (CR) No. | Document & File Date | Excerpts of Record (SER) Page No. |
|---|---|---|
| | **VOLUME 7 OF 9 (Cont'd)** | |
| **Exhibit No.** | **Descriptions (from CR No. 1562)** | |
| 1404 | Grossman/Holmes/Balwani Email String re Due Diligence Questions | SER-1545 |
| 1491 | Jan 28-29, 2014, Email String re End of Shift Log 1/28 2pm | SER-1549 |
| 1633 | 2014-03-28 Email String re Failed QC | SER-1552 |
| 1772 | June 11-12, 2014, Email String re update and re Edison backlogs | SER-1554 |
| 1853 | Theranos Financial Document – Projected Statement of Income | SER-1558 |
| 1896 | 2014-08-15 Nimesh Email to Balwani and Kozlowski re Thoughts and Goals | SER-1560 |
| 2057 | Oct 2014 Eisenman/Holmes/Balwani Email String re Negative report on Theranos from UBS | SER-1561 |
| 2065 | Oct 2014 C. Holmes/Balwani/Holmes Email String re BDT visitors to wag Saturday | SER-1567 |
| 2188 | Nov 3-5, 2014, Rosendorff/Holmes/Balwani Email String re Theranos tests | SER-1569 |
| 2228 | 2014-11-21 Email String re Redraw request 11-21-14 | SER-1571 |
| 3231 | 2013-08-31 Email String re GC Assay | SER-1573 |
| 3965 | 9/4/2013 Blickman Email to Holmes et al. re .COM PDF + Jim Fox's comments, and Attachment: Screenshots of Theranos website | SER-1575 |

# INDEX

| District Court Docket (CR) No. | Document & File Date | Excerpts of Record (SER) Page No. |
|---|---|---|
| | **VOLUME 7 OF 9 (Cont'd)** | |
| **Exhibit No.** | **Descriptions (from CR No. 1562)** | |
| 3981 | Sep 5-6, 2013, Email String re Theranos website comments | SER-1597 |
| 4060 | 2015-08-27 Eisenman Email forwarding 2013-12-22 Email String re Theranos | SER-1602 |
| | **VOLUME 8 OF 9** | |
| **Exhibit No.** | **Descriptions (from CR No. 1562)** | |
| 4077 | Jan 10-17, 2014, Grossman/Balwani Email String, and attachment – Theranos ppt | SER-1606 |
| | **VOLUME 9 OF 9** | |
| **Exhibit No.** | **Descriptions (from CR No. 1562)** | |
| 4116 | 2014-03-31 Rosendorff/Balwani/Young Email String re $CO_2$ (Bicarbonate) issue | SER-1876 |
| 4124 | Apr 16-17, 2014, Email String re Dr. Kwatra/Dr. Stamps | SER-1878 |
| 4145 | May 29-30, 2014, Balwani/Young/Holes Email String re OORL results | SER-1881 |
| 4147 | 2014-05-30 Rosendorff Email to CLS re hCG testing | SER-1884 |
| 4173 | 2014-08-18 Holmes Letter to Mosley re invitation to participate in equity transaction | SER-1885 |
| 4182 | Aug 2014 Email String re bot experience | SER-1888 |

# INDEX

| District Court Docket (CR) No. | Document & File Date | Excerpts of Record (SER) Page No. |
|---|---|---|
| | **VOLUME 9 OF 9 (Cont'd)** | |
| **Exhibit No.** | **Descriptions (from CR No. 1562)** | |
| 4189 | Aug 25-27, 2014, Email String re Voided CO2 Results | SER-1893 |
| 4222 | 2014-09-29 Email String re Customer Issue - GM | SER-1894 |
| 4292 | Oct 2014 Email String re Critical ISEs | SER-1898 |
| 4314 | Nov 2014 Email String re Escalated Call – 111240 | SER-1900 |
| 4330 | Nov 2014 Rosendorff/Holmes Email String re Ebola | SER-1905 |
| 4533 | 2015-09-23 Theranos Letter to HHS-CMS re list of LDTs that Theranos tested on Theranos device (TSPUs) and time periods of when run | SER-1908 |
| 4840 | June 12-13, 2014, Email String re Patient results | SER-1909 |
| 5387H | 2011-2016 Misc. Text Messages | SER-1913 |
| 5388 | Photo of Edison Machine | SER-2042 |
| 5389 | Photo of Siemens ADVIA | SER-2043 |
| 5413 | July 2014 Email Chain re Patient requesting physician call regarding lab results | SER-2044 |
| 5421 | 2014-06-25 Gee Email to Balwani and Rosendorff re Instrument bring up | SER-2048 |

*United States v. Ramesh "Sunny" Balwani*
No. 22-10338

- 6 -

# INDEX

| District Court Docket (CR) No. | Document & File Date | Excerpts of Record (SER) Page No. |
|---|---|---|
| | **VOLUME 9 OF 9 (Cont'd)** | |
| **Exhibit No.** | **Descriptions (from CR No. 1562)** | |
| 5422 | 2014-06-28 Gee Email to Balwani and Rosendorff re Instrument bring up | SER-2049 |
| 5804 | 2013/09/09 C. Holmes Email to Walgreens re new mechanical for patient brochure, and attachment – mechanical | SER-2050 |
| 7753 | (Excerpted – Attachments only) Nov. 2-3, 2016, Yam/Gellman Email String re Pharmaceutical payments for milestones – Privileged & Confidential, and Attachments: List of receipts from Pharma (Excel Spreadsheet Converted to PDF) | SER-2054 |