No. 22-10338

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

RAMESH "SUNNY" BALWANI,

Defendant-Appellant.

SUPPLEMENTAL EXCERPTS OF RECORD
VOLUME 7 OF 9

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
NO. 18-CR-00258-EJD-2

**THOMAS A. COLTHURST**
Attorney for the United States
Acting Under Authority Conferred By
28 U.S.C. § 515

**MATTHEW M. YELOVICH**
Chief, Appellate Section, Criminal Division

**KELLY I. VOLKAR**
Assistant United States Attorney
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
(415) 436-7185
**Attorneys for Plaintiff-Appellee**
**UNITED STATES OF AMERICA**

**ADMITTED TRIAL EXHIBITS**
*USA v. Ramesh Sunny Balwani*
**5:18-cr-00258-2 EJD**

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 1512 | Jan-Feb 2014 Email String re SOPs for EDISON Total T4, Total T3, Testosterone, FSH | 03/22/2022 | Erika Cheung* |
| 1557 | 2014-02-22 Pandori Email to Cheung re Task Assignments | 03/22/2022 | Erika Cheung* |
| 1562 | Apr. 10-11, 2014 Email String re Follow up to previous discussion | 03/22/2022 | Erika Cheung* |
| 1587 | Feb. 2014 Email String re 3.5 Readers | 03/22/2022 | Erika Cheung* |
| 1633 | 2014-03-28 Email String re Failed QC | 03/22/2022 | Erika Cheung* Dr. Adam Rosendorf |
| 3741A | Theranos Testing Menu | 03/22/2022 | Erika Cheung* Nimesh Jhaveri Lisa Peterson |
| 5387H | 2011-2016 Misc. Text Messages | 03/22/2022 | Erika Cheung* So Han Spivey Nimesh Jhaveri Dr. Sunil Dhawan Sarah Bennett Daniel Mosley Brian Grossman |
| 5388 | Photo of Edison Machine | 03/22/2022 | Erika Cheung* |
| 5389 | Photo of Siemens ADVIA | 03/22/2022 | Erika Cheung* |
| 9368 | Theranos TSH ELISA Assay Report – Validation Document; TSH – ELISA Assay Validation Report on Edison 3.X Theranos System [Revision A] | 03/22/2022 | Erika Cheung* |

\* Sponsoring Witnesses

SER-1401

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 9909 | Theranos Quality Operating Procedure – CLIA Laboratory; Corrective and Preventative Action [2011-06-09] | 03/22/2022 | Erika Cheung* |
| 9925 | Theranos Standard Operating Procedure – CLIA Laboratory: Total 25-OH Vitamin D on Edison 3.5 Theranos System | 03/22/2022 | Erika Cheung* |
| 10224 | Resume of Sharada Sivaraman, Ph.D. | 03/22/2022 | Erika Cheung* |
| 20020 | 2013-09-14 Theranos Employment Offer Letter to Erika Cheung | 03/22/2022 | Erika Cheung* |
| 20029 | 201-10-14 Theranos At-Will Employment, Confidential Information and Invention Assignment Agreement | 03/22/2022 | Erika Cheung* |
| 20043 | 2013-12-16 Email String re Reassignment to CLIA | 03/22/2022 | Erika Cheung* |
| 1227 | Nov. 2013 Email String re New Daily Demo Schedule | 03/23/2022 | Erika Cheung* |
| 1287 | Nov. 2013 Email String re QC Controls for Vit. D | 03/23/2022 | Erika Cheung* |
| 1323 | Dec. 2013 Email String re QCs failing with updated Range | 03/23/2022 | Erika Cheung* |
| 1431 | Jan. 2014 Email String re QC for EDISONS | 03/23/2022 | Erika Cheung* |
| 1589 | Feb. 2014 Email String re New QC measure for Edisons | 03/23/2022 | Erika Cheung* Dr. Mark Pandori |
| 2567 | 2015-06-26 Boies Schiller & Flexner Letter to Erika Cheung | 03/23/2022 | Erika Cheung* |
| 1106 | Joseph Rago, The Wall Street Journal, *Elizabeth Holmes: The Breakthrough of Instant Diagnosis*, Sep. 8, 2013 (Exhibit not offered for truth of matter; admitted only to indicate state of mind of witness at the time he sought employment with Theranos and to show what information was publicly available) | 03/30/2022 | Dr. Mark Pandori* Daniel Edlin Patrick Mendenhall |

2

**SER-1402**

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 1288 | 2013-11-30 Email String re *Both QC Controls for Vitamin D didn't pass* | 03/30/2022 | Erika Cheung* |
| 1430 | 2014-01-16 Rosendorff Email to CLIA.Lab re CL QIO-00020 Quality Control Guidelines.docx (with Attachment: 2014-01-15 Theranos SOP – Quality Control Rules/Quality Control Policies) | 03/30/2022 | Erika Cheung* Dr. Adam Rosendorff |
| 1522 | 02/10/2014 Email String re *QC for TSH Failed After Re-run* | 03/30/2022 | Dr. Mark Pandori* |
| 1525 | Feb 2014 Email String re *QC for TSK Failed After Re-run* | 03/30/2022 | Erika Cheung* Dr. Adam Rosendorff |
| 1528 | Feb. 2014 Email String re *Both TSH QCs Failed* | 03/30/2022 | Dr. Mark Pandori* |
| 1570 | Feb. 2014 Email String re *proficiency testing for LDTs* | 03/30/2022 | Erika Cheung* Dr. Mark Pandori |
| 1580 | Feb. 2014 Email String re *proficiency testing for LDTs* | 03/30/2022 | Erika Cheung * Dr. Mark Pandori |
| 1595 | 02/27/2014 Email String re *Redundancy* | 03/30/2022 | Dr. Mark Pandori* |
| 1662 | Feb. 2014 Email String re *Morning HDL Study Tecan Dilution Results* | 03/30/2022 | Erika Cheung* |
| 5767 | Jan. 2014 Pandori/Balwani Email String re *Today* | 03/30/2022 | Dr. Mark Pandori* |
| 5769 | Apr. 2014 Email String re *fT4 and TSH study results* | 03/30/2022 | Dr. Mark Pandori* |
| 5771 | 04/16/2014 Email String re *Testosterone QCs Fail* | 03/30/2022 | Dr. Mark Pandori* |
| 7603BB | Regulation: Centers for Medicare & Medicaid Services, HHS, Section 493.931 *Routine Chemistry* [Redacted] | 03/30/2022 | Erika Cheung* |

3

SER-1403

Case: 5:18-cr-00258-EJD Document 1796-2, Filed 07/24/22, Page 5 of 255

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 9939 | Theranos Standard Operating Procedure -CLIA Laboratory dated 11/26/2013 | 03/30/2022 | Erika Cheung* Dr. Mark Pandori |
| 20046 | Mar 2014 Email String re *Week 2 Vitamin D results* | 03/30/2022 | Erika Cheung* Dr. Adam Rosendorff |
| 20225 | Feb-Mar 2014 Email String re *New QC measure for Edisons* | 03/30/2022 | Erika Cheung* |
| 20451 (cover and p. 14 only) | 2013 College of American Pathologists, *2013 Proficiency Testing Manual*, ¶ Outlier Detection Technique | 03/30/2022 | Erika Cheung* |
| 1513 | Jan-Feb 2014 Email String re ADVIA 1 | 04/01/2022 | Dr. Mark Pandori* |
| 1548 | Feb. 2014 Email String re Proficiency spreadsheet, and Attachment | 04/01/2022 | Erika Cheung* Mark Pandori |
| 1620 | Mar. 2014 Email String re Update: Week ending 3/16 | 04/01/2022 | Dr. Mark Pandori* |
| 5545 | 2014-05-08 Edlin Email re Updated PT/Audit Renewals since 3/18 | 04/01/2022 | Dr. Mark Pandori* |
| 5770 | 4/8/2014 Email String re Quick Question on disclosing information on PT testing | 04/01/2022 | Dr. Mark Pandori* |
| 7440 | April 2014 Email Stroing re slides pt, aap (and attachment: aa ppt th mwp v1.pptx: Proficiency Testing & Quality Assessment of Theranos Methods) | 04/01/2022 | Dr. Mark Pandori* Dr. Adam Rosendorff |
| 20254 | 2014-01-29 Balwani/Pandori Email String re processes around samples and results | 04/01/2022 | Dr. Mark Pandori* |

4

SER-1404

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 20258 | 2/25/2014 Email Chain re Parallel testing of VitD, TSH, PSA and FT4 | 04/01/2022 | Dr. Mark Pandori* |
| 20281 | 5/30/2014 Pandori/Rosendorf Email String re transition report. | 04/01/2022 | Dr. Mark Pandori* |
| 20282 | Feb. 2014 Email String re FYI (accreditation by CAP – auditors could be from competitor companies) | 04/01/2022 | Dr. Pandori* |
| 20478 | Oct. 2013 Email String re Welcome to Theranos | 04/01/2022 | Dr. Mark Pandori* |
| 5780 | Comerica Bank Statement of Account - Commercial Checking Statement of Theranos Inc. for period Aug 1-31, 2013 | 04/05/2022 | So Han Spivey* |
| 5797 | *Consolidated Financial Statements, Theranos, Inc. Years Ended December 31, 2008 and 2007*, ERNST & YOUNG, June 26, 2009 | 04/05/2022 | So Han Spivey* |
| 5172 | Financial Spreadsheet re Theranos, Inc. Cash Balance, 1/3/2011 – 6/26/2016 | 04/05/2022 | So Han Spivey* |
| 578 | 2012-04-05 Email String re 2010 Updated Post-close entries schedule – and Attachment: 2010 updated post-close entries schedule | 04/05/2022 | So Han Spivey* |
| 792 | 2013-02-12 Yam/Holmes/Balwani Email String re Stanford (as Landlord to Theranos) – and Attachments: Financial Statement Analysis Template – Theranos 2012.xlsx and FS 2012.xlsx | 04/05/2022 | So Han Spivey* |
| 1901 | August 2014 Email String re Theranos – 2013 Tax Return PBC – and Attachment: TB123113.xlsx | 04/05/2022 | So Han Spivey* |

SER-1405

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 5206 | Apr 2015 Email String re Theranos: 409A valuation analysis – March 25, 2015 valuation date – and Attachment: ARANCA, *An Aranca Report – Theranos, Inc., FMV of common stock as of March 25, 2015*, Apr. 6, 2015 | 04/05/2022 | So Han Spivey* |
| 3233 | Theranos, Inc. & Subsidiary Form 8879-C – Tax Year Ending 2015 [prepared by Moss Adams, LLP] | 04/05/2022 | So Han Spivey* |
| 7753 | Nov. 2-3, 2016, Yam/Gellman Email String re Pharmaceutical payments for milestones – Privileged & Confidential, and Attachments: List of receipts from Pharma | 04/05/2022 | So Han Spivey* Daniel Edlin Shane Weber Daniel Mosley |
| 5781 | Comerica Bank Statement of Account – Commercial Checking Statement of Theranos Inc. for period Sep. 1-31, 2013 | 04/05/2022 | So Han Spivey* |
| 5783 | Comerica Bank Statement of Account – Commercial Checking Statement of Theranos Inc. for period Dec. 1-31, 2013 | 04/05/2022 | So Han Spivey* |
| 5784 | Comerica Bank Statement of Account – Commercial Checking Statement of Theranos Inc. for period Jan. 1-31, 2014 | 04/05/2022 | So Han Spivey* |
| 5785 | Comerica Bank Statement of Account – Commercial Checking Statement of Theranos Inc. for period Feb. 1-28, 2014 | 04/05/2022 | So Han Spivey* |
| 5788 | Comerica Bank Statement of Account – Commercial Checking Statement of Theranos Inc. for period Oct. 1-31, 2014 | 04/05/2022 | So Han Spivey* |
| 5789 | Comerica Bank Statement of Account – Commercial Checking Statement of Theranos Inc. for period Nov. 1-30, 2014 | 04/05/2022 | So Han Spivey* |
| 5791 | Comerica Bank Statement of Account – Commercial Checking Statement of Theranos Inc. for period Dec. 1-31, 2013 | 04/05/2022 | So Han Spivey* |

6

SER-1406

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---------|-------------|---------------|-------------|
| 5790 | Wells Fargo Bank Statement – Account Summary WellsOne Account of Theranos Inc. for periods 11/7/2014 – 5/31/2016 | 04/05/2022 | So Han Spivey* |
| 5794 | Theranos Shareholder List | 04/05/2022 | So Han Spivey* |
| 5085 | May 24-25, 2013, Holmes/Yam (Spivey) Email Chain re 409a – aranca valuation of company stock valuation | 04/05/2022 | So Han Spivey* |
| 3283 | July 30-31, 2013, Yam (Spivey)/Balwani/Holmes Email String re per our conversation with Attachment: Theranos Projections 2013-2014 v2 (formated).xlsx | 04/05/2022 | So Han Spivey* |
| 13711 | Aug. 2013 Holmes/Balwani/Yam (Spivey) Email Chain re 409a projection | 04/05/2022 | So Han Spivey* |
| 5141 | Dec. 7-8, 2014, Email String re 409A Valuation Report, with Attachment: 12/6/2013 ARANCA REPORT – *Theranos, Inc., FMV of common stock as of September 30, 20213* | 04/05/2022 | So Han Spivey* |
| 3533 | 2014-02-16 Yam (Spivey) Email to Holmes re 409a prep | 04/05/2022 | So Han Spivey* |
| 3527 | 12/21-23/2014 Holmes/Yam (Spivey) Email String re 409A | 04/05/2022 | So Han Spivey* |
| 5190 | 12/31/2014 Yam (Spivey) Email to Holmes re 409A report, and Attachment: 12/31/2014 ARANCA REPORT – *Theranos, Inc., FMV of common stock as of December 15, 2014* | 04/05/2022 | So Han Spivey* |
| 5209 | 4/13/2015 Yam (Spivey) Email to Holmes re 409A report as of 3/25/15, with Attachment: 4/6/2015 ARANCA REPORT – *Theranos, Inc. FMV of common stock as of March 25, 2015* | 04/05/2022 | So Han Spivey* |
| 2623 | 06/25/2015 - 07/16/2015 Email Chain re sunil dhawan and re 409A | 04/05/2022 | So Han Spivey* |

7

SER-1407

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 4859 (conditionally admitted)<br><br>admitted in total | Theranos Confidential - *Projected Statement of Income* for periods ending 12/31/2014 and 12/31/2015 | 04/05/2022<br><br><br>05/20/2022 | So Han Spivey* |
| 5454 | 07/24-25/2015 Email String re Horizon Media, and Attachment: DJ copy points.docx | 04/05/2022 | So Han Spivey* |
| 5795 | 06/25/2015 Yam (Spivey) Email to Balwani re Please approve this wire | 04/05/2022 | So Han Spivey* |
| 5796 | Theranos Internal Document - Summary of Expenses by Category | 04/05/2022 | So Han Spivey* |
| 20505 | 08/13/2009 Balwani Letter to Theranos re loan customer agreement between Theranos and Fidelity – Balwani Guarantor for $10M | 04/05/2022 | So Han Spivey* |
| 20511 | 04/19/2010 Email String re Loan for Theranos – Balwani now Guarantor for $12M | 04/05/2022 | So Han Spivey* |
| 20508 | 08/28/2009 Holmes Conditional Offer of Employment Letter to Balwani as Vice Chairman | 04/05/2022 | So Han Spivey* |
| 20510 | Theranos, Inc. Minutes of a Meeting of the Board of Directors – Friday, October 30, 2009 | 04/05/2022 | So Han Spivey*<br>Lisa Peterson |
| 20512 | Theranos, Inc. Minutes of Meeting of the Board of Directors – Tuesday, August 10, 2010 | 04/05/2022 | So Han Spivey*<br>Lisa Peterson |
| 20128 | Notice of Exercise - Common Stock Purchase Warrant | 04/05/2022 | So Han Spivey* |

8

**SER-1408**

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 20130 | 04/14/2010 Theranos, Inc. 2004 Stock Plan – Early Exercise | 04/05/2022 | So Han Spivey* |
| 20129 | 08/21/2011 Theranos Inc. 2004 Stock Plan – Early Exercise | 04/05/2022 | So Han Spivey* |
| 20135 | 12/16/2011 Theranos Inc.2004 Stock Plan – Early Exercise | 04/05/2022 | So Han Spivey* |
| 20514 | Theranos, Inc. Minutes of a Meeting of the Board of Directors – Tuesday, January 20, 2015 | 04/05/2022 | So Han Spivey* |
| 20516 | Theranos, Inc. Minutes of a Meeting of the Board of Directors – January 14, 2013 | 04/05/2022 | So Han Spivey* |
| 20517 | Theranos, Inc. Minutes of a Meeting of the Board of Directors – April 15, 2015 | 04/05/2022 | So Han Spivey* |
| 372 | Theranos/Walgreens Master Purchase Agreement, July 20, 2010 | 04/05/2022 | So Han Spivey* Nimesh Jhaveri |
| 20206 | Picture of Portion of Theranos Manufacturing Facility – Newark, California | 04/05/2022 | So Han Spivey* |
| 20209 | 02/7/2012 Lease Agreement for Theranos Headquarters Space in Palo Alto with Stanford | 04/05/2022 | So Han Spivey* |
| 20210 | Lease Agreement for Newark Lab Facility between Theranos and BMR-Pacific Research Center - March 6, 2012 | 04/05/2022 | So Han Spivey* |
| 20211 | Lease Agreement between Theranos and SkySong Office 3 for lab space in Arizona - 5/30/2014 | 04/05/2022 | So Han Spivey* |
| 20212 | Jan/Feb 2015 Email String re business permit for new facility – East Pennsboro Township | 04/05/2022 | So Han Spivey* |

SER-1409

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 20213 | 01/20/2015 Commercial Lease between Theranos and 1250 Associates re new facility in Camphill, PA | 04/05/2022 | So Han Spivey* |
| 20214 | Jan 2016 Email String re misc. leases expiration dates | 04/05/2022 | So Han Spivey* |
| 4176 | Theranos, Inc. and Subsidiary Consolidated Statement of Operations – Years Ended December 31, 2013, 2012, 2011 and 2010 | 04/05/2022 | So Han Spivey* |
| 20279 | 5/30/2014 Email to Dr. Rosendorff, and Attachment, Transition Report: transition_MWP_05_2014.docx | 04/06/2022 | Dr. Mark Pandori* Dr. Adam Rosendorff |
| 20498 | 5/30/ Pandori Email to Ramamurthy and Balwani re Transition Report, and Attachment – Transition Report: MWP_05_2014.docx | 04/06/2022 | Dr. Mark Pandori* |
| 20277 | 5/21/2014 Pandori/Rosendorff Email String re draft email to CLIA Laboratory Members | 04/06/2022 | Dr. Mark Pandori* |
| 20496 | 5/27/2014 Ramamurthy Email to Pandori re Transition | 04/06/2022 | Dr. Mark Pandori* |
| 20501 | 5/30/2014 Pandori/Balwani Email String re HCV small volume thoughts | 04/06/2022 | Dr. Mark Pandori* |
| 20255 | 01/30/2014 Email String re VIP samples | 04/06/2022 | Dr. Mark Pandori* |
| 20461 | 12/11/2013 Patel Email to Pandori re TNAA LDT validation reports, and Attachment(s) – draft validation reports | 04/06/2022 | Dr. Mark Pandori* |
| 20444 | 12/13/2013 Pandori Email to Patel and Rosendorff re naat validation | 04/06/2022 | Dr. Mark Pandori* |

10

SER-1410

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 20460 | Dec 2013 Pandori/Patel Email String re b. parapertussi valid. Sugg. | 04/06/2022 | Dr. Mark Pandori* |
| 20456 | 1/11/2014 Pandori Email to Balwani re Edisons et al. | 04/06/2022 | Dr. Mark Pandori* |
| 20265 | Mar 17-18, 2014, Balwani/Pandori/Young Email String re PA | 04/06/2022 | Dr. Mark Pandori* |
| 20458 | Feb. 2014 Email String re Wired article | 04/06/2022 | Dr. Mark Pandori* |
| 20490 | May 2014 Email Chain re Edisons | 04/06/2022 | Dr. Mark Pandori* |
| 20521 | May 2014 Email Chain re 33050 and 23321 | 04/06/2022 | Dr. Mark Pandori* |
| 188 | Feb/Mar 2009 Email String re Follow up to our call | 04/06/2022 | Dr. Constance Cullen* |
| 200 | Theranos/Schering Corporation Services Agreement, 4/29/2009 | 04/06/2022 | Dr. Constance Cullen* |
| 201 | Apr 2009 Email String re Need an invoice for Schering-Plough, and Attachment: 4/29/2009 Theranos Invoice SP09001 to Schering-Plough Research Institute and Protocol | 04/06/2022 | Dr. Constance Cullen* |
| 192 | 3/30/2009 Meeting Reminder: Subject – Schering-Plough folks here – Draft agenda attached, and Attachment: Draft Meeting Agenda | 04/06/2022 | Dr. Constance Cullen* |
| 223 | 6/16/2009 Frenzel/Cullen Email String re Assay Development | 04/06/2022 | Dr. Constance Cullen* |
| 259 | Dec 2009/Jan 2010 Email String re Validation Report, and Attachment: Theranos Multiplexed Assay Panel Validation Report – Human IL-6, Human TNF-α, Human CRP (hs) | 04/06/2022 | Dr. Constance Cullen* |
| 262 | Dec 2009/Jan 2010 Email String re Validation Report | 04/06/2022 | Dr. Constance Cullen* |

11

SER-1411

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 291 | 4/14/2010 Holmes Email to Jung re Follow Up from Walgreens, and Attachment: Excerpts from GSK Metabolic Study Report (Admitted for limited purpose of knowledge of recipient and not for truth of matter – top email only and attachments) | 04/06/2022 | Dr. Constance Cullen* |
| 277 | 3/19/2010 Holmes Email to Shepard (cc: Balwani) re times to talk, and Attachment: multiplex panel validation report FDA (Note: Admitted for limited purpose of knowledge of recipient and not for truth of matter – top email only) | 04/06/2022 | Dr. Constance Cullen* |
| 10574 | Mar 2010 Holmes/Cullen Email String re Follow-up | 04/06/2022 | Dr. Constance Cullen* |
| 959 | Aug 2013 Email String re Demo on 8/13 – 4s and minilab | 04/06/2022 | Daniel Edlin* |
| 961 | Aug 12-13, 2013, Edlin/Holmes/Balwani Email String re devices in the demo room for tomorrow's meeting | 04/06/2022 | Daniel Edlin* |
| 860 | Jun 1, 2013 Email String re Sample running right now, and Attachment: Theranos Lab Report – Theranos Test report Technology Demonstration | 04/06/2022 | Daniel Edlin* |
| 871 | Jun 2013 Email String re demo next Tuesday (6/11) @ noon | 04/06/2022 | Daniel Edlin* |
| 966 (email only) | 2013-08-14 Young Email to C. Holmes, Edlin, E. Holmes, Balwani, Blickman re demo results 8_13_2013 | 04/06/2022 | Daniel Edlin* Nimesh Jhaveri |
| 957 | 8/13/2013 Email String re demo workflow | 04/06/2022 | Daniel Edlin* Nimesh Jhaveri |
| 1014 | Aug 2013 Email String re *important Demo this Thursday, 8/22** - PLEASE REPLY | 04/06/2022 | Daniel Edlin* |
| 1157 | 9/23/2013 Email String re Demo tomorrow morning at ~10AM | 04/06/2022 | Daniel Edlin* |

12

SER-1412

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 3070 (redacted patient name) | 12/27/2015 Email String re Messaging for VIP guest (Note: Admitted subject to redaction of patient name) | 04/06/2022 | Daniel Edlin* |
| 3965 | 9/4/2013 Blickman Email to Holmes et al. re .COM PDF + Jim Fox's comments, and Attachment: Screenshots of Theranos website (Note: not admitted to the truth of matter but notice as to website content and issues thereto) | 04/06/2022 | Daniel Edlin* |
| 3981 | Sep 5-6, 2013, Email String re Theranos website comments (Note: not admitted to the truth of matter but notice as to website content and issues thereto) | 04/6/2022 | Daniel Edlin* |
| 5805 | Archived Theranos Website Pages – February 8, 2014 | 04/13/2022 | Daniel Edlin* Lisa Peterson Patrick Mendenhall Lynette Sawyer |
| 5804 | 2013/09/09/ C. Holmes Email to Walgreens re new mechanical for patient brochure, and attachment – mechanical | 04/13/2022 | Daniel Edlin* |
| 1090 | 2013-09-06 Email Chain re Readback | 04/13/2022 | Daniel Edlin* |
| 5801 | 2014-02-18 Blickman Email to Holmes et al. re WIRED article, and Attachment – 2014-02-18 WIRED Article | 04/13/2022 | Daniel Edlin* Brent Bingham |
| 1940 | 2014-09-16 Edlin Email to Holmes and Blickman re Contents of Confidential Investment Materials Binders | 04/13/2022 | Daniel Edlin* |
| 4869 | Presentation: Confidential Investment Materials for Rupert Murdoch | 04/13/2022 | Daniel Edlin* |

13

SER-1413

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 1752 | May 21 - June 1, 2014, Edlin/Holmes/Blickman Email String re Roger Parloff - aggregated action items, and attachment – Theranos Multiplexed Panel Validation Report Schering Plough.pdf | 04/13/2022 | Daniel Edlin* |
| 504 | Dec 2011-Jan 2012 Maj. Cook/Holmes/Edlin Email String re Lab Set, and attachment – Background and Overview document re Theranos | 04/13/2022 | Daniel Edlin* |
| 588 | 4/23-24/2012 Edgar/Holmes Email Chain re Theranos Update to Gen. Mattis | 04/13/2022 | Daniel Edlin* |
| 1027 | Jul/Aug 2013 Email String re THERANOS Limited Objective Experiment (LOE) | 04/13/2022 | Daniel Edlin* |
| 5413 | July 2014 Email Chain re Patient requesting physician call regarding lab results (not for truth of matter but only to show recipients) | 04/13/2022 | Daniel Edlin* |
| 5387I | Misc. Balwani/Holmes text messages | 04/13/2022 | Daniel Edlin* |
| 7239 | 2012-06-21 Pangarkar Email to Holmes re Cytometry assay development reports | 04/13/2022 | Daniel Edlin* |
| 7747 | Picture of Theranos 4S device | 04/13/2022 | Daniel Edlin* |
| 20186 | Diagram of Theranos Sample Processing Unit (miniLab) – Image of Theranos 4S device | 04/13/2022 | Daniel Edlin* |
| 7243 | 7/31 – 8/1/2012 Holmes/Young/Edlin Email Chain re Minilab | 04/13/2022 | Daniel Edlin* |
| 20538 | p. 30 only - Depiction of device home screen – belmondo THERANOS CT$_3$ DIARY / VERSION # 2a/ MAY 22, 2013 | 04/13/2022 | Daniel Edlin* |

SER-1414

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 20537 | Video instruction of use of Theranos testing device | 04/13/2022 | Daniel Edlin* |
| 20486 | Apr 1-3, 2013 Balwani/Eldin/Young Email String to Eldin re DoD app | 04/13/2022 | Daniel Edlin* |
| 7244 | 2012-08-01 Email String re Mens' health cartridge demo on 7.16 in Chicago | 04/13/2022 | Daniel Edlin* |
| 20550 | Jul 2013 Email String re Summary of Historical Edison numbers so we have a fixed point of reference on numbers going forward. | 04/13/2022 | Daniel Edlin* |
| 966A | 2013-08-14 Young Email to C. Holmes, Edlin, E. Holmes, Balwani, Blickman re demo results 8_13_2013, and attachment – Lab Report – 8/13/2013 Theranos Test Report Technology demonstration | 04/13/2022 | Daniel Edlin* |
| 20536 | Nov 13-14, 2013 Email Chain re WAG Specimens Tonight | 04/13/2022 | Daniel Edlin* |
| 20173 | 2014-01-07 Balwani Email re demo Friday | 04/13/2022 | Daniel Edlin* |
| 20175 | Jan 2014 Fosque/Young/Edlin Email Chain re Demo Report for Review, and attachment – Theranos Lab Report Technology Demonstration – Khanna, Vivek | 04/13/2022 | Daniel Edlin* |
| 20547 | 11/09/2012 Latto Email to Balwani et al re Theranos MAR/COMM – contact report – indicating attachments: Theranos White Board Notes.pdf, Theranos Brand Archetypes.pdf, Theranos nov7 audience insight v1.pdf, Theranos nov7 consumerworld.pdf, Theranos Contact Report Nov7.pdf | 04/13/2022 | Daniel Edlin* |

15

SER-1415

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 20548 | Nov 2012 Email String re Deliverables and timing, and attachment – table re list of deliverables (slide decks and brochures), completion dates and notes | 04/13/2022 | Daniel Edlin* |
| 10467 | Aug/Sep 2013 Email String re 3 info graphic questions for our website | 04/13/2022 | Daniel Edlin* |
| 10469 | 8/30/2013 Edlin Email to Holmes re Analyte Decay Graph for .COM – Feedback needed tonight, and attachment – Analyte decay.ppt | 04/13/2022 | Daniel Edlin* |
| 10468 | Aug 2013 Email Chain re Analyte Decay Graph for .COM – Feedback needed tonight | 04/13/2022 | Daniel Edlin* |
| 10558 | Sep 2013 Email String re Brochure feedback | 04/13/2022 | Daniel Edlin* |
| 20167 | Sep 2013 Email string re Media Inquiry from G2 Intelligence | 04/13/2022 | Daniel Edlin* |
| 10554 | Aug 2013 Email String re Theranos Stats/Sources for Joe Rago Interview | 04/13/2022 | Daniel Edlin* |
| 10462 | Nov 2012 Coats Email Chain re ABA Rescue re 4th PI Meeting – new schedule date time location | 04/15/2022 | Daniel Edlin* |
| 7694 | Chung et al., *High-volume hemofiltration in adult burn patients with septic shock and acute kidney injury: a multicenter randomized controlled trial*, CRITICAL CARE 2017/21:289 | 04/15/2022 | Daniel Edlin* |
| 13993; 13993A | May/June 2012 Email Chain re Theranos Demo Results – with Attachment A (13993A) | 04/15/2022 | Daniel Edlin* |
| 13986 | 2012-06-21 Young Email to Edlin and Holmes re AFRICOM training | 04/15/2022 | Daniel Edlin* |

16

SER-1416

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 10446 | July 2012 Givens/Edlin/Holmes Email String re SOCAFRICA update | 04/15/2022 | Daniel Edlin* |
| 10457 | Nov/Dec 2012 Murphy/Edlin/Holmes Email String re Approved IRB Protocol for Theranos LOE, and attachment - Protocol application for existing data and specimens | 04/15/2022 | Daniel Edlin* |
| 20160 | Feb. 2013 Edlin/Romero/Nelson/Balwani Email String re Theranos – Setting up network connection | 04/15/2022 | Daniel Edlin* |
| 20472 | Feb 2013 Email String re netowkring [sic] utility and connectivity in Aghanistan [sic] | 04/15/2022 | Daniel Edlin* |
| 20161, 20162 | Additional emails with R. Balwani re IT issues re Afghanistan | 04/15/2022 | Daniel Edlin* |
| 10472 | Feb 2013 Email Chain re ship date update | 04/15/2022 | Daniel Edlin* |
| 4018 | 2013-10-28 Pfizer Meeting Invite re Theranos Site Visit | 04/15/2022 | Daniel Edlin* Shane Weber |
| 20546 | Nov. 2013 Email String re Pfizer/Theranos Discussions | 04/15/2022 | Daniel Edlin* Shane Weber |
| 20544 | Mar 2012 Email String re GSK MLSA proposal, indicating attachment – Theranos_MLSAdraft1-2012-03-12_YYV.docx | 04/15/2022 | Daniel Edlin* |
| 20545 | Apr 2012 GSK Meeting invite re MLSA and NDA | 04/15/2022 | Daniel Edlin* |
| 13988 | 2015-07-02 Holmes Email to Employees re received FDA clearance on system and first lab developed test filed – HSV-1 | 04/15/2022 | Daniel Edlin* |

17

SER-1417

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 20183 | 2015-07-02 Email String re company meeting slides, and attachment - 2015-07-02 Presentation re Theranos HSV-1 510k Approval Company Meeting (Note: *Not admitted for truth of matter, but to Deft's State of Mind as to knowledge*) | 04/15/2022 | Daniel Edlin* |
| 617 | 2012-06-05 Amended and Restated Theranos Master Service Agreement (Walgreens/Theranos) | 04/19/2022 | Nimesh Jhaveri* |
| 966 | 2013-08-14 Young Email to C. Holmes, Edlin, E. Holmes, Balwani, Blickman re demo results 8_13_2013 (adding to previous exhibit 966A, pp. 7-8 – 2013-08-13 Theranos Test Report Technology Demonstration (Nimesh Jhaveri) | 04/19/2022 | Nimesh Jhaveri* |
| 1113 | 2013-09-09 Theranos/Walgreens Press Release, *Theranos Selects Walgreens as a Long-Term Partner Through Which to Offer Its New Clinical Laboratory Service* | 04/19/2022 | Nimesh Jhaveri* Lisa Peterson Patrick Mendenhall John Bryan Tolbert Lynette Sawyer |
| 1254 | 2013-11-18 Balwani Email to Rosan and Wasson re Theranos post from SingularityHub, and body re linked article: Small, Fast and Cheap, Theranos Is the Poster Child of Med Tech – and It's in Walgreens, SINGULARITYHUB.COM, http://singularityhub.com/2013/11/18/small-fast-and-cheap-theranos-is-the-post-child-of-med-tech-and-its-in-walgreens/ | 04/19/2022 | Nimesh Jhaveri* |
| 1387 | 2013-12-31 Amended and Restated Theranos Master Services Agreement (Theranos/Walgreens) | 04/19/2022 | Nimesh Jhaveri* Christopher Lucas |
| 3755 | Walgreens Program Charter: Diagnostic Testing | 04/19/2022 | Nimesh Jhaveri* |

18

SER-1418

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 1711 | 2014-03/14, 2014 05-06 Jhaveri Meeting Invite, and Haworth Email re Diagnostic Testing Executive Steering Committee Slide Deck, and attachment – Walgreens Presentation entitled *Diagnostic Testing – Theranos Partnership,* Executive Steering Committee Meeting, May 6, 2014 | 04/19/2022 | Nimesh Jhaveri* |
| 1755 | 2014-06-03 Haworth Email re 5/28 Walgreens-Theranos Partnership Meeting Minutes and Action Items, and attachment – Partnership Meeting Minutes 05-8-2014.docx | 04/19/2022 | Nimesh Jhaveri* |
| 1884 | 2014-08-11 Haworth Email re REVISED 8/6 Walgreens-Theranos Partnership Meeting Minutes & Slide Deck, and attachments – Partnership Meeting Minutes 08-06-2014.pdf; Partnership Meeting Minutes 08-06-2014.docx; Theranos Walgreens Partnership Meeting August 2014 final.pptx | 04/19/2022 | Nimesh Jhaveri* |
| 1896 | 2014-08-15 Nimesh Email to Balwani and Kozlowski re Thoughts and Goals | 04/19/2022 | Nimesh Jhaveri* |
| 1909 | 2014-08-21 Jhaveri/Balwani Email String re Topics for Discussion | 04/19/2022 | Nimesh Jhaveri* |
| 2214 | 2014-11-18 Haworth Email re 11/18 Walgreens/Theranos Partnership Meeting Agendy & Slide Deck | 04/19/2022 | Nimesh Jhaveri* |
| 2275 | 2014-12-08 Jhaveri Email to Balwani re Contract and Other Topics | 04/19/2022 | Nimesh Jhaveri* |
| 20531 | 2013-11-19 Email String re Hopkins – Please read | 04/19/2022 | Nimesh Jhaveri* |
| 20532 | Dec 2015-Jan 2016 Email String re Attorney/Client Privilege Hopkins – Walgreens Follow Up, and attachment JHU-Theranos Meeting Minutes.pdf re 4/27/2010 meeting | 04/19/2022 | Nimesh Jhaveri* Lisa Peterson |

19

SER-1419

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 20432 | 2013-11-13 Walgreens/Theranos Press Release - *Theranos and Walgreens Expand Diagnostic Lab Theranos and Walgreens Expand Diagnostic Lab Testing to the Phoenix Metropolitan Area* | 04/19/2022 | Nimesh Jhaveri* Christopher Lucas |
| 1673 | 2014-04-15 Jhaveri Email re Diagnostic Testing - Live in 10 stores in Phoenix!! | 04/19/2022 | Nimesh Jhaveri* |
| 1708 | 2014-05-06 Balwaini/Jhaveri Email String re details about vp vs fs | 04/19/2022 | Nimesh Jhaveri* |
| 20234 | 2014-05-23/05-24 Email String re Wave 3 Site Survey Findings | 04/19/2022 | Nimesh Jhaveri* |
| 1861 | 2014-07-10 Haworth Email re 7/10 Walgreens-Theranos Partnership Meeting Minutes & Action Items, and attachment – Partnership Meeting Minutes | 04/19/2022 | Nimesh Jhaveri* |
| 20228 | July 2014 Balwani/Wasson/Jhaveri Email String re couple of quick update | 04/19/2022 | Nimesh Jhaveri* |
| 1891 | Aug 2014 Balwani/Jhaveri Email String re store build out | 04/19/2022 | Nimesh Jhaveri* |
| 3231 | 2013-08-31 Email String re GC Assay | 04/20/2022 | Dr. Adam Rosendorff* |
| 1049 | 2013-08-29 Rosendorf/Holmes/Balwani Email String re Concerns about the launch | 04/20/2022 | Dr. Adam Rosendorff* |
| 1491 | Jan 28-29, 2014, Email String re End of Shift Log 1/28 2pm | 04/20/2022 | Dr. Adam Rosendorff* |
| 1432 | Jan 15-16, 2014, Rosendorf/Cheung/Sivaraman Email Chain re QC for EDISONS | 04/20/2022 | Dr. Adam Rosendorff* |
| 1772 | June 11-12, 2014, Email String re update and re Edison backlogs | 04/20/2022 | Dr. Adam Rosendorff* |

SER-1420

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 2188 | Nov 3-5, 2014, Rosendorf/Holmes/Balwani Email String re Theranos tests | 04/20/2022 | Dr. Adam Rosendorff* |
| 1724 | 2014-05-13 Rosendorff Email to Pangarkar re PT testing for Edisons | 04/20/2022 | Dr. Adam Rosendorff* |
| 2099 | 2014/10/16 Rosendorff Email to Arington re Changes in primary methods and CMS reporting | 04/20/2022 | Dr. Adam Rosendorff* |
| 4836 | Oct 13-31, 2013, Email String re hCG precision | 04/20/2022 | Dr. Adam Rosendorff* |
| 4145 | May 29-30,2014, Balwani/Young/Holes Email String re OORL results | 04/20/2022 | Dr. Adam Rosendorff* |
| 4147 | 2014-05-30 Rosendorff Email to CLS re hCG testing | 04/20/2022 | Dr. Adam Rosendorff* |
| 4840 | June 12-13, 2014, Email String re Patient results | 04/20/2022 | Dr. Adam Rosendorff* |
| 4222 | 2014-09-29 Email String re Customer Issue - GM | 04/20/2022 | Dr. Adam Rosendorff* |
| 1555 | Feb 20-21, 2014, Rosendorff/Balwani/Young/Holmes Email String re HDL values | 04/20/2022 | Dr. Adam Rosendorff* |
| 4116 | 2014-03-31 Rosendorff/Balwani/Young Email String re CO2 (Bicarbonate) issue | 04/20/2022 | Dr. Adam Rosendorff* |
| 4189 | Aug 25-27, 2014, Email String re Voided CO2 Results | 04/20/2022 | Dr. Adam Rosendorff* |
| 1214 | Nov 3-5, 2014, Email String re Advia in normandy | 04/20/2022 | Dr. Adam Rosendorff* |
| 4124 | Apr 16-17, 2014, Email String re Dr. Kwatra/Dr. Stamps | 04/20/2022 | Dr. Adam Rosendorff* |

21

SER-1421

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 4014 | Oct 17-22, 2013, Young/Balwani/Holmes Email String re CLIA updates | 04/20/2022 | Dr. Adam Rosendorff* |
| 1717 | 2:03 pm May 9-10, 2014, Email String re ISE Output – 5/9/2014 3:30:17 PM | 04/20/2022 | Dr. Adam Rosendorff* |
| 4292 | Oct 2014 Email String re Critical ISEs | 04/20/2022 | Dr. Adam Rosendorff* |
| 4182 | Aug 2014 Email String re bot experience | 04/20/2022 | Dr. Adam Rosendorff* |
| 4181 | Aug 2014 Email String re bot experience, *cont'd.* | 04/20/2022 | Dr. Adam Rosendorff* |
| 4520 | 2015-09-14 Balwani/Fosque Email String, and attachments – Appendix B – MDF Comments. docx; Final log of Complaints and IRQs as of 9_11_15_MDF Updates.xlsx | 04/20/2022 | Dr. Adam Rosendorff* Audra Zachman |
| 4047 | Nov 26-27, 2014, Holmes Emails to Young et al. re path for walking the auditors | 04/20/2022 | Dr. Adam Rosendorff* |
| 4323 | Nov 2014 Rosendorff/C. Holmes Email String re Escalated Call – 111240 | 04/20/2022 | Dr. Adam Rosendorff* |
| 4314 | Nov 2014 Email String re Escalated Call – 111240 (cont'd) | 04/20/2022 | Dr. Adam Rosendorff* |
| 4330 | Nov 2014 Rosendorff/Holmes Email String re Ebola | 04/20/2022 | Dr. Adam Rosendorff* |
| 2228 | 2014-11-21 Email String re Redraw request 11-21-14 | 04/20/2022 | Dr. Adam Rosendorff* |
| 20304 | Nov 2013 Email String re Interview- Langly Lee- Clia QA/QC Manager or Laboratory General Supervisor | 04/20/2022 | Dr. Adam Rosendorff* |

22

SER-1422

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 20305 | 2013-11-25 Clinical Laboratory Improvement Amendments (CLIA Application for Certification), and attachment – Director's Attestation | 04/20/2022 | Dr. Adam Rosendorff* |
| 7386 | Centers for Medical and Medicaid Services Clinical Laboratory Improvement Amendments – Certificate of Compliance, dated 01/09/2014 | 04/20/2022 | Dr. Adam Rosendorff* Sarah Bennett |
| 9921 | Standard Operating Procedure – CLIA Laboratory (Document Number CL PLN-14062, Revision: A) 2011/11/04 Master Validation Plan for Elisa Assays on Theranos Devices | 04/22/2022 | Dr. Adam Rosendorff* |
| 1031 | 2013-08-24 Gangakhedkar Email to Young, Rosendorff, Holmes re Assay documents for review, and attachments: TSH Master Validation Plan for ELISA Assays on Theranos devices-08-23-13.docx; Theranos in house TPSA scfv t5D5tA5_Assay_Development_Report.doc; Theranos_TSH_Assay_Development_Report_4-4-11.doc | 04/22/2022 | Dr. Adam Rosendorff* |
| 9379 | Report: Total Prostate-Specific Antigen | 04/22/2022 | Dr. Adam Rosendorff* |
| 1305 | Dec 2013 Email String re TNAA update & validation plans | 04/22/2022 | Dr. Adam Rosendorff* |
| 9004 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9007 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9013 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |

23

SER-1423

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---------|-------------|---------------|-------------|
| 9016 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9020 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9026 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9031 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9042 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9046 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9048 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9052 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9057 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9082 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9086 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |

SER-1424

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---------|-------------|---------------|-------------|
| 9098 | LDT Validation Report for modified Siemens Assay of Chloride in Lithium Heparin Plasma, 09/26/2013 | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9099 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9102 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9105 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9111 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9113 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9123 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9126 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9129 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9137 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9158 | Estradiol ELISA Assay Validation Report on Edison 3.5 Theranos System, 8/29/2014 | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |

SER-1425

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 9162 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9166 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9167 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9196 | hCG ELISA Assay Validation Report on Edison 3.5 Theranos System, 03/19/2014 | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9201 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9240 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9243 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9245 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9252 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9260 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9264 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |

SER-1426

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---------|-------------|---------------|-------------|
| 9268 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9276 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9279 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9284 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9315 | Assay Validation Report - Theranos LDT Validation Report CL RPT-14039 Rev. 1 | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9319 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9323 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9326 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9341 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9352 | 2013-09-26 LDT Validation Report, Theranos Sodium Assay - Validation Report for Modified Siemens Assay of Sodium in Lithium Heparin Plasma (Approved Mar 2014) | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9368 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |

27

SER-1427

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 9372 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9375 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9378 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9381 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9382 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9384 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9387 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9393 | Assay Validation Report | 04/22/2022 | Dr. Adam Rosendorff* Dr. Sunil Dhawan |
| 9409 | VITAMIN B12 ELISA Assay Validation Report on Edison 3.5 Theranos System, 08/05/2014 | 04/22/2022 | Dr. Adam Rosendorff* |
| 9412 | 25OHVitD Total ELISA Assay Validation Report on Edison 3.x Theranos System | 04/22/2022 | Dr. Adam Rosendorff* |
| 7462 | Jul 2014 Email String re Physician questioning results | 04/22/2022 | Dr. Adam Rosendorff* |

SER-1428

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 7314 | 2013-08-13 Young Email to Holmes and Balwani re test launch list, referencing attachment - Launch Summary 8_18_2013.xlsx (email only) | 04/22/2022 | Dr. Adam Rosendorff* |
| 7324 | 2013-09-07 Sivaraman/Rosendorff/Young Email String re Progress on ELISAs: TSH/TPSA/Vit D | 04/22/2022 | Dr. Adam Rosendorff* |
| 13880 | 2013-09-11 Theranos HR Email to All Theranos Employees re Free Employee, Friends, and Family Screenings | 04/22/2022 | Dr. Adam Rosendorff* |
| 20351 | Theranos Flyer: Free Health Screening | 04/22/2022 | Dr. Adam Rosendorff* |
| 12464 | Nov 2013 Balwani/Rosendorff Email String re 300 U ave | 04/22/2022 | Dr. Adam Rosendorff* |
| 20424 | 2013-11-20 Sivaraman Email to Rosendorff re Revised TSH and Vit D report, noting attachments – 13115-updated-25OHVitD total_Validation Report_MB_Rev1.docx, and 131118-UPDATED-TSH-Validation Report_MB_RevA1.docx | 04/22/2022 | Dr. Adam Rosendorff* |
| 20423 | 2013-11-21 Rosendorff email to Sivaraman re Resided TSH and Vit D reports | 04/22/2022 | Dr. Adam Rosendorff* |
| 20303 | 2013-11-11 Balwani/Rosendorff Email String re PHX | 04/22/2022 | Dr. Adam Rosendorff* |
| 20570 | 7/10/2014 Gee Meeting Invite to Rosendorff et al. re Review and discuss Q1/Q2 Quality | 04/22/2022 | Dr. Adam Rosendorff* |
| 13809 | 7/10/2014 Langly Gee Presentation re Quality Systems presentation Q1/Q2 2014 Review | 04/22/2022 | Dr. Adam Rosendorff* |

SER-1429

## ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 13905 | 2013-07-27 Chang Email to Rosendorff re Proficiency Testing Details, and attachment – 2012-11-27 Theranos Standard Operating Procedure – CLIA Laboratory – Doc QOP-0006, Proficiency Testing and Alternative Assessment Procedure | 04/22/2022 | Dr. Adam Rosendorff* |
| 9940 | Standard Operating Procedure CLIA Laboratory, Doc Number CL SOP-00021 Revision: A Proficiency Testing for Theranos Lab-Developed Tests | 04/22/2022 | Dr. Adam Rosendorff* |
| 12846 | Oct 2014 Rosendorff/Khan/C. Holmes Email String re Physician Inquiry [patient info redacted] | 04/22/2022 | Dr. Adam Rosendorff* |
| 20302 | 2013-11-03 Theranos Standard Operating Procedure CLIA Laboratory, Document Number CL SOP-09121p, Revision: A, Potassium (K) Standard Operating Procedure for Modified Siemens Assay in Lithium Heparin Plasma | 04/22/2022 | Dr. Adam Rosendorff* |
| 4037 | Nov 2013 Email String re Demo Patients today @ 3:30pm | 04/22/2022 | Dr. Adam Rosendorff* |
| 20317 | April 2014 Email String re CTN 18546 | 04/22/2022 | Dr. Adam Rosendorff* |
| 20316 | 2014-04-07 Email String re GC results | 04/22/2022 | Dr. Adam Rosendorff* |
| 13893 | May 2014 Email String re ISE Studies | 04/22/2022 | Dr. Adam Rosendorff* |
| 20342 | June 2014 Email String re Patient results since 5/24 for potassium | 04/22/2022 | Dr. Adam Rosendorff* |
| 20341 | July 2014 Young/Balwani/Holmes/Rosendorff Email String re potassium status | 04/22/2022 | Dr. Adam Rosendorff* |
| 20335 | 2014-10-07 Rockymore Email to Rosendorff et al. re Meeting Minutes - critical reporting and CTN releasing | 04/22/2022 | Dr. Adam Rosendorff* |

SER-1430

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---------|-------------|---------------|-------------|
| 20336 | Rosendorff email to CLIA.Lab re CL COP-05040_CTN integrity and Critical Values Alters .docx, and attachment | 04/22/2022 | Dr. Adam Rosendorff* |
| 7490 | Oct 2014 Email String re Critical ISEs | 04/22/2022 | Dr. Adam Rosendorff* |
| 20371 | May 2014 Email string re CLIA Meeting | 04/22/2022 | Dr. Adam Rosendorff* |
| 20564 | June 2014 Email String re HCG for 30164 | 04/22/2022 | Dr. Adam Rosendorff* |
| 13888 | June 2014 Rosendorff/Balwani Email String re Edison Backlogs | 04/26/2022 | Dr. Adam Rosendorff* |
| 5418 | May/June 2014 Email String re hCG Testing | 04/26/2022 | Dr. Adam Rosendorff* |
| 13875 | June 2014 Email String re hCG update | 04/26/2022 | Dr. Adam Rosendorff* |
| 13876 | June 2014 Email String re Status update on hCG | 04/26/2022 | Dr. Adam Rosendorff* |
| 5421 | 2014-06-25 Gee Email to Balwani and Rosendorff re Instrument bring up | 04/26/2022 | Dr. Adam Rosendorff* |
| 5422 | 2014-06-28 Gee Email to Balwani and Rosendorff re Instrument bring up | 04/26/2022 | Dr. Adam Rosendorff* |
| 4316 | Dec 2013 Young/Rosendorff Email String re Normandy lab | 04/26/2022 | Dr. Adam Rosendorff* |
| 20565 | June 2014 Email String re Patient #89751 | 04/26/2022 | Dr. Adam Rosendorff* |
| 20306 | Rosendorff/Paz/Balwani Email String re CLIA inspectors | 04/26/2022 | Dr. Adam Rosendorff* |

31

SER-1431

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 1944 | 2014-09-18 Tubergen Email to Devos re Adobe Reader user sent you a file, and attachment – Roger Parloff, *New Blood – Elizabeth Holmes Founded Her Revolutionary Blood Diagnostics Company, Theranos, When She was 19. It's Now Worth More than $9 Billion, and Poised to Change Health Care,* Fortune.com, June 12, 2014 (Article not offered for truth) | 04/26/2022 | Lisa Peterson* |
| 5809 | 2014-09-19 Tubergen Email to Holmes re Confidential Disclosure Agreement, and attachment – 2014-08-19 RDV Corp/Theranos Confidential Disclosure Agreement | 04/26/2022 | Lisa Peterson* |
| 5432 | Sept 2014 Holmes/Tubergen Email String re Confidential Disclosure Agreement | 04/26/2022 | Lisa Peterson* |
| 2015 | 2014-10-03 L. Peterson Notes from Theranos Conference Call | 04/26/2022 | Lisa Peterson* |
| 2073 | 2014-10-12 Peterson Email to Tubergen re Theranos memo, and attachment – 2014-10-03 Peterson/Lunt Interoffice Memorandum re Theranos | 04/26/2022 | Lisa Peterson* |
| 4858 | PowerPoint Presentation – Theranos Confidential Overview | 04/26/2022 | Lisa Peterson* Shane Weber |
| 1853 | Theranos Financial Document – Projected Statement of Income | 04/26/2022 | Lisa Peterson* |
| 2107 | Oct 2014 Tubergen/Holmes/Balwani/DeVos Email String re Thank you, and attachments – Investor Master Signature Page Series C-2.pdf; New Investor.zip; Theranos bank wire instruction.pdf | 04/26/2022 | Lisa Peterson* |
| 2139 | 2014-10-28 Peterson/Balwani Email String re RDV investment | 04/26/2022 | Lisa Peterson* |

32

**SER-1432**

## ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---------|-------------|---------------|-------------|
| 2146 | Oct 2014 Balwani/Peterson/Tubergen Email String re Theranos – status on number of things… | 04/26/2022 | Lisa Peterson* |
| 2166 | RDV Approval Document – New Equity Investment re Theranos, Inc. | 04/26/2022 | Lisa Peterson* |
| 5808 | Copy of wire transfer from RDV Investment | 04/26/2022 | Lisa Peterson* |
| 20433 | 2013-12-20 Walgreen Co. SEC From 8K | 04/27/2022 | Lisa Peterson* |
| 2033 | 2014-10-06 Kungu/Peterson Email String re Theranos GP? | 04/27/2022 | Lisa Peterson* |
| 2192 | 2014-11-06 Brieden Email re Theranos eFront Template, and attachment – Theranos Write-up for IC Approval (2).docx | 04/27/2022 | Lisa Peterson* |
| 2120 | 2014-10-23 DeVos/Tubergen/Peterson Email String re Walgreens | 04/27/2022 | Lisa Peterson* |
| 10588 | Theranos, Inc. Series C-2 Preferred Stock Purchase Agreement | 04/27/2022 | Lisa Peterson* |
| 2170 | 2014-10-31 Tubergen Email to Balwani re Executed Document, and attachment – Master Signature Page | 04/27/2022 | Lisa Peterson* |
| 2098 | Oct 2014 Peterson/Tubergen/Holmes/Balwani Email String re Thank you | 04/27/2022 | Lisa Peterson* |
| 13987 | 2014-11-05 Mason/Peterson Email String re Signed write-ups | 04/27/2022 | Lisa Peterson* |
| 2537 | Nov 2014-May 2015 Balwani/Dhawan Email String re Lab Director | 04/27/2022 | Dr. Sunil Dhawan* |
| 2248 | 2014-11-25 Marmer Email to Dhawan re Theranos – Dr. Dhawan Consulting Agreement | 04/27/2022 | Dr. Sunil Dhawan* |

33

SER-1433

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 10527 | Aug 2015 Gee/Dhawan Email String re Hello | 04/27/2022 | Dr. Sunil Dhawan* |
| 2760 | Sep 2015 Balwani/Dhawan Email String re update | 04/27/2022 | Dr. Sunil Dhawan* |
| 2772 | Sep 2015 Balwani/Dhawan Email String re thanks for the time | 04/27/2022 | Dr. Sunil Dhawan* |
| 2791 | 2015-09-21 Ramamurthy Email to Dhawan re Welcome to Theranos, Dr. Dhawan!, and attachments – Theranos At Will Employment Confidential Information and Invention Assignment Agreement (PALIB2_2768193_3 d.pdf; 2015 Benefits Booklet.pdf; Dhawan Sunil – Offer Letter.pdf; Dhawan Sunil – Letter from CEO.pdf | 04/27/2022 | Dr. Sunil Dhawan* |
| 4528 | 2015-09-22 Theranos PowerPoint Presentation: CLIA Laboratory Overview | 04/27/2022 | Dr. Sunil Dhawan* |
| 2548 | Oct 2015 Crow/Dhawan/Balwani re reporter seeking interview | 04/27/2022 | Dr. Sunil Dhawan* |
| 2972 | 2015-11-09 Young Email to Dhawan re Lab QC review | 04/27/2022 | Dr. Sunil Dhawan* |
| 20064 | Saksena/Dhawan/Balwani Email String re Letter of Support for Suraj Saksena- Theranos | 04/27/2022 | Dr. Sunil Dhawan* |
| 20067 | 2015-10-06 Dhawan Letter to California Department of Health re Clinical Chemist License Application of Dr. Suraj Saksena (Unique Identification No. 1009092) | 04/27/2022 | Dr. Sunil Dhawan* |
| 10525 | 2014-11-21 SIEMENS MVP Summary ADVIA 2400 (S/N CA 1275000 100010 / Serum Barbiturate (sBRB), approved by Dr. Sawyer | 04/27/2022 | Dr. Sunil Dhawan* Lynette Sawyer |

34

SER-1434

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 20575 | 2014-12-02 Theranos Standard Operating Procedure CLIA Laboratory, Doc No CL SOP-06029 Revision B, Use and Maintenance of the Idaho Technology (BioFire) FilmArray® System for the Identification of Microorganisms by Multiplex PCR | 04/27/2022 | Dr. Sunil Dhawan*<br>Lynette Sawyer |
| 10526 | 2015-03-18 Theranos Standard Operating Procedure CLIA Laboratory, Document Number: CL SOP-17008 Revision: A, Roche LightCycler® Simplified Protocol | 04/27/2022 | Dr. Sunil Dhawan*<br>Lynette Sawyer |
| 10577 | Theranos Job Description: Laboratory Supervisor/Technical Supervisor | 04/27/2022 | Dr. Sunil Dhawan* |
| 9941 | 2014-01-01 Theranos Standard Operating Procedure CLIA Laboratory, Document Number CL SOP-00020 Revision: B, Proficiency testing for Theranos Lab-developed Tests (Immunoassays) | 04/27/2022 | Dr. Sunil Dhawan* |
| 20467 | 2015-11-14 Theranos Test Plan, Product Development, Document Number CL PLN-14220, Revision A Verification Plan for DREW3, an Automated Hematology Analyzer | 04/27/2022 | Dr. Sunil Dhawan* |
| 9369 | 2015-11-16 Theranos TSH ELISA Assay Report, Validation Document, Document No CL RPT-14250, Revision: 2, TSH-Elisa Assay Validation Report on Edison 3.5 Theranos System | 04/27/2022 | Dr. Sunil Dhawan* |
| 9962 | Theranos Quality System Manual, CLIA Laboratory, Document Number QSM 00001, Quality Systems Manual | 04/27/2022 | Dr. Sunil Dhawan* |
| 2219 | Nov 2014 Balwani/Dhawan Email String re Lab Director | 04/27/2022 | Dr. Sunil Dhawan* |
| 1102 | 2013-09-07 Theranos Email to Shareholders re Theranos | 04/29/2022 | Patrick Mendenhall*<br>Christopher Lucas |

SER-1435

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 5814 | 2013-12-16 Theranos Email to Mendenhall re Theranos Stockholder Consents for your Signature by this Wednesday 12/18/13 | 04/29/2022 | Patrick Mendenhall* |
| 5825 | 2013-12-19 Balwani/Mendenhall Email String re Theranos | 04/29/2022 | Patrick Mendenhall* |
| 4059 | 2013-12-22 Email String re Theranos | 04/29/2022 | Patrick Mendenhall* |
| 4060 | 2015-08-27 Eisenman Email forwarding 2013-12-22 Email String re Theranos (as redacted) | 04/29/2022 | Patrick Mendenhall* |
| 5824 | Dec 27, 2013-Jan 10, 2014 Balwani/Mendenhall Email String re Mendenhall Family Partnership | 04/29/2022 | Patrick Mendenhall* |
| 5823 | Dec 27, 2013-Jan 13, 2014 Balwani Mendenhall Email String re Mendenhall Family Partnership | 04/29/2022 | Patrick Mendenhall* |
| 5822 | Dec 27, 2013-Jan 28, 2014 Balwani/Mendenhall Email String re Mendenhall Family Partnership | 04/29/2022 | Patrick Mendenhall* |
| 5821 | ADMITTED into Evidence: 2014-05-13 Mendenhall/Balwani/Holmes Email String re Theranos Update | 04/29/2022 | Patrick Mendenhall* |
| 5820 | ADMITTED into Evidence: 2014-05-13 Mendenhall/Balwani/Yam Email String re Theranos Update | 04/29/2022 | Patrick Mendenhall* |
| 1776 | Roger Parloff, *New Blood – Elizabeth Holmes Founded Her Revolutionary Blood Diagnostics Company, Theranos, When She was 19. It's Now Worth More than $9 Billion, and Poised to Change Health Care*, FORTUNE.com, June 12, 2014 | 04/29/2022 | Patrick Mendenhall* |

36

SER-1436

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 5819 | 2014-12-03 Mendenhall/Balwani/Holmes Email String re Shareholder Questions (limitation – not offered for truth of matter asserted) | 04/29/2022 | Patrick Mendenhall* |
| 20593 | 2014-02-24 Mendenhall Email re Mendenhall TF Partnership | 04/29/2022 | Patrick Mendenhall* |
| 3940 | 2013-07-29 Lucas Email to Tolbert re Theranos New Board Members | 04/29/2022 | John Bryan Tolbert* |
| 949 | Jul/Aug 2013 Email String re Theranos, and re Black Diamond Ventures XII, LLC │ Theranos Shareholder Letter | 04/29/2022 | John Bryan Tolbert* |
| 4030 | 2013-11-08 Ibarra Email to Quintana re BDV Annual Meeting Confidential Presentation Deck │ Offering, and attachment – BDV Annual Deck (11-01-13 – Final).pdf | 04/29/2022 | John Bryan Tolbert* |
| 1346 | Quintana Email re: IMPORTANT: BDV XII, LLC │ Theranos Investor Update Call by CEO, Elizabeth Holmes │ 12/20/13 | 04/29/2022 | John Bryan Tolbert* |
| 5811 | Dec 2013 Email String re Theranos Stockholder │ Black Diamond Ventures' Participation in Series C-1 Stock Financing (limited to only top 3 emails, and not offered for truth of matter asserted, but only of notice to Mr. Balwani) | 04/29/2022 | John Bryan Tolbert* |
| 3530 | Theranos, Inc. Amended and Rested Series C-1 Preferred Stock Purchase Agreement - Initial Closing Date: July 1, 2010 (pp. 1-24, 32 only) (pp. 29, 42 admitted 5/11) (p. 25 admitted 5/13) | 04/29/2022 | John Bryan Tolbert* Alan Eisenman Christopher Lucas |
| 3086 | 2016-01-29 Theranos/Tolbert Email String re For our shareholders | 04/29/2022 | John Bryan Tolbert* |

SER-1437

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---------|-------------|---------------|-------------|
| 143 | 2008-10-11 Holmes Email to Power and Lipset re Follow up to our meeting, and attachment – Theranos Angiogenesis Study Report (not offered for the truth of the matter asserted – only to show exchange of information between Theranos and Pfizer) | 05/03/2022 | Shane Weber* |
| 159 | Nov 2008 Holmes, Lipset, Weber, Frenzel Email String re Follow up to our meeting (Theranos) | 05/03/2022 | Shane Weber* |
| 162 | Nov 2008 Email String re Final Report, and attachment – Theranos Angiogenesis Study Report and NDA | 05/03/2022 | Shane Weber* |
| 167 | 2008-12-31 Summary report prepared by Shane Weber entitled *Diagnostics review of Theranos' Thechnology and Final Recommendations* | 05/03/2022 | Shane Weber* |
| 174 | 2009-01-30 Weber Email to Power re Theranos wrap up | 05/03/2022 | Shane Weber* |
| 10561 | Feb 2009 Frenzel/Weber/Holmes Email String re Fertility assays | 05/03/2022 | Shane Weber* |
| 15041 | Aug 2009 Lester/Lipset/Holmes Email String re momentum – IL-6 | 05/03/2022 | Shane Weber* |
| 5831 | 2015-06-13 Balwani/Gee/Arington Email String re audit reports, and attachments – 2013-12-10 HHS Letter to Theranos re Standard-Level Deficiencies; HHS Form CMS-2567 Statement of Deficiencies | 05/03/2022 | Sarah Bennett* |
| 5830 | 2015-09-22 Balwani Email to King, Hoague, Dearborn, and attachment – Theranos PowerPoint 2015-09-22 CLIA Laboratory Overview | 05/03/2022 | Sarah Bennett* |
| 5450 | HHS Form CMS-116 Clinical Laboratory Improvement Amendments (CLIA) - Application for Certification | 05/03/2022 | Sarah Bennett* |

38

SER-1438

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 5451 | Theranos list of assays performed and name of instrument/device on which those tests were performed | 05/03/2022 | Sarah Bennett* |
| 5453 | 2015-06-12 Theranos Clinical Lab Tests provided to HHS-CMS during inspection | 05/03/2022 | Sarah Bennett* |
| 4533 | 2015-09-23 Theranos Letter to HHS-CMS re list of LDTs that Theranos tested on Theranos device (TSPUs) and time periods of when run | 05/03/2022 | Sarah Bennett* Lynette Sawyer Audra Zachman |
| 4621 | 2016-01-25 HHS-CMS Letter to Theranos re Condition Level Deficiencies – Immediate Jeopardy, and attachment – HHS Form CMS-2567 Statement of Deficiencies and Plan of Correction | 05/03/2022 | Sarah Bennett* |
| 7350 | Oct 2013 Email Chain re Background Information and discussion regarding Theranos, and attachments –Theranos Background (3).doc; PowerPoint (Theranos Workflow) [note: attachments admitted only as to background] | 05/03/2022 | Sarah Bennett* |
| 20631 | Depiction of Walgreens Palo Alto entrance to Theranos Wellness Room | 05/04/2022 | Nimesh Jhaveri* |
| 20229 | Aug 2014 Balwani/Jhaveri/Kozlowski/Fluegel Email String re today's data | 05/04/2022 | Nimesh Jhaveri* |
| 20231 | Aug 2014 Balwani/Jhaveri/Kozlowski/Fluegel/Wasson Email String re today's data | 05/04/2022 | Nimesh Jhaveri* |
| 20235 | Aug 2014 Jhaveri/Miquelon Email String re Hello | 05/04/2022 | Nimesh Jhaveri* |
| 20566 | Aug-Oct 2014 Email Chain re Intro to Theranos and Elizabeth Holmes | 05/04/2022 | Nimesh Jhaveri* |

39

SER-1439

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 20567 | Dec 2014-Jan 2015 Green/Jhaveri/Golub Email Chain re GNE clinical Trials Follow up | 05/04/2022 | Nimesh Jhaveri* |
| 20568 | 2015-01-30 Kozlowski Email to Blickman re Meeting with Abbott | 05/04/2022 | Nimesh Jhaveri* |
| 20542 | Jan-Feb 2015 Email String re Walgreens / Pfizer Whiteboard Session | 05/04/2022 | Nimesh Jhaveri* |
| 2280 | 2014-12-09 Thies Outlook Meeting Invite re Copy: 8:00am PT-Walgreens/Theranos Meeting | 05/04/2022 | Nimesh Jhaveri* |
| 20237 | 2014-12-15 Fluegel Email to Balwani, cc: Holmes re Follow-up | 05/04/2022 | Nimesh Jhaveri* |
| 2339 | 2015-01-14 Haworth Email to Menchel et al re 1/14/15 Walgreens/Theranos Partnership Meeting Slide Deck & Supporting Materials, and attachments – PowerPoint, Agenda and Supporting Materials | 05/04/2022 | Nimesh Jhaveri* |
| 20238 | 2015-01-21 Haworth Email re 1/14/15 Walgreens/Theranos Partnership Meeting Minutes & Action Items, and attachment - Meeting Minutes | 05/04/2022 | Nimesh Jhaveri* |
| 2394 | 2015-02-17 Haworth Email re 2/17/15 Walgreens/Theranos Partnership Meeting Slide Deck, and attachment – Theranos PowerPoint | 05/04/2022 | Nimesh Jhaveri* |
| 20242 | Mar 2015 Email Chain re To-do's from Theranos contract discussion | 05/04/2022 | Nimesh Jhaveri* |
| 2449 | 2015-03-30 Spitzer Email to Jhaveri re Theranos- time sensitive | 05/04/2022 | Nimesh Jhaveri* |

40

SER-1440

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 20244 | Apr 2015 Walgreens Email Chain re Theranos High Patient Volume | 05/04/2022 | Nimesh Jhaveri* |
| 20247 | Jun 2015 Email Chain re PHX Expansion List to Proceed | 05/04/2022 | Nimesh Jhaveri* |
| 20233 | Jun 2015 Jhaveri/Balwani Email Chain re Recap of Meeting | 05/04/2022 | Nimesh Jhaveri* |
| 2859 | 2015-10-15 Diagnostic Testing Team Memo to Jhaveri re Health Services Development - Executive Summary – Theranos Partnership | 05/04/2022 | Nimesh Jhaveri* |
| 273 | 2010-2012 Holmes/Rosan/Balwani Email String re Theranos Systems at Walgreens, and attachments –Theranos Systems at Walgreens – Overview.pdf; Theranos Systems at Walgreens – Partnership.pdf | 05/04/2022 | Nimesh Jhaveri* |
| 20553 | 2010-09-09 Rosan Email to Holmes (and 9/10 Forward to Balwani/Young) Email String Email re Hopkins, and attachment - Summary of Hopkins/Walgreens/Theranos Meeting April 27, 2010 | 05/04/2022 | Nimesh Jhaveri* Christopher Lucas |
| 20442 | Apr 2011 Haworth/Rosan/Young Email Chain re Asthma Test – Patty Haworth | 05/04/2022 | Nimesh Jhaveri* |
| 20633 | Standard Operating Procedure, CLIA Laboratory, No. CL SOP-00020, Revision B, *Proficiency testing for Theranos Lab-Developed Tests (Immunoassays)*, Effective Date: 01/01/2014 | 05/04/2022 | Sarah Bennett* |

41

SER-1441

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 20619 | 2016-10-31 Bennett Email to Yamamoto re Evidence #7, and attachments – D5793 F9, D6115_CL SOP-00020_PT for Theranos LDTs_AAP.pdf; D5793 F9_AAP Data.pdf; D5793 F10_VitD Patient Results.pdf; D5801_Eval of INR Results.pdf; D5801_PT QC_Citrol3_March 2015.pdf; D5801_PT-INR Patient Results.pdf; D50805, D5821, D6098_PT-INR Final Reports.pdf | 05/04/2022 | Sarah Bennett* |
| 4600 | 2015-12-08 Bennett/Hamilton Email String re Nice Job! | 05/10/2022 | Sarah Bennett* |
| 20620 | 2015-06-15 Theranos Alternative Assessment Program (not admitted for truth of matter, but instead to show notice to CMS for preparation of survey report) | 05/10/2022 | Sarah Bennett* |
| 4163 | 2014-07-22 Mosley Email to Holmes re Private Placement Memorandum | 05/10/2022 | Daniel Mosley* |
| 4173 | 2014-08-18 Holmes Letter to Mosley re invitation to participate in equity transaction | 05/10/2022 | Daniel Mosley* |
| 3387 | Documents re Theranos, Realtime Cure, Inc., etc. provided to Daniel Mosley by Elizabeth Holmes | 05/10/2022 | Daniel Mosley* Alan Eisenman |
| 3392 | Theranos PowerPoint Presentation, *Infectious Disease work and Select Clinical Correlations* (part of materials provided to Daniel Mosley by Elizabeth Holmes) | 05/10/2022 | Daniel Mosley* |
| 3844 | 2010-04-27 Johns Hopkins Medicine Summary of Hopkins/Walgreens/Theranos Meeting | 05/10/2022 | Daniel Mosley* |
| 4202 | Sep 2014 Mosley/Holmes Email String | 05/10/2022 | Daniel Mosley* |

SER-1442

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 4197 | 2014-09-02 Moley Letter to Kissinger re outline of analysis on Theranos, and attachment – Theranos Analysis | 05/10/2022 | Daniel Mosley* |
| 4221 | Sep 2014 Mosley/Holmes Email String | 05/10/2022 | Daniel Mosley* |
| 4284 | Oct 2014 Mosley/Holmes Email String re Meeting last Friday | 05/10/2022 | Daniel Mosley* |
| 4286 | 2014-10-24 Balwani Email to Mosley/Holmes re investment docs, and attachments – 2014-02-07 Theranos, Inc. Amended and Restated Investors' Rights Agreement; 2014-02-07 Theranos, Inc. Amended and Restated Voting Agreement; Theranos, Inc. Certificate of Designation of Series C-2 Preferred Stock; | 05/10/2022 | Daniel Mosley* |
| 4303 | 2014-10-30 Mosley Email to Holmes/Balwani re Master Signature Page, and attachments – Master Signature Page (Mosley Family Holdings LLC); Master Signature Page (Dracopoulos) | 05/10/2022 | Daniel Mosley* |
| 2172 | 2014-10-31 Theranos/Holmes Memo to Mosley re confirmation re Series C-2 Preferred Stock | 05/10/2022 | Daniel Mosley* |
| 2065 | Oct 2014 C. Holmes/Balwani/Holmes Email String re BDT visitors to wag Saturday (not admitted for the truth of the matter asserted, but as to notice to the individuals in the emails) | 05/10/2022 | Daniel Mosley* |
| 14118 | Aug 2014 Holmes/Mosley/Edlin Email String re Blank CDA | 05/10/2022 | Daniel Mosley* |
| 14119 | Sep 2014 Mosley/Holmes Email String | 05/10/2022 | Daniel Mosley* |
| 14124 | 2014-10-06 Mosley/Holmes Email String | 05/11/2022 | Daniel Mosley* |
| 14135 | Oct 2014 Mosley/Boies/Holmes Email string re Theranos | 05/11/2022 | Daniel Mosley* |

43

SER-1443

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 663 | May 2010-Aug 2012 Eisenman/Holmes/Minnig Email String re June Quarterly update | 05/11/2022 | Alan Eisenman* |
| 1334 | Dec 2013 Holmes/Eisenman Email String re Theranos Stockholder Consents for your Signature by this Wednesday 12/18/13, and attachments – Theranos – Amended and Restated Certificate of Incorporation (Dual Class.pdf; Theranos – Amended and Restated Investor Rights Agreement (Dec 2013).pdf; Theranos – Amended and Restated Series C-1 Preferred Stock Purchase Agreement.pdf; Theranos – Amended and Restated Voting Agreement Series C-1 (December 20, 2013).pdf | 05/11/2022 | Alan Eisenman* |
| 1371 | Dec 2013 Theranos/Eisenman/Balwani Email String re Theranos Stockholder Consents for your Signature by this Wednesday 12/18/13, pp. 1-8 only | 05/11/2022 | Alan Eisenman* |
| 2057 | Oct 2014 Eisenman/Holmes/Balwani Email String re Negative report on Theranos from UBS | 05/11/2022 | Alan Eisenman* |
| 2468 | Apr 2015 Eisenman/Balwani/Holmes Email String re Theranos, and re PLEASE RESPOND!!! | 05/11/2022 | Alan Eisenman* |
| 14103 | May 2010 Eisenman/Holmes Email String re Updates on Theranos | 05/11/2022 | Alan Eisenman* |
| 12285 | Jun 2010 Eisenman/Holmes Email String re June call | 05/11/2022 | Alan Eisenman* |
| 14224 | 2010-07-01 Eisenman Email to Holmes re no decision on sale of stock | 05/11/2022 | Alan Eisenman* |
| 14225 | Jul 2010 Eisenman/Balkenhol/Holmes re Catching Up | 05/11/2022 | Alan Eisenman* |

44

SER-1444

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 14226 | Sep 2010 Eisenman/Holmes Email string re Larry Ellison | 05/11/2022 | Alan Eisenman* |
| 12185 | Feb 2011 Eisenman/Holmes/Balwani Email String re request for updates on Theranos | 05/11/2022 | Alan Eisenman* |
| 12252 | May 2012 Eisenman/Minnig Email String re Theranos updates | 05/11/2022 | Alan Eisenman* |
| 713 | Nov 2012 Eisenman/Minnig/Holmes Email String re Business Update | 05/11/2022 | Alan Eisenman* |
| 1362 | Dec 2013 Eisenman/Balwani Email String Theranos Stockholder Consents for your Signature by this Wednesday 12/18/13 | 05/11/2022 | Alan Eisenman* |
| 12999 | Jan 2015 Eisenman/Balwani/Holmes Email String re Google Alert – Theranos | 05/11/2022 | Alan Eisenman* |
| 13150 | Aug 2015 Bois/Eisenhan Email String re Theranos follow up from our conversation today | 05/11/2022 | Alan Eisenman* |
| 13191 | Sep 2015 Eisenman/Thombridge/Zawrotny Email String re Theranos (not for the truth of matter asserted, but to witness's state of mind) | 05/11/2022 | Alan Eisenman* |
| 3530 | Theranos, Inc. Amended and Rested Series C-1 Preferred Stock Purchase Agreement - Initial Closing Date: July 1, 2010, pp. 29, 42 | 05/11/2022 | Alan Eisenman* |
| 20033 | 2015-05-05 Theranos Standard Operating Procedure, CLIA Laboratory, Hemoglobin A1C (HBA1C) Automated Pretreatment Method (A1C) IN Whole Blood on the ADVIA 1800 and 2400 Chemistry Systems, Document Number CL-SOP-09100 | 05/13/2022 | Lynette Sawyer* |

45

SER-1445

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 20651 | 2015-05-05 Theranos Standard Operating Procedure, CLIA Laboratory, Theranos LIS Application User Guide, Document Number CL-SOP-05049 | 05/13/2022 | Lynette Sawyer* |
| 5095 | 2013-07-30 Theranos Email to Shareholders re Theranos (consumer launch) | 05/13/2022 | Christopher Lucas* |
| 5132 | Oct-Nov 2013 Hagen/Lucas/Holmes Email String re Meeting with Elizabeth (not offered for the truth of the matter, but only as to conversation between witness and Ms. Holmes and notice) | 05/13/2022 | Christopher Lucas* |
| 5143 | Dec 2013 Theranos/Lucas Email String re Theranos Stockholder Consents for your Signature by this Wednesday 12/18/13, and attachment – Theranos, Inc. Amended and Restated Certificate of Incorporation; Theranos, Inc. Amended and Restated Investors' Right Agreement; Theranos, Inc. Amended and Restated Series C-1 Preferred Stock Purchase Agreement | 05/13/2022 | Christopher Lucas* |
| 5144 | Dec 2013 Theranos/Lucas/Quintana/Holmes Email String re Theranos Stockholder Consents for your Signature by this Wednesday 12/18/13, and attachments – Signature Pages | 05/13/2022 | Christopher Lucas* |
| 5444 | Dec 2013 Lucas/Holmes Email String re BDV Investment | 05/13/2022 | Christopher Lucas* |
| 5447 | Dec 2013 Theranos/Lucas/Quintana/Yam Email String re Theranos Stockholder/Black Diamond Ventures' Participation in Series C-1 Stock Financing, and attachment – Master Signature Page | 05/13/2022 | Christopher Lucas* |

SER-1446

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 7366 | 2013-12-29 Quintana Email to BD Investors re *IMPORTANT UPDATE_PLEASE REIVE*BDV XII-B, LLC / Theranos Series C-1 Stock, and attachments – BDV Cover Letter re Acknowledgement (12-29-13).pdf; BDV XII-B Exhibit A to Letter re_ Theranos (A12-29-13).pdf; Black Diamond Ventures XII-B LLC – Operating Agreement.pdf; Black Diamond Ventures XII-B LLC -Subscription Agreement.pdf [pp. 2-69 only] | 05/13/2022 | Christopher Lucas* |
| 5837 | Dec 2013 Theranos/Quintana/Balwani/ Holmes Email String re Theranos Stockholder Consents for your Signature by this Wednesday 12/18/2013 | 05/13/2022 | Christopher Lucas* |
| 5836 | Dec 2013 Holmes/Lucas/Quintana/ Theranos/Balwani Email String re Theranos Stockholder / Black Diamond Ventures' Participation in Series C-1 Stock Financing | 05/13/2022 | Christopher Lucas* |
| 1770 | 2014-06-12 Theranos Email to Shareholders re Theranos (sharing Fortune magazine cover story) | 05/13/2022 | Christopher Lucas* |
| 20698 | 2006-02-03 Theranos, Inc. Investors' Rights Agreement | 05/13/2022 | Christopher Lucas* |
| 3530 | Theranos, Inc. Amended and Rested Series C-1 Preferred Stock Purchase Agreement - Initial Closing Date: July 1, 2010, p. 25 – Master Signature Page | 5/13/2022 | Christopher Lucas* |
| 12604 | Apr 2014 Quintna/Lucas/Lynch Email String re BDV XII, LLC Theranos Appoints William H. Frist, M.D., to its Board of Directors | 5/13/2022 | Christopher Lucas* |
| 12022 | 2005-12-22 Holmes Email to Lucas re Great to meet you!!!, and attachment: 12-22-2005 Theranos Redefining Healthcare.ppt (pp.1-5 and 26 only) | 5/13/2022 | Christopher Lucas* |

47

SER-1447

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 1805 | ADMITTED into Evidence: Jun 2014 Zachman/Schapler Email String re theranos | 05/13/2022 | Audra Zachman* |
| 5410 | ADMITTED into Evidence: Quest Diagnostics Lab Report re 09/30/2014 Blood draw | 05/13/2022 | Audra Zachman* |
| 2044 | ADMITTED into Evidence: Theranos Lab Report re 10/2/2014 Blood Draw | 05/13/2022 | Audra Zachman* |
| 3305 | ADMITTED into Evidence: Quest Dianostics Lab Result Report re 10/6/2014 Blood Draw | 05/13/2022 | Audra Zachman* |
| 5411 | ADMITTED into Evidence: Quest diagnostics Lab Result re 10/8/2014 Blood Draw | 05/13/2022 | Audra Zachman* |
| 5184 | ADMITTED into Evidence: Oct 2014 Theranos Email String re Partials list tonight | 05/13/2022 | Audra Zachman* |
| 2083 | ADMITTED into Evidence: 2014-10-14 Neville Email to Zachman re Checking Back | 05/13/2022 | Audra Zachman* |
| 5412 | ADMITTED into Evidence: 2014-10-22 C. Holmes Email to Zachman re Theranos – following up | 05/13/2022 | Audra Zachman* |
| 4242 | ADMITTED into Evidence: Theranos Lab Test Result for 10/4/2014 Blood Draw | 05/13/2022 | Audra Zachman* |
| 20071 | ADMITTED into Evidence: 2015-10-04 Riley Email re Theranos Electronic Orders and Results | 05/13/2022 | Audra Zachman* |
| 20074 | Jan 2021 Zachman/Scavdis Email String re Theranos | 05/13/2022 | Audra Zachman* |

48

SER-1448

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 4938 | Theranos Test Results of Dr. | 05/18/2022 | Dr. Mark Burnes* Dr. Brian Grossman |
| 4415 | May/Jun 2015 Email String re Rerun and Call Back Request | 05/18/2022 | Dr. Mark Burnes* |
| 5839 | 2015-08-12 Theranos Email to _____ re Your Visit Code | 05/18/2022 | * |
| 5840 | 2015-08-21 Theranos Email to _____ re Theranos Patient Visit Summary Details | 05/18/2022 | * |
| 2730 | 2015-08-28 Theranos Final Lab Results Report re | 05/18/2022 | * |
| 2729 | 2015-08-28 Access Medical Laboratories Final Lab Results Report re | 05/18/2022 | * |
| 5843 | 2015-12-11 Theranos Email to _____ re Theranos Patient Visit Summary Details | 05/18/2022 | * |
| 5838 | 2015-12-15 Theranos Email to _____ re Theranos Contact Confirmation | 05/18/2022 | * |
| 5483 | 2015-05-11 Theranos Final Lab Results Report re | 05/18/2022 | * |
| 5484 | 2021-08-10 Contra Costa Health Services Human Immunodeficiency Virus (HIV) Antigen/Antibody Test Results (Confidential Test) re | 05/18/2022 | * |
| 20683 | CENTERS FOR DISEASE CONTROL AND PREVENTION NATIONAL – Center for HIV/AIDS, *Laboratory Testing for the Diagnosis of HIV Infection - Updated Recommendations*, pp. 1, 9 | 05/18/2022 | * |

49

SER-1449

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 14259 | May 2015 Email String re Acc 182266; HIV results | 05/18/2022 | |
| 1360 | Dec 2013 James/Holmes Email String re investment in Theranos | 05/18/2022 | Brian Grossman* |
| 1404 | Grossman/Holmes/Balwani Email String re Due Diligence Questions | 05/18/2022 | Brian Grossman* |
| 1422 | Jan 10-14, 2014, Grossman/Balwani Email String | 05/18/2022 | Brian Grossman* |
| 4077 | Jan 10-17, 2014, Grossman/Balwani Email String, and attachment – Theranos ppt | 05/18/2022 | Brian Grossman* |
| 1443 | Jan 10-20, 2014, Grossman/Balwani Email String | 05/18/2022 | Brian Grossman* |
| 1454 | Jan 10-24, 2014, Grossman/Balwani Email String | 05/18/2022 | Brian Grossman* |
| 1477 | Jan 26-27, 2014, Grossman/Balwani Email String re Questions for Call on Financial Model and re Open Items for PFM Investment | 05/18/2022 | Brian Grossman* |
| 5441 | 2014-01-29 Grossman Email to Clammer, and attachment Theranos_v12.xlsx | 05/18/2022 | Brian Grossman* |
| 1482 | Jan 26-28, 2014, Grossman/Balwani Email String re Open Items for PFM Investment | 05/18/2022 | Brian Grossman* |
| 1505 | 2014-02-03 Theranos, Inc. Series C-2 Preferred Stock Purchase Agreement | 05/18/2022 | Brian Grossman* |
| 1506 | 2014-02-04 Partner Investments, LP, PFM Healthcare Master Fund, LP and PFM Healthcare Principals Fund, LP Master Signature Page re Theranos Agreements | 05/18/2022 | Brian Grossman* |

SER-1450

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 5858 (redactged p. 7 only) | Question and Answer of Ramesh Balwani re ownership stake in Theranos | 05/18/2022 | Brian Grossman* |
| 7353 | 2013-11-01 Laffort/James/Grossman Email Chain re Theranos | 5/20/2022 | Brian Grossman* |
| 7358 | 2013-11-18 Grossman/Khanna Email Chain re Is this something we should work up on the private side | 5/20/2022 | Brian Grossman* |
| 4052 | 2013/12/09 Grossman/Khanna Email Chain re Theranos | 5/20/2022 | Brian Grossman* |
| 7376 | 2013-12-20 Khanna Email to Grossman re Theranos - comments on WAG call | 5/20/2022 | Brian Grossman* |
| 7378 | 2013-12-24 Kahha/Rabodzey/Grossman Email Chain re Theranos | 5/20/2022 | Brian Grossman* |
| 4063 | Dec 24-25, 2013, Khanna/Grossman/Rabodzey Email Chain re Theranos | 5/20/2022 | Brian Grossman* |
| 7388 | 2014-01-09 Gill Email to Grossman re *Walgreen Company: Takeaways from Sharehold Meeting/Analyst Q&A* | 05/20/2022 | Brian Grossman* |
| 7387 | 2014-01-09 Khanna Email to Grossman, Balasuryan and Rabodzey re WAG and Theranos | 05/20/2022 | Brian Grossman* |
| 7390 | Jan 9-10, 2014, Grossman/Rabodzey Email Chain re meeting at Theranos | 05/20/2022 | Brian Grossman* |
| 7391 | Jan 2014 Rabodzey/Grossman/Khanna Email Chain re Theranos | 05/20/2022 | Brian Grossman* |
| 14002 | 11:05 2014-01-15 Rabodzey Email to Khanna and Grossman re MDX and fda | 05/20/2022 | Brian Grossman* |

SER-1451

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 7400 | 11:10 2014-01-23 Smith Email to Khanna re AR/VK: Dr. Anand Akerkar, PhD [Laboratory Developed Tests] | 05/20/2022 | Brian Grossman* |
| 7399 | 11:15 am 2014-01-21 Robadzey Email to Grossman and Khanna re Theranos | 05/20/2022 | Brian Grossman* |
| 20662 | 11:19am 2014-01-24 Rabodzey email to Khanna and Grossman re Theranos | 05/20/2022 | Brian Grossman* |
| 7403 | Obj 11:24 only page 1 – top portion only 2014-01-24 Rabodzey Email to Grossman and Khanna re Theranos | 05/20/2022 | Brian Grossman* |
| 4088 | 11:32 2014-01-28 Grossman/Clammer Email String re Theranos | 05/20/2022 | Brian Grossman* |
| 4089 | 11:34 2014-01-28 Rabodzey Enclosure Email to Graossman and Khanna re Theranos Technical and Regulatory Assessment | 05/20/2022 | Brian Grossman* |
| 14054 | 2014-01-29 12:24pm Rabodzey Email to Grossman re Theranos diligence calls – Last call with an expert takeaways | 05/20/2022 | Brian Grossman* |
| 14001 | 2014-01-26 Rabodzey Email to Grossman and Khanna re Theranos Test | 05/20/2022 | Brian Grossman* |
| 14057 | 2014-01-28 Grossman//Balwani/Rabodzey/Khann/Balasuryan Email String Open Items for PFM Investment | 05/20/2022 | Brian Grossman* |
| 14029 | 2014-01-29 Blickman/Grossman/Rabodzey Email String re Theranos Follow-up | 05/20/2022 | Brian Grossman* |
| 14055 | 2014-01-29 Grossman/Rabodzey Email String re Theranos Follow-up | 05/20/2022 | Brian Grossman* |
| 13720A | Theranos Spreadsheet | 05/20/2022 | Brian Grossman* |

52

SER-1452

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---------|-------------|---------------|-------------|
| 4093 | PFM Spreadsheet | 05/20/22 | Brian Grossman* |
| 14072 | 2014-01-26 James/Grossman Email Chain re theranos internal presentation | 05/20/22 | Brian Grossman* |
| 7411 | 2014-01-30 Rabodzey Email to Summe re Final version of the Theranos presentation attached, and attachment: Theranos_v7.pdf | 05/20/22 | Brian Grossman* |
| 20832 | 2018-10-04 Sutton Email to Schenk re Theranos 1 TB drive | 06/09/2022 | Richard Sonnier* |
| 5915 | 2018-02-13 DOJ Cover Letter to Theranos, Inc. Custodian of Records re Grand Jury Subpoena (Investigation # 2016R00024), and attachment – 2018-02-13 Subpoena To Testify Before a Grand Jury to Custodian of Records, Theranos, Inc. | 06/09/2022 | Richard Sonnier* |
| 5916 | 2018-04-20 Subpoena to Testify Before a Grand Jury to Theranos, Inc. | 06/09/2022 | Richard Sonnier* |
| 5897 | 2018-08-28 Theranos/Wilmer Hale Email String re Call re LIS (priv/conf) – time sensitive | 06/09/2022 | Richard Sonnier* |
| 5943 | Oct 2018 DOJ Email String re Theranos 1 TB drive | 06/09/2022 | Richard Sonnier* |
| 5917 | Mar 2019 Bostic/O'Neill Email String re Theranos | 06/09/2022 | Richard Sonnier* |
| 15004 | Oct 2010 Gibbons/Holmes Email String re GSK | 06/09/2022 | -- |
| 15058 | 2009-12-15 Holmes Email to Breuer re Follow up to our meeting, and attachment slides | 06/09/2022 | -- |

53

SER-1453

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 20817 (pp. 1-4) | US FDA webpage - 510(k) Premarket Notification accessed 2022-05-18, and 2015-07-07 FDA Letter to Theranos re K143236 – Correction Letter to 7/2/2015 substantially equivalent letter | 06/09/2022 | -- |
| 20826 | Jul 2015 Theranos/FDA Email String re CW150009 CLIA Waiver Granted Notification, and 2015-07-15 US DHHS Letter to Theranos re CS15009 – Waiver Granted Notification, with attachment | 06/09/2022 | -- |
| 15029 | 2013-10-23 Holmes email to Hojvat and Hobson re Tests run in Theranos CLIA laboratory from Samples collected in Theranos Wellness Centers | 06/09/2022 | -- |
| 7286 | Apr 2013 Young/Balwani/Holmes Email Chain re assays for FDA filing | 06/09/2022 | -- |
| 20827 | May-July 2015 Email String re Suraj Saksena: Clinical Lab Director application | 06/09/2022 | -- |
| 20830 | Excerpts from 2013-10-08 Provisional Patent Application entitled *Devices, Methods and Systems for Reducing Sample Volume* | 06/09/2022 | -- |
| 20073A | Native Excel Spreadsheet: ECFSWCWC spreadsheets reflecting patients who received Theranos blood testing results after Aug 2015 | 06/09/2022 | per stipulation |
| 20788 | 2014-07-15 Tempe to Nunn re Theranos Financials, and attached Theranos income/expense statement | 06/09/2022 | per stipulation |

54

SER-1454

ADMITTED TRIAL EXHIBITS
*USA v. Ramesh Sunny Balwani*
5:18-cr-00258-2 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---------|-------------|---------------|-------------|
| 20145 | Projected Statement of Income, Consolidated Balance Sheets, Theranos 409a Valuation page, Theranos Summary Capitalization page, and Aranca presentation | 06/09/2022 | per stipulation |

55

SER-1455

**To:** Bruce Shepard[Bruce.Shepard@wal-mart.com]
**Cc:** Sunny Balwani[sbalwani@theranos.com]
**From:** Elizabeth Holmes
**Sent:** Fri 3/19/2010 7:45:58 PM
**Importance:** Normal
**Subject:** RE: times to talk
**Received:** Fri 3/19/2010 7:46:00 PM
Multiplexed Panel Validation Report_FDA-ICH.pdf

Bruce,

Great to talk with you. Please find the FDA/ICH validation report we discussed attached to this email. We'll follow up with you on the store location recommendations and biohazard guidance under separate cover.

All my best,

Elizabeth.

Nothing in this e-mail constitutes an offer to lease space, nor does this e-mail constitute an acceptance by Wal-Mart Stores, Inc. or any of its affiliates of any offer to lease. Nothing in this e-mail should be construed as a guaranty, promise, or binding commitment of Walmart. This is not a lease or agreement; it is merely for

Confidential

**SER-1456**THPFM0002105918

discussion purposes only. There shall be no binding agreement by said parties until Walmart receives executed lease documents from tenant and Walmart fully executes such documents.

**From:** Elizabeth Holmes [mailto:eholmes@theranos.com]
**Sent:** Wednesday, March 17, 2010 2:47 PM
**To:** Bruce Shepard
**Cc:** Sunny Balwani; Carolyn Balkenhol
**Subject:** RE: times to talk

Bruce.

Let's do it Friday. We can call your office at 10 AM CST?

Elizabeth.

---

**From:** Bruce Shepard [mailto:Bruce.Shepard@wal-mart.com]
**Sent:** Wednesday, March 17, 2010 11:25 AM
**To:** Elizabeth Holmes
**Subject:** times to talk

Elizabeth – I am so sorry about the schedule today and thanks for understanding! Looking at the calendar, I could either of the following times, whichever is best for you. I will be traveling Sunday and Monday and in meetings all day Tuesday. Look forward to catching up. Thanks.

Friday between 10a1pm

Wednesday 2-4pm

Confidential

Trial Exh. 0277 Page 0002 **SER-1457**THPFM0002105919

Thanks,
Bruce

Bruce Shepard, FACHE, Director, Health Business Development
Phone 479.204.6857 Fax 888.715.8940
bruce.shepard@wal-mart.com

Walmart Stores, Inc.
702 Southwest 8th Street
Bentonville, AR 72716-0235
Save money. Live better.

Nothing in this e-mail constitutes an offer to lease space, nor does this e-mail constitute an acceptance by Wal-Mart Stores, Inc. or any of its affiliates of any offer to lease. Nothing in this e-mail should be construed as a guaranty, promise, or binding commitment of Walmart. This is not a lease or agreement; it is merely for discussion purposes only. There shall be no binding agreement by said parties until Walmart receives executed lease documents from tenant and Walmart fully executes such documents.

---

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom they are addressed. If you have received this email in error destroy it immediately.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **Wal-Mart Confidential**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom they are addressed. If you have received this email in error destroy it immediately.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **Wal-Mart Confidential**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Confidential

SER-1458<sup></sup>THPFM0002105920



**Assay Development Report**
**Theranos Systems Multiplexed Human IL-6, Human TNF-α, Human CRP (hs)**

Contents

1. Introduction
2. Storage and Use
3. Calibration
4. Range
5. Quantitation Limits and Accuracy
6. Precision
7. Specificity
8. Linearity
9. Matrix Effects
10. Stability

## 1. Introduction

The Theranos Assay System is a fully automated means for measuring concentrations of analytes (biomarkers, drugs) using immunoassay methodology. The system is comprised of instruments, single-use cartridges and a wireless communications link that conveys protocol information to the instruments from a Theranos Server and relays assay data to the Server for interpretation and distribution. Blood, plasma serum and control materials may be analyzed by the System. Calibration is performed at Theranos on a cartridge-lot-specific basis.

The System accepts a metered sample (25uL) from a proprietary sampling device or a pipette, dilutes it automatically to levels appropriate to each assay then executes an automated ELISA assay protocol. The protocol is selected from a set of released protocols available on the Theranos Server and identified by reading a bar code on each cartridge. The bar code is also linked to an assay lot-specific calibration algorithm. Assays are complete in about one hour.

Assays are typically grouped (multiplexed) in particular cartridges designed to monitor specific disease and therapeutic processes. For example, a cartridge designed to monitor acute and inflammatory processes measures IL-6, TNF-α and CRP. Customer is interested in use of the Theranos System and has sponsored a validation exercise at Theranos focused on the inflammatory marker cartridge.

In this exercise, many instruments (60) and three lots of cartridges were used.

## 2. Storage and Use

Theranos cartridges should be stored in the original unopened packaging in an upright position at 4°C. Theranos instruments require no user maintenance or calibration. User prompts are provided on a screen which is part of the instrument.

THERANOS CONFIDENTIAL                                                                                      Page 1

Confidential
SER-1459 THPFM0002105921



### 3. Calibration

IL-6 and TNF-α assay calibration utilize recombinant analytes expressed in human-cell lines as calibration materials. These are reportedly more stable than recombinant analytes made in bacteria and more similar to the naturally occurring analytes. The CRP assay is calibrated with a human plasma-derived analyte. Theranos Systems assays recognize "natural", recombinant, and human-cell line expressed recombinant forms of IL-6 and TNF-α. Each lot of Theranos Cartridges is individually calibrated, the calibration equation is linked to the cartridge barcode and results are automatically computed on the Theranos data server. For this validation study, three cartridge lots were produced and calibrated.

#### NIBSC WHO Verification of Calibration

Exemplary assay responses are shown in Appendix A. Calibrations for IL-6, TNF-α and CRP were verified by testing the recovery of the current National Institute for Biological Standards and Control (NIBSC) World Health Organization (WHO) Reference Standards. The current WHO standard for IL-6 is NIBSC code 89/548 (recombinant protein produced in CHO cells with post translational modifications), for TNF-α NIBSC code 88/786 (a natural human protein derived from human BALL-1 cells), and for CRP NIBSC code 85/506 from human plasma. Spike recovery of all three WHO standards were within acceptable limits across the assay ranges as shown in the figures and tables below. Note that for the TNF- α assay we found low recovery (about 30%) of the WHO standard in a reference kit (R&D Systems Quantikine HS catalogue # HSTA00D, data shown in Appendix B). Therefore comparisons of sensitivity and slopes of assay correlations of results of the Theranos System with those of R&D Systems kits will show different results due to their respective calibrations. For example, the R&D Systems Assay would report a TNF-α value of 4 pg/mL when the Theranos Assay reports 12 pg/mL. If desired by a customer the Theranos System can be configured (in calibration algorithms) to provide results matching those of R&D Systems assays (or those of other predicate assay). It is our intention however to continue to perform primary calibration of Theranos assays using International Standard materials whenever possible since predicate assays not so calibrated may be subject to lot-to-lot variation in calibration.

Confidential

Trial Exh. 0277 Page 0005

**SER-1460** THPFM0002105922







Confidential

SER-1461 THPFM0002105923





CRP Calibration Verification
WHO NIBSC 85/506 Standard Diluted in Assay Buffer

$y = 0.9937x$
$R^2 = 0.9862$

**Theranos Systems Recovery of IL-6 (NIBSC code 89/548) Spiked in Plasma**
**n=3 cartridges, 3 instruments per level**

| [IL-6] IU/mL | [IL-6] pg/ml | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|---|
| 100 | 1000 | 981.1 | 11 | 980.1 | 98 |
| 25 | 250 | 227.1 | 16 | 226.2 | 90 |
| 5 | 50 | 45.2 | 10 | 44.2 | 88 |
| 3 | 25 | 21.5 | 8 | 20.5 | 82 |
| 1 | 10 | 10.5 | 9 | 9.5 | 95 |
| 0 | 0 | 1.0 | 47 | 0.0 | N/A |

**Theranos Systems Recovery of TNF-α (NIBSC code 88/786) Spiked in Plasma**
**n=3 cartridges, 3 instruments per level**

| [TNFa] IU/mL | [TNFa] pg/mL | Recovered [TNF-α] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|---|
| 46.5 | 1000 | 873.4 | 3 | 873.0 | 89 |
| 11.6 | 250 | 218.7 | 3 | 218.3 | 96 |
| 2.3 | 50 | 44.0 | 10 | 43.5 | 96 |
| 1.2 | 25 | 20.9 | 22 | 20.4 | 95 |
| 0.5 | 10 | 10.9 | 19 | 10.5 | 100 |
| 0 | 0 | 0.4 | 14 | 0.0 | N/A |

**Theranos Systems Recovery of CRP (NIBSC code 85/506) in Assay Buffer**
**n=3 cartridges, 3 instruments per level**

| [CRP] IU/mL | [CRP] ug/ml | Recovered [CRP] ug/mL | CV % | % Recovery |
|---|---|---|---|---|
| 98 | 100 | 94.6 | 2 | 95 |
| 49 | 50 | 57.4 | 18 | 115 |
| 24.5 | 25 | 28.1 | 15 | 113 |
| 10 | 10 | 10.2 | 14 | 102 |
| 4.9 | 5 | 5.7 | 20 | 114 |

Confidential                                                                                     THPFM0002105924

SER-1462



| 0 | 0 | 0.0 | 30 | N/A |
|---|---|-----|----|----|

## 4. Range

Reportable ranges based on calibration to WHO standards determined for these assays are:

| Assay | Low | High |
|-------|-----|------|
| IL-6 | 2 pg/mL | 1000 pg/mL |
| TNF-α | 4[1] pg/mL | 1000 pg/mL |
| CRP | 0.05 ug/mL | 100 ug/mL |

As shown below, all three tested lots support these ranges[2].

## 5. Quantitation Limits

Assay calibrations and determination of Lower Limit of Quantitation (LLOQ) and Upper Limit of Quantitation (ULOQ) were performed and analyzed by proprietary software. Assay responses were fitted by a four-parameter equation and LLOQ and ULOQ determined according to FDA criteria. Calibrators were run in triplicate on three days (consecutive or non-consecutive) on 36 instruments for a total of nine cartridges per level, at 12 levels.

### Summary of Calibration Analysis for three Cartridge Lots

| Lot 2455142005 | IL-6 | TNF-α | CRP |
|----------------|------|-------|-----|
| LLOQ | 1.3 pg/mL | 6.3 pg/mL | 0.05 ug/mL |
| ULOQ | 1000 pg/mL | 1000 pg/mL | 150 ug/mL |
| **Lot 2455146006** | **IL-6** | **TNF-α** | **CRP** |
| LLOQ | 1.3 pg/mL | 6.3 pg/mL | 0.05 ug/mL |
| ULOQ | 1000 pg/mL | 1000 pg/mL | 150 ug/mL |
| **Lot 2455156002** | **IL-6** | **TNF-α** | **CRP** |
| LLOQ | 2.3 pg/mL | 6.3 pg/mL | 0.05 ug/mL |
| ULOQ | 1000 pg/mL | 1000 pg/mL | 150 ug/mL |

### Limits of detection (LOD)

The range in the Limits of detection calculated as 2*Signal SD/Slope of dose response (□signal/□conc) are reported for the three lots of Theranos cartridges. Comparison data are also given for R&D Systems assays Minimum Detectable Dose "MDD" (which is equivalent to LOD). In addition to the calibration issue for the R&D Systems TNF-α assay discussed above which gives a four-fold lower limit for R&D Systems, we believe the calculation of MDD performed by R&D Systems may be compromised (falsely low) by the inability of any known

---

[1] Equivalent to 1 pg/mL in the R&D Systems assay calibrated using R&D Systems calibrators

[2] The lower limit of the reportable range of the TNF-α assay has been extended below the LLOQ so as not to restrict the reportable range too much. The LLOQ is higher than anticipated due to unexpectedly high imprecision of the assay in the cartridge lots used for validation compared with other cartridge lots used in pre-clinical work. We are presently investigating the root cause of this imprecision.

Confidential

THPFM0002105925

Trial Exh. 0277 Page 0008

SER-1463



spectrometer to report optical density to the required precision needed to support the calculated values.

The CRP MDD reported by R&D Systems is highly misleading since it represents the concentration in the assay rather than in the sample (which "must be diluted" according to their package insert prior to assay). Note that the Theranos assay uses a sample which is diluted 5000-fold. If we compare the actual sensitivity *in the assay medium* the Theranos value would be about 0.006 ng/mL.

| Assay System | IL-6 (pg/mL) | TNF-α(pg/mL) | CRP (ng/mL) |
|---|---|---|---|
| Theranos | 0.9 – 1.5 | 3.7 – 5.2 | 28 - 31 |
| R&D Systems | 0.02 – 0.11 | 0.04 – 0.19 | 0.005 – 0.22 |
| R&D Systems[3] | | 0.16 – 0.76 | |

## 6. Precision and Accuracy

Plasma with low endogenous analyte levels was spiked with three levels of the analytes were measured in 16 cartridges per level on 48 instruments. Recovery of the spiked analyte was good. Imprecision (% CV) ranged from 10 - 25 %. Note that the imprecision cited includes both instrument-instrument and cartridge-cartridge variance.

**Spiked Plasma Samples (n=16 cartridges, n=48 instruments)**

| Nominal [IL-6] pg/mL | Recovered [IL-6] pg/mL | StDev | CV % | % Recovery |
|---|---|---|---|---|
| 800.3 | 806.9 | 79.8 | 9.9 | 101 |
| 50.3 | 50.5 | 4.7 | 9.2 | 100 |
| 5.3 | 5.1 | 0.8 | 15.5 | 96 |
| Nominal [TNFa] pg/mL | Recovered [TNFa] pg/mL | StDev | CV % | % Recovery |
| 500.3 | 418.9 | 39.6 | 9.5 | 84 |
| 50.3 | 42.7 | 5.1 | 12.0 | 85 |
| 12.3 | 12.9 | 3.2 | 24.6 | 105 |
| Nominal [CRP] ug/mL | Recovered [CRP] ug/mL | StDev | CV % | % Recovery |
| 50.1 | 50.4 | 10.0 | 19.9 | 101 |
| 1.6 | 1.6 | 0.3 | 16.8 | 97 |
| 0.1 | 0.1 | 0.0 | 20.6 | 103 |

## 7. Specificity

Assays were tested for cross reactivity and interference by the factors listed below, at high, mid and low analyte levels. Potential cross-reactants were selected based on package inserts of recognized predicate methods and added at levels deemed to be higher than those likely to be found in clinical samples. No significant cross reactivity or interference was observed for any of the assays by any of the tested factors at all analyte levels tested.

---

[3] Recalculated to reflect calibration to WHO standard material

Confidential

SER-1464 THPFM0002105926



| IL-6 Assay Specificity Test in Spiked Plasma (n=3 cartridges, 3 instruments per level) | | | | | |
|---|---|---|---|---|---|
| Substance | [Test Substance] ng/mL | Target [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | % Recovery |
| Control | 0 | 1000.3 | 1100.3 | 7.8 | 110 |
| | 0 | 90.3 | 95.8 | 16.6 | 106 |
| | 0 | 8.3 | 9.4 | 4.8 | 113 |
| IL-1α | 10 | 1000.3 | 939.2 | 2.9 | 94 |
| | 10 | 90.3 | 97.0 | 15.7 | 107 |
| | 10 | 8.3 | 9.0 | 6.9 | 108 |
| IL-2 | 10 | 1000.3 | 1047.7 | 1.7 | 105 |
| | 10 | 90.3 | 86.7 | 9.4 | 96 |
| | 10 | 8.3 | 8.7 | 22.3 | 105 |
| IL-3 | 10 | 1000.3 | 950.0 | 12.7 | 95 |
| | 10 | 90.3 | 91.9 | 4.6 | 102 |
| | 10 | 8.3 | 7.9 | 4.4 | 95 |
| IL-4 | 10 | 1000.3 | 908.0 | 10.9 | 91 |
| | 10 | 90.3 | 79.9 | 16.7 | 88 |
| | 10 | 8.3 | 8.1 | 18.1 | 97 |
| IL-6 sR | 50 | 1000.3 | 914.9 | 18.0 | 91 |
| | 50 | 90.3 | 81.2 | 1.3 | 90 |
| | 50 | 8.3 | 8.0 | 29.0 | 96 |
| IL-7 | 10 | 1000.3 | 895.0 | 10.0 | 89 |
| | 10 | 90.3 | 78.1 | 9.1 | 87 |
| | 10 | 8.3 | 8.2 | 9.4 | 99 |
| IL-8 | 10 | 1000.3 | 927.8 | 9.7 | 93 |
| | 10 | 90.3 | 82.3 | 17.1 | 91 |
| | 10 | 8.3 | 8.4 | 17.6 | 101 |
| IL-11 | 10 | 1000.3 | 897.5 | 12.5 | 90 |
| | 10 | 90.3 | 90.3 | 6.1 | 100 |
| | 10 | 8.3 | 7.9 | 2.2 | 95 |
| IL-12 | 10 | 1000.3 | 837.6 | 8.4 | 84 |
| | 10 | 90.3 | 85.8 | 14.7 | 95 |
| | 10 | 8.3 | 6.8 | 18.1 | 82 |
| CNTF | 10 | 1000.3 | 900.6 | 8.4 | 90 |
| | 10 | 90.3 | 95.3 | 5.8 | 106 |
| | 10 | 8.3 | 8.9 | 22.4 | 107 |
| G-CSF | 10 | 1000.3 | 925.0 | 18.7 | 92 |
| | 10 | 90.3 | 90.2 | 12.8 | 100 |
| | 10 | 8.3 | 9.7 | 6.9 | 117 |
| sgp130 | 1000 | 1000.3 | 895.5 | 17.0 | 90 |
| | 1000 | 90.3 | 88.6 | 2.0 | 98 |
| | 1000 | 8.3 | 9.4 | 3.2 | 114 |
| LIF R | 50 | 1000.3 | 895.2 | 2.8 | 89 |
| | 50 | 90.3 | 78.5 | 16.5 | 87 |
| | 50 | 8.3 | 8.9 | 19.8 | 107 |
| OSM | 10 | 1000.3 | 945.4 | 9.5 | 95 |
| | 10 | 90.3 | 77.1 | 10.0 | 85 |

THERANOS CONFIDENTIAL

Page 7



| IL-6 Assay Specificity Test in Spiked Plasma (n=3 cartridges, 3 instruments per level) | | | | | |
|---|---|---|---|---|---|
| Substance | [Test Substance] ng/mL | Target [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | % Recovery |
|  | 10 | 8.3 | 6.9 | 16.8 | 83 |
| TNF-β | 10 | 1000.3 | 919.6 | 8.6 | 92 |
|  | 10 | 90.3 | 83.3 | 15.8 | 92 |
|  | 10 | 8.3 | 9.4 | 7.8 | 113 |
| IL-1β | 10 | 1000.3 | 901.2 | 8.1 | 90 |
|  | 10 | 90.3 | 85.7 | 17.6 | 95 |
|  | 10 | 8.3 | 7.5 | 10.5 | 90 |
| sTNF RI | 10 | 1000.3 | 1025.2 | 9.2 | 102 |
|  | 10 | 90.3 | 83.4 | 11.4 | 92 |
|  | 10 | 8.3 | 9.4 | 16.5 | 114 |
| sTNF RII | 10 | 1000.3 | 963.3 | 13.8 | 96 |
|  | 10 | 90.3 | 90.7 | 10.2 | 100 |
|  | 10 | 8.3 | 9.3 | 21.0 | 112 |

| TNF-α Assay Specificity Test in Spiked Plasma (n=3 cartridges, 3 instruments per level) | | | | | |
|---|---|---|---|---|---|
| Substance | [Test Substance] ng/mL | Target [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | % Recovery |
| Control | 0 | 900.3 | 883.7 | 4.1 | 98 |
|  | 0 | 90.3 | 85.4 | 4.1 | 95 |
|  | 0 | 8.3 | 8.3 | 40.4 | 100 |
| IL-1α | 10 | 900.3 | 849.1 | 5.5 | 94 |
|  | 10 | 90.3 | 89.6 | 12.7 | 99 |
|  | 10 | 8.3 | 8.8 | 16.0 | 106 |
| IL-2 | 10 | 900.3 | 855.2 | 23.5 | 95 |
|  | 10 | 90.3 | 90.8 | 7.9 | 101 |
|  | 10 | 8.3 | 9.6 | 18.5 | 116 |
| IL-3 | 10 | 900.3 | 836.5 | 23.5 | 93 |
|  | 10 | 90.3 | 74.3 | 5.4 | 82 |
|  | 10 | 8.3 | 8.2 | 29.2 | 98 |
| IL-4 | 10 | 900.3 | 884.6 | 6.9 | 98 |
|  | 10 | 90.3 | 89.5 | 8.5 | 99 |
|  | 10 | 8.3 | 7.0 | 49.3 | 84 |
| IL-6 sR | 50 | 900.3 | 874.0 | 23.5 | 97 |
|  | 50 | 90.3 | 77.8 | 13.8 | 86 |
|  | 50 | 8.3 | 8.6 | 34.8 | 103 |
| IL-7 | 10 | 900.3 | 871.9 | 6.3 | 97 |
|  | 10 | 90.3 | 82.8 | 37.1 | 92 |
|  | 10 | 8.3 | 7.6 | 22.9 | 91 |
| IL-8 | 10 | 900.3 | 774.4 | 1.8 | 86 |
|  | 10 | 90.3 | 83.4 | 13.5 | 92 |
|  | 10 | 8.3 | 7.9 | 12.6 | 95 |
| IL-11 | 10 | 900.3 | 901.8 | 1.5 | 100 |
|  | 10 | 90.3 | 90.7 | 19.6 | 100 |
|  | 10 | 8.3 | 9.3 | 36.8 | 112 |
| IL-12 | 10 | 900.3 | 770.9 | 7.3 | 86 |

Confidential

SER-1466 THPFM0002105928



| TNF-α Assay Specificity Test in Spiked Plasma (n=3 cartridges, 3 instruments per level) | | | | | |
|---|---|---|---|---|---|
| Substance | [Test Substance] ng/mL | Target [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | % Recovery |
| | 10 | 90.3 | 77.4 | 15.8 | 86 |
| | 10 | 8.3 | 7.9 | 56.7 | 96 |
| CNTF | 10 | 900.3 | 920.1 | 6.0 | 102 |
| | 10 | 90.3 | 82.5 | 9.7 | 91 |
| | 10 | 8.3 | 8.7 | 18.9 | 105 |
| G-CSF | 10 | 900.3 | 1052.6 | 3.7 | 117 |
| | 10 | 90.3 | 95.6 | 20.7 | 106 |
| | 10 | 8.3 | 9.1 | 9.6 | 110 |
| sgp130 | 1000 | 900.3 | 891.3 | 16.8 | 99 |
| | 1000 | 90.3 | 93.8 | 9.1 | 104 |
| | 1000 | 8.3 | 10.1 | 25.1 | 122 |
| LIF R | 50 | 900.3 | 781.5 | 20.7 | 87 |
| | 50 | 90.3 | 87.3 | 15.2 | 97 |
| | 50 | 8.3 | 9.1 | 12.1 | 110 |
| OSM | 10 | 900.3 | 862.1 | 10.6 | 96 |
| | 10 | 90.3 | 85.2 | 23.8 | 94 |
| | 10 | 8.3 | 7.4 | 54.1 | 89 |
| TNF-β | 10 | 900.3 | 804.0 | 24.7 | 89 |
| | 10 | 90.3 | 90.7 | 16.4 | 100 |
| | 10 | 8.3 | 7.7 | 32.3 | 92 |
| IL-1β | 10 | 900.3 | 900.0 | 17.3 | 100 |
| | 10 | 90.3 | 83.1 | 16.6 | 92 |
| | 10 | 8.3 | 8.3 | 33.1 | 101 |
| sTNF RI | 10 | 900.3 | 833.0 | 21.8 | 93 |
| | 10 | 90.3 | 86.4 | 19.5 | 96 |
| | 10 | 8.3 | 6.7 | 21.6 | 80 |
| sTNF RII | 10 | 900.3 | 801.3 | 8.9 | 89 |
| | 10 | 90.3 | 93.6 | 3.0 | 104 |
| | 10 | 8.3 | 8.2 | 14.2 | 99 |

| CRP Assay Specificity Test in Assay Buffer (n=3 cartridges, 3 instruments per level) | | | | | |
|---|---|---|---|---|---|
| Substance | [Test Substance] ng/mL | Target [CRP] ug/ml | Recovered [CRP] ug/ml | CV % | % Recovery |
| Control | 0 | 50 | 53.0 | 16 | 106 |
| | 0 | 10 | 8.1 | 34 | 81 |
| | 0 | 0.75 | 0.7 | 13 | 91 |
| Pentraxin-2/SAP | 30 | 50 | 49.2 | 19 | 98 |
| | 30 | 10 | 8.9 | 9 | 89 |
| | 30 | 0.75 | 0.8 | 4 | 102 |
| Pentraxin-3/TSG-14 | 10 | 50 | 40.6 | 7 | 81 |
| | 10 | 10 | 8.2 | 14 | 82 |
| | 10 | 0.75 | 0.7 | 5 | 100 |

Confidential

**SER-1467**THPFM0002105929



## 8. Linearity

A plasma sample with low endogenous analyte levels was spiked with known levels of IL-6, TNF-α, and CRP then diluted serially with the unspiked plasma. All assays showed an appropriate linear dilution response across the dilution range (500 – 2000-fold). Data are tabulated and graphed below.

**Dilution Linearity in Plasma, Multiplexed Assays** **(n=3 cartridges, 3 instruments per level)**

**IL-6**

| Spiked [IL-6] pg/mL | [Expected] pg/ml | [Recovered] pg/mL | CV % | % Recovery |
|---|---|---|---|---|
| 950 | 950.5 | 958.1 | 7 | 101 |
| | 475.5 | 480.9 | 11 | 101 |
| | 238.0 | 256.1 | 18 | 108 |
| | 119.2 | 143.9 | 25 | 121 |
| | 59.8 | 62.3 | 3 | 104 |
| | 30.1 | 28.3 | 23 | 94 |
| | 15.3 | 13.3 | 34 | 87 |
| | 0.5 | 0.5 | 88 | 100 |

**TNF-α**

| Spiked [TNFa] pg/mL | [Expected] pg/ml | [Recovered] pg/mL | CV % | % Recovery |
|---|---|---|---|---|
| 900 | 902.7 | 899.2 | 11 | 100 |
| | 452.7 | 461.5 | 9 | 102 |
| | 227.7 | 194.6 | 6 | 85 |
| | 115.2 | 105.0 | 11 | 91 |
| | 59.0 | 56.1 | 2 | 95 |
| | 30.9 | 30.6 | 4 | 99 |
| | 16.8 | 14.9 | 26 | 89 |
| | 2.7 | 2.7 | 14 | 100 |

**CRP**

| Spiked [CRP] ug/mL | [Expected] ug/ml | [Recovered] ug/mL | CV % | % Recovery |
|---|---|---|---|---|
| 75 | 75.1 | 82.8 | 34 | 110 |
| | 37.6 | 35.0 | 0 | 93 |
| | 18.8 | 14.7 | 10 | 78 |
| | 9.5 | 9.1 | 12 | 96 |
| | 4.8 | 4.1 | 8 | 85 |
| | 2.4 | 2.4 | 7 | 98 |
| | 1.3 | 1.3 | 15 | 102 |
| | 0.1 | 0.1 | 29 | 100 |

Confidential                                    THPFM0002105930







THERANOS CONFIDENTIAL

Page 11

Confidential

SER-1469 THPFM0002105931

Trial Exh. 0277 Page 0014





CRP Dilution Linearity in Plasma

$y = 1.052x$
$R^2 = 0.9887$

## 9. Matrix Effects

Plasma or serum containing various potentially interfering factors or substances were spiked with known levels of analyte and the resulting recovery of the spiked analyte calculated after correction for endogenous analyte. None of the assays showed interference from icteric, hemolyzed, lipemic, or rheumatoid factor-positive samples as shown in the tables below

NORMAL SERUM  Sample: PromedDx 10739123 (n=3 cartridges, 3 instruments per level)

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 1019.1 | 14 | 1015.82 | 102 |
| 250 | 224.9 | 4 | 221.58 | 89 |
| 50 | 47.7 | 14 | 44.42 | 89 |
| 25 | 25.3 | 6 | 22.01 | 88 |
| 10 | 12.6 | 9 | 9.29 | 93 |
| 0 | 3.3 | 43 | 0.00 | |
| **Spiked [TNFa] pg/mL** | **Recovered [TNFa] pg/mL** | **CV %** | **Minus Endogenous** | **% Recovery** |
| 1000 | 1019.1 | 14 | 1014.7 | 101 |
| 250 | 224.9 | 4 | 220.5 | 88 |
| 50 | 47.7 | 14 | 43.3 | 87 |
| 25 | 25.3 | 6 | 20.9 | 84 |
| 10 | 12.6 | 9 | 8.2 | 82 |
| 0 | 4.4 | 60 | 0.0 | |
| **Spiked [CRP] ug/mL** | **Recovered [CRP] ug/mL** | **CV %** | **Minus Endogenous** | **% Recovery** |
| 100 | 107.4 | 11 | 107.3 | 107 |
| 50 | 49.3 | 13 | 49.3 | 99 |
| 25 | 25.0 | 23 | 24.9 | 100 |
| 10 | 9.6 | 41 | 9.5 | 95 |
| 5 | 5.9 | 17 | 5.8 | 116 |
| 0 | 0.1 | 12 | 0.0 | |

Confidential

Trial Exh. 0277 Page 0015

**SER-1470** THPFM0002105932



**LIPEMIC SERUM  Sample: Vital Products SFB8315 (n=3 cartridges, 3 instruments per level)**

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 872.5 | 15 | 868.8 | 87 |
| 250 | 214.1 | 4 | 210.4 | 84 |
| 50 | 47.8 | 15 | 44.1 | 88 |
| 25 | 24.5 | 6 | 20.8 | 83 |
| 10 | 14.4 | 19 | 10.7 | 107 |
| 0 | 3.7 | 12 | 0.0 | |
| **Spiked [TNFa] pg/mL** | **Recovered [TNFa] pg/mL** | **CV %** | **Minus Endogenous** | **% Recovery** |
| 1000 | 965.0 | 17 | 962.8 | 96 |
| 250 | 230.8 | 15 | 228.6 | 91 |
| 50 | 56.6 | 40 | 54.4 | 109 |
| 25 | 25.4 | 13 | 23.2 | 93 |
| 10 | 14.8 | 14 | 12.6 | 126 |
| 0 | 2.2 | 32 | 0.0 | |
| **Spiked [CRP] ug/mL** | **Recovered [CRP] ug/mL** | **CV %** | **Minus Endogenous** | **% Recovery** |
| 100 | 119.4 | 36 | 119.1 | 119 |
| 50 | 54.2 | 40 | 53.9 | 108 |
| 25 | 24.4 | 25 | 24.1 | 96 |
| 10 | 10.4 | 9 | 10.1 | 101 |
| 5 | 5.8 | 15 | 5.6 | 111 |
| 0 | 0.2 | 12 | 0.0 | |

**HEMOLYZED PLASMA   Sample: Stanford W070509118560 (n=3 cartridges, 3 instruments per level)**

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 1010.9 | 10 | 1010.0 | 101 |
| 250 | 274.6 | 13 | 273.7 | 109 |
| 50 | 51.6 | 2 | 50.7 | 101 |
| 25 | 26.8 | 11 | 25.9 | 104 |
| 10 | 10.5 | 12 | 9.6 | 96 |
| 0 | 0.9 | 41 | 0.0 | |
| **Spiked [TNFa] pg/mL** | **Recovered [TNFa] pg/mL** | **CV %** | **Minus Endogenous** | **% Recovery** |
| 1000 | 898.7 | 14 | 895.1 | 90 |
| 250 | 223.5 | 12 | 219.9 | 88 |
| 50 | 44.2 | 11 | 40.6 | 81 |
| 25 | 27.7 | 23 | 24.1 | 96 |
| 10 | 12.0 | 23 | 8.4 | 84 |
| 0 | 3.6 | 14 | 0.0 | |
| **Spiked [CRP] ug/mL** | **Recovered [CRP] ug/mL** | **CV %** | **Minus Endogenous** | **% Recovery** |
| 100 | 119.6 | 10 | 119.5 | 119 |
| 50 | 54.0 | 10 | 53.9 | 108 |
| 25 | 22.5 | 14 | 22.4 | 90 |
| 10 | 11.6 | 3 | 11.5 | 115 |
| 5 | 5.6 | 11 | 5.5 | 110 |
| 0 | 0.1 | 4 | 0.0 | |

Confidential                                                                                                THPFM0002105933

Trial Exh. 0277 Page 0016                    **SER-1471**



**ICTERIC SERUM  Sample: PromedDx 10739123 (n=3 cartridges, 3 instruments per level)**

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 986.0 | 9 | 983.4 | 98 |
| 250 | 282.4 | 12 | 279.7 | 112 |
| 50 | 55.8 | 10 | 53.2 | 106 |
| 25 | 28.1 | 7 | 25.4 | 102 |
| 10 | 11.8 | 16 | 9.2 | 92 |
| 0 | 2.6 | 53 | 0.0 | |
| **Spiked [TNFa] pg/mL** | **Recovered [TNFa] pg/mL** | **CV %** | **Minus Endogenous** | **% Recovery** |
| 1000 | 969.8 | 5 | 967.4 | 97 |
| 250 | 219.6 | 22 | 217.2 | 87 |
| 50 | 45.0 | 11 | 42.6 | 85 |
| 25 | 24.5 | 5 | 22.1 | 88 |
| 10 | 10.6 | 22 | 8.2 | 82 |
| 0 | 2.4 | 17 | 0.0 | |
| **Spiked [CRP] ug/mL** | **Recovered [CRP] ug/mL** | **CV %** | **Minus Endogenous** | **% Recovery** |
| 100 | 109.5 | 8 | 108.4 | 108 |
| 50 | 41.7 | 80 | 40.6 | 81 |
| 25 | 29.6 | 14 | 28.4 | 114 |
| 10 | 10.1 | 11 | 9.0 | 90 |
| 5 | 6.4 | 19 | 5.3 | 106 |
| 0 | 1.1 | 3 | 0.0 | |

**RHEUMATOID FACTOR POSITIVE SERUM  Sample: Vital Products SFB7884
(n=3 cartridges, 3 instruments per level)**

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 1118.0 | 10 | 1097.9 | 110 |
| 250 | 286.9 | 9 | 266.7 | 107 |
| 50 | 77.7 | 13 | 57.6 | 115 |
| 25 | 46.3 | 12 | 26.2 | 105 |
| 10 | 30.4 | 6 | 10.2 | 102 |
| 0 | 20.1 | 6 | 0.0 | |
| **Spiked [TNFa] pg/mL** | **Recovered [TNFa] pg/mL** | **CV %** | **Minus Endogenous** | **% Recovery** |
| 1000 | 1116.4 | 11 | 1112.3 | 111 |
| 250 | 228.9 | 5 | 224.8 | 90 |
| 50 | 48.0 | 13 | 43.9 | 88 |
| 25 | 24.2 | 13 | 20.1 | 80 |
| 10 | 14.0 | 20 | 9.9 | 99 |
| 0 | 4.1 | 27 | 0.0 | |
| **Spiked [CRP] ug/mL** | **Recovered [CRP] ug/mL** | **CV %** | **Minus Endogenous** | **% Recovery** |
| 100 | 110.9 | 18 | 105.8 | 106 |
| 50 | 49.1 | 17 | 44.0 | 88 |
| 25 | 34.2 | 29 | 29.0 | 116 |
| 10 | 15.5 | 9 | 10.3 | 103 |
| 5 | 10.9 | 11 | 5.7 | 114 |
| 0 | 5.2 | 28 | 0.0 | |

Confidential
**SER-1472** THPFM0002105934



### 10. Stability

The stability of component reagents for the present assays has been studied individually in lots made previous to the present study. The capture surfaces were stable for over 12 months, and the detection conjugates for at least six months. Stability of the integrated cartridges used for this validation report stored at 4C is being monitored and an updated report will include this data. Cartridges are initially assigned an expiry date of three months post manufacture.

### Conclusions:

The Theranos IL-6, TNF-α, CRP assay multiplex has been shown to give accurate and precise results for three independently calibrated cartridge lots and all the many instruments used. Assay calibration has been established using WHO or other standard materials. Lower and upper levels of quantitation have been established. The assays are specific for their respective analytes when tested against potential cross reactants and are not interfered with by agents that may cause problems in immunoassays. Dilution linearity is satisfactory for all the assays. Assay cartridge stability studies are underway.

Confidential

SER-1473 THPFM0002105935



## Appendix A





THERANOS CONFIDENTIAL

Confidential

Trial Exh. 0277 Page 0019

**SER-1474** THPFM0002105936





Confidential

Trial Exh. 0277 Page 0020

**SER-1475** THPFM0002105937



## Appendix B

Comparison of Theranos Systems TNFa Calibration to Other Available Commercial Methods

Plasma samples were spiked with WHO TNF-a Standard (NIBSC code 88/786) and run in Theranos Systems and in R&D Quantikine High Sensitivity Human TNF-α ELISA (catalogue # HSTA00D). The results are shown below.

**THERANOS SYSTEMS Recovery of TNFa WHO Standard Spiked in Plasma**

| Nominal Spike | | 1pg/mL = 0.0465 IU/mL | | | |
|---|---|---|---|---|---|
| [TNFa] IU/ml | [TNFa] pg/ml | Calc. pg/mL | Minus Endogenous | Calc. IU/mL | % Recovery |
| 0 | 0 | 5.2 | 0.0 | | |
| 0.1 | 2.5 | 8.1 | 2.9 | 0.1 | 118 |
| 0.2 | 5 | 11.5 | 6.3 | 0.3 | 126 |
| 0.5 | 10 | 14.9 | 9.7 | 0.5 | 97 |
| 1.2 | 25 | 35.9 | 30.8 | 1.4 | 123 |
| 2.3 | 50 | 57.6 | 52.4 | 2.4 | 105 |
| 11.6 | 250 | 217.6 | 212.5 | 9.9 | 85 |
| 46.5 | 1000 | 1120.6 | 1115.4 | 51.9 | 112 |

**R&D QUANTIKINE HS ELISA Recovery of TNFa WHO Standard Spiked in Plasma**

| Nominal Spike | | 1pg/mL = 0.0465 IU/mL | | | |
|---|---|---|---|---|---|
| [TNFa] IU/ml | [TNFa] pg/ml | Calc. pg/mL | Minus Endogenous | Calc. IU/mL | % Recovery |
| 0 | 0 | 0.2 | 0.0 | | |
| 0.1 | 2.5 | 1.0 | 0.8 | 0.04 | 32 |
| 0.2 | 5 | 1.8 | 1.6 | 0.07 | 32 |
| 0.5 | 10 | 3.2 | 3.0 | 0.14 | 30 |
| 1.2 | 25 | 7.3 | 7.1 | 0.3 | 28 |
| 2.3 | 50 | 15.0 | 14.8 | 0.7 | 30 |
| 11.6 | 250 | 83.6 | 83.4 | 3.9 | 33 |
| 46.5 | 1000 | 308.0 | 307.7 | 14.3 | 31 |



Confidential

SER-1476 THPFM0002105938

**To:** Alex.Jung@Walgreens.com[]
**Cc:** Jay.Rosan@Walgreens.com[], Sunny Balwani[sbalwani@theranos.com]
**From:** Elizabeth Holmes
**Sent:** Wed 4/14/2010 5:25:08 AM
**Importance:** Normal
**Subject:** RE: Follow Up from Walgreens
**Received:** Wed 4/14/2010 5:28:46 AM
Theranos Evaluation Summary_GSK.pdf
Pfizer_Theranos System Validation_Final Report.pdf
Theranos Multiplexed Panel Validation Report_Schering Plough.pdf


Dr. Jay, Alex,

As per our discussion, please find three independent due diligence reports on Theranos Systems attached to this email. These reports are from GlaxoSmithKline, Pfizer, and Schering Plough after their own technical validation and experience with Theranos Systems in the field. Please note that these documents are strictly confidential under our CDA.

We met today on the request for names of persons who could come to Theranos to assess the technical performance of the systems; we will give you a call tomorrow to follow up on this.

We have a powerpoint summary of how Theranos Systems compare to other technologies in the market. Before sending, we tried to compare our presentation to the spreadsheet you referenced that lists different point of care technologies on Google, but we could not find the document you talked about. Please do send this to us so that we can add any relevant information from it to the presentation.

With my best regards,
Elizabeth.

FOIA Confidential Treatment Requested by Theranos

**SER-1477**

TS-0906360

THERANOS CONFIDENTIAL





## Excerpts from GSK Metabolic Study Report

Nelson Rhodes, Director GSK Metabolic Biomarker Laboratory
Surekha Gangakhedkar, Theranos Assay Systems Lead

**Background information:**
The Theranos system was evaluated at GSK to profile active GLP-1 and C-peptide values and these data were compare to "gold standard" ELISAs using frozen human plasma from study XXXXXXX. The key project objectives (found in the attached statement of work) were:

- To assess the performance of the Theranos System in measuring a multiplex for GLP-1 and c-peptide values (the "Cartridge Analytes") as compares to the current gold standard ELISAs (which are not multiplexed).
    - Specifically, the study will assess Theranos' capabilities to detect points that the reference assays failed to accurately detect by running samples with C-peptide values in a standard range (ng/mL) and GLP-1 values between 0-3.2 pM
- To assess the functionality, specificity, reproducibility, accuracy, and precision of the Theranos System.
- Assess the Theranos data reporting and transfer functions

Thirty plasma samples (assayed in duplicate) were chosen based on historical GSK data for total GLP-1 levels from subjects given a mixed meal and two finger prick blood draws were performed. Five Theranos machines were used with active GLP-1 and C-peptide cartridges that required 20μL of plasma. MesoScale Discovery's (MSD) active and total GLP-1, Linco (Millipore) active GLP-1, and Linco (Millipore) C-peptide ELISAs were run as comparator assays.

**GSK Metabolic Biomarker Lab comments:**

- Data show good correlation
    - $r^2 = 0.90$ for GLP-1 (MSD vs. Theranos)
    - $r^2 = 0.96$ for C-peptide (Linco vs. Theranos)
- Inter-instrument precision (RLU average %CV = 11)
- Machines worked well
- Touch-screen interface was easy to use
- Cartridges were pretty straight forward (easy to handle and load)
- Assays took approximately 1 hour and 15 minutes per cartridge

**Overall conclusions:**
- The Theranos system eliminates the need for a lab and provided quality data
- The Metabolic Biomarker Lab has a favorable impression of the technology/system and recommends GSK clinical groups to work with Theranos

FOIA Confidential Treatment Requested by Theranos

**SER-1478**

TS-0906361

THERANOS CONFIDENTIAL

**Data:**

# Study design

- Human subjects
- Food "challenge"
- Measure GLP-1 and C-Peptide multiplex over 5 time points
  - LincoAssay
  - MSD Assay
  - Theranos Assay

Theranos Confidential

# C-Peptide Assay
## Averaged results



C-Peptide Assay Correlation
Human Plasma Samples
People fed and samples taken over several hours

$y = 0.9328x + 0.2137$
$R^2 = 0.9629$

N = 29

Theranos Confidential

Trial Exh. 0291 Page 0003

FOIA Confidential Treatment Requested by Theranos

**SER-1479**

TS-0906362

THERANOS CONFIDENTIAL

# Calibration to GSK matrix



Theranos Confidential

# Lack of correlation of predicate methods



Theranos Confidential

Trial Exh. 0291 Page 0004

FOIA Confidential Treatment Requested by Theranos

**SER-1480**

TS-0906363

THERANOS CONFIDENTIAL

# Assay correlation



Theranos Confidential

# Subject 232



Theranos Confidential

Trial Exh. 0291 Page 0005

FOIA Confidential Treatment Requested by Theranos

**SER-1481**

TS-0906364

THERANOS CONFIDENTIAL

# Subject 236



Theranos Confidential

# Subject 249



Theranos Confidential

FOIA Confidential Treatment Requested by Theranos

**SER-1482**

TS-0906365

THERANOS CONFIDENTIAL

# Subject 264



**Subject 264**

Theranos Confidential

# Summary Statistics GLP-1 Comparison

- TheranosLOD = 0.17 pM
- Dynamic range measured: 0-3.2 pM
- Mean = 0.9 pM (Th), 1.0 (MSD)

Theranos Confidential

Trial Exh. 0291 Page 0007

FOIA Confidential Treatment Requested by Theranos

**SER-1483**

TS-0906366



CONFIDENTIAL



## Theranos Angiogenesis Study Report

Pfizer, Inc.

**Document Outline:**

- Introduction to Theranos
- Background on Theranos Studies
- Economic Impact of Theranos Systems to Pharma
- Angiogenesis Program Overview
    - o Study design
- Theranos System Overview
    - o Specifications
    - o Theranos System Performance
- Theranos Field Study
    - o Field Performance Overview
    - o Trial Data
    - o Evaluation of time course results from individual    patients
    - o Review of generated data, in aggregate by patient    ID, sex, cancer type, treatment, etc.
    - o Integrated patient information, including date and    time of monitoring, medication received, self evaluation of overall health status of each patient and other clinical data in a comprehensive format
    - o Assessment of the technical performance of the The   ranos System
        - ▪ Data transmission % success and mode of transmissi   on used
        - ▪ General performance information as logged via the    Customer Care line
        - ▪ Assessment of patient compliance with protocol
    - o Summary of patient and clinical staff assessment o   f the Theranos System and the Client Solutions team via end-of-study surveys
- Conclusions
    - o General
    - o Technical
    - o Economic

**Introduction to Theranos:**

Accurately, rapidly, and effectively profiling the efficacy dynamics of a therapy in clinical studies is an unmet need that has long challenged the conventional blood testing infrastructure.

Theranos has demonstrated in clinical studies that more frequent longitudinal time-series measurements on fresh whole blood samples with a multiplexed platform that eliminates the noise (and inability to accurately characterize very broad dynamic ranges) of conventional tests is imperative to effectively characterizing physiological changes and the efficacy of any intervention.

Theranos' wirelessly integrated data analytical system allows for 'baseline' profiles of pathway dynamics to be created and updated automatically as data is generated in the field. If needed, analyte selection or frequency of sampling can be adjusted at any time during the study based on the data coming in.

In future studies within a given indication, the data analytical infrastructure can be used for predictive modeling wherein new patient data can be indexed against the stored baseline profiles for earlier reads on efficacy dynamics and dose-response.

---

3200 Hillview Palo Alto, CA  94304
phone:  650.838.9292   fax:  650.838.9165   www.theranos.com

1

**SER-1484**

FOIA Confidential Treatment Requested by Theranos

TS-0906367



CONFIDENTIAL



**Background on Theranos Studies:**

Every day gained in getting a new brand to market can be measured in millions of dollars.

Time is a major factor of cost of development of a new drug. For years the pharmaceutical industry has worked to drive every day possible out of the development process, and has reached a point where the physical limitations around the timelines for statistically significant data acquisition primarily determine the time to market.

Theranos Systems revolutionize those timeline constraints by enabling instant access to higher quality data and exponentially faster reads on efficacy and safety dynamics from the initiation of clinical trials. In doing so, Theranos is laying the foundation of a new growth model for pharma.

Theranos Systems radically impact revenues and growth on new and existing drugs in ways that were previously not possible:

- ♦ Faster approvals and studies - Immediate access to results enables immediate decision making and planning; early reads on efficacy dynamics and dose optimization for sub-populations through more comprehensive longitudinal PK/PD profiling
- ♦ Reimbursement and differentiation - Concrete reads on efficacy dynamics and visibility into mechanisms of action to optimize compounds dynamically
- ♦ Rapid access to multiple markets pre and post-approval - early reads on efficacy through trends in the change in rate of key markers allow for rapid label expansion
- ♦ Amelioration of safety concerns – more accurate reads on actual pathway dynamics enable rapid optimization where beneficial and delineation of patient sub-populations

**Economic Impact of Theranos Studies to Pharma:**

Based on Theranos' previous experience, predictive modeling and more comprehensive longitudinal profiling has resulted in the demonstration of meaningful dose-response and efficacy dynamics profiles in 6 month timeframes where the conventional infrastructure took two years and was still not able to generate hard correlations. An 18 month time-savings, not to mention the ability to gain insight into methods for optimization for label expansion, can conservatively be equated to hundreds of millions of dollars gained. With industry estimates at $1-3M a day for the value of each day gained in time to market, even 6 months saved ranges between $180M and $540M in return on investment.

Equally, once the infrastructure has been implemented, future studies are requiring about 25% fewer patients, reducing the patient costs, number of sites required, assay development, reagent screening, and infrastructure costs for shipping and processing samples through ambulatory point-of-care monitoring.

Overall savings on 6 month trials once the data analytical infrastructure has been established have averaged 50% of the cost of running an equivalent trial through the conventional infrastructure, further saving millions of dollars. As the data analytical engine evolves after the first 6 month study, costs are further reduced in each follow-on study, covering the cost of Theranos infrastructure and units many times over.

Ultimately though, the greatest economic return on investment lies in the ability to expand percentage market ownership through visibility into pathway dynamics that enables rapid characterization of responder populations in ways previously not possible. This capability enables

**SER-1485**

FOIA Confidential Treatment Requested by Theranos                    TS-0906368



CONFIDENTIAL



commercialization of 'targeted blockbusters' by redefining a company's historical success rate in realizing the target product profile of each drug once it hits the market.

**Angiogenesis Program Overview:**

The primary objective of the present program was to demonstrate the functionality of Theranos Systems in such a way that future studies could fully leverage the power of comprehensive longitudinal time-series profiling for rapid compound optimization and development.

For this program, Theranos was asked to develop multiplexed point-of-care assays for VEGF and PlGF for use in monitoring patient pharmacodynamic response to anti-angiogenesis therapies. Because the development of VEGFR2 in that multiplex was desirable as a tool for use in future studies, Theranos developed the assay and included it in the point-of-care multiplex.

In this program, Theranos validated not only functional equivalence, but superior performance specifications of the Theranos multiplex to each of the respective 'gold-standard' kits.

An Interim Report on Assay Development was submitted to Pfizer in Q2 '07 upon successful completion of assay development.

As planned for at the interim update meeting with Pfizer, the first patient began participating in the study in July of 2007. In order to fast-track the program timeline, Theranos contracted an independent site - Tennessee Oncology Center.

Enrollment of Sutent patients at this site was very slow; from the time patient screening began (early 2007) and after discussions with respective members of the Pfizer team, the protocol was revised several times to increase the frequency of monitoring but reduce the total number of patients and shorten the monitoring cycles per patient. Likewise, enrollment criteria were broadened to include patients on other therapies with whom trends in the relevant markers could also be profiled.

In doing so, statistical significance in meeting the study goals could still be ensured. Multiple IRB submissions were filed. Final IRB and Informed Consent Forms were included in two interim update reports sent to Pfizer.

*Goals of Study*:
1. Generate preliminary data on VEGF and PLGF trends in cancer patients while assessing the use of the Theranos System in the hands of clinicians and patients.
2. Obtain feedback and recommendations from clinical staff.
3. Assess the use of the Theranos System in the hands of ambulatory patients at home.
4. Assess the Ambulatory Bioinformatics Communications System[1] including the physician and patient web portals as well as the data reports generated.

*Study design*:
Patient screening began in January 2007, once the final site was selected, enrollment began. In July of 2007, the first patient was enrolled in the trial. This trial consisted of very ill late-stage (4th line) cancer patients with various tumor types receiving a variety of therapies at the Sarah

---

[1] The Ambulatory Bioinformatics Communication System (formerly known as ABCS) was rebranded as TheranOS, the Theranos Operating System.

Trial Exh. 0291 Page 00010

FOIA Confidential Treatment Requested by Theranos

SER-1486

TS-0906369



CONFIDENTIAL



Cannon Research Center at Tennessee Oncology (TNONC) in Nashville, Tennessee. The patients in the study typically resided in very remote locations across the eastern US. Almost all patients were not computer literate, and most were from low income families, unable to afford private telephone service.

The Theranos angiogenesis monitoring system was evaluated for clinical efficacy and as a means of more accurately and effectively monitoring cancer therapy and the progression of solid tumor cancers from a mechanism-of-action perspective. 32 patients were enrolled. Various cycles of therapies were monitored as well as physical changes in tumor size.

Four of the patients retracted consent to the study, three of them due to family problems and one due to mental and physical instability. Thus, Theranos increased the targeted enrollment number to ensure that the goal of demonstrating performance across significantly significant patient numbers would be met. That goal has now been achieved. To realize the goal, some patients had extended (60 day) monitoring periods.

Since Theranos has the ability to continue monitoring patients under the existing IRB and given the power of some of the correlations which are becoming apparent, Theranos may continue monitoring those patients for an extended period of time.

Enrollment was unpredictable and slow. All installations and shipments completed for this study were done on-demand with less than 24 hours. As part of the installation procedure, Theranos' client solutions team has performed at-home installations and pick-ups for many weak patients.

For each patient, a total of up to 14 time points were collected during the month-long analysis period, 3-4 time points taken at the clinic and the other 10-11 time points taken in-home. Both finger-stick and venous samples were taken during each clinic visit, while only finger-stick samples were run in-home. The venous draw samples were run on the Theranos System in the clinic at the time of the draw; these samples were also processed so that the plasma and/or serum was analyzed using a reference method.

Venous samples were processed using reference methods and provide an archive of 41 anti-coagulated plasma and serum samples which were frozen and have subsequently been analyzed at Theranos.

**Theranos System Overview:**

The Theranos System is comprised of consumer-oriented readers, single-use cartridges containing assay chemistry and controls, and a data collection system that communicates through cellular networks with the instrument to provide assay protocols and to compute and display results.

The steps required of a new patient are to 1) take the machine out of the box and 2) plug it into a power source. The touch-screen then walks each patient through the process of poking his/her finger, depositing blood into the cartridge, and placing the cartridge in the reader drawer. The instrument then processes the assays and sends the data through the cellular network in real-time to a secure web-portal.

Theranos Systems allow for quantitative, multiplexed longitudinal time-series measurements to map correlations between the rate of change of blood-borne markers over time to surrogate and clinical end-points.

Trial Exh. 0291 Page 00011

**SER-1487**

FOIA Confidential Treatment Requested by Theranos

TS-0906370



CONFIDENTIAL



Specifications:

❖ Designed for at home use. Can also be used in phys ician's offices, ICU, and laboratories.
❖ Multiplexed measurement of biomarkers.
❖ Customizable for different/new assays on demand.
❖ Average 6 measurements per cartridge
❖ Serial measurements to comprehensively profile pha rmacodynamic response through trends
❖ Runs fresh whole blood, plasma or serum samples
❖ Finger-stick – small sample size
❖ Mix and match selection of analytes on demand.
❖ Wide measurement range
   ○ pg/mLl – mg/mL (1 billion fold)
❖ High sensitivity
   ○ 0.2 pg/mL (2 parts per 10-billion)
❖ Analyte Recovery: ~100 %
❖ System CV post-calibration (inter-intra reader, ca rtridge, and assay): < 10 %
❖ On-board chemistry controls
❖ Factory calibration (no user calibration)
❖ Wireless communication of results to appropriate u ser through cellular network
❖ Proprietary algorithms to interpret time trend res ults

The existence of a technology infrastructure for home, real-time blood monitoring allows collection of information which cannot be obtained using conventional blood testing scenarios:
❖ Small sample (finger-stick) + more frequent sampli ng of a small subset of analytes enables:
   ○ Identification of appropriate analytes (greatly he lped by more frequent sampling)
   ○ Earlier detection of efficacy and safety  and acu te problems so intervention (for example, dose modification or change in drug type) can be more effective
   ○ Convenience of monitoring through-out a time-cours e before an event
❖ Higher sample integrity; real-time sample analysis  on fresh whole blood on a standardized platform which can be deployed  at any location (world-wide) eliminates assay inaccuracy associated with commercially available tests performed on samples which are "old" by the time they are analyzed.
   ○ Elimination of  erroneous results (caused by analy te instability ) and inherent errors in data and patient correlations (caused by processing data at various contract locations)

3200 Hillview Palo Alto, CA  94304
phone:  650.838.9292   fax:  650.838.9165   www.theranos.com

5

**SER-1488**

FOIA Confidential Treatment Requested by Theranos

TS-0906371





CONFIDENTIAL





For this study, an instrument was deployed in the home of each patient; four others were installed at the Cancer Center.

Three assays were performed simultaneously in multi plex by the system on a finger-stick sample of fresh whole blood. The analytes were Vascular E ndothelial Growth Factor (VEGF), soluble VEGF receptor R2 (sVEGFR2, usually referred to as V EGFR2) and Placental Growth Factor (PLGF). Each assay was controlled using within-cartridge control measurements.

The system was calibrated at Theranos. Multiple car tridge lots were produced each with successively more clinically relevant specification s once samples were received from patients in the trial, as samples were not available during ass ay validation. Each lot was independently calibrated.

*Traceability of calibration* : Calibration is traced to authentic analytes diss olved at known concentrations in a plasma-like matrix. Calibratio n materials are prepared as mixed solutions of the three analytes. Assignment of calibrator conce ntrations is then made to values found for measurements of calibrators using reference assays.

*System Performance Goals*:

| Assay | Reportable low pg/mL | Reportable high pg/mL Pr | ecision CV, % |
|---|---|---|---|
| VEGF | 20 | 10,000 | 10 |
| VEGFR2 | 150 | 15,000 | 10 |
| PLGF | 5 | 1,000 | 10 |

*Assay ranges achieved*:
The goals for each assay's dynamic range were achieved. Due to the inability to receive samples for calibration at the beginning of the studies, th e upper limit of calibration for VEGF was restricted to 3,000 pg/mL in the first cartridge lo ts, but then extended[2] to 10,000 pg/mL. For early cartridge lots the PLGF assay lower limit of sensit ivity was 50 pg/mL. Therefore, many early results for PLGF were out-of-range low ("OORL"). Lo ts produced after receiving samples for calibration have reportable ranges below 20 pg/mL.

---

[2] All three assays have a linear dose-responses extending far above the highest calibrator used.

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292 fax: 650.838.9165 www.theranos.com

6

**SER-1489**

FOIA Confidential Treatment Requested by Theranos

TS-0906372



CONFIDENTIAL



*Specificity*:
The specificity of the assays depends on the pairs    of antibodies chosen for each assay.  In the first instance, we rely on the antibody vendor information.  Selected pairs are known to have good specificity in ELISA assays.  Key issues for these    analytes are (1) the structural relationship of VEGF and (2) the fact that VEGF binds to sVEGFR2.    We have shown that the Theranos assay system is not affected by the presence of VEGF and    VEGFR2 and PLGF in the same samples.  In many patients in this study, the drug Avastin is    used.  This drug is an antibody that binds to VEGF.  It is obvious that ELISA assays for VEGF (an    d perhaps VEGFR2) using antibody pairs are likely to be interfered with by Avastin.  As documented below, Theranos assays for VEGF and VEGFR2 appear to function with minimal interference    from Avastin.  In contrast, the selected reference assay for VEGF is strongly interfered by Avastin.

<u>Theranos System Performance</u>:

*Assay accuracy*:
Accuracy has been evaluated by analysis of clinical    samples.  Two sets of samples have been used: (1) A set of 12 serum samples from cancer pat  ients (obtained from a commercial vendor), (2) 41 archived serum and plasma samples from this   study.  Because Avastin was used to treat many of the patients in the TNONC study and this an  tibody strongly interferes with the reference method, we used the commercially available samples for VEGF assay evaluation.

Twelve serum samples were assayed (singlicate) in t he Theranos system and in duplicate for the reference method with the following results:

VEGF:  y (Theranos) = 0.785 x (reference) + 95.2; R    $^2$ =0.99.  Range 96 – 1985 pg/mL.  One sample was rejected from the analysis giving very h   igh results in the Theranos system and low results in the reference assay.  Based on the study    data, it seems likely this patient was being treated with the drug Avastin, which interferes with the reference assay.

3200 Hillview Palo Alto, CA  94304
phone:  650.838.9292   fax:  650.838.9165   www.theranos.com

7

**SER-1490**

FOIA Confidential Treatment Requested by Theranos

TS-0906373





CONFIDENTIAL

## Single cartridge clinical results



For VEGFR2, 39 TNONC samples were assayed in tripli cate in the Theranos system and duplicate for the reference method.  The results we re:  y (Theranos) = 1.29 x (reference) + 1004; R =0.83.  Range 1015 – 9285 pg/mL.

---

3200 Hillview Palo Alto, CA  94304
phone:  650.838.9292   fax:  650.838.9165   www.theranos.com

8

**SER-1491**

FOIA Confidential Treatment Requested by Theranos

TS-0906374





CONFIDENTIAL



For the initial PLGF samples analyzed by Theranos in the field and with the reference method the results fell mostly in the undetectable range of bo th methods. Once the Theranos calibration was re-optimized, values became detectable from 5-17 pg/mL in the out-of-range-low venous samples sent to Theranos.

A significant correlation was achieved during valid ation on normal serum samples from twenty pregnant women assayed in quadruplicate. They were analyzed on both the Theranos system and the reference R&D Systems kit. The following re sults were obtained: y (Theranos) = 1.26*x (R&D Systems); R = 0.96. The average within sample CV for the Theranos results was 9%. One sample (shown in pink) below gave discrepant results.

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292 fax: 650.838.9165 www.theranos.com

9

**SER-1492**

FOIA Confidential Treatment Requested by Theranos

TS-0906375





CONFIDENTIAL



When the results for patients were segregated by tr    imester and averaged, the concordance shown below was found.

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292   fax:  650.838.9165   www.theranos.com

10

Trial Exh. 0291 Page 00017

**SER-1493**

FOIA Confidential Treatment Requested by Theranos

TS-0906376





CONFIDENTIAL



*Effect of Avastin on the reference VEGF assay*:
Comparison of reference and Theranos VEGF assay res       ults for venous samples were not correlated.  Many Theranos results were in the thou sands of pg/mL where reference assay gave a low value.  Since it was noted that many of the p     atients had been treated with Avastin which binds to VEGF, Theranos did a study of spike recove    ry for the reference method.  VEGF (400 pg/mL) was added to each sample and the assay repeated.  Results are shown below:

| Avastin | VEGF average, pg/mL | | VEGF average, pg/mL |
| Present | Ref | | Theranos |
|---|---|---|---|
| N | 149 | | 588 |
| Y | 136 | | 8359 |

| | VEGF spike recovery, % | |
|---|---|---|
| N | 66.5 | |
| Y | -1.3 | |

It is evident that Avastin completely blocks the re  ference assay response.  Presumably, Avastin binds at a site on VEGF close to or identical with that recognized by one of the antibodies used in the reference method.  The reference assay thus res       ponds only to free VEGF whereas the Theranos assay is not blocked and measures both Avastin-bound and free VEGF.

---

3200 Hillview Palo Alto, CA  94304
phone:  650.838.9292   fax:  650.838.9165   www.theranos.com

11

**SER-1494**

FOIA Confidential Treatment Requested by Theranos                    TS-0906377



CONFIDENTIAL



*Assay precision*:

Inter-Instrument Precision:
Venous samples from patients were run across four instruments.

| Assay | Reportable low pg/mL | Reportable high pg/mL | Precision CV, % |
|---|---|---|---|
| VEGF | 20 | 10,000 | 8.0 |
| VEGFR2 | 150 | 15,000 | 7.3 |
| PLGF | 5 | 1,000 | 9.2 |

Precision in comparison to available reference meth        ods was evaluated during calibration. Singlicate measurements from six instruments were u    sed next to commercially available 'gold-standards'. Theranos adjusted the target range afte     r obtaining clinical samples. Due to the superior performance characteristics of Theranos' a ssay next to commercial standards, obvious variances are seen where the reference methods report OORL.

Single lot calibration data:

| Analyte | Range (pg/mL) | Average CV, % |
|---|---|---|
| VEGF (lot 3) | 30 – 10,000 | 12.0 |
| VEGF (lot 1) | 30 – 3,000 | 10.0 |
| VEGFR2 (lot 3) | 1,000 – 10,000 | 4.8 |
| VEGFR2 (lot 1) | 50 – 800 | 17.6 |
| PLGF (lot 3) | 5 – 780 | 26.9 |
| PLGF (lot 1) | 50 – 800 | 9.1 |

Precision was also measured by analysis of the 41 a    rchived clinical samples in assays and for VEGF 12 commercial samples.

| Analyte | Range (pg/mL) | Average CV, % |
|---|---|---|
| VEGF | 30 – 10,000 | 16.7 |
| VEGF[3] | 96 – 1985 | 5.7 |
| VEGFR2 | 1,000 – 10,000 | 20.4 |
| PLGF | 5 – 780 | 28.7 |

*Dilution linearity*:

Data gathered during lot calibration.

| VEGF, pg/mL | Recovery, % |
|---|---|
| 10000 | (100) |
| 2970 | 102 |
| 990 | 95 |
| 297 | 105 |
| 100 | 109 |
| 30 | 105 |
| 10 | 101 |

---

[3] Commercial samples

---

3200 Hillview Palo Alto, CA  94304
phone:  650.838.9292   fax:  650.838.9165   www.theranos.com

12

SER-1495

FOIA Confidential Treatment Requested by Theranos  TS-0906378



CONFIDENTIAL



| VEGFR2, pg/mL | Recovery, % |
|---|---|
| 10560 | (100) |
| 7920 | 92.9 |
| 5280 | 100.9 |
| 3960 | 104.8 |
| 2640 | 97.7 |
| 1320 | 100.8 |

| PLGF, pg/mL | Recovery, % |
|---|---|
| 780 | 100.0 |
| 312 | 87.6 |
| 156 | 102.8 |
| 47 | 106.3 |
| 16 | 92.4 |
| 5 | 99.4 |

For all assays, recovery was close to 100 % in the reportable range.

*Limit of detection (LOD)*:
Data gathered during calibration.  The LOD is defined at a 95 % confidence level.

| Analyte | LOD, pg/mL |
|---|---|
| VEGF | < 20 |
| VEGFR2 | < 200 |
| PLGF[4] | < 20 |

**Theranos Field Study:**

The system has been deployed to patient's homes and        the TNONC study clinic and has downloaded protocols and uploaded data wirelessly.        Some patients used direct telephonic communications (POTs modems) if they were worried a bout cell reception. Data for every patient has been profiled on a secure, Pfizer-specific server.

Field Performance Overview:

In this report we document results from:

- 27 patients (41% female and 59% male)
- 13 cancer types
- 38 Instruments
  - 27 instruments deployed to patients' homes

---

[4] Later stage cartridge lots

3200 Hillview Palo Alto, CA  94304
phone:  650.838.9292   fax:  650.838.9165   www.theranos.com

13

**SER-1496**

FOIA Confidential Treatment Requested by Theranos

TS-0906379



CONFIDENTIAL



- o 4 instruments deployed to the clinical site in Nas hville, TN
- o 4 updated instruments to replace the readers at th e clinical site such that the latest design revolution is deployed at the site
- o 3 were used to replace malfunctioning readers in t he field (2 at clinic - one with communication issue, one mechanical due to user error; 1 at patient's home with mechanical issues from shipping)
- • 445 cartridges (approximately 1300 assay results)
  - o This number includes cartridges run in-house on ar chived plasma as well as results gathered in-field

Data acquisition has proven feasible in the home setting. There were instruments in the field operating in extreme temperature conditions (from very hot, no A/C to A/C turned to the maximum) as well as in very diverse locations (from RV's to log cabins in the middle of forests), in remote, difficult to reach areas where poor cellular reception is prevalent.

The instruments have been deployed across three states, including Kentucky, Pennsylvania and Tennessee. As mentioned, typical turnaround time for installation and patient at-home test was less than 24 hours without notice.

In monitoring this multiplex of analytes at far greater frequency than ever before, considerable patient-response variation can be seen across different sub-patient populations, therapies, and cancer types.

When we look at the <u>average</u> results from each patient and the variation seen for each patient, it is evident that the patients vary drastically:

|  | VEGF Avg., pg/mL | VEGFR2 Avg., pg/mL | PLGF Avg., pg/mL |
|---|---|---|---|
| Maximum | 13,584 | 6,317 | 410 |
| Minimum | 47.5 | 368 | 37.3 |

**By evaluating sample statistics such as these, one can identify patients who are anomalous and who may benefit from therapy modifica tion.**

For example, of the 13 patients with colon cancer we see one subject with an average VEGF of 13,600 pg/mL and another with an average of 255 pg/mL whereas most of the patients had VEGF values quite closely clustered at 1000 - 5000 pg/mL. Similarly, we see some subjects who show very little variation in analyte values and others with wide variations presumably related to response (high or low) to therapy.

Trial Data:

The following raw trial data is included in the appended spreadsheet:

1. Clinic visit diagnostics (Patient characteristic s and Clinical assay results)
2. Clinic visit pivot table (clinical results prese nted as a customizable pivot table)
3. Patient aggregate data (Compliance data, Result averages and CVs by patient and averages by cancer type)
4. All field analyte data results (from the Therano s system presented by patient in a filtered table format [sort-able])
5. Treatment data (drugs used and dosage)

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292 fax: 650.838.9165 www.theranos.com

14

**SER-1497**

FOIA Confidential Treatment Requested by Theranos

TS-0906380



CONFIDENTIAL



6. Individual end-of-study results (patient evaluat ion of system)
7. Compilation and summary of end-of-study survey r esults
8. Data transmission statistics

<u>Evaluation of time course results from individual patients:</u>

The study data demonstrates that in a larger, statistically controlled study, where the endpoint is directly proportional with patient outcome, e.g., a RECIST Score, a correlation between analyte dynamics and patient response to treatment would be generated.

To showcase the ability to profile predictive correlations between treatment and response profiles, we selected data from two patients -- 14 and 12. Due to patient 14's clinic schedule (first figure below), we were able to collect data following multiple infusion dates, allowing limited statistical analysis to be performed that correlates analyte levels with treatment administration. The cross-correlation function (second figure below) looking at VEGF and VEGFR2 blood levels for patient 14 shows a positive correlation at a cadence of 3 data points. This coincides with the patient's weekly clinic visits during which the patient receives the Avastin infusions.



The change in rate of the parameters can be correlated to progress, seen again below in a correlation plot:

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292 fax: 650.838.9165 www.theranos.com

15

**SER-1498**

FOIA Confidential Treatment Requested by Theranos

TS-0906381



CONFIDENTIAL





For patient 12 (first figure below), we observe an inverse correlation between VEGF and VEGFR2 blood levels. This suggests that the blood analytes behave differently with different drug treatments, pointing at distinct pathways of drug activity (second figure below).

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292   fax: 650.838.9165   www.theranos.com

16

**SER-1499**

FOIA Confidential Treatment Requested by Theranos                                    TS-0906382



CONFIDENTIAL







3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292  fax: 650.838.9165  www.theranos.com

17

Trial Exh. 0291 Page 00024

FOIA Confidential Treatment Requested by Theranos

**SER-1500**

TS-0906383



CONFIDENTIAL



For most patients analyzed, the sample size and sample numbers did not provide sufficient statistical power to derive a statistically significant conclusion but some clinical endpoint measurements were accessible to correlate analyte vectors and their rates of change with time to the patient's progression and response to treatment.

Patient average VEGF and VEGFR2 data by cancer type:

| Patient ID | Cancer type | Main Treatment | Average VEGF (pg/ml) | Average VEGFR2 (pg/ml) |
|---|---|---|---|---|
| SCP001 | Adenocarcinoma | Sutent | 47.5 | 2592 |
| SCP006 | Breast Cancer | Avastin | 2082 | 2662 |
| SCP010 | Breast Cancer | Avastin | 2055 | 3040 |
| SCP008 | Breast Cancer | Sorafenib | 98 | 1863 |
| SCP021 | Colorectal Cancer | Avastin | 4677 | 3646 |
| SCP027 | Colorectal Cancer | Sorafenib | 1093 | 4863 |
| SCP029 | Colorectal Cancer | Sorafenib | 3612 | 5658 |
| SCP003 | Colorectal Cancer | Sutent | 72 | 2798 |
| SCP007 | Colorectal Cancer | Avastin | 3860 | 2350 |
| SCP009 | Colorectal Cancer | Avastin | 1840 | 368 |
| SCP022 | Colorectal Cancer | Avastin Patient dropped | | N/A |
| SCP014 | Colorectal Cancer | Avastin | 1826 | 1634 |
| SCP019 | Colorectal Cancer | N/A | Patient dropped | N/A |
| SCP016 | Colorectal Cancer | Avastin | 3006 | 2143 |
| SCP031 | Colorectal Cancer | Avastin | 13584 | 5463 |
| SCP024 | Colorectal Cancer | Sorafenib | 255 | 1540 |
| SCP028 | Colorectal Cancer | Sorafenib | 1274 | 6317 |
| SCP023 | Esophageal Cancer | Avastin | 3145 | 2260 |
| SCP030 | Gastrointestinal Stromal Tumor | Sutent | 889 | 2424 |
| SCP012 | Liver Cancer | Sorafenib | 96 | 1253 |
| SCP017 | Lung Cancer | Avastin | 3947 | 2111 |
| SCP025 | Melanoma | Avastin | 5399 | 3294 |
| SCP002 | Neuroendocrine carcinoma | N/A | Patient dropped | N/A |
| SCP026 | Ovarian Cancer | Sorafenib Patient dropped | | N/A |
| SCP020 | Renal Cell Carcinoma | Sutent | 368 | 883 |
| SCP004 | Renal Cell Carcinoma | Avastin | 2316 | 1057 |
| SCP011 | Renal Cell Carcinoma | Avastin | 3159 | 1911 |
| SCP013 | Renal Cell Carcinoma | Avastin | 3908 | 770 |
| SCP015 | Renal Cell Carcinoma | Avastin | 3031 | 1068 |
| SCP018 | Tongue Cancer | Avastin | 1457 | 3074 |
| SCP005 | Unknown Primary | Avastin | 3099 | 2980 |

As referenced, patients #2, #19, #22, #26 dropped out of the study for various reasons; therefore average values are not statistically significant for them.

Trial Exh. 0291 Page 00025

**SER-1501**

FOIA Confidential Treatment Requested by Theranos TS-0906384



CONFIDENTIAL



For the patients in whom PLGF is consistently detectable we selected plots as shown below.



3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292 fax: 650.838.9165 www.theranos.com

19

Trial Exh. 0291 Page 00026

**SER-1502**

FOIA Confidential Treatment Requested by Theranos

TS-0906385



CONFIDENTIAL





Patient monitoring times and quality of life by gender:

| Patient ID | Cancer type | Gender | Time of day when home monitoring was performed (on average)* | Quality of life (as measured by on-screen survey) (on average)* |
|---|---|---|---|---|
| SCP001 | Adenocarcinoma | f | Morning | N/A (Survey was not yet deployed) |
| SCP006 | Breast Cancer | f | Afternoon | 7 |
| SCP010 | Breast Cancer | f | Evening | 8 |
| SCP008 | Breast Cancer | f | Late Evening | 7 |
| SCP021 | Colorectal Cancer | f | Noon-afternoon | 8 |
| SCP027 | Colorectal Cancer | f | Afternoon | 10 |
| SCP029 | Colorectal Cancer | f | Afternoon-Evening | not yet available |
| SCP003 | Colorectal Cancer | f | Morning | N/A (Survey was not yet deployed) |
| SCP017 | Lung Cancer | f | Evening | 9 |
| SCP026 | Ovarian Cancer | f | N/A | N/A |
| SCP020 | Renal Cell Carcinoma | f | Afternoon | 6 |
| SCP005 | Unknown Primary | f | Afternoon | 9 |

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292 fax: 650.838.9165 www.theranos.com

20

Trial Exh. 0291 Page 00027

FOIA Confidential Treatment Requested by Theranos

**SER-1503**

TS-0906386



CONFIDENTIAL



| SCP007 | Colorectal Cancer | m | Evening | 7 |
|---|---|---|---|---|
| SCP009 | Colorectal Cancer | m | Late Evening | 7 |
| SCP022 | Colorectal Cancer | m | N/A | 8 |
| SCP014 | Colorectal Cancer | m | Morning | 7 |
| SCP019 | Colorectal Cancer | m | N/A | N/A |
| SCP016 | Colorectal Cancer | m | Evening | 8 |
| SCP031 | Colorectal Cancer | m | Afternoon | not yet available |
| SCP024 | Colorectal Cancer | m | Afternoon | 9 |
| SCP028 | Colorectal Cancer | m | Evening | not yet available |
| SCP023 | Esophageal Cancer | m | Morning | 8 |
| SCP030 | Gastrointestinal Stromal Tumor | m | Morning | not yet available |
| SCP012 | Liver Cancer | m | Afternoon | 10 |
| SCP025 | Melanoma | m | Morning | 9 |
| SCP002 | Neuroendocrine carcinoma | m | N/A | N/A |
| SCP004 | Renal Cell Carcinoma | m | Noon-afternoon | 10 |
| SCP011 | Renal Cell Carcinoma | m | Morning | 9 |
| SCP013 | Renal Cell Carcinoma | m | Evening | 10 |
| SCP015 | Renal Cell Carcinoma | m | Evening | 7 |
| SCP018 | Tongue Cancer | m | Afternoon | 5 |
| * Actual time for each test point and diurnal variations of quality of life can be found online | | | | |

Patient compliance with optional on-screen questionnaire was approximately 86% (this number was calculated before the end of the study, therefore final compliance figures may change).

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292 fax: 650.838.9165 www.theranos.com

21

**SER-1504**

FOIA Confidential Treatment Requested by Theranos

TS-0906387



CONFIDENTIAL



Patient clinical visit data by age:

| Patient ID | Race | Smoking Status | Alcohol Consumption | Age | Weight (pounds) |
|---|---|---|---|---|---|
| SCP029 Caucasian | | does not smoke now, positive history | None | 36 | 179 |
| SCP010 Caucasian | | never smoked | monthly or less | 45 | 165 |
| SCP018 Caucasian | | Smoke daily | None | 45 | 181 |
| SCP007 Caucasian | | never smoked | None | 46 | 213 |
| SCP008 Caucasian | | smoke occasionally | None | 46 | 180 |
| SCP002 Caucasian | | never smoked | monthly or less | 49 | 194 |
| SCP016 Caucasian | | smoke occasionally | monthly or less | 49 | 167 |
| SCP012 Caucasian | | does not smoke now, positive history | None | 53 | 190 |
| SCP015 Caucasian | | does not smoke now, positive history | None | 53 | 174 |
| SCP028 Caucasian | | smoke occasionally | None | 57 | 262 |
| SCP001 Caucasian | | does not smoke now, positive history | None | 61 | 172 |
| SCP027 | African American | never smoked | None | 62 | 167 |
| SCP009 Caucasian | | never smoked | None | 63 | 221 |
| SCP011 Caucasian | | does not smoke now, positive history | monthly or less | 63 | 305 |
| SCP024 Caucasian | | infrequent attempts (never developed a habit) | Every day | 64 | 200 |
| SCP023 Caucasian | | never smoked | Every day | 65 | 252 |
| SCP005 Caucasian | | does not smoke now, positive history | monthly or less | 66 | 160 |
| SCP021 Caucasian | | smoke occasionally | monthly or less | 66 | 198 |
| SCP006 Caucasian | | never smoked | monthly or less | 68 | 163 |
| SCP017 Caucasian | | does not smoke now, positive history | Every day | 69 | 112 |
| SCP013 Caucasian | | never smoked | monthly or less | 71 | 230 |
| SCP020 Caucasian | | never smoked | None | 72 | 101 |
| SCP026 Caucasian | | never smoked | None | 73 | 132 |
| SCP031 Caucasian | | does not smoke now, positive history | None | 73 | 134.5 |
| SCP025 Caucasian | | does not smoke now, positive history | None | 77 | 184 |
| SCP014 Caucasian | | does not smoke now, positive history | monthly or less | 78 | 217.5 |
| SCP022 | African American | never smoked | None | 82 | 178 |
| SCP030 Caucasian | | never smoked | None | 83 | 182 |

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292 fax: 650.838.9165 www.theranos.com

22

**SER-1505**

FOIA Confidential Treatment Requested by Theranos

TS-0906388



CONFIDENTIAL



Sample of patient clinical blood work by patient ID:

| Patient ID | Avg. % Lymphocytes | Avg. Heart Rate | Avg. Total Bilirubin | Avg. Systolic BP | Avg. RBC |
|---|---|---|---|---|---|
| SCP001 | 33.4 | 67.7 | 0.7 | 129.3 | 3.2 |
| SCP002 | 34.1 | 55.0 | 0.3 | 161.0 | 4.3 |
| SCP004 | 27.8 | 64.7 | 0.5 | 144.7 | 3.2 |
| SCP005 | 36.4 | 75.0 | 0.2 | 127.5 | 3.9 |
| SCP006 | 29.5 | 100.7 | 0.3 | 112.7 | 4.3 |
| SCP007 | 24.0 | 73.0 | 0.3 | 131.3 | 4.4 |
| SCP008 | 23.7 | 84.0 | 0.4 | 124.0 | 5.1 |
| SCP009 | 25.0 | 71.5 | 0.7 | 133.0 | 4.5 |
| SCP010 | 45.3 | 74.3 | 0.9 | 137.8 | 4.5 |
| SCP011 | 28.6 | 82.0 | 0.6 | 135.0 | 4.8 |
| SCP012 | 28.3 | 75.5 | 0.7 | 122.0 | 4.0 |
| SCP013 | 31.1 | 72.0 | 0.7 | 137.0 | 4.2 |
| SCP014 | 40.2 | 81.5 | 0.4 | 125.3 | 4.0 |
| SCP015 | 35.4 | 78.3 | 0.3 | 147.0 | 5.0 |
| SCP016 | 18.0 | 75.3 | 0.3 | 131.3 | 4.9 |
| SCP017 | 20.7 | 89.3 | 0.4 | 114.0 | 4.2 |
| SCP018 | 23.4 | 70.0 | 0.3 | 133.0 | 4.8 |
| SCP020 | 17.9 | 60.7 | 0.4 | 146.0 | 3.7 |
| SCP021 | 36.5 | 91.0 | 0.4 | 130.0 | 4.8 |
| SCP022 | 23.5 | 93.5 | 0.7 | 123.0 | 4.0 |
| SCP023 | 26.3 | 107.7 | 0.7 | 119.7 | 4.7 |
| SCP024 | 18.8 | 83.0 | 0.7 | 139.0 | 3.7 |
| SCP025 | 33.5 | 94.0 | 0.3 | 143.0 | 5.2 |
| SCP026 | 34.6 | 110.0 | 0.4 | 125.0 | 3.7 |
| SCP027 | 9.5 | 70.0 | 0.7 | 119.0 | 3.7 |
| SCP028 | 21.2 | 98.0 | 0.8 | 125.7 | 5.2 |
| SCP029 | 32.6 | 90.5 | 0.6 | 122.8 | 5.1 |
| SCP030 | 42.3 | 72.0 | 0.4 | 137.0 | 3.7 |
| SCP031 | 16.7 | 70.0 | 0.4 | 145.0 | 4.3 |

All individual patient data was profiled as it was generated on the Pfizer-specific secure portal at www.theranos.com; raw data can also be found in the attached excel spreadsheet.


Server and Data Transmission

Approximately 361 cartridge results and 203 optional home surveys from the field were successfully transmitted to the Theranos servers. There were less than 5% transmission errors that required the readers to either retry sending the data or wait until they had a better connection to send the data. All data gathered in the field was transmitted to the Theranos servers. For the first two patients, on-screen surveys were not available. The number of surveys received is smaller than the number of cartridge runs due to the above as well as patients filling only one survey for each of their clinic visits (even though they ran two cartridges per visit). Once surveys

Trial Exh. 0291 Page 00030

**SER-1506**

FOIA Confidential Treatment Requested by Theranos

TS-0906389



CONFIDENTIAL



became available, each cartridge run also asked the user to complete an optional quality of life survey and compliance was very good.

| Data distribution by transmission pathway to date | | |
|---|---|---|
| Direct Internet Connection | Wireless-GSM Traditional | Phone line |
| 5.6 % | 90.7% | 3.7 % |

The only problem encountered with using GSM wireless phone technology was poor signal. The main reasons for poor cellular reception were: dense foliage, metal roofs and poor signal quality due to remote location. In one location (Stewart, TN), there was no cellular coverage at all; therefore the reader used the standard telephone line in order to connect to our servers and report data as it was gathered. All of this patient's logs were received by Theranos servers. In future studies, multiple network providers would be contracted for these areas.

<u>Overall performance of the Theranos System based on Customer Care log:</u>

The customer care line was available to patients 24 hours a day 7 days a week over the course of the entire study (July 07 to October 08). All calls were addressed professionally and all issues were resolved quickly, taking care to minimize the impact on patients and clinical staff.

The types of calls for which patients used the Customer Care line:

- o Patient running low on supplies – the solution was to simply ship more of the needed supplies with overnight delivery to make sure patient had enough for the upcoming home tests.
- o Patient not knowing how to turn machine on – the s olution was to advise the patient over the phone on the procedures outlined in the setup sheet they received and to make sure they have the instrument up and running.
- o Patient calling about scheduling an instrument pic kup – solution was to schedule one of our representatives to pick up the machine or alternatively to have FedEx pick up the reader if patient was able to place it in the shipping container themselves.
- o Patient called about blood transfer question – the solution was to advise the patient to leave the blood transfer device on a flat surface. If this solution was not sufficient, a new batch was shipped to make sure no capillary manufacturer defects were at fault.
- o Patient called about instrument not recognizing ca rtridge – the solution was to ask patient to re-try and call back if problem persisted. The suspicion was that due to poor cellular signal the reader was unable to communicate, and by re-trying it would perform appropriately. There were no subsequent calls from patient.
- o Patient called about instrument not being ready du e to temperature – the solution was to ask patient to move reader away from A/C units and possible air currents. Patients had moved readers from initial installation location (one moved it to his RV, another into a really hot room) and the temperature extremes affected the readers' ability to maintain desired temperature. The Theranos readers are engineered to control temperature to eliminate variability associated with conventional assays.

The majority of systems deployed in the field performed their duties throughout the entire length of the patient monitoring schedule. One instrument had mechanical issues due to being misused; this happened during new personnel training at TNONC. The instrument was promptly replaced with a new instrument. Another failure occurred due to the instrument being damaged in shipping.

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292 fax: 650.838.9165 www.theranos.com

24

**SER-1507**

FOIA Confidential Treatment Requested by Theranos TS-0906390



CONFIDENTIAL



Although it performed its functions properly for the majority of the patient's schedule it eventually malfunctioned and was also promptly (~24 hours) replaced. Yet another issue was related to the cellular carrier not identifying the instrument. To expedite the process and assure that the clinic was adequately supplied it was decided to replace that instrument with one that was known to work. The problem was later resolved off-line.

<u>Patient Compliance with protocol:</u>

It is hard to estimate the patient compliance with the exact protocol due to the factors out of Theranos' control. In many instances patients re-scheduled their clinic visits and the new appointments were not communicated to us. At the onset of each patient's home monitoring they were provided with a tentative schedule which in many cases changed due to patient's need to travel or inability to keep scheduled appointments. With this in mind, we estimate that patient compliance with protocol was still very good, at approximately 96 % (measured as 80-120% of expected testing completed and received). Given the missing information, a much more accurate derivation would be possible.

<u>Theranos System Assessment by Patients and Clinical Staff:</u>

Patient end of study surveys were sent out to all participants. To date, 17 responses were collected from patients.

Summary of patients' assessment of the Theranos system:

- 88% of patients surveyed found the Theranos System easy to use; no patients found it "very hard" to use.
- 76% of patients found the written instructions to be very informative, with clear directions; 12% did not read instructions
- 91% of patients scored the training given by their Theranos representative either a 9 or 10 (10 being very good training)
- 76% of patients found the Theranos System takes little time to use (scores between 1 and 4 were tallied, with 1 = very little time and 10 = a lot of time)
- 100% of patients found the optional touch screen survey on the Theranos System easy to use, giving scores of either 8, 9 or 10 (10 = easy to use, 1 = hard to use).
- On a scale of 10 to 1 (10 = least painful, 1 = most painful), only one patient gave the blood drawing experience a score of less than 6. 59% felt almost no pain, scoring either a 9 or 10.
- 100% of the patients that responded to the survey gave Theranos Customer Support an excellent or very good rating
- For the majority of patients, the Theranos System worked very well. The major ways of solving the questions patients had were figuring it out on their own or calling the Theranos Customer Care line.
- In the follow-up survey, 100% of patients that responded said they received excellent or very good technical support over the duration of the study.
- Most patients said they prefer monitoring from home (scored 8 through 10) using the Theranos System; 25% were indecisive (scored 4 to 6) when asked whether they prefer going to the clinic or using the Theranos System; only two patients would rather monitor at the clinic.

From the interactions with clinical staff at Tennessee Oncology, the system was:
1. well received and

---

Trial Exh. 0291 Page 00032

SER-1508

FOIA Confidential Treatment Requested by Theranos

TS-0906391



CONFIDENTIAL



2. the client solutions team made a very positive impact on the clinical staff and patients through promptitude and professionalism.

Conclusions:

General:
1. The Theranos System performed with superior perf ormance to reference assays while running in a complex ambulatory environment.
2. The existing Theranos support infrastructure ena bles on-demand home installation and patient training in extremely rural areas.
3. Patients preferred ambulatory monitoring to clin ic visits and liked using the Theranos System.
4. Non-computer literate patients had no issues usi ng the Theranos System.

Technical:
5. Inter-system accuracy is excellent and was demon strated on a platform with superior performance specifications to reference methods.
6. Calibrations were updated with access to samples from the trial.
7. Good correlations were seen to various commercia lly available gold-standards.
8. Avastin does not block the Theranos assay.
9. The Theranos System can measure VEGF both free a nd bound to VEGFR2 and Avastin to better quantify dose-response.

Economic:
10. This 15 month study demonstrated the robust fun ctionality of Theranos Systems. With this validation data, the technology can be applied to significantly cut costs and bring compounds to market faster:

11. More frequent sampling enabled better character ization of longitudinal time-series profiles of angiogenesis protein panels. More accurate insight of the change in rate of those panels over time enables significantly faster and earlier reads on efficacy dynamics.
    a. See efficacy dynamics trends and correlation to end-points in patient time-course profiles on the Pfizer web-portal at www.theranos.com.
12. Response profiles were seen in this study over 30 day intervals. Historically, these types of correlations have taken up to a couple years to demonstrate, or in some cases, were previously not demonstrable. This time gained facilitates rapid data generation for additions to a compendia and rapid label expansion of existing drugs. Equally, this approach can be used to fast-track approvals of key compounds and at the same time better optimize those compounds with better visibility to achieve the target product profiles.
    a. One of Theranos' pharma partners is publishing a report which estimates the increased time to market is valued at $1M per day – making every month quite substantial.
13. Through Theranos Systems, Pfizer will be able to reduce the number of sites, eliminate shipping costs for samples, processing costs, and analytical costs. Based on historical data, implementation of these systems will enable Pfizer to achieve ~50% cost savings over current study spending (previously demonstrated to be $15M of a $30M study budget). Equally, through better insight into pathway dynamics, Theranos is demonstrating the ability to reduce the number of patients required to show statistical significance in future studies by 30-50%.

FOIA Confidential Treatment Requested by Theranos

**SER-1509**

TS-0906392





**Schering Corporation**
**Schering Plough Research Institure**
**Assay Development Report**
**Theranos Systems Multiplexed Human IL-6, Human TNF-α, Human CRP (hs)**

## Contents

1. Introduction
2. Storage and Use
3. Calibration
4. Range
5. Quantitation Limits and Accuracy
6. Precision
7. Specificity
8. Linearity
9. Matrix Effects
10. Stability

## 1. Introduction

The Theranos Assay System is a fully automated means for measuring concentrations of analytes (biomarkers, drugs) using immunoassay methodology. The system is comprised of instruments, single-use cartridges and a wireless communications link that conveys protocol information to the instruments from a Theranos Server and relays assay data to the Server for interpretation and distribution. Blood, plasma serum and control mate rials may be analyzed by the System. Calibration is performed at Theranos on a cartridge-lot-specific basis.

The System accepts a metered sample (15uL) from a p roprietary sampling device or a pipette, dilutes it automatically to levels appropriate to e ach assay then executes an automated ELISA assay protocol. The protocol is selected from a se t of released protocols available on the Theranos Server and identified by reading a bar cod e on each cartridge. The bar code is also linked to an assay lot-specific calibration algorithm. Assays are complete in about one hour.

Assays are typically grouped (multiplexed) in parti cular cartridges designed to monitor specific disease and therapeutic processes. For example, a cartridge designed to monitor acute and inflammatory processes measures IL-6, TNF- α and CRP. Customer is interested in use of the Theranos System and has sponsored a validation exer cise at Theranos focused on the inflammatory marker cartridge.

In this exercise, many instruments (60) and three l ots of cartridges were used for validation of system level performance: inter-intra device, cartridge, and assay performance.

## 2. Storage and Use

Trial Exh. 0291 Page 00034

FOIA Confidential Treatment Requested by Theranos

**SER-1510**

TS-0906393





Theranos cartridges should be stored in the original unopened packaging in an upright position at 4°C. Theranos instruments require no user maintenance or calibration. User prompts are provided on a screen which is part of the instrument.

### 3. Calibration

IL-6 and TNF-α assay calibration utilize recombinant analytes expressed in human-cell lines as calibration materials. These are reportedly more stable than recombinant analytes made in bacteria and more similar to the naturally occurring analytes. The CRP assay is calibrated with a human plasma-derived analyte. Theranos Systems assays recognize "natural", recombinant, and human-cell line expressed recombinant forms of IL-6 and TNF-α. Each lot of Theranos Cartridges is individually calibrated, the calibration equation is linked to the cartridge barcode and results are automatically computed on the Theranos data server. For this validation study, three cartridge lots were produced and calibrated.

#### <u>NIBSC WHO Verification of Calibration</u>

Exemplary assay responses are shown in Appendix A. Calibrations for IL-6, TNF-α and CRP were verified by testing the recovery of the current National Institute for Biological Standards and Control (NIBSC) World Health Organization (WHO) Reference Standards. The current WHO standard for IL-6 is NIBSC code 89/548 (recombinant protein produced in CHO cells with post translational modifications), for TNF-α NIBSC code 88/786 (a natural human protein derived from human BALL-1 cells), and for CRP NIBSC code 85/506 from human plasma. Spike recovery of all three WHO standards were within acceptable limits across the assay ranges as shown in the figures and tables below. Note that for the TNF-α assay we found low recovery (about 30%) of the WHO standard in a reference kit (R&D Systems Quantikine HS catalogue # HSTA00D, data shown in Appendix B). Therefore comparisons of sensitivity and slopes of assay correlations of results of the Theranos System with those of R&D Systems kits will show different results due to their respective calibrations. For example, the R&D Systems Assay would report a TNF-α value of 4 pg/mL when the Theranos Assay reports 12 pg/mL. If desired by a customer the Theranos System can be configured (in calibration algorithms) to provide results matching those of R&D Systems assays (or those of other predicate assay). It is our intention however to continue to perform primary calibration of Theranos assays using International Standard materials whenever possible since predicate assays not so calibrated may be subject to lot-to-lot variation in calibration.

THERANOS CONFIDENTIAL

Page 2

**SER-1511**

FOIA Confidential Treatment Requested by Theranos

TS-0906394









Trial Exh. 0291 Page 00036

**SER-1512**

FOIA Confidential Treatment Requested by Theranos

TS-0906395







**CRP Calibration Verification**
**WHO NIBSC 85/506 Standard Diluted in Assay Buffer**

$y = 0.9937x$
$R^2 = 0.9862$

**Theranos Systems Recovery of IL-6 (NIBSC code 89/548) Spiked in Plasma**
**n=3 cartridges, 3 instruments per level**

| [IL-6] IU/mL | [IL-6] pg/ml | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|---|
| 100 | 1000 | 981.1 | 11 | 980.1 | 98 |
| 25 | 250 | 227.1 | 16 | 226.2 | 90 |
| 5 | 50 | 45.2 | 10 | 44.2 | 88 |
| 3 | 25 | 21.5 | 8 | 20.5 | 82 |
| 1 | 10 | 10.5 | 9 | 9.5 | 95 |
| 0 | 0 | 1.0 | 47 | 0.0 | N/A |

**Theranos Systems Recovery of TNF-α (NIBSC code 88/786) Spiked in Plasma**
**n=3 cartridges, 3 instruments per level**

| [TNFa] IU/mL | [TNFa] pg/mL | Recovered [TNF-α] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|---|
| 46.5 | 1000 | 873.4 | 3 | 873.0 | 89 |
| 11.6 | 250 | 218.7 | 3 | 218.3 | 96 |
| 2.3 | 50 | 44.0 | 10 | 43.5 | 96 |
| 1.2 | 25 | 20.9 | 22 | 20.4 | 95 |
| 0.5 | 10 | 10.9 | 19 | 10.5 | 100 |
| 0 | 0 | 0.4 | 14 | 0.0 | N/A |

**Theranos Systems Recovery of CRP (NIBSC code 85/506) in Assay Buffer**
**n=3 cartridges, 3 instruments per level**

| [CRP] IU/mL | [CRP] ug/ml | Recovered [CRP] ug/mL | CV % | % Recovery |
|---|---|---|---|---|
| 98 | 100 | 94.6 | 2 | 95 |
| 49 | 50 | 57.4 | 18 | 115 |
| 24.5 | 25 | 28.1 | 15 | 113 |
| 10 | 10 | 10.2 | 14 | 102 |

THERANOS CONFIDENTIAL

Trial Exh. 0291 Page 00037

SER-1513

FOIA Confidential Treatment Requested by Theranos

TS-0906396





| 4.9 | 5 | 5.7 | 20 | 114 |
|-----|---|-----|----|----|
| 0 | 0 | 0.0 | 30 | N/A |

## 4. Range

Reportable ranges based on calibration to WHO standards determined for these assays are:

| Assay | Low | High |
|-------|-----|------|
| IL-6 | 2 pg/mL | 1000 pg/mL |
| TNF-α | 4[1] pg/mL | 1000 pg/mL |
| CRP | 0.05 ug/mL | 100 ug/mL |

As shown below, all three tested lots support these ranges[2].

## 5. Quantitation Limits

Assay calibrations and determination of Lower Limit of Quantitation (LLOQ) and Upper Limit of Quantitation (ULOQ) were performed and analyzed by proprietary software. Assay responses were fitted by a four-parameter equation and LLOQ and ULOQ determined according to FDA criteria. Calibrators were run in triplicate on three days (consecutive or non-consecutive) on 36 instruments for a total of nine cartridges per level, at 12 levels.

**Summary of Calibration Analysis for three Cartridge Lots**

| Lot 2455142005 | IL-6 | TNF-α | CRP |
|----------------|------|-------|-----|
| LLOQ | 1.3 pg/mL | 6.3 pg/mL | 0.05 ug/mL |
| ULOQ | 1000 pg/mL | 1000 pg/mL | 150 ug/mL |
| **Lot 2455146006** | **IL-6** | **TNF-α** | **CRP** |
| LLOQ | 1.3 pg/mL | 6.3 pg/mL | 0.05 ug/mL |
| ULOQ | 1000 pg/mL | 1000 pg/mL | 150 ug/mL |
| **Lot 2455156002** | **IL-6** | **TNF-α** | **CRP** |
| LLOQ | 2.3 pg/mL | 6.3 pg/mL | 0.05 ug/mL |
| ULOQ | 1000 pg/mL | 1000 pg/mL | 150 ug/mL |

**Limits of detection (LOD)**

The range in the Limits of detection calculated as 2*Signal SD/Slope of dose response (□signal/□conc) are reported for the three lots of Theranos cartridges. Comparison data are also given for R&D Systems assays Minimum Detectable Dose "MDD" (which is equivalent to LOD). In addition to the calibration issue for the R&D Systems TNF-α assay discussed above

---

[1] Equivalent to 1 pg/mL in the R&D Systems assay calibrated using R&D Systems calibrators

[2] The lower limit of the reportable range of the TNF-α assay has been extended below the LLOQ so as not to restrict the reportable range too much. The LLOQ is higher than anticipated due to unexpectedly high imprecision of the assay in the cartridge lots used for validation compared with other cartridge lots used in pre-clinical work. We are presently investigating the root cause of this imprecision.

THERANOS CONFIDENTIAL Page 5

**SER-1514**

FOIA Confidential Treatment Requested by Theranos TS-0906397





which gives a four-fold lower limit for R&D Systems, we believe the calculation of MDD performed by R&D Systems may be compromised (falsely low) by the inability of any known spectrometer to report optical density to the required precision needed to support the calculated values.

The CRP MDD reported by R&D Systems is highly misleading since it represents the concentration in the assay rather than in the sample (which "must be diluted" according to their package insert prior to assay). Note that the Theranos assay uses a sample which is diluted 5000-fold. If we compare the actual sensitivity *in the assay medium* the Theranos value would be about 0.006 ng/mL.

| Assay System | IL-6 (pg/mL) | TNF-α (pg/mL) | CRP (ng/mL) |
|---|---|---|---|
| Theranos | 0.9 − 1.5 | 3.7 − 5.2 | 28 - 31 |
| R&D Systems | 0.02 − 0.11 | 0.04 − 0.19 | 0.005 − 0.22 |
| R&D Systems[3] | | 0.16 − 0.76 | |

### 6. Precision and Accuracy

Plasma with low endogenous analyte levels was spiked with three levels of the analytes were measured in 16 cartridges per level on 48 instruments. Recovery of the spiked analyte was good. Imprecision (% CV) ranged from 10 - 25 %. Note that the imprecision cited includes both instrument-instrument and cartridge-cartridge variance.

**Spiked Plasma Samples (n=16 cartridges, n=48 instruments)**

| Nominal [IL-6] pg/mL | Recovered [IL-6] pg/mL | StDev | CV % | % Recovery |
|---|---|---|---|---|
| 800.3 | 806.9 | 79.8 | 9.9 | 101 |
| 50.3 | 50.5 | 4.7 | 9.2 | 100 |
| 5.3 | 5.1 | 0.8 | 15.5 | 96 |
| Nominal [TNFa] pg/mL | Recovered [TNFa] pg/mL | StDev | CV % | % Recovery |
| 500.3 | 418.9 | 39.6 | 9.5 | 84 |
| 50.3 | 42.7 | 5.1 | 12.0 | 85 |
| 12.3 | 12.9 | 3.2 | 24.6 | 105 |
| Nominal [CRP] ug/mL | Recovered [CRP] ug/mL | StDev | CV % | % Recovery |
| 50.1 | 50.4 | 10.0 | 19.9 | 101 |
| 1.6 | 1.6 | 0.3 | 16.8 | 97 |
| 0.1 | 0.1 | 0.0 | 20.6 | 103 |

### 7. Specificity

Assays were tested for cross reactivity and interference by the factors listed below, at high, mid and low analyte levels. Potential cross-reactants were selected based on package inserts of recognized predicate methods and added at levels deemed to be higher than those likely to be

---

[3] Recalculated to reflect calibration to WHO standard material

Trial Exh. 0291 Page 00039

SER-1515

FOIA Confidential Treatment Requested by Theranos

TS-0906398

 

found in clinical samples.  No significant cross reactivity or interference was observed for any of the assays by any of the tested factors at all analyte levels tested.

| IL-6 Assay Specificity Test in Spiked Plasma (n=3 cartridges, 3 instruments per level) | | | | | |
|---|---|---|---|---|---|
| Substance | [Test Substance] ng/mL | Target [IL-6] pg/mL | Recovered [IL-6]  pg/mL | CV % | % Recovery |
| Control | 0 | 1000.3 | 1100.3 | 7.8 | 110 |
| | 0 | 90.3 | 95.8 | 16.6 | 106 |
| | 0 | 8.3 | 9.4 | 4.8 | 113 |
| IL-1α | 10 | 1000.3 | 939.2 | 2.9 | 94 |
| | 10 | 90.3 | 97.0 | 15.7 | 107 |
| | 10 | 8.3 | 9.0 | 6.9 | 108 |
| IL-2 | 10 | 1000.3 | 1047.7 | 1.7 | 105 |
| | 10 | 90.3 | 86.7 | 9.4 | 96 |
| | 10 | 8.3 | 8.7 | 22.3 | 105 |
| IL-3 | 10 | 1000.3 | 950.0 | 12.7 | 95 |
| | 10 | 90.3 | 91.9 | 4.6 | 102 |
| | 10 | 8.3 | 7.9 | 4.4 | 95 |
| IL-4 | 10 | 1000.3 | 908.0 | 10.9 | 91 |
| | 10 | 90.3 | 79.9 | 16.7 | 88 |
| | 10 | 8.3 | 8.1 | 18.1 | 97 |
| IL-6 sR | 50 | 1000.3 | 914.9 | 18.0 | 91 |
| | 50 | 90.3 | 81.2 | 1.3 | 90 |
| | 50 | 8.3 | 8.0 | 29.0 | 96 |
| IL-7 | 10 | 1000.3 | 895.0 | 10.0 | 89 |
| | 10 | 90.3 | 78.1 | 9.1 | 87 |
| | 10 | 8.3 | 8.2 | 9.4 | 99 |
| IL-8 | 10 | 1000.3 | 927.8 | 9.7 | 93 |
| | 10 | 90.3 | 82.3 | 17.1 | 91 |
| | 10 | 8.3 | 8.4 | 17.6 | 101 |
| IL-11 | 10 | 1000.3 | 897.5 | 12.5 | 90 |
| | 10 | 90.3 | 90.3 | 6.1 | 100 |
| | 10 | 8.3 | 7.9 | 2.2 | 95 |
| IL-12 | 10 | 1000.3 | 837.6 | 8.4 | 84 |
| | 10 | 90.3 | 85.8 | 14.7 | 95 |
| | 10 | 8.3 | 6.8 | 18.1 | 82 |
| CNTF | 10 | 1000.3 | 900.6 | 8.4 | 90 |
| | 10 | 90.3 | 95.3 | 5.8 | 106 |
| | 10 | 8.3 | 8.9 | 22.4 | 107 |
| G-CSF | 10 | 1000.3 | 925.0 | 18.7 | 92 |
| | 10 | 90.3 | 90.2 | 12.8 | 100 |
| | 10 | 8.3 | 9.7 | 6.9 | 117 |
| sgp130 | 1000 | 1000.3 | 895.5 | 17.0 | 90 |
| | 1000 | 90.3 | 88.6 | 2.0 | 98 |

THERANOS CONFIDENTIAL

Page 7

**SER-1516**

FOIA Confidential Treatment Requested by Theranos

TS-0906399





**IL-6 Assay Specificity Test in Spiked Plasma (n=3 cartridges, 3 instruments per level)**

| Substance | [Test Substance] ng/mL | Target [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | % Recovery |
|---|---|---|---|---|---|
| | 1000 | 8.3 | 9.4 | 3.2 | 114 |
| LIF R | 50 | 1000.3 | 895.2 | 2.8 | 89 |
| | 50 | 90.3 | 78.5 | 16.5 | 87 |
| | 50 | 8.3 | 8.9 | 19.8 | 107 |
| OSM | 10 | 1000.3 | 945.4 | 9.5 | 95 |
| | 10 | 90.3 | 77.1 | 10.0 | 85 |
| | 10 | 8.3 | 6.9 | 16.8 | 83 |
| TNF-β | 10 | 1000.3 | 919.6 | 8.6 | 92 |
| | 10 | 90.3 | 83.3 | 15.8 | 92 |
| | 10 | 8.3 | 9.4 | 7.8 | 113 |
| IL-1β | 10 | 1000.3 | 901.2 | 8.1 | 90 |
| | 10 | 90.3 | 85.7 | 17.6 | 95 |
| | 10 | 8.3 | 7.5 | 10.5 | 90 |
| sTNF RI | 10 | 1000.3 | 1025.2 | 9.2 | 102 |
| | 10 | 90.3 | 83.4 | 11.4 | 92 |
| | 10 | 8.3 | 9.4 | 16.5 | 114 |
| sTNF RII | 10 | 1000.3 | 963.3 | 13.8 | 96 |
| | 10 | 90.3 | 90.7 | 10.2 | 100 |
| | 10 | 8.3 | 9.3 | 21.0 | 112 |

**TNF-α Assay Specificity Test in Spiked Plasma (n=3 cartridges, 3 instruments per level)**

| Substance | [Test Substance] ng/mL | Target [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | % Recovery |
|---|---|---|---|---|---|
| Control | 0 | 900.3 | 883.7 | 4.1 | 98 |
| | 0 | 90.3 | 85.4 | 4.1 | 95 |
| | 0 | 8.3 | 8.3 | 40.4 | 100 |
| IL-1α | 10 | 900.3 | 849.1 | 5.5 | 94 |
| | 10 | 90.3 | 89.6 | 12.7 | 99 |
| | 10 | 8.3 | 8.8 | 16.0 | 106 |
| IL-2 | 10 | 900.3 | 855.2 | 23.5 | 95 |
| | 10 | 90.3 | 90.8 | 7.9 | 101 |
| | 10 | 8.3 | 9.6 | 18.5 | 116 |
| IL-3 | 10 | 900.3 | 836.5 | 23.5 | 93 |
| | 10 | 90.3 | 74.3 | 5.4 | 82 |
| | 10 | 8.3 | 8.2 | 29.2 | 98 |
| IL-4 | 10 | 900.3 | 884.6 | 6.9 | 98 |
| | 10 | 90.3 | 89.5 | 8.5 | 99 |
| | 10 | 8.3 | 7.0 | 49.3 | 84 |
| IL-6 sR | 50 | 900.3 | 874.0 | 23.5 | 97 |
| | 50 | 90.3 | 77.8 | 13.8 | 86 |
| | 50 | 8.3 | 8.6 | 34.8 | 103 |
| IL-7 | 10 | 900.3 | 871.9 | 6.3 | 97 |
| | 10 | 90.3 | 82.8 | 37.1 | 92 |

THERANOS CONFIDENTIAL

Trial Exh. 0291 Page 00041

FOIA Confidential Treatment Requested by Theranos

**SER-1517**

TS-0906400





| **TNF-α Assay Specificity Test in Spiked Plasma (n=3 cartridges, 3 instruments per level)** | | | | | |
|---|---|---|---|---|---|
| **Substance** | **[Test Substance] ng/mL** | **Target [TNFa] pg/mL** | **Recovered [TNFa] pg/mL** | **CV %** | **% Recovery** |
| | 10 | 8.3 | 7.6 | 22.9 | 91 |
| IL-8 | 10 | 900.3 | 774.4 | 1.8 | 86 |
| | 10 | 90.3 | 83.4 | 13.5 | 92 |
| | 10 | 8.3 | 7.9 | 12.6 | 95 |
| IL-11 | 10 | 900.3 | 901.8 | 1.5 | 100 |
| | 10 | 90.3 | 90.7 | 19.6 | 100 |
| | 10 | 8.3 | 9.3 | 36.8 | 112 |
| IL-12 | 10 | 900.3 | 770.9 | 7.3 | 86 |
| | 10 | 90.3 | 77.4 | 15.8 | 86 |
| | 10 | 8.3 | 7.9 | 56.7 | 96 |
| CNTF | 10 | 900.3 | 920.1 | 6.0 | 102 |
| | 10 | 90.3 | 82.5 | 9.7 | 91 |
| | 10 | 8.3 | 8.7 | 18.9 | 105 |
| G-CSF | 10 | 900.3 | 1052.6 | 3.7 | 117 |
| | 10 | 90.3 | 95.6 | 20.7 | 106 |
| | 10 | 8.3 | 9.1 | 9.6 | 110 |
| sgp130 | 1000 | 900.3 | 891.3 | 16.8 | 99 |
| | 1000 | 90.3 | 93.8 | 9.1 | 104 |
| | 1000 | 8.3 | 10.1 | 25.1 | 122 |
| LIF R | 50 | 900.3 | 781.5 | 20.7 | 87 |
| | 50 | 90.3 | 87.3 | 15.2 | 97 |
| | 50 | 8.3 | 9.1 | 12.1 | 110 |
| OSM | 10 | 900.3 | 862.1 | 10.6 | 96 |
| | 10 | 90.3 | 85.2 | 23.8 | 94 |
| | 10 | 8.3 | 7.4 | 54.1 | 89 |
| TNF-β | 10 | 900.3 | 804.0 | 24.7 | 89 |
| | 10 | 90.3 | 90.7 | 16.4 | 100 |
| | 10 | 8.3 | 7.7 | 32.3 | 92 |
| IL-1β | 10 | 900.3 | 900.0 | 17.3 | 100 |
| | 10 | 90.3 | 83.1 | 16.6 | 92 |
| | 10 | 8.3 | 8.3 | 33.1 | 101 |
| sTNF RI | 10 | 900.3 | 833.0 | 21.8 | 93 |
| | 10 | 90.3 | 86.4 | 19.5 | 96 |
| | 10 | 8.3 | 6.7 | 21.6 | 80 |
| sTNF RII | 10 | 900.3 | 801.3 | 8.9 | 89 |
| | 10 | 90.3 | 93.6 | 3.0 | 104 |
| | 10 | 8.3 | 8.2 | 14.2 | 99 |

| **CRP Assay Specificity Test in Assay Buffer (n=3 cartridges, 3 instruments per level)** | | | | | |
|---|---|---|---|---|---|
| **Substance** | **[Test Substance] ng/mL** | **Target [CRP] ug/ml** | **Recovered [CRP] ug/ml** | **CV %** | **% Recovery** |

THERANOS CONFIDENTIAL

Trial Exh. 0291 Page 00042

FOIA Confidential Treatment Requested by Theranos

**SER-1518**

TS-0906401





| Control | 0 | 50 | 53.0 | 16 | 106 |
|---|---|---|---|---|---|
| | 0 | 10 | 8.1 | 34 | 81 |
| | 0 | 0.75 | 0.7 | 13 | 91 |
| Pentraxin-2/SAP | 30 | 50 | 49.2 | 19 | 98 |
| | 30 | 10 | 8.9 | 9 | 89 |
| | 30 | 0.75 | 0.8 | 4 | 102 |
| Pentraxin-3/TSG-14 | 10 | 50 | 40.6 | 7 | 81 |
| | 10 | 10 | 8.2 | 14 | 82 |
| | 10 | 0.75 | 0.7 | 5 | 100 |

## 8. Linearity

A plasma sample with low endogenous analyte levels was spiked with known levels of IL-6, TNF-α, and CRP then diluted serially with the unspiked plasma. All assays showed an appropriate linear dilution response across the dilution range ($500 - 2000$-fold). Data are tabulated and graphed below.

**Dilution Linearity in Plasma, Multiplexed Assays** (n=3 cartridges, 3 instruments per level)

| IL-6 | | | | |
|---|---|---|---|---|
| Spiked [IL-6] pg/mL | [Expected] pg/ml | [Recovered] pg/mL | CV % | % Recovery |
| 950 | 950.5 | 958.1 | 7 | 101 |
| | 475.5 | 480.9 | 11 | 101 |
| | 238.0 | 256.1 | 18 | 108 |
| | 119.2 | 143.9 | 25 | 121 |
| | 59.8 | 62.3 | 3 | 104 |
| | 30.1 | 28.3 | 23 | 94 |
| | 15.3 | 13.3 | 34 | 87 |
| | 0.5 | 0.5 | 88 | 100 |

| TNF-α | | | | |
|---|---|---|---|---|
| Spiked [TNFa] pg/mL | [Expected] pg/ml | [Recovered] pg/mL | CV % | % Recovery |
| 900 | 902.7 | 899.2 | 11 | 100 |
| | 452.7 | 461.5 | 9 | 102 |
| | 227.7 | 194.6 | 6 | 85 |
| | 115.2 | 105.0 | 11 | 91 |
| | 59.0 | 56.1 | 2 | 95 |
| | 30.9 | 30.6 | 4 | 99 |
| | 16.8 | 14.9 | 26 | 89 |
| | 2.7 | 2.7 | 14 | 100 |

| CRP | | | | |
|---|---|---|---|---|
| Spiked [CRP] ug/mL | [Expected] ug/ml | [Recovered] ug/mL | CV % | % Recovery |
| 75 | 75.1 | 82.8 | 34 | 110 |
| | 37.6 | 35.0 | 0 | 93 |
| | 18.8 | 14.7 | 10 | 78 |
| | 9.5 | 9.1 | 12 | 96 |

FOIA Confidential Treatment Requested by Theranos

**SER-1519**

TS-0906402





| | | | |
|---|---|---|---|
| 4.8 | 4.1 | 8 | 85 |
| 2.4 | 2.4 | 7 | 98 |
| 1.3 | 1.3 | 15 | 102 |
| 0.1 | 0.1 | 29 | 100 |





Trial Exh. 0291 Page 00044

FOIA Confidential Treatment Requested by Theranos

**SER-1520**

TS-0906403







## 9. Matrix Effects

Plasma or serum containing various potentially interfering factors or substances were spiked with known levels of analyte and the resulting recovery of the spiked analyte calculated after correction for endogenous analyte. None of the assays showed interference from icteric, hemolyzed, lipemic, or rheumatoid factor-positive samples as shown in the tables below

NORMAL SERUM Sample: PromedDx 10739123 (n=3 cartridges, 3 instruments per level)

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 1019.1 | 14 | 1015.82 | 102 |
| 250 | 224.9 | 4 | 221.58 | 89 |
| 50 | 47.7 | 14 | 44.42 | 89 |
| 25 | 25.3 | 6 | 22.01 | 88 |
| 10 | 12.6 | 9 | 9.29 | 93 |
| 0 | 3.3 | 43 | 0.00 | |
| Spiked [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | Minus Endogenous | % Recovery |
| 1000 | 1019.1 | 14 | 1014.7 | 101 |
| 250 | 224.9 | 4 | 220.5 | 88 |
| 50 | 47.7 | 14 | 43.3 | 87 |
| 25 | 25.3 | 6 | 20.9 | 84 |
| 10 | 12.6 | 9 | 8.2 | 82 |
| 0 | 4.4 | 60 | 0.0 | |
| Spiked [CRP] ug/mL | Recovered [CRP] ug/mL | CV % | Minus Endogenous | % Recovery |
| 100 | 107.4 | 11 | 107.3 | 107 |
| 50 | 49.3 | 13 | 49.3 | 99 |
| 25 | 25.0 | 23 | 24.9 | 100 |
| 10 | 9.6 | 41 | 9.5 | 95 |
| 5 | 5.9 | 17 | 5.8 | 116 |

Trial Exh. 0291 Page 00045

FOIA Confidential Treatment Requested by Theranos

SER-1521

TS-0906404





| 0 | 0.1 | 12 | 0.0 | |
|---|-----|----|----|--|

THERANOS CONFIDENTIAL

Page 13

Trial Exh. 0291 Page 00046

FOIA Confidential Treatment Requested by Theranos

**SER-1522**

TS-0906405

 

**LIPEMIC SERUM Sample: Vital Products SFB8315 (n=3 cartridges, 3 instruments per level)**

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 872.5 | 15 | 868.8 | 87 |
| 250 | 214.1 | 4 | 210.4 | 84 |
| 50 | 47.8 | 15 | 44.1 | 88 |
| 25 | 24.5 | 6 | 20.8 | 83 |
| 10 | 14.4 | 19 | 10.7 | 107 |
| 0 | 3.7 | 12 | 0.0 | |
| **Spiked [TNFa] pg/mL** | **Recovered [TNFa] pg/mL** | **CV %** | **Minus Endogenous** | **% Recovery** |
| 1000 | 965.0 | 17 | 962.8 | 96 |
| 250 | 230.8 | 15 | 228.6 | 91 |
| 50 | 56.6 | 40 | 54.4 | 109 |
| 25 | 25.4 | 13 | 23.2 | 93 |
| 10 | 14.8 | 14 | 12.6 | 126 |
| 0 | 2.2 | 32 | 0.0 | |
| **Spiked [CRP] ug/mL** | **Recovered [CRP] ug/mL** | **CV %** | **Minus Endogenous** | **% Recovery** |
| 100 | 119.4 | 36 | 119.1 | 119 |
| 50 | 54.2 | 40 | 53.9 | 108 |
| 25 | 24.4 | 25 | 24.1 | 96 |
| 10 | 10.4 | 9 | 10.1 | 101 |
| 5 | 5.8 | 15 | 5.6 | 111 |
| 0 | 0.2 | 12 | 0.0 | |

**HEMOLYZED PLASMA Sample: Stanford W070509118560 (n=3 cartridges, 3 instruments per level)**

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 1010.9 | 10 | 1010.0 | 101 |
| 250 | 274.6 | 13 | 273.7 | 109 |
| 50 | 51.6 | 2 | 50.7 | 101 |
| 25 | 26.8 | 11 | 25.9 | 104 |
| 10 | 10.5 | 12 | 9.6 | 96 |
| 0 | 0.9 | 41 | 0.0 | |
| **Spiked [TNFa] pg/mL** | **Recovered [TNFa] pg/mL** | **CV %** | **Minus Endogenous** | **% Recovery** |
| 1000 | 898.7 | 14 | 895.1 | 90 |
| 250 | 223.5 | 12 | 219.9 | 88 |
| 50 | 44.2 | 11 | 40.6 | 81 |
| 25 | 27.7 | 23 | 24.1 | 96 |
| 10 | 12.0 | 23 | 8.4 | 84 |
| 0 | 3.6 | 14 | 0.0 | |
| **Spiked [CRP] ug/mL** | **Recovered [CRP] ug/mL** | **CV %** | **Minus Endogenous** | **% Recovery** |
| 100 | 119.6 | 10 | 119.5 | 119 |
| 50 | 54.0 | 10 | 53.9 | 108 |
| 25 | 22.5 | 14 | 22.4 | 90 |
| 10 | 11.6 | 3 | 11.5 | 115 |
| 5 | 5.6 | 11 | 5.5 | 110 |
| 0 | 0.1 | 4 | 0.0 | |

THERANOS CONFIDENTIAL

**SER-1523**

FOIA Confidential Treatment Requested by Theranos

TS-0906406





SER-1524

THERANOS CONFIDENTIAL

Page 15

Trial Exh. 0291 Page 00048

FOIA Confidential Treatment Requested by Theranos

TS-0906407

 

**ICTERIC SERUM  Sample: PromedDx 10739123 (n=3 cartridges, 3 instruments per level)**

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 986.0 | 9 | 983.4 | 98 |
| 250 | 282.4 | 12 | 279.7 | 112 |
| 50 | 55.8 | 10 | 53.2 | 106 |
| 25 | 28.1 | 7 | 25.4 | 102 |
| 10 | 11.8 | 16 | 9.2 | 92 |
| 0 | 2.6 | 53 | 0.0 | |

| Spiked [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 969.8 | 5 | 967.4 | 97 |
| 250 | 219.6 | 22 | 217.2 | 87 |
| 50 | 45.0 | 11 | 42.6 | 85 |
| 25 | 24.5 | 5 | 22.1 | 88 |
| 10 | 10.6 | 22 | 8.2 | 82 |
| 0 | 2.4 | 17 | 0.0 | |

| Spiked [CRP] ug/mL | Recovered [CRP] ug/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 100 | 109.5 | 8 | 108.4 | 108 |
| 50 | 41.7 | 80 | 40.6 | 81 |
| 25 | 29.6 | 14 | 28.4 | 114 |
| 10 | 10.1 | 11 | 9.0 | 90 |
| 5 | 6.4 | 19 | 5.3 | 106 |
| 0 | 1.1 | 3 | 0.0 | |

**RHEUMATOID FACTOR POSITIVE SERUM  Sample: Vital Products SFB7884**
**(n=3 cartridges, 3 instruments per level)**

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 1118.0 | 10 | 1097.9 | 110 |
| 250 | 286.9 | 9 | 266.7 | 107 |
| 50 | 77.7 | 13 | 57.6 | 115 |
| 25 | 46.3 | 12 | 26.2 | 105 |
| 10 | 30.4 | 6 | 10.2 | 102 |
| 0 | 20.1 | 6 | 0.0 | |

| Spiked [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 1116.4 | 11 | 1112.3 | 111 |
| 250 | 228.9 | 5 | 224.8 | 90 |
| 50 | 48.0 | 13 | 43.9 | 88 |
| 25 | 24.2 | 13 | 20.1 | 80 |
| 10 | 14.0 | 20 | 9.9 | 99 |
| 0 | 4.1 | 27 | 0.0 | |

| Spiked [CRP] ug/mL | Recovered [CRP] ug/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 100 | 110.9 | 18 | 105.8 | 106 |
| 50 | 49.1 | 17 | 44.0 | 88 |
| 25 | 34.2 | 29 | 29.0 | 116 |
| 10 | 15.5 | 9 | 10.3 | 103 |
| 5 | 10.9 | 11 | 5.7 | 114 |

Trial Exh. 0291 Page 00049

**SER-1525**

FOIA Confidential Treatment Requested by Theranos                                   TS-0906408





| 0 | 5.2 | 28 | 0.0 | |
|---|-----|-----|-----|---|

THERANOS CONFIDENTIAL

Trial Exh. 0291 Page 00050

FOIA Confidential Treatment Requested by Theranos

**SER-1526**

TS-0906409





### 10. Stability

The stability of component reagents for the present assays has been studied individually in lots made previous to the present study. The capture surfaces were stable for over 12 months, and the detection conjugates for at least six months. Stability of the integrated cartridges used for this validation report stored at 4C is being monitored and an updated report will include this data. Cartridges are initially assigned an expiry date of three months post manufacture.

### Conclusions:

The Theranos IL-6, TNF-α, CRP assay multiplex has been shown to give more accurate and precise results for three independently calibrated cartridge lots and all the many instruments used than current "gold standard" reference methods. Assay calibration has been established using WHO or other standard materials. Lower and upper levels of quantitation have been established. The assays are specific for their respective analytes when tested against potential cross reactants and are not interfered with by agents that may cause problems in immunoassays. Dilution linearity is satisfactory for all the assays. Assay cartridge stability studies are underway.

THERANOS CONFIDENTIAL

Trial Exh. 0291 Page 00051

SER-1527

FOIA Confidential Treatment Requested by Theranos          TS-0906410





## Appendix A





THERANOS CONFIDENTIAL

Page 19

Trial Exh. 0291 Page 00052

FOIA Confidential Treatment Requested by Theranos

**SER-1528**

TS-0906411







THERANOS CONFIDENTIAL

Page 20

Trial Exh. 0291 Page 00053

FOIA Confidential Treatment Requested by Theranos

**SER-1529**

TS-0906412





**Appendix B**

Comparison of Theranos Systems TNFa Calibration to Other Available Commercial Methods

Plasma samples were spiked with WHO TNF-a Standard (NIBSC code 88/786) and run in Theranos Systems and in R&D Quantikine High Sensitivity Human TNF-α ELISA (catalogue # HSTA00D). The results are shown below.

**THERANOS SYSTEMS Recovery of TNFa WHO Standard Spiked in Plasma**

| Nominal Spike | | 1pg/mL = 0.0465 IU/mL | | | |
|---|---|---|---|---|---|
| [TNFa] IU/ml | [TNFa] pg/ml | Calc. pg/mL | Minus Endogenous | Calc. IU/mL | % Recovery |
| 0 | 0 | 5.2 | 0.0 | | |
| 0.1 | 2.5 | 8.1 | 2.9 | 0.1 | 118 |
| 0.2 | 5 | 11.5 | 6.3 | 0.3 | 126 |
| 0.5 | 10 | 14.9 | 9.7 | 0.5 | 97 |
| 1.2 | 25 | 35.9 | 30.8 | 1.4 | 123 |
| 2.3 | 50 | 57.6 | 52.4 | 2.4 | 105 |
| 11.6 | 250 | 217.6 | 212.5 | 9.9 | 85 |
| 46.5 | 1000 | 1120.6 | 1115.4 | 51.9 | 112 |

**R&D QUANTIKINE HS ELISA Recovery of TNFa WHO Standard Spiked in Plasma**

| Nominal Spike | | 1pg/mL = 0.0465 IU/mL | | | |
|---|---|---|---|---|---|
| [TNFa] IU/ml | [TNFa] pg/ml | Calc. pg/mL | Minus Endogenous | Calc. IU/mL | % Recovery |
| 0 | 0 | 0.2 | 0.0 | | |
| 0.1 | 2.5 | 1.0 | 0.8 | 0.04 | 32 |
| 0.2 | 5 | 1.8 | 1.6 | 0.07 | 32 |
| 0.5 | 10 | 3.2 | 3.0 | 0.14 | 30 |
| 1.2 | 25 | 7.3 | 7.1 | 0.3 | 28 |
| 2.3 | 50 | 15.0 | 14.8 | 0.7 | 30 |
| 11.6 | 250 | 83.6 | 83.4 | 3.9 | 33 |
| 46.5 | 1000 | 308.0 | 307.7 | 14.3 | 31 |

Trial Exh. 0291 Page 00054

**SER-1530**

FOIA Confidential Treatment Requested by Theranos                    TS-0906413







Trial Exh. 0291 Page 00055

FOIA Confidential Treatment Requested by Theranos

**SER-1531**

TS-0906414

Message

| | |
|---|---|
| **From**: | Sunny Balwani [/O=THERANOS ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=SBALWANI] |
| **Sent**: | 8/29/2013 5:14:20 PM |
| **To**: | Elizabeth Holmes [eholmes@theranos.com] |
| **Subject**: | RE: Concerns about the launch |

We will talk to him.

I assume we can use siemens chemistry for glucose and sodium? If yes then we should

As for operational, we should tell him we will limit # of samples to 50 per day for 2-4 weeks until we have addressed all staffing and training needs.

**From:** Elizabeth Holmes
**Sent:** Thursday, August 29, 2013 10:11 AM
**To:** Sunny Balwani
**Subject:** Fwd: Concerns about the launch

Begin forwarded message:

**From:** Adam Rosendorff <arosendorff@theranos.com>
**Date:** August 29, 2013, 10:06:10 AM PDT
**To:** Elizabeth Holmes <eholmes@theranos.com>
**Cc:** Daniel Young <dyoung@theranos.com>
**Subject: Concerns about the launch**

Hi Elizabeth

I have some medical and operational concerns about our readiness for 9/9.

1) <u>Medical</u>

<u>GLUCOSE</u>

Significant negative bias exists for glucose, 95% confidence interval for bias (negative):

| Medical Decision Level: | 45 mg/dL | 120 mg/dL | 180 mg/dL |
|---|---|---|---|

THPFM0003106027

Trial Exh. 1049 Page 0001 **SER-1532**

-20% to-12%     -16% to -11%     -16% to -11%

N=123

This is again reflected in the reference range which is coming out as 20-97 mg/dL on the Theranos chemistries whereas on the Siemens chemistries we are establishing a de-novo reference range of 56-117 mg/dL, which compares nicely with the published range of 70-110 which means we are doing are studies properly. The recommended maximum bias is 5% Our CV% is also a little high (8%). The CLIA total allowable error (precision plus bias) is 10%, which means that our entire error budget has already been spent just on precision. I am not sure how comfortable I am applying a correction factor for glucose because criteria for diabetes for instance, have been set at a fasting blood glucose of 126 mg/dL, which is fairly standard across analyzers without post-hoc corrections. Maybe we need to work on our calibrators or chemistry?

SODIUM

I noticed that for one of the demos a few patients had sodium values in the 120s, whereas 99% of healthy patients should have sodiums between 135-145 mEq/L. The allowable bias for sodium should be 2-3 mEq/L

2)  Operational

We are understaffed and not trained on the new protocols. We would need at least 2 CLSes downstairs in Normandy to do the pipetting from the BCDs/ handling of the TECAN, and 2 operators upstairs to do the QC and ADVIA operation, in addition to a "float" CLS that can fill in as needed. This means we need 5 CLSes and we only have 3. I am working with Curtis and Chinmay to finalize SOPs, and with Erez to crunch through the validation data.

I would like us to be the best that we can be. A few more weeks to sort through these medical and logistical issues, and getting the proper level of training and staffing would help us tremendously.

Regards,

Adam

Adam Rosendorff, MD, FASCP

Theranos, Inc

(650) 856-4412 (Office)

(650) 823-4953 (Mobile)

(650) 852-9594 (Fax)

Confidential

THPFM0003106028

SER-1533

arosendorff@theranos.com

Confidential

**SER-1534** THPFM0003106029

**To:** Elizabeth Holmes[eholmes@theranos.com]
**Cc:** Sunny Balwani[sbalwani@theranos.com]; Christian Holmes[cholmes@theranos.com]; Daniel Edlin[dedlin@theranos.com]
**From:** Jeffrey Blickman
**Sent:** Fri 9/6/2013 9:49:11 AM
**Importance:** High
**Subject:** RE: Readback.
**Received:** Fri 9/6/2013 9:49:12 AM

Went thru this and highlighted a few things in yellow directly in his email, and summarized below. There are a fair amount of issues that I've noted, some more concerning than others, please take a look.

Quote #1: use of the word "We're…" in the second part of quote is meant to imply the current health-care system", but without context the "we" might be confused with Theranos, hard to tell without add'l context
Quote #2: he called you a 30-something chemical engineer…inaccurate
Quote #3: "group college-kid house" – poorly worded
Main Copy:
- Says "nearly 500 employees" – overstatement
- Is his use of "microscopic" in reference to our blood samples accurate? Not a scientist but when I hear microscopic, think of things that can only be seen under microscope
- Describing the BCD, he says "into a tube in a cartridge…" – using the word cartridge might confuse an informed reader, suggest replacing
- I've always considered the volume of our BCD a trade secret, something we would share with him?
- Says "in the certified Theranos laboratory" but would be good to add "CLIA-certified"
- Calls our wellness centers "a Theranos unit" – would replace word unit
- He calls out "improved accuracy" when talking about reduction of human error thru automation
- His stat on Medicare/Medicaid savings is stated differently than the numbers we gave him. Our savings estimates are based on reducing lab test rates by 50% across the board not changing % of lab spend. The way his statement is made (reducing lab spend from 2.3% to 1.5% for both Medicare/Medicare, these savings numbers would be $64B Medicare/$61B Medicaid. Think he either needs to reword his statement or we can provide him with these other numbers and clarify.
- Makes statement about "margins of error variations" (assume he means CV) being posted online, on test results, and on lab order forms…since that's a future happening and not accurate on 9/9, should we ask him to remove this?
-

**From:** Joe Rago
**Sent:** Friday, September 06, 2013 1:48 AM
**To:** Elizabeth Holmes; Jeffrey Blickman
**Cc:** Joe Rago
**Subject:** Readback.

Elizabeth, Jeff,---

Deeply sorry for the delay, couldn't be helped on my end, but please find below all the quotes we plan to use in the interview, my paraphrases and all factual statements about Theranos. It will read somewhat disjointedly because its missing some exposition and transitions but journalistic ethics preclude me from just dumping the whole thing, though this will give you a sense of the shape and tone of the piece. I'm sure my editors will catch some typos tomorrow but wanted to get you copy for review as soon as I had it available.

If any points need to be clarified, if I've explained something incompletely or left out something important, or of course if there's an out and out error please let me know and we'll correct. Sometimes people explain something out loud in a wrong or imprecise way, so if any quotes ought to be refined we are open to that as well. There's a brief exchange with George Shultz in there if you'd like to run that by him, or else I will put in a call to his office.

Also one outstanding factual questions: What is the specific volume of a nanotainer?

Look forward to hearing from you, and I am available at any time via email or at 212.416.3175. We go to press at about 6pm EST.

With highest regards,---
Joe

Confidential

SER-1535

THPFM0000806157

'The reality within our health-care system now is that when someone you care about gets really sick, by the time you find that out it's most often too late to do anything about it. It's heartbreaking because in those moments there's nothing you wouldn't do," says Elizabeth Holmes. "We're finding cancer when you have a tumor, or heart disease by virtue of the fact that you're having a heart attack." She wants to change that.

Ms. Holmes, a 30-something chemical engineer and entrepreneur, dropped out of Stanford as an undergraduate in 2003 to found a medical technology and life sciences company called Theranos. Her inventions, which she is discussing in detail here publicly for the first time, may upend the industry of laboratory testing and could even start to change the way we think about health and detect and treat disease.

Ten years ago she was working out of the basement of a group college-kid house, which seems far off from her current headquarters at a rambling industrial building in a research park just off campus.

The secret a decade in the making, which nearly 500 employees are now refining, are devices that automate and miniaturize more than 2,000 laboratory tests, from routine blood work to advanced genetic analyses. Theranos's process is faster, cheaper and more accurate than the conventional methods and requires only microscopic blood volumes, not vials and vials of the stuff.

A technician uses a wrap similar to skiing pocket warmers to increase blood flow in your finger and then uses a fingerstick to draw a few droplets of blood from the capillaries at the end of your hand—almost unnoticeable. The blood is instantly wicked into a tube in a cartridge Ms. Holmes calls a "nanotainer," which holds xxx milliliters, or about the amount of xxx. The nanotainer is run through the analyzers in the certified Theranos laboratory. A full blood workup—metabolic and immune markers, cell count, etc.—was in my inbox by the time I walked out the door. (Phew: all clear.)

"We're here in Silicon Valley inside the consumer technology world and we think it's possible to build, and what we think we're building, is the first consumer health-care technology. Patients are empowered by having access to their own health information, by owning their own data." Who knows, she adds, "people might even enjoy the process. People don't think about enjoying lab tests."

a Theranos clinic may be coming soon to a pharmacy near you. On Monday the company is launching a national partnership with Walgreens for in-store sample collection centers, with the first one opening in Palo Alto. Ms. Holmes's long-term goal is a Theranos unit "within five miles of virtually every American home."

Tests account for about 2% or 2.5% of spending but as Ms. Holmes points out they drive an estimated seven or eight of every 10 clinical decisions by physicians. The industry is not well structured to do so much work. "There has not been a lot of change in that space for a very long time. The art of phlebotomy originated with bloodletting in 1400 B.C. and the modern clinical lab emerged in the 1960s—and it has not fundamentally evolved since then."

The 6.8 billion lab tests that are conducted each year begin in a hospital or clinic—"you go in, sit down, they put a tourniquet on your arm, stick you with a needle, take these tubes and tubes of blood," as Ms. Holmes describes it. The specimens are then transported (via a courier or pneumatic tube) to a centralized lab, where they are manually removed from the tubes with a pipette and mixed with a chemical reagent or sent through instruments like a centrifuge or mass spectrometer. After days or sometimes weeks of waiting, your doctor will get your results.

One major problem with "the sheer logistics of the phlebotomy process" is that physicians don't have "the best actionable information to make the best possible diagnosis at the time it matters." Ms. Holmes posits a hypothetical patient whose doctor orders a test and discovers she has a dangerously low hemoglobin count, so he puts her on an anti-anemia drug. He must order another test to find out what kind of anemia she has, and days later it turns out to be an iron deficiency. The best treatment was actually "take some iron pills or eat more spinach."

Theranos's proprietary technology eliminates multiple lab trips because it can "run any combination of tests, including sets of follow-on tests," at once, very quickly, all from a single microsample. Ms. Holmes estimates patients and doctors

will receive read-outs in "as little as two hours" and can even do so prior to an office visit based on their physician's recommendation for better, or least less ad hoc, consultations.

Only about 62% tests doctors order are carried out, according to the Lewin Group, and one reason is the amount of blood required. The small Theranos sample size is a particular advance for elderly: often with collapsed veins; children: the fear and pain of needless; and oncology patients: where samples must be taken so frequently that often more can't be drawn without new health risks.

Theranos's other advance is improved accuracy. The chain of conventional laboratory custody, Ms. Holmes believes, introduces too many opportunities for error, "which is basically wherever humans are involved." The integrity of lab specimens can be contaminated by sitting too long on the bench, how they're processed by a tech, temperature, and so forth. Patients might be shocked by how much. The same sample sent to two different labs could yield two different results. The same lab testing the same sample twice could yield different results too.

Another problem is the precision and sensitivity of lab instruments and their reference ranges vary from manufacturer to manufacturer, and labs buy from different vendors and often don't calibrate the machines to each other. The federal body that regulates labs also pretty pretty wide margins of error for tests, or the degree to which they underestimate or overestimate the true value, like a plus or minus of 30% for HDL cholesterol levels. Ms. Holmes pointedly notes that a measurement that is essentially a 60% educated guess isn't very useful, especially over time--when in fact disease itself is a progression over time.

Because Theranos's process is automated and miniaturized it can achieve much lower technical variance ranges when measured against the clinical gold standard for a given test. Ms. Holmes says all its tests are less than 10% and often "significantly less."

The speed and ease of what Ms. Holmes calls "better information, more often, faster" means catching disease in its earliest stages before the onset of symptoms when there is a better chance for recovery and better manage the chronic diseases ultimately kill seven of 10 Americans. The company's analytic tools might also help might help realize the possibilities of truly personalized medicine.

Current testing, she says, is like "a movie I've never seen and you take one frame out and say, okay, Elizabeth, tell me the story. I'm going to have a really difficult time unless you give me a series of slides and then maybe I can start." Theranos can deliver consistent data points in something approaching real time, building off "a standardized platform all around, with very low variation." That means doctors can surveil consistent data "longitudinally" and see trends and clusters and rates of change that they can't now in static test values. Medicine would ask fewer on-off, do-you-have-this-disease-or-not questions, and instead "meaningfully and powerfully answer the question of how to detect and manage these diseases early on."

 Theranos has been investigating these questions for years as it has quietly brought in revenue and improved its technology by running testing for clinical pharmaceutical trials, in cancer at first and then expanding to other conditions. Instead of carpet bombing a tumor with a new drug and waiting six months to see what happened, Ms. Holmes explains, Theranos's methods allowed for so-called adaptive trials that "tailored therapies on an individual basis" and "refit and retune the model to shift doses in a premeditated way.

Ms. Holmes says Theranos can conduct a battery of tests for "tens of dollars," which is not often a phrase heard in health care. She calls it "a watershed opportunity to change the trajectory of health costs through price transparency."

Theranos is committing to a half-off discount on the Medicare fees. "So a test that costs $100 now, we'll do for $50 or less. The quote-unquote payer community I don't think has ever seen someone walk in say we want to bill you at less than you're willing to reimburse," she says. If this strategy succeeds in marginally squeezing down test prices--to 1.5% of total health spending from 2.3% now--it could save Medicare $61 billion over 10 years and Medicaid $96.1 billion, according

THPFM0000806159

SER-1537

to what Theranos calls a conservative estimate.

Theranos will publish all its retail prices on its web site. The company's x-ray transparency also includes reporting its margins-of-error variations online and on test results and order forms, which few if any incumbent labs now do.

For now, Ms. Holmes may have discovered one of those often promised, more often elusive disruptive innovations that is designed to take costs out of the health system while also improving quality. In a conversation about a year ago Secretary Shultz called Ms. Holmes "the next Steve Jobs or Bill Gates." When I put it to him again on my recent visit, he smiles slyly. "This is not the last thing she's going to invent," is all he'd say.

Confidential

SER-1538

THPFM0000806160

**To:** Theranos[shareholderinfo@theranos.com]
**Bcc:** arbrudos@ ; alastair.borthwick@bami.com[alastair.borthwick@bami.com];
jtopinka@winston.com[jtopinka@winston.com]; pthomas@ataventures.com[pthomas@ataventures.com];
avie@mac.com[avie@mac.com]; gweiner@bellsouth.net[gweiner@bellsouth.net]; jrbvga
ggrossman@crosslinkcapital.com[ggrossman@crosslinkcapital.com]; bob.kolodgy@bcbsa.com[bob.kolodgy@bcbsa.com];
chmcc1 ; bicassin@ ]; mikchang
jimchang168 ]; a29103038
cholmesiv@ ; mlc@phillipsandcohen.com[mlc@phillipsandcohen.com];
ccarter@thepresidiogroupllc.com[ccarter@thepresidiogroupllc.com]; ckconrad180
dcarter@rnscapital.com[dcarter@rnscapital.com]; davemh333
dzoller1@ ; Darryl.edmonds@trustcore.com[Darryl.edmonds@trustcore.com];
dfeinberg1@ ; dharris2@uscallc.com[dharris2@uscallc.com];
dianeglazer@ ; allieert@comcast.net[allieert@comcast.net];
chris@bdventures.com[chris@bdventures.com]; dwinkler@delmarinc.com[dwinkler@delmarinc.com];
ddoll@dcm.com[ddoll@dcm.com]; don@lucasvg.com[don@lucasvg.com]; jthompson@heidrick.com[jthompson@heidrick.com];
melissa@bodl.com[melissa@bodl.com]; Thibodeau.ann@
Duranp44@ ; nancy_t318@
grapeguy.roy@ ; paul.joas@rbc.com[paul.joas@rbc.com];
ericball@ ]; gregory.vaughn@morganstanley.com[gregory.vaughn@morganstanley.com];
ronald.antipa@db.com[ronald.antipa@db.com]; nancy@bodl.com[nancy@bodl.com];
kevingaunt@ ; tim@dfj.com[tim@dfj.com];
HDruker@drukercapital.com[HDruker@drukercapital.com]; tedandfidela@
eileenlepera@ ; aeisenman@sofersteiner.com[aeisenman@sofersteiner.com]; Elizabeth
Holmes[eholmes@theranos.com]; noel994@ ; elizabethdaoust@
psimon@howson-simon.com[psimon@howson-simon.com]; ericsonbch@
info@longsretreat.com[info@longsretreat.com]; chanbo@stanford.edu[chanbo@stanford.edu];
susan.schendel@stanford.edu[susan.schendel@stanford.edu]; Howard.Burris@scresearch.net[Howard.Burris@scresearch.net];
jim@joadc.com[jim@joadc.com]; rc@csrp.com[rc@csrp.com]; jcraneapi@
johnl@westwaycapital.com[johnl@westwaycapital.com]; bryanpartners@
john.sayles@trustcore.com[john.sayles@trustcore.com]; marcostrofsky@
ryandance@ ; pmendenhall@uscallc.com[pmendenhall@uscallc.com];
19eightythree@ gentahh@
michaelsayles@ klokey@hlhz.com[klokey@hlhz.com];
mpalm999@ palmieri.victor@
patmcgrath@optonline.net[patmcgrath@optonline.net]; Mark@peerventurepartners.com[Mark@peerventurepartners.com];
jphillips@phillipsandcohen.com[jphillips@phillipsandcohen.com]; rsnook@sifma.org[rsnook@sifma.org];
rwd3000@ ; vgaledo@ ; rharrison@chd-law.com[rharrison@chd-law.com];
matt@sandboxindustries.com[matt@sandboxindustries.com]; bob@weaselfarm.com[bob@weaselfarm.com];
slf@dorsar.com[slf@dorsar.com]; jsnider@stanford.edu[jsnider@stanford.edu];
frankgordon@croftoncapital.com[frankgordon@croftoncapital.com]; lyman@ccarey.com[lyman@ccarey.com];
randy@satoricapital.com[randy@satoricapital.com]; wgfinger@msn.com[wgfinger
mark.elias@ubs.com[mark.elias@ubs.com]; wnicholson@heritagecapitalgroup.com[wnicholson@heritagecapitalgroup.com];
kmartin@wsgr.com[kmartin@wsgr.com]; kovacedm@wellsfargo.com[kovacedm@wellsfargo.com];
bmori@lawrenceinv.com[bmori@lawrenceinv.com]; jared@peerventurepartners.com[jared@peerventurepartners.com]
**From:** Theranos
**Sent:** Sat 9/7/2013 7:15:32 AM
**Importance:** Normal
**Subject:** Theranos
**Received:** Sat 9/7/2013 7:15:00 AM

To our shareholders,

I am delighted to share that we have now begun the commercial launch of the new products and services we've been working on for the past years.

Our new website will be up at www.theranos.com later tonight, and the Wall Street Journal has released a piece introducing our story in Saturday's paper at http://online.wsj.com/article/SB10001424127887324123004579055003869574012.html?mod=WSJ_hpp_sections_opinion (link from the Wall Street Journal homepage).

As per our previous note, should you be contacted by any media persons please continue to relay them to our PR team and let us know you've been contacted at pr@theranos.com or so we can follow up accordingly.

There are so many people here at Theranos who have worked seven days a week for so many years, pouring their heart and soul into

FOIA Confidential Treatment Requested by Theranos
TS-0036627

**SER-1539**

building this business and realizing our vision with literal blood, sweat, and tears. It is such a great pleasure to be able to share this with you now, and to introduce our mission to the world to make actionable health information accessible to people everywhere at the time it matters most.

With my best regards,
Elizabeth

Elizabeth Holmes
CEO
Theranos, Inc.

=====================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.

Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292    www.theranos.com
=====================================

Trial Exh. 1102 Page 0002

FOIA Confidential Treatment Requested by Theranos

SER-1540

TS-0036628

Case: 22-10338, 09/20/2023, ID: 12796123, DktEntry: 46-8, Page 142 of 205

DOW JONES, A NEWS CORP COMPANY ▼

| DJIA 24296.79 -0.25% ▼ | S&P 500 2665.66 -0.26% ▼ | Nasdaq 7250.35 -0.20% ▼ | U.S.10 Yr -7/32 Yield 2.980% ▼ | Crude Oil 69.02 -2.42% ▼ | Euro 1.1880 -0.36% ▼ |

# THE WALL STREET JOURNAL.

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.

https://www.wsj.com/articles/elizabeth-holmes-the-breakthrough-of-instant-diagnosis-1378526813

THE WEEKEND INTERVIEW

# Elizabeth Holmes: The Breakthrough of Instant Diagnosis

A Stanford dropout is bidding to make tests more accurate, less painful—and at a fraction of the current price.

*By Joseph Rago*

Updated Sept. 8, 2013 12:04 p.m. ET

*Palo Alto, Calif.*

"The reality within our health-care system today is that when someone you care about gets really sick, by the time you find that out it's most often too late to do anything about it. It's heartbreaking. Because in those moments, there's nothing you wouldn't do to change it, and too often you're helpless," says Elizabeth Holmes. "We're finding cancer when you have a tumor, or heart disease by virtue of the fact that you're having a heart attack."

She wants to change that.

Ms. Holmes, a 29-year-old chemical and electrical engineer and entrepreneur, dropped out of Stanford as an undergraduate after founding a life sciences company called Theranos in 2003. Her inventions, which she is discussing in detail here for the first time, could upend the industry of laboratory testing and might change the way we detect and treat disease.

Ten years ago, Ms. Holmes was working out of the basement of a group college house, a world away from her current headquarters at a rambling industrial building in a research park just off campus. The company's real estate was one of the few Theranos facts known to Silicon Valley, but one suggestive of the closely held business's potential: The space was once home to Facebook, and before that Hewlett-Packard.

The secret that hundreds of employees are now refining involves devices that automate and miniaturize more than 1,000 laboratory tests, from routine blood work to advanced genetic analyses. Theranos's processes are faster, cheaper and more accurate than the conventional methods and require only microscopic blood volumes, not vial after vial of the stuff. The experience will be revelatory to anyone familiar with current practices, which often seem like medicine by Bram Stoker.

A Theranos technician first increases blood flow to your hand by applying a wrap similar to one of those skiing pocket warmers, then uses a fingerstick to draw a few droplets of blood from the capillaries at the end of your hand. The blood wicks into a tube in a cartridge that Ms. Holmes calls a "nanotainer," which holds microliters of a sample, or about the amount of a raindrop. The nanotainer is then run through the analyzers in a Theranos laboratory. Results are usually sent back to a physician, but a full blood work-up—metabolic and immune markers, cell count, etc.—was in my inbox by the time I walked out the door. (Phew: all clear.)

It's the kind of modern, painless service that consumers rarely receive in U.S. health care, though Ms. Holmes makes the point the other way around: "We're here in Silicon Valley inside the consumer technology world . . . and what we think we're building is the first consumer health-care technology company. Patients are empowered by having better access to their own health information, and then by owning their own data."

Trial Exh. 1106 Page 0001

5/8/2018, 9:24 AM

SER-1541 MEDIA-000191

Case: 22-10338, 09/20/2023, ID: 12796123, DktEntry: 46-8, Page 143 of 205



FRED HARPER

And a Theranos clinic may be coming soon to a pharmacy near you. On Monday the company is launching a partnership with Walgreens for in-store sample-collection centers, with the first one in Palo Alto and expanding throughout California and beyond. Ms. Holmes's long-term goal is to provide Theranos services "within five miles of virtually every American home."

Diagnostics is one of those corners of the health markets that is more irrational the closer you look. Tests account for between 2% and 2.5% of health spending, but Ms. Holmes notes that they drive an estimated seven or eight of every 10 clinical decisions by physicians, with 6.8 billion lab tests annually in the U.S.

"The art of phlebotomy originated with bloodletting in 1400 B.C. and the modern clinical lab emerged in the 1960s—and it has not fundamentally evolved since then," she says. The billions of tests generally follow the same ritual: In a hospital or clinic, "you go in, sit down, they put a tourniquet on your arm, stick you with a needle, take these tubes and tubes of blood," as Ms. Holmes describes it.

The specimens are then transported, via a courier or hospital pneumatic tube, to a centralized lab, where they are manually removed from the tubes with a pipette and mixed with a chemical reagent or sent through instruments like a centrifuge or mass spectrometer. After days or weeks of waiting, your doctor finally gets the results.

One major problem, Ms. Holmes says, is that physicians rarely have "the best actionable information to make the best possible diagnosis at the time it matters." She posits a hypothetical patient whose doctor orders a test and discovers that she has a dangerously low hemoglobin count, so he puts her on an anti-anemia drug. He must order another test to find out what kind of anemia she has, and days later it turns out to be merely an iron deficiency. The best final treatment was actually "take some iron pills or eat more spinach."

Theranos's technology eliminates multiple lab trips because it can "run any combination of tests, including sets of follow-on tests," at once, very quickly, all from a single microsample. Ms. Holmes estimates that patients and doctors will receive readouts in "as little as two hours" and can even do so before an office visit based on their physician's recommendation for better, or at least less ad hoc, consultations.

Only about 62% of tests that doctors order are ultimately carried out, according to health-policy researchers at the Lewin Group. One reason tests aren't performed: not enough blood. To ensure that labs don't reject samples, several studies have documented that medical institutions sometimes collect as much as *45 times* the amount of blood from patients that conventional tests actually require.

Luckily, blood is a renewable resource, though the small Theranos sample size is a particular advance for the elderly, for whom blood draws can be agony because of collapsed veins. It's also good news for children who fear needles, and for oncology patients, whose blood is being constantly tested.

Another Theranos advance is its testing's accuracy. Ms. Holmes believes the chain of conventional laboratory custody introduces too many opportunities for error, "which is basically wherever humans are involved." The integrity of lab specimens can be contaminated if they sit too long on the bench, or if they're mistakenly processed by a tech, or by temperature, and so forth.

A 2002 review in the journal Clinical Chemistry found error estimates ranging from one out of every 33-50 tests to one of every 8,300, though the rate has likely since improved. The same sample sent to two different labs can yield two varying results, and the same lab testing the same sample twice can yield different results too.

That's because the precision of lab instruments, and their reference ranges, vary from manufacturer to manufacturer. Labs buy from different vendors and often don't calibrate the machines to each other. Certain tests may be reported with fairly wide margins of error, such as a plus-or-minus 30% of allowable error for HDL cholesterol. Ms. Holmes notes that a measurement that is essentially a 60% error range isn't very useful, especially over time, since disease itself is a progression over time.

Theranos's technology is automated, standardized, and attempts to subtract human

Trial Exh. 1106 Page 0002

SER-1542 MEDIA-000192

Case: 22-10338, 09/20/2023, ID: 12796123, DktEntry: 46-8, Page 144 of 205

error from the process. It can thus achieve much lower variance ranges for a given test. Ms. Holmes says its tests have margins of "allowable error" targets less than 10%.

The medical promise of this speed and better information means catching disease in its earliest stages before the onset of symptoms. The company's analytic tools might also help realize the possibilities of truly personalized medicine, as scientists gain a better understanding of the heterogeneity of disease and how to treat individuals based on their own bodies, not large averages.

Theranos's tools may also allow doctors to analyze data "longitudinally"—to see trends, clusters and rates of change that they can't now. Medicine would ask fewer on-off, do-you-have-this-disease-or-not questions, and instead "meaningfully and powerfully answer the question of how to detect and manage these diseases early on," says Ms. Holmes.

She first funded Theranos at age 19 by cashing out an education trust that her parents set up, which allowed her to hire her first employee and rent lab space. Later rounds of funding were raised from venture capital and private equity. Once Theranos was more established, it started to earn revenue from contracts conducting pharmaceutical testing in cancer drug and other clinical trials.

A word about costs and what that investment bought, which doesn't follow the usual rules about a new medical technology. Ms. Holmes says Theranos can conduct a battery of tests for "tens of dollars," a phrase that does not exist in U.S. health care. She calls it "a watershed opportunity to change the trajectory of health costs through price transparency."

Since 1984, the Medicare Clinical Laboratory Fee Schedule has set reimbursements for 1,140 unique lab tests across 57 U.S. jurisdictions. That's 64,980 different price controls. Meanwhile, the prices that private insurers negotiate with providers are virtually trade secrets.

Theranos is committing to a half-off discount on Medicare fees. "So a test that costs $100 now, we'll do $50 or less. The quote-unquote payer community I don't think has ever seen someone walk in and say we want to bill you at less than you're willing to reimburse," she says. If this strategy succeeds in squeezing down prices—say, lowering testing as a share of total health costs to 1.5% from 2.3% now—it could save Medicare $61 billion over 10 years and Medicaid $96.1 billion, according to what Theranos calls a conservative estimate.

Ms. Holmes says her larger goal is increasing access to testing, including among the uninsured, though she might also have a market-share land grab in mind. For instance, she says Theranos will publish all its retail prices on its website. The company's X-ray of self-transparency also includes reporting its margins-of-error variations online and on test results and order forms, which few if any labs do now.

This strategy may be inviting a hell of a battle with the health industry, where the incentives are rigged against startups and the empire usually finds a way of striking back. Witness the medical-practice regulations that make medicine a cartel against competitors. Pathologists, lab scientists and technicians won't be pleased if their jobs go the way of travel agents.

Ms. Holmes declines to discuss Theranos's future plans, though one may speculate. There could be military applications in the battlefield, especially given the numerous framed American flags across the Theranos office and the presence on its corporate board of retired Gens. Jim Mattis and Gary Roughead, former Defense Secretary Bill Perry and former Secretary of State George Shultz.

The other obvious tech reality is that the devices keep shrinking, and over the last several years Theranos has been granted several patents for portable diagnosis system at the point of care. One of them even invokes—forget the iWatch—a wearable diagnostic device that would attach to the body with silicon microneedles "about the size of a human hair."

The biggest question is whether Ms. Holmes has discovered one of those often promised, more often elusive disruptive innovations designed to cut costs while improving quality. In a conversation about a year ago, Secretary Shultz said Ms. Holmes could be "the next Steve Jobs or Bill Gates."

When I put it to him again on my recent visit, he smiles slyly. "This is not the last thing she's going to invent or create."

*Mr. Rago is a member of the Journal's editorial board.*

Trial Exh. 1106 Page 0003

SER-1543 MEDIA-000193

Case: 22-10338, 09/20/2023, ID: 12796123, DktEntry: 46-8, Page 145 of 205

Copyright &copy; 2017 Dow Jones &amp; Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit
http://www.djreprints.com.

Trial Exh. 1106 Page 0004

SER-1544 MEDIA-000194

**To:** Brian Grossman[Brian@pfmlp.com]
**Cc:** Chris James[cj@pfmlp.com]; Elizabeth Holmes[eholmes@theranos.com]
**From:** Sunny Balwani
**Sent:** Tue 1/7/2014 8:45:05 PM
**Importance:** Normal
**Subject:** RE: Due Diligence Questions
**Received:** Tue 1/7/2014 8:45:06 PM

Brian. We are confirmed for Friday at 9am. see you then.


Regards,
Sunny.

---

**From:** Brian Grossman [mailto:Brian@pfmlp.com]
**Sent:** Tuesday, January 07, 2014 7:13 AM
**To:** Sunny Balwani
**Cc:** Chris James; Elizabeth Holmes
**Subject:** RE: Due Diligence Questions

Sunny

Thanks for the quick reply.  We will take you up on the Friday slot.

Regards

Brian

---

**From:** Sunny Balwani [mailto:sbalwani@theranos.com]
**Sent:** Monday, January 06, 2014 5:51 PM
**To:** Brian Grossman
**Cc:** Chris James; Elizabeth Holmes
**Subject:** RE: Due Diligence Questions

Brian:

Thanks for the note.

We are available this Wednesday from 1-5pm or on Friday from 9am to 1pm at our office. We can cover all of your questions in detail.

Please let us know if either of these times work for you.

We look forward to our meeting.

Best regards,
Sunny.

---

**From:** Brian Grossman [mailto:Brian@pfmlp.com]
**Sent:** Monday, January 06, 2014 1:45 PM
**To:** Elizabeth Holmes; Sunny Balwani
**Cc:** Chris James
**Subject:** Due Diligence Questions

Elizabeth and Sunny

I hope you both had an enjoyable finish to what was obviously tremendously successful year for the company.  Chris and I and the rest of the team at PFM are looking forward to engaging more deeply with the Theranos story.  It's exciting to come across such a transformative and disruptive healthcare business.  Below is our list of due diligence questions.  We were hoping to start the process as soon as possible.  We have availability this week if that works for you.

FOIA Confidential Treatment Requested by Theranos

TS-0001761

Trial Exh. 1404 Page 0001

**SER-1545**

Regards

Brian


Deal Team

Brian Grossman – Portfolio Manager/Head of Healthcare Team
Alex Rabodzey – Biotech/Diagnostics
Vivek Khanna – Healthcare Services
Sri Balasuryan – Analyst

Outline

1. Technology
2. Intellectual Property and Barriers to Entry
3. Walgreen's Partnership and Commercial Strategy
4. Hospital Market
5. Reimbursement
6. Regulatory
7. Financial Model/Projections


1. Technology
- How does your accuracy and speed stack up against traditional tests
- What are the key tests from a commercial standpoint and how does accuracy and speed compare specifically on those.
- Can you analyze samples at POC (Walgreens) or will it need to go to a CLIA facility?
- What are the limitations to the technology?  What tests are not feasible?  Are there traditional analytic approaches that are not well suited to Theranos platform?
- What is the process for adding a new test to the menu?  How long does this take?
- What does the pipeline of new tests look like, how do they see their total validated testing menu expanding, and over what timeframe?
- How many tests can you run in parallel?

2. Intellectual Property and Barriers to Entry
- Basic understanding of key patents?
- Can you block others from doing the same thing?
- Is there prior art that allows others freedom to operate?
- Do they expect competition to emerge in the near term and if so how do they plan on responding from a legal standpoint?
- How does the database aspect of the business model create competitive barriers.  Does it facilitate commercial uptake?

3. Walgreen's Relationship and Commercial Strategy
- Is the Walgreen's relationship exclusive?  Can you sell analyzers to physicians?  Does it make economic sense to do this in the long run?
- What is the technical limitations for the existing analyzer that will be rolled out as part of the Walgreen's strategy.

FOIA Confidential Treatment Requested by Theranos

TS-0001762

SER-1546

- What does the Walgreens system cost to produce, how will that change over time, and what is the transfer pricing you have agreed to?
- How does validation process work as you roll this out.  Do analyzers need to be validated in the field.  How do variance rates compare to Quest/Labcorp
- Pricing comparison Quest/Labcorp vs Theranos.
- Test menu Quest/Labcorp vs Theranos.   are their important missing tests?
- What is the rollout schedule for Walgreens?
- What have you learned from the early experience in Palo Alto, Phoenix?
- What are the major barriers to adoption in the physician market?
- Based on early experience what is their sense of test/center/day?  how do they see this changing over time?
- Explain the workflow dynamics from the perspective of the physician?  How easily can they incorporate Walgreens into their typical workflow.  How do u see this changing over time?  Is the experience so far driven by a few early adopters or is this being broadly used by physician groups in the areas?  How is this different from the current diagnostic process in the participating physician groups prior to WAG.
- What is the cap X from the Walgreen's rollout.  What is the investment on the Theranos side?  What is the Walgreens investment?
- How many tests do you need to run through one Walgreens system to make it profitable for Walgreens to keep this system, when accounting for the cost of personnel?
- How many tests do you need to run for you to turn profit on the system when accounting for the cost of the system itself?
- Do you expect profitability to vary depending on the proximity of hospitals, Quest or LabCorp facilities, etc?
- What are the main drivers of system profitability? I.e. which tests have the largest volume and margin? What % of profit will these tests account for?
- What is the economic incentive for physicians to use your services?
- what is the strategy for converting physician groups?
- Do physicians that are currently using Labcorp or Quest suffer economic loss if they switch part of their volume to you
- how do they plan to target hospital owned physicians?  Are the incentives to use Theranos/Walgreens in this growing segment of the market different from standalone physician groups?
- Will Theranos add a salesforce for calling on physician market?
- Will you leverage the alliance boots relationship for a European roll out?

4. Hospital Market
- This is actually the bigger market (according to data we have at $44B in US out of total $72B market)
- How and when do you plan to approach providers?
- Strategy for penetrating the hospital market?

5. Reimbursement
- What is your Medicare reimbursement status for the current menu of tests offered?
- What is the timing and process for adding additional tests for Medicare reimbursement?
- What is current status of commercial contracting and how do you get payor to direct volumes to Theranos?
- How long does it take to get commercial payers to adopt the Theranos as an alternative to Quest/Labcorp?   What is the typical sales cycle for this?
- What is the longer term reimbursement strategy with commercial payors?
- What is the software interface that physicians use in order to submit claims and check for insurance eligibility?  How does this tie into the existing clinical and billing systems used?  Can they hook into EMR's from epic, cerner, allscripts and quality systems?

6. Regulatory
- What are the limitations on the system from the regulatory standpoint?

FOIA Confidential Treatment Requested by Theranos

TS-0001763

- Do you need FDA clearance on any tests in order to offer them?
- What are the regulatory barriers that potentially impinge on POC testing?

7. Financial Model/Projections
- What is the cost of the Walgreen's rollout.  how are costs shared?
- What is the current cost of a Walgreen's analyzer, how will that change over time?
- What are the other significant operating costs and how willl they change over time?
- Does Walgreen's have minimum purchase commitments?
- What is the sales and marketing spend for Theranos overall look like going forward.
- What are GM on the analyzers, the tests?
- What is the Long term target business model look like?
- What is current cash balance, burn, and thoughts around future financing?  When and at what valuation were previous financings completed?

FOIA Confidential Treatment Requested by Theranos

TS-0001764

**SER-1548**

Message

| | |
|---|---|
| **From:** | Mark Pandori [/O=THERANOS ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARK PANDORI16D] |
| **Sent:** | 1/29/2014 1:50:54 AM |
| **To:** | Max Fosque [/o=theranos organization/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=max fosque394] |
| **Subject:** | RE: End of Shift Log 1/28 2pm |

Yes.

**From:** Max Fosque
**Sent:** Tuesday, January 28, 2014 4:55 PM
**To:** Mark Pandori; Adam Rosendorff
**Cc:** Jeffrey Blickman
**Subject:** RE: End of Shift Log 1/28 2pm

Great, thanks for the update. Please let us know the outcome.

This is on the Immulite, correct?

**From:** Mark Pandori
**Sent:** Tuesday, January 28, 2014 4:45 PM
**To:** Max Fosque; Adam Rosendorff
**Cc:** Jeffrey Blickman
**Subject:** RE: End of Shift Log 1/28 2pm

Max,

The controls failed in the first attempt.

We are now re-running a new set of (fresh) controls. I am given an ETA of 30 min — 90 min before we know if it passed.

Mark

**From:** Max Fosque
**Sent:** Tuesday, January 28, 2014 4:26 PM

Confidential

SER-1549

THPFM0002147554

**To:** Adam Rosendorff; Mark Pandori
**Cc:** Jeffrey Blickman
**Subject:** FW: End of Shift Log 1/28 2pm


Hi Adam/Mark,


This patient (Brian Grossman) is a VIP, would you mind looking into the slowdown here? I believe H. Pylori is run on predicate, perhaps there is some issue with the machine? Let us know.


Thanks for your help.


-Max


**From:** Heather Chen
**Sent:** Tuesday, January 28, 2014 4:12 PM
**To:** Max Fosque; Elena Scheer; Anam Khan
**Cc:** Nicholas Menchel; Jeffrey Blickman
**Subject:** RE: End of Shift Log 1/28 2pm


As far as I know, the controls for one of his tests (H. Pylori) were not accepted last night because they didn't pass.   The controls keep failing and since the test takes about an hour, they will need to adjust the kit and then re-run controls again.  Melissa and Kim and trying to work on making sure the assay passes.  This is the only test we are waiting on.


From,

Heather


**From:** Max Fosque
**Sent:** Tuesday, January 28, 2014 4:08 PM
**To:** Elena Scheer; Heather Chen; Anam Khan
**Cc:** Nicholas Menchel; Jeffrey Blickman
**Subject:** RE: End of Shift Log 1/28 2pm


Please follow up on why Brian Grossman has not been released yet, he was pending in LDAQ as of last night. This is critical to get out asap.


Thanks,

Max


Confidential

SER-1550

THPFM0002147555

**From:** Elena Scheer
**Sent:** Tuesday, January 28, 2014 1:59 PM
**To:** Heather Chen; Anam Khan
**Cc:** Nicholas Menchel; Max Fosque; Jeffrey Blickman
**Subject:** End of Shift Log 1/28 2pm


All,


**Released:**

Aleksandr R


**Other:**

Joshua A. was scheduled today at 13596 and his order came through Super Mario. We checked to see if there was a duplicate patient entry and there was, same spelling of the name, but with different DOB (12/10 and 12/01) and address. Called Walgreens to confirm, the DOB entered was incorrect. Nga fixed it, but now there is a duplicate patient record.


-Elena


**Elena Scheer**

Customer Service Associate

Theranos, Inc.

escheer@theranos.com

(650) 320-2765


PRIVILEGED AND CONFIDENTIAL COMMUNICATION


IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which it is addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.


Theranos, Inc.,    1601 S California Avenue,    Palo Alto,   CA,   94304

650-838-9292 | www.theranos.com

Trial Exh. 1491 Page 0003    **SER-1551** THPFM0002147556

**To:** Erika Cheung[echeung@theranos.com]; Mark Pandori[mpandori@theranos.com]; Adam Rosendorff[arosendorff@theranos.com]

**Cc:**      Aurelie Souppe[asouppe@theranos.com]; Jamie Liu[jliu@theranos.com]; Romina Riener[rriener@theranos.com]
**From:**    Langly Gee
**Sent:**    Fri 3/28/2014 6:37:22 PM
**Importance:**      Normal
**Subject:**   RE: Failed QC
**Received:**      Fri 3/28/2014 6:37:24 PM

Erika:

Both

---

**From:** Erika Cheung
**Sent:** Friday, March 28, 2014 11:37 AM
**To:** Mark Pandori; Langly Gee; Adam Rosendorff
**Cc:** Aurelie Souppe; Jamie Liu; Romina Riener
**Subject:** RE: Failed QC

Is this for CAPSYS or Hand-filled cartridges or both?

Thanks,

Erika

---

**From:** Mark Pandori
**Sent:** Friday, March 28, 2014 11:09 AM
**To:** Langly Gee; Adam Rosendorff
**Cc:** Aurelie Souppe; Erika Cheung; Jamie Liu; Romina Riener
**Subject:** RE: Failed QC

Langly,

Exactly what I wanted.  Thank you.

However now, I am tempted to ask for how many of these failures resulted in re-calibration?

From that, we could calculate how much time it takes to run the average Edison patient, with all failures inclusive to that calculation.  Is this data readily obtainable?

I will include this in my Issues Reports.

Mark Pandori

---

**From:** Langly Gee
**Sent:** Friday, March 28, 2014 10:25 AM
**To:** Mark Pandori; Adam Rosendorff
**Cc:** Aurelie Souppe; Erika Cheung; Jamie Liu; Romina Riener
**Subject:** Failed QC

Mark:

The other day you asked for a number of failed QC ELISA runs.  For March, 26% runs failed.

---

Confidential

Trial Exh. 1633 Page 0001

**SER-1552**

THPFM0001362138

Case: 22-10338, 09/20/2023, ID: 12796123, DktEntry: 46-8, Page 154 of 205

| Assay | Failed Low Level | Failed High Level | Total Runs | % Failures |
|---|---|---|---|---|
| Vitamin D | 11 | 3 | 77 | 18.2 |
| TT4 | 6 | 5 | 47 | 23.4 |
| TT3 | 11 | 9 | 39 | 51.3 |
| fT4 | 4 | 4 | 40 | 20.0 |
| tPSA | 4 | 11 | 51 | 29.4 |
| TSH | 0 | 2 | 43 | 4.7 |
| TST | 4 | 10 | 31 | 45.2 |
| Total | 40 | 44 | 328 | 25.6 |

Confidential

SER-1553

THPFM0001362139

Message

| | |
|---|---|
| **From:** | Sunny Balwani [/O=THERANOS ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=SBALWANI] |
| **Sent:** | 6/12/2014 12:44:32 AM |
| **To:** | Elizabeth Holmes [/O=THERANOS ORGANIZATION/OU=First Administrative Group/cn=Recipients/cn=eholmes]; Daniel Young [/O=THERANOS ORGANIZATION/OU=First Administrative Group/cn=Recipients/cn=dyoung] |
| **CC:** | Samartha Anekal [/O=THERANOS ORGANIZATION/OU=First Administrative Group/cn=Recipients/cn=sanekal]; Suraj Saksena [/O=THERANOS ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Suraj Saksena] |
| **Subject:** | FW: Edison backlogs |
| **Importance:** | High |

we need this mess resolved asap. I have asking for more readers for over 2 weeks now and we have a total of 27 working/ready/caliberated Edisons in CLIA.

**From:** Adam Rosendorff
**Sent:** Wednesday, June 11, 2014 5:25 PM
**To:** Sunny Balwani
**Subject:** Edison backlogs
**Importance:** High

Hi Sunny

It looks like there is quite a backlog of EDISON tests. For instance, for TSH, there are 4 EDISONS that are available and passed QC, and 23 pending tests to be run. 9 of these are from aliquotted vacutainers. If we divided them up into batches of 6 tests per EDISON, that would mean about 6hrs more testing which would end at around 11.00pm. The staff are already ending their shifts at 7.00pm. I'd like to perhaps suspend vacutainer aliquotting until we can go to 2 shifts. What do you think?

Thanks,

Adam

**From:** Romina Riener
**Sent:** Wednesday, June 11, 2014 4:08 PM
**To:** Adam Rosendorff
**Cc:** Hoda Alamdar; Gurbir Sidhu
**Subject:** RE: update

Hi Adam,

Here is an update with the second shipment. Our shifts end in 2 hours, what should we do with the pending tests?

Confidential

THPFM0001150894

**SER-1554**

QC

| Assay | # of Readers | Pass both QC | Notes |
|---|---|---|---|
| TSH | 4 | 4 | |
| FT4 | 3 | 2 | |
| tPSA | 3 | 1 | Re-ran QC, failed again |
| TT3 | | | |
| TT4 | 3 | 2 | |
| TST | 2 | 2 | |
| HCG | 2 | 2 | |
| Vitamin D | 4 | 2 | Re-ran QC, only 2 passed |

Samples

| Assay | Total CTN Samples | Samples complete | Aliquoted Vacutainers | Vacutainers complete | Pending tests |
|---|---|---|---|---|---|
| TSH | 14 | 2 | 9 | 0 | 23 |
| FT4 | | | 2 | 0 | 2 |
| tPSA | 3 | 0 | 5 | 0 | 8 |
| TT3 | | | | | |
| TT4 | | | 2 | 0 | 2 |
| TST | | | 6 | 0 | 6 |
| HCG | 1 | 0 | 1 | | 2 |
| Vitamin D | 6 | 0 | 5 | 0 | 11 |

Thanks,

Romina

**From:** Adam Rosendorff
**Sent:** Wednesday, June 11, 2014 2:34 PM
**To:** Romina Riener
**Cc:** Hoda Alamdar; Gurbir Sidhu
**Subject:** RE: update

Romina

Confidential

THPFM0001150895

SER-1555

Thanks for the update.

Adam

**From:** Romina Riener
**Sent:** Wednesday, June 11, 2014 2:22 PM
**To:** Adam Rosendorff
**Cc:** Hoda Alamdar; Gurbir Sidhu
**Subject:** update

Hi Adam,

Here is an update on where we are today with samples and QCs.

QC

| Assay | # of Readers | **Pass both QC** | Notes |
|---|---|---|---|
| TSH | 4 | 4 | Re-running QC |
| FT4 | 3 | **2** | |
| tPSA | 3 | **1** | Re-running QC |
| TT3 | | | |
| TT4 | 3 | **2** | |
| TST | 2 | **2** | |
| HCG | 2 | 2 | |
| Vitamin D | 4 | 0 | Re-running QC |

Samples

| Assay | **Total CTN Samples** | Samples complete | **Aliquoted Vacutainers** | Vacutainers complete | Pending tests |
|---|---|---|---|---|---|
| **TSH** | 14 | 2 | **5** | 0 | 19 |
| **FT4** | | | **2** | 0 | 2 |
| **tPSA** | 3 | 0 | **2** | 0 | 5 |
| **TT3** | | | | | |
| **TT4** | | | **2** | 0 | 2 |
| **TST** | | | **4** | 0 | 4 |

Confidential

SER-1556

THPFM0001150896

| HCG | 1 | 0 | | | 1 |
| **Vitamin D** | 6 | 0 | **3** | 0 | 9 |

Our shift ends in 2 hours, what should we do with any pending tests?

-Romina

Confidential

SER-1557 THPFM0001150897

Theranos Confidential

**Projected Statement of Income**

| | Period Ending | 12/31/2014 | 12/31/2015 |
|---|---|---|---|
| **Revenue (US COMMERCIAL ONLY)** | | | |
| Lab Services from US Retail Pharmacies | | $ 42,000,000 | $ 470,000,000 |
| Lab Services Revenue from Physicians Offices | | $ 11,000,000 | $ 161,000,000 |
| Lab Services Revenue from Hospitals | | $ 47,000,000 | $ 290,000,000 |
| OnSite Services Revenue from Hospitals | | $ - | $ 11,000,000 |
| Pharmaceuticals Services | | $ 40,000,000 | $ 62,000,000 |
| DOD | | TBD | TBD |
| **Total Revenue** | | $ 140,000,000 | $ 990,000,000 |
| Cost of Revenue: | | | |
| Retail Pharmacy | | $ (16,000,000) | $ (188,000,000) |
| Physicians Office (courier) | | $ (4,000,000) | $ (64,000,000) |
| Hospital (courier) | | $ (14,000,000) | $ (87,000,000) |
| Hospital (onsite) | | $ - | $ (3,000,000) |
| Pharmaceutical Services | | $ (5,000,000) | $ (12,000,000) |
| DOD | | TBD | TBD |
| **Total Cost of Revenue** | | $ (39,000,000) | $ (354,000,000) |
| **Gross Profit** | | $ 101,000,000 | $ 636,000,000 |
| **Operating Expenses** | | | |
| Research & Development (including software apps & support) | | $ (57,000,000) | $ (127,000,000) |
| CLIA Lab Operations Fixed overhead (validation, software, facilities,..) | | $ (10,000,000) | $ (76,000,000) |
| Data Center | | $ (3,000,000) | $ (25,000,000) |
| Sales, Marketing & Branding | | $ (11,000,000) | $ (76,000,000) |
| G&A | | $ (21,000,000) | $ (95,000,000) |
| **Total Operating Expenses** | | $ (102,000,000) | $ (399,000,000) |
| **EBITDA** | | $ (1,000,000) | $ 237,000,000 |
| **Depreciation & Taxes** | | | |
| Depreciation of Capital Assets | | $ (2,000,000) | $ (7,000,000) |
| Taxes | | $ - | TBD |
| **Net Income** | | $ (3,000,000) | $ 230,000,000 |

*Handwritten annotations:* 900 locations; 47%; 160,000; 10,000; 60,000; Order of magnitude? How many tests thru how many sites?; 208K/location; 64.2%; 12.8%; 40.3%; 23.9%

Theranos Confidential

Trial Exh. 1853 Page 0001

US-REPORTS-0017479

RDV012671

Theranos Confidential

**THERANOS, INC. AND SUBSIDIARY**
Period ended July 14, 2014

|  | July 14, 2014<br>$'000 |
|---|---|
| **Current assets** |  |
| Cash & investment | $ 162,713 |
| Accounts Receivable | 25,000 |
| Inventory | 5,853 |
| Other current assets | 2,950 |
| **Total current assets** | 196,516 |
|  |  |
| Note Receiable | 26,969 |
| Plant & Equipment | 21,534 |
|  |  |
| **Total Assets** | $ 245,019 |
|  |  |
|  |  |
| **Current liabilities** |  |
| Accounts Payable | $ 4,627 |
| Other current liabilities | 4,188 |
| **Total current liabilities** | 8,815 |
|  |  |
| Deferred revenue & customers' deposits | 168,808 |
| Repurchaseable shares | 11,460 |
| Other long term liabilities | 4,183 |
| **Total liablities** | 193,266 |
|  |  |
| Common stock | 25,823 |
| Preferred stock | 331,717 |
| Accumulated deficit | (305,787) |
| **Total stockholder' equity** | 51,753 |
|  |  |
| **Total liabilities and stockholders' equity** | $ 245,019 |

*NO DEBT*

*Who? Pharma?*

Theranos Confidential

**To:**      Sunny Balwani[sbalwani@theranos.com]; Kozlowski, Casey[casey.kozlowski@walgreens.com]
**From:**    Jhaveri, Nimesh
**Sent:**     Fri 8/15/2014 12:18:18 PM
**Importance:**    Normal
**Subject:**  Thoughts and Goals
**Received:**     Fri 8/15/2014 12:18:30 PM

Hi Sunny and Casey,

There has been a lot of discussion with the new leadership on everything our company is doing to drive healthcare and our company. As you can imagine, our partnership is one at the core.

We have made unbelievable progress in the short 5 months - I received emails from several leaders telling me this.

However, it will be important that we drive with a single focus together. The 2 areas which must be focused on are:

Patients per day with a 4+ experience
Venous percent in the 10% range

We need to have a documented detailed plan on both or it will be difficult for me to convince expansion beyond AZ.

How can we do this and communicate a detailed plan?

Casey - this needs to be part of the playbook. In the next 30 days let's make this an absolute  must to complete with Sunny's team.

Be Well,
Nimesh

Nimesh S. Jhaveri, RPh, MBA
Divisional Vice-President
Walgreen Co.
200 Wilmot Rd.
Deerfield, IL 60015
p
m

Every day I help people **get, stay and live** well.

Confidential

    **SER-1560**  THPFM0001309489

**To:**       Sunny Balwani[sbalwani@theranos.com]
**From:**     ALAN EISENMAN
**Sent:**     Thur 10/9/2014 1:37:06 AM
**Importance:**       Normal
**Subject:**  Re: Negative report on Theranos from UBS
**Received:**         Thur 10/9/2014 1:36:37 AM

I meant to ask whether the sample has to be physically transported, which would give credence to the UBS report that the test results could take 24+ hours. I thought Elizabeth said the results were available in 2-4 hours, which implies the samples are tested locally.
Also, I still haven't gotten word from Danise on the number of shares issued, and outstanding.  If this is proprietary info, I will stop asking.  I have also not received any information on how I can receive my stock split shares.

Thanks,
Alan


-----Original Message-----
From: Sunny Balwani <sbalwani@theranos.com>
To: ALAN EISENMAN
Sent: Wed, Oct 8, 2014 8:15 pm
Subject: RE: Negative report on Theranos from UBS


we haven't announced these details about what can be done. thanks.


**From:** ALAN EISENMAN
**Sent:** Wednesday, October 08, 2014 6:15 PM
**To:** Sunny Balwani
**Subject:** Re: Negative report on Theranos from UBS

The blood samples can be analyzed on site, and don't have to be sent to a lab, correct?

Thanks,
Alan

-----Original Message-----
From: Sunny Balwani <sbalwani@theranos.com>
To: ALAN EISENMAN
Sent: Wed, Oct 8, 2014 8:11 pm
Subject: RE: Negative report on Theranos from UBS
doesn't surprise us. sounds like an uninformed consultant.

**From:** ALAN EISENMAN
**Sent:** Wednesday, October 08, 2014 5:59 PM
**To:** Elizabeth Holmes; Sunny Balwani
**Subject:** Negative report on Theranos from UBS

Elizabeth and Sunny,
    The link below will access the UBS report on Theranos.  They claim that the blood samples have to be sent to Palo Alto, they are less reliable than traditional tests, and the turnaround time is over 24 hours.  Hope to catch up soon.

Best,
Alan Eisenman




> From: aj.rice@ubs.com
> Subject: UBS: U.S. Healthcare Providers "Highlights from Call with Clinical Lab Industry ..."
> Date: Tue, 7 Oct 2014 17:01:30 -0400
> To:
>
> Click here for the full report: https://neo.ubs.com/shared/d1bXYVunQVx7CH
>
> Highlights from Call with Clinical Lab Industry Consultant; Theranos Remains a Hot Topic
>
>
> + Highlights of Conference Call with a Clinical Lab Industry Consultant

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0299186

> On Oct 7, we hosted a conference call with a clinical lab industry consultant. Our consultant covered a wide range of topics including, 1) Theranos, 2) the Clinical Lab Fee Schedule, 3) pressures and opportunities for molecular diagnostics, 4) the BRCA market, 5) lab consolidation, and 6) lab automation opportunities.
>
> + Theranos Remains a Focus for Investors
>
> Our industry consultant was initially optimistic about the promise of Theranos based mostly on the need for a much better point-of-care experience for patients. If the technology works as advertised, our consultant has felt that it could be a game changer. However, the model, as seen in a handful of Walgreen's locations, has evolved into a traditional reference lab offering where blood is drawn mostly through venepuncture and sent to a regional lab location with a 24+ hour turnaround. The original concept had been that the initial 40+ test menu could be performed on one machine in the Walgreen's location. However, the test menu at the relevant Walgreen's locations has evolved to over 215 today (including many esoteric tests), which based on existing technology would tend to require 10-20 different testing platforms. Our consultant believes it is highly unlikely that all of these tests are being done on one machine.
>
> + Cuts to Clinical Lab Fee Schedule (CLFS) Remain on the LT Horizon
>
> Our lab industry consultant believes CMS has a mandate to make reductions to the CLFS. He expects the initial rule relating to the changes planned for 2017 could show cuts of as much as 30%, but would likely be moderated once the industry has time to react. Note that even a 30% cut would be limited to 10% annually for the first few years given the legislation passed by Congress this past spring. CMS is expected to issue the final rule on how prices will be determined by mid-2015, with the formal survey of providers in 2016 and the final rule on the new average prices by the end of 2016. Our consultant believes that CMS will have a hard time including inpatient hospital lab work in the survey since in many cases th e lab test is bundled in with a DRG. Outpatient lab work that is paid for on a fee-for-service basis could be included in the average price.
>
> A.J. Rice
> Analyst
> aj.rice@ubs.com
>
>
> Brandon Fazio
> Analyst
> brandon.fazio@ubs.com
>
>
> Jailendra Singh
> Associate Analyst
> jailendra.singh@ubs.com
>
>
> www.ubs.com/investmentresearch< b r />>
> U.S. Healthcare Providers
>
> Equities
> Americas
> Healthcare Providers
>
>
> This report has been prepared by UBS Securities LLC.
> ANALYST CERTIFICATION AND REQUIRED DISCLOSURES AT END OF NOTE.
> UBS does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
>
> Statement of Risk
> Changes in government reimbursement can materially impact the ability of the companies in this sector to meet investor expectations. In addition, government reimbursement programs are complex, and, occasionally, a company misstep can give rise to government inquiries or investigations. These regulatory actions can pose headline and s u bstantive risk for post-acute providers as well.
>
> Required Disclosures
> This report has been prepared by UBS Securities LLC, an affiliate of UBS AG. UBS AG, its subsidiaries, branches and affiliates are referred to herein as UBS.
> For information on the ways in which UBS manages conflicts and maintains independence of its research product; historical performance information; and certain additional disclosures concerning UBS research recommendations, please visit www.ubs.com/disclosures. The figures contained in performance charts refer to the past; past performance is not a reliable indicator of future results. Additional information will be made available upon request. UBS Securities Co. Limited is licensed to conduct securities investment consultancy businesses by the China Securities Regulatory Commission.
> Analyst Certification: Each research analyst primarily responsible f or the content of this research report, in whole or in part, certifies that with respect to each security or issuer that the analyst covered in this report: (1) all of the views expressed accurately reflect his or her personal views about those securities or issuers and were prepared in an independent manner, including with respect to UBS, and (2) no part of his or her compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by that research analyst in the research report.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0299187

**SER-1562**

> UBS Investment Research: Global Equity Rating Definitions
>
>
> --------------------------------------------------------------------------------------------------------------------------------------
> 12-Month Rating Definition Coverage [1 ] IB Services [2 ]
> ------------------------------------------------------------ - -------------------------------------------------------------------------
> Buy FSR is > 6% above the MRA. 47% 34%
> Neutral FSR is between -6% and 6% of the MRA. 42% 28%
> Sell FSR is > 6% below the MRA. 11% 21%
> Short-Term Rating Definition Coverage [3 ] IB Services [4 ]
> Buy Stock price expected to rise within three months from the time the rating was assigned because of a specific catalyst or event. less than
>     1% less than 1%
> Sell Stock price expected to fall within three months from the time the rating was assigned because of a specific catalyst or event. less than
>     1% less than 1%
> --------------------------------------------------------------------------------------------------------------------------------------
> Source: UBS. Rating allocations are as of 30 September 2014.
> 1:Percentage of companies under coverage globally within the 12-month rating category. 2:Percentage of companies within the 12-month
>     rating category for which investment banking (IB) services were provided within the past 12 months. 3:Percentage of companies under
>     coverage globally within the Short-Term rating category. 4:Percentage of companies within the Short-Term rating category for which
>     investment banking (IB) services were provided within the past 12 months.
> KEY DEFINITIONS: Forecast Stock Return (FSR) is defined as expected percentage price appreciation plus gross dividend yield over the
>     next 12 months. Market Return Assumption (MRA) is defined as the one-year local market interest rate plus 5% (a proxy for, and not a
>     forecast of, the equity risk premium). Under Review (UR) Stocks may be flagged as UR by the analyst, indicating that the stock's price target
>     and/or rating are subject to possible change in the near term, usually in response to an event that may affect the investment case or valuatio
>     n . Short-Term Ratings reflect the expected near-term (up to three months) performance of the stock and do not reflect any change in the
>     fundamental view or investment case. Equity Price Targets have an investment horizon of 12 months.
> EXCEPTIONS AND SPECIAL CASES: UK and European Investment Fund ratings and definitions are: Buy: Positive on factors such as
>     structure, management, performance record, discount; Neutral: Neutral on factors such as structure, management, performance record,
>     discount; Sell: Negative on factors such as structure, management, performance record, discount. Core Banding Exceptions (CBE):
>     Exceptions to the standard +/-6% bands may be granted by the Investment Review Committee (IRC). Factors considered by the IRC include
>     the stock's volatility and the credit spread of the respective company's debt. As a result, stocks deemed to be very high or low risk may be
>     subject to higher or lower bands as they relate to the rating. When such exceptions ap p ly, they will be identified in the Company
>     Disclosures table in the relevant research piece.
> Research analysts contributing to this report who are employed by any non-US affiliate of UBS Securities LLC are not registered/qualified as
>     research analysts with the NASD and NYSE and therefore are not subject to the restrictions contained in the NASD and NYSE rules on
>     communications with a subject company, public appearances, and trading securities held by a research analyst account. The name of each
>     affiliate and analyst employed by that affiliate contributing to this report, if any, follows.
> UBS Securities LLC: A.J. Rice; Brandon Fazio; Jailendra Singh.
> Company Disclosures
>
>
> -----------------------------------------------------------------------------------------------------------------
> Company Name Reuters 12-month rating Short-term rating Price Price date
> --------------------------------- - --------------------------------------------------------------------------------
> Laboratory Corporation of America Hldg [16 ] LH.N Buy N/A US$101.40 06 Oct 2014
> Quest Diagnostics [16 ] DGX.N Neutral N/A US$60.34 06 Oct 2014
> -----------------------------------------------------------------------------------------------------------------
> Source: UBS. All prices as of local market close.
> Ratings in this table are the most current published ratings prior to this report. They may be more recent than the stock pricing date
> 16.UBS Securities LLC makes a market in the securities and/or ADRs of this company.
> Unless otherwise indicated, please refer to the Valuation and Risk sections within the body of this report.
>
> ------------------------------------------------------------------------------
> Laboratory Corporation of America Hldg (US$)
> ---------------- - -------------------------------------------------------------
> Performance (US$)
> Date Price 12m price target 12-month rating
> Sep-30-2009 65.70 - No Rating
> Jul-07-2010 74.99 79.00 Neutral
> Sep-13-2010 73.05 76.00 Neutral
> Oct-21-2010 78.08 77.00 Neutral
> Dec-07-2010 82.72 88.00 Neutral
> Apr-18-2011 94.66 95.00 Neutral
> Apr-21-2011 96.58 100.00 Neutral
> May-19-2011 100.72 101.00 Neutral
> Sep-13-2011 81.92 - No Rating
> Sep-14-2011 83.11 92.00 Neutral
> Feb-10-2013 90.24 98.00 Neutral
> Oct-22-2013 100.88 105.00 Neutral
> Dec-03-2013 100.00 101.00 Neutral
> Dec-10-2013 99.15 93.00 Neutral
> Apr-01-2014 102.27 112.00 Buy

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0299188

> Aug-13-2014 103.66 118.00 Buy
> Source: UBS; as of 06 Oct 2014
> ------------------------------------------------------------------------
> -------------- - ---------------------------------------------------
> Quest Diagnostics (US$)
> ------------------------------------------------------------------
> Performance (US$)
> Date Price 12m price target 12-month rating
> Sep-30-2009 52.19 - No Rating
> Jul-07-2010 49.77 54.00 Neutral
> Jul-21-2010 46.70 51.00 Neutral
> Jan-24-2011 54.17 56.00 Neutral
> Feb-01-2011 57.00 59.00 Neutral
> Apr-18-2011 58.26 60.00 Neutral
> Sep-12-2011 48.82 - No Rating
> Sep-14-2011 49.35 54.00 Neutral
> Oct-26-2011 56.07 56.00 Neutral
> Jan-24-2012 60.73 61.00 Neutral
> Oct-17-2012 59.75 62.00 Neutral
> Nov-13-2012 56.67 61.00 Neutral
> Apr-18-2013 55.76 59.00 Neutral
> Jul-18-2013 58.91 61.00 Neutral
> Oct-17-2013 58.90 60.00 Neutral
> Jan-30-2014 52.38 56.00 Neutral
> Apr-24-2014 57.57 60.00 Neutral
> Jul-25-2 0 14 62.14 62.00 Neutral
> Source: UBS; as of 06 Oct 2014
> ------------------------------------------------------------------------
> ----------------------------------------------------------------
> Laboratory Corporation of America Hldg (US$)
> ----------------------------------------------------------------
> Performance (US$)
> Date Price Short-term rating
> Sep-30-2009 65.70 No Rating
> Source: UBS; as of 06 Oct 2014
> ------------------------------------------------------------------------
> ------------------------------------------------------
> Quest Diagnostics (US$)
> ------------------------------------------------------
> Performance (US$)
> Date Price Short-term rating
> Sep-30-2009 52.19 No Rating
> Source: UBS; as of 06 Oct 2014
> ------------------------------------------------------
> Global Disclaimer
> This document has been prepared by UBS Securities LLC, an affiliate of UBS AG. UBS AG, its subsidiaries, branches and affiliates are referred to herein as UBS.
> This document is for distribution only as may be permitted by law. It is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or would subject UBS to any registration or licensing requirement within such jurisdiction. It is published solely for information purposes; it is not an advertisement nor is it a solicitation or an offer to buy or sell any financial instruments or to participate in any particular trading strategy. No representation or warranty, either express or implied, is provided in relation to the accuracy, completeness or reliability of th e information contained in this document ('the Information'), except with respect to Information concerning UBS. The Information is not intended to be a complete statement or summary of the securities, markets or developments referred to in the document. UBS does not undertake to update or keep current the Information. Any opinions expressed in this document may change without notice and may differ or be contrary to opinions expressed by other business areas or groups of UBS. Any statements contained in this report attributed to a third party represent UBS's interpretation of the data, information and/or opinions provided by that third party either publicly or through a subscription service, and such use and interpretation have not been reviewed by the third party.
> Nothing in this document constitutes a representation that any investment strategy or recommendation is suitable or appropriate to an investor's individual circumstances or otherwi s e constitutes a personal recommendation. Investments involve risks, and investors should exercise prudence and their own judgement in making their investment decisions. The financial instruments described in the document may not be eligible for sale in all jurisdictions or to certain categories of investors. Options, derivative products and futures are not suitable for all investors, and trading in these instruments is considered risky. Mortgage and asset-backed securities may involve a high degree of risk and may be highly volatile in response to fluctuations in interest rates or other market conditions. Foreign currency rates of exchange may adversely affect the value, price or income of any security or related instrument referred to in the document. For investment advice, trade execution or other enquiries, clients should contact their local sales representative.
> The value of any investment or income may go down as well as up, and investors may not get back the f ull (or any) amount invested. Past performance is not necessarily a guide to future performance. Neither UBS nor any of its directors, employees or agents accepts any liability for any loss (including investment loss) or damage arising out of the use of all or any of the Information.
> Any prices stated in this document are for information purposes only and do not represent valuations for individual securities or other

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0299189

**SER-1564**

financial instruments There is no representation that any transaction can or could have been effected at those prices, and any prices do not necessarily reflect UBS's internal books and records or theoretical model-based valuations and may be based on certain assumptions. Different assumptions by UBS or any other source may yield substantially different results.

> This document and the Information are produced by UBS as part of its research function and are provided to you solely for general background information. UBS has no regard to the spe c ific investment objectives, financial situation or particular needs of any specific recipient. In no circumstances may this document or any of the Information be used for any of the following purposes:

> (i) valuation or accounting purposes;

> (ii) to determine the amounts due or payable, the price or the value of any financial instrument or financial contract; or

> (iii) to measure the performance of any financial instrument.

> By receiving this document and the Information you will be deemed to represent and warrant to UBS that you will not use this document or any of the Information for any of the above purposes or otherwise rely upon this document or any of the Information.

> Research will initiate, update and cease coverage solely at the discretion of UBS Investment Bank Research Management. The analysis contained in this document is based on numerous assumptions. Different assumptions could result in materially different results. The analyst(s) responsible for the preparation of this document may interact with trading desk personnel, sales personnel and other parties for the purpose of gathering, applying and interpreting market information. UBS relies on information barriers to control the flow of information contained in one or more areas within UBS into other areas, units, groups or affiliates of UBS. The compensation of the analyst who prepared this document is determined exclusively by research management and senior management (not including investment banking). Analyst compensation is not based on investment banking revenues; however, compensation may relate to the revenues of UBS Investment Bank as a whole, of which investment banking, sales and trading are a part.

> For financial instruments admitted to trading on an EU regulated market: UBS AG, its affiliates or subsidiaries (excluding UBS Securities LLC) acts as a market maker or liquidity provider (in accordance with the interpreta t ion of these terms in the UK) in the financial instruments of the issuer save that where the activity of liquidity provider is carried out in accordance with the definition given to it by the laws and regulations of any other EU jurisdictions, such information is separately disclosed in this document. For financial instruments admitted to trading on a non-EU regulated market: UBS may act as a market maker save that where this activity is carried out in the US in accordance with the definition given to it by the relevant laws and regulations, such activity will be specifically disclosed in this document. UBS may have issued a warrant the value of which is based on one or more of the financial instruments referred to in the document. UBS and its affiliates and employees may have long or short positions, trade as principal and buy and sell in instruments or derivatives identified herein; such transactions or positions may be inconsistent with the opinions expressed in this docu m ent.

> United Kingdom and the rest of Europe: Except as otherwise specified herein, this material is distributed by UBS Limited to persons who are eligible counterparties or professional clients. UBS Limited is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. France: Prepared by UBS Limited and distributed by UBS Limited and UBS Securities France S.A. UBS Securities France S.A. is regulated by the ACP (Autorité de Contrôle Prudentiel) and the Autorité des Marchés Financiers (AMF). Where an analyst of UBS Securities France S.A. has contributed to this document, the document is also deemed to have been prepared by UBS Securities France S.A. Germany: Prepared by UBS Limited and distributed by UBS Limited and UBS Deutschland AG. UBS Deutschland AG is regulated by the Bundesanstalt fur Finanzdienstleistungsaufsicht (BaFin). Spain: Prepared by UBS Limited and dist r ibuted by UBS Limited and UBS Securities España SV, SA. UBS Securities España SV, SA is regulated by the Comisión Nacional del Mercado de Valores (CNMV). Turkey: Distributed by UBS Limited. No information in this document is provided for the purpose of offering, marketing and sale by any means of any capital market instruments and services in the Republic of Turkey. Therefore, this document may not be considered as an offer made or to be made to residents of the Republic of Turkey. UBS AG is not licensed by the Turkish Capital Market Board under the provisions of the Capital Market Law (Law No. 6362). Accordingly, neither this document nor any other offering material related to the instruments/services may be utilized in connection with providing any capital market services to persons within the Republic of Turkey without the prior approval of the Capital Market Board. However, according to article 15 (d) (ii) of the Decree No. 32, there is no restriction on t h e purchase or sale of the securities abroad by residents of the Republic of Turkey. Poland: Distributed by UBS Limited (spolka z ograniczona odpowiedzialnoscia) Oddzial w Polsce. Russia: Prepared and distributed by UBS Securities CJSC. Switzerland: Distributed by UBS AG to persons who are institutional investors only. UBS AG is regulated by the Swiss Financial Market Supervisory Authority (FINMA). Italy: Prepared by UBS Limited and distributed by UBS Limited and UBS Italia Sim S.p.A. UBS Italia Sim S.p.A. is regulated by the Bank of Italy and by the Commissione Nazionale per le Società e la Borsa (CONSOB). Where an analyst of UBS Italia Sim S.p.A. has contributed to this document, the document is also deemed to have been prepared by UBS Italia Sim S.p.A. South Africa: Distributed by UBS South Africa (Pty) Limited, an authorised user of the JSE and an authorised Financial Services Provider. Israel: This material is distributed by UBS Limited. UBS Limited is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. UBS Securities Israel Ltd is a licensed Investment Marketer that is supervised by the Israel Securities Authority (ISA). UBS Limited and its affiliates incorporated outside Israel are not licensed under the Israeli Advisory Law. UBS Limited is not covered by insurance as required from a licensee under the Israeli Advisory Law. UBS may engage among others in issuance of Financial Assets or in distribution of Financial Assets of other issuers for fees or other benefits. UBS Limited and its affiliates may prefer various Financial Assets to which they have or may have Affiliation (as such term is defined under the Israeli Advisory Law). Nothing in this Material should be considered as investment advice under the Israeli Advisory Law. This Material is being issued only to and/or is directed only at persons who are Eligible Clients within the meaning of the Israeli Advisory Law, and this material must not be relied on or acted upon by any other persons. Saudi Arabia: This document has been issued by UBS AG (and/or any of its subsidiaries, branches or affiliates), a public company limited by shares, incorporated in Switzerland with its registered offices at Aeschenvorstadt 1, CH-4051 Basel and Bahnhofstrasse 45, CH-8001 Zurich. This publication has been approved by UBS Saudi Arabia (a subsidiary of UBS AG), a Saudi closed joint stock company incorporated in the Kingdom of Saudi Arabia under commercial register number 1010257812 having its registered office at Tatweer Towers, P.O. Box 75724, Riyadh 11588, Kingdom of Saudi Arabia. UBS Saudi Arabia is authorized and regulated by the Capital Market Authority to conduct securities business under license number 08113-37. United States: Distributed to US persons by either UBS Securities LLC or by UBS Financial Services Inc., subsidiaries of UBS AG; or by a group, subsidiary or affiliat e of UBS AG that is not registered as a US broker-dealer (a 'non-US affiliate' ) to major US institutional investors only. UBS Securities LLC or UBS Financial Services Inc. accepts responsibility for the content of a document prepared by another non-US affiliate when distributed to US persons by UBS Securities LLC or UBS Financial Services Inc. All transactions by a US person in the securities mentioned in this document must be effected through UBS Securities LLC or UBS Financial Services Inc., and not through a non-US affiliate. Canada: Distributed by UBS Securities Canada Inc., a registered investment dealer in Canada and a Member-Canadian Investor Protection Fund, or by another affiliate of UBS AG that is registered to conduct business in Canada or is otherwise exempt from registration. Brazil: Except as otherwise specified herein, this material is prepared by UBS Brasil CCTVM S.A. to persons who are eligible investors residing in Brazil,

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0299190

**SER-1565**

which are consider e d to be: (i) financial institutions, (ii) insurance firms and investment capital companies, (iii) supplementary pension entities, (iv) entities that hold financial investments higher than R$300,000.00 and that confirm the status of qualified investors in written, (v) investment funds, (vi) securities portfolio managers and securities consultants duly authorized by Comissão de Valores Mobiliários (CVM), regarding their own investments, and (vii) social security systems created by the Federal Government, States, and Municipalities. Hong Kong: Distributed by UBS Securities Asia Limited and/or UBS AG, Hong Kong Branch. Singapore: Distributed by UBS Securities Pte. Ltd. [mica (p) 107/09/2013 and Co. Reg. No.: 198500648C] or UBS AG, Singapore Branch. Please contact UBS Securities Pte. Ltd., an exempt financial adviser under the Singapore Financial Advisers Act (Cap. 110); or UBS AG, Singapore Branch, an exempt financial adviser under the Singapore Financial Advisers Act ( Cap. 110) and a wholesale bank licensed under the Singapore Banking Act (Cap. 19) regulated by the Monetary Authority of Singapore, in respect of any matters arising from, or in connection with, the analysis or document. The recipients of this document represent and warrant that they are accredited and institutional investors as defined in the Securities and Futures Act (Cap. 289). Japan: Distributed by UBS Securities Japan Co., Ltd. to professional investors (except as otherwise permitted). Where this document has been prepared by UBS Securities Japan Co., Ltd., UBS Securities Japan Co., Ltd. is the author, publisher and distributor of the document. Distributed by UBS AG, Tokyo Branch to Professional Investors (except as otherwise permitted) in relation to foreign exchange and other banking businesses when relevant. Australia: Clients of UBS AG: Distributed by UBS AG (Holder of Australian Financial Services License No. 231087). Clients of UBS Securities Australia Ltd: Distr i buted by UBS Securities Australia Ltd (Holder of Australian Financial Services License No. 231098). Clients of UBS Wealth Management Australia Ltd: Distributed by UBS Wealth Management Australia Ltd (Holder of Australian Financial Services Licence No. 231127). This Document contains general information and/or general advice only and does not constitute personal financial product advice. As such, the Information in this document has been prepared without taking into account any investor's objectives, financial situation or needs, and investors should, before acting on the Information, consider the appropriateness of the Information, having regard to their objectives, financial situation and needs. If the Information contained in this document relates to the acquisition, or potential acquisition of a particular financial product by a 'Retail' client as defined by section 761G of the Corporations Act 2001 where a Product Disclosure Statement would be req u ired, the retail client should obtain and consider the Product Disclosure Statement relating to the product before making any decision about whether to acquire the product. The UBS Securities Australia Limited Financial Services Guide is available at: www.ubs.com/ecs-research-fsg. New Zealand: Distributed by UBS New Zealand Ltd. The information and recommendations in this publication are provided for general information purposes only. To the extent that any such information or recommendations constitute financial advice, they do not take into account any person's particular financial situation or goals. We recommend that recipients seek advice specific to their circumstances from their financial advisor. Dubai: The research distributed by UBS AG Dubai Branch is intended for Professional Clients only and is not for further distribution within the United Arab Emirates. Korea: Distributed in Korea by UBS Securities Pte . Ltd., Seoul Branch. This document may have been edited or contributed to from time to time by affiliates of UBS Securities Pte. Ltd., Seoul Branch. Malaysia: This material is authorized to be distributed in Malaysia by UBS Securities Malaysia Sdn. Bhd (253825-x). India: Prepared by UBS Securities India Private Ltd. (Corporate Identity Number U67120MH1996PTC097299) 2/F, 2 North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra (East), Mumbai (India) 400051. Phone: +912261556000 SEBI Registration Numbers: NSE (Capital Market Segment): INB230951431, NSE (F&O Segment) INF230951431, BSE (Capital Market Segment) INB010951437.

> The disclosures contained in research documents produced by UBS Limited shall be governed by and construed in accordance with English law.

> UBS specifically prohibits the redistribution of this document in whole or in part without the written permission of UBS and UBS accepts no liability whatsoever for the actions of third parties in this respect. Images may depict objects or elements that are protected by third party copyright, trademarks and other intellectual property rights. © UBS 2014. The key symbol and UBS are among the registered and unregistered trademarks of UBS. All rights reserved.

The information contained in this email message is being transmitted to and is intended for the use of only the individual(s) to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby advised that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please immediately delete.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0299191

**To:**     Sunny Balwani[sbalwani@theranos.com]; Elizabeth Holmes[eholmes@theranos.com]
**From:**    Christian Holmes
**Sent:**    Fri 10/10/2014 5:50:42 PM
**Importance:**    Normal
**Subject:**   RE: BDT visitors to wag saturday
**Received:**    Fri 10/10/2014 5:50:45 PM

Also wanted to send along our thoughts for how to accomplish the FS in the scenario their orders prompt venous. Assumptions here from EAH are that we must not do venous draw, and we cannot tell them that their order prompts venous if it does. The following is the action planning to accomplish this.

Need to decide in the event we don't run/report a test on their order b/c prompts venous (not in the case of this being caused by volume), how we communicate this either up front or when we send results

Thanks!

Prep actions
- Anam\Robin have list of names which includes possible patients from BDT
- Nishit is briefed to be able to handle any manual actions necessary in the lab when samples arrive
  - Need to confirm he is available, if not, backup is DY?
- Ciara will be briefed with BDT names, told to expect a call from us should there need to be any workflow changes, which could include drawing extra finger sticks, otherwise instruction is to collect the CTNs requested in the app by as few finger sticks as possible


Scenario 1: Scanned order from BDT VIP contains tests that prompt for venous draw
- This is verified by Anam using the Sample Calculator app before completing transcription
- Use Case A: venous is prompted due to some tests not yet being on FS, but would otherwise prompt FS
  - Remove tests that are not yet on FS and complete transcription
  - Visit is completed per SOP
  - Negatives
    - Need to either tell the patient at the store that we will not run a few tests (this would require Anam calling the store to have them tell the patient since it cannot be handled through the app), or tell them on the backend that we could not run certain tests.
- Use Case B: venous is prompted due to volume of tests but tests would prompt FS if ordered individually
  - Remove enough tests in SM to allow the patient to proceed with FS
    - This combination of tests is determined via the Sample Calculator app
  - Daniel or Max will determine what combination of CTNs are required to complete the full order and communicate this to Ciara before she brings the BDT VIP into the draw room
  - Ciara will collect the number of CTNs required with as few sticks as possible. She will flag the samples so that they are handled with extra care when they arrive at the lab.
  - Negatives
    - If BDT VIP is a self-pay patient (cash or credit), then the receipt printed by the app will only show the tests transcribed, which will not include all the tests on the order
    - If they notice missing tests on the receipt, they may ask the WAG tech about it. Worst case they would make a call to CS and Anam would tell them everything is fine. Ciara will also be able to come out of the draw room once check-in is complete to welcome them into the room and distract from looking at the receipt.

Scenario 2: scanned order from BDT VIP contains tests we do not offer on our menu (regardless of venous vs fingerstick) but all other tests combine to prompt finger stick
- This is verified by Anam using the Sample Calculator app before completing transcription
- Order is transcribed per SOP
- Outcome
  - Tech tells patient that tests are not offered by Theranos, proceeds with visit per normal SOP
- Negatives
  - None really, patient understands some tests are not on the Theranos menu. Not a high likelihood this will happen

**From:** Sunny Balwani

FOIA Confidential Treatment Requested by Theranos

TS-0830981

Trial Exh. 2065 Page 0001

**SER-1567**

**Sent:** Thursday, October 09, 2014 9:21 PM
**To:** Christian Holmes; Elizabeth Holmes
**Cc:** Diana Lee
**Subject:** RE: BDT visitors to wag saturday

Diana. can you send Christian list of 4 people from BDT who visited us few days back this was Byron Trott and his team.

---

**From:** Christian Holmes
**Sent:** Thursday, October 09, 2014 5:45 PM
**To:** Elizabeth Holmes; Sunny Balwani
**Subject:** BDT visitors to wag saturday

Where can I find the list of names you mentioned from BDT who could come into WAG on Saturday?

We will send over the different workflows for how we will accommodate fingerstick regardless of what's on the order, and possible issues associated, as requested.

Thanks

FOIA Confidential Treatment Requested by Theranos

**SER-1568**

TS-0830982

**To:** Adam Rosendorff[arosendorff@theranos.com]
**From:** Sunny Balwani
**Sent:** Wed 11/5/2014 1:16:47 AM
**Importance:** Normal
**Subject:** RE: Theranos tests
**Received:** Wed 11/5/2014 1:16:49 AM

Adam.

this is not the case. And when a device fails, we always take the right corrective action and make sure it doesn't impact the quality of results. in any case, this would be adifferent point that using/not using multiple methods. we can discuss these next week in person. more productive.

thanks for the email.

---

**From:** Adam Rosendorff
**Sent:** Tuesday, November 04, 2014 5:14 PM
**To:** Sunny Balwani
**Subject:** RE: Theranos tests

Finally (and there is objective data on this), the rate of QC failure is lower on predicate devices than it is on Edisons, as is the throughput of predicate devices.

---

**From:** Adam Rosendorff
**Sent:** Tuesday, November 04, 2014 5:11 PM
**To:** Sunny Balwani
**Subject:** RE: Theranos tests

Sunny

My reasoning is that in that case we would be measuring our analyte on serum obtained from venous blood, whereas all of our validations, as well as reference ranges, are designed to validate EDTA-plasma from capillary blood (including any bias corrections applied based on the sample coming from capillary vs venous). Secondly, the capillary blood collection process as well as the device itself impacts the reference range, which would not be captured simply by aliquotting venous blood into a CTN, or even bypassing the aliquotting process and running as the Edison LDT. Thirdly, if a patient is having an analyte tracked over time, the ULOQ and LLOQ will be different depending on whether we run the test on a predicate Siemens device versus an EDISON, and this is going to be confusing, and further, it is always best to use a single sample type and device if you are going to monitor patients results over time, because this takes any inherent discrepancy between venous and capillary as well as any differences relating to collection procedure, out of the equiation.

One test, one sample type, and a unique RR is the best and most transparent solution IMHO.

Adam

---

**From:** Sunny Balwani
**Sent:** Tuesday, November 04, 2014 5:01 PM
**To:** Adam Rosendorff
**Subject:** RE: Theranos tests

Adam.

I haven't spoken to Elizabeth yet but reading your email; why would we discontinue #2? our assays are able to process much smaller sample size and even when we collect in vacutainer our collections remain small and it does makes tremendous sense to run our LDT – for instance PSA, Vitamin D on Edisons or 4S or cyto. we don't think we should discontinue these.

Confidential

SER-1569

THPFM0000002944

We will touch base next week once we dig deeper into other points etc..

thanks.

---

**From:** Adam Rosendorff
**Sent:** Tuesday, November 04, 2014 4:12 PM
**To:** Elizabeth Holmes; Sunny Balwani
**Subject:** RE: Theranos tests

Sunny and Elizabeth

I have discussed this with the team (Swapna, Nishit, Daniel), and all that remains is to get your signoff.

Thanks,

Adam

---

**From:** Adam Rosendorff
**Sent:** Monday, November 03, 2014 10:10 AM
**To:** Elizabeth Holmes; Sunny Balwani
**Subject:** Theranos tests

Elizabeth and Sunny

I would prefer if all Theranos tests showed reference ranges that were specific to the sample type and method being used.

Eg.

(1)   Capillary blood   Theranos test

(2)   Venous blood    Theranos test

(3)   Venous blood    Predicate test

In terms of (1), we can easily establish the ranges for all tests based on patients already tested.

In terms of (2)  we should discontinue this practice.

In terms of (3) we should use the manufacturer established reference ranges per the IFU.

Secondly, I would like the physician to be aware if a test was performed on fingerstick versus venous blood, and this should be made clear in the laboratory report. This would make the physician more understanding of discrepant results that might arise due to matrix/sample type effects.

Regards,

Adam

Confidential

SER-1570

THPFM0000002945

**To:** Elizabeth Holmes[eholmes@theranos.com]
**From:** Sunny Balwani
**Sent:** Fri 11/21/2014 11:50:02 PM
**Importance:** Normal
**Subject:** RE: Redraw request 11-21-14
**Received:** Fri 11/21/2014 11:50:01 PM

we need to respond to him now and cut him Monday.

---

**From:** Elizabeth Holmes
**Sent:** Friday, November 21, 2014 3:45 PM
**To:** Sunny Balwani
**Subject:** FW: Redraw request 11-21-14

---

**From:** Adam Rosendorff
**Sent:** Friday, November 21, 2014 3:45 PM
**To:** Elizabeth Holmes
**Subject:** Fwd: Redraw request 11-21-14

Elizabeth

I find Sunnys response offensive and disingenuous.

He should apologize.

Adam

Sent from my iPhone

Begin forwarded message:

> **From:** Sunny Balwani <sbalwani@theranos.com>
> **Date:** November 21, 2014 at 2:29:47 PM PST
> **To:** Adam Rosendorff <arosendorff@theranos.com>
> **Subject: RE: Redraw request 11-21-14**
>
> Adam. see attached.
>
> Michael jumped the gun in requesting this redraw. And so did you in jumping to conclusion without understanding the process.
>
> We have very high confidence in every result we are releasing. When we see a critical value, we rerun the sample. When we cant because of QNS, we request a redraw and we request a full vacutainer asap. Moreover, our protocol in the field is to send a phlebotomist to patient's home asap if this happens.
>
> Please let me know if you have any additional questions on this.

FOIA Confidential Treatment Requested by Theranos

SER-1571

TS-1078326

**From:** Adam Rosendorff
**Sent:** Friday, November 21, 2014 11:48 AM
**To:** Elizabeth Holmes; Sunny Balwani
**Subject:** Fwd: Redraw request 11-21-14

Elizabeth/Sunny

We are still voiding critical ISE results and asking for redraw. This means we would miss a truly critical ISE result. By the same token it calls into question the accuracy of even the normal ISE results.

Are you both comfortable with this?

Thanks,

Adam

Sent from my iPhone

Begin forwarded message:

> **From:** Michael Picetti <mpicetti@theranos.com>
> **Date:** November 21, 2014 at 11:23:29 AM PST
> **To:** Adam Rosendorff <arosendorff@theranos.com>
> **Cc:** CLS <CLS@theranos.com>, cs <cs@theranos.com>
> **Subject: Redraw request 11-21-14**

Hi Adam,

Please approve a redraw for CMP for              (DOB              ). The chloride was critical high and the collected CTN was QNS for rerun.

Thank you,

Mike

FOIA Confidential Treatment Requested by Theranos

SER-1572

TS-1078327

**To:** Rose Edmonds[redmonds@theranos.com]; Paul Patel[ppatel@theranos.com]; Kwesi Mercurius[kmercurius@theranos.com]; Kathryn Rommel[KRommel@theranos.com]; Prasad Gawande[pgawande@theranos.com]; Douglas Matje[dmatje@theranos.com]; Caitlin Ortega[cortega@theranos.com]
**Cc:** Adam Rosendorff[arosendorff@theranos.com]; Xinwei Sam Gong[xgong@theranos.com]
**From:** Nicholas Haase
**Sent:** Sat 8/31/2013 6:11:02 PM
**Importance:** Normal
**Subject:** RE: GC assay
**Received:** Sat 8/31/2013 6:11:04 PM

In addition to Rose's comments, we just received pathological samples last night. These are only known to be pathological for a single analyte; therefore, we are going to screen these to see if they are pathological for any additional analytes.


Nick


-----Original Message-----
From: Rose Edmonds
Sent: Saturday, August 31, 2013 10:13 AM
To: Paul Patel; Nicholas Haase; Kwesi Mercurius; Kathryn Rommel; Prasad Gawande; Douglas Matje; Caitlin Ortega
Cc: Adam Rosendorff; Xinwei Sam Gong
Subject: RE: GC assay

As of right now none of our assays are completely through validation including clinical sample testing with fingerstick. We began venous testing on the new predilution protocols yesterday (Friday) for chem 18 and will continue today. I can try to prioritize doing samples with matched fingerstick today after I start the first set. Prioritizing clinical sample testing will slow down non-clinical validation of non-chem 18 assays but I am assuming that completing these clinicals is priority. Please let me know if that is not the case. Thanks.

Rose Edmonds
Development Scientist
Theranos, Inc
1601 South California
Palo Alto, CA, 94304
Phone: (650) 470-6152

PRIVILEGED AND CONFIDENTIAL COMMUNICATION IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which it is addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc, 650-838-9292     www.theranos.com

-----Original Message-----
From: Paul Patel
Sent: Saturday, August 31, 2013 6:29 AM
To: Rose Edmonds; Nicholas Haase; Kwesi Mercurius; Kathryn Rommel; Prasad Gawande; Douglas Matje; Caitlin Ortega
Cc: Adam Rosendorff; Xinwei Sam Gong
Subject: FW: GC assay

Dear Team,

Can you give me an update so that I can respond? I know we have had quite a lot on non-clinical validation activities but not clear on the number of assays that are on the completed validation list that includes the clinical portion and the micro-sampling (assuming FS ).  Thanks

Paul

-----Original Message-----
From: Elizabeth Holmes
Sent: Saturday, August 31, 2013 1:17 AM
To: Paul Patel; Nicholas Haase; Xinwei Sam Gong
Cc: Daniel Young; Samartha Anekal; Sunny Balwani
Subject:

Let me know total number of GC micro-sample assays that have completed validation as of tomorrow (Advia and other platforms)

Confidential

SER-1574 THPFM0000000501

Message

| | |
|---|---|
| **From:** | Jeffrey Blickman [/O=THERANOS ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JEFFREY BLICKMAN] |
| **Sent:** | 9/4/2013 6:12:04 AM |
| **To:** | Elizabeth Holmes [eholmes@theranos.com] |
| **CC:** | Sunny Balwani [sbalwani@theranos.com]; Christian Holmes [cholmes@theranos.com]; Daniel Edlin [dedlin@theranos.com] |
| **Subject:** | .COM PDF + Jim Fox's comments |

Elizabeth – here's the PDF screenshots of latest .COM to send to counsel, along with Jim's (abridged) feedback from today, removed anything based on personal opinion

1.   What is the source/backup data for "At Theranos, we can perform all lab tests on a sample 1/1,000 the size of a typical blood draw."

2.   Our Revolution/Our Technology - "A tiny drop is all it takes" - we often use MORE than one drop; we should say:

a.   "A **few drops** is all it takes" or

b.   "**As little as one** drop is all it takes" or

c.   Some other phrase not limited to a single drop.

**3.**   States several times that "Theranos Software Products **will …**

**a.**   **Should be** "Theranos Software Products **will be designed to…**

4.   On pages 7 and 23 we show specific prices – which might be interpreted as a price quote:

a.   Are these mock-ups of what will be a real page that allows people to get a valid price? Yes Or is this page just an illustration of what users can expect to see on a different, active page?

b.   This is OK if it is an active page where users can check our real prices. **We should not include a static image showing prices if it is meant for illustrative purposes only.**

c.   **We should not include these numbers unless 1) they are correct for everyone who visits the web-site and 2) we update them every time they change.** Should not be an issue

d.   Otherwise, we should make clear these prices are "EXAMPLES" or "FOR ILLUSTRATIVE PURPOSES ONLY" or some such disclaimer that makes clear the prices in the pictures are not meant to be relied upon.

Pg 7:

Confidential

Trial Exh. 3965 Page 0001

**SER-1575**

THPFM0003105986



Pg 23:



Confidential

**SER-1576**

THPFM0003105987



theranos



# one tiny drop changes everything.

At Theranos, we're revolutionizing lab testing. Now, for the first time, our high complexity CLIA-certified laboratory can perform all your tests quickly and accurately on samples as small as a single drop.



### The lab test, reinvented.

No big needles. No endless waiting. We've built a whole new approach to getting you answers.

Our revolution

### A smarter, better way.

In the physician's office or our breakthrough Wellness Centers, we're making lab testing more accessible than ever.

Our centers

### Knowing changes everything.

We believe access to accurate, affordable, real-time diagnostic information is a basic human right.

Our company

---

### For healthcare providers:

Find out how Theranos can help you take patient care to the next level.

Learn more



Confidential

Trial Exh. 3965 Page 0003

**SER-1577**

THPFM0003105988

# the lab test, reinvented.



At Theranos, we can perform all lab tests on a sample 1/1,000 the size of a typical blood draw.



**A tiny drop is all it takes.**

Theranos' patented technology can analyze samples 1/1,000 the size of the typical blood draw. Our tests are certified at the highest level. They cover the full range of tests ranging from blood, urine, and other samples. They faster and easier, and with the highest quality.

**Faster results. Faster answers.**

Our micro sample analysis performs at amazing speeds. So we can have results to you and your doctor faster than previously possible – in less than four hours, on average, which means a faster, highly accurate diagnosis and better, more informed treatment.

**Highest levels of accuracy.**

By systematically controlling and standardizing our micro-processes, we offer tests with the highest levels of accuracy. We've also automated our pre- and post-analytic processes, drastically minimizing human processing — the cause of the majority of lab-test errors.

**COEFFICIENT OF VARIATION**



**More precise trending.**

Since we make it easier to precisely measure your body's information at the needed frequencies, we can keep you see small changes in test results as they emerge over time. In doing so, we're working to help better track chronic conditions and provide insight into the early detection of a broad range of medical conditions.



Confidential

**SER-1578** THPFM0003105989

theranos



# same tests.
# a whole new
# approach.

At Theranos, we're committed to making the whole lab testing experience more comfortable and convenient. Because being in control of your health should be positive and empowering.

---

## Finally, a lab test that asks less of you.



No big needles.



Just a tiny drop.



Into our nanotainer ™



### A new lab experience.

Over the next few months, we'll be introducing groundbreaking new spaces that transform the way you think about lab tests. Our Theranos Wellness Centers are designed to make your experience as easy and comfortable as possible. You can make an appointment or walk in at your leisure. Then enjoy our friendly new process. Everything, including the relaxing environment, is designed with your wellness in mind.

### The only thing you should feel is better.

Instead of a big, intimidating needle, we can use a tiny finger stick or collect a micro-sample from a venous draw. It's a friendlier, less invasive, and less painful experience. No big bad to fill. No more searching for a good vein. And no big, painful bruises. The only thing we want you to feel is well.





### Unrivaled convenience.

With Theranos, you can give your sample in your doctor's office, or bring your lab order to any of our convenient Theranos Wellness Centers. No more looking to an out-of-the-way laboratory. No more dealing with your health on someone else's terms. With our extended hours - including nights and weekends - it's easy to fit all your tests into your busy schedule.

Confidential

SER-1579

THPFM0003105990

theranos



# the lab test goes digital.

We live in a higher-accountable, fast-connected world. At Theranos, we think your health information should keep pace. So we created a system designed to let you know more, better and faster. Because the more you know about what's happening in your body, the more you can do to live the life you want to live.

## We believe you have the right to your own health information.

### Everything, right at your fingertips.

From lab order to processing, to results, every aspect of your testing is connected through our secure online network. So you and your doctor can always have answers quickly and accurately, right when you need them. All with institutional-level safeguards that make sure your information is always safe and private.



### A better way to see results.

To access your results, your doctor can choose to use theranos.mil, our secure digital hub that organizes all your results, or otherwise review them electronically. Within minutes of completing a test, your results will be available in easy-to-read graphs. You'll also be able to see your data through the theranos mil secure and mobile app. All of which lets you and your doctor visualize your health in a whole new, dramatic way.



### Answers at the speed of digital.

Waiting for results is often the worst part of the test. With theranos, you get your answers back faster than previously possible. No more waiting in fear. And you or your doctor can view your results anytime, anywhere. So you can get the care you need when you need it.

### It's just the beginning.

We believe you deserve to know everything about your body. So we're building a full suite of tools for you — from websites to mobile apps. For the first time, you'll be able to see and better understand all your information. So you can monitor and take control of your own health like never before.



Confidential

SER-1580

THPFM0003105991

theranos



# every test.
# for everybody.

We offer the full range of laboratory tests. And we're making them more affordable for more people. Because we believe everyone deserves access to the best technology, the best science, and the best tools to help them know all they can about their health.

We're committed to providing the highest-quality, lowest-cost lab tests.

**A complete test menu.**

From the most common panels to the most specialized test, Theranos offers a complete testing menu. So whether you're living with a chronic condition or actively managing your own health, we've built our laboratory to be able to support your full range of care needs. We use the same standard assays and process your doctor knows, so he or she can always order with confidence.



THERANOS MAINTAINS ALWAYS

# 50% OR LESS

THAN MEDICARE-COVERED RATES

**Covered and affordable.**

We're committed to making our testing more accessible to everyone. That means pricing our tests dramatically lower than currently available options. We can bill all major insurance carriers as well as Medicare and Medicaid. And if you're uninsured, we offer you the same discounted prices as we offer everyone else. Because care should cost the same, no matter who you are.



**Oncology**

When you need frequent testing, we're easier, faster and much less painful.



**Pediatrics**

Our tiny micro-sample means our littlest patients have more smiles and fewer tears.



**Geriatrics**

No more searching for veins. We can collect your sample using a low finger stick.

Confidential

THPFM0003105992
SER-1581

theranos

# a totally new lab experience.

At Theranos, we're not only revolutionizing the lab test, we're completely reinventing the whole experience. Everything is designed with you in mind.

Enter your zip code to find your nearest Theranos Wellness Center.

## Theranos Wellness Centers

For the first time ever, we're bringing lab testing closer to you. In the coming months, our breakthrough Theranos Wellness Centers will bring our completely new approach to convenient, neighborhood locations.

New Theranos Wellness Centers at *Walgreens*





### A peaceful, tranquil space.

Our Wellness Centers feature relaxing spaces with peaceful, spa-inspired environments. From soothing materials on the walls to something as simple as a really comfortable seat, we made sure you'll always be surrounded by the calm feeling of wellness.

## Comfort. Relaxation. It's a different world in here.

### Welcome to efficiency.

We know your time is valuable, so we want your experience to be as fast and efficient as possible. From our simple check-in, to the tiny sample draw, to the pleasant surprise of being done so quickly, it's our goal to have you done and on your way in minutes.

### The comfort of convenience.

You can make an appointment or simply walk into any Theranos Wellness Center. Bring any paper order you may have for any other lab. Or you can simply have your doctor submit your order electronically. And since we're the first to be open early mornings, nights, weekends, even some holidays, we're always easy to fit into your schedule.

Confidential

SER-1582

THPFM0003105993



Confidential

**SER-1583**

THPFM0003105994

Theranos Wellness Centers will be located in select
Walgreens stores throughout the country. For the first time
ever, accurate, convenient lab testing comes to you.

## A revolution in lab testing, coming right to your neighborhood.

### As convenient as your nearest Walgreens.

We're working to give everyone access to fast, affordable, high-quality lab testing. By putting Theranos Wellness Centers inside conveniently-located Walgreens stores, we're taking a big step toward making that a reality. Through Walgreens' many easy-to-find locations, you'll have more ways to take control of your health, your energy, and your life.





### Your health, on your schedule.

Since many Walgreens' stores are open early mornings, evenings, weekends, and even holidays, our Wellness Centers can fit into your schedule better than traditional labs. Now you can have your lab testing done at your convenience -- while shopping, running errands, even on your way to your doctor's appointment.

### An easier way to wellness.

No one should ever avoid lab tests because they're too painful, too inconvenient, or too expensive. With Theranos, it doesn't have to be that way. By placing our Wellness Centers in neighborhood Walgreens stores, we're making it easier for more people to know what's happening with their health. And a little knowing changes everything.



Confidential

SER-1584

THPFM0003105995



## Elizabeth Holmes, Founder, and CEO

Elizabeth Holmes is CEO of Theranos, which she founded in 2003. Elizabeth left Stanford University's School of Engineering to build Theranos around her patents and vision for healthcare.

## Our board.

**Elizabeth Holmes**

Theranos Chairman, CEO, and Founder

**George P. Shultz**

George P. Shultz has had a distinguished career in government, in academia, and in the world of business. He is one of two individuals who have held four different federal cabinet posts, he has taught at three of this country's greatest universities, and for eight years he was president of a major engineering and construction company. Since 1989, he has been a distinguished fellow at Stanford University's Hoover Institution. He is a recipient of the Medal of Freedom, our nation's highest civilian honor.

**Gary Roughead**

Gary Roughead is a retired United States Navy admiral who served as the 29th Chief of Naval Operations. Roughead is one of only two officers to have commanded the fleets in the Pacific and Atlantic, commanding the U.S. Pacific Fleet and Joint Task Force 519, as well as U.S. Fleet Forces Command. He also served as Commandant, United States Naval Academy, the Department of the Navy's Chief of Legislative Affairs, and as Deputy Commander, U.S. Pacific Command. Admiral Roughead is a Distinguished Fellow at the Hoover Institution. He also serves on the board of the Northrop Grumman Corporation.

**William J. Perry**

William Perry is an entrepreneur, mathematician, and engineer who was the United States Secretary of Defense under President Bill Clinton. He also served as Deputy Secretary of Defense and Under Secretary of Defense for Research and Engineering. Dr. Perry has extensive business experience and currently serves on the boards of several high-tech companies and as Chairman of Global Technology Partners. He was the founder and president of Electromagnetic Systems Laboratory (ESL), Inc. Dr. Perry is currently the Michael and Barbara Berberian Professor (emeritus) at Stanford University, with a joint appointment at the Freeman Spogli Institute for International Studies and the School of Engineering.

**Samuel Nunn**

Samuel Nunn served as a United States Senator from Georgia for twenty-four years and as Chairman of the Senate Armed Services Committee and the Permanent Subcommittee on Investigations. He is currently the co-chairman and Chief Executive Officer of the Nuclear Threat Initiative (NTI), a

**James N. Mattis**

James N. Mattis is a retired United States Marine Corps general who last served as the 11th commander of United States Central Command. He previously commanded United States Joint Forces Command and served concurrently as NATO's Supreme Allied Commander Transformation. Prior to that, he commanded I Marine Expeditionary Force, United States Marine Forces Central Command, and 1st Marine Division during the Iraq War. General Mattis retired after more than 41 years of service to the nation.

**Richard Kovacevich**

Richard Kovacevich served as the Chief Executive Officer of Wells Fargo & Company from 1998–2007 and Chairman of the Board from 2001-2009. Prior to Wells Fargo, Kovacevich held numerous executive positions including Division General Manager of General Mills, head of regional retail banking at Citicorp, and President & CEO of Norwest Corporation until its merger with Wells Fargo in 1998. He currently serves on a number of corporate boards, including Cargill Inc., The Clearing House LLC, Cisco Systems Inc., and as a member of the Federal Reserve's Federal Advisory Council.

**Henry A. Kissinger**

Henry Kissinger is Chairman of Kissinger Associates, Inc., an international consulting firm. Dr. Kissinger served as Assistant to the President for National Security Affairs from 1969-1975 and as Secretary of State from 1973-1977. He has received numerous awards in recognition of his work in foreign policy, including the Nobel Peace Prize and Presidential Medal of Freedom. Dr. Kissinger serves on a number of governmental, corporate, and non-profit organizational boards and is the author of several books; his most recent, On China, was published in 2011.

**Sunny Balwani**

Sunny Balwani is an entrepreneur and a computer scientist. Sunny joined Theranos after dropping out of the Computer Science program at Stanford University. He received his MBA at UC Berkeley and undergraduate degree from UT Austin. Sunny began his career at Lotus Development Corporation, after which he served at Microsoft in various roles, and later started his own company in the business-to-business ecommerce space which he sold to CommerceOne. He currently serves as President and Chief Operating Officer of Theranos.

Confidential

SER-1585

THPFM0003105996



# we are redefining healthcare.

## careers at theranos

At Theranos, we are on a life-changing mission.

We're a team of technologists, scientists and inventors, led and backed by some of the greatest entrepreneurs, investors, creative minds, and global leaders.

Our people are our company.

We reward their dedication with highly competitive compensation, great healthcare benefits, catered meals, and more, with the opportunity to take part in changing the world.



### Corporate Headquarters

Theranos, Inc.
1601 S. California Avenue
Palo Alto, CA 94304

Phone: (650) 838-9292
Fax: (650) 838-9165
Email: info@theranos.com

### Support

Patient Support: (800) 470-0069
Physician Support: (800) 470-3590



Confidential

THPFM0003105997

Trial Exh. 3965 Page 0012

SER-1586

theranos



# welcome to a better, smarter lab test.

Theranos is a breakthrough in laboratory testing. We can analyze smaller samples than previously possible, with unprecedented speed and accuracy. So those on your patients. And helps you make better, better diagnoses.

By providing the highest-quality lab testing of the broad kind, we help you give your patients the best care possible.

Theranos is the first and only CLIA-certified laboratory running its tests on micro-samples.

### One tiny drop. Will change the world.

Thanks to our revolutionary technology, Theranos gives you precise results faster than ever, equipping you with actionable information when you need it. You can make faster diagnoses. Start stage and treatment sooner. And help your patients faster, with the confidence of knowing everything you need to know.

Our list ›



  

Draw smaller sample in your office.

Send patients to Theranos Wellness Centers.

### Work the way you want.

Theranos is designed to work the way you work. You can choose between sending your patients to our convenient Theranos Wellness Centers, or drawing samples in your office or facility. You can use your existing paper lab order forms or download ours.

Easy integration ›

Specialized for every specialty. Theranos is a new standard in lab testing that can help every practice. And we offer even more specialized tools for patients with very specific needs, or specialty practices.

  

**Oncology**

With Theranos, patients can test at the necessary frequency with less trauma. Our micro-sample size lowers the risk of anemia and other secondary effects of large-volume draws.

**Pediatrics**

When you're caring for the littlest patients, even a simple blood draw can be the biggest obstacle. But since we only require tiny drops for tests like lead, traumatic, giving you more smiles and fewer fears.

**Geriatrics**

With Theranos, you can process samples from patients who collapse veins without the discomfort they go through now. No more searching for veins. No more painful draws from the knuckles or back of the hand.

### A new era in patient care.

With Theranos, you can offer your patients the most advanced, cutting-edge healthcare technology. From a tiny-tiny blood draw, to fast results, to convenient lab options, you can now give your patients the kind of care you want to provide.

### Designed with doctors for doctors.

Theranos is designed to integrate seamlessly into the day-to-day workflow of any practice or facility. Every detail — from sample-draw options to integrated lab history reporting — has been thought through with you in mind.

### Better patient compliance.

By giving patients an easier way to get lab tests, you're more likely to see better patient compliance. From less pain to lower costs and easier access, we make it simpler for patients to stay engaged with you and their own health.

### CLIA's highest certification.

Theranos is a CLIA-certified high-complexity laboratory, meeting the highest, most stringent standards for lab testing. We perform tests on the full range of sample-blood, urine, fluids, saliva, and more. And constantly undergo comprehensive proficiency testing in maintaining our certification.

Confidential

THPFM0003105998

**SER-1587**

# a revolution in lab testing.



**1.29**cm

At Theranos, we can perform all lab tests on a sample 1/1,000 the size of a typical blood draw.

## One tiny drop. Thousands of answers.

Theranos can perform the full range of tests on samples as small as tiny drops, from 1/1,000 the size of a typical blood draw. Our assays are certified under CLIA, FDA, and ISO guidelines. And we provide the highest level of oversight, automation, and standardization in both our pre- and post-analytic processes, ensuring the highest level of accuracy and precision. So you get the actionable information you need.

## Unrivaled Accuracy



## Auto-reflex testing.



When you order tests, you can specify follow-on tests to run automatically on the same sample if certain results are out of range. This saves your patient another trip to the lab, avoids prophylactic decision-making and unnecessary prescriptions, and helps you properly diagnose conditions sooner than you'd be able to with conventional procedures.

## Better data from fresher samples.

Because Theranos rapidly processes fresh samples, we can analyze key markers before their analysis. Assay rates affect result integrity. Our systems provide insight into subtle trends in important analytes, or concentrations of analytes, and display results graphically in a richer environment.



Confidential

**SER-1588**

THPFM0003105999

# seamlessly integrates with your practice.

Theranos is designed to fit into the practice workflow. So you can have cutting-edge technology that helps you do things your way.

**theranos**
1601 S California Ave • Palo Alto, CA 94304

## Our secure network lets you get results electronically, anytime, anywhere, from any device.

### No new infrastructure needed.

You can draw samples in your office using your standard venipuncture draw method. Our specimen is your smallest workflow: it all just need.

Soon, we'll also be introducing new ways of collecting samples that will simplify and speed up your workflow. Click "Get Started" at the top of this page to stay informed.





### Our revolutionary Wellness Centers.

You can also have your patients have samples drawn at any Theranos Wellness Center. They're conveniently located and are available on a walk-in or appointment basis, easily fitting into patients' schedules and routines.

At Theranos, we're building a decentralized system that lets you connect with your patients electronically, no matter where they are.

## How to start using Theranos.



**Send samples to us.**
You can draw up samples using your smallest venipuncture. Just sign up and we'll help you register and arrange convenient delivery options.
Get started here >



**Send patients to us.**
Or download our lab order form and send your patients to our convenient Theranos Wellness Centers. Sign up today and we'll get you set up.

## The power of knowing.

Theranos is spearheading in a whole new era of lab testing with the aim of providing you better, more insightful lab information. We're committed to surfacing important results and insights in actionable ways from displaying data in easy to interpret graphs even to automatic alerts that flag out-of-range or panic results for you. Because knowing more right when you need to know it, lets you do what you do best.

Confidential

THPFM0003106000

**SER-1589**

theranos



Confidential

**SER-1590** THPFM0003106001



Confidential

**SER-1591**

THPFM0003106002



Confidential

**SER-1592**

THPFM0003106003

theranos

PRIVACY POLICY

Theranos understands that privacy is important and has created this Privacy Policy in order to communicate its policies and practices relating to information collected on or through the Theranos Website. Throughout this Privacy Policy, "Theranos" and "We" refers to Theranos, Inc. "User" or "Users" refers to you or any users – everyone who uses or visits Theranos.com. The "Theranos Website" refers to the website located at theranos.com (and any subdomains thereof) and information provided by Theranos at this website.
By using the Theranos Website, you expressly consent to the information handling practices described in this notice. This Privacy Policy is incorporated into and is subject to the Theranos Website Terms of Use. Your use of the Theranos Website and any personal information you provide through the Theranos Website are subject at all times to this Privacy Policy and the Terms of Use.

**1. The Information Theranos Collects**

Information You Provide:
[illegible]

"Cookies" Information:
[illegible]

"Automatically Collected" Information:
[illegible]

**2. The Way Theranos Uses Information**

[illegible]

[illegible]

[illegible]

[illegible]

**3. When Theranos Discloses Information**

[illegible]

[illegible]

[illegible]

**4. Your Choices**

[illegible]

**5. Data Security**

[illegible]

[illegible]

**6. Children's Privacy**

[illegible]

[illegible]

[illegible]

**7. International Visitors**

[illegible]

### 7. International Matters

[text too faded to read reliably]

### 8. In the Event of Merger or Sale

[text too faded to read reliably]

### 9. Changes and Updates to this Privacy Policy

[text too faded to read reliably]

### 10. Effective Date, Date Last Modified

Privacy Policy last modified on September 7, 2015.

### 11. Theranos Contact Information

[text too faded to read reliably]



**theranos**

SECURITY POLICY

**The protection and security of client data is our top priority.**

[body text too faded to read reliably]

**Authentication**
[text too faded to read reliably]

**Authorization**
[text too faded to read reliably]

**Auditing**
[text too faded to read reliably]

**Data Privacy**
[text too faded to read reliably]

**Data Integrity**
[text too faded to read reliably]



Confidential

SER-1594

THPFM0003106005

### 1. Ownership Rights

### 2. Trademarks

### 3. Warranty Disclaimer

### 4. Limitation of Liability

### 5. Termination

### 6. Jurisdiction

### 7. Miscellaneous

Confidential

THPFM0003106006

SER-1595

8. Date of Last Revision

September 9, 2013

9. Theranos Customer Contact

If you would like to contact Theranos for any reason, please call (650) 838-9292, send a fax to (650) 838-9165, Attention: Information Technology, or send an email to all@theranos.com or write to: Information Technology, Theranos, Inc., 1601 S. California Ave., Palo Alto, CA 94304.



Message

| | |
|---|---|
| **From**: | Christian Holmes [/O=THERANOS ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CHRISTIAN HOLMES] |
| **Sent**: | 9/6/2013 5:16:18 PM |
| **To**: | Jeffrey Blickman [jblickman@theranos.com]; Daniel Edlin [dedlin@theranos.com] |
| **Subject**: | FW: Theranos website comments |

**From:** Elizabeth Holmes
**Sent:** Friday, September 06, 2013 8:37 AM
**To:** Christian Holmes
**Cc:** Sunny Balwani
**Subject:** Fwd: Theranos website comments

Begin forwarded message:

**From:** Kate Beardsley <kbeardsley@beardsleylawpllc.com>
**Date:** September 6, 2013, 7:18:01 AM PDT
**To:** Elizabeth Holmes <eholmes@theranos.com>
**Subject: Fwd: Theranos website comments**

I am forwarding the Hyman Phelps comments. If you want, we can get on the phone later today to discuss. Jamie gives her availability in the text.

Sent from my iPad

Begin forwarded message:

**From:** "Jamie K. Wolszon" <JWolszon@hpm.com>
**Date:** September 5, 2013, 10:02:46 PM EDT
**To:** 'Kate Beardsley' <kbeardsley@beardsleylawpllc.com>, "Robert A. Dormer" <RDormer@hpm.com>
**Subject: Theranos website comments**

Hi Kate,

Please find below my comments to the Theranos' website. Several of these comments repeat throughout the website, so I do not necessarily mention each instance. As discussed, they fall within the categories of substantiation for superlative or comparative performance claims, suggestion that consumer can order tests or receive results without involvement of physician. In addition, I do not think several of the claims apply to urine or other samples. I have a call from 9-10 am, but would be available from 10-1:30 or after 2:30 for a call.

- Please remove references to "all" tests and replace with statements such as "multiple" or "several"  It is highly unlikely that the laboratory can perform every conceivable test, both from a logistical standpoint and because the CLIA certification designates specific specialties of tests the lab performs.

- For a similar reason, replace "full range" with "broad range"

- Change "getting you answers" to "getting you and your physician answers"

- Ensure substantiation for claim "1/1,000 the size of" typical blood draw

- Does the "revolution" also apply to the urine and other samples? It appears that it really only applies to blood, although the other matrices are mentioned.

- Replace "faster and easier" with fast and easy

- Replace "highest quality" with high quality

- Ensure substantiation for "4 hours or less"

- Replace "amazing" with "very high"

- Why would fast necessarily lead to "highly accurate" "better more informed treatment"?

- What substantiation do you have for "have results to you and your doctor faster than previously possible"?

- Phrase "you and your doctor" in context of results implies that results are sent to patient at same time as doctor, which is inconsistent with several state laws. Replace with your doctor

- I doubt that most consumers will be familiar with the concept of coefficient of variance

- A CV of less than 10 percent could still be too high—it depends on the test

- Replace highest levels of accuracy with high levels of accuracy

- What substantiation do you have for the statement that human processing is the cause of most lab errors?

- Can you use a less risky analyte than PSA?

Confidential

SER-1598

THPFM0002795586

- Change "we can help you see" to "we can help you and your physician see"

- Change "we're working to help better track chronic conditions" to "were working to help you and your physician"

- Change more precise to precise

- Change "provide insight" to provide "you and your doctor insight"

- Remove reference to early detection (particularly since you use it on the same page as PSA—the implication is that it can provide for early detection of prostate cancer, which is a risky claim).

- Add "once your physician orders a test" before "you can make an appointment or walk in at your leisure."  Patient must have physician order or inconsistent with several state laws.

- Ensure substantiation for "it's a less invasive, and less painful experience"

- "system designed to let you know more, better and faster" should be "designed to let you and your physician."  (Note that unlike the other claims, this states that it is designed to let you know faster as opposed to stating that it is faster)

- Change the more you know about what is happening in your body to "more you and your physician know"

- In the section about seeing the results, you need to revise to be clear that the physician sees the results, and then the patient can have access after the physician authorizes the results.  Otherwise you will not be consistent with several state laws.

- Change complete to comprehensive

- Replace "most common panels to most specialized test" with common panels to specialized tests

- Ensure substantiation for dramatically lower

- Remove references to oncology and pediatrics—this increases risk

- You mention Walgreens.  I assume they have consented to be mentioned?

- "even on your way to the doctor's office" could imply that you go before receiving the doctor's order.

- The bio for Samuel Nunn appears to be cut off

- Ensure substantiation for "unprecedented speed and accuracy"

- For "first and only" please remove only.  Also, are you certain that you are the first lab to use any sort of micro-samples?  For instance, I have heard of labs running samples on blood spots from babies feet.  Wouldn't that qualify as a micro-sample?

- Remove "knowing everything you need to know"

- Ensure substantiation for "lowers the risk of anemia"

- Change "most advanced" to "advanced"

- CLIA requires all high-complexity labs to undergo proficiency testing on a quarterly basis, so claim about proficiency testing could misleadingly imply that lab is doing something unusual.

- CLIA's highest certification also could be misleading as there are only three categories—waived, moderate and high-complexity.  It is true that it is the highest certification, but several labs share this distinction.

- Also, I have yet to see a reference to California state laboratory license.  Does Theranos have one?

- Ensure substantiation for size of dime claim

- Remove "unrivaled accuracy"

- Ensure substantiation for "diagnose sooner"

Jamie K. Wolszon

Hyman, Phelps & McNamara, P.C.

700 13th Street, NW

Washington, DC  20005

(202) 737-4299 (Office)

(202) 737-9329 (Fax)

jwolszon@hpm.com

www.hpm.com

Visit the HPM blog: www.fdalawblog.net

**From:** Kate Beardsley [mailto:kbeardsley@beardsleylawpllc.com]
**Sent:** Thursday, September 05, 2013 12:50 PM
**To:** Robert A. Dormer
**Cc:** Jamie K. Wolszon
**Subject:** FW: .COM PDF

This is the Theranos website that needs to be reviewed. It is scheduled to go live tomorrow night, so there is some urgency. I think we will need to get on the phone with the client once we know what we want to say. You can reach me at           or at this email.

Thanks for taking this on on such short notice. I know it is a pain.

Kate

**From:** Elizabeth Holmes [mailto:eholmes@theranos.com]
**Sent:** Wednesday, September 04, 2013 7:05 PM
**To:** Kate Beardsley
**Subject:** FW: .COM PDF

═══════════════════════════════════
PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT -- This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292     www.theranos.com
═══════════════════════════════════

*************************************************************

This e-mail is sent by a law firm and may contain information that is
privileged or confidential. If you are not the intended recipient, please
delete the e-mail and any attachments and notify us immediately.
*************************************************************

---------- Forwarded message ---------
From: **Eisenman, Alan** <aeisenman@sofersteiner.com>
Date: Thu, Aug 27, 2015 at 2:29 PM
Subject: FW: Theranos
To: alanjayeisenman@              <alanjayeisenman@              >


Alan Eisenman

Sofer, Steiner, & Associates
2700 Post Oak Blvd
Suite 1150
Houston, TX 77056

(713) 622-6345 fax
www.sofersteiner.com
aeisenman@sofersteiner.com
Securities offered through LPL Financial. Member FINRA/SIPC
The information contained in this email message is being transmitted to and is intended for the use of only the individual(s) to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby advised that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please immediately delete.


-----Original Message-----
From: David Harris [mailto:dharris@uscallc.com]
Sent: Sunday, December 22, 2013 6:24 PM
To: Marc Ostrofsky & Beverle Gardner (marcostrofsky@              ); Sharyn Harris (sharynfeller@              ;
davemh333@              ; Alan Eisenman (aeisenman@sofersteiner.com)
Subject: FW: Theranos


From: Pat Mendenhall
Sent: Sunday, December 22, 2013 5:00 PM
To: David Harris
Cc: Robin and Kathy Harrison (rharrison@chd-law.com); Eric Long (tipperlong@              )
Subject: Re: Theranos

I just spent 45 minutes speaking with Sunny Balwani, President and COO of Theranos.

1

EISENMAN-000085

SER-1602

Trial Exh. 4060 Page 0001

Here is what I learned in no particular order-

1-they have 400 employees and will ramp to 800 in 2014
2- employee ramp is in sales and manufacturing
3- the "science" behind Theranos is complete.
4- no new science needed
5- no new invention needed
6- they are completely vertically integrated- they own the lab and the manufacturing.
7-100% manufacturing in USA- no subcontracting.
8- fully owned and protected manufacturing assures pricing and profit stability.
9-many more significant announcements coming 10-they saved a pharma company 204 million in clinical trial costs over 9 months 11-they can run a full body response to medication with drops in a day vs current technology would take a gallon of blood and a month (or in other words it can't currently be done).
12-current clinical trials take 6 viles and can run 10 to 12 tests. theranos takes 3 drops and can run 60 to 70 tests.
13- they have already negotiated billing codes with Medicare, Medicaid, and major carriers.
14-as of January 1st, approximately 50 percent of US citizens will be on government healthcare.
15-hospitals lose money on blood labs. currently blood labs cost hospitals over 200 percent of Medicare reimbursement and they bill private carriers at 400%. theranos saves them all a fortune. blood volumes becoming impossible to manage. Currently hospitals are required to test every in patient everyday for infection. This cost 1000 a day and take 3 days for results. theranos candor this for 80 dollars in an hour.

16- the competition is aware and has tried to address and down play theranos on conference calls with shareholders.
17- the competition is years behind on technology (maybe longer) and with bloated overheads and bureaucracy would have to charge the same rates they currently charge or higher therefore making their ability to compete let alone catch up very difficult if not impossible.
18- Theranos is heavily patented technology and intellectual property and is geared up to protect it.
19-the pricing of the tests has significant financial analysis behind them. the cheapest tests are usually add on not focused upon.
20- they are publishing their prices and results- this is a direct attack on competition.
21- their pricing could have been significantly higher but they designed it to be profitable, effective, and disruptive to the status quo. It is all designed to crush the competition while revolutionizing the health care industry.

Financials
1- they prefer to keep the competition guessing as to how much money they have and what their current revenue, profit margins, revenues sources, etc are.
2- they can fund growth thru current operations- no need for capital 3-they are raising money only to rapidly accelerate the business
4- they are fully to oversubscribed on a round of up to 200 million.
5- current market value is 7 billion
6- all shares all classes trade at $75 per share pre split
7- split will be 5 for 1
8- current shareholders can participate in an offering at current price (15 dollars a share split adjusted)
9- this round will have to close this year (documents being sent to me now) 10-the 200 mill will be early next year and at a slightly higher valuation.
11- next years round is institutional and oversubscribed.
12- unlike most Silicon Valley start ups they don't like or want dilution
13- they are aware they raised money in 05 and are conscious about needing to offer liquidity to shareholders at around 10 year mark. This can happen in a traditional way like IPO or non traditional way like Facebook in private round transactions.

I was and continue to be very impressed with everything I hear. The reality at Theranos is far greater than we have imagined( since we hadn't been told we had to imagine) We have all experienced a significant return so far and we

2

EISENMAN-000086

SER-1603

are a small part of a revolutionary game changing event for healthcare and human care. They are now doing genetic and human genome work that will push health care into areas not currently attainable. It looks and sounds like even at current levels this is an interesting stock. Of course they need to execute which they are doing now. It's also hard to know if 7 billion is a cheap valuation as both of the competitors are combined are 20 billion in market cap on combined 11 billion or so in revenue( please check my math).

Thanks,
Pat

I transcribed this email from my notes and I am confident I did so accurately. This is my opinion as a shareholder of Theranos and based on my conversation with the President and not the opinion of U S Capital Advisors.


Sent from my iPad

On Dec 22, 2013, at 1:34 PM, "David Harris" <dharris@uscallc.com> wrote:

>
>
> _____    _____
> From: Marco [marcostrofsky@ _____.
> Sent: Saturday, December 21, 2013 11:14 PM
> To: David Harris; Albe Angel; Alan Eisenman; Rubenstein Michael
> Subject: Theranos
>
> Alan,
>
> Here is the article i found that mentions $160 Billion savings over 10
> years for the govt because of theranos
>
> http://www.gingrichproductions.com/2013/10/breakout-in-healthcare/
>
>
>
> Marc Ostrofsky
> New York Times
> Bestselling Author
> Get Rich Click!
> &
> Word of Mouse
>
> Sent from my iPad
>

EISENMAN-000087

SER-1604

Trial Exh. 4060 Page 0003