No. 22-10338

IN THE

# United States Court of Appeals for the Ninth Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

*v.*

RAMESH "SUNNY" BALWANI,

*Defendant-Appellant*.

On Appeal from United States District Court
for the Northern District of California
No. 5:18-cr-00258-EJD-2, Hon. Edward J. Davila

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME;
DECLARATION OF MARK S. DAVIES**

Jeffrey B. Coopersmith
CORR CRONIN LLP
1015 Second Avenue, Fl. 10
Seattle, WA 98104

Amy Walsh
Stephen A. Cazares
Aaron P. Brecher
Sachi Schuricht
Amari L. Hammonds
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105

Mark S. Davies
James Anglin Flynn
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005
(202) 339-8400

*Counsel for Appellant*

Pursuant to Ninth Circuit Rule 31-2.2(b), Appellant Ramesh "Sunny" Balwani moves for a 60-day extension of time to file his reply brief. Mr. Balwani's reply brief is currently due on October 11, 2023. Per Ninth Circuit Rule 31-2.2(b), this motion is made at least seven days in advance of his existing deadline. With the proposed extension, the reply brief would be due on December 11, 2023. This is Mr. Balwani's first request for an extension of time for this brief. Counsel for the government has informed the undersigned that the government does not oppose this extension motion.

As reflected below and in the attached declaration of Mark S. Davies, the requested 60-day extension is warranted because of the complexity of the case, the co-pending appeal concerning restitution, and the press of other matters.

This is an appeal from a long and complicated trial that lasted four months, filled over 7,000 transcript pages, and resulted in a docket with over 1,750 filings. And the underlying case is extraordinarily complex, involving alleged misrepresentations about novel technology, sophisticated investments, and disputed medical and scientific opinions. Preparing the briefing and record for this appeal is unusually time-consuming, and Mr. Balwani is pursuing his appeal diligently under the circumstances. Reflecting that complexity, the government was allowed more than 130 days, or 4.3 months, to draft its answering brief.

1

Mr. Balwani and the undersigned counsel are also simultaneously litigating the appeal of the restitution award by the district court in this case. *See* 9th Cir. No. 23-1166. The opening brief in that appeal is due October 12, and the reply brief is expected to be due on December 4.

Finally, scheduling conflicts for Mr. Balwani's lead attorneys create a substantial need for additional time to prepare the opening brief in this complex case. Among other matters, appellate counsel Mark S. Davies has: the opening brief due on October 30 in *Sonos, Inc. v. Google LLC*, No. 23-2040 (Fed. Cir.); preparations for oral argument on November 8 in *Sonos, Inc. v. ITC & Google LLC*, Nos. 22-1421, -1573 (Fed. Cir.); and the answering brief due on December 11 in *Taction Technology, Inc. v. Apple Inc.*, No. 23-2349 (Fed. Cir.).

2

October 4, 2023

Jeffrey B. Coopersmith
CORR CRONIN LLP
1015 Second Avenue, Fl. 10
Seattle, WA  98104

Amy Walsh
Stephen A. Cazares
Aaron P. Brecher
Sachi Schuricht
Amari L. Hammonds
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105

Respectfully submitted,

*/s/ Mark S. Davies*
Mark S. Davies
James Anglin Flynn
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC  20005
(202) 339-8400

*Counsel for Appellant*

3

## DECLARATION OF MARK S. DAVIES

I, Mark S. Davies, declare as follows:

1.      I am a partner with Orrick, Herrington & Sutcliffe LLP, and counsel for Appellant Ramesh "Sunny" Balwani in *United States v. Balwani*, No. 22-10338 (9th Cir.).  I am a member of the bar of this Court in good standing and am a member of the bar of the District of Columbia.  If called as a witness, I could and would testify as follows based on my personal knowledge.

2.      The reply brief is currently due on October 11, 2023.

3.      I request a 60-day extension to file the reply brief.  With this extension, the reply brief would be due December 11, 2023.

4.      An extension is necessary because of the complexity of the appeal, the co-pending appeal concerning restitution, and the press of other matters.

5.      This appeal arises from a long and complicated trial that lasted four months and generated over 7,000 transcript pages and a docket that contains over 1,750 filings.

6.      The case is extraordinarily complex.  It involves alleged misrepresentations about novel technology, sophisticated investments, and disputed medical and scientific opinions.

4

7.    Preparing the briefing and record for this appeal is unusually time-consuming, and Mr. Balwani is pursuing his appeal diligently under the circumstances.

8.    Mr. Balwani and his counsel are simultaneously litigating an appeal of the restitution award in this case.  9th Cir. No. 23-1166.

9.    I am balancing my work on this appeal with other pressing matters, including: the opening brief due on October 30 in *Sonos, Inc. v. Google LLC*, No. 23-2040 (Fed. Cir.); preparations for oral argument on November 8 in *Sonos, Inc. v. ITC & Google LLC*, Nos. 22-1421, -1573 (Fed. Cir.); and the answering brief due on December 11 in *Taction Technology, Inc. v. Apple Inc.*, No. 23-2349 (Fed. Cir.).

10.    I have been informed by counsel for the government that the United States does not oppose the requested extension.

11.    I have exercised diligence and will file the reply brief within the time requested.

12.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed at Washington, District of Columbia, on October 4, 2023.

/s/ *Mark S. Davies*
Mark S. Davies

*Counsel for Appellant*

5