UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 5 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-10338 |
| Plaintiff-Appellee, | D.C. No. 5:18-cr-00258-EJD-2 |
| v. | Northern District of California, San Jose |
| RAMESH SUNNY BALWANI, | ORDER |
| Defendant-Appellant. | |

Appellant's unopposed motion (Docket Entry No. 50) for an extension of time to file the reply brief is granted.

The optional reply brief is due December 11, 2023. If the optional reply brief is not filed by December 11, 2023, the case will proceed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA167