UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 18 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. RAMESH SUNNY BALWANI, Defendant-Appellant. | No. 22-10338 D.C. No. 5:18-cr-00258-EJD-2 Northern District of California, San Jose ORDER |

Appellant's opposed motion pursuant to 9th Cir. R. 32-2 to file an oversized reply brief (Docket Entry No. 54) is denied in this case in which the opening and answering briefs complied with the type-volume limits set forth in 9th Cir. R. 32-1. *See* Circuit Advisory Committee Note to Rule 32-2 ("Motions to exceed the word limit will not be granted absent extraordinary and compelling circumstances. The Court already provides more generous word limits than provided by FRAP and most other Circuits. In almost all cases, the limits provided suffice even for multiple or complex issues. Most overlength briefs could be shorter and unnecessarily burden the Court.").

The Clerk will strike the reply brief submitted at Docket Entry No. 52. An optional reply brief containing no more than 7,000 words is due December 29, 2023.

OSA128

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT