UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 22 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>  v.<br><br>RAMESH SUNNY BALWANI,<br><br>    Defendant-Appellant. | No.    22-10338<br><br>D.C. No.<br>5:18-cr-00258-EJD-2<br>Northern District of California,<br>San Jose<br><br>ORDER |

Appellant's motion (Docket Entry No. 57) for reconsideration of this court's order (Docket Entry No. 56) denying his motion to file an oversized reply brief is granted in part.

An optional reply brief containing no more than 8,000 words, excluding the items exempted by Fed. R. App. P. 32(f), is due January 5, 2024.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA128