UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 21 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

　　　　　Plaintiff - Appellee,

　v.

RAMESH SUNNY BALWANI,

　　　　　Defendant - Appellant.

No. 22-10338

D.C. No. 5:18-cr-00258-EJD-2
U.S. District Court for Northern
California, San Jose

**ORDER**

The amicus brief submitted on May 19, 2023 by American Board of

Criminal Lawyers, et al. is filed. No additional paper copies are required at this

time.

　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　CLERK OF COURT