# CORR CRONIN | LLP

**JEFFREY B. COOPERSMITH**
*Attorney at Law*

(206) 501-3530
jcoopersmith@corrcronin.com

May 9, 2024

Hon. Molly C. Dwyer
Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
The James R. Browning Courthouse
95 Seventh Street
San Francisco, CA 94103

     Re:    *United States v. Balwani*, No. 22-10338

Dear Ms. Dwyer:

    I write on behalf of Defendant-Appellant Balwani in the above-captioned appeal, scheduled for argument on June 11, 2024. Earlier today, counsel for Defendant-Appellant Holmes filed a letter with the Court pursuant to Federal Rule of Appellate Procedure 28(j), concerning this Court's recent decision in *United States v. Lucas*, No. 22-50064. We join in Ms. Holmes's letter, which is attached here as an exhibit.

                  Very truly yours,

                  CORR CRONIN LLP

                  /s/ *Jeffrey B. Coopersmith*
                  Jeffrey B. Coopersmith

Enclosure