UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 9 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

UNITED STATES OF AMERICA,

        Plaintiff-Appellee,

  v.

RAMESH SUNNY BALWANI,

        Defendant-Appellant.

No. 22-10338

D.C. No.
5:18-cr-00258-EJD-2
Northern District of California,
San Jose

ORDER

---

Appellants Elizabeth Holmes and Ramesh "Sunny" Balwani jointly request a modification to the oral argument schedule in their appeals of their convictions and sentences (respectively, No. 22-10312 and No. 10338) as well as in the consolidate appeal from the district court's restitution order (Nos. 23-1040, 23-1166, 23-1167). Appellants' joint motion is **GRANTED**. Oral argument will proceed as follows, with the time listed allotted equally to each side:

| Case No. | Case Name | Min. Time/Side |
|---|---|---|
| 22-10312 | *United States v. Holmes* (conviction and sentence appeal) | 20 min. |
| 22-10338 | *United States v. Balwani* (conviction and sentence appeal) | 20 min. |
| 23-1040, 23-1166, 23-1167 | *United States v. Holmes & Balwani* (consolidate restitution appeal) | 10 min. |

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT