UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 16 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

 v.

RAMESH SUNNY BALWANI,

   Defendant - Appellant.

No. 22-10338

D.C. No. 5:18-cr-00258-EJD-2
U.S. District Court for Northern
California, San Jose

**ORDER**

   The amicus brief submitted on May 16, 2025 by National Association of

Criminal Defense Lawyers is filed. No paper copies are required at this time.

         FOR THE COURT:

         MOLLY C. DWYER
         CLERK OF COURT