UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 8 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff-Appellee,<br><br>  v.<br><br>RAMESH SUNNY BALWANI,<br><br>     Defendant-Appellant. | No.   22-10338<br><br>D.C. No.<br>5:18-cr-00258-EJD-2<br>Northern District of California,<br>San Jose<br><br>ORDER |

Plaintiff-Appellee United States is directed to file a response to Defendant-Appellant Balwani's petition for panel rehearing and rehearing en banc filed with this court on May 9, 2025.  *See* Dkt. # 92.  The response shall not exceed twenty pages or 5,000 words and shall be filed within 21 days of the date of this order. Parties who are registered for Appellate ECF must file the response electronically without submission of paper copies.  Parties who are not registered Appellate ECF filers must file the original response.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT