No. 22-10338

In The
# United States Court of Appeals for the Ninth Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

v.

RAMESH "SUNNY" BALWANI,

*Defendant-Appellant*.

On Appeal from United States District Court
for the Northern District of California
No. 5:18-cr-00258-EJD-2, Hon. Edward J. Davila

## APPELLANT'S OPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PETITION FOR REHEARING EN BANC OR PANEL REHEARING

Jeffrey B. Coopersmith
CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98101

Amari L. Hammonds
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071

Amy Walsh
Aaron P. Brecher
Sachi Schuricht
Brenna Ferris Neustater
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
(415) 773-5700

*Counsel for Defendant-Appellant*

## MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PETITION FOR REHEARING EN BANC OR PANEL REHEARING

Pursuant to Federal Rule of Appellate Procedure 27 and Ninth Circuit Rule 27-1, Appellant Ramesh "Sunny" Balwani respectfully requests leave to file the attached Reply in Support of Petition for Rehearing En Banc or Panel Rehearing.

On May 9, 2025, Mr. Balwani petitioned for rehearing en banc or panel rehearing, asserting that the panel decision conflicts with decisions of this Court, the Supreme Court, and other courts of appeals and that it implicates questions of exceptional importance. *See* Dkt. No. 92. On July 8, 2025, the Court ordered the government to file a response to the petition. *See* Dkt. No. 96. On July 29, 2025, the government filed its response. *See* Dkt. No. 97.

Mr. Balwani now seeks leave to file a short reply brief, which is 2,394 words (i.e., less than half the length of the government's response to the petition, *see id.*). And while the Federal Rules of Appellate Procedure and the Ninth Circuit Rules do not expressly permit or prohibit a reply to responses to a petition for rehearing, this Court routinely grants leave for a party to do so, including in numerous recent cases. *See, e.g.*, Order, *SaurikIT, LLC v. Apple, Inc.*, No. 22-16527 (9th Cir. Mar. 14, 2024), Dkt. No. 52; Order, *Huntsman v. Corp. of the President of the Church of Latter-Day Saints*, No. 21-56056 (9th Cir. Nov. 30, 2023), Dkt. No. 98; Order, *Wit v. United Behav. Health*, No. 20-17363

(9th Cir. June 27, 2022), Dkt. No. 122; Order, *Bernstein v. Virgin Am., Inc.*, No. 19-15382 (9th Cir. June 21, 2021), Dkt. No. 134; Order, *United States v. Kelley*, No. 19-30066 (9th Cir. Oct. 5, 2020), Dkt. No. 47. The same result is warranted here to correct errors of law and distortions of the record in the government's response.

Counsel for Mr. Balwani contacted counsel for the government about the relief requested in this motion. Counsel for the government stated that the United States opposes Mr. Balwani's request.

## CONCLUSION

For the reasons set forth above, this Court should grant leave to file the attached Reply in Support of Petition for Rehearing En Banc or Panel Rehearing.

August 1, 2025                                   Respectfully submitted,

                                                        */s/ Amy Walsh*

Jeffrey B. Coopersmith                           Amy Walsh
CORR CRONIN LLP                                  Aaron P. Brecher
1015 Second Avenue, 10th Floor                   Sachi Schuricht
Seattle, WA 98101                                Brenna Ferris Neustater
                                                 ORRICK, HERRINGTON &
Amari L. Hammonds                                  SUTCLIFFE LLP
ORRICK, HERRINGTON &                             405 Howard Street
  SUTCLIFFE LLP                                  San Francisco, CA 94105
355 S. Grand Avenue, Suite 2700                  (415) 773-5700
Los Angeles, CA 90071

*Counsel for Defendant-Appellant*

3