# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 24, 2026

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAR 02 2026

FILED
DOCKETED
DATE                INITIAL

Re:  Ramesh Sunny Balwani
v. United States
Application No. 25A945
(Your No. 22-10338)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kagan, who on February 24, 2026, extended the time to and including May 21, 2026.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by

Lisa Nesbitt
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

## NOTIFICATION LIST

Mr. Jeffrey Bruce Coopersmith
Corr Cronin LLP
1015 Second Avenue
Floor 10
Seattle, WA  98104


Mr. D. John Sauer
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526